**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                                   Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: December 5, 2019 at 4:00 p.m. ET** |

**NOTICE OF SECOND MONTHLY APPLICATION OF BERKELEY RESEARCH
GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD
FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

PLEASE TAKE NOTICE THAT on November 15, 2019, Berkeley Research Group, LLC

("Berkeley Research Group"), as financial advisor to the Official Committee of Unsecured

Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the

"Debtors"), filed the Second Monthly Application for Compensation for Services Rendered and

Reimbursement of Expenses incurred as Financial Advisor to the Official Committee of Unsecured

Creditors During the Period from September 1, 2019 through September 30, 2019 (the

"Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered

August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than November 8, 2019 at 4:00 p.m. (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Berkeley Research Group may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Berkeley Research Group an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the

"Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Berkeley Research Group an amount (the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: November 15, 2019

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                            : Chapter 11
                                                                 : Case No. 19-11466 (KG)
CENTER CITY HEALTHCARE, LLC d/b/a          : Jointly Administered
HAHNEMANN UNIVERSITY HOSPITAL,             :
*et al.*,[1]                                                     :
                                     Debtors         : **Objection Deadline**: Dec. 5, 2019 at 4:00 p.m. (ET)
                                                                 : **Hearing Date**: Scheduled only as necessary
---------------------------------------------------------X

## SECOND MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("the Committee") |
| Date of Retention: | September 4, 2019 *nunc pro tunc* to July 22, 2019 |
| Period for which Compensation and reimbursement is sought: | September 1, 2019 through September 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $81,021.60 (80% of $101,277.00)[2] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Pursuant to *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors nunc pro tunc to July 22, 2019,* **for** purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "Blended Hourly Rate") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged.  Accordingly, we have reduced our fees for the Second Monthly Fee Period by $17,226.50 as indicated on Attachment A: Fees By Professional.

Amount of expense reimbursement sought as            $1,334.17[3]
actual, reasonable and necessary:

This is an:    _x_ monthly    ___ interim    ___ final application

The total time expended for fee application preparation is approximately 5.2 hours and the
corresponding compensation requested is approximately $2,136.00.

## Table A - Prior Monthly Applications Filed:

| Application | | Requested | | CNO | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 10/29/2019 Dkt No. 915 | 7/22/2019 - 8/31/2010 | $182,902.50 | $2,411.76 | n/a | $0.00 | $0.00 | $185,314.26 |
| | | $182,902.50 | $2,411.76 | | $0.00 | $0.00 | $185,314.26 |

---

[3] The date listed for expenses contained in Exhibit B: Expense Detail does not necessarily reflect the date on which the expense was actually incurred by Applicant.



**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

## Berkeley Research Group, LLC

**Attachment A: Fees By Professional**

For the Period 9/1/2019 through 9/30/2019

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---:|---:|---:|
| A. Cowie | Director | $715.00 | 62.5 | $44,687.50 |
| A. Jiang | Consultant | $415.00 | 113.9 | $47,268.50 |
| C. Kearns | Managing Director | $1,050.00 | 23.1 | $24,255.00 |
| H. Miller | Managing Director | $895.00 | 2.0 | $1,790.00 |
| J. Blum | Case Assistant | $150.00 | 2.8 | $420.00 |
| M. Galfus | Associate | $275.00 | 0.3 | $82.50 |
| **Total** | | | **204.6** | **$118,503.50** |
| **Agreed Upon Discount** | $495 Maximum Blended Rate | | | **($17,226.50)** |
| **Total Requested Fees** | | | | **$101,277.00** |
| **Blended Rate** | | | | **$495.00** |

# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al

## Berkeley Research Group, LLC

### Attachment B: Fees By Task Code

For the Period 9/1/2019 through 9/30/2019



| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 48.6 | $29,241.50 |
| 04. DIP Financing | 5.8 | $2,978.50 |
| 05. Professional Retention Fee Application Preparation | 5.2 | $2,136.00 |
| 06. Attend Hearings/Related Activities | 10.3 | $8,941.00 |
| 08. Interaction/Meetings with Creditors | 3.9 | $2,444.00 |
| 09. Employee Issues/KEIP | 9.5 | $6,386.00 |
| 10. Recovery/SubCon/Lien Analysis | 22.1 | $13,886.50 |
| 15. Travel Time | 1.7 | $705.50 |
| 17. Analysis of Historical Results | 5.0 | $2,075.00 |
| 19. Cash Flow/Cash Management Liquidity | 92.5 | $49,709.50 |
| **Total** | **204.6** | **$118,503.50** |
| **Agreed Upon Discount**  $495  **Maximum Blended Rate** | | **($17,226.50)** |
| **Total Requested Fees** | | **$101,277.00** |
| **Blended Rate** | | **$495.00** |

