**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: December 5, 2019 at 4:00 p.m. ET** |

**NOTICE OF SECOND MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

PLEASE TAKE NOTICE THAT on November 15, 2019, Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Second Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2019 through September 30, 2019 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than December 5, 2019 at 4:00 p.m. (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and remains

unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount (the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: November 15, 2019

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: December 5, 2019 at 4:00 p.m. ET** |

**SECOND MONTHLY FEE APPLICATION OF
FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Second Monthly Period: | September 1, 2019 through September 30, 2019 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Second Monthly Period: | $22,899.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Second Monthly Period: | $1,243.14 |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

This is a(n): __X__ Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's second monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/2019 | $65,854.00 | $3,951.34 | - | - | - |

2

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 1, 2019
THROUGH SEPTEMBER 30, 2019**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Thomas M. Horan | Partner – Admitted to Delaware Bar in 2005; Joined Fox Rothschild in 2018 | $610.00 | 29.1 | $17,751.00 |
| Katelyn Crawford | Associate – Admitted to Delaware Bar in 2018; Joined Fox Rothschild in 2018 | $340.00 | 11.0 | $3,740.00 |
| Amanda M. Hrycak | Paralegal since 2013; Joined Fox Rothschild in 2019 | $245.00 | 4.9 | $1,200.50 |
| Robin I. Solomon | Paralegal since 1982, joined Fox Rothschild in 1987 | $415.00 | 0.5 | $207.50 |
| **TOTALS** | | | **45.5** | **$22,899.00** |
| **Total Blended Rate** | | $503.27 | | |

3

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 1, 2019,
THROUGH SEPTEMBER 30, 2019**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 0.1 | $61.00 |
| BO | BUSINESS OPERATIONS | 0.8 | $305.50 |
| CA | CASE ADMINISTRATION | 0.2 | $49.00 |
| CH | COURT HEARINGS | 21.5 | $9,926.00 |
| CI | CREDITOR INQUIRIES | 1.1 | $671.00 |
| CR | CASH COLLATERAL/DIP FINANCING | 1.0 | $610.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 2.8 | $917.00 |
| EB | EMPLOYEE MATTERS | 0.2 | $122.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.5 | $305.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 1.0 | $610.00 |
| MC | MEETINGS OF CREDITORS | 1.2 | $732.00 |
| MR | STAY RELIEF MATTERS | 0.1 | $61.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 2.1 | $660.50 |
| SA | USE, SALE OR LEASE OF PROPERTY | 12.7 | $7,747.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.2 | $122.00 |
| **TOTALS** | | **45.5** | **$22,899.00** |

4

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
SEPTEMBER 1, 2019, THROUGH SEPTEMBER 30, 2019**

| Description | Amount |
| --- | --- |
| PARKING - OUT-OF-TOWN TRAVEL EXPENSE THOMAS M. HORAN 8/15 Parking fee while attending deposition | $15.00 |
| MILES - OUT-OF-TOWN TRAVEL EXPENSE THOMAS M. HORAN 8/15 Travel to Philadelphia for deposition | $29.58 |
| MESSENGER SERVICE/DELIVERY PARCELS, INC. | $275.40 |
| MESSENGER SERVICE/DELIVERY PARCELS, INC. | $232.90 |
| MESSENGER SERVICE/DELIVERY PARCELS, INC. Copy and serve DI 737 upon 85 parties | $339.15 |
| MESSENGER SERVICE/DELIVERY PARCELS, INC. | $339.15 |
| MESSENGER SERVICE/DELIVERY PARCELS, INC. | $11.96 |
| **TOTAL** | **$1,243.14** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: December 5, 2019 at 4:00 p.m. ET** |

**SECOND MONTHLY FEE APPLICATION OF
FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of

Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-

possession (the "<u>Debtors</u>"), submits its Second Monthly Fee Application (the

"<u>Application</u>"), pursuant to sections 330(a), and 331 of title 11 of the United States Code

(the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local</u>

<u>Rules</u>"), and this Court's Order Establishing Procedures for Compensation and

Reimbursement of Expenses of Professionals, entered August 2, 2019 (the "<u>Interim</u>

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

6

Compensation Order")[4] [D.I. 341] for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the second monthly application period from September 1, 2019, through September 30, 2019 (the "Compensation Period"), in the amount of $22,899.00 (the "Monthly Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $1,243.14 (the "Monthly Expense Amount") incurred during the second monthly application period. In support of this Application, Fox Rothschild respectfully represents:

## I. Jurisdiction

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. Background

3. On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4. On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

Institute, LLC; and (vii) Pennsylvania Assocaition of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

3.       By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc</u> <u>pro</u> <u>tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

### III.    Summary of Application for the Compensation Period

4.       By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

5.       During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of

compensation received for services rendered in these cases.

6.      Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as Exhibit A.

7.      Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy Code sections 330 and 331, of all fee and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $22,899.00, and its total expenses are $1,243.14.

8.      Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $18,319.20, is payable to Fox Rothschild, together with 100% of the firm's expenses, $1,243.14.

