**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: December 5, 2019 at 4:00 p.m. ET**<br>**Hearing: December 9, 2019 at 10:00 a.m. ET** |

**NOTICE OF FIRST INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM JULY 22, 2019 THROUGH SEPTEMBER 30, 2019**

PLEASE TAKE NOTICE THAT on November 15, 2019, Berkeley Research Group, LLC ("BRG"), as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the First Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period July 22, 2019 through September 30, 2019 (the "Application").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

105109526

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and filed by no later than **December 5, 2019 at 4:00 p.m.** (prevailing Eastern time) (the "Objection Deadline") and served on following parties: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF BY THIS APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

[Signature page follows.]

Dated: November 15, 2019    **FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

105109526

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

|  |  |
|---|---|
| *In re* | : Chapter 11 |
|  | : Case No. 19-11466 (KG) |
| CENTER CITY HEALTHCARE, LLC d/b/a | : Jointly Administered |
| HAHNEMANN UNIVERSITY HOSPITAL | : |
| *et al.*,[1] | : |
| Debtors. | : **Objection Deadline: Dec. 5, 2019, at 4:00 p.m. (ET)** |
|  | : **Hearing: December 9, 2019 at 10:00 a.m. (ET)** |

---

**FIRST INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM JULY 22, 2019 THROUGH SEPTEMBER 30, 2019**

| | |
|---|---|
| **Name of Applicant:** | Berkeley Research Group LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | September 4, 2019 *nunc pro tunc* to July 22, 2019 |
| Period for which Compensation and Reimbursement is Sought: | July 22, 2019 through September 30, 2019 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | $284,179.50[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $3,745.93 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Pursuant to *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors nunc pro tunc to July 22, 2019,* **for** purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "Blended Hourly Rate") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged. Accordingly, we have reduced our fees for the First and Second Monthly Fee Periods by $48,554.50 as indicated on Attachment B: Fees By Professional.

Total Amount of Fees and Expense
Reimbursement Sought as Actual, Reasonable
and Necessary:  **$287,925.43**

This is a(n): __ Monthly Application  _X_ Interim Application ___ Final Application

**Attachment A: Summary of Fee Statements and Applications Filed**

| Application | | Requested | | CNO | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 10/29/2019 Dkt No. 915 | 7/22/2019 - 8/31/2019 | $182,902.50 | $2,411.76 | n/a | $0.00 | $0.00 | $185,314.26 |
| 11/15/2019 Dkt No. 1014 | 9/1/2019 - 9/31/2019 | $101,277.00 | $1,334.17 | n/a | $0.00 | $0.00 | $102,611.17 |
| | | $284,179.50 | $3,745.93 | | $0.00 | $0.00 | $287,925.43 |

[*Remainder of this Page Intentionally Left Blank*]

**Relief Requested**

This is Berkeley Research Group's ("BRG") first interim fee application for compensation (the "Fee Application") for the period July 22, 2019 through September 30, 2019 (the "Interim Fee Period") filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order"), [Dkt #341]. BRG requests: (a) allowance of compensation in the amount of $284,179.50 for actual, reasonable and necessary professional services rendered to the Committee by BRG and (b) reimbursement of actual, reasonable and necessary costs and expenses in the amount of $3,745.93 incurred by BRG.

**Services Rendered and Disbursements Incurred**

Incorporated herein by reference are BRG's first and second monthly fee application, as shown in **Attachment A** above. Attached as **Attachment B** is the schedule of professionals who rendered services to the during the Interim Fee Period, including each person's billing rate and the blended rate and **Attachment C** shows the schedule of fees expended during the Interim Fee Period by task code. Attached as **Attachment D** shows the summary totals for each category of expense during the Interim Fee Period.

**Notice and Objection Procedures**

BRG provided notice of this Fee Statement to: (a) The Debtors; (b) counsel to the Debtors; (c) Counsel to the Committee; (d) The Office of the U.S. Trustee; and (e) Counsel for the DIP Agent (collectively, the "Notice Parties").

