**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: December 5, 2019 at 4:00 p.m. ET** |

**NOTICE OF THIRD MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

PLEASE TAKE NOTICE THAT on November 15, 2019, Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Third Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2019 through October 31, 2019 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by

the following parties by no later than December 5, 2019 at 4:00 p.m. (prevailing Eastern time),

(the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street,

Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing

Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark

Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia,

PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the

Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ

07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild

LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan);

(d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207,

Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the

DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600,

Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279,

Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation

Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served

with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO")

with the Court with respect to the unopposed portion of the fees and expenses requested in its

Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay

Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and

100 percent of the expenses requested in the applicable Monthly Fee Application (the

"Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and

remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount

(the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii)

80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: November 15, 2019       **FOX ROTHSCHILD LLP**

                                         */s/ Thomas M. Horan*
                                         Thomas M. Horan (DE No. 4641)
                                         919 North Market Street, Suite 300
                                         Wilmington, DE  19899-2323
                                         Telephone:  (302) 654-7444
                                         Facsimile:  (302) 656-8920
                                         E-mail: thoran@foxrothschild.com

                                         *Counsel to the Official Committee of*
                                         *Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: December 5, 2019 at 4:00 p.m. ET** |

**THIRD MONTHLY FEE APPLICATION OF
FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Third Monthly Period: | October 1, 2019 through October 31, 2019 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the First Monthly Period: | $15,471.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the First Monthly Period: | $204.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

This is a(n):   X   Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's third monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | - | - | - |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | - | - | - |
| | **TOTAL:** | **$88,753.00** | **$5,194.48** | | - | - |

2

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2019 THROUGH
OCTOBER 31, 2019**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Thomas M. Horan | Partner – Admitted to Delaware Bar in 2005; Joined Fox Rothschild in 2018 | $610.00 | 20.3 | $12,383.00 |
| Katelyn Crawford | Associate – Admitted to Delaware Bar in 2018; Joined Fox Rothschild in 2018 | $340.00 | 0.2 | $70.00 |
| Daniel B. Thompson | Associate – Admitted to Delaware Bar in 2018; Joined Fox Rothschild in 2019 | $335.00 | 2.1 | $703.50 |
| Amanda M. Hrycak | Paralegal since 2013; Joined Fox Rothschild in 2019 | $245.00 | 8.6 | $2,107.00 |
| Robin I. Solomon | Paralegal since 1982, joined Fox Rothschild in 1987 | $415.00 | 0.5 | $207.50 |
| **TOTALS** | | | **31.7** | **$15,471.00** |
| **Total Blended Rate** | | $488.04 | | |

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Task | Description | Hours | Total |
|------|-------------|------:|------:|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 10.9 | $6,493.50 |
| BO | BUSINESS OPERATIONS | 1.2 | $294.00 |
| CA | CASE ADMINISTRATION | 1.2 | $400.00 |
| CH | COURT HEARINGS | 0.8 | $232.50 |
| CI | CREDITOR INQUIRIES | 0.2 | $122.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 0.3 | $183.00 |
| EB | EMPLOYEE MATTERS | 0.1 | $61.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.2 | $122.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 5.9 | $1,644.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.2 | $721.50 |
| MC | MEETINGS OF CREDITORS | 0.8 | $488.00 |
| PL | PLAN | 0.3 | $73.50 |
| SA | USE, SALE OR LEASE OF PROPERTY | 2.2 | $1,342.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.1 | $61.00 |
| TV | TRAVEL | 5.3 | $3,233.00 |
| **TOTALS** | | **31.7** | **$15,471.00** |

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Description | Amount |
| --- | --- |
| MESSENGER SERVICE/DELIVERY PARCELS, INC. Pickup - Fox Rothchild. Delivery - Judge Kevin Gross | $7.50 |
| MEALS - LOCAL TRAVEL EXPENSE WELLS FARGO CREDIT CARD - Meals re Hahnemann University Meeting 9/5/19 | $43.50 |
| COURT FILINGS WELLS FARGO CREDIT CARD - Court Conference Call | $51.00 |
| COURT FILINGS WELLS FARGO CREDIT CARD - Court Conference Call | $51.00 |
| COURT FILINGS WELLS FARGO CREDIT CARD - Court Conference Call | $51.00 |

