# EXHIBIT A



**SAK** Management Services, LLC
Health Care **Turn**around Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

Center City Healthcare, LLC                                   November 11, 2019
d/b/a Hahnemann University Hospital                            Invoice #11978
230 N Broad St
Philadelphia,, PA 19102-1121

In Reference To:

**Statement of Professional Services Rendered Through:     September 30, 2019**

### Timekeeper Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| SK Koenig, Suzanne - Patient Care Ombudsman | 25.00 | 400.00 | $10,000.00 |
| JC Ciyou, Joyce - MSRN, LHFA | 12.00 | 350.00 | $4,200.00 |
| RS Snider, Richard | 3.60 | 375.00 | $1,350.00 |
| DP Prosperini, Danielle Paralegal | 2.00 | 200.00 | $400.00 |
| | **42.60** | | **$15,950.00** |

| | |
|---|---|
| Total Professional Services | $15,950.00 |
| Total Expenses | $2,067.38 |
| **Total Current Charges** | **$18,017.38** |

Center City Healthcare, LLC                                                                    Page    2

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|

### Case Administration

| 9/2/2019 SK | Review Limited Objection to Resident Program Bid Procedures Motion. | 400.00 | 0.50 | 200.00 |
| 9/2/2019 SK | Review update on Hahnemann Hospital closure. | 400.00 | 0.40 | 160.00 |
| 9/2/2019 RSR | Exchange emails with PCO Counsel, N. Peterman and PCO, S. Koenig re courts concerns regarding residents continued education. | 375.00 | 1.00 | 375.00 |
| 9/4/2019 SK | Review update re status of sale of Hahnemann residency program. | 400.00 | 0.50 | 200.00 |
| 9/5/2019 SK | Exchange emails with I. McGovern, CNO re hospital issues. | 400.00 | 0.40 | 160.00 |
| 9/5/2019 SK | Review update re court's approval of sale of Hahnemann's residency program. | 400.00 | 0.30 | 120.00 |
| 9/13/2019 SK | Review update re CMS opposing sale of the residency program. | 400.00 | 0.30 | 120.00 |
| 9/17/2019 SK | Review email from St Christopher's Hospital employee to PCO re various hospital issues. | 400.00 | 0.80 | 320.00 |
| 9/18/2019 SK | Exchange emails with I. McGovern, CNO and M. Scenna, CEO re employee complaint received by PCO. | 400.00 | 0.70 | 280.00 |
| 9/21/2019 SK | Exchange emails with J. Ciyou, SAK, I. McGovern, CNO, and M. Scenna, CEO re Emergency Department Action Plan for Nurses. | 400.00 | 0.70 | 280.00 |
| 9/21/2019 SK | Review Notice of Cancellation of Auction and Designation of STC OPCO, LLC as the proposed purchaser in connection with sale of Substantially all Assets of St. Christopher's Healthcare, LLC. | 400.00 | 0.40 | 160.00 |
| 9/23/2019 SK | Telephone conference with PCO Counsel, N. Peterman re Children's hospital/residency program. | 400.00 | 0.80 | 320.00 |
| | Subtotal: | | 6.80 | 2,695.00 |

### Court Hearings - CH

| 9/3/2019 SK | Review Notice for Agenda for Hearing. | 400.00 | 0.30 | 120.00 |
| 9/23/2019 SK | Preparation before court hearing (1.0); attend court hearing (1.5). | 400.00 | 2.50 | 1,000.00 |
| | Subtotal: | | 2.80 | 1,120.00 |

Center City Healthcare, LLC

Page    3

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|

**Data Analysis - DA**

| 9/19/2019 SK | Site visit to St Christopher's Children's Hospital to interview staff (2.0), patients (2.0), physicians (2.0) and evaluate patient care (2.0). | 400.00 | 8.00 | 3,200.00 |
|---|---|---|---|---|
| 9/19/2019 JC | Site visit to St Christopher's Hospital to interview patients (2.0), staff (2.0); review nursing policies (2.0) and procedures (2.0). | 350.00 | 8.00 | 2,800.00 |
| | Subtotal: | | 16.00 | 6,000.00 |

**Fee/Employment Application**

| 9/13/2019 SK | Review SAK first monthly fee application and invoice. | 400.00 | 0.20 | 80.00 |
|---|---|---|---|---|
| 9/27/2019 DP | Draft August monthly fee statement. | 200.00 | 2.00 | 400.00 |
| | Subtotal: | | 2.20 | 480.00 |

**Litigation Matters**

| 9/26/2019 SK | Draft email to PCO Counsel, N. Peterman re filing a TRO to prevent tenet from pulling all services. | 400.00 | 0.30 | 120.00 |
|---|---|---|---|---|
| 9/29/2019 SK | Telephone conference with PCO Counsel, N. Peterman and Debtors' counsel re Tenet issues. | 400.00 | 1.00 | 400.00 |
| | Subtotal: | | 1.30 | 520.00 |

