# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Jointly Administered |
| Debtors. | ) |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE

I, Mark Minuti, counsel to the above-captioned debtors (collectively, the "**Debtors**"), hereby certify, as follows:

1. Counsel to the Debtors received an omnibus hearing date from Judge Gross' courtroom deputy.

2. Enclosed herewith is a proposed Order that states with specificity the time and date of the omnibus hearing presently scheduled, subject to Court approval.

3. The Debtors respectfully request that the Court enter the Order Scheduling Omnibus Hearing Date.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

Dated: November 18, 2019        **SAUL EWING ARNSTEIN & LEHR LLP**

      By:    */s/ Mark Minuti*
              Mark Minuti (DE Bar No. 2659)
              Monique B. DiSabatino (DE Bar No. 6027)
              1201 N. Market Street, Suite 2300
              P.O. Box 1266
              Wilmington, DE  19899
              Telephone: (302) 421-6800
              Fax: (302) 421-5873
              mark.minuti@saul.com
              monique.disabatino@saul.com

              -and-

              Jeffrey C. Hampton
              Adam H. Isenberg
              Aaron S. Applebaum (DE Bar No. 5587)
              Centre Square West
              1500 Market Street, 38th Floor
              Philadelphia, PA 19102
              Telephone: (215) 972-7700
              Fax: (215) 972-7725
              jeffrey.hampton@saul.com
              adam.isenberg@saul.com
              aaron.applebaum@saul.com

              *Counsel for Debtors and Debtors in Possession*