# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) **Re: Docket No. 1023** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Upon the **Certification of Counsel Regarding Omnibus Hearing Date**, dated November 18, 2019, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The following date and time has been scheduled as an omnibus hearing in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| January 23, 2020 at 10:00 a.m. (Fee Hearing) | U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, DE 19801 |

**Dated: November 18th, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

36221000.2 11/18/2019