RE: Center City Healthcare LLC  11/12/19.

Return

# Notice of Deficiency

I have proof of Debit purchase

My last SSN# 2508 for

The remaining 40.00 check —

Hahneman Univ. Hospital, owes

me before closure

This was in July.

Over-paid them (Deb. + card

Two — money orders).

Tremayne S. Lewis Patient.

(215) 800-2032 — Cell Number.

I will locate those forms,
You mailed information to me.