# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Al | Date Created: 11/18/2019 |
| Case: 19−11466−KG | Form ID: van489 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Mark Minuti     mark.minuti@saul.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
            Tremayne S. Lewis     2705 W. Silver St.     Philadelphia, PA 19132

TOTAL: 1