# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re:  Docket No. 1013** |

## NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 19, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[3,4]

---

# THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT

---

**CONTINUED MATTER:**

1. Motion For Payment of Administrative Expenses of Philadelphia Hospital and Health Care Employees – District 1199C Training and Upgrading Fund [D.I. 867; filed: 10/16/19]

   Response Deadline:  November 5, 2019 at 4:00 p.m.  Extended to November 25, 2019 at 4:00 p.m. for the Debtors.

   Responses Received:  None to date

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

Related Documents: None to date

Status: This matter is continued to the December 9, 2019 omnibus hearing.

2. Motion of Global Neurosciences Institute, LLC for Allowance and Payment of Administrative Expense Claim [D.I. 956; filed: 11/04/19]

   Response Deadline: November 12, 2019 at 4:00 p.m.

   Responses Received:

   A. Debtors' Objection [D.I. 975; filed: 11/11/19]

   B. Objection of MidCap IV Funding Trust ("MidCap") [D.I. 981; filed: 11/12/19]

   Related Documents: None to date

   Status: This matter is continued until the December 9, 2019 omnibus hearing date.

**RESOLVED MATTERS:**

3. Debtors' Second Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale [D.I. 895; filed: 10/22/19]

   Response Deadline: November 5, 2019 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A. Certification of No Objection [D.I. 968; filed: 11/06/19]

   B. Order Granting Debtors' Second Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale [D.I. 970; signed and docketed: 11/07/19]

   Status: On November 7, 2019, the Court entered an order approving this motion.

4. Motion of the Debtors for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon [D.I. 912; filed: 10/25/19]

   Response Deadline: November 8, 2019 at 4:00 p.m.

   Responses Received: None

<blockquote>

Related Documents:

A.     Certification of No Objection [D.I. 983; filed: 11/12/19]

B.     Order Pursuant to 11 U.S.C. § 1121 Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon [D.I. 995; signed and docketed: 11/13/19]

Status: On November 13, 2019, the Court entered an order approving this motion.

</blockquote>

5. Debtors' Third Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale [D.I. 926; filed: 10/30/19]

> Response Deadline: November 8, 2019 at 4:00 p.m.
>
> Responses Received: None
>
> Related Documents:
>
> A.     Certification of No Objection [D.I. 984; filed: 11/12/19]
>
> B.     Order Granting Debtors' Third Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale [D.I. 996; signed and docketed: 11/13/19]
>
> Status: On November 13, 2019, the Court entered an order approving this motion.

6. Debtors' Motion for Entry of an Order (I) Authorizing the Rejection of the Centre Square Lease, *Nunc Pro Tunc* to October 31, 2019, (II) Authorizing the Debtors to Abandon Certain Personal Property, and (III) Granting Related Relief [D.I. 938; filed: 10/31/19]

> Response Deadline: November 8, 2019 at 4:00 p.m.
>
> Responses Received: None
>
> Related Documents:
>
> A.     Certification of No Objection [D.I. 985; filed: 11/12/19]
>
> B.     Order (I) Authorizing the Rejection of the Centre Square Lease, *Nunc Pro Tunc* to October 31, 2019, (II) Authorizing the Debtors to Abandon Certain Personal Property, and (III) Granting Related Relief [D.I. 997; signed and docketed: 11/13/19]
>
> Status: On November 13, 2019, the Court entered an order approving this motion.

7.  Sixth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts, *Nunc Pro Tunc* to November 4, 2019 or Upon Closing of St. Christopher's Sale [D.I. 955; filed: 11/04/19]

    Response Deadline:  November 12, 2019 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [D.I. 1001; filed: 11/13/19]

    B.  Order Approving Sixth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts, *Nunc Pro Tunc* to November 4, 2019 or Upon Closing of St. Christopher's Sale [D.I. 1007; signed and docketed: 11/14/19]

    Status: On November 14, 2019, the Court entered an order approving this motion.

**CERTIFICATION OF COUNSEL / CERTIFICATION OF NO OBJECTION MATTER:**

8.  Debtors' First Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale [D.I. 884; filed: 10/18/19]

    Response Deadline:  November 1, 2019 at 4:00 p.m.  Extended to November 14, 2019 at 4:00 p.m. for AmeriHealth Caritas Health Plan and Keystone Family Health Plan (together "AmeriHealth").

