## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Hearing Date: November 25, 2019 at 11:00 a.m. (EST)** |
| | ) |
| | ) **Related to Docket Nos. 205, 622, 757 and 795** |
| | ) |

## NOTICE OF HEARING ON ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS' LEASES WITH FRONT STREET HEALTHCARE PROPERTIES, LLC AND FRONT STREET HEALTHCARE PROPERTIES II, LLC IN CONNECTION WITH THE STC OPCO SALE

**PLEASE TAKE NOTICE** that, on July 16, 2019, the above-captioned debtors (the "**Debtors**") filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 205] (the "**Sale Motion**").

**PLEASE TAKE FURTHER NOTICE** that, in response to the Sale Motion, Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC (the "**Lessors**") filed a limited objection and reservation of rights and a supplemental objection and reservation of rights [D.I. 622 and 757] (the "**Responses**").

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**PLEASE TAKE FURTHER NOTICE** that on September 27, 2019, this Court entered the *Order under 11 U.S.C. § 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement with STC OpCo, LLC (B) Authorizing Sale of Certain of Debtors' Assets Free and Clean of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtors' Executory Contracts, and (D) Granting Related Relief* [D.I. 795] (the "**Sale Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Order, to the extent the Purchaser seeks to designate for assumption and assignment any additional executory contracts or unexpired leases not covered by the Order, including any leases with the Lessors, the assumption and assignment of any such executory contracts or unexpired leases shall be subject to the entry of a separate order.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the assumption and assignment of (a) the Lease between Front Street Healthcare Properties, LLC and debtor St. Christopher's Healthcare, LLC for 160 E. Erie Avenue in the building known as St. Christopher's' Hospital for Children, (b) the Lease between Front Street Healthcare Properties II, LLC and debtor St. Christopher's Healthcare, LLC for 3647-3669 N. Front Street in the building known as Nelson Pavilion, and the Responses will be held on **November 25, 2019 at 11:00 a.m. (ET)** before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[remainder of page left intentionally blank]

36223668.1 11/19/2019

Dated: November 19, 2019                 **SAUL EWING ARNSTEIN & LEHR LLP**

By: *_/s/ Monique B. DiSabatino_*
      Mark Minuti (DE Bar No. 2659)
      Monique B. DiSabatino (DE Bar No. 6027)
      1201 N. Market Street, Suite 2300
      P.O. Box 1266
      Wilmington, DE  19899
      Telephone: (302) 421-6800
      Fax: (302) 421-5873
      mark.minuti@saul.com
      monique.disabatino@saul.com

         -and-

      Jeffrey C. Hampton
      Adam H. Isenberg
      Aaron S. Applebaum (DE Bar No. 5587)
      Centre Square West
      1500 Market Street, 38th Floor
      Philadelphia, PA 19102
      Telephone: (215) 972-7700
      Fax: (215) 972-7725
      jeffrey.hampton@saul.com
      adam.isenberg@saul.com
      aaron.applebaum@saul.com

      *Counsel for Debtors and Debtors in Possession*