## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on November 14, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of Counsel Regarding (A) Revised Proposed Order Granting Debtors' First Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OPCO Sale and (B) No Objection to Same [Docket No. 1008]**

Dated: November 15, 2019

Darleen Sahagun
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                                    } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 15th day of November, 20 19, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

Center City Healthcare, LLC, et al., - Service List to e-mail Recipients                          Served 11/14/2019

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GIBBONS P.C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

Center City Healthcare, LLC, et al., -  Service List to e-mail Recipients                    Served 11/14/2019

JEFFER MANGELS BUTLER & MITHCELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

O'MELVENY & MYERS, LLP
DANIEL S. SHAMAH
DSHAMAH@OMM.COM

O'MELVENY & MYERS, LLP
DIANA M. PEREZ
DPEREZ@OMM.COM

O'MELVENY & MYERS, LLP
SUZZANNE UHLAND
SUHLAND@OMM.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

**Center City Healthcare, LLC, et al., -  Service List to e-mail Recipients**

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

Parties Served:  108

# EXHIBIT B

A. I. DUPONT HOSPITAL FOR CHILDREN
ATTN: ALFRED DU PONT
OF THE NENOURS FOUNDATION
1600 ROCKLAND RD
WILMINGTON, DE 19803

A. I. DUPONT HOSPITAL FOR CHILDREN
ATTN: OFFICE OF CONTRACT ADMIN
THE NEMOURS FOUNDATION
10140 CENTURION PKWY N
LEGAL DEPT-2 W
JACKSONVILLE, FL 32256

ABINGTON MEMORIAL HOSPITAL
ATTN: ASSOC GENERAL COUNSEL
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
ATTN: CEO
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
ATTN: DIR OF PHARMACY
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
ATTN: EXEC VP & COO
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
ATTN: LEGAL SERVICES DEPT
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
ATTN: MARGARET M GOLDIRCK, PRES
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
DIXON SCHOOL OF NURSING
3500 MARYLAND RD
WILLOW GROVE, PA 19090

