**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>RE:  Docket No. 917 |

**CERTIFICATE OF NO OBJECTION TO SECOND MONTHLY
FEE APPLICATION OF SAK MANAGEMENT SERVICES, LLP, AS MEDICAL
OPERATIONS ADVISOR FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

The undersigned counsel to the Patient Care Ombudsman appointed in the above-captioned cases hereby certifies that:

1.    On August 2, 2019, the U.S. Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "**Interim Compensation Order**") [Docket No. 341].

2.    In accordance with the Interim Compensation Order, on October 29, 2019 SAK Management Services, LLP ("**SAK**") filed the *Second Monthly Fee Application of SAK Management Services, LLP, as Medical Operations Advisor for Compensation and Reimbursement of Expenses for the Period From August 1, 2019 Through August 31, 2019* [Docket No. 917] (the "**Application**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

ACTIVE 47218947v1

3. Pursuant to the Notice of Application, objections were due November 18, 2019. As of the date hereof, personnel at SAK and Greenberg Traurig, LLP have not received any responses or objections to the Application.

4. Accordingly, pursuant to the Interim Compensation Order and the Application, the Debtors are authorized to pay SAK 80% of the fees requested in the Application, or $11,900.00, and 100% of the expenses requested in the Application, or $1,354.60, for a total payment of $13,254.60.

Dated: November 20, 2019

GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel: (302) 661-7395
Fax: (302) 661-7165
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com

*Counsel to the Patient Care Ombudsman*