# EXHIBIT A

**GT GreenbergTraurig**

|  |  |  |
|---|---|---|
| Invoice No. | : | 5222245 |
| File No. | : | 102171.014000 |
| Bill Date | : | November 7, 2019 |

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
300 Saunders Rd.
Suite 300
Riverwoods, IL  60015

Attn:  Suzanne Koenig

# INVOICE

Re:   Center City Healthcare, LLC d/b/a Hahnemann University Hospital

Legal Services through October 31, 2019:

| | | |
|---:|---:|---:|
| CASE ADMINISTRATION: | $ | 1,584.00 |
| FEE/EMPLOYMENT APPLICATIONS: | $ | 1,642.50 |
| PREPARATION/REVIEW REPORTS: | $ | 367.00 |
| COURT HEARINGS: | $ | 102.50 |
| LEASES AND EXECUTORY CONTRACTS: | $ | 17,961.50 |
| Total Fees: | $ | 21,657.50 |

Expenses:

| | | | |
|---|---:|---:|---:|
| Court Fees | 83.50 | | |
| Off-site Printing and Copying Charges | 222.40 | | |
| Total Expenses: | | $ | 305.90 |
| **Current Invoice**: | | $ | **21,963.40** |

|  |  |  |
|---:|---:|---:|
| Previous Balance (see attached statement): | $ | 64,517.05 |

NAP:ML
Tax ID:  13-3613083

**GT GreenbergTraurig**

Invoice No. : 5222245
File No.    : 102171.014000

**Total Amount Due:**      $      86,480.45

NAP:ML
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

# GT GreenbergTraurig

Invoice No. : 5222245
File No. : 102171.014000

> **FOR YOUR CONVENIENCE,
> PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT
> FOR FEES & COSTS ARE AS FOLLOWS:**

PLEASE RETURN WITH YOUR PAYMENT

| | |
|---|---|
| CLIENT NAME: | SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN |
| FILE NUMBER: | |
| INVOICE NUMBER: | 5222245* |
| BILLING PROFESSIONAL: | Nancy A. Peterman |

| | | |
|---|---|---|
| Current Invoice: | $ | 21,963.40 |
| Previous Balance: | $ | 64,517.05 |
| Total Amount Due: | $ | 86,480.45 |

For Wire and ACH Instructions:
TO: CITIBANK, N.A.
ABA #: 266086554
CREDIT TO: GREENBERG TRAURIG ACCOUNT
ACCOUNT #: 3200175071

**PLEASE REFERENCE:**
CLIENT NAME: SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN
FILE NUMBER: 102171.014000
INVOICE NUMBER: 5222245*
BILLING PROFESSIONAL: Nancy A. Peterman

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**

NAP:ML
Tax ID: 13-3613083

**GT GreenbergTraurig**

Invoice No. : 5222245
File No.     : 102171.014000

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|---|---|---:|---:|---:|---:|
| 08/16/19 | 5146927 | 36,464.00 | 30.00 | 0.00 | 36,494.00 |
| 09/26/19 | 5174237 | 10,794.50 | 1,868.55 | 0.00 | 12,663.05 |
| 10/09/19 | 5199755 | 15,294.50 | 65.50 | 0.00 | 15,360.00 |
| Totals: | $ | 62,553.00 | $ 1,964.05 | $ 0.00 | $ 64,517.05 |

NAP:ML
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

| | | |
|---|---|---|
| Invoice No.: | 5222245 | Page 1 |
| Matter No.: | 102171.014000 | |

Description of Professional Services Rendered:

TASK CODE:    804    CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/14/19 | Sara Hoffman | Check docket for filing updates. | 0.10 | 72.00 |
| 10/18/19 | Sara Hoffman | Review recent docket filings. | 1.60 | 1,152.00 |
| 10/25/19 | Sara Hoffman | Review recent filings. | 0.20 | 144.00 |
| 10/28/19 | Sara Hoffman | Review docket for relevant filings. | 0.10 | 72.00 |
| 10/30/19 | Sara Hoffman | Review docket for recent filings of relevance. | 0.20 | 144.00 |

Total Hours:    2.20

Total Amount:    $ 1,584.00

TIMEKEEPER SUMMARY FOR TASK CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sara Hoffman | 2.20 | 720.00 | 1,584.00 |
| Totals: | 2.20 | 720.00 | $ 1,584.00 |

Invoice No.:     5222245                                                                      Page 2
Matter No.:      102171.014000

