# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Center City Healthcare, LLC

**Case No.:** 19–11466–KG

**Chapter:** 11

### *Notice of Deficiency*

- ☑ The document(s) you submitted to the Court was received on 11/18/2019 and has been docketed at Docket # 1026 . However, if your intention is for this document to be docketed as a Proof of Claim (or Amended Proof of Claim), it must be submitted using Official Form B410. Official forms can be found on our website at www.uscourts.gov/forms/bankruptcy–forms/proof–claim. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at www.deb.uscourts.gov. When resubmitting your claim, please either include this Notice or ensure that you make reference to the docket number initially assigned to your filing.

- ☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, the case is currently closed. If you desire to reopen the case, a Motion to Reopen must be filed along with the appropriate filing fee.

- ☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, it is not in compliance with our Local Rules.

- ☐ The bankruptcy petition you filed was received on . It was docketed and assigned Case # . At the time of the filing, the applicable photo identification requirement was not satisifed. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled *Pro Se Filer Acknowledgement of Photo ID Requirement* can be found on the Court's website at http://www.deb.uscourts.gov/filing–without–attorney

- ☐ A bankruptcy petition, affirmed to be authorized to be filed on your behalf, was received on . It was docketed and assigned Case # . At the time of filing, the applicable photo identifcation requirement was not satisfied. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled *Pro Se Filer Acknowledgement of Photo ID Requirement* can be found on the Court's website at http://www.deb.uscourts.gov/filing–without–attorney

- ☐ Other:

*Local Rules and Official Forms can be found on the Court's website at www.deb.uscourts.gov*

___

- ☑ I certify that this Notice of Deficiency was mailed on the date indicated below to: Tremayne S. Lewis

*Una O'Boyle*  
Una O'Boyle, Clerk of Court

Date: 11/18/19                                              By:  , Deputy Clerk

(VAN–489)

