## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: December 11, 2019 at 4:00 p.m. ET** |

**NOTICE OF FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 15, 2019 THROUGH JULY 31, 2019**

PLEASE TAKE NOTICE THAT on November 21, 2019, Sills Cummis & Gross P.C. ("Sills"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the First Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 15, 2019 through July 31, 2019 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than December 11, 2019 at 4:00 p.m. (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and

remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount

(the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii)

80% of fees and 100% of the expenses not subject to a Notice of Objection.


Dated: November 21, 2019          **FOX ROTHSCHILD LLP**

                                  */s/ Thomas M. Horan*
                                  Thomas M. Horan (DE No. 4641)
                                  919 North Market Street, Suite 300
                                  Wilmington, DE  19899-2323
                                  Telephone:  (302) 654-7444
                                  Facsimile:  (302) 656-8920
                                  E-mail: thoran@foxrothschild.com

                                  *Counsel to the Official Committee of*
                                  *Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: December 11, 2019 at 4:00 p.m. ET Hearing Date: TBD if objection filed** |

**FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM JULY 15, 2019 THROUGH JULY 31, 2019**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | July 15, 2019 – July 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $196,500.00  (80% of $245,625.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,131.06 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

6839359

## COMPENSATION BY PROFESSIONAL
## JULY 15, 2019 THROUGH JULY 31, 2019

| Name of Professional Individual | Position, primary department or group, year of obtaining relevant license to practice, if applicable | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $795 | 53.9 | $42,850.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $725 | 96.9 | $70,252.50 |
| S. Jason Teele | Member, Bankruptcy First Bar Admission: 2001 | $695 | 63.1 | $43,854.50 |
| Lucas F. Hammonds | Of Counsel, Bankruptcy First Bar Admission: 2008 | $575 | 69.9 | $40,192.50 |
| Marc D. Leve | Of Counsel, Corporate First Bar Admission: 1984 | $550 | 1.1 | $605.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $545 | 67.8 | $36,951.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $525 | 40.3 | $21,157.50 |
| **Total Fees at Standard Rates** | | | **393.0** | **$255,863.50** |
| **Total Fees After Application of $625 Blended Rate Discount[2]** | | | **393.0** | **$245,625.00** |

---

[2] As noted in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Nunc Pro Tunc to July 15, 2019* [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills's fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

6839359

**COMPENSATION BY PROJECT CATEGORY**
**JULY 15, 2019 THROUGH JULY 31, 2019**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 108.7 | $71,767.50 |
| Business Operations (103) | 10.6 | $7,147.00 |
| Case Administration (104) | 76.5 | $49,001.50 |
| Claims Administration and Objections (105) | 4.1 | $3,000.50 |
| Employee Benefits/Pensions (106) | 2.1 | $1,669.50 |
| Fee/Employment Applications (107) | 17.3 | $10,557.50 |
| Fee/Employment Objections (108) | 0.9 | $715.50 |
| Financing (109) | 169.3 | $109,306.00 |
| Relief from Stay Proceedings | 1.4 | $1,029.00 |
| Travel (116) (Billed at 50%) | 2.1 | $1,669.50 |
| **Total Fees at Standard Rate** | **393.0** | **$255,863.50** |
| **Total Fees After Application of $625 Blended Rate Discount[3]** | **393.0** | **$245,625.00** |

**EXPENSE SUMMARY**
**JULY 15, 2019 THROUGH JULY 31, 2019**

| Expense Category | Total Expenses |
|---|---|
| Telephone | $9.80 |
| Local Travel (Train, Taxi) | $1,097.24 |
| Meals (travel) | $24.02 |
| **TOTAL** | **$1,131.06** |

---

[3] As noted in its Retention Application, "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills's fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

6839359

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: December 11, 2019 at 4:00 p.m. ET** **Hearing Date: TBD if objection filed** |

**FIRST APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 15, 2019 THROUGH JULY 31, 2019**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *First Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From July 15, 2019 Through July 31, 2019* (the "Application"). By the Application, Sills seeks allowance of $196,500.00 (80% of $245,625.00) in fees for services rendered and $1,131.06 for reimbursement of actual and necessary expenses, for a total of $197,631.06 for the

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

4

period from July 15, 2019 through July 31, 2019 (the "Compensation Period"), and respectfully represents as follows:

## Background

1.      On June 30 and July 1, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as counsel to the Committee, effective as of July 15, 2019, pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019*, entered on September 5, 2019 [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## Fee Statements

5.      The fee statement for the Compensation Period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and*

5

*Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third Circuit law, and the Compensation Order.

**Actual and Necessary Expenses**

6.      Detailed information regarding the actual and necessary expenses incurred by Sills during the Compensation Period is included in **Exhibit A**.

**Summary of Services by Project**

7.      The services Sills rendered during the Compensation Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided in the attached **Exhibit A**.

A.      Asset Disposition

Fees: $71,767.50;      Total Hours: 108.7

This category includes time expended by Sills in connection with all matters relating to the disposition, and other post-petition uses of, property of the Debtors' estates, including issues relating to the sales of St. Christopher's Hospital for Children ("STC") and Hahnemann University Hospital's ("HUH") resident program assets, as well as the proposed closure of HUH. Time in this category includes time spent drafting an objection to the proposed bidding procedures for the sale of STC, drafting an objection to the proposed bidding procedures for the sale of the HUH resident program assets, drafting an objection to the Debtors' motion to close HUH, analyzing and marking up proposed bidding procedure and sale documents, including asset purchase agreements, attending hearings regarding such matters, and communicating with the Debtors' counsel, the Debtors' financial advisor, the Committee, the Committee's other advisors, potential bidders and other third parties regarding such matters.

6

B.      Business Operations

        Fees: $7,147.00;        Total Hours: 10.6

This category includes time expended by Sills addressing issues relating to the operation

of the Debtors' businesses, including time spent analyzing and marking up "first day" motions

and proposed orders relating to the operation of the Debtors' businesses, and analyzing the

adequacy of the proposed DIP and HUH shutdown budgets.

C.      Case Administration

        Fees: $49,001.50;       Total Hours: 76.5

This category includes time expended by Sills addressing matters related to the

administration of the Debtors' chapter 11 cases, including attending Committee meetings,

drafting updates to the Committee members, attending hearings, drafting the Committee's by-

laws, updating the "critical dates" case calendar, drafting memoranda summarizing various "first

day" motions and applications, analyzing and marking-up proposed orders on various "first day"

motions and applications, preparing *pro hac vice* motions and notices of appearance, and

considering matters of general import.

D.      Claims Administration and Objection

        Fees: $3,000.50;        Total Hours: 4.1

This category includes time expended by Sills analyzing claims and liens asserted against

the Debtors' estates, including potential WARN Act claims.

