**CERTIFICATE OF SERVICE**

    I, Stuart M. Brown, hereby certify that on this 21st day of November, 2019, I caused a true and correct copy of the *Reply In Support of The Motion of Master Landlords For Entry of an Order (A) Allowing Administrative Claims, and (B) Compelling Debtors (I) To Pay Postpetition Rent and Other Obligations Under Master Leases and (II) To Coordinate With Master Landlords Regarding Rejection of Master Leases and Surrender of Premises* to be served upon the parties on the attached service list via first class mail.

                                                             */s/ Stuart M. Brown*
                                                             Stuart M. Brown (DE 4050)

EAST\170433001.1

Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE  19801

Boris I. Mankovetskiy
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ  07102

Center City Healthcare, LLC
230 North Broad Street
Philadelphia, PA  19102

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102

Thomas M. Horan
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE  19801

Andrew H. Sherman
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ  07102

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899

EAST\170433001.1