# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket Nos. 620, 719, 878, 987, 1051** |

## NOTICE OF FILING OF REVISED PROPOSED ORDER AND STIPULATION RESOLVING DISPUTES BETWEEN THE DEBTORS AND THE MASTER LANDLORDS

**PLEASE TAKE NOTICE** that, on August 30, 2019, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases* (the "**Rejection Motion**") [D.I. 620], pursuant to which the Debtors sought the entry of an order authorizing them to reject, among other leases, certain master leases (the "**Master Leases**") with PAHH Bellet MOB, LLC, PAHH Broad Street MOB, LLC, PAHH Feinstein MOB, LLC, PAHH New College, MOB, LLC, PAHH Wood Street Garage, LLC and PAHH Erie Street Garage, LLC (collectively, the "**Master Landlords**"), except for the Master Lease for the Erie Street Garage.

**PLEASE TAKE FURTHER NOTICE** that, on September 13, 2019, the Master Landlords filed a limited objection to the Rejection Motion [D.I. 719].

**PLEASE TAKE FURTHER NOTICE** that, on October 18, 2019, the Master Landlords filed the *Motion of Master Landlords for Entry of an Order (A) Allowing Administrative Claims, and (B) Compelling Debtors (I) To Pay Postpetition Rent and Other Obligations under Master Leases and (II) to Coordinate with Master Landlords Regarding Rejection of the Master Leases and Surrender of the Premises* [D.I. 878] (the "**Master Landlords' Motion**").

**PLEASE TAKE FURTHER NOTICE** that, on November 12, 2019, the Debtors filed an objection to the Master Landlords' Motion [D.I. 987], and on November 21, 2019, the Master Landlords filed a reply in further support of the Master Landlords' Motion [D.I. 1051].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Master Landlords have resolved their respective disputes, including the issues raised in the Rejection Motion and the Master Landlords' Motion, on the terms set forth the *Stipulation between Debtors and Master Landlords Regarding Rejection of Leases and Allowed Administrative Expense Claim* (the "**Stipulation**").

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order approving the Stipulation (the "**Proposed Order**") is attached hereto as **Exhibit A**.  The Stipulation is attached to the Proposed Order as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that the Proposed Order (and the Stipulation) will be submitted for the approval of the Bankruptcy Court at the hearing scheduled for November 25, 2019 at 11:00 a.m. (EDT).

[remainder of page left intentionally blank]

-2-

36241371.1 11/22/2019

-3-

Dated: November 22, 2019            **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*