**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) **Re: D.I. 1047** |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR
NOVEMBER 25, 2019 AT 11:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE
HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[3,4]**

**MATTERS GOING FORWARD:**

1. Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 205; filed: 07/16/19]

   Response Deadline:
   *Assumption Notice Objection* - August 30, 2019 at 4:00 p.m. Extended to September 11, 2019 at 4:00 p.m. for PAHH New College MOB, LLC, PAHH Bellet MOB, LLC, PAHH Wood Street Garage, LLC, PAHH Erie Street Garage, LLC, PAHH Feinstein MOB,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

LLC, PAHH Broad Street MOB, LLC and PAHH Broad Street MOB. Extended to September 16, 2019 for Premier, Inc.

*Supplemental Notice of Assumption, Assignment and Cure* – October 3, 2019 at 4:00 p.m.

*Second Supplemental Notice of Assumption, Assignment and Cure* – October 7, 2019 at 4:00 p.m.

Responses Received:

A. Limited Objection and Reservation of Rights to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors filed by *Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC* (the "Front Street Entities") [D.I. 622; filed: 08/30/19]

B. *Master Landlord's* Preliminary's Objection and Reservation of Rights Regarding the Sale to Successful Bidder and Adequate Assurance of Future Performance by Successful Bidder [D.I. 744; filed: 09/20/19]

C. Supplemental Objection and Reservation of Rights to Notice of Filing of *Amended* Cure Schedule filed by the *Front Street Entities* [D.I. 757; filed: 09/23/19]

Related Documents:

A. Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 510; filed: 08/16/19]

B. Supplemental Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 735; filed: 09/19/19]

C. Second Supplemental Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 763; filed: 09/23/19]

D. Order Under 11 U.S.C. §§ 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement with STC OpCo, LLC (B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtors' Executory Contracts, and (D) Granting Related Relief [D.I. 795; signed and docketed: 09/27/19]

E. Notice of Hearing on Assumption and Assignment of Certain of the Debtors' Leases with Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC in Connection with the STC OpCo Sale [D.I. 1037; filed: 11/19/19]

Status: This matter is going forward as to the assumption / assignment of the leases with the Front Street Entities.

2. Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases [D.I. 620; filed: 08/30/19]

   Response Deadline: September 13, 2019 at 4:00 p.m.

   Responses Received:

   A. Limited Objection of Drexel University [D.I. 710; filed: 09/13/19]

   B. Limited Objection of Master Landlords [D.I. 719; filed: 09/13/19]

   Related Documents:

   **A. Notice of Filing of Revised Proposed Order and Stipulation Resolving Disputes Between the Debtors and the Master Landlords [D.I. 1052; filed: 11/22/19]**

   **Status: This matter has been resolved subject to the Court's approval of the stipulation to be presented to the Court at the hearing.**

3. Motion of Master Landlords for Entry of an Order (A) Allowing Administrative Claims, and (B) Compelling Debtors (I) to Pay Postpetition Rent and Other Obligations Under Master Leases and (II) to Coordinate with Master Landlords Regarding Rejection of Master Leases and Surrender of Premises [D.I. 878; filed: 10/18/19]

   Response Deadline: October 28, 2019 at 4:00 p.m. Extended to November 12, 2019 at 4:00 p.m. for the Debtors.

   Responses Received:

   A. Statement and Reservation of Rights filed by MidCap IV Funding Trust ("MidCap") [D.I. 913; filed: 10/28/19]

   B. Debtors' Objection [D.I. 987; filed: 11/12/19]

   Related Documents:

   **A. Master Landlords' Reply in Support of Motion [D.I. 1051; filed: 11/21/19]**

   **B. Notice of Filing of Revised Proposed Order and Stipulation Resolving Disputes Between the Debtors and the Master Landlords [D.I. 1052; filed: 11/22/19]**

   **Status: This matter has been resolved subject to the Court's approval of the stipulation to be presented to the Court at the hearing.**

4.     Motion of Debtors for Order (I) Authorizing Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2; and (III) Approving Sale and Liquidation of Certain Medical Equipment, Furniture and Inventory [D.I. 923; filed: 10/30/19]

    Response Deadline: November 13, 2019 at 4:00 p.m. Extended to November 14, 2019 at 4:00 p.m. for MidCap.

    Responses Received:

    A.     Informal comments from Centurion Service Group, LLC, MidCap, Med One Capital Funding, LLC and the Office of the United States Trustee

    B.     Limited Objection of Master Landlords [D.I. 980; filed: 11/12/19]

    Related Documents:

    A.     Order Granting Motion to Shorten Notice of Motion of Motion of Debtors for Order (I) Authorizing Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2; and (III) Approving Sale and Liquidation of Certain Medical Equipment, Furniture and Inventory [D.I. 933; signed and docketed: 10/31/19]

    **Status: The parties anticipate (and are working towards) reaching a consensual order to be submitted to the Court at the hearing.**

| | |
|---|---|
| Dated: November 22, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*