# EXHIBIT 2

## Rejected Leases

| No. | Non-Debtor Counterparty | Description | Debtor Party |
|---|---|---|---|
| 1 | Arthur Huppert, MD | Sublease for 231 N. Broad Street – Suite 101 | Center City Healthcare, LLC |
| 2 | Lyons-Chvala Nephrology Associates | Sublease – timeshare for suite 101 of 231 N. Broad Street | Center City Healthcare, LLC |
| 3 | New Cingular Wireless PCS | Sublease – roof space of New College Building | Center City Healthcare, LLC (d/b/a Hahnemann University Hospital) |
| 4 | The Dialysis Unit of Center City Philadelphia, LLC | Sublease – Suite 1200 of Bobst Building | Center City Healthcare, LLC |
| 5 | Drexel University | Sublease – assigned master lease from PAHH Bellet MOB, LLC | St. Christopher's Healthcare, LLC |
| 6 | Drexel University | Sublease – assigned master lease from PAHH Broad Street MOB, LLC | St. Christopher's Healthcare, LLC |
| 7 | Drexel University | Sublease – assigned master lease from PAHH Feinstein MOB, LLC | St. Christopher's Healthcare, LLC |
| 8 | Drexel University | Sublease – assigned master lease from PAHH New College MOB, LLC | St. Christopher's Healthcare, LLC |
| 9 | Drexel University | Sublease – New College Building – Suite 12317 | TPS IV of PA, L.L.C. |
| 10 | Drexel University | Sublease – New College Building – Suite 744 | TPS IV of PA, L.L.C. |
| 11 | Drexel University | Sublease – New College Building - Suites 12316, 12318, 12320, 12322, 12324, 12326, and 12328 | TPS IV of PA, L.L.C. |
| 12 | Drexel University | Sublease – New College Building – Radiation Oncology Suite | Center City Healthcare, LLC |
| 13 | Drexel University | Sublease – New College Building – Radiation Oncology Suite | TPS IV of PA, L.L.C. |
| 14 | PAHH Bellet MOB, LLC | Master Lease for Bellet Building – 1501-1511 Race Street | St. Christopher's Healthcare, LLC |

2

| No. | Non-Debtor Counterparty | Description | Debtor Party |
|---|---|---|---|
| 15 | PAHH Broad Street MOB, LLC | Master Lease for 231 N. Broad Street | St. Christopher's Healthcare, LLC |
| 16 | PAHH Feinstein MOB, LLC | Master Lease for Feinstein and Bobst Buildings – 216-220 North Broad Street | St. Christopher's Healthcare, LLC |
| 17 | PAHH New College MOB, LLC | Master Lease for New College Building – 225-251 North 15th Street | St. Christopher's Healthcare, LLC |
| 18 | PAHH Wood Street Garage MOB, LLC | Master Lease for Wood Street Garage 306-320 North Broad Street | St. Christopher's Healthcare, LLC |
| 19 | Respiratory Associates LTD | Sublease – timeshare for suite 101 of 231 N. Broad Street | Center City Healthcare, LLC |
| 20 | Urology Consultants of Southeastern PA | Sublease for 231 N. Broad Street (2nd Floor) | Center City Healthcare, LLC |
| 21 | U.S. Regional Occupational Health (Worknet) | Sublease – Bobst Building – Suites B131, B133, and B134 | Center City Healthcare, LLC |

36060279.14 11/22/2019