# EXHIBIT 3

## Rejected Inter-Debtor Leases

| No. | Debtor Sublessor | Debtor Sublessee | Description |
|---|---|---|---|
| 1 | St. Christopher's Healthcare, LLC | Center City Healthcare, LLC | Sublease for Bellet Building |
| 2 | St. Christopher's Healthcare, LLC | Center City Healthcare, LLC | Sublease for Feinstein & Bobst buildings |
| 3 | St. Christopher's Healthcare, LLC | Center City Healthcare, LLC | Sublease for New College Building |
| 4 | St. Christopher's Healthcare, LLC | TPS of PA, L.L.C. | Sublease for Feinstein Building, 2nd Floor |
| 5 | St. Christopher's Healthcare, LLC | TPS of PA, L.L.C. | 231 North Broad Street, 3rd Floor |
| 6 | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. | Sublease for Feinstein Building – Radiology Oncology Suite |
| 7 | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. | Sublease for New College Building, 7th and 12th Floors |