# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on November 19, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' Fourth Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC Opco Sale [Docket No. 1036]**

Dated: November 21, 2019

/s/ Colin Linebaugh
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 21st day of November, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM |
| GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM |
| GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM |
| HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM |
| HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM |

| | | |
|---|---|---|
| JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM |
| MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM |
| MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM |
| O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM |
| PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM |
| RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM |
| SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |

| | | |
|---|---|---|
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM |
| STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM |
| THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM |
| UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM |

Parties Served:  108

# **EXHIBIT B**

| | | |
|---|---|---|
| 3M HEALTH INFORMATION SYSTEMS, INC.<br>ATTN: LEGAL<br>575 W MURRAY BLVD<br>MURRAY, UT 84123 | AIRGAS USA, LLC<br>259 N RADNOR-CHESTER RD, STE 100<br>RADNOR, PA 19087 | BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 |
| BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | CHILDREN'S HOSPITAL OF PHILADELPHIA<br>OFFICE OF GENERAL COUNSEL<br>34TH AND CIVIC CENTER BLVD<br>PHILADELPHIA, PA 19104 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | DR ALEXEY ABRAMOV<br>404 S 22ND ST, APT 1F<br>PHILADELPHIA, PA 19146 | DR ALICE LEE<br>301 SPRING GARDEN ST, APT 4A<br>PHILADELPHIA, PA 19128 |
| DR MALLORY LYNN HUNT<br>9324 TULIP ST<br>PHILADELPHIA, PA 19114 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 |
| INSPIRA MEDICAL CENTERS, INC<br>2950 COLLEGE ST, STE 1E<br>VINELAND, NJ 08360 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 |
| JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 | KEYSTONE PERFUSION SERVICES, PC<br>ATTN: LOUIS VERDETTO<br>P.O. BOX 2278<br>MOUNT PLEASANT, SC 29466 | MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 |
| MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 |
| PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | PRIME HEALTHCARE SERVICES<br>DBA LOWER BUCKS HOSPITAL<br>2100 W GIRARD AVE<br>PHILADELPHIA, PA 19130 | PRIME HEALTHCARE SERVICES<br>DBA LOWER BUCKS HOSPITAL<br>2100 W GIRARD AVE<br>PHILADELPHIA, PA 19130 |
| PRIME HEALTHCARE SERVICES<br>LOWER BUCKS HOSPITAL, LLC<br>501 BATH RD<br>BRISTOL, PA 19007 | RL HEALTH, PC<br>DBA THE MEDICAL CENTER AT WOODS<br>ATTN: SIMON KIMMELMAN, VP AND GENERAL COUNSE<br>40 MARTIN GROSS DR<br>LANGHORNE, PA 19047 | SCHOOL DISTRICT OF PHILADELPHIA<br>EDUCATION CENTER<br>440 N BROAD S<br>PHILADELPHIA, PA 19130-4015 |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 | THOMAS JEFFERSON UNIVERSITY HOSPITAL<br>ATTN: CEO<br>111 S 11TH ST<br>PHILADELPHIA, PA 19107 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 |

| | |
|---|---|
| UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC  20530-0001 | WESTERN PEST SERVICES<br>800 LANIDEX PLZ<br>PARSIPPANY, NJ 07054 |

Parties Served: 35