**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 923, 937 and 980** |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER (I) AUTHORIZING RETENTION AND EMPLOYMENT OF CENTURION SERVICE GROUP, LLC, AS AUCTIONEER, (II) WAIVING COMPLIANCE WITH CERTAIN REQUIREMENTS OF LOCAL RULE 2016-2; AND (III) APPROVING SALE AND LIQUIDATION OF CERTAIN MEDICAL EQUIPMENT, FURNITURE AND INVENTORY AND (B) NO OBJECTION TO SAME**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1. On October 30, 2019, the *Motion of Debtors for Order (I) Authorizing Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2, and (III) Approving Sale and Liquidation of Certain Medical Equipment, Furniture and Inventory* [Docket No. 923] (the "**Motion**")[2] was filed with the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein have the meanings stated in the Motion.

-2-

2. Pursuant to the notice of the Motion [Docket No. 937], objections to the Motion were to be filed by November 12, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Debtors received informal responses to the Motion from the Office of the United States Trustee (the "**UST**"), MidCap IV Financial Trust ("**MidCap**"), Centurion Service Group, LLC ("**Centurion**") and Med One Capital Funding, LLC ("**Med One**"). In addition, on November 12, 2019, PAHH New College MOB, LLC, PAHH Bellet MOB, LLC, PAHH Wood Street Garage, LLC, PAHH Feinstein MOB, LLC, and PAHH Broad Street MOB, LLC (collectively, the "**Master Landlords**," and together with the UST, MidCap, Centurion and Med One, the "**Response Parties**") filed a limited objection to the Motion [D.I. 980].

4. The Debtors have engaged in discussions with the Response Parties and have resolved the issues and concerns raised by such parties through certain changes made to the original proposed order accompanying the Motion (the "**Original Proposed Order**").

5. Attached hereto as **Exhibit "A"** is a revised proposed order that incorporates the changes agreed upon by the Debtors and the Response Parties (the "**Revised Order**"). Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

6. The Debtors presented the Revised Order to the Court at the omnibus hearing held on November 25, 2019 at 11:00 a.m., at which time the Court indicated that it would enter the Revised Order.

*[remainder of page left intentionally blank]*

36241752.1 11/25/2019

-3-

7. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: November 25, 2019            **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*