# Exhibit "A"

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 1 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City Healthcare LLC
  d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX 75034

FEI # 22-1920331

Re:    Creditors' Committee

For legal services rendered:

HOURS

## 102 - ASSET DISPOSITION

| Date | Init | Code | Description | Hours |
|---|---|---|---|---|
| 08/01/19 | AHS | 102 | Call with counsel for union re: St. Chris issues. | 0.20 |
| 08/01/19 | BM | 102 | Attend to issues regarding sale of residency program assets. | 0.80 |
| 08/03/19 | AHS | 102 | Call with counsel for resident's asset bidder re: bidding issues and questions. | 0.30 |
| 08/05/19 | AHS | 102 | Initial review of MidCap objection to residents sale. | 0.30 |
|  |  | 102 | Research and review of case law re: MidCap's assertion of liens on residents' program assets and review of case law re: same. | 1.40 |
| 08/05/19 | BM | 102 | Analysis of issues in connection with CMS's objection to residency program sale motion. | 1.20 |
|  |  | 102 | Analysis regarding filed objections to Resident Program Bid Procedures Motion. | 0.90 |
| 08/05/19 | GAK | 102 | Review omnibus motions to reject executory contracts. | 0.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 2 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 102 | Review notice regarding revised auction date. | 0.20 |
| 08/05/19 | REB | 102 | Research re: liens on licenses and medicare provider numbers. | 1.20 |
| 08/06/19 | AHS | 102 | Review of CMS objection and case law re: CMS objection to resident's program asset sales. | 1.20 |
| 08/06/19 | BM | 102 | Analysis of issues regarding CMS' objection to residency program sale. | 0.80 |
| 08/06/19 | GAK | 102 | Review sale objection. | 0.30 |
| 08/06/19 | REB | 102 | Research re: reply to MidCap's objection to residents sale motion. | 5.40 |
| | | 102 | Draft reply to MidCap's objection to residents sale motion. | 4.30 |
| 08/07/19 | AHS | 102 | Review of various bids and meet with Debtors' professionals re: bids and determination of highest and best bid in advance of auction. | 4.80 |
| 08/07/19 | BM | 102 | Meeting with Debtors' professionals regarding analysis of received bids, qualification of bids and selection of baseline bid for auction of residency assets. | 2.70 |
| | | 102 | Attend to Committee's reply to MidCap's objection to the sale of the Residency Program Assets. | 1.60 |
| | | 102 | Review and analysis of received bids for residency program assets. | 1.20 |
| 08/07/19 | LFH | 102 | Analyze residency sale issues, including Midcap sale objection issues. | 0.70 |
| 08/07/19 | REB | 102 | Revise reply to MidCap's objection to residents sale motion. | 3.50 |
| | | 102 | Preparation and research for residents sale hearing on 8.9.19. | 0.90 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 3 |
| Inv# | | 1760483 |
| Date | | 09/30/19 |
| 08650118.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 102 | Research re: Medicare statutes and regulations in connection with Residents Program Assets sale. | 2.80 |
| | | 102 | Review and summarize bids received in connection with Residents Program Assets sale for email to Committee re: same. | 2.50 |
| 08/08/19 | AHS | 102 | Prepare for and attend auction for resident's program assets. | 14.10 |
| 08/08/19 | BM | 102 | Attend auction of residency assets. | 14.80 |
| 08/08/19 | GAK | 102 | Review notice regarding executory contracts. | 0.30 |
| 08/08/19 | REB | 102 | Research re: Medicare regulations regarding transferring residents and provider agreements in connection with HUH residents assets sale. | 5.10 |
| | | 102 | Research re: transferring PA hospital licenses in connection with HUH residents assets sale. | 1.40 |
| 08/09/19 | REB | 102 | Research re: hospital closing and provider agreement issues. | 3.90 |
| 08/12/19 | REB | 102 | Research re: provider agreements/licenses in connection with residents sale. | 3.40 |
| 08/14/19 | AHS | 102 | Review of letter re: new offer to purchase, emails and call re: same. | 0.30 |
| 08/15/19 | AHS | 102 | Review and revise reply to MidCap objection re: resident's assets and requested lien on proceeds. | 0.80 |
| | | 102 | Further review and analysis re: MidCap's asserted lien on proceeds of resident's program assets. | 0.60 |
| 08/26/19 | AHS | 102 | Calls and emails re: CMS issues for upcoming resident's sale. | 0.20 |
| 08/28/19 | AHS | 102 | Emails from Committee members re: St. Christopher's bidding issues. | 0.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| 08/29/19 | AHS | 102 | Call with Debtors' counsel re: St. Christopher sale issues, resident's sale and KEIP issues. | 0.40 |
| | | 102 | Review of Debtors' response to CMS objection and analysis of sale issues in connection with upcoming hearing. | 0.80 |
| | | 102 | Address issues re: statement in support of sale and have same filed. | 0.30 |
| | | 102 | Calls and emails with Committee and certain members re: KPC filing and potential KPC transaction. | 1.10 |
| | | 102 | Review of KPC filing and calls with counsel for KPC. | 0.60 |
| 08/29/19 | REB | 102 | Review debtors' reply to CMS residents sale objection and draft statement in support of sale. | 0.70 |
| 08/30/19 | AHS | 102 | Emails re: offer to purchase assets. | 0.20 |
| | | 102 | Review of issues relating to KPC offer to purchase and CMS objection to resident's sale. | 0.70 |
| | | 102 | Emails to Committee and committee members re: CMS issues and issues re: KPC offer. | 0.80 |
| 08/30/19 | BM | 102 | Analysis regarding reply to CMS' objection to residency program assets sale. | 0.80 |
| | | 102 | Analysis of issues regarding KPC's filed statement in connection with sale of residency assets. | 0.80 |
| | | 102 | Analysis of filed objections to proposed assumption and assignment of contracts and leases in connection with STC sale. | 1.20 |

|  | | | **TASK TOTAL 102** | 93.00 | 62,833.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

