# Exhibit "A"

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 1 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City Healthcare LLC
 d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX 75034

FEI # 22-1920331

Re:   Creditors' Committee

---

For legal services rendered:

HOURS

## 102 - ASSET DISPOSITION

| Date | Atty | Code | Description | Hours |
|---|---|---|---|---|
| 09/02/19 | BM | 102 | Attend to issues regarding disposition of HUH's equipment. | 0.70 |
|  |  | 102 | Analysis of issues regarding STC financial performance and potential stalking horse bid. | 0.80 |
| 09/02/19 | GAK | 102 | Review motions to reject contracts. | 0.20 |
|  |  | 102 | Review certification regarding auction for Resident Program Assets. | 0.10 |
|  |  | 102 | Review notice of intent regarding sale of HUH and SCH. | 0.10 |
| 09/03/19 | BM | 102 | Prepare for hearing on motion sell residency program assets. | 1.90 |
| 09/03/19 | REB | 102 | Prepare for residents sale hearing by reviewing cases/regulations in connection with CMS objection. | 2.90 |
| 09/04/19 | AHS | 102 | Prepare for hearing on sale of resident's program assets. | 1.40 |
|  |  | 102 | Attend hearing on sale of resident's program assets. | 6.20 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 2 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

| Date | Atty | Task | Description | Hours |
|---|---|---|---|---|
| 09/04/19 | BM | 102 | Appear at hearing on motion to approve sale of residency program assets. | 6.20 |
|  |  | 102 | Analysis regarding proposed residency program asset purchase agreement. | 1.60 |
|  |  | 102 | Attend to revisions of proposed form of order approving sale of HUH residency program assets. | 0.70 |
|  |  | 102 | Analysis regarding US objection to residency program sale. | 0.80 |
|  |  | 102 | Analysis regarding proposed form of order approving residency program sale. | 1.10 |
| 09/04/19 | GAK | 102 | Review sale objection of the U.S. government. | 0.20 |
| 09/04/19 | REB | 102 | Review CMS objection to proposed residency sale to Jefferson. | 0.90 |
| 09/05/19 | AHS | 102 | Prepare for and attend hearing re: resident's program assets, including review of form of order and address issues regarding stay pending appeal and appellate issues regarding ruling. | 2.40 |
| 09/05/19 | BM | 102 | Appear at continued hearing on the motion to approve sale of HUH residency program assets. | 3.30 |
|  |  | 102 | Attend to revisions of proposed form of residency assets sale order. | 1.10 |
|  |  | 102 | Analysis regarding CMS's post-hearing objection to entry of sale order approving residency assets sale. | 0.70 |
|  |  | 102 | Attend to proposed post-bench ruling form of HUH residency assets sale order. | 1.10 |
| 09/05/19 | GAK | 102 | Review motion seeking reconsideration of order granting contract rejection. | 0.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  |
|---|---|---|
| Page | | 3 |
| Inv# | | 1760484 |
| Date | | 10/31/19 |
| 08650118.000001 | | - AHS |

| Date | Atty | Code | Description | Hours |
|---|---|---|---|---|
| 09/05/19 | REB | 102 | Review recent filings in connection with proposed HUH asset sale, including proposed sale order and APA. | 1.20 |
| 09/06/19 | AHS | 102 | Calls with counsel for Debtors and various creditors re: stay pending appeal issues. | 0.80 |
| | | 102 | Address issues re: form of order and emails re: same. | 0.40 |
| 09/06/19 | BM | 102 | Attend to proposed revisions of proposed form of order approving residency program sale. | 1.30 |
| | | 102 | Attend to issues regarding CMS's and DOH objections to proposed form of HUH residency sale order. | 0.70 |
| 09/06/19 | REB | 102 | Draft stipulation regarding deadline to challenge certain MidCap asserted liens and draft email to Committee in connection therewith. | 2.30 |
| | | 102 | Review revised proposed HUH sale order. | 0.40 |
| 09/08/19 | BM | 102 | Attend to issues regarding potential resolution of objections to form of residency sale order. | 1.30 |
| 09/09/19 | BM | 102 | Attend to issues regarding disposition of remaining assets of HUH. | 0.80 |
| | | 102 | Analysis of revisions based on status conference regarding form of residency sale order. | 0.60 |
| | | 102 | Appear at telephonic hearing on form residency sale order. | 1.10 |
| 09/09/19 | GAK | 102 | Review sale objection of U.S. Government. | 0.20 |
| 09/11/19 | BM | 102 | Attend to issues regarding STC sale process. | 0.90 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Page | 4 |
|  |  |  | Inv# | 1760484 |
|  |  |  | Date | 10/31/19 |
|  |  |  | 08650118.000001 | - AHS |

