**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket No. 867** |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED
PROPOSED ORDER GRANTING MOTION FOR PAYMENT OF
ADMINISTRATIVE EXPENSES OF PHILADELPHIA HOSPITAL
AND HEALTH CARE EMPLOYEES - DISTRICT 1199C TRAINING
AND UPGRADING FUND AND (B) NO OBJECTION TO SAME**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1. On October 16, 2019, the *Motion for Payment of Administrative Expenses of Philadelphia Hospital and Health Care Employees - District 1199C Training and Upgrading Fund* [Docket No. 867] (the "**Motion**")[2] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 867], objections to the Motion were to be filed by November 5, 2019 at 4:00 p.m. (prevailing Eastern Time), which deadline was extended for counsel to the Debtors to December 3, 2019 (collectively, the "**Objection Deadline**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein have the meaning stated in the Motion.

36220580.1 12/02/2019

3. Prior to the Objection Deadline, the Debtors conferred with counsel to the Philadelphia Hospital and Health Care Employees - District 1199C Training and Upgrading Fund (the "**Training Fund**") concerning the Debtors' informal response to the Motion.

4. Through these discussions, the Debtors and the Training Fund resolved the issues raised in the Motion.

5. Attached hereto as **Exhibit "A"** is a revised proposed order that incorporates changes agreed upon by the Debtors and the Training Fund (the "**Revised Order**"). Attached hereto as **Exhibit "B"** is a blackline of the Revised Order that reflects the changes made to the original order accompanying the Motion.

6. The Debtors have confirmed that the Revised Order is acceptable to counsel to the Training Fund.

*[remainder of page left intentionally blank]*

-3-

7. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: December 2, 2019  **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*