# EXHIBIT B

**Blackline Order**

36220580.1 12/02/2019

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ~~IN RE~~In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE~~-~~, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.[1] | : | Case No. 19-11466 ~~KG~~ (KG) |
| | : | ~~Chapter 11~~ |
| ~~Debtor.~~,[1] | : | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 867 and __ |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR PAYMENT OF ADMISTRATIVE EXPENSES OF
PHILADELPHIA HOSPITAL AND HEALTH CARE EMPLOYEES -
DISTRICT 1199C TRAINING AND UPGRADING FUND**

Upon consideration of the *Motion for Payment of Administrative Expenses of Philadelphia Hospital and Health Care Employees - District 1199C Training and Upgrading Fund* (the "**Motion**");[2] and upon consideration of all objections and responses ~~to~~ to the Motion, if any~~,~~; and due and proper notice of the Motion having been given; and it appearing that no

---

[†] ~~The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Health Systems, LLC (8165), HPS of PA, L.L.C., (1617), SCHC Pediatric Associates, L.L.C., (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, LLC. (5534), TPS III of PA, L.L.C (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.~~

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

other or further notice of the Motion is required; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The ~~Debtor shall prepare and submit outstanding remittance reports, for May 2019, June 2019, July 2019 and August 2019 to the~~ Trustees of the Philadelphia Hospital and Health Care Employees - District 1199C Training and Upgrading (~~"Training Fund") within five days of the date of this Order.~~ the "**Training Fund**") shall have an allowed administrative expense claim against Center City Healthcare LLC d/b/a Hahnemann University Hospital) in the amount of $35,932.36 (the "**Administrative Claim**") on account of post-petition contributions for August 2019.

~~3. The Administrative Claim in favor of the Training Fund shall be the same hereby ENTERED in the amount of the unpaid post-petition contributions for July 2019 and August 2019 owed as determined by the remittance reports submitted by the Debtor for July 2019 and August 2019, in accordance with this Order.~~

3. ~~4.~~ This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

4. ~~5. The Trustees of the Philadelphia Hospital and Health Care Employees – District 1199C Training and Upgrading Fund~~ The Training Fund and the Debtors may take any actions necessary to enforce the terms of this Order.

5. Omni Agent Solutions, the Debtors' official claims agent, is authorized to take any and all actions necessary to effectuate this Order including, without limitation, amending the claims register in these chapter 11 cases to reflect the Administrative Claim.

36133561.1 10/30/2019
36133561.2 12/02/2019

3

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

~~Wilmington, Delaware~~
~~Date: _____, 2019~~

~~THE HONORABLE KEVIN GROSS~~
~~UNITED STATES BANKRUPTCY JUDGE~~

3

~~36133561.1 10/30/2019~~
36133561.2 12/02/2019