**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>Re: Docket No. 1030 |

**RESERVATION OF RIGHTS OF THE NON-DEBTOR PAHH ENTITIES WITH
RESPECT TO MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER
APPROVING SETTLEMENT TERM SHEET BETWEEN THE DEBTORS, TENET
BUSINESS SERVICES CORPORATION, TENET HEALTHCARE CORPORATION,
CONIFER HEALTH SOLUTIONS, LLC, CONIFER REVENUE CYCLE SOLUTIONS,
LLC AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Philadelphia Academic Health Holdings, LLC ("PAHH"), American Academic Health System, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, Paladin Healthcare Capital, LLC, MBNF Investments, LLC, Philadelphia Academic Risk Retention Group, LLC, and Joel Freedman (collectively the "Non-Debtor PAHH Entities"), by and through their undersigned counsel, hereby submit this reservation of rights (the "Reservation of Rights") with respect to the *Motion of the Debtors for Entry of an Order Approving Settlement Term Sheet Between the Debtors, Tenet Business Services Corporation, Tenet Healthcare Corporation, Conifer Health Solutions, LLC,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Conifer Revenue Cycle Solutions, LLC and the Official Committee of Unsecured Creditors* [Docket No. 1030] (the "Settlement Motion")[2] and respectfully state as follows:

## RESERVATION OF RIGHTS

1. PAHH, one of the Non-Debtor PAHH Entities, is Purchasers Representative under the Asset Sale Agreement ("ASA") dated August 31, 2017, as amended, pursuant to which certain of the Debtors and other non-Debtor parties, purchased the businesses of Hahnemann University Hospital and St. Christopher's Hospital for Children (together, the "Hospitals") and certain related assets, including the Hospitals' related physician practice groups, from Tenet and its affiliates. In connection with the ASA, Philadelphia Academic Health System, LLC ("PAHS"), one of the Debtors in the above-captioned case, entered into a Master Services Agreement with Conifer (the "MSA") and a Transition Services Agreement with Tenet (the "TSA").

2. The MSA and the TSA have resulted in ongoing disputes between the Debtors and Conifer and Tenet related to payments due under the MSA and TSA, respectively. To resolve their respective disputes in connection with the MSA and the TSA, the Court ordered the Debtors, the Tenet Parties, and the Committee to engage in mediation [Docket No. 733]. The Settlement Term Sheet resulted from that mediation.

3. The Settlement Term Sheet is clear that none of the Non-Debtor PAHH Entities are subject to the releases provided therein. The Settlement Term Sheet states that "[t]he releases contemplated by this Term Sheet are without prejudice to any Non-Released Party's rights with respect to Tenet and Conifer under the ASA; and/or any Non-Released Party's rights in any pending litigation currently brought by a Non-Released Party against Tenet and/or Conifer." Settlement Motion, Exhibit 1 at 6 n.3. The term "Non-Released Party" includes "(a) Joel

---

[2] Capitalized terms used but not defined herein shall have the meanings used in the Settlement Motion.

2

Freedman; (b) Front Street Healthcare Properties, LLC; (c) Front Street Healthcare Properties II, LLC; (d) Broad Street Healthcare Properties, LLC; (e) Broad Street Healthcare Properties II, LLC; (f) Broad Street Healthcare Properties III, LLC; (g) Philadelphia Academic Health Holdings, LLC; (h) Paladin Healthcare Capital, LLC; (i) American Academic Health System, LLC; and (j) MBNF Investments, LLC." *Id.* at 6 n.2.[3]

        4.      The Non-Debtor PAHH Entities do not object to the Settlement Motion based on that limitation to the releases provided therein and the understanding that the settlement does not prejudice any of the Non-Debtor PAHH Entities' rights, including their right to pursue any claims in any pending or future litigation against Tenet or Conifer. The Non-Debtor PAHH Entities file this reservation of rights to reserve all of their rights with respect to the Settlement Motion including their right to object to the Settlement if there is an assertion that the Settlement impacts any of the Non-Debtor PAHH Entities' rights or claims (whether or not those claims have already been asserted in a lawsuit).

        5.      The Non-Debtor PAHH Entities also reserve all of their rights to amend, modify, supplement, or otherwise revise this Reservation of Rights, without limitation, as necessary or appropriate to assert grounds for objecting to the settlement among the Debtors, the Tenet Parties, and the Committee, or to take any further action with respect to the settlement.

---

[3] The Non-Debtor PAHH Entities who are filing this Reservation of Rights include those Non-Released Parties as well as other parties. For the avoidance of doubt, *all* Non-Debtor PAHH Entities (as defined in the first paragraph above) are reserving their rights through this filing.

Dated: December 2, 2019
      Wilmington, Delaware

    */s/ Brendan J. Schlauch*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:   (302) 651-7700
Fax:  (302) 651-7701
Email:  collins@rlf.com
         merchant@rlf.com
         schlauch@rlf.com

-and-

Suzzanne Uhland
Diana M. Perez
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel:   (212) 326-2000
Fax:  (212) 326-2061
Email:  suhland@omm.com
         dperez@omm.com

*Attorneys for Philadelphia Academic Health Holdings LLC, Front Street Healthcare Properties LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, Paladin Healthcare Capital, LLC, MBNF Investments, LLC, Philadelphia Academic Risk Retention Group, LLC, and Joel Freedman*