**EXHIBIT C**

## NOTICE OF INTENT TO FILE MECHANICS' LIEN CLAIM
Pursuant to 49 P.S. § 1501

TO:   Broad Street Healthcare Properties, LLC
      c/o Cogency Global Inc.
      600 North 2nd Street
      Harrisburg, PA  17101

FROM: Shelly Electric Company, Inc.
      1126 Callowhill Street
      Philadelphia, PA  19132

**PLEASE TAKE NOTICE** that Shelly Electric Company, Inc., furnished labor and materials to:

   Broad Street Healthcare Properties, LLC
   c/o Cogency Global Inc.
   600 North 2nd Street
   Harrisburg, PA  17101

in the execution of its contract with Green Generation Solutions, LLC as follows:

1. The Subcontractor Claimant, Shelly Electric Company, Inc., has a place of business at 1126 Callowhill Street, Philadelphia, Pennsylvania  19132.

2. The owner is Broad Street Healthcare Properties, LLC with a registered agent for service of Cogency Global Inc., 600 North 2nd Street, Harrisburg, PA  17101.

3. Shelly Electric Company, Inc. furnished labor and materials including the installation of 1,620 LED light fixtures and lamps at 222-48 North Broad Street, Philadelphia, PA  19102, pursuant to its subcontract with Green Generation Solutions, LLC entered into on or around October 16, 2018.

4. Shelly Electric Company, Inc. last supplied labor and materials to 222-48 North Broad Street, Philadelphia, PA  19102, on May 31, 2019.

5. Green Generation Solutions, LLC, despite repeated demand, remains indebted to Shelly Electric Company, Inc. for $58,439.01 for the labor and materials supplied to 222-48 North Broad Street, Philadelphia, PA  19102.

6. The Claimant intends to file a mechanics' lien on the property located at 222-48 North Broad Street, Philadelphia, PA  19102, a/k/a Philadelphia OPA #772025002.

                              LEONARD A. WINDISH, P.C.

Dated:  10/18/19      By:  _____
                              LEONARD A. WINDISH
                              1835 Market Street, Suite 1215
                              Philadelphia, PA  19109
                              (215) 979-7605
                              Attorneys for Claimant Shelly Electric Company, Inc.