# **CERTIFICATE OF SERVICE**

      I, Brendan J. Schlauch, hereby certify that on December 2, 2019, I caused copies of the foregoing *Limited Objection and Reservation of Rights of Broad Street Healthcare Properties, LLC to the Debtors' Motion for an Order Further Extending the Deadline for the Deadlines to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* to be served upon the parties on the attached list via hand delivery (local) or first class mail (non-local).

                                                   */s/ Brendan J. Schlauch*
                                                   Brendan J. Schlauch (No. 6115)

Albert Einstein Healthcare Network
Attn: Penny J. Rezet
5501 Old York Rd
Philadelphia, PA 19141

Arent Fox LLP
Attn: George Angelich/ Phillip Khezri
1301 Ave of the Americans, Fl 42
New York, NY 10019

Ashby & Geddes, P.A.
Attn: Gregory Taylor / Katharina Earle
500 Delaware Ave, 8th Fl.
P.O. Box 1150
Wilmington, DE 19899-1150

Attorney for the City of PA, City of PA Law Depart
Attn: Megan Harper
1401 JFK Building, 5th FL
Philadelphia, PA 19102-1595

Ballard Spahr LLP
Attn: Vincent J. Marriott
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Ballard Spahr LLP
Attn: Tobey M. Daluz
Attn: Chantelle D. McClamb
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Barnes & Thornburg LLP
Attn: David Powlen/Kevin Collins
1000 N West St, Ste 1500
Wilimington, DE 19801

Bayard, P.A.
Attn: Justin Alberto/ Sophie Macon
600 N King St, Ste 400
Wilmington, DE 19801

Berger Law Group, P.C.
Attn: Phillip Berger/Matthew Kaufmann
919 Conestoga Rd., Bldg. 3, Ste. 114
Rosemont, PA 19010

Biellli & Klauder, LLC
Attn: David Klauder
1204 N King St.
Wilmington, DE 19801

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17 Fl
San Francisco, CA 94105-3493

Ciardi Ciardi & Astin
Attn: Daniel Astin/ Joseph McMahon
1204 N. King St
Wilmington, DE 19801

Ciardi Ciardi & Astin
Attn: Albert Ciardi
One Commerce Square, Ste 3500
2005 Market St
Philadelphia, PA 19103

City of Philadelphia
Attn: Law Dept
1515 Arch St, 17th Fl
Philadelphia, PA 19102

Commonwealth of PA, Dept of Labor and Industry
Collection Support Unit
Attn: Deb Secrest
651 Boas St, Rm 925
Harrisburg, PA 17121

Denton US, LLP
Attn: Oscar Pinkas/ Lauren Macksoud
1221 Ave of the Americans
New York, NY 10020

Dilworth Paxson
Attn: Peter Hughes
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

DLA Piper LLP
Attn: Stuart M. Brown
1201 N Market St, Ste 2100
Wilmington, DE 19801

DLA Piper LLP
Attn: Richard A. Chesley
444 W Lake St, Ste 900
Chicago, IL 60606

Drexel University College of Medicine
c/o Cozen O'Connor
Attn: Stephen A. Cozen, Esq.
One Liberty Place
1650 Market St, Ste 2800

Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621

Drinker Biddle & Reath LLP
Attn: Marita S. Erbeck
600 Campus Dr
Florham Park, NJ 07932-1047

Duane Morris LLP
Attn: Mairi V. Luce
30 S 17th St
Philadelphia, PA 19103-4196

Duane Morris LLP
Attn: Jarret Hitchings
222 Delaware Ave, Ste 1600
Wilmington, DE 19801-1659

Fineman Krekstein & Harris, PC
Attn: Deirdre M. Richards
1300 N. King St
Wilmington, DE 19801

Fox Rothschild LLP
Attn: Thomas Horan
919 N Market St, Ste 300
Wilmington, DE 19899-2323

Freedman & Lorry, P.C.
C/o Susan A. Murray
Attn: Training & Upgrading Fund
1601 Market St, Ste 1500
Philadelphia, PA 19103

Gibbons P.C.
Attn: Howard A. Cohen
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

