# EXHIBIT "1"

**Supplemental Schedule of Assigned Contracts**

(See attached)

| Contract Party | Title of Agreement | Debtor Party | Liquidated Cure Amount | Maximum Unliquidated Cure Amount (if applicable) |
|---|---|---|---|---|
| Abramov, Alexey | Moonlighting Services Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 | |
| Airgas USA, LLC | Product Sale Agreement (Contract # MS00032) | St. Christopher's Healthcare, LLC | $0.00 | |
| Children's Hospital of Philadelphia | Link2CHOP Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Health Information Alliance, Inc. | Letter Agreement for Medical Record Review Services | St. Christopher's Healthcare, LLC | $0.00 | |
| Hunt, Mallory Lynn | Moonlighting Services Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 | |
| Inspira Medical Centers, Inc. | Clinical Rotation Agreement (Pediatric Medical and Surgical Specialties) | St. Christopher's Healthcare, LLC | $0.00 | |
| Keystone Perfusion Services, P.C. | Perfusionist Services Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Lee, Alice | Moonlighting Services Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 | |
| Prime Healthcare Services - Lower Bucks Hospital, LLC | Clinical Rotation Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| RL Health, P.C. d/b/a The Medical Center at Woods | Pediatric Orthopedic Services Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 | |
| School District of Philadelphia | Agreement for Services (OGC Contract No. 1189/F20) | St. Christopher's Healthcare, LLC | $0.00 | |
| Thomas Jefferson University Hospital | Clinical Rotation Agreement (Neonatology) | St. Christopher's Healthcare, LLC | $0.00 | |
| Western Pest Services | Pest Elimination Agreement | St. Christopher's Healthcare, LLC | $0.00 | |