# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Jointly Administered |
| Debtors. | ) Re:  Docket Nos. 867 and 1072 |

## ORDER GRANTING MOTION FOR PAYMENT OF ADMISTRATIVE EXPENSES OF PHILADELPHIA HOSPITAL AND HEALTH CARE EMPLOYEES - DISTRICT 1199C TRAINING AND UPGRADING FUND

Upon consideration of the *Motion for Payment of Administrative Expenses of Philadelphia Hospital and Health Care Employees - District 1199C Training and Upgrading Fund* (the "**Motion**");[2] and upon consideration of all objections and responses to the Motion, if any; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Trustees of the Philadelphia Hospital and Health Care Employees - District 1199C Training and Upgrading (the "**Training Fund**") shall have an allowed administrative expense claim against Center City Healthcare LLC d/b/a Hahnemann University Hospital) in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

amount of $35,932.36 (the "**Administrative Claim**") on account of post-petition contributions for August 2019.

3. This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

4. The Training Fund and the Debtors may take any actions necessary to enforce the terms of this Order.

5. Omni Agent Solutions, the Debtors' official claims agent, is authorized to take any and all actions necessary to effectuate this Order including, without limitation, amending the claims register in these chapter 11 cases to reflect the Administrative Claim.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

**Dated: December 3rd, 2019**
**Wilmington, Delaware**

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

36133561.2 12/02/2019