# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466(KG) |
| HAHNEMANN UNIVERISTY HOSPITAL, ) | (Jointly Administered) |
| *et al.*, ) | |
| ) | |
| Debtors. ) | |

## ORDER REGARDING REQUEST OF
## EDWARD SOCKOL FOR PAYMENT OF A BONUS

On December 2, 2019, the Court received the attached letter, dated November 25, 2019, from Mr. Edward Sockol ("Mr. Sockol"). In the letter, Mr. Sockol seeks payment of what appears to be an agreed upon "bonus" for work he performed.

The Court will treat the letter as Mr. Sockol's application for payment of a bonus in the sum of $4,615.38 (the "Application"), and will conduct an evidentiary hearing on the Application on December 12, 2019, beginning at 9:30 a.m.

Mr. Sockol, Ronald Dreskin of Eisner Amper and Mary Dougherty of American Academic are directed to appear in person at the hearing and, if necessary, provide testimony.

Objections will be due on or before December 9, 2019, at 4:00 p.m. The Court, however, urges Debtors and Mr. Sockol to attempt to resolve the issue.

SO ORDERED.

Date: December 3, 2019

_____
The Honorable Kevin Gross
United States Bankruptcy Judge