# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : Chapter 11 |
| | : |
| CENTER CITY HEALTHCARE, LLC, D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*[1] | : Case No. 19-11466 (KG) |
| | : |
| | : Jointly Administered |
| Debtors. | |
| | Hearing Date: January 23, 2020 @ 10:00 a.m. (ET) |
| | Objections Due: December 17, 2019 @ 4:00 p.m. (ET) |

### NOTICE OF MOTION OF ACHINTYA MOULICK, MD FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. § 503(b)

PLEASE TAKE NOTICE THAT Achintya Moulick, MD (the "Movant"), a creditor in these bankruptcy cases, has filed the *Motion of Achintya Moulick, MD for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b)* (the "Motion") in the above-captioned chapter 11 case.

You are required to file a response to the Motion on or before **December 17, 2019 at 4:00 p.m. (ET)**

At the same time, you must also serve a copy of the response upon the Movant's attorneys:

| | |
|---|---|
| David M. Klauder, Esquire | George Bochetto, Esquire |
| **BIELLI & KLAUDER, LLC** | **Bochetto & Lentz, P.C.** |
| 1204 N. King Street | 1524 Locust Street |
| Wilmington, DE 19801 | Philadelphia, PA 19102 |
| Phone: (302) 803-4600 | Phone: (215) 735-9300 |
| Fax: (302) 397-2557 | Fax: (215) 735-2455 |
| dklauder@bk-legal.com | gbochetto@bochettoandlenz.com |

HEARING ON THE MOTION WILL BE HELD ON **January 23, 2020, at 10:00 a.m. (ET)** before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, DE 19801 in Courtroom Number 3.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

                                      **BIELLI & KLAUDER, LLC**

Date: December 3, 2019        */s/ David M. Klauder*
                                            David M. Klauder (No. 5769)
                                            1204 N. King Street
                                            Wilmington, DE 19801
                                            Phone: (302) 803-4600
                                            Fax: (302) 397-2557
                                            dklauder@bk-legal.com

                                            and

                                            George Bochetto, Esq.
                                            **Bochetto & Lentz, P.C.**
                                            1524 Locust Street
                                            Philadelphia, PA 19102
                                            Telephone: (215) 735-9300
                                            Facsimile: (215) 735-2455
                                            gbochetto@bochettoandlentz.com

                                            *Counsel for Achintya Moulick, MD*