**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*[1] | Case No. 19-11466 (KG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. _____** |

**ORDER GRANTING MOTION OF ACHINTYA MOULICK, MD FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. § 503(b)**

Upon consideration of the *Motion of Achintya Moulick, MD for Allowance and Payment of an Administrative Claim Pursuant to §503(b)* (the "Motion") and the Court having determined that the relief requested in the Motion is appropriate and warranted, and it appearing that proper and adequate notice of the motion has been given under the circumstances and that no other or further notice is necessary, and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, IT IS HEREBY

ORDERED, that the Motion is GRANTED as set forth herein; it is further

ORDERED, that Achintya Moulick, MD is granted and allowanced administrative expense claim in the amount of $2,689,641.00 (the "Administrative Amount") pursuant to 11 U.S.C. §503(b)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: _____, 2019

                                        The Honorable Kevin Gross
                                        United States Bankruptcy Judge