**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: : | Chapter 11 |
| : | |
| CENTER CITY HEALTHCARE, LLC, : | Case No. 19-11466 (KG) |
| D/B/A HAHNEMANN UNIVERSITY : | |
| HOSPITAL*, et al.*[1] : | |
| : | Jointly Administered |
| Debtors. | |

**CERTIFICATE OF SERVICE**

    I, David M. Klauder, Esquire, do certify that on December 3, 2019, I caused a true and correct copy of the *Motion of Achintya Moulick, MD for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b)* to be served by first class mail, postage prepaid, upon the parties on part one the attached Service List and via electronic mail upon the parties on part two of the attached Service List.

                              **BIELLI & KLAUDER, LLC**

Date: December 3, 2019          */s/ David M. Klauder*
                                    David M. Klauder (No. 5769)
                                    1204 N. King Street
                                    Wilmington, DE 19801
                                    Phone: (302) 803-4600
                                    Fax: (302) 397-2557
                                    dklauder@bk-legal.com

                                    *Counsel for Achintya Moulick, MD*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.