# EXHIBIT "B"

**Subject Contracts**

Exhibit B - Subject Contracts (Fifth Omnibus Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| Bober, Gabriella T. | Moonlighting Services Agreement | SCHC Pediatric Associates, LLC | $0.00 |
| Children's Hospital of Philadelphia (CHOP) | Master Agreement for Clinical Rotations | St. Christopher's Healthcare, LLC | $0.00 |
| School District of Philadelphia | Memorandum of Understanding (OGC Contract No. 1158/F20) | St. Christopher's Healthcare, LLC | $0.00 |

35767971.1