# EXHIBIT A

| Name | NPI | Payroll Number | Specialty | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|---|---|
| Vicki Mahan, MD | 1932132214 | 170300 | Cardiothoracic Surgery | $659.81 | $36.97 | Due 12/31/19 | $696.78 |
| Randy Stevens, MD | 1114118155 | 170200 | Cardiothoracic Surgery | $719.34 | $57.24 | Due 12/31/19 | $776.58 |
| Isaura Lopez Thibault, MD | 1588663314 | 779500 | Northeast Pediatrics | $1,701.90 | $352.70 | Due 12/31/19 | $2,054.60 |
| Alanna Kramer, MD | 1689622953 | 779300 | Northeast Pediatrics | $6,177.00 | $7,258.90 | Due 12/31/19 | $13,435.90 |
| Amy Bridgeman, MD | 1295947497 | 779800 | Northeast Pediatrics | $6,198.95 | $2,535.60 | Due 12/31/19 | $8,734.55 |
| Erica Cucinella, MD | 1215343249 | 779900 | Northeast Pediatrics | $3,947.80 | $3,692.60 | Due 12/31/19 | $7,640.40 |
| Noah Buboltz, MD | 1679953145 | 779100 | Northeast Pediatrics | $0.00 | | Due 12/31/19 | $0.00 |
| Robert T. Spector, MD | 1831259209 | 540600 | Ophthalmology | $2,992.07 | $2,824.16 | Due 12/31/19 | $5,816.23 |
| Allison Gattuso, DO | 1629395272 | 481300 | Orthopedic Surgery | $6,267.63 | $6,683.78 | Due 12/31/19 | $12,951.41 |
| Megan Gresh, MD | 1013178474 | 480300 | Orthopedic Surgery | $6,267.63 | $6,683.78 | Due 12/31/19 | $12,951.41 |
| Martin Herman, MD | 1710924030 | 480400 | Orthopedic Surgery | $6,267.63 | $6,683.78 | Due 12/31/19 | $12,951.41 |
| Michael Kwon, MD | 1548477631 | 481000 | Orthopedic Surgery | $6,267.63 | $6,683.78 | Due 12/31/19 | $12,951.41 |
| Joseph Rosenblatt, DO | 1609031715 | 481100 | Orthopedic Surgery | $6,267.63 | $6,683.78 | Due 12/31/19 | $12,951.41 |
| Shannon Safler, MD | 1306895867 | 480700 | Orthopedic Surgery | $6,267.63 | $6,683.78 | Due 12/31/19 | $12,951.41 |
| Peter Pizzutillo, MD | 1114970597 | 480100 | Orthopedic Surgery | $3,133.81 | $6,683.78 | Due 12/31/19 | $9,817.59 |
| Alyssa Terk, MD | 1386697118 | 550600 | Otolaryngology (ENT) | $4,479.94 | $3,805.71 | Due 12/31/19 | $8,285.65 |
| David Zwillenberg, MD | 1356525216 | 550100 | Otolaryngology (ENT) | $6,616.68 | $6,512.38 | Due 12/31/19 | $13,129.06 |
| Seth Zwillenberg, MD | 1952372906 | 550200 | Otolaryngology (ENT) | $3,453.09 | $3,267.32 | Due 12/31/19 | $6,720.41 |
| Alexander Manteghi, MD | 1225322423 | 551100 | Otolaryngology (ENT) | $11,290.59 | $15,445.77 | Due 12/31/19 | $26,736.36 |
| Brooke Burkey, MD | 1649496340 | 500200 | Plastic Surgery | $2,009.15 | $2,245.03 | Due 12/31/19 | $4,254.18 |
| Wellington Davis, MD | 1982813853 | 500100 | Plastic Surgery | $2,009.15 | $2,245.03 | Due 12/31/19 | $4,254.18 |
| Paul Glat, MD | 1487602157 | 501300 | Plastic Surgery | $2,009.15 | $2,245.03 | Due 12/31/19 | $4,254.18 |
| Michael Wolf, MD | 1457558660 | 481200 | Sports Medicine | $6,267.63 | $6,683.78 | Due 12/31/19 | $12,951.41 |
| Kathleen O'Brien, MD | 1861577959 | 480600 | Sports Medicine | $6,267.63 | $6,683.78 | Due 12/31/19 | $12,951.41 |
| Vesta Salehi, MD | 1528225273 | 141100 | St. Christopher's Pediatric Associates | $11,457.23 | | Due 12/31/19 | $11,457.23 |
| Rita Ann Kubicky, MD | 1588821276 | 120900 | St. Christopher's Pediatric Associates | $992.93 | | Due 12/31/19 | $992.93 |
| Nataly Apollonsky, MD | 1730309246 | 281000 | St. Christopher's Pediatric Associates | $6,096.38 | $7,228.58 | Due 12/31/19 | $13,324.96 |
| Kathryn Stroup, MD | 1063677979 | 203800 | St. Christopher's Pediatric Associates | $2,353.23 | $4,041.98 | Due 12/31/19 | $6,395.21 |
| Dana Toib, MD | 1871705327 | 204700 | St. Christopher's Pediatric Associates | $6,122.47 | $10,289.41 | Due 12/31/19 | $16,411.88 |
| Anna Pak, MD | 1295830685 | 206900 | St. Christopher's Pediatric Associates | $1,225.96 | $1,597.75 | Due 12/31/19 | $2,823.71 |
| Daphne Hasbani, MD | 1053501692 | 161500 | St. Christopher's Pediatric Associates | $3,650.01 | | Due 12/31/19 | $3,650.01 |
| Elizabeth Suarez, MD | 1013940121 | 120500 | St. Christopher's Pediatric Associates | $1,566.45 | | Due 12/31/19 | $1,566.45 |
