# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

### ORDER GRANTING MOTION OF ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN MEDICAL STAFF MEMBERS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS

Upon the motion (the "Motion")[2] of the St. Christopher's Hospital for Children Medical Staff members identified on Exhibit A to the Motion (the "Medical Staff") for (i) allowance of administrative expense claims as more fully set forth in the Motion and (ii) relief from the Sale Order (as that term is defined in the Motion) pursuant to Federal Rule of Civil Procedure 60(b); and upon due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other notice be provided; and the Court having jurisdiction to consider the Motion and the relief requested in accordance with 28 U.S.C §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(D); and this court having authority to enter a final order consistent with

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341) ("CCH"), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). On the petition which initiated its case, "lead" Debtor Center City Healthcare listed its principal place of business as: 230 North Broad Street, Philadelphia, PA 19102. The petitions for the other Debtors may be viewed by selecting "Center City Healthcare, *et al*." under the "Cases" header at the following link: https://omniagentsolutions.com/.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been scheduled to the extent necessary, held to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing (if any was held), and all the proceedings before the Court; and the Court having found and determined that the relief requested is in the best interests of the Landlord; and the legal and factual basis set forth in the Motion and at the Hearing (if any was held) having established just cause for the relief requested herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. All objections to the Motion or the relief requested therein and all reservations of rights included therein that have not been withdrawn, waived or settled are hereby overruled on the merits or such objections have been otherwise satisfied or adequately provided for by this Order.

3. The Medical Staff members listed on Exhibit A to this Order are hereby granted allowed administrative claims in the amounts set forth on Exhibit A. The Medical Staff members' allowed administrative claims are not subject to reduction or setoff.

4. The Debtors shall pay the allowed administrative claims of the Medical Staff members for the second and third quarters of 2019 within ten (10) days of entry of this Order. The Debtors shall pay the allowed administrative claims of Medical Staff members for the fourth quarter of 2019 on or before March 16, 2020. The Debtors shall pay the allowed administrative claims of Medical Staff members (including claims for productivity bonuses) as they become due and payable in the ordinary course.

5. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.