**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

**EMERGENCY MOTION OF ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN MEDICAL STAFF MEMBERS FOR STATUS CONFERENCE AT DECEMBER 9, 2019 HEARING RE:  THEIR MOTION FOR (I) ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIMS AND (II) RELIEF FROM THE SALE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**

St. Christopher's Hospital for Children Medical Staff members identified on Exhibit A to the Motion for Allowance/Relief (defined below) (the "Medical Staff"), by and through their undersigned counsel, hereby move for a status conference to be held at the omnibus hearing scheduled for December 9, 2019 re:  their motion for (i) allowance and immediate payment of their respective administrative claims pursuant to section 503(b) of the United States Bankruptcy Code (the "Bankruptcy Code") and (ii) to the extent necessary, relief from the Sale Order (defined below) pursuant to Federal Rule of Civil Procedure 60(b) (the "Motion for Allowance/Relief").  In support of the Motion, Medical Staff submits:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341) ("CCH"), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). On the petition which initiated its case, "lead" Debtor Center City Healthcare listed its principal place of business as:  230 North Broad Street, Philadelphia, PA 19102.  The petitions for the other Debtors may be viewed by selecting "Center City Healthcare, *et al.*" under the "Cases" header at the following link: https://omniagentsolutions.com/.

1. Presently, the sale of substantially all assets of St. Christopher's Healthcare, LLC and certain related debtors is scheduled to close in mid-December – after the December 9, 2019 hearing date, but well in advance of the next omnibus hearing scheduled for January 2020.

2. As the Motion for Allowance/Relief recites, Medical Staff are owed substantial amounts of compensation and have concerns regarding whether, post-closing, funds will be available to satisfy the obligations owing to them.

3. Bankruptcy Code section 105(a) provides: "The court, on its own motion or on the request of a party in interest-- (1) shall hold such status conferences as are necessary to further the expeditious and economical resolution of the case."

4. Accordingly, Medical Staff seeks a status conference at the scheduled December 9, 2019 omnibus hearing for the purpose of determining whether there will be sufficient funds to satisfy the asserted administrative claims of Medical Staff which are due and owing (and which will become due and owing).

Dated: December 5, 2019
Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmcmahon@ciardilaw.com

-and-

Albert A. Ciardi III, Esquire
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com

*Attorneys for the St. Christopher's Hospital for Children Medical Staff*