**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

**ORDER SCHEDULING STATUS CONFERENCE RE:  MOTION OF ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN MEDICAL STAFF MEMBERS MOTION FOR (I) ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIMS AND (II) RELIEF FROM THE SALE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**

Upon the motion (the "Emergency Motion for Status Conference") of certain St. Christopher's Hospital for Children Medical Staff members to schedule a status conference re: their motion for (i) allowance and immediate payment of their respective administrative claims pursuant to section 503(b) of the United States Bankruptcy Code and (ii) to the extent necessary, relief from the sale order pursuant to Federal Rule of Civil Procedure 60(b) (the "Motion for Allowance/Relief"); and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Emergency Motion for Status Conference is GRANTED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341) ("CCH"), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  On the petition which initiated its case, "lead" Debtor Center City Healthcare listed its principal place of business as:  230 North Broad Street, Philadelphia, PA 19102.  The petitions for the other Debtors may be viewed by selecting "Center City Healthcare, *et al.*" under the "Cases" header at the following link: https://omniagentsolutions.com/.

ORDERED that a status conference on the Motion for Allowance/Relief shall be held on December 9, 2019 at 10:00 a.m. ET.