## EXHIBIT A

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) ) ) | Case No. 19-11466 (KG) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) ) | **Related to Docket Nos. 950, 1063 and \_\_\_** |

**ORDER GRANTING, IN PART, MOTION OF NG 1500
MARKET ST. LLC FOR AN ORDER COMPELLING DEBTOR
PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC TO IMMEDIATELY
PAY UNPAID POST-PETITION RENT AND OTHER OBLIGATIONS UNDER
UNEXPIRED LEASE PURSUANT TO 11 U.S.C. § 365(D)(3) AND 503(B)(1**

Upon the motion (the "**Motion**")[2] of NG 1500 Market St. LLC (the "**Landlord**") *for an Order Compelling Debtor Philadelphia Academic Health System, LLC to Immediately Pay Unpaid Post-Petition Rent and Other Obligations under Unexpired Lease Pursuant to 11 U.S.C. § 365(d)(3) and 503(b)(1)* [D.I. 950] (the "**Motion**"), which was filed by NG 1500 Market St. LLC ("**Nightingale**" or the "**Landlord**"); and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2019; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of MidCap IV Funding Trust's limited objection to the Motion [D.I.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

-2-

1063] and the Debtors' limited objection to the Motion [D.I. ___] (the "**Objection**") to the Motion and any arguments made in connection with the Motion and any responses thereto at the hearing on the Motion; and after due deliberation and sufficient cause appearing therefor; IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED only to the extent set forth herein.

2. NG 1500 Market St. LLC (the "**Landlord**") shall have an allowed administrative expense claim against Philadelphia Academic Health System, LLC in the amount of $117,364.04 (the "**Administrative Claim**") on account of the Unpaid Post-Petition Obligations as of the Surrender Date.

3. The Landlord and the Debtors may take any actions necessary to enforce the terms of this Order.

4. Omni Agent Solutions, the Debtors' official claims agent, is authorized to take any and all actions necessary to effectuate this Order including, without limitation, amending the claims register in these chapter 11 cases to reflect the Administrative Claim.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

-2-