IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466(KG) |
| HAHNEMANN UNIVERISTY HOSPITAL, ) | (Jointly Administered) |
| *et al.*, ) | |
| ) | |
| Debtors. ) | D.I. 1089 |

ORDER ON REQUEST FOR STATUS CONFERENCE BY
ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN MEDICAL STAFF MEMBERS

Certain St. Christopher's Hospital for Children Medical Staff members moved on an emergency basis (the "Motion") to schedule a status conference re: their motion for (i) allowance and immediate payment of their respective administrative claims pursuant to section 503(b) of the United States Bankruptcy Code and (ii) to the extent necessary, relief from the sale order pursuant to Federal Rule of Civil Procedure 60(b) (the "Motion for Allowance/Relief"); and after due deliberation, it is hereby

ORDERED that the Motion is DENIED.

Movants are directed to speak with Debtors' counsel and if an impasse is reached, to file the Motion for Allowance/Relief which the Court will then schedule.

Dated: December 5, 2019

_____
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE