**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) (Jointly Administered) |
| *Debtors.* | Re: Docket No. _____ |

**ORDER (I) SHORTENING TIME FOR NOTICE AND RESPONSE TO EMERGENCY MOTION OF GROUP OF FORMER RESIDENTS, FELLOWS AND MEDICAL STAFF OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND AFFILIATED DEBTOR ENTITIES TO ENFORCE THE SALE ORDER APPROVING THE ST. CHRISTOPHER'S TRANSACTION AND TO ENFORCE THE ASSET PURCHASE AGREEMENT, OR, IN THE ALTERNATIVE, TO RECONSIDER THE SALE ORDER APPROVING THE ST. CHRISTOPHER'S TRANSACTION, AND (II) SCHEDULING AN EXPEDITED HEARING**

Upon the motion (the "Motion to Shorten") of the Former Physician Group,[2] seeking an order to shorten notice of the hearing on, and deadline to respond to the *Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction* (the "Enforcement Motion"), and the Court having determined that the relief requested in the Motion to Shorten is appropriate, and upon the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

2

record herein, and after due deliberation thereon; and good and sufficient cause appearing therefore,

        IT IS HEREBY ORDERED THAT:

        1.        The Motion to Shorten is GRANTED as set forth herein.

        2.        The Court shall hold a hearing on the relief requested by the Former Physician Group in the Enforcement Motion on **December __, 2019** at ____ __.m. (the "Hearing").

        3.        Any objection or response to the Enforcement Motion shall be made no later than **December __, 2019** at _:00 __p.m.