# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: Docket Nos. 1097, 1098 |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER IN THE DEBTORS' OBJECTION TO MOTION TO (I) SHORTEN TIME FOR NOTICE AND RESPONSE TO THE EMERGENCY MOTION OF FORMER RESIDENTS, FELLOWS AND MEDICAL STAFF OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND AFFILIATED DEBTOR ENTITIES TO ENFORCE THE SALE ORDER APPROVING THE ST. CHRISTOPHER'S TRANSACTION AND TO ENFORCE THE ASSET PURCHASE AGREEMENT, OR, IN THE ALTERNATIVE, TO RECONSIDER THE SALE ORDER APPROVING THE ST. CHRISTOPHER'S TRANSACTION, AND (II) SCHEDULE AND EXPEDITED HEARING**

The Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 cases of Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby joins (the "Joinder") in the *Debtors' Objection to Motion to (I) Shorten Time for Notice and Response to the Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

6876011

*Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction, and (II) Schedule an Expedited Hearing* [Docket No. 1098] (the "<u>Debtors' Objection</u>") for the reasons set forth in the Debtors' Objection.

The Committee expressly reserves and preserves all rights to supplement, modify and amend this Joinder.

Dated: December 6, 2019
Wilmington, Delaware

Respectfully submitted,

/s/ *Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and –

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*