**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 1030 and 1074** |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED
PROPOSED ORDER GRANTING MOTION OF THE DEBTORS FOR ENTRY
OF AN ORDER APPROVING SETTLEMENT TERM SHEET BETWEEN
THE DEBTORS, TENET BUSINESS SERVICES CORPORATION,
CONIFER REVENUE CYCLE SOLUTIONS, LLC AND THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS AND (B) NO OBJECTION TO SAME**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1. On November 18, 2019, *the Motion of the Debtors for Entry of an Order Approving Settlement Term Sheet between the Debtors, Tenet Business Services Corporation, Conifer Revenue Cycle Solutions, LLC and the Official Committee of Unsecured Creditors* [Docket No. 1030] (the "**Motion**")[2] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 1030], objections to the Motion were to be filed by December 2, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein have the meaning stated in the Motion.

-2-

3.Prior to the Objection Deadline, the Debtors received informal comments to the Motion from the Office of the United States Trustee (the "**UST**"), requesting that certain changes be made to the original proposed order accompanying the Motion (the "**Original Proposed Order**").  In addition, on December 2, 2019, the *Reservation of Rights of the Non-Debtor PAHH Entities with Respect to the Motion of the Debtors for Entry of an Order Approving Settlement Term Sheet Between the Debtors, Tenet Business Services Corporation, Tenet Healthcare Corporation, Conifer Health Solutions, LLC and the Official Committee of Unsecured Creditors* [Docket No. 1074] (the "**Reservation of Rights**") was filed with the Court by the Non-Debtor PAHH Entities (as defined in the Reservation of Rights).

4.To address the UST's comments, and in resolution of the Reservation of Rights, the Debtors agreed to make certain changes to the Original Proposed Order, as reflected in the revised proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**").  Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

5.The Debtors have confirmed that the Revised Order is acceptable to the UST, counsel to the Non-Debtor PAHH Entities, counsel to Tenet and Conifer and counsel to the Committee.

*[remainder of page left intentionally blank]*

-3-

6. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: December 8, 2019  **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*