## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) **Re: Docket No. 1093** |

### NOTICE OF <u>AMENDED</u>[2] AGENDA FOR HEARING SCHEDULED FOR DECEMBER 9, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE</u>[3,4]

---

# THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT

---

**CONTINUED MATTER:**

1.  Motion of Global Neurosciences Institute, LLC for Allowance and Payment of Administrative Expense Claim [D.I. 956; filed: 11/04/19]

    <u>Response Deadline</u>:  November 12, 2019 at 4:00 p.m.

    <u>Responses Received</u>:

    A.  Debtors' Objection [D.I. 975; filed: 11/11/19]

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]  **All Amended Agenda items appear in bold.**

[3]  The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4]  Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

    B.      Objection of MidCap [D.I. 981; filed: 11/12/19]

Related Documents:  None

Status: The parties expect to submit an agreed order resolving the motion under certification of counsel.  This matter is continued to the January 23, 2020 omnibus hearing.

**RESOLVED MATTERS:**

2.     Motion For Payment of Administrative Expenses of Philadelphia Hospital and Health Care Employees – District 1199C Training and Upgrading Fund [D.I. 867; filed: 10/16/19]

Responses Deadline:  November 5, 2019 at 4:00 p.m.  Extended to December 3, 2019 at 4:00 p.m. for the Debtors.

Response Received:  Informal response from the Debtors

Related Documents:

    A.      Certification of Counsel Regarding (A) Revised Proposed Order Granting Motion for Payment of Administrative Expenses of Philadelphia Hospital and Health Care Employees - District 1199C Training and Upgrading Fund and (B) No Objection to Same [D.I. 1072; filed: 12/02/19]

    B.      Order Granting Motion for Payment of Administrative Expenses of Philadelphia Hospital and Health Care Employees – District 1199C Training and Upgrading Fund [D.I. 1078; signed and docketed: 12/03/19]

Status: On December 3, 2019, the Court entered an order approving this motion.

3.     Debtors' Fourth Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale [D.I. 1036; filed: 11/19/19]

Response Deadline:  November 26, 2019 at 4:00 p.m.

Responses Received:  None

Related Documents:

    A.      Certification of No Objection [D.I. 1071; filed: 12/02/19]

    B.      Order Granting Debtors' Fourth Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale [D.I. 1077; signed and docketed: 12/03/19]

Status: On December 3, 2019, the Court entered an order approving this motion.

**MATTERS GOING FORWARD:**

4.      Motion of NG 1500 Market St. LLC for an Order Compelling Debtor Philadelphia Academic Health System, LLC to Immediately Pay Unpaid Post-Petition Rent and Other Obligations Under Unexpired Lease Pursuant to 11 U.S.C. § 365(d)(3) and 503(b)(1) [D.I. 950; filed: 11/04/19]

Response Deadline:  November 25, 2019 at 4:00 p.m.  Extended to December 5, 2019 at 12:00 p.m. for the Debtors.

Responses Received:

   A.      Limited Objection of MidCap IV Funding Trust ("MidCap") [D.I. 1063; filed: 11/25/19]

   B.      Limited Objection of the Debtors [D.I. 1092; filed: 12/05/19]

Related Documents: None

Status:  This matter is going forward; however the parties are actively working to resolve this motion on a consensual basis.  **This matter is continued to a date to be determined**.

5.      Motion of the Debtors for Entry of an Order Approving Settlement Term Sheet Between the Debtors, Tenet Business Services Corporation, Tenet Healthcare Corporation, Conifer Health Solutions, LLC, Conifer Revenue Cycle Solutions, LLC and the Official Committee of Unsecured Creditors [D.I. 1030; filed: 11/18/19]

Response Deadline:  December 2, 2019 at 4:00 p.m.

Responses Received:

   A.      Informal response from Office of the United States Trustee.

   B.      Reservation of Rights of Non-Debtor PAHH Entities (*Philadelphia Academic Health Holdings, LLC; American Academic Health System, LLC; Front Street Healthcare Properties, LLC; Front Street Healthcare Properties II, LLC; Broad Street Healthcare Properties, LLC; Broad Street Healthcare Properties II, LLC; Broad Street Healthcare Properties III, LLC; Paladin Healthcare Capital, LLC; MBNF Investments, LLC; Philadelphia Academic Risk Retention Group, LLC; and Joel Freedman*) [D.I. 1074; filed: 12/02/19]

   C.      Certification of Counsel Regarding (A) Revised Proposed Order Granting Motion of the Debtors for Entry of an Order Approving Settlement Term Sheet between the Debtors, Tenet Business Services Corporation, Conifer Revenue

Cycle Solutions, LLC and the Official Committee of Unsecured Creditors, and (B) No Objection to Same [D.I. 1115; filed 12/08/19]

<u>Related Documents</u>:  None

<u>Status</u>:  **The Debtors have submitted an agreed order granting this motion under certification of counsel.  Accordingly, no hearing is necessary unless the Court has any questions.**

6.     Debtors' Motion for an Order Further Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) [D.I. 1064; filed: 11/29/19]

<u>Response Deadline</u>:  December 2, 2019 at 4:00 p.m.

<u>Responses Received</u>:

A.     Limited Objection and Reservation of Rights of Broad Street Healthcare Properties, LLC [D.I. 1075; filed: 12/02/19]

<u>Related Documents</u>:  None

<u>Status</u>:  **This matter has been continued to a hearing to be held on December 12, 2019 at 9:30 a.m. (ET).**

[remainder of page left intentionally blank]

Dated: December 8, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*