**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | Case No. 19-11466 (KG) (Jointly Administered) |
| *Debtors.* | |

**VERIFIED STATEMENT OF ARCHER & GREINER, P.C. PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Archer & Greiner, P.C. provides this notice of its representation of a group that consists of more than one potential creditor and/or party in interest in the above-captioned bankruptcy cases as set forth below:

1.      Archer & Greiner, P.C. represents a group in the above-captioned cases in connection with the Debtors' obligation to provide them medical malpractice insurance coverage.  The group is comprised of former residents, fellows and medical staff of St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., St. Chris Care at Northeast Pediatrics, L.L.C., and/or TPS V of PA, L.L.C. (the "Former Physician Group"), who are listed on **Exhibit 1** attached hereto and incorporated herein.

2.      The Former Physician Group was formed to address issues concerning the Debtors' obligation to provide them medical malpractice insurance coverage.  The Former Physician Group only represents its own members that are listed on **Exhibit 1** and does not

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

represent any other persons.  The undersigned has personal addresses for the members that are listed on **Exhibit 1**.

3.     Each member of the Former Physician Group has an employment contract that, as an employment benefit for the physician, specifies the insurance coverages to be provided by the Debtors upon expiration or termination of such employment contract or the expiration or cancellation of the insurance policies.  Such contracts generally provide that the Debtor-party shall continue to maintain coverage for the physician under its then current claims made policy for the period of time required under the statute of limitations or, should the Debtor-party cease to maintain claims-made coverage, the Debtor-party shall purchase at its cost an extended reporting period policy or "tail" policy on behalf of the Debtor-party and the physician for medical malpractice claims arising out of medical malpractice incidents occurring during the physician's employment.

4.     By this Verified Statement, Archer & Greiner, P.C. and the Former Physician Group do not limit in any way their rights under the Bankruptcy Code, the Federal Bankruptcy Rules and other applicable law.  All of the information contained herein is intended solely to comply with Federal Rule of Bankruptcy Procedure 2019, to the extent applicable, and is not intended for any other purpose.  Archer & Greiner, P.C. and the Former Physician Group reserve all of their rights, including the right to supplement or amend the information contained herein and to argue the applicability of Federal Rule of Bankruptcy Procedure 2019.

Dated:  December 11, 2019

          _/s/ David W. Carickhoff_____
          David W. Carickhoff (DE 3715)
          ARCHER & GREINER, P.C.
          300 Delaware Ave., Suite 1100
          Wilmington, DE 19801
          Telephone:  302-777-4350
          Facsimile:  302-777-4352
          Email:  dcarickhoff@archerlaw.com

          *Attorneys for the Former Physician Group*

# Exhibit 1

| 1 | Neena | Alex |
|---|---|---|
| 2 | Endla | Anday |
| 3 | Kisha | Aziz Beg |
| 4 | Geoffrey | Bajwa |
| 5 | Katherine | Baker |
| 6 | Juan | Ballesteros |
| 7 | Colette F. | Bellwoar |
| 8 | Maria | Bergel |
| 9 | Nicole | Betancourt |
| 10 | Vineet | Bhandari |
| 11 | David | Blanco |
| 12 | Rebekah | Blutstein |
| 13 | Swati | Chanchani |
| 14 | Kathy | Chen |
| 15 | Michelle | Clark |
| 16 | Megan | Connolly |
| 17 | Daniel | Costa |
| 18 | Wellington | Davis |
| 19 | Daniel | Eidman |
| 20 | Lara | Ferri |
| 21 | Rachel | Fleishman |
| 22 | Mykael | Garcia |
| 23 | Cara | Garofalo |
| 24 | Philip F | Giampietro |
| 25 | Jan M. | Goplerud |
| 26 | Jeu-Hee | Hahn |
| 27 | Huntley | Hardison |
| 28 | William | Hochgertel |
| 29 | Amanda | Johnson |
| 30 | Neena | Jube-Desai |
| 31 | Mikhail | Kagan |
| 32 | Pooja | Kakar |
| 33 | Faaiza | Kazmi |
| 34 | Jennifer | Kiem |
| 35 | Jacquelyn | Klicka-Skeels |
| 36 | Timothy | Klouda |
| 37 | Melissa | Knudson |
| 38 | Alison | LaBadie |
| 39 | Ambika | Lall |

| 40 | Christina | Lee |
|----|-----------|-----|
| 41 | Melanie | Leong |
| 42 | Stephanie | Lidd |
| 43 | Sarah | Long |
| 44 | Steven M. | Loscalzo |
| 45 | Johnna | Mahoney |
| 46 | Jessica | May-Rabbach |
| 47 | Nourah | Mazid |
| 48 | Katie | McPeak |
| 49 | Priya | Mehta |
| 50 | Ana | Melikishvili |
| 51 | Gretchen | Metzenberg |
| 52 | Neh | Molyneaux |
| 53 | Mary | Moran |
| 54 | James H | Morris Jr |
| 55 | Kimberly | Neidig |
| 56 | Aliza | Olive |
| 57 | Harpreet | Pall |
| 58 | Christina | Palladino |
| 59 | Jinisha | Patel |
| 60 | Minal | Patel |
| 61 | Nathalie | Peiris |
| 62 | Ralph J. | Riviello |
| 63 | Mitali | Sahni |
| 64 | Elaine | Sanjaun-Saleh |
| 65 | Melissa | Shapiro |
| 66 | Uzma | Sharif |
| 67 | Sudip | Sheth |
| 68 | Staceyann | Smith |
| 69 | Michael | Spear |
| 70 | Phillip | Stein |
| 71 | Nicole | Stutzman |
| 72 | Sanghee | Suh |
| 73 | Jennifer | Talley |
| 74 | Eve | Thau |
| 75 | Elizabeth D | Thomas |
| 76 | Jennifer | Tingo |
| 77 | Jason | Toews |
| 78 | Suzzane | Touch |

| 79 | Eileen | Tyrala |
| 80 | Angela | Wang |
| 81 | Hanna M | Wardell |
| 82 | Nooshin | Waseh |
| 83 | Taylor | Wheaton |
| 84 | Megan | Williamson |
| 85 | Jeffrey | Yaeger |
| 86 | Jeein | Yoon |
| 87 | Stephanie | Zacharias |

217716854v2

217716854v1