# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>CENTER CITY HEALTHCARE, LLC,<br>D/B/A HAHNEMANN UNIVERSITY<br>HOSPITAL, *et al.*[1]<br>                              Debtors<br>. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: Docket No. 1096** |

### JOINDER BY ACHINTYA MOULICK, MD TO EMERGENCY MOTION OF GROUP OF FORMER RESIDENTS, FELLOWS AND MEDICAL STAFF OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND AFFILIATED DEBTOR ENTITIES TO ENFORCE THE SALE ORDER APPROVING THE ST. CHRISTOPHER'S TRANSACTION AND TO ENFORCE THE ASSET PURCHASE AGREEMENT, OR, IN THE ALTERNATIVE, TO RECONSIDER THE SALE ORDER APPROVING THE ST. CHRISTOPHER'S TRANSACTION

Achintya Moulick, MD, a creditor in these bankruptcy cases, (hereinafter "Dr. Moulick"), by and through his undersigned counsel, hereby file this Joiner in support of the *Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, Or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction* [D.I. 1096] (the "Motion"), which was filed in this case on December 5, 2019.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## BACKGROUND

1.  On June 30 and July 1, 2019 (the "Petition Date"), each of the above-captioned debtors ("Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors have continued in possession of its properties and has continued to operate its businesses as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.  Dr. Moulick is the Chief of the Section of Cardiothoracic Surgery, Executive Director of the Heart Center, and Chief Medical Officer at St. Christopher's Hospital ("St. Chris"). Dr. Moulick is a party to a Physician Employment Agreement (the "Employment Agreement") with Debtor SCHC Pediatric Associates, L.L.C, and a Directorship Addendum (the "Addendum") with St. Christopher's Healthcare, LLC and SCHC Pediatric Associates, L.L.C. Neither the Employment Agreement nor Addendum is proposed to be assumed and assigned to buyer of the assets of St. Chris.

3.  On December 3, 2019, Dr. Moulick filed in this case the *Motion for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b)* [D.I. 1081] (the "Administrative Claim Motion") requesting allowance and payment of an administrative claim in the amount of $2,689,641 (the "Administrative Claim"). The Administrative Claim consists of compensation owed to Dr. Moulick under the Employment Agreement and Addendum, as well as payment for the cost of coverage for malpractice tail insurance. The tail insurance coverage portion of the Administrative Claim equals $91,641.

## JOINDER

4.  As provided in the instant Motion filed by the Group of Former Residents, Fellows and Medical Staff of St. Chris, it appears that the Debtors and purchaser of the assets of

St. Chris do not intend to provide medical malpractice tail insurance to any the former medical staff at St. Chris, which would include Dr. Moulick. For all of the reasons stated in the Motion, Dr. Moulick joins in the relief requested in the Motion and supports the movants' demand that the Debtors and purchaser abide by the terms of the sale and provide the appropriate tail insurance coverage to all of the medical staff at St. Chris including Dr. Moulick.

5. In addition, Dr. Moulick has grave concerns with the consummation of the sale of St. Chris that directly implicate this issue of insurance coverage for the doctors. Dr. Moulick has continued to operate on infants and babies with complex cardiac problems and has done so up to December 5, 2019. These patients continue to be in the hospital and Dr. Moulick will have no access to these patients beginning on December 13, 2019. Beyond the billing and policy aspects, Dr. Moulick is not aware of an equivalent plan to substitute his expertise in the care of the babies that he has at St. Chris. Since August 13, 2009, Dr. Moulick has performed and coordinated care on almost all of the complex cardiac cases at St. Chris.

6. Dr. Moulick rightfully does not want to be held accountable for the patient care after he has no access to the patients. Dr. Moulick has been the pillar of the heart center at St. Chris and his knowledge and expertise should be given the due recognition in the care of the babies he has operated on. The politics of healthcare, which has dragged a profitable hospital like St. Chris's into bankruptcy and created undue hardships for the physicians and caregivers in the hospital in taking care of the underserved community, should be set aside.

WHEREFORE, Dr. Moulick joins in the relief requested in the Motion, and for such other and further relief this Court deems appropriate.

Dated: December 11, 2019
Wilmington, Delaware

Respectfully Submitted,

*/s/ David M. Klauder*_____
David M. Klauder (DE Bar# 5769)
Thomas D. Bielli
**Bielli & Klauder, LLC**
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com
tbielli@bk-legal.com

*Counsel for Achintya Moulick, MD*