**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | : Chapter 11 |
| | : |
| CENTER CITY HEALTHCARE, LLC, D/B/A HAHNEMANN UNIVERSITY HOSPITAL, et al.[1] | : Case No. 19-11466 (KG) |
| | : |
| | : Jointly Administered |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, David M. Klauder, Esquire, do certify that on December 11, 2019, I caused a true and correct copy of the *Joinder by Achintya Moulick, MD to Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, Or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction* to be served by electronic mail upon the parties on the attached Service List.

        **BIELLI & KLAUDER, LLC**

Date: December 11, 2019     */s/ David M. Klauder*
        David M. Klauder (No. 5769)
        1204 N. King Street
        Wilmington, DE 19801
        Phone: (302) 803-4600
        Fax: (302) 397-2557
        dklauder@bk-legal.com

        *Counsel for Achintya Moulick, MD*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.