## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                                  Chapter 11

Case No. 19 - 11466 ( KG )

Debtor:  Center City Healthcare, LLC d/b/a Hahnemann University Hospital

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice
of  Thomas D. Bielli

to represent  Achintya Moulick, MD

in this action.

/s/ David M. Klauder

Firm Name: Bielli & Klauder, LLC
Address: 1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: Bielli & Klauder, LLC
Address: 1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: (215) 642-8271
Email: tbielli@bk-legal.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105