## CERTIFICATE OF SERVICE

I, Tobey M. Daluz, do hereby certify that, on this 11th day of December 2019, I caused a true and correct copy of the *Objection of the STC OpCo Parties to Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, or, In the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction*, to be served on the addresses on the below list in the manner indicated thereon.

/s/ Tobey M. Daluz
Tobey M. Daluz

### VIA HAND DELIVERY

David W. Carickhoff
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1100
Wilmington, DE 19801

Thomas M. Horan
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899-2323

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

Joelle E. Polesky
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

### VIA FIRST CLASS MAIL

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 19102

Gretchen M. Santamour
Deborah Reperowitz
Mark J. Dorval
Joseph W. Catuzzi
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102