**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No. 1121** |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR DECEMBER 12, 2019 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[3,4]**

**RESOLVED MATTERS**

1. Request of Edward Sockol for Payment of a Bonus [D.I. 1079; filed: 12/02/19]

   Response Deadline: December 9, 2019 at 4:00 p.m.

   Responses Received: Informal comments from the Debtors.

   Related Documents:

   A. Order Regarding Request of Edward Sockol for Payment of a Bonus [D.I. 1080; signed and docketed: 12/03/19]

   B. Notice of Withdrawal of Letter Requesting Application for Payment [D.I. 1116; filed: 12/08/19]

   Status: This matter is resolved.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

**MATTERS GOING FORWARD**

2. Debtors' Motion for an Order Further Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) [D.I. 1064; filed: 11/29/19]

   Response Deadline:  December 2, 2019 at 4:00 p.m.

   Responses Received:

   A. Limited Objection and Reservation of Rights of Broad Street Healthcare Properties, LLC [D.I. 1075; filed: 12/02/19]

   Related Documents:  None

   Status:  This matter is going forward.

3. Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction [D.I. 1096; filed: 12/05/19]

   Response Deadline:  December 11, 2019 at 4:00 p.m.

   Responses Received:

   **A. Objection of the STC OpCo Parties to Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction [D.I. 1132; filed: 12/11/19]**

   **B. Debtors' Objection to Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction [D.I. 1136; filed: 12/11/19]**

   Related Documents:

   A. Motion to (I) Shorten Time for Notice and Response to the Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase

Agreement, or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction, and (II) Schedule an Expedited Hearing [D.I. 1097; filed: 12/05/19]

B. Debtors' Objection to Motion to (I) Shorten Time for Notice and Response to the Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction, and (II) Schedule an Expedited Hearing [D.I. 1098; filed: 12/06/19]

C. Official Committee of Unsecured Creditors' Joinder in the Debtors' Objection to Motion to (I) Shorten Time for Notice and Response to the Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction, and (II) Schedule an Expedited Hearing [D.I. 1099; filed: 12/06/19]

D. Order (I) Shortening Time for Notice and Response to the Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction, and (II) Scheduling an Expedited Hearing [D.I. 1102; filed: 12/06/19]

E. Notice of Hearing [D.I. 1103; filed: 12/06/19]

F. **Verified Statement of Archer & Griener, P.C. Pursuant to Federal Rule of Bankruptcy Procedure 2019 [D.I. 1127; filed 12/11/19]**

G. **Joinder by Achintya Moulick, MD to Emergency Motion of Group of Former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities to Enforce the Sale Order Approving the St. Christopher's Transaction and to Enforce the Asset Purchase Agreement, or, in the Alternative, to Reconsider the Sale Order Approving the St. Christopher's Transaction [D.I. 1130; filed: 12/11/19]**

Status:  This matter is going forward.

| | |
|---|---|
| Dated: December 11, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*