# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) Case No. 19-11466 (KG) ) ) Jointly Administered |
| Debtors. | ) ) ) |

**ORDER COMPELLING DEBTORS TO OBTAIN
POST-CLOSURE TAIL INSURANCE COVERAGE**

Upon *The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage for Hahnemann Hospital* (the "Motion");[2] and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, its creditors, and other parties-in-interest; and the Court having found that PA DOH provided

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the relevant proceedings with respect to the Motion, if any, before the Court; after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors shall promptly take all necessary steps to obtain tail insurance sufficient to provide coverage for any and all claims asserted against former residents, fellows, and medical staff of Hahnemann and former residents, fellows, and medical staff of St. Christopher's, including those who will not be employed by the new owners and for whom the new owners apparently do not intend to buy tail insurance, for work done during the course of their employment by the Debtors.

3. The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the Motion and implementation of this Order.