**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Case No. 19-11466 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**MOTION TO (I) SHORTEN TIME FOR NOTICE AND RESPONSE TO THE MOTION OF THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH FOR AN ORDER COMPELLING DEBTORS TO OBTAIN POST-CLOSURE TAIL INSURANCE COVERAGE AND (II) SCHEDULE AN EXPEDITED HEARING**

The Commonwealth of Pennsylvania Department of Health ("PA DOH"), by and through undersigned counsel, files this Motion ("Motion to Shorten") for entry of an order pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e) for entry of an order (i) to shorten time for notice and response to the motion of the Commonwealth of Pennsylvania Department of Health for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage (the "Tail Insurance Motion") filed concurrently herewith; and (ii) scheduling an expedited hearing ***prior to January 11, 2020***, the date on which the PA DOH understands that existing medical malpractice insurance coverage expires.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## JURISDICTION

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2. The predicates for relief sought by this Motion to Shorten are Bankruptcy Rule 9006 and Local Rule 9006-1(e).

## BASIS FOR RELIEF

3. The Debtors provide their current and former residents, physicians and other healthcare professionals medical malpractice insurance coverage through claims-made insurance policies that PA DOH understands are set to expire on January 11, 2020.

4. The PA DOH has filed contemporaneously herewith the Tail Insurance Motion seeking to compel the Debtors to obtain adequate medical malpractice tail insurance coverage for claims asserted against the Debtors.

5. If adequate tail insurance coverage is not timely obtained, medical malpractice coverage for not-yet-asserted claims may be lost, to the detriment of both patients and the Debtors and physicians, residents, fellows and other medical personnel employed by the Debtors.

6. In addition, as set forth in the Tail Insurance Motion, Pennsylvania's MCARE Act requires Pennsylvania physicians to maintain insurance coverage, including tail coverage. As a result, the Debtors' former physicians, residents and fellows who are unable to obtain tail insurance coverage on their own, would be at risk of losing their ability to provide medical care in Pennsylvania due to the lack of insurance coverage, and potentially be subject to reciprocal discipline in other states in which they are licensed, if tail insurance coverage is not obtained on or before January 11, 2020.

7. Consequently, the PA DOH respectfully requests that a hearing on the Tail Insurance Motion be conducted ***prior to expiration of coverage on January 11, 2020***.

8. Pursuant to Local Rule 9006-1(e), the undersigned counsel notified counsel to the Debtors, the Unsecured Creditors Committee, MidCap Funding IV Trust ("Midcap") and the U.S. Trustee of its intention to file the Motion to Shorten. The U.S. Trustee takes no position on the Motion to Shorten. As of the time of filing, no response had been received from the other parties.

9. Notice of this Motion to Shorten will be provided to (a) counsel to the Debtors; (b) counsel to the Unsecured Creditors' Committee; (c) the Office of the United States Trustee; and (d) all creditors who have that requested notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, the PA DOH respectfully requests that the Court grant the relief requested herein and such other and further relief as is just and proper.

Dated: December 11, 2019

By: /s/ Richard A. Barkasy

Richard A. Barkasy (#4683)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 888-4554
Facsimile: (302) 888-1696
rbarkasy@schnader.com

-and-

David Smith (admitted *pro hac vice*)
Nicholas J. LePore, III (admitted *pro hac vice*)
Ira Neil Richards (admitted *pro hac vice*)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: (215) 751-2000
Facsimile: (215) 751-2205
dsmith@schnader.com
nlepore@schnader.com

irichards@schnader.com

*Counsel for the Commonwealth of Pennsylvania Department of Health*