IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) | Case No. 19-11466 (KG) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER (I) SHORTENING TIME FOR NOTICE AND
RESPONSE TO MOTION OF THE COMMONWEALTH OF
PENNSYLVANIA DEPARTMENT OF HEALTH FOR AN ORDER
COMPELLING DEBTORS TO OBTAIN POST-CLOSURE TAIL
INSURANCE COVERAGE AND (II) SCHEDULING AN EXPEDITED HEARING**

Upon the Motion (the "Motion to Shorten") of the Commonwealth Of Pennsylvania Department Of Health ("PA DOH")[2], seeking an order shortening time for notice and response and scheduling an expedited hearing on the PA DOH's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage (the "Tail Insurance Motion"), and the Court having determined that the relief requested in the Motion to Shorten is appropriate, and good and sufficient cause having been shown;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Tail Insurance Motion.

2

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Court shall hold a hearing on the relief requested in the Tail Insurance Motion on _____, 2019 at _____ \_.m.

3. Any objection or response to the Tail Insurance Motion shall be made no later than _____, 2019 at 4:00 p.m.