## EXHIBIT A

| Name | Years Employed | Name | Years Employed |
|------|----------------|------|----------------|
| Alexandra Schmidt | 2018-2020 | Emily Whicker | 2018-2020 |
| Alin Gragossian | 2017-2020 | Eric Ho | 2017-2018 |
| Alvaro Galvez | 2017-2019 | Erik Battilana | 2017-2019 |
| Amanda Teichman | 2017-2018 | Erik Harriman | 2017-2020 |
| Amy Fong | 2018-2019 | Erin Tuttle | 2017-2020 |
| Andrew Chapel | 2017-2020 | Fiorella G. Vicenty-Latorre | 2018-2020 |
| Andrew Kim | 2017-2020 | Geoffrey Kaump | 2017-2018 |
| Andrew Quinn | 2017-2019 | Gina Hurng | 2017-2020 |
| Anh Tran | 2017-2019 | Gregory Steinberg | 2017-2020 |
| Anika Ross | 2018-2019 | Gursharan Singh Samra | 2018-2019 |
| Anna Kookoolis | 2018-2020 | Heather Hartman | 2018-2020 |
| Anthony Boniello | 2017-2020 | Hilary L Davenport | 2018-2019 |
| Anthony M. Bianchi | 2017-2019 | Huan Chou | 2017-2020 |
| Arthur Kim | 2019-2020 | Igor Shusterman | 2017-2019 |
| Avinash Vernekar | 2018-2020 | Jackie Fane | 2017-2019 |
| Balaji Srinivas | 2017-2019 | James Cirone | 2019-2020 |
| Benjamin Rosen | 2018-2020 | James Stenard | 2017-2020 |
| Bill Zhang | 2018-2020 | Jason Martinez | 2017-2020 |
| Brandon Shallop | 2017-2020 | Jau-Ann Tsai | 2017-2018 |
| Brendan Matthews | 2017-2018 | Jaymin Modi | 2018-2019 |
| Brian McGreen | 2017-2019 | Jeffrey Henstenburg | 2018-2020 |
| Caitlyn LaBella | 2017-2020 | Jessica Fazendun | 2017-2019 |
| Caleb McEntire | 2018-2019 | Joel Alcid | 2017-2019 |
| Carissa M. Jeannette | 2019-2020 | John Prodoromo | 2017-2019 |
| Charles Joseph Schafer | 2017-2020 | John Williamson | 2017-2020 |
| Christy Christophersen | 2017-2020 | John Woytanowski | 2017-2019 |
| Colin Kanach | 2017-2018 | Jonathan Friedman | 2017-2020 |
| Dan Mirsch | 2017-2018 | Jonathan Ioanitescu | 2018-2019 |
| Dane Scantling | 2017-2019 | Jose F. Barandiaran | 2017-2020 |
| Daniel Sacher | 2017-2019 | Joseph Banno | 2018-2019 |
| Danielle Gallegos | 2017-2020 | Juan M. Gonzalez-Gaita | 2017-2019 |
| Deirdre Dulak | 2017-2020 | Judah Hwang | 2017-2018 |
| Diana Rodriguez-Rivera | 2017-2019 | Judy Owens | 2017-2020 |
| Dilan D. Patel | 2017-2018 | Julia Schiff | 2018-2020 |
| Dimal Shah | 2018-2019 | Karine Sahakyan | 2018-2020 |
| Donald Goudreau | 2017-2020 | Karl Carmona | 2018-2020 |
| Dov Rosenbaum | 2018-2020 | Kat Tsavaris | Undisclosed |
| Edward Fazendin | 2017-2019 | Kathleen (Casey) Degen | 2017-2019 |
| Elisabeth Calhoun | 2017-2020 | Kathy Liwski | 2017-2019 |
| Elizabeth Gleeson | 2017-2020 | Katie Gresham Belote | 2017-2018 |

