**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) ) Jointly Administered ) ) |
| Debtors. | ) |

**CERTIFICATE OF SERVICE**

I, Jeremy W. Ryan, hereby certify that I am not less than 18 years of age, and that on this 11th day of December 2019, I caused a true and correct copy of the foregoing *Verified Statement of the Ad Hoc Committee of Hahnemann Residents and Fellows Pursuant to Bankruptcy Rule 2019* to be served upon the parties on the attached service via first class mail, postage pre-paid.

Under penalty of perjury, I declare the foregoing is true and correct.

**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# SERVICE LIST

Albert Einstein Healthcare Network
Attn: Penny J. Rezet
5501 Old York Rd
Philadelphia, PA 19141

Arent Fox LLP
Attn: George Angelich/ Phillip Khezri
1301 Ave of the Americans, Fl 42
New York, NY 10019

Ashby & Geddes, P.A.
Attn: Gregory Taylor / Katharina Earle
500 Delaware Ave, 8th Fl.
P.O. Box 1150
Wilmington, DE 19899-1150

Attorney for the City of PA, City of PA Law Depart
Attn: Megan Harper
1401 JFK Building, 5th FL
Philadelphia, PA 19102-1595

Ballard Spahr LLP
Attn: Tobey M. Daluz
Attn: Chantelle D. McClamb
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Ballard Spahr LLP
Attn: Vincent J. Marriott
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Barnes & Thornburg LLP
Attn: David Powlen/Kevin Collins
1000 N West St, Ste 1500
Wilimington, DE 19801

Bayard, P.A.
Attn: Justin Alberto/ Sophie Macon
600 N King St, Ste 400
Wilmington, DE 19801

Biellli & Klauder, LLC
Attn: David Klauder
1204 N King St.
Wilmington, DE 19801

Berger Law Group, P.C.
Attn: Phillip Berger/Matthew Kaufmann
919 Conestoga Rd., Bldg. 3, Ste. 114
Rosemont, PA 19010

Ciardi Ciardi & Astin
Attn: Albert Ciardi
One Commerce Square, Ste 3500
2005 Market St
Philadelphia, PA 19103

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17 Fl
San Francisco, CA 94105-3493

City of Philadelphia
Attn:  Law Dept
1515 Arch St, 17th Fl
Philadelphia, PA  19102

Ciardi Ciardi & Astin
Attn: Daniel Astin/ Joseph McMahon
1204 N. King St
Wilmington, DE 19801

Denton US, LLP
Attn: Oscar Pinkas/ Lauren Macksoud
1221 Ave of the Americans
New York, NY 10020

Commonwealth of PA, Dept of Labor and Industry
Collection Support Unit
Attn: Deb Secrest
651 Boas St, Rm 925
Harrisburg, PA 17121

DLA Piper LLP
Attn: Stuart M. Brown
1201 N Market St, Ste 2100
Wilmington, DE 19801

DLA Piper LLP
Attn: Richard A. Chesley
444 W Lake St, Ste 900
Chicago, IL 60606

Drinker Biddle & Reath LLP
Attn: Marita S. Erbeck
600 Campus Dr
Florham Park, NJ 07932-1047

Drexel University College of Medicine
c/o Cozen O'Connor
Attn: Stephen A. Cozen, Esq.
One Liberty Place
1650 Market St, Ste 2800
Philadelphia, PA 19103

Duane Morris LLP
Attn: Jarret Hitchings
222 Delaware Ave, Ste 1600
Wilmington, DE 19801-1659

Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621

Fineman Krekstein & Harris, PC
Attn: Deirdre M. Richards
1300 N. King St
Wilmington, DE 19801

Duane Morris LLP
Attn: Mairi V. Luce
30 S 17th St
Philadelphia, PA 19103-4196

Freedman & Lorry, P.C.
C/o Susan A. Murray
Attn: Training & Upgrading Fund
1601 Market St, Ste 1500
Philadelphia, PA 19103

Fox Rothschild LLP
Attn: Thomas Horan
919 N Market St, Ste 300
Wilmington, DE 19899-2323

