**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Jointly Administered |
| *et al.*,[1] | ) |
| Debtors. | ) **Re: Docket Nos. 1134 and 1135** |

## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age, and that on this 11th day of December 2019, I caused true and correct copies of (i) *Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements* and (ii) *Motion of the Ad Hoc Committee of Hahnemann Residents and Fellows for Entry of an Order Shortening the Notice and Objection Periods with Respect to the Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements* to be served upon the parties listed on **Exhibit A** via e-mail and **Exhibit B** via first class mail, postage pre-paid.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Under penalty of perjury, I declare the foregoing is true and correct.

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

## EXHIBIT A

daluzt@ballardspahr.com
mcclambc@ballardspahr.com
marriott@ballardspahr.com
Luce@duanemorris.com
JPHitchings@duanemorris.com
rezetp@einstein.edu
jdt@jdthompsonlaw.com
mclaughlinm@pepperlaw.com
lawallf@pepperlaw.com
bsullivan@sha-llc.com
jody.barillare@morganlewis.com
phughes@dilworthlaw.com
lmcmichael@dilworthlaw.com
ra-li-ucts-bankrupt@state.pa.us
Benjamin.a.hackman@usdoj.gov
dleigh@rqn.com
smurray@freedmanlorry.com
marc.al@stoel.com
schristianson@buchalter.com
aaron.applebaum@saul.com
monique.disabatino@saul.com
jeffrey.hampton@saul.com
aisenberg@saul.com
mark.minuti@saul.com
thoran@foxrothschild.com
bmankovetskiy@sillscummis.com
asherman@sillscummis.com
jpolesky@stradley.com
gsantamour@stradley.com

**EXHIBIT B**

Albert Einstein Healthcare Network
Attn: Penny J. Rezet
5501 Old York Rd
Philadelphia, PA 19141

Arent Fox LLP
Attn: George Angelich/ Phillip Khezri
1301 Ave of the Americans, Fl 42
New York, NY 10019

Ashby & Geddes, P.A.
Attn: Gregory Taylor / Katharina Earle
500 Delaware Ave, 8th Fl.
P.O. Box 1150
Wilmington, DE 19899-1150

Attorney for the City of PA, City of PA Law
Depart
Attn: Megan Harper
1401 JFK Building, 5th FL
Philadelphia, PA 19102-1595

Ballard Spahr LLP
Attn: Tobey M. Daluz
Attn: Chantelle D. McClamb
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Ballard Spahr LLP
Attn: Vincent J. Marriott
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Barnes & Thornburg LLP
Attn: David Powlen/Kevin Collins
1000 N West St, Ste 1500
Wilimington, DE 19801

Bayard, P.A.
Attn: Justin Alberto/ Sophie Macon
600 N King St, Ste 400
Wilmington, DE 19801

Biellli & Klauder, LLC
Attn: David Klauder
1204 N King St.
Wilmington, DE 19801

Berger Law Group, P.C.
Attn: Phillip Berger/Matthew Kaufmann
919 Conestoga Rd., Bldg. 3, Ste. 114
Rosemont, PA 19010

Ciardi Ciardi & Astin
Attn: Albert Ciardi
One Commerce Square, Ste 3500
2005 Market St
Philadelphia, PA 19103

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17 Fl
San Francisco, CA 94105-3493

City of Philadelphia
Attn:  Law Dept
1515 Arch St, 17th Fl
Philadelphia, PA  19102

Ciardi Ciardi & Astin
Attn: Daniel Astin/ Joseph McMahon
1204 N. King St
Wilmington, DE 19801

Denton US, LLP
Attn: Oscar Pinkas/ Lauren Macksoud
1221 Ave of the Americans
New York, NY 10020

Commonwealth of PA, Dept of Labor and
Industry
Collection Support Unit
Attn: Deb Secrest
651 Boas St, Rm 925
Harrisburg, PA 17121

DLA Piper LLP
Attn: Stuart M. Brown
1201 N Market St, Ste 2100
Wilmington, DE 19801

DLA Piper LLP
Attn: Richard A. Chesley
444 W Lake St, Ste 900
Chicago, IL 60606

Drinker Biddle & Reath LLP
Attn: Marita S. Erbeck
600 Campus Dr
Florham Park, NJ 07932-1047

Drexel University College of Medicine
c/o Cozen O'Connor
Attn: Stephen A. Cozen, Esq.
One Liberty Place
1650 Market St, Ste 2800
Philadelphia, PA 19103

Duane Morris LLP
Attn: Jarret Hitchings
222 Delaware Ave, Ste 1600
Wilmington, DE 19801-1659

Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621

Fineman Krekstein & Harris, PC
Attn: Deirdre M. Richards
1300 N. King St
Wilmington, DE 19801

Duane Morris LLP
Attn: Mairi V. Luce
30 S 17th St
Philadelphia, PA 19103-4196

Freedman & Lorry, P.C.
C/o Susan A. Murray
Attn: Training & Upgrading Fund
1601 Market St, Ste 1500
Philadelphia, PA 19103

Fox Rothschild LLP
Attn: Thomas Horan
919 N Market St, Ste 300
Wilmington, DE 19899-2323

Gibbons P.C.
Attn: Dale E. Barney
One Gateway Center
Newark, NJ 07102-5310

Gabriella Bober
1425 Locust St, Unit 16B
Philadelphia, PA 19102

Gibbons P.C.
Attn: N Songonuga/ R Malone/ D Crapo
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

Gibbons P.C.
Attn: Howard A. Cohen
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

Greenberg Traurig, LLP
Attn: Nancy A. Peterman
77 W Wacker Dr, Ste 3100
Chicago, IL 60601

Greenberg Traurig, LLP
Attn: Dennis A. Meloro
The Nemours Building
1007 N Orange St, Ste 1200
Wilmington, DE 19801

Honigman LLP
Attn: E Todd Sable/ Lawrence A.Lichtman
2290 First National Building
660 Woodward Ave
Detroit, MI 48226

Hogan & McDaniel
Attn: Daniel Hogan/Garvan
McDaniel/Daniel Kerrick
1311 Delaware Ave
Wilmington, DE 19805

International Brotherhood of
Electrical Workers, Local 98
1701 Spring Garden St
Philadelphia, PA 19130

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffer Mangels Butler & Mithcell LLP
Attn: Marianne S. Martin
1900 Ave of the Stars, 7th FL
Los Angeles, CA 90067

JD Thompson Law
C/O Sodexo, Inc.
Attn: Judy D. Thompson
P.O. Box 33127
Charlotte, NC 28233

Kirkland & Ellis LLP
Attn: Nicole Greenblatt
601 Lexington Ave
New York, NY 10022

Jones Walker LLP
Attn: Jeffrey R. Barber
190 E Capitol St, Ste 800
P.O. Box 427
Jackson, MS 39205-0427

Kurtzman, Steady, LLC.
Attn: Jeffrey Kurtzman
401 S 2nd St, Ste 200
Philadelphia, PA 19147

Kirkland & Ellis LLP
Attn: Stephen Hackney/Gregory Pesce
300 N LaSalle
Chicago, IL 60654

Markowitz & Richman
Attn: Jonathan Walters, Esquire
123 South Broad St, Ste 2020
Philadelphia, PA 19109

Law Offices of Mitchell J. Malzberg, LLC
Attn: Mitchell J. Malzberg
P.O. Box 5122
6 E Main St, Ste 7
Clinton, NJ 08809

Maron Marvel Bradley Anderson & Tardy,
LLC.
Attn: Stephanie A. Fox
1201 N Market St, Ste 900
Wilmington, DE 19801

Markowitz and Richman
Attn: Claiborne S. Newlin
Legal Arts Building
1225 King St, Ste 804
Wilmington, DE 19801

McCarter & English, LLP
Attn: William F. Taylor
Renaissance Centre
405 N King St, 8th Fl
Wilmington, DE 19801

Mattleman Weinroth & Miller, P.C
Attn: Christina Pross
200 Continental Drive, Ste 215
Newark, DE 19713

Moye White LLP
Attn: Timothy M. Swanson/Vikrama S.
Chandrashekar
1400 16th St, 6th Fl
Denver, CO 80202

Med One Capital Funding, LLC.
c/o Ray Quinney & Nebecker, P.C
Attn: David H. Leigh
36 S State St, 14th FL
Salt Lake City, UT 84111

National Union of Hospital and
Healthcare Employees, District 1199C
1319 Locust St
Philadelphia, PA 19107

National Union of Hospital and
Healthcare Employees, AFSCME, AFL-CIO
1319 Locust St
Philadelphia, PA 19107

O'Donoghue & O'Donoghue LLP
Attn: Lance Geren, Esq.
325 Chestnut St, Ste 600
Philadelphia, PA 19106

O'Melveny & Myers, LLP
Attn: S Uhland/ D Shamah/ D Perez
Times Square Tower
7 Times Square
New York, NY 10036

Office of the Attorney General
Attn: Josh Shapiro, Esquire
Attn: Bankruptcy Dept
16th Fl, Strawberry Square
Harrisburg, PA 17120

