**CERTIFICATE OF SERVICE**

I, Michael Busenkell, hereby certify that on December 12, 2019, I caused a true and correct copy of the *Notice of Appearance and Demand for Service of Notices and Papers* to be served via CM/ECF upon those parties registered to receive such electronic notifications and additionally served upon the parties listed below via First Class U.S. Mail, postage prepaid.

Dated: December 12, 2019       */s/ Michael Busenkell*
                               Michael Busenkell (DE 3933)

**Via First Class U.S. Mail**
Saul Ewing Arnstein & Lehr LLP
Aaron S. Applebaum, Esq.
Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Saul Ewing Arnstein & Lehr LLP
Mark Minuti, Esq.
Monique Bair DiSabatino, Esq.
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Office of the United States Trustee
Benjamin A. Hackman, Esq.
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Fox Rothschild LLP
Thomas M. Horan, Esq.
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323

Sills,Cummis & Gross P.C.
Boris I. Mankovetskiy, Esq.
Andrew H. Sherman, Esq.
One Riverfront Plaza
Newark, NJ 07102