## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466(KG) |
| HAHNEMANN UNIVERISTY HOSPITAL, | ) | (Jointly Administered) |
| *et al.,* | ) | |
| | ) | D.I. 1096, 1097, 1098 |
| Debtors. | ) | |

## ORDER DENYING EMERGENCY MOTION OF THE FORMER PHYSICIAN GROUP

The Former Physician Group consisting of former Residents, Fellows and Medical Staff of St. Christopher's Healthcare, LLC and Affiliated Debtor Entities brought an emergency motion either to enforce the Asset Purchase Agreement between Debtors and STC Opco LLC (the "Buyer") or to reconsider the Sale Order which the Court entered approving the sale of St. Christopher's Hospital.

For the reasons the Court provided at the hearing, the Motion is DENIED.

In short, the Court found that the Buyer never agreed in the Asset Purchase Agreement or in testimony before the Court that it would purchase "tail" insurance coverage for the Former Physician Group, movants. The Court therefore declined to interfere with the sale. The Court further found there was no mistake, inadvertence, surprise or excusable neglect giving rise to relief under Rule 60(b) of the Federal Rules of Civil Procedure and Rule 9024 of the Federal Rules of Bankruptcy Procedure.

SO ORDERED.

Date: December 13, 2019

The Honorable Kevin Gross
United States Bankruptcy Judge