# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | ) Case No. 19-11466 (KG) ) Jointly Administered |
| Debtors. | ) |

## ORDER GRANTING THE MOTION OF THE AD HOC COMMITTEE OF HAHNEMANN RESIDENTS AND FELLOWS FOR ENTRY OF AN ORDER SHORTENING THE NOTICE AND OBJECTION PERIODS WITH RESPECT TO THE EMERGENCY MOTION OF THE OF AD HOC COMMITTEE OF HAHNEMANN RESIDENTS AND FELLOWS TO COMPEL DEBTORS TO PROVIDE PROFESSIONAL LIABILITY INSURANCE IN ACCORDANCE WITH RESIDENT EMPLOYMENT AGREEMENTS

Upon consideration of the *Motion of the Ad Hoc Committee of Hahnemann Residents and Fellows For Entry of an Order Shortening the Notice and Objection Periods With Respect to the Emergency Motion of the Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements* (the "Motion to Shorten");[2] and the Court having reviewed the Motion to Shorten; and the Court having jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334; and having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and having found that notice of the Motion to Shorten was sufficient under the circumstances; and having determined

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion to Shorten is granted, as set forth herein.

2. The Motion shall be heard on December **17**, 2019 at **1:30 p**.m. (ET) (the "Hearing"). THE HEARING WILL BE EVIDENTIARY.

3. Any responses or objections to the Motion shall be made so as to be received by December **17**, 2019 at **12:00 p**.m.

4. The Ad Hoc Resident Committee is authorized to take all actions necessary to effectuate the relief granted in this order.

5. The Court retains exclusive jurisdiction with respect to all maters arising from or related to the implementation, interpretation, and enforcement of this Order.

December 12, 2019                    Kevin Gross
                                                    U.S.B.J.

2