# EXHIBIT "1"

## Supplemental Schedule of Assigned Contracts

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Front Street Healthcare Properties, II LLC | Lease (3647-3669 N. Front Street - Nelson Pavilion) | St. Christopher's Healthcare, LLC |
| Front Street Healthcare Properties, LLC | Lease (St. Christopher's Hospital for Children, 160 E. Erie Ave.) | St. Christopher's Healthcare, LLC |