UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

CENTER CITY HEALTHCARE, LLC, d/b/a
HAHNEMANN UNIVERSITY HOSPITAL,
*et al.*,[1]

Debtors.

Chapter 11

Case No. 19-11466 (KG)
(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Dennis Meloro, certify that I am over eighteen years of age and that, on behalf of Suzanne Koenig, the patient care ombudsman (the "Ombudsman"), on December 13, 2019, I did cause a true and correct copy of the of the Notice of Patient Case Ombudsman's Report [Docket No. 1161] to be served via this courts CM/ECF filing system and via U.S. Mail on the parties listed on the Service List attached hereto as **Exhibit "A"**.

Dated: December 13, 2019
       Wilmington, Delaware

**GREENBERG TRAURIG, LLP**

/s/ *Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware  19801
Telephone:  (302) 661-7000
Facsimile:  (302) 661-7360
Email: melorod@gtlaw.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.


## EXHIBIT A
## SERVICE LIST

The Office of the United States Trustee
Attn: Benjamin A. Hackman, Esq.
844 N. King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Mark Minuti, Esq.
Monique B. DiSabatino, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street
Suite 2300
Wilmington, DE 19801

Thomas M. Horan
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801

Allen Wilen, CRO
Center City Healthcare, LLC
230 North Broad Street
Philadelphia, PA 19102

Jeffrey Hampton, Esq.
Adam H. Isenberg, Esq.
Saul Ewing Arnstein & Lehr LLP
1500 Market Street
38th Floor
Philadelphia, PA 19102

Boris I. Mankovetskiy
Andrew G. Sherman
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102