**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (KG)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket Nos. 205 and 795** |

**CERTIFICATION OF COUNSEL SUBMITTING CONSENT ORDER
GRANTING DEBTORS AUTHORITY TO ASSUME AND ASSIGN
SODEXO CONTRACT IN CONNECTION WITH THE STC OPCO SALE**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby certifies that:

1. On September 27, 2019, the Court entered an *Order under 11 U.S.C. § 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement with STC OpCo, LLC (B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtors' Executory Contracts, and (D) Granting Related Relief* [D.I. 795] (the "**Sale Order**"), pursuant to which the Court authorized the sale (the "**STC OpCo Sale**") of substantially all assets of St. Christopher's Healthcare, LLC and certain related Debtors (together, the "**Sellers**") to STC OpCo, LLC (the "**Buyer**") in accordance with the asset purchase agreement attached to the Sale Order as Exhibit A (the "**STC APA**").[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

2. Pursuant to the Sale Order, among other things, the STC Entities (as defined in the Sale Order) were authorized to assume and assign to the Buyer all of the contracts listed on Exhibit "B" to the Sale Order free and clear of any "Interests" (as defined in the Sale Order).

3. Schedule 1.11 to the STC APA is an initial list of contracts designated by the Buyer for assumption by the applicable STC Entity and assignment to the Buyer. Pursuant to the STC APA, the Buyer has the right to delete contracts from Schedule 1.11 and add contracts to Schedule 1.11 at any time until the Closing Date. See STC APA at §§ 1.11, 9.1. However, to the extent the Buyer seeks to add an agreement to Schedule 1.11 following the Sale Hearing, the Debtors must file a motion to assume and assign such contract and provide appropriate notice to the contract counterparty. See STC APA at § 1.11. Only contracts that are listed on Schedule 1.11 as of the Closing Date (the "**Closing Date Schedule 1.11**") will be assumed and assigned to the Buyer

4. Subsequent to the Sale Hearing, the Buyer determined that it may seek to add to Closing Date Schedule 1.11 the Management Agreement dated January 5, 2018 for cafeteria and patient food services between Sodexo Management, Inc. ("**Sodexo**") and Debtor St. Christopher's Healthcare, LLC (as amended, the "**Subject Contract**").

5. To this end, St. Christopher's Healthcare, LLC, the Buyer and counsel to Sodexo have agreed to the entry of the *Consent Order Granting Debtors Authority to Assume and Assign Sodexo Contract in Connection with the STC OpCo Sale*, a copy of which is attached hereto as **Exhibit 1** (the "**Consent Order**"), pursuant to which the Subject Contract may be assumed and assigned to the Buyer in accordance with the terms of the Consent Order and the Sale Order.

WHEREFORE, the Debtors respectfully request the entry of the Consent Order at the earliest convenience of the Court.

3

| | |
|---|---|
| Dated: December 13, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP**<br><br>By: */s/ Monique B. DiSabatino*<br>Mark Minuti (DE Bar No. 2659)<br>Monique B. DiSabatino (DE Bar No. 6027)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE  19899<br>Telephone: (302) 421-6800<br>Fax: (302) 421-5873<br>mark.minuti@saul.com<br>monique.disabatino@saul.com<br><br>-and-<br><br>Jeffrey C. Hampton<br>Adam H. Isenberg<br>Aaron S. Applebaum (DE Bar No. 5587)<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>Fax: (215) 972-7725<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br>aaron.applebaum@saul.com<br><br>*Counsel for Debtors and Debtors in Possession* |