**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | **Related to Docket No. 1087** |

**CERTIFICATION OF NO OBJECTION TO
DEBTORS' FIFTH OMNIBUS MOTION
FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES
IN CONNECTION WITH THE STC OPCO SALE**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1.    On December 5, 2019, the *Debtors' Fifth Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC Opco Sale* [Docket No. 1087] (the "**Motion**")[2] was filed with the Court.

2.    Pursuant to the notice of the Motion [Docket No. 1087], objections to the Motion were to be filed by December 12, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.    No objections or responses were served upon the undersigned counsel or entered on the Court's docket.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4.      Accordingly, the Motion may be granted.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: December 13, 2019                    **SAUL EWING ARNSTEIN & LEHR LLP**

By:*/s/ Monique B. DiSabatino*
                    Mark Minuti (DE Bar No. 2659)
                    Monique B. DiSabatino (DE Bar No. 6027)
                    1201 N. Market Street, Suite 2300
                    P.O. Box 1266
                    Wilmington, DE  19899
                    Telephone: (302) 421-6800
                    Fax: (302) 421-5873
                    mark.minuti@saul.com
                    monique.disabatino@saul.com

                    -and-

                    Jeffrey C. Hampton
                    Adam H. Isenberg
                    Aaron S. Applebaum (DE Bar No. 5587)
                    Centre Square West
                    1500 Market Street, 38th Floor
                    Philadelphia, PA 19102
                    Telephone: (215) 972-7777
                    Fax: (215) 972-7725
                    jeffrey.hampton@saul.com
                    adam.isenberg@saul.com
                    aaron.applebaum@saul.com

                    *Counsel for Debtors and Debtors in Possession*