# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
|  | ) Jointly Administered |
| Debtors. | ) Re: Docket No. 205, 795 |

## CERTIFICATION OF COUNSEL REGARDING AMENDMENT TO ASSET PURCHASE AGREEMENT BY AND BETWEEN ST. CHRISTOPHER'S HEALTHCARE, LLC, PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC, AND CERTAIN AFFILIATES

The undersigned counsel for the above-captioned debtors and debtors-in-possession (the "Debtors") hereby certifies as follows:

1. On June 30 and July 1, 2019 (collectively, the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On July 26, 2019, the Court issued an Order (the "Bidding Procedures Order") [D.I. 301] pursuant to which, *inter alia,* the Court approved procedures for the sale of certain assets of Debtor St. Christopher's Healthcare, LLC ("STC") and certain other Debtors.

3. On September 27, 2019, the Court issued its Order Under 11 U.S.C. § 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement With STC OpCo, LLC

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2

(B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtors' Executory Contracts, and (D) Granting Related Relief [D.I. 795] (the "Sale Order").

4. The Sale Order approved the Asset Purchase Agreement By and Among St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates LLC and certain affiliates and STC OpCo LLC dated as of September 20, 2019 (the "Agreement").

5. Paragraph 28 of the Sale Order permits the Debtors and STC OpCo LLC to amend the Agreement, subject to certain conditions. Attached hereto as Exhibit A is the parties' First Amendment to Asset Purchase Agreement (the "Amendment"). The Debtors have consulted with the Committee regarding the Amendment and believe that the amendments reflected in the Amendment are not material and/or and are not less favorable to the STC Entities that the applicable provisions contained in the Agreement.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

| | |
|---|---|
| Dated: December 15, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*

36325710.4 12/15/2019