IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466(KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, ) | (Jointly Administered) |
| *et al.*, ) | |
| ) | |
| Debtors. ) | |

## ORDER FOR RULE TO SHOW CAUSE DIRECTED TO DEBTORS

At the hearing scheduled for Tuesday, December 17, 2019, the Court directs Debtors to show cause why their Chapter 11 (11 U.S.C. § 101, *et seq.*) cases should not be converted to cases under Chapter 7 of the Bankruptcy Code. Debtors appear to have failed to maintain appropriate insurance, *i.e.*, tail insurance, for physicians they employed which would give rise to conversion pursuant to 11 U.S.C. § 1112(b)(4)(C). The Court will conduct an evidentiary hearing on the insurance issue on December 17. In addition, Debtors appear to have substantial and continuing loss to and diminution of Debtors' estates and no reasonable likelihood of rehabilitation, thereby subjecting them to conversion pursuant to 11 U.S.C. § 112(b)(4)(A).

SO ORDERED.

December 16, 2019

_____
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE