**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Joel C. Hopkins of Saul Ewing Arnstein & Lehr LLP to represent the Debtors in this action.

Dated: December 16, 2019

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
**SAUL EWING ARNSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE  19801-1266
(302) 421-6800

*Counsel for Debtors and Debtors-in-Possession*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Joel C. Hopkins*
Joel C. Hopkins
**SAUL EWING ARNSTEIN & LEHR LLP**
Penn National Insurance Plaza
2 North Second Street, 7th Floor
Harrisburg, PA  17101-1619
Telephone: (717) 257-7525
Facsimile:  (717) 238-4622
joel.hopkins@saul.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: December 16th, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**