# EXHIBIT "1"

**Supplemental Schedule of Assigned Contracts**

(See attached)

| Contract Party | Title of Agreement | Debtor Party | Liquidated Cure Amount | Maximum Unliquidated Cure Amount (if applicable) |
|---|---|---|---|---|
| Bober, Gabriella T. | Moonlighting Services Agreement | SCHC Pediatric Associates, LLC | $0.00 | |
| Children's Hospital of Philadelphia (CHOP) | Master Agreement for Clinical Rotations | St. Christopher's Healthcare, LLC | $0.00 | |
| School District of Philadelphia | Memorandum of Understanding (OGC Contract No. 1158/F20) | St. Christopher's Healthcare, LLC | $0.00 | |