# Exhibit A

# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket No. __** |
| | ) |

**ORDER APPROVING TWELFTH OMNIBUS MOTION OF THE DEBTORS FOR
ENTRY OF AN ORDER AUTHORIZING THE REJECTION
OF HAHNEMANN RESIDENT PHYSICIAN EMPLOYMENT AGREEMENTS**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors to reject the Hahnemann resident physician employment agreements listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of the date specified on **Exhibit 1** for each such Contract; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

-2-

having reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. To the extent necessary, the Contracts set forth on **Exhibit 1** attached hereto are hereby rejected to the extent such Contracts are executory contracts.

3. Each Contract shall be deemed rejected as of the last date each HUH Resident worked at Hahnemann.

4. This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts.

5. To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

6. The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

7. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

## Exhibit 1

## Rejected Contracts

| No. | Non-Debtor Counterparty Last Name | Non-Debtor Counterparty First Name | Agreement Title/Description | Debtor Counterparty |
|---|---|---|---|---|
| 1-100 | HUH Residents* | HUH Residents* | Hahnemann resident physician employment agreement | Center City Healthcare, LLC |

**\*** The names of the HUH Residents have been redacted to protect the privacy of the residents' personal information, as requested through the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Omnibus Motions for Authority to Reject Hahnemann Resident Physician Employment Agreements, filed contemporaneously with the Motion*.