## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |

### DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL THE UNREDACTED VERSIONS OF THE DEBTORS' OMNIBUS MOTIONS FOR AUTHORITY TO REJECT HAHNEMANN RESIDENT PHYSICIAN EMPLOYMENT AGREEMENTS

The debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), by and through their undersigned counsel, file this motion (this "**Seal Motion**") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), pursuant to section 107(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 9018-1(b) of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), authorizing the Debtors to (a) file unredacted versions of their Ninth, Tenth, Eleventh, Twelfth, Thirteenth and Fourteenth omnibus rejection motions (the "**HUH Resident Employment Agreement Rejection Motions**") under seal in order to protect the privacy of the HUH Residents' (as defined in the  personal information, and (b) not include the names and email addresses (or other

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

contact information) for the HUH Residents on the affidavit of service. In support of this Seal Motion, the Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Seal Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware,* dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Rule 9013-1(f) of the Local Rules, the Debtors consent to the entry of a final order by the Court in connection with this matter to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution. Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested in this Seal Motion are section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b).

## BACKGROUND

3. On June 30 and July 1, 2019 (collectively, the "**Petition Date**"), each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Chapter 11 Cases.

4. A description of the Debtors' businesses, the reasons for commencing the Chapter 11 Cases, the relief sought from the Court, and the facts and circumstances supporting this

Motion are set forth in the *Declaration of Allen Wilen in Support of First Day Relief* (the "**First Day Declaration**")[2] [D.I. 2].

5. Contemporaneously herewith, the Debtors are filing the HUH Resident Employment Agreement Rejection Motions pursuant to which the Debtors seek to reject, to the extent necessary, the employment agreements between the Debtors and all resident physicians employed at Hahnemann as of the Petition Date (collectively, the "**HUH Residents**").

6. In order to protect the privacy of the individual HUH Residents, and to mitigate, to the greatest extent possible, any further negative impact on the Residents resulting from these bankruptcy cases and the closure of Hahnemann University Hospital, the Debtors believe it is appropriate to file redacted versions of the HUH Resident Employment Agreement Rejection Motions and for the affidavit of service with respect thereto to not list the names and contact information of each of the Residents.

## RELIEF REQUESTED

7. By this Seal Motion, the Debtors request that the Court enter the Proposed Order, authorizing the Debtors to (a) file unredacted versions of the HUH Resident Employment Agreement Rejection Motions under seal, and (b) not include the names and email addresses (or other contact information) for the HUH Residents on the affidavit of service.

## BASIS FOR RELIEF

8. Section 107(b) of the Bankruptcy Code enables the court to issue orders that protect parties from the potential harm that could result from disclosing confidential information. Specifically, section 107(b) provides, in part, that:

> On the request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may . . .

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

protect an entity with respect to a trade secret or confidential research, development, or commercial information . . . .

9. Bankruptcy Rule 9018 further sets forth the procedures by which a party may seek relief under section 107(b) of the Bankruptcy Code, and provides that:

On motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information . . . .

10. If the court finds that an interested party is requesting information covered by section 107(b) of the Bankruptcy Code "the court is required to protect a requesting party and has no discretion to deny the application." *In re Orion Pictures Corp.,* 21 F.3d 24, 27 (2d. Cir. 1994). Delaware courts have defined "commercial information" as "information which would result in an 'unfair advantage to competitors by providing them with information as to the commercial operations of the debtor.'" *In re Alterra Healthcare Corp,* 353 B.R. 66, 75 (Bankr. D. Del. 2006) (*quoting In re Orion Pictures Corp.*, 21 F.3d at 27-28).

11. Here, sufficient cause exists for the Court to grant this Seal Motion. The proposed order submitted with each of the HUH Resident Employment Agreement Rejection Motions include the names of the applicable HUH Residents and, absent the relief sought herein, the affidavit of service would include their personal contact information. The HUH Residents are all practicing physicians, many of whom still working in Philadelphia and nearby hospitals, and have a vested interest in preserving their privacy. The HUH Residents' personal contact information has no bearing on these cases, and the Debtors' claims agent will keep a record of all parties who were sent copies of the HUH Resident Employment Agreement Rejection Motions in case any disputes later arise with respect to whether notice was provided to a particular HUH Resident.

12. For the above reasons, the Debtors request that the Court permit the Debtors to file a redacted version of the HUH Resident Employment Agreement Rejection Motions and not include the names and email addresses (or other contact information) for the HUH Residents on the affidavit of service.

13. The Debtors will provide an unredacted version of the HUH Resident Employment Agreement Rejection Motions to the Court, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), counsel for the Committee, and other parties as otherwise ordered or required by the Court or determined by the Debtors on a confidential basis, subject to Local Rule 9018-1(d).

## **NOTICE**

14. The Debtors have provided notice of the filing of the Seal Motion to: (i) the Office of the United States Trustee; (ii) the Debtors' 30 largest unsecured creditors on a consolidated basis; (iii) counsel to MidCap Funding IV Trust; (iv) Drexel University College of Medicine; (v) the Debtors' unions; (vi) the Internal Revenue Service; (vii) the United States Attorney for the District of Delaware; (viii) the United States Department of Justice; (ix) the Pennsylvania Attorney General's Office; (x) the Pennsylvania Department of Health; (xi) the City of Philadelphia; and (xii) any party that has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

[*Remainder of page intentionally left blank*]

**WHEREFORE**, the Debtors respectfully request entry of the Proposed Order, granting the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated: December 16, 2019                           **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*