**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) |  |
| *et al.*,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**STATEMENT OF TENET BUSINESS SERVICES CORPORATION REGARDING CERTAIN MATTERS SET FOR HEARING ON DECEMBER 17, 2019**

As the Court is aware, in January 2018, Tenet Business Services Corporation ("Tenet") sold Hahnemann University Hospital ("Hahnemann") and St. Christopher's Hospital for Children ("St. Christopher's" and, collectively with Hahnemann, the "Hospitals") to the Debtors. In connection with the January 2018 sale transaction, Tenet also entered into various agreements with certain non-Debtor affiliates, including Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC (collectively, "Front Street"), which are the obligors with respect to a $17.5-million note (the "Seller Note") issued to fund a portion of the purchase price for the Hospitals. Upon information and belief, Tenet believes that the Debtors have indirectly funded interest payments on the Seller Note through the payment of rent to Front Street under the various leases with respect to the real property on which the Hospitals are located.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

On Friday, Tenet's counsel was advised by the Debtors' counsel that a chambers conference occurred last week to discuss the Debtors' assumption and assignment of the Front Street leases in connection with the St. Christopher's sale transaction. Tenet's counsel was further advised by the Debtors' counsel that in the context of that conference it was discussed whether the Debtors would directly remit payment for the upcoming Seller Note interest payment directly to Tenet, in lieu of Front Street remitting such payment to Tenet on or around December 31, 2019.

Tenet is unaware of any instrument that requires the Debtors to directly, or historical past practice whereby the Debtors have directly paid, Seller Note interest payments to Tenet. Tenet submits that it is of no import as to whether whether the Debtors have historically remitted any Seller Note interest payments to Tenet, rather than paying rent to Front Street, which is obligated to remit interest payments to Tenet. The critical issue at this time is whether the Debtors can demonstrate adequate assurance of future performance by their buyer under the Front Street leases which are to be assigned to the buyer as part of the St. Christopher's sale transaction. This is of great import to Tenet because those rent payments effectively subsidize interest payments that Front Street is required to remit to Tenet pursuant to the Seller Note.

Accordingly, Tenet does not object to the Debtors' assumption and assignment of the Front Street leases, provided that either: (a) the Debtors or their buyer remit cash in an amount equal to the December 31, 2019 interest payment to Tenet in connection with the closing; or (b) the Debtors or their buyer pay any accrued but unpaid rent under the Front Street leases to Front Street and Front Street irrevocably commits to timely pay the upcoming Seller Note interest payment not later than December 31, 2019.

**Reservation of Rights**

Tenet reserves all rights, remedies, claims, counterclaims, and defenses under the Seller Note, at law, and in equity, relating to any interest payments made or to be made on the Seller Note.

**Notice**

A copy of this statement has been provided to: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; (d) counsel to MidCap Funding IV Trust; (e) Drexel University d/b/a Drexel University College of Medicine; (f) the Debtors' unions; (g) the Internal Revenue Service; (h) the United States Attorney for the District of Delaware; (i) the United States Department of Justice; (j) the Pennsylvania Attorney General's Office; (k) the Pennsylvania Department of Human Services; (l) the City of Philadelphia; (m) all applicable federal, state and local taxing and regulatory authorities having jurisdiction over the Assets; and (n) all parties who have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002.  Tenet submits that, under the circumstances, such notice constitutes good and sufficient notice of this statement and no other or further notice need be given.

[*Remainder of this page intentionally left blank.*]

| | |
|---|---|
| Dated:  December 16, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:   ljones@pszjlaw.com
   tcairns@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C.
Gregory F. Pesce (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   stephen.hackney@kirkland.com
   gregory.pesce@kirkland.com

-and-

KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   nicole.greenblatt@kirkland.com

*Counsel to Tenet Business Services Corporation*