# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) **Re: Docket No. 1163** |

## NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR DECEMBER 17, 2019 AT 1:30 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[3],[4]

### MATTERS GOING FORWARD

1. Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements [D.I. 1134; filed: 12/11/19]

   **Response Deadline: December 17, 2019 at 12:00 p.m. Extended to January 2, 2020 at 10:00 a.m. for the Debtors.**

   Responses Received:

   A. The Official Committee of Unsecured Creditors' (I) Omnibus Objection to Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements and (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

       Obtain Post-Closure Tail Insurance Coverage, and (II) Reply to the Order for Rule to Show Cause Directed to Debtors [D.I. 1189; filed: 12/17/19]

       Related Documents:

       A.    Motion of the Ad Hoc Committee of Hahnemann Residents and Feels for Entry of an Order Shortening the Notice and Objection Periods with Respect to the Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements [D.I. 1135; filed: 12/11/19]

       B.    Order Granting the Motion of the Ad Hoc Committee of Hahnemann Residents and Feels for Entry of an Order Shortening the Notice and Objection Periods with Respect to the Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements [D.I. 1156; filed: 12/11/19]

       **Status: This matter is continued to January 6, 2020 at 1:00 p.m.**

2.    Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage [D.I. 1141; filed: 12/11/19]

       **Response Deadline:** December 17, 2019 at 12:00 p.m. Extended to January 2, 2020 at 10:00 a.m. for the Debtors.

       **Responses Received:**

       A.    **The Official Committee of Unsecured Creditors' (I) Omnibus Objection to Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements and (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage, and (II) Reply to the Order for Rule to Show Cause Directed to Debtors [D.I. 1189; filed: 12/17/19]**

       Related Documents:

       A.    Motion to (I) Shorten Time for Notice and Response to the Motion of the Commonwealth of Pennsylvania Department of Health for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage and (II) Schedule an Expedited Hearing [D.I. 1143; filed: 12/11/19]

       **Status: This matter is continued to January 6, 2020 at 1:00 p.m.**

**CONTINUED MATTER**

3. Order for Rule to Show Cause Directed to Debtors [D.I. 1169; signed and docketed: 12/16/19]

    **Responses Received:**

    A. The Official Committee of Unsecured Creditors' (I) Omnibus Objection to Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements and (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage, and (II) Reply to the Order for Rule to Show Cause Directed to Debtors [D.I. 1189; filed: 12/17/19]

    **Status**: This matter is continued to January 6, 2020 at 1:00 p.m.

**MATTER GOING FORWARD**

4. Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 205; filed: 07/16/19]

    **Related Documents:**

    A. Order Authorizing Assumption and Assignment of Certain of the Debtors' Leases with Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC in Connection with the STC OpCo Sale and Granting Related Relief [D.I. 1157; signed and docketing: 12/13/19]

    B. Statement of Tenet Business Services Corporation ("Tenet") Regarding Certain Matters Set for Hearing on December 17, 2019 [D.I. 1188; filed: 12/16/19]

    **Status**: This matter is going forward as to the Statement of Tenet.

Dated: December 17, 2019         **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*