# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC  **COURTROOM LOCATION:** 3
HAHNEMANN UNIVERSITY HOSPITAL

**CASE NO.:** 19-11466 (KG)  **DATE:** 12/17/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brendan Schlauch | R L F | Front Street |
| Suzanne Uhland | OMM | " |
| Monique DiSabatino | Saul Ewing | Debtors |
| Vincent Marriott | Ballard Spahr LLP | Drexel University |
| Michelle Mcmahon | " | " |
| Sarah Ennis | Gellert Scali Busenkell & Brown | District 1199C, Pension Fund, Benefit Fund |
| Thomas Horan | Fox Rothschild | Committee |
| Benjamin Hackman | | U.S. Trustee |
| Greg Tunzi | Ashby Geddes | Gentiva Inc N/A |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Tenet/Conifer |
| Stuart Brown | DLA Piper | HSRE |
| Jeremy Ryan | Potter Anderson & Corroon | Ad Hoc Cte of Residents |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 12/17/2019
Calendar Time: 01:30 PM ET

*Amended Calendar  Dec 17 2019 10:04AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10255215 | Svetlana Attestatova | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10254765 | Tressa Bauer | (800) 785-4001 ext. | Capital One Bank | Interested Party, Capital One Bank N.A. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10255195 | Bill Brinkman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10254848 | Richard Chesley | (312) 368-3430 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10254758 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One Bank, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10255225 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10256318 | Patrick J. Holohan | (646) 412-5336 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10257535 | Robert Lapowsky | (215) 751-2866 ext. | Stevens & Lee, P.C. | Interested Party, Tower Health & STC Opco / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10254706 | Nicole Leonard | (973) 565-2048 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Creditor, Nicole Leonard / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10254675 | Vincent J. Marriott | (215) 864-8236 ext. | Ballard Spahr LLP | Interested Party, Drexel University / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10258248 | Grace Muranaga | (310) 414-2700 ext. | Paladin Healthcare | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10257295 | Marc S. Sacks | (202) 616-7932 ext. | U.S. Department of Justice - Civil Division | Creditor, United States of America / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10255170 | Amalia Y. Sax-Bolder | (212) 728-5963 ext. | O'Melveny & Myers, LLP | Interested Party, AAHS, Joel Freedman and Philadelphia Academic Health / LIVE |

Peggy Drasal ext. 802

CourtConfCal2009

Page 1 of 2

| Center City Healthcare, LLC | 19-11466 | Hearing | 10255209 | Kyle Schmidt | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |