# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466(KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, ) | (Jointly Administered) |
| *et al.*, ) | |
| ) | |
| Debtors. ) | D.I. 205, 1157, 1188 |

## ORDER

The Court will hold an evidentiary hearing on the dispute between Tenet Business Services Corporation ("Tenet"), and Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC, on December 23, 2019, beginning at 10:00 a.m. The issue relates to funds in the approximate amount of $243,292.00 which Debtors hold for the benefit of either of the aforementioned parties from the sale of St. Christopher's Hospital. The Court expects the parties to present witnesses for direct and cross examination. In particular, the Court wants to hear evidence on the previous payments by Debtors directly to Tenet.

SO ORDERED.

Date: December 17, 2019

_____
KEVIN GROSS
United States Bankruptcy Judge