IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) **Re: Docket Nos. 950, 1063 and 1092** |

**CERTIFICATION OF COUNSEL REGARDING (A) ORDER GRANTING, IN PART, MOTION OF NG 1500 MARKET ST. LLC FOR AN ORDER COMPELLING DEBTOR PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC TO IMMEDIATELY PAY UNPAID POST-PETITION RENT AND OTHER OBLIGATIONS UNDER UNEXPIRED LEASE PURSUANT TO 11 U.S.C. §§ 365(D)(3) AND 503(B)(1), AND (B) NO OBJECTION TO SAME**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On November 4, 2019, NG 1500 Market St. LLC ("**Nightingale**") filed the *Motion of NG 1500 Market St. LLC for an Order Compelling Debtor Philadelphia Academic Health System, LLC to Immediately Pay Unpaid Post-Petition Rent and Other Obligations under Unexpired Lease Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)* [Docket No. 950] (the "**Motion**") with the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2.     Pursuant to the notice of the Motion [Docket No. 950], objections to the Motion were to be filed by November 25, 2019 at 4:00 p.m. (prevailing Eastern Time), which deadline was extended for the Debtors to December 5, 2019 at 4:00 p.m. (the "**Objection Deadline**").

3.     Prior to the Objection Deadline, MidCap IV Financial Trust ("**MidCap**") and the Debtors filed limited objections to the Motion [D.I. 1063, 1092]. Nightingale, the Debtors and MidCap then engaged in discussions in an effort to resolve the Motion. In particular, MidCap requested that certain language be added to the proposed order granting the Motion (the "**Proposed Order**") to reserve its rights, but acknowledged that following the pay-off of the amounts owed by the Debtors to MidCap, it would no longer require that such language be included in the Proposed Order.

4.     Effective as of December 15, 2019, closing occurred in connection with the sale of substantially all assets of St. Christopher's Healthcare, LLC and certain of its affiliates to STC OpCo, LLC. Shortly thereafter, the Debtors satisfied their obligations to MidCap under the DIP financing facility such that MidCap no longer has an interest with respect to the Motion.

5.     Attached hereto as **Exhibit "A"** is a revised proposed order that incorporates certain changes agreed-upon by the Debtors and Nightingale (the "**Revised Order**"). Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Proposed Order.

6.     The Debtors have confirmed that the Revised Order is acceptable to Nightingale.

[remainder of page left intentionally blank]

7. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: December 18, 2019   **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*