# EXHIBIT A

## Proposed Revised Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 950, 1063, 1092 and ___** |

**ORDER GRANTING, IN PART, MOTION OF NG 1500 MARKET ST.
LLC FOR AN ORDER COMPELLING DEBTOR PHILADELPHIA
ACADEMIC HEALTH SYSTEM, LLC TO IMMEDIATELY PAY
UNPAID POST-PETITION RENT AND OTHER OBLIGATIONS UNDER
UNEXPIRED LEASE PURSUANT TO 11 U.S.C. §§ 365(D)(3) AND 503(B)(1)**

Upon consideration of the *Motion of NG 1500 Market St. LLC for an Order Compelling Debtor Philadelphia Academic Health System, LLC to Immediately Pay Unpaid Post-Petition Rent and Other Obligations under Unexpired Lease Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)* (the "**Motion**")[2] and any responses thereto; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon review of the Motion and all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terns not defined in this Order shall have the meanings ascribed to such terms in the Motion.

2.      NG 1500 Market St. LLC (the "**Landlord**") shall have an allowed administrative expense claim against Philadelphia Academic Health System, LLC in the amount of $117,364.04 (the "**Administrative Claim**") on account of the Unpaid Post-Petition Obligations as of the Surrender Date.

3.      The Administrative Claim shall be satisfied through payments of $10,000 per week for eleven (11) weeks, plus a final weekly payment of $7,364.04, which weekly payments shall commence on or before December 27, 2019 and shall continue so they are received by the Landlord every week thereafter until the Administrative Claim is paid in full; provided, however, that nothing herein shall prevent the Debtors from prepaying any such amounts in its discretion.

4.      The Landlord and the Debtors may take any actions necessary to enforce the terms of this Order.

5.      Omni Agent Solutions, the Debtors' official claims agent, is authorized to take any and all actions necessary to effectuate this Order including, without limitation, amending the claims register in these chapter 11 cases to reflect the Administrative Claim.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

36231330.5 12/18/2019