# EXHIBIT D

**EXPENSE SUMMARY**

36249851.2 12/05/2019

## Expense Summary

## For the Period from October 1, 2019 through October 31, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (77 pages @ $.10 per page) | | $7.70 |
| Cab / Car Service | *See attached chart* | $45.56 |
| Court Reporter Services | Veritext | $1,815.00 |
| Filing Fees | United States Bankruptcy Court (notice of appeal) | $298.00 |
| Hotel | *See attached chart* | $822.66 |
| Legal Research | Westlaw | $797.94 |
| Meals | *See attached chart* | $5,367.19 |
| Messenger Service | Parcels, Inc.; DLS Discovery | $160.00 |
| Mileage | *See attached chart* | $84.76 |
| Overnight Delivery | Federal Express | $26.12 |
| Parking | *See attached chart* | $160.00 |
| Train | *See attached chart* | $931.00 |
| Transcript | Reliable Copy Service, Dale C. Hawkins | $2,667.68 |
| **Total** | | **$13,183.61** |

| \ | TRAVEL DETAIL | | | |
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 10/21/19 | Medallion | (2) Jeffrey C. Hampton, Mark Minuti | Cab from train station to hotel in connection with Tenet mediation | $25.56 |
| 10/22/19 | Medallion | (2) Jeffrey C. Hampton, Mark Minuti | Cab from mediation to train station in connection with Tenet mediation | $20.00 |
| 10/22/19 | Doubletree Metropolitan Hotel | (1) Jeffrey C. Hampton | Tenet/Conifer mediation in New York | $407.21 |
| 10/22/19 | Doubletree Metropolitan Hotel | (1) Mark Minuti | Tenet/Conifer mediation in New York | $415.45 |
| 10/10/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for mediation preparation | $42.38 |
| 10/11/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for mediation preparation | $42.38 |
| 09/04/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 09/13/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 09/23/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 09/23/19 | Colonial Parking Authority | (1) Aaron S. Applebaum | Parking in Wilmington for hearing | $12.00 |
| 10/10/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for mediation preparation | $26.00 |
| 10/11/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for mediation preparation | $26.00 |
| 10/15/19 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington train station for mediation in New York | $12.00 |
| 10/21 – 22/19 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington train station for mediation in New York | $24.00 |
| 10/15/19 | Amtrak | (1) Jeffrey C. Hampton | Train from Philadelphia to New York for mediation | $135.00 |
| 10/15/19 | Amtrak | (1) Jeffrey C. Hampton | Train from New York to Philadelphia for mediation | $180.00 |
| 10/15/19 | Amtrak | (1) Mark Minuti | Train from Wilmington to New York for mediation | $202.00 |
| 10/15/19 | Amtrak | (1) Mark Minuti | Train from New York to Wilmington for mediation | $138.00 |
| 10/18/19 | Amtrak | (1) Mark Minuti | Train from Wilmington to New York for mediation | $138.00 |
| 10/22/19 | Amtrak | (1) Mark Minuti | Train from New York to Wilmington for mediation | $138.00 |
| | | | TOTAL | $2043.98 |

