# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a/ HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: Docket No. 956** |

### CERTIFICATION OF COUNSEL RE:
### ORDER REGARDING MOTION OF GLOBAL NEUROSCIENCES INSTITUTE
### FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The undersigned counsel to Global Neurosciences Institute, LLC ("GNI") hereby certifies as follows:

1. On November 4, 2019, GNI filed the *Motion of Global Neurosciences Institute for Allowance and Payment of Administrative Expense Claim* [D.I. 956] (the "Motion,") with the Court. As set forth in the notice submitted therewith, responses to the Motion were required to have been filed on or before November 12, 2019 at 4:00 p.m.

2. On November 11, 2019, the above-captioned debtors (the "Debtors") filed an objection [D.I. 975] to the Motion.

3. On November 12, 2019, Midcap Funding IV Trust ("Midcap") filed an objection [D.I. 981] to the Motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102

4.GNI and the Debtors have agreed to resolve the Debtors' objection to the Motion.

5.Attached hereto as **Exhibit A** is a revised proposed order that incorporates changes agreed upon by GNI and the Debtors in resolution of the Motion (the "Revised Order").[2] Attached hereto as **Exhibit B** is a blackline of the Revised Order that reflects the changes made to the original order accompanying the Motion.

6.The Debtors have confirmed that MidCap does not object to entry of the Revised Order.  No other responses were received with respect to the Motion.

It is hereby respectfully requested that the Revised Order be entered at the earliest convenience of the Court.

DATED:  December 18, 2019

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:(302) 654-0248
Facsimile:(302) 654-0728
E-mail:loizides@loizides.com

*Counsel to Global Neurosciences Institute, LLC*

---

[2] On or about December 16, 2019, the Debtors remitted payment to GNI in the amount set forth in the Revised Order.