**EXHIBIT "B"**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC<br>d/b/a/ HAHNEMANN UNIVERSITY<br>HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re:** ~~DI~~ **Docket No. 956** |

**ORDER ~~GRANTING THE~~REGARDING MOTION OF GLOBAL NEUROSCIENCES INSTITUTE
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Motion of Global Neurosciences Institute, LLC For Allowance and Payment of Administrative Expense Claim* (the "Motion")[2]; and due and adequate notice of the Motion having been given; and objections, if any, not having been resolved hereby being overruled; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after deliberation and sufficient cause appearing therefore; it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

~~2.~~ GNI is hereby allowed an administrative expense claim in the amount of $~~216,022.40~~57,353.24 pursuant to 11 U.S.C. § 503(b)(1)(A)~~), plus interest and costs.~~

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), ~~St. Chris~~StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102

~~(5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.~~

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

2. ~~The Debtors shall pay GNI's~~); the Debtors' payment of such administrative expense claim ~~within 10 business days from the~~ is hereby approved.

3. This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

~~3.~~4. The Debtors and GNI are hereby authorized to take any and all actions necessary to implement the terms of this Order.

5. Omni Agent Solutions, the Debtors' official claims agent, is hereby authorized to take any and all actions necessary to effectuate this Order, including without limitation amending the claims register in these chapter 11 cases to reflect GNI's allowed administrative claim set forth herein.

~~4.~~ The Court will retain jurisdiction ~~over~~ with respect to all matters arising from or related to the implementation and enforcement of this Order.

~~DATED: _____, 2019~~

_____
~~The Honorable Kevin Gross~~
~~United States Bankruptcy Court Judge~~

~~5.~~6.