## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Chapter 11 |
| | Case No. 19-11466 (KG) (Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF POSTING NOTICE OF PATIENT
## CARE OMBUDSMAN'S REPORT

STATE OF ILLINOIS      )
                                    )      ss:
COUNTY OF COOK      )

CARLA GREENBERG, being duly sworn deposes and says:

I am not party to the action. I am over the age of eighteen years and reside in Chicago, Illinois. I am an employee of Greenberg Traurig, LLP, proposed counsel to the Patient Care Ombudsman.

In accordance with Bankruptcy Rule 2015.1 and the Amended Order Directing the Appointment of a Patient Care Ombudsman [Docket No. 83], on December 16, 2019, I caused a true and accurate copy of the **Notice of Patient Care Ombudsman's Report** (the "**Notice**"), annexed hereto as **Exhibit A**, to be emailed to Ingrid McGovern at St. Christopher's Hospital for Children, who is responsible for posting the Notice at the Debtors' facility and to Ronald Dreskin of EisnerAmper. On December 16, 2019, Ingrid McGovern confirmed that the Notice had been posted in two conspicuous locations at the Debtors' facility.

Carla Greenberg

Sworn to before me this
18th day of December, 2019

Notary Public

OFFICIAL SEAL
KARINA BEECHER
Notary Public - State of Illinois
My Commission Expires 9/27/2020

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered) |

## <u>NOTICE OF PATIENT CARE OMBUDSMAN'S REPORT</u>

**PLEASE TAKE NOTICE** that Suzanne Koenig, the patient care ombudsman (the "**Ombudsman**") appointed by the United States Trustee pursuant to an order of the Court entered in the above-captioned bankruptcy case [Docket No. 83], will be filing a written Ombudsman Report (the "**Report**") before 11:59 p.m. (ET) no later than **January 3, 2020** in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

If you would like a copy of the Report or require additional information, please contact

Carla Greenberg
GREENBERG TRAURIG, LLP
77 W. Wacker Dr., Suite 3100
Chicago, IL 60601
Phone: 312.456.8400
Fax: 312.456.8435
greenbergc@gtlaw.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:   Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Date:   December 16, 2019
        Wilmington, Delaware

/s/ Dennis Meloro
Dennis Meloro, Esq. (DE Bar No. 4435)
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: 302.661.7000
Facsimile: 302.661.7360
Email: melorod@gtlaw.com

                and

Nancy A. Peterman (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435
Email: petermann@gtlaw.com

*Attorneys for Suzanne Koenig*
*the Patient Care Ombudsman*