# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR DECEMBER 23, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE</u>[2,3]**

## MATTER GOING FORWARD

1. Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 205; filed: 07/16/19]

    <u>Responses</u>:

    A.  Statement of Tenet Business Services Corporation ("Tenet") Regarding Certain Matters Set for Hearing on December 17, 2019 [D.I. 1188; filed: 12/16/19]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

B. Response and Reservation of Rights with Respect to Assumption and Assignment of Certain of the Debtors' Leases with the Front Street Lessors filed by Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC (collectively, "Front Street") [D.I. 1194; filed: 12/17/19]

Related Documents:

A. Order Authorizing Assumption and Assignment of Certain of the Debtors' Leases with Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC in Connection with the STC OpCo Sale and Granting Related Relief [D.I. 1157; signed and docketing: 12/13/19]

B. Order (scheduling evidentiary hearing) [D.I. 1197; signed and docketed: 12/17/19]

Status: This matter is going forward as to the dispute between Tenet and Front Street.

Dated: December 19, 2019   **SAUL EWING ARNSTEIN & LEHR LLP**

   By: */s/ Monique B. DiSabatino*
     Mark Minuti (DE Bar No. 2659)
     Monique B. DiSabatino (DE Bar No. 6027)
     1201 N. Market Street, Suite 2300
     P.O. Box 1266
     Wilmington, DE  19899
     Telephone: (302) 421-6800
     Fax: (302) 421-5873
     mark.minuti@saul.com
     monique.disabatino@saul.com

     -and-

     Jeffrey C. Hampton
     Adam H. Isenberg
     Aaron S. Applebaum (DE Bar No. 5587)
     Centre Square West
     1500 Market Street, 38th Floor
     Philadelphia, PA 19102
     Telephone: (215) 972-7777
     Fax: (215) 972-7725
     jeffrey.hampton@saul.com
     adam.isenberg@saul.com
     aaron.applebaum@saul.com

     *Counsel for Debtors and Debtors in Possession*