# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) Jointly Administered |
| Debtors. | ) **Related to Docket Nos. 1175-1186** |

## SUPPLEMENTAL STATEMENT REGARDING MOTIONS TO REJECT HAHNEMANN RESIDENT PHYSICIAN EMPLOYMENT AGREEMENTS

The debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases respectfully submit the following supplemental statement in connection with their recently filed motions to reject Hahnemann resident physician employment agreements. In support hereof, the Debtors respectfully state as follows:

1.  The Debtors filed their Ninth, Tenth, Eleventh, Twelfth, Thirteenth and Fourteenth omnibus rejection motions (the "**Rejection Motions**") [Docket Nos. 1175 to 1186] on December 16, 2019, seeking to reject employment agreements between the Debtors and former resident physicians employed at Hahnemann University Hospital ("**Hahnemann**").

2.  In paragraph 6 of each Rejection Motion, the Debtors stated that "[a]ll resident physicians who were employed at Hahnemann as of the Petition Date (collectively, the "**HUH**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

36336005.3 12/19/2019

-2-

**Residents**") left voluntarily and the Debtors understand that all have taken residency positions at other institutions."

3. Following discussions with counsel for the Ad Hoc Committee of Hahnemann Residents and Fellows, the Debtors seek to clarify the foregoing sentence.

4. The Debtors recognize that the HUH Residents' employment with Hahnemann ended as a result of the closure and shutdown of Hahnemann.

5. The Debtors did not intend any other interpretation of this statement and regret any confusion it may have caused.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

-3-

| | |
|---|---|
| Dated: December 19, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By:*/s/ Aaron S. Applebaum*
    Mark Minuti (DE Bar No. 2659)
    Monique B. DiSabatino (DE Bar No. 6027)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE  19899
    Telephone: (302) 421-6800
    Fax: (302) 421-5873
    mark.minuti@saul.com
    monique.disabatino@saul.com

        -and-

    Jeffrey C. Hampton
    Adam H. Isenberg
    Aaron S. Applebaum (DE Bar No. 5587)
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-7777
    Fax: (215) 972-7725
    jeffrey.hampton@saul.com
    adam.isenberg@saul.com
    aaron.applebaum@saul.com

    *Counsel for Debtors and Debtors in Possession*