**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re:  Docket No. 205, 734, 795, 970, 996, 1022, 1077,** |
| | ) **1157, 1168, 1173 and 1174** |

**NOTICE OF FINAL DESIGNATION OF EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PURCHASER**

PLEASE TAKE NOTICE, that on September 27, 2019, the Court entered an *Order under 11 U.S.C. § 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement with STC OpCo, LLC (B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtors' Executory Contracts, and (D) Granting Related Relief* [D.I. 795] (the "**Sale Order**"),[2] pursuant to which the Court (i) authorized the sale (the "**STC Sale**") of substantially all assets of St. Christopher's Healthcare, LLC and certain related Debtors (together, the "**Sellers**") to STC OpCo, LLC (the "**Buyer**") in accordance with the asset purchase agreement attached to the Sale Order as Exhibit A (as amended by the First Amendment to Asset Purchase Agreement filed on December 15, 2019 [D.I. 1168], the "**STC APA**"), and (ii) authorized the assumption and assignment of various executory contracts and unexpired leases (the "**Assumed Contracts and Assumed Leases**") in accordance with the Bid Procedures Order.

PLEASE TAKE FURTHER NOTICE that on November 18, 2019, the Court entered the *Order Granting Debtors' First Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale* [D.I.1022] (the "**First Supplemental Assumption Order**"), on November 7, 2019, the Court entered the *Order Granting Debtors' Second Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale* [D.I. 970] (the "**Second Supplemental Assumption Order**"), on November 13, 2019, the Court entered the *Order Granting Debtors' Third Omnibus Motion for Authority to Assume and Assign Certain*

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

*Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale* [D.I. 996] (the "**Third Supplemental Assumption Order**"), on December 7, 2019, the Court entered the *Order Granting Debtors' Fourth Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale* [D.I. 1077] (the "**Fourth Supplemental Assumption Order**"), on December 16, 2019, the Court entered *Order Granting Debtors' Fifth Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale* [D.I. 1174] (the "**Fifth Supplemental Assumption Order**"), on December 13, 2019, the Court entered the *Order Authorizing Assumption and Assignment of Certain of the Debtors' Leases with Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC in Connection with the STC OpCo Sale and Granting Related Relief* [D.I. 1157] (the "**Front Street Assumption Order**") and on December 16, 2019, the Court entered the *Consent Order Granting Debtors Authority to Assume and Assign Sodexo Contract in Connection with the STC OpCo Sale* [D.I. 1173] (the "**Sodexo Assumption Order**, and together with the First, Second, Third, Fourth and Fifth Supplemental Assumption Orders and the Front Street Assumption Order, the "**Assumption Orders**").

PLEASE TAKE FURTHER NOTICE that pursuant to the Assumption Orders, the Debtors obtained authority to assume and assign to the Buyer executory contracts and unexpired leases in accordance with the STC APA, the Sale Order and the Assumption Orders.

PLEASE TAKE FURTHER NOTICE that on December 16, 2019, closing occurred in connection with the STC Sale, effective as of December 15, 2019 (the "**Closing Date**").

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit "A"** are the final schedules 1.7(r)(i), 1.7(r)(ii) and 1.11 to the STC APA, which contain the final lists of Assumed Contracts and Assumed Leases that were assumed and assigned to the Buyer on the Closing Date.

[remainder of page left intentionally blank]

Dated: December 20, 2019    **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
   Mark Minuti (DE Bar No. 2659)
   Monique B. DiSabatino (DE Bar No. 6027)
   1201 N. Market Street, Suite 2300
   P.O. Box 1266
   Wilmington, DE  19899
   Telephone: (302) 421-6800
   Fax: (302) 421-5873
   mark.minuti@saul.com
   monique.disabatino@saul.com

    -and-

   Jeffrey C. Hampton
   Adam H. Isenberg
   Aaron S. Applebaum (DE Bar No. 5587)
   Centre Square West
   1500 Market Street, 38th Floor
   Philadelphia, PA 19102
   Telephone: (215) 972-7777
   Fax: (215) 972-7725
   jeffrey.hampton@saul.com
   adam.isenberg@saul.com
   aaron.applebaum@saul.com

   *Counsel for Debtors and Debtors in Possession*

36328936.1 12/20/2019