**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Case No. 19-11466 (KG) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related to Docket Nos. 205, 622, 757, 795, 1157, 1188, 1194 & 1197** |

**CERTIFICATION OF COUNSEL REGARDING**
**STIPULATION RESOLVING PAYMENT DIRECTION**
**OF PRO-RATED RENT PAYMENT**

The undersigned hereby certifies as follows:

1. On December 13, 2019, the Court entered the *Order Authorizing Assumption and Assignment of Certain of the Debtors' Leases with Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC in Connection with the STC OpCo Sale and Granting Related Relief* [Docket No. 1157] (the "Assignment Order"), that provided, *inter alia*, that a pro-rated portion of base rent under the assumed leases for the time period October 1, 2019 through an including December 31, 2019 (the "Pro-Rated Rent Payment") shall be paid to the party as agreed by Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC (collectively, the "Lessors") and Debtor St. Christopher's Healthcare, LLC (the "Debtor")

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

or as determined by the Court at a hearing on December 17, 2019 at 1:30 p.m. (the "Payment Direction").[2]

2. On December 16, 2019, Tenet Business Services Corporation ("Tenet" and, together with the Lessors and the Debtor, collectively, the "Parties") filed a statement [Docket No. 1188] (the "Tenet Statement") setting forth its position with respect to the Payment Direction.

3. On December 17, 2019, the Lessors filed a response to the Tenet Statement [Docket No. 1157] (the "Lessors Response") setting forth their position with respect to the Payment Direction.

4. On December 17, 2019, the Court held a hearing to consider Tenet's and the Lessors' arguments set forth in the Tenet Statement and the Lessors Response regarding the Payment Direction.

5. On December 17, 2019, the Court entered an order [Docket No. 1197] scheduling an evidentiary hearing on the Payment Direction for December 23, 2019, beginning at 10:00 a.m. (ET) (the "Evidentiary Hearing").

6. On December 20, 2019, the Parties entered into the *Stipulation Resolving Payment Direction of Pro-Rated Rent Payment* (the "Stipulation") resolving the issues among the Parties related to the Assignment Order and the Payment Direction without the need for the Evidentiary Hearing. A copy of the Stipulation is attached as **Exhibit 1** to the proposed form of order (the "Proposed Order") attached hereto as **Exhibit A**.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Assignment Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: December 21, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*

Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*