# EXHIBIT 1

## Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.,*[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 205, 622, 757, 795, 1157,** |
| | ) **1188, 1194 & 1197** |

## STIPULATION RESOLVING PAYMENT DIRECTION
## OF PRO-RATED RENT PAYMENT

Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC

(collectively, the "Lessors"), Debtor St. Christopher's Healthcare, LLC ("Debtor") and Tenet

Business Services Corporation ("Tenet" and together with Lessors, and Debtor, the "Parties")

hereby stipulate to the following:

**WHEREAS**, on December 13, 2019, the Court entered the *Order Authorizing Assumption*

*and Assignment of Certain of the Debtors' Leases with Front Street Healthcare Properties, LLC*

*and Front Street Healthcare Properties II, LLC in Connection with the STC OpCo Sale and*

*Granting Related Relief* [Docket No. 1157] (the "Assignment Order"), that provided, *inter alia*,

that a pro-rated portion of base rent under the assumed leases for the time period October 1, 2019

through an including December 31, 2019 (the "Pro-Rated Rent Payment") shall be paid to the

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

party as agreed by the Lessors and the Debtor or as determined by the Court at a hearing on December 17, 2019 at 1:30 p.m. (the "Payment Direction").[2]

**WHEREAS**, on December 16, 2019, Tenet filed a *Statement of Tenet Business Services Corporation ("Tenet") Regarding Certain Matters Set for Hearing on December 17, 2019* [Docket No. 1188] (the "Tenet Statement") setting forth its position with respect to the Payment Direction.

**WHEREAS**, on December 17, 2019, Lessors filed a *Response and Reservation of Rights with Respect to Assumption and Assignment of the Debtors' Leases with the Front Street Lessors* [Docket No. 1157] (the "Lessors Response") setting forth their position with respect to the Payment Direction.

**WHEREAS**, on December 17, 2019, the Court held a hearing to consider Tenet's and the Lessors' arguments set forth in the Tenet Statement and the Lessors Response regarding the Payment Direction.

WHEREAS, on December 17, 2019, the Court entered an *Order* [Docket No. 1197] scheduling an evidentiary hearing on the Payment Direction for December 32, 2019, beginning at 10:00 a.m. (ET) (the "Evidentiary Hearing").

**WHEREAS**, the Parties have conferred and agreed, subject to Court approval, to resolve the Payment Direction without the need for the Evidentiary Hearing.

**NOW THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:**

1.    Tenet will promptly withdraw the Tenet Statement and Lessors will promptly withdraw the Lessors Response.

2.    The Lessors have entered into the payment direction attached hereto as **Exhibit A** pursuant to which the Pro-Rated Rent Payment is directed to Tenet.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Assignment Order.

Dated: December 20, 2019
Wilmington, Delaware

/s/ Brendan J. Schlauch
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:    (302) 651-7700
Fax:    (302) 651-7701
Email:  collins@rlf.com
        merchant@rlf.com
        schlauch@rlf.com

-and-

Suzzanne Uhland
Diana M. Perez
Amalia Sax-Bolder
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel:    (212) 326-2000
Fax:    (212) 326-2061
Email:  suhland@omm.com
        dperez@omm.com
        asax-bolder@omm.com

*Attorneys for Front Street Healthcare
Properties LLC, and Front Street Healthcare
Properties II, LLC*

36355470.1 12/21/2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
One Rodney Square
Email:  ljones@pszklaw.com
        tcairns@pszjlaw.com

-and-

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C.
Gregory F. Pesce (admitted pro hac vice)
300 North LaSalle
Chicago, Illinois 60654
Tel:    (312) 862-2000
Fax:    (312) 862-2200
Email:  stephen.hackney@kirkland.com
        Gregory.pesce@kirkland.com

*Counsel to Tenet Business Services Corporation*

4

SAUL EWING ARNSTEIN & LEHR LLP

*/s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
Email:  mark.minuti@saul.com
         Monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
Email:  Jeffrey.hampton@saul.com
         Adam.isenberg@saul.com
         Aaron.applebaul@saul.com

*Counsel to Debtors and Debtors in Possession*

5

EXHIBIT "A"

PAYMENT DIRECTION

6

Front Street Healthcare Properties, LLC
Front Street Healthcare Properties II, LLC

December 20, 2019

St. Christopher's Healthcare, LLC
230 North Broad Street
Philadelphia, PA 19102
Attn: Allen Wilen, Chief Restructuring Officer

     Re:    Payment Direction

Ladies and Gentlemen:

     St. Christopher's Healthcare, LLC (the "**Debtor**") was the holder of the leasehold estate covering certain properties owned by Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC (collectively, "**Front Street**") pursuant to the terms of certain lease agreements, as amended from time to time, by and between the Debtor and Front Street (individually and collectively, the "**STC Lease**"). The Debtor assumed and assigned the STC Lease to STC OpCo, LLC pursuant to an order dated December 13, 2019, entered in the Debtor's chapter 11 cases pending in the Bankruptcy Court for the District of Delaware (Case No. 19-11466) (the "**Assignment Order**"). Front Street is due certain payments from the Debtor under the STC Lease as set forth in the Assignment Order, a portion of which is on account of $243,292 in pro-rated base rent under the STC Lease for the time period October 1, 2019 through and including December 14, 2019 (the "**Pro-Rated Rent Payment**").

     Debtor is hereby irrevocably directed to pay, in satisfaction of the Debtors' obligation to pay pro-rated base rent for the period October 1, 2019 through December 31, 2019 under the STC Lease and the Assumption Order, the Pro-Rated Rent Payment to Tenet Business Services Corporation ("**Tenet**") by wire transfer in immediately available funds to the account set forth below, for application to a portion of the quarterly interest component payable by Front Street to Tenet under that certain Seller Note dated as of January 11, 2018 (as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time) by Front Street in favor of Tenet:

          Bank: Bank of America
          ABA No.: 026009593
          Beneficiary: Tenet Healthcare Corporation
          Account No.: ▮▮▮▮▮▮▮
          Reference: Philadelphia Seller Note

*[Signatures to follow]*

**FRONT STREET HEALTHCARE PROPERTIES, LLC, a Delaware limited liability company**

Name: Joel Freedman

Title: CEO & President

**FRONT STREET HEALTHCARE PROPERTIES II, LLC, a Delaware limited liability company**

Name: Joel Freedman

Title: CEO & President

**ACKNOWLEDGED AND AGREED:**

ST. CHRISTOPHER'S HEALTHCARE,
LLC, a Delaware limited liability
company

_____

Name: Allen Wilen

Title: Chief Restructuring Officer