# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 1194** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, on December 17, 2019, Front Street Healthcare Properties, LLC ("Front Street") and Front Street Healthcare Properties II, LLC ("Front Street II" and, together with Front Street, the "Front Street Lessors") filed the *Response and Reservation of Rights with Respect to Assumption and Assignment of Certain of the Debtors' Leases with the Front Street Lessors* [Docket No. 1194] (the "Response") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the Front Street Lessors hereby withdraw the Response without prejudice.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 22628598v.1

Dated: December 23, 2019
      Wilmington, Delaware

*/s/ Brendan J. Schlauch*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:   (302) 651-7700
Fax:  (302) 651-7701
Email: collins@rlf.com
         merchant@rlf.com
         schlauch@rlf.com

-and-

Suzzanne Uhland
Diana M. Perez
Amalia Sax-Bolder
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel:   (212) 326-2000
Fax:  (212) 326-2061
Email: suhland@omm.com
         dperez@omm.com
         asax-bolder@omm.com

*Attorneys for Front Street Healthcare Properties LLC, and Front Street Healthcare Properties II, LLC*