# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on December 16, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of Counsel Regarding Amendment to Asset Purchase Agreement by and Between St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, and Certain Affiliates [Docket No. 1168]**

- **Order for Rule to Show Cause Directed to Debtors [Docket No. 1169]**

- **Consent Order Granting Debtors Authority to Assume and Assign Sodexo Contract in Connection with The STC Opco Sale [Docket No. 1173]**

Dated: December 18, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                          } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 18th day of December, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## EXHIBIT A

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                    Served 12/16/2019

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>NID-7054-MSL-37830 | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>NID-7054-MSL-35635 | ARENT FOX LLP<br>PHILLIP KHEZRI<br>NID-7054-MSL-35636 |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>NID-7054-MSL-35399 | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>NID-7054-MSL-35400 | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>NID-7054-MSL-35409 |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>NID-7054-MSL-35405 | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>NID-7054-MSL-35404 | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>NID-7054-MSL-35403 |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>NID-7054-MSL-36178 | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>NID-7054-MSL-36179 | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>NID-7054-MSL-35642 |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>NID-7054-MSL-35643 | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>NID-7054-MSL-37827 | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>NID-7054-MSL-37826 |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>NID-7054-MSL-37825 | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>NID-7054-MSL-45932 | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>NID-7054-MSL-45925 |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>NID-7054-MSL-45924 | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>NID-7054-MSL-35634 | DENTON US, LLP<br>OSCAR PINKAS<br>NID-7054-MSL-35640 |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>NID-7054-MSL-35641 | DILWORTH PAXSON<br>PETER C. HUGHES,<br>NID-7054-MSL-35437 | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>NID-7054-MSL-35393 |
| DLA PIPER LLP<br>STUART M. BROWN<br>NID-7054-MSL-35392 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>NID-7054-MSL-34299 | DRINKER BIDDLE & REATH LLP<br> MARITA S. ERBECK<br>NID-7054-MSL-45914 |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>NID-7054-MSL-35443 | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>NID-7054-MSL-37829 | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>NID-7054-MSL-37828 |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>NID-7054-MSL-45926 | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>NID-7054-MSL-35646 | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>NID-7054-MSL-46013 |
| GIBBONS P.C<br>DAVID N. CRAPO<br>NID-7054-MSL-40013 | GIBBONS P.C.<br>DALE E. BARNEY<br>NID-7054-MSL-35624 | GIBBONS P.C.<br>HOWARD A. COHEN<br>NID-7054-MSL-35623 |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NID-7054-MSL-40011 | GIBBONS P.C.<br>ROBERT K. MALONE<br>NID-7054-MSL-40012 | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>NID-7054-MSL-35625 |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>NID-7054-MSL-35626 | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>NID-7054-MSL-35651 | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>NID-7054-MSL-35649 |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>NID-7054-MSL-35650 | HONIGMAN LLP<br>E TODD SABLE<br>NID-7054-MSL-40116 | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>NID-7054-MSL-40117 |

JD THOMPSON LAW
JUDY D. THOMPSON
NID-7054-MSL-39957

JEFFER MANGELS BUTLER & MITCHELL LLP
MMARTIN@JMBM.COM
NID-7054-MSL-45933

JONES WALKER LLP
JEFFREY R. BARBER
NID-7054-MSL-39550

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
NID-7054-MSL-45913

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NID-7054-MSL-35408

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
NID-7054-MSL-45916

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
NID-7054-MSL-35440

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
NID-7054-MSL-35644

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM
NID-7054-MSL-27291

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
NID-7054-MSL-35439

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
NID-7054-MSL-40015

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
NID-7054-MSL-36618

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
NID-7054-MSL-36406

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM
NID-7054-MSL-39535

MOYE WHITE LLP
TIMOTHY M. SWANSON
NID-7054-MSL-35466

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
NID-7054-MSL-35467

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
NID-7054-MSL-27292

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
NID-7054-MSL-35432

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
NID-7054-MSL-35433

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
NID-7054-MSL-35441

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
NID-7054-MSL-35442

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
NID-7054-MSL-35627

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV
NID-7054-MSL-712

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
NID-7054-MSL-710

O'MELVENY & MYERS, LLP
DANIEL S. SHAMAH
NID-7054-MSL-45922

O'MELVENY & MYERS, LLP
DIANA M. PEREZ
NID-7054-MSL-45923

O'MELVENY & MYERS, LLP
SUZZANNE UHLAND
NID-7054-MSL-45921

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
NID-7054-MSL-45917

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
NID-7054-MSL-45915

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
NID-7054-MSL-40014

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
NID-7054-MSL-35652

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
NID-7054-MSL-35654

POLSINELLI P.C
CHRISTOPHER A. WARD
NID-7054-MSL-35438

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
NID-7054-MSL-46011

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
NID-7054-MSL-46009

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
NID-7054-MSL-46010

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
NID-7054-MSL-45920

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
NID-7054-MSL-45918

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
NID-7054-MSL-45919

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
NID-7054-MSL-35382

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
NID-7054-MSL-35381

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
NID-7054-MSL-35380

SAUL EWING ARNSTEIN & LEHR LLP
JOEL C. HOPKINS

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
NID-7054-MSL-35378

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
NID-7054-MSL-35379

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
NID-7054-MSL-35406

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
NID-7054-MSL-45937

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
NID-7054-MSL-35647

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
NID-7054-MSL-35648

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
NID-7054-MSL-35445

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
NID-7054-MSL-35446

STINSON LLP
DARRELL CLARK
NID-7054-MSL-36407

STINSON LLP
TRACEY M. OHM
NID-7054-MSL-36408

STOEL RIVES LLP
MARC A. AL
NID-7054-MSL-45912

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
NID-7054-MSL-35391

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
NID-7054-MSL-35395

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
NID-7054-MSL-35394

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
NID-7054-MSL-35444

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
NID-7054-MSL-39536

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
NID-7054-MSL-35637

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
NID-7054-MSL-35397

TROUTMAN SANDERS LLP
LOUIS CURCIO
NID-7054-MSL-35396

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
NID-7054-MSL-35398

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV
NID-7054-MSL-35638

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
NID-7054-MSL-40714

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
NID-7054-MSL-40715

WHITE AND WILLIAMS LLP
AMY E. VULPIO
NID-7054-MSL-35402

WHITE AND WILLIAMS LLP
MARC S. CASARINO
NID-7054-MSL-35401

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
NID-7054-MSL-46014

Parties Served:  114

**<u>EXHIBIT B</u>**

Center City Healthcare, LLC, et al. - U.S. Mail                                                    Served 12/16/2019

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JEFFER MANGELS BUTLER & MITHCELL LLP
ATTN: MARIANNE S. MARTIN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MED ONE CAPITAL FUNDING, LLC.
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 20