# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: ECF No. 424 |

### SUPPLEMENTAL DECLARATION OF ANDREW H. SHERMAN REGARDING APPLICATION TO RETAIN AND EMPLOY SILLS CUMMIS & GROSS P.C. AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *ET AL. NUNC PRO TUNC* TO JULY 15, 2019

Andrew H. Sherman makes this declaration (the "Supplemental Declaration") pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law and Member of the law firm Sills Cummis & Gross P.C. ("Sills"). I submit this Supplemental Declaration regarding the application to retain and employ Sills as attorneys for the Committee *nunc pro tunc* to July 15, 2019 [ECF No. 424] (the "Application").[2]

2. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon completion of further review by Sills or as additional information becomes available, a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

106323678

supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3.      In light of developments since the filing of my initial declaration in support of the Application, dated August 9, 2019 [ECF No. 424-3] (the "Initial Declaration"), I update the disclosures set forth in my Initial Declaration as follows: other attorneys at Sills have been retained to represent Zeltiq Asthetics Inc., which upon information and belief is an affiliate, subsidiary or division of Allergan Plc, which upon information and belief is an affiliate of a creditor in these chapter 11 cases, in connection with a product liability dispute that is unrelated to these chapter 11 cases.  Sills does not believe the foregoing presents any conflict of interest or affects its status as a disinterested person, but discloses the connection in an abundance of caution.

4.      I understand that there is a continuing duty to disclose any adverse interest or change in disinterestedness.  Sills will from time to time review its disclosures in these chapter 11 cases, and in the event that additional material connections are discovered, ill disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

I certify that, to the best of my knowledge after reasonably inquiry, the foregoing is true and correct.

Dated: December 23, 2019             /s/ Andrew H. Sherman
       Newark, New Jersey                Andrew H. Sherman