# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) ) ) Jointly Administered |
| Debtors. | ) **Hearing Date: January 23, 2020 at 10:00 a.m.** ) **Objection Deadline: January 7, 2020 at 4:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on December 23, 2019, the debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases filed the *Fifteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **January 7, 2020 at 4:00 p.m. (prevailing Eastern Standard Time)** (the "**Objection Deadline**"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held on **January 23, 2020 at 10:00 a.m. (prevailing Eastern Standard Time)**, before the Honorable Kevin Gross, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

Dated: December 23, 2019　　　　　　　　**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
　　Mark Minuti (DE Bar No. 2659)
　　Monique B. DiSabatino (DE Bar No. 6027)
　　1201 N. Market Street, Suite 2300
　　P.O. Box 1266
　　Wilmington, DE  19899
　　Telephone: (302) 421-6800
　　Fax: (302) 421-5873
　　mark.minuti@saul.com
　　monique.disabatino@saul.com

　　　　　　-and-

　　Jeffrey C. Hampton
　　Adam H. Isenberg
　　Aaron S. Applebaum (DE Bar No. 5587)
　　Centre Square West
　　1500 Market Street, 38th Floor
　　Philadelphia, PA 19102
　　Telephone: (215) 972-7777
　　Fax: (215) 972-7725
　　jeffrey.hampton@saul.com
　　adam.isenberg@saul.com
　　aaron.applebaum@saul.com

　　*Counsel for Debtors and Debtors in Possession*