## Exhibit A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) Re: Docket No. __ |

**ORDER APPROVING FIFTEENTH OMNIBUS MOTION OF THE DEBTORS
FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION
OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Fifteenth Omnibus Rejection Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of the date of the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having reviewed the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

-2-

Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the date of the Motion (December 23, 2019), to the extent such Contracts are executory contracts or unexpired leases.

3. This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4. To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5. The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Exhibit 1**

**Rejected Contracts**

**(see attached)**

Case 19-11466-MFW    Doc 1240-2    Filed 12/23/19    Page 5 of 8

Exhibit 1 - Rejected Contracts (15th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| 3M Health Information Systems, Inc. | License Agreement | Philadelphia Academic Health System, LLC |
| Abbott Laboratories Inc. | Equipment Service Program Agreement | St. Christopher's Healthcare, LLC |
| Abbott Nutrition | Agreement For Infant Formula | St. Christopher's Healthcare, LLC |
| Abbott Point Of Care | Comprehensive Service Plan Agreement | St. Christopher's Healthcare, LLC |
| Abington Memorial Hospital | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Abington Memorial Hospital | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Abington Memorial Hospital | Clinical Rotation Agreement | St. Christopher's Healthcare, LLC |
| Acs Education Services, Inc. | Tax Credit Reporting Service Agreement | St. Christopher's Healthcare, LLC |
| Advanced Av, Llc | Statement Of Work | St. Christopher's Healthcare, LLC |
| Advanced Door Services, Inc. | Preventive Maintenance Agreement | St. Christopher's Healthcare, LLC |
| Adynxx, Inc. | Product Consignment Agreement | St. Christopher's Healthcare, LLC |
| Agilent Technologies, Inc. | Quotation | St. Christopher's Healthcare, LLC |
| Ahmed, Mian | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Airgas USA, LLC | Product Sale Agreement (Contract # MS00032) | St. Christopher's Healthcare, LLC |
| Albert Einstein Medical Center | Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Albert Einstein Medical Center | Agreement for Clinical Rotation (Well-Baby Nursery) | St. Christopher's Healthcare, LLC |
| Albert Einstein Medical Center | Master Academic Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Albert Einstein Medical Center | Agreement for Clinical Rotations (Neonatology/Maternal Fetal Medicine) | St. Christopher's Healthcare, LLC |
| Albert Einstein Medical Center | Agreement for Clinical Rotations (Pathology) | St. Christopher's Healthcare, LLC |
| Alere Informatics, Inc. | License Agreement | St. Christopher's Healthcare, LLC |
| Alliance Healthcare Services, Inc. | Magnetic Resonance Imaging Master Svcs Agreement | St. Christopher's Healthcare, LLC |
| Allmed Healthcare Management, Inc. | Agreement For External Peer Review Svcs | Philadelphia Academic Health System, LLC |
| American Messaging Services, Llc | Customer Agreement | Philadelphia Academic Health System, LLC |
| Ameriwater, Inc. | Agreement For Water Testing Svcs | St. Christopher's Healthcare, LLC |
| Amy Leader, Dr.P.H, M.P.H. | Services Agreement | St. Christopher's Healthcare, LLC |
| Anda K. Kuo, Md | Services Agreement | St. Christopher's Healthcare, LLC |
| Aria Health | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |

Exhibit 1 - Rejected Contracts (15th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Aria Health | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Arizant Healthcare Inc. | Partnership Program Agreement | St. Christopher's Healthcare, LLC |
| Arledge Electronics, Inc. | Agreement For Television Repair & Parts | St. Christopher's Healthcare, LLC |
| Arthur Huppert, MD | Lease | St. Christopher's Healthcare, LLC |
| Atlantic Diagnostic Laboratories, Llc | Agreement For Clincal Laboratory Svcs | St. Christopher's Healthcare, LLC |
| Atlantic Lithotripsy, LLC d/b/a Mid-Atlantic Stone Center | Lithotripsy Services Agreement | St. Christopher's Healthcare, LLC |
| Azima Health Services, Inc. | Business Associate Agreement | St. Christopher's Healthcare, LLC |
| Bc Technical, Inc. | Nm Full Service Agreement | St. Christopher's Healthcare, LLC |
| Beckman Coulter, Inc. | Equipment Rental Agreement | St. Christopher's Healthcare, LLC |
| Beckman Coulter, Inc. | Quote Number 211474781 | St. Christopher's Healthcare, LLC |
| Beekley Corporation | Pricing Agreement | Philadelphia Academic Health System, LLC |
| Biochrom US | Service Contract | St. Christopher's Healthcare, LLC |
| Biofire Diagnostics, LLC | Sales Quote 00012470 | St. Christopher's Healthcare, LLC |
| Biofire Diagnostics, LLC | Sales Quote Q-02897 | St. Christopher's Healthcare, LLC |
| Bio-Optronics, Inc. | Agreement For Software For Clinical Trials | Philadelphia Academic Health System, LLC |
| BIPAI International Pediatric AIDS Initiative Texas (Baylor College of Medicine) City of Houston Harris County Texas | Clinical Rotation Agreement | St. Christopher's Healthcare, LLC |
| Blue Pillar, Inc. | Invoice | St. Christopher's Healthcare, LLC |
| Bondtech Incorporated | Services Agreement | St. Christopher's Healthcare, LLC |
| Boston Scientific Corporation | Pricing Agreement | Philadelphia Academic Health System, LLC |
| Brigham and Women's Physicians Organization | Clinical Laboratory Services Agreement | St. Christopher's Healthcare, LLC |
| Capstar Radio Operating Company | Agreement For Advertising Svcs | St. Christopher's Healthcare, LLC |
| Carefusion Solutions, LLC | Agreement For Software Mgt System | Philadelphia Academic Health System, LLC |
| Center City Film And Video, Inc. | Services Agreement | St. Christopher's Healthcare, LLC |
| Center for the Urban Child, Inc. | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC |
| Champion Energy Services, LLC | Agreement For Energy Utility For The Facilities | Philadelphia Academic Health System, LLC |

