## Exhibit A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) **Re: Docket No. __** |

**ORDER APPROVING SIXTEENTH OMNIBUS MOTION OF THE DEBTORS
FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION
OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Sixteenth Omnibus Rejection Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of the date of the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having reviewed the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

-2-

Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the date of the Motion (December 23, 2019), to the extent such Contracts are executory contracts or unexpired leases.

3. This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4. To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5. The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Exhibit 1**

**Rejected Contracts**

**(see attached)**

Case 19-11466-MFW    Doc 1241-2    Filed 12/23/19    Page 5 of 9

Exhibit 1 - Rejected Contracts (16th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Drexel University | Leased Employees Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Institutional Review Board Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Neuropsychological Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University (Adult Cystic Fibrosis Clinic) | Timeshare Sublease (see C.10 for sublease) | SCHC Pediatric Associates, L.L.C. |
| Drexel University College of Medicine | Restated Research Management Services Agreement | Philadelphia Academic Health System, LLC |
| Drexel University College of Medicine | Restated Research Management Services Agreement | St. Christopher's Healthcare, LLC |
| Drexel University College of Medicine | Master Educational Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University College of Medicine | Restated Research Management Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University College of Medicine - Foundations Master Services (formerly PILS) | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University for its School of Public Health, for its Healing Hurt People Program | Services Agreement | St. Christopher's Healthcare, LLC |
| Drexel University, for its College of Medicine | Amended and Restated Academic Affiliation Agreement | Philadelphia Academic Health System, LLC |
| Drexel University, for its College of Medicine | Supplemental Academic Affiliation Agreement - Pediatric Medicine | Philadelphia Academic Health System, LLC |
| Drexel University, for its College of Medicine | Agreement for Residency Teaching | St. Christopher's Healthcare, LLC |
| Drexel University, for its College of Medicine | Supplemental Academic Affiliation Agreement - Pediatric Medicine | St. Christopher's Healthcare, LLC |
| Drexel University, for its College of Medicine | Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University, for its College of Medicine | Affiliation Agreement | St. Christopher's Healthcare, LLC |

Exhibit 1 - Rejected Contracts (16th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Drexel University, For Its College Of Medicine | Various | St. Christopher's Healthcare, LLC |
| Drexel University, for its College of Medicine | Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Eagles Taxi, LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| Echo, Inc. | Master Services Agreement | Philadelphia Academic Health System, LLC |
| Echo, Inc. | Order Form ORD-0555530 | Philadelphia Academic Health System, LLC |
| Echo, Inc. | Order Form ORD-0559699 | Philadelphia Academic Health System, LLC |
| Echo, Inc. | Order Form ORD-0574520 | Philadelphia Academic Health System, LLC |
| Echo, Inc. | Order Form ORD-0576228 | Philadelphia Academic Health System, LLC |
| Edwards Lifesciences Llc | Consignment Agreement For Heart Valves | St. Christopher's Healthcare, LLC |
| Electronic Payment Exchange | Epx Merchant Agreement | Philadelphia Academic Health System, LLC |
| Elemental Inc. | Price List | St. Christopher's Healthcare, LLC |
| Emergency Systems Service Company | Proposal | St. Christopher's Healthcare, LLC |
| Encore Medical International, Inc. | Rental Svcs Agreement | St. Christopher's Healthcare, LLC |
| Endla Anday, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Environmental Engineering Solutions, Inc. | Services Agreement | St. Christopher's Healthcare, LLC |
| Essential Consulting Llc | Software License Agreement | Philadelphia Academic Health System, LLC |
| Ethan Kentzel | Services Agreement | St. Christopher's Healthcare, LLC |
| Everbridge, Inc. | Agreement For Services For Mass Notifications | Philadelphia Academic Health System, LLC |
| Everbridge, Inc. | Quote # Q-08937 | Philadelphia Academic Health System, LLC |
| Field House Philly | Event Contract | St. Christopher's Healthcare, LLC |
| Firm Revenue Cycle Management Services, Inc. | Agreement For Denied Account Review & Gap Analysis Service | Philadelphia Academic Health System, LLC |
| Fishheads Aquarium Service LLC | Aquarium Service Proposal | St. Christopher's Healthcare, LLC |

