# Exhibit A

# Proposed Order

36360620.1 12/23/2019

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) **Re: Docket No. __** |

**ORDER APPROVING SEVENTEENTH OMNIBUS MOTION OF THE DEBTORS
FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION
OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Seventeenth Omnibus Rejection Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of the date of the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having reviewed the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

36360620.1 12/23/2019

-2-

Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

    **IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the date of the Motion (December 23, 2019), to the extent such Contracts are executory contracts or unexpired leases.

3. This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4. To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5. The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

-2-

36360620.1 12/23/2019

**Exhibit 1**

**Rejected Contracts**

**(see attached)**

Case 19-11466-MFW    Doc 1242-2    Filed 12/23/19    Page 5 of 8

Exhibit 1 - Rejected Contracts (17th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Leasing Associates Of Barrington, Inc. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Lockton-Dunning Series Of Lockton Companies, Llc | Agreement For Benefits Admin Svcs | Philadelphia Academic Health System, LLC |
| Locumtenens.Com, Llc | Client Contract & Addendum | Philadelphia Academic Health System, LLC |
| Lyons Advisors, Llc | Business Associate Agreement | St. Christopher's Healthcare, LLC |
| Lyons-Chvala Nephrology Assoc. | Time Share | St. Christopher's Healthcare, LLC |
| Manhattan Telecommunications Corporation | Agreement For Phone Svcs | Philadelphia Academic Health System, LLC |
| Mar Cor Purification, Inc. | Service Proposal | St. Christopher's Healthcare, LLC |
| Marcelino Desantos, Md Pc | Lease Agreement | SCHC Pediatric Associates, L.L.C. |
| Mary Agnew, Snr VP/CNO | Transfer Agreement | St. Christopher's Healthcare, LLC |
| Mary Mallon, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Maureen Fee, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Mayflower Laundry and Textile Services LLC | Master Agreement for Laundry Processing and Rental Services | Philadelphia Academic Health System, LLC |
| Mayflower Laundry And Textile Services Llc | Statement of Work for Laundry & Linen Services | Center City Healthcare, LLC |
| Mayflower Laundry And Textile Services Llc | Statement of Work for Laundry & Linen Services | St. Christopher's Healthcare, LLC |
| Med One Capital Funding, LLC | Linen Control Subscription Agreement | St. Christopher's Healthcare, LLC |
| Med3000 Inc. | Information System & Revenue Cycle Mgt Agreement | TPS V of PA, L.L.C. |
| Med3000 Inc. | Information System & Revenue Cycle Mgt Agreement | StChris Care at Northeast Pediatrics, L.L.C. |
| Med3000 Inc. | Information System & Revenue Cycle Mgt Agreement | SCHC Pediatric Associates, L.L.C. |
| Medhub, LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| Medical Doctor Associates, LLC | Locum Tenens Svcs Agreement | SCHC Pediatric Associates, L.L.C. |
| Medical Gas Solutions, Inc. | Agreement For Medical Gas Inspections & Svcs | St. Christopher's Healthcare, LLC |
| Medline Industries Holdings, L.P | Agreement For Supplies Purchasing Program | Philadelphia Academic Health System, LLC |
| Medline Industries, Inc. | Custom Tray/Module Agreement | St. Christopher's Healthcare, LLC |
| Medlytix, Llc | Agreement For Insurance/Payer Identification Svcs | Philadelphia Academic Health System, LLC |
| Medtronic Usa Inc. | Capital Equipment Rental Agreement | St. Christopher's Healthcare, LLC |

Case 19-11466-MFW    Doc 1242-2    Filed 12/23/19    Page 6 of 8

Exhibit 1 - Rejected Contracts (17th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Medtronic Usa, Inc. | Pricing Agreement | Philadelphia Academic Health System, LLC |
| Medtronic USA, Inc. | Medtronic CareLink Network Terms of Use | St. Christopher's Healthcare, LLC |
| Mindray Ds Usa, Inc. | Trial Evaluation Agreement | St. Christopher's Healthcare, LLC |
| Moira Brooks | Independent Contractor Agreement | St. Christopher's Healthcare, LLC |
| Monterey Medical Solutions, Inc. | Software License Agreement | St. Christopher's Healthcare, LLC |
| Msw Enterprises Inc. | Contract For Service | TPS V of PA, L.L.C. |
| Natus Medical Incorporated | Maintenance Agreement | St. Christopher's Healthcare, LLC |
| Nthrive Revenue Systems, Llc | Agreement For Contract Mgt & Modeling | Philadelphia Academic Health System, LLC |
| Nthrive Revenue Systems, Llc | Master Agreement | Philadelphia Academic Health System, LLC |
| Nuance Communications, Inc. | Agreement For Transcription Svcs | Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Center City Healthcare, LLC |
| Nuance Communications, Inc. | Agreement For Maintenance For Software | St. Christopher's Healthcare, LLC |
| Occupational Health Centers Of The Southwest, P.A. | Settlement Agreement & Mutual Release | St. Christopher's Healthcare, LLC |
| Office Of Counsel | Transfer Agreement | St. Christopher's Healthcare, LLC |
| Office Of Counsel | Transfer Agreement | St. Christopher's Healthcare, LLC |
| Olympus America Inc. | Master Lease Agreement 0016015 | St. Christopher's Healthcare, LLC |
| Olympus America Inc. | Lease Schedule 001 | St. Christopher's Healthcare, LLC |
| Olympus America Inc. | Equipment Service Agreement | St. Christopher's Healthcare, LLC |
| Omnicell, Inc. | Pricing Supplement | St. Christopher's Healthcare, LLC |
| Optum360 Solutions, LLC | Master Services and License Agreement | Philadelphia Academic Health System, LLC |
| Orthopediatrics Us Distribution Corporation | Consignment Agreement | St. Christopher's Healthcare, LLC |
| Paladin Healthcare Capital, LLC | DUCOM Extension Letter Agreement | St. Christopher's Healthcare, LLC |
| Parkingsoft, LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| Parkingsoft, LLC | Master Software Subscription Agreement | St. Christopher's Healthcare, LLC |
| Pennoni Associates | Agreement For Structural Analysis | St. Christopher's Healthcare, LLC |
| Perioperative Services, Llc | Professional Billing Svcs Agreement | SCHC Pediatric Associates, L.L.C. |
| Peter D. Pizzutillo, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |

