# Exhibit A

# Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket No. __** |
| | ) |

### ORDER APPROVING EIGHTEENTH OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Eighteenth Omnibus Rejection Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of the date of the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having reviewed the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

-2-

Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the date of the Motion (December 23, 2019), to the extent such Contracts are executory contracts or unexpired leases.

3. This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4. To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5. The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Exhibit 1**

**Rejected Contracts**

**(see attached)**

Case 19-11466-MFW    Doc 1243-2    Filed 12/23/19    Page 5 of 7

Exhibit 1 - Rejected Contracts (18th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Specialtycare Iom Services, LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| Spok, Inc. | Maintenance Sales Order | St. Christopher's Healthcare, LLC |
| St. Christopher's Foundation for Children | Sublicense Agreement | St. Christopher's Healthcare, LLC |
| St. Christopher's Healthcare, LLC | Sublease | SCHC Pediatric Associates, L.L.C. |
| St. Christopher's Healthcare, LLC | Sublease (See Affiliate tab for detail) | SCHC Pediatric Associates, L.L.C. |
| St. Christopher's Hospital For Children Nurses United/ | Union Agreement | St. Christopher's Healthcare, LLC |
| St. Christopher's Pediatric Urgent Care Center | Sub-sublease (see Affiliate tab for detail) | SCHC Pediatric Associates, L.L.C. |
| St. Elizabeth North Philadelphia Headstart | Service Agreement | St. Christopher's Healthcare, LLC |
| Stryker Flex Financial | Short Form Lease Agreement | St. Christopher's Healthcare, LLC |
| Stryker Sales Corporation | Equipment Usage Agreement | St. Christopher's Healthcare, LLC |
| Suzanne M. Touch, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Sysmex America, Inc. | Service Agreement | St. Christopher's Healthcare, LLC |
| Systematech Technical Management Services, Inc. | Agreement For Interpretation Svcs | St. Christopher's Healthcare, LLC |
| T. Cruse Design | Services Agreement | TPS V of PA, L.L.C. |
| T. Cruse Design | Services Agreement | StChris Care at Northeast Pediatrics, L.L.C. |
| T. Cruse Design | Services Agreement | St. Christopher's Healthcare, LLC |
| T. Cruse Design | Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Tab Service Company | Agreement For 1098-T Tax Form Svcs | St. Christopher's Healthcare, LLC |
| Teleflex Medical Incorporated | Agreement For Rental Of Heated Humidifiers | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Academic Affiliation Agreement (as amended, along with accompanying exhibits) | SCHC Pediatric Associates, L.L.C. |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Clinical Rotation Agreement (NICU) | St. Christopher's Healthcare, LLC |

Case 19-11466-MFW    Doc 1243-2    Filed 12/23/19    Page 6 of 7

Exhibit 1 - Rejected Contracts (18th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Temple University | Clinical Rotation Agreement (Neurology) | St. Christopher's Healthcare, LLC |
| Temple University Hospital | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University Hospital | Clinical Rotation Agreement (PGY 1 to Well Baby Nursery) | St. Christopher's Healthcare, LLC |
| Tenet Business Services Corporation | Transition Services Agreement | Philadelphia Academic Health System, LLC |
| The Academy Of Natural Sciences Of Drexel University | Agreement For Venue | St. Christopher's Healthcare, LLC |
| The Advisory Board Company | Membership Agreement | Philadelphia Academic Health System, LLC |
| The Communication Connection | Services Agreement | St. Christopher's Healthcare, LLC |
| The Communication Connection | Services Agreement | SCHC Pediatric Associates, L.L.C. |
| The Otis Elevator Company | Agreement For Elevator Repair & Maintenance | St. Christopher's Healthcare, LLC |
| The Phillie Phanatic | Phanatic Contract | St. Christopher's Healthcare, LLC |
| The Staywell Company, Llc | License Agreement | Philadelphia Academic Health System, LLC |
| Thomas Jefferson University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Thomas Jefferson University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Thomas Jefferson University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Thomas Jefferson University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Thomas Jefferson University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Thomas Jefferson University Hospital | Clinical Rotation Agreement (Neonatology) | St. Christopher's Healthcare, LLC |
| Total Package Express Inc. | Services Agreement | St. Christopher's Healthcare, LLC |
| TPS III of PA | Assignment of Lease | SCHC Pediatric Associates, L.L.C. |
| TPS III of PA | Timeshare Sublease | SCHC Pediatric Associates, L.L.C. |
| TPS IV of PA, LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| Tractmanager, Inc. | Agreement For Contract Mgt System | Philadelphia Academic Health System, LLC |
| U.S. Bank, N.A. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Upmc Benefit Management Services, Inc. | Agreement For Admin Of Absence & Leave For Employees | Philadelphia Academic Health System, LLC |
| Urban Village Brewing Company | Event Contract | St. Christopher's Healthcare, LLC |
| Us Regional Occupational Health II, Pc | Agreement For Employment Health Screenings | St. Christopher's Healthcare, LLC |
| Van Hong Nguyen | Services Agreement | St. Christopher's Healthcare, LLC |

Case 19-11466-MFW    Doc 1243-2    Filed 12/23/19    Page 7 of 7

Exhibit 1 - Rejected Contracts (18th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Vizient, Inc. | Sows Agreement | Philadelphia Academic Health System, LLC |
| Vizient, Inc. | Master Services Agreement | Philadelphia Academic Health System, LLC |
| Vizient, Inc. | Vizient Committed Program Participation Addendum | Philadelphia Academic Health System, LLC |
| Vizient, Inc. | Joinder Agreement - Mid-Atlantic Purchasing Coalition - Pharmacy | Philadelphia Academic Health System, LLC |
| Warren Technology, Inc. | Services Agreement | St. Christopher's Healthcare, LLC |
| Watts Restoration Co, Inc. | Agreement For Repair Of Stairtower | St. Christopher's Healthcare, LLC |
| Watts Restoration Co, Inc. | Agreement For Repairs To The Parking Garage | St. Christopher's Healthcare, LLC |
| Wayne Moving And Storage Company | Agreement For Relocation Svcs | St. Christopher's Healthcare, LLC |
| Webbcam LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| West Health Advocate Solutions, Inc. | Agreement For Health Advocate Svcs For Employees | Philadelphia Academic Health System, LLC |
| West Physics Consulting, LLC | Physics Service Agreement | St. Christopher's Healthcare, LLC |
| West Unified Communications Services, Inc. | Agreement For Conference Call Lines | Philadelphia Academic Health System, LLC |
| Western Pest Services | Pest Elimination Agreement | St. Christopher's Healthcare, LLC |
| Womencertified Inc. | License Agreement | St. Christopher's Healthcare, LLC |
| X-Change Dialysis, Inc. | Agreement For Purchase Of Dialysis Supplies | St. Christopher's Healthcare, LLC |
| Yard Truck Specialists, Inc. | Agreement For Rental Of A Truck | St. Christopher's Healthcare, LLC |