## **VERIFICATION**

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) SS: |
| COUNTY OF ESSEX | ) |

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies therewith.

Dated: November 27, 2019

*/s/ Andrew H. Sherman*
Andrew H. Sherman

105611838.v1