## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | |
| | Jointly Administered |
| Debtors. | |
| | **Objection Deadline: January 16, 2020 at 4:00 p.m.** |
| | **Hearing Date: January 23, 2020 at 10:00 a.m.** |

**COVER SHEET TO THE FIRST INTERIM FEE APPLICATION OF SAUL EWING ARNSTEIN & LEHR LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 30, 2019 THROUGH SEPTEMBER 30, 2019**

| | |
|---|---|
| Name of Applicant: | Saul Ewing Arnstein & Lehr LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | *Nunc pro tunc* to June 30, 2019 |
| Period for which compensation and reimbursement is sought: | June 30, 2019 through September 30, 2019 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,794,903.95 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $73,300.86 |
| Total amount of compensation paid as actual, reasonable and necessary for applicable period: | $1,435,923.16 |
| Total amount of expenses paid as actual, reasonable and necessary for applicable period: | $73,308.86 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| Total amount of unpaid fees and expenses sought for applicable period: | $358,980.79 |
|---|---|
| Amount of Attorney Compensation sought as actual, reasonable and necessary: | $1,750,706.45 |
| Blended Hourly Rate for Attorneys: | $496.09 |
| Blended Hourly Rate for All Professionals: | $482.28 |

This is an: ___ monthly     **X** interim     ___ final application.

Prior Applications:

| Date and Docket No. | Filing Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/ Expenses | CNO Date and Docket No. |
|---|---|---|---|---|---|---|---|
| 09/20/2019 D.I. 752 | 06/30/2019 through 07/31/2019 | $649,127.65 | $9,401.98 | $519,302.12 | $9,401.98 | $129,825.53 | 10/14/2019 D.I. 850 |
| 10/18/2019 D.I. 880 | 08/01/2019 through 08/31/2019 | $629,870.40 | $39,528.38 | $503,896.32 | $39,528.38 | $125,974.08 | 11/08/2019 D.I. 973 |
| 11/08/2019 D.I. 974 | 09/01/2019 through 09/30/2019 | $515,905.90 | $24,370.50 | $412,724.72 | $24,370.50 | $103,181.18 | 12/03/2019 D.I. 1084 |
| | **TOTAL** | **$1,794,903.95** | **$73,300.86** | **$1,435,923.16** | **$73,300.86** | **$358,980.79** | |

