# EXHIBIT A

## SUMMARY OF BLENDED RATE

36351690.2 12/27/2019

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed (2018) *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
|---|---|---|---|
| Senior Partners | 15 | $551.00 | $678/20 |
| Junior Partners | 2 | $434.00 | $435.00 |
| Special Counsel | 1 | $466.00 | $545.00 |
| Senior Associates | 3 | $336.00 | $395.19 |
| Junior Associates | 5 | $279.00 | $305.37 |
| Paralegal | 2 | $233.00 | $309.85 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $193.00 | $225.00 |
| **Aggregated:** | | **$437.00** | **$482.28** |