# EXHIBIT B

**Budget and Staffing Plan**

36351690.2 12/27/2019

*In re Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, et al.*
Case No. 19-11466 (KG)
**Saul Ewing Arnstein & Lehr LLP | July 2019**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $- |
| 2 | Expenses | N/A | $10,000 |
| 3 | Asset Sale Disposition | 270 | $125,000 |
| 4 | Business Operations | 162 | $75,000 |
| 5 | Case Administration | 120 | $55,613 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 11 | $5,000 |
| 7 | Committee Matters | 30 | $15,000 |
| 8 | Creditor Inquiries | 15 | $7,000 |
| 9 | Employee Benefits and Pensions | 54 | $25,000 |
| 10 | Executory Contracts and Unexpired Leases | 65 | $30,000 |
| 11 | Fee/Employee Applications – SEAL | 6 | $3,000 |
| 12 | Fee/Employment Applications (Other Professionals) | 30 | $15,000 |
| 13 | Fee/Employment Applications (Objections) | 0 | $- |
| 14 | DIP Financing and Cash Collateral | 345 | $160,000 |
| 15 | Labor Matters | 108 | $50,000 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 32 | $15,000 |
| 17 | Non-Working Travel | 22 | $10,000 |
| 18 | Plan and Disclosure Statement | 0 | $- |
| 19 | Preparation for and Attendance at Hearings | 162 | $75,000 |
| 20 | Relief from Stay and Adequate Protection | 15 | $7,000 |
| 21 | Statements and Schedules | 13 | $6,000 |
| 22 | UST Reports, Meetings and Issues | 15 | $7,000 |
| 23 | Utilities | 9 | $4,000 |
| 24 | Post Confirmation | 0 | $- |
| | Total: | 1,483 | $697,419 |

*In re Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, et al.*
Case No. 19-11466 (KG)
**Saul Ewing Arnstein & Lehr LLP | July 2019**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 7 | $385 per hour to $975 per hour |
| Counsel | 1 | $375 per hour to $850 per hour |
| Associate | 6 | $250 per hour to $435 per hour |
| Paralegal | 2 | $60 per hour to $360 per hour |

2

*In re Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, et al.*
Case No. 19-11466 (KG)
**Saul Ewing Arnstein & Lehr LLP | August 2019**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0 |
| 2 | Expenses | N/A | $10,000 |
| 3 | Asset Sale Disposition | 300 | $139,031 |
| 4 | Business Operations | 170 | $78,784 |
| 5 | Case Administration | 80 | $37,075 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 15 | $6,952 |
| 7 | Committee Matters | 35 | $16,220 |
| 8 | Creditor Inquiries | 15 | $6,952 |
| 9 | Employee Benefits and Pensions | 50 | $23,172 |
| 10 | Executory Contracts and Unexpired Leases | 100 | $46,344 |
| 11 | Fee/Employee Applications – SEAL | 6 | $2,781 |
| 12 | Fee/Employment Applications (Other Professionals) | 10 | $4,634 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,317 |
| 14 | DIP Financing and Cash Collateral | 100 | $46,344 |
| 15 | Labor Matters | 70 | $32,441 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 75 | $34,758 |
| 17 | Non-Working Travel | 25 | $11,586 |
| 18 | Plan and Disclosure Statement | 0 | $0 |
| 19 | Preparation for and Attendance at Hearings | 100 | $46,344 |
| 20 | Relief from Stay and Adequate Protection | 15 | $6,952 |
| 21 | Statements and Schedules | 100 | $46,344 |
| 22 | UST Reports, Meetings and Issues | 15 | $6,952 |
| 23 | Utilities | 3 | $1,390 |
| 24 | Post Confirmation | 0 | $0 |
| | Total: | 1,289 | $607,371 |

*In re Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, et al.*
Case No. 19-11466 (KG)
**Saul Ewing Arnstein & Lehr LLP | August 2019**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 9 | $385 per hour to $975 per hour |
| Counsel | 1 | $375 per hour to $850 per hour |
| Associate | 4 | $250 per hour to $435 per hour |
| Paralegal | 1 | $60 per hour to $360 per hour |

*In re Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, et al.*
Case No. 19-11466 (KG)
**Saul Ewing Arnstein & Lehr LLP | September 2019**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $- |
| 2 | Expenses | N/A | $10,000 |
| 3 | Asset Sale Disposition | 400 | $185,375 |
| 4 | Business Operations | 170 | $78,784 |
| 5 | Case Administration | 80 | $37,075 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 25 | $11,586 |
| 7 | Committee Matters | 20 | $9,269 |
| 8 | Creditor Inquiries | 10 | $4,634 |
| 9 | Employee Benefits and Pensions | 15 | $6,952 |
| 10 | Executory Contracts and Unexpired Leases | 100 | $46,344 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,634 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,317 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,317 |
| 14 | DIP Financing and Cash Collateral | 60 | $27,806 |
| 15 | Labor Matters | 40 | $18,538 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 75 | $34,758 |
| 17 | Non-Working Travel | 25 | $11,586 |
| 18 | Plan and Disclosure Statement | 0 | $- |
| 19 | Preparation for and Attendance at Hearings | 100 | $46,344 |
| 20 | Relief from Stay and Adequate Protection | 15 | $6,952 |
| 21 | Statements and Schedules | 5 | $2,317 |
| 22 | UST Reports, Meetings and Issues | 15 | $6,952 |
| 23 | Utilities | 3 | $1,390 |
| 24 | Post Confirmation | 0 | $- |
|   | **Total:** | **1,178** | **$555,929** |

35928953.2 12/27/2019

*In re Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, et al.*
Case No. 19-11466 (KG)
**Saul Ewing Arnstein & Lehr LLP | September 2019**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 9 | $385 per hour to $975 per hour |
| Counsel | 1 | $375 per hour to $850 per hour |
| Associate | 3 | $250 per hour to $435 per hour |
| Paralegal | 1 | $60 per hour to $360 per hour |