# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 1222** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 23rd of December, 2019, she caused a copy of the following document to be served upon the parties on the attached list in the manner indicated:

*Notice of Withdrawal* **[Docket No. 1222]**

_____
Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 27th day of December, 2019.

_____
Notary Public

*(Notary seal: LESLEY A. MORRIS, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES DECEMBER 7, 2020)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 22636085v.1

## SERVICE LIST

Via Hand Delivery
Benjamin A. Hackman
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Via Hand Delivery
Mark Minuti
Monique B. DiSabatino
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

Via First Class Mail
Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
SAUL EWING ARNSTEIN & LEHR LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Via Hand Delivery
Laura Davis Jones
Timothy P. Cairns
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Via First Class Mail
Stephen C. Hackney, P.C.
Gregory F. Pesce
Nicholas F. Wasdin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Via First Class Mail
Nicole L. Greenblatt, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

RLF1 22636085v.1