## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on December 23, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Sixteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1241]**

Dated: December 26, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 26th day of December, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

SCOTT M. EWING
Notary Public - California
Los Angeles County
Commission # 2155599
My Comm. Expires Jun 3, 2020

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

Center City Healthcare, LLC, et al. - Service List to e-mail Recipients

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
 MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP

MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN

JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC.

DLEIGH@RQN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY

USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

O'MELVENY & MYERS, LLP
DANIEL S. SHAMAH
DSHAMAH@OMM.COM

O'MELVENY & MYERS, LLP
DIANA M. PEREZ
DPEREZ@OMM.COM

O'MELVENY & MYERS, LLP
SUZZANNE UHLAND
SUHLAND@OMM.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                    Served 12/23/2019

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE

MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

Parties Served:  113

# **EXHIBIT B**

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

DREXEL MEDICINE ADULT CYSTIC FIBROSIS CENTER
219 N. BROAD STREET
PHILADELPHIA, PA 19102

DREXEL UNI
ATTN: ANTHONY M. ESPOSITO, JR
AS SUCCESSOR BY MERGER TO PHILADELPHIA HL
RE: (TENANT)
15TH AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNI
ATTN: ANTHONY M. ESPOSITO, JR
DREXEL UNIVERSITY COLLEGE OF MEDICINE
15TH AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNI
ATTN: ANTHONY M. ESPOSITO, JR
RE: (SUBTENANT)
DREXEL UNIVERSITY COLLEGE OF MEDICINE
15TH AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNI
C/O HARRISON ST REAL ESTATE LLC
RE: (SUBTENANT)
RE: PAHH NEW COLLEGE MOB LLC (MASTER LAND
444 W LAKE ST, STE 2100
CHICAGO, IL 60606

DREXEL UNI
C/O HARRISON ST REAL ESTATE LLC
RE: PAHH NEW COLLEGE MOB LLC
444 W LAKE ST, STE 2100
CHICAGO, IL 60606

DREXEL UNI (SUBTENANT)
ATTN: ANTHONY M ESPOSITO JR, FOR SUBTENANT
PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)
DREXEL UNIVERSITY SCHOOL OF MEDICINE
15TH AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNI (SUBTENANT)
ATTN: ANTHONY M. ESPOSITO, JR
DREXEL UNIVERSITY COLLEGE OF MEDICINE
15TH AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNI (SUBTENANT)
C/O CAPITAL ONE, NA
PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)
ATTENTION: DIANA PENNINGTON, SNR DIR, ASSOC GE
5804 TRAILRIDGE DR
AUSTIN, TX 78731

DREXEL UNI (SUBTENANT)
C/O HARRISON ST REAL ESTATE LLC
PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)
(FOR MASTER LANDLORD)
444 W LAKE ST, STE 2100
CHICAGO, IL 60606

DREXEL UNI (SUBTENANT)
C/O HARRISON ST REAL ESTATE LLC
PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)
RE: (FOR MASTER LANDLORD)
444 W LAKE ST, STE 2100
CHICAGO, IL 60606

DREXEL UNI (SUBTENANT)
C/O HARRISON ST REAL ESTATE LLC
PAHH NEW COLLEGE MOB LLC (MASTER LANDLORD)
(FOR MASTER LANDLORD)
444 W LAKE ST, STE 2100
CHICAGO, IL 60606

DREXEL UNI (SUBTENANT)
PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)
C/O CAPITAL ONE, NA
ATTN: DAN REILLY, SENIOR DIR
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI (SUBTENANT)
PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)
C/O CAPITAL ONE, NA
ATTN: JEFFREY M. MUCHMORE, CREDIT EXECUTIV
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI (SUBTENANT)
PAHH NEW COLLEGE MOB LLC (MASTER LANDLORD)
C/O CAPITAL ONE, NA
ATTN: DAN REILLY, SNR DIR
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI (SUBTENANT)
PAHH NEW COLLEGE MOB LLC (MASTER LANDLORD)
C/O CAPITAL ONE, NA
ATTN: DIANA PENNINGTON, SNR DIR, ASSOC GEN COU
5804 TRAILRIDGE DR
AUSTIN, TX 78731

