# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*. | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors.[1] | Re: D.I. 1088 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 5, 2019, the St. Christopher's Hospital for Children Medical Staff members identified on Exhibit A to the Motion (the "Medical Staff") filed their **Motion for (I) Allowance and Immediate Payment of Administrative Claims and (II) Relief from the Sale Order Pursuant to Federal Rule of Civil Procedure 60(b)** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned, on or before **January 16, 2020 at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is filed, a hearing on the Motion may be held before The Honorable Kevin Gross in the Bankruptcy Court, 824 Market

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341) ("CCH"), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). On the petition which initiated its case, "lead" Debtor Center City Healthcare listed its principal place of business as: 230 North Broad Street, Philadelphia, PA 19102. The petitions for the other Debtors may be viewed by selecting "Center City Healthcare, *et al.*" under the "Cases" header at the following link: https://omniagentsolutions.com/.

Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801, on **January 23, 2020 at 10:00 A.M. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if no objection to the Motion is timely filed in accordance with the above procedures, the Bankruptcy Court may enter an Order granting the relief sought in the Motion without further notice or hearing.

| | |
|---|---|
| Dated: December 30, 2019<br>Wilmington, Delaware | CIARDI CIARDI & ASTIN<br><br>*/s/ Joseph J. McMahon, Jr.*<br>Daniel K. Astin (No. 4068)<br>Joseph J. McMahon, Jr. (No. 4819)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>(302) 658-1100 telephone<br>(302) 658-1300 facsimile<br>jmcmahon@ciardilaw.com<br><br>-and-<br><br>Albert A. Ciardi III, Esquire<br>One Commerce Square, Suite 3500<br>2005 Market Street<br>Philadelphia, PA 19103<br>(215) 557-3550 telephone<br>(215) 557-3551 facsimile<br>aciardi@ciardilaw.com<br><br>*Attorneys for the St. Christopher's Hospital for Children Medical Staff* |