## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | **Re: Docket No. 1187** |

## CERTIFICATION OF NO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL THE UNREDACTED VERSIONS OF THE DEBTORS' OMNIBUS MOTIONS FOR AUTHORITY TO REJECT HAHNEMANN RESIDENT EMPLOYMENT AGREEMENTS

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1.      On December 16, 2019, the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Versions of the Debtors' Omnibus Motions for Authority to Reject Hahnemann Resident Employment Agreements* [Docket No. 1187] (the "**Motion**") was filed with the Court.

2.      Pursuant to the notice of the Motion [Docket No. 1187-1], objections to the Motion were to be filed by December 30, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.      The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

4.      Accordingly, the Motion may be granted.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: January 2, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**

By:      /s/ Aaron S. Applebaum
         Mark Minuti (DE Bar No. 2659)
         Monique B. DiSabatino (DE Bar No. 6027)
         1201 N. Market Street, Suite 2300
         P.O. Box 1266
         Wilmington, DE  19899
         Telephone: (302) 421-6800
         Fax: (302) 421-5873
         mark.minuti@saul.com
         monique.disabatino@saul.com

                -and-

         Jeffrey C. Hampton
         Adam H. Isenberg
         Aaron S. Applebaum (DE Bar No. 5587)
         Centre Square West
         1500 Market Street, 38th Floor
         Philadelphia, PA 19102
         Telephone: (215) 972-7700
         Fax: (215) 972-7725
         jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         aaron.applebaum@saul.com

         *Counsel for Debtors and Debtors in Possession*