# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) ) | Case No. 19-11466 (KG) Jointly Administered |
| Debtors. | ) ) ) | **Re: Docket Nos. 1187 and \_\_\_\_** |

### ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL THE UNREDACTED VERSIONS OF THE DEBTORS' OMNIBUS MOTIONS FOR AUTHORITY TO REJECT HAHNEMANN RESIDENT PHYSICIAN EMPLOYMENT AGREEMENTS

This matter coming before the Court on the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Versions of the Debtors' Omnibus Motions for Authority to Reject Hahnemann Resident Physician Employment Agreements* (the "**Seal Motion**"),[2] filed by the above-captioned debtors (collectively, the "**Debtors**"), for entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing the Debtors to (a) file unredacted versions of the HUH Resident Employment Agreement Rejection Motions under seal, and (b) not include the names and email addresses (or other contact information) for the HUH Residents on the affidavit of service; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Seal Motion.

Court for the District of Delaware, dated February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Seal Motion was adequate and appropriate under the particular circumstances; and the Court having reviewed the Seal Motion and the First Day Declaration; and after due deliberation, and good and sufficient cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1.      The Seal Motion is GRANTED as set forth herein.

2.      The Debtors are authorized to (a) file unredacted versions of the HUH Resident Employment Agreement Rejection Motions under seal, and (b) not include the names and email addresses (or other contact information) for the HUH Residents on the affidavit of service.

3.      The Debtors shall provide an unredacted version of the HUH Resident Employment Agreement Rejection Motions to the Court, the Office of the United States Trustee for the District of Delaware, counsel for the Committee, and other parties as otherwise ordered or required by the Court or determined by the Debtors on a confidential basis, subject to Local Rule 9018-1(d).

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Seal Motion.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Interim Order.