# Exhibit 1

# Rejected Contracts

| No. | Non-Debtor Counterparty | Agreement Title/Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|
| 1 | Cerner Corporation | Cerner Business Agreement, as amended, along with all sales orders and schedules related thereto. | Philadelphia Academic Health System, LLC | December 13, 2019 |
| 2 | Legido, Augustin | Physician Employment Agreement | SCHC Pediatric Associates, L.L.C. | December 15, 2019 |