**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: January 22, 2020 at 4:00 p.m. ET** |

**NOTICE OF FOURTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD
FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

PLEASE TAKE NOTICE THAT on January 2, 2020, Sills Cummis & Gross P.C. ("Sills"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Fourth Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2019 through October 31, 2019 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by

the following parties by no later than January 22, 2020 at 4:00 p.m. (prevailing Eastern time), (the

"Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street,

Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing

Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark

Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia,

PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the

Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ

07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild

LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan);

(d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207,

Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the

DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600,

Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279,

Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation

Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served

with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO")

with the Court with respect to the unopposed portion of the fees and expenses requested in its

Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay

Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and

100 percent of the expenses requested in the applicable Monthly Fee Application (the

"Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and

remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount

(the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii)

80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: January 2, 2020                    **FOX ROTHSCHILD LLP**

                                          */s/ Thomas M. Horan*
                                          Thomas M. Horan (DE No. 4641)
                                          919 North Market Street, Suite 300
                                          Wilmington, DE  19899-2323
                                          Telephone:  (302) 654-7444
                                          Facsimile:  (302) 656-8920
                                          E-mail: thoran@foxrothschild.com

                                          *Counsel to the Official Committee of*
                                          *Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

CENTER CITY HEALTHCARE, LLC, d/b/a
HAHNEMANN UNIVERSITY HOSPITAL *et
al.*,[1]

          Debtors.

Chapter 11

Case No. 19-11466 (KG)

(Jointly Administered)

**Objections Due: January 22, 2020 at 4:00 p.m. ET**
**Hearing Date: TBD if objection filed**

## FOURTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
## AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
## <u>PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019</u>

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | October 1, 2019 – October 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $102,100.00  (80% of $127,625.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,939.96 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

6901988

## COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| Name of Professional Individual | Position, primary department or group, year of obtaining relevant license to practice, if applicable | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $825 | 33.5 | $27,637.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $750 | 90.7 | $68,025.00 |
| George R. Hirsch | Member, Bankruptcy First Bar Admission: 1977 | $725 | 21.6 | $15,660.00 |
| Marc D. Leve | Of Counsel, Corporate First Bar Admission: 1984 | $550 | 0.1 | $55.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $595 | 51.5 | $30,642.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $550 | 6.8 | $3,740.00 |
| **Total Fees at Standard Rates** | | | **204.2** | **$145,760.00** |
| **Total Fees After Application of $625 Blended Rate Discount[3]** | | | **204.2** | **$127,625.00** |

---

[2] Effective October 1, 2019 (*i.e.*, the first date of Sills' new fiscal year), the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $795 to $825; the hourly rate of Boris Mankovetskiy was increased from $725 to $750; the hourly rate of George Hirsch was increased from $710 to $725; the hourly rate of Rachel Brennan was increased from $545 to $595; and the hourly rate of Gregory Kopacz was increased from $525 to $550. However, as discussed below, Sills' fees for this engagement will remain subject to the $625 blended hourly rate cap.

[3] As noted in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Nunc Pro Tunc to July 15, 2019* [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

2

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 10.7 | $8,025.00 |
| Asset Disposition (102) | 12.6 | $9,425.00 |
| Business Operations (103) | 3.4 | $2,550.00 |
| Case Administration (104) | 14.6 | $9,722.00 |
| Claims Administration and Objections (105) | 123.3 | $90,590.00 |
| Financing (109) | 9.5 | $6,657.50 |
| Litigation (Other than Avoidance Action Litigation) (110) | 25.1 | $14,960.50 |
| Relief from Stay Proceedings (114) | 2.6 | $1,950.00 |
| Travel (116) (Billed at 50%) | 2.4 | $1,880.00 |
| **Total Fees at Standard Rate** | **204.2** | **$145,760.00** |
| **Total Fees After Application of $625 Blended Rate Discount[4]** | **204.2** | **$127,625.00** |

## EXPENSE SUMMARY
## OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| Expense Category | Total Expenses |
|---|---|
| Copying[5] | $0.60 |
| Telephone | $27.57 |
| LEXIS/Pacer | $9.80 |
| Local travel (train/taxi/parking/tolls) | $2,393.09 |
| Local travel (lodging) | $370.04 |
| Meals (travel) | $138.86 |
| **TOTAL** | **$2,939.96** |

---

[4] As noted in its Retention Application, "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

[5] Sills charged $.10 per page for copies during the compensation period.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: January 22, 2020 at 4:00 p.m. ET** **Hearing Date: TBD if objection filed** |

**FOURTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Fourth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From October 1, 2019 Through October 31, 2019* (the "Application").  By the Application, Sills seeks allowance of $102,100.00 (80% of $127,625.00) in fees for services rendered and $2,939.96 for reimbursement of actual and necessary expenses, for a total of $105,039.96 for the period from

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

6901988

October 1, 2019 through October 31, 2019 (the "Compensation Period"), and states as follows:

## Background

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for the Compensation Period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in*

6901988

*Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third

Circuit law, and the Compensation Order.

## Actual and Necessary Expenses

6.        Detailed information regarding the actual and necessary expenses incurred by

Sills during the Compensation Period is included in **Exhibit A**.

