# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC, D/B/A HAHNEMANN UNIVERSITY HOSPITAL, ET AL.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>**Hearing Date: 1/23/2020 at 10:00 a.m. (ET)**<br>**Obj. Deadline: 1/16/2020 at 4:00 p.m. (ET)** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on January 2, 2020, People's Capital and Leasing Corp. ("Movant") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the **Motion to Compel Assumption or Rejection of Unexpired Leases** (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be held before the Honorable Kevin Gross at the Court, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801, on **January 23, 2020 at 10:00 a.m. (ET).**

PLEASE TAKE FURTHER NOTICE that objections, if any, to the entry of an order granting the relief requested in the Motion must be filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon the undersigned counsel to the Movant on or before **January 16, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY

---

[1] The following cases have been consolidated with the lead case: In re Philadelphia Academic Health System, LLC (19-11467-KG), In re St. Christopher's Healthcare, LLC (19-11468-KG), In re Philadelphia Academic Medical Associates, LLC (19-11469-KG), In re HPS of PA, L.L.C. (19-11470-KG), In re SCHC Pediatric Associates, L.L.C. (19-11471-KG), In re St. Christopher's Pediatric Urgent Care Center, L.L.C. (19-11472-KG), SCHC Pediatric Anesthesia Associates, L.L.C. (19-11473-KG), In re St. Chris Care at Northeast Pediatrics, L.L.C. (19-11474-KG), In re TPS of PA, L.L.C. (19-11475-KG), In re TPS II of PA, L.L.C. (19-11476-KG), TPS III of PA, L.L.C. (19-11477-KG), TPS IV of PA, L.L.C. (19-11478-KG), and TPS V of PA, L.L.C. (19-11480-KG).

{BAY:03526998v1}

GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 2, 2020
       Wilmington, Delaware        BAYARD, P.A.

*/s/ GianClaudio Finizio*
GianClaudio Finizio (No. 4253)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: gfinizio@bayardlaw.com

and

UPDIKE, KELLY & SPELLACY, P.C.
Evan S. Goldstein
100 Pearl Street, 17th Floor
P.O. Box 231277
Hartford, Connecticut 06123-1277
Telephone: (860) 548-2609
Facsimile: (860) 548-2680
Email: egoldstein@uks.com

*Counsel for People's Capital and Leasing Corp.*