# **<u>Exhibit D</u>**

**SPECIFICATION OF ASSIGNED INTEREST**
**Closing Date: May 22nd, 2017**

Executed pursuant to the Master Assignment Agreement dated as of the 25th day of January, 2016 (the "Agreement"), by and between Siemens Financial Services, Inc. and People's Capital and Leasing Corp., this Specification of Assigned Interest (the "Specification") incorporates the terms and conditions of the Agreement. All capitalized terms used, but not specifically defined, herein shall have the meaning provided for such terms in the Agreement.

By execution and delivery of this Specification, Assignor (as defined below) hereby sells, assigns, delegates, transfers and sets over to Assignee (as defined below) all of Assignor's rights, title, interest and obligations (subject to Section 1(c) of the Agreement), under and to the Purchased Assets.

1. Assignor: Siemens Financial Services, Inc.

2. Assignee: People's Capital and Leasing Corp.

3. Obligor: See Schedule A of Specification of Assigned Interest

4. Additional Obligor(s): See Schedule A of Specification of Assigned Interest

5. Contract: See Schedule A1.

6. Remaining Scheduled Payments due under the Contract as of the Effective Date: See Schedule A 1.

7. The Remaining Scheduled Payments do not include within the scheduled monthly payments an amount related to the providing of services, whether exclusively or in addition to Equipment (other than standard warranty type services already included as a component of "equipment cost").

8. Consideration: $694,310.26

9. Original Equipment Cost: See Schedule A1

10. Specific description of the Equipment: See Contract Documents

11. Related Documents: See Schedule A.

12. Vendor Agreements: None

13. Assignment Documents: See Schedule A.

14. [Intentionally omitted]

15. The assignment pursuant to this Specification is made on a notification basis.

16. Obligor: Does not report and pay taxes directly.

17. Obligor has the following [prepayment, cancellation, termination]. See Contract Documents if applicable

18. The Contracts are not Residual Contracts

19. Residual Value: $0

20. [Intentionally omitted]

21. All unapplied security deposits, advance payments and other similar collateral and items delivered to Assignee are set forth on Schedule B attached hereto and made a part hereof.

22. With respect to personal property taxes due in connection with the Equipment subject to the Contracts, the parties

agree that if Assignor receives a personal property tax bill, or other similar assessment, because it owned the Equipment at the time of the applicable state lien date, then Assignor will promptly forward such tax bill to Assignee in a sufficient timely manner to permit Assignee to bill and collect from the Lessee the amount set forth in such personal property tax bill. Upon Assignee's receipt of such amount for personal property tax from Obligor, Assignee will promptly remit such amount to Assignor, who will then remit it in a timely manner to the applicable taxing authority. Nothing contained herein, however, shall impose any liability upon Assignee for: (a) any personal property tax that was assessed while Assignor was the owner of the Equipment prior to the Closing Date; (b) or any penalties, fines, or other amounts incurred in connection with such personal property taxes due to: (i) a failure by Assignor to timely submit the personal property tax bill to Assignee for collection; or (ii) a failure by Assignor to timely remit the collected personal property taxes from Lessee to the applicable taxing jurisdictions.

23. Notwithstanding any representation, warranty or covenant in the Agreement to the contrary, Assignee acknowledges that the last payment due under Contract 101-0000856-000 with Tenet Healthsystem Hahnemann, LLC not been paid and that Assignee is purchasing this Contract despite the fact that all payments due under this Contract have not yet been paid without recourse to Assignor with respect to this last payment having not been made as of the Closing Date.

24. Discount Rate: See Schedule A1. Payments to Assignee are in arrears.

25. Effective Date: June 1, 2017

26. Closing Date: May 22nd, 2017

Additional terms and conditions of the sale and assignment described in this Specification are set forth on Schedule C attached hereto and made part hereof. If there is any conflict between the terms of this Specification (including the terms and conditions set forth on Schedule C) and the terms of the Agreement, the terms of this Specification shall control.

Assignor and Assignee each confirm that their respective representations and warranties contained in the Agreement are, except as specifically noted in section 23 of this Specification, true and correct on and as of the Closing Date.

Siemens Financial Services, Inc.
Assignor
By: _____

Print Name: _____Gary Amos_____
Title: ___CEO, COF Americas___

By: _____

Print Name: _____Mark Clemm_____
                 Vice President
Title: _____

People's Capital and Leasing Corp.
Assignee
By: _____Raquel Hardubry_____

Print Name: ___RAQUEL HARDUBY___

Title: ___AVP - Documentation___

**SCHEDULE A TO SPECIFICATION
OF ASSIGNED INTEREST
Closing Date: May 22, 2017**

Attached to and made a part of Specification of Assigned Interest dated as of May 22, 2017.

