# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., | ) ) ) ) | Case No. 19-11466 (KG) (Jointly Administered) |
| Debtors.¹ | ) ) ) | **Re: D.I.** _____ |

## ORDER COMPELLING ASSUMPTION OR REJECTION OF UNEXPIRED LEASES

THIS MATTER came before the Court on _____, 2019 upon the *Motion to Compel Assumption or Rejection of Unexpired Leases* ("Motion") submitted by People's Capital and Leasing Corp. ("People's Capital"). The Court, having reviewed the Motion and heard argument of counsel and being otherwise duly advised in the premises, finds that good cause exists to warrant granting the Motion. It is therefore,

**ORDERED** as follows:

1. The Debtors shall assume or reject the Lease Documents, as that term is defined in the Motion, by _____, 20__.

2. The Debtors shall pay, or give adequate assurance of the prompt payment of, all pre-petition sums due to People's Capital in the amount of $151,843.38 if it elects to assume the Lease Documents, or if the Debtors elect to reject the Lease Documents, the Debtors are to immediately surrender the Equipment, as that term is defined in the Motion, to People's Capital

---

[1] The following cases have been consolidated with the lead case: In re Philadelphia Academic Health System, LLC (19-11467-KG), In re St. Christopher's Healthcare, LLC (19-11468-KG), In re Philadelphia Academic Medical Associates, LLC (19-11469-KG), In re HPS of PA, L.L.C. (19-11470-KG), In re SCHC Pediatric Associates, L.L.C. (19-11471-KG), In re St. Christopher's Pediatric Urgent Care Center, L.L.C. (19-11472-KG), SCHC Pediatric Anesthesia Associates, L.L.C. (19-11473-KG), In re St. Chris Care at Northeast Pediatrics, L.L.C. (19-11474-KG), In re TPS of PA, L.L.C. (19-11475-KG), In re TPS II of PA, L.L.C. (19-11476-KG), TPS III of PA, L.L.C. (19-11477-KG), TPS IV of PA, L.L.C. (19-11478-KG), and TPS V of PA, L.L.C. (19-11480-KG).

and pay all post-petition sums due to People's Capital through the entry of the Order authorizing the rejection.

Dated: _____, 2020
       Wilmington, Delaware

                                                        _____
                                                        THE HONORABLE KEVIN GROSS
                                                        UNITED STATES BANKRUPTCY JUDGE