# EXHIBIT A

|  |  |
|---|---|
| | August 30, 2019 |
| Bill Number: | 408324 |
| File Number: | 19647 – 0019 |

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through July 31, 2019

## SUMMARY FOR THE ATTACHED DETAILED SHEETS

| AD | Asset Disposition | 5.30hrs | $ 3,105.00 |
|---|---|---|---|
| BU | Business Operations | 4.30hrs | 2,554.20 |
| FI | Financing and Cash Collateral | 51.30hrs | 24,564.15 |
| LC | Litigation: Contested Matters and Adversary Proceedings | 11.50hrs | 6,831.00 |
|  | CURRENT BILL FEE AMOUNT | 72.40hrs | $ 37,054.35 |

August 30, 2019
Bill Number: 408324
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through July 31, 2019

|  | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| Morton R. Branzburg | 0.80 | $ 540.00 | $ 432.00 |
| Douglas F. Schleicher | 13.40 | 549.00 | 7,356.60 |
| Domenic E. Pacitti | 20.30 | 594.00 | 12,058.20 |
| Gregory G. Gosfield | 21.80 | 585.00 | 12,753.00 |
| **Associate** | | | |
| Sally E. Veghte | 6.60 | 315.00 | 2,079.00 |
| Alison A. Besser Stoekl | 0.20 | 297.00 | 59.40 |
| Brett W. Peanasky | 1.60 | 256.50 | 410.40 |
| Zachary Perkins | 7.70 | 247.50 | 1,905.75 |
| TOTAL | 72.40 | | $ 37,054.35 |

August 30, 2019
Bill Number: 408324
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through July 31, 2019

### AD - Asset Disposition

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/19 | email with V. Marriott re: Drexel inquiry on Tower LOI | DEP | 0.20hrs | 594.00 | 118.80 |
| 07/07/19 | email with V. Marriott re: Drexel request for update on issues | DEP | 0.20hrs | 594.00 | 118.80 |
| 07/08/19 | email with V. Marriott re: Drexel request for update on Tower proposal | DEP | 0.20hrs | 594.00 | 118.80 |
| 07/08/19 | email with client and Saul Ewing team re: update on Tower proposal | DEP | 0.20hrs | 594.00 | 118.80 |
| 07/09/19 | email with V. Marriott re: Drexel request for update on Tower LOI | DEP | 0.20hrs | 594.00 | 118.80 |
| 07/09/19 | review Tower LOi | DEP | 0.30hrs | 594.00 | 178.20 |
| 07/09/19 | emails with client and Saul Ewing team re: Tower LOI and request for assistance re: regulatory approvals | DEP | 0.30hrs | 594.00 | 178.20 |
| 07/10/19 | call with V. Marriott re: status closure motion and ACGME issues | DEP | 0.30hrs | 594.00 | 178.20 |
| 07/10/19 | email with client and Sal Ewing team, re: V. Marrioitt inquiry re: closure motion and ACGME | DEP | 0.20hrs | 594.00 | 118.80 |
| 07/10/19 | review Tower letter of intent and motion | MRB | 0.80hrs | 540.00 | 432.00 |
| 07/11/19 | email with client re: ACGME meeting and coordination with Drexel | DEP | 0.30hrs | 594.00 | 178.20 |
| 07/11/19 | call with V,. Marriott re: ACGME meeting and continued hearings | DEP | 0.30hrs | 594.00 | 178.20 |
| 07/15/19 | review Statement of Drexel University in Support of Debtors Motion for Entry of Orders Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets | DEP | 0.60hrs | 594.00 | 356.40 |
| 07/18/19 | review objections to Motion to establish bid procedures re: Resident Program Assets | DEP | 1.20hrs | 594.00 | 712.80 |

TOTAL FEES .......................................................................... $ 3,105.00

### BU - Business Operations

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/19 | attend meeting with S. Attestova and Drexel attorneys re: discussions and negotiations on resolution of various issues with Drexel | DEP | 4.00hrs | 594.00 | 2,376.00 |
| 07/05/19 | call from V. Marriot re: Drexel issues and update on process | DEP | 0.30hrs | 594.00 | 178.20 |

TOTAL FEES .......................................................................... $ 2,554.20

August 30, 2019
Bill Number: 408324
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through July 31, 2019

