# EXHIBIT A

                                   September 25, 2019
Bill Number: 409750
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through August 31, 2019

## SUMMARY FOR THE ATTACHED DETAILED SHEETS

| | | | | |
|---|---|---|---|---|
| 02 | Asset Disposition | | 7.60hrs | $ 5,016.00 |
| 05 | Claims Administration and Objections | | 1.80hrs | 1,072.50 |
| 09 | Financing | | 3.30hrs | 2,035.50 |
| | TOTAL | | 12.70hrs | $ 8,124.00 |
| | 10% DISCOUNT | | | -$ 812.40 |
| | CURRENT BILL FEE AMOUNT | | | $ 7,311.60 |

September 25, 2019
Bill Number:   409750
File Number:   19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through August 31, 2019

|  | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| Domenic E. Pacitti | 9.10 | $ 660.00 | $ 6,006.00 |
| Gregory G. Gosfield | 3.00 | 650.00 | 1,950.00 |
| **Associate** | | | |
| Brett W. Peanasky | 0.30 | 285.00 | 85.50 |
| Zachary Perkins | 0.30 | 275.00 | 82.50 |
| TOTAL | 12.70 | | $ 8,124.00 |

September 25, 2019
Bill Number: 409750
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through August 31, 2019

## 02 - Asset Disposition

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/06/19 | emails with V. Marriott re: status of sale and auction | DEP | 0.30hrs | 660.00 | 198.00 |
| 08/06/19 | emails with J. Hampton re: update on sale and auction | DEP | 0.20hrs | 660.00 | 132.00 |
| 08/07/19 | attend preliminary meetings re: auction and meet with V. Marriott re: Drexel issues | DEP | 4.30hrs | 660.00 | 2,838.00 |
| 08/13/19 | emails with client and Saul team re: Drexel artwork in buildings | DEP | 0.20hrs | 660.00 | 132.00 |
| 08/23/19 | emails with V. Marriott re: CMS issues on pending sale | DEP | 0.30hrs | 660.00 | 198.00 |
| 08/28/19 | emails and call with V. Marriott re: Drexel contracts on potential assumption list re: St. Chris | DEP | 0.70hrs | 660.00 | 462.00 |
| 08/28/19 | work on reconciliation of: Drexel contracts on potential assumption list re: St. Chris and email client re: same | DEP | 1.10hrs | 660.00 | 726.00 |
| 08/29/19 | call with clients re: Drexel contract list and issues | DEP | 0.50hrs | 660.00 | 330.00 |
| | TOTAL FEES | | | | $ 5,016.00 |

## 05 - Claims Administration and Objections

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/06/19 | email correspondence with title and client re title affidavits | ZP | 0.30hrs | 275.00 | 82.50 |
| 08/13/19 | email; from V. Marriott re: Amounts Owed to Drexel for July, 2019 and email with A. Wilen re: same | DEP | 0.30hrs | 660.00 | 198.00 |
| 08/15/19 | call with A. Wielen re: Amounts Owed to Drexel for July, 2019 | DEP | 0.30hrs | 660.00 | 198.00 |
| 08/21/19 | emails and call with A. Wilen re: Drexel art work and amounts owed to Drexel | DEP | 0.50hrs | 660.00 | 330.00 |
| 08/27/19 | emails and call with V. Marriott re: open issues on Drexel | DEP | 0.40hrs | 660.00 | 264.00 |
| | TOTAL FEES | | | | $ 1,072.50 |

## 09 - Financing

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/06/19 | conference client on real estate issues in Financing | GGG | 0.60hrs | 650.00 | 390.00 |
| 08/08/19 | review operating companies issues for DIP | GGG | 0.80hrs | 650.00 | 520.00 |
| 08/28/19 | review environmental issues | GGG | 1.30hrs | 650.00 | 845.00 |

September 25, 2019
Bill Number: 409750
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through August 31, 2019

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/19 | obtain and review records and correspondence for final OPA accounts to provide to non-debtor counsel | BWP | 0.30hrs | 285.00 | 85.50 |
| 08/29/19 | retrieve and circulate real estate ID in final for DIP | GGG | 0.30hrs | 650.00 | 195.00 |

TOTAL FEES .......................................................................... $ 2,035.50

# EXHIBIT B

                                      September 25, 2019
Bill Number: 409750
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through August 31, 2019

## DISBURSEMENT SCHEDULE

| | |
|---|---:|
| Conference Call Charges | $ 30.00 |
| TOTAL | $30.00 |