# EXHIBIT A

October 5, 2019
Bill Number: 410502
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through September 30, 2019

## SUMMARY FOR THE ATTACHED DETAILED SHEETS

| | | | | |
|---|---|---|---|---|
| 02 | Asset Disposition | | 51.20hrs | $ 33,574.00 |
| 04 | Case Administration | | 3.20hrs | 1,120.00 |
| 07 | Fee/Employment Applications | | 2.10hrs | 472.50 |
| 09 | Financing | | 1.30hrs | 845.00 |
| | Total | | 57.80hrs | $ 36,011.50 |
| | 10% Discount | | | -$3,601.15 |
| | CURRENT BILL FEE AMOUNT | | | $32,410.35 |

October 5, 2019
Bill Number: 410502
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through September 30, 2019

|  | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| Douglas F. Schleicher | 4.10 | $ 610.00 | $ 2,501.00 |
| Domenic E. Pacitti | 45.80 | 660.00 | 30,228.00 |
| Gregory G. Gosfield | 2.60 | 650.00 | 1,690.00 |
| **Associate** | | | |
| Sally E. Veghte | 3.20 | 350.00 | 1,120.00 |
| **Paralegal** | | | |
| Melissa K. Hughes | 2.10 | 225.00 | 472.50 |
| TOTAL | 57.80 | | $ 36,011.50 |

October 5, 2019
Bill Number: 410502
File Number: 19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through September 30, 2019

## 02 - Asset Disposition

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/19 | emails re conditions at property | DFS | 0.70hrs | 610.00 | 427.00 |
| 09/04/19 | attend hearing on Resident Asset Sale Motion | DEP | 4.00hrs | 660.00 | 2,640.00 |
| 09/05/19 | review Drexel objection and contracts to reconcile cures and contract discrepancy | DEP | 1.50hrs | 660.00 | 990.00 |
| 09/05/19 | call with A. Wilen, Miriam Hogan re: Drexel contracts | DEP | 1.50hrs | 660.00 | 990.00 |
| 09/05/19 | call with V. Marriott re: Drexel contract issues | DEP | 0.50hrs | 660.00 | 330.00 |
| 09/10/19 | emails with re environmental issues at property | DFS | 0.60hrs | 610.00 | 366.00 |
| 09/11/19 | review Drexel agreements at St. Chris for meeting with clients on 9/12 and outline issues | DEP | 5.40hrs | 660.00 | 3,564.00 |
| 09/12/19 | review analysis of Drexel agreements (2.50) / meeting in Phila. with A. Wilen and hospital team re: Drexel contracts at St. Chris and related issues for upcoming sale (2.0) | DEP | 4.50hrs | 660.00 | 2,970.00 |
| 09/17/19 | emails re call and review materials for environmental issues | DFS | 0.50hrs | 610.00 | 305.00 |
| 09/18/19 | prepare for call re environmental conditions at properties | DFS | 2.30hrs | 610.00 | 1,403.00 |
| 09/18/19 | review bids (3.0) call with S. Victor re: bids (.40) | DEP | 3.40hrs | 660.00 | 2,244.00 |
| 09/19/19 | attend pre-auction meetings with client, advisors and bidder including review and discussions of bids and attend auction | DEP | 15.00hrs | 660.00 | 9,900.00 |
| 09/20/19 | attend pre-auction meetings with client, advisors and bidder including review and discussions of bids and attend auction | DEP | 10.00hrs | 660.00 | 6,600.00 |
| 09/23/19 | review file re: issues | GGG | 1.30hrs | 650.00 | 845.00 |
| | TOTAL FEES | | | | $ 33,574.00 |

## 04 - Case Administration

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/19 | assist in setting up ShareFile site and confer with S. Voit to provide link for uploading Drexel documents and contracts | SEV | 0.60hrs | 350.00 | 210.00 |
| 09/03/19 | download and organize Drexel documents and contracts from ShareFile site | SEV | 1.40hrs | 350.00 | 490.00 |

October 5, 2019
Bill Number:   410502
File Number:   19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through September 30, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/11/19 | download/organize and review Drexel contracts as bound reference material to prepare for meeting | SEV | 1.20hrs | 350.00 | | 420.00 |
| | TOTAL FEES | | | | | $ 1,120.00 |

**07 - Fee/Employment Applications**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/26/19 | draft KHHB's First Monthly Fee Application for July 7, 2019 through July 31, 2019/Notice/Charts/Certification and prepare email attaching same to D. Pacitti for review | MKH | 2.10hrs | 225.00 | | 472.50 |
| | TOTAL FEES | | | | | $ 472.50 |

**09 - Financing**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/24/19 | review file re: issues | GGG | 1.30hrs | 650.00 | | 845.00 |
| | TOTAL FEES | | | | | $ 845.00 |

# EXHIBIT B

October 5, 2019
Bill Number:   410502
File Number:   19647 – 0019

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through September 30, 2019

## **DISBURSEMENT SCHEDULE**

| | |
|---|---:|
| Travel | $ 129.00 |
| TOTAL | $129.00 |