# EXHIBIT A



919 N. Market Street | Suite 1000  
Wilmington, DE 19801  
t 302.426.1189  f 302.426.9193  
www.klehr.com

November 18, 2019

Philadelphia Academic Health System, LLC  
Svetlana Attestatova  
1500 Market Street, 24th Floor  
West Tower Center Square  
Philadelphia, PA  19102

Invoice #: 412736  
Client #: 19647  
Matter #: 0019

For professional services through October 31, 2019:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Asset Analysis & Recovery**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/19 | GGG | review file re: Drexel issues | .80 | 650.00 | 520.00 |
| 10/02/19 | GGG | review file re: Drexel issues | .70 | 650.00 | 455.00 |

**Task Total:** **$ 975.00**

**Asset Disposition**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/19 | DEP | emails with M. Hogan and S. Voit re: coordinate meeting and issues on Drexel contracts | .30 | 660.00 | 198.00 |
| 10/07/19 | DEP | emails with M. Hogan and S. Voit re: questions on Drexel contracts and list of same | .70 | 660.00 | 462.00 |
| 10/08/19 | DEP | meeting with M. Hogan and S. Voit re: review of Drexel contracts for rejection | 2.50 | 660.00 | 1,650.00 |
| 10/14/19 | DEP | email with M. Hogan re: Drexel contracts | .10 | 660.00 | 66.00 |
| 10/14/19 | DEP | call with A. Wilen re: Drexel contracts | .30 | 660.00 | 198.00 |
| 10/16/19 | DEP | call from V. Marriott re: PBX system issues with Drexel and Tenet | .50 | 660.00 | 330.00 |
| 10/17/19 | DEP | call with V. Marriott re: contract issues | .60 | 660.00 | 396.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/19 | DEP | email from V. Marriott re: proposed stipulation dealing with the PBX system and review of same and review of contracts related to same | 1.60 | 660.00 | 1,056.00 |
| 10/18/19 | DEP | numerous emails with clients re: proposed stipulation from Drexel dealing with the PBX system | .70 | 660.00 | 462.00 |
| 10/25/19 | DEP | review Drexel Contracts for rejection | 4.50 | 660.00 | 2,970.00 |
| 10/25/19 | DEP | draft Sixth Omnibus Rejection Motion related to Drexel Contracts at Hahnemann | 2.30 | 660.00 | 1,518.00 |
| 10/28/19 | DEP | further revision of DRAFT Sixth Omnibus Rejection Motion - Drexel Contracts @ Hahnemann | .40 | 660.00 | 264.00 |
| 10/29/19 | DEP | email clients with DRAFT of Sixth Omnibus Rejection Motion - Drexel Contracts @ Hahnemann | .10 | 660.00 | 66.00 |
| 10/31/19 | DEP | numerous emails with M. Hogan, A. Wilen, S. Voit and M. DiSabitino re: Sixth Omnibus Motion to Reject Contracts | 1.30 | 660.00 | 858.00 |
| 10/31/19 | DEP | review proposed changes from client to DRAFT Sixth Omnibus Rejection Motion - Drexel Contracts @ Hahnemann | .60 | 660.00 | 396.00 |
| 10/31/19 | DEP | emails with S. Voit and Omni team re: noticing DRAFT Sixth Omnibus Rejection Motion - Drexel Contracts @ Hahnemann | .80 | 660.00 | 528.00 |

**Task Total:** $ 11,418.00

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/19 | MKH | draft KHHB's second and third monthly fee applications for August and September 2019 and prepare email to D. Pacitti attaching same for review | 2.60 | 225.00 | 585.00 |
| 10/28/19 | MKH | revise KHHB's first monthly fee application for July 2019 | .80 | 225.00 | 180.00 |

**Task Total:** $ 765.00

**Data Analysis**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/08/19 | DNR | draft Drexel contract schedules | 2.20 | 280.00 | 616.00 |
| 10/09/19 | DNR | draft Drexel contract schedules | .20 | 280.00 | 56.00 |
| 10/10/19 | DNR | draft schedules for Drexel contracts | 3.50 | 280.00 | 980.00 |

**Task Total:** $ 1,652.00

19647: Philadelphia Academic Health System, LLC　　　　　　　　　　　　　　November 18, 2019
0019: Chapter 11　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice #: 412736

**TOTAL PROFESSIONAL SERVICES**　　　　　　　　　$ 14,810.00

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 17.30 | 660.00 | 11,418.00 |
| Gosfield, Gregory G. | Partner | 1.50 | 650.00 | 975.00 |
| Russ, Danielle N. | Associate | 5.90 | 280.00 | 1,652.00 |
| Hughes, Melissa K. | Paralegal | 3.40 | 225.00 | 765.00 |
| **TOTALS** | | **28.10** | | **$ 14,810.00** |

　　　　　　　　　　　　　　**TOTAL**　　　　　　　　　　　　　　$ 14,810.00
　　　　　　　　　　　　　　**10% Discount**　　　　　　　　　　　-$ 1,481.00

　　　　　　　　　　　　　　**TOTAL THIS INVOICE**　　　　　　　$ 13,329.00

# EXHIBIT B

|   |   |
|---|---|
|   | November 18, 2019 |
| Bill Number: | 412736 |
| File Number: | 19647 – 0019 |

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through October 31, 2019

## **DISBURSEMENT SCHEDULE**

| | |
|---|---|
| TOTAL | $0.00 |