# EXHIBIT A



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

December 20, 2019

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #: 414528
Client #: 19647
Matter #: 0019

For professional services through November 30, 2019:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Asset Analysis & Recovery**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/19 | DEP | Work on Drexel contract rejection motion and issues | 3.00 | 660.00 | 1,980.00 |
| 11/01/19 | DEP | Numerous emails with clients and M. DiSabitino re: Drexel contract issues | .70 | 660.00 | 462.00 |
| 11/12/19 | DEP | Emails and calls with V. Marriott re: HSRE leases and shared services | 1.00 | 660.00 | 660.00 |
| 11/15/19 | DEP | Emails and calls with V. Marriott re: HSRE leases and shared services | .70 | 660.00 | 462.00 |
| 11/18/19 | DEP | Emails and calls with V. Marriott and Saul Ewing team re: HSRE leases and shared services | 1.80 | 660.00 | 1,188.00 |

**Task Total:** **$ 4,752.00**

**Asset Disposition**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/19 | DEP | Revise rejection motion for client sign off | 1.60 | 660.00 | 1,056.00 |
| 11/04/19 | DEP | Emails with M. Hogan and A, Wilen re: timing for rejection of various contracts | .80 | 660.00 | 528.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/19 | DEP | Call with M. Hogan a re: timing for rejection of various contracts | .40 | 660.00 | 264.00 |
| 11/04/19 | DEP | Call with S. Voit re: finalize list of contracts to reject | .20 | 660.00 | 132.00 |
| 11/04/19 | DEP | Emails with V. Marriott re: contract rejection | .20 | 660.00 | 132.00 |
| 11/15/19 | DEP | Emails and calls with V. Marriott re: motion to reject HSRE leases and status of discussions | .40 | 660.00 | 264.00 |
| 11/15/19 | DEP | Emails and calls with A. Isenberg re: motion to reject HSRE leases and status of discussions | .50 | 660.00 | 330.00 |
| 11/18/19 | DEP | Emails and calls with V. Marriott and A. Isenberg re: motion to reject HSRE leases and status of discussions | .40 | 660.00 | 264.00 |
| 11/20/19 | DEP | Call with Saul Ewing team, V. Marriott and S. Brown re: shared services | .50 | 660.00 | 330.00 |

**Task Total:** $ 3,300.00

## Case Administration

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/19 | MKH | Review revise and prepare Certificate of No Objection Regarding Sixth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts, Nunc Pro Tunc to November 4, 2019 or Upon Closing of St. Christopher's Sale/proposed order for filing and efile same with Bankruptcy Court and upload order and exhibit re same | .60 | 225.00 | 135.00 |

**Task Total:** $ 135.00

## Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/19 | MKH | Revise KHHB's First, Second and Third Monthly Fee Applications and prepare email to D. Pacitti attaching same for review | 1.50 | 225.00 | 337.50 |

**Task Total:** $ 337.50

19647: Philadelphia Academic Health System, LLC  
0019: Chapter 11

December 20, 2019  
Invoice #: 414528

| | |
|---|---:|
| **TOTAL PROFESSIONAL SERVICES** | **$ 8,524.50** |
| 10% Discount | $ -852.45 |
| **NET PROFESSIONAL SERVICES** | **$ 7,672.05** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Pacitti, Domenic E. | Partner | 12.20 | 660.00 | 8,052.00 |
| Hughes, Melissa K. | Paralegal | 2.10 | 225.00 | 472.50 |
| **TOTALS** | | **14.30** | | **$ 8,524.50** |

**TOTAL THIS INVOICE** $ 7,672.05

# EXHIBIT B

|  |  |
|---|---|
| | December 20, 2019 |
| Bill Number: | 414528 |
| File Number: | 19647-0019 |

Philadelphia Academic Health System, LLC

RE: Chapter 11

Through October 31, 2019

## DISBURSEMENT SCHEDULE

| | |
|---|---:|
| TOTAL | $0.00 |