UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered) |

## PATIENT CARE OMBUDSMAN'S FINAL REPORT

In accordance with Section 333(b)(2) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Suzanne Koenig (the "**Ombudsman**"), in her capacity as the patient care ombudsman appointed in the above-captioned Chapter 11 cases commenced by Center City Healthcare, LLC, d/b/a Hahnemann University Hospital ("**Hahnemann Hospital**") and certain affiliates (collectively, the "**Debtors**"), respectfully submits this final report (the "**Final Report**") for the time period from November 4, 2019 to the date of this Final Report (the "**Report Period**").

On September 3, 2019, the Ombudsman filed her first report (the "**First Report**") [Docket No. 632]. On October 16, 2019, the Ombudsman filed her *Statement in Support of Debtors' Motion for Stay Pending Appeal of Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (the "**Statement**") [Docket No. 871].  On November 4, 2019, the Ombudsman filed her second report (the "**Second Report**") [Docket No. 957].  This Final Report supplements the First Report, the Statement and the Second Report.

I. **GENERAL BACKGROUND**

On June 30, 2019 and July 1, 2019, as applicable, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**").  On July 2, 2019, this Court entered an order directing the appointment of a patient care ombudsman [Docket No. 83].  On July 3, 2019, the Office of the United States Trustee appointed Suzanne A. Koenig as the Ombudsman in these cases. [Docket No. 95].

II. **SUMMARY OF OMBUDSMAN'S MONITORING AND OBSERVATIONS**

The following summarizes the Ombudsman's observations during this Report Period:

A. **Hahnemann University Hospital**

On June 26, 2019, the parent company of Hahnemann Hospital announced the closing of Hahnemann Hospital.  On July 25, 2019, the last remaining patient at Hahnemann Hospital was discharged.  On August 16, 2019, the emergency department and Hahnemann Hospital closed their doors.  Hahnemann Hospital has been closed for the entirety of the Report Period.  On November 1, 2019, the Commonwealth of Pennsylvania Secretary of Health filed correspondence with this Court regarding the revocation of Hahnemann Hospital's license and certain closure issues [Docket No. 945].  The Ombudsman had previously been assured by the Debtors that all closure issues at Hahnemann Hospital had been or were being addressed.

B. **St. Christopher's Hospital for Children**

The Ombudsman's observations regarding St. Christopher's Hospital for Children ("**STC**" or the "**Hospital**") are based solely upon the visit referenced below and observations and interviews conducted during that visit:

1. **Overview of Facility**

STC is located at 160 East Erie Ave, Philadelphia, Pennsylvania. The Ombudsman's representatives made one visit to STC during the Report Period. This visit occurred on November 21, 2019. On the date of this visit, the Ombudsman's representatives entered through the main lobby. There were numerous adults and children in the waiting area during the visit. The receptionist informed the Hospital administration that the Ombudsman's representatives were on site.

2. **Administrative Meeting**

The chief nursing officer (the "**CNO**") and the director of quality met with the Ombudsman's representatives. The CNO and director of quality told the Ombudsman's representatives that the Pennsylvania Department of Health had visited the Hospital the prior week in response to a complaint of inadequate supplies at the Hospital. The Department of Health representatives exited several days later without establishing or confirming any concern regarding the availability of supplies. A federal survey was conducted during the following week. The surveyors exited after a few days and the Hospital is waiting for written reports from both groups. According to the CNO and the director of quality, the concerns were not objectively substantiated.

Medline Industries, Inc. ("**Medline**") is the primary vendor of medical supplies to STC. Medline requires payments to be wired to them ahead of any delivery of medical supplies.

3

According to the CNO and the director of quality, this system has been successful in maintaining an adequate inventory of supplies at STC. The director of quality also told the Ombudsman's representatives that supply meetings with key financial staff members occur weekly in order to project costs and to ensure that there are funds available for the required payments requested by Medline. Daily "huddles" with the nursing staff also take place in order to confirm that there are adequate supplies available for patient needs.

