## CERTIFICATE OF SERVICE

I, Bryan J. Hall, hereby certify that on January 3, 2020, I served or caused to be served the foregoing *Reservation of Rights of Philadelphia College of Osteopathic Medicine Regarding the Seventeenth Omnibus Motion to Reject* by CM/ECF upon those parties registered to receive such electronic notifications in these cases and by first class mail upon the following parties:

Mark Minuti
Monique B. DiSabatino
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19899

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102

Thomas M. Horan
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 300
Wilmington, Delaware 19899-2323

Andrew H. Sherman
Boris I. Mankovetskiy
SILLS CUMMIS & GROSS P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102

Office of The United States Trustee
Attn: Benjamin Hackman
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801-3519

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)