# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) |
| | ) BAP No. 19-54 |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) Case No. 19-cv-01858-RGA |
| | ) |
| TENET BUSINESS SERVICES CORPORATION | ) |
| AND CONIFER REVENUE CYCLE | ) |
| SOLUTIONS, LLC, | ) |
| | ) |
| Appellees. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Bankruptcy Procedure 8023, the parties to this appeal, acting by and through their respective undersigned counsel, state that they have settled the issues raised in this appeal and agree that the appeal should be dismissed with prejudice, with each party bearing its own costs and fees. Accordingly, the parties request that the Clerk of the Court dismiss the appeal with prejudice.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: January 6, 2020
Wilmington, Delaware

By: /s/ Monique B. DiSabatino
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-6816
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Facsimile: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaul@saul.com

*Attorneys for Appellants Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.*

By: /s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
ljones@pszklaw.com
tcairns@pszjlaw.com

-and-

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C.
Gregory F. Pesce (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
stephen.hackney@kirkland.com
gregory.pesce@kirkland.com

*Attorneys for Appellees Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*

SO ORDERED this 6 day of Jan., 2020

_____
United States District Judge

2