# Exhibit A

| | |
|---|---|
| **From:** | DiSabatino, Monique Bair <Monique.DiSabatino@saul.com> |
| **Sent:** | Monday, December 2, 2019 9:17 AM |
| **To:** | Martin, Marianne |
| **Cc:** | Martinez, Melissa A. |
| **Subject:** | RE: In re: Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. (BK Case No. 19-11466) - Unpaid Invoices |

Hi Marianne,

We have confirmed that the Debtors intend to pay these invoices next week.

Thanks,
Monique

MONIQUE BAIR DISABATINO | SAUL EWING ARNSTEIN & LEHR LLP | 302.421.6806

**From:** Martin, Marianne [mailto:MMartin@jmbm.com]
**Sent:** Thursday, November 21, 2019 5:35 PM
**To:** DiSabatino, Monique Bair
**Subject:** In re: Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. (BK Case No. 19-11466) - Unpaid Invoices

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Monique –

As per our discussion earlier this week, attached please find copies of our client's postpetition invoices that, as I understand, have yet to be paid by the above-referenced debtors. Please forward the attached along to your clients' finance team to circle up, and please let me know once you have a status on payment/timing.

As always, I am available by phone if easier to discuss.

Best,
Marianne

**Marianne S. Mortimer Martin** | Partner
**Jeffer Mangels Butler & Mitchell LLP | JMBM**
1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067
**D:** (310) 201-3531   |   **C:** (310) 270-6257   |   **F:** (310) 203-0567   |   **E:** MMartin@JMBM.com



This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~+