IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) | Case No. 19-11466 (KG) |
| | ) | Jointly Administered |
| | ) | **Re: Docket Nos. 1134, 1141 and 1169** |
| Debtors. | ) ) ) | **Hearing Date: January 31, 2020 at 10:00 a.m.** **Objection Deadline: January 24, 2020 at 4:00 p.m.** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on December 11, 2019, the *Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows* (the "Ad Hoc Committee") *to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements* [D.I. 1134] and the *Commonwealth of Pennsylvania Department of Health's* ("PADH") *Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage* [D.I. 1141] (together, the "Motions") were filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on December 16, 2019, the Court entered an *Order for Rule to Show Cause Directed to Debtors* [D.I. 1169] (the "Rule to Show Cause").

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTIONS AND THE RULE TO SHOW CAUSE WILL BE HELD ON **JANUARY 31, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6th FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motions and Rule to Show Cause must be (a) in writing and served on or before **January 24, 2020 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline on the following parties: (i) counsel for the Debtors, Mark Minuti, Esq., Saul Ewing Arnstein & Lehr LLP, 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899 and Jeffrey C. Hampton, Esq., Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102, (ii) counsel for the Ad Hoc Committee, Jeremy W. Ryan, Esq., Potter Anderson & Corroon LLP, 1313 N. Market Street, Sixth Floor, P.O. Box 951, Wilmington, DE 19899; and (iii) counsel for PADH, Richard A. Barkasy, Esq., Schnader Harrison Segal & Lewis LLP, 824 N. Market Street, Suite 800, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at the Hearing.

Dated: January 7, 2020    **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel to the Debtors and Debtors in Possession*