# EXHIBIT D

**EXPENSE SUMMARY**

**Expense Summary**

**For the Period from November 1, 2019 through November 30, 2019**

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Photocopying (218 pages @ $.10 per page) | | $21.80 |
| Color Photocopying (20 pages @ $.10 per page) | | $2.00 |
| Cab / Car Service | *See attached chart* | $78.20 |
| Docket Retrieval / Case Monitoring | Pacer Service Center; File & ServeXpress LLC | $715.50 |
| Filing Fees | United States Bankruptcy Court (motion to sell equipment) | $181.00 |
| Legal Research | Westlaw | $1,764.24 |
| Messenger Service | Parcels, Inc.; DLS Discovery | $37.50 |
| Train | *See attached chart* | $198.00 |
| **Total** | | **$2,998.24** |

36370079.2 01/08/2020

2

| \ | TRAVEL DETAIL | | | |
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 08/08/19 | Eagles Taxi LLC | (1) Kathy Powers | Cab from office to home after working overtime | $53.40 |
| 10/15/19 | NYC Cab | (1) Jeffrey C. Hampton | Cab from train station to mediation in NY in connection with Tenet mediation | $24.80 |
| 10/18/19 | Amtrak | (1) Jeffrey C. Hampton | Train from Philadelphia to New York for mediation | $198.00 |
| TOTAL | | | | $276.20 |



| Philadelphia Academic Health System, LLC | | Invoice Number | 2529868 |
|---|---|---|---|
| 222 N. Sepulveda Blvd. | | Invoice Date | 12/19/19 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 11/07/19 | Photocopying | 0.10 | |
| 11/15/19 | Photocopying | 4.90 | |
| 11/22/19 | Photocopying | 16.80 | |
| | Total Photocopying | | 21.80 |
| 11/12/19 | Photocopying - Color | 2.00 | |
| | Total Photocopying - Color | | 2.00 |
| 11/05/19 | Cab Fare - - VENDOR: Eagles Taxi LLC 8/8/2019 Cab fare for working overtime for Kathy. Powers | 53.40 | |
| 11/11/19 | Cab Fare; VENDOR: NYC Cab; 10/15/19; Cab in NYC for Jeffrey Hampton from train station to mediation | 24.80 | |
| | Total Cab Fare | | 78.20 |
| 11/19/19 | Messenger Service; VENDOR: Parcels, Inc; 11/06/19; Pickup from District Court and delivery of brief to District Court | 15.00 | |
| 11/22/19 | Messenger Service; VENDOR: Parcels, Inc; 11/15/19; Hand delivery to Judge Gross | 7.50 | |
| 11/22/19 | Messenger Service; VENDOR: Parcels, Inc; 11/06/19; Hand delivery to Judge Gross | 7.50 | |
| 11/22/19 | Messenger Service; VENDOR: Parcels, Inc; 11/13/19; Hand delivery to Judge Gross | 7.50 | |
| | Total Messenger Service | | 37.50 |
| 11/18/19 | Filing Fees - - VENDOR: United States Bankruptcy Court; 10/30/19 Filing fee for motion to sell equipment | 181.00 | |
| | Total Filing Fees | | 181.00 |
| 11/18/19 | Transportation - VENDOR: Amtrak 10/18/19 - Train Travel for Jeffrey Hampton from Philadelphia to New York for mediation | 198.00 | |
| | Total Transportation-Amtrak | | 198.00 |
| 11/04/19 | Doc. Retrieval/Case Monitoring; VENDOR: Pacer Service Center; 10/07/19; Access to Federal Court dockets and downloading pleadings | 655.50 | |
| 11/07/19 | Doc. Retrieval/Case Monitoring; VENDOR: File & ServeXpress LLC; 11/01/19; File & ServeXpress copy of Superior Court docket in Tenet action | 20.00 | |
| 11/07/19 | Doc. Retrieval/Case Monitoring Billable Matter; VENDOR: File & ServeXpress LLC; 11/01/19; File & ServeXpress copy of Superior Court pleadings in Tenet action | 40.00 | |
| | Total Doc. Retrieval/Case Monitoring | | 715.50 |

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number | 2529868 |
| 00002 | Expenses | Page 2 | |
| 12/19/19 | | | |

| | | |
|---|---|---:|
| 11/04/19 | Westlaw Legal Research | 451.98 |
| 11/08/19 | Westlaw Legal Research | 71.50 |
| 11/12/19 | Westlaw Legal Research | 143.00 |
| 11/12/19 | Westlaw Legal Research | 154.44 |
| 11/14/19 | Westlaw Legal Research | 71.50 |
| 11/16/19 | Westlaw Legal Research | 154.44 |
| 11/20/19 | Westlaw Legal Research | 408.50 |
| 11/20/19 | Westlaw Legal Research | 154.44 |
| 11/22/19 | Westlaw Legal Research | 154.44 |
| | Total Westlaw Legal Research | 1,764.24 |
| | CURRENT EXPENSES | 2,998.24 |

**TOTAL AMOUNT OF THIS INVOICE**  2,998.24