**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: January 28, 2020 at 4:00 p.m. ET** |

**NOTICE OF THIRD MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM OCTOBER 1, 2019 THROUGH NOVEMBER 30, 2019**

PLEASE TAKE NOTICE THAT on January 8, 2020, Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Third Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from October 1, 2019 through November 30, 2019 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **January 28, 2020 at 4:00 p.m. (prevailing Eastern time),** (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, BRG may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Berkeley Research Group an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and remains

unresolved, the Debtors are authorized and directed to pay BRG an amount (the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: January 8, 2020

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                   : Chapter 11
                                                        : Case No. 19-11466 (KG)
CENTER CITY HEALTHCARE, LLC d/b/a                       : Jointly Administered
HAHNEMANN UNIVERSITY HOSPITAL,                          :
*et al.*,[1]                                            : <u>Objection Deadline:</u> Jan. 28, 2020 at 4:00 p.m. (ET)
                                        Debtors          : <u>Hearing Date:</u> Scheduled only as necessary
---------------------------------------------------------X

### THIRD MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM <u>OCTOBER 1, 2019 THROUGH NOVEMBER 30, 2019</u>

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("the <u>Committee</u>") |
| Date of Retention: | September 4, 2019 *nunc pro tunc* to July 22, 2019 |
| Period for which Compensation and reimbursement is sought: | October 1, 2019 through November 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $47,836.80 (80% of $59,796.00)[2] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Pursuant to *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors nunc pro tunc to July 22, 2019,* **for** purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "<u>Blended Hourly Rate</u>") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged.  Accordingly, we have reduced our fees for the Third Monthly Fee Period by $10,949.00 as indicated on <u>Attachment A: Fees By Professional</u>.

Amount of expense reimbursement sought as
actual, reasonable and necessary:                    $398.14[3]

This is an:    _x_ monthly    ___ interim    ___ final application

The total time expended for fee application preparation is approximately 18.5 hours and the corresponding compensation requested is approximately $7,678.00.

**Table A - Prior Monthly Applications Filed:**

| Application | | Requested | | CNO | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 10/29/2019 Dkt No. 915 | 7/22/2019 - 8/31/2019 | $182,902.50 | $2,411.76 | 11/20/2019 Dkt No. 1044 | $0.00 | $0.00 | $185,314.26 |
| 11/15/2019 Dkt No. 1014 | 9/1/2019 - 9/31/2019 | $101,277.00 | $1,334.17 | 12/06/2019 Dkt No. 1104 | $0.00 | $0.00 | $102,611.17 |
| 11/15/2019 Dkt No. 1018 | First Interim | $284,179.50 | $3,745.93 | 12/06/2019 Dkt No. 1108 | $0.00 | $0.00 | $287,925.43 |
| | | $284,179.50 | $3,745.93 | | $0.00 | $0.00 | $287,925.43 |

---

[3] The date listed for expenses contained in <u>Exhibit B: Expense Detail</u> does not necessarily reflect the date on which the expense was actually incurred by Applicant.

# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al

**Berkeley Research Group, LLC**

## Attachment A: Fees By Professional

For the Period 10/1/2019 through 11/30/2019

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Cowie | Director | $715.00 | 58.2 | $41,613.00 |
| A. Jiang | Consultant | $415.00 | 42.9 | $17,803.50 |
| C. Kearns | Managing Director | $1,050.00 | 7.4 | $7,770.00 |
| H. Miller | Managing Director | $895.00 | 2.3 | $2,058.50 |
| J. Blum | Case Assistant | $150.00 | 10.0 | $1,500.00 |
| **Total** | | | **120.8** | **$70,745.00** |
| **Agreed Upon Discount** | **$495** Maximum Blended Rate | | | **($10,949.00)** |
| **Total Requested Fees** | | | | **$59,796.00** |
| **Blended Rate** | | | | **$495.00** |

