## **EXHIBIT A**

{00027397. }

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
In re

CENTER CITY HEALTHCARE, LLC
d/b/a HAHNEMANN UNIVERSITY
HOSPITAL, *et al.*[1]

                    Debtors.
---------------------------------------------------------x

Chapter 11

Case No. 19-11466 (KG)

(Jointly Administered)

**Re: D.I. __**

**ORDER GRANTING MOTION OF MEDLINE INDUSTRIES**
**HOLDINGS, L.P. FOR ALLOWANCE AND IMMEDIATE**
**PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. § 503**

Upon the motion (the "**Motion**")[2] of Medline Industries, Inc. ("**Medline**") for an Order (i) allowing Medline's Administrative Claims under section 503(b) of Title 11 of the United States Code (the "**Bankruptcy Code**"); and (ii) directing the Debtors to immediately pay the Administrative Claims; and the Court having jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion having been provided and it appearing that no other or further notice is necessary; and upon consideration of the Motion and the relief requested and a hearing having been held before this Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.

{00027397. }

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the 503(b)(9) Claim and Postpetition Claim are allowed as an administrative expense claim under section 503(b) of the Bankruptcy Code in the aggregate amount of $842,609.28; and it is further

**ORDERED**, that Debtors shall pay the Administrate Claims in the total aggregate amount of $842,609.28 within five (5) business days from the entry of this Order; and it is further

**ORDERED**, that this Order is without prejudice to Medline's right to amend the amount of the Administrative Claims, subject to the approval of this Court, and to request additional amounts owing; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order

Dated: January __, 2020
Wilmington, Delaware

---

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE