# EXHIBIT B

{00027397. }

| | Hahnemann University Hospital | |
|---|---|---|
| **Invoice Date** | **Invoice Number** | **Invoice Amount** |
| 7/11/2019 | 1881607392 | $198.56 |
| 7/10/2019 | 1881554949 | $146.81 |
| 7/10/2019 | 1881601306 | $1,502.84 |
| 7/10/2019 | 1881554948 | $7,280.15 |
| 7/9/2019 | 1881380785 | $13.71 |
| 7/9/2019 | 1881380783 | $13.71 |
| 7/9/2019 | 1881380787 | $229.50 |
| 7/6/2019 | 1881248087 | $29.20 |
| 7/6/2019 | 1881248086 | $46.80 |
| 7/6/2019 | 1881248088 | $790.51 |
| 7/5/2019 | 1881201492 | $35.82 |
| 7/3/2019 | 1880958423 | $8.20 |
| 7/3/2019 | 1880958440 | $9.16 |
| 7/3/2019 | 1880958445 | $23.68 |
| 7/3/2019 | 1880958442 | $23.68 |
| 7/3/2019 | 1880958444 | $27.48 |
| 7/3/2019 | 1880958447 | $46.28 |
| 7/3/2019 | 1880958438 | $74.66 |
| 7/3/2019 | 1880958427 | $75.09 |
| 7/3/2019 | 1880958439 | $204.05 |
| 7/3/2019 | 1880958446 | $219.21 |
| 7/3/2019 | 1880958426 | $342.77 |
| 7/3/2019 | 1880958432 | $402.38 |
| 7/3/2019 | 1880958437 | $456.21 |
| 7/3/2019 | 1880958431 | $603.57 |
| 7/3/2019 | 1880958430 | $704.17 |
| 7/3/2019 | 1880958428 | $804.76 |
| 7/3/2019 | 1880958433 | $1,046.51 |
| 7/3/2019 | 1880958441 | $1,271.47 |
| 7/3/2019 | 1880958443 | $1,298.95 |
| 7/3/2019 | 1880958435 | $2,459.39 |
| 7/2/2019 | 1880905880 | $34.66 |
| 7/2/2019 | 1880905876 | $86.96 |
| 7/2/2019 | 1880905879 | $138.61 |
| 7/2/2019 | 1880905878 | $260.89 |
| 7/2/2019 | 1880905877 | $521.77 |
| 6/29/2019 | 1880791247 | $12.34 |
| 6/29/2019 | 1880791245 | $17.11 |

| | | |
|---|---|---|
| 6/29/2019 | 1880791248 | $51.31 |
| 6/29/2019 | 1880791253 | $53.04 |
| 6/29/2019 | 1880791249 | $54.04 |
| 6/29/2019 | 1880791244 | $54.05 |
| 6/29/2019 | 1880791251 | $60.38 |
| 6/29/2019 | 1880817804 | $66.30 |
| 6/29/2019 | 1880791281 | $68.85 |
| 6/29/2019 | 1880791254 | $109.08 |
| 6/29/2019 | 1880791282 | $114.75 |
| 6/29/2019 | 1880791255 | $129.56 |
| 6/29/2019 | 1880817088 | $130.94 |
| 6/29/2019 | 1880817087 | $130.94 |
| 6/29/2019 | 1880817085 | $195.84 |
| 6/29/2019 | 1880791242 | $208.51 |
| 6/29/2019 | 1880817084 | $228.26 |
| 6/29/2019 | 1880817086 | $261.88 |
| 6/29/2019 | 1880791278 | $355.63 |
| 6/29/2019 | 1880791243 | $384.87 |
| 6/29/2019 | 1880763055 | $477.05 |
| 6/29/2019 | 1880817098 | $1,074.47 |
| 6/29/2019 | 1880791267 | $1,110.64 |
| 6/29/2019 | 1880791252 | $1,306.47 |
| 6/29/2019 | 1880791279 | $2,485.68 |
| 6/29/2019 | 1880817090 | $3,813.38 |
| 6/29/2019 | 1880791274 | $3,938.88 |
| 6/29/2019 | 1880817803 | $6,099.34 |
| 6/29/2019 | 1880791261 | $7,786.11 |
| 6/29/2019 | 1880817094 | $9,701.19 |
| 6/28/2019 | 1880690812 | $27.48 |
| 6/28/2019 | 1880690818 | $173.84 |
| 6/28/2019 | 1880690814 | $194.29 |
| 6/28/2019 | 1880663749 | $298.95 |
| 6/28/2019 | 1880690813 | $447.62 |
| 6/28/2019 | 1880690820 | $1,873.51 |
| 6/28/2019 | 1880690816 | $3,242.58 |
| 6/28/2019 | 1880690817 | $6,818.82 |
| 6/27/2019 | 1880541271 | $52.02 |
| 6/27/2019 | 1880541270 | $52.02 |
| 6/27/2019 | 1880541269 | $60.84 |
| 6/27/2019 | 1880541248 | $73.84 |
| 6/27/2019 | 1880541268 | $89.32 |

