## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

In re                                                                  Chapter 11

CENTER CITY HEALTHCARE, LLC                          Case No. 19-11466 (KG)
d/b/a HAHNEMANN UNIVERSITY
HOSPITAL, *et al.*[1]                                      (Jointly Administered)

          Debtors.                                   **Hearing Date: Jan. 23, 2020 at 10:00 a.m. (ET)**
                                            **Obj. Deadline: Jan. 16, 2020 at 4:00 p.m. (ET)**

-------------------------------------------------------x

## NOTICE OF MOTION AND HEARING

     **PLEASE TAKE NOTICE** that on January 9, 2020, Medline Industries Holdings, L.P. filed the *Motion of Medline Industries Holdings, L.P. for Allowance and Immediate Payment of Administrative Expense Claims Under 11 U.S.C. § 503* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A copy of the Motion is enclosed herein.

     **PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must be filed with the clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 16, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of the objection or response upon the undersigned counsel so as to be received on or before the Objection Deadline.

     **PLEASE TAKE FURTHER NOTICE** that, if an objection or response is timely filed, served and received, and such objection or response is not otherwise timely resolved, a hearing with respect to the Motion will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801 on **January 23, 2020 at 10:00 a.m. (ET)**.

     **PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR RESPONSE IS RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

{00027398. }

**THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  January 9, 2020
        Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email:  rosner@teamrosner.com
      leonhardt@teamrosner.com
      gibson@teamrosner.com

-and-

Robert M. Hirsh
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, New York 10019
Telephone: (212) 484-3900
Email: robert.hirsh@arentfox.com

*Counsel for Medline Industries Holdings, L.P.*