# Exhibit 1

# Rejected Contracts

**(see attached)**

Case 19-11466-MFW    Doc 1311-1    Filed 01/10/20    Page 2 of 4

Exhibit 1 - Rejected Contracts (18th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Specialtycare Iom Services, LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| Spok, Inc. | Maintenance Sales Order | St. Christopher's Healthcare, LLC |
| St. Christopher's Foundation for Children | Sublicense Agreement | St. Christopher's Healthcare, LLC |
| St. Christopher's Healthcare, LLC | Sublease | SCHC Pediatric Associates, L.L.C. |
| St. Christopher's Healthcare, LLC | Sublease (See Affiliate tab for detail) | SCHC Pediatric Associates, L.L.C. |
| St. Christopher's Hospital For Children Nurses United/ | Union Agreement | St. Christopher's Healthcare, LLC |
| St. Christopher's Pediatric Urgent Care Center | Sub-sublease (see Affiliate tab for detail) | SCHC Pediatric Associates, L.L.C. |
| St. Elizabeth North Philadelphia Headstart | Service Agreement | St. Christopher's Healthcare, LLC |
| Stryker Flex Financial | Short Form Lease Agreement | St. Christopher's Healthcare, LLC |
| Stryker Sales Corporation | Equipment Usage Agreement | St. Christopher's Healthcare, LLC |
| Suzanne M. Touch, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Sysmex America, Inc. | Service Agreement | St. Christopher's Healthcare, LLC |
| Systematech Technical Management Services, Inc. | Agreement For Interpretation Svcs | St. Christopher's Healthcare, LLC |
| T. Cruse Design | Services Agreement | TPS V of PA, L.L.C. |
| T. Cruse Design | Services Agreement | StChris Care at Northeast Pediatrics, L.L.C. |
| T. Cruse Design | Services Agreement | St. Christopher's Healthcare, LLC |
| T. Cruse Design | Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Tab Service Company | Agreement For 1098-T Tax Form Svcs | St. Christopher's Healthcare, LLC |
| Teleflex Medical Incorporated | Agreement For Rental Of Heated Humidifiers | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Academic Affiliation Agreement (as amended, along with accompanying exhibits) | SCHC Pediatric Associates, L.L.C. |
| Temple University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University | Clinical Rotation Agreement (NICU) | St. Christopher's Healthcare, LLC |

Case 19-11466-MFW    Doc 1311-1    Filed 01/10/20    Page 3 of 4

Exhibit 1 - Rejected Contracts (18th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Temple University | Clinical Rotation Agreement (Neurology) | St. Christopher's Healthcare, LLC |
| Temple University Hospital | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Temple University Hospital | Clinical Rotation Agreement (PGY 1 to Well Baby Nursery) | St. Christopher's Healthcare, LLC |
| Tenet Business Services Corporation | Transition Services Agreement | Philadelphia Academic Health System, LLC |
| The Academy Of Natural Sciences Of Drexel University | Agreement For Venue | St. Christopher's Healthcare, LLC |
| The Advisory Board Company | Membership Agreement | Philadelphia Academic Health System, LLC |
| The Communication Connection | Services Agreement | St. Christopher's Healthcare, LLC |
| The Communication Connection | Services Agreement | SCHC Pediatric Associates, L.L.C. |
| The Otis Elevator Company | Agreement For Elevator Repair & Maintenance | St. Christopher's Healthcare, LLC |
| The Phillie Phanatic | Phanatic Contract | St. Christopher's Healthcare, LLC |
| The Staywell Company, Llc | License Agreement | Philadelphia Academic Health System, LLC |
| Thomas Jefferson University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Thomas Jefferson University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Thomas Jefferson University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Thomas Jefferson University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Thomas Jefferson University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Thomas Jefferson University Hospital | Clinical Rotation Agreement (Neonatology) | St. Christopher's Healthcare, LLC |
| Total Package Express Inc. | Services Agreement | St. Christopher's Healthcare, LLC |
| TPS III of PA | Assignment of Lease | SCHC Pediatric Associates, L.L.C. |
| TPS III of PA | Timeshare Sublease | SCHC Pediatric Associates, L.L.C. |
| TPS IV of PA, LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| Tractmanager, Inc. | Agreement For Contract Mgt System | Philadelphia Academic Health System, LLC |
| U.S. Bank, N.A. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Upmc Benefit Management Services, Inc. | Agreement For Admin Of Absence & Leave For Employees | Philadelphia Academic Health System, LLC |
| Urban Village Brewing Company | Event Contract | St. Christopher's Healthcare, LLC |
| Us Regional Occupational Health II, Pc | Agreement For Employment Health Screenings | St. Christopher's Healthcare, LLC |
| Van Hong Nguyen | Services Agreement | St. Christopher's Healthcare, LLC |

Case 19-11466-MFW    Doc 1311-1    Filed 01/10/20    Page 4 of 4

Exhibit 1 - Rejected Contracts (18th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Vizient, Inc. | Sows Agreement | Philadelphia Academic Health System, LLC |
| Vizient, Inc. | Master Services Agreement | Philadelphia Academic Health System, LLC |
| Vizient, Inc. | Vizient Committed Program Participation Addendum | Philadelphia Academic Health System, LLC |
| Vizient, Inc. | Joinder Agreement - Mid-Atlantic Purchasing Coalition - Pharmacy | Philadelphia Academic Health System, LLC |
| Warren Technology, Inc. | Services Agreement | St. Christopher's Healthcare, LLC |
| Watts Restoration Co, Inc. | Agreement For Repair Of Stairtower | St. Christopher's Healthcare, LLC |
| Watts Restoration Co, Inc. | Agreement For Repairs To The Parking Garage | St. Christopher's Healthcare, LLC |
| Wayne Moving And Storage Company | Agreement For Relocation Svcs | St. Christopher's Healthcare, LLC |
| Webbcam LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| West Health Advocate Solutions, Inc. | Agreement For Health Advocate Svcs For Employees | Philadelphia Academic Health System, LLC |
| West Physics Consulting, LLC | Physics Service Agreement | St. Christopher's Healthcare, LLC |
| West Unified Communications Services, Inc. | Agreement For Conference Call Lines | Philadelphia Academic Health System, LLC |
| Western Pest Services | Pest Elimination Agreement | St. Christopher's Healthcare, LLC |
| Womencertified Inc. | License Agreement | St. Christopher's Healthcare, LLC |
| X-Change Dialysis, Inc. | Agreement For Purchase Of Dialysis Supplies | St. Christopher's Healthcare, LLC |
| Yard Truck Specialists, Inc. | Agreement For Rental Of A Truck | St. Christopher's Healthcare, LLC |