**Exhibit 1**

**Rejected Contracts**

**(see attached)**

Case 19-11466-MFW    Doc 1312-1    Filed 01/10/20    Page 2 of 6

Exhibit 1 - Rejected Contracts (16th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Drexel University | Leased Employees Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Institutional Review Board Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Neuropsychological Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University (Adult Cystic Fibrosis Clinic) | Timeshare Sublease (see C.10 for sublease) | SCHC Pediatric Associates, L.L.C. |
| Drexel University College of Medicine | Restated Research Management Services Agreement | Philadelphia Academic Health System, LLC |
| Drexel University College of Medicine | Restated Research Management Services Agreement | St. Christopher's Healthcare, LLC |
| Drexel University College of Medicine | Master Educational Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University College of Medicine | Restated Research Management Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University College of Medicine - Foundations Master Services (formerly PILS) | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University for its School of Public Health, for its Healing Hurt People Program | Services Agreement | St. Christopher's Healthcare, LLC |
| Drexel University, for its College of Medicine | Amended and Restated Academic Affiliation Agreement | Philadelphia Academic Health System, LLC |
| Drexel University, for its College of Medicine | Supplemental Academic Affiliation Agreement - Pediatric Medicine | Philadelphia Academic Health System, LLC |
| Drexel University, for its College of Medicine | Agreement for Residency Teaching | St. Christopher's Healthcare, LLC |
| Drexel University, for its College of Medicine | Supplemental Academic Affiliation Agreement - Pediatric Medicine | St. Christopher's Healthcare, LLC |
| Drexel University, for its College of Medicine | Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University, for its College of Medicine | Affiliation Agreement | St. Christopher's Healthcare, LLC |

Case 19-11466-MFW   Doc 1312-1   Filed 01/10/20   Page 3 of 6

Exhibit 1 - Rejected Contracts (16th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Drexel University, For Its College Of Medicine | Various | St. Christopher's Healthcare, LLC |
| Drexel University, for its College of Medicine | Services Agreement | SCHC Pediatric Associates, L.L.C. |
| Eagles Taxi, LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| Echo, Inc. | Master Services Agreement | Philadelphia Academic Health System, LLC |
| Echo, Inc. | Order Form ORD-0555530 | Philadelphia Academic Health System, LLC |
| Echo, Inc. | Order Form ORD-0559699 | Philadelphia Academic Health System, LLC |
| Echo, Inc. | Order Form ORD-0574520 | Philadelphia Academic Health System, LLC |
| Echo, Inc. | Order Form ORD-0576228 | Philadelphia Academic Health System, LLC |
| Edwards Lifesciences Llc | Consignment Agreement For Heart Valves | St. Christopher's Healthcare, LLC |
| Electronic Payment Exchange | Epx Merchant Agreement | Philadelphia Academic Health System, LLC |
| Elemental Inc. | Price List | St. Christopher's Healthcare, LLC |
| Emergency Systems Service Company | Proposal | St. Christopher's Healthcare, LLC |
| Encore Medical International, Inc. | Rental Svcs Agreement | St. Christopher's Healthcare, LLC |
| Endla Anday, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Environmental Engineering Solutions, Inc. | Services Agreement | St. Christopher's Healthcare, LLC |
| Essential Consulting Llc | Software License Agreement | Philadelphia Academic Health System, LLC |
| Ethan Kentzel | Services Agreement | St. Christopher's Healthcare, LLC |
| Everbridge, Inc. | Agreement For Services For Mass Notifications | Philadelphia Academic Health System, LLC |
| Everbridge, Inc. | Quote # Q-08937 | Philadelphia Academic Health System, LLC |
| Field House Philly | Event Contract | St. Christopher's Healthcare, LLC |
| Firm Revenue Cycle Management Services, Inc. | Agreement For Denied Account Review & Gap Analysis Service | Philadelphia Academic Health System, LLC |
| Fishheads Aquarium Service LLC | Aquarium Service Proposal | St. Christopher's Healthcare, LLC |

