# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | Re:  Docket Nos. 1250, 1313 |

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER IN THE DEBTORS' LIMITED OBJECTION TO MOTION OF THE UNITED STATES TO LIFT THE AUTOMATIC STAY TO PERMIT SETOFF

The Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 cases of Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby joins (the "Joinder") in the *Debtors' Limited Objection to Motion of the United States to Lift the Automatic Stay to Permit Setoff* [Docket No. 1313] (the "Debtors' Objection").

As set forth in the Debtors' Objection, the relief requested in the *Motion of the United States to Lift the Automatic Stay to Permit Setoff* [Docket No. 1250] is premature as CMS has not

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

provided sufficient detail in support of the alleged Prepetition Overpayments[2] and Prepetition CCH Claim. Without such supporting documentation, the Committee cannot verify whether and to what extent setoff is appropriate. As such, the Motion should be denied without prejudice to CMS's right to seek similar relief if and when it can provide clear documentation supporting the amounts claimed to be subject to setoff.

The Committee expressly reserves and preserves all rights to supplement, modify and amend this Joinder.

Dated: January 10, 2020
Wilmington, Delaware

Respectfully submitted,

/s/ *Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and –

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
Email: asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Debtors' Objection.