# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Jointly Administered <br> ) |
| Debtors. | ) |

## SECOND AMENDED VERIFIED STATEMENT OF THE AD HOC COMMITTEE OF HAHNEMANN RESIDENTS AND FELLOWS PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Ad Hoc Committee of Hahnemann Residents and Fellows (the "Ad Hoc Resident Committee") hereby submits this verified statement (the "Verified Statement"), and in support thereof states:

1. On June 30, 2019 and July 1, 2019, each of the above captioned debtors and debtors in possession (collectively the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

2. In November of 2019, the Ad Hoc Resident Committee was formed. The Ad Hoc Resident Committee retained Potter Anderson & Corroon LLP to represents its interests in the Debtors' chapter 11 cases.[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The American Medical Association has agreed to pay the Ad Hoc Resident Committee's legal fees and expenses.

IMPAC 6509832v.1

3. The Ad Hoc Resident Committee is made up of residents, fellows and interns (the "Residents") who were employed by Hahnemann University Hospital (the "Hospital") at some point during the period between January 10, 2018 and August 9, 2019.  Recently, the Ad Hoc Resident Committee began accepting residents, fellows, and interns from St. Christopher's Hospital for Children ("St. Christopher's") whose tail insurance was not picked up by the purchaser of St. Christopher's, as well.

4. The Initial Members of the Ad Hoc Resident Committee are Randol Hooper, Jen Schwartz, Ashley Lentini, Erika Correa, and Lynn Mackovick.  More than 280 former Hahnemann and St. Christopher's residents or fellows have submitted membership entry agreements with the Ad Hoc Resident Committee, and many more have requested to join.  So many former residents have requested to join the Ad Hoc Resident Committee that as of this time, no more members are being enrolled in the Ad Hoc Resident Committee.  Nevertheless, the Ad Hoc Resident Committee continues to represent the interests of all Residents in these cases

5. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names of each Ad Hoc Resident Committee member and the years during which they were employed by the Hospital.

6. The Residents hold contingent, unliquidated unsecured claims against the Debtors for malpractice insurance tail coverage required to be provided to the Residents pursuant to Pennsylvania law and the Residents' employment agreements.

7. For purposes of this statement, each Resident's address is c/o Jeremy W. Ryan, Esq., Potter Anderson & Corroon LLP, 1313 N. Market St., Wilmington, DE 19801.

8. Potter Anderson & Corroon LLP does not hold any claims against or interest in any of the Debtors.

9. By filing this Verified Statement, the Ad Hoc Resident Committee makes no representation regarding the amount, allowance or priority of such claims and reserves all rights with respect thereto.

10. Nothing contained in this Verified Statement (or **Exhibit A** hereto) should be construed as a limitation upon, or waiver of any Ad Hoc Resident Committee member's rights to assert, file and/or amend its claim(s) in accordance with applicable law and any orders entered in these cases establishing procedures for filing proofs of claim.

11. The Ad Hoc Resident Committee reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: January 10, 2020  **POTTER ANDERSON & CORROON LLP**
Wilmington, Delaware

*/s/ R. Stephen McNeill*
Jeremy W. Ryan (DE Bar No. 4057)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

*Attorneys for Ad Hoc Committee of Hahnemann Residents*