**EXHIBIT A**

| Name | Years Employed | Name | Years Employed |
|---|---|---|---|
| Alexandra Schmidt | 2018-2020 | Brian McGreen | 2017-2019 |
| Aarya Rajalakshmi | 2016-2019 | Brian Miller | 2017-2019 |
| Ahmed Mostafa | 2017-2020 | Brittany Heffner | 2017-2018 |
| Ajay Kohli | 2016-2019 | Caitlyn LaBella | 2017-2020 |
| Alex Asp | 2017-2018 | Caleb McEntire | 2018-2019 |
| Alex Cubberley | 2017-2020 | Carissa M. Jeannette | 2019-2020 |
| Ali Haidar | 2019-2020 | Charles Joseph Schafer | 2017-2020 |
| Alin Gragossian | 2017-2020 | Christina Mejia | 2018-2019 |
| Aliza Olive | 2017-2018 | Christy Christophersen | 2017-2020 |
| Alvaro Galvez | 2017-2019 | Colin Kanach | 2017-2018 |
| Amanda Teichman | 2017-2018 | Dahlia Raymond | 2017-2018 |
| Amy Fong | 2018-2019 | Daman Singh | 2017-2020 |
| Anam Fatma | 2017-2020 | Dan Mirsch | 2017-2018 |
| Andrew Agostini | 2017-2018 | Dana Riley | 2017-2019 |
| Andrew Chapel | 2017-2020 | Dane Scantling | 2017-2019 |
| Andrew Kim | 2017-2020 | Daniel Eidman | 2017-2018 |
| Andrew Quinn | 2017-2019 | Daniel Maloney | 2018-2019 |
| Angad Singh | 2017-2018 | Daniel Sacher | 2017-2019 |
| Anh Tran | 2017-2019 | Danielle Gallegos | 2017-2020 |
| Anika Ross | 2018-2019 | Daniil Gekhman | 2017-2020 |
| Anita Fei | 2017-2020 | David Chang | 2017-2019 |
| Ankur Chaudhury | 2017-2018 | Deirdre Dulak | 2017-2020 |
| Anna Kookoolis | 2018-2020 | Diana Rodriguez-Rivera | 2017-2019 |
| Anne Borja | 2017-2020 | Dilan D. Patel | 2017-2018 |
| Anthony Boniello | 2017-2020 | Dimal Shah | 2018-2019 |
| Anthony M. Bianchi | 2017-2019 | Donald Goudreau | 2017-2020 |
| Archana Gundigi Venkatesh Fnu | Undisclosed | Doris Rivas | 2017-2018 |
| Arthur Kim | 2019-2020 | Dov Rosenbaum | 2018-2020 |
| Atul Bali | 2017-2020 | Eduard Koman | 2017-2019 |
| Avinash Vernekar | 2018-2020 | Edward Fazendin | 2017-2019 |
| Balaji Srinivas | 2017-2019 | Elisabeth Calhoun | 2017-2020 |
| Barrett Thomas | 2017-2020 | Elizabeth Gleeson | 2017-2020 |
| Basil Shahin | 2019-2020 | Emily Whicker | 2018-2020 |
| Benjamin Rosen | 2018-2020 | Emuejevoke Chuba | 2018-2019 |
| Bill Zhang | 2018-2020 | Eric Ho | 2017-2018 |
| Brandon Shallop | 2017-2020 | Erica Weitzner | 2018-2020 |
| Brendan Matthews | 2017-2018 | Erik Battilana | 2017-2019 |
| Brian Gillespie | 2019-2020 | Erik Harriman | 2017-2020 |
| Brian Lin | 2017-2020 | Erin Tuttle | 2017-2020 |

