# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on January 8, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of No Objection to Sixteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1304]**

Dated: January 9, 2020

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 9th day of January, 2020, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

| | | |
|---|---|---|
| JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM |
| MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM |
| RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM |

| | | |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM |

Parties Served:  114

# **EXHIBIT B**

| | | |
|---|---|---|
| BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | DREXEL MEDICINE ADULT CYSTIC FIBROSIS CENTER<br>219 N. BROAD STREET<br>PHILADELPHIA, PA 19102 | DREXEL UNI<br>ATTN: ANTHONY M. ESPOSITO, JR<br>AS SUCCESSOR BY MERGER TO PHILADELPHIA HL<br>RE: (TENANT)<br>15TH AND VINE ST<br>PHILADELPHIA, PA 19102 |
| DREXEL UNI<br>ATTN: ANTHONY M. ESPOSITO, JR<br>DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>15TH AND VINE ST<br>PHILADELPHIA, PA 19102 | DREXEL UNI<br>ATTN: ANTHONY M. ESPOSITO, JR<br>RE: (SUBTENANT)<br>DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>15TH AND VINE ST<br>PHILADELPHIA, PA 19102 | DREXEL UNI<br>C/O HARRISON ST REAL ESTATE LLC<br>RE: (SUBTENANT)<br>RE: PAHH NEW COLLEGE MOB LLC (MASTER LAND<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| DREXEL UNI<br>C/O HARRISON ST REAL ESTATE LLC<br>RE: PAHH NEW COLLEGE MOB LLC<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 | DREXEL UNI (SUBTENANT)<br>ATTN: ANTHONY M ESPOSITO JR, FOR SUBTENANT<br>PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)<br>DREXEL UNIVERSITY SCHOOL OF MEDICINE<br>15TH AND VINE ST<br>PHILADELPHIA, PA 19102 | DREXEL UNI (SUBTENANT)<br>ATTN: ANTHONY M. ESPOSITO, JR<br>DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>15TH AND VINE ST<br>PHILADELPHIA, PA 19102 |
| DREXEL UNI (SUBTENANT)<br>C/O CAPITAL ONE, NA<br>PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)<br>ATTENTION: DIANA PENNINGTON, SNR DIR, ASSOC GE<br>5804 TRAILRIDGE DR<br>AUSTIN, TX 78731 | DREXEL UNI (SUBTENANT)<br>C/O HARRISON ST REAL ESTATE LLC<br>PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)<br>(FOR MASTER LANDLORD)<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 | DREXEL UNI (SUBTENANT)<br>C/O HARRISON ST REAL ESTATE LLC<br>PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)<br>RE: (FOR MASTER LANDLORD)<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| DREXEL UNI (SUBTENANT)<br>C/O HARRISON ST REAL ESTATE LLC<br>PAHH NEW COLLEGE MOB LLC (MASTER LANDLORD)<br>(FOR MASTER LANDLORD)<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 | DREXEL UNI (SUBTENANT)<br>PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)<br>C/O CAPITAL ONE, NA<br>ATTN: DAN REILLY, SENIOR DIR<br>77 W WACKER DR, 10TH FL<br>CHICAGO, IL 60601 | DREXEL UNI (SUBTENANT)<br>PAHH FEINSTEIN MOB LLC (MASTER LANDLORD)<br>C/O CAPITAL ONE, NA<br>ATTN: JEFFREY M. MUCHMORE, CREDIT EXECUTIV<br>77 W WACKER DR, 10TH FL<br>CHICAGO, IL 60601 |
