IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Anthony P. Robinson, am employed in the county of Los Angeles, State of California. I hereby certify that on January 6, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Closing of Sale of Assets of St. Christopher's Hospital for Children [Docket No. 1196]**

Dated: January 6, 2020

*/s/ Anthony P. Robinson*
Anthony P. Robinson
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 10th day of January, 2020, by Anthony P. Robinson, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| DE LONG INDUSTRIES GROUP, INC<br>P.O. BOX 74836<br>SAN CLEMENTE, CA 92673 | GRETCHEN METZENBERG<br>725 E THOMPSON ST<br>PHILADELPHIA, PA 19125 | SAI GLOBAL COMPLIANCE, INC.<br>480 PLEASANT ST STE C210<br>WATERTOWN, MA 02472 |
| THE COMMUNICATION CONNECTION<br>1250 HAMILTON DR<br>WEST CHESTER, PA 19380 | | |

Parties Served: 4