**Exhibit 1**

**Rejected Contracts**

**(see attached)**

Exhibit 1 - Rejected Contracts (15th Omnibus Rejection Motion)

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| 3M Health Information Systems, Inc. | License Agreement | Philadelphia Academic Health System, LLC |
| Abbott Laboratories Inc. | Equipment Service Program Agreement | St. Christopher's Healthcare, LLC |
| Abbott Nutrition | Agreement For Infant Formula | St. Christopher's Healthcare, LLC |
| Abbott Point Of Care | Comprehensive Service Plan Agreement | St. Christopher's Healthcare, LLC |
| Abington Memorial Hospital | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Abington Memorial Hospital | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Abington Memorial Hospital | Clinical Rotation Agreement | St. Christopher's Healthcare, LLC |
| Acs Education Services, Inc. | Tax Credit Reporting Service Agreement | St. Christopher's Healthcare, LLC |
| Advanced Av, Llc | Statement Of Work | St. Christopher's Healthcare, LLC |
| Advanced Door Services, Inc. | Preventive Maintenance Agreement | St. Christopher's Healthcare, LLC |
| Adynxx, Inc. | Product Consignment Agreement | St. Christopher's Healthcare, LLC |
| Agilent Technologies, Inc. | Quotation | St. Christopher's Healthcare, LLC |
| Ahmed, Mian | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Airgas USA, LLC | Product Sale Agreement (Contract # MS00032) | St. Christopher's Healthcare, LLC |
| Albert Einstein Medical Center | Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Albert Einstein Medical Center | Agreement for Clinical Rotation (Well-Baby Nursery) | St. Christopher's Healthcare, LLC |
| Albert Einstein Medical Center | Master Academic Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Albert Einstein Medical Center | Agreement for Clinical Rotations (Neonatology/Maternal Fetal Medicine) | St. Christopher's Healthcare, LLC |
| Albert Einstein Medical Center | Agreement for Clinical Rotations (Pathology) | St. Christopher's Healthcare, LLC |
| Alere Informatics, Inc. | License Agreement | St. Christopher's Healthcare, LLC |
| Alliance Healthcare Services, Inc. | Magnetic Resonance Imaging Master Svcs Agreement | St. Christopher's Healthcare, LLC |
| Allmed Healthcare Management, Inc. | Agreement For External Peer Review Svcs | Philadelphia Academic Health System, LLC |
| American Messaging Services, Llc | Customer Agreement | Philadelphia Academic Health System, LLC |
| Ameriwater, Inc. | Agreement For Water Testing Svcs | St. Christopher's Healthcare, LLC |
| Amy Leader, Dr.P.H, M.P.H. | Services Agreement | St. Christopher's Healthcare, LLC |
| Anda K. Kuo, Md | Services Agreement | St. Christopher's Healthcare, LLC |
| Aria Health | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |

Exhibit 1 - Rejected Contracts (15th Omnibus Rejection Motion)

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Aria Health | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Arizant Healthcare Inc. | Partnership Program Agreement | St. Christopher's Healthcare, LLC |
| Arledge Electronics, Inc. | Agreement For Television Repair & Parts | St. Christopher's Healthcare, LLC |
| Arthur Huppert, MD | Lease | St. Christopher's Healthcare, LLC |
| Atlantic Diagnostic Laboratories, Llc | Agreement For Clincal Laboratory Svcs | St. Christopher's Healthcare, LLC |
| Atlantic Lithotripsy, LLC d/b/a Mid-Atlantic Stone Center | Lithotripsy Services Agreement | St. Christopher's Healthcare, LLC |
| Azima Health Services, Inc. | Business Associate Agreement | St. Christopher's Healthcare, LLC |
| Bc Technical, Inc. | Nm Full Service Agreement | St. Christopher's Healthcare, LLC |
| Beckman Coulter, Inc. | Equipment Rental Agreement | St. Christopher's Healthcare, LLC |
| Beckman Coulter, Inc. | Quote Number 211474781 | St. Christopher's Healthcare, LLC |
| Beekley Corporation | Pricing Agreement | Philadelphia Academic Health System, LLC |
| Biochrom US | Service Contract | St. Christopher's Healthcare, LLC |
| Biofire Diagnostics, LLC | Sales Quote 00012470 | St. Christopher's Healthcare, LLC |
| Biofire Diagnostics, LLC | Sales Quote Q-02897 | St. Christopher's Healthcare, LLC |
| Bio-Optronics, Inc. | Agreement For Software For Clinical Trials | Philadelphia Academic Health System, LLC |
| BIPAI International Pediatric AIDS Initiative Texas (Baylor College of Medicine) City of Houston Harris County Texas | Clinical Rotation Agreement | St. Christopher's Healthcare, LLC |
| Blue Pillar, Inc. | Invoice | St. Christopher's Healthcare, LLC |
| Bondtech Incorporated | Services Agreement | St. Christopher's Healthcare, LLC |
| Boston Scientific Corporation | Pricing Agreement | Philadelphia Academic Health System, LLC |
| Brigham and Women's Physicians Organization | Clinical Laboratory Services Agreement | St. Christopher's Healthcare, LLC |
| Capstar Radio Operating Company | Agreement For Advertising Svcs | St. Christopher's Healthcare, LLC |
| Carefusion Solutions, LLC | Agreement For Software Mgt System | Philadelphia Academic Health System, LLC |
| Center City Film And Video, Inc. | Services Agreement | St. Christopher's Healthcare, LLC |
| Center for the Urban Child, Inc. | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC |
| Champion Energy Services, LLC | Agreement For Energy Utility For The Facilities | Philadelphia Academic Health System, LLC |

