# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | ) Case No. 19-11466 (KG) ) ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) **Re: D.I. 1242 & 1297** |
| | ) |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF PREMIER, INC. AND ITS SUBSIDIARIES IN RELATION TO THE DEBTORS' SEVENTEENTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

PLEASE TAKE NOTICE THAT Premier, Inc. (with its consolidated subsidiaries, collectively, "Premier"), hereby withdraws, without prejudice, its *Limited Objection and Reservation of Rights* [D.I. 1297; filed 01/07/20] (the "Limited Objection") with respect to the *Seventeenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases* [D.I. 1242] (the "Motion").

The above-captioned debtors and debtors-in-possession (the "Debtors") and Premier have resolved the Limited Objection, in principle, by agreeing to a modification of the proposed order filed with the Motion. Premier withdraws its Limited Objection with the understanding and on the condition that the Debtors will submit the agreed-upon revised form of proposed order approving the Motion, acceptable to Premier and incorporating Premier's changes in all respects, for approval

by the Court.

Dated: January 15, 2020
      Wilmington, Delaware

KLEIN LLC

*/s/ Julia Klein*
Julia B. Klein (Bar No. 5198)
919 North Market Street
Suite 600
Wilmington, Delaware 19801
Phone: (302) 438-0456

and

Marianne S. Mortimer Martin, Esq.
Jessica P.G. Newman, Esq.
JEFFER MANGELS BUTLER & MITCHELL, LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
Phone: (310) 201-3531
Fax: (310) 203-0567

*Counsel for Premier, Inc. and Its Subsidiaries*