## **Exhibit D**

**(Announcement)**



AMERICAN ACADEMIC
HEALTH SYSTEM

**TO:** St. Christopher's Hospital for Children Governing Board, Employees, Volunteers and Medical Staff

**Re:** **St. Christopher's Hospital for Children Chief Medical Officer Announcement**

St. Christopher's Hospital for Children is pleased to announce Dr. Achintya Moulick, MD, MBA as the newly formed Chief Medical Officer for the hospital. The formation of this position will help provide a key clinical leader during a period of transition for St. Christopher's. The Chief Medical Officer will help to manage and oversee patient safety, clinical quality, institutional partnerships as well as help strategic planning for the organization. In the new structure the Pediatrician in Chief and Surgeon in Chief will report to the CMO on clinical affairs. St. Christopher's requires strong institutional partnerships and the CMO will assist with creating new partnerships while also maintaining and growing existing partnerships. Dr. Moulick will help lead a collaborative effort to create a strategic vision for the organization. The CMO will work closely with the Board and the Medical Executive committee who have oversight over clinical quality, to ensure the highest standards are being met. St. Christopher's will benefit immensely from the new organizational structure to help provide oversight, direction and clarity, particularly during a time of transition.

Currently, Dr. Moulick is the Executive Director and Chief of Cardiothoracic Surgery at St. Christopher's Hospital for Children in Philadelphia, PA. Formerly, Dr. Moulick was the Director of Adult Congenital Heart Surgery at the Children's National Medical Center (CNMC) in Washington, DC. Dr. Moulick has been involved in several Greenfield projects and setting up programs both as a surgeon as well as in an advisory role all around the world. Dr. Moulick was the first cardiac surgeon and the founding member of the Fortis Heart Institute which is part of the Fortis Healthcare System and the first flagship hospital. He got his medical school training in JIPMER, Pondicherry and did his M.Ch in Cardio-thoracic surgery from King Edward's Memorial Hospital, Mumbai. He subsequently underwent advanced cardiac training in cardiac surgery at the Massachusetts General Hospital, Boston, part of the Harvard University Hospitals and Emory University Hospital. Dr. Moulick has his MBA focusing on Healthcare and Finance from George Washington University, Washington D.C.