# Exhibit B

## Attachment 1

### Duties and Responsibilities of CMO

Physician agrees the duties and responsibilities listed below are reasonable and agrees to abide by such duties and responsibilities during the Term of the Agreement. Physician acknowledges and agrees additional duties not contemplated below may arise from time to time while providing teaching or administrative duties under this Agreement. To the extent additional duties arise during the course of Physician's employment, Physician agrees to use his best efforts to carry out those obligations, whether originated by Physician or requested by Employer. As Chief Medical Officer, Physician shall be responsible for the following duties:

1. Make recommendations to the Hospital's administration regarding the use of Hospital personnel, necessary equipment, and general quality standards of patient care.
2. Meet with the Hospital's Chief Executive Officer regularly to discuss Medical Staff issues.
3. Discharge responsibility for maintaining communication between attending physicians, including, but not limited to: a) timeliness of procedures and discharge of patients; b) appropriate treatment of staff; c) appropriate use of resources; d) preparedness of patients for procedures; e) timeliness of dictation of reports; and f) adherence to policies and procedures of the service.
4. Advise the Quality department. Review records and reports of patient service to promote quality of patient care.
5. Act as a liaison between the Hospital's administrative team and the Chairs of each Hospital committee. In no event shall duties pursuant to this Agreement include attendance at meetings that Physician is required to attend as a result of Physician's licensure or medical staff membership including mandatory medical staff meetings or governing board meetings.
6. Attend the monthly Board of Governors meetings.
7. At the direction of the Hospital's Chief Executive Officer, attend meetings for recruiting purposes at various times during the year, as well as business development functions, e.g. dinners, luncheons, and community events.
8. Oversee the activities of the Clinical Service Chiefs. Attend all Performance Improvement meetings. Provide monthly reports to the Board of Governors.
9. At Hospital's request, accompany the Chief Executive Officer or his/her designee to meals in which Hospital and Physician discuss issues relating to Physician's duties under this Agreement, provided the meal is modest as judged by local standards and occurs in a venue conducive to conducting a meeting.

## Exhibit A

### Directorship Addendum

This Directorship Addendum is being entered into in connection with that certain Master Medical Director Agreement dated May 9, 2018 between St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children, and SCHC Pediatric Associates, L.L.C. (the "Master Medical Director Agreement"). Capitalized terms not otherwise defined in this Directorship Addendum shall have the meanings ascribed to them in the Master Medical Director Agreement.

| Topic | Terms |
|---|---|
| Program | Not Applicable |
| Name of Medical Director | Achintya Moulick, M.D., M.S., M.CH. ("Physician") |
| Directorship Title | Chief Medical Officer ("CMO") |
| Effective Date | Date set forth in the Commencement Certificate, attached hereto as Exhibit B (the "Commencement Date") and incorporated herein by reference |
| Initial Term | Two (2) years |
| Duties and Responsibilities | See Attachment 1, attached hereto and incorporated herein by reference |
| Compensation | $432.21 per hour up to a maximum of eight (8) hours that CMO spends providing CMO services each week, as reflected in time records submitted to Hospital |
| Other Terms and Conditions | Physician will provide professional medical services pursuant to a Physician Employment Agreement between Physician and Group, dated as of November 8, 2018 |
| Permitted Existing Directorship Arrangements | Chairman of the Hospital's Department of Cardiothoracic Surgery and Executive Director of the Hospital's Heart Center |

**ST. CHRISTOPHER'S HEALTHCARE, LLC**

By: _____
Name: Ron Dreskin
Title: Interim System Chief Executive Officer
Date: _____

**SCHC PEDIATRIC ASSOCIATES, L.L.C.**

By: _____
Name: Allen Wilen
Title: Chief Restructuring Officer
Date: _____

**ACKNOWLEDGEMENT BY MEDICAL DIRECTOR:**

By: _____
Name: Achintya Moulick, M.D., M.S., M.CH.
Date: 09/18/2019

Exhibit A
Activity Log

**Medical Director:** Achintya Moulick, M.D., M.S., M.CH.
**Directorship Title:** Chief Medical Officer

A. **CMO Duties:**
   See Attachment 1

B. **Log**

### IMPORTANT NOTICES:

1. All information recorded on this Log must be legible. Please print or type all information.
2. Please total your hours prior to submitting this Log to your hospital representative.

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL** |  |  |  |

*Signatures on next page.*