**Service List**

**VIA FIRST CLASS MAIL**

Mark Minuti, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street
Suite 2300
F:(302) 421-5873
mark.minuti@saul.com
*Counsel to the Debtors*

Tom Horan, Esq.
Fox Rothschild LLP
919 N. Market St., Suite 300
P.O. Box 2323
Wilmington, DE, 19899-2323
F:302.656.8920
thoran@foxrothschild.com
*Counsel to the Official Committee of Unsecured Creditors*

Joelle Polesky, Esq.
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
jpolesky@stradley.com
*Counsel to MidCap Funding IV Trust and MidCap Financial Trust*

Manager
Center City Healthcare, LLC
230 North Broad Street
Philadelphia, PA 19102
*Debtor*

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Omni Management Group, Inc.
5955 DeSoto Avenue
Suite 100
Woodland Hills, CA 91367