**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | Re:  Docket Nos. 1081, 1326 |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER
IN THE DEBTORS' OBJECTION TO MOTION OF ACHINTYA MOULICK, MD
FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE
<u>CLAIM PURSUANT TO 11 U.S.C. § 503(b)</u>**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") in the chapter 11 cases of Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>"), by and through its undersigned counsel, hereby joins (the "<u>Joinder</u>") in the *Debtors' Objection to Motion of Achintya Moulick, MD for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b)* [Docket No. 1326] (the "<u>Debtors' Objection</u>") for the reasons set forth in the Debtors' Objection.

The Committee expressly reserves and preserves all rights to supplement, modify and amend this Joinder.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

6958337

| | |
|---|---|
| Dated: January 16, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ *Thomas M. Horan*<br>Thomas M. Horan (DE Bar No. 4641)<br>**FOX ROTHSCHILD LLP**<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899<br>Telephone: 302-654-7444<br>Facsimile: 302-6568920<br>Email: thoran@foxrothschild.com<br><br>- and –<br><br>Andrew H. Sherman (*pro hac vice*)<br>Boris I. Mankovetskiy (*pro hac vice*)<br>**SILLS CUMMIS & GROSS P.C.**<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Telephone:  973-643-7000<br>Facsimile:  973-643-6500<br>Email:  asherman@sillscummis.com<br>            bmankovetskiy@sillscummis.com<br><br>*Counsel for the Official Committee*<br>*of Unsecured Creditors* |

6958337                                    2