Berkeley Research Group, LLC

Invoice for the 9/1/2019 - 9/30/2019 Period

**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

**Berkeley Research Group, LLC**

**Attachment C: Expenses By Category**

For the Period 9/1/2019 through 9/30/2019

| Expense Category | Amount |
| --- | ---: |
| 02. Travel - Train and Bus | $1,262.73 |
| 10. Meals | $41.44 |
| 11. Telephone, Fax  and Internet | $30.00 |
| **Total Expenses for the Period 9/1/2019 through 9/30/2019** | **$1,334.17** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
                       :

In re                       : Chapter 11
                       : Case No. 19-11466 (KG)

CENTER CITY HEALTHCARE, LLC d/b/a  : Jointly Administered
HAHNEMANN UNIVERSITY HOSPITAL,  :
*et al.*,[1]                   : <u>**Objection Deadline**</u>: Dec. 5, 2019 at 4:00 p.m. (ET)
           Debtors    : <u>**Hearing Date**</u>: Scheduled only as necessary
-----------------------------------------------------------X

**SECOND MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM**
<u>**SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**</u>

Berkeley Research Group, LLC ("<u>BRG</u>") financial advisor to the Official Committee of

Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession

(collectively, the "<u>Debtors</u>"), hereby submits its second monthly fee application (the

"<u>Application</u>") for an order pursuant to sections 105(a), 330 and 331 chapter 11 of title 11 of the

United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedure for the United States Bankruptcy Court of the District of Delaware (the "<u>Local Rules</u>"),

the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

*Professionals* (the "<u>Interim Compensation Order</u>"), [Dkt #341] entered August 2, 2019, and the

United States Trustee's Guidelines for Reviewing Applications for Compensation and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period September 1, 2019 through September 30, 2019 (the "Fee Period") and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of required professional services on behalf of the Committee.  In support of this Application, BRG represents as follows:

## JURISDICTION

1.      The United States Bankruptcy Court for the District of Delaware (the "Court') has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2) (A) and the Committee confirms their consent pursuant to Local Rule 9013-l(f) to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 105(a), 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

3.       On June 30, 2019 and July 1, 2019 (together the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Cases") with the Court. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Patient Care Ombudsman was appointed by the U.S. Trustee on July 3, 2019. No trustee or examiner has been appointed in these Cases.

4.       The Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the Court's Order Directing Joint Administration of the Debtors' Chapter 11 Cases (Dkt. No. 70), entered on July 2, 2019.

5.       On July 15, 2019 (the "Formation Date"), the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed seven of the Debtors' unsecured creditors to serve as members of the Committee. The Committee is presently comprised of the following members: (i) Conifer Revenue Cycle Solutions, LLC, (ii) Medline Industries, Inc., (iii) Veolia Energy Philadelphia, Inc., (iv) Medtronic USA, Inc., (v) Crothall Healthcare, Inc., (vi) Global Neurosciences Institute, LLC, and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals.

6.       On July 22, 2019, the Committee selected BRG to serve as its financial advisor. The Committee has also selected Sills Cummis & Gross P.C. ("Sills") and Fox Rothschild LLP ("Fox") to serve together as its counsel ("Counsel"). On September 4, 2019, the Court entered an order (Docket No. 638) approving BRG's retention *nunc pro tunc* to July 22, 2019.

## FEE PROCEDURES ORDER

7.      On August 2, 2019, this Court signed the Interim Compensation Order. Pursuant to the Interim Compensation Order, no earlier than the fifteenth (15) day of each full calendar month (the "Fee Filing Period") following the month for which compensation and reimbursement is sought (the "Compensation Period"), each Professional seeking interim compensation may file with the Court a monthly application (each a "Monthly Fee Application") pursuant to section 331 of the Bankruptcy Code for interim approval and allowance of compensation for services rendered and reimbursement of expenses during the Compensation Period.  Each Notice Party shall have twenty (20) days after service of a Monthly Fee Application to review the Monthly Fee Application and object thereto (the "Objection Deadline").  Upon the expiration of the Objection Deadline: (i) if no objections have been filed, the Professional shall file a certificate of no objection and the Debtors shall then be authorized and directed to pay such Professional eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application (the "Maximum Monthly Payment") or (ii) if an objection to a Monthly Fee Application has been filed, the Professional shall be entitled to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses (the "Actual Monthly Payment") not subject to that objection.

## SUMMARY OF SERVICES RENDERED

8.      BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world.  BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for services it has

4

rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

9.    Since being retained by the Committee, BRG has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates.  BRG respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

10.    BRG submits that the interim fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained. BRG's fees typically are based on the actual hours charged at BRG's standard hourly rates, which are in effect when the services are rendered.  As discussed and agreed to with the Committee, for purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "Blended Hourly Rate") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged.