**A.      Summary of Services Rendered by Fox Rothschild During the Compensation Period**

9.      This Application is the second monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

10.     Attached as Exhibit A are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

11.     During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $245 to $610 per hour. The professional services performed by Fox Rothschild on behalf

9

of the Committee during the Compensation Period required an aggregate expenditure of -recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $503.27.

12.     The fees charged by Fox Rothschild as set forth in <u>Exhibit</u> <u>A</u> are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

13.     All entries itemized in Fox Rothschild's time records comply with the requirements set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in <u>Exhibit</u> <u>A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit</u> <u>A</u> are presented chronologically within each Task Code category.

14.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks

10

involved. The professional services were performed expeditiously and efficiently.

15.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

### B.     Actual and Necessary Expenses of Fox Rothschild

16.     Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit</u> <u>A</u> are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation Period.

17.     As more fully described in <u>Exhibit</u> <u>A</u>, Fox Rothschild seeks reimbursement for expenses incurred from Pacer Research. All entries detailed in <u>Exhibit</u> <u>A</u> comply with the requirements set forth in Local Rule 2016-2(e), including an itemization of the expenses by category, the date the expense was incurred, and the individual incurring the expense, where available. Fox Rothschild has not requested for reimbursement of expenses related to overhead charges.

18.     Fox Rothschild has incurred $1,243.14 in out-of-pocket expenses incurred as reasonable and necessary costs relating to serving as counsel to the Committee during the Compensation Period. These charges are intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require

11

extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.    The Requested Compensation Should be Allowed

19.    The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

20.    Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;

12

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

21.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

22.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

23.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues

13

involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

### D.    Reservation

24.    To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.    Notice

25.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

14

## V.     Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $22,899.00 and of the reimbursement for actual and necessary expenses Fox Rothschild incurred during the Compensation Period in the amount of $1,243.14, (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period, which were not processed at the time of this Application, (iii) payment for services rendered during the Fee Period in the amount of $18,319.20 (80% of $22,899.00) and expenses incurred in the amount of $1,243.14 (100%); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: November 15, 2019