Wherefore, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $284,179.50 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $3,745.93 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $287,925.43 which is equal to the sum of 100% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period, which remain unpaid, and (c) and granting such other and further relief as the Court may deem just and proper.

Date:  11/15/2019                                         Berkeley Research Group, LLC


                                                           /s/ Christopher J. Kearns
                                                          Christopher J. Kearns
                                                          Managing Director
                                                          810 7th Ave., 41st Floor
                                                          New York, NY 10019
                                                          (212) 782-1409

**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

Berkeley Research Group, LLC

Attachment B: Fees By Professional

For the Period 7/22/2019 through 9/30/2019

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---:|---:|---:|
| A. Cowie | Director | $715.00 | 201.9 | $144,358.50 |
| A. Jiang | Consultant | $415.00 | 281.2 | $116,698.00 |
| C. Kearns | Managing Director | $1,050.00 | 42.5 | $44,625.00 |
| E. Lord | Associate | $250.00 | 1.1 | $275.00 |
| H. Miller | Managing Director | $895.00 | 24.5 | $21,927.50 |
| J. Blum | Case Assistant | $150.00 | 5.7 | $855.00 |
| M. Galfus | Associate | $275.00 | 0.3 | $82.50 |
| M. Haverkamp | Case Manager | $250.00 | 14.4 | $3,600.00 |
| N. Lee | Case Assistant | $125.00 | 2.5 | $312.50 |
| **Total** | | | **574.1** | **$332,734.00** |
| Agreed Upon Discount | $495   Maximum Blended Rate | | | ($48,554.50) |
| **Total Requested Fees** | | | | **$284,179.50** |
| | | | | |
| **Blended Rate** | | | | **$495.00** |

Berkeley Research Group, LLC

Invoice for the 7/22/2019 - 9/30/2019 Period

**CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL et al**

Berkeley Research Group, LLC

## Attachment C: Fees By Task Code

For the Period 7/22/2019 through 9/30/2019

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 90.5 | $59,630.50 |
| 04. DIP Financing | 58.3 | $37,160.50 |
| 05. Professional Retention Fee Application Preparation | 22.8 | $6,486.00 |
| 06. Attend Hearings/Related Activities | 20.1 | $16,254.00 |
| 07. Interaction/Meetings with Debtors/Counsel | 18.4 | $11,116.00 |
| 08. Interaction/Meetings with Creditors | 13.4 | $10,392.00 |
| 09. Employee Issues/KEIP | 72.4 | $40,947.00 |
| 10. Recovery/SubCon/Lien Analysis | 22.1 | $13,886.50 |
| 14. Executory Contracts/Leases | 3.2 | $1,328.00 |
| 15. Travel Time | 4.4 | $2,510.00 |
| 17. Analysis of Historical Results | 60.3 | $34,313.50 |
| 18. Operating and Other Reports | 16.9 | $7,013.50 |
| 19. Cash Flow/Cash Management Liquidity | 171.3 | $91,696.50 |
| **Total** | **574.1** | **$332,734.00** |
| Agreed Upon Discount  $495  Maximum Blended Rate | | ($48,554.50) |
| **Total Requested Fees** | | **$284,179.50** |
| **Blended Rate** | | **$495.00** |

Berkeley Research Group, LLC

Invoice for the 7/22/2019 - 9/30/2019 Period

**CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL et al**

**Berkeley Research Group, LLC**

**Attachment D: Expenses By Category**

For the Period 7/22/2019 through 9/30/2019

| Expense Category | Amount |
| --- | ---: |
| 01. Travel - Airline | $369.30 |
| 02. Travel - Train and Bus | $2,525.73 |
| 03. Travel - Taxi | $162.13 |
| 07. Travel - Parking | $20.00 |
| 08. Travel - Hotel/Lodging | $400.34 |
| 10. Meals | $89.43 |
| 11. Telephone, Fax and Internet | $179.00 |
| **Total Expenses for the Period 7/22/2019 through 9/30/2019** | **$3,745.93** |