TOTAL EXPENSES     $204.00

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: December 5, 2019 at 4:00 p.m. ET** |

## THIRD MONTHLY FEE APPLICATION OF
## FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
## OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-

possession (the "Debtors"), submits its Third Monthly Fee Application (the

"Application"), pursuant to sections 330(a), and 331 of title 11 of the United States Code

(the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), and this Court's Order Establishing Procedures for Compensation and

Reimbursement of Expenses of Professionals, entered August 2, 2019 (the "Interim

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Compensation Order")[4] [D.I. 341] for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the third monthly application period from October 1, 2019 through October 31, 2019 (the "Compensation Period") in the amount of $15,471.00 (the "Monthly Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $204.00 (the "Monthly Expense Amount") incurred during the third monthly application period. In support of this Application, Fox Rothschild respectfully represents:

## I.    Jurisdiction

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.    Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.    Background

3.    On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.    On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

3.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc pro tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

### III.      Summary of Application for the Compensation Period

4.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

5.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of

compensation received for services rendered in these cases.

6.    Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as Exhibit A.

7.    Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy Code sections 330 and 331, of all fee and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $15,471.00, and its total expenses are $204.00.

8.    Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $12,376.80, is payable to Fox Rothschild, together with 100% of the firm's expenses, $204.00.

**A.    Summary of Services Rendered by Fox Rothschild During the Compensation Period**

9.    This Application is the third monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

10.    Attached as Exhibit A are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

11.    During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $245 to $610 per hour. The professional services performed by Fox Rothschild on behalf

of the Committee during the Compensation Period required an aggregate expenditure of - recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $488.04.

12.     The fees charged by Fox Rothschild as set forth in Exhibit A are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

13.     All entries itemized in Fox Rothschild's time records comply with the requirements set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in Exhibit A is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "Task Code"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in Exhibit A are presented chronologically within each Task Code category.

14.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks

involved. The professional services were performed expeditiously and efficiently.

15.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

**B**.     **Actual and Necessary Expenses of Fox Rothschild**

16.     Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit</u> <u>A</u> are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation Period.

17.     As more fully described in <u>Exhibit</u> <u>A</u>, Fox Rothschild seeks reimbursement for expenses incurred from Pacer Research. All entries detailed in <u>Exhibit</u> <u>A</u> comply with the requirements set forth in Local Rule 2016-2(e), including an itemization of the expenses by category, the date the expense was incurred, and the individual incurring the expense, where available. Fox Rothschild has not requested for reimbursement of expenses related to overhead charges.

18.     Fox Rothschild has incurred $204.00 in out-of-pocket expenses incurred as reasonable and necessary costs relating to serving as counsel to the Committee during the Compensation Period. These charges are intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require

extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in <u>Exhibit A</u> are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.   The Requested Compensation Should be Allowed

19.   The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., <u>In re Busy Beaver Bldg. Ctrs., Inc.</u>, 19 F.3d 833 (3d Cir. 1994).

20.   Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

21.    Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

22.    Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

23.    In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues

involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

>    **D.      Reservation**

>    24.      To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

>                        **IV.      Notice**

>    25.      Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

## V.    Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $15,471.00 and of the reimbursement for actual and necessary expenses Fox Rothschild incurred during the Compensation Period in the amount of $204.00, (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period, which were not processed at the time of this Application, (iii) payment for services rendered during the Fee Period in the amount of $12,376.80 (80% of $15,471.00) and expenses incurred in the amount of $204.00 (100%); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: November 15, 2019