**Report Preparation**

| 9/1/2019 SK | Exchange emails with R. Snider re draft of PCO initial report. | 400.00 | 0.60 | 240.00 |
|---|---|---|---|---|
| 9/2/2019 SK | Exchange emails with J. Ciyou re revisions to PCO report. | 400.00 | 0.60 | 240.00 |
| 9/2/2019 SK | Review and respond to emails from R. Snider, SAK re final revisions to PCO report. | 400.00 | 0.70 | 280.00 |
| 9/2/2019 SK | Draft administrative portion of PCO report for Hahnemann Hospital. | 400.00 | 2.00 | 800.00 |
| 9/2/2019 SK | Draft administrative portion of PCO report for St Christopher's Children's Hospital. | 400.00 | 2.00 | 800.00 |
| 9/2/2019 JC | Draft clinical portion of PCO report on Hahnemann Hospital. | 350.00 | 2.00 | 700.00 |
| 9/2/2019 JC | Draft clinical portion of PCO report for St Christopher's Children Hospital. | 350.00 | 2.00 | 700.00 |

Center City Healthcare, LLC

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/2/2019 | RSR | Review final version of PCO initial report for St Christopher's Children Hospital. | 375.00 | 1.00 | 375.00 |
| 9/2/2019 | RSR | Review final version of PCO initial report for Hahnemann Hospital. | 375.00 | 1.00 | 375.00 |
| 9/3/2019 | SK | Telephone conference (.6) and emails (.4) with PCO Counsel, N. Peterman, R. Snider and J. Ciyou SAK re report issues and questions. | 400.00 | 1.00 | 400.00 |
| 9/3/2019 | RSR | Exchange emails with PCO Counsel, N. Peterman and S. Koenig re final draft of PCO report for St Christopher's Children's Hospital. | 375.00 | 0.60 | 225.00 |
| | Subtotal: | | | 13.50 | 5,135.00 |
| | **Total Professional Services:** | | | **42.60** | **$15,950.00** |

## EXPENSES:

<u>Accommodations</u>

| | | | Amount |
|---|---|---|---|
| 9/18/2019 | JC | Marriott Hotel Confirmation #31833 one Night. S. Koenig J. Ciyou | 275.79 |
| | Subtotal: | | 275.79 |

<u>Airfare</u>

| | | | |
|---|---|---|---|
| 9/18/2019 | JC | United Airlines Confirmation #HZZLY3 ORD to PHL to ORD J. Ciyou | 753.48 |
| 9/18/2019 | SK | United Airlines Confirmation #HZZLX3 ORD to PHL to ORD S Koenig | 753.48 |
| | Subtotal: | | 1,506.96 |

<u>Meals</u>

| | | | |
|---|---|---|---|
| 9/18/2019 | SK | La Colombre Ticket #709463933 Dinner S. Koenig | 9.59 |
| 9/19/2019 | SK | Vino Volo Ticket #255415 Lunch S. Koenig J. Ciyou | 52.65 |
| | Subtotal: | | 62.24 |

# EXHIBIT B

Center City Healthcare, LLC                                                                                      Page    4

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/2/2019 | RSR | Review final version of PCO initial report for St Christopher's Children Hospital. | 375.00 | 1.00 | 375.00 |
| 9/2/2019 | RSR | Review final version of PCO initial report for Hahnemann Hospital. | 375.00 | 1.00 | 375.00 |
| 9/3/2019 | SK | Telephone conference (.6) and emails (.4) with PCO Counsel, N. Peterman, R. Snider and J. Ciyou SAK re report issues and questions. | 400.00 | 1.00 | 400.00 |
| 9/3/2019 | RSR | Exchange emails with PCO Counsel, N. Peterman and S. Koenig re final draft of PCO report for St Christopher's Children's Hospital. | 375.00 | 0.60 | 225.00 |

|  | | Subtotal: | | 13.50 | 5,135.00 |
|---|---|---|---|---|---|
|  | | **Total Professional Services:** | | **42.60** | **$15,950.00** |

## EXPENSES:

<u>Accommodations</u>

| 9/18/2019 | JC | Marriott Hotel Confirmation #31833 one Night. S. Koenig J. Ciyou | 275.79 |
|---|---|---|---|
| | | Subtotal: | 275.79 |

<u>Airfare</u>

| 9/18/2019 | JC | United Airlines Confirmation #HZZLY3 ORD to PHL to ORD J. Ciyou | 753.48 |
|---|---|---|---|
| 9/18/2019 | SK | United Airlines Confirmation #HZZLX3 ORD to PHL to ORD S Koenig | 753.48 |
| | | Subtotal: | 1,506.96 |

<u>Meals</u>

| 9/18/2019 | SK | La Colombre Ticket #709463933 Dinner S. Koenig | 9.59 |
|---|---|---|---|
| 9/19/2019 | SK | Vino Volo Ticket #255415 Lunch S. Koenig J. Ciyou | 52.65 |
| | | Subtotal: | 62.24 |

Center City Healthcare, LLC                                                                                     Page    5

                                                                                                                Amount

<u>Transportation</u>

| | | |
|---|---|---|
| 9/18/2019 SK | Uber Car Service Hotel to St Christopher's Children Hospital S. Koenig J. Ciyou | 35.69 |
| 9/18/2019 SK | Base Car Service Confirmation #34544 from residence to ORD S. Koenig | 85.00 |
| 9/19/2019 SK | Uber Car Service From St Christopher's Children's hospital to Hotel S. Koenig J. Ciyou | 42.70 |
| 9/19/2019 SK | Base Car Service Confirmation #34586 ORD to residence. S. Koenig | 59.00 |

Subtotal:                                                                                                       222.39

**Total Expenses:**                                                                                             **$2,067.38**