    Responses Received:

    A.  Informal comments from AmeriHealth and Aetna Health, Inc. ("Aetna")

    Related Documents:

    A.  Certification of Counsel Regarding (A) Revised Proposed Order Granting Debtors' First Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale and (B) No Objection to Same [D.I. 1008; filed: 11/14/19]

    **B.  Order Granting Debtors' First Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale [D.I. 1022; signed and docketed: 11/18/19]**

    **Status: On November 18, 2019, the Court entered an order approving this motion.**

**MATTERS GOING FORWARD:**

9.  Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 205; filed: 07/16/19]

Response Deadline:
*Assumption Notice Objection* - August 30, 2019 at 4:00 p.m.  Extended to September 11, 2019 at 4:00 p.m. for PAHH New College MOB, LLC, PAHH Bellet MOB, LLC, PAHH Wood Street Garage, LLC, PAHH Erie Street Garage, LLC, PAHH Feinstein MOB, LLC, PAHH Broad Street MOB, LLC and PAHH Broad Street MOB.  Extended to September 16, 2019 for Premier, Inc.
*Supplemental Notice of Assumption, Assignment and Cure* – October 3, 2019 at 4:00 p.m.
*Second Supplemental Notice of Assumption, Assignment and Cure* – October 7, 2019 at 4:00 p.m.

Responses Received:

A.  *Master Landlord's* Preliminary's Objection and Reservation of Rights Regarding the Sale to Successful Bidder and Adequate Assurance of Future Performance by Successful Bidder [D.I. 744; filed: 09/20/19]

B.  Limited Objection and Reservation of Rights to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors filed by *Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC* (the "Front Street Entities") [D.I. 622; filed: 08/30/19]

C.  Supplemental Objection and Reservation of Rights to Notice of Filing of *Amended* Cure Schedule filed by the *Front Street Entities* [D.I. 757; filed: 09/23/19]

Related Documents:

A.  Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 510; filed: 08/16/19]

    B.     Supplemental Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 735; filed: 09/19/19]

    C.     Second Supplemental Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 763; filed: 09/23/19]

    D.     Order Under 11 U.S.C. §§ 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement with STC OpCo, LLC (B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtors' Executory Contracts, and (D) Granting Related Relief [D.I. 795; signed and docketed: 09/27/19]

**Status: This matter is continued to November 25, 2019 at 11 a.m. as to the assumption / assignment of the leases with the Front Street Entities.**

10.     Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases [D.I. 620; filed: 08/30/19]

Response Deadline: September 13, 2019 at 4:00 p.m.

Responses Received:

    A.     Limited Objection of Drexel University [D.I. 710; filed: 09/13/19]

    B.     Limited Objection of Master Landlords [D.I. 719; filed: 09/13/19]

Related Documents: None

**Status: This matter is continued to November 25, 2019 at 11 a.m.**

11.     Motion of Master Landlords for Entry of an Order (A) Allowing Administrative Claims, and (B) Compelling Debtors (I) to Pay Postpetition Rent and Other Obligations Under Master Leases and (II) to Coordinate with Master Landlords Regarding Rejection of Master Leases and Surrender of Premises [D.I. 878; filed: 10/18/19]

Response Deadline: October 28, 2019 at 4:00 p.m. Extended to November 12, 2019 at 4:00 p.m. for the Debtors.

Responses Received:

    A.     Statement and Reservation of Rights filed by MidCap [D.I. 913; filed: 10/28/19]

    B.     Debtors' Objection [D.I. 987; filed: 11/12/19]

Related Documents: None

**Status: This matter is continued to November 25, 2019 at 11 a.m.**

12. Motion of Debtors for Order (I) Authorizing Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2; and (III) Approving Sale and Liquidation of Certain Medical Equipment, Furniture and Inventory [D.I. 923; filed: 10/30/19]

    Response Deadline: November 13, 2019 at 4:00 p.m. Extended to November 14, 2019 at 4:00 p.m. for MidCap.

    Responses Received:

    A. Informal comments from MidCap and the Office of the United States Trustee

    B. Limited Objection of Master Landlords [D.I. 980; filed: 11/12/19]

    Related Documents:

    A. Order Granting Motion to Shorten Notice of Motion of Motion of Debtors for Order (I) Authorizing Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2; and (III) Approving Sale and Liquidation of Certain Medical Equipment, Furniture and Inventory [D.I. 933; signed and docketed: 10/31/19]

    B. Notice of Hearing [D.I. 937; filed: 10/31/19]

    **Status: This matter is continued to November 25, 2019 at 11 a.m.**

| | |
|---|---|
| Dated: November 19, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

        By:   */s/ Mark Minuti*
               Mark Minuti (DE Bar No. 2659)
               Monique B. DiSabatino (DE Bar No. 6027)
               1201 N. Market Street, Suite 2300
               P.O. Box 1266
               Wilmington, DE  19899
               Telephone: (302) 421-6800
               Fax: (302) 421-5873
               mark.minuti@saul.com
               monique.disabatino@saul.com

               -and-

               Jeffrey C. Hampton
               Adam H. Isenberg
               Aaron S. Applebaum (DE Bar No. 5587)
               Centre Square West
               1500 Market Street, 38th Floor
               Philadelphia, PA 19102
               Telephone: (215) 972-7777
               Fax: (215) 972-7725
               jeffrey.hampton@saul.com
               adam.isenberg@saul.com
               aaron.applebaum@saul.com

               *Counsel for Debtors and Debtors in Possession*