ABINGTON MEMORIAL HOSPITAL (JEFFFERSON)
ATTN: CEO
1200 OLD YORK RD
ABINGTON, PA 19001-3788

AETNA BETTER HEALTH
2000 MARKET ST, STE 850
PHILADELPHIA, PA 19101

AETNA BETTER HEALTH
2000 MARKET ST, STE 850
PHILADELPHIA, PA 19103

AETNA BETTER HEALTH
4500 E COTTON CENTER BLVD
PHOENIX, AZ 85040

AETNA BETTER HEALTH
P.O. BOX 61445
PHOENIX, AZ 85082

AETNA BETTER HEALTH MCD
P.O. BOX 62198
PHOENIX, AZ 85082-2198

AETNA BETTER HEALTH MISSOURI
4500 E COTTON CENTER BLVD
PHOENIX, AZ 85040

AETNA HEALTH OF CALIFORNIA
P.O. BOX 1109
BLUE BELL, PA 19422

AETNA HEALTH PLAN
P.O. BOX 3914
ALLENTOWN, PA 18106-0914

AETNA HEALTH PLANS
10401 LINN STATION RD
LOUISVILLE, KY 40223

AETNA HEALTH PLANS
P.O. BOX 21505
TAMPA, FL 33622

AETNA HEALTH PLANS
P.O. BOX 30588
TAMPA, FL 33630-3588

AETNA HEALTHCARE
P.O. BOX 981106
EL PASO, TX 79998-1106

AETNA HEALTHCARE
PO BOX 981106
EL PASO, TX 79998

AMERIGROUP
P.O. BOX 61117
VIRGINIA BEACH, VA 23466

AMERIGROUP
P.O. BOX 62509
VIRGINIA BEACH, VA 23466

AMERIGROUP
P.O. BOX 933657
ATLANTA, GA 31193-3657

AMERIGROUP CORPORATION
4425 CORP LN
VIRGINIA BEACH, VA 23462

AMERIGROUP CORPORATION
C/O COTIVITI USC LLC
555 N LN, STE 6020
CONSHOHOCKEN, PA 19428

AMERIGROUP CORPORATION
P.O. BOX 934743
ATLANTA, GA 31193-4743

AMERIHEALTH CARITAS
200 STEVENS DR
PHILADELPHIA, PA 19113

AMERIHEALTH HMO
P.O. BOX 18693
NEWARK, NJ 07191-8683

ANDREEA MARINESCU
ADDRESS REDACTED

ANDREEA MARINESCU
ADDRESS REDACTED

ANNA PAK, M.D.
ADDRESS REDACTED

ARIANNA TRIONFO, MD.
ADDRESS REDACTED

AYMAN SAMKARI MD
ADDRESS REDACTED

AYMAN SAMKARI, M.D.
ADDRESS REDACTED

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

BAYLOR COLLEGE OF MEDICINE
MEDICAL GENETICS LABS
BAYLOR GENETICS
P.O. BOX 847228
DALLAS, TX 75284-7228

BAYLOR COLLEGE OF MEDICINE
ONE BAYLOR PLZ, STE T-100
HOUSTON, TX 77030-3411

BAYLOR UNIVERSITY MEDICAL CNTR
3812 ELM ST
DALLAS, TX 75226

BRYN MAWR REHAB HOSPITAL
130 S BRYN MAWR AVE
BRYN MAWR, PA 19010

CARLYN TODOROW, M.D
ADDRESS REDACTED

CENTER FOR THE URBAN CHILD, INC.
ATTN: PRESIDENT/LEGAL DEPARTMENT
160 E ERIE AVE
PHILADELPHIA, PA 19134

CENTRO DE ESTUDIOS DE ESPANOL POP WUJ
PRIMERA CALLE, 17-72, ZONA,
QUETZALTENANGO, GUATEMALA

CHILDRENS HOSPITAL OF PHILADELPHIA
34TH ST & CIVIC CENTER BLVD
CHOP NORTH 12FL, STE 1220
PHILADELPHIA, PA 19104-4399

CHILDRENS HOSPITAL OF PHILADELPHIA
ATTN: STEPHEN LUDWIG, MD
OFFICE OF MEDICAL STAFF AFFAIRS
34TH ST & CIVIC CENTER BLVD
PHILADELPHIA, PA 19104

CIGNA HEALTH & LIFE INSURANCE CO
ATTN: MARYLOU KILIAN RICE, CIGNA LEGAL
900 COTTAGE GROVE RD, B6LPA
HARTFORD, CT 06152

CIGNA HEALTH & LIFE INSURANCE CO
C/O CIGNA LEGAL
ATTN: MARYLOU KILIAN RICE
900 COTTAGE GROVE RD, B6LPA
HARTFORD, CT 06152

CITY OF PHILADELPHIA
1101 MARKET ST 7TH FL
PHILADELPHIA, PA 19107-2907

CITY OF PHILADELPHIA
1401 JFK BLVD MUNICIPAL CT BLD
PHILADELPHIA, PA 19102-1697

CITY OF PHILADELPHIA
1401 JFK BLVD, RM 530
PHILADELPHIA, PA 19102-1697

CITY OF PHILADELPHIA
1401 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA
ATTN: ADAM K THIEL, FIRE COMMISSIONER
FIRE AND EMS DEPT
240 SPRING GARDEN ST
PHILADELPHIA, PA 19123

CITY OF PHILADELPHIA
ATTN: COMMISSIONER THEIL
FIRE & EMS DEPT
240 SPRING GARDEN ST
PHILADELPHIA, PA 19122

CITY OF PHILADELPHIA
ATTN: HEALTH COMMISSIONER
DEPARTMENT OF PUBLIC HEALTH
1101 MARKET ST, 13TH FL
PHILADELPHIA, PA 19107