Description of Professional Services Rendered

TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/09/19 | Wendy Cathers | Prepare Certification of No Objection to Greenberg Traurig LLP (.3) and SAK First Monthly Fee Application (.3). | 0.60 | 180.00 |
| 10/15/19 | Wendy Cathers | File Certificate of No Objection to First Monthly Fee Applications of Greenberg Traurig, LLP (.2) and Certificate of No Objection to First Monthly Fee Application of SAK Management Services, LLP (.3). | 0.50 | 150.00 |
| 10/15/19 | Dennis A. Meloro | Review/revise CNOs re: GT (.1) and SAK (.1) first monthly fee applications. | 0.20 | 205.00 |
| 10/18/19 | Wendy Cathers | Prepare and email Certificate of No Objections to Second Monthly Fee Application of Greenberg Traurig, LLP to D. Meloro for review (.4); File CNO with Court (.2). | 0.60 | 180.00 |
| 10/18/19 | Dennis A. Meloro | Revise CNO re: GT 2nd monthly fee application, prepare for filing. | 0.10 | 102.50 |
| 10/18/19 | Dennis A. Meloro | Review/revise GT 3rd monthly fee application. | 0.30 | 307.50 |
| 10/21/19 | Dennis A. Meloro | Review, prepare GT 3rd monthly fee application for filing. | 0.10 | 102.50 |
| 10/29/19 | Wendy Cathers | Update SAK Second Monthly Fee Application (.4); prepare Notice (.1); file SAK Second Monthly Fee Application with Court (.2). | 0.70 | 210.00 |
| 10/29/19 | Dennis A. Meloro | Review, revise SAK 2nd monthly fee application, prepare for filing. | 0.20 | 205.00 |

                                                            Total Hours:     3.30

                                                            Total Amount:    $ 1,642.50


TIMEKEEPER SUMMARY FOR TASK CODE 813,

   FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.90 | 1,025.00 | 922.50 |
| Wendy Cathers | 2.40 | 300.00 | 720.00 |
| Totals: | 3.30 | 497.73 | $ 1,642.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 5222245 | | | Page 3 |
| Matter No.: | 102171.014000 | | | |

Description of Professional Services Rendered

TASK CODE:    824    PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/21/19 | Wendy Cathers | File Notice of Patient Care Ombudsman's Report with Court. | 0.30 | 90.00 |
| 10/21/19 | Sara Hoffman | Review of emails re: PCO report notice. | 0.10 | 72.00 |
| 10/31/19 | Dennis A. Meloro | Review draft of second ombudsman's report. | 0.20 | 205.00 |

Total Hours:    0.60

Total Amount:    $ 367.00

TIMEKEEPER SUMMARY FOR TASK CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.20 | 1,025.00 | 205.00 |
| Sara Hoffman | 0.10 | 720.00 | 72.00 |
| Wendy Cathers | 0.30 | 300.00 | 90.00 |
| Totals: | 0.60 | 611.67 | $ 367.00 |

Invoice No.:   5222245                                                                                                Page 4
Matter No.:   102171.014000

Description of Professional Services Rendered

TASK CODE:        833        COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/23/19 | Dennis A. Meloro | Review 10/25 hearing agenda. | 0.10 | 102.50 |
|  |  | Total Hours: | 0.10 |  |
|  |  | Total Amount: |  | $ 102.50 |

TIMEKEEPER SUMMARY FOR TASK CODE 833,

    COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.10 | 1,025.00 | 102.50 |
| Totals: | 0.10 | 1,025.00 | $ 102.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 5222245 | | | Page 5 |
| Matter No.: | 102171.014000 | | | |