United States Bankruptcy Court
District of Delaware

In re:                                                                          Case No. 19-11466-KG
Center City Healthcare, LLC                                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1        User: Al              Page 1 of 5            Date Rcvd: Nov 18, 2019
                            Form ID: van489       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
    +Tremayne S. Lewis,    2705 W. Silver St.,    Philadelphia, PA 19132-2539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:
    Aaron S. Applebaum    on behalf of Debtor    Center City Healthcare, LLC aaron.applebaum@saul.com
    Adam H. Isenberg    on behalf of Debtor    Center City Healthcare, LLC aisenberg@saul.com
    Andrew Kelser    on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity akelser@odonoghuelaw.com
    Andrew H. Sherman    on behalf of Creditor Committee    Official Committee of Unsecured Creditors asherman@sillscummis.com
    Andrew L. Cole    on behalf of Creditor    Sodexo Management, Inc. acole@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com
    Benjamin A. Hackman    on behalf of U.S. Trustee    U.S. Trustee benjamin.a.hackman@usdoj.gov
    Boris I. Mankovetskiy    on behalf of Creditor Committee    Official Committee of Unsecured Creditors bmankovetskiy@sillscummis.com
    Brendan Joseph Schlauch    on behalf of Interested Party    American Academic Health Systems, LLC schlauch@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Brendan Joseph Schlauch    on behalf of Interested Party    Front Street Healthcare Properties, LLC schlauch@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Brendan Joseph Schlauch    on behalf of Interested Party    Broad Street Healthcare Properties, LLC schlauch@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Brendan Joseph Schlauch    on behalf of Interested Party    Philadelphia Academic Health Holdings LLC schlauch@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Brendan Joseph Schlauch    on behalf of Interested Party    Front Street Healthcare Properties II, LLC schlauch@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Brendan Joseph Schlauch    on behalf of Interested Party Joel    Freedman schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Brett D. Fallon    on behalf of Interested Party    Strategic Global Management, Inc. bfallon@morrisjames.com,   wweller@morrisjames.com;rzerbe@morrisjames.com
    Brett D. Fallon    on behalf of Interested Party    KPC Global bfallon@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
    Bryan J Hall    on behalf of Creditor    224 E. 13th Street Realty Corp. bhall@blankrome.com
    Bryan J Hall    on behalf of Creditor    Philadelphia College of Osteopathic Medicine bhall@blankrome.com
    Carol E. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General cmomjian@attorneygeneral.gov
    Chantelle D'nae McClamb    on behalf of Creditor    Drexel University mcclambc@ballardspahr.com, maddoxm@ballardspahr.com
    Charles A. McCauley III    on behalf of Creditor    Mayflower Laundry and Textile Services, LLC cmccauley@offitkurman.com,   rcovington@offitkurman.com
    Christina J. Pross    on behalf of Creditor    PATHS LLC cpross@mwm-law.com
    Christopher A. Ward    on behalf of Creditor    BioCare, Inc., an Arizona for-profit corporation cward@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward    on behalf of Creditor    Vitalant, an Arizona non-profit corporation cward@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

```
District/off: 0311-1              User: Al                     Page 2 of 5                   Date Rcvd: Nov 18, 2019
                                  Form ID: van489              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Christopher Dean Loizides   on behalf of Creditor   Global Neurosciences Institute, LLC loizides@loizides.com

          Christopher R. Momjian   on behalf of Interested Party   Commonwealth of Pennsylvania, Office of Attorney General crmomjian@attorneygeneral.gov

          Claiborne S. Newlin   on behalf of Creditor   Philadelphia Hospital and Healthcare Employees - District 1199C Training and Upgrading Fund cnewlin@markowitzandrichman.com, kbrookes@markowitzandrichman.com

          Claiborne S. Newlin   on behalf of Creditor   Pennsylvania Association of Staff Nurses and Allied Professionals cnewlin@markowitzandrichman.com, kbrookes@markowitzandrichman.com

          Curtis S. Miller   on behalf of Interested Party   Accreditation Council for Graduate Medical Education csmefiling@mnat.com, rfusco@mnat.com;greimann@mnat.com;curtis-miller-4921@ecf.pacerpro.com

          Dale E. Barney   on behalf of Creditor   Veolia Energy Philadelphia, Inc. dbarney@gibbonslaw.com