E.      Employee Benefits/Pensions

        Fees: $1,669.50;        Total Hours: 2.1

This category includes time expended by Sills addressing issues relating to the Debtors'

union employees and a proposed motion to provide an interim chief financial officer.

7

F.    Fee/Employment Applications

Fees: $10,557.50;        Total Hours: 17.3

This category includes time expended by Sills preparing its retention application and assisting the Committee in connection with its retention of a financial advisor.

G.    Fee/Employment Objections

Fees: $715.50;        Total Hours: 0.9

This category includes time expended by Sills addressing issues relating to the potential retention of Alvarez & Marsal.

H.    Financing

Fees: $109,306.00;        Total Hours: 169.3

This category includes all matters relating to debtor in possession financing and cash collateral issues.  Time in this category includes time spent reviewing the DIP motion, DIP orders and DIP loan documents, including the DIP credit agreement, drafting an objection to the proposed DIP and conducting related research, and communicating with the Debtors' advisors, the Committee's financial advisor, and the DIP lender's counsel regarding the foregoing.

I.    Relief from Stay Proceedings

Fees: $1,029.00;        Total Hours: 1.4

This category includes time expended by Sills analyzing a motion seeking stay relief.

J.    Travel (Billed at 50%)

Fees: $1,669.50;        Total Hours: 2.1

This category includes time expended by Sills traveling to hearings in Delaware.

**Conclusion**

8.    In accordance with the factors enumerated in Bankruptcy Code section 330, it is respectfully submitted that the amounts requested by Sills are fair and reasonable given

8

(a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Moreover, Sills has reviewed the requirements of Local Rule 2016-2 and believes that this Application reasonably complies with that Rule.

WHEREFORE, Sills respectfully requests that the Court authorize that an allowance be made to Sills for the Compensation Period with respect to the sums of $196,500.00 (80% of $245,625.00) as compensation and $1,131.06 for reimbursement of actual and necessary expenses, for a total of $197,631.06, and that such sums be authorized for payment and for such additional relief as the Court deems just.

Dated: November 21, 2019
Wilmington, Delaware

Respectfully submitted,

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

9

## **VERIFICATION**

STATE OF NEW JERSEY          )
                             ) SS:
COUNTY OF ESSEX              )

       Andrew H. Sherman, after being duly sworn according to law, deposes and says:

       a)     I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

       b)     I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

       c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies therewith.

Dated: November 21, 2019

                                  */s/ Andrew H. Sherman*
                                  Andrew H. Sherman

# Exhibit A

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1760481 |
| Date | 09/24/19 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City Healthcare LLC
 d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX 75034

FEI # 22-1920331

Re:    Creditors' Committee

For legal services rendered:

|  |  |  |  | HOURS |
|---|---|---|---|---|

## 102 - ASSET DISPOSITION

| Date | Init | Code | Description | Hours |
|---|---|---|---|---|
| 07/16/19 | AHS | 102 | Calls and emails re: closure motion and written plan. | 0.30 |
| | | 102 | Email from union counsel re: closure plan issues. | 0.20 |
| | | 102 | Initial review of St. Christopher's bid procedures and email to Committee re: motion and proposed schedule. | 0.70 |
| | | 102 | Call with Sodexo re: Committee selection issues. | 0.20 |
| 07/16/19 | BM | 102 | Attend to issues regarding Debtors' motion to implement plan of closure of HUH. | 1.20 |
| 07/16/19 | GAK | 102 | Review bidding procedures motion and proposed bidding procedures and prepare summary of same for the Committee members. | 1.70 |
| 07/16/19 | LFH | 102 | Analyze residency sale bidding procedures issues. | 0.90 |
| | | 102 | Review and analyze residency program bidding procedures order and bidding procedures. | 2.20 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 1760481 |
| Date | | 09/24/19 |
| 08650118.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 102 | Revise draft residency program bidding procedures order and bidding procedures. | 3.10 |
| 07/17/19 | AHS | 102 | Review of resident's objection to sale and call with counsel for accreditation association and follow up re: same. | 0.50 |
| | | 102 | Analysis of potential conflict of interest issues re: current management. | 0.40 |
| | | 102 | Call with counsel for landlord re: sale issues and background issues. | 0.40 |
| | | 102 | Address issues re: St. Christopher's bid procedures and objection deadlines. | 0.30 |
| | | 102 | Calls with counsel for union and review of emails re: closure plan issues, follow up re: same with counsel for Debtors. | 0.60 |
| | | 102 | Review of proposed revisions to residents' bidding procedures and have same sent to counsel for Debtors for review and consideration. | 0.40 |
| 07/17/19 | BM | 102 | Analysis regarding Committee's objection to motion to establish bidding procedures for residency program. | 0.80 |
| | | 102 | Analysis of issues regarding Debtors' motion to establish bidding procedures and approve stalking horse APA in connection with the sale of residency slots. | 1.70 |
| | | 102 | Attend to revisions of proposed residency program bidding procedures and related documents. | 0.90 |
| 07/17/19 | GAK | 102 | Review Debtors' Motion to Close HUH and begin drafting objection thereto. | 2.80 |
| | | 102 | Research in connection with Debtors' Motion to Close HUH. | 1.60 |
| 07/17/19 | LFH | 102 | Review residency program bidding procedures order and bidding procedures. | 0.80 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | |
|---|---|---|---|
| Page | | | 3 |
| Inv# | | | 1760481 |
| Date | | | 09/24/19 |
| 08650118.000001 | | | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 102 | Analyze residency program bidding procedures revision and objection issues. | 0.90 |
| | | 102 | Revise residency program bidding procedures order and bidding procedures. | 3.40 |
| | | 102 | Conferences with A. Sherman and B. Mankovestkiy regarding residency program bidding procedures order and bidding procedures. | 0.50 |
| | | 102 | Revise objection and reservation of rights regarding residency program bidding procedures. | 0.60 |
| | | 102 | Review and analyze St. Christopher' s bidding procedures order and bidding procedures. | 1.60 |
| | | 102 | Prepare objection to residency program bidding procedures. | 1.40 |
| 07/18/19 | AHS | 102 | Prepare for and attend call with counsel for Debtors and counsel for Tower re: bidding procedures for resident's program assets and upcoming hearing. | 0.80 |
| | | 102 | Calls and emails with counsel for Tower re: bidding procedures issues and review of documents as sent by counsel. | 0.70 |
| | | 102 | Review of bidding issues as raised by counsel for AAMC and the ECFMG. | 0.30 |
| | | 102 | Review and revise reservation of rights re: residents' bidding issues and have same filed. | 0.30 |
| | | 102 | Review of further drafts of bidding procedures and proposed form of order based on various calls and emails re: same. | 0.80 |
| | | 102 | Email to counsel for Debtors re: conflict of issues interest relating to current management. | 0.40 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 4 |
| Inv# | | 1760481 |
| Date | | 09/24/19 |
| 08650118.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| 07/18/19 | BM | 102 | Analysis regarding filed objections to motion to establish bidding procedures for residency program. | 1.10 |
| | | 102 | Attend to issues regarding recusal of certain conflicted insiders from the STC sale process. | 0.70 |
| | | 102 | Attend to issues regarding resolution of Committee's objections to residency bidding procedures and proposed form of order. | 1.80 |
| | | 102 | Attend to revisions of proposed residency bid procedures and order. | 1.40 |
| | | 102 | Analysis regarding stalking horse APA for residency program sale. | 1.70 |
| | | 102 | Analysis regarding stalking horse purchaser's comments to proposed bidding procedures and order. | 0.80 |
| 07/18/19 | LFH | 102 | Revise objection to residency program bidding procedures. | 0.60 |
| | | 102 | Confer with B. Mankovetskiy and A. Sherman regarding J. Freedman/insider St. Christopher's sale issue. | 0.30 |
| | | 102 | Review revised residency program bidding procedures order and bidding procedures. | 1.30 |
| | | 102 | Review and analyze St. Christopher's bidding procedures order and bidding procedures. | 1.70 |
| | | 102 | Analyze residency program bidding procedures issues. | 0.90 |
| 07/19/19 | AHS | 102 | Prepare for hearing re: bidding procedures for sale of residency slots. | 1.60 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Page                    5
Inv#              1760481
Date              09/24/19
08650118.000001    - AHS