## 103 - BUSINESS OPERATIONS

| | | | | | |
|---|---|---|---|---|---|
| 08/01/19 | BM | 103 | Analysis regarding Debtors' motion to reject leases and contracts. | 0.30 | |
| | | | **TASK TOTAL 103** | **0.30** | **217.50** |

## 104 - CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 08/02/19 | LFH | 104 | Analyze ex-officio Committee member and confidentiality agreement issues. | 0.40 | |
| 08/05/19 | GAK | 104 | Email local counsel regarding 341 meeting. | 0.20 | |
| 08/05/19 | LFH | 104 | Prepare Committee ex-officio membership agreement. | 0.80 | |
| | | 104 | Analyze Committee administration and ex-officio membership issues. | 0.40 | |
| 08/07/19 | GAK | 104 | Update case calendar | 0.20 | |
| 08/07/19 | LFH | 104 | Prepare draft email to Committee regarding Committee governance issues, sale issues, and retention issues. | 1.20 | |
| | | 104 | Revise draft email to Committee regarding Committee governance issues, sale issues, and retention issues. | 0.50 | |
| | | 104 | Attention to Committee ex-officio membership issues. | 0.40 | |
| 08/09/19 | BM | 104 | Prepare an update report to the Committee. | 0.50 | |
| 08/09/19 | GAK | 104 | Communications with Omni regarding committee website. | 0.40 | |
| | | 104 | Update case calendar. | 0.30 | |
| 08/09/19 | LFH | 104 | Attention to finalization of ex-officio Committee membership agreement. | 0.40 | |
| 08/09/19 | REB | 104 | Draft joinder to Debtors' objection to Tenet/Conifer payment motion. | 0.30 | |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 6 |
| Inv# | | 1760483 |
| Date | | 09/30/19 |
| 08650118.000001 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 08/12/19 | GAK | 104 | Update case calendar. | 0.20 | |
| | | 104 | Review deposition notices in connection with Tenet's motion to compel payment and communications with B. Mankovetskiy regarding same. | 0.40 | |
| 08/14/19 | GAK | 104 | Update case calendar. | 0.30 | |
| | | 104 | Draft email to Committee member regarding upcoming hearings and deadlines. | 0.20 | |
| 08/15/19 | GAK | 104 | Attention to website for Committee members. | 0.10 | |
| | | 104 | Review hearing agenda and deposition notices. | 0.20 | |
| 08/16/19 | BM | 104 | Call with Tenet/Conifer regarding pending motions. | 0.50 | |
| 08/16/19 | GAK | 104 | Update case calendar | 0.20 | |
| 08/19/19 | GAK | 104 | Review hearing agendas and update case calendar. | 0.40 | |
| 08/20/19 | BM | 104 | Prepare status update to the Committee. | 0.40 | |
| 08/20/19 | GAK | 104 | Update case calendar. | 0.10 | |
| 08/21/19 | GAK | 104 | Update case calendar. | 0.10 | |
| 08/26/19 | GAK | 104 | Update case calendar. | 0.10 | |
| 08/27/19 | GAK | 104 | Update case calendar. | 0.10 | |
| 08/28/19 | GAK | 104 | Update case calendar. | 0.10 | |
| 08/29/19 | GAK | 104 | Update case calendar and review upcoming hearing agenda. | 0.20 | |
| 08/30/19 | BM | 104 | Prepare an update report to the Committee. | 0.60 | |
| | | **TASK TOTAL 104** | | **10.20** | **5,966.00** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | |
|---|---|---|---|---|
| 08/12/19 | BM | 105 | Attend to preparation for settlement meeting with Tenet/Conifer, MidCap and Debtors. | 0.90 |
| 08/16/19 | GAK | 105 | Review motion seeking payment of administrative claim. | 0.30 |

| | | | |
|---|---|---|---|
| | **TASK TOTAL 105** | **1.20** | **810.00** |

## 106 - EMPLOYEE BENEFITS/PENSIONS

| | | | | |
|---|---|---|---|---|
| 08/01/19 | AHS | 106 | Emails and call to Debtors' counsel re: CFO issues and questions. | 0.50 |
| | | 106 | Email to Committee re: CFO issues and draft objection. | 0.30 |
| | | 106 | Review and revise draft CFO objection. | 0.80 |
| 08/02/19 | AHS | 106 | Further review of CFO objection and send to DE counsel for filing. | 0.30 |
| 08/15/19 | AHS | 106 | Calls and emails re: Debtors counsel re: KERP issues and initial review of same. | 0.40 |
| 08/15/19 | BM | 106 | Analysis of Debtors' motion to approve KEIP. | 0.70 |
| 08/15/19 | GAK | 106 | Analyze KEIP motion and supporting declaration. | 0.90 |
| | | 106 | Prepare summary of KEIP motion for the Committee members. | 0.60 |
| 08/16/19 | BM | 106 | Analysis regarding Pension Benefit Fund's motion to compel payment of administrative claims. | 0.60 |
| 08/26/19 | AHS | 106 | Review of information from BRG re: KEIP issues. | 0.80 |
| | | 106 | Email to Committee re: KEIP issues. | 0.40 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