| Date | Atty | Code | Description | Hours |
|---|---|---|---|---|
|  |  | 102 | Analysis regarding filed objections to potential assumption and assignment of contracts in connection with STC sale. | 0.70 |
| 09/12/19 | AHS | 102 | Review and analysis of pleading filed by CMS in support of motion for a stay pending appeal and address response thereto. | 1.20 |
|  |  | 102 | Emails to Committee re: request for stay pending appeal and call from Committee member re: same. | 0.40 |
| 09/12/19 | BM | 102 | Analysis regarding US' appeal and motion for stay pending appeal of HUH residency assets sale order. | 1.40 |
|  |  | 102 | Attend to issues regarding STC sale process. | 0.70 |
| 09/13/19 | AHS | 102 | Review and revise statement in support of opposition to stay pending appeal and calls re: same. | 1.10 |
| 09/13/19 | BM | 102 | Analysis regarding brief in opposition to the United States' emergency motion for stay pending appeal of HUH residency assets sale order. | 1.30 |
|  |  | 102 | Analysis regarding filed objections and statements in response to motion to sell STC assets. | 1.20 |
|  |  | 102 | Attend to the Committee's joinder to the Debtors' opposition to CMS's stay motion. | 1.10 |
|  |  | 102 | Attend to issues regarding STC sale process. | 0.80 |
| 09/14/19 | AHS | 102 | Call with Debtors' counsel re: auction issues and extending bid deadline and emails from counsel for KPC re: bid deadline issues. | 0.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  |
|---|---|---|
| Page | | 5 |
| Inv# | | 1760484 |
| Date | | 10/31/19 |
| 08650118.000001 | | - AHS |

| Date | Atty | Task | Description | Hours |
|---|---|---|---|---|
| 09/14/19 | BM | 102 | Analysis regarding Jefferson's opposition to US motion for stay pending appeal. | 0.60 |
| 09/16/19 | AHS | 102 | Prepare for hearing re: CMS motion to stay appeal. | 0.50 |
| | | 102 | Email to Committee re: stay pending appeal issues. | 0.20 |
| | | 102 | Attend hearing re: CMS motion to stay appeal and follow up re: same. | 1.60 |
| 09/16/19 | BM | 102 | Attend to Committee's statement in support of the Debtors' opposition to the United States' emergency stay motion filed in the Third Circuit. | 0.40 |
| | | 102 | Analysis of issues and next steps in light of District Court's stay of order approving residency assets sale pending appeal. | 0.70 |
| | | 102 | Analysis regarding CMS' notice of filing an emergency motion for temporary administrative stay in the Third Circuit and reply in support of its motion for stay pending appeal. | 1.10 |
| | | 102 | Analysis regarding response in opposition to emergency motion for temporary administrative stay and petition for mandamus. | 0.70 |
| | | 102 | Attend to issues regarding STC sale process and extension of bid deadline. | 0.80 |
| 09/16/19 | GAK | 102 | Review notice regarding bid deadline and auction. | 0.20 |
| | | 102 | Emails to team regarding bid deadline and auction. | 0.20 |
| 09/17/19 | BM | 102 | Attend to issues regarding STC sale process. | 0.80 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  |
|---|---|---|
| Page | | 6 |
| Inv# | | 1760484 |
| Date | | 10/31/19 |
| 08650118.000001 | | - AHS |