Gibbons P.C.
Attn: Dale E. Barney
One Gateway Center
Newark, NJ 07102-5310

Gibbons P.C.
Attn: N Songonuga/ R Malone/ D Crapo
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

| | |
|---|---|
| Greenberg Traurig, LLP<br>Attn: Dennis A. Meloro<br>The Nemours Building<br>1007 N Orange St, Ste 1200<br>Wilmington, DE 19801 | Greenberg Traurig, LLP<br>Attn: Nancy A. Peterman<br>77 W Wacker Dr, Ste 3100<br>Chicago, IL 60601 |
| Hogan & McDaniel<br>Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick<br>1311 Delaware Ave<br>Wilmington, DE 19805 | Honigman LLP<br>Attn: E Todd Sable/ Lawrence A.Lichtman<br>2290 First National Building<br>660 Woodward Ave<br>Detroit, MI 48226 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | International Brotherhood of<br>Electrical Workers, Local 98<br>1701 Spring Garden St<br>Philadelphia, PA 19130 |
| JD Thompson Law<br>C/O Sodexo, Inc.<br>Attn: Judy D. Thompson<br>P.O. Box 33127<br>Charlotte, NC 28233 | Jeffer Mangels Butler & Mithcell LLP<br>Attn: Marianne S. Martin<br>1900 Ave of the Stars, 7th FL<br>Los Angeles, CA 90067 |
| Jones Walker LLP<br>Attn: Jeffrey R. Barber<br>190 E Capitol St, Ste 800<br>P.O. Box 427<br>Jackson, MS 39205-0427 | Kirkland & Ellis LLP<br>Attn: Nicole Greenblatt<br>601 Lexington Ave<br>New York, NY 10022 |

Kirkland & Ellis LLP
Attn: Stephen Hackney/Gregory Pesce
300 N LaSalle
Chicago, IL 60654

Kurtzman, Steady, LLC.
Attn: Jeffrey Kurtzman
401 S 2nd St, Ste 200
Philadelphia, PA 19147

Law Offices of Mitchell J. Malzberg, LLC
Attn: Mitchell J. Malzberg
P.O. Box 5122
6 E Main St, Ste 7
Clinton, NJ 08809

Markowitz & Richman
Attn: Jonathan Walters, Esquire
123 South Broad St, Ste 2020
Philadelphia, PA 19109

Markowitz and Richman
Attn: Claiborne S. Newlin
Legal Arts Building
1225 King St, Ste 804
Wilmington, DE 19801

Maron Marvel Bradley Anderson & Tardy, LLC.
Attn: Stephanie A. Fox
1201 N Market St, Ste 900
Wilmington, DE 19801

Mattleman Weinroth & Miller, P.C
Attn: Christina Pross
200 Continental Drive, Ste 215
Newark, DE 19713

McCarter & English, LLP
Attn: William F. Taylor
Renaissance Centre
405 N King St, 8th Fl
Wilmington, DE 19801

Med One Capital Funding, LLC.
c/o Ray Quinney & Nebecker, P.C
Attn: David H. Leigh
36 S State St, 14th FL
Salt Lake City, UT 84111

Moye White LLP
Attn: Timothy M. Swanson/Vikrama S. Chandrashekar
1400 16th St, 6th Fl
Denver, CO 80202

| | |
|---|---|
| National Union of Hospital and Healthcare Employees, District 1199C<br>1319 Locust St<br>Philadelphia, PA 19107 | National Union of Hospital and Healthcare Employees, AFSCME, AFL-CIO<br>1319 Locust St<br>Philadelphia, PA 19107 |
| O'Donoghue & O'Donoghue LLP<br>Attn: Lance Geren, Esq.<br>325 Chestnut St, Ste 600<br>Philadelphia, PA 19106 | Office of Attorney General<br>Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith<br>The Phoenix Building<br>1600 Arch St, 3rd Fl<br>Philadelphia, PA 19103 |
| Office of the Attorney General<br>Attn: Josh Shapiro, Esquire<br>Attn: Bankruptcy Dept<br>16th Fl, Strawberry Square<br>Harrisburg, PA 17120 | Office of the United States Attorney for the District of Delaware<br>Attn: David C. Weiss, Esquire<br>Hercules Building<br>1313 N Market St |
| Office of The United States Trustee<br>Attn: Benjamin Hackman<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519 | Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones/Timothy Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |
| Pearlman & Miranda, LLC.<br>Attn: Patricia A Celano<br>110 Edison Pl, Ste 301<br>Newark, NJ 07102 | Pennsylvania Association of Staff Nurses and Allied Professionals<br>1 Fayette Street, Suite 475<br>Conshohocken, PA 19428 |