| Jie Sun, MD | 1598055840 | 441100 | St. Christopher's Pediatric Associates | $3,277.12 | | Due 12/31/19 | $3,277.12 |
| Emily Souder, MD | 1881915247 | 32300 | St. Christopher's Pediatric Associates | $1,739.47 | $2,037.60 | Due 12/31/19 | $3,777.07 |
| Michael Schneider, MD | 1326022278 | 161600 | St. Christopher's Pediatric Associates | $463.50 | $1,027.82 | Due 12/31/19 | $1,491.32 |
| Nicola Brodie, MD | 1902246754 | 206600 | St. Christopher's Pediatric Associates | $1,758.90 | $2,477.20 | Due 12/31/19 | $4,236.10 |
| Kristine Schmitz, MD | 1922329218 | 206800 | St. Christopher's Pediatric Associates | $4,017.83 | $1,814.93 | Due 12/31/19 | $5,832.76 |
| Daniel Taylor, MD | 1700835915 | 580500 | St. Christopher's Pediatric Associates | $4,427.68 | $4,399.24 | Due 12/31/19 | $8,826.92 |
| Leah Scherzer, MD | 1649438045 | 610900 | St. Christopher's Pediatric Associates | $3,162.95 | $1,814.31 | Due 12/31/19 | $4,977.26 |

| Name | NPI | Payroll Number | Specialty | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|---|---|
| Joanna R. Johnson, MD | 1689638116 | 181200 | St. Christopher's Pediatric Associates | $6,732.67 | $9,168.75 | Due 12/31/19 | $15,901.42 |
| Kimberly Fuld, MD | 1033236526 | 161200 | St. Christopher's Pediatric Associates | $1,319.18 | $1,482.08 | Due 12/31/19 | $2,801.26 |
| Anita Azam, MD | 1437367398 | 121100 | St. Christopher's Pediatric Associates | $60.97 | | Due 12/31/19 | $60.97 |
| Stacy B. Ellen, DO | 1467680769 | 610800 | St. Christopher's Pediatric Associates | $4,877.77 | $3,563.00 | Due 12/31/19 | $8,440.77 |
| Jeremiah Goldstein, MD | 1730128539 | 20300 | St. Christopher's Pediatric Associates | $4,928.53 | $1,252.30 | Due 12/31/19 | $6,180.83 |
| Deborah Sandrock, MD | 1710976543 | 203200 | St. Christopher's Pediatric Associates | $377.30 | $192.76 | Due 12/31/19 | $570.06 |
| Gregory Halligan, MD | 1881643013 | 280200 | St. Christopher's Pediatric Associates | $12,562.83 | $3,868.29 | Due 12/31/19 | $16,431.12 |
| Nicole Delarato, MD | 1114979853 | 540400 | St. Christopher's Pediatric Associates | $14,186.15 | $13,616.76 | Due 12/31/19 | $27,802.91 |
| Karen Carvalho, MD | 1467474429 | 161100 | St. Christopher's Pediatric Associates | $1,323.90 | $3,441.83 | Due 12/31/19 | $4,765.73 |
| Divya Subramanian-Khurana, MD | 1609827021 | 160200 | St. Christopher's Pediatric Associates | $8,055.22 | | Due 12/31/19 | $8,055.22 |
| Shareen Kelly, MD | 1285686238 | 580000 | St. Christopher's Pediatric Associates | $1,314.42 | | Due 12/31/19 | $1,314.42 |
| Ellen Mitchell, MD | 1952669186 | 141200 | St. Christopher's Pediatric Associates | $4,851.45 | $5,733.00 | Due 12/31/19 | $10,584.45 |
| Renee Turchi, MD | 1154361418 | 202000 | St. Christopher's Pediatric Associates | $3,142.40 | $9,723.60 | Due 12/31/19 | $12,866.00 |
| Jennifer Tingo, MD | 1013175249 | 442000 | St. Christopher's Pediatric Associates | $4,972.05 | $5,090.62 | Due 12/31/19 | $10,062.67 |
| Laurence Feinstein, MD | 1184918120 | 141000 | St. Christopher's Pediatric Associates | $3,269.70 | $5,959.12 | Due 12/31/19 | $9,228.82 |
| Rita Guevara, MD | 1609137454 | 207000 | St. Christopher's Pediatric Associates | $4,084.85 | $419.65 | Due 12/31/19 | $4,504.50 |
| Seema Rani, MD | 1881826519 | 181500 | St. Christopher's Pediatric Associates | $3,158.49 | | Due 12/31/19 | $3,158.49 |
| Priya Patel, MD | 1609137835 | 206200 | St. Christopher's Pediatric Associates | $4,435.29 | | Due 12/31/19 | $4,435.29 |
| Enitan Adegite, MD | 1679893382 | 596000 | St. Christopher's Pediatric Associates | $70.47 | | Due 12/31/19 | $70.47 |
| Keith Herzog, MD | 1609800184 | 200100 | St. Christopher's Pediatric Associates | | $743.22 | Due 12/31/19 | $743.22 |
| Ashish Dhawan | 1770729188 | | St. Christopher's Pediatric Associates | | $5,818.39 | Due 12/31/19 | $5,818.39 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | $463,055.87 |