4

| Name | Years Employed | Name | Years Employed |
|---|---|---|---|
| Katlynn Van Ogtrop | 2017-2018 | Paul Bailey | 2017-2020 |
| Keerthana Kesavarapu | 2017-2020 | Paul Bartleson | 2018-2019 |
| Kevin Junus | 2018-2020 | Payam Pourhassani | 2017-2018 |
| Kevin Refaat Kammel | 2017-2020 | Philip Petrucelli | 2017-2020 |
| Kinzya B. Grant | 2018-2019 | Pranjal Patel | 2018-2020 |
| Kohtaroh Takamura | 2017-2019 | Priju Varghese | 2018-2019 |
| Kristen Ratner | 2017-2019 | Qingwu Kong | 2017-2020 |
| Lane Neidig | 2017-2018 | Radha Patel | 2017-2020 |
| Lauren McFadden Musser | 2018-2020 | Raluca McCallum | 2018-2019 |
| Lauren Schmalz | 2017-2020 | Rasha Waheed | 2019-2020 |
| Lindsey (Kueck) Semprini | 2017-2019 | Rayeed Islam | 2017-2019 |
| Louis Chai | 2017-2020 | Renee Giorgetti | 2017-2019 |
| Lukasz Kiljanek | 2017-2018 | Renée Giorgetti | 2018-2019 |
| Lynsey Daniels | 2017-2020 | Riken Kumar | 2017-2020 |
| Maimouna Bah | 2017-2019 | Rina Allawh | 2017-2018 |
| Marc Gayed | 2017-2019 | Rishi Kalwani | 2017-2018 |
| Mary Elizabeth DeHaven | 2018-2020 | Robert J. Kucejko | 2017-2020 |
| Matthew Abrishamian | 2017-2020 | Roy Waknin | 2019-2020 |
| Matthew Chin | 2017-2018 | Samana Shaikh | 2017-2020 |
| Matthew Legg | 2017-2020 | Samy Chettat | 2019-2020 |
| Matthew Ognibene | 2017-2019 | Shelley Co | 2017-2019 |
| Matthew Pontell | 2017-2019 | Simone Liverpool | 2017-2019 |
| Matthew Varcallo | 2017-2018 | Sneha Patel | 2017-2019 |
| Melvin Thomas | 2017-2019 | Sonia Dalal | 2017-2020 |
| Mike Nzeogu | Undisclosed | Sonuben Patel | 2018-2019 |
| Mohammad F. Shaikh | 2017-2018 | Steven Chow | 2018-2019 |
| Mojdeh Khamesi | 2017-2019 | Taylor Standiford | 2018-2020 |
| Nabil Zeineddine | 2017-2019 | Thomas Bemis | 2017-2020 |
| Nadia Nocera | 2017-2020 | Thomas C. Sibert | 2017-2020 |
| Nakul Rao | 2017-2018 | Tiffany Mathias | 2017-2019 |
| Nathalie van der Rijst | 2017-2020 | Tuan Mickey Bui | 2017-2018 |
| Neil Shah | 2018-2020 | Vaishali Purohit | 2017-2020 |
| Nicholas Hinds | 2017-2019 | Valeda Yong | 2019-2020 |
| Nicholas J. Serniak | 2017-2020 | Victoria Kalawur | 2018-2020 |
| Nicole Lucas | 2017-2020 | Waqas Ali | 2019-2020 |
| Olivia Blazek | 2018-2020 | William Morano | 2017-2020 |
| Osama Mufti | 2019-2020 | William Ryan, Jr. | Undisclosed |
| Oshioke Esivue | 2017-2020 | William Whitmire | 2018-2019 |
| Pallavi Kumar | Undisclosed | Willis Ko | 2017-2020 |
| Parth Patel | 2018-2020 | Yudi Kerbel | 2017-2020 |
| Patrick Wang | 2017-2019 | Zainab Raza | 2018-2020 |

IMPAC 6504189v.3