Gibbons P.C.
Attn: Dale E. Barney
One Gateway Center
Newark, NJ 07102-5310

Gabriella Bober
1425 Locust St, Unit 16B
Philadelphia, PA 19102

Gibbons P.C.
Attn: N Songonuga/ R Malone/ D Crapo
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

Gibbons P.C.
Attn: Howard A. Cohen
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

Greenberg Traurig, LLP
Attn: Nancy A. Peterman
77 W Wacker Dr, Ste 3100
Chicago, IL 60601

Greenberg Traurig, LLP
Attn: Dennis A. Meloro
The Nemours Building
1007 N Orange St, Ste 1200
Wilmington, DE 19801

| | |
|---|---|
| Honigman LLP<br>Attn: E Todd Sable/ Lawrence A.Lichtman<br>2290 First National Building<br>660 Woodward Ave<br>Detroit, MI 48226 | Hogan & McDaniel<br>Attn: Daniel Hogan/Garvan<br>McDaniel/Daniel Kerrick<br>1311 Delaware Ave<br>Wilmington, DE 19805 |
| International Brotherhood of<br>Electrical Workers, Local 98<br>1701 Spring Garden St<br>Philadelphia, PA 19130 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jeffer Mangels Butler & Mithcell LLP<br>Attn: Marianne S. Martin<br>1900 Ave of the Stars, 7th FL<br>Los Angeles, CA 90067 | JD Thompson Law<br>C/O Sodexo, Inc.<br>Attn: Judy D. Thompson<br>P.O. Box 33127<br>Charlotte, NC 28233 |
| Kirkland & Ellis LLP<br>Attn: Nicole Greenblatt<br>601 Lexington Ave<br>New York, NY 10022 | Jones Walker LLP<br>Attn: Jeffrey R. Barber<br>190 E Capitol St, Ste 800<br>P.O. Box 427<br>Jackson, MS 39205-0427 |
| Kurtzman, Steady, LLC.<br>Attn: Jeffrey Kurtzman<br>401 S 2nd St, Ste 200<br>Philadelphia, PA 19147 | Kirkland & Ellis LLP<br>Attn: Stephen Hackney/Gregory Pesce<br>300 N LaSalle<br>Chicago, IL 60654 |
| Markowitz & Richman<br>Attn: Jonathan Walters, Esquire<br>123 South Broad St, Ste 2020<br>Philadelphia, PA 19109 | Law Offices of Mitchell J. Malzberg, LLC<br>Attn: Mitchell J. Malzberg<br>P.O. Box 5122<br>6 E Main St, Ste 7<br>Clinton, NJ 08809 |
| Maron Marvel Bradley Anderson & Tardy, LLC.<br>Attn: Stephanie A. Fox<br>1201 N Market St, Ste 900<br>Wilmington, DE 19801 | Markowitz and Richman<br>Attn: Claiborne S. Newlin<br>Legal Arts Building<br>1225 King St, Ste 804<br>Wilmington, DE 19801 |
| McCarter & English, LLP<br>Attn: William F. Taylor<br>Renaissance Centre<br>405 N King St, 8th Fl<br>Wilmington, DE 19801 | Mattleman Weinroth & Miller, P.C<br>Attn: Christina Pross<br>200 Continental Drive, Ste 215<br>Newark, DE 19713 |

IMPAC 6504189v.3

Moye White LLP
Attn: Timothy M. Swanson/Vikrama S. Chandrashekar
1400 16th St, 6th Fl
Denver, CO 80202

Med One Capital Funding, LLC.
c/o Ray Quinney & Nebecker, P.C
Attn: David H. Leigh
36 S State St, 14th FL
Salt Lake City, UT 84111

National Union of Hospital and Healthcare Employees, District 1199C
1319 Locust St
Philadelphia, PA 19107

National Union of Hospital and Healthcare Employees, AFSCME, AFL-CIO
1319 Locust St
Philadelphia, PA 19107

O'Donoghue & O'Donoghue LLP
Attn: Lance Geren, Esq.
325 Chestnut St, Ste 600
Philadelphia, PA 19106

O'Melveny & Myers, LLP
Attn: S Uhland/ D Shamah/ D Perez
Times Square Tower
7 Times Square
New York, NY 10036