Office of Attorney General
Attn: C. E. Momjian/C. Momjian/D
Dembe/L. Rhoda/R Smith
The Phoenix Building
1600 Arch St, 3rd Fl
Philadelphia, PA 19103

Office of The United States Trustee
Attn: Benjamin Hackman
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801-3519

Office of the United States Attorney
for the District of Delaware
Attn: David C. Weiss, Esquire
Hercules Building
1313 N Market St
Wilmington, DE 19801

Pearlman & Miranda, LLC.
Attn: Patricia A Celano
110 Edison Pl, Ste 301
Newark, NJ 07102

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones/Timothy Cairns
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705

Pennsylvania Department of Health
Attn: Dr. Rachel Levine
Health and Welfare Building
625 Forester St, 8th FL W
Harrisburg, OA 17120

Pennsylvania Association of
Staff Nurses and Allied Professionals
1 Fayette Street, Suite 475
Conshohocken, PA 19428

Pepper Hamilton, LLP
Attn: Marcy J. McLaughlin
1313 N Market St, P.O. Box 1709
Hercules Plaza, Ste 5100
Wilmington, DE 19899-1709

Pepper Hamilton, LLP
Attn: Francis J. Lawall
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Richards Layton & Finger, PA
Attn: M. Collins/ M Merchant/ B Schlauch
One Rodney Square
920 N King St
Wilmington, DE 19801

Polsinelli P.C
Attn: Christopher A. Ward
222 Delaware Ave, Ste 1101
Wilmington, DE 19801

Saul Ewing Arnstein & Lehr LLP
Attn: Jeffrey Hampton/Adam Isenberg
Attn: Aaron Applebaum
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Saul Ewing Arnstein & Lehr LLP
Attn: Mark Minuti/Monique DiSabatino
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899

Schnader Harrison Segal & Lewis LLP
Attn: Richard A. Barkasy
824 N. Market St, Ste 800
Wilmington, DE 19801

Shipman & Goodwin LLP
Attn: Eric S. Goldstein
One Constitution Plaza
Hartford, CT 06103-1919

Sills Cummis & Gross P.C
Attn: Andrew Sherman/ Boris
Mankovetskiy
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Stevens & Lee, P.C.
Attn: Joseph H. Huston
919 N Market St, Ste 1300
Wilmington, DE 19801

Stevens & Lee, P.C.
Attn: Robert Lapowsky
620 Freedom Business Ctr, Ste 200
King of Prussia, PA 19406

Stinson LLP
Attn: Darrell Clark/ Tracey Ohm
1775 Pennsylvania Ave NW, Ste 800
Washington, D.C 20006

Stoel Rives LLP
Attn:  Marc A. Al
33 S 6th St, Ste 4200
Minneapolis, MN 55402

Stradley Ronan Stevens & Young LLP
Attn: Deborah A. Reperowitz
100 Park Avenue, Suite 2000
New York, NY 10017

Stradley, Ronon, Stevens & Young, LLP
Attn: Gretchen M. Santamour
2005 Market St, Ste 2600
Philadelphia, PA 19103

Stradley, Ronon, Stevens & Young, LLP
Attn: Joelle E. Polesky
1000 N West St, Ste 1279
Wilmington, DE 19801

Streusand, Landon, Ozburn & Lemmon,
LLP
Attn: Sabrina L. Streusand
1801 S Mopac Expressway, Ste 320
Austin, TX 78746

The Rosner Law Gorup LLC
Attn: Frederick B. Rosner
824 N Market St, Ste 810
Wilmington, DE 19801

Troutman Sanders LLP
Attn: Matthew R. Brooks
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308

Underwood Perkins, P.C.
Attn: David Campbell/ Eli Pierce
Two Lincoln Centre
5420 LBJ Fwy, Ste 1900
Dallas, TX 75240

United States Deptarment of Justice
950 Pennsylvania Ave, NW
Washington, DC  20530-0001

White and Williams LLP
Attn: Marc S. Casarino
600 N King St, Ste 800
Wilmington, DE 19899-0709

Sullivan, Hazeltine, Allison, LLC.
Attn: William D. Sullivan
901 N Market St, Ste 1300
Wilmington, DE 19801

Troutman Sanders LLP
Attn: Louis A. Curcio
Attn: Jessica Mikhailevich
875 Third Ave
New York, NY 10022

U.S. Department of Justice
Attn: Marc Sacks
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-875

United States Department of Justice
Attn:  Civil Division
1100 L St, NW, 10030
Washington, DC  20005

White and Williams LLP
Attn: Amy E. Vulpio
1650 Market St, 18th FL
Philadelphia, PA 19103