2

36249851.2 12/05/2019

| MEALS DETAIL ||||| 
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 08/19/19 | Urban Cafe | (9) Jeffrey Hampton, Adam Isenberg, Mark Minuti, John Demmy, Monique DiSabatino, Allen Wilen, Scott Victor, Jacqueline Roe, John Dinome) | Lunch preparing for DIP and Tenet's Motion to Compel Hearing | $122.99 |
| 08/14/19 | Pagano's Market | (9) David Dawson, John Demmy, Allen Wilen, Nicholas Wasdin, Thomas Horan, Dallas Taylor, Travis Cuomo, Joseph Catuzzi, Court Reporter | Breakfast for Dawson deposition | $85.60 |
| 08/14/19 | Pagano's Market | (14) Jeffrey Hampton, Mark Minuti, Adam Isenberg, Allen Wilen, Greg Pesce, Laura Davis Jones, Representatives of Tenet/Conifer, Jackie Roe, John Dinome, Miriam Hogan, Andrew Sherman, Boris Mankovetskiy | Breakfast with regard to settlement meeting with Tenet/Conifer | $123.40 |
| 0815/19 | Pagano's Market | (9) David Dawson, John Demmy, Allen Wilen, Nicholas Wasdin, Thomas Horan, Dallas Taylor, Travis Cuomo, Joseph Catuzzi, Court Reporter) | Lunch with regard to D. Dawson deposition | $182.80 |
| 09/13/19 | Urban Café | (7) Jeffrey Hampton, Mark Minuti, Monique DiSabatino, Allen Wilen, Dion Oglesby, Miriam Hogan, Jackie Roe | Lunch debriefing after hearing on Tenet/Confer matter | $96.00 |
| 09/19/19 | Corner Bakery | Approximately 75 people | Breakfast for STC Auction | $535.59 |
| 09/19/19 | Pagano's Market | Approximately 75 people | Additional breakfast items for STC Auction | $112.60 |
| 09/19/19 | Pagano's Market | Approximately 75 people | Lunch for STC Auction | $1,267.40 |
| 09/19/19 | Pagano's Market | Approximately 60 people | Dinner for STC Auction | $1,821.20 |
| 09/20/19 | Pagano's Market | Approximately 10 people | Breakfast for continued STC auction | $91.00 |
| 09/20/19 | The American Pub | Approximately 25 people | Lunch for continued STC auction | $426.97 |
| 10/11/19 | Pagano's Market | (6) Jeffrey Hampton, Adam Isenberg, Mark Minuti, Allen Wilen, Jackie Roe, John Guernsey | PAHS client team meeting preparing for mediation | $130.96 |
| 10/15/19 | Virgil's | (3) Allen Wilen, Mark Minuti, Jeffrey Hampton) | Dinner after Tenet mediation in New York | $139.00 |
| 10/21/19 | CVS | (3) Allen Wilen, Mark Minuti, Jeffrey Hampton) | Food after Tenet mediation in New York | $34.15 |

3

| Date | Vendor | Attendees | Description | Amount |
|---|---|---|---|---|
| 10/22/19 | Fresh & Co. | (1) Jeffrey C. Hampton | Breakfast before continued mediation in New York | $15.19 |
| 10/22/19 | Nick & Stef's at MSG | (4) Jeffrey Hampton, Allen Wilen, Jacqueline Roe, Mark Minuti | Dinner after second day of Tenet/Conifer Mediation in New York | $182.34 |
| **TOTAL** | | | | **$5,367.19** |

4



| | | | |
|---|---|---|---|
| | | Federal Identification Number: | 23-1416352 |
| | | Accounting Phone: | 215-972-1960 |
| | | | www.saul.com |

| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2523536 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 11/21/19 |
| Suite 900 | | Client Number | 376719 |
| El Sengudo, CA 90245 | | Matter Number | 00002 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 10/01/19 | Photocopying | 0.10 | |
| 10/10/19 | Photocopying | 0.60 | |
| 10/17/19 | Photocopying | 1.00 | |
| 10/23/19 | Photocopying | 3.00 | |
| 10/23/19 | Photocopying | 3.00 | |
| | Total Photocopying | | 7.70 |
| 10/23/19 | Taxi/Car Service; VENDOR: Medallion; 10/22/19; Cab for Mark Minuti from Mediation to Train Station - Tenet/Conifer Mediation in New York | 20.00 | |
| 10/30/19 | Taxi/Car Service; VENDOR: Medallion; 10/21/19; cab for Jeffrey C. Hampton re: travel to NY for mediation | 25.56 | |
| | Total Cab Fare | | 45.56 |
| 10/17/19 | Mileage; VENDOR: Mark Minuti; 10/10/19; Meeting in Philadelphia to prepare for Tenet mediation | 42.38 | |
| 10/17/19 | Mileage; VENDOR: Mark Minuti; 10/11/19; Meeting in Philadelphia with A. Wilen and J. Hampton re: mediation | 42.38 | |
| | Total Mileage | | 84.76 |
| 10/04/19 | Messenger Service; VENDOR: Parcels, Inc; 09/23/19; Hand delivery of hearing binder to Judge Gross | 7.50 | |
| 10/04/19 | Messenger Service; VENDOR: Parcels, Inc; 09/23/19; Rush Hand delivery to Judge Gross prior to hearing | 22.50 | |
| 10/04/19 | Messenger Service; VENDOR: Parcels, Inc; 09/23/19; Pickup and delivery of lunch prior to hearing | 27.50 | |
| 10/08/19 | Messenger Service; VENDOR: Parcels, Inc; 09/20/19; Hand delivery to Judge Gross | 7.50 | |
| 10/08/19 | Messenger Service; VENDOR: Parcels, Inc; 09/24/19; Delivery to Judge Gross | 7.50 | |
| 10/08/19 | Messenger Service; VENDOR: Parcels, Inc; 09/26/19; Hand delivery to Judge Gross | 7.50 | |
| 10/08/19 | Messenger Service; VENDOR: Parcels, Inc; 09/27/19; Hand delivery to District Court | 7.50 | |
| 10/08/19 | Messenger Service; VENDOR: Parcels, Inc; 09/27/19; Hand delivery to Judge Gross | 7.50 | |

Centre Square West ◆ 1500 Market Street, 38th Floor ◆ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ◆ Fax: (215) 972-7725

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

36248565.1 12/04/2019

| | | | |
|---|---|---|---|
| 376719<br>00002<br>11/21/19 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number 2523536<br>Page 2 | |
| 10/08/19 | Messenger Service; VENDOR: Parcels, Inc; 09/23/19; Pickup and delivery of trial box from courthouse | 17.50 | |
| 10/15/19 | Messenger Service; VENDOR: Parcels, Inc; 10/01/19; Hand delivery to US District Court | 7.50 | |
| 10/22/19 | Messenger Service; VENDOR: Parcels, Inc; 10/04/19; Hand delivery to US District Court | 7.50 | |
| 10/30/19 | Messenger Service; VENDOR: Parcels, Inc; 10/17/19; Hand delivery to US District Court | 7.50 | |