Case 19-11466-MFW    Doc 1240-2    Filed 12/23/19    Page 7 of 8

Exhibit 1 - Rejected Contracts (15th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Chubb Hotel & Conference Center | Agreement For Intern Retreat | St. Christopher's Healthcare, LLC |
| Cintas Corporation | Equipment Rental Agreement | St. Christopher's Healthcare, LLC |
| Cintas Corporation | Rental Agreement | St. Christopher's Healthcare, LLC |
| Cintas Corporation | Rental Agreement | St. Christopher's Healthcare, LLC |
| Cintas Corporation | Rental Agreement | St. Christopher's Healthcare, LLC |
| Cisco Systems Capital Corporation | Schedule No. 046-000 | St. Christopher's Healthcare, LLC |
| Clinical Care Assoc Of The Uni Of PA Health System | Lease Agreement | SCHC Pediatric Associates, L.L.C. |
| Convergeone Systems Integration, Inc. | Master Order Agreement | Philadelphia Academic Health System, LLC |
| Covidien Sales Llc | Agreement For Equipment Rental | St. Christopher's Healthcare, LLC |
| CyraCom International Inc. | Service Agreement | TPS V of PA, L.L.C. |
| CyraCom International Inc. | Service Agreement | StChris Care at Northeast Pediatrics, L.L.C. |
| CyraCom International Inc. | Service Agreement | St. Christopher's Healthcare, LLC |
| CyraCom International Inc. | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| David A Desimone | Transfer Agreement | St. Christopher's Healthcare, LLC |
| De Long Industries Group, Inc. d/b/a Wavetech Industries | Agreement | St. Christopher's Healthcare, LLC |
| Devil'S Alley | Event Proposal | St. Christopher's Healthcare, LLC |
| DEX Imaging, Inc. | Tenet Lease Agreement | TPS V of PA, L.L.C. |
| Dex Imaging, Inc. | Agreement For Managed Print Svcs | TPS V of PA, L.L.C. |
| Dex Imaging, Inc. | Agreement For Equipment, Maintenance, & Svcs | TPS V of PA, L.L.C. |
| DEX Imaging, Inc. | Tenet Lease Agreement | StChris Care at Northeast Pediatrics, L.L.C. |
| Dex Imaging, Inc. | Agreement For Managed Print Svcs | StChris Care at Northeast Pediatrics, L.L.C. |
| Dex Imaging, Inc. | Agreement For Equipment, Maintenance, & Svcs | StChris Care at Northeast Pediatrics, L.L.C. |
| Dex Imaging, Inc. | Agreement For Managed Print Svcs | St. Christopher's Healthcare, LLC |
| Dex Imaging, Inc. | Agreement For Equipment, Maintenance, & Svcs | St. Christopher's Healthcare, LLC |
| DEX Imaging, Inc. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Dex Imaging, Inc. | Agreement For Managed Print Svcs | SCHC Pediatric Associates, L.L.C. |
| Dex Imaging, Inc. | Agreement For Equipment, Maintenance, & Svcs | SCHC Pediatric Associates, L.L.C. |
| Diagnostica Stago, Inc. | Service & Maintenance Agreement | St. Christopher's Healthcare, LLC |

Case 19-11466-MFW    Doc 1240-2    Filed 12/23/19    Page 8 of 8

Exhibit 1 - Rejected Contracts (15th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Diagnostica Stago, Inc. | Agreement | St. Christopher's Healthcare, LLC |
| Divya S. Khurana, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Dolbey-Jamison, Inc. | Quote | St. Christopher's Healthcare, LLC |
| Drexel on Behalf of AJ Drexel Autism Institute | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Lease Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Lease Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Institutional Review Board Services Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Service Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Services Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Service Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Lease Agreement | SCHC Pediatric Associates, L.L.C. |