Case 19-11466-MFW    Doc 1241-2    Filed 12/23/19    Page 7 of 9

Exhibit 1 - Rejected Contracts (16th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Front Street Healthcare Properties II, LLC | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC |
| Front Street Healthcare Properties, LLC | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC |
| GBS Corporation | Data De-Conversion Scope of Work and Purchase Agreement | American Academic Health System* |
| GE Healthcare IITS USA Corp. | GE Healthcare Software License Transfer Agreement | St. Christopher's Healthcare, LLC |
| General Electric Company, by and through its GE Healthcare division | Quote # 99990432A | St. Christopher's Healthcare, LLC |
| General Healthcare Resources, Llc | Agreement For Temporary & Contract Staffing Provider | Philadelphia Academic Health System, LLC |
| Global Healthcare Exchange, Llc | Agreement For Electronic Data Exchange | Philadelphia Academic Health System, LLC |
| Gretchen Metzenberg, D.O. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Hahnemann University Hospital | Service Agreement | St. Christopher's Healthcare, LLC |
| Hahnemann University Hospital | Service Agreement | St. Christopher's Healthcare, LLC |
| Hahnemann University Hospital | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Hahnemann University Hospital | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Hahnemann University Hospital | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Hahnemann University Hospital | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Hahnemann University Hospital (Center City Healthcare) | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Harpreet Pall, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Health Care Appraisers | Service Agreement | St. Christopher's Healthcare, LLC |
| HealthStream, Inc. | Master Services Agreement | Philadelphia Academic Health System, LLC |
| HealthStream, Inc. | Order Number ORD-0560031 | Philadelphia Academic Health System, LLC |
| HealthStream, Inc. | Order Number ORD-0575567 | Philadelphia Academic Health System, LLC |
| HealthStream, Inc. | Order Number ORD-0602617 | Philadelphia Academic Health System, LLC |
| HealthStream, Inc. | Order Number ORD-0602493 | Philadelphia Academic Health System, LLC |

Case 19-11466-MFW    Doc 1241-2    Filed 12/23/19    Page 8 of 9

Exhibit 1 - Rejected Contracts (16th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| HealthStream, Inc. | Order Number ORD-0614509 | Philadelphia Academic Health System, LLC |
| Herman Goldner Co, Inc. | Goldner Guaranteed Service Agreement | St. Christopher's Healthcare, LLC |
| Hilton Philadelphia City Avenue | Banquest Event Order Contract | St. Christopher's Healthcare, LLC |
| Historic Hotel Bethlehem | Catering Agreement | St. Christopher's Healthcare, LLC |
| Hollis Cobb Associates, Inc. | Agreement For Collections Svcs | Philadelphia Academic Health System, LLC |
| HSRE-PAHH I | DUCOM Extension Letter Agreement | St. Christopher's Healthcare, LLC |
| Hui Leng Deng, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Huntington Technology Finance, Inc. | Schedule No. SHC-025 | St. Christopher's Healthcare, LLC |
| Impementation Mangement Assistance, Llc | Sows Agreement | Philadelphia Academic Health System, LLC |
| Impementation Mangement Assistance, LLC | Master Services Agreement | Philadelphia Academic Health System, LLC |
| Independent Hardware, Inc. | Pricing Agreement | St. Christopher's Healthcare, LLC |
| Infor (US), Inc. | Software Services Agreement | Philadelphia Academic Health System, LLC |
| Infor (US), Inc. | Fixed Fee Services Work Order | Philadelphia Academic Health System, LLC |
| Infor (US), Inc. | SaaS Order Form | Philadelphia Academic Health System, LLC |
| Infor (Us), Inc. | Software Subscription License & Svcs Agreement | Philadelphia Academic Health System, LLC |
| Ino Therapeutics LLC | Agreement For Inhalation Drug & Svcs | St. Christopher's Healthcare, LLC |
| Iraj Rezvani, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Jacquelyn Klicka-Skeels, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Jdi Net Systems | Software License Agreement | Philadelphia Academic Health System, LLC |
| Jeanes Hospital (Temple) | Clinical Rotation Agreement | St. Christopher's Healthcare, LLC |
| Jeein Yoon, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Jennifer Tingo, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Juan Ballesteros, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Kenco Kalibration Inc. | Quote | St. Christopher's Healthcare, LLC |
| Keystone Quality Transport Company | Agreement For Ambulance Svcs | St. Christopher's Healthcare, LLC |
| Keystone Quality Transport Company dba EMStar | Service Agreement | St. Christopher's Healthcare, LLC |
| Kieran Mckenna Flooring, Inc. | Services Agreement | St. Christopher's Healthcare, LLC |

Exhibit 1 - Rejected Contracts (16th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Kimberly Neidig, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Klenzoid, Inc. | Water Treatment Contract | St. Christopher's Healthcare, LLC |
| Laboratory Corporation Of America | Contractor Specimen Collection Agreement | St. Christopher's Healthcare, LLC |
| Laerdal Medical Corporation | Quote | St. Christopher's Healthcare, LLC |
| LEAF Capital Funding, LLC (as assignee from De Lage Landen Financial Services, Inc., as assignee from Dex Imaging Inc.) | Tenet Lease Agreement | SCHC Pediatric Associates, L.L.C. |
| LEAF Capital Funding, LLC (as assignee from De Lage Landen Financial Services, Inc., as assignee from Dex Imaging Inc.) | Tenet Lease Agreement | St. Christopher's Healthcare, LLC |