Case 19-11466-MFW    Doc 1242-2    Filed 12/23/19    Page 7 of 8

Exhibit 1 - Rejected Contracts (17th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Pharmacy Onesource Inc. | Software License Agreement | Philadelphia Academic Health System, LLC |
| Pharmacy Onesource Inc. | Software License Agreement | St. Christopher's Healthcare, LLC |
| Philadelphia Business Journal | Advertising Contract | St. Christopher's Healthcare, LLC |
| Philadelphia College Of Osteopathic Medicine | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Philadelphia College Of Osteopathic Medicine | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Philadelphia College Of Osteopathic Medicine | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Philadelphia College Of Osteopathic Medicine | Residency Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Philadelphia University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Philadelphia University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Philip Stein, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Physician And Tactical Healthcare Services LLC | Agreement | St. Christopher's Healthcare, LLC |
| Precision Sprinkler Services, Inc. | Proposal #Ip2387 | St. Christopher's Healthcare, LLC |
| Premier Healthcare Solutions, Inc. | Performance Suite Solutions Subscription Agreement, dated as of January 1, 2018 (including all exhibits, solutions and ancillary agreements, including the related Business Associate Addendum, all as amended) | Philadelphia Academic Health System, LLC |
| Priority Express Courier, Inc. | Agreement | St. Christopher's Healthcare, LLC |
| Proserv Removal, Inc. | Agreement For Disposal Of Items From The Warehouse | St. Christopher's Healthcare, LLC |
| Puppet Kitchen International, Inc. | Agreement For Commerical Production | St. Christopher's Healthcare, LLC |
| Quantros, Inc. | Software License & Maintenance Agreement | Philadelphia Academic Health System, LLC |
| Quest Diagnostic Clinical Laboratories Inc. | Agreement For Reference Lab Svcs | Philadelphia Academic Health System, LLC |
| Quest Diagnostic Clinical Laboratories Inc. | Specimen Collection Services Agreement | St. Christopher's Healthcare, LLC |
| Ralph J. Riviello, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Raphael J. Yoo, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Reading Hospital | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Respiratory Associates | Time Share Extension | St. Christopher's Healthcare, LLC |

Case 19-11466-MFW    Doc 1242-2    Filed 12/23/19    Page 8 of 8

Exhibit 1 - Rejected Contracts (17th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Reuter Hanney Inc. | Quotation | St. Christopher's Healthcare, LLC |
| Ricoh USA, Inc. | Master Lease Agreement | St. Christopher's Healthcare, LLC |
| Ricoh USA, Inc. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Ricoh USA, Inc. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Ricoh USA, Inc. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Ricoh Usa, Inc. | Product Schedule | SCHC Pediatric Associates, L.L.C. |
| Risa Eichinger | Services Agreement | St. Christopher's Healthcare, LLC |
| SAI Global Compliance, Inc. | Software License Agreement | Philadelphia Academic Health System, LLC |
| SAI Global Compliance, Inc. | Customer Order | Philadelphia Academic Health System, LLC |
| Saint Lukes Hosp Of Bethlehem PA | Lease Agreement | SCHC Pediatric Associates, L.L.C. |
| Sarah Long, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Schc Pediatric Assoc LLC | Lease Agreement | St. Christopher's Healthcare, LLC |
| SCHC Pediatric Associates, LLC | Time Share Sublease | St. Christopher's Pediatric Urgent Care Center, L.L.C. |
| SCHC Pediatric Associates, LLC | Sublease | St. Christopher's Healthcare, LLC |
| SCHC Pediatric Associates, LLC | Sublease | St. Christopher's Healthcare, LLC |
| Scribe Care, Inc. | Agreement For Scribe Svcs | Philadelphia Academic Health System, LLC |
| Scribeamerica, Llc | Agreement For Scribe Svcs | SCHC Pediatric Associates, L.L.C. |
| Sherman Engineering Company | Quote | St. Christopher's Healthcare, LLC |
| Siemens Healthcare Diagnostics, Inc. | Master Equipment and Products Agreement | St. Christopher's Healthcare, LLC |
| Siemens Industry, Inc. | Advantage Svcs Agreement | St. Christopher's Healthcare, LLC |
| Siemens Industry, Inc. | Advantage Svcs Agreement | St. Christopher's Healthcare, LLC |
| Sisco, Inc. | Agreement For Support For Security Id System | St. Christopher's Healthcare, LLC |
| Smokin' Betty'S | Event Proposal | St. Christopher's Healthcare, LLC |
| Solid Waste Services Inc. | Services Agreement | St. Christopher's Healthcare, LLC |
| Sorin Group Usa, Inc. | Maintenance Agreement | St. Christopher's Healthcare, LLC |