36351690.2 12/27/2019

**SUMMARY OF BILLING BY TIMEKEEPER**
**FOR FIRST INTERIM FEE APPLICATION**

**For the Period June 30, 2019 through September 30, 2019**

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position | Department | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Timothy J. Pastore | 1997 | Partner (2019) | Litigation | $750 | 3.30 | $2,475.00 |
| Mark Minuti | 1988 | Partner (1997) | Bankruptcy | $745 | 500.50 | $372,872.50 |
| Paul M. Heylman | 1978 | Partner (2006) | Business / Finance | $715 | 123.90 | $88,588.50 |
| John D. Demmy | 1986 | Partner (2018) | Bankruptcy | $695 | 58.20 | $40,449.00 |
| Michael S. Burg | 1974 | Partner (1989) | Real Estate | $660 | 3.70 | $2,442.00 |
| Jeffrey C. Hampton | 1990 | Partner (1999) | Bankruptcy | $650 | 647.20 | $420,680.00 |
| Adam H. Isenberg | 1990 | Partner (1999) | Bankruptcy | $650 | 590.10 | $383,565.00 |
| David A. Golin | 1981 | Partner (2017) | Bankruptcy | $650 | 17.10 | $11,115.00 |
| Stephen B. Ravin | 1979 | Partner (2012) | Bankruptcy | $645 | 0.20 | $129.00 |
| Dennis J. Brennan | 1998 | Partner (2009) | Business / Finance | $625 | 37.60 | $23,500.00 |
| David G. Shapiro | 1998 | Partner (2014) | Business / Finance | $625 | 0.20 | $125.00 |
| Sarah L. Church | 1984 | Partner (2013) | Business and Finance | $620 | 0.40 | $248.00 |
| Laurie A. Kamaiko | 1981 | Partner (2018) | Litigation | $625 | 0.70 | $437.50 |
| Richard T. Frazier | 1976 | Partner (1983) | Business / Finance | $575 | 0.20 | $115.00 |
| Joel C. Hopkins | 1978 | Partner (2008) | Business/ Finance | $560 | 14.60 | $8,176.00 |
| Monique B. DiSabatino | 2009 | Partner (2019) | Bankruptcy | $435 | 561.50 | $244,252.50 |
| Karilynn Bayus | | Former Partner | Business / Finance | $435 | 0.50 | $217.50 |
| Paul A. Kasicky | 1978 | Counsel (2013) | Business / Finance | $545 | 72.50 | $39,512.50 |
| Carolyn A. Pellegrini | 2009 | Associate (2010) | Litigation | $405 | 13.10 | $5,305.50 |
| Aaron S. Applebaum | 2008 | Associate (2015) | Bankruptcy | $395 | 578.70 | $228,586.50 |
| Patrick F. Nugent | 2012 | Associate (2012) | Litigation | $375 | 0.80 | $300.00 |
| Jeremiah Vandermark | 2013 | Associate (2018) | Bankruptcy | $335 | 75.40 | $25,259.00 |
| Brandon M. Savran | 2015 | Associate (2015) | Real Estate | $315 | 5.50 | $1,732.50 |
| Stephanie L. Denker | 2015 | Associate (2019) | Litigation | $315 | 1.30 | $409.50 |
| Melissa A. Martinez | 2016 | Associate (2016) | Bankruptcy | $295 | 195.20 | $57,584.00 |
| Christian Kaiser | 2016 | Associate (2018) | Business / Finance | $295 | 26.60 | $7,847.00 |
| Christina M. Carry | N/A | Paralegal | Business / Finance | $310 | 9.80 | $3,038.00 |

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position | Department | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Christine A. Murray | N/A | Paralegal | Litigation | $295 | 0.10 | $29.50 |
| Robyn E. Warren | N/A | Paraprofessional | Bankruptcy | $225 | 182.80 | $41,130.00 |
| **TOTAL** | | | | | **3721.7** | **$2,010,121.50** |
| **Less 50% Discount for Non-Working Travel** | | | | | | **($17,756.75)** |
| **Minus Agreed Upon Discount** | | | | | | **($197,460.80)** |
| **GRAND TOTAL** | | | | | **3721.70** | **$1,794,903.95** |

Attorney Compensation: $1,750,706.45

Total Attorney Hours: 3,529.00

Blended Hourly Rate for Attorneys: $496.09

Blended Hourly Rate for All Professionals: $482.28

36351690.2 12/27/2019

## COMPENSATION BY PROJECT CATEGORY

### For the Period from June 30, 2019 through September 30, 2019

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 964.30 | $533,620.00 |
| Business Operations | 369.90 | $208,624.00 |
| Case Administration | 216.40 | $85,399.00 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date | 36.40 | $15,656.00 |
| Committee Matters | 25.30 | $16,558.50 |
| Creditor Inquiries | 22.80 | $8,569.50 |
| DIP Financing and Cash Collateral | 461.60 | $260,415.50 |
| Employee Benefits and Pensions | 101.00 | $55,225.00 |
| Executory Contracts and Unexpired Leases | 343.10 | $147,315.50 |
| Fee/Employment Application (Saul Ewing) | 18.50 | $6,122.50 |
| Fee/Employment Applications (Other Professionals) | 69.00 | $27,079.50 |
| Fee/Employment Applications (Objections) | 0.50 | $279.50 |
| Labor Matters | 145.10 | $98,154.50 |
| Litigation: Contested Matters and Adversary Proceedings | 390.20 | $210,855.50 |
| Non-Working Travel | 51.40 | $35,513.50 |
| Preparation for and Attendance at Hearing | 395.60 | $255,417.00 |
| Relief from Stay and Adequate Protection | 35.80 | $14,481.50 |
| Statements and Schedules | 43.60 | $16,848.00 |
| UST Reports, Meetings and Issues | 26.90 | $12,116.50 |
| Utilities | 4.30 | $1,870.50 |
| **TOTAL** | **3721.70** | **$2,010,121.50** |
| **Minus Non-Working Travel** | | **($17,756.75)** |
| **Minus Agreed Upon Discount** | | **($197,460.80)** |
| **GRAND TOTAL** | **3721.70** | **$1,794,903.95** |