DREXEL UNI (SUBTENANT)
PAHH NEW COLLEGE MOB LLC (MASTER LANDLOR
C/O CAPITAL ONE, NA
ATTN: JEFFREY M MUCHMORE, CR EXEC
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI (SUBTENANT)
PAHH NEW COLLEGE MOB LLC (MASTER LANDLORD)
C/O DREXEL UNIVERSITY SCHOOL OF MEDICINE
ATTN: ANTHONY M ESPOSITO JR, FOR SUBTENANT
15TH AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNI AS SUCCESSOR BY MERGER TO PA HEAL
ATTN: ANTHONY M ESPOSITO JR, ASSOC DEAN FIN AF
15TH AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNI AS SUCCESSOR BY MERGER TO PA H
ATTN: ANTHONY M ESPOSITO JR, ASSOC DEAN FIN
DREXEL UNI, DREXEL COLLEGE OF MEDICINE
245 N 15TH ST, STE 19F
PHILADELPHIA, PA 19102

DREXEL UNI AS SUCCESSOR BY MERGER TO PA HEAL
ATTN: ANTHONY M ESPOSITO JR, ASSOC DEAN FIN AF
DREXEL UNIVERSITY, COLLEGE OF MEDICINE
245 N 15TH ST, STE 19F
PHILADELPHIA, PA 19102

DREXEL UNI AS SUCCESSOR BY MERGER TO PA HEAL
C/O DLA PIPER LLP (US)
ATTN: DAVID SICKLE, FOR LANDLORD
444 W LAKE ST, STE 900
CHICAGO, IL 60606

DREXEL UNI AS SUCCESSOR BY MERGER TO PHIL
ANTHONY M. ESPOSITO JR, FOR TENANT
ASSOC DEAN, FIN AFFAIRS
DREXEL COLLEGE OF MED, DREXEL UNI
245 N 15TH ST, 19F
PHILADELPHIA, PA 19102

DREXEL UNI, PAHH FEINSTEIN MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: DAN REILLY, SNR DIR
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH FEINSTEIN MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: DAN REILLY, SNR DIR
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH FEINSTEIN MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: JEFFREY M MUCHMORE, CR EXEC
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH FEINSTEIN MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: JEFFREY M MUCHMORE, CR EXEC
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH FEINSTEIN MOB LLC
C/O CAPITAL ONE, NA
ATTN: DIANA PENNINGTON, SNR DIR, ASSOC GEN CNS
RE: HSRE PHL PORTFOLIO
5804 TRAILRIDGE DR
AUSTIN, TX 78731

DREXEL UNI, PAHH FEINSTEIN MOB LLC
C/O CAPITAL ONE, NA
ATTN: DIANA PENNINGTON, SNR DIR, ASSOC GEN (
RE: HSRE PHL PORTFOLIO
5804 TRAILRIDGE DR
AUSTIN, TX 78731

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: DAN REILLY, SNR DIR
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: DAN REILLY, SNR DIR
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: JEFFREY M. MUCHMORE, CR EXEC
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: JEFFREY M. MUCHMORE, CR EXEC
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTN: DIANA PENNINGTON, SNR DIR, ASSOC GEN CNS
RE: HSRE PHL PORTFOLIO
5804 TRAILRIDGE DR
AUSTIN, TX 78731

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTN: DIANA PENNINGTON, SNR DIR, ASSOC GEN (
RE: HSRE PHL PORTFOLIO
5804 TRAILRIDGE DR
AUSTIN, TX 78731