## Summary of Services by Project

7.        The services Sills rendered during the Compensation Period are generally

described below, with a more detailed identification of the actual services provided in **Exhibit A**.

A.        Asset Analysis and Recovery

Fees: $8,025.00;        Total Hours: 10.7

This category includes time expended by Sills investigating various estate-based causes

of action against non-debtor affiliates, insiders and other third parties.

B.        Asset Disposition

Fees: $9,425.00;        Total Hours: 12.6

This category includes time expended by Sills in connection with all matters relating to

the disposition, and other post-petition uses of, property of the Debtors' estates, including issues

relating to the sales of St. Christopher's Hospital for Children ("STC") and the resident program

assets of Hahnemann University Hospital ("HUH").  Time in this category includes time spent

addressing issues related to: (a) the appeal of the resident program sale order, (b) the potential

revocation of HUH's hospital license, (c) the disposition of the remaining HUH assets, (d) the

potential assumption and assignment of executory contracts and unexpired leases in connection

with the STC sale, (e) the closing of the STC sale, and (f) the Debtors' liquidity position due to

the STC sale closing timeline.

6

C.      Business Operations

      Fees: $2,550.00;                Total Hours: 3.4

This category includes time expended by Sills addressing issues relating to the operation

of the Debtors' businesses and the Debtors' financial performance.

D.      Case Administration

      Fees: $9,722.00;          Total Hours: 14.6

This category includes time expended by Sills addressing matters related to the

administration of the Debtors' chapter 11 cases, including time spent drafting updates to the

Committee members, attending Committee meetings, responding to creditor queries, establishing

a website for unsecured creditors, updating the "critical dates" case calendar, and considering

matters of general import.

E.      Claims Administration and Objection

      Fees: $90,590.00;          Total Hours: 123.3

This category includes time expended by Sills analyzing claims asserted against the

Debtors' estates and potential objections, challenges and counterclaims thereto, including

analyzing claims asserted by Tenet Business Services Corporation ("Tenet") and Conifer

Revenue Cycle Solutions, LLC ("Conifer") and a related complaint; addressing issues relating to

the mediation of such claims; attending multiple mediation sessions; addressing issues relating to

the consensual settlement of such claims; and communicating with the Committee, Debtors'

counsel, the mediator, and counsel for Tenet and Conifer regarding such issues.

F.      Financing

      Fees: $6,657.50;          Total Hours: 9.5

This category includes time expended by Sills investigating and analyzing alleged

7

prepetition liens on the Debtors' assets, and addressing issues relating to the potential extension of the Debtors' post-petition financing agreement.

G.      Litigation (Other than Avoidance Action Litigation)

Fees: $14,960.50;      Total Hours: 25.1

This category includes time expended by Sills addressing issues related to CMS's appeal of the HUH resident program sale order, including analyzing its supporting brief, and drafting a Bankruptcy Rule 2004 subpoena with respect to certain non-debtor parties.

H.      Relief from Stay Proceedings

Fees: $1,950.00;      Total Hours: 2.6

This category includes time expended by Sills addressing issues relating to Tenet and Conifer's motion for stay relief and the appeal of the order granting such motion.

I.      Travel (Billed at 50%)

Fees: $1,880.00;      Total Hours: 2.4

This category includes time expended by Sills traveling to a mediation in New York City.

## Conclusion

8.      Sills respectfully submits that the amounts requested are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Sills reviewed the requirements of Local Rule 2016-2 and believes this Application reasonably complies therewith.

6901988

WHEREFORE, Sills respectfully requests that the Court authorize that an allowance be made to Sills for the Compensation Period with respect to the sums of $102,100.00 (80% of $127,625.00) as compensation and $2,939.96 for reimbursement of actual and necessary expenses, for a total of $105,039.96, and that such sums be authorized for payment and for such additional relief as the Court deems just.

Dated: January 2, 2020
Wilmington, Delaware

Respectfully submitted,

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

6901988

## **VERIFICATION**

STATE OF NEW JERSEY       )
                            ) SS:
COUNTY OF ESSEX           )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies therewith.

Dated: January 2, 2020

                                        */s/ Andrew H. Sherman*
                                        Andrew H. Sherman

# Exhibit A

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

|  |  |
|---|---|
| Page | 1 |
| Inv# | 1762017 |
| Date | 12/01/19 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI # 22-1920331

Re:    Creditors' Committee

For legal services rendered:

HOURS

## 101 - ASSET ANALYSIS AND RECOVERY

| Date | Tkpr | Task | Description | Hours |
|------|------|------|-------------|-------|
| 10/02/19 | BM | 101 | Analysis regarding potential estate-based causes of action against Tenet/Conifer. | 1.40 |
| 10/18/19 | BM | 101 | Analysis regarding investigation of potential causes of action against certain non-Debtor affiliates of the Debtors. | 1.10 |
| 10/23/19 | BM | 101 | Analysis of issues regarding investigation of potential claims and causes of action against certain non-Debtor affiliates. | 1.90 |
|  |  | 101 | Analysis regarding projected sources and uses for plan of liquidation and funding of the estates through confirmation. | 0.60 |
| 10/24/19 | BM | 101 | Attend to issues regarding investigation of potential claims against D&Os and insurance coverage. | 0.90 |
| 10/25/19 | BM | 101 | Attend to document requests to PAHH and certain of its affiliates. | 1.20 |
| 10/28/19 | BM | 101 | Attend to issues regarding investigation of potential claims against non-debtor affiliates. | 1.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1762017 |
| Date | 12/01/19 |
| 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 10/29/19 | BM | 101 | Attend to issues regarding investigation of potential claims against certain insiders. | 1.20 | |
| | | 101 | Attend to 2004 subpoena for document productions to Joel Freedman and certain affiliates. | 1.10 | |
| | | **TASK TOTAL 101** | | **10.70** | **8,025.00** |

## 102 - ASSET DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| 10/01/19 | BM | 102 | Attend to issues regarding motion for reconsideration of stay pending appeal of residency assets sale. | 2.10 | |
| | | 102 | Attend to issues regarding DOH's inspection of HUH and potential revocation of hospital license. | 1.10 | |
| 10/03/19 | BM | 102 | Attend to issues regarding assumption and assignment of contracts in connection with STC sale. | 0.60 | |
| 10/04/19 | BM | 102 | Analysis regarding DOH's and CMS' opposition to the Debtors' emergency status to maintain status quo motion with respect to HUH licensure. | 0.70 | |
| | | 102 | Analysis of Debtors' and DOH's correspondence to District Court regarding emergency motion to reconsider stay pending appeal. | 0.50 | |
| 10/07/19 | BM | 102 | Analysis of filed objections to motion to assume and assign contracts and leases in connection with STC sale closing. | 0.70 | |
| 10/09/19 | BM | 102 | Analysis regarding motion to extend the deadline for the Debtors to assume or reject unexpired leases. | 0.30 | |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1762017 |
| Date | 12/01/19 |
| 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 10/11/19 | BM | 102 | Attend to issues regarding Debtors' liquidity and STC closing timeline. | 0.90 | |
| | | 102 | Attend to issues regarding disposition of HUH assets. | 0.70 | |
| 10/14/19 | BM | 102 | Attend to issues regarding CMS appeal of residency sale order. | 0.80 | |
| 10/17/19 | AHS | 102 | Call from counsel to creditor re: status of sale. | 0.20 | |
| 10/17/19 | BM | 102 | Analysis regarding potential sale of HUH assets. | 0.60 | |
| 10/21/19 | GAK | 102 | Review Debtors' Motion to Assume/Assign Contracts in connection with the STC Opco sale. | 0.20 | |
| 10/23/19 | BM | 102 | Analysis regarding CMS' opening appellate brief. | 0.70 | |
| 10/30/19 | BM | 102 | Attend to issues regarding CMS appeal of residency sale. | 0.80 | |
| | | 102 | Attend to issues regarding STC sale closing. | 0.90 | |
| | | 102 | Attend to issues regarding disposition of remaining HUH assets and retention of auctioneer. | 0.80 | |
| | | **TASK TOTAL 102** | | **12.60** | **9,425.00** |

## 103 - BUSINESS OPERATIONS

| | | | | | |
|---|---|---|---|---|---|
| 10/01/19 | BM | 103 | Analysis regarding Debtors' financial reporting. | 0.60 | |
| 10/02/19 | BM | 103 | Call with BRG regarding financial update. | 0.60 | |
| 10/04/19 | BM | 103 | Call with Debtors' counsel regarding DOH inspection issues. | 0.40 | |
| 10/10/19 | BM | 103 | Call with BRG regarding financial update. | 0.30 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1762017 |
| Date | 12/01/19 |
| 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 10/17/19 | BM | 103 | Analysis of issues regarding Debtors' liquidity to reach plan confirmation. | 0.70 | |
| 10/28/19 | BM | 103 | Attend to issues regarding Debtors' liquidity and extension of DIP termination date. | 0.80 | |
| | | **TASK TOTAL 103** | | **3.40** | **2,550.00** |

### 104 - CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 10/01/19 | BM | 104 | Prepare status update to the Committee. | 0.30 | |
| | | 104 | Call with J. Fitzgerald regarding mediation issues. | 0.70 | |
| 10/02/19 | BM | 104 | Call with Tenet/Conifer's counsel regarding pending matters. | 0.30 | |
| 10/02/19 | GAK | 104 | Update case calendar. | 0.20 | |
| | | 104 | Analysis in response to creditor query regarding executory contracts. | 0.10 | |
| 10/03/19 | BM | 104 | Attend to organizational issues in connection with mediation. | 0.70 | |
| 10/03/19 | GAK | 104 | Update case calendar. | 0.20 | |
| | | 104 | Review St. Christopher Sale Order and Bidding Procedures Order regarding issues relating to assignment of contracts in response to creditor query. | 2.10 | |
| | | 104 | Review notices regarding contracts to be assumed and assigned. | 0.60 | |
| | | 104 | Draft summary of findings regarding assignment of contracts. | 0.50 | |
| 10/04/19 | REB | 104 | Review docket updates re: debtors' emergency motion regarding the status quo. | 0.80 | |
| 10/07/19 | AHS | 104 | Call with creditor re: St. Christopher sale and email re: same. | 0.30 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1762017 |
| Date | 12/01/19 |
| 08650118.000001 | - AHS |