1. The Contract Documents for Tenet Healthsystem Hahnemann, LLC, as Lessee, are as follows:

| | |
|---|---|
| XX | Master Equipment Lease Agreement with Tenet HealthSystem Medical, Inc. as Lessee dated 6-10-2011 |
| XX | Contract Addendum for Master Equipment Lease Agreement dated 6-10-2011 |
| XX | Original Leasing Schedule # 35052-51346 |
| XX | Original Contract Addendum for Leasing Schedule dated 11-1-2016 |
| XX | Original Payment Adjustment Letter dated 3-14-2017 |
| XX | Original Payment Amendment dated 4-17-2017 |
| XX | Delivery and Acceptance Certificate |
| XX | Corporate Guaranty of Tenet Healthcare Corporation |
| XX | Addendum to Corporate Guaranty Dated 11-1-2016 |
| XX | Officer's Certificate for Lessee and Guaranty |
| XX | UCC-1 Filing |
| XX | Insurance Certificate – Property & Liability |

The Assignment Documents are as follows:

1. Specification of Assigned Interest Closing Date May 22, 2017, as incorporating the terms and conditions of the Agreement.

2. Equipment Bill of Sale dated May 22, 2017

Assignee:
People's Capital and Leasing Corp.
by: _Raquel Handuby_
AVP - Documentation

Assignor:
Siemens Financial Services, Inc.

by: _Gary Amos_
CFO Americas

by: _____
Mark Clemm
Vice President

## SCHEDULE A1
### Dated May 22, 2017

| | |
|---|---|
| Contract # | **101-0000856-000** |
| Lessee Name | Tenet Healthsystem Hahnemann, LLC |
| Co-Lessee | Tenet Healthsystem Medical, Inc. |
| Guarantor | Tenet Healthcare Corporation |
| Lease # on Contract/Schedule | 35052-51346 |
| Original Equipment Cost & Upfront Sales Tax if applicable | $738,915.48 |
| Sales Tax | Upfront |
| Blind Vendor Discount | Yes |
| Original Term | 36 |
| Purchase Option | $1.00 |
| Last Siemens payment | 5/13/2017 |
| First Assigned Payment | 6/13/2017 |
| Remaining Term | 34 |
| Remaining Payments | 34 |
| Payment | $21,651.73 |
| Gross Receivable | $736,158.82 |
| Discount Rate | 4.12% |
| Purchase Price/Consideration | $694,310.26 |

## SCHEDULE B
## TO
## SPECIFICATION OF ASSIGNED INTEREST
Closing Date: May __, 2017

The following security deposits, advance payments and other similar collateral and items were delivered to Assignee on the Closing Date:

None

Assignee:
People's Capital and Leasing Corp.

by: _Raquel Hardwiby_
AVP - Documentation

Assignor:
Siemens Financial Services, Inc.

by: _____
Gary Amos
CEO CDF Americas

by: _____
Mark Clemm
Vice President

**SCHEDULE C**
**TO**
**SPECIFICATION OF ASSIGNED INTEREST**
**Closing Date: May 22, 2017**

Attached to and made a part of Specification of Assigned Interest Closing Date: May 22, 2017.

The additional terms and conditions are as follows:

1. In the event that (i) any default or event of default under the terms of the Contract, or any occurrence that with notice or the passage of time will become a default or event of default under the terms of the Contract, shall occur and be continuing (such Contract being referred to in this Schedule C as a "Defaulted Contract"), or (ii) Obligor shall request to modify, restructure or otherwise amend the Contract in connection with an Equipment upgrade or replacement, Assignor, at its sole discretion, shall have the right, but not the obligation, upon thirty (30) days prior written notice to Assignee, to repurchase the Contract and all other Purchased Assets for an amount equal to the Repurchase Price (as hereinafter defined). Any repurchase by Assignor pursuant to this provision shall be subject to the following conditions: (a) such sale by Assignee to Assignor shall be AS IS, WHERE IS, without recourse, representation or warranty of any kind by Assignee, except for a warranty that the Purchased Assets are free and clear of all liens or encumbrances created by or through Assignee; (b) at any time upon Assignor's reasonable written request, Assignee shall provide to Assignor copies of all material correspondence and/or agreements, including, without limitation, any modifications of the Contract or other Transaction Documents, with the Obligor and/or with respect to the Purchased Assets; and (c) Assignee covenants and agrees to execute and deliver to Assignor at the request of Assignor, all instruments, documents, agreements, affidavits, financing statements and certificates as Assignor may reasonably request to effect the repurchase of Purchased Assets described herein and to establish, preserve, protect, record and maintain Assignor's interests with respect thereto. In connection with a repurchase under subsection (ii) above, if, and only if, Assignor enters into a new contract with the applicable Obligor in replacement of the Contract or a modification of the Contract, Assignor will provide Assignee with a right of first refusal to purchase, at Assignor's then current rates, such new contract. As used herein, "Repurchase Price" means an amount equal to the sum of the following: (i) the remaining Scheduled Payments under the Contract not yet due, plus the Residual Value (as set forth in the Specification), if any, plus any other payments due under the Contract, such sum discounted monthly or quarterly in advance or in arrears, as applicable, to present value for the date of determination using the Discount Rate, plus (ii) past due and currently due Payments accrued and unpaid under the Contract (exclusive of any amounts included pursuant to the foregoing subsection (i)), including, without limitation, interest on such amounts at the Discount Rate from the date due to the date of payment, in each case, determined as of the date of payment by Assignor to Assignee.

Assignee:
People's Capital and Leasing Corp.
by: _Raquel Hardugy_
AVP Documentation

Assignor:
Siemens Financial Services, Inc.
by: _____
Gary Amos
CEO CDF Americas

by: _____
Mark Clemm
Vice President