**FI - Financing and Cash Collateral**

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/19 | analysis of JMB Credit Agreement issues as to environmental and Loan Parties representations (1.0)/review reconciliation with lease issues (.60) | GGG | 1.60hrs | 585.00 | 936.00 |
| 07/05/19 | review emails and draft documents re loan transaction (.80)/phone call APerno re status of various items (testing, reports) (1.0)/provide guidance re issues to address for loan (1.0) | DFS | 2.80hrs | 549.00 | 1,537.20 |
| 07/05/19 | tax lien analysis for financing closing | GGG | 1.60hrs | 585.00 | 936.00 |
| 07/05/19 | JMB loan issues and analysis | GGG | 1.30hrs | 585.00 | 760.50 |
| 07/08/19 | coordination and framing environmental issues and current status of performance | GGG | 3.60hrs | 585.00 | 2,106.00 |
| 07/08/19 | review correspondence from tax counsel re City lien (.20)/analyze deeds and subdivision records (.40)/confer with G. Gosfield (.20)/follow-up re finalization of advise re: tax and lien issues and resolving lien (.40) | BWP | 1.20hrs | 256.50 | 307.80 |
| 07/08/19 | review prior loan agreement and schedules and review reports | DFS | 2.20hrs | 549.00 | 1,207.80 |
| 07/09/19 | review of MidCap DIP credit agreement in reconciliation with mortgage and conditions | GGG | 3.80hrs | 585.00 | 2,223.00 |
| 07/09/19 | review and revise schedules for loan agreement | DFS | 1.40hrs | 549.00 | 768.60 |
| 07/10/19 | compare title commitment exceptions to permitted exceptions in mortgages and prepare email correspondence to the client on the same | ZP | 2.90hrs | 247.50 | 717.75 |
| 07/10/19 | review documents and confer with G. Gosfield regarding circumstances surrounding zoning provisions and loan documents | SEV | 1.40hrs | 315.00 | 441.00 |
| 07/10/19 | research and analyze bankruptcy cases regarding treatment of easements under the bankruptcy code in the context of Financing | SEV | 3.60hrs | 315.00 | 1,134.00 |
| 07/10/19 | review of MidCap DIP credit agreement for real estate issues in connection with post-closing issues (2.0) / analysis of use issues (1.0) / analysis of consequence of title exceptions and municipal charges (1.5) | GGG | 4.50hrs | 585.00 | 2,632.50 |
| 07/11/19 | review first priority mortgage for confession of judgment language | ZP | 0.50hrs | 247.50 | 123.75 |
| 07/11/19 | summary to client of MidCap DIP credit agreement and mortgage real estate issues (1.5) /summary of consequence of title exceptions and municipal charges (1.4) | GGG | 2.90hrs | 585.00 | 1,696.50 |
| 07/11/19 | additional research regarding general provisions of code sections 363 | SEV | 1.60hrs | 315.00 | 504.00 |

August 30, 2019
Bill Number: 408324
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through July 31, 2019

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | and impact on easements | | | | |
| 07/11/19 | analyze and compare property charts to confirm correct addresses and OPA designations | BWP | 0.40hrs | 256.50 | 102.60 |
| 07/11/19 | review updated schedules and loan documents (1.3) /conference GGosfield re same/provide comments to same (.50) | DFS | 1.80hrs | 549.00 | 988.20 |
| 07/12/19 | analyzing diligence disclosure documents | AAB | 0.20hrs | 297.00 | 59.40 |
| 07/12/19 | analysis and strategy for environmental disclosures | GGG | 2.10hrs | 585.00 | 1,228.50 |
| 07/12/19 | conference GGosfield re status of loan and environmental issues and disclosures pertinent to same (1.0)/review prior schedules and new information, as well as loan provisions (1.0)/phone calls SAttestatova re loan issues, modifying provisions in the loan documents (.6)/review same and schedules to same (1.0)/conference GGosfield re providing information to prospective lender | DFS | 3.60hrs | 549.00 | 1,976.40 |
| 07/15/19 | review prior title commitment against new commitment (.80) / call with title company re mortgage status (1.0) / prepare changes to owner's affidavit and coordinate resolutions with client (1.0) | ZP | 2.80hrs | 247.50 | 693.00 |
| 07/15/19 | review credit agreement and schedules (.80)/email from Saul Ewing with questions (.40)/review pertinent documents and respond to same re credit agreement (.40) | DFS | 1.60hrs | 549.00 | 878.40 |
| 07/15/19 | complete title company requirements for deliverables | GGG | 0.40hrs | 585.00 | 234.00 |
| 07/17/19 | email correspondence with title co re consents (.60)/email correspondence with title co and client re invoice (.40)/review and comment on no survey change affidavit (.30) | ZP | 1.30hrs | 247.50 | 321.75 |
| 07/19/19 | run comparison of prior title affidavits to new affidavits | ZP | 0.20hrs | 247.50 | 49.50 |
| | TOTAL FEES | | | | $ 24,564.15 |

**LC - Litigation: Contested Matters and Adversary Proceedings**

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/19 | review pleadings and documents to prepare for first day hearings | DEP | 4.00hrs | 594.00 | 2,376.00 |
| 07/02/19 | meet with client and other advisors to prepare for first day hearings | DEP | 2.00hrs | 594.00 | 1,188.00 |
| 07/02/19 | attend first day hearings | DEP | 2.50hrs | 594.00 | 1,485.00 |
| 07/19/19 | attend bid procedures hearing | DEP | 3.00hrs | 594.00 | 1,782.00 |
| | TOTAL FEES | | | | $ 6,831.00 |

# EXHIBIT B

August 30, 2019
Bill Number: 408324
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through July 31, 2019

## **DISBURSEMENT SCHEDULE**

TOTAL $0.00