The supplies are maintained on each unit of the Hospital and offsite. The Ombudsman's representatives observed ongoing construction at the Hospital in order to increase the size of the storage area for the supplies. This project is ongoing to allow for onsite storage of all supplies and to eliminate the need for offsite storage.

The materials management department monitor supply levels and report any problems with attaining adequate supplies to the CNO and the director of quality. The staff from the materials management department is available twenty-four hours a day, seven days per week and "walk the shelves" to verify periodic automatic replenishment ("**PAR**") levels. The PAR levels were developed by the administrative nursing staff and the materials management staff. The materials management department director is on call twenty-four hours a day in case of an emergency need for a specific item.

After the tour, the Ombudsman's representatives met with the director of nursing and the director of quality to discuss their findings.

3. **Facility Tour Observations**

One of the Ombudsman's representatives and the director of quality toured supply rooms on several floors of the Hospital. The individual medical supply storage on the nursing units is housed in Omnicell units. These units have a built-in scanner that will not allow the staff to

remove an item unless they identify the patient, their medical records number and what item is being removed. This system enables the maintenance of an accurate inventory of medical supplies. The materials management staff is responsible for confirming that sufficient supplies are made available to the units. In doing so, they not only deliver, but also stock each item.

Supplies are categorized in bins with a corresponding green button for the nurse to press after removal of each specific item. After the green button is pressed, inventory data is transmitted to materials management, and reports can be produced at any time showing current inventory PAR levels for each unit. However, if a nurse chooses to remove several items other than the one that has been keyed into the system, the inventory counts become corrupted.

The Ombudsman's representatives toured the Oncology Transplant Unit and observed an Omnicell unit that had several bins nearly empty, as well as an open case of syringes left unattended on a table without having been put into stock. The Ombudsman's representatives interviewed a transplant unit staff member who told the Ombudsman's representatives that they were frequently out of medical supplies. Material management staff was reported to be unavailable at times, resulting in the units borrowing from each other. According to the staff, at least two elective medical procedures were reported to have been rescheduled by attending physicians due to the lack of supplies. The nurses reported that weekends are more problematic with supply availability and on the previous Friday, they were out of paper towels and hand soap. The nurses told the Ombudsman's representatives that this has happened more than once.

4. **Assessment of Supply Observations**

The Ombudsman's representatives, the CNO and the director of quality reviewed the Ombudsman's representatives' observations and the information that was reported to them by the staff. In the Ombudsman's opinion, it appears the Hospital has adequate supplies in its

inventory, but it has an internal problem with the timely delivery of supplies to the proper locations. There are questions about which staff members are responsible for certain tasks relating to obtaining supplies and the use of the Omnicell.

The staff's major concerns with respect to supplies include:

- elective and/or medical procedures that are being delayed due to the lack of supplies; and

- the supplies brought to the storage room are not being properly stocked into bins.

The floor staff members have developed a negative attitude and are verbally expressing their concerns. In the Ombudsman's opinion, there appears to be a need for staff education on the proper use of the Omnicell units and a confirmation by the administration that the materials management staff will be available on a twenty-four hour basis to complete their assigned tasks.

### 5. Emergency Department

The Ombudsman's representatives visited the emergency department and observed well stocked supply units. However, the staff reported that they do not always have sufficient supplies on hand and procedures are often delayed as a result. Linen was noted to be available in enough quantities and odor free, but the Ombudsman's representatives observed several of the sheets to be stained.

### III. CONCLUSION

This is the Ombudsman's Final Report to the Court. In addition to the foregoing, during the Report Period, the Ombudsman discussed with the Debtors and monitored the sale process for STC. As part of that process, the Ombudsman was informed by the Debtors that all patients and medical records would be transferred to the new owner and that care would continue to be provided after the sale of the Hospital to the neediest children in the area.

Dated: January 3, 2020

                                        PATIENT CARE OMBUDSMAN

                                        By:  /s/ *Suzanne Koenig*
                                             Suzanne Koenig, solely in her capacity
                                             as Patient Care Ombudsman in the
                                             above-captioned cases