**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

## Berkeley Research Group, LLC

**Attachment B: Fees By Task Code**

For the Period 10/1/2019 through 11/30/2019



| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 0.3 | $214.50 |
| 04. DIP Financing | 5.1 | $2,116.50 |
| 05. Professional Retention Fee Application Preparation | 18.5 | $7,678.00 |
| 08. Interaction/Meetings with Creditors | 3.8 | $2,856.00 |
| 09. Employee Issues/KEIP | 0.8 | $332.00 |
| 11. Claim Analysis/Accounting | 38.8 | $27,008.50 |
| 18. Operating and Other Reports | 14.0 | $7,982.00 |
| 19. Cash Flow/Cash Management Liquidity | 37.9 | $21,313.00 |
| 25. Litigation | 1.6 | $1,244.50 |
| **Total** | **120.8** | **$70,745.00** |
| **Agreed Upon Discount** $495 **Maximum Blended Rate** | | **($10,949.00)** |
| **Total Requested Fees** | | **$59,796.00** |
| **Blended Rate** | | **$495.00** |

# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al

**Berkeley Research Group, LLC**

## Attachment C: Expenses By Category

For the Period 10/1/2019 through 11/30/2019

| Expense Category | Amount |
|---|---:|
| 02. Travel - Train and Bus | $387.20 |
| 10. Meals | $10.94 |
| **Total Expenses for the Period 10/1/2019 through 11/30/2019** | **$398.14** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------------X
:
In re                                                                  : Chapter 11
                                                                       : Case No. 19-11466 (KG)
CENTER CITY HEALTHCARE, LLC d/b/a      : Jointly Administered
HAHNEMANN UNIVERSITY HOSPITAL,  :
*et al.*,[1]                                                          : <u>**Objection Deadline**</u>**:** Jan. 28, 2020 at 4:00 p.m. (ET)
                                              Debtors         : <u>**Hearing Date**</u>**:** Scheduled only as necessary
--------------------------------------------------------------X

**THIRD MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM**
<u>**OCTOBER 1, 2019 THROUGH NOVEMBER 30, 2019**</u>

Berkeley Research Group, LLC ("<u>BRG</u>") financial advisor to the Official Committee of

Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession

(collectively, the "<u>Debtors</u>"), hereby submits its third monthly fee application (the "<u>Application</u>")

for an order pursuant to sections 105(a), 330 and 331 chapter 11 of title 11 of the United States

Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for

the United States Bankruptcy Court of the District of Delaware (the "<u>Local Rules</u>"), the *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

*Professionals* (the "<u>Interim Compensation Order</u>"), [Dkt No. 341] entered August 2, 2019, and the

United States Trustee's Guidelines for Reviewing Applications for Compensation and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period October 1, 2019 through November 30, 2019 (the "Fee Period") and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of required professional services on behalf of the Committee.  In support of this Application, BRG represents as follows:

## JURISDICTION

1.     The United States Bankruptcy Court for the District of Delaware (the "Court') has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2) (A) and the Committee confirms their consent pursuant to Local Rule 9013-l(f) to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory bases for the relief requested herein are sections 105(a), 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

3.      On June 30, 2019 and July 1, 2019 (together the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Cases") with the Court. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Patient Care Ombudsman was appointed by the U.S. Trustee on July 3, 2019. No trustee or examiner has been appointed in these Cases.

4.      The Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the Court's Order Directing Joint Administration of the Debtors' Chapter 11 Cases (Dkt No. 70), entered on July 2, 2019.

5.      On July 15, 2019 (the "Formation Date"), the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed seven of the Debtors' unsecured creditors to serve as members of the Committee. The Committee is presently comprised of the following members: (i) Conifer Revenue Cycle Solutions, LLC, (ii) Medline Industries, Inc., (iii) Veolia Energy Philadelphia, Inc., (iv) Medtronic USA, Inc., (v) Crothall Healthcare, Inc., (vi) Global Neurosciences Institute, LLC, and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals.

6.      On July 22, 2019, the Committee selected BRG to serve as its financial advisor. The Committee has also selected Sills Cummis & Gross P.C. ("Sills") and Fox Rothschild LLP ("Fox") to serve together as its counsel ("Counsel"). On September 4, 2019, the Court entered an order (Dkt No. 638) approving BRG's retention *nunc pro tunc* to July 22, 2019.