| | | |
|---|---|---|
| 6/27/2019 | 1880541260 | $187.69 |
| 6/27/2019 | 1880541249 | $195.00 |
| 6/27/2019 | 1880541250 | $660.29 |
| 6/27/2019 | 1880541267 | $1,457.35 |
| 6/27/2019 | 1880541264 | $2,581.87 |
| 6/27/2019 | 1880541259 | $4,321.28 |
| 6/27/2019 | 1880541263 | $4,388.38 |
| 6/27/2019 | 1880541252 | $5,495.37 |
| 6/27/2019 | 1880541256 | $12,012.12 |
| 6/26/2019 | 1880467627 | $35.70 |
| 6/26/2019 | 1880467608 | $37.33 |
| 6/26/2019 | 1880466791 | $50.02 |
| 6/26/2019 | 1880467623 | $60.75 |
| 6/26/2019 | 1880467626 | $72.68 |
| 6/26/2019 | 1880466799 | $74.90 |
| 6/26/2019 | 1880466792 | $80.21 |
| 6/26/2019 | 1880452113 | $90.69 |
| 6/26/2019 | 1880466797 | $111.33 |
| 6/26/2019 | 1880467625 | $543.64 |
| 6/26/2019 | 1880466790 | $614.94 |
| 6/26/2019 | 1880467609 | $1,289.38 |
| 6/26/2019 | 1880467619 | $1,909.90 |
| 6/26/2019 | 1880467616 | $3,002.63 |
| 6/26/2019 | 1880467621 | $5,504.93 |
| 6/26/2019 | 1880466794 | $5,593.81 |
| 6/26/2019 | 1880467606 | $11,396.58 |
| 6/25/2019 | 1880329969 | $19.73 |
| 6/25/2019 | 1880329976 | $24.26 |
| 6/25/2019 | 1880329971 | $31.97 |
| 6/25/2019 | 1880329968 | $60.45 |
| 6/25/2019 | 1880329972 | $66.63 |
| 6/25/2019 | 1880329964 | $118.26 |
| 6/25/2019 | 1880329974 | $234.53 |
| 6/25/2019 | 1880329966 | $267.91 |
| 6/25/2019 | 1880302275 | $2,689.04 |
| 6/24/2019 | 1880265249 | $12.13 |
| 6/24/2019 | 1880265233 | $87.92 |
| 6/24/2019 | 1880265251 | $104.04 |
| 6/24/2019 | 1880265252 | $105.39 |
| 6/24/2019 | 1880265232 | $125.83 |
| 6/24/2019 | 1880265237 | $148.30 |

| | | |
|---|---|---|
| 6/24/2019 | 1880265247 | $226.36 |
| 6/24/2019 | 1880265234 | $307.71 |
| 6/24/2019 | 1880265250 | $318.00 |
| 6/24/2019 | 1880265245 | $518.74 |
| 6/24/2019 | 1880265248 | $572.53 |
| 6/24/2019 | 1880265244 | $627.58 |
| 6/24/2019 | 1880265235 | $648.50 |
| 6/24/2019 | 1880265241 | $671.22 |
| 6/24/2019 | 1880265230 | $692.28 |
| 6/24/2019 | 1880265242 | $694.52 |
| 6/24/2019 | 1880265240 | $766.52 |
| 6/24/2019 | 1880265231 | $929.19 |
| 6/24/2019 | 1880265239 | $1,002.34 |
| 6/24/2019 | 1880265243 | $1,393.36 |
| 6/24/2019 | 1880265246 | $3,069.12 |
| 6/24/2019 | 1880265238 | $5,239.62 |
| 6/24/2019 | 1880265236 | $10,805.87 |
| 6/22/2019 | 1880233148 | $4.28 |
| 6/22/2019 | 1880233149 | $4.64 |
| 6/22/2019 | 1880233150 | $18.53 |
| 6/22/2019 | 1880233175 | $36.24 |
| 6/22/2019 | 1880233152 | $36.71 |
| 6/22/2019 | 1880233151 | $45.90 |
| 6/22/2019 | 1880233143 | $71.72 |
| 6/22/2019 | 1880233147 | $86.03 |
| 6/22/2019 | 1880233140 | $86.96 |
| 6/22/2019 | 1880233145 | $99.00 |
| 6/22/2019 | 1880233139 | $187.44 |
| 6/22/2019 | 1880233142 | $227.06 |
| 6/22/2019 | 1880233155 | $265.20 |
| 6/22/2019 | 1880233176 | $316.60 |
| 6/22/2019 | 1880233138 | $352.15 |
| 6/22/2019 | 1880233156 | $395.26 |
| 6/22/2019 | 1880233174 | $661.25 |
| 6/22/2019 | 1880233154 | $706.59 |
| 6/22/2019 | 1880233141 | $1,714.99 |
| 6/22/2019 | 1880233144 | $3,784.53 |
| 6/22/2019 | 1880233168 | $4,060.58 |
| 6/22/2019 | 1880233171 | $5,057.89 |
| 6/22/2019 | 1880233158 | $6,192.18 |
| 6/22/2019 | 1880233172 | $6,270.36 |

| | | |
|---|---|---|
| 6/22/2019 | 1880233167 | $6,455.29 |
| 6/22/2019 | 1880233165 | $9,174.17 |
| 6/22/2019 | 1880233162 | $9,691.14 |
| 6/21/2019 | 1880101025 | $17.10 |
| 6/21/2019 | 1880101019 | $50.10 |
| 6/21/2019 | 1880101020 | $51.25 |
| 6/21/2019 | 1880101015 | $52.02 |
| 6/21/2019 | 1880101017 | $60.45 |
| 6/21/2019 | 1880101032 | $65.31 |
| 6/21/2019 | 1880101033 | $93.86 |
| 6/21/2019 | 1880101021 | $172.38 |
| 6/21/2019 | 1880101030 | $234.94 |
| 6/21/2019 | 1880101014 | $367.20 |
| 6/21/2019 | 1880101016 | $533.58 |
| 6/21/2019 | 1880101029 | $812.69 |
| 6/21/2019 | 1880101027 | $3,638.66 |
| 6/21/2019 | 1880101018 | $4,052.00 |
| 6/21/2019 | 1880101028 | $4,659.44 |
| 6/21/2019 | 1880101024 | $6,542.82 |
| 6/21/2019 | 1880101023 | $11,367.41 |
| 6/20/2019 | 1879939867 | $5.86 |
| 6/20/2019 | 1879939873 | $10.39 |
| 6/20/2019 | 1879939869 | $22.56 |
| 6/20/2019 | 1879939872 | $35.53 |
| 6/20/2019 | 1879939876 | $51.14 |
| 6/20/2019 | 1879939875 | $51.14 |
| 6/20/2019 | 1879939850 | $58.13 |
| 6/20/2019 | 1879939864 | $65.82 |
| 6/20/2019 | 1879939881 | $93.32 |
| 6/20/2019 | 1879939849 | $115.20 |
| 6/20/2019 | 1879939868 | $121.20 |
| 6/20/2019 | 1879939883 | $123.34 |
| 6/20/2019 | 1879939871 | $130.94 |
| 6/20/2019 | 1880003319 | $146.48 |
| 6/20/2019 | 1879939870 | $184.17 |
| 6/20/2019 | 1879939880 | $194.09 |
| 6/20/2019 | 1879939848 | $195.00 |
| 6/20/2019 | 1879939878 | $281.33 |
| 6/20/2019 | 1879939877 | $406.02 |
| 6/20/2019 | 1879939847 | $540.60 |
| 6/20/2019 | 1879939865 | $688.59 |