Case 19-11466-MFW    Doc 1312-1    Filed 01/10/20    Page 4 of 6

Exhibit 1 - Rejected Contracts (16th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Front Street Healthcare Properties II, LLC | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC |
| Front Street Healthcare Properties, LLC | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC |
| GBS Corporation | Data De-Conversion Scope of Work and Purchase Agreement | American Academic Health System* |
| GE Healthcare IITS USA Corp. | GE Healthcare Software License Transfer Agreement | St. Christopher's Healthcare, LLC |
| General Electric Company, by and through its GE Healthcare division | Quote # 99990432A | St. Christopher's Healthcare, LLC |
| General Healthcare Resources, Llc | Agreement For Temporary & Contract Staffing Provider | Philadelphia Academic Health System, LLC |
| Global Healthcare Exchange, Llc | Agreement For Electronic Data Exchange | Philadelphia Academic Health System, LLC |
| Gretchen Metzenberg, D.O. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Hahnemann University Hospital | Service Agreement | St. Christopher's Healthcare, LLC |
| Hahnemann University Hospital | Service Agreement | St. Christopher's Healthcare, LLC |
| Hahnemann University Hospital | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Hahnemann University Hospital | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Hahnemann University Hospital | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Hahnemann University Hospital | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Hahnemann University Hospital (Center City Healthcare) | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Harpreet Pall, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Health Care Appraisers | Service Agreement | St. Christopher's Healthcare, LLC |
| HealthStream, Inc. | Master Services Agreement | Philadelphia Academic Health System, LLC |
| HealthStream, Inc. | Order Number ORD-0560031 | Philadelphia Academic Health System, LLC |
| HealthStream, Inc. | Order Number ORD-0575567 | Philadelphia Academic Health System, LLC |
| HealthStream, Inc. | Order Number ORD-0602617 | Philadelphia Academic Health System, LLC |
| HealthStream, Inc. | Order Number ORD-0602493 | Philadelphia Academic Health System, LLC |

Case 19-11466-MFW    Doc 1312-1    Filed 01/10/20    Page 5 of 6

Exhibit 1 - Rejected Contracts (16th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| HealthStream, Inc. | Order Number ORD-0614509 | Philadelphia Academic Health System, LLC |
| Herman Goldner Co, Inc. | Goldner Guaranteed Service Agreement | St. Christopher's Healthcare, LLC |
| Hilton Philadelphia City Avenue | Banquest Event Order Contract | St. Christopher's Healthcare, LLC |
| Historic Hotel Bethlehem | Catering Agreement | St. Christopher's Healthcare, LLC |
| Hollis Cobb Associates, Inc. | Agreement For Collections Svcs | Philadelphia Academic Health System, LLC |
| HSRE-PAHH I | DUCOM Extension Letter Agreement | St. Christopher's Healthcare, LLC |
| Hui Leng Deng, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Huntington Technology Finance, Inc. | Schedule No. SHC-025 | St. Christopher's Healthcare, LLC |
| Impementation Mangement Assistance, Llc | Sows Agreement | Philadelphia Academic Health System, LLC |
| Impementation Mangement Assistance, LLC | Master Services Agreement | Philadelphia Academic Health System, LLC |
| Independent Hardware, Inc. | Pricing Agreement | St. Christopher's Healthcare, LLC |
| Infor (US), Inc. | Software Services Agreement | Philadelphia Academic Health System, LLC |
| Infor (US), Inc. | Fixed Fee Services Work Order | Philadelphia Academic Health System, LLC |
| Infor (US), Inc. | SaaS Order Form | Philadelphia Academic Health System, LLC |
| Infor (Us), Inc. | Software Subscription License & Svcs Agreement | Philadelphia Academic Health System, LLC |
| Ino Therapeutics LLC | Agreement For Inhalation Drug & Svcs | St. Christopher's Healthcare, LLC |
| Iraj Rezvani, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Jacquelyn Klicka-Skeels, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Jdi Net Systems | Software License Agreement | Philadelphia Academic Health System, LLC |
| Jeanes Hospital (Temple) | Clinical Rotation Agreement | St. Christopher's Healthcare, LLC |
| Jeein Yoon, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Jennifer Tingo, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Juan Ballesteros, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Kenco Kalibration Inc. | Quote | St. Christopher's Healthcare, LLC |
| Keystone Quality Transport Company | Agreement For Ambulance Svcs | St. Christopher's Healthcare, LLC |
| Keystone Quality Transport Company dba EMStar | Service Agreement | St. Christopher's Healthcare, LLC |
| Kieran Mckenna Flooring, Inc. | Services Agreement | St. Christopher's Healthcare, LLC |

Exhibit 1 - Rejected Contracts (16th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Kimberly Neidig, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Klenzoid, Inc. | Water Treatment Contract | St. Christopher's Healthcare, LLC |
| Laboratory Corporation Of America | Contractor Specimen Collection Agreement | St. Christopher's Healthcare, LLC |
| Laerdal Medical Corporation | Quote | St. Christopher's Healthcare, LLC |
| LEAF Capital Funding, LLC (as assignee from De Lage Landen Financial Services, Inc., as assignee from Dex Imaging Inc.) | Tenet Lease Agreement | SCHC Pediatric Associates, L.L.C. |
| LEAF Capital Funding, LLC (as assignee from De Lage Landen Financial Services, Inc., as assignee from Dex Imaging Inc.) | Tenet Lease Agreement | St. Christopher's Healthcare, LLC |