IMPAC 6509832v.1

| Name | Years Employed | Name | Years Employed |
|---|---|---|---|
| Fiorella G. Vicenty-Latorre | 2018-2020 | Judah Hwang | 2017-2018 |
| Geoffrey Kaump | 2017-2018 | Judy Owens | 2017-2020 |
| Gina Hurng | 2017-2020 | Julia Schiff | 2018-2020 |
| Gregory Burkman | 2017-2020 | Karine Sahakyan | 2018-2020 |
| Gregory Steinberg | 2017-2020 | Karl Carmona | 2018-2020 |
| Gunsel Acikgoz | 2015-2018 | Kat Tsavaris | Undisclosed |
| Gursharan Singh Samra | 2018-2019 | Kathleen (Casey) Degen | 2017-2019 |
| Hamza Ashmila | 2018-2020 | Kathy Liwski | 2017-2019 |
| Hanisha Manickavasagan | Undisclosed | Katie Gresham Belote | 2017-2018 |
| Heather Hartman | 2018-2020 | Katlynn Van Ogtrop | 2017-2018 |
| Hemn Qader | 2018-2019 | Kavita Goyal | 2017-2018 |
| Hilary L Davenport | 2018-2019 | Keerthana Kesavarapu | 2017-2020 |
| Huan Chou | 2017-2020 | Kevin Donnelly | 2017-2018 |
| Igor Shusterman | 2017-2019 | Kevin Junus | 2018-2020 |
| Jackie Fane | 2017-2019 | Kevin Refaat Kammel | 2017-2020 |
| Jackson Hunt | 2017-2019 | Kevin Rurak | 2017-2018 |
| Jacquelyn Klicka-Skeels | 2017-2019 | Khine Shan | 2017-2020 |
| Jamael Hoosain | 2017-2019 | Kinzya B. Grant | 2018-2019 |
| James Cirone | 2019-2020 | Kisha Beg | 2017-2019 |
| James Stenard | 2017-2020 | Kohtaroh Takamura | 2017-2019 |
| Janpreet Mokha | 2015-2018 | Kristen Ratner | 2017-2019 |
| Jason Martinez | 2017-2020 | Lane Neidig | 2017-2018 |
| Jau-Ann Tsai | 2017-2018 | Lauren McFadden Musser | 2018-2020 |
| Jaymin Modi | 2018-2019 | Lauren Schmalz | 2017-2020 |
| Jeff Kim | 2017-2018 | Lindsey (Kueck) Semprini | 2017-2019 |
| Jeffrey Henstenburg | 2018-2020 | Lisa Barrett | 2019-2020 |
| Jessica Fazendun | 2017-2019 | Louis Chai | 2017-2020 |
| Jessica Tolbert | 2017-2020 | Lukasz Kiljanek | 2017-2018 |
| Jessica Wang | 2017-2020 | Lynsey Daniels | 2017-2020 |
| Joel Alcid | 2017-2019 | Maimouna Bah | 2017-2019 |
| Johann John Mathew | 2017-2019 | Maliha Amed | 2017-2019 |
| John Nwosu | 2017-2020 | Marc Gayed | 2017-2019 |
| John Prodoromo | 2017-2019 | Marc Katz | Undisclosed |
| John Williamson | 2017-2020 | Marian Khalili | 2017-2020 |
| John Woytanowski | 2017-2019 | Mariola Vazquez Martinez | 2015-2018 |
| Jonathan Friedman | 2017-2020 | Mariya Vengrenyuk | Undisclosed |
| Jonathan Ioanitescu | 2018-2019 | Mary Elizabeth DeHaven | 2018-2020 |
| Jose F. Barandiaran | 2017-2020 | Matthew Abrishamian | 2017-2020 |
| Joseph Banno | 2018-2019 | Matthew Chin | 2017-2018 |
| Joyce Nimo-Boampong | 2018-2019 | Matthew Legg | 2017-2020 |
| Juan M. Gonzalez-Gaita | 2017-2019 | Matthew Ognibene | 2017-2019 |