| DREXEL UNI (SUBTENANT)<br>PAHH NEW COLLEGE MOB LLC (MASTER LANDLORD)<br>C/O CAPITAL ONE, NA<br>ATTN: DAN REILLY, SNR DIR<br>77 W WACKER DR, 10TH FL<br>CHICAGO, IL 60601 | DREXEL UNI (SUBTENANT)<br>PAHH NEW COLLEGE MOB LLC (MASTER LANDLORD)<br>C/O CAPITAL ONE, NA<br>ATTN: DIANA PENNINGTON, SNR DIR, ASSOC GEN COU<br>5804 TRAILRIDGE DR<br>AUSTIN, TX 78731 | DREXEL UNI (SUBTENANT)<br>PAHH NEW COLLEGE MOB LLC (MASTER LANDLOR<br>C/O CAPITAL ONE, NA<br>ATTN: JEFFREY M MUCHMORE, CR EXEC<br>77 W WACKER DR, 10TH FL<br>CHICAGO, IL 60601 |
| DREXEL UNI (SUBTENANT)<br>PAHH NEW COLLEGE MOB LLC (MASTER LANDLORD)<br>C/O DREXEL UNIVERSITY SCHOOL OF MEDICINE<br>ATTN: ANTHONY M ESPOSITO JR, FOR SUBTENANT<br>15TH AND VINE ST<br>PHILADELPHIA, PA 19102 | DREXEL UNI AS SUCCESSOR BY MERGER TO PA HEAL<br>ATTN: ANTHONY M ESPOSITO JR, ASSOC DEAN FIN AF<br>15TH AND VINE ST<br>PHILADELPHIA, PA 19102 | DREXEL UNI AS SUCCESSOR BY MERGER TO PA H<br>ATTN: ANTHONY M ESPOSITO JR, ASSOC DEAN FIN<br>DREXEL UNI, DREXEL COLLEGE OF MEDICINE<br>245 N 15TH ST, STE 19F<br>PHILADELPHIA, PA 19102 |
| DREXEL UNI AS SUCCESSOR BY MERGER TO PA HEAL<br>ATTN: ANTHONY M ESPOSITO JR, ASSOC DEAN FIN AF<br>DREXEL UNIVERSITY, COLLEGE OF MEDICINE<br>245 N 15TH ST, STE 19F<br>PHILADELPHIA, PA 19102 | DREXEL UNI AS SUCCESSOR BY MERGER TO PA HEAL<br>C/O DLA PIPER LLP (US)<br>ATTN: DAVID SICKLE, FOR LANDLORD<br>444 W LAKE ST, STE 900<br>CHICAGO, IL 60606 | DREXEL UNI AS SUCCESSOR BY MERGER TO PHIL<br>ANTHONY M. ESPOSITO JR, FOR TENANT<br>ASSOC DEAN, FIN AFFAIRS<br>DREXEL COLLEGE OF MED, DREXEL UNI<br>245 N 15TH ST, 19F<br>PHILADELPHIA, PA 19102 |
| DREXEL UNI, PAHH FEINSTEIN MOB LLC<br>C/O CAPITAL ONE, NA<br>ATTENTION: DAN REILLY, SNR DIR<br>RE: HSRE PHL PORTFOLIO<br>77 W WACKER DR, 10TH FL<br>CHICAGO, IL 60601 | DREXEL UNI, PAHH FEINSTEIN MOB LLC<br>C/O CAPITAL ONE, NA<br>ATTENTION: DAN REILLY, SNR DIR<br>RE: HSRE PHL PORTFOLIO<br>77 W WACKER DR, 10TH FL<br>CHICAGO, IL 60601 | DREXEL UNI, PAHH FEINSTEIN MOB LLC<br>C/O CAPITAL ONE, NA<br>ATTENTION: JEFFREY M MUCHMORE, CR EXEC<br>RE: HSRE PHL PORTFOLIO<br>77 W WACKER DR, 10TH FL<br>CHICAGO, IL 60601 |
| DREXEL UNI, PAHH FEINSTEIN MOB LLC<br>C/O CAPITAL ONE, NA<br>ATTENTION: JEFFREY M MUCHMORE, CR EXEC<br>RE: HSRE PHL PORTFOLIO<br>77 W WACKER DR, 10TH FL<br>CHICAGO, IL 60601 | DREXEL UNI, PAHH FEINSTEIN MOB LLC<br>C/O CAPITAL ONE, NA<br>ATTN: DIANA PENNINGTON, SNR DIR, ASSOC GEN CNS<br>RE: HSRE PHL PORTFOLIO<br>5804 TRAILRIDGE DR<br>AUSTIN, TX 78731 | DREXEL UNI, PAHH FEINSTEIN MOB LLC<br>C/O CAPITAL ONE, NA<br>ATTN: DIANA PENNINGTON, SNR DIR, ASSOC GEN<br>RE: HSRE PHL PORTFOLIO<br>5804 TRAILRIDGE DR<br>AUSTIN, TX 78731 |