Exhibit 1 - Rejected Contracts (15th Omnibus Rejection Motion)

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Chubb Hotel & Conference Center | Agreement For Intern Retreat | St. Christopher's Healthcare, LLC |
| Cintas Corporation | Equipment Rental Agreement | St. Christopher's Healthcare, LLC |
| Cintas Corporation | Rental Agreement | St. Christopher's Healthcare, LLC |
| Cintas Corporation | Rental Agreement | St. Christopher's Healthcare, LLC |
| Cintas Corporation | Rental Agreement | St. Christopher's Healthcare, LLC |
| Cisco Systems Capital Corporation | Schedule No. 046-000 | St. Christopher's Healthcare, LLC |
| Clinical Care Assoc Of The Uni Of PA Health System | Lease Agreement | SCHC Pediatric Associates, L.L.C. |
| Convergeone Systems Integration, Inc. | Master Order Agreement | Philadelphia Academic Health System, LLC |
| Covidien Sales Llc | Agreement For Equipment Rental | St. Christopher's Healthcare, LLC |
| CyraCom International Inc. | Service Agreement | TPS V of PA, L.L.C. |
| CyraCom International Inc. | Service Agreement | StChris Care at Northeast Pediatrics, L.L.C. |
| CyraCom International Inc. | Service Agreement | St. Christopher's Healthcare, LLC |
| CyraCom International Inc. | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| David A Desimone | Transfer Agreement | St. Christopher's Healthcare, LLC |
| De Long Industries Group, Inc. d/b/a Wavetech Industries | Agreement | St. Christopher's Healthcare, LLC |
| Devil'S Alley | Event Proposal | St. Christopher's Healthcare, LLC |
| DEX Imaging, Inc. | Tenet Lease Agreement | TPS V of PA, L.L.C. |
| Dex Imaging, Inc. | Agreement For Managed Print Svcs | TPS V of PA, L.L.C. |
| Dex Imaging, Inc. | Agreement For Equipment, Maintenance, & Svcs | TPS V of PA, L.L.C. |
| DEX Imaging, Inc. | Tenet Lease Agreement | StChris Care at Northeast Pediatrics, L.L.C. |
| Dex Imaging, Inc. | Agreement For Managed Print Svcs | StChris Care at Northeast Pediatrics, L.L.C. |
| Dex Imaging, Inc. | Agreement For Equipment, Maintenance, & Svcs | StChris Care at Northeast Pediatrics, L.L.C. |
| Dex Imaging, Inc. | Agreement For Managed Print Svcs | St. Christopher's Healthcare, LLC |
| Dex Imaging, Inc. | Agreement For Equipment, Maintenance, & Svcs | St. Christopher's Healthcare, LLC |
| DEX Imaging, Inc. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Dex Imaging, Inc. | Agreement For Managed Print Svcs | SCHC Pediatric Associates, L.L.C. |
| Dex Imaging, Inc. | Agreement For Equipment, Maintenance, & Svcs | SCHC Pediatric Associates, L.L.C. |
| Diagnostica Stago, Inc. | Service & Maintenance Agreement | St. Christopher's Healthcare, LLC |

Exhibit 1 - Rejected Contracts (15th Omnibus Rejection Motion)

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Diagnostica Stago, Inc. | Agreement | St. Christopher's Healthcare, LLC |
| Divya S. Khurana, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Dolbey-Jamison, Inc. | Quote | St. Christopher's Healthcare, LLC |
| Drexel on Behalf of AJ Drexel Autism Institute | Service Agreement | SCHC Pediatric Associates, L.L.C. |
| Drexel University | Lease Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Lease Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Institutional Review Board Services Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Service Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Services Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Service Agreement | St. Christopher's Healthcare, LLC |
| Drexel University | Lease Agreement | SCHC Pediatric Associates, L.L.C. |