11.    BRG expended an aggregate of 204.6 hours, substantially all of which was expended by the professional staff of BRG.  The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.  A small staff was utilized to optimize efficiencies and avoid redundant efforts.  The staff of the Debtors or their advisors has been utilized where practical and prudent.

12.     BRG believes that there has been no duplication of services between BRG and any other consultants or accountants to the bankruptcy estate.

13.     BRG's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost.  In addition, BRG's per diem rates for professionals of comparable experience, before the Blended Hourly Rate discount BRG agreed to in this proceeding, are at or below those of firms we consider our competitors.  We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

14.     Because BRG's core staff consists of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum.  Additionally, because of the experience of BRG's professionals, in many instances only three or fewer BRG representatives attended meetings, hearings, or conference calls or performed specific functions.

15.     No agreement or understanding exists between BRG and any other person for the sharing of compensation received or to be received for services rendered in connection with the chapter 11 cases, except for internal agreements among members and employees of BRG regarding the sharing of revenue or compensation.  Neither BRG nor any of its members or employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Rule 2016.

16.     BRG, in accordance with the Bankruptcy Rules and the Local Rules, will be charging travel time at 50% of the time incurred.

17.     BRG's time records for the Fee Period are attached hereto as **Exhibit A**. These records include daily time logs describing the time spent by each BRG professional and administrative-level person in these cases.

18.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.   An itemized schedule of expenses within each category, including description, incurred in connection with the Cases and the amounts for which reimbursement is requested is annexed hereto as **Exhibit B**.

19.     The general summary of the services rendered by BRG during the Fee Period based on tasks and number of hours, before the agreed upon discount, is set forth below.

### Asset Acquisition/ Disposition – Task Code 01

20.     This task code includes time charges for BRG's evaluation and monitoring of the sale process.   Specific tasks undertaken include (i) reviewing asset purchase agreement ("APA") for STC sale from interested parties, (ii) attending auction for sale of St. Chris Hospital, and (iii) preparing for and participating in discussions with the Committee, Committee counsel and the Debtor's investment bankers regarding the Debtors' sale process.

21.     BRG has expended 48.6 hours on this category for a fee of $29,241.50.

### DIP Financing – Task Code 04

22.     Time charged to this task code relates to the Debtors' DIP financing, including review of DIP Budgets, analysis of DIP variance results, and development of reports for Counsel and the Committee with respect to the DIP financing.

23.     BRG has expended 5.8 hours on this category for a fee of $2,978.50.

**Professional Retention/ Fee Application Preparation – Task Code 05**

24.    Time charged to this task code relates to the preparation of BRG's first monthly fee application.

25.    BRG has expended 5.2 hours on this category for a fee of $2,136.00.

**Attend Hearings/ Related Activities – Task Code 06**

26.    Time charged to this task code relates to BRG's attendance at the St. Christopher sale hearing as well as reviewing court documents, including review of the status of mediation process re: Tenet/ Conifer.

27.    BRG has expended 10.3 hours on this category for a fee of $8,941.00.

**Interaction/ Meetings with Creditors – Task Code 08**

28.    Time charged to this task code relates to BRG's preparation for and attendance on calls and at meetings with the Committee, and Committee Counsel in order to update the Committee on case issues and advise the Committee and develop strategies and related deliverables for a variety case matters.

29.    BRG has expended 3.9 hours on this category for a fee of $2,444.00.

**Employee Issues/ KEIP – Task Code 09**

30.    Time charged to this task code primarily relates to BRG's review and analysis of the Debtors' proposed key employee incentive plan ("KEIP") and the preparation of a revised KEIP plan, as well as participation in communications with the CRO, UCC Counsel and Debtor's financial advisors regarding KEIP related issues.

31.    BRG has expensed 9.5 hours on this category for a fee of $6,386.00.

**Recovery/ SubCon/ Lien Analysis – Task Code 10**

32.    Time charged to this task code relates to BRG's analysis of the Debtor's recovery waterfall, including review of court filings and loan documents, as it related to Towers/ STC asset sale, preparation of BRG's own creditor waterfall analysis, as well as drafting an analysis report for the UCC.

33.    BRG has expended 22.1 hours on this category for a fee of $13,886.50.

**Travel Time – Task Code 15**

34.    Time charged to this task code primarily relates to travel time, charged at 50%, to/ from St. Chris Auction.

35.    BRG has expended 1.7 hours on this category for a fee of $705.50.

**Analysis of Historical Results – Task Code 17**

36.    Time charged to this task code relates to BRG's review of the Debtors' historical financial information and reporting to Counsel and the Committee thereon.

37.    BRG has expended 5.0 hours on this category for a fee of $2,075.00.

**Cash Flow/ Cash Management Liquidity – Task Code 19**

38.    This task code relates to time spent by BRG reviewing and analyzing matters impacting the Debtors' cash management processes and overall liquidity at the individual Debtor entities, including the wind-down budget and professional payments.