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*

15

**Exhibit A**



# Fox Rothschild LLP

## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number 2435362 |
| SILLS CUMMIS & GROSS | Invoice Date 10/08/19 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/19:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/24/19 | HORAN | AP | REVIEW MOTION TO EXTEND TIME TO REMOVE ACTIONS | 0.1 | $61.00 |
| 09/03/19 | HORAN | BO | REVIEW REPORT OF PATIENT CARE OMBUDSMAN | 0.3 | $183.00 |
| 09/19/19 | HRYCAK | BO | COMMUNICATION WITH T. HORAN RE: 1102 MOTION FOR FILING | 0.1 | $24.50 |
| 09/19/19 | HRYCAK | BO | PREPARE COS FOR 1102 MOTION | 0.2 | $49.00 |
| 09/19/19 | HRYCAK | BO | COMMUNICATE WITH PARCELS RE: SERVICE OF 1102 MOTION | 0.1 | $24.50 |
| 09/19/19 | HRYCAK | BO | RETRIEVAL OF TIME STAMPED 1102 MOTION AND COMMUNICATION WITH T. HORAN, B. MANKOVETSKIY, AND A. SHERMAN REGARDING THE SAME | 0.1 | $24.50 |
| 09/19/19 | HRYCAK | CA | PREPARE AND FILE 1102 MOTION | 0.2 | $49.00 |
| 09/03/19 | HORAN | CH | REVIEW AMENDED AGENDA FOR SEPTEMBER 4, 2019 OMNIBUS HEARING | 0.1 | $61.00 |
| 09/04/19 | CRAWFORD | CH | ATTENDED SALE HEARING; CORRESPONDENCE WITH TOM HORAN REGARDING THE HEARING | 7.1 | $2,414.00 |
| 09/04/19 | HORAN | CH | EMAILS WITH KATE CRAWFORD REGARDING OMNIBUS HEARING; REVIEW SECOND AMENDED HEARING | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AGENDA FOR SEPTEMBER 4, 2019 | | |
| 09/04/19 | HRYCAK | CH | VARIOUS COMMUNICATIONS WITH K. CRAWFORD RE: ORDERS FOR EMPLOYMENT APPLICATIONS FOR HEARING | 0.2 | $49.00 |
| 09/05/19 | CRAWFORD | CH | CORRESPONDENCE WITH TOME HORAN AND CO-COUNSEL REGARDING CONTINUED HEARING; ATTENDED CONTINUED SALE HEARING | 3.9 | $1,326.00 |
| 09/06/19 | HORAN | CH | REVIEW NOTICE OF TIME CHANGE FOR SEPTEMBER 24, 2019 OMNIBUS HEARING | 0.1 | $61.00 |
| 09/06/19 | HRYCAK | CH | REGISTER T. HORAN, B. MANKOVETSKIY, AND A. SHERMAN FOR COURTCALL APPEARANCE FOR TELEPHONIC STATUS CONFERENCE SCHEDULED FOR 9/9 | 0.3 | $73.50 |
| 09/06/19 | HRYCAK | CH | COMMUNICATION WITH T. HORAN, A. SHERMAN, AND B. MANKOVETSKIY RE: COURTCALL APPEARANCE REQUEST FOR 9/9 | 0.1 | $24.50 |
| 09/08/19 | HORAN | CH | REVIEW NOTICE OF SEPTEMBER 9, 2019 OMNIBUS HEARING; EMAILS WITH BORIS MANKOVETSKIY AND ANDREW SHERMAN REGARDING SAME | 0.1 | $61.00 |
| 09/09/19 | HORAN | CH | ATTEND SEPTEMBER 9, 2019 TELEPHONIC HEARING | 1.3 | $793.00 |
| 09/11/19 | HORAN | CH | REVIEW AGENDA FOR SEPTEMBER 13, 2019 OMNIBUS HEARING | 0.1 | $61.00 |
| 09/13/19 | HORAN | CH | REVIEW AMENDED AGENDA FOR SEPTEMBER 13, 2019 OMNIBUS HEARING | 0.1 | $61.00 |
| 09/13/19 | HORAN | CH | ATTEND SCHEDULED SEPTEMBER 13, 2019 OMNIBUS HEARING | 3.1 | $1,891.00 |
| 09/19/19 | HORAN | CH | REVIEW AGENDA FOR SEPTEMBER 23, 2019 OMNIBUS HEARING | 0.1 | $61.00 |
| 09/19/19 | HORAN | CH | ATTEND TELEPHONIC CHAMBERS CONFERENCE REGARDING TENET AND CONIFER ISSUES | 0.5 | $305.00 |
| 09/20/19 | HORAN | CH | REVIEW AGENDA FOR | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | SEPTEMBER 24, 2019 HEARING | | |
| 09/23/19 | HORAN | CH | REVIEW AMENDED AGENDA FOR SEPTEMBER 23, 2019 HEARING | 0.1 | $61.00 |
| 09/23/19 | HORAN | CH | ATTEND OMNIBUS HEARING | 4.1 | $2,501.00 |
| 09/12/19 | HORAN | CI | REVIEW AND RESPOND TO CREDITOR INQUIRY ABOUT FILING PROOF OF CLAIM | 0.1 | $61.00 |
| 09/19/19 | HORAN | CI | EMAIL WITH GREGORY KOPACZ REGARDING 1102 MOTION (.1); REVIEW DRAFT OF MOTION (.3) | 0.4 | $244.00 |
| 09/26/19 | HORAN | CI | TELECONFERENCE WITH CREDITOR REGARDING STATUS OF CLAIMS AND UPDATE ON CASE | 0.2 | $122.00 |
| 09/28/19 | HORAN | CI | EMAILS WITH COUNSEL TO CREDITOR REGARDING CLAIM | 0.1 | $61.00 |
| 09/29/19 | HORAN | CI | EMAILS WITH COUNSEL TO CREDITOR REGARDING CLAIM | 0.1 | $61.00 |
| 09/30/19 | HORAN | CI | TELECONFERENCE WITH CREDITOR COUNSEL REGARDING SALE PROCESS AND CLAIMS | 0.2 | $122.00 |
| 09/10/19 | HORAN | CR | EMAILS WITH JOELLE POLESKY, GRETCHEN SANTAMOUR, AND ANDREW SHERMAN REGARDING STIPULATION BETWEEN COMMITTEE AND MIDCAP (.1); REVIEW AND EXECUTE STIPULATION (.1) | 0.2 | $122.00 |