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*

## Exhibit A



# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number     2454726 |
| SILLS CUMMIS & GROSS | Invoice Date       11/13/19 |
| ONE RIVERFRONT PLAZA | Client Number      189087 |
| NEWARK, NJ 07102 | Matter Number      00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/19:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/03/19 | HORAN | AP | REVIEW DEBTORS' NOTICE OF APPEAL OF TENET/CONIFER ORDER | 0.1 | $61.00 |
| 10/03/19 | HORAN | AP | REVIEW MAGISTRATE RECOMMENDATION TO WITHDRAW SALE ORDER APPEAL FROM MEDIATION | 0.1 | $61.00 |
| 10/04/19 | HORAN | AP | REVIEW ORDER DENYING MOTION TO EXTEND STATUS QUO PROVISIONS OF HAHNEMANN SALE ORDER | 0.1 | $61.00 |
| 10/08/19 | HORAN | AP | EMAILS AND TELECONFERENCE WITH ANDREW SHERMAN REGARDING TENET/CONIFER MEDIATION | 0.2 | $122.00 |
| 10/10/19 | HORAN | AP | REVIEW STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL IN TENET/CONIFER APPEAL | 0.1 | $61.00 |
| 10/11/19 | HORAN | AP | REVIEW DEBTORS' MOTION TO ACCEPT RECORDS UNDER SEAL IN TENET/CONIFER APPEAL | 0.1 | $61.00 |
| 10/14/19 | HORAN | AP | REVIEW DEBTORS' CERTIFICATION REGARDING MOTION TO SEAL IN TENET/CONIFER APPEAL | 0.1 | $61.00 |
| 10/15/19 | HORAN | AP | ATTEND TENET/CONIFER MEDIATION | 9.3 | $5,673.00 |
| 10/16/19 | HORAN | AP | EMAILS WITH GEORGE HIRSCH, RACHEL BRENNAN | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AND ANDREW COWIE REGARDING TENET/CONIFER MEDIATION | | |
| 10/22/19 | HORAN | AP | REVIEW RECOMMENDATION THATTENET/CONIFER APPEAL BE WITHDRAWN FROM MEDIATION | 0.1 | $61.00 |
| 10/23/19 | HRYCAK | AP | REVIEW RECOMMENDATION IN DISTRICT COURT CASE 19-1858 AND CALENDAR RELEVANT DEADLINES | 0.2 | $49.00 |
| 10/24/19 | THOMPSON | AP | REVIEW FILE IN PREPARATION FOR OMNIBUS HEARING | 0.3 | $100.50 |
| 10/28/19 | HORAN | AP | REVIEW ORDER WITHDRAWING TENET/CONIFER APPEAL FROM MEDIATION | 0.1 | $61.00 |
| 10/07/19 | HRYCAK | BO | PREPARE CNO FOR 1102 MOTION | 0.2 | $49.00 |
| 10/10/19 | HRYCAK | BO | CORRESPONDENCE WITH T. HORAN RE: CNO FOR 1102 MOTION | 0.1 | $24.50 |
| 10/10/19 | HRYCAK | BO | PREPARE AND FILE CNO/COS/UPLOAD ORDER FOR 1102 MOTION | 0.2 | $49.00 |
| 10/10/19 | HRYCAK | BO | RETRIEVE TIME STAMPED CNO/RECEIPT OF ORDER UPLOAD; CORRESPONDENCE WITH T. HORAN, B. MANKOVETSKIY, AND A. SHERMAN RE: THE SAME | 0.2 | $49.00 |
| 10/10/19 | HRYCAK | BO | CORRESPONDENCE WITH RELIABLE CO. RE: SERVICE OF CNO FOR 1102 MOTION | 0.1 | $24.50 |
| 10/15/19 | HRYCAK | BO | RETRIEVE SERVICE LIST AND PREPARE CERTIFICATE OF SERVICE FOR ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER ESTABLISHING INFORMATION SHARING PROCEDURES FOR COMPLIANCE WITH 11 U.S.C. SECTIONS 1102(B)(3) AND 1103(C), NUNC PRO TUNC TO JULY 15, 2019 | 0.2 | $49.00 |
| 10/15/19 | HRYCAK | BO | PREPARE AND FILE CERTIFICATE OF SERVICE FOR ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | MOTION FOR AN ORDER ESTABLISHING INFORMATION SHARING PROCEDURES FOR COMPLIANCE WITH 11 U.S.C. SECTIONS 1102(B)(3) AND 1103(C), NUNC PRO TUNC TO JULY 15, 2019 | | |