CITY OF PHILADELPHIA
ATTN: ROB DUBOW
CODE VIOLATION ENFORCEMENT DIV
PO BOX 56318
PHILADELPHIA, PA 19130

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CITY OF PHILADELPHIA
C/O MATTHEW HUBBARD, ESQ
LAW DEPT
CIVIL RIGHTS UNIT
1515 ARCH ST, 14TH FL
PHILADELPHIA, PA 19102-1595

CITY OF PHILADELPHIA
DEPT OF LIC & INSPECTIONS
P.O. BOX 53310
PHILADELPHIA, PA 19105-3310

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1049
PHILADELPHIA, PA 19105-1409

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1529
PHILADELPHIA, PA 19105-1529

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1630
PHILADELPHIA, PA 19105-1630

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1660
PHILADELPHIA, PA 19105-1660

CITY OF PHILADELPHIA
P.O. BOX 124
PHILADELPHIA, PA 19105-0124

CITY OF PHILADELPHIA
P.O. BOX 1942
DEPT OF LIC INSPECTIONS
PHILADELPHIA, PA 19105-1942

CITY OF PHILADELPHIA
P.O. BOX 41818
PHILADELPHIA, PA 19101

CITY OF PHILADELPHIA
P.O. BOX 56318
FINANCE DEPT
PHILADELPHIA, PA 19130-0318

CITY OF PHILADELPHIA
P.O. BOX 5879
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA
TIER II REPORTING MANAGER
240 SPRING GARDEN ST
PHILADELPHIA, PA 19123-2991

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

COOPER UNIVERSITY HEALTH CARE
ATTN: ANTHONY MAZZARELLI
ONE COOPER PLZ
CAMDEN, NJ 08103

CROZER-CHESTER MED CTR
ATTN: CROZER TAYLOR SPRINGFIELD
ONE MEDICAL CENTER BLVD
UPLAND, PA 19103-3995

CROZER-CHESTER MED CTR (PROSPECT CCMC)
ATTN: SHARIF OMAR/ RICHARD IMBIMBO
ONE MEDICAL CENTER BLVD
UPLAND, PA 19013

CROZER-CHESTER MED CTR INC
MEDICAL CTR BLVD
UPLAND, PA 19013

CROZER-CHESTER MEDICAL CENTER
DELAWARE COUNTY MEMORIAL HOSPITAL
501 N LANSDOWNE AVE
DREXEL HILL, PA 19026

CROZER-CHESTER MEDICAL CENTER
ONE MEDICAL CENTER BLVD
UPLAND, PA 19013

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

DUSTIN A. GREENHILL, M.D.
ADDRESS REDACTED

DUSTIN GREENHILL
ADDRESS REDACTED

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

FRONT STREET HEALTHCARE PROPERTIES II, LLC
ATTN: LEGAL DEPT
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

FRONT STREET HEALTHCARE PROPERTIES, LLC
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