Description of Professional Services Rendered

TASK CODE:    835    LEASES AND EXECUTORY CONTRACTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/03/19 | Dennis A. Meloro | Review of debtors' motion for stay pending appeal of order re: Tenet/Conifer motion for administrative claim/stay relief to terminate agreement (.4); email to S. Koenig re: same (.1). | 0.50 | 512.50 |
| 10/03/19 | Nancy A. Peterman | Begin to review and analyze motion for stay pending appeal of Tenet order and related papers. | 0.20 | 190.00 |
| 10/03/19 | Nancy A. Peterman | Strategy conference with S. Koenig re patient care issues re termination of Tenet agreements. | 0.40 | 380.00 |
| 10/04/19 | Danny Duerdoth | Review various filings re Tenant contract (1.8) and draft summary of same (1.8). | 3.60 | 1,566.00 |
| 10/08/19 | Nancy A. Peterman | Telephone conference with S. Koenig re Tenet issues. | 0.30 | 285.00 |
| 10/08/19 | Nancy A. Peterman | Telephone conference with S. Koenig and B. Hackman re Tenet matters. | 0.30 | 285.00 |
| 10/10/19 | Danny Duerdoth | Phone call w/ N. Peterman and S. Hoffman re Tenet issue | 0.40 | 174.00 |
| 10/10/19 | Sara Hoffman | Review summaries of Tenet issues (1.6); review docket filings (3.7); call with N. Peterman and D. Duerdoth re: same (0.5). | 5.80 | 4,176.00 |
| 10/10/19 | Nancy A. Peterman | Telephone conference with S. Hoffman and D. Duerdoth re PCO statement on impact of Tenet contract termination. | 0.50 | 475.00 |
| 10/11/19 | Sara Hoffman | Review of filings related to Debtors' motion to stay Tenet Parties' Order pending Debtors' appeal of same (2.2); draft PCO statement in support of Debtors' stay motion (5.4). | 7.60 | 5,472.00 |
| 10/12/19 | Danny Duerdoth | Draft statement supporting stay pending appeal. | 1.20 | 522.00 |
| 10/12/19 | Sara Hoffman | Review email from D. Duerdoth re: draft PCO Statement in Support of Debtors' Motion for Stay Pending Appeal (0.2); email same to N. Peterman for review (0.1). | 0.30 | 216.00 |
| 10/14/19 | Dennis A. Meloro | Review draft ombudsman statement re: debtors' motion for stay pending appeal of order on Tenet's motion for payment/stay relief to terminate agreements. | 0.30 | 307.50 |
| 10/14/19 | Nancy A. Peterman | Review draft PCO statement re impact of Tenet contract termination. | 0.20 | 190.00 |
| 10/14/19 | Nancy A. Peterman | Draft email to client re PCO statement. | 0.10 | 95.00 |
| 10/15/19 | Sara Hoffman | Review email from PCO re statement (0.1); review Tenet and Conifer filing to enforce Order Compelling In Part Motion for | 1.00 | 720.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 5222245 | | | Page 6 |
| Matter No.: | 102171.014000 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Payment of Administrative Expenses (0.6); review related emails from client re: same (0.1); provide draft to UST and Debtors' counsel (0.2). | | |
| 10/15/19 | Dennis A. Meloro | Review Tenet motion to enforce order on administrative claim/stay relief to terminate agreement (.1); email to S. Koenig re: same (.1). | 0.20 | 205.00 |
| 10/16/19 | Sara Hoffman | Review of response emails from debtors' counsel and UST re: draft PCO statement in support of Debtors' Stay Motion (0.2); email to N. Peterman and D. Meloro re: same (0.3); review of revised draft of PCO statement (0.2); review of follow up emails (0.2). | 0.90 | 648.00 |
| 10/16/19 | Dennis A. Meloro | Review, revise, file PCO statement re: debtors' motion for stay pending appeal of order on Tenet/Conifer motion for administrative claim and stay relief to terminate agreement. | 0.30 | 307.50 |
| 10/16/19 | Nancy A. Peterman | Review and respond to email from UST re PCO statement on Tenet issues. | 0.20 | 190.00 |
| 10/16/19 | Nancy A. Peterman | Finalize PCO statement re Tenet issues. | 1.10 | 1,045.00 |
| | | Total Hours: | 25.40 | |
| | | Total Amount: | | $ 17,961.50 |

TIMEKEEPER SUMMARY FOR TASK CODE 835,

LEASES AND EXECUTORY CONTRACTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 1.30 | 1,025.00 | 1,332.50 |
| Nancy A. Peterman | 3.30 | 950.00 | 3,135.00 |
| Danny Duerdoth | 5.20 | 435.00 | 2,262.00 |
| Sara Hoffman | 15.60 | 720.00 | 11,232.00 |
| Totals: | 25.40 | 707.15 | $ 17,961.50 |

Invoice No.:    5222245  Page 7
Matter No.:    102171.014000

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---:|---:|---:|
| Dennis A. Meloro | 2.50 | 1,025.00 | 2,562.50 |
| Nancy A. Peterman | 3.30 | 950.00 | 3,135.00 |
| Danny Duerdoth | 5.20 | 435.00 | 2,262.00 |
| Sara Hoffman | 17.90 | 720.00 | 12,888.00 |
| Wendy Cathers | 2.70 | 300.00 | 810.00 |
| Totals: | 31.60 | 685.36 | $ 21,657.50 |

# EXHIBIT B

| | | | |
|---|---|---|---|
| Invoice No.: | 5222245 | | Page 8 |
| Re: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | | |
| Matter No.: | 102171.014000 | | |

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/10/19 | VENDOR: Giannini, Cynthia INVOICE#: 3635190210101911 DATE: 10/10/2019  Court Costs; 09/10/19 - COURTCALL    9984029 - Court call appearance fee for Dennis Meloro; Merchant: COURTCALL    #9984029 | $ | 58.00 |
| 09/10/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL087112 DATE: 9/10/2019  Customer No. DEC0038 Order No. WL087112 - Hourly Transcript - 1st copy 9/5/19 | $ | 115.20 |
| 09/23/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL087478 DATE: 9/23/2019  Customer ID: DEC0038 Order NO. WL087478- Production Labor - Typeset Addresses; Digital Printing; Envelopes Services; Postage; Draft nd E-File AOS | $ | 107.20 |
| 09/24/19 | VENDOR: Giannini, Cynthia INVOICE#: 3658097210101911 DATE: 10/10/2019  Court Costs; 09/24/19 - Court Calls made - COURTCALL 10073724; Merchant: COURTCALL    10073724 | $ | 25.50 |
| | Total Expenses: | $ | 305.90 |