          Daniel K. Hogan   on behalf of Creditor   Hayes Locum, LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

          Daniel S. Shamah   on behalf of Interested Party Joel   Freedman dshamah@omm.com

          Daniel S. Shamah   on behalf of Interested Party   American Academic Health Systems, LLC dshamah@omm.com

          Daniel S. Shamah   on behalf of Interested Party   Philadelphia Academic Health Holdings LLC dshamah@omm.com

          Darrell W. Clark   on behalf of Creditor   Cerner Corporation dclark@stinson.com, cscott@stinson.com

          David Dembe   on behalf of Interested Party   Commonwealth of Pennsylvania, Office of Attorney General ddembe@attorneygeneral.gov

          David L. Campbell   on behalf of Creditor   Vizient, Inc. dcampbell@uplawtx.com, epierce@uplawtx.com

          David M. Klauder   on behalf of Interested Party Achintya   Moulick dklauder@bk-legal.com

          David M. Klauder   on behalf of Creditor Corinthia   Shields dklauder@bk-legal.com

          David M. Klauder   on behalf of Creditor   Suzanne Richards & Pamela Saechow dklauder@bk-legal.com

          David P. Primack   on behalf of Creditor   Crothall Healthcare, Inc. dprimack@mdmc-law.com

          David W. Carickhoff   on behalf of Interested Party   Certain Physicians Under the Philadelphia Academic Health System Physician Practice Plan dcarickhoff@archerlaw.com

          Deirdre M. Richards   on behalf of Creditor   LEAF Capital Funding LLC drichards@finemanlawfirm.com

          Deirdre M. Richards   on behalf of Creditor   Rydal Square, L.P. drichards@finemanlawfirm.com

          Dennis A. Meloro   on behalf of Health Care Ombudsman   Suzanne Koenig, as Patient Care Ombudsman melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

          Dennis A. Meloro   on behalf of Creditor   3M Company melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

          Domenic E. Pacitti   on behalf of Spec. Counsel   Klehr Harrison Harvey Branzburg LLP dpacitti@klehr.com

          Drew McGehrin   on behalf of Creditor   The Chubb Companies dsmcgehrin@duanemorris.com

          E. Todd Sable   on behalf of Interested Party   SBJ Group Inc. tsable@honigman.com

          Elihu Ezekiel Allinson, III   on behalf of Creditor   Urology for Children, LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

          Eric S. Goldstein   on behalf of Creditor   The Advisory Board Company egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

          Frederick B. Rosner   on behalf of Creditor   Medline Industries, Inc. rosner@teamrosner.com

          George P. Angelich   on behalf of Creditor   Medline Industries, Inc. angelich.george@arentfox.com, beth.brownstein@arentfox.com;phillip.khezri@arentfox.com

          Gregory A. Taylor   on behalf of Interested Party   Capital One, N.A. gtaylor@ashbygeddes.com

          Gregory Joseph Flasser   on behalf of Interested Party   UnitedHealthcare Insurance Company gflasser@bayardlaw.com

          Gregory Joseph Flasser   on behalf of Interested Party   Attorneys for The Advisory Board Company gflasser@bayardlaw.com

          Holly M Smith   on behalf of Interested Party   Watts Restoration Company, Inc. smith@lrclaw.com, Ramirez@lrclaw.com;Dellose@lrclaw.com;Butler@lrclaw.com

          Howard A. Cohen   on behalf of Creditor   Veolia Energy Philadelphia, Inc. hcohen@gibbonslaw.com

          Jarret P. Hitchings   on behalf of Creditor   Albert Einstein Healthcare Network jphitchings@duanemorris.com

          Jason A. Gibson   on behalf of Creditor   Medline Industries, Inc. gibson@teamrosner.com

          Jason A. Gibson   on behalf of Interested Party   Cooper University Healthcare gibson@teamrosner.com

          Jeffrey Kurtzman   on behalf of Creditor   Rydal Square, L.P. kurtzman@kurtzmansteady.com

          Jeffrey C. Hampton   on behalf of Debtor   Center City Healthcare, LLC jeffrey.hampton@saul.com

          Jeffrey R Barber   on behalf of Creditor   Ensemble RCM, LLC d/b/a Ensemble Health Partners jbarber@joneswalker.com

          Jeffrey R. Waxman   on behalf of Creditor   Herman Goldner Co., Inc. jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com;rzerbe@morrisjames.com

          Jeremy William Ryan   on behalf of Interested Party   SBJ Group Inc. jryan@potteranderson.com, bankruptcy@potteranderson.com

          Jody C. Barillare   on behalf of Creditor   General Healthcare Resources, LLC jody.barillare@morganlewis.com, lori.gibson@morganlewis.com

          Joelle E. Polesky   on behalf of Creditor   MidCap Financial Trust jpolesky@stradley.com, tmitchell@stradley.com

          Joelle E. Polesky   on behalf of Creditor   MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) jpolesky@stradley.com, tmitchell@stradley.com