| | | | | |
|---|---|---|---|---|
| | | 102 | Attend hearing re: bidding procedures for sale of residency slots, including meeting with counsel for Debtors and other parties in interest regarding bidding procedures issues and objections and reviewing forms of order and form of bidding procedures. | 4.20 |
| 07/19/19 | BM | 102 | Analysis regarding revisions to residency bidding procedures and order provided by MidCap and Tower. | 0.60 |
| | | 102 | Attend to issues regarding resolution of Committee's objections to residency bidding procedures. | 1.10 |
| | | 102 | Analysis regarding revised proposed stalking horse APA with Tower. | 0.90 |
| 07/19/19 | LFH | 102 | Analyze St. Christopher's bidding procedures issues. | 0.70 |
| | | 102 | Revise St. Christopher's bidding procedures order. | 2.30 |
| 07/21/19 | GAK | 102 | Attention to objection to motion to close HUH. | 0.20 |
| 07/22/19 | AHS | 102 | Review and revise proposed form of order for St. Christopher bidding and proposed bidding procedures. | 0.70 |
| 07/22/19 | BM | 102 | Attend to revisions of proposed STC bidding procedures and order. | 0.80 |
| | | 102 | Attend to issues regarding HUH closure plan and winddown budget. | 0.80 |
| | | 102 | Attend to Committee's response to Debtors' motion to implement HUH closure. | 0.60 |
| | | 102 | Attend to issues regarding proposed STC bidding procedures and order. | 1.40 |
| 07/22/19 | GAK | 102 | Draft response to motion to close HUH. | 2.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 6 |
| Inv# | | 1760481 |
| Date | | 09/24/19 |
| 08650118.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| 07/22/19 | LFH | 102 | Confer with B. Mankovetskiy regarding St. Christopher's bidding procedures issues. | 0.30 |
| | | 102 | Revise St. Christopher's bidding procedures. | 3.30 |
| | | 102 | Review and analyze St. Christohper's bidding procedures order and bidding procedures. | 1.10 |
| | | 102 | Analyze St. Christopher's bidding procedures issues. | 1.40 |
| 07/23/19 | AHS | 102 | Call with counsel for Debtors re: sale issues relating to St. Christopher's. | 0.40 |
| | | 102 | Calls and emails re: closure issues and review of objection re: same. | 0.40 |
| 07/23/19 | BM | 102 | Attend to revisions of STC bid procedures and proposed form of order. | 1.30 |
| | | 102 | Attend to issues regarding resolution of Committee's objections to STC bidding procedures and order. | 1.40 |
| | | 102 | Attend to issues regarding recusal of certain insiders from STC sale process. | 0.80 |
| | | 102 | Analysis regarding PASNAP's objection to STC bidding procedures motion. | 0.40 |
| | | 102 | Attend to Committee's objection to Debtors' motion to approve STC bidding procedures. | 0.90 |
| 07/23/19 | GAK | 102 | Review Debtors' motion to file under seal notice of assumption of executory contracyts | 0.10 |
| | | 102 | Drafting response to Motion to Close HUH. | 0.40 |
| 07/23/19 | LFH | 102 | Analyze St. Christopher's bidding procedures objection issues. | 0.90 |
| | | 102 | Review and analyze first day declaration regarding bidding procedures objection and debtor insider/structure issues. | 0.80 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | | |
|---|---|---|---|---|---|
| | | | Page | | 7 |
| | | | Inv# | | 1760481 |
| | | | Date | | 09/24/19 |
| | | | 08650118.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 102 | Research and analyze conflict of interests and sale issues. | 0.90 |
| | | 102 | Review and analyze St. Christopher's bidding procedures order and bidding procedures. | 0.60 |
| | | 102 | Revise objection to St. Christopher's bidding procedures motion. | 0.90 |
| | | 102 | Prepare objection to St. Christopher's bidding procedures motion. | 4.40 |
| 07/24/19 | AHS | 102 | Review and revise proposed objection to St. Christopher's bidding procedures. | 0.40 |
| | | 102 | Calls and emails with counsel for possible purchaser re: status and opportunity. | 0.30 |
| | | 102 | Review of revised bid procedures and form of order as circulated by counsel for Debtors and emails re: same. | 0.70 |
| | | 102 | Call with counsel for Debtors, CRO and banker re: sale and financing issues and issues re: alternate proposal for DIP financing. | 1.10 |
| 07/24/19 | BM | 102 | Attend to issues regarding resolution of Committee's objections to STC bidding procedures. | 1.10 |
| | | 102 | Call with BRG regarding STC sale process issues. | 0.50 |
| | | 102 | Attend to revisions of Debtors' revised proposed STC bidding procedures and order. | 0.90 |
| | | 102 | Attend to Committee's response to Debtors' motion to implement HUH closure. | 0.50 |
| 07/24/19 | GAK | 102 | Communications with local counsel regarding response to motion to close hospital. | 0.10 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | | Page | 8 |
| | | | Inv# | 1760481 |
| | | | Date | 09/24/19 |
| | | | 08650118.000001 | - AHS |