|  |  |  |
|---|---|---|
| Page | | 8 |
| Inv# | | 1760483 |
| Date | | 09/30/19 |
| 08650118.000001 | | - AHS |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 106 | Emails to counsel for Debtors re: KEIP issues and objection deadline. | 0.20 |  |
|  |  | 106 | Calls and emails with BRG re: KEIP issues. | 0.30 |  |
| 08/26/19 | GAK | 106 | Review BRG KEIP analysis. | 0.70 |  |
|  |  | 106 | Calls with BRG regarding KEIP analysis. | 0.50 |  |
|  |  | 106 | Communications with A. Sherman regarding potential objection. | 0.10 |  |
|  |  | 106 | Draft email to committee regarding KEIP. | 0.90 |  |
| 08/28/19 | AHS | 106 | Calls and emails re: KEIP issues and possible objection. | 0.30 |  |
| 08/28/19 | GAK | 106 | Research for KEIP Objection. | 2.30 |  |
| 08/29/19 | AHS | 106 | Emails with BRG re: KEIP issues and initial review of draft objection. | 0.60 |  |
| 08/29/19 | GAK | 106 | Drafting KEIP objection and research in connection with same. | 7.10 |  |
| 08/30/19 | BM | 106 | Attend to issues regarding Committee's objection to KEIP motion. | 1.10 |  |
| 08/30/19 | GAK | 106 | Work on KEIP Objectiobn. | 2.80 |  |
|  |  | **TASK TOTAL 106** | | **23.20** | **13,983.00** |

## 107 - FEE/EMPLOYMENT APPLICATIONS

|  |  |  |  |  |
|---|---|---|---|---|
| 08/02/19 | AHS | 107 | Initial review and revisions to draft retention pleadings. | 0.40 |
| 08/02/19 | LFH | 107 | Prepare retention application. | 1.80 |
|  |  | 107 | Prepare A. Sherman retention affidavit. | 2.40 |
|  |  | 107 | Prepare Committee chair retention affidavit. | 1.10 |
|  |  | 107 | Prepare retention order. | 0.60 |
|  |  | 107 | Analyze retention issues. | 0.80 |
|  |  | 107 | Confer with A. Sherman and B. Mankovetskiy regarding retention issues. | 0.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| Page | | | | 9 |
| Inv# | | | | 1760483 |
| Date | | | | 09/30/19 |
| 08650118.000001 | | | - AHS | |

| | | | | |
|---|---|---|---|---|
| | | 107 | Revise retention materials. | 1.30 |
| 08/05/19 | AHS | 107 | Review and revise retention pleadings for Sills. | 0.40 |
| 08/05/19 | LFH | 107 | Revise draft BRG retention documents. | 0.90 |
| | | 107 | Revise Sills retention application materials. | 2.10 |
| | | 107 | Analyze Sills Cummis retention issues. | 0.70 |
| | | 107 | Review and analyze draft BRG retention documents. | 0.80 |
| | | 107 | Analyze BRG retention issues. | 0.70 |
| 08/06/19 | AHS | 107 | Address issues re: retention of Sills, Fox and BRG. | 0.30 |
| 08/06/19 | LFH | 107 | Revise BRG retention application materials. | 0.50 |
| | | 107 | Review Fox Rothschild retention papers. | 0.40 |
| | | 107 | Revise Fox Rothschild retention papers. | 0.30 |
| | | 107 | Analyze Sills retention issues. | 0.40 |
| | | 107 | Prepare draft correspondence to Committee regarding professional retention applications. | 0.40 |
| | | 107 | Analyze BRG retention issues. | 0.60 |
| 08/07/19 | LFH | 107 | Analyze retention issues. | 0.60 |
| | | 107 | Review revised BRG retention papers. | 0.40 |
| | | 107 | Confer with M. Haverkamp regarding BRG retention issues. | 0.20 |
| | | 107 | Correspond with M. Haverkamp regarding BRG retention issues. | 0.30 |
| | | 107 | Revise Committee professional retention application materials. | 0.90 |
| 08/08/19 | LFH | 107 | Analyze Sills retention issues. | 0.40 |
| | | 107 | Revise Sills retention materials. | 0.60 |
| 08/09/19 | AHS | 107 | Revise and finalize retention application and have filed. | 0.60 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 08/09/19 | LFH | 107 | Revise and finalize Sills Cummis retention application materials. | 0.90 | |
| | | 107 | Coordinate with co-counsel regarding retention application filing issues. | 0.30 | |
| | | 107 | Analyze retention issues. | 0.60 | |
| | | **TASK TOTAL 107** | | **23.00** | **13,599.00** |

## 108 - FEE/EMPLOYMENT OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 08/01/19 | BM | 108 | Analysis and revisions of objection to motion to retain new CFO. | 0.70 | |
| 08/01/19 | LFH | 108 | Revise objection to CFO retention motion. | 2.90 | |
| | | 108 | Review and analyze CFO retention motion. | 0.90 | |
| | | 108 | Analyze CFO retention issues. | 1.40 | |
| | | 108 | Prepare and revise draft correspondence to Committee regarding CFO retention and objection issues. | 0.60 | |
| | | 108 | Prepare objection to CFO retention motion. | 3.30 | |
| | | 108 | Confer and correspond with A. Sherman and B. Mankovetskiy regarding CFO retention and objection issues. | 0.50 | |
| | | 108 | Prepare and revise draft correspondence to Debtors' counsel regarding CFO retention and objection issues. | 0.40 | |
| 08/02/19 | BM | 108 | Attend to Committee's objection to retention of Tatum. | 0.90 | |
| 08/16/19 | GAK | 108 | Review and analyze OCP Declarations and summarize same for B. Mankovetskiy. | 0.70 | |
| 08/20/19 | GAK | 108 | Review and summarize OCP declaration. | 0.30 | |
| 08/21/19 | GAK | 108 | Review and summarize declaration of disinterestedness for OCP. | 0.30 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 11 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 08/23/19 | GAK | 108 | Review and summarize OCP declaration and communications with B. Mankovetskiy regarding same. | 0.40 | |
| 08/26/19 | GAK | 108 | Review multiple OCP Declarations and summarize same. | 0.40 | |
| 08/27/19 | GAK | 108 | Review OCP Declarations and summarize same. | 0.30 | |
| 08/28/19 | GAK | 108 | Review OCP declaration and declaration of PCO re: retention issues. | 0.40 | |
| | | **TASK TOTAL 108** | | **14.40** | **8,380.00** |