| Date | Initials | Code | Description | Hours |
|---|---|---|---|---|
| 09/18/19 | AHS | 102 | Calls and emails to counsel for Debtors re: auction issues. | 0.20 |
| | | 102 | Review and analysis of bids received for St. Christopher. | 1.50 |
| | | 102 | Calls and emails with Committee and members re: St. Christopher bidding issues. | 0.40 |
| | | 102 | Review of letter for purchase of Hahnemann and email to Committee re: same. | 0.30 |
| 09/18/19 | BM | 102 | Prepare correspondence to Committee regarding received bids for STC. | 0.40 |
| | | 102 | Call with BRG regarding STC bids and auction issues. | 0.40 |
| | | 102 | Attend to issues regarding STC sale process. | 0.90 |
| | | 102 | Analysis of received bids for STC assets. | 2.30 |
| | | 102 | Attend to preparation for the auction of STC assets. | 1.20 |
| 09/18/19 | REB | 102 | Review and summarize bids for STC assets. | 3.90 |
| 09/19/19 | AHS | 102 | Attend and participate in auction for St. Christopher's Hospital for Children. | 13.40 |
| 09/19/19 | BM | 102 | Attend auction in connection with sale of STC assets. | 13.40 |
| | | 102 | Analysis of issues regarding Debtors' preliminary waterfall analysis. | 0.60 |
| 09/19/19 | REB | 102 | Review revised Tower/Drexel APA. | 0.90 |
| 09/20/19 | AHS | 102 | Attend auction/negotiation session with Tower/Drexel re: terms of APA, including meetings with all parties concerning acquisition of St. Christopher's. | 11.40 |
| 09/20/19 | BM | 102 | Attend continued auction in connection with sale of STC assets. | 12.30 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Page | 7 |
|  |  |  | Inv# | 1760484 |
|  |  |  | Date | 10/31/19 |
|  |  |  | 08650118.000001 | - AHS |

| Date | Atty | Task | Description | Hours |
|---|---|---|---|---|
|  |  | 102 | Attend to revisions of proposed Tower-Drexel APA and accompanying schedules. | 2.30 |
|  |  | 102 | Attend to proposed form of order approving sale of STC assets to Tower-Drexel. | 1.60 |
|  |  | 102 | Analysis regarding HSRE's Front Street lease. | 0.60 |
| 09/20/19 | REB | 102 | Draft post-closing cooperation language. | 0.50 |
| 09/22/19 | BM | 102 | Attend to proposed revisions of the APA in connection with sale of STC assets. | 1.30 |
|  |  | 102 | Attend to revisions of proposed form of order approving sale of STC's assets. | 1.10 |
| 09/23/19 | AHS | 102 | Prepare for sale hearing. | 0.40 |
|  |  | 102 | Attend sale hearing for St. Christopher's. | 3.30 |
| 09/23/19 | BM | 102 | Analysis regarding proposed resolutions of objections to approval of STC sale. | 0.90 |
|  |  | 102 | Attend to revisions of proposed form of STC sale order and asset purchase agreement. | 2.20 |
|  |  | 102 | Attend to preparation for hearing to approve STC sale. | 0.80 |
|  |  | 102 | Appear at hearing to approve sale of STC's assets. | 3.30 |
| 09/23/19 | GAK | 102 | Review status report re: stay pending appeal of sale. | 0.20 |
| 09/23/19 | REB | 102 | Prepare for St. Christopher's sale hearing. | 1.10 |
|  |  | 102 | Review proposed sale order and revised APA. | 1.40 |
| 09/24/19 | BM | 102 | Analysis regarding revised STC APA and proposed form of sale order. | 1.40 |
| 09/25/19 | BM | 102 | Analysis regarding presentation to Committee based on results of STC sale. | 0.40 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  |
|---|---|---|
| Page | 8 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
|  |  | 102 | Analysis regarding draft joint statement to District Court regarding relief from mandatory mediation and proposed appellate briefing schedule with CMS. | 0.60 |  |
| 09/27/19 | BM | 102 | Attend to issues regarding CMS's appeal of HUH residency sale order. | 0.60 |  |
|  |  | 102 | Analysis regarding designation of record on appeal (CMS). | 0.30 |  |
|  |  | **TASK TOTAL 102** |  | **152.60** | **110,857.00** |

**103 - BUSINESS OPERATIONS**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/02/19 | BM | 103 | Attend to potential resolution of KEIP issues. | 0.40 |  |
|  |  | **TASK TOTAL 103** |  | **0.40** | **290.00** |