| | |
|---|---|
| Pennsylvania Department of Health<br>Attn: Dr. Rachel Levine<br>Health and Welfare Building<br>625 Forester St, 8th FL W<br>Harrisburg, OA 17120 | Pepper Hamilton, LLP<br>Attn: Francis J. Lawall<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 |
| Pepper Hamilton, LLP<br>Attn: Marcy J. McLaughlin<br>1313 N Market St, P.O. Box 1709<br>Hercules Plaza, Ste 5100<br>Wilmington, DE 19899-1709 | Polsinelli P.C<br>Attn: Christopher A. Ward<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti/Monique DiSabatino<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton/Adam Isenberg<br>Attn: Aaron Applebaum<br>Centre Square West<br>1500 Market Street, 38th Floor |
| Schnader Harrison Segal & Lewis LLP<br>Attn: Richard A. Barkasy<br>824 N. Market St, Ste 800<br>Wilmington, DE 19801 | Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919 |
| Sills Cummis & Gross P.C<br>Attn: Andrew Sherman/ Boris Mankovetskiy<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102 | Stevens & Lee, P.C.<br>Attn: Joseph H. Huston<br>919 N Market St, Ste 1300<br>Wilmington, DE 19801 |

Stevens & Lee, P.C.
Attn: Robert Lapowsky
620 Freedom Business Ctr, Ste 200
King of Prussia, PA 19406

Stinson LLP
Attn: Darrell Clark/ Tracey Ohm
1775 Pennsylvania Ave NW, Ste 800
Washington, D.C 20006

Stoel Rives LLP
Attn: Marc A. Al
33 S 6th St, Ste 4200
Minneapolis, MN 55402

Stradley Ronan Stevens & Young LLP
Attn: Deborah A. Reperowitz
100 Park Avenue, Suite 2000
New York, NY 10017

Stradley, Ronon, Stevens & Young, LLP
Attn: Joelle E. Polesky
1000 N West St, Ste 1279
Wilmington, DE 19801

Stradley, Ronon, Stevens & Young, LLP
Attn: Gretchen M. Santamour
2005 Market St, Ste 2600
Philadelphia, PA 19103

Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S Mopac Expressway, Ste 320
Austin, TX 78746

Sullivan, Hazeltine, Allison, LLC.
Attn: William D. Sullivan
901 N Market St, Ste 1300
Wilmington, DE 19801

The Rosner Law Gorup LLC
Attn: Frederick B. Rosner
824 N Market St, Ste 810
Wilmington, DE 19801

Troutman Sanders LLP
Attn: Louis A. Curcio
Attn: Jessica Mikhailevich
875 Third Ave
New York, NY 10022

| | |
|---|---|
| Troutman Sanders LLP<br>Attn: Matthew R. Brooks<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308 | U.S. Department of Justice<br>Attn: Marc Sacks<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station |
| Underwood Perkins, P.C.<br>Attn: David Campbell/ Eli Pierce<br>Two Lincoln Centre<br>5420 LBJ Fwy, Ste 1900<br>Dallas, TX 75240 | United States Department of Justice<br>Attn:  Civil Division<br>1100 L St, NW, 10030<br>Washington, DC  20005 |
| United States Deptarment of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC  20530-0001 | White and Williams LLP<br>Attn: Marc S. Casarino<br>600 N King St, Ste 800<br>Wilmington, DE 19899-0709 |
| White and Williams LLP<br>Attn: Amy E. Vulpio<br>1650 Market St, 18th FL<br>Philadelphia, PA 19103 | |