Office of the Attorney General
Attn: Josh Shapiro, Esquire
Attn: Bankruptcy Dept
16th Fl, Strawberry Square
Harrisburg, PA 17120

Office of Attorney General
Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith
The Phoenix Building
1600 Arch St, 3rd Fl
Philadelphia, PA 19103

Office of The United States Trustee
Attn: Benjamin Hackman
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801-3519

Office of the United States Attorney for the District of Delaware
Attn: David C. Weiss, Esquire
Hercules Building
1313 N Market St
Wilmington, DE 19801

Pearlman & Miranda, LLC.
Attn: Patricia A Celano
110 Edison Pl, Ste 301
Newark, NJ 07102

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones/Timothy Cairns
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705

Pennsylvania Department of Health
Attn: Dr. Rachel Levine
Health and Welfare Building
625 Forester St, 8th FL W
Harrisburg, OA 17120

Pennsylvania Association of Staff Nurses and Allied Professionals
1 Fayette Street, Suite 475
Conshohocken, PA 19428

4

| | |
|---|---|
| Pepper Hamilton, LLP<br>Attn: Marcy J. McLaughlin<br>1313 N Market St, P.O. Box 1709<br>Hercules Plaza, Ste 5100<br>Wilmington, DE 19899-1709 | Pepper Hamilton, LLP<br>Attn: Francis J. Lawall<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 |
| Richards Layton & Finger, PA<br>Attn: M. Collins/ M Merchant/ B Schlauch<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | Polsinelli P.C<br>Attn: Christopher A. Ward<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton/Adam Isenberg<br>Attn: Aaron Applebaum<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti/Monique DiSabatino<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 |
| Schnader Harrison Segal & Lewis LLP<br>Attn: Richard A. Barkasy<br>824 N. Market St, Ste 800<br>Wilmington, DE 19801 | Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919 |
| Sills Cummis & Gross P.C<br>Attn: Andrew Sherman/ Boris Mankovetskiy<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102 | Stevens & Lee, P.C.<br>Attn: Joseph H. Huston<br>919 N Market St, Ste 1300<br>Wilmington, DE 19801 |
| Stevens & Lee, P.C.<br>Attn: Robert Lapowsky<br>620 Freedom Business Ctr, Ste 200<br>King of Prussia, PA 19406 | Stinson LLP<br>Attn: Darrell Clark/ Tracey Ohm<br>1775 Pennsylvania Ave NW, Ste 800<br>Washington, D.C 20006 |
| Stoel Rives LLP<br>Attn: Marc A. Al<br>33 S 6th St, Ste 4200<br>Minneapolis, MN 55402 | Stradley Ronan Stevens & Young LLP<br>Attn: Deborah A. Reperowitz<br>100 Park Avenue, Suite 2000<br>New York, NY 10017 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour<br>2005 Market St, Ste 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky<br>1000 N West St, Ste 1279<br>Wilmington, DE 19801 |

Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S Mopac Expressway, Ste 320
Austin, TX 78746

The Rosner Law Gorup LLC
Attn: Frederick B. Rosner
824 N Market St, Ste 810
Wilmington, DE 19801

Troutman Sanders LLP
Attn: Matthew R. Brooks
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308

Underwood Perkins, P.C.
Attn: David Campbell/ Eli Pierce
Two Lincoln Centre
5420 LBJ Fwy, Ste 1900
Dallas, TX 75240

United States Deptarment of Justice
950 Pennsylvania Ave, NW
Washington, DC  20530-0001

White and Williams LLP
Attn: Marc S. Casarino
600 N King St, Ste 800
Wilmington, DE 19899-0709

Sullivan, Hazeltine, Allison, LLC.
Attn: William D. Sullivan
901 N Market St, Ste 1300
Wilmington, DE 19801

Troutman Sanders LLP
Attn: Louis A. Curcio
Attn: Jessica Mikhailevich
875 Third Ave
New York, NY 10022

U.S. Department of Justice
Attn: Marc Sacks
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-875

United States Department of Justice
Attn:  Civil Division
1100 L St, NW, 10030
Washington, DC  20005

White and Williams LLP
Attn: Amy E. Vulpio
1650 Market St, 18th FL
Philadelphia, PA 19103