| 10/30/19 | Messenger Service; VENDOR: Parcels, Inc; 10/23/19; Hand delivery to Judge Gross | 7.50 | |
| 10/30/19 | Messenger Service; VENDOR: Parcels, Inc; 10/24/19; Hand delivery to Judge Gross | 7.50 | |
| 10/30/19 | Messenger Service; VENDOR: DLS Discovery; 10/16/19; and delivery to Judge Gross | 10.00 | |
| | Total Messenger Service | | 160.00 |
| 10/07/19 | Parking; VENDOR: Colonial Parking Authority; 09/23/19; Parking for Aaron S. Applebaum in Wilmington to prepare for hearing | 12.00 | |
| 10/17/19 | Parking ; VENDOR: Flash Parking; 10/10/19; Parking for Mark Minuti in Philadelphia for meeting with A. Wilen and J. Hampton re: mediation | 26.00 | |
| 10/17/19 | Parking; VENDOR: Flash Parking; 10/11/19; Parking for Mark Minuti in Philadelphia to prepare for Tenet mediation | 26.00 | |
| 10/21/19 | Parking; VENDOR: Wilmington Parking Authority; 10/15/19; Parking for Mark Minuti at train station for Tenet mediation in New York | 12.00 | |
| 10/23/19 | Parking; VENDOR: Wilmington Parking Authority; 10/22/19; Parking for Mark Minuti at Wilmington Train Station for Tenet/Conifer Mediation in New York | 24.00 | |
| 10/30/19 | Parking; VENDOR: Colonial Parking Authority; 09/04/19; Parking for Jeffrey C. Hampton in Wilmington to attend hearing | 20.00 | |
| 10/30/19 | Parking; VENDOR: Colonial Parking Authority; 09/13/19; Parking for Jeffrey C. Hampton in Wilmington to attend hearing | 20.00 | |
| 10/30/19 | Parking; VENDOR: Colonial Parking Authority; 09/23/19; Parking for Jeffrey C. Hampton in Wilmington to attend hearing | 20.00 | |
| | Total Parking | | 160.00 |
| 10/22/19 | Filing Fees - - VENDOR: United States Bankruptcy Court; 10/2/19 Notice of Appeal | 298.00 | |
| | Total Filing Fees | | 298.00 |
| 10/30/19 | Court Reporter Services; VENDOR: Veritext; 09/27/19; for St. Christopher's auction | 1,395.00 | |
| 10/30/19 | Court Reporter Services; VENDOR: Veritext; 09/28/19; St. Christopher's auction | 420.00 | |
| | Total Court Reporter Services | | 1,815.00 |
| 10/24/19 | Federal Express 10/10/2019 To: Diana M Schoendorff From: Aaron Applebaum | 26.12 | |
| | Total Federal Express | | 26.12 |
| 10/23/19 | Hotel Lodging; VENDOR: Doubletree Metropolitan Hotel; 10/22/19; Hotel stay for Jeffrey C. Hampton to attend PAHS Mediation in New York | 407.21 | |
| 10/23/19 | Hotel Lodging; VENDOR: Doubletree Metropolitan Hotel; 10/22/19; Hotel stay for Mark Minuti to attend Tenet/Conifer Mediation in New York | 415.45 | |
| | Total Hotel | | 822.66 |
| 10/18/19 | Travel Train; VENDOR: Amtrak; 10/15/19; Return travel for Jeffrey C. Hampton from New York to Philadelphia - re: attend Tenet/HUH mediation | 180.00 | |
| 10/21/19 | Travel Train; VENDOR: Amtrak; 10/15/19; Return travel for Mark Minuti from New York to Wilmington after attending Tenet mediation | 138.00 | |