36351690.2 12/27/2019

**SUMMARY OF EXPENSES**
**FOR FIRST INTERIM FEE APPLICATION**

**For the Period June 30, 2019 through September 30, 2019**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (24,514 pages @ $.10 per page) | | $2,451.40 |
| Color Photocopying (9,470 pages @ $.10 per page) | | $947.00 |
| Cab / Car Service | *See attached chart* | $307.81 |
| Certificates of Good Standing | ATA Corporate Services LLC; Pennsylvania Department of State | $2,037.00 |
| Certified Corporate Documents | ATA Corporate Services LLC | $797.00 |
| Court Reporter Services | TSG Reports, Inc.; Reliable Copy Service | $8,572.60 |
| Docket Retrieval / Case Monitoring | Pacer Service Center; File & ServeXpress LLC | $135.70 |
| Filing Fees | United States District Court (pro hac motions); United States Bankruptcy Court (petitions; sale motion), City of Philadelphia (suggestion of bankruptcy), Pennsylvania Department of State (formation documents) | $25,036.08 |
| Hotel | *See attached chart* | $231.56 |
| Legal Research | Westlaw | $16,227.08 |
| Meals | *See attached chart* | $5,278.06 |
| Messenger Service | Parcels, Inc. | $466.50 |
| Mileage | *See attached chart* | $1,361.27 |
| Outside Reproduction | Exela Enterprise Solutions | $10.80 |
| Overnight Delivery | Federal Express | $416.40 |
| Parking | *See attached chart* | $964.50 |
| Postage | United States Post Office | $307.50 |
| Teleconferencing | CourtCall | $1,428.00 |
| Room Rental | Delaware State Bar Association (formation meeting) | $450.00 |
| Train | *See attached chart* | $530.00 |
| Transcripts | Reliable Copy Service | $5,344.60 |
| **TOTAL** | | **$73,300.86** |

| | | | | |
|---|---|---|---|---|
| **TRAVEL DETAIL** | | | | |
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 07/01/19 | Uber | (1) Jeffrey C. Hampton | Cab from office to home working after hours | $11.79 |
| 07/17/19 | Uber | (1) Jeffrey C. Hampton | Cab from Hahnemann to home after hours meeting with client | $14.13 |
| 07/23/19 | Yellow Cab | (1) Paul M. Heylman | Cab from Amtrak station to Philly office for client meeting | $8.31 |
| 07/23/19 | Uber | (1) Paul M. Heylman | Uber from Philly office to hotel for client meeting | $32.55 |
| 07/24/19 | Uber | (1) Paul M. Heylman | Uber from hotel to Philly office for client meeting | $39.31 |
| 07/24/19 | Uber | (1) Paul M. Heylman | Uber from Philly office to Amtrak station for client meeting | $13.35 |
| 08/06/19 | Yellow Cab | (1) Paul M. Heylman | Cab from Amtrak station to Hahnemann Hospital for client meeting | $9.56 |
| 08/07/19 | Lyft | (1) Aaron S. Applebaum | Lyft from Philly office to Springfield, PA (dinner meeting with Committee and SSG to review bids) | $34.80 |
| 08/08/19 | Uber | (1) Jeffrey C. Hampton | Uber from Philly office to home for working after hours in connection with auction | $39.59 |
| 08/12/19 | Lyft | (1) Melissa A. Martinez | Lyft from Philly office to New Jersey for working late at office regarding discovery/document production | $22.66 |
| 09/04/19 | Uber | (1) Melissa A. Martinez | Uber from Philly office to New Jersey for working late at office on cure objections | $29.96 |
| 09/20/19 | Uber | (1) Jeffrey C. Hampton | Uber from Philly office to home for working after hours in connection with Tenet dispute | $51.80 |
| 07/01/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Philadelphia office and back for working on first day motions | $11.60 |
| 07/02/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington, DE and back for first day hearing | $45.44 |
| 07/02/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for first day hearing | $56.38 |
| 07/11/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington, DE and back for DIP hearing | $45.44 |
| 07/12/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington, DE and back for DIP hearing | $45.44 |