DREXEL UNIV
C/O RESIDENTIAL LIVING
ATTN: EXEC DIR
101 N 34TH ST
PHILADELPHIA, PA 19104

DREXEL UNIV COLL OF MED
INSTITUTE FOR WOMENS HEALTH &
LEADERSHIP THE GATEHOUSE
3300 HENRY AVE
PHILADELPHIA, PA 19129-1191

DREXEL UNIV COLLEGE OF MED
DEPT OF COMMUNICATIONS
245 N 15TH ST MS 484
PHILADELPHIA, PA 19102

DREXEL UNIV COLLEGE OF MEDICINE
COMMUNITY & PREVENTIVE MEDICINE
2900 QUEEN LN
PHILADELPHIA, PA 19129-1096

DREXEL UNIV TOY DRIVE
PRESIDENTS OFF/TOY DR FUND
3141 CHESTNUT ST
PHILADELPHIA, PA 19104-2875

DREXEL UNIV TRANSPLANT
C/O ANNE MARIE FERRO
216 N BROAD ST, 5TH FL FEINSTEIN
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: DEAN OF THE SCHOOL OF MED
PHILADELPHIA HEALTH & EDUCATION CORP
245 N 15TH ST
MS 400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
DORNSIFE SCHOOL OF PUBLIC HEALTH
HEALING HURT PEOPLE PROGRAM
3215 MARKET STREET
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY COLLEGE OF MED
245 N 15TH ST MS 400
PHILADELPHIA, PA 19102-1192

DREXEL UNIVERSITY COLLEGE OF MEDI
ANN PRESTON HALL RM, STE 367
3300 HENRY AVE
PHILADELPHIA, PA 19129

DREXEL UNIVERSITY COLLEGE OF MEDI
FACULTY GROUP PRACTICE
P.O. BOX 95000-1030
PHILADELPHIA, PA 19195-1030

DREXEL UNIVERSITY COLLEGE OF MEDI
KEN LAMBERT RADIATION SAF OFF
2105 NEW COLLEGE BLDG MS 444
245 N 15TH ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
245 N 15TH ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: ANTHONY ESPOSITO
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: ANTHONY ESPOSITO
245 N BROAD ST, MS 400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIR
245 N 15TH ST, MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: CHERYL HANAU, M.D.
245 N BROAD ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: CHERYL HANAU, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: DANIEL GUILFOIL, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: DEAN
245 N 15TH ST, MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: DEAN AND PRESIDENT
245 N 15TH ST, MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: DU WEI, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: ELIZABETH GANCHER, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: ELIZABETH RENZA-STINGONE, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: JENNIFER MICHAELS, STRAT SOURCING SPEC
3201 ARCH ST, STE 400
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: KARTHIK RAMAKRISHNA, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: MICHAEL SHERMAN, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: OFFICE OF THE GENERAL COUNSEL
RE: BARIATRIC SURGERY CLINIC SVCS AGREEMENT
245 N 15TH ST, MAIL STOP 627
PHILADELPHIA, PA 19102-1192

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: PAT BUCK
1505 RACE ST, 13F MS 627
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: PROCUREMENT SERVICES
3201 ARCH ST, STE 400
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: SHARA EPSTEIN, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: SHARON GRISWOLD-THEODORSON, MD
245 N BROAD ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: VP FINANCE
3201 ARCH ST, STE 100
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

DREXEL UNIVERSITY COLLEGE OF MEDICINE
OFFICE OF THE GENERAL COUNSEL
RE: BARIATRIC SURGERY CLINIC SVCS AGREEMENT
245 N 15TH ST
MS 627
PHILADELPHIA, PA 19102-1192

DREXEL UNIVERSITY COLLEGE OF MEDICINE
RE: PCCP - HIV TESTING
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
RE: SLEEP STUDIES SERVICES
245 N BROAD ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE - FOUND
PROCUREMENT SERVICES
3201 ARCH ST, STE 400
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY COLLEGE OF MEDICINE (MED ON
ATTN: ANTHONY ESPOSITO
245 N 15TH ST
PHILADELPHIA, PA 19107