| Date | Initials | Code | Description | Hours |
|---|---|---|---|---|
| 10/07/19 | GAK | 104 | Review order regarding Debtors' motion to maintain status quo and update case calendar. | 0.20 |
| 10/08/19 | AHS | 104 | Email to Committee re: Tenet/Conifer issues. | 0.30 |
| 10/09/19 | GAK | 104 | Communications with local counsel regarding 1102 motion. | 0.10 |
| 10/10/19 | AHS | 104 | Respond to questions of Committee members. | 0.30 |
| 10/10/19 | GAK | 104 | Review notice of hearing and order to shorten; update case calendar. | 0.20 |
| 10/11/19 | AHS | 104 | Prepare for and attend Committee meeting re: mediation issues, sale issues and status. | 0.80 |
| 10/11/19 | BM | 104 | Attend Committee call regarding status update. | 0.40 |
| | | 104 | Attend call with Judge Fitzgerald regarding mediation issues. | 0.50 |
| 10/14/19 | GAK | 104 | Review order regarding debtors' deadline to remove actions and update case calendar. | 0.10 |
| 10/15/19 | GAK | 104 | Email Omni regarding UCC Website. | 0.10 |
| | | 104 | Review motion to shorten by Tenet and Conifer and motion to enforce order and update case calendar. | 0.30 |
| 10/16/19 | GAK | 104 | Update case calendar and review upcoming hearing agenda. | 0.30 |
| 10/16/19 | REB | 104 | Draft email to Committee re: update on Tenet/Conifer mediation. | 0.80 |
| 10/17/19 | AHS | 104 | Email to Committee re: mediation and status update. | 0.30 |
| 10/17/19 | GAK | 104 | Review notice regarding Tenet/Conifer hearing and update case calendar. | 0.20 |
| 10/21/19 | GAK | 104 | Update case calendar. | 0.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

Page                6
Inv#          1762017
Date          12/01/19
08650118.000001    - AHS

| 10/23/19 | BM | 104 | Analysis regarding Rule 2004 examination of PAHH and its affiliates. | 0.80 | |
| 10/23/19 | GAK | 104 | Review upcoming hearing agenda and update case calendar. | 0.20 | |
| 10/24/19 | AHS | 104 | Prepare for and attend Committee meeting re: sales process and/or refinancing issues. | 0.80 | |
| 10/24/19 | GAK | 104 | Review upcoming hearing agenda and update case calendar. | 0.10 | |
| 10/25/19 | GAK | 104 | Review Debtors' motion to extend exclusive periods and update case calendar. | 0.10 | |
| 10/28/19 | GAK | 104 | Update case calendar. | 0.10 | |
| 10/29/19 | AHS | 104 | Further review of non-debtor subpoena as revised. | 0.40 | |
| 10/29/19 | GAK | 104 | Update case calendar. | 0.10 | |
| | | **TASK TOTAL 104** | | **14.60** | **9,722.00** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| 10/01/19 | BM | 105 | Call with Debtors' counsel regarding mediation issues. | 0.40 | |
| 10/01/19 | GH | 105 | Review Complaint against Tenet. | 0.90 | |
| | | 105 | Review transcript of August 19 hearing. | 1.10 | |
| | | 105 | Review transcript of August 20 hearing. | 0.80 | |
| 10/02/19 | BM | 105 | Attend to revised proposed form of mediation agreement. | 0.40 | |
| 10/03/19 | BM | 105 | Prepare an update to Committee regarding Tenet/Conifer issues. | 0.40 | |
| | | 105 | Analysis regarding potential objections to Tenet/Conifer's pre-petition claims. | 1.70 | |
| 10/03/19 | GH | 105 | Telephone conference with B. Mankovetskiy regarding mediation issues. | 0.30 | |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 7 |
| Inv# | | 1762017 |
| Date | | 12/01/19 |
| 08650118.000001 | | - AHS |

| Date | Init | Task | Description | Hours |
|---|---|---|---|---|
| 10/04/19 | BM | 105 | Attend to Tenet/Conifer mediation issues. | 1.40 |
| 10/07/19 | GH | 105 | Further review of Amended Complaint and analyze and annote damages for use at mediation. | 1.10 |
| 10/08/19 | AHS | 105 | Calls and emails re: mediation issues. | 0.30 |
| 10/08/19 | BM | 105 | Analysis of issues in connection with mediation of disputes with Tenet/Conifer. | 1.40 |
| | | 105 | Analysis regarding objections to Tenet/Conifer's claims and potential estate based claims against Tenet/Conifer. | 1.80 |
| 10/10/19 | BM | 105 | Analysis of issues in preparation for Tenet/Conifer mediation. | 1.30 |
| 10/10/19 | GH | 105 | Conference with B. Mankovetskiy regarding Tenet mediation. | 0.30 |
| | | 105 | Review e-mails regarding mediation scheduling. | 0.30 |
| 10/11/19 | AHS | 105 | Prepare for and attend call with mediator re: upcoming Tenet/Conifer - Debtors mediation. | 1.30 |
| | | 105 | Attend call with mediator re: upcoming Tenet/Conifer - Debtors mediation. | 0.30 |
| 10/11/19 | BM | 105 | Calls with J. Fitzgerald regarding mediation. | 0.90 |
| | | 105 | Analysis of issues regarding Tenet/Conifer mediation. | 1.30 |
| 10/11/19 | GH | 105 | E-Mails with R. Brennan regarding documents for mediation. | 0.20 |
| | | 105 | Review documents relevant to mediation. | 0.90 |
| | | 105 | Telephone conference with A. Sherman, B. Mankovetskiy and Committee regarding mediation. | 0.40 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| Page | | | | 8 |
| Inv# | | | | 1762017 |
| Date | | | | 12/01/19 |
| 08650118.000001 | | | - AHS | |