## FEE PROCEDURES ORDER

7.     On August 2, 2019, this Court signed the Interim Compensation Order. Pursuant to the Interim Compensation Order, no earlier than the fifteenth (15) day of each full calendar month (the "Fee Filing Period") following the month for which compensation and reimbursement is sought (the "Compensation Period"), each Professional seeking interim compensation may file with the Court a monthly application (each a "Monthly Fee Application") pursuant to section 331 of the Bankruptcy Code for interim approval and allowance of compensation for services rendered and reimbursement of expenses during the Compensation Period. Each Notice Party shall have twenty (20) days after service of a Monthly Fee Application to review the Monthly Fee Application and object thereto (the "Objection Deadline").  Upon the expiration of the Objection Deadline: (i) if no objections have been filed, the Professional shall file a certificate of no objection and the Debtors shall then be authorized and directed to pay such Professional eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application (the "Maximum Monthly Payment") or (ii) if an objection to a Monthly Fee Application has been filed, the Professional shall be entitled to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses (the "Actual Monthly Payment") not subject to that objection.

## SUMMARY OF SERVICES RENDERED

8.     BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world.  BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for services it has

rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

9.     Since being retained by the Committee, BRG has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates.  BRG respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

10.     BRG submits that the interim fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained. BRG's fees typically are based on the actual hours charged at BRG's standard hourly rates, which are in effect when the services are rendered.  As discussed and agreed to with the Committee, for purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "Blended Hourly Rate") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged.

11.     BRG expended an aggregate of 120.8 hours, substantially all of which was expended by the professional staff of BRG.  The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.  A small staff was utilized to optimize efficiencies and avoid redundant efforts.  The staff of the Debtors or their advisors has been utilized where practical and prudent.

5

12. BRG believes that there has been no duplication of services between BRG and any other consultants or accountants to the bankruptcy estate.

13. BRG's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost. In addition, BRG's per diem rates for professionals of comparable experience, before the Blended Hourly Rate discount BRG agreed to in this proceeding, are at or below those of firms we consider our competitors. We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

14. Because BRG's core staff consists of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum. Additionally, because of the experience of BRG's professionals, in many instances only three or fewer BRG representatives attended meetings, hearings, or conference calls or performed specific functions.

15. No agreement or understanding exists between BRG and any other person for the sharing of compensation received or to be received for services rendered in connection with the chapter 11 cases, except for internal agreements among members and employees of BRG regarding the sharing of revenue or compensation. Neither BRG nor any of its members or employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Rule 2016.

16. BRG, in accordance with the Bankruptcy Rules and the Local Rules, will be charging travel time at 50% of the time incurred.

17. BRG's time records for the Fee Period are attached hereto as **Exhibit A**. These records include daily time logs describing the time spent by each BRG professional and administrative-level person in these cases.

18. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. An itemized schedule of expenses within each category, including description, incurred in connection with the Cases and the amounts for which reimbursement is requested is annexed hereto as **Exhibit B**.

19. The general summary of the services rendered by BRG during the Fee Period based on tasks and number of hours, before the agreed upon discount, is set forth below.

### Asset Acquisition/ Disposition – Task Code 01

20. Time charged to this task code relates to discussions regarding sale updates.

21. BRG has expended 0.3 hours on this category for a fee of $214.50.

### DIP Financing – Task Code 04

22. Time charged to this task code relates to analyzing the latest DIP budget variance report and preparing comparison of the weekly budgets.

23. BRG has expended 5.1 hours on this category for a fee of $2,116.50.

### Professional Retention/ Fee Application Preparation – Task Code 05

24. Time charged to this task code relates to the preparation of BRG's First and Second Monthly Fee Application and BRG's First Interim Fee Application.

25. BRG has expended 18.5 hours on this category for a fee of $7,678.00.

### Interaction/ Meetings with Creditors – Task Code 08

26. Time charged to this task code relates to BRG's preparation for and attendance on calls and at meetings with the Committee, and Committee Counsel in order to update

7

the Committee on case issues and advise the Committee and develop strategies and related deliverables for a variety case matters, considerably the Tenet/ Conifer mediation.