| | | |
|---|---|---|
| 6/20/2019 | 1879939860 | $1,325.37 |
| 6/20/2019 | 1879939866 | $2,159.18 |
| 6/20/2019 | 1879939874 | $3,435.14 |
| 6/20/2019 | 1879939863 | $5,656.55 |
| 6/20/2019 | 1879939857 | $7,266.26 |
| 6/19/2019 | 1879858547 | $5.86 |
| 6/19/2019 | 1879858558 | $10.13 |
| 6/19/2019 | 1879858545 | $14.06 |
| 6/19/2019 | 1879858538 | $19.73 |
| 6/19/2019 | 1879858536 | $26.14 |
| 6/19/2019 | 1879858541 | $29.70 |
| 6/19/2019 | 1879858543 | $45.26 |
| 6/19/2019 | 1879858539 | $47.80 |
| 6/19/2019 | 1879858542 | $49.43 |
| 6/19/2019 | 1879858540 | $49.43 |
| 6/19/2019 | 1879858546 | $80.94 |
| 6/19/2019 | 1879858544 | $90.52 |
| 6/19/2019 | 1879858550 | $103.80 |
| 6/19/2019 | 1879858557 | $122.43 |
| 6/19/2019 | 1879858548 | $137.64 |
| 6/19/2019 | 1879858535 | $217.66 |
| 6/19/2019 | 1879858559 | $225.02 |
| 6/19/2019 | 1879858554 | $363.78 |
| 6/19/2019 | 1879858537 | $638.58 |
| 6/19/2019 | 1879858555 | $3,291.58 |
| 6/19/2019 | 1879858549 | $3,375.49 |
| 6/19/2019 | 1879858553 | $4,033.58 |
| 6/19/2019 | 1879858556 | $4,231.22 |
| 6/19/2019 | 1879858552 | $9,941.29 |
| 6/19/2019 | 1879858551 | $11,599.11 |
| 6/18/2019 | 1879749620 | $16.42 |
| 6/18/2019 | 1879749621 | $33.68 |
| 6/18/2019 | 1879749627 | $97.31 |
| 6/18/2019 | 1879749625 | $104.04 |
| 6/18/2019 | 1879749626 | $208.08 |
| 6/18/2019 | 1879749628 | $231.61 |
| 6/18/2019 | 1879749624 | $231.61 |
| 6/18/2019 | 1879758629 | $251.40 |
| 6/18/2019 | 1879749622 | $327.16 |
| 6/18/2019 | 1879749623 | $713.09 |
| 6/17/2019 | 1879698344 | $26.52 |

| | | |
|---|---|---|
| 6/17/2019 | 1879698335 | $32.74 |
| 6/17/2019 | 1879698341 | $45.14 |
| 6/17/2019 | 1879698332 | $53.59 |
| 6/17/2019 | 1879698330 | $53.59 |
| 6/17/2019 | 1879698338 | $55.60 |
| 6/17/2019 | 1879698342 | $63.59 |
| 6/17/2019 | 1879698345 | $88.74 |
| 6/17/2019 | 1879698346 | $121.50 |
| 6/17/2019 | 1879698337 | $126.48 |
| 6/17/2019 | 1879698336 | $131.88 |
| 6/17/2019 | 1879698339 | $136.23 |
| 6/17/2019 | 1879698348 | $137.53 |
| 6/17/2019 | 1879698347 | $146.88 |
| 6/17/2019 | 1879698325 | $181.90 |
| 6/17/2019 | 1879698334 | $219.80 |
| 6/17/2019 | 1879698333 | $219.80 |
| 6/17/2019 | 1879698326 | $348.28 |
| 6/17/2019 | 1879698340 | $456.56 |
| 6/17/2019 | 1879698331 | $496.13 |
| 6/17/2019 | 1879698328 | $601.74 |
| 6/17/2019 | 1879698329 | $842.30 |
| 6/17/2019 | 1879698343 | $2,424.51 |
| 6/15/2019 | 1879609173 | $4.64 |
| 6/15/2019 | 1879609198 | $23.54 |
| 6/15/2019 | 1879609172 | $27.80 |
| 6/15/2019 | 1879609181 | $30.36 |
| 6/15/2019 | 1879609180 | $30.36 |
| 6/15/2019 | 1879609179 | $30.36 |
| 6/15/2019 | 1879609178 | $30.36 |
| 6/15/2019 | 1879609706 | $30.92 |
| 6/15/2019 | 1879609184 | $32.32 |
| 6/15/2019 | 1879609177 | $45.28 |
| 6/15/2019 | 1879609176 | $45.28 |
| 6/15/2019 | 1879609170 | $46.70 |
| 6/15/2019 | 1879609169 | $46.70 |
| 6/15/2019 | 1879609171 | $50.08 |
| 6/15/2019 | 1879609175 | $55.70 |
| 6/15/2019 | 1879609707 | $69.67 |
| 6/15/2019 | 1879609164 | $85.87 |
| 6/15/2019 | 1879609167 | $137.58 |
| 6/15/2019 | 1879609705 | $142.87 |