| Name | Years Employed | Name | Years Employed |
|---|---|---|---|
| Matthew Pontell | 2017-2019 | Nihaal Karnik | 2017-2019 |
| Matthew Richards | 2017-2020 | Nooshin Waseh | 2017-2019 |
| Matthew Varcallo | 2017-2018 | Olivia Blazek | 2018-2020 |
| Melissa Shapiro | 2017-2018 | Omar Sheriff | 2017-2020 |
| Melvin Thomas | 2017-2019 | Osama Mufti | 2019-2020 |
| Michael Arustamyan | 2018-2020 | Oshioke Esivue | 2017-2020 |
| Michael Johl | 2018-2020 | Pallavi Kumar | Undisclosed |
| Michael Pelekanos | 2017-2020 | Parshva Patel | 2017-2018 |
| Michael Stein | 2018-2019 | Parth Patel | 2018-2020 |
| Michelle Braslavsky | 2018-2020 | Patrick Wang | 2017-2019 |
| Michelle M. Clark | 2017-2019 | Paul Bailey | 2017-2020 |
| Mike Nzeogu | Undisclosed | Paul Bartleson | 2018-2019 |
| Mina Salib | 2018-2019 | Payam Pourhassani | 2017-2018 |
| Minal Patel | 2017-2018 | Peter Sacci | 2017-2020 |
| Mohamad Mazen Gafeer | 2018-2019 | Philip Petrucelli | 2017-2020 |
| Mohammad F. Shaikh | 2017-2018 | Prabhjot Grewal | 2019-2020 |
| Mojdeh Khamesi | 2017-2019 | Pranjal Patel | 2018-2020 |
| Muhammad Ahmad | 2017-2019 | Prasad Konda | 2019-2020 |
| Nabil Zeineddine | 2017-2019 | Priju Varghese | 2018-2019 |
| Nadia Nocera | 2017-2020 | Priyadarahee Patel | 2017-2019 |
| Nakul Rao | 2017-2018 | Qingwu Kong | 2017-2020 |
| Namyr Velez Oliveras | 2017-2019 | Rachel Nathan | 2017-2018 |
| Nathalie van der Rijst | 2017-2020 | Radha Patel | 2017-2020 |
| Nausheen Hakim | 2017-2018 | Rajat Singh | 2018-2020 |
| Neal Shah | 2017-2018 | Raluca McCallum | 2018-2019 |
| Neehar Raj | 2017-2018 | Rasha Waheed | 2019-2020 |
| Neel A. Patel | 2017-2018 | Rayeed Islam | 2017-2019 |
| Neel Parikh | 2017-2018 | Renee Giorgetti | 2017-2019 |
| Neel Patel | 2017-2020 | Renée Giorgetti | 2018-2019 |
| Neena Passi | Undisclosed | Riken Kumar | 2017-2020 |
| Neil K Agarwal | 2017-2020 | Rina Allawh | 2017-2018 |
| Neil Shah | 2018-2020 | Rishi Kalwani | 2017-2018 |
| Nicholas Hinds | 2017-2019 | Robert J. Kucejko | 2017-2020 |
| Nicholas J. Serniak | 2017-2020 | Robert McSweeney | 2018-2019 |
| Nicole Lucas | 2017-2020 | Rohan Parikh | 2017-2018 |
| Nicole Stutzman | 2017-2018 | Roy Waknin | 2019-2020 |

IMPAC 6509832v.1

| Name | Years Employed | Name | Years Employed |
|---|---|---|---|
| Samana Shaikh | 2017-2020 | Thomas C. Sibert | 2017-2020 |
| Samuel Kolman | 2018-2019 | Tiffany Mathias | 2017-2019 |
| Samy Chettat | 2019-2020 | Timothy Salkauskis | 2017-2019 |
| Satish Mishra | 2018-2019 | Travis Dichoso | 2017-2020 |
| Shefali Shah | 2017-2018 | Tuan Mickey Bui | 2017-2018 |
| Shelley Co | 2017-2019 | Uchechuku Ogbuawa | 2017-2020 |
| Shweta Golhar | 2017-2019 | Vaishali Purohit | 2017-2020 |
| Simone Liverpool | 2017-2019 | Valeda Yong | 2019-2020 |
| Sneha Patel | 2017-2019 | Venkat Kavuri | 2017-2019 |
| Sofiul Noman | 2017-2019 | Victoria Kalawur | 2018-2020 |
| Sonali Biligiri | 2018-2020 | Vikram Prasad | 2017-2018 |
| Sondra Mendelsohn | 2017-2019 | Vishal Patel | 2017-2018 |
| Sonia Dalal | 2017-2020 | Waqas Ali | 2019-2020 |
| Sonuben Patel | 2018-2019 | Willaim Sierraalta | 2019-2020 |
| Stan Naydin | 2015-2019 | William Hochgertel | 2017-2019 |
| Stephanie Lidd | 2017-2018 | William Morano | 2017-2020 |
| Stephen Pokrywa | 2019-2020 | William Ryan, Jr. | Undisclosed |
| Stephen Priest | 2018-2020 | William Whitmire | 2018-2019 |
| Steven Chow | 2018-2019 | Willis Ko | 2017-2020 |
| Suchet Kumar | 2017-2019 | Yijun Michael Yang | 2017-2019 |
| Swathi Maddula | 2017-2019 | Ying Lu | 2017-2018 |
| Tahmid Rahman | 2018-2019 | Yudi Kerbel | 2017-2020 |
| Tanya Allawh | 2017-2020 | Zainab Raza | 2018-2020 |
| Taylor Standiford | 2018-2020 | Zoheir Khan | 2019-2020 |
| Tetyana Usova | 2015-2018 | Zubair Ahmed | 2017-2018 |
| Thomas Bemis | 2017-2020 | | |

IMPAC 6509832v.1