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: DAN REILLY, SNR DIR
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: DAN REILLY, SNR DIR
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: JEFFREY M. MUCHMORE, CR EXEC
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTENTION: JEFFREY M. MUCHMORE, CR EXEC
RE: HSRE PHL PORTFOLIO
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTN: DIANA PENNINGTON, SNR DIR, ASSOC GEN CNS
RE: HSRE PHL PORTFOLIO
5804 TRAILRIDGE DR
AUSTIN, TX 78731

DREXEL UNI, PAHH NEW COLLEGE MOB LLC
C/O CAPITAL ONE, NA
ATTN: DIANA PENNINGTON, SNR DIR, ASSOC GEN
RE: HSRE PHL PORTFOLIO
5804 TRAILRIDGE DR
AUSTIN, TX 78731

DREXEL UNIV
C/O RESIDENTIAL LIVING
ATTN: EXEC DIR
101 N 34TH ST
PHILADELPHIA, PA 19104

DREXEL UNIV COLL OF MED
INSTITUTE FOR WOMENS HEALTH &
LEADERSHIP THE GATEHOUSE
3300 HENRY AVE
PHILADELPHIA, PA 19129-1191

DREXEL UNIV COLLEGE OF MED
DEPT OF COMMUNICATIONS
245 N 15TH ST MS 484
PHILADELPHIA, PA 19102

DREXEL UNIV COLLEGE OF MEDICINE
COMMUNITY & PREVENTIVE MEDICINE
2900 QUEEN LN
PHILADELPHIA, PA 19129-1096

DREXEL UNIV TOY DRIVE
PRESIDENTS OFF/TOY DR FUND
3141 CHESTNUT ST
PHILADELPHIA, PA 19104-2875

DREXEL UNIV TRANSPLANT
C/O ANNE MARIE FERRO
216 N BROAD ST, 5TH FL FEINSTEIN
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: DEAN OF THE SCHOOL OF MED
PHILADELPHIA HEALTH & EDUCATION CORP
245 N 15TH ST
MS 400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
DORNSIFE SCHOOL OF PUBLIC HEALTH
HEALING HURT PEOPLE PROGRAM
3215 MARKET STREET
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY COLLEGE OF MED
245 N 15TH ST MS 400
PHILADELPHIA, PA 19102-1192

DREXEL UNIVERSITY COLLEGE OF MEDI
ANN PRESTON HALL RM, STE 367
3300 HENRY AVE
PHILADELPHIA, PA 19129

DREXEL UNIVERSITY COLLEGE OF MEDI
FACULTY GROUP PRACTICE
P.O. BOX 95000-1030
PHILADELPHIA, PA 19195-1030

DREXEL UNIVERSITY COLLEGE OF MEDI
KEN LAMBERT RADIATION SAF OFF
2105 NEW COLLEGE BLDG MS 444
245 N 15TH ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
245 N 15TH ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: ANTHONY ESPOSITO
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: ANTHONY ESPOSITO
245 N BROAD ST, MS 400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIR
245 N 15TH ST, MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: CHERYL HANAU, M.D.
245 N BROAD ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: CHERYL HANAU, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: DANIEL GUILFOIL, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: DEAN
245 N 15TH ST, MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: DEAN AND PRESIDENT
245 N 15TH ST, MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: DU WEI, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: ELIZABETH GANCHER, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: ELIZABETH RENZA-STINGONE, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: JENNIFER MICHAELS, STRAT SOURCING SPEC
3201 ARCH ST, STE 400
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: KARTHIK RAMAKRISHNA, MD
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