39.     Specific tasks performed in this category include: (i) analysis of financial information, including latest cash flow forecasts and borrowing base reports, provided by Debtors' financial advisors, (ii) reconciling cash flow actuals and forecasts, (iii) weekly analysis of cash receipts compared to the DIP budget, (iv) preparation of update reports for the Committee Counsel and (iv) preparation for and participation in meetings/ calls with management, Counsel and advisors for the Debtors regarding the Debtors' liquidity and actual vs. budget results.

40.     BRG has expended 92.5 hours on this category for a fee of $49,709.50.

## ACTUAL AND NECESSARY EXPENSES

41.     BRG incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, in the sum of $1,334.17, for which BRG respectfully requests reimbursement in full.

42.     The disbursements and expenses have been incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters.  Such expenses were often incurred to enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands.  BRG has endeavored to minimize these expenses to the fullest extent possible.

43.     BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client.  BRG has endeavored to minimize these expenses to the fullest extent possible.

44.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service.  In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.   In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third party vendor and paid by BRG to that vendor.

## <u>NOTICE AND NO PRIOR APPLICATION</u>

45.     Notice of this application has been given to (a) The Debtors; (b) counsel to the Debtors; (c) Counsel to the Committee; (d) The Office of the U.S. Trustee; and (e) Counsel for the DIP Agent. In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

46.     With respect to these amounts, as of the date of the Application, BRG has received no payments, and no previous application for the relief sought herein has been made to this or any other Court.


[*Remainder of this Page Intentionally Left Blank*]

**WHEREFORE**, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $101,277.00 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $1,334.17 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $82,355.77 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Dated: 11/15/2019
      New York, NY                       **BERKELEY RESEARCH GROUP, LLC**

                                        /s/ Christopher J. Kearns
                                      Christopher J. Kearns
                                      Managing Director
                                      810 7th Ave., 41st Floor
                                      New York, NY 10019
                                      (212) 782-1409

                                      Financial Advisor to the Official Committee of
                                      Unsecured Creditors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
                                   :

In re                                  : Chapter 11
                                   : Case No. 19-11466 (KG)

CENTER CITY HEALTHCARE, LLC d/b/a    : Jointly Administered
HAHNEMANN UNIVERSITY HOSPITAL,    :
*et al.*,[1]                                  : **Objection Deadline**: Dec. 5, 2019 at 4:00 p.m. (ET)
                     Debtors      : **Hearing Date**: Scheduled only as necessary
------------------------------------------------------------X

**VERIFICATION**

Christopher J. Kearns, pursuant to 28 U.S.C. § 1746, declares as follows:

a)       I am a Managing Director at the applicant firm, Berkeley Research Group, LLC, and am authorized to submit this verification on behalf of BRG.

b)       I have personally performed or supervised many of the professional services rendered by BRG as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") and am familiar with the work performed on behalf of the Committee by the professionals and other persons in the firm.

c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

d)      All services for which compensation is requested by BRG were professional services performed for and on behalf of the Committee and not on behalf of any other person.

e)      I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge and belief that this application complies with Local Rule 2016-2.

f)      I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___11/15/2019_____

                                                    _/s/ Christopher J. Kearns_____
                                                    Christopher J. Kearns

# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al



## Berkeley Research Group, LLC

## Exhibit A: Time Detail

For the Period 9/1/2019 through 9/30/2019

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 9/2/2019 | A. Cowie | 0.9 | Participated in discussion with BRG's CMS expert (H. Miller) regarding proposed residency sale. |
| 9/3/2019 | A. Jiang | 0.3 | Reviewed objection filed by Tenet to assume contracts. |
| 9/5/2019 | A. Jiang | 0.4 | Reviewed sale agreement of residency slots to Jefferson. |
| 9/9/2019 | A. Jiang | 0.7 | Reviewed court documents regarding court order approving HUH sale and potential objection. |
| 9/11/2019 | H. Miller | 0.5 | Reviewed auction process and bids. |
| 9/12/2019 | A. Cowie | 0.2 | Participated in call with SSG (S. Victor) on sale updates. |
| 9/16/2019 | A. Jiang | 0.9 | Reviewed court filings regarding St. Chris sale. |
| 9/17/2019 | A. Cowie | 0.1 | Participated in call with SSG (S. Victor) on sale updates. |
| 9/18/2019 | A. Jiang | 2.8 | Prepared schedule detailing terms of bids received for STC. |
| 9/18/2019 | C. Kearns | 2.1 | Reviewed bids for STC sale. |
| 9/18/2019 | A. Jiang | 1.2 | Reviewed APA for STC from primary interested party. |
| 9/18/2019 | A. Jiang | 0.9 | Reviewed APA for STC from other interested parties. |
| 9/18/2019 | H. Miller | 0.5 | Reviewed auction process and bids. |
| 9/18/2019 | A. Cowie | 0.3 | Participated in call with Counsel (B. Mankovetskiy) re: sale process. |
| 9/18/2019 | C. Kearns | 0.3 | Participated in telecom with Sills (A. Sherman, B. Mankovetskiy) to discuss analysis of bids and next steps re: STC auction. |
| 9/18/2019 | A. Cowie | 0.1 | Participated in call with SSG (S. Victor) on sale updates. |
| 9/18/2019 | C. Kearns | 0.1 | Participated in telecom with SSG (S. Victor) re: status and open issues with the bids. |
| 9/19/2019 | A. Jiang | 2.9 | Attended auction for sale of St. Chris Hospital. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 9/19/2019 | C. Kearns | 2.9 | Attended auction re: 363 sale of STC. |
| 9/19/2019 | A. Jiang | 2.9 | Continued to attend auction for sale of St. Chris Hospital. |
| 9/19/2019 | A. Jiang | 2.9 | Continued to attend auction for sale of St. Chris Hospital. |
| 9/19/2019 | A. Jiang | 2.9 | Continued to attend auction for sale of St. Chris Hospital. |
| 9/19/2019 | C. Kearns | 2.9 | Continued to attend auction re: 363 sale of STC. |
| 9/19/2019 | A. Jiang | 2.4 | Continued to attend auction for sale of St. Chris Hospital. |
| 9/19/2019 | C. Kearns | 2.2 | Continued to attend auction re: 363 sale of STC. |
| 9/20/2019 | A. Jiang | 2.6 | Prepared summary of APA, detailing assets and liabilities considered. |
| 9/20/2019 | A. Cowie | 1.9 | Prepared STC sale report for the UCC. |
| 9/20/2019 | A. Jiang | 1.7 | Reviewed asset purchase agreement with Tower/ Drexel. |
| 9/23/2019 | A. Jiang | 1.7 | Prepared slides for UCC report regarding St. Chris sale. |
| 9/23/2019 | A. Jiang | 0.9 | Updated schedule summarizing finalized APA filed to court for St. Chris. |
| 9/23/2019 | C. Kearns | 0.5 | Reviewed final version of the STC asset purchase agreement. |
| 9/24/2019 | A. Jiang | 2.4 | Prepared report to UCC regarding St. Chris sale and waterfall. |
| 9/24/2019 | A. Jiang | 1.3 | Continued to revise report to UCC regarding St. Chris sale and waterfall. |
| 9/25/2019 | C. Kearns | 0.3 | Participated in call with Sills (A. Sherman, B. Mankovetskiy) to discuss draft report for the Committee re: update on asset sale and preliminary recovery waterfall. |
| 9/25/2019 | A. Jiang | 0.3 | Participated in call with Sills (B. Mankovetskiy, A. Sherman) regarding UCC report and St. Christopher sale. |
| 9/25/2019 | C. Kearns | 0.2 | Revised draft report for the Committee based on Sills comments re: summary of asset sales and preliminary waterfall. |
| 9/26/2019 | H. Miller | 0.5 | Analyzed issues around sale of residency licenses. |
| **Task Code Total Hours** | | **48.6** | |
| **04. DIP Financing** | | | |
| 9/5/2019 | A. Jiang | 1.4 | Analyzed DIP variance results provided by Debtors. |