| 09/18/19 | HORAN | CR | REVIEW ANALYSIS OF TERM LOAN | 0.8 | $488.00 |
| 09/03/19 | HORAN | EA2 | REVIEW SUZANNE N. PRITCHARD, P.C. DECLARATION IN SUPPORT OF ORDINARY COURSE RETENTION | 0.1 | $61.00 |
| 09/04/19 | HORAN | EA2 | REVIEW REED SMITH DECLARATION REGARDING ORDINARY COURSE RETENTION | 0.1 | $61.00 |
| 09/04/19 | HORAN | EA2 | EMAILS WITH ANDREW SHERMAN REGARDING ORDERS APPROVING COMMITTEE PROFESSIONAL RETENTIONS | 0.1 | $61.00 |
| 09/05/19 | HORAN | EA2 | REVIEW MONIQUE DISABATINO SUPPLEMENTAL DECLARATION IN SUPPORT | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OF SAUL EWING ARNSTEIN & LEHR RETENTION | | |
| 09/05/19 | HRYCAK | EA2 | REVIEW OF ORDERS FOR EMPLOYMENT APPLICATIONS OF BEREKELY AND SILLS CUMMIS; COMMUNICATION WITH T. HORAN RE: SILLS CUMMIS ORDER | 0.2 | $49.00 |
| 09/05/19 | HRYCAK | EA2 | COMMUNICATION WITH COURTROOM DEPUTY RE: ORDER FOR SILLS CUMMIS | 0.3 | $73.50 |
| 09/05/19 | HRYCAK | EA2 | DRAFT COC OF CORRECTED ORDER FOR SILLS CUMMIS | 0.3 | $73.50 |
| 09/05/19 | HRYCAK | EA2 | COMMUNICATION WITH T. HORAN RE: COC FOR CORRECTED ORDER FOR SILLS CUMMIS | 0.1 | $24.50 |
| 09/05/19 | HRYCAK | EA2 | COMMUNICATION WITH B. MANKOVETSKIY AND A. SHERMAN RE: COC AND CORRECTED ORDER FOR EMPLOYMENT APPLICATION | 0.1 | $24.50 |
| 09/05/19 | HRYCAK | EA2 | PREPARE AND FILE COC AND CORRECTED ORDER FOR SILLS CUMMIS EMPLOYMENT APPLICATION; UPLOAD ORDER | 0.2 | $49.00 |
| 09/05/19 | HRYCAK | EA2 | RETRIEVE CORRECTED SIGNED ORDER FOR SILLS CUMMIS AND CIRCULATE TO A. SHERMAN, T. HORAN AND B. MANKOVETSKIY | 0.2 | $49.00 |
| 09/05/19 | HRYCAK | EA2 | PREPARE COS FOR SIGNED RETENTION ORDERS AND COC FOR SILLIS CUMMIS CORRECTED ORDER | 0.3 | $73.50 |
| 09/05/19 | HRYCAK | EA2 | PREPARE AND FILE COS FOR SIGNED RETENTION ORDERS AND COC FOR SILLIS CUMMIS CORRECTED ORDER | 0.1 | $24.50 |
| 09/05/19 | HRYCAK | EA2 | COMMUNICATION WITH PARCELS RE: SERVICE OF SIGNED RETENTION ORDERS AND COC FOR CORRECTED SILLS CUMMIS ORDER | 0.1 | $24.50 |
| 09/16/19 | SOLOMON | EA2 | DRAFT AND FILE PRO HAC VICE MOTIONS FOR A. SHERMAN AND B. MONKOVETSKIY IN DISTRICT COURT MATTER | 0.5 | $207.50 |
| 09/23/19 | HORAN | EB | REVIEW PROPOSED REVISED KEIP ORDER | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/24/19 | HORAN | EB | REVIEW CERTIFICATION OF COUNSEL AND PROPOSED REVISED KEIP ORDER | 0.1 | $61.00 |
| 09/05/19 | HORAN | EC | REVIEW GLOBAL NEUROSCIENCES INSTITUTE MOTION FOR RECONSIDERATION OF ORDER REJECTING AGREEMENT | 0.2 | $122.00 |
| 09/13/19 | HORAN | EC | REVIEW DREXEL OBJECTION TO MOTION TO REJECT LEASE | 0.1 | $61.00 |
| 09/13/19 | HORAN | EC | REVIEW MASTER LANDLORD OBJECTION TO MOTION TO REJECT LEASES | 0.2 | $122.00 |
| 09/18/19 | HORAN | FA2 | REVIEW SAK FEE APPLICATION | 0.2 | $122.00 |
| 09/19/19 | HORAN | FA2 | REVIEW EISNERAMPER STATEMENT OF MONTHLY COMPENSATION | 0.1 | $61.00 |
| 09/19/19 | HORAN | FA2 | REVIEW GREENBERG TRAURIG MONTHLY FEE APPLICATION | 0.2 | $122.00 |
| 09/21/19 | HORAN | FA2 | REVIEW SAUL EWING FIRST MONTHLY FEE APPLICATION | 0.4 | $244.00 |
| 09/27/19 | HORAN | FA2 | REVIEW GREENBERG TRAURIG SECOND MONTHLY FEE APPLICATION | 0.1 | $61.00 |
| 09/06/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING MIDCAP | 0.1 | $61.00 |
| 09/06/19 | HORAN | MC | REVIEW EMAIL FROM ANDREW SHERMAN TO COMMITTEE REGARDING APPROVAL OF SALE | 0.1 | $61.00 |
| 09/09/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING STIPULATION WITH MIDCAP | 0.1 | $61.00 |
| 09/11/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING CREDITOR INFORMATION SHARING | 0.1 | $61.00 |
| 09/12/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING APPEAL OF RESIDENTS PROGRAM SALE ORDER | 0.1 | $61.00 |
| 09/13/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING CMS APPEAL | 0.1 | $61.00 |
| 09/16/19 | HORAN | MC | REVIEW EMAIL WITH COMMITTEE REGARDING DISTRICT COURT ORDER STAYING SALE ORDER | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/18/19 | HORAN | MC | REVIEW COMMITTEE EMAILS REGARDING ST. CHRISTOPHER'S AUCTION | 0.1 | $61.00 |