| 10/15/19 | HRYCAK | BO | VARIOUS COMMUNICATIONS WITH RELIABLE RE: SERVICE OF ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER ESTABLISHING INFORMATION SHARING PROCEDURES FOR COMPLIANCE WITH 11 U.S.C. SECTIONS 1102(B)(3) AND 1103(C), NUNC PRO TUNC TO JULY 15, 2019 | 0.1 | $24.50 |
| 10/01/19 | SOLOMON | CA | PREPARE, FILE AND SERVE JOINDER TO JOINDER IN EMERGENCY MOTION TO EXTEND STATUS QUO PROVISIONS (INCLUDING DRAFTING OF COS) | 0.5 | $207.50 |
| 10/07/19 | HRYCAK | CA | SET UP B. MANKOVETSKIY, A. SHERMAN, AND R. BRENNAN WITH NOTIFICATIONS RE: APPEAL IN DISTRICT OF DELAWARE COURT | 0.1 | $24.50 |
| 10/07/19 | HRYCAK | CA | CORRESPONDENCE WITH R. BRENNAN RE: NOTIFICATIONS FOR APPEAL IN DISTRICT OF DELAWARE COURT | 0.1 | $24.50 |
| 10/08/19 | HRYCAK | CA | CONFERENCE WITH T. HORAN RE: CASE STATUS | 0.3 | $73.50 |
| 10/23/19 | CRAWFORD | CA | CORRESPONDENCE WITH CO-COUNSEL REGARDING ATTENDANCE AT UPCOMING HEARING | 0.1 | $35.00 |
| 10/24/19 | CRAWFORD | CA | CORRESPONDENCE WITH CO-COUNSEL AND D.THOMPSON REGARDING UPCOMING HEARING | 0.1 | $35.00 |
| 10/08/19 | HRYCAK | CH | UPDATE CASE CALENDAR FOR DISTRICT COURT BRIEFING SCHEDULING | 0.1 | $24.50 |
| 10/08/19 | HRYCAK | CH | CORRESPONDENCE WITH T. HORAN RE: UPDATING CASE CALENDAR FOR DISTRICT COURT BRIEFING SCHEDULE | 0.1 | $24.50 |
| 10/16/19 | HORAN | CH | REVIEW ORDER SCHEDULING OMNIBUS HEARING | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/24/19 | HRYCAK | CH | REVIEW AMENDED AGENDA FOR MATTERS GOING FORWARD FOR 10/25/2019 | 0.2 | $49.00 |
| 10/24/19 | HRYCAK | CH | REVIEW DOCKET; ORDER TO EXTEND DEADLINE FOR DEBTORS TO ASSUME/REJECT UNEXPIRED LEASES; CALENDAR CRITICAL DATES AND DEADLINES AS IT PERTAINS TO NOVEMBER OMNIBUS HEARING ON 11/19 | 0.3 | $73.50 |
| 10/09/19 | HORAN | CI | EMAILS WITH GREGORY KOPACZ AND BORIS MANKOVETSKIY REGARDING CERTIFICATE OF NO OBJECTION TO 1102 MOTION (.1); REVIEW AND REVISE CNO (.1) | 0.2 | $122.00 |
| 10/16/19 | HORAN | EA2 | REVIEW BRG FIRST MONTHLY FEE APPLICATION (.2); EMAIL WITH ANDREW COWIE AND AMANDA HRYCAK REGARDING SAME (.1) | 0.3 | $183.00 |
| 10/10/19 | HORAN | EB | REVIEW LETTER TO COURT FROM THOMAS HALL REGARDING TAIL COVERAGE | 0.1 | $61.00 |
| 10/09/19 | HORAN | EC | REVIEW DEBTORS' MOTION TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS | 0.1 | $61.00 |
| 10/10/19 | HORAN | EC | REVIEW ORDER SHORTENING TIME TO RESPOND TO MOTION TO EXTEND TIME TO ASSUME OR REJECT LEASES AND EXECUTORY CONTRACTS | 0.1 | $61.00 |
| 10/09/19 | HORAN | FA1 | CONFERENCE WITH AMANDA HRYCAK AND DANIEL THOMPSON REGARDING JULY THROUGH SEPTEMBER FEE APPLICATIONS | 0.1 | $61.00 |
| 10/09/19 | HRYCAK | FA1 | CONFERENCE WITH D. THOMPSON AND T. HORAN RE: FEE APPLICATION (MONTHLY AND INTERIM) TO BE FILED | 0.3 | $73.50 |
| 10/09/19 | HRYCAK | FA1 | CORRESPONDENCE WITH D. THOMPSON RE: MONTHLY FEE APPLICATION AND INTERIM FEE APPLICATION | 0.1 | $24.50 |
| 10/09/19 | HRYCAK | FA1 | VERIFY INTERIM FEE APPLICATION DATE; REVIEW ORDER FOR FILING FEE APPLICATIONS; | 0.2 | $49.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | CORRESPONDENCE WITH D. THOMPSON AND T. HORAN REGARDING THE SAME | | |