GATEWAY HEALTH
444 LIBERTY AVE, STE 2100
PITTSBURGH, PA 15222

GATEWAY HEALTH PLAN
600 GRANT ST FL 41
PITTSBURGH, PA 15219

GATEWAY HEALTH PLAN
P.O. BOX 11-718
ALBANY, NY 12211

GATEWAY HEALTH PLAN
P.O. BOX 69360
HARRISBURG, PA 17106

GEISINGER HEALTH SYSTEM
ATTN: KEVIN BRENNAN
100 NORTH ACADEMY AVE
DANVILLE, PA 17822

GEISINGER INDEMNITY INSURANCE CO
100 N ACADEMY AVE
DANVILLE, PA 17822-3051

GEISINGER MEDICAL CENTER
ATTN: DEPT OF CONTRACT ADMIN
100 N ACADEMY AVE
DANVILLE, PA 17822-3023

GEISINGER MEDICAL CENTER
ATTN: GEORGE GODLEWSKI
100 N ACADEMY AVE
DANVILLE, PA 17822-0145

GEISINGER SYSTEMS SERVICES
ATTN: DEPT OF CONTRACT ADMIN
100 N ACADEMY AVE
DANVILLE, PA 17822-3023

GEISNGER HEALTH OPTIONS
100 N ACADEMY AVE
DANVILLE, PA 17822-3251

HAMILTON, RICHARD
901 WEST AVENUE
JENKINTOWN, PA 19046

HARBHAJAN CHAWLA, M.D.
ADDRESS REDACTED

HARBHAJAN S. CHAWLA, M.D.
ADDRESS REDACTED

HEALTH PARTNERS OF PHILADELPHIA, INC.
ATTN: PRESIDENT/LEGAL DEPARTMENT
901 MARKET ST STE 500
PHILADELPHIA, PA 19107

HEALTH PARTNERS PLAN
901 MARKET ST, STE 500
PHILADELPHIA, PA 19107

HEALTH PARTNERS PLAN
PHILADELPHIA DEPT OF PUBLIC HEALTH
321 UNIVERSITY AVE
PHILADELPHIA, PA 19104

HEALTH PARTNERS PLAN
PHILADELPHIA DEPT OF PUBLIC HEALTH
ENVIRONMENTAL HEALTH SERVICES
EHS AND HEALTHY HOMES PROGRAM
321 UNIVERSITY AVE
PHILADELPHIA, PA 19104

HORIZON BLUE CROSS BLUE SHIELD
3 PENN PLAZA EAST
NEWARK, NJ 07105-2200

HORIZON BLUE CROSS BLUE SHIELD NJ
C/O AAI
FINANCE DEPT OVERPAYMENT, UNIT
PO BOX 311
HAMMONTON, NJ 08037-0311

HORIZON BLUE CROSS OF NJ
3 PENN PLAZA E
NEWARK, NJ 07105

HORIZON NJ HEALTH
P.O. BOX 24078
NEWARK, NJ 07101-0406

HORIZON NJ HEALTH
P.O. BOX 7117
LONDON, KY 40742

HUMANA
500 W MAIN ST
LOUISVILLE, KY 40202

HUMANA
P.O. BOX 14601
LEXINGTON, KY 40512-4601

HUMANA
P.O. BOX 14602
LEXINGTON, KY 40512-4602

HUMANA
P.O. BOX 14605
LEXINGTON, KY 40578

HUMANA
P.O. BOX 931655
ATLANTA, GA 31193-0001

INDEPENDENCE BLUE CROSS
1901 MARKET ST
PHILADELPHIA, PA 19103-1400

INDEPENDENCE BLUE CROSS
1901 MARKET ST, 43RD FL
PHILADELPHIA, PA 19103-1480

INDEPENDENCE BLUE CROSS
ATTN: CAROLYN GOLDEN
FOUNDATION
1901 MARKET ST, 37TH FL
PHILADELPHIA, PA 19102

INDEPENDENCE BLUE CROSS
P.O. BOX 59480
PHILADELPHIA, PA 19102-9480

INDEPENDENCE BLUE CROSS &
HIGHMARK BLUE SHIELD
CARING FOUNDATION FOR CHILDREN
1901 MARKET ST
PHILADELPHIA, PA 19103-1480

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JEANES HOSPITAL
C/O TEMPLE UNIVERSITY HEALTH SYSTEM, INC
ATTN: CHIEF COUNSEL
1316 W ONTARIO ST
RM 903, JONES HALL (700-00)
PHILADELPHIA, PA 19140

JEFFER MANGELS BUTLER & MITHCELL LLP
ATTN: MARIANNE S. MARTIN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067

JERSEY SHORE UNIVERSITY MEDICAL CENTER
ATTN: PRESIDENT/LEGAL DEPARTMENT
1945 ROUTE 33
NEPTUNE, NJ 07753

JEWISH FAMILY AND CHILDREN'S SERVICE
OF GREATER PHILADELPHIA
ATTN: MELANIE LONDON, PROGRAM DIRECTOR
2100 ARCH ST, 5TH FL
PHILADELPHIA, PA 19103