```
District/off: 0311-1                  User: Al                    Page 3 of 5                    Date Rcvd: Nov 18, 2019
                                      Form ID: van489             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joelle E. Polesky    on behalf of Creditor    MidCap Funding H Trust jpolesky@stradley.com, tmitchell@stradley.com

        John Henry Schanne, II    on behalf of Interested Party    Temple University Health System, Inc. schannej@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com

        John T. Carroll, III    on behalf of Creditor    NG 1500 Market St. LLC jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com

        Joseph H. Huston, Jr.    on behalf of Interested Party    TOWER HEALTH SERVICES jhh@stevenslee.com

        Joseph J. McMahon, Jr.    on behalf of Interested Party    St. Christopher's Hospital for Children Medical Staff jmcmahon@ciardilaw.com

        Judy D. Thompson    on behalf of Creditor    Sodexo, Inc. jdt@jdthompsonlaw.com

        Julia Bettina Klein    on behalf of Creditor    Premier, Inc. klein@kleinllc.com

        Julia Bettina Klein    on behalf of Creditor    AmeriHealth HMO, Keystone Health Plan East and QCC Insurance Company klein@kleinllc.com

        Justin R. Alberto    on behalf of Creditor    Association of American Medical Colleges jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

        Justin R. Alberto    on behalf of Creditor    Educational Commission for Foreign Medical Graduates jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

        Kate R. Buck    on behalf of Creditor    Atlantic City Energy Company kbuck@mccarter.com

        Kate R. Buck    on behalf of Creditor    PECO Energy Company kbuck@mccarter.com

        Katharina Earle    on behalf of Interested Party    Capital One, N.A. kearle@ashbygeddes.com

        Kevin G. Collins    on behalf of Creditor    Roche Diagnostics Corporation kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com

        Lance Michael Geren    on behalf of Creditor    Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com

        Lance Michael Geren    on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com

        Laura Davis Jones    on behalf of Creditor    Tenet Business Services Corp. ljones@pszjlaw.com

        Laura Davis Jones    on behalf of Creditor    Conifer Revenue Cycle Solutions, LLC ljones@pszjlaw.com

        Lawrence A. Lichtman    on behalf of Interested Party    SBJ Group Inc. LLichtman@honigman.com

        Louis A. Curcio    on behalf of Interested Party    Capital One, N.A. louis.curcio@troutman.com, john.murphy@troutman.com

        Marc Stephen Casarino    on behalf of Creditor    SpecialtyCare, Inc. casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

        Marc Stephen Casarino    on behalf of Creditor    SpecialtyCare IOM Services, LLC casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

        Marcus Scott Sacks    on behalf of Creditor    UNITED STATES OF AMERICA marcus.s.sacks@usdoj.gov, Hillary.Burchuk@fcc.gov

        Marcy J. McLaughlin    on behalf of Interested Party    Temple University Health System, Inc. mclaughlinm@pepperlaw.com, molitorm@pepperlaw.com;hardinp@pepperlaw.com

        Marita Erbeck    on behalf of Interested Party    Thomas Jefferson University marita.erbeck@dbr.com

        Marita Erbeck    on behalf of Interested Party    Thomas Jefferson University Hospitals, Inc. marita.erbeck@dbr.com

        Mark Minuti    on behalf of Debtor    St. Christopher's Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    St. Christopher's Pediatric Urgent Care Center, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    HPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    Philadelphia Academic Health System, LLC mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    TPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    TPS V of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    Philadelphia Academic Medical Associates, LLC mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    TPS III of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    TPS II of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    TPS IV of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    Center City Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    SCHC Pediatric Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    SCHC Pediatric Anesthesia Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

        Mark Minuti    on behalf of Debtor    StChris Care at Northeast Pediatrics, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