| Date | Initials | Code | Description | Hours |
|---|---|---|---|---|
| 07/24/19 | LFH | 102 | Review and analyze revised St. Christopher's bidding procedures and bidding procedures order. | 0.60 |
| | | 102 | Analyze St. Christopher's bidding procedures issues. | 0.50 |
| 07/25/19 | AHS | 102 | Further review of bidding procedures and proposed form order in preparation for hearing and address possible objections. | 0.40 |
| | | 102 | Review and analysis of City of Philadelphia objection and Locum objection. | 0.30 |
| | | 102 | Calls with counsel for Debtors re: bidding procedures issues for St. Christopher's and review of revised draft; address objection issues and have reservation of rights prepared to bidding procedures. | 0.90 |
| | | 102 | Calls with Committee members re: St. Christopher's bidding issues and sale issues. | 0.30 |
| | | 102 | Email to Committee re: status update and recusal issues. | 0.40 |
| 07/25/19 | BM | 102 | Analysis regarding Philadelphia's objection to motion to sell STC. | 0.40 |
| | | 102 | Calls with Debtors' counsel regarding STC bidding procedures and order. | 0.70 |
| | | 102 | Attend to Committee's objection and reservation of rights in connection with STC sale motion. | 0.70 |
| | | 102 | Attend to issues regarding recusal of certain insiders from the STC sale process. | 0.60 |
| | | 102 | Attend to revisions of proposed STC bidding procedures and order. | 0.90 |
| 07/25/19 | LFH | 102 | Review and analyze revised St. Christopher's bidding procedures order and bidding procedures. | 0.60 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | Page | 9 |
|---|---|---|---|---|
| | | | Inv# | 1760481 |
| | | | Date | 09/24/19 |
| | | | 08650118.000001 | - AHS |

| Date | Init | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | 102 | Analyze St. Christopher's bidding procedures issues. | 0.70 | |
| | | 102 | Revise and finalize SCH bidding procedures objection. | 1.10 | |
| 07/26/19 | AHS | 102 | Prepare for and attend hearing regarding bidding procedures for St. Christopher's including following with Debtors after hearing regarding form of order. | 2.60 | |
| 07/26/19 | BM | 102 | Attend to revisions of proposed STC bidding procedures and proposed form of order. | 1.30 | |
| | | 102 | Attend to post-hearing revisions of the bidding procedures and form of order for STC sale. | 1.70 | |
| 07/29/19 | AHS | 102 | Call with potential bidder for Hahnemann and emails re: same. | 0.30 | |
| 07/29/19 | GAK | 102 | Review St. Christopher Bidding Procedures Order. | 1.30 | |
| | | 102 | Review Tenet's Motion to compel payment of contract debts. | 0.90 | |
| | | 102 | Draft email to Committee summarizing Tenet's Motion to compel payment of contract debts. | 0.70 | |
| 07/30/19 | BM | 102 | Analysis regarding KPC's expression of interest in acquiring Debtors' assets. | 0.40 | |
| 07/31/19 | AHS | 102 | Call from counsel to union re: bidding issues. | 0.20 | |
| | | | **TASK TOTAL 102** | **109.40** | **72,275.00** |

## 103 - BUSINESS OPERATIONS

| Date | Init | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/15/19 | GAK | 103 | Begin reviewing and analyzing the Debtors' first day operational motions. | 2.40 | |

# Sɪʟʟs Cᴜᴍᴍɪs & Gʀᴏss
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1760481 |
| Date | 09/24/19 |
| 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 07/16/19 | AHS | 103 | Review of by-laws and send to Committee for review and comment. | 0.60 | |
| 07/16/19 | BM | 103 | Analysis regarding Debtors organizational and capital structures. | 1.60 | |
| 07/17/19 | BM | 103 | Attend to issues regarding closure of HUH and shutdown budget. | 0.70 | |
| 07/18/19 | BM | 103 | Analysis regarding proposed final orders on first day motions and Committee's comments thereto. | 1.20 | |
| 07/18/19 | GAK | 103 | Review and mark up cash management order. | 0.50 | |
| 07/22/19 | BM | 103 | Attend to revisions of proposed final first day orders. | 0.90 | |
| | | 103 | Attend to resolution of Committee's comments to proposed final first date orders. | 0.60 | |
| 07/24/19 | BM | 103 | Attend to issues regarding Debtors' closure of HUH. | 1.10 | |
| 07/25/19 | BM | 103 | Analysis regarding proposed stipulation, order and Business Associate Agreement between the Debtors and PCO. | 0.30 | |
| 07/30/19 | BM | 103 | Attend to issues regarding sufficiency of the DIP budget to pay administrative claims. | 0.70 | |
| | | **TASK TOTAL 103** | | **10.60** | **7,147.00** |

## 104 - CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 07/15/19 | AHS | 104 | Attend meeting with counsel for Debtors re: case background and request to adjourn bidding procedures for resident program assets. | 1.20 | |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | | Page | 11 |
| | | | Inv# | 1760481 |
| | | | Date | 09/24/19 |
| | | | 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 104 | Review of pleadings and formulate initial strategy relating to sale of resident program assets, proposed DIP financing, initial fist day relief, including cash management and critical vendor. | 1.80 |
| 07/15/19 | BM | 104 | Attend initial Committee meeting. | 0.70 |
| | | 104 | Attend initial meeting with Debtors' counsel regarding the cases and pending matters. | 1.20 |
| | | 104 | Attend to issues regarding Committee by-laws and organizational matters. | 0.70 |
| | | 104 | Attend to issues regarding selection of Committee's financial advisor. | 0.60 |
| 07/15/19 | LFH | 104 | Analyze Committee administration and financial advisor issues. | 0.40 |
| | | 104 | Prepare Committee by-laws. | 2.30 |
| 07/16/19 | AHS | 104 | Call with counsel for nurses union re: Committee issues. | 0.30 |
| | | 104 | Review of materials sent by financial advisors in advance of meeting. | 0.40 |
| | | 104 | Call with counsel to Conifer re: Committee issues and FA. | 0.30 |
| | | 104 | Prepare for and attend Committee meeting to select financial advisors and follow up re: same with A&M. | 2.60 |
| 07/16/19 | BM | 104 | Attend to initial information requests to the Debtors. | 1.40 |
| | | 104 | Attend Committee call and FA interviews. | 2.60 |
| | | 104 | Analysis regarding Debtors' first day motions and interim orders. | 2.90 |
| | | 104 | Prepare a status report to the Committee. | 0.40 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 12 |
| Inv# | | 1760481 |
| Date | | 09/24/19 |
| 08650118.000001 | | - AHS |