## 109 - FINANCING

| | | | | | |
|---|---|---|---|---|---|
| 08/01/19 | BM | 109 | Analysis and revisions of draft objection to DIP financing motion. | 2.40 | |
| | | 109 | Attend to issues regarding proposed DIP budget and availability under DIP credit agreement. | 1.10 | |
| 08/01/19 | REB | 109 | Revise DIP Objection re: comments from A. Sherman and B. Mankovetskiy. | 6.60 | |
| | | 109 | Review emails from BRG re: DIP objection and budget. | 0.40 | |
| | | 109 | Review DIP objection. | 0.70 | |
| 08/02/19 | AHS | 109 | Review and revise draft objection to DIP financing and review of subsequent drafts of objection. | 2.20 | |
| 08/02/19 | BM | 109 | Analysis regarding filed objections to DIP financing motion. | 0.70 | |
| | | 109 | Attend to Committee objection to the entry of final DIP financing order. | 2.60 | |
| 08/02/19 | REB | 109 | Research re: marshaling and 506(c) in connection with DIP objection. | 4.80 | |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 12 |
| Inv# | | 1760483 |
| Date | | 09/30/19 |
| 08650118.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 109 | Revise DIP objection re: comments from BRG team. | 3.10 |
| 08/04/19 | MDL | 109 | Review MidCap loan documents with CCH. | 0.20 |
| 08/05/19 | AHS | 109 | Further review and revisions to DIP objection and send to DE counsel for review and consideration. | 1.20 |
| 08/05/19 | BM | 109 | Attend to Committee's objection to DIP financing motion. | 1.10 |
| | | 109 | Analysis regarding MidCap's proposed revised final DIP financing order. | 0.80 |
| 08/05/19 | MDL | 109 | Review MidCap loan agreements, UCC filings and other documents in connection with investigation. | 1.80 |
| | | 109 | Draft memo regarding investigation of liens regarding MidCap. | 2.00 |
| 08/05/19 | REB | 109 | Review proposed final DIP order. | 1.20 |
| | | 109 | Review DIP Financing objections filed on the docket. | 0.30 |
| | | 109 | Update DIP objection to include reference to HSRE final DIP objection. | 0.30 |
| | | 109 | Revise DIP objection re: comments from T. Horan. | 1.60 |
| 08/06/19 | AHS | 109 | Research and analysis of MidCap's assertion on lien on resident's program assets. | 0.80 |
| | | 109 | Address DIP discovery issues. | 0.20 |
| | | 109 | Final review of DIP financing objection and have filed. | 0.60 |
| 08/06/19 | BM | 109 | Call with Debtors' counsel regarding DIP financing motion. | 0.60 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| Page | | | | 13 |
| Inv# | | | | 1760483 |
| Date | | | | 09/30/19 |
| 08650118.000001 | | | | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 109 | Attend to issues regarding investigation of extent, validity and priority of MidCap's liens. | 1.20 |
| | | 109 | Analysis regarding Tenet/Conifer's motion for continuance of DIP financing hearing. | 0.60 |
| | | 109 | Attend to revisions of draft objection to entry of final DIP financing order. | 0.90 |
| | | 109 | Attend to issues regarding potential resolution of Committee's objections to final DIP financing order. | 0.80 |
| | | 109 | Analysis regarding Debtors' cash flow projections and borrowing base issues. | 0.70 |
| 08/06/19 | MDL | 109 | Review and analyze MidCap loan documents and UCC filings. | 0.90 |
| | | 109 | Revise memo regarding MidCap lien investigation. | 0.70 |
| 08/07/19 | BM | 109 | Analysis regarding borrower's ability to hypothecate governmental licenses. | 1.10 |
| 08/07/19 | GAK | 109 | Review Tenet's motion to adjourn the DIP hearing and order granting expedited hearing. | 0.30 |
| 08/07/19 | LFH | 109 | Analyze DIP hearing issues. | 0.60 |
| 08/07/19 | MDL | 109 | Internal conference with B. Mankovetskiy regarding issues and questions under the MidCap loan documents. | 0.30 |
| | | 109 | Continue reviewing and analyzing MidCap loan and security documents. | 0.50 |
| | | 109 | Update notes and memo regarding MidCap lien investigation. | 0.40 |
| 08/08/19 | MDL | 109 | Review notes, MidCap loan documents and related security documents and internal conferences with B. Mankovetskiy regarding same. | 0.50 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 14 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| 08/09/19 | AHS | 109 | Call with counsel for Tenet/Conifer re: sale and DIP financing issues. | 0.50 |
| | | 109 | Address issues re: Tenet motion and Committee joinder and email to Committee re: Tenet issues. | 0.40 |
| 08/09/19 | BM | 109 | Call with Tenet/Conifer regarding DIP financing issues. | 0.60 |
| 08/09/19 | MDL | 109 | Continue review of MidCap loan documents. | 1.60 |
| 08/13/19 | BM | 109 | Analysis of MidCap's proposed revised final DIP financing order and responses to Committee's issues list. | 1.20 |
| 08/13/19 | REB | 109 | Review revised proposed final DIP order. | 0.70 |
| 08/14/19 | AHS | 109 | Review of revised final DIP order as circulated by MidCap. | 0.30 |
| 08/14/19 | BM | 109 | Analysis regarding MidCap's proposed revised DIP financing order. | 0.80 |
| 08/14/19 | MDL | 109 | Continue reviewing and analyzing MidCap loan and security documents. | 1.50 |
| | | 109 | Revise memo regarding MidCap lien investigation. | 1.80 |
| 08/14/19 | REB | 109 | Review revised proposed final order. | 0.60 |
| 08/15/19 | AHS | 109 | Email to Committee re: status update on sale and financing issues and upcoming hearing. | 0.40 |
| 08/15/19 | BM | 109 | Attend to issues in connection with investigation of MidCap liens. | 0.70 |
| 08/15/19 | MDL | 109 | Internal conference with B. Mankovetskiy, regarding conclusions of loan document review, and memo status. | 0.20 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | | Page | 15 |
| | | | Inv# | 1760483 |
| | | | Date | 09/30/19 |
| | | | 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 109 | Research issues and review documents including legal research of cases relating to commercial tort claims under UCC with respect to scope of lien. | 1.10 |
| | | 109 | Review and revise memo regarding MidCap lien investigation. | 0.80 |
| | | 109 | Review MidCap loan documents and certain covenants, reps and provisions under CSA. | 0.60 |
| 08/16/19 | AHS | 109 | Review and revise exhibit in advance of DIP financing hearing and begin preparation for hearing. | 1.60 |
| | | 109 | Review and analysis of MidCap objection. | 0.60 |
| | | 109 | Call with counsel for Tenet/Conifer re: upcoming hearing. | 0.50 |
| | | 109 | Call with counsel for Debtors in advance of hearing. | 0.30 |
| 08/16/19 | BM | 109 | Attend to preparation for final DIP financing hearing. | 2.40 |
| | | 109 | Attend to issues regarding potential resolution of Committee's objections to proposed final DIP financing order. | 1.10 |
| 08/16/19 | MDL | 109 | Review, revise and finalize memo regarding MidCap lien investigation and e-mail same to B. Mankovetskiy and A. Sherman. | 1.20 |
| 08/16/19 | REB | 109 | Review MidCap DIP reply. | 0.70 |
| | | 109 | Create consolidated DIP issues list chart. | 1.70 |
| | | 109 | Review proposed final DIP order as filed on docket. | 0.90 |
| | | 109 | Prepare for 8/19/19 DIP hearing. | 1.30 |
| 08/17/19 | AHS | 109 | Review of pleadings and prepare outline in advance of hearing. | 2.60 |