**104 - CASE ADMINISTRATION**

| Date | Atty | Task | Description | Hours |
|---|---|---|---|---|
| 09/02/19 | GAK | 104 | Review notice regarding upcoming hearing and update case calendar. | 0.20 |
| 09/03/19 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 |
| 09/03/19 | GAK | 104 | Update case calendar. | 0.20 |
| 09/04/19 | GAK | 104 | Review hearing agenda and update case calendar. | 0.30 |
| 09/06/19 | BM | 104 | Analysis regarding HSRE's complaint and motion to appoint receiver against PropCos and Debtors' parent. | 1.10 |
| 09/06/19 | GAK | 104 | Review hearing agenda and update case calendar. | 0.20 |
| 09/09/19 | BM | 104 | Call with BRG regarding pending matters. | 0.30 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 9 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

| Date | Atty | Task | Description | Hours |
|---|---|---|---|---|
| 09/10/19 | GAK | 104 | Communications with Omni re: website. | 0.30 |
|  |  | 104 | Work on 1102 motion. | 0.40 |
| 09/11/19 | AHS | 104 | Call with counsel for Debtors re: sale issues and Tenet/Conifer issues. | 0.40 |
| 09/11/19 | BM | 104 | Prepare a status update for the Committee. | 0.60 |
| 09/11/19 | GAK | 104 | Review upcoming hearing agenda and update case calendar. | 0.30 |
|  |  | 104 | Review stipulation regarding deadline to challenge liens. | 0.10 |
|  |  | 104 | Draft information sharing procedures motion. | 5.50 |
|  |  | 104 | Draft update email to the Committee regarding 1102 motion. | 0.40 |
| 09/12/19 | BM | 104 | Prepare for 9/13/19 hearings. | 0.80 |
| 09/12/19 | GAK | 104 | Respond to creditor query regarding claim issues. | 0.30 |
| 09/13/19 | GAK | 104 | Review hearing agenda. | 0.10 |
| 09/16/19 | GAK | 104 | Addressing creditor queries. | 0.50 |
|  |  | 104 | Update case calendar. | 0.10 |
|  |  | 104 | Email A. Sherman regarding 1102 motion. | 0.10 |
|  |  | 104 | Email Debtors' counsel regarding 1102 motion. | 0.20 |
| 09/18/19 | GAK | 104 | Update 1102 motion based on comments of Omni. | 0.20 |
|  |  | 104 | Email local counsel regarding 1102 motion. | 0.10 |
|  |  | 104 | Emails with Debtors' counsel and Omni regarding 1102 motion. | 0.20 |
| 09/19/19 | BM | 104 | Prepare an update to Committee regarding STC auction. | 0.40 |
| 09/19/19 | GAK | 104 | Review upcoming hearing agenda. | 0.10 |
|  |  | 104 | Update case calendar. | 0.60 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 10 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

| Date | Atty | Task | Description | Hours |  |
|---|---|---|---|---|---|
| 09/20/19 | GAK | 104 | Update case calendar. | 0.20 | |
|  |  | 104 | Review upcoming hearing agenda and emails to team regarding same. | 0.20 | |
| 09/23/19 | GAK | 104 | Review hearing agenda and update case calendar. | 0.40 | |
| 09/24/19 | GAK | 104 | Update case calendar. | 0.20 | |
| 09/25/19 | BM | 104 | Call with BRG's regarding potential waterfall scenarios. | 0.50 | |
| 09/26/19 | BM | 104 | Prepare correspondence to Committee regarding Tenet-Conifer mediation. | 0.40 | |
|  |  | 104 | Analysis of proposed mediation agreement for Tenet-Conifer mediation provided by Judge Fitzgerald. | 0.40 | |
|  |  | 104 | Initial call with Judge Fitzgerald regarding Tenet-Conifer mediation. | 0.50 | |
|  |  | 104 | Initial call with Judge Fitzgerald regarding Tenet/Conifer mediation. | 0.40 | |
| 09/26/19 | GAK | 104 | Update case calendar. | 0.10 | |
| 09/29/19 | BM | 104 | Follow up call with Judge Fitzgerald and mediation parties regarding mediation process. | 0.70 | |
|  |  | **TASK TOTAL 104** |  | **18.40** | **11,068.00** |