| 376719 00002 11/21/19 | Philadelphia Academic Health System, LLC, et. al Expenses | Invoice Number 2523536 Page 3 | |
|---|---|---|---|
| 10/21/19 | Travel Train; VENDOR: Amtrak; 10/15/19; Travel for Mark Minuti from Wilmington to New York to attend Tenet mediation | 202.00 | |
| 10/22/19 | Travel Train; VENDOR: Amtrak; 10/15/19; Travel for Jeffrey C. Hampton from Philadelphia to New York re: attend continued mediation | 135.00 | |
| 10/23/19 | Travel Train; VENDOR: Amtrak; 10/18/19; Travel for Mark Minuti from Wilmington to New York for Tenet/Conifer Mediation | 138.00 | |
| 10/23/19 | Travel Train; VENDOR: Amtrak; 10/22/19; Travel for Mark Minuti from Wilmington to New York for Tenet/Conifer Mediation | 138.00 | |
| | Total Other Rail Travel | | 931.00 |
| 10/01/19 | Meals; VENDOR: Urban Cafe; 08/19/19; Lunch preparing for DIP and Tenet's Motion to Compel Hearing (Jeffrey Hampton, Adam Isenberg, Mark Minuti, John Demmy, Monique DiSabatino, Allen Wilen, Scott Victor, Jacqueline Roe, John Dinome) | 122.99 | |
| 10/08/19 | Meals; VENDOR: Urban Cafe; 09/13/19; Lunch debriefing after hearing on Tenet/Confer matter (Jeffrey Hampton, Mark Minuti, Monique DiSabatino, Allen Wilen, Dion Oglesby, Miriam Hogan, Jackie Roe) | 96.00 | |
| 10/17/19 | Meals; VENDOR: Pagano's Market; 09/20/19; Breakfast for 10 people for continued STC Auction | 91.00 | |
| 10/21/19 | Meals; VENDOR: Virgil's; 10/15/19; Dinner after Tenet mediation in New York (Allen Wilen, Mark Minuti, Jeffrey Hampton) | 139.00 | |
| 10/22/19 | Meals - - VENDOR: Corner Bakery; 9/19/19; Breakfast for 75 people for STC Auction | 535.59 | |
| 10/22/19 | Meals - - VENDOR: The American Pub; 9/20/19; Lunch for 25 people for continued STC Auction | 426.97 | |
| 10/23/19 | Meals; VENDOR: Pagano's Market; 09/19/19; Lunch for 75 people for STC Auction | 1,267.40 | |
| 10/23/19 | Meals; VENDOR: Pagano's Market; 09/19/19; Additional breakfast items for STC Auction | 112.60 | |
| 10/23/19 | Meals; VENDOR: Pagano's Market; 09/19/19; Dinner for 60 people for STC Auction | 1,821.20 | |
| 10/23/19 | Meals; VENDOR: Nick & Stef's at MSG; 10/22/19; - Dinner after second day of Tenet/Conifer Mediation in New York (Jeffrey Hampton, Allen Wilen, Jacqueline Roe, Mark Minuti) | 182.34 | |
| 10/30/19 | Meals; VENDOR: Pagano's Market; 08/14/19; Breakfast for Dawson deposition (David Dawson, John Demmy, Allen Wilen, Nicholas Wasdin, Thomas Horan, Dallas Taylor, Travis Cuomo, Joseph Catuzzi, Court Reporter) | 85.60 | |
| 10/30/19 | Meals; VENDOR: Pagano's Market; 08/14/19; Breakfast with regard to settlement meeting with Tenet/Conifer (Jeffrey Hampton, Mark Minuti, Adam Isenberg, Allen Wilen, Greg Pesce, Laura Davis Jones, Representatives of Tenet/Conifer, Jackie Roe, John Dinome, Miriam Hogan, Andrew Sherman, Boris Mankovetskiy) | 123.40 | |
| 10/30/19 | Meals; VENDOR: Pagano's Market; 08/15/19; Lunch with regard to D. Dawson deposition (David Dawson, John Demmy, Allen Wilen, Nicholas Wasdin, Thomas Horan, Dallas Taylor, Travis Cuomo, Joseph Catuzzi, Court Reporter) | 182.80 | |
| 10/30/19 | Meals; VENDOR: Pagano's Market; 10/11/19; Re: PAHS client team meeting preparing for mediation (Jeffrey Hampton, Adam Isenberg, Mark Minuti, Allen Wilen, Jackie Roe, John Guernsey) | 130.96 | |
| 10/30/19 | Meals; VENDOR: CVS; 10/21/19; After mediation in New York (Jeffrey Hampton, Allen Wilen, Mark Minuti) | 34.15 | |
| 10/30/19 | Meals; VENDOR: Fresh & Co.; 10/22/19; Breakfast for Jeffrey C. Hampton - Attend continued mediation in New York | 15.19 | |
| | Total Meals | | 5,367.19 |

| | | |
|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2523536 |
| 00002 | Expenses | Page 4 |
| 11/21/19 | | |

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 10/08/19 | Transcript; VENDOR: Reliable Copy Service - DE; 08/20/19; Hourly Trial Transcript | 1,500.75 | |
| 10/08/19 | Transcript; VENDOR: Reliable Copy Service - DE; 09/09/19; Hearing Transcript | 56.40 | |
| 10/04/19 | Transcript; VENDOR: Reliable Copy Service - DE; 09/23/19; Expedited Hearing Transcript | 746.75 | |
| 10/22/19 | Transcript; VENDOR: Dale C. Hawkins, RMR; 9/16/19; Transcript from telephonic hearing with Judge Noreika | 363.78 | |
| | Total Transcript | | 2,667.68 |
| 10/01/19 | Westlaw Legal Research | 154.44 | |
| 10/04/19 | Westlaw Legal Research | 429.00 | |
| 10/14/19 | Westlaw Legal Research | 71.50 | |
| 10/15/19 | Westlaw Legal Research | 143.00 | |
| | Total Westlaw Legal Research | | 797.94 |
| | CURRENT EXPENSES | | 13,183.61 |

**TOTAL AMOUNT OF THIS INVOICE**          13,183.61