| | | **TRAVEL DETAIL** | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 07/12/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for DIP hearing | $56.38 |
| 07/15/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington, DE and back for meetings regarding DIP meeting | $45.44 |
| 07/15/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for formation meeting | $56.38 |
| 07/19/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for bid procedures hearing | $56.38 |
| 07/23/19 | Paul M. Heylman | (1) Paul M. Heylman | (Mileage) Traveling from home to Amtrak station and back to travel to Philly for client meeting | $39.90 |
| 07/26/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for second day hearing | $56.38 |
| 08/06/19 | Paul M. Heylman | (1) Paul M. Heylman | (Mileage) Traveling from home to Amtrak station and back to travel to Philly for client meeting | $39.90 |
| 08/07/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for bid meeting | $38.56 |
| 08/08 - 09/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for resident program assets auction | $40.00 |
| 08/08/19 | Monique B. DiSabatino | (1) Monique B. DiSabatino | (Mileage) Traveling from Wilmington to Philadelphia and back for resident program assets auction | $37.86 |
| 08/13/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for deposition of Allen Wilen | $40.00 |
| 08/14/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for meeting with Tenet and MidCap | $40.00 |
| 08/16/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for deposition of J. Scott Victor | $40.00 |
| 8/19/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for DIP hearing | $45.44 |

36351690.2 12/27/2019

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 08/19/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for hearing | $56.38 |
| 08/20/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for continued hearing | $56.38 |
| 08/20/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for hearing | $45.44 |
| 08/21/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington; Wilmington to Philadelphia office; Philadelphia office to Elkins Park to attend continued hearing, then to Philadelphia to attend client meeting, DE and back for meetings regarding DIP meeting | $45.55 |
| 09/04/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for sale hearing | $45.44 |
| 09/05/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for continued sale hearing | $45.44 |
| 09/23/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for sale hearing | $45.44 |
| 09/15/19 | John D. Demmy | (1) John D. Demmy | (Mileage) Traveling from Bryn Mawr, PA to Philadelphia and back for depositions | $23.11 |
| 09/18/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for review of bids | $38.56 |
| 09/19/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for auction | $42.38 |
| 09/20/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for continued auction | $42.38 |
| 09/19/19 | Monique DiSabatino | (1) Monique DiSabatino | (Mileage) Traveling from Wilmington to Philadelphia and back for auction | $37.85 |
| 07/01/19 | Centre Square Parking | (1) Adam H. Isenberg | Parking in Philadelphia, PA working on first day motions | $41.00 |
| 07/02/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington, DE for first day hearing | $20.00 |
| 07/11/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington, DE for hearing | $20.00 |

| | | | TRAVEL DETAIL | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 07/12/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington, DE for DIP hearing | $20.00 |
| 07/12/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for DIP hearing | $20.00 |
| 07/15/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for formation meeting | $20.00 |
| 07/15/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington, DE for hearing | $20.00 |
| 07/16/19 | Philadelphia Family Court Garage | (1) Aaron S. Applebaum | Parking in Philadelphia, PA to travel to West Chester to deliver signature pages for DIP financing | $28.00 |
| 07/19/19 | Colonial Parking Authority | (1) Aaron S. Applebaum | Parking in Wilmington, DE for hearing | $12.00 |
| 07/19/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for bid procedures hearing | $20.00 |
| 07/23/19 | MARC | (1) Paul M. Heylman | Parking in Baltimore, MD to attend client meeting in Philly | $18.00 |
| 08/06/19 | MARC | (1) Paul M. Heylman | Parking in Baltimore, MD to attend client meeting in Philly | $9.00 |
| 08/07/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for bid meeting | $35.00 |
| 08/08 - 09/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for resident program auction | $41.00 |
| 08/08/19 | Flash Parking | (1) Aaron S. Applebaum | Parking in Philadelphia for resident program auction | $41.00 |
| 08/08/19 | Flash Parking | (1) Adam H. Isenberg | Parking in Philadelphia for resident program auction | $41.00 |
| 08/08/19 | Flash Parking | (1) Monique B. DiSabatino | Parking in Philadelphia for resident program auction | $41.00 |
| 08/13/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for deposition of Allen Wilen | $35.00 |
| 08/14/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for meeting with Tenet and MidCap | $25.00 |
| 08/16/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for deposition of J. Scott Victor | $35.00 |
| 08/19/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for DIP hearing | $20.00 |
| 08/19/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 08/20/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for continued hearing | $20.00 |
| 08/20/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for hearing | $20.00 |
| 08/21/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for continued DIP hearing | $20.00 |