DREXEL UNIVERSITY COLLEGE OF NURSING AND H
245 N 15TH ST, MS 501
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY SCHOOL OF MEDICINE
ATTN: ANTHONY M ESPOSITO JR, FOR SUBTENANT
15TH AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY SCHOOL OF MEDICINE
ATTN: ANTHONY M. ESPOSITO, JR
15TH AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, COLLEGE OF NURSING & HEA
ATTN: DEAN
601 CHERRY ST, MAIL STOP 10501
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIR
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIR
245 N 15TH ST, MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDIC
ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFF
245 NORTH 15TH ST
MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: CHAIR, DEPT OF MEDICINE
245 N 15TH ST, MS 1011
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: DANIEL SCHIDLOW, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDIC
ATTN: DANIEL SCHIDLOW, MD
245 N 15TH ST, MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: DEAN
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: DEPT OF SURGERY
245 N 15TH ST, MS 413
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDIC
ATTN: JEFFREY EBERLY, VP OF FINANCE
3201 ARCH ST, STE 410
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: OFFICE OF RESEARCH
1505 RACE ST, 10TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: PRESIDENT
3141 CHESTNUT ST
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDIC
ATTN: PROGRAM CO-DIRECTOR
1601 CHERRY ST, STE 10627
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY/ACCTS PAYABLE
COLLEGE OF MEDICINE
P.O. BOX 42485
PHILADELPHIA, PA 19101