| | | | | |
|---|---|---|---|---|
| | | 105 | Telephone conference with mediator and counsel. | 0.40 |
| | | 105 | Follow-up telephone conference call with mediator and counsel. | 0.30 |
| | | 105 | Review numerous e-mails between counsel and mediator regarding mediation issues. | 0.30 |
| 10/11/19 | REB | 105 | Prepare for mediation of Tenet/Conifer payment motion and order re: same. | 3.10 |
| 10/12/19 | REB | 105 | Review relevant documents in advance of mediation of Tenet/Conifer payment motion. | 2.60 |
| 10/13/19 | GH | 105 | Review e-mails regarding mediation. | 0.20 |
| 10/14/19 | BM | 105 | Analysis of issues in preparation for mediation with Tenet/Conifer. | 1.70 |
| 10/14/19 | GH | 105 | Conference with R. Brennan regarding mediation. | 0.20 |
| | | 105 | Telephone conference with counsel and Debtor regarding mediation issues. | 0.80 |
| | | 105 | Conference with R. Brennan regarding mediation issues. | 0.20 |
| | | 105 | Further preparation for mediation. | 2.20 |
| 10/14/19 | REB | 105 | Review documents in preparation for mediation of Tenet/Conifer issues. | 2.10 |
| | | 105 | Call with Debtors in advance of mediation of Tenet/Conifer claims. | 0.70 |
| 10/15/19 | BM | 105 | Analysis of issues regarding potential settlement proposal to Tenet/Conifer. | 1.70 |
| 10/15/19 | GH | 105 | Attend mediation. | 7.80 |
| 10/15/19 | REB | 105 | Prepare for Tenet/Conifer mediation. | 1.80 |
| | | 105 | Attend mediation re: Tenet/Conifer claims. | 7.80 |
| 10/16/19 | BM | 105 | Analysis regarding 1199C's motion for payment of administrative claims. | 0.40 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1762017 |
| Date | 12/01/19 |
| 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| 10/16/19 | GH | 105 | Conference with R. Brennan regarding proposed settlement outline from mediation. | 0.30 |
| | | 105 | Review e-mail from mediator regarding settlement proposal. | 0.30 |
| | | 105 | E-Mail to Debtor's counsel regarding settlement terms. | 0.20 |
| | | 105 | Telephone conference with Debtor's counsel regarding schedule. | 0.20 |
| | | 105 | E-Mails with B. Mankovetskiy regarding schedule. | 0.30 |
| 10/16/19 | REB | 105 | Review email re: summary of Debtors' proposal re: Tenet/Conifer settlement offer. | 0.80 |
| | | 105 | Meeting with G. Hirsch re: Debtors' proposal re: Tenet/Conifer settlement offer. | 0.30 |
| | | 105 | Emails to G. Hirsch, A. Cowie and T. Horan re: Tenet/Conifer settlement proposal | 2.20 |
| | | 105 | Call with A. Cowie re: Debtors' proposal re: Tenet/Conifer settlement. | 0.20 |
| 10/17/19 | AHS | 105 | Address continuing mediation issues and revised proposal from Debtors. | 0.40 |
| 10/17/19 | BM | 105 | Analysis regarding HSRE's claims. | 0.80 |
| | | 105 | Analysis regarding proposed term sheet in connection with potential settlement with Tenet/Conifer. | 0.90 |
| | | 105 | Prepare a report to Committee regarding mediation issues. | 0.60 |
| 10/17/19 | GH | 105 | E-Mails with Debtor's counsel regarding settlement outline. | 0.20 |
| 10/17/19 | REB | 105 | Review Debtors' proposal to Tenet/Conifer and comment re: same. | 0.90 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1762017 |
| Date | 12/01/19 |
| 08650118.000001 | - AHS |