27.    BRG has expended 3.8 hours on this category for a fee of $2,856.00.

### Employee Issues/ KEIP – Task Code 09

28.    Time charged to this task code relates to BRG's review of the revised KEIP plan.

29.    BRG has expensed 0.8 hours on this category for a fee of $332.00.

### Claim Analysis/ Accounting – Task Code 11

30.    Time charged to this task code primarily relates to BRG's preparation for and attendance at the claim mediation re: Tenet/ Conifer litigation and correlated discussions with Counsel regarding potential implications on the case.

31.    BRG has expended 38.8 hours on this category for a fee of $27,008.50.

### Operating and Other Reports – Task Code 18

32.    Time charged to this task code primarily relates to BRG reviewing and analyzing financial information provided by the Debtors' financial advisors and related discussions with EisnerAmper and BRG's CMS expert on these reports.

33.    Specific tasks include reviewing and analyzing the latest operating results of St. Christ' Hospital, the current financial and operational metrics performance, and the borrowing base report and comparison reports.

34.    BRG has expended 14.0 hours on this category for a fee of 7,982.00.

**Cash Flow/ Cash Management Liquidity – Task Code 19**

35.     This task code relates to time spent by BRG reviewing and analyzing matters impacting the Debtors' cash management processes and overall liquidity at the individual Debtor entities, including the wind-down budget and professional payments.

36.     Specific tasks performed in this category include: (i) analysis of financial information, including latest cash flow forecasts provided by Debtors' financial advisors, (ii) reconciling cash flow actuals and forecasts, (iii) preparation of update reports for the Committee Counsel and (iv) participation in meetings/ calls with management, Counsel and advisors for the Debtors regarding the Debtors' liquidity and actual vs. budget results.

37.     BRG has expended 37.9 hours on this category for a fee of $21,313.00.

**Litigation – Task Code 25**

38.     This task code relates to time spent by BRG reviewing and analyzing the data and comments to the 2004 discovery request.

39.     BRG has expended 1.6 hours on this category for a fee of $1,244.50.

**ACTUAL AND NECESSARY EXPENSES**

40.     BRG incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, in the sum of $398.14, for which BRG respectfully requests reimbursement in full.

41.     The disbursements and expenses have been incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters.  Such expenses were often incurred to enable BRG to devote time beyond normal office

hours to matters, which imposed extraordinary time demands.  BRG has endeavored to minimize these expenses to the fullest extent possible.

42.     BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client.  BRG has endeavored to minimize these expenses to the fullest extent possible.

43.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service.  In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.   In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third party vendor and paid by BRG to that vendor.

## NOTICE AND NO PRIOR APPLICATION

44.     Notice of this application has been given to (a) The Debtors; (b) counsel to the Debtors; (c) Counsel to the Committee; (d) The Office of the U.S. Trustee; and (e) Counsel for the DIP Agent. In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

45.     With respect to these amounts, as of the date of the Application, BRG has received no payments, and no previous application for the relief sought herein has been made to this or any other Court.

[*Remainder of this Page Intentionally Left Blank*]

**WHEREFORE**, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $59,796.00 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $398.14 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $47,836.80 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Dated: 1/8/2020
      New York, NY                         **BERKELEY RESEARCH GROUP, LLC**

                                  /s/ Christopher J. Kearns
                                Christopher J. Kearns
                                Managing Director
                                810 7th Ave., 41st Floor
                                New York, NY 10019
                                (212) 782-1409

                                Financial Advisor to the Official Committee of
                                Unsecured Creditors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                              :
In re                                         : Chapter 11
                                              : Case No. 19-11466 (KG)
CENTER CITY HEALTHCARE, LLC d/b/a             : Jointly Administered
HAHNEMANN UNIVERSITY HOSPITAL,                :
*et al.,*[1]                                  : **Objection Deadline:** Jan. 28, 2020 at 4:00 p.m. (ET)
                                Debtors        : **Hearing Date:** Scheduled only as necessary
---------------------------------------------------------X

## VERIFICATION

Christopher J. Kearns, pursuant to 28 U.S.C. § 1746, declares as follows:

a)      I am a Managing Director at the applicant firm, Berkeley Research Group,

LLC, and am authorized to submit this verification on behalf of BRG.

b)      I have personally performed or supervised many of the professional

services rendered by BRG as financial advisor to the Official Committee of Unsecured Creditors

(the "Committee") and am familiar with the work performed on behalf of the Committee by the

professionals and other persons in the firm.

c)      I have reviewed the foregoing Application and the facts set forth therein

are true and correct to the best of my knowledge, information and belief.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

d)      All services for which compensation is requested by BRG were professional services performed for and on behalf of the Committee and not on behalf of any other person.

e)      I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge and belief that this application complies with Local Rule 2016-2.

f)      I certify under penalty of perjury that the foregoing is true and correct.