| | | |
|---|---|---|
| 6/15/2019 | 1879609166 | $152.30 |
| 6/15/2019 | 1879668535 | $174.69 |
| 6/15/2019 | 1879609168 | $185.97 |
| 6/15/2019 | 1879609704 | $227.54 |
| 6/15/2019 | 1879609183 | $343.91 |
| 6/15/2019 | 1879609182 | $464.61 |
| 6/15/2019 | 1879609174 | $634.59 |
| 6/15/2019 | 1879609701 | $872.74 |
| 6/15/2019 | 1879668536 | $1,257.99 |
| 6/15/2019 | 1879609185 | $2,657.70 |
| 6/15/2019 | 1879609700 | $3,799.82 |
| 6/15/2019 | 1879609702 | $4,102.57 |
| 6/15/2019 | 1879609187 | $4,423.68 |
| 6/15/2019 | 1879609186 | $6,953.74 |
| 6/15/2019 | 1879609191 | $8,751.80 |
| 6/15/2019 | 1879609196 | $14,240.22 |
| 6/14/2019 | 1879580732 | $18.26 |
| 6/14/2019 | 1879554864 | $88.05 |
| 6/14/2019 | 1879554869 | $89.32 |
| 6/14/2019 | 1879554867 | $89.32 |
| 6/14/2019 | 1879554863 | $120.90 |
| 6/14/2019 | 1879554870 | $137.74 |
| 6/14/2019 | 1879554866 | $386.50 |
| 6/13/2019 | 1879412332 | $8.73 |
| 6/13/2019 | 1879411558 | $21.55 |
| 6/13/2019 | 1879412333 | $27.48 |
| 6/13/2019 | 1879412312 | $28.33 |
| 6/13/2019 | 1879411563 | $41.88 |
| 6/13/2019 | 1879412375 | $54.50 |
| 6/13/2019 | 1879412327 | $60.13 |
| 6/13/2019 | 1879412320 | $61.28 |
| 6/13/2019 | 1879411560 | $68.80 |
| 6/13/2019 | 1879412323 | $69.27 |
| 6/13/2019 | 1879412322 | $69.27 |
| 6/13/2019 | 1879412318 | $69.27 |
| 6/13/2019 | 1879412317 | $76.94 |
| 6/13/2019 | 1879412326 | $79.15 |
| 6/13/2019 | 1879411555 | $81.72 |
| 6/13/2019 | 1879411585 | $89.14 |
| 6/13/2019 | 1879411557 | $96.70 |
| 6/13/2019 | 1879411559 | $103.97 |

| | | |
|---|---|---|
| 6/13/2019 | 1879412305 | $104.04 |
| 6/13/2019 | 1879412329 | $120.25 |
| 6/13/2019 | 1879412328 | $120.25 |
| 6/13/2019 | 1879412325 | $148.08 |
| 6/13/2019 | 1879412330 | $162.64 |
| 6/13/2019 | 1879412373 | $177.72 |
| 6/13/2019 | 1879411561 | $195.00 |
| 6/13/2019 | 1879412311 | $206.37 |
| 6/13/2019 | 1879411583 | $209.76 |
| 6/13/2019 | 1879411553 | $220.13 |
| 6/13/2019 | 1879411551 | $246.54 |
| 6/13/2019 | 1879411564 | $285.74 |
| 6/13/2019 | 1879412315 | $289.03 |
| 6/13/2019 | 1879412309 | $291.03 |
| 6/13/2019 | 1879412324 | $302.60 |
| 6/13/2019 | 1879411577 | $382.47 |
| 6/13/2019 | 1879412316 | $943.11 |
| 6/13/2019 | 1879412306 | $1,394.18 |
| 6/13/2019 | 1879412303 | $1,750.39 |
| 6/13/2019 | 1879412345 | $3,081.44 |
| 6/13/2019 | 1879411562 | $3,670.38 |
| 6/13/2019 | 1879411595 | $5,142.73 |
| 6/13/2019 | 1879412371 | $5,569.81 |
| 6/13/2019 | 1879411594 | $5,599.74 |
| 6/13/2019 | 1879412331 | $5,664.10 |
| 6/13/2019 | 1879411579 | $6,175.68 |
| 6/13/2019 | 1879412362 | $6,338.33 |
| 6/13/2019 | 1879412352 | $8,137.64 |
| 6/13/2019 | 1879411572 | $9,250.69 |
| 6/13/2019 | 1879494810 | $9,973.66 |
| 6/12/2019 | 1879356990 | $52.02 |
| 6/12/2019 | 1879356988 | $60.45 |
| 6/12/2019 | 1879356986 | $60.45 |
| 6/12/2019 | 1879356985 | $60.45 |
| 6/12/2019 | 1879356987 | $82.04 |
| 6/12/2019 | 1879356982 | $93.95 |
| 6/12/2019 | 1879356981 | $122.30 |
| 6/12/2019 | 1879369302 | $499.90 |
| 6/12/2019 | 1879356979 | $728.77 |
| 6/12/2019 | 1879356973 | $7,779.00 |
| 6/11/2019 | 1879203642 | $9.16 |