| | | |
|---|---|---|
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>ATTN: MICHAEL SHERMAN, MD<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>RE: BARIATRIC SURGERY CLINIC SVCS AGREEMENT<br>245 N 15TH ST, MAIL STOP 627<br>PHILADELPHIA, PA 19102-1192 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>ATTN: PAT BUCK<br>1505 RACE ST, 13F MS 627<br>PHILADELPHIA, PA 19102 |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>ATTN: PROCUREMENT SERVICES<br>3201 ARCH ST, STE 400<br>PHILADELPHIA, PA 19104 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>ATTN: SHARA EPSTEIN, MD<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>ATTN: SHARON GRISWOLD-THEODORSON, MD<br>245 N BROAD ST<br>PHILADELPHIA, PA 19102 |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>ATTN: VP FINANCE<br>3201 ARCH ST, STE 100<br>PHILADELPHIA, PA 19104 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>OFFICE OF THE GENERAL COUNSEL<br>RE: BARIATRIC SURGERY CLINIC SVCS AGREEMENT<br>245 N 15TH ST<br>MS 627<br>PHILADELPHIA, PA 19102-1192 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>RE: PCCP - HIV TESTING<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>RE: SLEEP STUDIES SERVICES<br>245 N BROAD ST<br>PHILADELPHIA, PA 19102 |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE - FOUND<br>PROCUREMENT SERVICES<br>3201 ARCH ST, STE 400<br>PHILADELPHIA, PA 19104 | DREXEL UNIVERSITY COLLEGE OF MEDICINE (MED ON<br>ATTN: ANTHONY ESPOSITO<br>245 N 15TH ST<br>PHILADELPHIA, PA 19107 | DREXEL UNIVERSITY COLLEGE OF NURSING AND I<br>245 N 15TH ST, MS 501<br>PHILADELPHIA, PA 19102 |
| DREXEL UNIVERSITY SCHOOL OF MEDICINE<br>ATTN: ANTHONY M ESPOSITO JR, FOR SUBTENANT<br>15TH AND VINE ST<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY SCHOOL OF MEDICINE<br>ATTN: ANTHONY M. ESPOSITO, JR<br>15TH AND VINE ST<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY, COLLEGE OF NURSING & HE<br>ATTN: DEAN<br>601 CHERRY ST, MAIL STOP 10501<br>PHILADELPHIA, PA 19102 |
| DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIR<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIR<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDIC<br>ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFF<br>245 NORTH 15TH ST<br>MS400<br>PHILADELPHIA, PA 19102 |
| DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: CHAIR, DEPT OF MEDICINE<br>245 N 15TH ST, MS 1011<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: DANIEL SCHIDLOW, MD<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDIC<br>ATTN: DANIEL SCHIDLOW, MD<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 |
| DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: DEAN<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: DEPT OF SURGERY<br>245 N 15TH ST, MS 413<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDIC<br>ATTN: JEFFREY EBERLY, VP OF FINANCE<br>3201 ARCH ST, STE 410<br>PHILADELPHIA, PA 19104 |
| DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: OFFICE OF RESEARCH<br>1505 RACE ST, 10TH FL<br>PHILADELPHIA, PA 19102 | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: PRESIDENT<br>3141 CHESTNUT ST<br>PHILADELPHIA, PA 19104 | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDIC<br>ATTN: PROGRAM CO-DIRECTOR<br>1601 CHERRY ST, STE 10627<br>PHILADELPHIA, PA 19102 |
| DREXEL UNIVERSITY/ACCTS PAYABLE<br>COLLEGE OF MEDICINE<br>P.O. BOX 42485<br>PHILADELPHIA, PA 19101 | EAGLES TAXI LLC<br>2301 CHURCH ST<br>PHILADELPHIA, PA 19124 | EAGLES TAXI LLC<br>DBA 215 GET A CAB<br>2301 CHURCH ST<br>PHILADELPHIA, PA 19124 |