Berkeley Research Group, LLC

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **04. DIP Financing** | | | |
| 9/11/2019 | A. Jiang | 0.6 | Prepared schedule of upcoming DIP milestones and key dates. |
| 9/23/2019 | A. Jiang | 2.1 | Analyzed DIP budget provided by Debtors starting week of September 20, 2019. |
| 9/24/2019 | A. Jiang | 0.8 | Analyzed roll forward of DIP loans. |
| 9/27/2019 | C. Kearns | 0.4 | Reviewed draft report for Counsel re: liquidity status and DIP budget. |
| 9/30/2019 | C. Kearns | 0.5 | Reviewed draft report for Counsel on liquidity update and current DIP budget. |
| *Task Code Total Hours* | | *5.8* | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 9/9/2019 | J. Blum | 1.0 | Prepared the First Monthly Fee Application. |
| 9/11/2019 | J. Blum | 1.2 | Prepared the First Monthly Fee Application. |
| 9/26/2019 | A. Cowie | 1.2 | Reviewed first fee application. |
| 9/27/2019 | A. Cowie | 1.2 | Reviewed first fee application. |
| 9/27/2019 | J. Blum | 0.6 | Prepared the First Monthly Fee Application. |
| *Task Code Total Hours* | | *5.2* | |
| **06. Attend Hearings/Related Activities** | | | |
| 9/3/2019 | C. Kearns | 0.4 | Reviewed documents related to HH sale hearing. |
| 9/4/2019 | C. Kearns | 2.9 | Listened by phone to hearing on HH sale motion. |
| 9/4/2019 | C. Kearns | 1.1 | Continued to listen by phone to hearing on HH sale motion. |
| 9/4/2019 | M. Galfus | 0.3 | Organized court call dial-in for BRG re: hearing on HH sale motion. |
| 9/5/2019 | C. Kearns | 0.4 | Listened by phone to hearing re: the court's ruling on HH sale motion. |
| 9/23/2019 | A. Cowie | 2.7 | Attended at St. Christopher sale hearing. |
| 9/23/2019 | A. Cowie | 2.2 | Continued to attend at St. Christopher sale hearing. |
| 9/26/2019 | C. Kearns | 0.3 | Reviewed status of mediation process re: Tenet/ Conifer. |
| *Task Code Total Hours* | | *10.3* | |
| **08. Interaction/Meetings with Creditors** | | | |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **08. Interaction/Meetings with Creditors** | | | |
| 9/3/2019 | C. Kearns | 0.4 | Prepared memo for Counsel summarizing key points discussed with the CRO re: operations status, sale process and KEIP. |
| 9/11/2019 | C. Kearns | 0.2 | Participated in call with Sills (B. Mankovetskiy) re: KEIP related issues and status of STC sale process. |
| 9/11/2019 | C. Kearns | 0.1 | Reviewed draft motion on information sharing re: the Committee. |
| 9/16/2019 | C. Kearns | 0.3 | Reviewed status of bids and related telecom with Sills (A. Sherman). |
| 9/18/2019 | C. Kearns | 0.3 | Prepared call notes summary for Counsel re: my discussion with SSG on the bids. |
| 9/25/2019 | A. Jiang | 2.6 | Revised UCC report on the sale process to include latest edits. |
| *Task Code Total Hours* | | *3.9* | |
| **09. Employee Issues/KEIP** | | | |
| 9/2/2019 | A. Cowie | 1.7 | Participated in call with EisnerAmper (D. Oglesby, A. Wilen) regarding proposed KIEP. |
| 9/2/2019 | C. Kearns | 0.8 | Participated in portion of call with CRO (A. Wilen) re: KEIP related issues and status of asset sales. |
| 9/3/2019 | A. Jiang | 2.3 | Prepared analysis of KEIP plan documents provided by Debtors. |
| 9/3/2019 | A. Jiang | 0.6 | Reviewed KEIP plan documents provided by Debtors, including documents provided to employees and presentation deck. |
| 9/9/2019 | A. Jiang | 0.8 | Prepared analysis table of Debtors' proposed KEIP plan. |
| 9/9/2019 | C. Kearns | 0.6 | Reviewed and drafted potential revision to proposed KEIP to add incentives to what has been proposed. |
| 9/9/2019 | C. Kearns | 0.2 | Participated in telecom with Sills (A. Sherman) re: KEIP related issues. |
| 9/10/2019 | A. Cowie | 1.6 | Prepared revised KEIP language and performance hurdles. |
| 9/11/2019 | C. Kearns | 0.3 | Participated in short call with the CRO re: sale status and KEIP and related follow up not for Sills. |
| 9/17/2019 | A. Cowie | 0.4 | Prepared KEIP analysis for Debtors. |
| 9/23/2019 | C. Kearns | 0.2 | Finalized KEIP re: review order redline and clearance to Counsel. |
| *Task Code Total Hours* | | *9.5* | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/3/2019 | A. Jiang | 2.2 | Prepared waterfall analysis to show uses of cash. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/3/2019 | A. Jiang | 1.4 | Reviewed loan documents and court filings to ascertain guarantee information. |
| 9/3/2019 | A. Jiang | 0.8 | Updated organizational chart to reflect guarantees made by related companies. |
| 9/13/2019 | A. Jiang | 0.7 | Reviewed schedule filed by master lessors. |
| 9/13/2019 | A. Jiang | 0.4 | Reviewed latest filings to court docket. |
| 9/19/2019 | A. Cowie | 2.9 | Analyzed recovery waterfall prepared by the Debtors. |
| 9/19/2019 | A. Cowie | 2.8 | Continued to analyze recovery waterfall prepared by the Debtors. |
| 9/20/2019 | A. Cowie | 2.9 | Analyzed recovery waterfall prepared by the Debtors. |
| 9/20/2019 | A. Jiang | 2.3 | Analyzed waterfall with sources and uses of cash. |
| 9/20/2019 | C. Kearns | 0.5 | Analyzed Debtors estimated waterfall re: Towers/ STC asset sale. |
| 9/23/2019 | A. Cowie | 1.4 | Prepared waterfall report for UCC. |
| 9/24/2019 | A. Cowie | 2.8 | Prepared recovery waterfall report for UCC. |
| 9/24/2019 | H. Miller | 0.5 | Reviewed and edited waterfall analysis. |
| 9/24/2019 | C. Kearns | 0.5 | Reviewed draft report for the Committee analyzing preliminary waterfall related to asset sale activity including STC. |
| **Task Code Total Hours** | | **22.1** | |
| **15. Travel Time** | | | |
| 9/19/2019 | A. Jiang | 0.9 | Returned from Philadelphia from St. Chris Auction (actual time: 1.9 hours). |
| 9/19/2019 | A. Jiang | 0.8 | Traveled to Philadelphia for St. Chris Auction (actual time: 1.6 hours). |
| **Task Code Total Hours** | | **1.7** | |
| **17. Analysis of Historical Results** | | | |
| 9/5/2019 | A. Jiang | 1.7 | Prepared comparison schedule of Debtor's historical forecasts up to November 22, 2019. |
| 9/10/2019 | A. Jiang | 2.1 | Analyzed latest census and charges data provided by Debtors up to September 6, 2019. |
| 9/18/2019 | A. Jiang | 1.2 | Updated analysis combining historical actual cash flows with forecasts. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**17. Analysis of Historical Results**