| 09/19/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING ST. CHRISTOPHER'S AUCTION | 0.1 | $61.00 |
| 09/20/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING OUTCOME OF AUCTION | 0.1 | $61.00 |
| 09/23/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING UPDATES ON CASE | 0.1 | $61.00 |
| 09/26/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING MEDIATION WITH TENET AND CONIFER | 0.1 | $61.00 |
| 09/04/19 | HORAN | MR | REVIEW CORINTHIA SHIELDS STIPULATION TO RELIEF FROM THE AUTOMATIC STAY | 0.1 | $61.00 |
| 09/10/19 | HRYCAK | PC | CORRESPONDENCE WITH T. HORAN RE: FLING OF MIDCAP STIPULATION | 0.1 | $24.50 |
| 09/10/19 | HRYCAK | PC | PREPARE AND FILE STIPULATION WITH MIDCAP | 0.1 | $24.50 |
| 09/10/19 | HRYCAK | PC | PREPARE COS FOR STIPULATION FOR MIDCAP | 0.2 | $49.00 |
| 09/10/19 | HRYCAK | PC | CORRESPONDENCE WITH PARCELS RE: SERVICE OF STIPULATION WITH MIDCAP | 0.1 | $24.50 |
| 09/10/19 | HRYCAK | PC | RETRIEVAL OF TIME STAMPED STIPULATION WITH MIDCAP AND CORRESPONDENCE WITH T. HORAN, A. SHERMAN, AND B. MANKOVETSKIY REGARDING THE SAME | 0.1 | $24.50 |
| 09/13/19 | HORAN | PC | REVIEW DEBTORS' STATUS REPORT REGARDING TENET AND CONIFER CLAIMS | 0.1 | $61.00 |
| 09/13/19 | HRYCAK | PC | CORRESPONDENCE WITH T. HORAN RE: FILING OF JOINDER TO DEBTORS OBJECTION TO STAY PENDING APPEAL IN DISTRICT COURT OF DELAWARE | 0.1 | $24.50 |
| 09/13/19 | HRYCAK | PC | PREPARE COS AND SERVICE LIST FOR JOINDER TO DEBTORS OBJECTION TO STAY PENDING APPEAL | 0.3 | $73.50 |
| 09/13/19 | HRYCAK | PC | PREPARE AND FILE JOINDER TO DEBTORS OBJECTION TO STAY PENDING APPEAL AND | 0.2 | $49.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | CORRESPONDING COS | | |
| 09/13/19 | HRYCAK | PC | RETRIEVE TIME STAMPED JOINDER TO DEBTORS OBJECTION TO STAY PENDING APPEAL AND CORRESPONDENCE WITH T. HORAN, A. MANKOVETSKIY, R. BRENNAN, AND A. SHERMAN REGARDING THE SAME | 0.2 | $49.00 |
| 09/13/19 | HRYCAK | PC | CORRESPONDENCE WITH PARCELS RE: SERVICE OF JOINDER TO DEBTORS OBJECTION TO STAY PENDING APPEAL | 0.1 | $24.50 |
| 09/13/19 | HRYCAK | PC | COORDINATED SERVICE VIA EMAIL TO PARTIES LISTED ON COS FOR JOINDER TO DEBTORS OBJECTION TO STAY PENDING APPEAL | 0.2 | $49.00 |
| 09/18/19 | HORAN | PC | REVIEW DEBTORS' CERTIFICATION OF COUNSEL REGARDING TENET PAYMENT ORDER (.2); REVIEW COMMUNICATIONS AMONG PARTIES AND WITH CHAMBERS REGARDING SAME (.1) | 0.3 | $183.00 |
| 09/03/19 | HORAN | SA | REVIEW THOMAS JEFFERSON UNIVERSITY HOSPITALS JOINDER TO DEBTORS' REPLY TO UNITED STATES OBJECTION TO SALE OF HAHNEMANN RESIDENTS' PROGRAM ASSETS | 0.1 | $61.00 |
| 09/04/19 | HORAN | SA | REVIEW UNITED STATES OBJECTION TO MOTION TO SELL RESIDENT PROGRAM ASSETS | 0.6 | $366.00 |
| 09/04/19 | HORAN | SA | REVIEW DEBTORS' CERTIFICATION OF COUNSEL REGARDING AUCTION OF HAHNEMANN RESIDENT PROGRAM ASSETS | 0.1 | $61.00 |
| 09/05/19 | HORAN | SA | REVIEW CERTIFICATION OF COUNSEL AND REVISED PROPOSED SALE ORDER | 0.1 | $61.00 |
| 09/05/19 | HORAN | SA | REVIEW UNITED STATES OBJECTION AND NON-CONSENT TO SALE ORDER | 0.1 | $61.00 |
| 09/05/19 | HORAN | SA | RESEARCH REGARDING COMMITTEE RIGHT TO INTERVENE IN APPEAL UNDER RULE 8013 (.4); EMAIL WITH ANDREW SHERMAN | 0.5 | $305.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | REGARDING SAME (.1) | | |
| 09/06/19 | HORAN | SA | REVIEW COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH OBJECTION TO PROPOSED SALE ORDER | 0.1 | $61.00 |
| 09/06/19 | HORAN | SA | REVIEW UNITED STATES OBJECTION TO PROPOSED SALE ORDER | 0.1 | $61.00 |
| 09/06/19 | HORAN | SA | REVIEW TEMPLE UNIVERSITY OBJECTION TO ASSUMPTION NOTICE | 0.1 | $61.00 |
| 09/06/19 | HORAN | SA | REVIEW EMAIL FROM MARK MINUTI TO JUDGE GROSS' CHAMBERS REGARDING PENNSYLVANIA DEPARTMENT OF HEALTH OBJECTION TO PROPOSED SALE ORDER | 0.1 | $61.00 |
| 09/06/19 | HORAN | SA | REVIEW SANJAY GUPTA OBJECTION TO SALE OF RESIDENT SLOTS | 0.1 | $61.00 |