| 10/16/19 | HRYCAK | FA1 | CORRESPONDENCE WITH D. THOMPSON RE: FIRST AND SECOND MONTHLY FEE APPLICATIONS | 0.1 | $24.50 |
| 10/16/19 | THOMPSON | FA1 | PREPARATION OF FIRST MONTHLY FEE APPLICATION | 1.5 | $502.50 |
| 10/16/19 | THOMPSON | FA1 | PREPARATION OF SECOND MONTHLY FEE APPLICATION | 0.3 | $100.50 |
| 10/17/19 | HRYCAK | FA1 | REVIEW AND REVISE FIRST MONTHLY FEE APPLICATION | 1.3 | $318.50 |
| 10/17/19 | HRYCAK | FA1 | DRAFT NOTICE OF FIRST MONTHLY FEE APPLICATION FOR FOX ROTHSCHILD | 0.4 | $98.00 |
| 10/17/19 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: FIRST MONTHLY FEE APPLICATION OF FOX ROTHSCHILD | 0.1 | $24.50 |
| 10/17/19 | HRYCAK | FA1 | REVIEW AND REVISE SECOND MONTHLY FEE APPLICATION OF FOX | 0.6 | $147.00 |
| 10/17/19 | HRYCAK | FA1 | PREPARE NOTICE OF SECOND MONTHLY FEE APPLICATION | 0.2 | $49.00 |
| 10/17/19 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: CERTIFICATE OF SERVICE FOR FEE APPLICATIONS | 0.1 | $24.50 |
| 10/22/19 | HRYCAK | FA1 | REVIEW ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION FOR NOTICE PARTIES FOR FEE APPLICATIONS | 0.2 | $49.00 |
| 10/24/19 | HRYCAK | FA1 | PREPARE DRAFT COS FOR FEE APPLICATIONS | 0.3 | $73.50 |
| 10/24/19 | HRYCAK | FA1 | CORRESPONDENCE WITH D. THOMPSON AND T. HORAN RE: PREPARED CERTIFICATE OF SERVICE FOR FEE APPLICATIONS | 0.1 | $24.50 |
| 10/17/19 | HRYCAK | FA2 | TELECONFERENCE WITH J. CORBO RE: FEE APPLICATION OF BEREKELY RESEARCH | 0.2 | $49.00 |
| 10/17/19 | HRYCAK | FA2 | PREPARE NOTICE FOR FIRST MONTHLY FEE APP. OF BERKELEY RESEARCH GROUP | 0.2 | $49.00 |
| 10/17/19 | HRYCAK | FA2 | REVIEW AND REVISE FIRST MONTHLY FEE APPLICATION | 0.4 | $98.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OF BERKELEY RESEARCH GROUP | | |
| 10/17/19 | HRYCAK | FA2 | CORRESPONDENCE WITH T. HORAN RE: FIRST MONTHLY FEE APPLICATION OF BERKELEY RESEARCH GROUP | 0.1 | $24.50 |
| 10/24/19 | HRYCAK | FA2 | CORRESPONDENCE WITH A. COWIE RE: FEE APPLICATION FOLLOW UP | 0.1 | $24.50 |
| 10/29/19 | HORAN | FA2 | REVIEW AND REVISE NOTICE OF BRG FIRST MONTHLY FEE APPLICATION; EMAILS WITH AMANDA HRYCAK REGARDING SAME | 0.1 | $61.00 |
| 10/29/19 | HORAN | FA2 | REVIEW DRAFT SUBPOENA AND RELATED DOCUMENTS (.3); EMAIL WITH BORIS MANKOVETSKIY REGARDING SAME (.1) | 0.4 | $244.00 |
| 10/29/19 | HRYCAK | FA2 | CORRESPONDENCE WITH T. HORAN RE: FILING OF BERKELEY RESEARCH GROUP FIRST MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 10/29/19 | HRYCAK | FA2 | PREPARE AND FILE BERKELEY RESEARCH GROUP FIRST MONTHLY FEE APPLICATION; CERTIFICATE OF SERVICE | 0.2 | $49.00 |
| 10/29/19 | HRYCAK | FA2 | PREPARE SERVICE VIA FIRST CLASS MAIL OF BERKELEY RESEARCH GROUP LLC FIRST MONTHLY FEE APPLICATION TO PARTIES AS LISTED ON CERTIFICATE OF SERVICE | 0.3 | $73.50 |
| 10/29/19 | HRYCAK | FA2 | RETRIEVE TIME STAMPED FIRST MONTHLY FEE APPLICATION OF BERKELEY RESEARCH GROUP LLC AND CIRCULATE TO A. COWIE, T. HORAN, AND D. THOMPSON | 0.1 | $24.50 |
| 10/01/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING STATUS OF HAHNEMANN UNIVERSITY HOSPITAL | 0.1 | $61.00 |
| 10/08/19 | HORAN | MC | REVIEW EMAIL AMONG COMMITTEE REGARDING TENET/CONIFER MEDIATION | 0.1 | $61.00 |