JILLIAN SCHAFFER, M.D.
ADDRESS REDACTED

KAROLYN KEMPTON MEMORIAL
74 SOLITUDE CIRCLE
HEDGESVILLE, WV 25427

KEYSTONE HEALTH
10325 GLEN OAKS BL
PACOIMA, CA 91131

KEYSTONE HEALTH EAST
P.O. BOX 211184
ST PAUL, MN 55121

KEYSTONE HEALTH PLAN
P.O. BOX 69353
HARRISBURG, PA 17106

KEYSTONE HEALTH PLAN
P.O. BOX 7618
PHILADELPHIA, PA 19101-7618

KEYSTONE HEALTH PLAN
P.O. BOX 898815
COB DEPT
CAMP HILL, PA 17001-9973

KEYSTONE HEALTH PLAN EAST
1901 MARKET ST
PHILADELPHIA, PA 19103-1480

KEYSTONE HEALTH PLAN EAST
CLAIMS OVERPAYMENT
P.O. BOX 18683
NEWARK, NJ 07191-8683

KEYSTONE HEALTH PLAN EAST
P.O. BOX 7616
PHILADELPHIA, PA 19101-7616

KEYSTONE HEALTH PLAN EAST
SYNERTECH COB OPL DEPT
P.O. BOX 69300
HARRISBURG, PA 17016-9300

KING ABDULLAH UNIVERSITY HOSPITAL
PO BOX 360001
22110 IRBID, JORDAN

KORLE-BU TEACHING HOSPITAL
ATTN: PRESIDENT/LEGAL DEPARTMENT
GUGGISBERG AVENUE
ACCRA, GREATER ACCRA
GHANA

LANKENAU HOSPITAL
ATTN: PROGRAM DIR
SCHOOL OF NURSE ANESTHESIA
100 E LANCASTER AVE
WYNNEWOOD, PA 19096

LEHIGH VALLEY HOSPITAL
CENTER FOR EDUCATION
P.O. BOX 7017
ALLENTOWN, PA 18105-7017

LEHIGH VALLEY HOSPITAL HEALTH NET
CTR FOR PROF EXCELLENCE S PACELL
FRIENDS OF NURSING
1200 S CEDAR CREST BLVD
ALLENTOWN, PA 18105

LEHIGH VALLEY HOSPITAL MH
P.O. BOX 20926
LEHIGH VALLEY, PA 18002

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MED ONE CAPITAL FUNDING, LLC.
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

MEDICAID
P.O. BOX 909
NEW CASLTE, DE 19720-0909

MEDICAID FFS – CONNECTICUT
ATTN: PRESIDENT/LEGAL DEPARTMENT
C/O DEPARTMENT OF SOCIAL SERVICES
55 FARMINGTON AVENUE
HARTFORD, CT 06105

MEDICAID FFS – NEW JERSEY
ATTN: PRESIDENT/LEGAL DEPARTMENT
C/O STATE OF NEW JERSEY
DEPARTMENT OF HUMAN SERVICES
P.O. BOX 700
TRENTON, NJ 08625-0700

MEDICAID FFS – OHIO
ATTN: PRESIDENT/LEGAL DEPARTMENT
50 WEST TOWN STREET, SUITE 400
COLUMBUS, OHIO 43215

MEDICAID OF PA
P.O. BOX 8194
HARRISBURG, PA 17105

MEDICAID OF PENNSYLVANIA
P.O. BOX 8150
HARISBURG, PA 17120

MEDICAID/COMMONWEALTH OF PA
DPW/OMAP
P.O. BOX 8050
HARRISBURG, PA 17105

MEDICAL COST CONTAINMENT PROFESSIONALS, L
ATTN: PRESIDENT/LEGAL DEPARTMENT
406 9TH AVENUE, SUITE 202
SAN DIEGO, CA  92101