        Mark D. Collins    on behalf of Interested Party Joel Freedman rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

```
District/off: 0311-1           User: Al                  Page 4 of 5                  Date Rcvd: Nov 18, 2019
                               Form ID: van489           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Mark D. Collins    on behalf of Interested Party    American Academic Health Systems, LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins    on behalf of Interested Party    Philadelphia Academic Health Holdings LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Megan N. Harper    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov
          Michael Comrie Heyden, Jr.    on behalf of Interested Party    Amicus Curiae mheyden@grsm.com
          Monica Mathews Reynolds    on behalf of Interested Party    Watts Restoration Company, Inc. mreynolds@cwolaw.com
          Monique Bair DiSabatino    on behalf of Debtor    Center City Healthcare, LLC monique.disabatino@saul.com, robyn.warren@saul.com
          Natasha M. Songonuga    on behalf of Interested Party    Hackensack Meridian Health nsongonuga@gibbonslaw.com
          Nicholas J. LePore, III    on behalf of Interested Party    Commonwealth of Pennsylvania Department of Health nlepore@schnader.com
          Paige Noelle Topper    on behalf of Interested Party    Accreditation Council for Graduate Medical Education ptopper@mnat.com, rfusco@mnat.com
          Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, pelchertthurmond@gmail.com
          Patrick A. Jackson    on behalf of Creditor    Gift of Life Donor Program, Greater Delaware Valley Society Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
          Patrick A. Jackson    on behalf of Interested Party    Thomas Jefferson University Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
          Patrick A. Jackson    on behalf of Interested Party    Thomas Jefferson University Hospitals, Inc. Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
          Pearl Pham    on behalf of Creditor    PHILADELPHIA GAS WORKS pearl.pham@pgworks.com
          R. Stephen McNeill    on behalf of Interested Party    SBJ Group Inc. bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
          Reliable Companies    gmatthews@reliable-co.com
          Richard A. Barkasy    on behalf of Interested Party    Commonwealth of Pennsylvania Department of Health rbarkasy@schnader.com
          Rick S. Miller    on behalf of Creditor    ThyssenKrupp Elevator Corporation rmiller@ferryjoseph.com, mstucky@ferryjoseph.com
          Ryan B Smith    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General rbsmith@attorneygeneral.gov
          Sabrina L. Streusand    on behalf of Creditor    NTT Data Services , prentice@slollp.com
          Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
          Sophie E. Macon    on behalf of Creditor    Association of American Medical Colleges smacon@bayardlaw.com, ehendry@bayardlaw.com
          Sophie E. Macon    on behalf of Creditor    Educational Commission for Foreign Medical Graduates smacon@bayardlaw.com, ehendry@bayardlaw.com
          Stephanie A. Fox    on behalf of Creditor    Coloplast Corp. saf@maronmarvel.com, kkw@maronmarvel.com
          Stuart M. Brown    on behalf of Interested Party    PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
          Stuart M. Brown    on behalf of Interested Party    Harrison Street Real Estate, LLC and its affiliates stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
          Susan Murray    on behalf of Creditor    Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund smurray@freedmanlorry.com
          Thomas M. Horan    on behalf of Creditor Committee    Official Committee of Unsecured Creditors thoran@foxrothschild.com, mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
          Timothy Swanson    on behalf of Interested Party    DaVita, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
          Timothy Swanson    on behalf of Interested Party    Renal Treatment Centers-Northeast, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
          Timothy P. Cairns    on behalf of Creditor    Conifer Revenue Cycle Solutions, LLC tcairns@pszjlaw.com
          Timothy P. Cairns    on behalf of Creditor    Tenet Business Services Corp. tcairns@pszjlaw.com
          Tobey M. Daluz    on behalf of Creditor    Drexel University daluzt@ballardspahr.com, maddoxm@ballardspahr.com
          U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
          Vikrama S. Chandrashekar    on behalf of Creditor    Renal Treatment Centers-Northeast, Inc. vika.chandrashekar@moyewhite.com, robin.anderson@moyewhite.com
          Vikrama S. Chandrashekar    on behalf of Creditor    DaVita, Inc. vika.chandrashekar@moyewhite.com, robin.anderson@moyewhite.com
          Vincent J Marriott, III    on behalf of Creditor    Drexel University marriott@ballardspahr.com
          William D. Sullivan    on behalf of Creditor    Laboratory Corporation of America Holdings wdsecfnotices@sha-llc.com
          William D. Sullivan    on behalf of Creditor    Monogram Biosciences, Inc. wdsecfnotices@sha-llc.com
          William F. Taylor, Jr.    on behalf of Creditor    Atlantic City Energy Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    Constellation New Energy - Gas Division, LLC bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor    PECO Energy Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

```
District/off: 0311-1           User: Al                    Page 5 of 5              Date Rcvd: Nov 18, 2019
                               Form ID: van489             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William F. Taylor, Jr.    on behalf of Creditor    Cerner Corporation bankruptcydel@mccarter.com,
          bankruptcydel@mccarter.com
                                                                                                                                           TOTAL: 152