| Date | Initials | Code | Description | Hours |
|---|---|---|---|---|
| 07/16/19 | GAK | 104 | Review first day declaration and summarize first day motions for memorandum to the Committee members. | 3.90 |
| 07/16/19 | JT | 104 | Review First Day Affidavit and material pleadings. | 1.20 |
| 07/16/19 | LFH | 104 | Revise Committee by-laws. | 1.30 |
| 07/17/19 | AHS | 104 | Review of pro hac motions and notice of appearance. | 0.20 |
| 07/17/19 | BM | 104 | Call with Debtors' professionals regarding pending matters. | 0.70 |
| | | 104 | Attend to issues regarding initial diligence requests to the Debtors. | 0.40 |
| 07/17/19 | GAK | 104 | Drafting memorandum for the Committee members regarding the Debtors' first day motions. | 2.90 |
| 07/18/19 | AHS | 104 | Email to Committee to provide status update. | 0.40 |
| 07/18/19 | GAK | 104 | Work on memorandum summarizing first day pleadings. | 4.10 |
| 07/18/19 | LFH | 104 | Analyze Freedman and insider conflicts issues. | 0.70 |
| | | 104 | Revise correspondence to debtors' counsel regarding Freedman/insider conflict of interests issues. | 0.60 |
| | | 104 | Prepare correspondence to debtors' counsel regarding Freedman/insider conflict of interests issues. | 1.20 |
| 07/19/19 | BM | 104 | Attend to preparation for omnibus hearing. | 1.60 |
| | | 104 | Appear at omnibus hearing. | 4.20 |
| 07/19/19 | GAK | 104 | Review and mark up proposed order for critical vendor motion. | 0.70 |
| | | 104 | Review and mark up proposed order for wages motion. | 0.90 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | | Page | 13 |
| | | | Inv# | 1760481 |
| | | | Date | 09/24/19 |
| | | | 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 104 | Review and mark up proposed order for taxes motion. | 0.80 |
| | | 104 | Review and mark up proposed order for insurance motion. | 0.70 |
| | | 104 | Review and mark up proposed order for utilities motion. | 0.60 |
| 07/20/19 | AHS | 104 | Email to Committee re: status of financial advisors and bidding procedures order. | 0.80 |
| 07/20/19 | GAK | 104 | Attention to cash management motion and proposed order. | 1.10 |
| | | 104 | Attention to critical vendor motion and proposed order. | 0.80 |
| | | 104 | Prepare Key Dates calendar for the Committee members. | 3.10 |
| 07/21/19 | GAK | 104 | Communications with debtors' counsel regarding final orders for cash management and critical vendor motions. | 0.30 |
| 07/22/19 | AHS | 104 | Email to Committee re: status update and critical dates. | 0.30 |
| | | 104 | Review of revisions to first day order and emails to counsel re: same. | 0.60 |
| 07/22/19 | GAK | 104 | Update critical dates calendar for the Committee members. | 0.80 |
| | | 104 | Communications with Debtors' counsel regarding finalization of order for Critical Vendor motion. | 0.20 |
| | | 104 | Attention to finalization of cash management order. | 0.30 |
| | | 104 | Communications with Debtors' counsel regarding taxes order. | 0.20 |
| | | 104 | Attention to finalization of wages motion. | 0.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | Page | | 14 |
| | | Inv# | | 1760481 |
| | | Date | | 09/24/19 |
| | | 08650118.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 104 | Communications with Debtors' counsel and counsel to Chubb regarding insurance motion. | 0.40 |
| 07/23/19 | GAK | 104 | Communications with Debtors' counsel and Chubb re: proposed wage and insurance orders. | 0.60 |
| | | 104 | Mark up proposed wage and insurance orders. | 0.40 |
| 07/24/19 | BM | 104 | Attend call with the Debtors' counsel regarding pending matters. | 0.60 |
| 07/24/19 | GAK | 104 | Communications with Debtors' counsel and Chubb's counsel regarding finalization of wage and insurance orders. | 0.30 |
| | | 104 | Update Critical Dates Chart. | 0.20 |
| 07/25/19 | AHS | 104 | Emails and calls re: upcoming committee meeting and ex officio request. | 0.20 |
| 07/25/19 | GAK | 104 | Update critical deadline calendar. | 0.30 |
| 07/26/19 | BM | 104 | Appear at omnibus hearing. | 2.30 |
| | | 104 | Attend to preparation for omnibus hearing. | 1.30 |
| 07/29/19 | AHS | 104 | Address Conifer recusal issues. | 0.20 |
| | | 104 | Review of BRG report and follow up calls and emails re: same. | 0.60 |
| 07/29/19 | BM | 104 | Review and comment on BRG's draft report to Committee. | 0.40 |
| | | 104 | Call with BRG regarding pending matters. | 0.70 |
| 07/30/19 | AHS | 104 | Prepare for and attend meeting of Committee re: DIP financing and sale issues. | 1.10 |
| 07/30/19 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 |
| | | 104 | Call with BRG regarding pending matters. | 0.60 |
| | | 104 | Attend Committee update call. | 0.90 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 15 |
| Inv# | 1760481 |
| Date | 09/24/19 |
| 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 07/30/19 | GAK | 104 | Review notice regarding upcoming hearing. | 0.20 | |
| 07/30/19 | LFH | 104 | Prepare objection to CFO motion. | 1.40 | |
| 07/31/19 | GAK | 104 | Review Patient' Care ombudsman's retention applications and update case calendar re: same. | 0.80 | |
| 07/31/19 | LFH | 104 | Prepare objection to Tatum retention motion. | 4.20 | |
| | | 104 | Analyze structural conflicts of interest issues. | 1.60 | |
| | | 104 | Review and analyze debtor organizational chart and capital structure representations and documents with respect to conflicts of interest issues. | 1.20 | |
| | | | **TASK TOTAL 104** | **76.50** | **49,001.50** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 07/17/19 | BM | 105 | Analysis regarding Debtors' relationship with HRSRE affiliates and lease payment issues. | 1.10 | |
| 07/18/19 | AHS | 105 | Calls and emails with Committee member re: by-law issues and address same. | 0.40 | |
| 07/24/19 | BM | 105 | Attend to issues regarding investigation of liens and claims of pre-petition lender. | 1.10 | |
| 07/25/19 | BM | 105 | Attend to issues in connection with investigation of MidCap's pre-petition liens and claims. | 0.80 | |
| 07/29/19 | BM | 105 | Analysis regarding potential WARN claims. | 0.70 | |
| | | | **TASK TOTAL 105** | **4.10** | **3,000.50** |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 16 |
| Inv# | 1760481 |
| Date | 09/24/19 |
| 08650118.000001 | - AHS |