# Sills Cummis & Gross

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 16 |
| Inv# | | 1760483 |
| Date | | 09/30/19 |
| 08650118.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| 08/17/19 | REB | 109 | Update consolidated DIP issues list chart. | 2.20 |
| 08/18/19 | AHS | 109 | Further review and preparation for hearing including drafting of outline and preparation of handout. | 3.10 |
| 08/19/19 | AHS | 109 | Prepare for hearing on DIP financing, including cross examinations of Wilen and Victor and review of pleadings to prepare argument. | 2.60 |
| | | 109 | Attend hearing re: DIP financing issues. | 4.20 |
| 08/19/19 | BM | 109 | Attend to preparation for hearing on motion to approve final DIP financing order. | 1.30 |
| | | 109 | Appear at hearing on motion to approve final DIP financing order. | 7.20 |
| | | 109 | Attend to preparation for continued DIP financing hearing. | 1.20 |
| 08/19/19 | GAK | 109 | Review proposed final DIP order. | 0.40 |
| 08/19/19 | REB | 109 | Review as-filed proposed final DIP order. | 2.40 |
| 08/20/19 | AHS | 109 | Prepare for and attend hearing regarding DIP financing. | 5.60 |
| | | 109 | Meet with counsel for Debtors and MidCap re: revised term of DIP financing. | 3.50 |
| 08/20/19 | BM | 109 | Appear at continued hearing on motion to approve final DIP financing order. | 5.60 |
| | | 109 | Meetings with Debtors and MidCap regarding potential resolution of objections to final DIP order. | 3.30 |
| 08/21/19 | AHS | 109 | Prepare for and attend hearing re: DIP financing and follow up with Debtors re: same. | 1.30 |
| 08/21/19 | BM | 109 | Appear at continued hearing on motion to approve final DIP financing order. | 1.30 |
| 08/22/19 | LFH | 109 | Analyze DIP order revision issues. | 0.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 17 |
| Inv# | | 1760483 |
| Date | | 09/30/19 |
| 08650118.000001 | | - AHS |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | 109 | Confer with R. Brennan regarding DIP order revisions. | 0.30 | |
| 08/22/19 | MDL | 109 | Call to B. Mankovetskiy and review email and memo regarding MidCap lien investigation. | 0.10 | |
| 08/22/19 | REB | 109 | Review and revise final DIP credit agreement and DIP credit agreement. | 7.20 | |
| 08/23/19 | AHS | 109 | Review of emails re: final form of DIP order. | 0.50 | |
| 08/23/19 | GAK | 109 | Review final DIP Order. | 0.20 | |
| 08/23/19 | REB | 109 | Review final DIP order. | 0.50 | |
| | | **TASK TOTAL 109** | | **130.00** | **86,639.00** |