**105 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Atty | Task | Description | Hours |
|---|---|---|---|---|
| 09/03/19 | BM | 105 | Attend to issues regarding dispute of MidCap's lien on proceeds of residency program assets. | 0.80 |
| 09/04/19 | BM | 105 | Analysis regarding Tenet/Conifer's proposed settlement term sheet. | 0.60 |
| 09/06/19 | BM | 105 | Attend to stipulation and reservation of challenge rights with MidCap. | 0.80 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 11 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/10/19 | BM | 105 | Attend to issues regarding Tenet/Conifer's post-petition claims. | 1.10 | |
|  |  | 105 | Analysis regarding HSRE post-petition claims. | 0.80 | |
| 09/14/19 | BM | 105 | Attend to proposed form of order establishing certain post-petition amounts payable to Tenet-Conifer and directing mediation. | 0.70 | |
| 09/16/19 | BM | 105 | Attend to revisions of proposed form of mediation order. | 0.60 | |
| 09/17/19 | BM | 105 | Attend to issues regarding Tenet-Conifer mediation. | 0.40 | |
| 09/18/19 | BM | 105 | Attend to issues regarding Tenet-Conifer mediation. | 1.10 | |
| 09/25/19 | BM | 105 | Attend to issues regarding mediation with Tenet-Conifer. | 0.60 | |
| 09/27/19 | BM | 105 | Analysis of documents produced by the Debtors in connection with Tenet-Conifer mediation. | 2.30 | |
| 09/29/19 | BM | 105 | Attend to proposed mediation agreement. | 0.60 | |
| | | **TASK TOTAL 105** | | **10.40** | **7,540.00** |

**106 - EMPLOYEE BENEFITS/PENSIONS**

| Date | Atty | Task | Description | Hours |
|---|---|---|---|---|
| 09/03/19 | BM | 106 | Attend to issues regarding KEIP structure. | 0.30 |
| 09/03/19 | GAK | 106 | Communications with B. Mankovetskiy regarding KEIP objection. | 0.10 |
|  |  | 106 | Review unsealed exhibit and motion. | 0.30 |
| 09/11/19 | BM | 106 | Attend to resolution of Committee's objections to proposed KEIP. | 0.70 |
| 09/17/19 | BM | 106 | Attend to potential resolution of objections to proposed KEIP. | 0.40 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 12 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/18/19 | BM | 106 | Attend to Committee's objection to KEIP motion. | 0.50 | |
| 09/19/19 | BM | 106 | Attend to resolution of KEIP objections. | 0.40 | |
| 09/19/19 | GAK | 106 | Communications with B. Mankovetskiy regarding KEIP. | 0.10 | |
| 09/22/19 | BM | 106 | Attend to revised proposed order resolving Committee's objection and approving the KEIP. | 0.40 | |
| | | | **TASK TOTAL 106** | **3.20** | **2,220.00** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/30/19 | GAK | 107 | Work on first fee application. | 0.40 | |
| | | | **TASK TOTAL 107** | **0.40** | **210.00** |

**108 - FEE/EMPLOYMENT OBJECTIONS**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/04/19 | GAK | 108 | Review OCP Declarations and summarize same for B. Mankovetskiy. | 0.40 | |
| | | | **TASK TOTAL 108** | **0.40** | **210.00** |

**109 - FINANCING**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/06/19 | AHS | 109 | Review of draft MidCap stipulation and address lien issues, including alleged lien on resident's sale assets. | 0.70 | |
| | | 109 | Email to Committee re: MidCap issues. | 0.30 | |
| 09/10/19 | AHS | 109 | Address issues re: MidCap challenge stipulation. | 0.30 | |
| | | | **TASK TOTAL 109** | **1.30** | **1,033.50** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 13 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

## 110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)

| Date | Atty | Task | Description | Hours |
|---|---|---|---|---|
| 09/04/19 | REB | 110 | Draft complaint re: Midcap liens. | 3.10 |
| 09/05/19 | REB | 110 | Research and draft MidCap complaint for declaratory judgment. | 5.60 |
| 09/06/19 | REB | 110 | Research re: Complaint against MidCap in connection with Court's HUH sale ruling. | 4.40 |
| 09/12/19 | REB | 110 | Research issues in connection CMS motion for stay pending appeal. | 3.20 |
|  |  | 110 | Review CMS filings in connection with stay pending appeal and appeal of HUH Sale Order. | 2.40 |
| 09/13/19 | REB | 110 | Draft Committee Joinder to Debtors' opposition to CMS motion for stay pending appeal. | 6.40 |
|  |  | 110 | Review and revise committee joinder re: opposition to CMS motion. | 1.40 |
| 09/15/19 | REB | 110 | Read Jefferson reply to CMS stay motion. | 0.70 |
| 09/16/19 | REB | 110 | Draft joinder to Debtors' opposition to CMS emergency motion filed in Third Circuit. | 2.90 |
|  |  | 110 | Review filings in District Court and Third Circuit including CMS reply to Debtors, Committee and Jefferson opposition to stay pending appeal, CMS emergency stay motion filed in Third Circuit and Debtors' response in opposition to same. | 3.20 |