| | | | TRAVEL DETAIL | | |
|---|---|---|---|---|---|

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 08/26/19 | Flash Parking | (1) Adam H. Isenberg | Parking in Philadelphia to attend client meeting | $35.00 |
| 09/04/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for sale hearing | $20.00 |
| 09/05/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for continued sale hearing | $20.00 |
| 09/04/19 | Colonial Parking Authority | (1) Aaron S. Applebaum | Parking in Wilmington for hearing | $12.00 |
| 09/05/19 | Colonial Parking Authority | (1) Aaron S. Applebaum | Parking in Wilmington for continued hearing | $12.00 |
| 09/15/19 | Flash Parking | (1) John D. Demmy | Parking in Philadelphia for deposition | $25.00 |
| 09/19/19 | Flash Parking | (1) Aaron S. Applebaum | Parking in Philadelphia for auction | $20.50 |
| 09/18/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for review of bids | $41.00 |
| 09/19/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for auction | $35.00 |
| 09/20/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for auction | $20.00 |
| 09/19/19 | Flash Parking | (1) Adam H. Isenberg | Parking in Philadelphia for meeting with auction | $41.00 |
| 09/20/19 | Flash Parking | (1) Monique DiSabatino | Parking in Philadelphia for auction | $41.00 |
| 07/23/19 | Amtrak | (1) Paul M. Heylman | Train from Maryland to Philly for client meeting | $176.00 |
| 07/24/19 | Amtrak | (1) Paul M. Heylman | Train from Philly to Maryland after client meeting | $180.00 |
| 07/31/19 | Amtrak | (1) Paul M. Heylman | Train from BWI to Philly for client meeting | $121.00 |
| 07/31/19 | Amtrak | (1) Paul M. Heylman | Train from Philly to BWI after client meeting | $53.00 |
| 07/23/19 | Sheraton | (1) Paul M. Heylman | Hotel for client meetings in Philadelphia | $231.56 |
| **TOTAL** | | | | **$3395.14** |

| | | **MEALS DETAIL** | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 07/02/19 | Urban Cafe | (10) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Monique DiSabatino, Mark Minuti, Domenic Pacitti, Paul Deutch, Svetlana Attestatova, John Dinome | Breakfast preparing for first day hearing | $85.00 |
| 07/02/19 | Urban Cafe | (9) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Monique DiSabatino, Mark Minuti, Paul Deutch, Svetlana Attestatova, John Dinome | Lunch preparing for DIP hearing | $126.00 |
| 07/11/19 | Urban Cafe | (11) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Domenic Pacitti, Paul Deutch, Svetlana Attestatova, John Dinome | Breakfast preparing for DIP hearing | $68.00 |
| 07/11/19 | Urban Cafe | (11) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Domenic Pacitti, Paul Deutch, Svetlana Attestatova, John Dinome | Lunch preparing for DIP hearing | $157.50 |
| 07/12/19 | Urban Cafe | (14) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Paul Deutch, Svetlana Attestatova, John Dinome; Debbie Reperowitz; Aaron Arnold; Lisa Lenderman; Joe Catuzzi | Lunch preparing for second day DIP hearing | $187.35 |
| 07/13/19 | Chipotle | (1) Christian Kaiser | Saturday working on closing documents | $8.75 |
| 07/24/19 | Cobblestones | (1) Paul M. Heylman | Dinner at hotel for client meeting | $14.83 |
| 07/26/19 | Urban Cafe | (5) Allen Wilen, Mark Minuti, Monique DiSabatino, Jeffrey Hampton, Scott Victor | Breakfast preparing for St. Christopher's bid procedures hearing | $45.00 |