EAGLES TAXI LLC
2301 CHURCH ST
PHILADELPHIA, PA 19124

EAGLES TAXI LLC
DBA 215 GET A CAB
2301 CHURCH ST
PHILADELPHIA, PA 19124

**Center City Healthcare, LLC, et al. - U.S. Mail**

ECHO INC
DBA VERITY A HEALTHSTREAM CO
P.O. BOX 1171130
ATLANTA, GA 30368-7113

ECHO INC
P.O. BOX 1171130
ATLANTA, GA 30368-7113

ECHO, INC.
ATTN: LEGAL DEPT
209 10TH AVE S, STE 450
NASHVILLE, TN 37203

EDWARDS LIFESCIENCES
P.O. BOX 23146
CHICAGO, IL 60673-1231

EDWARDS LIFESCIENCES
P.O. BOX 905302
CHARLOTTE, NC 28290-5302

EDWARDS LIFESCIENCES
P.O. BOX 978722
DALLAS, TX 75397-8722

EDWARDS LIFESCIENCES CORP
17221 RED HILL AVE
IRVINE, CA 92714

EDWARDS LIFESCIENCES LLC
ONE EDWARDS WAY
IRVINE, CA 92614

ELECTRONIC PAYMENT EXCHANGE
1201 N MARKET ST, STE 701
WILMINGTON, DE 19801

ELEMENTAL INC
2371 CHURCH ST
PHILADELPHIA, PA 19124

EMERGENCY SYSTEMS SERVICE COMPANY
ATTN: STEPHANIE KLINE
401 O'NEILL DR
QUAKERTOWN, PA 18951

ENCORE MEDICAL INTERNATIONAL INC
P.O. BOX 1328
WEST CHESTER, PA 19380

ENCORE MEDICAL INTERNATIONAL, INC
50 THREE TUN RD
MALVERN, PA 19355

ENCORE MEDICAL INTERNATIONAL, INC.
ATTN: PRESIDENT
1126 GREENHILL RD
WEST CHESTER, PA 19380

ENDLA ANDAY, M.D.
ADDRESS REDACTED

ENDLA K ANDAY MD
ADDRESS REDACTED

ENVIRONMENTAL AND ENGINEERING SOLUTIONS, INC.
ATTN: PRESIDENT
25 WASHINGTON LN, STE 11A
WYNCOTE, PA 19095

ESSENTIAL CONSULTING LLC
6401 ROLLING MEADOW CT
SAN JOSE, CA 95135

ETHAN KENTZEL
ADDRESS REDACTED

ETHAN KENTZEL
ADDRESS REDACTED

EVERBRIDGE INC
P.O. BOX 740745
LOS ANGELES, CA 90074-0745

EVERBRIDGE, INC.
ATTN: LEGAL DEPT
25 CORPORATE DR
BURLINGTON, MA 01803

EVERBRIDGE, INC.
ATTN: PHILLIP ERIC HUFF
155 N. LAKE AVE, STE 900
PASADENA, CA 91101

FIELD HOUSE PHILLY
1150 FILBERT ST
PHILADELPHIA, PA 19107

FIRM REVENUE CYCLE MANAGEMENT SERVICES, INC.
ATTN: NANCY MOMCILOVIC, PRESIDENT
5590 S FORT APACHE RD
LAS VEGAS, NV 89148

FISHHEADS AQUARIUM SERVICE LLC
2 FAITH DR
EGG HARBOR TOWNSHIP, NJ 08234

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

FRONT STREET HEALTHCARE PROPERTIES II, LLC
ATTN: LEGAL DEPT
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

FRONT STREET HEALTHCARE PROPERTIES LLC
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

GBS CORP
7233 FREEDOM AVE NW
NORTH CANTON, OH 44720

GBS CORP
DBA GBS COMPUTER SOLUTIONS
P.O. BOX 2340
NO CANTON, OH 44720-0340

GE HEALTHCARE IITS USA CORP
15724 COLLECTIONS CTR DR
CHICAGO, IL 60693

GE HEALTHCARE IITS USA CORP
2984 COLLECTIONS CTR DR
CHICAGO, IL 60693

Center City Healthcare, LLC, et al. - U.S. Mail                                                        Served 12/23/2019