| Date | Atty | Code | Description | Hours |
|---|---|---|---|---|
| 10/18/19 | BM | 105 | Attend to preparation for continued mediation with Tenet/Conifer. | 1.20 |
| 10/18/19 | GH | 105 | Review miscellaneous e-mails regarding mediation and scheduling. | 0.20 |
| 10/21/19 | AHS | 105 | Attend mediation of Tenet/Confider issues as supervised by Judge Fitzgerald. | 9.50 |
| 10/21/19 | BM | 105 | Attend mediation session regarding Tenet/Conifer issues. | 9.60 |
| | | 105 | Analysis regarding Tenet/Conifer's revised proposed settlement term sheet. | 1.20 |
| 10/21/19 | GAK | 105 | Review Master Landlords' Motion to compel payment of administrative expense claim. | 0.20 |
| 10/22/19 | AHS | 105 | Attend mediation with Judge Fitzgerald re: Tenet/Conifer issues and follow up with Debtors re: sale re: shortfall in dollars. | 9.70 |
| 10/22/19 | BM | 105 | Analysis regarding revised proposed settlement term sheet regarding Tenet/Conifer issues. | 0.90 |
| | | 105 | Attend continued Tenet/Conifer mediation. | 8.40 |
| 10/23/19 | AHS | 105 | Email to Committee re: Tenet/Conifer issues. | 0.80 |
| | | 105 | Calls and emails with Committee members re: results of mediation. | 0.40 |
| 10/23/19 | BM | 105 | Attend to proposed settlement term sheet with Tenet/Conifer. | 0.80 |
| | | 105 | Prepare a report to Committee regarding proposed settlement with Tenet/Conifer. | 0.70 |
| 10/24/19 | AHS | 105 | Call with mediator re: continued mediation of issues and reaching resolution of issues addressed through mediation. | 0.80 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 11 |
| Inv# | | 1762017 |
| Date | | 12/01/19 |
| 08650118.000001 | | - AHS |

| | | | | |
|---|---|---|---|---|
| | | 105 | Calls with Tenet/Conifer and Debtors re: continued mediation of issues and reaching resolution of issues addressed through mediation. | 0.90 |
| 10/24/19 | BM | 105 | Call with Judge Fitzgerald regarding mediation issues. | 0.60 |
| | | 105 | Attend to issues regarding proposed settlement with Tenet/Conifer. | 1.20 |
| | | 105 | Analysis and revisions of proposed settlement term sheet with Tenet/Conifer. | 1.20 |
| 10/25/19 | AHS | 105 | Review of emails and call re: finalizing language for resolution of Tenet/Conifer issues and 9019 motion. | 0.30 |
| 10/25/19 | BM | 105 | Attend to issues regarding proposed settlement with Tenet/Conifer. | 1.10 |
| 10/28/19 | AHS | 105 | Review and revise subpoena for non-debtor entities and conferences with B. Mankovetskiy re: same. | 1.20 |
| | | 105 | Initial review of agreement as sent by Tenet/Conifer. | 0.60 |
| | | 105 | Call with mediator re: status of agreement. | 0.20 |
| | | 105 | Follow up calls and emails with counsel for Tenet/Conifer and counsel for Debtors re: agreement and open issues. | 0.80 |
| 10/28/19 | BM | 105 | Analysis of issues regarding proposed Tenet/Conifer settlement. | 0.60 |
| | | 105 | Attend to revisions of proposed settlement agreement with Tenet/Conifer. | 1.30 |
| | | 105 | Calls with parties regarding Tenet/Conifer mediation issues. | 0.60 |
| 10/29/19 | AHS | 105 | Calls and follow up re: Tenet/Conifer mediation issues. | 0.40 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 12 |
| Inv# | | 1762017 |
| Date | | 12/01/19 |
| 08650118.000001 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 10/29/19 | BM | 105 | Attend to issues regarding Tenet/Conifer mediation. | 0.90 | |
| | | 105 | Attend to revisions of proposed settlement agreement with Tenet/Conifer. | 1.10 | |
| 10/30/19 | AHS | 105 | Call with mediator re: Tenet/Conifer issues. | 0.80 | |
| 10/30/19 | BM | 105 | Call with parties regarding Tenet/Conifer settlement. | 0.50 | |
| 10/30/19 | BM | 106 | Attend to issues regarding proposed Tenet/Conifer settlement agreement. | 1.20 | |
| 10/31/19 | BM | 105 | Attend to issues regarding proposed settlement with Tenet/Conifer. | 1.30 | |
| | | **TASK TOTAL 105** | | **123.30** | **90,590.00** |

## 109 - FINANCING

| | | | | | |
|---|---|---|---|---|---|
| 08/23/19 | MDL | 109 | Internal conference with B. Mankovetskiy regarding MidCap lien investigation. | 0.10 | |
| 10/01/19 | BM | 109 | Attend to issues regarding potential DIP loan defaults and extension of DIP termination date. | 1.20 | |
| 10/03/19 | BM | 109 | Attend to issues regarding compensation for Tenet/Conifer to continue to provide services through STC sale closing and extension of DIP financing termination date. | 1.10 | |
| 10/04/19 | BM | 109 | Attend to issues regarding extension of DIP financing termination date. | 1.10 | |
| 10/09/19 | BM | 109 | Attend to issues regarding extension of DIP financing termination date and interim extension of Tenet/Conifer's services pending mediation. | 1.60 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 13 |
| Inv# | 1762017 |
| Date | 12/01/19 |
| 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 10/10/19 | BM | 109 | Attend to issues regarding potential DIP financing default and extension of termination date. | 0.80 | |
| 10/17/19 | GAK | 109 | Review DIP amendment and emails to team regarding same. | 0.30 | |
| 10/23/19 | BM | 109 | Attend to issues regarding MidCap's consents to proposed Tenet/Conifer settlement and availability under the DIP loan. | 0.80 | |
| 10/25/19 | REB | 109 | Draft 2004 subpoena Exhibit A re: Freedman entities. | 2.50 | |
| | | **TASK TOTAL 109** | | **9.50** | **6,657.50** |