Executed on    1/8/2020      

                      /s/ Christopher J. Kearns         
                    Christopher J. Kearns

# Exhibit A

# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al

**BRG**

## Berkeley Research Group, LLC

## Exhibit A: Time Detail

For the Period 10/1/2019 through 11/30/2019

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 10/2/2019 | A. Cowie | 0.3 | Participated in call with SSG Capital (S. Victor) re: sale updates. |
| *Task Code Total Hours* | | *0.3* | |
| **04. DIP Financing** | | | |
| 10/7/2019 | A. Jiang | 0.6 | Analyzed latest DIP budget variance report. |
| 10/9/2019 | A. Jiang | 2.6 | Analyzed latest variance report up to October 4, 2019. |
| 10/21/2019 | A. Jiang | 0.6 | Reviewed latest court filings regarding DIP and executory contracts. |
| 11/6/2019 | A. Jiang | 1.3 | Prepared comparison of weekly DIP budgets. |
| *Task Code Total Hours* | | *5.1* | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 10/1/2019 | A. Cowie | 1.8 | Reviewed First Monthly Fee Application. |
| 10/2/2019 | J. Blum | 2.3 | Prepared first monthly fee application. |
| 10/3/2019 | J. Blum | 0.9 | Prepared first monthly fee application. |
| 10/4/2019 | J. Blum | 0.3 | Prepared first monthly fee application. |
| 10/7/2019 | A. Cowie | 1.3 | Reviewed First Monthly Fee Application. |
| 10/8/2019 | A. Cowie | 1.3 | Reviewed First Monthly Fee Application. |
| 10/8/2019 | J. Blum | 0.6 | Prepared first monthly fee application. |
| 10/9/2019 | A. Cowie | 1.3 | Reviewed First Monthly Fee Application. |
| 10/10/2019 | A. Cowie | 0.4 | Reviewed First Monthly Fee Application. |
| 10/11/2019 | J. Blum | 0.5 | Prepared first monthly fee application. |
| 10/11/2019 | C. Kearns | 0.3 | Reviewed First Interim Fee Application. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention Fee Application Preparation** | | | |
| 10/18/2019 | J. Blum | 0.2 | Prepared the second monthly fee application. |
| 10/21/2019 | J. Blum | 0.6 | Prepared the second monthly fee application. |
| 11/5/2019 | J. Blum | 0.2 | Prepared the second monthly fee application. |
| 11/11/2019 | A. Cowie | 1.3 | Reviewed monthly fee application. |
| 11/11/2019 | J. Blum | 1.1 | Prepared the second monthly fee application. |
| 11/11/2019 | J. Blum | 0.3 | Prepared the first interim fee application. |
| 11/12/2019 | J. Blum | 0.7 | Prepared the second monthly fee application. |
| 11/12/2019 | A. Cowie | 0.4 | Reviewed monthly fee application. |
| 11/13/2019 | J. Blum | 1.2 | Prepared the second monthly fee application. |
| 11/13/2019 | J. Blum | 0.4 | Prepared the first interim fee application. |
| 11/13/2019 | A. Cowie | 0.4 | Reviewed monthly fee application. |
| 11/15/2019 | J. Blum | 0.7 | Prepared the first interim fee application. |
| ***Task Code Total Hours*** | | ***18.5*** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 10/2/2019 | C. Kearns | 0.6 | Participated in call with Counsel, Sills (B. Mankovetskiy), re: update on Tenet mediation, liquidity status and other key case related issues. |
| 10/10/2019 | C. Kearns | 0.1 | Emailed with Sills (A. Sherman) re: upcoming UCC meeting and Tenet mediation. |