| | | |
|---|---|---|
| 6/11/2019 | 1879203627 | $18.85 |
| 6/11/2019 | 1879204401 | $35.02 |
| 6/11/2019 | 1879204400 | $35.02 |
| 6/11/2019 | 1879203694 | $35.02 |
| 6/11/2019 | 1879203691 | $35.02 |
| 6/11/2019 | 1879203688 | $35.02 |
| 6/11/2019 | 1879203648 | $35.50 |
| 6/11/2019 | 1879203650 | $38.91 |
| 6/11/2019 | 1879203635 | $46.38 |
| 6/11/2019 | 1879203638 | $60.75 |
| 6/11/2019 | 1879203672 | $66.26 |
| 6/11/2019 | 1879204406 | $72.08 |
| 6/11/2019 | 1879203697 | $92.57 |
| 6/11/2019 | 1879203669 | $93.88 |
| 6/11/2019 | 1879204403 | $94.74 |
| 6/11/2019 | 1879203654 | $100.03 |
| 6/11/2019 | 1879203698 | $102.81 |
| 6/11/2019 | 1879203695 | $109.30 |
| 6/11/2019 | 1879203689 | $111.99 |
| 6/11/2019 | 1879204405 | $127.14 |
| 6/11/2019 | 1879203668 | $145.60 |
| 6/11/2019 | 1879203656 | $200.05 |
| 6/11/2019 | 1879203651 | $233.54 |
| 6/11/2019 | 1879203653 | $250.06 |
| 6/11/2019 | 1879203645 | $270.52 |
| 6/11/2019 | 1879203631 | $292.02 |
| 6/11/2019 | 1879203629 | $292.02 |
| 6/11/2019 | 1879203657 | $318.00 |
| 6/11/2019 | 1879203641 | $318.24 |
| 6/11/2019 | 1879203665 | $342.26 |
| 6/11/2019 | 1879203633 | $417.15 |
| 6/11/2019 | 1879203676 | $501.84 |
| 6/11/2019 | 1879203674 | $572.40 |
| 6/11/2019 | 1879203630 | $644.65 |
| 6/11/2019 | 1879203644 | $765.00 |
| 6/11/2019 | 1879203640 | $827.69 |
| 6/11/2019 | 1879203637 | $1,236.94 |
| 6/11/2019 | 1879203647 | $2,061.92 |
| 6/11/2019 | 1879203684 | $3,298.91 |
| 6/11/2019 | 1879203660 | $5,154.27 |
| 6/10/2019 | 1879157542 | $44.44 |

| | | |
|---|---|---|
| 6/10/2019 | 1879158607 | $1,301.46 |
| 6/10/2019 | 1879157544 | $6,484.30 |
| | | |
| | **503(b)(9) Subtotal:** | $473,617.55 |
| | **Postpetition Subtotal:** | $21,432.17 |
| | **Hahnemann University Hospital Total:** | **$495,049.72** |
| | | |
| | **St. Christopher's Healthcare, LLC** | |
| **Invoice Date** | **Invoice Number** | **Invoice Amount** |
| 7/12/2019 | 1881800355 | $122.51 |
| 7/11/2019 | 1881676708 | $15.87 |
| 7/10/2019 | 1881541211 | $149.08 |
| 7/9/2019 | 1881388754 | $41.00 |
| 7/9/2019 | 1881388753 | $143.48 |
| 7/9/2019 | 1881388752 | $243.86 |
| 7/8/2019 | 1881325977 | $327.84 |
| 7/6/2019 | 1881274231 | $13.66 |
| 7/6/2019 | 1881248092 | $146.63 |
| 7/6/2019 | 1881274232 | $1,281.46 |
| 7/4/2019 | 1881145705 | $110.71 |
| 7/4/2019 | 1881145706 | $127.64 |
| 7/4/2019 | 1881145703 | $168.97 |
| 7/4/2019 | 1881142113 | $356.89 |
| 7/4/2019 | 1881144699 | $463.43 |
| 7/4/2019 | 1881145700 | $664.36 |
| 7/4/2019 | 1881144696 | $864.84 |
| 7/4/2019 | 1881145701 | $1,463.00 |
| 7/4/2019 | 1881145702 | $1,850.56 |
| 7/4/2019 | 1881144697 | $12,880.92 |
| 7/3/2019 | 1881039962 | $32.09 |
| 7/3/2019 | 1881039959 | $32.09 |
| 7/3/2019 | 1881039965 | $57.78 |
| 7/3/2019 | 1881039961 | $60.91 |
| 7/3/2019 | 1881039981 | $60.94 |
| 7/3/2019 | 1881039974 | $63.15 |
| 7/3/2019 | 1881039985 | $81.92 |
| 7/3/2019 | 1881039983 | $87.74 |
| 7/3/2019 | 1881039975 | $138.38 |
| 7/3/2019 | 1881039977 | $174.54 |
| 7/3/2019 | 1881039979 | $281.88 |
| 7/3/2019 | 1881039971 | $782.59 |