ECHO INC
DBA VERITY A HEALTHSTREAM CO
P.O. BOX 1171130
ATLANTA, GA 30368-7113

ECHO INC
P.O. BOX 1171130
ATLANTA, GA 30368-7113

ECHO, INC.
ATTN: LEGAL DEPT
209 10TH AVE S, STE 450
NASHVILLE, TN 37203

EDWARDS LIFESCIENCES
P.O. BOX 23146
CHICAGO, IL 60673-1231

EDWARDS LIFESCIENCES
P.O. BOX 905302
CHARLOTTE, NC 28290-5302

EDWARDS LIFESCIENCES
P.O. BOX 978722
DALLAS, TX 75397-8722

EDWARDS LIFESCIENCES CORP
17221 RED HILL AVE
IRVINE, CA 92714

EDWARDS LIFESCIENCES LLC
ONE EDWARDS WAY
IRVINE, CA 92614

ELECTRONIC PAYMENT EXCHANGE
1201 N MARKET ST, STE 701
WILMINGTON, DE 19801

ELEMENTAL INC
2371 CHURCH ST
PHILADELPHIA, PA 19124

EMERGENCY SYSTEMS SERVICE COMPANY
ATTN: STEPHANIE KLINE
401 O'NEILL DR
QUAKERTOWN, PA 18951

ENCORE MEDICAL INTERNATIONAL INC
P.O. BOX 1328
WEST CHESTER, PA 19380

ENCORE MEDICAL INTERNATIONAL, INC
50 THREE TUN RD
MALVERN, PA 19355

ENCORE MEDICAL INTERNATIONAL, INC.
ATTN: PRESIDENT
1126 GREENHILL RD
WEST CHESTER, PA 19380

ENDLA ANDAY, M.D.
ADDRESS REDACTED

ENDLA K ANDAY MD
ADDRESS REDACTED

ENVIRONMENTAL AND ENGINEERING SOLUTIONS, INC.
ATTN: PRESIDENT
25 WASHINGTON LN, STE 11A
WYNCOTE, PA 19095

ESSENTIAL CONSULTING LLC
6401 ROLLING MEADOW CT
SAN JOSE, CA 95135

ETHAN KENTZEL
ADDRESS REDACTED

ETHAN KENTZEL
ADDRESS REDACTED

EVERBRIDGE INC
P.O. BOX 740745
LOS ANGELES, CA 90074-0745

EVERBRIDGE, INC.
ATTN: LEGAL DEPT
25 CORPORATE DR
BURLINGTON, MA 01803

EVERBRIDGE, INC.
ATTN: PHILLIP ERIC HUFF
155 N. LAKE AVE, STE 900
PASADENA, CA 91101

FIELD HOUSE PHILLY
1150 FILBERT ST
PHILADELPHIA, PA 19107

FIRM REVENUE CYCLE MANAGEMENT SERVICES, INC.
ATTN: NANCY MOMCILOVIC, PRESIDENT
5590 S FORT APACHE RD
LAS VEGAS, NV 89148

FISHHEADS AQUARIUM SERVICE LLC
2 FAITH DR
EGG HARBOR TOWNSHIP, NJ 08234

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

FRONT STREET HEALTHCARE PROPERTIES II, LLC
ATTN: LEGAL DEPT
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

FRONT STREET HEALTHCARE PROPERTIES LLC
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