| | | | |
|------|-------------|-------|-------------|
| *Task Code Total Hours* | | **5.0** | |

**19. Cash Flow/Cash Management Liquidity**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 9/4/2019 | A. Cowie | 2.4 | Analyzed cash forecast information. |
| 9/4/2019 | A. Jiang | 1.9 | Reviewed borrowing base reports provided by Debtors. |
| 9/4/2019 | A. Jiang | 1.3 | Analyzed cross ageing of AR for borrowing base calculations. |
| 9/4/2019 | A. Jiang | 1.2 | Participated in call with EisnerAmper (D. Oglesby) regarding borrowing base and cash flow forecasts. |
| 9/4/2019 | A. Cowie | 1.2 | Participated in call with EisnerAmper (D. Oglesby) regarding cash availability. |
| 9/5/2019 | A. Jiang | 1.8 | Conducted cash flow analysis with latest weekly actuals up to August 30, 2019. |
| 9/5/2019 | A. Jiang | 0.7 | Reviewed latest cash flow forecasts provided by Debtors. |
| 9/5/2019 | A. Jiang | 0.4 | Reviewed 2019-2020 Medicare reports and CHGME reports regarding supplemental income. |
| 9/6/2019 | A. Cowie | 2.8 | Analyzed cash forecast information. |
| 9/6/2019 | A. Jiang | 2.6 | Prepared third UCC report regarding DIP and cash flows. |
| 9/6/2019 | A. Jiang | 1.8 | Continued to prepare charts summarizing cash flows up to August 30, 2019. |
| 9/6/2019 | A. Jiang | 1.4 | Continued to prepare third UCC report. |
| 9/6/2019 | A. Jiang | 1.3 | Reconciled Debtors' cash receipts information from forecasts and breakdown. |
| 9/9/2019 | A. Jiang | 2.6 | Analyzed AR and borrowing base information provided by Debtors. |
| 9/9/2019 | A. Jiang | 2.3 | Prepared schedule detailing AR and cash flow information. |
| 9/10/2019 | A. Cowie | 2.8 | Analyzed cash forecast information. |
| 9/10/2019 | A. Jiang | 2.7 | Prepared commentary on cash flow actuals and forecasts. |
| 9/10/2019 | A. Cowie | 1.4 | Prepared analysis of Debtor prepared forecasts to actual results. |
| 9/10/2019 | C. Kearns | 1.2 | Reviewed current liquidity status. |
| 9/11/2019 | A. Jiang | 2.7 | Prepared analysis of weekly update of cash flows for the week of September 2 through September 6, 2019. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 9/11/2019 | A. Cowie | 2.6 | Analyzed cash forecast information. |
| 9/11/2019 | A. Jiang | 1.8 | Continued to prepare consolidated schedule of all Debtor's forecasts. |
| 9/16/2019 | A. Jiang | 2.1 | Continued analysis of cash flow line items. |
| 9/17/2019 | A. Jiang | 2.7 | Analyzed latest cash flow actuals and forecasts up to September 13, 2019. |
| 9/17/2019 | A. Cowie | 2.4 | Analyzed current cash flow information provided by the Debtors. |
| 9/17/2019 | A. Jiang | 2.4 | Updated graphs on financial analysis with latest figures. |
| 9/17/2019 | A. Jiang | 2.2 | Reviewed latest cash variance report. |
| 9/17/2019 | A. Cowie | 1.4 | Continued to analyze current cash flow information provided by the Debtors. |
| 9/17/2019 | A. Jiang | 1.3 | Continued cash flow analysis. |
| 9/17/2019 | A. Cowie | 0.4 | Participated in call with EisnerAmper (D. Oglesby) re: cash flows. |
| 9/18/2019 | A. Cowie | 2.8 | Analyzed current cash flow information provided by the Debtors. |
| 9/18/2019 | A. Cowie | 2.1 | Prepared cash flow report for Counsel. |
| 9/18/2019 | A. Cowie | 1.7 | Prepared analysis of Debtor prepared forecasts to actual results. |
| 9/18/2019 | A. Cowie | 1.3 | Participated in call with EisnerAmper (D. Oglesby) re: cash flows. |
| 9/18/2019 | A. Jiang | 1.3 | Participated in call with EisnerAmper (D. Oglesby) regarding cash flow results/ forecasts. |
| 9/23/2019 | A. Jiang | 2.3 | Updated cash flow analysis with latest figures. |
| 9/24/2019 | A. Cowie | 2.8 | Prepared cash flow report for Counsel. |
| 9/24/2019 | A. Jiang | 2.2 | Analyzed variance reports up to September 20, 2019 provided by Debtors. |
| 9/24/2019 | A. Jiang | 1.3 | Prepared appendices showing cash flows to be used in UCC report. |
| 9/25/2019 | A. Jiang | 1.6 | Continued cash flow analysis. |
| 9/25/2019 | A. Cowie | 1.6 | Prepared cash flow report for Counsel. |
| 9/26/2019 | A. Cowie | 2.8 | Prepared cash flow report for Counsel. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 9/26/2019 | A. Jiang | 2.6 | Prepared report to Sills regarding financials. |
| 9/26/2019 | A. Jiang | 1.4 | Prepared schedule of supplemental cash receipts. |
| 9/26/2019 | A. Jiang | 1.2 | Reviewed supporting documents regarding Medicare/ Medicaid cash receipts. |
| 9/26/2019 | A. Cowie | 1.1 | Continued to prepare cash flow report for Counsel. |
| 9/26/2019 | A. Jiang | 0.9 | Analyzed supplemental cash budget. |
| 9/27/2019 | A. Jiang | 2.3 | Continued to prepare report to Sills regarding financials. |
| 9/27/2019 | A. Jiang | 1.8 | Analyzed cash flow schedule. |
| 9/27/2019 | A. Cowie | 1.6 | Prepared cash flow report for Counsel. |
| ***Task Code Total Hours*** | | ***92.5*** | |
| **Total Hours** | | **204.6** | |

# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al



## Berkeley Research Group, LLC

## Exhibit B: Expense Detail

For the Period 9/1/2019 through 9/30/2019

| Date | Professional | Amount | Description |
|---|---|---|---|
| **02. Travel - Train and Bus** | | | |
| 9/23/2019 | C. Kearns | $194.00 | One way train ticket from NY to Philadelphia re: auction on 9/19/19. |
| 9/23/2019 | C. Kearns | $198.00 | One way train ticket from Philadelphia to NY re: auction on 9/19/19. |
| 9/23/2019 | C. Kearns | $10.00 | Taxi back to train station after meeting on 9/19/19. |
| 9/23/2019 | C. Kearns | $12.00 | Taxi from train station to Saul Ewing office re: auction on 9/19/19. |
| 9/25/2019 | A. Cowie | $332.00 | Roundtrip train ticket from NY to Wilmington for DIP hearing on 8/19/19. |
| 9/25/2019 | A. Cowie | $15.00 | Taxi from train station to hearing on 8/19/19. |
| 9/25/2019 | A. Cowie | $181.42 | Taxi home from Philadelphia after auction on 8/8/19. |
| 9/25/2019 | A. Cowie | $12.06 | Taxi in Philadelphia to auction on 8/8/19 |
| 9/27/2019 | A. Cowie | $28.25 | Cancellation fee for train to Wilmington; change required due to changing client need on 9/20/19. |
| 9/27/2019 | A. Cowie | $271.00 | Roundtrip train ticket from NY to Wilmington for sale hearing on 9/23/19. |
| 9/27/2019 | A. Cowie | $9.00 | Taxi from train to meeting in Wilmington on 9/23/19 for sale hearing. |
| ***Expense Category Total*** | | ***$1,262.73*** | |
| **10. Meals** | | | |
| 9/25/2019 | A. Cowie | $14.50 | Breakfast on train from NY to Wilmington on 8/19/19. |
| 9/25/2019 | A. Cowie | $12.46 | Lunch in Wilmington during case pitch on 7/15/19. |
| 9/27/2019 | A. Cowie | $14.48 | Lunch on train from NY to Wilmington for sale hearing on 9/23/19. |
| ***Expense Category Total*** | | ***$41.44*** | |

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **11. Telephone, Fax  and Internet** | | | |
| 9/13/2019 | BRG Direct | $30.00 | Court call - fee for telephonic attendance at hearing on 9/4/19. |
| *Expense Category Total* | | *$30.00* | |

**Total Expenses**      **$1,334.17**