| 09/06/19 | HORAN | SA | REVIEW UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM LETTER TO CMS REGARDING SALE OF RESIDENT PROGRAM SLOTS | 0.1 | $61.00 |
| 09/06/19 | HORAN | SA | REVIEW CERTIFICATION OF COUNSEL AND FURTHER REVISED PROPOSED ORDER APPROVING SALE OF RESIDENT PROGRAM ASSETS | 0.1 | $61.00 |
| 09/09/19 | HORAN | SA | EMAILS WITH CHRIS KEARNS AND POTENTIAL BIDDER FOR HOSPITAL EQUIPMENT | 0.1 | $61.00 |
| 09/09/19 | HORAN | SA | REVIEW EMAILS FROM MEGAN HARPER AND MONIQUE DISABATINO REGARDING STATUS OF ST. CHRISTOPHER'S BIDDING PROCESS | 0.1 | $61.00 |
| 09/09/19 | HORAN | SA | REVIEW CERTIFICATION OF COUNSEL AND REVISED SALE ORDER FOR RESIDENT PROGRAM ASSETS | 0.1 | $61.00 |
| 09/11/19 | HORAN | SA | REVIEW MASTER LANDLORDS' OBJECTION TO CURE AMOUNTS | 0.1 | $61.00 |
| 09/12/19 | HORAN | SA | REVIEW CMS NOTICE OF APPEAL OF RESIDENTS PROGRAM SALE ORDER (.1); EMAIL WITH UNITED STATES COUNSEL REGARDING SAME (.1) | 0.2 | $122.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/12/19 | HORAN | SA | REVIEW PREMIER RESERVATION OF RIGHTS REGARDING ST. CHRISTOPHER'S SALE | 0.1 | $61.00 |
| 09/12/19 | HORAN | SA | REVIEW CMS MOTION FOR STAY PENDING APPEAL | 0.4 | $244.00 |
| 09/12/19 | HORAN | SA | REVEIW TEMPLE RESERVATION OF RIGHTS REGARDING ST. CHRISTOPHER'S SALE | 0.1 | $61.00 |
| 09/12/19 | HORAN | SA | TELECONFERENCE WITH ANDREW SHERMAN REGARDING CMS APPEAL | 0.2 | $122.00 |
| 09/12/19 | HORAN | SA | REVIEW ADVISORY BOARD COMPANY OBJECTION TO ASSUMPTION OF ST. CHRISTOPHER'S CONTRACT | 0.1 | $61.00 |
| 09/12/19 | HORAN | SA | REVIEW CERTAIN PHYSICIANS' OBJECTION TO ST. CHRISTOPHER'S SALE | 0.1 | $61.00 |
| 09/12/19 | HORAN | SA | REVIEW COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH'S RESPONSE TO SALE MOTION | 0.1 | $61.00 |
| 09/13/19 | HORAN | SA | REVIEW ST. CHRISTOPHER'S MEDICAL STAFF SALE OBJECTION | 0.1 | $61.00 |
| 09/13/19 | HORAN | SA | REVIEW PENNSYLVANIA ASSOCIATION OF STAFF NURSES AND ALLIED PROFESSIONALS OBJECTION TO ST. CHRISTOPHER'S SALE MOTION | 0.3 | $183.00 |
| 09/13/19 | HORAN | SA | REVIEW DEBTORS' OPPOSITION TO MOTION TO STAY CMS APPEAL | 0.5 | $305.00 |
| 09/13/19 | HORAN | SA | REVIEW MIDCAP RESPONSE TO ST. CHRISTOPHER'S SALE MOTION | 0.1 | $61.00 |
| 09/13/19 | HORAN | SA | REVIEW TENET OBJECTION TO MOTION TO SELL ST. CHRISTOPHER'S HOSPITAL | 0.1 | $61.00 |
| 09/13/19 | HORAN | SA | REVIEW THYSSENKRUPP ELEVATOR CORPORATION OBJECTION TO CURE AMOUNTS | 0.1 | $61.00 |
| 09/13/19 | HORAN | SA | REVIEW HAYES LOCUM OBJECTION TO SALE MOTION | 0.1 | $61.00 |
| 09/13/19 | HORAN | SA | REVIEW UNITED STATES OBJECTION TO ST. CHRISTOPHER'S SALE | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | MOTION | | |
| 09/13/19 | HORAN | SA | REVIEW COMMITTEE JOINDER IN OBJECTION TO CMS MOTION TO STAY APPEAL | 0.2 | $122.00 |
| 09/13/19 | HORAN | SA | REVIEW UROLOGY FOR CHILDREN OBJECTION TO ST. CHRISTOPHER'S SALE MOTION | 0.1 | $61.00 |
| 09/15/19 | HORAN | SA | REVIEW THOMAS JEFFERSON UNIVERSITY HOSPITAL OBJECTION TO UNITED STATES MOTION TO STAY SALE ORDER | 0.2 | $122.00 |
| 09/16/19 | HORAN | SA | REVIEW UNITED STATES EMERGENCY MOTION FOR STAY IN THIRD CIRCUIT | 0.2 | $122.00 |
| 09/16/19 | HORAN | SA | REVIEW DEBTORS' RESPONSE TO UNITED STATES THIRD CIRCUIT MOTION FOR TEMPORARY ADMINISTRATIVE STAY AND WRIT OF MANDAMUS | 0.2 | $122.00 |
| 09/16/19 | HORAN | SA | EMAILS WITH ANDREW SHERMAN, BORIS MANKOVETSKIY, AND ROBIN SOLOMON REGARDING MOTIONS FOR ADMISSION PRO HAC VICE IN DISTRICT COURT APPEAL (.1); REVIEW MOTIONS FOR ADMISSION PRO HAC VICE (.1) | 0.2 | $122.00 |
| 09/16/19 | HORAN | SA | REVIEW DEBTORS' NOTICE OF EXTENSION OF BID DEADLINE AND AUCTION DATE FOR ST. CHRISTOPHER'S ASSETS | 0.1 | $61.00 |
| 09/16/19 | HORAN | SA | ATTEND DISTRICT COURT TELEPHONIC HEARING ON MOTION TO STAY SALE ORDER | 1.8 | $1,098.00 |
| 09/18/19 | HORAN | SA | REVIEW NOTICE OF ASSIGNMENT OF APPEAL OF SALE ORDER TO JUDGE CONNOLLY | 0.1 | $61.00 |
| 09/18/19 | HORAN | SA | REVIEW AMICUS CURIAE MOTION FOR LEAVE TO FILE BRIEF AND PROPOSED BRIEF | 0.4 | $244.00 |