| 10/11/19 | HORAN | MC | ATTEND TELEPHONIC COMMITTEE MEETING | 0.6 | $366.00 |
| 10/07/19 | HRYCAK | PL | CORRESPONDENCE WITH T. HORAN RE: CNO FOR 1102 | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | MOTION | | |
| 10/28/19 | HRYCAK | PL | REVIEW DOCKET; UPDATE CASE CALENDAR FOR MOTION TO EXTEND EXCLUSIVITY | 0.2 | $49.00 |
| 10/01/19 | HORAN | SA | REVIEW DEBTORS' MOTION TO EXTEND STATUS QUO OF SALE ORDER (.4); REVIEW COMMITTEE JOINDER TO MOTION (.1); EMAIL WITH BORIS MANKOVETSKIY REGARDING SAME (.1) | 0.6 | $366.00 |
| 10/02/19 | HORAN | SA | REVIEW DISTRICT COURT ORDER SETTING DEADLINE FOR RESPONSES TO MOTION TO EXTEND STATUS QUO | 0.1 | $61.00 |
| 10/03/19 | HORAN | SA | REVIEW UNITED STATES OBJECTION TO MOTION TO EXTEND STATUS QUO PROVISIONS IN SALE ORDER | 0.4 | $244.00 |
| 10/03/19 | HORAN | SA | REVIEW COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH RESPONSE TO MOTION TO EXTEND STATUS QUO PROVISIONS IN SALE ORDER | 0.3 | $183.00 |
| 10/04/19 | HORAN | SA | REVIEW LETTERS TO COURT FROM DEBTORS' COUNSEL AND PENNSYLVANIA DEPARTMENT OF HEALTH COUNSEL REGARDING STATUS OF HAHNEMANN UNIVERSITY HOSPITAL | 0.1 | $61.00 |
| 10/08/19 | HORAN | SA | REVIEW ORDER ADOPTING RECOMMENDATION THAT MEDIATION BE WITHDRAW AND ENTERING BRIEFING SCHEDULE | 0.1 | $61.00 |
| 10/09/19 | HORAN | SA | EMAILS WITH PARTIES REGARDING MEDIATION OF TENET/CONIFER DISPUTE | 0.1 | $61.00 |
| 10/11/19 | HORAN | SA | EMAILS WITH ANDREW SHERMAN AND GREG PESCE REGARDING TENET/CONIFER MEDIATION | 0.1 | $61.00 |
| 10/23/19 | HORAN | SA | REVIEW UNITED STATES OF AMERICA APPELLATE BRIEF | 0.4 | $244.00 |
| 10/10/19 | HORAN | TR | REVIEW AUGUST MONTHLY OPERATING REPORT | 0.1 | $61.00 |
| 10/14/19 | HORAN | TV | TRAVEL TO NEW YORK FOR TENET/CONIFER MEDIATION | 2.9 | $1,769.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/15/19 | HORAN | TV | RETURN TRAVEL FROM TENET/CONIFER MEDIATION | 2.4 | $1,464.00 |
| | | | **TOTAL** | **31.7** | **$15,471.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 10.9 | $6,493.50 |
| BO | BUSINESS OPERATIONS | 1.2 | $294.00 |
| CA | CASE ADMINISTRATION | 1.2 | $400.00 |
| CH | COURT HEARINGS | 0.8 | $232.50 |
| CI | CREDITOR INQUIRIES | 0.2 | $122.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 0.3 | $183.00 |
| EB | EMPLOYEE MATTERS | 0.1 | $61.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.2 | $122.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 5.9 | $1,644.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.2 | $721.50 |
| MC | MEETINGS OF CREDITORS | 0.8 | $488.00 |
| PL | PLAN | 0.3 | $73.50 |
| SA | USE, SALE OR LEASE OF PROPERTY | 2.2 | $1,342.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.1 | $61.00 |
| TV | TRAVEL | 5.3 | $3,233.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| T.M. HORAN | PARTNER | 20.3 | $610.00 | $12,383.00 |
| K. CRAWFORD | ASSOCIATE | 0.2 | $350.00 | $70.00 |
| D.B. THOMPSON | ASSOCIATE | 2.1 | $335.00 | $703.50 |
| A.M. HRYCAK | PARALEGAL | 8.6 | $245.00 | $2,107.00 |
| R. I. SOLOMON | PARALEGAL | 0.5 | $415.00 | $207.50 |
| | TOTAL | 31.7 | | $15,471.00 |