MEDICARE
P.O. BOX 1602
OMAHA, NE 88101

MEDICARE
P.O. BOX 247006
OMAHA, NE 68124-7706

MIAN A AHMAD
ADDRESS REDACTED

MIAN AHMAD
ADDRESS REDACTED

MIAN AHMAD, MD
218 WAYNE AVE
LANSDOWNE, PA 19050

MIAN AHMAD, MD
ADDRESS REDACTED

MICHAEL J WOLF MD
ADDRESS REDACTED

MICHAEL WOLF
ADDRESS REDACTED

MICHAEL WOLF, M.D.
ADDRESS REDACTED

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NAZARETH HOSPITAL
2601 HOLME AVE
PHILADELPHIA, PA 19152

NAZARETH HOSPITAL
C/O MERCY HEALTH SYSTEM
ATTN: ROBERT BROWN
ONE W ELM ST, STE 100
CONSHOHOCKEN, PA 19428

NAZARETH HOSPITAL
SCHOOL OF NURSE ANESTHESIOLOGY
2601 HOLME AVE
PHILADELPHIA, PA 19152

NAZARETH HOSPITAL, SCHOOL OF NURSING
2601 HOLME AVE
PHILADELPHIA, PA 19152

NECKER-ENFANTS
149, RUE DE SEVRES
PARIS 15, FRANCE

NORTHEAST REGIONAL MEDICAL CENTER
315 SOUTH OSTEOPATHY
KIRKSVILLE MO 63501

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

PALADIN HEALTHCARE
222 N PACIFIC COAST HWY, STE 900
EL SEGUNDO, CA 90245

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PENNSYLVANIA HEALTH & WELLNESS
ATTN: PRESIDENT
300 CORPORATE CENTER DRIVE
CAMP HILL, PA 17011

PRIME HEALTHCARE SERVICES
DBA LOWER BUCKS HOSPITAL
2100 W GIRARD AVE
PHILADELPHIA, PA 19130

PRIME HEALTHCARE SERVICES ROXBOROUGH, LLC
DBA ROXBOROUGH MEMORIAL HOSPITAL
5800 RIDGE AVE
PHILADELPHIA, PA 19128

PRIME HEALTHCARE SERVICES, INC.
ATTN: PREM REDDY
3300 EAST GUASTI RD
ONTARIO, CA 91761

RAJEEV PRASAD
ADDRESS REDACTED

RAJEEV PRASAD MD
ADDRESS REDACTED

RAJEEV PRASAD MD
ADDRESS REDACTED

READING HOSPITAL
420 S 5TH AVE
WEST READING, PA 19611

READING HOSPITAL & MED CTR
ATTN: MARY AGNEW, SVP/CNO
420 S 5TH AVE
WEST READING, PA 19611

READING HOSPITAL & MED CTR
SIXTH AVE AND SPRUCE ST
READING, PA 19611

ROBERT A. KOENIGSBERG, D.O.
ADDRESS REDACTED

ROWAN UNIVERSITY SCHOOL OF OSTEOPATHIC MEDI
ATTN: PRESIDENT/LEGAL DEPARTMENT
ONE MEDICAL CENTER DRIVE
STRATFORD, NJ 08084

SAMUEL CROSS-KNORR, M.D.
ADDRESS REDACTED

SECRETARY OF HEALTH AND HUMAN SERVICES
C/O U.S. DEPARTMENT OF HEALTH & HUMAN SERV
HUBERT H. HUMPHREY BUILDING
200 INDEPENDENCE AVENUE, S.W.
WASHINGTON, D.C. 20201