## 106 - EMPLOYEE BENEFITS/PENSIONS

| 07/22/19 | AHS | 106 | Calls with counsel for union re: payment issues and address issues re: resident's program asset sale. | 0.60 | |
|---|---|---|---|---|---|
| 07/31/19 | AHS | 106 | Review of issues relating to CFO motion including review and analysis of service agreement and have objection drafted. | 1.10 | |
| | | 106 | Calls and emails with counsel for Debtors' re: CFO motion and concerns of Committee. | 0.40 | |
| | | **TASK TOTAL 106** | | **2.10** | **1,669.50** |

## 107 - FEE/EMPLOYMENT APPLICATIONS

| 07/15/19 | AHS | 107 | Address issues relating to hiring of financial advisor and send emails to Committee and financial advisors setting schedule for presentations to the Committee. | 0.60 |
|---|---|---|---|---|
| 07/17/19 | BM | 107 | Analysis of Debtors' applications for the retentions of professionals. | 0.60 |
| 07/18/19 | BM | 107 | Analysis regarding Debtors' Motion to Approve (I) Agreement with Randstad Professionals US, LLC to Provide an Interim Chief Financial Officer. | 0.60 |
| 07/18/19 | LFH | 107 | Analyze retention issues. | 0.80 |
| 07/20/19 | AHS | 107 | Calls and emails re: financial advisor retention issues. | 0.40 |
| 07/24/19 | LFH | 107 | Analyze retention issues. | 0.90 |
| | | 107 | Analyze retention issues. | 0.50 |
| 07/29/19 | LFH | 107 | Review and analyze debtor professional retention applications. | 0.70 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | | |
|---|---|---|---|---|---|
| | | | | Page | 17 |
| | | | | Inv# | 1760481 |
| | | | | Date | 09/24/19 |
| | | | | 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| | | 107 | Analyze retention application and U.S. Trustee guideline issues. | 1.30 | |
| | | 107 | Prepare retention application. | 1.90 | |
| 07/30/19 | LFH | 107 | Analyze retention application issues. | 0.90 | |
| | | 107 | Review and analyze CFO motion. | 0.90 | |
| | | 107 | Prepare retention application. | 1.20 | |
| 07/31/19 | BM | 107 | Attend to issues regarding Debtors' motion to retain interim CFO and Committee's objection thereto. | 1.40 | |
| 07/31/19 | LFH | 107 | Analyze Tatum conflicts of interest issues. | 0.80 | |
| | | 107 | Review and analyze Eisner retention application with respect to Eisner and CRO duties. | 0.90 | |
| | | 107 | Review and analyze Tatum application with respect to Tatum and CFO duties vis-à-vis Eisner and CRO duties. | 1.10 | |
| | | 107 | Analyze Tatum retention objection issues. | 1.30 | |
| | | 107 | Conferences with A. Sherman and B. Mankovetskiy regarding Tatum conflicts of interest issues. | 0.50 | |
| | | | **TASK TOTAL 107** | **17.30** | **10,557.50** |

## 108 - FEE/EMPLOYMENT OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 07/17/19 | AHS | 108 | Call from counsel for Debtors re: A&M issues and follow up re: same. | 0.50 | |
| 07/18/19 | AHS | 108 | Calls and emails to address issues re: A&M retention. | 0.40 | |
| | | | **TASK TOTAL 108** | **0.90** | **715.50** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 18 |
| Inv# | 1760481 |
| Date | 09/24/19 |
| 08650118.000001 | - AHS |

## 109 - FINANCING

| | | | | |
|---|---|---|---|---|
| 07/16/19 | JT | 109 | Review DIP Motion loan agreements and Interim Order. | 4.10 |
| | | 109 | Office conference with A. Sherman and B. Mankovetskiy regarding DIP financing. | 0.60 |
| 07/17/19 | AHS | 109 | Calls with counsel for Conifer re: sale issues, FA issues and DIP financing issues. | 0.40 |
| | | 109 | Calls with A&M re: background, DIP financing and sale issues. | 0.40 |
| | | 109 | Attend call with counsel for Debtors, CRO and banker re: DIP financing, sale issues and document requests. | 1.20 |
| 07/17/19 | BM | 109 | Analysis of issues regarding DIP financing motion, interim order and DIP financing credit agreement. | 2.20 |
| 07/17/19 | JT | 109 | Outline issues for DIP Objection. | 0.80 |
| | | 109 | Review DIP Credit Agreement. | 1.20 |
| | | 109 | Begin drafting Objection to DIP Financing Motion. | 2.70 |
| | | 109 | Office conference with B. Mankovetskiy and A. Sherman regarding DIP Financing issues. | 0.40 |
| 07/18/19 | AHS | 109 | Emails with counsel for MidCap re: DIP financing issues. | 0.30 |
| 07/18/19 | BM | 109 | Analysis regarding proposed final DIP financing order and Committee's objections thereto. | 1.60 |
| 07/18/19 | JT | 109 | Office conference with B. Mankovetskiy regarding DIP Financing issues. | 0.80 |
| | | 109 | Review Debtors' corporate organization. | 0.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | Page | | 19 |
| | | Inv# | | 1760481 |
| | | Date | | 09/24/19 |
| | | 08650118.000001 | | - AHS |