### 110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/09/19 | JT | 110 | Internal correspondence regarding Deposition schedules and objections. | 0.60 | |
| 08/12/19 | BM | 110 | Attend to issues regarding depositions in connection with the Tenet/Conifer and final DIP financing motions. | 0.90 | |
| 08/16/19 | BM | 110 | Analysis of transcript of deposition of S. Victor. | 0.40 | |
| 08/16/19 | JT | 110 | Appear at deposition of Scott Victor. | 1.50 | |
| | | **TASK TOTAL 110** | | **3.40** | **2,402.00** |

### 114 - RELIEF FROM STAY PROCEEDINGS

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/09/19 | BM | 114 | Analysis regarding opposition to Tenet/Conifer's motion for stay relief. | 0.80 | |
| | | 114 | Analysis regarding Debtors' objection to Tenet/Conifer's motion for stay relief. | 0.70 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 18 |
| Inv# | | 1760483 |
| Date | | 09/30/19 |
| 08650118.000001 | | - AHS |

| Date | Initials | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/13/19 | BM | 114 | Analysis of Tenet/Conifer's document productions in connection with lift stay motion. | 0.90 | |
| | | 114 | Analysis regarding Tenet / Conifer's motion in limine. | 0.60 | |
| | | 114 | Review  transcript of deposition of A. Wilen in connection with Tenet/Conifer's motion to lift stay. | 0.70 | |
| 08/14/19 | BM | 114 | Attend meeting with Debtors, Tenet, Conifer and MidCap regarding potential resolution of pending motions. | 6.40 | |
| 08/15/19 | BM | 114 | Analysis regarding Tenet/Conifer's reply in support of motion for stay relief. | 0.70 | |
| 08/20/19 | GAK | 114 | Review stay relief motion. | 0.30 | |
| | | | **TASK TOTAL 114** | **11.10** | **7,987.50** |

**116 - TRAVEL**

| Date | Initials | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/07/19 | AHS | 116 | Travel to Debtor's counsel to meet prior to auction.(1.40) | 0.70 | |
| 08/08/19 | AHS | 116 | Travel back to office after auction. (2.00) | 1.00 | |
| 08/16/19 | JT | 116 | Travel to/from Philadelphia for Scott Victor deposition. (2.40) | 1.20 | |
| 08/21/19 | AHS | 116 | Travel from hearing to Newark. (1.40) | 0.70 | |
| | | | **TASK TOTAL 116** | **3.60** | **2,742.00** |

| | | | | | |
|---|---|---|---|---|---|
| | | | **TOTAL FEES at Standard Rates** | **313.40** | **$205,559.00** |
| | | | **TOTAL FEES at Blended Rate of $625** | **313.40** | **$195,875.00** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 19 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 102 | Asset Disposition | | 93.00 | 62,833.00 |
| 103 | Business Operations | | 0.30 | 217.50 |
| 104 | Case Administration | | 10.20 | 5,966.00 |
| 105 | Claims Administration and Objections | | 1.20 | 810.00 |
| 106 | Employee Benefits/Pensions | | 23.20 | 13,983.00 |
| 107 | Fee/Employment Applications | | 23.00 | 13,599.00 |
| 108 | Fee/Employment Objections | | 14.40 | 8,380.00 |
| 109 | Financing | | 130.00 | 86,639.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | | 3.40 | 2,402.00 |
| 114 | Relief from Stay Proceedings | | 11.10 | 7,987.50 |
| 116 | Travel | | 3.60 | 2,742.00 |
| | **TOTAL FEES at Standard Rates** | | **313.40** | **$205,559.00** |
| | **TOTAL FEES at Blended Rate of $625** | | **313.40** | **$195,875.00** |

## FEE RECAP

| | | | | |
|---|---|---|---|---|
| AHS | Andrew H. Sherman | $795.00 | 71.30 | 56,683.50 |
| BM | Boris Mankovetskiy | $725.00 | 87.40 | 63,365.00 |
| JT | Jason Teele | $695.00 | 3.30 | 2,293.50 |
| LFH | Lucas F. Hammonds | $575.00 | 37.50 | 21,562.50 |
| MDL | Marc D. Leve | $550.00 | 16.20 | 8,910.00 |
| REB | Rachel E. Brennan | $545.00 | 72.60 | 39,567.00 |
| GAK | Gregory A. Kopacz | $525.00 | 25.10 | 13,177.50 |
| | **TOTAL FEES at Standard Rates** | | **313.40** | **$205,559.00** |
| | **TOTAL FEES at Blended Rate of $625** | | **313.40** | **$195,875.00** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 20 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

## DISBURSEMENT DETAIL

E107

| | | | |
|---|---|---|---|
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 0.20 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.20 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 0.40 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 0.20 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 0.50 |
| 08/02/19 | E107 | Pacer | 0.30 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.90 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 0.30 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 3.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 21 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

| | | | |
|---|---|---|---|
| 08/02/19 | E107 | Pacer | 0.30 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.20 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 0.20 |
| 08/02/19 | E107 | Pacer | 0.20 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 0.50 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 0.20 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 3.00 |
| 08/02/19 | E107 | Pacer | 0.20 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/02/19 | E107 | Pacer | 0.10 |
| 08/05/19 | E107 | Pacer | 0.10 |
| 08/05/19 | E107 | Pacer | 3.00 |
| 08/05/19 | E107 | Pacer | 0.40 |
| 08/05/19 | E107 | Pacer | 0.40 |
| 08/05/19 | E107 | Pacer | 3.00 |
| 08/05/19 | E107 | Pacer | 0.90 |
| 08/05/19 | E107 | Pacer | 0.20 |
| 08/05/19 | E107 | Pacer | 0.60 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | 22 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