**TASK TOTAL 110**                                          **33.30         18,148.50**

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 14 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

## 114 - RELIEF FROM STAY PROCEEDINGS

| Date | Atty | Task | Description | Hours |  |
|---|---|---|---|---|---|
| 09/12/19 | AHS | 114 | Calls with counsel for Debtors re: Tenet/Conifer issues in preparation for hearing. | 0.40 | |
| 09/12/19 | BM | 114 | Attend to issues regarding potential resolution of Tenet/Conifer's motion for stay relief. | 1.20 | |
| 09/13/19 | AHS | 114 | Prepare for and attend hearing/chamber's conference re: Tenet/Conifer lift stay and follow with counsel for Debtors after hearing. | 3.40 | |
| 09/13/19 | BM | 114 | Appear at hearing on Tenet-Conifer's motion for stay relief. | 2.90 | |
|  |  | 114 | Analysis regarding status report in connection with Tenet/Conifer stay relief motion. | 0.60 | |
| 09/15/19 | AHS | 114 | Review of Tenet/Conifer lift stay order and emails re: same. | 0.40 | |
| 09/16/19 | BM | 114 | Attend telephonic hearing on CMS's motion for stay pending appeal. | 0.90 | |
| 09/18/19 | AHS | 114 | Address issues re: Tenet/Conifer form of order and conference with Court. | 0.30 | |
| 09/19/19 | BM | 114 | Attend teleconference with the Court regarding form of order granting in part Tenet-Conifer's motion for stay relief. | 0.40 | |
|  |  |  | **TASK TOTAL 114** | **10.50** | **7,927.50** |

## 116 – TRAVEL (50% of non-working travel billed)

| 09/04/19 | AHS | 116 | Travel back and forth to Delaware for resident's program sale hearing. (3.00) | 1.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 15 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

| Date | Atty | Task | Description | Hours | |
|---|---|---|---|---|---|
| 09/05/19 | AHS | 116 | Travel to and from Delaware re: hearing on ruling regarding resident's program. (3.00) | 1.50 | |
| 09/13/19 | AHS | 116 | Travel to and from Delaware re: hearing on Tenet/Conifer lift stay. (3.00) | 1.50 | |
| 09/19/19 | AHS | 116 | Travel to auction for St. Christopher's Children's Hospital. (2.00) | 1.00 | |
| 09/20/19 | AHS | 116 | Travel back from auction/session re: APA. (2.00) | 1.00 | |
| 09/23/19 | AHS | 116 | Travel to and from St. Christopher's sale hearing. (3.00) | 1.50 | |
|  |  |  | **TASK TOTAL 116** | **8.00** | **6,360.00** |
|  |  |  | **TOTAL FEES at Standard Rates** | **238.90** | **$165,864.50** |
|  |  |  | **TOTAL FEES at Blended Rate of $625** | **238.90** | **$149,312.50** |

## TASK CODE SUMMARY

| Code | Description | Hours | Amount |
|---|---|---|---|
| 102 | Asset Disposition | 152.60 | 110,857.00 |
| 103 | Business Operations | 0.40 | 290.00 |
| 104 | Case Administration | 18.40 | 11,068.00 |
| 105 | Claims Administration and Objections | 10.40 | 7,540.00 |
| 106 | Employee Benefits/Pensions | 3.20 | 2,220.00 |
| 107 | Fee/Employment Applications | 0.40 | 210.00 |
| 108 | Fee/Employment Objections | 0.40 | 210.00 |
| 109 | Financing | 1.30 | 1,033.50 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 33.30 | 18,148.50 |
| 114 | Relief from Stay Proceedings | 10.50 | 7,927.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 16 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| | 116 | Travel | | 8.00 | 6,360.00 |
| | | **TOTAL FEES at Standard Rates** | | **238.90** | **$165,864.50** |
| | | **TOTAL FEES at Blended Rate of $625** | | **238.90** | **$149,312.50** |