**MEALS DETAIL**

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 08/07/19 | Mandarin Place | (11) Aaron Applebaum, Jeffrey Hampton, Mark Minuti, J. Scott Victor, Craig Warsnak, Alexander Lamm, Andrew Sherman, Boris Mankovetskiy, Allen Wilen, John Dinome, Albert Mezzaroba | Dinner for meeting with Committee and SSG to review bids | $168.33 |
| 08/08/19 | Pagano's Market | (7) Adam Isenberg, Jeffrey Hampton, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Allen Wilen, J. Scott Victor | Preauction breakfast | $111.52 |
| 08/08/19 | Pagano's Market | Approximately 65 people attended | Lunch during auction | $1,133.20 |
| 08/08/19 | The American Pub | Approximately 65 people attended | Vegetarian lunch during auction | $69.93 |
| 08/08/19 | Pagano's Market | Approximately 50 people | Diner during auction | $1,139.56 |
| 08/13/19 | Au Bon Pain | (2) Allen Wilen, Mark Minuti | Debriefing lunch after deposition of Allen Wilen | $22.43 |
| 08/14/19 | The American Pub | (15) Jeffrey Hampton, Mark Minuti, Adam Isenberg, Allen Wilen, Greg Pesce, Laura Davis Jones, Representatives of Tenet/Conifer, Jackie Roe, John Dinome, Miriam Hogan, Andrew Sherman, Boris Mankovetskiy | Settlement meeting with Tenet/Conifer | $488.64 |
| 08/15/19 | Corner Bakery | (9) John Demmy, Allen Wilen, Nicholas Wasdin, Thomas Horan, Dallas Taylor, Travis Cuomo, Joseph Catuzzi, Michael Maloney, Court Reporter | Breakfast for M. Maloney deposition | $141.62 |
| 08/16/19 | Centre Square Newsstand | (1) J. Scott Victor | Breakfast prior to J. Scott Victor deposition | $9.72 |
| 08/19/19 | Urban Cafe | N/A | Breakfast for 8/9/19 hearing that was canceled too late the night before to cancel | $75.00 |
| 08/19/19 | Urban Cafe | (7) Jeffrey Hampton, Adam Isenberg, John Demmy, Allen Wilen, Mark Minuti, Scott Victor, Monique DiSabatino | Breakfast preparing for DIP hearing | $65.00 |
| 08/20/19 | Urban Cafe | (8) Jeffrey Hampton, Adam Isenberg, Mark Minuti, John Demmy, Monique DiSabatino, Allen Wilen, Scott Victor, Jacqueline Roe | Breakfast preparing for continued DIP hearing and Tenet motion | $65.00 |