GE HEALTHCARE IITS USA CORP
P.O. BOX 277475
ATLANTA, GA 30384-7475

GE HEALTHCARE IITS USA CORP.
9900 INNOVATION DR
WAUWATOSA, WI 53226

GE HEALTHCARE IITS USA CORP.
ATTN: GENERAL COUNSEL
9900 INNOVATION DR
WAUWATOSA, WI 53226

GENERAL ELECTRIC COMPANY
BY AND THROUGH ITS GE HEALTHCARE DIV
9900 INNOVATION DR
WAUWATOSA, WI 53226

GENERAL HEALTHCARE RESOURCES, LLC
ATTN: LAURA MAGNER, COO
2250 HICKORY RD, STE 240
PLYMOUTH MEETING, PA 19462

GLOBAL HEALTHCARE EXCHANGE, LLC
ATTN: CHRIS MCMANUS
1315 W. CENTURY DR, STE, 100
LOUISVILLE, CO 80027

GLOBAL HEALTHCARE EXCHANGE, LLC
ATTN: CUSTOMER CONTRACTS
1315 W CENTURY DR, STE 100
LOUISVILLE, CO 80027

GRETCHEN METZENBERG, D.O.
ADDRESS REDACTED

HAHNEMANN UNIV HOSP
MEDICAL STAFF AFFAIRS
MAIL STOP 301
230 N BROAD ST, 5TH FL, S TOWER
PHILADELPHIA, PA 19103

HAHNEMANN UNIV HOSPITAL
BROAD & VINE ST
MLSTP 300
PHILADELPHIA, PA 19101-2487

HAHNEMANN UNIVERSITY
OFFICE OF PARKING & TRANSPORTATIO
230 N BROAD ST, MAIL STOP, STE 603
PHILADELPHIA, PA 19102

HAHNEMANN UNIVERSITY
P.O. BOX 828112
PHILADELPHIA, PA 19182

HAHNEMANN UNIVERSITY CASHIERS OFF
PETTY CASH
BROAD & VINE STS MS 390
PHILADELPHIA, PA 19102

HAHNEMANN UNIVERSITY HOSPITAL
ATTN: LAUREN BURTNICK
207 N BROAD ST, 4TH FL
PHILADELPHIA, PA 19107

HAHNEMANN UNIVESITY HOSPITAL
230 N BROAD ST, MS 300
PHILADELPHIA, PA 19102

HARPREET PALL, MD
ADDRESS REDACTED

HEALTH CARE APPRAISERS
75 NW 1ST AVE
DELRAY BEACH, FL 33444

HEALTHSTREAM INC
P.O. BOX 102817
ATLANTA, GA 30368-2817

HEALTHSTREAM, INC.
ATTN: LEGAL DEPT
209 10TH AVE S, STE 450
NASHVILLE, TN 37203

HERMAN GOLDNER CO INC
7777 BREWSTER AVE
PHILADELPHIA, PA 19153

HILTON PHILADELPHIA CITY AVENUE
4200 CITY AVE
PHILADELPHIA, PA 19103

HISTORIC HOTEL BETHLEHEM
437 MAIN ST
HISTORIC BETHLEHEM, PA 18018

HOLLIS COBB ASSOCIATES, INC.
ATTN: GREG HOCUTT
3175 SATELLITE BLVD
BUILDING 600, STE 400
DULUTH, GA 30096

HUI LENG DENG, M.D.
ADDRESS REDACTED

HUNTINGTON TECH FINANCE INC
C/O BANK OF AMERICA LEASING & CAPITAL LLC
8210 INNOVATION WAY
CHICAGO, IL 60682-0082

HUNTINGTON TECHNOLOGY FINANCE INC
8210 INNOVATION WAY
CHICAGO, IL 60682-0082

HUNTINGTON TECHNOLOGY FINANCE INC
C/O BANK OF AMERICA LEASING &
CAPITAL LLC
8210 INNOVATION WAY
CHICAGO, IL 60682-0082

HUNTINGTON TECHNOLOGY FINANCE INC
L-3708
COLUMBUS, OH 43260-3708

HUNTINGTON TECHNOLOGY FINANCE, INC.
2285 FRANKLIN RD, STE 100
BLOOMFIELD HILLS, MI 48302

IMPLEMENTATION MANAGEMENT ASSIST
DBA REVINT SOLUTIONS
6 HILLMAN DR, STE 100
CHADDS FORD, PA 19317

INDEPENDENT HARDWARE, INC.
ATTN: VINCE CAMPAGNA
14 S FRONT ST
PHILADELPHIA, PA 19106

INFOR (US) INC
NW7418
P.O. BOX 1450
MINNEAPOLIS, MN 55485-7418

INFOR (US), INC
ATTN: GREGORY M GIANGIORDANO
641 AVE OF THE AMERICAS
NEW YORK, NY 10011

INO THERAPEUTICS LLC
DBA MALLINCKRODT
ATTN: CRITICAL CARE CONTRACT ADMIN
1425 US ROUTE 206
BEDMINSTER, NJ 07921

INO THERAPEUTICS LLC
DBA MALLINCKRODT PHARMACEUTICALS
ATTN: BROOKE MITCH
1425 US ROUTE 206
BEDMINSTER, NJ 07921

INO THERAPEUTICS LLC
DBA MALLINCKRODT PHARMACEUTICALS
P.O. BOX 3790
CAROL STREAM, IL 60132-3790

INO THERAPEUTICS LLC
P.O. BOX 642509
PITTSBURGH, PA 15264-2509

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

IRAJ REZVANI, M.D.
ADDRESS REDACTED

JACQUELYN KLICKA-SKEELS, M.D.
ADDRESS REDACTED

JDI NET SYSTEMS
ATTN: IVAN LEE, OWNER
4000 PIMLICO DR
PLEASANTON, CA 94588

JEANES HOSPITAL
C/O TEMPLE UNIVERSITY HEALTH SYSTEM, INC
ATTN: CHIEF COUNSEL
1316 W ONTARIO ST
RM 903, JONES HALL (700-00)
PHILADELPHIA, PA 19140