## 110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)

| | | | | | |
|---|---|---|---|---|---|
| 10/01/19 | REB | 110 | Review Debtors' emergency status quo motion and draft joinder in support. | 1.30 | |
| 10/10/19 | GH | 110 | Review e-mail regarding MidCap. | 0.10 | |
| 10/13/19 | GH | 110 | E-Mails to Debtor's counsel regarding their sharing analysis. | 0.10 | |
| 10/22/19 | REB | 110 | Review U.S. opening brief. | 2.10 | |
| 10/23/19 | REB | 110 | Review U.S. opening brief. | 1.10 | |
| | | 110 | Review documents (First Day Declaration, complaints, asset sale agreement with Tenet, local rules) to begin drafting 2004 subpoena. | 2.20 | |
| 10/24/19 | REB | 110 | Review First Day Declaration, complaints against Tenet and Conifer and other relevant documents to begin drafting 2004 subpoena. | 4.10 | |
| | | 110 | Draft 2004 subpoena for J. Freedman. | 2.90 | |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 14 |
| Inv# | | 1762017 |
| Date | | 12/01/19 |
| 08650118.000001 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 10/25/19 | REB | 110 | Revise 2004 subpoena re: comments from B. Mankovetskiy. | 1.10 | |
| | | 110 | Review receivership action and complaint against PAHH in connection with drafting 2004 subpoena. | 2.10 | |
| 10/28/19 | REB | 110 | Review and revise 2004 subpoena directed at Freedman and related entities and related documents, including receivership action and complaint against PAHH in connection with drafting 2004 subpoena. | 4.40 | |
| | | 110 | Draft cover letter re: 2004 subpoena directed at Freedman and related entities. | 0.90 | |
| 10/29/19 | REB | 110 | Review and revise 2004 subpoena to Freedman and related entities and cover letter in connection therewith. | 2.20 | |
| | | 110 | Review email from BRG re: comments to Freedman entity 2004 subpoena. | 0.10 | |
| 10/30/19 | REB | 110 | Revise Freedman entity 2004 subpoena re: comments from BRG. | 0.40 | |
| | | **TASK TOTAL 110** | | **25.10** | **14,960.50** |

## 114 - RELIEF FROM STAY PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| 10/02/19 | BM | 114 | Analysis regarding appeal of order granting Tenet/Conifer stay relief and motion for stay pending appeal. | 1.30 | |
| 10/03/19 | BM | 114 | Analysis of Tenet/Conifer's response to debtors' motion to shorten notice for the motion to stay pending appeal. | 0.30 | |
| 10/09/19 | BM | 114 | Analysis regarding Tenet/Conifer's correspondence regarding appeal of stay relief order. | 0.40 | |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 15 |
| Inv# | 1762017 |
| Date | 12/01/19 |
| 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 10/15/19 | BM | 114 | Analysis regarding Tenet/Conifer's motion to enforce stay relief order. | 0.60 | |
| | | | **TASK TOTAL 114** | **2.60** | **1,950.00** |

**116 – TRAVEL** (50% of non-working travel billed)

| | | | | | |
|---|---|---|---|---|---|
| 10/15/19 | GH | 116 | Travel to and from Kirkland & Ellis for mediation. (2.00) | 1.00 | |
| 10/21/19 | AHS | 116 | Travel to/from NY to attend mediation. (1.50) | 0.70 | |
| 10/22/19 | AHS | 116 | Travel to/from mediation for Tenet/Conifer issues. (1.50) | 0.70 | |
| | | | **TASK TOTAL 116** | **2.40** | **1,880.00** |
| | | | **TOTAL FEES at Standard Rates** | **204.20** | **$145,760.00** |
| | | | **TOTAL FEES at Blended Rate of $625** | **204.20** | **$127,625.00** |

## TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 10.70 | 8,025.00 |
| 102 | Asset Disposition | 12.60 | 9,425.00 |
| 103 | Business Operations | 3.40 | 2,550.00 |
| 104 | Case Administration | 14.60 | 9,722.00 |
| 105 | Claims Administration and Objections | 123.30 | 90,590.00 |
| 109 | Financing | 9.50 | 6,657.50 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 25.10 | 14,960.50 |
| 114 | Relief from Stay Proceedings | 2.60 | 1,950.00 |
| 116 | Travel | 2.40 | 1,880.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 16 |
| Inv# | 1762017 |
| Date | 12/01/19 |
| 08650118.000001 | - AHS |

|  |  |  |
|---|---|---|
| **TOTAL FEES at Standard Rates** | **204.20** | **$145,760.00** |
| **TOTAL FEES at Blended Rate of $625** | **204.20** | **$127,625.00** |