| 10/11/2019 | A. Cowie | 0.5 | Participated in call with Counsel (A. Sherman, B. Mankitovski) and the UCC. |
| 10/11/2019 | C. Kearns | 0.5 | Participated in status call with the Counsel, Sills (A. Sherman), regarding upcoming Tenet/ Conifer mediation and liquidity. |
| 10/11/2019 | A. Jiang | 0.5 | Participated in UCC update call with Committee Counsel, Sills (A. Sherman), and UCC regarding Tenet/ Conifer mediation. |
| 10/24/2019 | A. Cowie | 0.8 | Prepared for and participated in call with Sills (A. Sherman) and the UCC in regard to Tenet/ Conifer mediation. |
| 10/24/2019 | A. Jiang | 0.6 | Participated in UCC update call with Committee Counsel, Sills (A. Sherman), and UCC members regarding Tenet. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/Meetings with Creditors** | | | |
| 10/29/2019 | C. Kearns | 0.2 | Participated in call with Counsel, Sills (A. Sherman), re: HH status and related issues. |
| *Task Code Total Hours* | | **3.8** | |
| **09. Employee Issues/KEIP** | | | |
| 10/23/2019 | A. Jiang | 0.8 | Reviewed revised KEIP plan. |
| *Task Code Total Hours* | | **0.8** | |
| **11. Claim Analysis/Accounting** | | | |
| 10/3/2019 | C. Kearns | 0.3 | Reviewed court papers re: Tenet related appeal. |
| 10/10/2019 | A. Cowie | 0.6 | Analyzed Tenet mediation issues. |
| 10/15/2019 | A. Cowie | 2.9 | Attended a claim mediation at K&E offices (B. Pesce) with Counsel (G. Hirsch, R. Brennan) regarding Tenet/ Conifer litigation. |
| 10/15/2019 | A. Cowie | 2.9 | Continued to attend a claim mediation at K&E offices (B. Pesce) with Counsel (G. Hirsch, R. Brennan) regarding Tenet/ Conifer litigation. |
| 10/15/2019 | A. Cowie | 2.9 | Continued to attend a claim mediation at K&E offices (B. Pesce) with Counsel (G. Hirsch, R. Brennan) regarding Tenet/ Conifer litigation. |
| 10/15/2019 | A. Cowie | 0.4 | Continued to attend a claim mediation at K&E offices (B. Pesce) with Counsel (G. Hirsch, R. Brennan) regarding Tenet/ Conifer litigation. |
| 10/16/2019 | A. Cowie | 1.9 | Reviewed UCC reply to proposed Debtor settlement terms for Tenet/ Conifer claim mediation. |
| 10/16/2019 | C. Kearns | 0.5 | Reviewed status of Tenet mediation discussions and potential implication on the case. |
| 10/21/2019 | A. Cowie | 2.9 | Attended a claim mediation at K&E offices (B. Pesce) with Counsel (G. Hirsch, R. Brennan) regarding Tenet/ Conifer litigation. |
| 10/21/2019 | A. Cowie | 2.9 | Continued to attend a claim mediation at K&E offices (B. Pesce) with Counsel (G. Hirsch, R. Brennan) regarding Tenet/ Conifer litigation. |
| 10/21/2019 | A. Cowie | 2.9 | Continued to attend a claim mediation at K&E offices (B. Pesce) with Counsel (G. Hirsch, R. Brennan) regarding Tenet/ Conifer litigation. |
| 10/21/2019 | C. Kearns | 2.3 | Attended portion of Tenet/ Conifer mediation. |
| 10/22/2019 | A. Cowie | 2.9 | Continued to attend a claim mediation at K&E offices (B. Pesce) with Counsel (G. Hirsch, R. Brennan) regarding Tenet/ Conifer litigation. |
| 10/22/2019 | A. Jiang | 2.9 | Continued to attend mediation between Tenet/ Conifer and Debtors. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 11. Claim Analysis/Accounting