| | | |
|---|---|---|
| 7/3/2019 | 1880958448 | $4,209.66 |
| 7/2/2019 | 1880874498 | $298.94 |
| 7/2/2019 | 1881025145 | $710.21 |
| 7/2/2019 | 1881025144 | $739.69 |
| 6/29/2019 | 1880785312 | $22.98 |
| 6/29/2019 | 1880804657 | $66.30 |
| 6/29/2019 | 1880804660 | $86.35 |
| 6/29/2019 | 1880817809 | $210.40 |
| 6/29/2019 | 1880804653 | $312.94 |
| 6/29/2019 | 1880791289 | $439.95 |
| 6/29/2019 | 1880804654 | $631.43 |
| 6/29/2019 | 1880817808 | $802.42 |
| 6/29/2019 | 1880804662 | $837.74 |
| 6/29/2019 | 1880817806 | $1,394.86 |
| 6/29/2019 | 1880804655 | $1,528.32 |
| 6/29/2019 | 1880804658 | $3,284.53 |
| 6/29/2019 | 1880804656 | $5,155.67 |
| 6/29/2019 | 1880804659 | $5,296.19 |
| 6/29/2019 | 1880791287 | $7,173.80 |
| 6/28/2019 | 1880690826 | $10.18 |
| 6/28/2019 | 1880690825 | $10.18 |
| 6/28/2019 | 1880690824 | $10.18 |
| 6/28/2019 | 1880690823 | $10.18 |
| 6/28/2019 | 1880690822 | $10.18 |
| 6/28/2019 | 1880690821 | $10.18 |
| 6/28/2019 | 1880690285 | $57.42 |
| 6/28/2019 | 1880690829 | $77.11 |
| 6/28/2019 | 1880690284 | $89.12 |
| 6/28/2019 | 1880690276 | $205.25 |
| 6/28/2019 | 1880714890 | $242.44 |
| 6/28/2019 | 1880690827 | $432.48 |
| 6/28/2019 | 1880690828 | $507.02 |
| 6/28/2019 | 1880690835 | $513.19 |
| 6/28/2019 | 1880690831 | $551.80 |
| 6/28/2019 | 1880690288 | $568.06 |
| 6/28/2019 | 1880690289 | $982.52 |
| 6/28/2019 | 1880690833 | $1,674.90 |
| 6/28/2019 | 1880690832 | $1,726.21 |
| 6/28/2019 | 1880690286 | $4,152.93 |
| 6/28/2019 | 1880690830 | $4,814.95 |
| 6/28/2019 | 1880690279 | $16,481.57 |

| | | |
|---|---|---|
| 6/27/2019 | 1880589916 | $56.23 |
| 6/27/2019 | 1880589919 | $84.53 |
| 6/27/2019 | 1880589917 | $88.63 |
| 6/27/2019 | 1880589920 | $120.28 |
| 6/27/2019 | 1880589910 | $205.91 |
| 6/27/2019 | 1880589909 | $218.20 |
| 6/27/2019 | 1880589907 | $293.22 |
| 6/27/2019 | 1880589908 | $298.25 |
| 6/27/2019 | 1880589913 | $421.67 |
| 6/27/2019 | 1880589911 | $804.96 |
| 6/27/2019 | 1880589914 | $1,936.52 |
| 6/27/2019 | 1880589915 | $2,299.56 |
| 6/27/2019 | 1880589912 | $3,072.59 |
| 6/26/2019 | 1880392760 | $28.15 |
| 6/26/2019 | 1880392757 | $33.94 |
| 6/26/2019 | 1880392759 | $83.03 |
| 6/26/2019 | 1880392762 | $94.83 |
| 6/26/2019 | 1880467668 | $110.24 |
| 6/26/2019 | 1880467661 | $116.37 |
| 6/26/2019 | 1880467657 | $116.37 |
| 6/26/2019 | 1880467655 | $116.37 |
| 6/26/2019 | 1880467653 | $116.37 |
| 6/26/2019 | 1880467650 | $116.37 |
| 6/26/2019 | 1880467648 | $116.37 |
| 6/26/2019 | 1880392756 | $171.95 |
| 6/26/2019 | 1880467681 | $201.10 |
| 6/26/2019 | 1880467670 | $220.41 |
| 6/26/2019 | 1880467667 | $235.08 |
| 6/26/2019 | 1880467679 | $242.90 |
| 6/26/2019 | 1880467678 | $249.88 |
| 6/26/2019 | 1880392761 | $369.54 |
| 6/26/2019 | 1880392758 | $406.57 |
| 6/26/2019 | 1880467682 | $407.01 |
| 6/26/2019 | 1880467669 | $408.10 |
| 6/26/2019 | 1880467677 | $411.30 |
| 6/26/2019 | 1880467676 | $587.52 |
| 6/26/2019 | 1880392754 | $878.51 |
| 6/26/2019 | 1880467672 | $939.40 |
| 6/26/2019 | 1880392753 | $986.72 |
| 6/26/2019 | 1880467666 | $1,093.33 |
| 6/26/2019 | 1880467674 | $1,271.88 |

| 6/26/2019 | 1880467664 | $2,664.71 |
|---|---|---|
| 6/26/2019 | 1880467671 | $3,694.10 |
| 6/25/2019 | 1880329991 | $9.59 |
| 6/25/2019 | 1880329990 | $9.59 |
| 6/25/2019 | 1880329989 | $9.59 |
| 6/25/2019 | 1880329987 | $9.59 |
| 6/25/2019 | 1880329986 | $9.59 |
| 6/25/2019 | 1880329984 | $9.59 |
| 6/25/2019 | 1880321284 | $12.05 |
| 6/25/2019 | 1880321292 | $15.24 |
| 6/25/2019 | 1880321282 | $26.29 |
| 6/25/2019 | 1880321281 | $26.78 |
| 6/25/2019 | 1880321279 | $26.78 |
| 6/25/2019 | 1880329982 | $35.48 |
| 6/25/2019 | 1880321280 | $86.35 |
| 6/25/2019 | 1880321288 | $86.72 |
| 6/25/2019 | 1880321290 | $97.34 |
| 6/25/2019 | 1880321286 | $145.85 |
| 6/25/2019 | 1880477247 | $190.50 |
| 6/25/2019 | 1880321291 | $240.95 |
| 6/25/2019 | 1880321277 | $377.42 |
| 6/25/2019 | 1880321278 | $2,719.95 |
| 6/24/2019 | 1880252344 | $55.80 |
| 6/24/2019 | 1880252350 | $69.72 |
| 6/24/2019 | 1880252349 | $75.74 |
| 6/24/2019 | 1880252348 | $76.51 |
| 6/24/2019 | 1880252362 | $80.52 |
| 6/24/2019 | 1880252347 | $115.00 |
| 6/24/2019 | 1880252361 | $194.62 |
| 6/24/2019 | 1880252358 | $201.54 |
| 6/24/2019 | 1880252345 | $218.15 |
| 6/24/2019 | 1880252351 | $240.29 |
| 6/24/2019 | 1880252354 | $258.47 |
| 6/24/2019 | 1880252356 | $306.27 |
| 6/24/2019 | 1880252360 | $318.72 |
| 6/24/2019 | 1880265253 | $403.08 |
| 6/24/2019 | 1880265256 | $471.36 |
| 6/24/2019 | 1880252353 | $824.12 |
| 6/24/2019 | 1880265254 | $1,563.25 |
| 6/24/2019 | 1880265255 | $1,674.90 |
| 6/24/2019 | 1880252364 | $2,065.57 |