GBS CORP
7233 FREEDOM AVE NW
NORTH CANTON, OH 44720

GBS CORP
DBA GBS COMPUTER SOLUTIONS
P.O. BOX 2340
NO CANTON, OH 44720-0340

GE HEALTHCARE IITS USA CORP
15724 COLLECTIONS CTR DR
CHICAGO, IL 60693

GE HEALTHCARE IITS USA CORP
2984 COLLECTIONS CTR DR
CHICAGO, IL 60693

| | | |
|---|---|---|
| GE HEALTHCARE IITS USA CORP<br>P.O. BOX 277475<br>ATLANTA, GA 30384-7475 | GE HEALTHCARE IITS USA CORP.<br>9900 INNOVATION DR<br>WAUWATOSA, WI 53226 | GE HEALTHCARE IITS USA CORP.<br>ATTN: GENERAL COUNSEL<br>9900 INNOVATION DR<br>WAUWATOSA, WI 53226 |
| GENERAL ELECTRIC COMPANY<br>BY AND THROUGH ITS GE HEALTHCARE DIV<br>9900 INNOVATION DR<br>WAUWATOSA, WI 53226 | GENERAL HEALTHCARE RESOURCES, LLC<br>ATTN: LAURA MAGNER, COO<br>2250 HICKORY RD, STE 240<br>PLYMOUTH MEETING, PA 19462 | GLOBAL HEALTHCARE EXCHANGE, LLC<br>ATTN: CHRIS MCMANUS<br>1315 W. CENTURY DR, STE, 100<br>LOUISVILLE, CO 80027 |
| GLOBAL HEALTHCARE EXCHANGE, LLC<br>ATTN: CUSTOMER CONTRACTS<br>1315 W CENTURY DR, STE 100<br>LOUISVILLE, CO 80027 | GRETCHEN METZENBERG, D.O.<br>ADDRESS REDACTED | HAHNEMANN UNIV HOSP<br>MEDICAL STAFF AFFAIRS<br>MAIL STOP 301<br>230 N BROAD ST, 5TH FL, S TOWER<br>PHILADELPHIA, PA 19103 |
| HAHNEMANN UNIV HOSPITAL<br>BROAD & VINE ST<br>MLSTP 300<br>PHILADELPHIA, PA 19101-2487 | HAHNEMANN UNIVERSITY<br>OFFICE OF PARKING & TRANSPORTATIO<br>230 N BROAD ST, MAIL STOP, STE 603<br>PHILADELPHIA, PA 19102 | HAHNEMANN UNIVERSITY<br>P.O. BOX 828112<br>PHILADELPHIA, PA 19182 |
| HAHNEMANN UNIVERSITY CASHIERS OFF<br>PETTY CASH<br>BROAD & VINE STS MS 390<br>PHILADELPHIA, PA 19102 | HAHNEMANN UNIVERSITY HOSPITAL<br>ATTN: LAUREN BURTNICK<br>207 N BROAD ST, 4TH FL<br>PHILADELPHIA, PA 19107 | HAHNEMANN UNIVESITY HOSPITAL<br>230 N BROAD ST, MS 300<br>PHILADELPHIA, PA 19102 |
| HARPREET PALL, MD<br>ADDRESS REDACTED | HEALTH CARE APPRAISERS<br>75 NW 1ST AVE<br>DELRAY BEACH, FL 33444 | HEALTHSTREAM INC<br>P.O. BOX 102817<br>ATLANTA, GA 30368-2817 |
| HEALTHSTREAM, INC.<br>ATTN: LEGAL DEPT<br>209 10TH AVE S, STE 450<br>NASHVILLE, TN 37203 | HERMAN GOLDNER CO INC<br>7777 BREWSTER AVE<br>PHILADELPHIA, PA 19153 | HILTON PHILADELPHIA CITY AVENUE<br>4200 CITY AVE<br>PHILADELPHIA, PA 19103 |
| HISTORIC HOTEL BETHLEHEM<br>437 MAIN ST<br>HISTORIC BETHLEHEM, PA 18018 | HOLLIS COBB ASSOCIATES, INC.<br>ATTN: GREG HOCUTT<br>3175 SATELLITE BLVD<br>BUILDING 600, STE 400<br>DULUTH, GA 30096 | HUI LENG DENG, M.D.<br>ADDRESS REDACTED |
| HUNTINGTON TECH FINANCE INC<br>C/O BANK OF AMERICA LEASING & CAPITAL LLC<br>8210 INNOVATION WAY<br>CHICAGO, IL 60682-0082 | HUNTINGTON TECHNOLOGY FINANCE INC<br>8210 INNOVATION WAY<br>CHICAGO, IL 60682-0082 | HUNTINGTON TECHNOLOGY FINANCE INC<br>C/O BANK OF AMERICA LEASING &<br>CAPITAL LLC<br>8210 INNOVATION WAY<br>CHICAGO, IL 60682-0082 |
| HUNTINGTON TECHNOLOGY FINANCE INC<br>L-3708<br>COLUMBUS, OH 43260-3708 | HUNTINGTON TECHNOLOGY FINANCE, INC.<br>2285 FRANKLIN RD, STE 100<br>BLOOMFIELD HILLS, MI 48302 | IMPLEMENTATION MANAGEMENT ASSIST<br>DBA REVINT SOLUTIONS<br>6 HILLMAN DR, STE 100<br>CHADDS FORD, PA 19317 |
| INDEPENDENT HARDWARE, INC.<br>ATTN: VINCE CAMPAGNA<br>14 S FRONT ST<br>PHILADELPHIA, PA 19106 | INFOR (US) INC<br>NW7418<br>P.O. BOX 1450<br>MINNEAPOLIS, MN 55485-7418 | INFOR (US), INC<br>ATTN: GREGORY M GIANGIORDANO<br>641 AVE OF THE AMERICAS<br>NEW YORK, NY 10011 |