| 09/19/19 | HORAN | SA | EMAILS WITH ANDREW SHERMAN REGARDING ST. CHRISTOPHER'S AUCTION | 0.1 | $61.00 |
| 09/19/19 | HORAN | SA | REVIEW NOTICES AND AMENDED CURE SCHEDULES | 0.2 | $122.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/20/19 | HORAN | SA | REVIEW APA FOR ST. CHRISTOPHER'S SALE | 1.2 | $732.00 |
| 09/21/19 | HORAN | SA | REVIEW NOTICE OF SUCCESSFUL BIDDER AND CANCELLATION OF ST. CHRISTOPHER'S AUCTION | 0.1 | $61.00 |
| 09/21/19 | HORAN | SA | REVIEW TENET AND CONIFER OBJECTIONS TO ST. CHRISTOPHER'S SALE | 0.1 | $61.00 |
| 09/21/19 | HORAN | SA | REVIEW MASTER LANDLORDS CURE OBJECTION | 0.1 | $61.00 |
| 09/21/19 | HORAN | SA | REVIEW HAYES HEALTHCARE SALE OBJECTION | 0.1 | $61.00 |
| 09/23/19 | HORAN | SA | REVIEW TEMPLE SUPPLEMENTAL OBJECTION TO ST. CHRISTOPHER'S SALE | 0.1 | $61.00 |
| 09/23/19 | HORAN | SA | REVIEW FRONT STREET HEALTHCARE CURE OBJECTION TO ST. CHRISTOPHER'S SALE | 0.1 | $61.00 |
| 09/23/19 | HORAN | SA | REVIEW UNITED STATES STATUS REPORT TO THE COURT ON STAY PENDING APPEAL | 0.1 | $61.00 |
| 09/23/19 | HORAN | SA | REVIEW TENET AND CONIFER SUPPLEMENTAL OBJECTION TO ST. CHRISTOPHER'S SALE | 0.1 | $61.00 |
| 09/23/19 | HORAN | SA | REVIEW SECOND SUPPLEMENTAL NOTICE OF ASSUMED EXECUTORY CONTRACTS | 0.1 | $61.00 |
| 09/25/19 | HORAN | SA | REVIEW COMMITTEE EMAIL REGARDING ST. CHRISTOPHER'S SALE | 0.1 | $61.00 |
| 09/25/19 | HORAN | SA | EMAILS WITH UNITED STATES, DEBTOR, AND COMMITTEE COUNSEL REGARDING JOINT MEDIATION STATEMENT (.1); REVIEW REVISIONS TO JOINT MEDIATION STATEMENT (.1) | 0.2 | $122.00 |
| 09/25/19 | HORAN | SA | REVIEW NOTICE OF APPEAL REASSIGNMENT TO JUDGE ANDREWS | 0.1 | $61.00 |
| 09/26/19 | HORAN | SA | REVIEW UNITED STATES REVISIONS TO JOINT STATEMENT REGARDING MEDIATION OF APPEAL | 0.1 | $61.00 |
| 09/26/19 | HORAN | SA | REVIEW UNITED STATES STATEMENT OF ISSUES ON APPEAL AND DESIGNATION | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OF RECORD | | |
| 09/26/19 | HORAN | SA | REVIEW EMAILS FROM UNITED STATES COUNSEL AND DEBTORS' COUNSEL REGARDING JOINT MEDIATION STATEMENT (.1); REVIEW PROPOSED REVISIONS TO JOINT MEDIATION STATEMENT (.1) | 0.2 | $122.00 |
| 09/26/19 | HORAN | SA | REVIEW CERTIFICATION OF COUNSEL AND REVISIONS TO ST. CHRISTOPHER'S SALE ORDER AND APA | 0.2 | $122.00 |
| 09/27/19 | HORAN | SA | REVIEW EMAILS BETWEEN DEBTORS AND UNITED STATES REGARDING JOINT MEDIATION STATEMENT | 0.1 | $61.00 |
| 09/27/19 | HORAN | SA | TELECONFERENCE WITH ANDREW SHERMAN REGARDING APPEAL | 0.2 | $122.00 |
| 09/27/19 | HORAN | SA | REVIEW DRAFT DESIGNATION OF ADDITIONAL RECORD ON APPEAL | 0.2 | $122.00 |
| 09/06/19 | HORAN | TR | REVIEW JULY 2019 MONTHLY OPERATING REPORT | 0.2 | $122.00 |
| | | | **TOTAL** | **45.5** | **$22,899.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|------:|------:|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 0.1 | $61.00 |
| BO | BUSINESS OPERATIONS | 0.8 | $305.50 |
| CA | CASE ADMINISTRATION | 0.2 | $49.00 |
| CH | COURT HEARINGS | 21.5 | $9,926.00 |
| CI | CREDITOR INQUIRIES | 1.1 | $671.00 |
| CR | CASH COLLATERAL/DIP FINANCING | 1.0 | $610.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 2.8 | $917.00 |
| EB | EMPLOYEE MATTERS | 0.2 | $122.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.5 | $305.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 1.0 | $610.00 |
| MC | MEETINGS OF CREDITORS | 1.2 | $732.00 |
| MR | STAY RELIEF MATTERS | 0.1 | $61.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 2.1 | $660.50 |
| SA | USE, SALE OR LEASE OF PROPERTY | 12.7 | $7,747.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.2 | $122.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|------:|-----:|------:|
| T.M. HORAN | PARTNER | 29.1 | $610.00 | $17,751.00 |
| K. CRAWFORD | ASSOCIATE | 11.0 | $340.00 | $3,740.00 |
| A.M. HRYCAK | PARALEGAL | 4.9 | $245.00 | $1,200.50 |
| R. I. SOLOMON | PARALEGAL | 0.5 | $415.00 | $207.50 |
| | TOTAL | 45.5 | | $22,899.00 |