TOTAL PROFESSIONAL SERVICES     $15,471.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| MESSENGER SERVICE/DELIVERY PARCELS, INC. Pickup - Fox Rothchild. Delivery - Judge Kevin Gross | $7.50 |
| MEALS - LOCAL TRAVEL EXPENSE WELLS FARGO CREDIT CARD - Meals re Hahnemann University Meeting 9/5/19 | $43.50 |
| COURT FILINGS WELLS FARGO CREDIT CARD - Court Conference Call | $51.00 |
| COURT FILINGS WELLS FARGO CREDIT CARD - Court Conference Call | $51.00 |
| COURT FILINGS WELLS FARGO CREDIT CARD - Court Conference Call | $51.00 |

| | |
|---|---|
| TOTAL EXPENSES | $204.00 |
| TOTAL AMOUNT OF THIS INVOICE | $15,675.00 |
| PRIOR BALANCE DUE | $93,947.48 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$109,622.48** |

**OUTSTANDING INVOICES PRIOR TO 11/13/19**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|---|---|---|---|---|---|
| 09/30/19 | 2435360 | $69,805.34 | 10/08/19 | 2435362 | $24,142.14 |
| | | | **TOTAL PRIOR BALANCES DUE** | | **$93,947.48** |



# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200  San Francisco, CA 94104
Tel 415.364.5540  Fax 415.391.4436  www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | 2454726 |
| Invoice Date | 11/13/19 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

TOTAL AMOUNT OF THIS INVOICE                    $15,675.00

PRIOR BALANCE DUE                                        $93,947.48

**TOTAL BALANCE DUE UPON RECEIPT**        **$109,622.48**

PAYMENT INSTRUCTIONS

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Fox Rothschild LLP | Wells Fargo Bank | Wells Fargo Bank |
| Attn: Accounts Receivable - 73 | 420 Montgomery Street | 420 Montgomery Street |
| 2000 Market Street, 20th Floor | San Francisco, CA 94104 | San Francisco, CA 94104 |
| Philadelphia, PA 19103-3222 | ACH #031000503 | ABA #121000248 |
| | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code:#WFBIUS6S (international wires only) | Swift Code:#WFBIUS6S (international wires only) |

Please include the Client, Matter, or Invoice Number with all payments.