SHRINERS HOSPITAL FOR CHILDREN
2900 N ROCKY POINT DR
TAMPA, FL 33607-1435

SHRINERS HOSPITAL FOR CHILDREN
3551 N BROAD ST
PHILADELPHIA, PA 19140

SHRINERS HOSPITAL FOR CHILDREN
ATTN: ADMINISTRATOR
3551 N BROAD ST
PHILADELPHIA, PA 19140-4131

SHRINERS HOSPITAL FOR CHILDREN
ATTN: ADMINISTRATOR
P.O. BOX 31356
TAMPA, FL 33631-3356

SHRINERS HOSPITAL FOR CHILDREN
ATTN: ADMINISTRATOR
PHILADELPHIA HOSPITAL
3551 N BROAD ST
PHILADELPHIA, PA 19140

SHRINERS HOSPITAL FOR CHILDREN
ATTN: DONATIONS DEPT
3551 N BROAD ST
PHILADELPHIA, PA 19140

SHRINERS HOSPITAL FOR CHILDREN
ATTN: FINANCIAL SERVICES
3551 N BROAD ST
PHILADELPHIA, PA 19140

SHRINERS HOSPITAL FOR CHILDREN
ATTN: LEGAL DEPT
P.O. BOX 31356
TAMPA, FL 33631-3356

SHRINERS HOSPITAL FOR CHILDREN
P.O. BOX 26717
GREENSBORO, NC 27417

SHRINERS HOSPITAL FOR CHILDREN, INC
ATTN: SCOTT LAUBISCH
2900 ROCKY POINT DR
TAMPA, FL 33607

SRUTHI POLAVARAPU
ADDRESS REDACTED

SRUTHI POLAVARAPU MD
ADDRESS REDACTED

Center City Healthcare, LLC, et al., - U.S. Mail                                                                 Served 11/14/2019

ST LUKES HEALTH NETWORK, INC
DBA ST LUKES UNIVERSITY HEALTH NETWORK
801 OSTRUM ST
BETHLEHEM, PA 19130

ST LUKES HOSPITAL
P.O. BOX 5329
BETHLEHAM, PA 18015

ST PETER'S UNIVERSITY HOSPITAL
254 EASTON AVE
NEW BRUNSWICK, NJ 08901

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

SWOSTI JOSHI, M.D.
ADDRESS REDACTED

TEMPLE UNIVERSITY
1803 N BROAD ST
615 CARNELL HALL, 040-08
PHILADELPHIA, PA 19122-6104

TEMPLE UNIVERSITY
3401 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY
ATTN: EXEC DIR/CEO
3401 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY
C/O MARIA L MORSI/DEPT NURSING
3307 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL
3401 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL
ATTN: ACTING EXEC DIR & CEO
ATTN: HOSPITAL ADMIN
3401 N BROAD ST, STE B
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL
ATTN: ROBIN DE SHIELDS
3333 N BROAD ST, RM 120 GSB
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL
CASHIER OFFICE
3401 N BROAD ST, RM A 131
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL
OFFICE OF STUDENT AFFAIRS
3420 N BROAD ST
PHILADELPHIA, PA 19140-0001

TEMPLE UNIVERSITY HOSPITAL, INC.
3401 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL, INC.
DBA NORTHEASTERN HOSPITAL
COLLEGE HEALTH PROFESSIONS
3307 N BROAD ST, (602-00)
PHILADELPHIA, PA 19140

TERRY ADIRIM MD
ADDRESS REDACTED

TERRY ADIRIM MD
ADDRESS REDACTED

THE UNIVERSITY OF VERMONT HEALTH NETWORK
ATTN: RICK VINCENT
111 COLCHESTER AVE
BURLINGTON, VT 05401

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

UNITEDHEALTHCARE INSURANCE COMPANY
ATTN: CDM / BANKRUPTCY
185 ASYLUM ST, 03B
HARTFORD, CT 06103

UNITEDHEALTHCARE INSURANCE COMPANY
ATTN: CDM/BANKRUPTCY / PRIYA MUTHU
185 ASYLUM ST, 03B
HARTFORD, CT 06103

UNITEDHEALTHCARE INSURANCE COMPANY
C/O CDM/BANKRUPTCY
ATTN: JAY A RONNING
185 ASYLUM ST - 03B
HARTFORD, CT 06103

UPMC HEALTH PLAN
600 GRANT ST, 12TH FL, USC TOWERS
PITTSBURGH, PA 15219

UPMC HEALTH PLAN
ONE CHATMAN CENTER, STE 600
112 WASHINGTON PL
PITTSBURG, PA 15219

VOYCE, INC.
12555 ORANGE DR, STE 100A
DAVIE, FL 33330

Parties Served: 225