| Date | Init | Task | Description | Hours |
|---|---|---|---|---|
| | | 109 | Review First Day Affidavits, Cash Management Motion, DIP Financing Motion and related Interim Orders. | 2.80 |
| | | 109 | Research regarding DIP Financing issues, including Section 506(c), marshaling and roll-ups. | 3.70 |
| 07/19/19 | JT | 109 | Work on Objection to DIP Financing. | 4.20 |
| | | 109 | Review DIP Credit Agreement. | 0.60 |
| | | 109 | Research regarding interest and fees allowable under Section 364. | 1.10 |
| | | 109 | Review Interim DIP Order. | 0.80 |
| 07/22/19 | AHS | 109 | Prepare for and attend call with BRG re: case background and action items and follow up re: same. | 0.70 |
| | | 109 | Further analysis of DIP financing issues to prepare issues list for counsel for Midcap and calls re: DIP financing issues. | 0.80 |
| 07/22/19 | BM | 109 | Analysis of issues regarding DIP credit agreement and related documents. | 0.80 |
| | | 109 | Analysis regarding Committee's objections to final DIP financing order. | 1.60 |
| 07/22/19 | JT | 109 | Continue drafting Objection to DIP Financing Motion. | 3.80 |
| | | 109 | Analysis of fees and interest under the DIP Credit Agreement. | 2.30 |
| 07/22/19 | REB | 109 | Review DIP Financing Motion, Interim DIP Order and DIP Credit Agreement. | 4.20 |
| | | 109 | Draft preliminary issues list regarding DIP financing order. | 6.40 |
| 07/23/19 | AHS | 109 | Calls with counsel for JMB re: potential alternate financing and analysis re: same; review of email re: same. | 1.10 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | | Page | 20 |
| | | | Inv# | 1760481 |
| | | | Date | 09/24/19 |
| | | | 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 109 | Call with counsel for Debtors re: DIP financing issues and follow up re: same. | 0.30 |
| | | 109 | Review and revise DIP financing issues list and circulate to the parties for review and discussion. | 0.80 |
| | | 109 | Calls with parties to discuss confidentiality issues and follow up emails re: same so that BRG can gain access to information. | 0.30 |
| | | 109 | Attend call with BRG re: financial update and strategy issues. | 0.70 |
| 07/23/19 | BM | 109 | Attend to issues list with respect to the DIP financing for discussion with MidCap and Debtors. | 1.10 |
| | | 109 | Attend proposed final DIP financing order and credit agreement and the Committee's objections thereto. | 1.40 |
| | | 109 | Analysis regarding additional DIP financing proposal from JMB. | 0.90 |
| 07/23/19 | JT | 109 | Review schedules to DIP Credit Agreement. | 1.30 |
| | | 109 | Correspondence with Debtors' counsel regarding DIP Credit Agreement Schedules. | 0.20 |
| | | 109 | Office conference with A. Sherman regarding DIP Financing. | 0.40 |
| | | 109 | Continue drafting Objection to DIP Financing Motion. | 3.10 |
| | | 109 | Research regarding DIP Financing Fees and Interest Rates. | 1.80 |
| 07/23/19 | REB | 109 | Draft preliminary issues list regarding DIP financing order. | 3.80 |
| | | 109 | Revise preliminary DIP financing issues list. | 2.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | | Page | 21 |
| | | | Inv# | 1760481 |
| | | | Date | 09/24/19 |
| | | | 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 109 | Draft email to Committee re: DIP financing issues list. | 0.20 |
| | | 109 | Review email re: additional DIP financing facility. | 0.30 |
| 07/24/19 | AHS | 109 | Prepare for and attend call with BRG re: alternate proposed DIP financing. | 0.70 |
| | | 109 | Calls and emails with counsel for JMB and MidCap re: alternate financing and terms of proposal. | 0.80 |
| 07/24/19 | BM | 109 | Call with Debtors' professionals regarding proposed additional financing from JMB. | 0.60 |
| | | 109 | Analysis of MidCap's pre-petition credit and security agreements. | 2.30 |
| | | 109 | Analysis of issues regarding JMB's proposal for additional DIP financing. | 1.70 |
| 07/24/19 | JT | 109 | Research regarding DIP Financing issues, including adequate provisions for over-secured creditors and roll-up financing. | 3.20 |
| | | 109 | Continue drafting objection to DIP Financing Motion. | 2.70 |
| | | 109 | Review DIP Budget and compare it to DIP Credit Agreement regarding costs of the financing. | 0.80 |
| 07/24/19 | MDL | 109 | Internal conference and exchange e-mails with B. Mankovetskiy regarding background, proceedings and loan transactions. | 0.40 |
| | | 109 | Review and analyze MidCap loan and security documents. | 0.30 |
| 07/25/19 | AHS | 109 | Call re: alternate financing issues. | 0.20 |
| | | 109 | Address and respond to questions re: DIP objection deadlines. | 0.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | | Page | 22 |
| | | | Inv# | 1760481 |
| | | | Date | 09/24/19 |
| | | | 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 109 | Call with counsel for Conifer re: lift stay motion and DIP financing issues. | 0.30 |
| 07/25/19 | BM | 109 | Analysis regarding Committee's objection to entry of final DIP financing order and evidentiary issues for the hearing. | 1.60 |
| 07/25/19 | GAK | 109 | Attention to the Debtors' UCC searches and communications with Debtors' counsel regarding same. | 0.50 |
| 07/25/19 | JT | 109 | Draft DIP Financing Objection. | 2.50 |
| | | 109 | Research regarding Section 364 and roll-up financing. | 3.20 |
| 07/25/19 | MDL | 109 | Exchange emails with G. Kopacz regarding UCC lien searches concerning MidCap lien investigation. | 0.10 |
| | | 109 | Review bringdown, post-closing UCC-1 searches concerning MidCap lien investigation and internal conference with B. Mankovetskiy regarding same. | 0.30 |
| 07/25/19 | REB | 109 | Draft objection to DIP financing motion. | 7.20 |
| 07/26/19 | JT | 109 | Continue working on objection to DIP Financing. | 3.20 |
| | | 109 | Review e-mail correspondence with counsel for Debtors and DIP Lenders regarding DIP Financing. | 0.40 |
| | | 109 | Office conference with A. Sherman and B. Mankovetskiy regarding DIP Financing. | 0.60 |
| 07/26/19 | REB | 109 | Draft objection to DIP Financing Motion. | 4.10 |
| | | 109 | Review DIP Financing motion and interim order and budget in connection with objection to DIP Financing motion. | 5.20 |
| 07/29/19 | AHS | 109 | Review of research re: DIP financing fee issues including recent decisions by Judge Gross. | 0.90 |

### SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 23 |
| Inv# | 1760481 |
| Date | 09/24/19 |
| 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 109 | Call to party re: fee litigation re: background facts. | 0.20 |
| | | 109 | Calls and emails re: DIP financing meet and confer. | 0.20 |
| | | 109 | Call with counsel for creditor re: DIP financing issues. | 0.30 |
| | | 109 | Call with counsel for Tenet/Conifer. | 0.30 |
| 07/29/19 | BM | 109 | Analysis regarding closing documents for January and September 2018 credit facilities and amendment. | 1.30 |
| | | 109 | Analysis of issues regarding Debtors' acquisition of hospital assets from Tenet and Debtors' organization structure. | 1.20 |
| | | 109 | Analysis of issues in connection with Committee's objections to the terms of proposed DIP financing. | 1.10 |
| 07/29/19 | JT | 109 | Continue drafting objections to DIP Financing Motion. | 4.20 |
| | | 109 | Office conference with B. Mankovetskiy regarding DIP Financing. | 0.40 |
| 07/29/19 | REB | 109 | Draft objection to DIP Financing motion. | 7.30 |
| | | 109 | Review prepetition credit facility documents and DIP motion/interim order in connection with DIP Financing objection. | 4.10 |
| 07/30/19 | AHS | 109 | Prepare for and attend meet and confer call with DIP lenders and Debtors re: Committee issues list re: DIP financing and follow up re: same for status of objections and potential discovery. | 1.20 |
| 07/30/19 | BM | 109 | Analysis regarding Committee's objection to final DIP financing order. | 1.70 |
| | | 109 | Call with MidCap's counsel regarding DIP financing issues. | 1.40 |