| | | | |
|---|---|---|---|
| 08/06/19 | E107 | Pacer | 1.70 |
| 08/06/19 | E107 | Pacer | 3.00 |
| 08/06/19 | E107 | Pacer | 0.30 |
| 08/06/19 | E107 | Pacer | 3.00 |
| 08/07/19 | E107 | Pacer | 3.00 |
| 08/07/19 | E107 | Pacer | 0.60 |
| 08/07/19 | E107 | Pacer | 0.20 |
| 08/07/19 | E107 | Pacer | 0.40 |
| 08/07/19 | E107 | Pacer | 0.50 |
| 08/07/19 | E107 | Pacer | 0.30 |
| 08/07/19 | E107 | Pacer | 3.00 |
| 08/07/19 | E107 | Pacer | 0.40 |
| 08/07/19 | E107 | Pacer | 0.10 |
| 08/07/19 | E107 | Pacer | 0.40 |
| 08/07/19 | E107 | Pacer | 3.00 |
| 08/07/19 | E107 | Pacer | 1.00 |
| 08/07/19 | E107 | Pacer | 3.00 |
| 08/07/19 | E107 | Pacer | 0.10 |
| 08/07/19 | E107 | Pacer | 0.90 |
| 08/08/19 | E107 | Pacer | 3.00 |
| 08/08/19 | E107 | Pacer | 0.30 |
| 08/08/19 | E107 | Pacer | 0.60 |
| 08/08/19 | E107 | Pacer | 0.10 |
| 08/08/19 | E107 | Pacer | 0.40 |
| 08/08/19 | E107 | Pacer | 3.00 |
| 08/08/19 | E107 | Pacer | 0.30 |
| 08/08/19 | E107 | Pacer | 0.50 |
| 08/08/19 | E107 | Pacer | 0.20 |
| 08/08/19 | E107 | Pacer | 0.90 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | 23 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

| | | | |
|---|---|---|---:|
| 08/15/19 | E107 | Pacer | 3.00 |
| 08/15/19 | E107 | Pacer | 0.80 |
| 08/15/19 | E107 | Pacer | 3.00 |
| 08/15/19 | E107 | Pacer | 1.50 |
| 08/15/19 | E107 | Pacer | 0.20 |
| 08/15/19 | E107 | Pacer | 0.40 |
| 08/15/19 | E107 | Pacer | 0.20 |
| 08/16/19 | E107 | Pacer | 3.00 |
| 08/16/19 | E107 | Pacer | 3.00 |
| 08/16/19 | E107 | Pacer | 3.00 |
| 08/16/19 | E107 | Pacer | 1.90 |
| 08/16/19 | E107 | Pacer | 3.00 |
| 08/16/19 | E107 | Pacer | 0.90 |
| 08/16/19 | E107 | Pacer | 1.00 |
| 08/16/19 | E107 | Pacer | 1.20 |
| 08/16/19 | E107 | Pacer | 1.10 |
| 08/16/19 | E107 | Pacer | 0.90 |
| 08/16/19 | E107 | Pacer | 0.10 |
| 08/16/19 | E107 | Pacer | 3.00 |
| 08/16/19 | E107 | Pacer | 0.30 |
| 08/16/19 | E107 | Pacer | 0.40 |
| 08/16/19 | E107 | Pacer | 3.00 |
| 08/16/19 | E107 | Pacer | 3.00 |
| 08/16/19 | E107 | Pacer | 0.20 |
| 08/16/19 | E107 | Pacer | 0.10 |
| 08/16/19 | E107 | Pacer | 3.00 |
| 08/16/19 | E107 | Pacer | 0.30 |
| 08/16/19 | E107 | Pacer | 3.00 |
| 08/16/19 | E107 | Pacer | 3.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | |
|---|---|---|---|
| Page | | | 24 |
| Inv# | | | 1760483 |
| Date | | | 09/30/19 |
| 08650118.000001 | | | - AHS |

| | | | |
|---|---|---|---|
| 08/16/19 | E107 | Pacer | 0.60 |
| 08/16/19 | E107 | Pacer | 3.00 |
| 08/16/19 | E107 | Pacer | 0.30 |
| 08/16/19 | E107 | Pacer | 0.70 |
| 08/16/19 | E107 | Pacer | 0.40 |
| 08/16/19 | E107 | Pacer | 0.20 |
| 08/16/19 | E107 | Pacer | 3.00 |
| 08/19/19 | E107 | Pacer | 2.30 |
| 08/19/19 | E107 | Pacer | 0.80 |
| 08/19/19 | E107 | Pacer | 3.00 |
| 08/20/19 | E107 | Pacer | 0.10 |
| 08/20/19 | E107 | Pacer | 3.00 |
| 08/20/19 | E107 | Pacer | 2.40 |
| 08/20/19 | E107 | Pacer | 2.30 |
| 08/20/19 | E107 | Pacer | 0.10 |
| 08/20/19 | E107 | Pacer | 3.00 |
| 08/20/19 | E107 | Pacer | 0.30 |
| 08/20/19 | E107 | Pacer | 0.10 |
| 08/20/19 | E107 | Pacer | 3.00 |
| 08/20/19 | E107 | Pacer | 2.30 |
| 08/20/19 | E107 | Pacer | 3.00 |
| 08/20/19 | E107 | Pacer | 2.30 |
| 08/20/19 | E107 | Pacer | 0.30 |
| 08/20/19 | E107 | Pacer | 0.20 |
| 08/20/19 | E107 | Pacer | 0.10 |
| 08/20/19 | E107 | Pacer | 3.00 |
| 08/20/19 | E107 | Pacer | 0.10 |
| 08/20/19 | E107 | Pacer | 0.10 |
| 08/20/19 | E107 | Pacer | 0.10 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 25 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