**FEE RECAP**

| | | | | | |
|---|---|---|---|---|---|
| | AHS | Andrew H. Sherman | $795.00 | 61.80 | 49,131.00 |
| | BM | Boris Mankovetskiy | $725.00 | 113.90 | 82,577.50 |
| | REB | Rachel E. Brennan | $545.00 | 48.80 | 26,596.00 |
| | GAK | Gregory A. Kopacz | $525.00 | 14.40 | 7,560.00 |
| | | **TOTAL FEES at Standard Rates** | | **238.90** | **$165,864.50** |
| | | **TOTAL FEES at Blended Rate of $625** | | **238.90** | **$149,312.50** |

**DISBURSEMENT DETAIL**

E101
| | | | | |
|---|---|---|---|---|
| 07/22/19 | E101 | Copying | | 0.50 |
| 08/26/19 | E101 | Copying | | 1.00 |
| 08/26/19 | E101 | Copying | | 0.20 |
| 08/27/19 | E101 | Copying | | 0.10 |

E105
| | | | | |
|---|---|---|---|---|
| 07/24/49 | E105 | Telephone | | 4.38 |
| 08/08/19 | E105 | Telephone | | 1.97 |

E107
| | | | | |
|---|---|---|---|---|
| 09/03/19 | E107 | Pacer | | 0.10 |
| 09/03/19 | E107 | Pacer | | 3.00 |
| 09/03/19 | E107 | Pacer | | 0.50 |

**SILLS CUMMIS & GROSS**
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |  |
|---|---|---|
| Page | | 17 |
| Inv# | | 1760484 |
| Date | | 10/31/19 |
| 08650118.000001 | | - AHS |

| Date | Code | Description | Amount |
|---|---|---|---:|
| 09/03/19 | E107 | Pacer | 0.90 |
| 09/03/19 | E107 | Pacer | 0.30 |
| 09/03/19 | E107 | Pacer | 0.80 |
| 09/03/19 | E107 | Pacer | 2.00 |
| 09/03/19 | E107 | Pacer | 0.30 |
| 09/03/19 | E107 | Pacer | 0.30 |
| 09/03/19 | E107 | Pacer | 0.30 |
| 09/03/19 | E107 | Pacer | 0.30 |
| 09/03/19 | E107 | Pacer | 0.60 |
| 09/03/19 | E107 | Pacer | 0.40 |
| 09/03/19 | E107 | Pacer | 0.30 |
| 09/03/19 | E107 | Pacer | 2.20 |
| 09/03/19 | E107 | Pacer | 0.30 |
| 09/03/19 | E107 | Pacer | 0.20 |
| 09/03/19 | E107 | Pacer | 3.00 |
| 09/03/19 | E107 | Lexis | 62.12 |
| 09/05/19 | E107 | Lexis | 20.70 |
| 09/05/19 | E107 | Pacer | 3.00 |
| 09/05/19 | E107 | Pacer | 0.50 |
| 09/05/19 | E107 | Pacer | 3.00 |
| 09/05/19 | E107 | Pacer | 0.10 |
| 09/05/19 | E107 | Pacer | 3.00 |
| 09/05/19 | E107 | Pacer | 0.10 |
| 09/05/19 | E107 | Pacer | 3.00 |
| 09/05/19 | E107 | Pacer | 0.30 |
| 09/05/19 | E107 | Pacer | 3.00 |
| 09/06/19 | E107 | Pacer | 0.10 |
| 09/06/19 | E107 | Pacer | 3.00 |
| 09/06/19 | E107 | Pacer | 0.10 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 18 |
| Inv# | 1760484 |
| Date | 10/31/19 |
| 08650118.000001 | - AHS |

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/06/19 | E107 | Pacer | 3.00 |
| 09/06/19 | E107 | Lexis | 93.18 |
| 09/13/19 | E107 | Lexis | 93.18 |
| 09/16/19 | E107 | Pacer | 0.10 |
| 09/16/19 | E107 | Pacer | 0.10 |
| 09/16/19 | E107 | Pacer | 0.30 |
|  |  | **TOTAL DISBURSEMENTS** | **$315.83** |

**DISBURSEMENT RECAP**

| Code | Description | Units | Total |
|---|---|---|---|
| E101 | Copying | 18.00 | 1.80 |
| E105 | Telephone | 2.00 | 6.35 |
| E107 | Lexis | 38.00 | 307.68 |
|  | **TOTAL DISBURSEMENTS** |  | **$315.83** |
|  | **TOTAL THIS INVOICE** |  | **$149,628.33*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$165,864.50**) and fees at *Blended Rate* of $625 (**$149,312.50**) apply.