| | | MEALS DETAIL | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 08/21/19 | Pagano's Market | (10) Adam Isenberg, Aaron Applebaum, Mark Minuti, Allen Wilen, Andrew Sherman, Boris Mankovetskiy, Robert Lapowsky, Representatives from CMS | Lunch meeting negotiating St. Christopher's sale | $285.40 |
| 08/27/19 | Marathon Grill | (8) Jeffrey Hampton, Allen Wilen, Adam Isenberg, Jackie Roe, John Dinome, Dion Oglesby, Linda Ramsey, Joel Hopkins | Lunch during PAHS insurance meeting | $165.43 |
| 09/04/19 | Urban Café | (12) Jeffrey Hampton, Adam Isenberg, Mark Minuti, Aaron Applebaum, Monique DiSabatino, Allen Wilen, John Dinome, Linda Donohue, Miriam Hogan, Jackie Roe, Samantha Gross, Scott Victor | Breakfast preparing for sale hearing | $97.50 |
| 09/04/19 | Brew Ha Ha | ((12) Jeffrey Hampton, Adam Isenberg, Mark Minuti, Aaron Applebaum, Monique DiSabatino, Allen Wilen, John Dinome, Linda Donohue, Miriam Hogan, Jackie Roe, Samantha Gross, Scott Victor | Lunch preparing for sale hearing | $95.80 |
| 09/05/19 | Urban Café | (8) Adam Isenberg, Jeffrey Hampton, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Allen Wilen, John Dinome, J. Scott Victor | Breakfast preparing for continued hearing | $78.00 |
| 09/05/19 | Washington Street Ale House | (8) Jeffrey Hampton, Adam Isenberg, Robyn Warren, Mark Minuti, Aaron Applebaum, Linda McDonough, Scott Victor, Allen Wilen | Dinner working sale and Tenet matter | $134.40 |
| 09/13/19 | Urban Café | (7) Jeffrey Hampton, Mark Minuti, Monique DiSabatino, Allen Wilen, Dion Oglesby, Miriam Hogan, Jackie Roe | Breakfast preparing for hearing on Tenet matter | $65.00 |
| 09/23/19 | Brew Ha Ha | (12) Jeffrey Hampton, Adam Isenberg, J. Scott Victor, Aaron Applebaum, Monique DiSabatino, Allen Wilen, Mark Minuti, Robyn Warren, Linda Donough, Gary Klausner, Jacqueline Roe, Ron Dreskin | Lunch preparing for sale hearing | $174.15 |
| | | **TOTAL** | | **$5,278.06** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Case No. 19-11466 (KG) |
| *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Deadline: January 16, 2020 at 4:00 p.m.** |
| | ) **Hearing Date: January 23, 2020 at 10:00 a.m.** |
| | ) |

**FIRST INTERIM FEE APPLICATION OF SAUL EWING ARNSTEIN & LEHR LLP,**
**COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 30, 2019**
**THROUGH SEPTEMBER 30, 2019**

Saul Ewing Arnstein & Lehr LLP ("**Saul Ewing**" or "**Applicant**"), counsel to the

debtors and debtors-in-possession (the "**Debtors**"), hereby submits its first interim fee

application (the "**First Interim Fee Application**") for allowance of compensation for

professional services rendered and reimbursement of actual and necessary expenses incurred for

the period June 30, 2019 through September 30, 2019 (the "**Application Period**").

## <u>INTRODUCTION</u>

1.     On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the

Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the

"**Chapter 11 Cases**").  The Debtors are operating their businesses and managing their properties

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases.

2.       On July 15, 2019, the Office of the United States Trustee (the "**UST**") appointed the Official Committee of Unsecured Creditors of Center City Healthcare d/b/a Hahnemann University Hospital, *et al*. pursuant to section 1102 of the Bankruptcy Code.

3.       On August 2, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "**Interim Compensation Order**"), which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in the Chapter 11 Cases.  Pursuant to the Interim Compensation Order, the Court established a procedure for interim compensation and reimbursement of disbursements for professionals appointed in this case.  In particular, the Court authorized the filing and service to certain notice parties of monthly interim fee applications by professionals appointed in this case and payment by the Debtors of 80% of fees and 100% of expenses, in the absence of an objection made within twenty (20) days of service of the pertinent application.

## RETENTION OF SAUL EWING

4.       On August 8, 2019, this Court entered the *Order Authorizing the Employment and Retention of Saul Ewing Arnstein & Lehr LLP as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* [D.I. 404].

## PROFESSIONAL SERVICES RENDERED

5.       Pursuant to the Interim Compensation Order, Saul Ewing submits this First Interim Fee Application, seeking interim approval and allowance of compensation in the amount

of $1,794,903.95, and actual and necessary expenses in the amount of $73,300.86, incurred during the interim period from June 30, 2019 through September 30, 2019.

## **ADDITIONAL DISCLOSURES AND REPRESENTATIONS**

6.      Saul Ewing's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys.  In addition, Saul Ewing's hourly rates for bankruptcy services are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.  Saul Ewing's blended hourly rates for attorneys and paraprofessionals for all sections of the firm, excluding the Bankruptcy and Restructuring section, for the prior calendar year were as set forth on the attached **Exhibit A**.