JEEIN YOON, M.D.
ADDRESS REDACTED

JEFFER MANGELS BUTLER & MITHCELL LLP
ATTN: MARIANNE S. MARTIN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067

JENNIFER TINGO
ADDRESS REDACTED

JENNIFER TINGO MD
ADDRESS REDACTED

JUAN BALLESTEROS, M.D.
ADDRESS REDACTED

KENCO KALIBRATION INC
1381 ZEBLEY RD
GARNET VALLEY, PA 19060

KENCO KALIBRATION INC
P.O. BOX 946
CONCORDVILLE, PA 19331

KEYSTONE QUALITY TRANSPORT
ATTN: NEIL BRADY, VP BUS DEVT
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT
ATTN: NEIL BRADY, VP BUS DEVT
RE: (TENANT)
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT CO
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT CO
ATTN: JEFFREY KURTZMAN
401 S 2ND ST, STE 200
PHILADELPHIA, PA 19147

KEYSTONE QUALITY TRANSPORT COMPANY
1260 E WOODLAND AVE
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT COMPANY
DBA EMSTAR
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT COMPANY DBA E
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT INC
DBA EMSTAR MEDICAL TRANSPORT
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

KIERAN MCKENNA FLOORING INC
480 STATE RD, UNIT C
BENSALEM, PA 19020-7829

KIERAN MCKENNA FLOORING, INC.
ATTN: PRESIDENT
480 STATE RD
BENSALEM, PA 19020

KIERAN MCKENNA FLOORING, INC.
C/O LAW OFFICES OF E WILLIAM HEVENOR LLC
ATTN: E WILIAM HEVENOR, ESQUIRE
2 HORSESHOE LN
PAOLI, PA 19301

KIMBERLY NEIDIG, M.D.
ADDRESS REDACTED

KLENZOID INC
P.O. BOX 389
CONSHOHOCKEN, PA 19428

KLENZOID INC.
ATTN: LUCIA A VENEZIA
912 SPRING MILL AVE
CONSHOHOCKEN, PA 19428

KLENZOID, INC.
ATTN: STEVE DOUGLAS
912 SPRING MILL RD
CONSHOHOCKEN, PA 19428

LABORATORY CORPORATION OF AMERICA
ATTN: LAW DEPT
430 SOUTH SPRING ST
BURLINGTON, NC 27215

Center City Healthcare, LLC, et al. - U.S. Mail

LABORATORY CORPORATION OF AMERICA
C/O JOHNSON LEGAL NETWORK, PLLC
ATTN: KAREN L WHITMER
535 WELLINGTON WAY, STE 380
LEXINGTON, KY 40503

LABORATORY CORPORATION OF AMERICA
P.O. BOX 12140
BURLINGTON, NC 27216-2140

LABORATORY CORPORATION OF AMERICA
P.O. BOX 12190
BURLINGTON, NC 27216-2190

LABORATORY CORPORATION OF AMERICA
P.O. BOX 2240
BURLINGTON, NC 27216-2240

LAERDAL MEDICAL CORP
P.O. BOX 784987
PHILADELPHIA, PA 19178-4987

LAERDAL MEDICAL CORPORATION
167 MYERS CORNERS RD
WAPPINGERS FALLS, NY 12590

LEAF CAPITAL FUNDING, LLC
ATTN: DEIRDRE M. RICHARDS
1300 N. KING ST.
WILMINGTON, DE 19801

LEAF CAPITAL FUNDING, LLC
ATTN: LANA LEOR
2005 MARKET ST, 14TH FL.
PHILADELPHIA, PA 19103

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MED ONE CAPITAL FUNDING, LLC.
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 217