## FEE RECAP

|  |  |  |  |  |
|---|---|---|---|---|
| AHS | Andrew H. Sherman | $825.00 | 33.50 | 27,637.50 |
| BM | Boris Mankovetskiy | $750.00 | 90.70 | 68,025.00 |
| GH | George R. Hirsch | $725.00 | 21.60 | 15,660.00 |
| REB | Rachel E. Brennan | $595.00 | 51.50 | 30,642.50 |
| GAK | Gregory A. Kopacz | $550.00 | 6.80 | 3,740.00 |
| MDL | Marc D. Leve | $550.00 | 0.10 | 55.00 |

|  |  |  |
|---|---|---|
| **TOTAL FEES at Standard Rates** | **204.20** | **$145,760.00** |
| **TOTAL FEES at Blended Rate of $625** | **204.20** | **$127,625.00** |

## DISBURSEMENT DETAIL

E101

| 10/21/19 | E101 | Copying | 0.60 |
|---|---|---|---|

E105

| 09/03/19 | E105 | Telephone | 4.09 |
|---|---|---|---|
| 09/18/19 | E105 | Telephone | 1.23 |
| 10/11/19 | E105 | Telephone | 12.62 |
| 10/24/19 | E105 | Telephone | 9.63 |

E107

| 10/15/19 | E107 | Lexis | 9.80 |
|---|---|---|---|

E109

| 09/04/09 | E109 | Local travel (2 train tickets to DE – AHS and BM) | 396.00 |
|---|---|---|---|

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Page              17
Inv#          1762017
Date          12/01/19
08650118.000001    - AHS

| | | | |
|---|---|---|---|
| 09/04/19 | E109 | Local travel (2 train tickets from DE – AHS and BM) | 404.00 |
| 09/04/19 | E109 | Local travel (taxi) | 6.50 |
| 09/05/19 | E109 | Local travel (taxi) | 6.97 |
| 09/05/19 | E109 | Local travel (2 train tickets to DE – AHS and BM) | 270.00 |
| 09/05/19 | E109 | Local travel (2 train tickets from DE – AHS and BM) | 404.00 |
| 09/13/19 | E109 | Local travel (2 train tickets to DE – AHS and BM) | 302.00 |
| 09/13/19 | E109 | Local travel (2 train tickets from DE – AHS and BM) | 404.00 |
| 09/13/19 | E109 | Local travel (taxi) | 6.65 |
| 09/19/19 | E109 | Local travel (parking) | 41.00 |
| 09/19/19 | E109 | Local travel (tolls) | 1.25 |
| 09/20/19 | E109 | Local travel (parking) | 56.35 |
| 10/15/19 | E109 | Local travel (parking) | 12.00 |
| 10/15/19 | E109 | Local travel (taxi) | 19.12 |
| 10/15/19 | E109 | Local travel (train to/from NY – REB) | 19.50 |
| 10/15/19 | E109 | Local travel (train to NY – REB) | 2.75 |
| 10/21/19 | E109 | Local travel (train to/from NY – BM) | 10.50 |
| 10/22/19 | E109 | Local travel (train to/from NY – BM) | 10.50 |
| 10/22/19 | E109 | Local travel (train to/from NY – BM) | 20.00 |
| E110 | | | |
| 09/19/19 | E110 | Local travel (lodging) | 185.02 |
| 09/19/19 | E110 | Local travel (lodging) | 185.02 |
| E111 | | | |
| 09/04/19 | E111 | Meals (travel) | 23.00 |
| 09/04/19 | E111 | Meals (travel) | 8.10 |
| 09/04/19 | E111 | Meals (travel) | 10.00 |
| 09/05/19 | E111 | Meals (travel) | 9.20 |
| 09/13/19 | E111 | Meals (travel) | 5.00 |
| 09/13/19 | E111 | Meals (travel) | 34.17 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | 18 |
| Inv# | 1762017 |
| Date | 12/01/19 |
| 08650118.000001 | - AHS |

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/19/19 | E111 | Meals (travel) | 5.51 |
| 09/20/19 | E111 | Meals (travel) | 30.41 |
| 09/20/19 | E111 | Meals (travel) | 13.47 |
| | | **TOTAL DISBURSEMENTS** | **$2,939.96** |

**DISBURSEMENT RECAP**

| Code | Description | Units | Total |
|---|---|---|---|
| E101 | Copying | 6.00 | 0.60 |
| E105 | Telephone | 4.00 | 27.57 |
| E107 | Lexis | 1.00 | 9.80 |
| E109 | Local travel (train/taxi/parking/tolls) | 19.00 | 2,393.09 |
| E110 | Local travel (lodging) | 2.00 | 370.04 |
| E111 | Meals (travel) | 9.00 | 138.86 |
| | **TOTAL DISBURSEMENTS** | | **$2,939.96** |
| | **TOTAL THIS INVOICE** | | **$130,564.96\*** |

\*Total includes fees at *Blended Rate*.  Per Retention
Application, lesser of fees at *Standard Rates* (**$145,760.00**)
and fees at *Blended Rate* of $625 (**$127,625.00**) apply.