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/22/2019 | A. Jiang | 2.7 | Continued to attend mediation between Tenet/ Conifer and Debtors. |
| 10/22/2019 | A. Cowie | 2.6 | Continued to attend a claim mediation at K&E offices (B. Pesce) with Counsel (G. Hirsch, R. Brennan) regarding Tenet/ Conifer litigation. |
| 10/22/2019 | A. Cowie | 2.3 | Continued to attend a claim mediation at K&E offices (B. Pesce) with Counsel (G. Hirsch, R. Brennan) regarding Tenet/ Conifer litigation. |
| 10/22/2019 | A. Jiang | 1.2 | Attended mediation between Tenet/ Conifer and Debtors. |
| 10/22/2019 | C. Kearns | 0.3 | Monitored Tenet/ Conifer mediation. |
| 10/23/2019 | C. Kearns | 0.4 | Reviewed results of Tenet mediation and potential impact to waterfall. |
| 11/4/2019 | C. Kearns | 0.1 | Reviewed status of Tenet / Conifer mediation resolution. |
| *Task Code Total Hours* | | *38.8* | |

### 18. Operating and Other Reports

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/7/2019 | A. Jiang | 0.7 | Analyzed latest census figures. |
| 10/17/2019 | A. Cowie | 2.8 | Analyzed current financial and operational metrics performance. |
| 10/17/2019 | A. Jiang | 0.8 | Analyzed latest operating results. |
| 10/17/2019 | A. Cowie | 0.6 | Participated in conversation with Debtor's F.A.'s, EisnerAmper (D. Oglesby), in regard to current financial performance. |
| 10/23/2019 | A. Cowie | 2.1 | Analyzed current financial performance. |
| 10/23/2019 | A. Jiang | 1.3 | Continued analysis of latest operating results. |
| 10/23/2019 | A. Cowie | 0.3 | Discussed current financial status of Center City with BRG's CMS expert (H. Miller). |
| 11/7/2019 | A. Jiang | 1.3 | Analyzed results and operating figures of past two weeks. |
| 11/14/2019 | A. Jiang | 1.3 | Analyzed operating results of St. Chris Children's hospital. |
| 11/14/2019 | A. Jiang | 0.6 | Reviewed latest borrowing base report and comparison. |
| 11/21/2019 | A. Jiang | 0.7 | Analyzed updated borrowing base figures and comparison. |
| 11/21/2019 | A. Jiang | 0.6 | Reviewed latest operating results of St Christopher's Hospital. |
| 11/22/2019 | H. Miller | 0.9 | Reviewed financial reporting from Debtors. |
| *Task Code Total Hours* | | *14.0* | |