| | | |
|---|---|---|
| 6/24/2019 | 1880252357 | $3,068.17 |
| 6/24/2019 | 1880252367 | $7,906.44 |
| 6/21/2019 | 1880128270 | $47.34 |
| 6/21/2019 | 1880128250 | $53.04 |
| 6/21/2019 | 1880128275 | $56.49 |
| 6/21/2019 | 1880128253 | $56.75 |
| 6/21/2019 | 1880128266 | $95.70 |
| 6/21/2019 | 1880128259 | $96.45 |
| 6/21/2019 | 1880128276 | $133.98 |
| 6/21/2019 | 1880128261 | $138.95 |
| 6/21/2019 | 1880128274 | $153.65 |
| 6/21/2019 | 1880128265 | $240.29 |
| 6/21/2019 | 1880128267 | $252.96 |
| 6/21/2019 | 1880128252 | $261.12 |
| 6/21/2019 | 1880128277 | $291.31 |
| 6/21/2019 | 1880128258 | $361.01 |
| 6/21/2019 | 1880128251 | $551.20 |
| 6/21/2019 | 1880128254 | $921.00 |
| 6/21/2019 | 1880128263 | $1,443.08 |
| 6/21/2019 | 1880128262 | $2,084.75 |
| 6/21/2019 | 1880128269 | $3,999.89 |
| 6/21/2019 | 1880101036 | $7,060.21 |
| 6/21/2019 | 1880128273 | $9,150.09 |
| 6/21/2019 | 1880128256 | $29,409.87 |
| 6/20/2019 | 1879946771 | $6.99 |
| 6/20/2019 | 1879946767 | $8.20 |
| 6/20/2019 | 1879946755 | $15.46 |
| 6/20/2019 | 1879946730 | $21.15 |
| 6/20/2019 | 1879946766 | $35.52 |
| 6/20/2019 | 1879946773 | $42.76 |
| 6/20/2019 | 1879946732 | $57.30 |
| 6/20/2019 | 1879946778 | $59.70 |
| 6/20/2019 | 1879946748 | $68.17 |
| 6/20/2019 | 1879946751 | $78.21 |
| 6/20/2019 | 1879946781 | $96.70 |
| 6/20/2019 | 1879946739 | $100.31 |
| 6/20/2019 | 1879946780 | $120.06 |
| 6/20/2019 | 1879946776 | $122.20 |
| 6/20/2019 | 1879946775 | $122.20 |
| 6/20/2019 | 1879946743 | $164.54 |
| 6/20/2019 | 1879946735 | $175.41 |

| | | |
|---|---|---|
| 6/20/2019 | 1879946786 | $179.04 |
| 6/20/2019 | 1879946784 | $316.55 |
| 6/20/2019 | 1879946772 | $361.94 |
| 6/20/2019 | 1879946764 | $427.76 |
| 6/20/2019 | 1879946758 | $540.66 |
| 6/20/2019 | 1879946728 | $548.18 |
| 6/20/2019 | 1879946769 | $657.37 |
| 6/20/2019 | 1879946777 | $1,109.76 |
| 6/19/2019 | 1879835459 | $11.35 |
| 6/19/2019 | 1879835451 | $44.15 |
| 6/19/2019 | 1879835446 | $100.21 |
| 6/19/2019 | 1879835452 | $120.69 |
| 6/19/2019 | 1879835462 | $259.54 |
| 6/19/2019 | 1879835458 | $279.63 |
| 6/19/2019 | 1879835453 | $279.63 |
| 6/19/2019 | 1879835454 | $379.51 |
| 6/19/2019 | 1879835442 | $419.32 |
| 6/19/2019 | 1879835457 | $482.76 |
| 6/19/2019 | 1879835456 | $710.62 |
| 6/19/2019 | 1879835447 | $783.30 |
| 6/19/2019 | 1879835461 | $1,281.46 |
| 6/19/2019 | 1879835449 | $4,633.48 |
| 6/19/2019 | 1879835444 | $16,781.37 |
| 6/18/2019 | 1879749631 | $239.91 |
| 6/18/2019 | 1879749630 | $404.96 |
| 6/17/2019 | 1879703676 | $20.94 |
| 6/17/2019 | 1879703655 | $24.10 |
| 6/17/2019 | 1879703675 | $26.82 |
| 6/17/2019 | 1879703642 | $28.55 |
| 6/17/2019 | 1879703645 | $28.89 |
| 6/17/2019 | 1879703652 | $40.81 |
| 6/17/2019 | 1879703646 | $53.64 |
| 6/17/2019 | 1879703679 | $63.94 |
| 6/17/2019 | 1879703644 | $68.16 |
| 6/17/2019 | 1879703653 | $120.06 |
| 6/17/2019 | 1879703648 | $120.06 |
| 6/17/2019 | 1879703674 | $154.63 |
| 6/17/2019 | 1879703643 | $180.42 |
| 6/17/2019 | 1879703670 | $183.60 |
| 6/17/2019 | 1879703647 | $199.94 |
| 6/17/2019 | 1879703678 | $200.62 |

| | | |
|---|---|---|
| 6/17/2019 | 1879703654 | $204.05 |
| 6/17/2019 | 1879703638 | $271.34 |
| 6/17/2019 | 1879703650 | $359.20 |
| 6/17/2019 | 1879703672 | $370.25 |
| 6/17/2019 | 1879703669 | $387.60 |
| 6/17/2019 | 1879703636 | $594.66 |
| 6/17/2019 | 1879703634 | $606.54 |
| 6/17/2019 | 1879703639 | $691.84 |
| 6/17/2019 | 1879703667 | $846.60 |
| 6/17/2019 | 1879698350 | $1,391.88 |
| 6/17/2019 | 1879703657 | $1,740.67 |
| 6/17/2019 | 1879703662 | $1,749.50 |
| 6/17/2019 | 1879703673 | $2,145.50 |
| 6/17/2019 | 1879698351 | $9,438.32 |
| 6/15/2019 | 1879618844 | $55.11 |
| 6/15/2019 | 1879618841 | $56.83 |
| 6/15/2019 | 1879618839 | $63.24 |
| 6/15/2019 | 1879618837 | $1,452.75 |
| 6/15/2019 | 1879618843 | $2,384.72 |
| 6/14/2019 | 1879554881 | $47.93 |
| 6/14/2019 | 1879524418 | $49.14 |
| 6/14/2019 | 1879524421 | $53.64 |
| 6/14/2019 | 1879554889 | $62.15 |
| 6/14/2019 | 1879524417 | $191.67 |
| 6/14/2019 | 1879524413 | $239.20 |
| 6/14/2019 | 1879524422 | $330.28 |
| 6/14/2019 | 1879524424 | $378.45 |
| 6/14/2019 | 1879554879 | $548.40 |
| 6/14/2019 | 1879554886 | $613.58 |
| 6/14/2019 | 1879524414 | $816.00 |
| 6/14/2019 | 1879524416 | $1,711.37 |
| 6/14/2019 | 1879602328 | $2,186.60 |
| 6/14/2019 | 1879524419 | $2,844.07 |
| 6/13/2019 | 1879461917 | $10.71 |
| 6/13/2019 | 1879461944 | $12.45 |
| 6/13/2019 | 1879461921 | $23.87 |
| 6/13/2019 | 1879461918 | $24.29 |
| 6/13/2019 | 1879461958 | $27.49 |
| 6/13/2019 | 1879461920 | $31.12 |
| 6/13/2019 | 1879461935 | $41.49 |
| 6/13/2019 | 1879461951 | $56.51 |

| | | |
|---|---|---|
| 6/13/2019 | 1879461914 | $59.63 |
| 6/13/2019 | 1879461937 | $72.88 |
| 6/13/2019 | 1879461936 | $80.12 |
| 6/13/2019 | 1879461939 | $87.77 |
| 6/13/2019 | 1879461934 | $124.90 |
| 6/13/2019 | 1879461938 | $134.20 |
| 6/13/2019 | 1879461942 | $140.88 |
| 6/13/2019 | 1879461956 | $158.30 |
| 6/13/2019 | 1879461947 | $179.04 |
| 6/13/2019 | 1879461954 | $238.98 |
| 6/13/2019 | 1879461945 | $240.29 |
| 6/13/2019 | 1879461949 | $293.76 |
| 6/13/2019 | 1879461952 | $302.96 |
| 6/13/2019 | 1879412383 | $314.39 |
| 6/13/2019 | 1879461940 | $324.03 |
| 6/13/2019 | 1879461929 | $330.27 |
| 6/13/2019 | 1879461932 | $369.99 |
| 6/13/2019 | 1879461915 | $400.74 |
| 6/13/2019 | 1879412382 | $404.40 |
| 6/13/2019 | 1879461919 | $406.02 |
| 6/13/2019 | 1879461927 | $412.63 |
| 6/13/2019 | 1879461925 | $428.20 |
| 6/13/2019 | 1879461941 | $448.08 |
| 6/13/2019 | 1879461923 | $3,807.08 |
| 6/12/2019 | 1879306340 | $70.04 |
| 6/12/2019 | 1879306330 | $240.96 |
| 6/12/2019 | 1879306328 | $299.20 |
| 6/12/2019 | 1879306326 | $382.04 |
| 6/12/2019 | 1879306334 | $516.35 |
| 6/12/2019 | 1879306336 | $663.35 |
| 6/12/2019 | 1879306341 | $1,166.53 |
| 6/12/2019 | 1879306339 | $1,978.88 |
| 6/12/2019 | 1879306332 | $2,594.56 |
| 6/12/2019 | 1879306337 | $3,806.19 |
| 6/12/2019 | 1879306329 | $4,973.15 |
| 6/12/2019 | 1879306344 | $5,279.87 |
| 6/11/2019 | 1879280200 | $407.77 |
| 6/11/2019 | 1879204415 | $529.69 |
| 6/11/2019 | 1879204420 | $551.80 |
| 6/11/2019 | 1879204419 | $1,680.48 |
| 6/11/2019 | 1879204417 | $2,214.72 |

| | | |
|---|---|---|
| 6/11/2019 | 1879204423 | $13,673.27 |
| 6/10/2019 | 1879162819 | $21.93 |
| 6/10/2019 | 1879162816 | $22.69 |
| 6/10/2019 | 1879162813 | $155.56 |
| 6/10/2019 | 1879162812 | $176.04 |
| 6/10/2019 | 1879162815 | $412.40 |
| 6/10/2019 | 1879162814 | $434.18 |
| 6/10/2019 | 1879162817 | $9,435.34 |
| 6/10/2019 | 1879162818 | $19,626.08 |
| | | |
| | **503(b)(9) Subtotal:** | $318,310.34 |
| | **Postpetition Subtotal:** | $29,249.22 |
| | **St. Christopher's Healthcare, LLC Total:** | $347,559.56 |
| | | |
| | | |
| | **TOTAL ADMINISTRATIVE CLAIM:** | **$842,609.28** |