| | | |
|---|---|---|
| INO THERAPEUTICS LLC<br>DBA MALLINCKRODT<br>ATTN: CRITICAL CARE CONTRACT ADMIN<br>1425 US ROUTE 206<br>BEDMINSTER, NJ 07921 | INO THERAPEUTICS LLC<br>DBA MALLINCKRODT PHARMACEUTICALS<br>ATTN: BROOKE MITCH<br>1425 US ROUTE 206<br>BEDMINSTER, NJ 07921 | INO THERAPEUTICS LLC<br>DBA MALLINCKRODT PHARMACEUTICALS<br>P.O. BOX 3790<br>CAROL STREAM, IL 60132-3790 |
| INO THERAPEUTICS LLC<br>P.O. BOX 642509<br>PITTSBURGH, PA 15264-2509 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 |
| IRAJ REZVANI, M.D.<br>ADDRESS REDACTED | JACQUELYN KLICKA-SKEELS, M.D.<br>ADDRESS REDACTED | JDI NET SYSTEMS<br>ATTN: IVAN LEE, OWNER<br>4000 PIMLICO DR<br>PLEASANTON, CA 94588 |
| JEANES HOSPITAL<br>C/O TEMPLE UNIVERSITY HEALTH SYSTEM, INC<br>ATTN: CHIEF COUNSEL<br>1316 W ONTARIO ST<br>RM 903, JONES HALL (700-00)<br>PHILADELPHIA, PA 19140 | JEEIN YOON, M.D.<br>ADDRESS REDACTED | JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 |
| JENNIFER TINGO<br>ADDRESS REDACTED | JENNIFER TINGO MD<br>ADDRESS REDACTED | JUAN BALLESTEROS, M.D.<br>ADDRESS REDACTED |
| KENCO KALIBRATION INC<br>1381 ZEBLEY RD<br>GARNET VALLEY, PA 19060 | KENCO KALIBRATION INC<br>P.O. BOX 946<br>CONCORDVILLE, PA 19331 | KEYSTONE QUALITY TRANSPORT<br>ATTN: NEIL BRADY, VP BUS DEVT<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 |
| KEYSTONE QUALITY TRANSPORT<br>ATTN: NEIL BRADY, VP BUS DEVT<br>RE: (TENANT)<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT CO<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT CO<br>ATTN: JEFFREY KURTZMAN<br>401 S 2ND ST, STE 200<br>PHILADELPHIA, PA 19147 |
| KEYSTONE QUALITY TRANSPORT COMPANY<br>1260 E WOODLAND AVE<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT COMPANY<br>DBA EMSTAR<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT COMPANY DBA E<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 |
| KEYSTONE QUALITY TRANSPORT INC<br>DBA EMSTAR MEDICAL TRANSPORT<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KIERAN MCKENNA FLOORING INC<br>480 STATE RD, UNIT C<br>BENSALEM, PA 19020-7829 | KIERAN MCKENNA FLOORING, INC.<br>ATTN: PRESIDENT<br>480 STATE RD<br>BENSALEM, PA 19020 |
| KIERAN MCKENNA FLOORING, INC.<br>C/O LAW OFFICES OF E WILLIAM HEVENOR LLC<br>ATTN: E WILIAM HEVENOR, ESQUIRE<br>2 HORSESHOE LN<br>PAOLI, PA 19301 | KIMBERLY NEIDIG, M.D.<br>ADDRESS REDACTED | KLENZOID INC<br>P.O. BOX 389<br>CONSHOHOCKEN, PA 19428 |
| KLENZOID INC.<br>ATTN: LUCIA A VENEZIA<br>912 SPRING MILL AVE<br>CONSHOHOCKEN, PA 19428 | KLENZOID, INC.<br>ATTN: STEVE DOUGLAS<br>912 SPRING MILL RD<br>CONSHOHOCKEN, PA 19428 | LABORATORY CORPORATION OF AMERICA<br>ATTN: LAW DEPT<br>430 SOUTH SPRING ST<br>BURLINGTON, NC 27215 |

| | | |
|---|---|---|
| LABORATORY CORPORATION OF AMERICA<br>C/O JOHNSON LEGAL NETWORK, PLLC<br>ATTN: KAREN L WHITMER<br>535 WELLINGTON WAY, STE 380<br>LEXINGTON, KY 40503 | LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 12140<br>BURLINGTON, NC 27216-2140 | LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 12190<br>BURLINGTON, NC 27216-2190 |
| LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 2240<br>BURLINGTON, NC 27216-2240 | LAERDAL MEDICAL CORP<br>P.O. BOX 784987<br>PHILADELPHIA, PA 19178-4987 | LAERDAL MEDICAL CORPORATION<br>167 MYERS CORNERS RD<br>WAPPINGERS FALLS, NY 12590 |
| LEAF CAPITAL FUNDING, LLC<br>ATTN: DEIRDRE M. RICHARDS<br>1300 N. KING ST.<br>WILMINGTON, DE 19801 | LEAF CAPITAL FUNDING, LLC<br>ATTN: LANA LEOR<br>2005 MARKET ST, 14TH FL.<br>PHILADELPHIA, PA 19103 | MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 |
| MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 |
| PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 | UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | | |

Parties Served: 217