TOTAL PROFESSIONAL SERVICES    $22,899.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| PARKING - OUT-OF-TOWN TRAVEL EXPENSE THOMAS M. HORAN 8/15 Parking fee while attending deposition | $15.00 |
| MILES - OUT-OF-TOWN TRAVEL EXPENSE THOMAS M. HORAN 8/15 garnet valley to phila DEPO | $29.58 |
| MESSENGER SERVICE/DELIVERY PARCELS, INC. | $275.40 |
| MESSENGER SERVICE/DELIVERY PARCELS, INC. | $232.90 |
| MESSENGER SERVICE/DELIVERY PARCELS, INC. Copy and serve DI 737 upon 85 parties | $339.15 |
| MESSENGER SERVICE/DELIVERY PARCELS, INC. | $339.15 |
| MESSENGER SERVICE/DELIVERY PARCELS, INC. | $11.96 |

| | |
|---|---|
| TOTAL EXPENSES | $1,243.14 |
| TOTAL AMOUNT OF THIS INVOICE | $24,142.14 |
| PRIOR BALANCE DUE | $69,805.34 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$93,947.48** |

**OUTSTANDING INVOICES PRIOR TO 10/08/19**

| Invoice Date | Invoice # | Total |
|---|---|---|
| 09/30/19 | 2435360 | $69,805.34 |
| **TOTAL PRIOR BALANCES DUE** | | **$69,805.34** |



# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE

| | | |
|---|---|---|
| ANDREW SHERMAN | Invoice Number | 2435362 |
| SILLS CUMMIS & GROSS | Invoice Date | 10/08/19 |
| ONE RIVERFRONT PLAZA | Client Number | 189087 |
| NEWARK, NJ 07102 | Matter Number | 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

TOTAL AMOUNT OF THIS INVOICE          $24,142.14

PRIOR BALANCE DUE                              $69,805.34

**TOTAL BALANCE DUE UPON RECEIPT          $93,947.48**

PAYMENT INSTRUCTIONS

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Fox Rothschild LLP | Wells Fargo Bank | Wells Fargo Bank |
| Attn: Accounts Receivable - 73 | 420 Montgomery Street | 420 Montgomery Street |
| 2000 Market Street, 20th Floor | San Francisco, CA 94104 | San Francisco, CA 94104 |
| Philadelphia, PA 19103-3222 | ACH #031000503 | ABA #121000248 |
| | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code:#WFBIUS6S (international wires only) | Swift Code:#WFBIUS6S (international wires only) |

Please include the Client, Matter, or Invoice Number with all payments.