# Sills Cummis & Gross
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 24 |
| Inv# | | 1760481 |
| Date | | 09/24/19 |
| 08650118.000001 | | - AHS |

| Date | Init | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/30/19 | JT | 109 | Continue drafting Objection to DIP Financing. | 2.70 | |
| | | 109 | Review internal memo regarding DIP Financing. | 0.80 | |
| 07/30/19 | REB | 109 | Draft objection to DIP Financing Motion. | 5.20 | |
| | | 109 | Review and analyze BRG presentation on DIP budget and financing and incorporate analysis into objection. | 4.70 | |
| 07/31/19 | AHS | 109 | Calls and emails to address DIP financing issues and draft objection. | 0.80 | |
| 07/31/19 | BM | 109 | Call with BRG regarding DIP financing objections. | 0.60 | |
| | | 109 | Analysis regarding Committee's objection to proposed final DIP financing order. | 1.80 | |
| 07/31/19 | REB | 109 | Prepare for and attend call with BRG re: DIP financing issues. | 1.00 | |
| | | 109 | Draft DIP financing objection. | 6.20 | |
| | | 109 | Further revise DIP objection re: updates from conversations with BRG. | 5.60 | |
| | | | **TASK TOTAL 109** | **169.30** | **109,306.00** |

**114 - RELIEF FROM STAY PROCEEDINGS**

| Date | Init | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/29/19 | AHS | 114 | Email to Committee re: Tenet/Conifer motion. | 0.20 | |
| 07/29/19 | BM | 114 | Analysis regarding Conifer's motion for relief from automatic stay. | 0.60 | |
| 07/31/19 | BM | 114 | Attend to issues regarding Tenet/Confier's motion for stay relief. | 0.60 | |
| | | | **TASK TOTAL 114** | **1.40** | **1,029.00** |

# Sills Cummis & Gross

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 25 |
| Inv# | 1760481 |
| Date | 09/24/19 |
| 08650118.000001    - AHS | |

---

**116 – TRAVEL** (50% of non-working travel billed)

| Date | Atty | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/19/19 | AHS | 116 | Travel back from hearing. (1.40) | 0.70 | |
| 07/26/19 | AHS | 116 | Travel to and from hearing re: bidding procedures for St. Christopher's. (2.80) | 1.40 | |
| | | | **TASK TOTAL 116** | **2.10** | **1,669.50** |
| | | | **TOTAL FEES at Standard Rates** | **393.00** | **$255,863.50** |
| | | | **TOTAL FEES at Blended Rate of $625** | **393.00** | **$245,625.00** |

## TASK CODE SUMMARY

| Code | Description | Hours | Amount |
|---|---|---|---|
| 102 | Asset Disposition | 108.70 | 71,767.50 |
| 103 | Business Operations | 10.60 | 7,147.00 |
| 104 | Case Administration | 76.50 | 49,001.50 |
| 105 | Claims Administration and Objections | 4.10 | 3,000.50 |
| 106 | Employee Benefits/Pensions | 2.10 | 1,669.50 |
| 107 | Fee/Employment Applications | 17.30 | 10,557.50 |
| 108 | Fee/Employment Objections | 0.90 | 715.50 |
| 109 | Financing | 169.30 | 109,306.00 |
| 114 | Relief from Stay Proceedings | 1.40 | 1,029.00 |
| 116 | Travel | 2.10 | 1,669.50 |
| | **TOTAL FEES at Standard Rates** | **393.00** | **$255,863.50** |
| | **TOTAL FEES at Blended Rate of $625** | **393.00** | **$245,625.00** |

## FEE RECAP

| Atty | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| AHS | Andrew H. Sherman | $795.00 | 53.90 | 42,850.50 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | Page | 26 |
|---|---|---|---|
| | | Inv# | 1760481 |
| | | Date | 09/24/19 |
| | | 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| BM | Boris Mankovetskiy | $725.00 | 96.90 | 70,252.50 |
| JT | Jason Teele | $695.00 | 63.10 | 43,854.50 |
| LFH | Lucas F. Hammonds | $575.00 | 69.90 | 40,192.50 |
| MDL | Marc D. Leve | $550.00 | 1.10 | 605.00 |
| REB | Rachel E. Brennan | $545.00 | 67.80 | 36,951.00 |
| GAK | Gregory A. Kopacz | $525.00 | 40.30 | 21,157.50 |
| | **TOTAL FEES at Standard Rates** | | **393.00** | **$255,863.50** |
| | **TOTAL FEES at Blended Rate of $625** | | **393.00** | **$245,625.00** |

## DISBURSEMENT DETAIL

E105

| | | | |
|---|---|---|---|
| 07/09/19 | E105 | Telephone | 6.42 |
| 07/31/19 | E105 | Telephone | 3.38 |

E109

| | | | |
|---|---|---|---|
| 07/19/19 | E109 | Local travel (train - 2 one-way to Wilmington) | 180.00 |
| 07/19/19 | E109 | Local travel (train - 2 one-way from Wilmington) | 404.00 |
| 07/19/19 | E109 | Local travel (taxi) | 6.30 |
| 07/19/19 | E109 | Local travel (taxi) | 6.30 |
| 07/26/19 | E109 | Local travel (taxi) | 6.64 |
| 07/26/19 | E109 | Local travel (train - 2 round trip to/from Wilmington) | 494.00 |

E111

| | | | |
|---|---|---|---|
| 07/19/19 | E111 | Meals (travel) | 5.67 |
| 07/19/19 | E111 | Meals (travel) | 2.25 |
| 07/19/19 | E111 | Meals (travel) | 5.85 |
| 07/26/19 | E111 | Meals (travel) | 10.25 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 27 |
| Inv# | 1760481 |
| Date | 09/24/19 |
| 08650118.000001 | - AHS |

|  |  |
|---|---|
| **TOTAL DISBURSEMENTS** | **$1,131.06** |

**DISBURSEMENT RECAP**

| Code | Description | Units | Total |
|---|---|---|---|
| E105 | Telephone | 2.00 | 9.80 |
| E109 | Local travel (train, taxi) | 6.00 | 1,097.24 |
| E111 | Meals (travel) | 4.00 | 24.02 |
|  | **TOTAL DISBURSEMENTS** |  | **$1,131.06** |
|  | **TOTAL THIS INVOICE** |  | **$246,756.06*** |

*Total includes fees at **Blended Rate**.  Per Retention
Application, lesser of fees at *Standard Rates* (**$255,863.50**)
and fees at *Blended Rate* of $625 (**$245,625.00**) apply.