| | | | |
|---|---|---|---:|
| 08/20/19 | E107 | Pacer | 3.00 |
| 08/20/19 | E107 | Pacer | 0.20 |
| 08/20/19 | E107 | Pacer | 2.30 |
| 08/20/19 | E107 | Pacer | 2.40 |
| 08/20/19 | E107 | Pacer | 0.10 |
| 08/20/19 | E107 | Pacer | 3.00 |
| 08/21/19 | E107 | Pacer | 0.10 |
| 08/21/19 | E107 | Pacer | 0.50 |
| 08/21/19 | E107 | Pacer | 3.00 |
| 08/21/19 | E107 | Pacer | 0.10 |
| 08/21/19 | E107 | Pacer | 3.00 |
| 08/21/19 | E107 | Pacer | 0.10 |
| 08/21/19 | E107 | Pacer | 3.00 |
| 08/23/19 | E107 | Pacer | 3.00 |
| 08/29/19 | E107 | Lexis | 2.07 |
| 08/29/19 | E107 | Lexis | 13.78 |
| 08/29/19 | E107 | Pacer | 2.20 |
| 08/30/19 | E107 | Pacer | 0.10 |
| 08/30/19 | E107 | Pacer | 3.00 |
| 08/30/19 | E107 | Pacer | 0.40 |
| 08/30/19 | E107 | Pacer | 0.20 |
| 08/30/19 | E107 | Pacer | 1.30 |
| | | | |
| E109 | | | |
| 08/07/19 | E109 | Local travel (taxi) | 24.43 |
| 08/07/19 | E109 | Local travel (train 2 one-way to Philadelphia) | 120.00 |
| 08/08/19 | E109 | Local travel (taxi from Philadelphia - no trains) | 149.07 |
| 08/13/19 | E109 | Local travel (train to/from Philadelphia) | 211.00 |
| 08/13/19 | E109 | Local travel (taxi) | 9.15 |
| 08/14/19 | E109 | Local travel (taxi) | 12.19 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | 26 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

| | | | |
|---|---|---|---:|
| 08/14/19 | E109 | Local travel (taxi) | 8.60 |
| 08/14/19 | E109 | Local travel (train to Philadelphia) | 60.00 |
| 08/14/19 | E109 | Local travel (train from Philadelphia) | 51.00 |
| 08/14/19 | E109 | Local travel (train to/from Philadelphia) | 87.00 |
| 08/15/19 | E109 | Local travel (taxi) | 138.00 |
| 08/15/19 | E109 | Local travel (taxi) | 17.00 |
| 08/16/19 | E109 | Local travel (taxi) | 12.00 |
| 08/16/19 | E109 | Local travel (taxi) | 16.00 |
| 08/19/19 | E109 | Local travel (taxi) | 6.50 |
| 08/19/19 | E109 | Local travel (taxi) | 38.78 |
| 08/19/19 | E109 | Local travel (train - 2 one-way to Wilmington) | 156.00 |
| 08/21/19 | E109 | Local travel (train - 2 one-way from Wilmington) | 135.00 |
| 08/21/19 | E109 | Local travel (taxi) | 6.51 |
| E110 | | | |
| 08/07/19 | E110 | Local travel (lodging) | 307.21 |
| 08/07/19 | E110 | Local travel (lodging) | 307.21 |
| 08/19/19 | E110 | Local travel (lodging) | 279.40 |
| 08/19/19 | E110 | Local travel (lodging) | 279.40 |
| 08/20/19 | E110 | Local travel (lodging) | 300.30 |
| 08/20/19 | E110 | Local travel (lodging) | 300.30 |
| E111 | | | |
| 08/13/19 | E111 | Meals (travel) | 13.63 |
| 08/19/19 | E111 | Meals (travel) | 5.70 |
| 08/19/19 | E111 | Meals (travel) | 6.98 |
| 08/19/19 | E111 | Meals (travel) | 144.50 |
| 08/20/19 | E111 | Meals (travel) | 132.50 |
| 08/21/19 | E111 | Meals (travel) | 47.64 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 27 |
| Inv# | 1760483 |
| Date | 09/30/19 |
| 08650118.000001 | - AHS |

E115

| | | | |
|---|---|---|---|
| 08/21/19 | E115 | Deposition Transcripts (A. Wilen – 8/3/19) | 1,073.25 |
| 08/28/19 | E115 | Deposition Transcripts (J.S. Victor – 8/16/19) | 455.95 |
| | | **TOTAL DISBURSEMENTS** | **$5,141.05** |

**DISBURSEMENT RECAP**

| Code | Description | Units | Total |
|---|---|---|---|
| E107 | Lexis | 165.00 | 228.85 |
| E109 | Local travel (train, taxi) | 19.00 | 1,258.23 |
| E110 | Local travel (lodging) | 6.00 | 1,773.82 |
| E111 | Meals (travel) | 6.00 | 350.95 |
| E115 | Deposition Transcripts | 2.00 | 1,529.20 |
| | **TOTAL DISBURSEMENTS** | | **$5,141.05** |
| | **TOTAL THIS INVOICE** | | **$201,016.05*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$205,559.00**) and fees at *Blended Rate* of $625 (**$195,875.00**) apply.