7.      Saul Ewing's budgets and staffing plans for the Application Period are set forth on the attached **Exhibit B**.

8.      To the best of Saul Ewing's knowledge, this First Interim Fee Application complies with sections 330 and 331 of the Bankruptcy Code, Del. Bankr. L.R. 2016-2, the Interim Compensation Order, and the UST's *Guidelines for Reviewing Applications for Compensation. and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "**Revised UST Guidelines**").

9.      During the Application Period, Saul Ewing did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement.

10.      None of the professionals included in this First Interim Fee Application varied their hourly rate based on the geographical location of the bankruptcy case.

36351690.2 12/27/2019

11.     This First Interim Fee Application does not include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices.

12.     This First Interim Fee Application does not include time or fees for reviewing time records to redact any privileged or other confidential information.

13.     In accordance with Section 504 of the Bankruptcy Code and Fed. R. Bankr. P. 2016(a), no agreement or understanding exists between Saul Ewing and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this case.

14.     No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by Saul Ewing.

15.     Notice of this First Interim Fee Application has been provided in accordance with the Interim Compensation Order.  Saul Ewing submits that no other or further notice need be provided.

16.     Saul Ewing reserves all rights and claims.  Without limiting the generality of the foregoing, Saul Ewing reserves its right to submit future monthly fee applications, interim fee applications, and final fee applications, including, without limitation, fee applications seeking final allowance of all amounts sought to be paid or reimbursed herein and in respect of any amounts held back pursuant to the Interim Compensation Order or otherwise.

**WHEREFORE**, Saul Ewing respectfully requests that the Court enter an Order (i) granting the First Interim Fee Application and authorizing interim allowance of compensation in the amount of $1,794,903.95 for professional services rendered on behalf of the Debtors and reimbursement for actual and necessary expenses in the amount of $73,300.86; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: December 27, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Monique B. DiSabatino*
      Mark Minuti (DE Bar No. 2659)
      Monique B. DiSabatino (DE Bar No. 6027)
      1201 N. Market Street, Suite 2300
      P.O. Box 1266
      Wilmington, DE  19899
      Telephone: (302) 421-6800
      Fax: (302) 421-5873
      mark.minuti@saul.com
      monique.disabatino@saul.com

             -and-

      Jeffrey C. Hampton
      Adam H. Isenberg
      Centre Square West
      1500 Market Street, 38th Floor
      Philadelphia, PA 19102
      Telephone: (215) 972-7777
      Fax: (215) 972-7725
      jeffrey.hampton@saul.com
      adam.isenberg@saul.com

      *Counsel for Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |  |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | Case No. 19-11466 (KG) |
| *et al.*,[1] | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

## <u>CERTIFICATION OF MONIQUE B. DISABATINO</u>

I, Monique B. DiSabatino, declare under the penalties of perjury that:

1.      I am a Partner in the firm of Saul Ewing Arnstein & Lehr LLP ("**Saul Ewing**"),

which serves as counsel to the debtors and debtors-in-possession (the "**Debtors**").

2.      I am familiar with the work performed by Saul Ewing on behalf of the Debtors.

3.      I have read the foregoing First Interim Fee Application of Saul Ewing and the facts

set forth therein are true and correct, to the best of my knowledge, information and belief.

4.      I hereby certify that the Application complies with the Interim Compensation Order

and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and Del. Bankr. L.R.

2016-2,.   I hereby certify that, in accordance with the Interim Compensation Order and in

connection with the Application, Saul Ewing made a reasonable effort to comply with the Revised

UST Guidelines.

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

5.    Pursuant to the Appendix B in the Revised UST Guidelines, Saul Ewing responds

to the following questions regarding the Application:

| Question | Response | Explanation |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain. | No | |
| If the fees sought in this fee application as compared to the fees budgeted for this time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | N/A | |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? | No | |
| If the fee application includes any rate increases since retention:<br><br>i.  Did your client review and approve those rate increases in advance?<br><br>ii.  Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA formal Ethics Opinion 11-458? | No | |

*/s/ Monique B. DiSabatino*
MONIQUE B. DISABATINO