Berkeley Research Group, LLC

Invoice for the 10/1/2019 - 11/30/2019 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 10/2/2019 | A. Jiang | 0.6 | Participated in call with Committee Counsel, Sills (B. Mankovetskiy), regarding cash flow update. |
| 10/2/2019 | A. Cowie | 0.6 | Participated in call with Counsel (B. Mankovetskiy) re: cash flow report. |
| 10/4/2019 | A. Jiang | 2.3 | Updated analysis of cash flow forecasts with latest figures. |
| 10/7/2019 | A. Cowie | 0.8 | Analyzed weekly cash flow variances with updated budget. |
| 10/7/2019 | H. Miller | 0.7 | Reviewed and analyzed Debtors' cash forecast. |
| 10/7/2019 | A. Jiang | 0.4 | Participated in call with Debtor's financial advisor, EisnerAmper (D. Oglesby), regarding cash flow update. |
| 10/7/2019 | A. Cowie | 0.4 | Participated in call with Eisner Amper (D. Oglesby) regarding cash flows. |
| 10/7/2019 | C. Kearns | 0.3 | Review latest liquidity update re: collections and related. |
| 10/9/2019 | A. Jiang | 2.3 | Prepared analysis of cash flow and budget. |
| 10/9/2019 | A. Jiang | 1.8 | Prepared charts showing latest cash flow, census, and charges data. |
| 10/9/2019 | A. Jiang | 1.3 | Prepared slides for update on cash flow and operating results. |
| 10/10/2019 | A. Jiang | 1.4 | Continued analysis of cash flow budget. |
| 10/10/2019 | C. Kearns | 0.3 | Reviewed draft update on update to liquidity status and latest operating results / census information. |
| 10/11/2019 | C. Kearns | 0.3 | Reviewed liquidity update. |
| 10/14/2019 | A. Cowie | 1.1 | Analyzed actual versus forecast cash performance provided by the Debtors. |
| 10/16/2019 | H. Miller | 0.7 | Reviewed and analyzed cash management and liquidity report. |
| 10/17/2019 | A. Jiang | 1.9 | Analyzed latest cash flow variance reports. |
| 10/17/2019 | A. Jiang | 0.4 | Participated in call with Debtor's counsel, EisnerAmper (D. Oglesby), regarding cash flow update. |
| 10/17/2019 | C. Kearns | 0.4 | Reviewed current liquidity status. |
| 10/21/2019 | C. Kearns | 0.2 | Reviewed current liquidity status re: possible adjustments to the borrowing base. |
| 10/23/2019 | A. Jiang | 2.2 | Analyzed latest cash flows and forecasts. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 10/23/2019 | A. Jiang | 1.7 | Prepared comparative analysis of Debtor's cash flow forecasts. |
| 10/24/2019 | A. Cowie | 0.4 | Participated in call with Debtor's counsel, EisnerAmper (D. Oglesby), regarding near term cash flows. |
| 10/24/2019 | A. Jiang | 0.3 | Participated in call with Debtor's counsel, EisnerAmper (D. Oglesby), regarding cash flow update. |
| 10/30/2019 | A. Cowie | 1.9 | Analyzed current liquidity. |
| 11/5/2019 | A. Cowie | 2.3 | Analyzed near term liquidity and associated operational metrics. |
| 11/5/2019 | A. Cowie | 1.1 | Analyzed updated budget prepared by the Debtors. |
| 11/5/2019 | A. Cowie | 0.4 | Participated in conversation with Debtor's F.A., EisnerAmper (D. Oglesby), re: liquidity. |
| 11/6/2019 | A. Jiang | 1.4 | Analyzed latest cash flow forecasts. |
| 11/6/2019 | A. Cowie | 1.1 | Analyzed updated budget prepared by the Debtors. |
| 11/6/2019 | A. Cowie | 0.9 | Participated in conversation with Debtor's F.A., EisnerAmper (D. Oglesby), re: liquidity. |
| 11/14/2019 | A. Jiang | 2.1 | Analyzed latest cash flow figures. |
| 11/14/2019 | A. Cowie | 0.4 | Participated in discussion with Debtor's F.A., EisnerAmper (D. Oglesby), re: weekly cash forecast. |
| 11/19/2019 | A. Cowie | 1.4 | Analyzed weekly cash flow information. |
| 11/21/2019 | A. Jiang | 1.7 | Analyzed latest cash flow variance report and projections. |
| 11/22/2019 | A. Cowie | 0.4 | Participated in discussion with Debtor's F.A., EisnerAmper (D. Oglesby), re: weekly cash forecast. |
| *Task Code Total Hours* | | *37.9* | |
| **25. Litigation** | | | |
| 10/29/2019 | A. Cowie | 1.3 | Analyzed 2004 data request. |
| 10/29/2019 | C. Kearns | 0.3 | Reviewed comments to draft 2004 discovery request. |
| *Task Code Total Hours* | | *1.6* | |
| **Total Hours** | | **120.8** | |

# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al



## Berkeley Research Group, LLC

## Exhibit B: Expense Detail

For the Period 10/1/2019 through 11/30/2019

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **02. Travel - Train and Bus** | | | |
| 10/14/2019 | A. Jiang | $194.00 | One way train from New York to Philadelphia to attend sale auction/ negotiations of St. Christopher's at the offices of Saul Ewing on 9/19/2019. |
| 10/14/2019 | A. Jiang | $193.20 | Taxi from Philadelphia, returning to New York from the office of Saul Ewing after attending auction/ negotiations for St. Chris on 9/19/2019. |
| *Expense Category Total* | | *$387.20* | |
| **10. Meals** | | | |
| 10/14/2019 | A. Jiang | $10.94 | Dinner in Philadelphia after attending sale auction/ negotiations for St. Chris on 9/19/2019. |
| *Expense Category Total* | | *$10.94* | |
| **Total Expenses** | | **$398.14** | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Thomas M. Horan, hereby certify that on January 8, 2020, a true and correct copy of the

*Third Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from October 1, 2019 through November 30, 2019* was served by First Class Mail to the parties on the attached service list.

Dated: January 8, 2020

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## Service List

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>230 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B.<br>DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H.<br>Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |