**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date:  January 23, 2020, 10:00 a.m.** |
| | **Objection Date:  January 10, 2020, 4:00 p.m.** |

**UNITED STATES' REPLY IN SUPPORT OF ITS MOTION TO LIFT
THE AUTOMATIC STAY TO PERMIT SETOFF**

# Exhibit 1



**Medicare**

Part A

Letter Number: 24921528

Date: 05/29/2019

CENTER CITY HEALTHCARE, LLC
230 N BROAD ST
PHILADELPHIA, PA 191021121

**INITIAL REQUEST**

RE : Claims Accounts Receivable - MMA 935
    Overpayment Amount: $3,048.65
    Outstanding Balance: $3,048.65
    Provider Number: 390290-1437662384

Dear Sir/Madam,

This letter is to inform you that you have received a Medicare payment in error, which has resulted in an overpayment subject to section 935(f)(2) of the Medicare Modernization Act (MMA), section 1893(f)(2) of the Social Security Act, Limitation on Recoupment, in the amount $3,048.65. **The purpose of this letter is to request that this amount be repaid to our office.** The attached enclosure explains how this happened.

<u>**Why you are responsible:**</u>

You are responsible for being aware of correct claim filing procedures and must use care when billing and accepting payment in this situation, you billed and/or received payment for services you should have known you were not entitled to. Therefore, you are not without fault and are responsible for repaying the overpayment amount.

If you dispute this determination, please follow the appropriate appeals process listed below. Please be aware that you may appeal all of the claims from this overpayment demand letter or any part of the claims. (Applicable authorities: section 1870(b)(c) of the Social Security Act; Subsections 405.350-405.359 of Title 42 CFR, Subsections 404.506-404.509,404.510 (a) and 404.512 of Title 20 of the United States Code of Federal Regulations.)

This amount is subject to section 935(f)(2) of the Medicare Modernization Act (MMA) (Section 1893(f)(2) of the Social Security Act), Limitation on Recoupment (42 CFR 405.379).

<u>**Rebuttal Process:**</u>

Under the existing regulations 42 CFR section 405.374, providers and other suppliers will have **15 days from the date of this demand letter** to submit a statement of opportunity to rebuttal. The rebuttal process provides the debtor the opportunity, before the suspension, offset, or recoupment takes effect, to submit any statement (to include any pertinent information) as to why it should not be put into effect on the date specified in the notice. A rebuttal is not intended to review supporting medical documentation nor disagreement with the overpayment decision. A rebuttal should not duplicate the redetermination process. **This is not an appeal of the overpayment determination and the limitation on recoupment under** section1893 (f)(2)(a) of the Social Security Act **does not apply to rebuttal requests.** We will review your rebuttal documentation and determine whether the facts justify ceasing the recoupment or offset. Our office will advise you of our decision 15 days from the mailroom-stamped receipt date of your request.

**Interest Assessment:**

If you do not pay the full amount in 30 days:

In accordance with 42 CFR 405.378, simple interest at the rate of 10.375 % will be charged on the unpaid balance of the overpayment, beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time. Thus, if payment is received 31 days from the date of final determination, one 30-day period of interest will be charged. Each payment will be applied first to accrued interest and then to principal. After each payment, interest will continue to accrue on the remaining principal balance, at the rate of 10.375 %.

In addition, please note that Medicare rules require that payment be either received in our office by 06/27/2019 United States Postal Service Postmark by that date for the payment to be considered timely. A metered mail postmark received in our office after 06/27/2019 will cause an additional month's interest to be assessed on the debt.

**Suspended Funds Applied To The Overpayment and Has a Remaining Outstanding Balance:**

If the suspended funds are insufficient to fully eliminate any overpayment, and the provider or supplier meets the requirements of 42 CFR section 405.379 "Limitation on Recoupment" provision under section1893(f) (2) of the Act, then the provider or supplier is subject to 935 Appeals rights and will be available for offset after 41 days on the remaining balance still owed to CMS. (See 42 CFR section 405.372(e) for more information.)

**Payment by Recoupment:**

If payment in full is not received by 07/08/2019, **payments** to you can be recouped (recoupment) until payment in full is received if you haven't submitted an acceptable ERS request, an immediate recoupment request, and/or a valid and timely appeal is received.

**Make a payment or arrange for payments:**

What you should do:

Please return the overpaid amount to us by 06/27/2019 and no interest will be assessed. We request that you refund this amount in full.

Make the check payable to Medicare **Part A** and send it with a copy of this letter to:

> Novitas Solutions, Inc.
> ATTN: Cashier
> PO Box 3113
> Mechanicsburg, PA 17055-1828

If you are unable to refund the entire amount at this time, advise this office immediately, with a request for an **Extended Repayment Schedule (ERS)** so that we may determine if you are eligible for one. Any repayment plan (where one is approved) would run from the date of the ERS review approval date.

**You can visit our website at www.novitas-solutions.com for the ERS Request instructions.**

**Immediate Recoupment:**

You may elect to have your overpayment(s) repaid through the **Immediate Recoupment** process and avoid paying by check or waiting for the standard recoupment process that begins on day 41 from date of the initial demand letter. The request for immediate recoupment should be received in writing at least 16 days from the date of the initial demand letter to avoid the assessment of interest when the debt is collected in full before day 31. **When the request is received after day 16 the debt shall be placed in an immediate recoupment status. If the debt is not collected in full before day 31, interest will continue to accrue until the debt is collected in full.**

You must specify whether you are submitting:

1. A one-time request on the current demanded overpayment on (all accounts receivables within this demand letter) and all future overpayments; or

2. A request on this current demanded overpayment (all accounts receivables) addressed in this demand letter only.

This process is voluntary and for your convenience. Your request must specifically state you understand you are waiving potential receipt of interest payment pursuant to section1893(f)(2) for the overpayments. **Note:** Such interest may be payable for certain overpayments reversed

at the Administrative Law Judge (ALJ) level or subsequent levels of appeal.

You can visit our website at www.novitas-solutions.com for the Immediate Recoupment Request instructions.

You may also fax your request to the number noted at the end of this letter.

**If You Wish To Appeal This Decision**

If you disagree with this overpayment decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claims. The first level of appeal is called a redetermination. You must file your request for a redetermination 120 days from the date of this letter. **However, if you wish to avoid recoupment from occurring, you need to file your request for redetermination within 30 days from the date of this letter, as described above.** Unless you show us otherwise, we assume you received this letter within 5 days of the date of this letter.

Please send your request for redetermination to:

> Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
> Part A Appeals
> PO Box 3113
> Mechanicsburg, PA 17055-1828

**How to Stop Recoupment:**

Even if the overpayment and any assessed interest has not been paid in full, you can temporarily stop Medicare from recouping any payments. **If you act quickly and decidedly,** Medicare will stop recoupment at two points.

**First Opportunity:**

We must receive a valid and timely request for a redetermination within 30 days from the date of this letter. We will stop or delay recoupment pending the results of an appeal. If the appeal is filed later than 30 days but within 120 days of the date of this letter, we will also stop recoupment at whatever point that a valid, timely appeal is received but Medicare may not refund any recoupment already taken. To assist us in expeditiously stopping the recoupment process, we request that you clearly indicate on your appeal request that this is a 935 overpayment appeal for a redetermination.

**Second Opportunity:**

If the redetermination decision is (1) unfavorable, we can begin to recoup no earlier than the 61st day from the date of the Medicare redetermination notice (Medicare Appeal Decision Letter); or (2) if the decision is partially favorable, we can begin to recoup no earlier than the

61st day from the date of the Medicare revised overpayment Notice/Revised Demand Letter or 3) if a valid appeal request was received and validated after the 60th day, we will stop recoupment but Medicare may not refund any recoupment already taken. Therefore, it is important to act quickly and decidedly to limit recoupment by requesting a valid and timely reconsideration within 60 days of the appropriate letter. The address and details on how to file a request for reconsideration will be included in the Redetermination decision letter.

## What Happens Following a Reconsideration By a Qualified Independent Contractor (QIC):

Following a **decision or dismissal** by the QIC, if the debt has not been paid in full, we will begin or resume recoupment whether or not you appeal to the next level, Administrative Law Judge (ALJ). **NOTE:** Even when recoupment is stopped, interest continues to accrue.

## Medicaid Offset:

If this matter is not resolved, CMS may instruct the Medicaid State Agency to withhold the Federal share of any Medicaid payments that may be due you or related facilities until the full amount owed Medicare is recouped; Title 42 CFR, section 447.30(g). These recoveries will be in addition to any recoupments from other Medicare funds due you until the full amount owed to Medicare is recovered.

## Right to Inspect Records Prior to Referral to Treasury:

In the event an Intent to Refer (ITR) letter is sent, you have the right to inspect and copy all records pertaining to your debt. In order to present evidence or review the CMS records, you must submit a written request to the address below. Your request must be received within 60 calendar days from the ITR letter date. In response to a timely request for access to CMS' records, you will be notified of the location and time when you can inspect and copy records related to this debt. Interest will continue to accrue during any review period. Therefore, while review is pending, you will be liable for interest and related late payment charges on amounts not paid by the due date identified above.

## For Individual Debtors Filing a Joint Federal Income Tax Return:

The Treasury Offset Program automatically refers debts to the Internal Revenue Service (IRS) for Offset. Your Federal income tax refund is subject to offset under this program. If you file a joint income tax return, you should contact the IRS before filing your tax return to determine the steps to be taken to protect the share of the refund, which may be payable to the non-debtor spouse.

## For Debtors that Share a Tax Identification Number(s):

Section 1866(j)(6) of the Social Security Act authorizes the Secretary of Health and Human Services (the Secretary) to make any necessary adjustments to the payments of an applicable

provider or supplier who shares a TIN with an obligated provider or supplier, one that has an outstanding Medicare overpayment. The Secretary is authorized to adjust the payments of such a provider or supplier regardless of whether it has been assigned a different billing number or National Provider Identification Number (NPI) from that of the provider or supplier with the outstanding Medicare overpayment.

**Federal Salary Offset:**

If the facility ownership is either a sole proprietorship or partnership, your individual salary(s) may be offset if you are, or become, a federal employee.

**If you have filed a bankruptcy petition:**

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. Accordingly, we request that you immediately notify us about this bankruptcy so that we may coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice to assure that we handle your situation properly. If possible, when notifying us about the bankruptcy, please include the name in the bankruptcy is filed under and the district where the bankruptcy is filed.

Should you have any questions, please contact your overpayment consultant at the following:

Provider - Part A: 855-252-8782

We look forward to hearing from you shortly.

Sincerely,


Medicare Part A Recovery Unit
Novitas Solutions, Inc.

Enclosures
How This Overpayment Was Determined

**Letter Number: 24921528**

Invoice Number: 2191360059O108TEF

| Claim No. | Beneficiary Name | Patient No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Provider No. |
|---|---|---|---|---|---|---|---|
| 218131003O1304T9S | ROBERT WISNIEWSKI | 080003841 | 01/12/2018 | 01/12/2018 | $3,048.65 | 05/25/2018 | 1437662384 |

Reason for Overpayment: The claim was processed and paid with Medicare as the primary payer. Medicare should have paid secondary to disability coverage.

**Medicare**

Part A

Letter Number: 24938058

Date: 05/29/2019

CENTER CITY HEALTHCARE, LLC
230 N BROAD ST
PHILADELPHIA, PA 191021121

**INITIAL REQUEST**

RE : Claims Accounts Receivable - MMA 935
    Overpayment Amount: $13,137.41
    Outstanding Balance: $13,137.41
    Provider Number: 390290-1023033792

Dear Sir/Madam,

This letter is to inform you that you have received a Medicare payment in error, which has resulted in an overpayment subject to section 935(f)(2) of the Medicare Modernization Act (MMA), section 1893(f)(2) of the Social Security Act, Limitation on Recoupment, in the amount $13,137.41. **The purpose of this letter is to request that this amount be repaid to our office.** The attached enclosure explains how this happened.

**Why you are responsible:**

You are responsible for being aware of correct claim filing procedures and must use care when billing and accepting payment in this situation, you billed and/or received payment for services you should have known you were not entitled to. Therefore, you are not without fault and are responsible for repaying the overpayment amount.

If you dispute this determination, please follow the appropriate appeals process listed below. Please be aware that you may appeal all of the claims from this overpayment demand letter or any part of the claims. (Applicable authorities: section 1870(b)(c) of the Social Security Act; Subsections 405.350-405.359 of Title 42 CFR, Subsections 404.506-404.509,404.510 (a) and 404.512 of Title 20 of the United States Code of Federal Regulations.)

This amount is subject to section 935(f)(2) of the Medicare Modernization Act (MMA) (Section 1893(f)(2) of the Social Security Act), Limitation on Recoupment (42 CFR 405.379).

**Rebuttal Process:**

Novitas Solutions, Inc.
PO Box 3113, Mechanicsburg, PA 17055-1828
www.novitas-solutions.com

Under the existing regulations 42 CFR section 405.374, providers and other suppliers will have **15 days from the date of this demand letter** to submit a statement of opportunity to rebuttal. The rebuttal process provides the debtor the opportunity, before the suspension, offset, or recoupment takes effect, to submit any statement (to include any pertinent information) as to why it should not be put into effect on the date specified in the notice. A rebuttal is not intended to review supporting medical documentation nor disagreement with the overpayment decision. A rebuttal should not duplicate the redetermination process. **This is not an appeal of the overpayment determination and the limitation on recoupment under** section1893 (f)(2)(a) of the Social Security Act **does not apply to rebuttal requests.** We will review your rebuttal documentation and determine whether the facts justify ceasing the recoupment or offset. Our office will advise you of our decision 15 days from the mailroom-stamped receipt date of your request.

**Interest Assessment:**

If you do not pay the full amount in 30 days:

In accordance with 42 CFR 405.378, simple interest at the rate of 10.375 % will be charged on the unpaid balance of the overpayment, beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time. Thus, if payment is received 31 days from the date of final determination, one 30-day period of interest will be charged. Each payment will be applied first to accrued interest and then to principal. After each payment, interest will continue to accrue on the remaining principal balance, at the rate of 10.375 %.

In addition, please note that Medicare rules require that payment be either received in our office by 06/27/2019 United States Postal Service Postmark by that date for the payment to be considered timely. A metered mail postmark received in our office after 06/27/2019 will cause an additional month's interest to be assessed on the debt.

**Suspended Funds Applied To The Overpayment and Has a Remaining Outstanding Balance:**

If the suspended funds are insufficient to fully eliminate any overpayment, and the provider or supplier meets the requirements of 42 CFR section 405.379 "Limitation on Recoupment" provision under section1893(f) (2) of the Act, then the provider or supplier is subject to 935 Appeals rights and will be available for offset after 41 days on the remaining balance still owed to CMS. (See 42 CFR section 405.372(e) for more information.)

**Payment by Recoupment:**

If payment in full is not received by 07/08/2019, **payments** to you can be recouped (recoupment) until payment in full is received if you haven't submitted an acceptable ERS request, an immediate recoupment request, and/or a valid and timely appeal is received.

**<u>Make a payment or arrange for payments:</u>**

What you should do:

Please return the overpaid amount to us by 06/27/2019 and no interest will be assessed. We request that you refund this amount in full.

Make the check payable to Medicare **Part A** and send it with a copy of this letter to:

> Novitas Solutions, Inc.
> ATTN: Cashier
> PO Box 3113
> Mechanicsburg, PA 17055-1828

If you are unable to refund the entire amount at this time, advise this office immediately, with a request for an **<u>Extended Repayment Schedule (ERS)</u>** so that we may determine if you are eligible for one. Any repayment plan (where one is approved) would run from the date of the ERS review approval date.

**You can visit our website at www.novitas-solutions.com for the ERS Request instructions.**

**Immediate Recoupment:**

You may elect to have your overpayment(s) repaid through the **<u>Immediate Recoupment</u>** process and avoid paying by check or waiting for the standard recoupment process that begins on day 41 from date of the initial demand letter. The request for immediate recoupment should be received in writing at least 16 days from the date of the initial demand letter to avoid the assessment of interest when the debt is collected in full before day 31. **When the request is received after day 16 the debt shall be placed in an immediate recoupment status. If the debt is not collected in full before day 31, interest will continue to accrue until the debt is collected in full.**

You must specify whether you are submitting:

1. A one-time request on the current demanded overpayment on (all accounts receivables within this demand letter) and all future overpayments; or

2. A request on this current demanded overpayment (all accounts receivables) addressed in this demand letter only.

This process is voluntary and for your convenience. Your request must specifically state you understand you are waiving potential receipt of interest payment pursuant to section1893(f)(2) for the overpayments. **<u>Note:</u>** Such interest may be payable for certain overpayments reversed

at the Administrative Law Judge (ALJ) level or subsequent levels of appeal.

You can visit our website at www.novitas-solutions.com for the Immediate Recoupment Request instructions.

You may also fax your request to the number noted at the end of this letter.

**If You Wish To Appeal This Decision**

If you disagree with this overpayment decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claims. The first level of appeal is called a redetermination. You must file your request for a redetermination 120 days from the date of this letter. **However, if you wish to avoid recoupment from occurring, you need to file your request for redetermination within 30 days from the date of this letter, as described above.** Unless you show us otherwise, we assume you received this letter within 5 days of the date of this letter.

Please send your request for redetermination to:

> Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
> Part A Appeals
> PO Box 3113
> Mechanicsburg, PA 17055-1828

**How to Stop Recoupment:**

Even if the overpayment and any assessed interest has not been paid in full, you can temporarily stop Medicare from recouping any payments. **If you act quickly and decidedly,** Medicare will stop recoupment at two points.

**First Opportunity:**

We must receive a valid and timely request for a redetermination within 30 days from the date of this letter. We will stop or delay recoupment pending the results of an appeal. If the appeal is filed later than 30 days but within 120 days of the date of this letter, we will also stop recoupment at whatever point that a valid, timely appeal is received but Medicare may not refund any recoupment already taken. To assist us in expeditiously stopping the recoupment process, we request that you clearly indicate on your appeal request that this is a 935 overpayment appeal for a redetermination.

**Second Opportunity:**

If the redetermination decision is (1) unfavorable, we can begin to recoup no earlier than the 61st day from the date of the Medicare redetermination notice (Medicare Appeal Decision Letter); or (2) if the decision is partially favorable, we can begin to recoup no earlier than the

61st day from the date of the Medicare revised overpayment Notice/Revised Demand Letter or 3) if a valid appeal request was received and validated after the 60th day, we will stop recoupment but Medicare may not refund any recoupment already taken. Therefore, it is important to act quickly and decidedly to limit recoupment by requesting a valid and timely reconsideration within 60 days of the appropriate letter. The address and details on how to file a request for reconsideration will be included in the Redetermination decision letter.

### What Happens Following a Reconsideration By a Qualified Independent Contractor (QIC):

Following a **decision or dismissal** by the QIC, if the debt has not been paid in full, we will begin or resume recoupment whether or not you appeal to the next level, Administrative Law Judge (ALJ). **NOTE:** Even when recoupment is stopped, interest continues to accrue.

### Medicaid Offset:

If this matter is not resolved, CMS may instruct the Medicaid State Agency to withhold the Federal share of any Medicaid payments that may be due you or related facilities until the full amount owed Medicare is recouped; Title 42 CFR, section 447.30(g). These recoveries will be in addition to any recoupments from other Medicare funds due you until the full amount owed to Medicare is recovered.

### Right to Inspect Records Prior to Referral to Treasury:

In the event an Intent to Refer (ITR) letter is sent, you have the right to inspect and copy all records pertaining to your debt. In order to present evidence or review the CMS records, you must submit a written request to the address below. Your request must be received within 60 calendar days from the ITR letter date. In response to a timely request for access to CMS' records, you will be notified of the location and time when you can inspect and copy records related to this debt. Interest will continue to accrue during any review period. Therefore, while review is pending, you will be liable for interest and related late payment charges on amounts not paid by the due date identified above.

### For Individual Debtors Filing a Joint Federal Income Tax Return:

The Treasury Offset Program automatically refers debts to the Internal Revenue Service (IRS) for Offset. Your Federal income tax refund is subject to offset under this program. If you file a joint income tax return, you should contact the IRS before filing your tax return to determine the steps to be taken to protect the share of the refund, which may be payable to the non-debtor spouse.

### For Debtors that Share a Tax Identification Number(s):

Section 1866(j)(6) of the Social Security Act authorizes the Secretary of Health and Human Services (the Secretary) to make any necessary adjustments to the payments of an applicable

provider or supplier who shares a TIN with an obligated provider or supplier, one that has an outstanding Medicare overpayment. The Secretary is authorized to adjust the payments of such a provider or supplier regardless of whether it has been assigned a different billing number or National Provider Identification Number (NPI) from that of the provider or supplier with the outstanding Medicare overpayment.

**Federal Salary Offset:**

If the facility ownership is either a sole proprietorship or partnership, your individual salary(s) may be offset if you are, or become, a federal employee.

**If you have filed a bankruptcy petition:**

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. Accordingly, we request that you immediately notify us about this bankruptcy so that we may coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice to assure that we handle your situation properly. If possible, when notifying us about the bankruptcy, please include the name in the bankruptcy is filed under and the district where the bankruptcy is filed.

Should you have any questions, please contact your overpayment consultant at the following:

Provider - Part A: 855-252-8782

We look forward to hearing from you shortly.

Sincerely,


Medicare Part A Recovery Unit
Novitas Solutions, Inc.

Enclosures
How This Overpayment Was Determined

**Letter Number: 24938058**

Invoice Number: 2191360059008MAN

| Claim No. | Beneficiary Name | Patient No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Provider No. |
|---|---|---|---|---|---|---|---|
| 2181310003360419S | ROBERT WISNIEWSKI | 077098937 | 12/14/2017 | 12/15/2017 | $13,137.41 | 05/25/2018 | 1023033792 |

Reason for Overpayment: The claim was processed and paid with Medicare as the primary payer. Medicare should have paid secondary to disability coverage.





**MEDICARE  PART  A**

06/21/2019                                                                                                CERTIFIED MAIL

Mr. Greg Shannon
Hahnemann University Hospital
Executive VP
1500 Market Street
24th Floor West Tower
Philadelphia, PA 19102


SUBJECT:        Initial Cost Report
                Acceptance Date:  06/21/2019
                Overpayment of **$ 896,748.00**
                Fiscal Period Ending 12/31/2018
                390290/1437662384
                Re: Transaction #390290OCR1801


Dear Mr. Greg Shannon :

We have recorded the effect of the Initial Cost Report referenced above.  You were notified in our previously issued Cost Report Reminder Letter that one of the following repayment arrangements must be elected by the facility:  a) An immediate lump sum payment made payable to Novitas Solutions, Inc, submitted with the cost report; b) Submit with the cost report a proposed monthly method of repayment, accompanied by the first installment (please see insert for documentation required); or c) Withholding of Medicare claims payments.  Payments should include the provider number on the check as well as a copy of this letter and be mailed to the following address:

                Novitas Solutions, Inc
                Attn:  Cashiers
                P.O. Box 3113
                Mechanicsburg, PA  17055

As none of the options above were identified as being received with the cost report, 100 percent withholding has been implemented to begin recoupment of the overpayment. We are required to maintain this rate of withholding unless one of the following has occurred:  1) Overpayment is paid in full by the provider; 2) Overpayment is eliminated by claims withholding; or 3) A repayment plan has been approved by the Medicare contractor or Centers for Medicare & Medicaid Services (CMS).

Any withholding or suspension initiated must continue in effect until the overpayment has been collected.  In accordance with Section 1866 (b) (2) (A) and (C) of Title XVIII, as amended, failure to respond may result in termination of your Medicare participation agreement.

Extended Repayment Request

We request that you refund this amount in full. If you are unable to make refund of the entire payment at this time, advise this office immediately so that we may determine if you are eligible for a repayment plan. Formal requests can be emailed to CFOERP@novitas-solutions.com for details and forms. Any repayment plan (where one is approved) would run from the approval date. If full payment or a first installment with a fully documented request for an extended repayment plan was not received, you are subject to 100% withholding, starting on the 16th day from the date of acceptance, will be initiated to recover the overpayment. This withholding may be initiated also on claims of related providers.  Any previously withheld amounts will not be refunded when the first installment with a fully documented request for an extended repayment plan is received.  The amount withheld will not count as the first installment, but will be used to reduce the amount of the overpayment.

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050              www.novitas-solutions.com

I N N O V A T I O N   I N   A C T I O N
A CMS CONTRACTOR • ISO 9001-2008 CERTIFIED

**ATTENTION:  Since we request all payments be mailed directly to a separate mailing address, our office may not immediately be aware that a payment has been received.  Therefore, we suggest that at the time the payment is made, that you inform us via emailing the contact noted on this letter;**

In accordance with 42 CFR 405.378, interest at the simple rate of 10.375**%** will be charged on the unpaid balance of the overpayment beginning on the 31st day.  Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made in full.  Thus, if payment is received thirty-one days from the date of determination, one thirty-day period of interest will be charged and will continue to be assessed for full 30-day periods on any portion that remains outstanding until the debt is paid in full.  After each payment, which is applied first to interest and then to principal, interest will accrue on the outstanding balance at the prevailing rate in effect on the date of determination.

Medicaid Offset

If this matter is not resolved within fifteen (15) days from the date of this letter, the Centers for Medicare & Medicaid Services (CMS) may instruct the Medicaid State Agency to withhold the Federal share of Title XLX of any Medicaid payments that may be due you or related facilities until the full amount owed Medicare is recouped (Title 42 CFR, Section 447.30(g)).  These recoveries will be in addition to any recoupments from other Medicare funds due you until the full amount owed to Medicare is recovered. The appeal process is detailed in the Notice of Program Reimbursement (NPR).

Termination of Participation

Termination of the facility's Medicare participation in no way abrogates the responsibility of the facility to comply with the Medicare law, regulations, and instructions applicable to the period when the hospital was participating. Therefore, if your facility has terminated participation, you are still required to submit your payment. Where applicable, action to withhold the Federal share of Title XIX payments will be initiated within 15 days.  If it becomes necessary to sue in a court of law to collect the overpayment, interest will be assessed and collected as part of any judgment rendered by the court.  The overpayment, if no action is taken, will result in referral of the overpayment to CMS for collection and being turned over to the Department of Justice.

Change of Ownership

When a change of ownership occurs, in accordance with 42 CFR § 489.18(d), the Medicare provider agreement between the Federal government and the prior operator, lessee, or facility that was automatically assigned to you is subject to all applicable statutes and regulations and to the terms and conditions under which the agreement was originally issued.  These terms and conditions include, but are not limited to, repayment of all pre-assignment Medicare monetary liabilities.

Bankruptcy

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process.  Accordingly, we request that you immediately notify us about this bankruptcy so that we may coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice to handle your situation properly.  When notifying us about the bankruptcy, please include the name the bankruptcy is filed under and the district where the bankruptcy is filed.  Documentation supporting your bankruptcy status, along with a copy of this notice, must be forwarded to this office at the above address.

For Debtors that Share a Tax Identification Number

Section 1866(j)(6) of the Social Security Act authorizes the Secretary of Health and Human Services (the Secretary) to make any necessary adjustments to the payments of an applicable provider or supplier who shares a TIN with an obligated provider or supplier, one that has an outstanding Medicare overpayment. The Secretary is authorized to adjust the payments of such a provider or supplier regardless of whether it has been assigned a different billing number or National Provider Identification Number (NPI) from that of the provider or supplier with the outstanding Medicare overpayment.

Sincerely,

Novitas Solutions, Inc
Debt Recovery Department
PRTASTM_00400@Novitas-Solutions.com

BS/bs



**Medicare**
Part A

Letter Number: 25044563

Date: 06/26/2019

CENTER CITY HEALTHCARE, LLC
230 N BROAD ST
PHILADELPHIA, PA 191021121

**INITIAL REQUEST**

RE : Claims Accounts Receivable - MMA 935
    Overpayment Amount: $7,421.36
    Outstanding Balance: $7,421.36
    Provider Number: 390290-1023033792

Dear Sir/Madam,

This letter is to inform you that you have received a Medicare payment in error, which has resulted in an overpayment subject to section 935(f)(2) of the Medicare Modernization Act (MMA), section 1893(f)(2) of the Social Security Act, Limitation on Recoupment, in the amount $7,421.36. **The purpose of this letter is to request that this amount be repaid to our office.** The attached enclosure explains how this happened.

<u>**Why you are responsible:**</u>

You are responsible for being aware of correct claim filing procedures and must use care when billing and accepting payment in this situation, you billed and/or received payment for services you should have known you were not entitled to. Therefore, you are not without fault and are responsible for repaying the overpayment amount.

If you dispute this determination, please follow the appropriate appeals process listed below. Please be aware that you may appeal all of the claims from this overpayment demand letter or any part of the claims. (Applicable authorities: section 1870(b)(c) of the Social Security Act; Subsections 405.350-405.359 of Title 42 CFR, Subsections 404.506-404.509,404.510 (a) and 404.512 of Title 20 of the United States Code of Federal Regulations.)

This amount is subject to section 935(f)(2) of the Medicare Modernization Act (MMA) (Section 1893(f)(2) of the Social Security Act), Limitation on Recoupment (42 CFR 405.379).

<u>**Rebuttal Process:**</u>

Novitas Solutions, Inc.
PO Box 3113, Mechanicsburg, PA 17055-1828
www.novitas-solutions.com

Under the existing regulations 42 CFR section 405.374, providers and other suppliers will have **15 days from the date of this demand letter** to submit a statement of opportunity to rebuttal. The rebuttal process provides the debtor the opportunity, before the suspension, offset, or recoupment takes effect, to submit any statement (to include any pertinent information) as to why it should not be put into effect on the date specified in the notice. A rebuttal is not intended to review supporting medical documentation nor disagreement with the overpayment decision. A rebuttal should not duplicate the redetermination process. **This is not an appeal of the overpayment determination and the limitation on recoupment under** section1893 (f)(2)(a) of the Social Security Act **does not apply to rebuttal requests.** We will review your rebuttal documentation and determine whether the facts justify ceasing the recoupment or offset. Our office will advise you of our decision 15 days from the mailroom-stamped receipt date of your request.

**Interest Assessment:**

If you do not pay the full amount in 30 days:

In accordance with 42 CFR 405.378, simple interest at the rate of 10.375 % will be charged on the unpaid balance of the overpayment, beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time. Thus, if payment is received 31 days from the date of final determination, one 30-day period of interest will be charged. Each payment will be applied first to accrued interest and then to principal. After each payment, interest will continue to accrue on the remaining principal balance, at the rate of 10.375 %.

In addition, please note that Medicare rules require that payment be either received in our office by 07/25/2019 United States Postal Service Postmark by that date for the payment to be considered timely. A metered mail postmark received in our office after 07/25/2019 will cause an additional month's interest to be assessed on the debt.

**Suspended Funds Applied To The Overpayment and Has a Remaining Outstanding Balance:**

If the suspended funds are insufficient to fully eliminate any overpayment, and the provider or supplier meets the requirements of 42 CFR section 405.379 "Limitation on Recoupment" provision under section1893(f) (2) of the Act, then the provider or supplier is subject to 935 Appeals rights and will be available for offset after 41 days on the remaining balance still owed to CMS. (See 42 CFR section 405.372(e) for more information.)

**Payment by Recoupment:**

If payment in full is not received by 08/05/2019, **payments** to you can be recouped (recoupment) until payment in full is received if you haven't submitted an acceptable ERS request, an immediate recoupment request, and/or a valid and timely appeal is received.

**<u>Make a payment or arrange for payments:</u>**

What you should do:

Please return the overpaid amount to us by 07/25/2019 and no interest will be assessed. We request that you refund this amount in full.

Make the check payable to Medicare **Part A** and send it with a copy of this letter to:

> Novitas Solutions, Inc.
> ATTN: Cashier
> PO Box 3113
> Mechanicsburg, PA 17055-1828

If you are unable to refund the entire amount at this time, advise this office immediately, with a request for an **<u>Extended Repayment Schedule (ERS)</u>** so that we may determine if you are eligible for one. Any repayment plan (where one is approved) would run from the date of the ERS review approval date.

**You can visit our website at www.novitas-solutions.com for the ERS Request instructions.**

**Immediate Recoupment:**

You may elect to have your overpayment(s) repaid through the **<u>Immediate Recoupment</u>** process and avoid paying by check or waiting for the standard recoupment process that begins on day 41 from date of the initial demand letter. The request for immediate recoupment should be received in writing at least 16 days from the date of the initial demand letter to avoid the assessment of interest when the debt is collected in full before day 31. **When the request is received after day 16 the debt shall be placed in an immediate recoupment status. If the debt is not collected in full before day 31, interest will continue to accrue until the debt is collected in full.**

You must specify whether you are submitting:

1. A one-time request on the current demanded overpayment on (all accounts receivables within this demand letter) and all future overpayments; or

2. A request on this current demanded overpayment (all accounts receivables) addressed in this demand letter only.

This process is voluntary and for your convenience. Your request must specifically state you understand you are waiving potential receipt of interest payment pursuant to section1893(f)(2) for the overpayments. **Note:** Such interest may be payable for certain overpayments reversed

at the Administrative Law Judge (ALJ) level or subsequent levels of appeal.

You can visit our website at www.novitas-solutions.com for the Immediate Recoupment Request instructions.

You may also fax your request to the number noted at the end of this letter.

**If You Wish To Appeal This Decision**

If you disagree with this overpayment decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claims. The first level of appeal is called a redetermination. You must file your request for a redetermination 120 days from the date of this letter. **However, if you wish to avoid recoupment from occurring, you need to file your request for redetermination within 30 days from the date of this letter, as described above.** Unless you show us otherwise, we assume you received this letter within 5 days of the date of this letter.

Please send your request for redetermination to:

> Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
> Part A Appeals
> PO Box 3113
> Mechanicsburg, PA 17055-1828

**How to Stop Recoupment:**

Even if the overpayment and any assessed interest has not been paid in full, you can temporarily stop Medicare from recouping any payments. **If you act quickly and decidedly,** Medicare will stop recoupment at two points.

**First Opportunity:**

We must receive a valid and timely request for a redetermination within 30 days from the date of this letter. We will stop or delay recoupment pending the results of an appeal. If the appeal is filed later than 30 days but within 120 days of the date of this letter, we will also stop recoupment at whatever point that a valid, timely appeal is received but Medicare may not refund any recoupment already taken. To assist us in expeditiously stopping the recoupment process, we request that you clearly indicate on your appeal request that this is a 935 overpayment appeal for a redetermination.

**Second Opportunity:**

If the redetermination decision is (1) unfavorable, we can begin to recoup no earlier than the 61st day from the date of the Medicare redetermination notice (Medicare Appeal Decision Letter); or (2) if the decision is partially favorable, we can begin to recoup no earlier than the

61st day from the date of the Medicare revised overpayment Notice/Revised Demand Letter or 3) if a valid appeal request was received and validated after the 60th day, we will stop recoupment but Medicare may not refund any recoupment already taken. Therefore, it is important to act quickly and decidedly to limit recoupment by requesting a valid and timely reconsideration within 60 days of the appropriate letter. The address and details on how to file a request for reconsideration will be included in the Redetermination decision letter.

## What Happens Following a Reconsideration By a Qualified Independent Contractor (QIC):

Following a **decision or dismissal** by the QIC, if the debt has not been paid in full, we will begin or resume recoupment whether or not you appeal to the next level, Administrative Law Judge (ALJ). **NOTE:** Even when recoupment is stopped, interest continues to accrue.

## Medicaid Offset:

If this matter is not resolved, CMS may instruct the Medicaid State Agency to withhold the Federal share of any Medicaid payments that may be due you or related facilities until the full amount owed Medicare is recouped; Title 42 CFR, section 447.30(g). These recoveries will be in addition to any recoupments from other Medicare funds due you until the full amount owed to Medicare is recovered.

## Right to Inspect Records Prior to Referral to Treasury:

In the event an Intent to Refer (ITR) letter is sent, you have the right to inspect and copy all records pertaining to your debt. In order to present evidence or review the CMS records, you must submit a written request to the address below. Your request must be received within 60 calendar days from the ITR letter date. In response to a timely request for access to CMS' records, you will be notified of the location and time when you can inspect and copy records related to this debt. Interest will continue to accrue during any review period. Therefore, while review is pending, you will be liable for interest and related late payment charges on amounts not paid by the due date identified above.

## For Individual Debtors Filing a Joint Federal Income Tax Return:

The Treasury Offset Program automatically refers debts to the Internal Revenue Service (IRS) for Offset. Your Federal income tax refund is subject to offset under this program. If you file a joint income tax return, you should contact the IRS before filing your tax return to determine the steps to be taken to protect the share of the refund, which may be payable to the non-debtor spouse.

## For Debtors that Share a Tax Identification Number(s):

Section 1866(j)(6) of the Social Security Act authorizes the Secretary of Health and Human Services (the Secretary) to make any necessary adjustments to the payments of an applicable

provider or supplier who shares a TIN with an obligated provider or supplier, one that has an outstanding Medicare overpayment. The Secretary is authorized to adjust the payments of such a provider or supplier regardless of whether it has been assigned a different billing number or National Provider Identification Number (NPI) from that of the provider or supplier with the outstanding Medicare overpayment.

**Federal Salary Offset:**

If the facility ownership is either a sole proprietorship or partnership, your individual salary(s) may be offset if you are, or become, a federal employee.

**If you have filed a bankruptcy petition:**

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. Accordingly, we request that you immediately notify us about this bankruptcy so that we may coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice to assure that we handle your situation properly. If possible, when notifying us about the bankruptcy, please include the name in the bankruptcy is filed under and the district where the bankruptcy is filed.

Should you have any questions, please contact your overpayment consultant at the following:

Provider - Part A: 855-252-8782

We look forward to hearing from you shortly.

Sincerely,


Medicare Part A Recovery Unit
Novitas Solutions, Inc.

Enclosures
How This Overpayment Was Determined

**Letter Number: 25044563**

Invoice Number: 21916200610008MAN

| Claim No. | Beneficiary Name | Patient No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Provider No. |
|---|---|---|---|---|---|---|---|
| 21805100473904T9S | LESLIE SPALDING | Not Available | 01/28/2018 | 02/02/2018 | $7,421.36 | 03/06/2018 | 1023033792 |

Reason for Overpayment: The claim was processed and paid with Medicare as the primary payer. Medicare should have paid secondary to disability coverage.

**CMS**
CENTERS FOR MEDICARE & MEDICAID SERVICES

**Medicare**
Part A

Letter Number: R-25058784

Date: 07/02/2019

CENTER CITY HEALTHCARE, LLC
230 N BROAD ST
PHILADELPHIA, PA 191021121

**INITIAL REQUEST**

RE : Recovery Audit Program Claims Accounts Receivable - MMA 935
    Provider Name: CENTER CITY HEALTHCARE, LLC
    Provider Number: 390290-1023033792
    Overpayment Amount: $15,829.00
    Overpayment Balance: $15,829.00

Dear Sir/Madam,

This letter is to inform you that you have received a Medicare payment in error, which has resulted in an overpayment subject to section 935(f)(2) of the Medicare Modernization Act (MMA), section 1893(f)(2) of the Social Security Act, Limitation on Recoupment, in the amount $15,829.00. **The purpose of this letter is to request that this amount be repaid to our office.** The attached enclosure explains how this happened.

This finding was a result of a Recovery Audit Program review. If you have any questions relating to this letter or the recoupment process, you should contact us at:

855-252-8782

If you have any questions relating to the review rationale or you feel that this finding is in error and would like to submit additional documentation or discuss the issue further, please contact the Recovery Auditor. If you are unable to locate the name and contact information for the Recovery Auditor from prior correspondence, please contact the Medicare Administrative Contractor, which is located at the bottom of this page, for further information.

**Why you are responsible:**

You are responsible for being aware of correct claim filing procedures and must use care when billing and accepting payment in this situation, you billed and/or received payment for services you should have known you were not entitled to. Therefore, you are not without fault and are responsible for repaying the overpayment amount. If you dispute this determination, please

follow the appropriate appeals process listed below. Please be aware that you may appeal all of the claims from this overpayment demand letter or any part of the claims. Applicable authorities: section 1870(b)(c) of the Social Security Act; Subsections 405.350-405.359 of Title 42 CFR, Subsections 404.506-404.509,404.510 (a) and 404.512 of Title 20 of the United States Code of Federal Regulations.

This amount is subject to section 935(f)(2) of the Medicare Modernization Act (MMA) (section 1893(f)(2) of the Social Security Act), Limitation on Recoupment (42 CFR 405.379).

**Rebuttal Process:**

Under the existing regulations 42 CFR section 405.374, providers and other suppliers will have **15 days from the date of this demand letter** to submit a statement of opportunity to rebuttal. The rebuttal process provides the debtor the opportunity, before the suspension, offset, or recoupment takes effect, to submit any statement (to include any pertinent information) as to why it should not be put into effect on the date specified in the notice. A rebuttal is not intended to review supporting medical documentation nor disagreement with the overpayment decision. A rebuttal should not duplicate the redetermination process. **This is not an appeal of the overpayment determination and the limitation on recoupment under** section1893 (f)(2)(a) of the Social Security Act **does not apply to rebuttal requests**. We will review your rebuttal documentation and determine whether the facts justify ceasing the recoupment or offset. Our office will advise you of our decision 15 days from the mailroom-stamped receipt date of your request.

**Interest Assessment:**

If you do not pay the full amount in 30 days:

In accordance with 42 CFR 405.378, simple interest at the rate of 10.375 % will be charged on the unpaid balance of the overpayment, beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time.

Thus, if payment is received 31 days from the date of final determination, one 30-day period of interest will be charged. Each payment will be applied first to accrued interest and then to principal. After each payment, interest will continue to accrue on the remaining principal balance, at the rate of 10.375 %.

In addition, please note that Medicare rules require that payment be either received in our office by 07/31/2019 United States Postal Service Postmark by that date for the payment to be considered timely. A metered mail postmark received in our office after 07/31/2019 will cause an additional month's interest to be assessed on the debt.

**Suspended Funds Applied To The Overpayment and Has a Remaining Outstanding Balance:**

If the suspended funds are insufficient to fully eliminate any overpayment, and the provider or supplier meets the requirements of 42 CFR section 405.379 "Limitation on Recoupment" provision under section 1893(f) (2) of the Act, then the provider or supplier is subject to 935 Appeals rights and will be available for offset after 41 days on the remaining balance still owed to CMS. (See 42 CFR section 405.372(e) for more information.)

**Make a payment or arrange for payments:**

**What you should do:**

Please return the overpaid amount to us by 07/31/2019 and no interest will be assessed. We request that you refund this amount in full.

Make the check payable to Medicare **Part A** and send it with **a copy of this letter** to:

> Novitas Solutions, Inc.
> ATTN: Cashier
> PO Box 3113
> Mechanicsburg, PA 17055-1828

If you are unable to refund the entire amount at this time, advise this office immediately, with a request for an **Extended Repayment Schedule (ERS)** so that we may determine if you are eligible for one. Any repayment plan (where one is approved) would run from the date of the ERS review approval date.

**You can visit our website at www.novitas-solutions.com for the ERS Request instructions.**

You may elect to have your overpayment(s) repaid through the **Immediate Recoupment** process and avoid paying by check or waiting for the standard recoupment process that begins on day 41 from date of the initial demand letter. The request for immediate recoupment should be received in writing at least 16 days from the date of the initial demand letter to avoid the assessment of interest when the debt is collected in full before day 31. **When the request is received after day 16 the debt shall be placed in an immediate recoupment status. If the debt is not collected in full before day 31, interest will continue to accrue until the debt is collected in full.**

You must specify whether you are submitting:

1. A one-time request on the current demanded overpayment on (all accounts receivables within this demand letter) and all future overpayments; or

2. A request on this current demanded overpayment (all accounts receivables) addressed in this demand letter only.

This process is voluntary and for your convenience. Your request must specifically state you understand you are waiving potential receipt of interest payment pursuant to section1893(f)(2) for the overpayments. **Note:** Such interest may be payable for certain overpayments reversed at the Administrative Law Judge (ALJ) level or subsequent levels of appeal.

**You can visit our website at www.novitas-solutions.com for the Immediate Recoupment Request instructions.**

You may fax your request to the number noted at the end of this letter.

**If you wish to appeal this decision:**

If you disagree with this overpayment decision, you may file an appeal. An appeal is a review Performed by people independent of those who have reviewed your claims. The first level of appeal is called a redetermination. You must file your request for a redetermination 120 days from the date of this letter. However, if you wish to avoid recoupment from occurring, you need to file your request for redetermination within 30 days from the date of this letter, as described above. Unless you show us otherwise, we assume you received this letter within 5 days of the date of this letter.

Please send your request for redetermination to:

> Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
> Part A Appeals
> PO Box 3113
> Mechanicsburg, PA 17055-1828

**How to Stop Recoupment:**

Even if the overpayment and any assessed interest has not been paid in full, you can stop Medicare from recouping any payments. **If you act quickly and decidedly,** Medicare will **stop recoupment** at two points.

**First Opportunity:** We must receive a valid and timely request for a redetermination within 30 days from the date of this letter. We will stop or delay recoupment pending the results of an appeal. If the appeal is filed later than 30 days but within 120 days of the date of this letter, we will also stop recoupment at whatever point that a valid, timely appeal is received but Medicare may not refund any recoupment already taken. To assist us in expeditiously stopping the recoupment process, we request that you clearly indicate on your appeal request that this is a 935 overpayment appeal for a redetermination.

**Second Opportunity:** If the redetermination decision is (1) **unfavorable,** we can begin to recoup no earlier than the 61st day from the date of the Medicare redetermination notice (Medicare Appeal Decision Letter); or (2) if the decision is **partially favorable,** we can begin to

recoup no earlier than the 61st day from the date of the Medicare revised overpayment Notice/Revised Demand Letter or 3) if a valid appeal request was received and validated after the 60th day, we will stop recoupment but Medicare may not refund any recoupment already taken. Therefore, it is important to act quickly and decidedly to limit recoupment by requesting a valid and timely reconsideration within 60 days of the appropriate letter. The address and details on how to file a request for reconsideration will be included in the Redetermination decision letter.

## What Happens Following a Reconsideration by a Qualified Independent Contractor (QIC):

Following a **decision or dismissal** by the QIC, if the debt has not been paid in full, we will begin or resume recoupment whether or not you appeal to the next level, Administrative Law Judge (ALJ). **NOTE:** Even when recoupment is stopped, interest continues to accrue.

## Medicaid Offset:

If this matter is not resolved, CMS may instruct the Medicaid State Agency to withhold the Federal share of any Medicaid payments that may be due you or related facilities until the full amount owed Medicare is recouped; Title 42 CFR, section 447.30(g). These recoveries will be in addition to any recoupments from other Medicare funds due you until the full amount owed to Medicare is recovered.

## Right to Inspect Records Prior to Referral to Treasury:

In the event an Intent to Refer (ITR) letter is sent, you have the right to inspect and copy all records pertaining to your debt. In order to present evidence or review the CMS records, you must submit a written request to the address below. Your request must be received within 60 calendar days from the ITR letter date. In response to a timely request for access to CMS' records, you will be notified of the location and time when you can inspect and copy records related to this debt. Interest will continue to accrue during any review period. Therefore, while review is pending, you will be liable for interest and related late payment charges on amounts not paid by the due date identified above.

## For Individual Debtors Filing a Joint Federal Income Tax Return:

The Treasury Offset Program automatically refers debts to the Internal Revenue Service (IRS) for Offset. Your Federal income tax refund is subject to offset under this program. If you file a joint income tax return, you should contact the IRS before filing your tax return to determine the steps to be taken to protect the share of the refund, which may be payable to the non-debtor spouse.

## For Debtors that Share a Tax Identification Number(s):

Section 1866(j)(6) of the Social Security Act authorizes the Secretary of Health and Human

Services (the Secretary) to make any necessary adjustments to the payments of an applicable provider or supplier who shares a TIN with an obligated provider or supplier, one that has an outstanding Medicare overpayment. The Secretary is authorized to adjust the payments of such a provider or supplier regardless of whether it has been assigned a different billing number or National Provider Identification Number (NPI) from that of the provider or supplier with the outstanding Medicare overpayment.

**Federal Salary Offset:**

If the facility ownership is either a sole proprietorship or partnership, your individual salary(s) may be offset if you are, or become, a federal employee.

**If you have filed a bankruptcy petition:**

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. Accordingly, we request that you immediately notify us about this bankruptcy so that we may coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice to assure that we handle your situation properly. If possible, when notifying us about the bankruptcy, please include the name of the bankruptcy it is filed under and the district where the bankruptcy is filed.

Should you have any questions, please contact your overpayment consultant at the following:

   Provider - Part A: 855-252-8782

We look forward to hearing from you shortly.

Sincerely,


Medicare Part A Recovery Unit

Novitas Solutions, Inc.

Enclosures
How This Overpayment Was Determined

**Letter Number: 25058784**

Invoice Number: 21635000357904TKK

| Claim No. | Beneficiary Name | Patient No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Provider No. |
|---|---|---|---|---|---|---|---|
| 21635000357904T9S | ANDREA K GABLER | 075552687 | 11/14/2016 | 11/15/2016 | $5,376.42 | 12/29/2016 | 1023033792 |

Reason for Overpayment: This claim was adjusted due to a Recovery Audit Contractor (RAC) Review.

Invoice Number: 21711500399804TKK

| Claim No. | Beneficiary Name | Patient No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Provider No. |
|---|---|---|---|---|---|---|---|
| 21711500399804T9S | MARGARET A MCDANIEL | 076066667 | 04/03/2017 | 04/03/2017 | $4,777.11 | 05/09/2017 | 1023033792 |

Reason for Overpayment: This claim was adjusted due to a Recovery Audit Contractor (RAC) Review.

Invoice Number: 21713500636704TKK

| Claim No. | Beneficiary Name | Patient No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Provider No. |
|---|---|---|---|---|---|---|---|
| 21713500636704T9S | RACHEL A PARK | 076189422 | 04/24/2017 | 04/24/2017 | $4,777.11 | 06/01/2017 | 1023033792 |

Reason for Overpayment: This claim was adjusted due to a Recovery Audit Contractor (RAC) Review.

Invoice Number: 21620000659704TKK

**Letter Number: 25058784**

| Claim No. | Beneficiary Name | Patient No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Provider No. |
|---|---|---|---|---|---|---|---|
| 21620000659704T9S | PAUL PERSINGER | 075012047 | 06/30/2016 | 06/30/2016 | $898.36 | 08/01/2016 | 1023033792 |

Reason for Overpayment: This claim was adjusted due to a Recovery Audit Contractor (RAC) Review.

**Medicare**

Part A

Letter Number: R-25649990

Date: 07/12/2019

CENTER CITY HEALTHCARE, LLC
230 N BROAD ST
PHILADELPHIA, PA 191021121

**INITIAL REQUEST**

RE : Recovery Audit Program Claims Accounts Receivable - MMA 935
    Provider Name: CENTER CITY HEALTHCARE, LLC
    Provider Number: 390290-1023033792
    Overpayment Amount: $4,777.11
    Overpayment Balance: $4,777.11

Dear Sir/Madam,

This letter is to inform you that you have received a Medicare payment in error, which has resulted in an overpayment subject to section 935(f)(2) of the Medicare Modernization Act (MMA), section 1893(f)(2) of the Social Security Act, Limitation on Recoupment, in the amount $4,777.11. **The purpose of this letter is to request that this amount be repaid to our office.** The attached enclosure explains how this happened.

This finding was a result of a Recovery Audit Program review. If you have any questions relating to this letter or the recoupment process, you should contact us at:

855-252-8782

If you have any questions relating to the review rationale or you feel that this finding is in error and would like to submit additional documentation or discuss the issue further, please contact the Recovery Auditor. If you are unable to locate the name and contact information for the Recovery Auditor from prior correspondence, please contact the Medicare Administrative Contractor, which is located at the bottom of this page, for further information.

**NOTE:** If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding please follow the instructions found at the end of this letter.

**Why you are responsible:**

You are responsible for being aware of correct claim filing procedures and must use care when

Novitas Solutions, Inc.

PO Box 3113, Mechanicsburg, PA 17055-1828

www.novitas-solutions.com

billing and accepting payment in this situation, you billed and/or received payment for services you should have known you were not entitled to. Therefore, you are not without fault and are responsible for repaying the overpayment amount. If you dispute this determination, please follow the appropriate appeals process listed below. Please be aware that you may appeal all of the claims from this overpayment demand letter or any part of the claims. Applicable authorities: section 1870(b)(c) of the Social Security Act; Subsections 405.350-405.359 of Title 42 CFR, Subsections 404.506-404.509,404.510 (a) and 404.512 of Title 20 of the United States Code of Federal Regulations.

This amount is subject to section 935(f)(2) of the Medicare Modernization Act (MMA) (section 1893(f)(2) of the Social Security Act), Limitation on Recoupment (42 CFR 405.379).

**Rebuttal Process:**

Under the existing regulations 42 CFR section 405.374, providers and other suppliers will have **15 days from the date of this demand letter** to submit a statement of opportunity to rebuttal. The rebuttal process provides the debtor the opportunity, before the suspension, offset, or recoupment takes effect, to submit any statement (to include any pertinent information) as to why it should not be put into effect on the date specified in the notice. A rebuttal is not intended to review supporting medical documentation nor disagreement with the overpayment decision. A rebuttal shall not duplicate the redetermination process. **This is not an appeal of the overpayment determination and the limitation on recoupment under** section1893 (f)(2)(a) of the Social Security Act **does not apply to rebuttal requests**. We will review your rebuttal documentation and determine whether the facts justify ceasing the recoupment or offset. Our office will advise you of our decision 15 days from the mailroom-stamped receipt date of your request.

**Interest Assessment:**

If you do not pay the full amount in 30 days:

In accordance with 42 CFR 405.378, simple interest at the rate of 10.375% will be charged on the unpaid balance of the overpayment, beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time.

Thus, if payment is received 31 days from the date of final determination, one 30-day period of interest will be charged. Each payment will be applied first to accrued interest and then to principal. After each payment, interest will continue to accrue on the remaining principal balance, at the rate of 10.375%.

In addition, please note that Medicare rules require that payment be either received in our office by 08/10/2019 United States Postal Service Postmark by that date for the payment to be considered timely. A metered mail postmark received in our office after 08/10/2019 will cause an additional month's interest to be assessed on the debt.

**Suspended Funds Applied To The Overpayment and Has a Remaining Outstanding Balance:**

If the suspended funds are insufficient to fully eliminate any overpayment, and the provider or supplier meets the requirements of 42 CFR section 405.379 "Limitation on Recoupment" provision under section 1893(f) (2) of the Act, then the provider or supplier is subject to 935 Appeals rights and will be available for offset after 41 days on the remaining balance still owed to CMS. (See 42 CFR section 405.372(e) for more information.)

**Make a payment or arrange for payments:**

**What you should do:**

Please return the overpaid amount to us by 08/10/2019 and no interest will be assessed. We request that you refund this amount in full.

Make the check payable to Medicare **Part A** and send it with **a copy of this letter** to:

    Novitas Solutions, Inc.
    ATTN: Cashier
    PO Box 3113
    Mechanicsburg, PA 17055-1828

If you are unable to refund the entire amount at this time, advise this office immediately, with a request for an **Extended Repayment Schedule (ERS)** so that we may determine if you are eligible for one. Any repayment schedule (where one is approved) would run from the date of the ERS review approval date.

**You can visit our website at www.novitas-solutions.com for the ERS Request instructions.**

**Immediate Recoupment:**

**TO SIMPLIFY THE REPAYMENT PROCESS,** reduce the extra work and cost associated with mailing your repayment each time, you may elect to have automatic immediate recoupments for ALL overpayments by requesting the **Immediate Recoupment** process for All Current and Future Accounts Receivable. This will automatically begin recoupment starting on day 16 for ALL future accounts receivable. When the initial request is received after day 16 the debt shall be placed in an immediate recoupment status. If the debt is not collected in full before day 31, interest will continue to accrue until the debt is collected in full.

You must specify whether you are submitting:

1. A request on the current demanded overpayment (all accounts receivables within this

demand letter) and ALL FUTURE OVERPAYMENTS; or

2. A one-time request on this current demanded overpayment (all accounts receivables) addressed in this demand letter only.

**You can visit our website at www.novitas-solutions.com for the Immediate Recoupment Request instructions.**

You may contact this office for information on how to fax your request.

This process is voluntary and for your convenience. Your request must specifically state you understand you are waiving potential receipt of interest payment pursuant to § 1893(f) (2) for the overpayments.

<u>Note:</u> Such interest may be payable for certain overpayments reversed at the ALJ level or subsequent levels of appeal.

**<u>If you wish to appeal this decision:</u>**

If you disagree with this overpayment decision, you may file an appeal. An appeal is a review Performed by people independent of those who have reviewed your claims. The first level of appeal is called a redetermination. You must file your request for a redetermination 120 days from the date of this letter. However, if you wish to avoid recoupment from occurring, you need to file your request for redetermination within 30 days from the date of this letter, as described above. Unless you show us otherwise, we assume you received this letter within 5 days of the date of this letter.

Please send your request for redetermination to:

> Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
> Part A Appeals
> PO Box 3113
> Mechanicsburg, PA 17055-1828

**<u>How to Stop Recoupment:</u>**

Even if the overpayment and any assessed interest has not been paid in full, you can stop Medicare from recouping any payments. **If you act quickly and decidedly,** Medicare will **stop recoupment** at two points.

**First Opportunity:** We must receive a valid and timely request for a redetermination within 30 days from the date of this letter. We will stop or delay recoupment pending the results of an appeal. If the appeal is filed later than 30 days but within 120 days of the date of this letter, we will also stop recoupment at whatever point that a valid, timely appeal is received but Medicare may not refund any recoupment already taken. To assist us in expeditiously stopping the

recoupment process, we request that you clearly indicate on your appeal request that this is a 935 overpayment appeal for a redetermination.

**Second Opportunity:** If the redetermination decision is (1) **unfavorable,** we can begin to recoup no earlier than the 61st day from the date of the Medicare redetermination notice (Medicare Appeal Decision Letter); or (2) if the decision is **partially favorable,** we can begin to recoup no earlier than the 61st day from the date of the Medicare revised overpayment Notice/Revised Demand Letter or 3) if a valid appeal request was received and validated after the 60th day, we will stop recoupment but Medicare may not refund any recoupment already taken. Therefore, it is important to act quickly and decidedly to limit recoupment by requesting a valid and timely reconsideration within 60 days of the appropriate letter. The address and details on how to file a request for reconsideration will be included in the Redetermination decision letter.

## What Happens Following a Reconsideration by a Qualified Independent Contractor (QIC):

Following a **decision or dismissal** by the QIC, if the debt has not been paid in full, we will begin or resume recoupment whether or not you appeal to the next level, Administrative Law Judge (ALJ). **NOTE:** Even when recoupment is stopped, interest continues to accrue.

## Medicaid Offset:

If this matter is not resolved, CMS may instruct the Medicaid State Agency to withhold the Federal share of any Medicaid payments that may be due you or related facilities until the full amount owed Medicare is recouped; Title 42 CFR, section 447.30(g). These recoveries will be in addition to any recoupments from other Medicare funds due you until the full amount owed to Medicare is recovered.

## Right to Inspect Records Prior to Referral to Treasury:

In the event an Intent to Refer (ITR) letter is sent, you have the right to inspect and copy all records pertaining to your debt. In order to present evidence or review the CMS records, you must submit a written request to the address below. Your request must be received within 60 calendar days from the ITR letter date. In response to a timely request for access to CMS' records, you will be notified of the location and time when you can inspect and copy records related to this debt. Interest will continue to accrue during any review period. Therefore, while review is pending, you will be liable for interest and related late payment charges on amounts not paid by the due date identified above.

## For Individual Debtors Filing a Joint Federal Income Tax Return:

The Treasury Offset Program automatically refers debts to the Internal Revenue Service (IRS) for Offset. Your Federal income tax refund is subject to offset under this program. If you file a joint income tax return, you should contact the IRS before filing your tax return to determine

the steps to be taken to protect the share of the refund, which may be payable to the non-debtor spouse.

**For Debtors that Share a Tax Identification Number(s):**

Section 1866(j)(6) of the Social Security Act authorizes the Secretary of Health and Human Services (the Secretary) to make any necessary adjustments to the payments of an applicable provider or supplier who shares a TIN with an obligated provider or supplier, one that has an outstanding Medicare overpayment. The Secretary is authorized to adjust the payments of such a provider or supplier regardless of whether it has been assigned a different billing number or National Provider Identification Number (NPI) from that of the provider or supplier with the outstanding Medicare overpayment.

**Federal Salary Offset:**

If the facility ownership is either a sole proprietorship or partnership, your individual salary(s) may be offset if you are, or become, a federal employee.

**If you have filed a bankruptcy petition:**

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. Accordingly, we request that you immediately notify us about this bankruptcy so that we may coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice to assure that we handle your situation properly. If possible, when notifying us about the bankruptcy, please include the name of the bankruptcy it is filed under and the district where the bankruptcy is filed.

Should you have any questions, please contact your overpayment consultant at the following:

    Provider - Part A: 855-252-8782

We look forward to hearing from you shortly.

Sincerely,

Medicare Part A Recovery Unit

Novitas Solutions, Inc.

Enclosures
How This Overpayment Was Determined

**Letter Number: 25649990**

Invoice Number: 21724300029050 4TKK

| Claim No. | Beneficiary Name | Patient No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Provider No. |
|---|---|---|---|---|---|---|---|
| 21724300029050 4T9S | ROGER HUFFMAN | 076459841 | 07/07/2017 | 07/10/2017 | $4,777.11 | 09/15/2017 | 1023033792 |

Reason for Overpayment: This claim was adjusted due to a Recovery Audit Contractor (RAC) Review.



**Provider Audit and Reimbursement**
**532 Riverside Avenue**
**Jacksonville, FL 32202**

July 26, 2019

Mr. Greg Shannon
Hahnemann University Hospital
1500 Market Street
24th Floor West Tower
Philadelphia PA 19102

INITIAL REQUEST CERTIFIED MAIL

Regarding:          Medicare Interim Reimbursement
Provider Name:      Hahnemann University Hospital
Provider Number:    390290
Fiscal Period:      01/01/2019 - 12/31/2019
NPI Number:         1437662384

Dear Mr. Shannon:

We have reviewed interim payment data for the fiscal year ending 12/31/2019. The attached summary of rate changes displays all changes to be made to the provider rate components and the effective dates for those changes.

We have reviewed your facility's interim payment data for the fiscal year ending 12/31/2019, and have determined that your facility has been overpaid ($517,418). Details regarding the Part A and Part B calculation can be located in the attached document. The summary of rate changes attachment also displays prospective changes to the provider's rates and the effective dates for those changes.

**Extended Repayment Request:**

You may be eligible for a repayment plan.  (Refer to www.novitas-solutions.com for details and forms).  Please contact us at 855-252-8782 by 08/02/2019 if you would like to receive a package by mail. Any repayment plan (where one is approved) would commence on the approval date.

**For Debtors That Share a Tax Identification Numbers(TIN):**

If we are unable to recoup the overpayment from your facility's receivables, Section 1866(j) (6) of the Social Security Act authorizes the Secretary of Health and Human Services (the Secretary) to make any necessary adjustments to the payments (recoupment) of an applicable provider or supplier who shares a TIN with an obligated provider or supplier, one that has an outstanding Medicare overpayment. The Secretary is authorized to adjust the payments of such a provider or supplier regardless of whether it has been assigned a different billing number or National Provider Identification Number (NPI) from that of the provider or supplier with the outstanding Medicare overpayment.

**Because You Have Filed a Bankruptcy Petition:**

Because you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process.  We will coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice so as to assure that we handle your situation properly.

**Conclusion:**

Our calculation was based on the latest available financial information. If you become aware of circumstances that would have an impact on these projected rate levels, please notify us of the changes.

If you have questions related to this determination, please contact **Wanda Perez** at **904-363-5400** or **NovitasREIMBURSEMENT@novitas-solutions.com**.

Sincerely,

----- /s/ -----

OMNI Manager
PARD Manager
Provider Audit & Reimbursement

Enclosure:                    Interim Rate Attachment

| Lump Sum/Rate Change Summary | | | | | | Last Revision: | 3/20/2019 |

| | |
|---|---|
| Provider Name: | Hahnemann University Hospital |
| Provider Number: | 390290 |
| Fiscal Year End: | 12/31/2019 |
| Analyst: | W. Perez |
| Phone #: | 904-363-5400 |
| PS&R Thru date: | 6/28/2019 |
| Determination Date: | 7/26/2019 |

RE:      Provider:      **Hahnemann University Hospital**
         Provider Number:   **390290**
         Fiscal Year End:   **12/31/2019**

| Payment Type | Effective Date | New Rate | Previous Rate | LSA | |
|---|---|---|---|---|---|
| Pass-Through Rate | 8/2/2019 | $        - | $     860,533 | $      (559,427) | |
| IME | 8/9/2019 | 0.9778 | 0.9765 | $        12,732 | |
| DSH | 8/9/2019 | 0.4131 | 0.4157 | $        29,277 | |
| Total Part **A** | | | | $      (517,418) | |
| Part **B** Percentage | 8/9/2019 | 18% | 24% | | |
| TOTAL | | | | $      (517,418) | |

**\* = No Change**
cc: Rate Review File

| *Provider Payment Information* | *Last Revision:* | 3/20/2019 |
|---|---|---|

| **Provider Name:** | Hahnemann University Hospital |
|---|---|
| **Provider Number:** | 390290 |
| **Fiscal Year End:** | 12/31/2019 |
| **Analyst:** | W. Perez |
| **Phone #:** | 904-363-5400 |
| **PS&R Thru date:** | 6/28/2019 |
| **Determination Date:** | 7/26/2019 |

*PASS-THROUGH BIWEEKLY PAYMENTS:*

| | Effective Date | New Biweekly Pmt. | Previous Biweekly Pmt. | Difference | % Difference |
|---|---|---|---|---|---|
| PIP | | | | | |
| Direct Medical Education Cost | 8/2/2019 | 0 | 629,502 | (629,502) | -100.00% |
| Medicare Bad Debts | 8/2/2019 | 0 | 64,463 | (64,463) | -100.00% |
| Organ Acquisition | 8/2/2019 | 0 | 166,568 | (166,568) | -100.00% |
| Capital Cost | | | | | |
| ROE | | | | | |
| CRNA | | | | | |
| Total Biweekly Payments | | - | 860,533 | | #VALUE! |

*OUTPATIENT PERCENTAGE:*

| | New Rate | Previous Rate |
|---|---|---|
| 8/9/2019 | 18% | 24% |

*PER DIEM AMOUNT:*

| | | New Per Diem | Previous Per Diem |
|---|---|---|---|
| Direct Medical Education Cost | 8/9/2019 | 794.28 | 696.66 |
| Organ Acquisition Cost | 8/9/2019 | 143.38 | 184.34 |
| Capital Cost | N/A | 0 | 0 |
| Total Per Diem Amounts | | 937.66 | 881.00 |

*OTHER PROVIDER PAYMENT INFORMATION:*

| | Effective Date | New Rates | Previous Rates | |
|---|---|---|---|---|
| Number of PPS Beds | 8/9/2019 | 350 | 407 | |
| Average Daily Census | 8/9/2019 | 234.93 | 251.34 | |
| | | | | |
| *IME Rates:* | | | | |
| Operating I&R/Bed Ratio | 8/9/2019 | 0.9778 | 0.9765 | |
| Operating I&R Adj Factor - (Multiplier of 1.35) | 8/9/2019 | 0.429458 | 0.428900 | |
| | | | | |
| Capital I&R/ADC Ratio | 8/9/2019 | 1.5000 | 1.5000 | <maintain at maximum (1.50) |
| Capital I&R/ADC Adj Factor | 8/9/2019 | 0.526992 | 0.526992 | |
| | | | | |
| *DSH Rates:* | | | | |
| Operating DSH - MA | 8/9/2019 | 0.4152 | 0.4183 | |
| Operating DSH -SSI | 8/9/2019 | 0.2163 | 0.2163 | |
| Operating DSH Factor | 8/9/2019 | 0.4131 | 0.4157 | |
| | | | | |
| Capital DSH Factor | 8/9/2019 | 0.1364 | 0.1371 | |

Input shaded Items to Provider File

CMS Change Request 3966 requires that certain entries to the Provider Specific File only be made on a 'Prospective' basis. These entries include I&R/Bed Ratio, Bed Size, Operating Cost to Charge Ratio, SSI Ratio, Medicaid Ratio, Capital Cost to Charge Ratio, Capital IME, and Case Mix Adjusted Cost per Discharge. However, any corresponding Lump Sum Adjustments will be the result of applying the revisions to the beginning of your facility's fiscal year.

CONCLUSION:
Rate Review based on FYE 12.31.18 OCR, current PS&R and updated PRA. No AAF applied.
Will update rates and shut off biweekly payments due to provider terminating from Medicare program. Collect LSA due.  6/27/19wp
Provider is ch. 11 bankrupt effective 06/30/19
RT 07/17/19



| Inpatient Lump Sum Adjustment Calculation | | | | | | Last Revision: | 3/20/2019 |
|---|---|---|---|---|---|---|---|

**Provider Name:** Hahnemann University Hospital
**Provider Number:** 390290
**Fiscal Year End:** 12/31/2019
**Analyst:** W. Perez    Please note: Payments are prorated according to the original payment schedule.
**Phone #:** 904-363-5400    Holidays have temporarily affected the payment date in FISS.
**PS&R Thru date:** 6/28/2019
**Determination Date:** 7/26/2019

| Biweekly Service Period | Scheduled Payment Dates | Actual Service Period | Exception to Sch Pay Date | Total | PIP | Direct Med. Ed. | Medicare Bad Debts | Organ Acquisition |
|---|---|---|---|---|---|---|---|---|
| 1 | 01/22/2019 | 12/22/2018 | 01/04/2019 | 1/23/2019 | 245,867 | - | 179,858 | 18,418 T | 47,591 |
| 2 | 02/05/2019 | 01/05/2019 | 01/23/2019 | | 860,533 | | 629,502 | 64,463 T | 166,568 |
| 3 | 02/19/2019 | 01/24/2019 | 02/06/2019 | 2/20/2019 | 860,533 | | 629,502 | 64,463 T | 166,568 |
| 4 | 03/05/2019 | 02/07/2019 | 02/20/2019 | | 860,533 | | 629,502 | 64,463 T | 166,568 |
| 5 | 03/19/2019 | 02/21/2019 | 03/06/2019 | | 860,533 | | 629,502 | 64,463 T | 166,568 |
| 6 | 04/02/2019 | 03/07/2019 | 03/20/2019 | | 860,533 | | 629,502 | 64,463 T | 166,568 |
| 7 | 04/16/2019 | 03/21/2019 | 04/03/2019 | | 860,533 | | 629,502 | 64,463 T | 166,568 |
| 8 | 04/30/2019 | 04/04/2019 | 04/17/2019 | | 860,533 | | 629,502 | 64,463 T | 166,568 |
| 9 | 05/14/2019 | 04/18/2019 | 05/01/2019 | | 860,533 | | 629,502 | 64,463 T | 166,568 |
| 10 | 05/28/2019 | 05/02/2019 | 05/15/2019 | 5/29/2019 | 860,533 | | 629,502 | 64,463 T | 166,568 |
| 11 | 06/11/2019 | 05/16/2019 | 05/29/2019 | | 860,533 | | 629,502 | 64,463 T | 166,568 |
| 12 | 06/25/2019 | 05/30/2019 | 06/12/2019 | | 860,533 | | 629,502 | 64,463 T | 166,568 |
| 13 | 07/09/2019 | 06/13/2019 | 06/26/2019 | | 860,533 | | 629,502 | 64,463 | 166,568 |
| 14 | 07/23/2019 | 06/27/2019 | 07/10/2019 | | 860,533 | | 629,502 | 64,463 | 166,568 |
| 15 | 08/06/2019 | 07/11/2019 | 07/24/2019 | | | | | | |
| 16 | 08/20/2019 | 07/25/2019 | 08/07/2019 | | | | | | |
| 17 | 09/03/2019 | 08/08/2019 | 08/21/2019 | | | | | | |
| 18 | 09/17/2019 | 08/22/2019 | 09/04/2019 | | | | | | |
| 19 | 10/01/2019 | 09/05/2019 | 09/18/2019 | | | | | | |
| 20 | 10/15/2019 | 09/19/2019 | 10/02/2019 | | | | | | |
| 21 | 10/29/2019 | 10/03/2019 | 10/16/2019 | | | | | | |
| 22 | 11/12/2019 | 10/17/2019 | 10/30/2019 | | | | | | |
| 23 | 11/26/2019 | 10/31/2019 | 11/13/2019 | | | | | | |
| 24 | 12/10/2019 | 11/14/2019 | 11/27/2019 | | | | | | |
| 25 | 12/24/2019 | 11/28/2019 | 12/11/2019 | | | | | | |
| 26 | 01/07/2020 | 12/12/2019 | 12/25/2019 | | - | | - | - | - |
| 27 | 01/21/2020 | 12/26/2019 | 01/08/2020 | | - | | - | - | - |

**Total Payments**    Biweekly pmts verified thru 6/25/19wp    11,432,796    -    8,363,384    856,437    2,212,975
Sequestration    215,981    0    172,079    12,838    31,064
**Total Liability**    10,873,369    0    8,663,144    646,330    1,563,895
Amount due provider/(program) before prior LSA's    (559,427)    0    299,760    (210,107)    (649,080)

**Plus (Minus) LSA**
LSA Type
(Pass Thru Part A )    Date
0
0
0
0

otal Previous Part A LSA    0    0    0    0    0
Net Part A Only LSA    (559,427)    0    299,760    (210,107)    (649,080)

| LSA Type (DSH ) | Date | Amount | | Other LSAs: (Not included with current LSA calculation) | |
|---|---|---|---|---|---|
| | | 0 | | LSA Type: | |
| | | 0 | | | Date | Amount |
| | | 0 | | | | 0 |
| | | 0 | | | | 0 |

| LSA Type (IME) | Date | Amount |
|---|---|---|
| | | 0 |
| | | 0 |
| | | 0 |
| | | 0 |

| LSA Type (Managed Care IME) | Date | Amount |
|---|---|---|
| | | 0 |
| | | 0 |
| | | 0 |

| LSA Type (OP Only) | Date | Amount |
|---|---|---|
| | | 0 |
| | | 0 |
| | | 0 |
| | | 0 |

| DSH Lump Sum Adjustment Calculation | | | | | | | Last Revision: | 3/20/2019 |
|---|---|---|---|---|---|---|---|---|

| Provider Name: | Hahnemann University Hospita |
|---|---|
| Provider Number: | 390290 |
| Fiscal Year End: | 12/31/2019 |
| Analyst: | W. Perez |
| Phone #: | 904-363-5400 |
| PS&R Thru date: | 6/28/2019 |
| Determination Date: | 7/26/2019 |

| 390290 | | 01/01/2019 to 03/31/2019 | | 04/01/2019 to 06/30/2019 | | 07/01/2019 to 09/30/2019 | | 10/01/2019 to 12/31/2019 | | Totals |
|---|---|---|---|---|---|---|---|---|---|---|

**DSH Period Liability**

| | | Rate | Amount | Rate | Amount | Rate | Amount | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Paid Discharges from PSR | | 885 | | 562 | | 0 | | 0 | 1,447 |
| | Federal Payments (excluding outlier) | | 9,567,886.00 | | 5,937,397.00 | | 0.00 | | 0.00 | 15,505,283.00 |
| + | Empirical DSH Payments | 0.4131 | 988,123.43 | 0.4131 | 613,184.68 | 0.4131 | 0.00 | 0.4131 | 0.00 | 1,601,308.11 |
| - | HAC Reduction if applicable | 0.0000 | 0.00 | 0.0000 | 0.00 | 0.0000 | 0.00 | 0.0000 | 0.00 | 0.00 |
| | Period DSH Liability | | 988,123.43 | + | 613,184.68 | + | 0.00 | + | 0.00 = | 1,601,308.11 |

**DSH Period Payments Per PSR paid data**

| | | | Amount | | Amount | | Amount | | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Paid Discharges from PSR | | 885 | | 562 | | 0 | | 0 | 1,447 |
| | Federal Payments (excluding outlier) | | 9,567,886.00 | | 5,937,397.00 | | 0.00 | | 0.00 | 15,505,283.00 |
| + | Empirical DSH Payments | | 963,486.00 | | 608,545.00 | | 0.00 | | 0.00 | 1,572,031.00 |
| + | Uncompensated Care DSH Pymts | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| - | HAC Reduction if applicable | 0.0000 | 0.00 | 0.0000 | 0.00 | 0.0000 | 0.00 | 0.0000 | 0.00 | 0.00 |
| | Period DSH Payments | | 963,486.00 | + | 608,545.00 | + | 0.00 | + | 0.00 = | 1,572,031.00 |

**Plus Minus and LSAs**

| | | | 0 |
|---|---|---|---|
| | | | 0 |
| | | | 0 |
| | | | 0 |
| Period DSH Interim LSAs | Total | | 0 |

Supplemental Info

Avg Interim paid Uncomp Rate per discharge per PSR          1,234.64

**Summary**

| Period DSH Liability | 1,601,308.11 A |
|---|---|
| Period DSH Payments | 1,572,031.00 B |
| Period DSH Interim LSAs | 0 C |

**Net resulting DSH LSA**          **29,277 =A-(B+C)**

| DSH Uncompensated Care Calculation | | 01/01/2019 to 03/31/2019 | | 04/01/2019 to 06/30/2019 | | 07/01/2019 to 09/30/2019 | | 10/01/2019 to 12/31/2019 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| DSH Period Liability | 1,234.64 | 1,092,656.40 | 1,234.64 | 693,867.68 | 1,234.64 | 0.00 | 1,234.64 | 0.00 | 1,786,524.08 |
| DSH Period Payments Per PSR paid data | | 1,092,656.00 | | 693,868.00 | | 0.00 | | 0.00 | 1,786,524.00 |

**Net resulting DSH LSA \***          **0.08**

NOTE:  As per the Federal Register, providers that do not qualify for Empirical DSH are not eligible for Uncompensated Care DSH.

\* This amount will not be issued as an LSA.  Over/under payments will be adjusted at the settlement of the cost report during Audit.

| IME Lump Sum Adjustment Calculation | | | | Last Revision: | 3/20/2019 |
|---|---|---|---|---|---|

| Provider Name: | Hahnemann University Hospital |
|---|---|
| Provider Number: | 390290 |
| Fiscal Year End: | 12/31/2019 |
| Analyst: | W. Perez |
| Phone #: | 904-363-5400 |
| PS&R Thru date: | 6/28/2019 |
| Determination Date: | 7/26/2019 |

## Operating IME

### PS&R DATA THRU:    6/28/2019
**Report 110**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Federal Payments | **From** | **1/1/2019** | **Through** | **6/28/2019** | 15,505,283 | |
| New IME Rate Factor | | (1.35 x ((1+ | 0.9778 | )^ .405)-1) | 0.4294575 | |
| Adjusted IME Liability | | | | | | 6,658,860 |
| | | | | | | |
| Section 422 IME (If Applicable) | | | | | | |
| Total Federal Payments | **From** | **1/1/2019** | **Through** | **6/28/2019** | 0 | |
| New IME Rate Factor | | (.66 x ((1+ | N/A | )^ .405)-1) | 0.0000000 | |
| Adjusted IME Liability | | | | | | 0 |
| | | | | | | |
| Actual IME Payments | **From** | **1/1/2019** | **Through** | **6/28/2019** | 6,651,515 | |
| Plus/(Minus) Previous LSA: | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | | |
| Total IME Payments | | | | | 6,651,515 | (6,651,515) |
| Current Part A Lump Sum Adjustment | | | | | | 7,345 |

## Managed Care IME        (If Applicable)

### PS&R DATA THRU:    6/28/2019
**Report 118**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Federal Payments | **From** | **1/1/2019** | **Through** | **6/28/2019** | 11,373,408 | |
| New IME Rate Factor | | (1.35 x ((1+ | 0.9778 | )^ .405)-1) | 0.4294575 | |
| Adjusted Managed Care IME Liability | | | | | | 4,884,395 |
| | | | | | | |
| Section 422 IME (If Applicable) | | | | | | |
| Total Federal Payments | **From** | **1/1/2019** | **Through** | **6/28/2019** | 0 | |
| New IME Rate Factor | | (.66 x ((1+ | N/A | )^ .405)-1) | 0.0000000 | |
| Adjusted IME Liability | | | | | | 0 |
| | | | | | | |
| Actual Managed Care IME Pmts | **From** | **1/1/2019** | **Through** | **6/28/2019** | 4,879,008 | |
| Plus/(Minus) Previous LSA: | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | 0 | |
| | | | | | | |
| Total Managed Care IME Payments | | | | | 4,879,008 | (4,879,008) |
| Current Part A Managed Care Lump Sum Adjustment | | | | | | 5,387 |

| Total IME Lump Sum | | | | | | 12,732 |
|---|---|---|---|---|---|---|

| Medicare Biweekly Pass-Through Payment Calculation | | | | | | Last Revision: | 3/20/2019 |
|---|---|---|---|---|---|---|---|

**Provider Name:** Hahnemann University Hospital
**Provider Number:** 390290
**Fiscal Year End:** 12/31/2019
**Analyst:** W. Perez
**Phone #:** 904-363-5400
**PS&R Thru date:** 6/28/2019
**Determination Date:** 7/26/2019

| | As Filed Inpatient Medicare Cost | Applied Audit Adjustment Factor | Net Inpatient Medicare Cost | 2% Reduction Sequestration Factor | Biweekly Payment Divisor | 2% Reduction Sequestration Medicare Biweekly Payment | Medicare Biweekly Payment |
|---|---|---|---|---|---|---|---|
| **Ancillary Pass-Through Costs** | | | | | | | |
| W/S D Part IV, Col 11, L 200  (Part A) | 53,246 | 1.00000 | 53,246 | | | | |
| W/S D Part IV, Col 13, L 200  (Part B) | 9,810 | 1.00000 | 9,810 | | | | |
| | | | | | | | |
| **Graduate Medical Education** | | | | | | | |
| W/S E-4, L 49  (Part A) | 13,120,124 | 1.00000 | 13,120,124 | | | | |
| W/S E-4, L 50  (Part B) | 3,429,599 | 1.00000 | 3,429,599 | | | | |
| | | | | | | | |
| **Nursing and Allied Health** | | | | | | | |
| W/S E Part A, L 53 | 39,993 | 1.00000 | 39,993 | | | | |
| | | | | | | | |
| Total Direct Medical Education | 16,652,772 | | 16,652,772 | 16,319,717 | 25.71 | 634,656 | 647,608 |
| | | | | | | | |
| **Medicare Bad Debts** | | | | | | | |
| W/S E, Part A, L 64 | 1,160,088 | 1.00000 | 1,160,088 | | | | |
| W/S E, Part B, L 34 | 751,313 | 1.00000 | 751,313 | | | | |
| | 1,911,401 | | 1,911,401 | | | | |
| BBA Bad Debt Reduction Factor | 65% | | 65% | | | | |
| | | | | | | | |
| Total Bad Debts | 1,242,411 | | 1,242,411 | 1,217,562 | 25.71 | 47,350 | 48,316 |
| | | | | | | | |
| **Organ Acquisition Cost** | | | | | | | |
| W/S E, Part A, L 55 | 3,006,205 | 1.00000 | 3,006,205 | | | | |
| W/S E, Part B, L 10 | 0 | 1.00000 | 0 | | | | |
| Total Organ Acquisition | 3,006,205 | | 3,006,205 | 2,946,081 | 25.71 | 114,570 | 116,908 |

Comment: Due to provider tieing out from Medicare program, all biweekly payments will be reduced to zero. RT 07/17/19

**Bad Debts Trend**

| Year | Part A | Part B | Total | % Incr/Decr | NPR % |
|---|---|---|---|---|---|
| 2018 as filed (01/12/18-12/31/18) | 1,160,088 | 751,313 | 1,911,401 | -29.83% | |
| 2018 as filed (01/01/17-01/11/18) | 1,604,294 | 1,119,697 | 2,723,991 | 1.35% | |
| 2016 amended | 1,429,378 | 1,258,300 | 2,687,678 | 22.34% | |
| 2015 finalized | 1,277,949 | 919,001 | 2,196,950 | 0.00% | |
| 2015 as filed | 1,277,949 | 919,001 | 2,196,950 | #DIV/0! | 100% |

**Pass Thru Costs Trend**

| Year | Part A | Part B | Total | % Incr/Decr | NPR % |
|---|---|---|---|---|---|
| 2018 as filed (01/12/18-12/31/18) | 53,246 | 9,810 | 63,056 | 32.02% | |
| 2018 as filed (01/01/17-01/11/18) | 41,878 | 5,885 | 47,763 | 196.44% | |
| 2016 amended | 14,078 | 2,034 | 16,112 | -64.10% | |
| 2015 finalized | 37,816 | 7,070 | 44,886 | -4.26% | |
| 2015 as filed | 39,523 | 7,358 | 46,881 | #DIV/0! | 96% |

**GME Trend**

| Year | Part A | Part B | Total | % Incr/Decr | NPR % |
|---|---|---|---|---|---|
| 2018 as filed (01/12/18-12/31/18) | 13,080,508 | 3,419,244 | 16,499,752 | -1.16% | |
| 2018 as filed (01/01/17-01/11/18) | 13,513,747 | 3,180,382 | 16,694,129 | 5.13% | |
| 2016 amended | 12,826,114 | 3,052,899 | 15,879,013 | -0.47% | |
| 2015 finalized | 12,963,934 | 2,990,185 | 15,954,119 | 0.82% | |
| 2015 as filed | 12,862,494 | 2,961,782 | 15,824,276 | #DIV/0! | 101% |

**Organ Acq Trend**

| Year | Part A | Total | % Incr/Decr | NPR % |
|---|---|---|---|---|
| 2018 as filed (01/12/18-12/31/18) | 3,006,205 | 3,006,205 | -38.30% | |
| 2018 as filed (01/01/17-01/11/18) | 4,872,308 | 4,872,308 | 14.74% | |
| 2016 amended | 4,246,320 | 4,246,320 | -5.75% | |
| 2015 finalized | 4,505,246 | 4,505,246 | 1.00% | |
| 2015 as filed | 4,460,718 | 4,460,718 | #DIV/0! | 101% |

**NAHE**

| Year | Part A | Total | % Incr/Decr | NPR % |
|---|---|---|---|---|
| 2018 as filed (01/12/18-12/31/18) | 39,993 | 39,993 | 54.95% | |
| 2018 as filed (01/01/17-01/11/18) | 25,810 | 25,810 | 18.29% | |
| 2016 amended | 21,820 | 21,820 | 1226.44% | |
| 2015 finalized | 1,645 | 1,645 | -40.05% | |
| 2015 as filed | 2,744 | 2,744 | #DIV/0! | 60% |

| IME Intern & Resident to Bed Ratio | | Last Revision: | 3/20/2019 |
|---|---|---|---|

| | |
|---|---|
| Provider Name: | Hahnemann University Hospital |
| Provider Number: | 390290 |
| Fiscal Year End: | 12/31/2019 |
| Analyst: | W. Perez |
| Phone #: | 904-363-5400 |
| PS&R Thru date: | 6/28/2019 |
| Determination Date: | 7/26/2019 |

| Reviewed Data: | 1996 Cap Year | 12/31/16 | 01/11/18 | 12/31/18 |
|---|---|---|---|---|
| FTE Count for Allopathic & Osteopathic Programs | 553.81 | 385.43 | 384.41 | 406.35 |
| FTE Count for Dentistry & Podiatry Programs | | 13.63 | 13.86 | 13.23 |
| PPS Bed Count | | 382.93 | 407.30 | 349.93 |

| Sections 422 and 5503 - IME - If applicable | |
|---|---|
| Section 422 reduction to 1996 cap | 30.44 |
| Section 5503 reduction to 1996 cap | N/A |
| Section 5503 increase to 1996 cap | N/A |

| Sections 5506 FTE Cap Adjustments- IME - If applicable | | |
|---|---|---|
| 12/31/16 | 01/11/18 | 12/31/18 |
| 0.00 | 0.00 | 0.00 |

Adjustments to 1996 cap year:*

| Affiliation Agreements: 12/31/16 | (127.06) |
|---|---|
| Affiliation Agreements: 01/11/18 | (127.06) |
| Affiliation Agreements: 12/31/18 | (127.06) |

| Temporary Cap Adjustment for New Programs | 0.00 |
|---|---|
| Permanent Cap Adjustment for New Programs | 0.00 |

### Approved FTE Count:  FYE 12/31/16          (As Filed Data)

| | |
|---|---|
| 12/31/16 Allopathic & Osteopathic FTEs  (adjusted 1996 cap vs 12/31/16) | 385.43 |
| 12/31/16 Dentistry & Podiatry FTEs | 13.63 |
| Total Approved FTE Count | 399.06 |

### Intern & Resident / Bed Ratio:  FYE 01/11/18          (As Filed Data)

| | |
|---|---|
| 01/11/18 Allopathic & Osteopathic FTEs (adjusted 1996 cap vs 01/11/18) | 384.41 |
| 01/11/18 Dentistry & Podiatry FTEs | 13.86 |
| Subtotal FTE Count | 398.27 |
| New Program FTE Count (if applicable) | 0.00 |
| Total Approved FTE Count | 398.27 |
| 01/11/18 PPS Bed Count | 407.30 |
| 01/11/18 Operating I&R/Bed Ratio (for comparison only) | 0.9778 |

### Intern & Resident / Bed Ratio:  FYE 12/31/18          12/31/18 As Filed Data

| | |
|---|---|
| 12/31/16 Total Approved FTE Count | 399.06 |
| 01/11/18 Total Approved FTE Count | 398.27 |
| 12/31/18 Allopathic & Osteopathic FTEs (adjusted 1996 cap vs 2011) + Dentistry & Podiatry FTEs | 419.58 |
| Subtotal FTE Count | 1216.91 |
| Divided by Three Years | ÷ 3 |
| Three Year Rolling Average FTE count | 405.64 |
| New Program FTE Count | 0.00 |
| Total FTE Count | 405.64 |
| 12/31/18 PPS Bed Count | 349.93 |
| 12/31/18 Operating I&R/Bed Ratio (Calculated) | 1.1592 |

| (Lower of 01/11/18 or 12/31/18) | 12/31/2019  I&R/Bed Ratio | 0.9778 |
|---|---|---|

* In order to properly adjust the 1996 cap, redistributed FTEs resulting from affiliation agreements for
the applicable fiscal year and any FTEs applicable to new programs are added to the 1996 allopathic
and osteopathic FTE cap.

| GME Medicare Liability | | | Last Revision: | 3/20/2019 |
|---|---|---|---|---|

| Provider Name: | Hahnemann University Hospital |
|---|---|
| Provider Number: | 390290 |
| Fiscal Year End: | 12/31/2019 |
| Analyst: | W. Perez |
| Phone #: | 904-363-5400 |
| PS&R Thru date: | 6/28/2019 |
| Determination Date: | 7/26/2019 |

**----- Calculation of FTE Cap for FYE: -----**

| | 12/31/16 | 01/11/18 | 12/31/18 |
|---|---|---|---|
| 1996 Unweighted Allo. & Osteo. FTEs | 570.94 | 570.94 | 570.94 |
| Temporary Allo. & Osteo. New Prog FTE Adjustment | 0.00 | 0.00 | 0.00 |
| Permanent Allo. & Osteo. New Prog FTE Adjustment | 0.00 | 0.00 | 0.00 |
| Unweighted Allo. & Osteo. Affiliated Group FTEs | (168.48) | (174.58) | (169.47) |
| **Total 1996 FTE Cap** | **402.46** | **396.36** | **401.47** |

| Sections 422 and 5503 - GME - If applicable | | Section 5506 FTE Cap Adj | |
|---|---|---|---|
| Section 422 reduction to 1996 cap | 30.02 | 12/31/16 | N/A |
| Section 5503 reduction to current year 1996 cap | N/A | 01/11/18 | N/A |
| Section 5503 increase to current year 1996 cap | N/A | 12/31/18 | N/A |

**------- Actual FTE Counts for FYE: -------**

| | 12/31/16 | 01/11/18 | 12/31/18 |
|---|---|---|---|
| Unweighted Allopathic & Osteopathic FTE Count | 403.00 | 414.37 | 407.23 |
| Weighted Allopathic & Osteopathic FTE Count | 359.60 | 369.92 | 365.50 |
| Weighted Dentistry & Podiatry FTE Count | 13.22 | 14.35 | 12.80 |
| Weighted Primary Care Count | 154.33 | 155.52 | 160.98 |
| Weighted Other Care Count | 205.27 | 214.40 | 204.52 |

| | |
|---|---|
| Weighted **New Program** Primary Care FTEs that meet the exception | 0.00 |
| Weighted **New Program** Other Care FTEs that meet the exception | 0.00 |

| ***Three Year Rolling Average: Primary Care*** | 12/31/16 | 01/11/18 | 12/31/18 | Total |
|---|---|---|---|---|
| Comparison of Unweighted FTEs (from above) | 402.46 | 396.36 | 401.47 | |
| Weighted Primary Care FTEs* | 154.12 | 148.76 | 158.70 | 461.58 |
| | | | | ÷ 3 |
| Unadjusted Three Year Rolling Average | | | | 153.86 |
| Weighted New Program FTEs, If Applicable | | | | + 0 |
| **Three Year Rolling Average FTE Count** | | | | **153.86** |

| ***Three Year Rolling Average: Non Primary Care*** | 12/31/16 | 01/11/18 | 12/31/18 | Total |
|---|---|---|---|---|
| Comparison of Unweighted FTEs (from above) | 402.46 | 396.36 | 401.47 | |
| Weighted Non-Primary FTEs* | 204.99 | 205.08 | 201.63 | |
| Weighted Dental & Podiatry FTEs | 13.22 | 14.35 | 12.80 | |
| **Total Weighted FTEs** | 218.21 | 219.43 | 214.43 | 652.07 |
| | | | | ÷ 3 |
| * If any actual unweighted FTE counts exceed the 1996 FTE Cap, | Unadjusted Three Year Rolling Average | | | 217.36 |
| the proportional reduction in weighted FTEs is applied. | Weighted New Program FTEs, If Applicable | | | + 0 |
| | **Three Year Rolling Average FTE Count** | | | **217.36** |

| W/S E-4 | GME Cost Calculation Based on Activity of Prior Cost Report | ----------- Projected Current Year Data ----------- | | | Nursing and Allied Health Education |
|---|---|---|---|---|---|
| | | GME | Managed Care 12/31/2019 | Total GME | |
| Non-Primary Care Rolling Average | 217.36 | | | | |
| Non-Primary Care Per Resident Amt. | 113,666.49 | | | | |
| Non-Primary Care Approved Amount | 24,706,548 | | | | |
| | | | | | |
| Primary Care Rolling Average | 153.86 | | | | |
| Primary Care Per Resident Amount | 118,565.70 | | | | |
| Primary Care Approved Amount | 18,242,519 | | | | |
| | | | | | |
| 19 Total Approved Amount | 42,949,067 | | 42,949,067 | 42,949,067 | |
| | | | | | |
| 26 c 1 Program Pt A I/P days | 21,820 | | 21,820 | | |
| 26 c 2 Medicare Managed Care Days | | | | 14,886 | |
| | | | | | |
| 27 c 1 Total I/P Days | 89,799 | | 89,799 | 89,799 | |
| 28 Ratio of I/P Days to Total | 0.242987 | | 0.242987 | 0.165770 | |
| Applicable % for Managed Care | | | | 100% | |
| Adjusted Ratio | 0.242987 | Part A/B | 0.242987 | 0.165770 | |
| 48 Total Program GME Payment | 16,499,752 | Split | 10,436,065 | 7,119,667 | 17,555,732 | 39,993 |
| 14.13% Payment Reduction | | | | (1,006,009) | | N/A |
| Net Managed Care Payment | | | | 6,113,658 | |
| 49 Part A Medicare GME & HMO | 13,080,508 | 0.792770 | 8,273,399 | 4,846,725 | 13,120,124 | 39,993 |
| 50 Part B Medicare GME & HMO | 3,419,244 | 0.207230 | 2,162,666 | 1,266,933 | 3,429,599 | |

| *Medicare Outpatient Reimbursement Percentage - Part B* | *Last Revision:* | 3/20/2019 |
|---|---|---|

| | |
|---|---|
| **Provider Name:** | Hahnemann University Hospital |
| **Provider Number:** | 390290 |
| **Fiscal Year End:** | 12/31/2019 |
| **Analyst:** | W. Perez |
| **Phone #:** | 904-363-5400 |
| **Determination Date:** | 7/26/2019 |

**Cost:**

  W/S D Part V, Col. 6 L 202 plus W/S D Part V, Col. 7 L 202

| **Total Cost** | 20,090 |
|---|---|

**Charges:**

  W/S D Part V, Col. 3 L 202 plus W/S D Part V, Col. 4 L 202

| **Total Charges** | 113,882 |
|---|---|

| **Cost/Charge Ratio** | 18% |
|---|---|

The above stated percentage applies only to those remaining outpatient services still reimbursed on a percent of cost basis and was based on your latest filed cost report. This ratio is separate and distinct from the Outpatient Cost To Charge Ratio that is used for calculation of the transitional corridor payments.

| | | | | AUDIT | |
|---|---|---|---|---|---|
| Provider Number: 390290 | | | Date Prepared: 6/27/2019 | | |
| Provider Name: Hahnemann University Hospital | | | Prepared by: W. Perez | | |
| Base Period Ended: 12/31/2019 | | | Reviewed by: R. Tennant 07/17/19 | | |

| Used 2009 Settled Cost Report as Basis for Calculation | Primary Care | Non Primary Care | | Primary Care | Non Primary Care |
|---|---|---|---|---|---|
| 12/31/2009 Updated Per Resident Amount | $99,166.62 | $95,068.98 | < 2009 NPR | 99,172.90 | 95,072.83 |
| 12/31/2010 Update Factor | 1.0114 | 1.0114 Actual | | | |
| | | | | | |
| 12/31/2010 Updated Per Resident Amount | $100,297.12 | $96,152.77 | | | |
| | | | | | |
| 12/31/2010 Per Resident Amount calculated in | | | | | |
|   accordance with National Average Methodology: | $100,297.12 | $96,152.77 | | 100,303.47 | 96,156.66 |
| 12/31/2011 Update Factor | 1.0359 | 1.0359 Actual | | | |
| | | | | | |
| 12/31/2011 Updated Per Resident Amount | $103,897.79 | $99,604.65 | | | |
| | | | | | |
| 12/31/2011 Per Resident Amount calculated in | | | | | |
|   accordance with National Average Methodology: | $103,897.79 | $99,604.65 | | 103,904.36 | 99,608.68 |
| 12/31/2012 Update Factor | 1.0154 | 1.0154 Actual | | | |
| | | | | | |
| 12/31/2012 Updated Per Resident Amount | $105,497.82 | $101,138.56 | | | |
| | | | | | |
| 12/31/2012 Per Resident Amount calculated in | | | | | |
|   accordance with National Average Methodology: | $105,497.82 | $101,138.56 | | 105,504.49 | 101,142.66 |
| 12/31/2013 Update Factor | 1.0186 | 1.0186 Actual | | | |
| | | | | | |
| 12/31/2013 Updated Per Resident Amount | $107,460.08 | $103,019.74 | | | |
| | | | | | |
| 12/31/2013 Per Resident Amount calculated in | | | | | |
|   accordance with National Average Methodology: | $107,460.08 | $103,019.74 | | 107,466.37 | 103,023.91 |
| 12/31/2014 Update Factor | 1.0203 | 1.0203 Actual | | | |
| | | | | | |
| 12/31/2014 Updated Per Resident Amount | $109,641.52 | $105,111.04 | | | |
| | | | | | |
| 12/31/2014 Per Resident Amount calculated in | | | | | |
|   accordance with National Average Methodology: | $109,641.52 | $105,111.04 | | | |
| 12/31/2015 Update Factor | 1.0015 | 1.0015 Actual | | | |
| | | | | | |
| 12/31/2015 Updated Per Resident Amount | $109,805.98 | $105,268.71 | | | |
| | | | | | |
| 12/31/2015 Per Resident Amount calculated in | | | | | |
|   accordance with National Average Methodology: | $109,805.98 | $105,268.71 Actual | | | |
| 12/31/2016 Update Factor | 1.0091 | 1.0091 | | | |
| | | | | | |
| 12/31/2016 Updated Per Resident Amount | $110,805.21 | $106,226.66 | | | |
| | | | | | |
| 12/31/2016 Per Resident Amount calculated in | | | | | |
|   accordance with National Average Methodology: | $110,805.21 | $106,226.66 | | | |
| 01/11/2018 Update Factor | 1.0168 | 1.0168 Special Update Factor from CMS | | | |
| | | | | | |
| 01/11/2018 Updated Per Resident Amount | $112,666.74 | $108,011.27 | | | |
| 12/31/2018 Update Factor | 1.0291 | 1.0291 Special Update Factor from CMS | | | |
| | | | | | |
| 12/31/2018 Updated Per Resident Amount | $115,945.34 | $111,154.40 | | | |
| 12/31/2019 Update Factor | 1.0226 | 1.0226 Projected 06/04/19 | | | |
| | | | | | |
| 12/31/2019 Updated Per Resident Amount | $118,565.70 | $113,666.49 | | | |

Note: This PRA amount is used for the purpose of setting the Interim Rate and is subject to Audit.

Reviewer Comments: Provider's Settled 2009 cost report was used as the basis for the calculation. Provider will need to reopen the 2009 cost report to settle changes to the PRA if in disagreement with the prior contractor's calculation.
T.Watts-Marshall 09/09/14

7/24/2019

| | | |
|---|---|---|
| PROVIDER NAME: **Hahnemann University Hospital** | PROVIDER NUMBER: | **390290** |
| ACTUAL GEO CBSA/DESCRIPTION: **37964** / Philadelphia, PA | NUMBER OF BEDS: | **350** |
| RECLASSIFIED CBSA FOR DSH PURPOSES **37964** / Philadelphia, PA | | |

BED SIZE CATEGORY **FEWER THAN OR EQUAL TO 500 BEDS**

URBAN OR RURAL STATUS FOR DSH **URBAN**

RURAL REFERRAL STATUS YES OR NO **NO**

**INTERIM DISPROPORTIONATE SHARE PERCENTAGE CALCULATION:**
Medicaid percentage - as derived from the submitted Medicare Cost Report for the following FYE: **1/11/2018**

| | | |
|---|---|---|
| Title XIX (Medicaid) days | 36,913 | |
| Total patient days | 88,909 | 0.4152 |
| Audit Adjust Factor (AAF) Applied 1.00000 | | |
| Source of (AAF) Adjustment | | |
| New MA net of (AAF) | | 0.4152 |

SSI percentage (as supplied by CMS for federal fiscal year 2017)

| | | |
|---|---|---|
| SSI days | 8,636 | |
| Medicare days | 39,919 | 0.2163 |
| Interim disproportionate patient percentage | | 0.6315 |
| Less qualifying disproportionate patient percentage | | .2020 |
| NET DIFFERENCE | | 0.4295 |

(MUST BE A POSITIVE VALUE IN ORDER TO QUALIFY FOR A
DISPROPORTIONATE SHARE PAYMENT ADJUSTMENT FACTOR)

**APPLICABLE DISPROPORTIONATE SHARE PAYMENT FORMULA FOR THE**
**THE INTERIM DSH PATIENT PERCENTAGE ABOVE:**

0.0588

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Interim disproportionate patient percentage | 0.6315 | | | | | | |
| | - | .2020 | | 0.4295 | | | |
| | | | x | .8250 | + | 0.3543 | |

**INTERIM DISPROPORTIONATE SHARE PAYMENT ADJUSTMENT FACTOR** **0.4131**

*(per Public Law 108-173 the Disproportionate Share Adjustment Factor can NOT exceed .1200*
*for urban hospitals <100 beds, sole community hospitals, and other rural hospitals <500 beds*
*For all discharges occurring on or after October 1, 2006, MDH hospitals will be excluded from this cap. )*

THE INTERIM DISPROPORTIONATE SHARE PAYMENT ADJUSTMENT FACTOR SHOWN ABOVE APPLIES TO
INPATIENT CLAIMS WITH DISCHARGES ON AND AFTER THE FOLLOWING EFFECTIVE DATE **8/9/2019**

CMS Change Request 3966 requires that certain revisions to the Provider Specific File only be made on a "prospective" basis.  These include I&R/Bed Ratio,
Bed Size, Operating Cost to Charge Ratio, **SSI Ratio, Medicaid Ratio,** Capital Cost to Charge Ratio, Capital IME, and Case Mix Adjusted Cost Per Discharge.

However, any corresponding Lump Sum Adjustments will be the result of applying the revisions to the beginning of your facility's fiscal year.

208 Line Number of Current Provider
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  | 7/24/2019 | Bed Count |
|---|---|---|---|
|  |  |  | **350** |
| Hospital: Hahnemann University Hospital | Provider Number: | 390290 | |

|  | CBSA |
|---|---|
|  | **37964** |

**PPS CAPITAL WORKSHEET**

**Federal Rate**

| | | |
|---|---|---|
| Federal FY 2018 Rate (Effective 10/01/2018) | | 459.41 |
| Geographic Adjustment Factor | | 1.0589 |
| | | 486.47 |
| DSH & IME Adjustment (1+DSH+IME) | | 1.6634 |

| 412.103 |
|---|
| **N** |

| | | |
|---|---|---|
| DSH = (e( 0.6315  x .2025)-1) = | 0.1364 | |
| IME = (e( 1.5000  x .2822)-1) = | 0.5270 | |
| | 0.6634 | |

| | | | |
|---|---|---|---|
| Adjusted Federal Rate | (Effective for discharges on or after **8/9/2019** ) | 809.20 | (1) |

(1) Multiply the Adjusted Federal Rate by the DRG weight to determine individual claim reimbursement.

CMS Change Request 3966 requires that certain revisions to the Provider Specific File only be made on a "prospective" basis.  These include I&R/Bed Ratio, Bed Size, Operating Cost to Charge Ratio, SSI Ratio, Medicaid Ratio, Capital Cost to Charge Ratio, Capital IME, and Case Mix Adjusted Cost Per Discharge.

PROSPER MEDICAL CARE REIMBURSEMENT SYSTEM

REPORT COVER PAGE FOR REQUEST: 390290

| Provider#-Report Type | Total # of Pages | Provider#-Report Type | Total # of Pages | Provider#-Report Type | Total # of Pages | Provider#-Report Type | Total # of Pages |
|---|---|---|---|---|---|---|---|
| 390290-110 | 6 | 390290-118 | 6 | | | | |

P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

| | | |
|---|---|---|
| **Program ID:** REDESIGN | **PROVIDER SUMMARY REPORT** | **Page:** 1 |
| **Paid Dates:** 08/01/07  THRU  06/28/19 | **INPATIENT – PART A** | **Report #:** OD44203 |
| **Report Run Date:** 06/27/19 | | **Report Type:** 110 |
| **Provider FYE:** 12/31 | | |
| **Provider Number:** 390290  Hahnemann University Hospital | | |

| | SERVICES FOR PERIOD 01/01/19 - 03/31/19 | SERVICES FOR PERIOD 04/01/19 - 06/30/19 | SERVICES FOR PERIOD 07/01/19 - 09/30/19 | SERVICES FOR PERIOD 10/01/19 - 12/31/19 |
|---|---|---|---|---|

**STATISTIC SECTION**

| | | | | |
|---|---|---|---|---|
| DISCHARGES | 885 | 562 | 0 | 0 |
| MEDICARE DAYS | 5,079 | 2,816 | 0 | 0 |
| CLAIMS | 885 | 562 | 0 | 0 |

**CHARGE SECTION**

**\*\*\* ACCOMMODATION CHARGES \*\*\***

| REV CODE | DESCRIPTION | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 0111 | MED–SUR-GY/PVT | 320 | $2,602,560.00 | 100 | $813,300.00 | 0 | $0.00 | 0 | $0.00 |
| 0120 | ROOM–BOARD/SEMI | 2,370 | $18,647,160.00 | 1,270 | $9,992,360.00 | 0 | $0.00 | 0 | $0.00 |
| 0122 | OB/2BED | 46 | $361,928.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0164 | R&B/STERILE | 1 | $8,133.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0200 | INTENSIVE CARE or (ICU) | 639 | $9,658,485.00 | 380 | $5,743,700.00 | 0 | $0.00 | 0 | $0.00 |
| 0206 | ICU/INTERMEDIATE | 1,477 | $17,087,413.00 | 922 | $10,666,618.00 | 0 | $0.00 | 0 | $0.00 |
| 0210 | CORONARY CARE or (CCU) | 226 | $3,415,990.00 | 144 | $2,176,560.00 | 0 | $0.00 | 0 | $0.00 |
| | *TOTAL ACCOMMODATIONS* | **5,079** | **$51,781,669.00** | **2,816** | **$29,392,538.00** | **0** | **$0.00** | **0** | **$0.00** |

**\*\*\* ANCILLARY CHARGES \*\*\***

| REV CODE | DESCRIPTION | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 0250 | PHARMACY | 500,321 | $11,228,471.09 | 326,955 | $7,305,148.50 | 0 | $0.00 | 0 | $0.00 |
| 0255 | DRUGS/INCIDENT RAD | 47,174 | $73,242.00 | 26,457 | $42,277.60 | 0 | $0.00 | 0 | $0.00 |
| 0258 | IV SOLUTIONS | 2,415 | $377,919.83 | 1,465 | $228,498.70 | 0 | $0.00 | 0 | $0.00 |
| 0260 | IV THERAPY | 18 | $6,271.00 | 1 | $304.29 | 0 | $0.00 | 0 | $0.00 |
| 0270 | MED–SUR SUPPLIES | 7,931 | $371,661.00 | 4,172 | $204,785.83 | 0 | $0.00 | 0 | $0.00 |
| 0271 | NONSTER SUPPLY | 162 | $27,510.49 | 100 | $15,294.20 | 0 | $0.00 | 0 | $0.00 |
| 0272 | STERILE SUPPLY | 2,078 | $1,196,557.03 | 1,130 | $755,681.57 | 0 | $0.00 | 0 | $0.00 |
| 0274 | PROSTH/ORTH DEV | 1 | $613.83 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |

PROVIDER STATISTICAL AND REIMBURSEMENT SYSTEM

**Program ID:** REDESIGN
**Paid Dates:** 08/01/07  THRU  06/28/19
**Report Run Date:** 06/27/19
**Provider FYE:** 12/31
**Provider Number:** 390290  Hahnemann University Hospital

PROVIDER SUMMARY REPORT
INPATIENT – PART A

**Page:** 2
**Report #:** OD44203
**Report Type:** 110

| | SERVICES FOR PERIOD 01/01/19 - 03/31/19 | | SERVICES FOR PERIOD 04/01/19 - 06/30/19 | | SERVICES FOR PERIOD 07/01/19 - 09/30/19 | | SERVICES FOR PERIOD 10/01/19 - 12/31/19 | |
|---|---|---|---|---|---|---|---|---|
| REV CODE   DESCRIPTION | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES |
| 0275   PACE MAKER | 5 | $113,189.02 | 3 | $83,798.14 | 0 | $0.00 | 0 | $0.00 |
| 0278   SUPPLY/IMPLANTS | 972 | $3,422,750.95 | 584 | $1,918,977.15 | 0 | $0.00 | 0 | $0.00 |
| 0300   LABORATORY or (LAB) | 60,300 | $27,800,338.78 | 32,528 | $15,566,870.88 | 0 | $0.00 | 0 | $0.00 |
| 0310   PATHOLOGY LAB or (PATH LA | 814 | $628,632.74 | 424 | $354,185.38 | 0 | $0.00 | 0 | $0.00 |
| 0320   DX X-RAY | 2,429 | $2,352,799.98 | 1,381 | $1,173,247.99 | 0 | $0.00 | 0 | $0.00 |
| 0333   RADIATION RX | 35 | $91,848.45 | 7 | $19,721.35 | 0 | $0.00 | 0 | $0.00 |
| 0341   NUC MED/DX | 38 | $245,829.40 | 26 | $168,817.19 | 0 | $0.00 | 0 | $0.00 |
| 0343   NUC MED/DX RADIOPHARM | 59 | $32,055.26 | 46 | $23,811.89 | 0 | $0.00 | 0 | $0.00 |
| 0350   CT SCAN | 849 | $5,661,698.95 | 531 | $3,539,097.66 | 0 | $0.00 | 0 | $0.00 |
| 0360   OR SERVICES | 2,435 | $16,014,291.97 | 1,587 | $10,133,840.94 | 0 | $0.00 | 0 | $0.00 |
| 0370   ANESTHESIA | 2,326 | $3,881,285.35 | 1,627 | $2,691,406.22 | 0 | $0.00 | 0 | $0.00 |
| 0391   BLOOD/ADMIN | 240 | $1,304,734.40 | 101 | $546,790.31 | 0 | $0.00 | 0 | $0.00 |
| 0399   BLOOD/OTHER STOR | 623 | $831,459.55 | 211 | $307,071.86 | 0 | $0.00 | 0 | $0.00 |
| 0402   ULTRASOUND | 277 | $570,253.21 | 165 | $357,392.00 | 0 | $0.00 | 0 | $0.00 |
| 0404   PET SCAN | 1 | $12,329.26 | 1 | $12,329.26 | 0 | $0.00 | 0 | $0.00 |
| 0410   RESPIRATORY SVC | 6,172 | $2,674,048.99 | 3,260 | $1,609,634.33 | 0 | $0.00 | 0 | $0.00 |
| 0420   PHYSICAL THERP/15 MIN | 777 | $321,536.29 | 500 | $234,791.57 | 0 | $0.00 | 0 | $0.00 |
| 0424   PHYS THERP/EVAL/15 MIN | 542 | $349,869.76 | 345 | $224,502.94 | 0 | $0.00 | 0 | $0.00 |
| 0430   OCCUPATION THER/15 MIN | 814 | $437,916.15 | 544 | $300,600.91 | 0 | $0.00 | 0 | $0.00 |
| 0440   SPEECH PATHOL/15 MIN | 140 | $42,906.93 | 111 | $33,529.55 | 0 | $0.00 | 0 | $0.00 |
| 0444   SPEECH PATH/EVAL/15 MIN | 178 | $229,645.53 | 101 | $127,639.33 | 0 | $0.00 | 0 | $0.00 |
| 0450   EMERG ROOM | 1,528 | $4,816,744.27 | 943 | $3,027,130.83 | 0 | $0.00 | 0 | $0.00 |
| 0460   PULMONARY FUNC | 46 | $45,881.61 | 16 | $10,478.16 | 0 | $0.00 | 0 | $0.00 |
| 0480   CARDIOLOGY | 480 | $2,169,423.77 | 260 | $1,121,066.26 | 0 | $0.00 | 0 | $0.00 |

P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

| | | |
|---|---|---|
| **Program ID:** REDESIGN | **PROVIDER SUMMARY REPORT** | **Page:** 3 |
| **Paid Dates:** 08/01/07  THRU  06/28/19 | **INPATIENT – PART A** | **Report #:** OD44203 |
| **Report Run Date:** 06/27/19 | | **Report Type:** 110 |
| **Provider FYE:** 12/31 | | |
| **Provider Number:** 390290  Hahnemann University Hospital | | |

| | | SERVICES FOR PERIOD 01/01/19 - 03/31/19 | | SERVICES FOR PERIOD 04/01/19 - 06/30/19 | | SERVICES FOR PERIOD 07/01/19 - 09/30/19 | | SERVICES FOR PERIOD 10/01/19 - 12/31/19 | |
|---|---|---|---|---|---|---|---|---|---|
| **REV CODE** | **DESCRIPTION** | **UNITS** | **CHARGES** | **UNITS** | **CHARGES** | **UNITS** | **CHARGES** | **UNITS** | **CHARGES** |
| 0481 | CARDIAC CATH LAB | 101 | $2,048,270.60 | 42 | $847,852.13 | 0 | $0.00 | 0 | $0.00 |
| 0482 | STRESS TEST | 17 | $49,175.73 | 12 | $34,712.28 | 0 | $0.00 | 0 | $0.00 |
| 0610 | MRT | 217 | $1,503,327.34 | 122 | $884,566.41 | 0 | $0.00 | 0 | $0.00 |
| 0636 | DRUGS/DETAIL CODE | 15,560 | $31,654.60 | 6,000 | $10,020.00 | 0 | $0.00 | 0 | $0.00 |
| 0681 | TRAUMA LEVEL I | 7 | $74,555.81 | 4 | $36,192.44 | 0 | $0.00 | 0 | $0.00 |
| 0710 | RECOVERY ROOM | 791 | $1,311,199.70 | 523 | $868,063.27 | 0 | $0.00 | 0 | $0.00 |
| 0720 | DELIVROOM/LABOR | 102 | $79,261.06 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0722 | DELIVERY ROOM | 2 | $10,026.14 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0730 | EKG/ECG | 1,984 | $1,540,655.36 | 1,185 | $920,199.90 | 0 | $0.00 | 0 | $0.00 |
| 0740 | EEG | 97 | $312,653.19 | 118 | $616,186.59 | 0 | $0.00 | 0 | $0.00 |
| 0750 | GASTR-INTS SVS | 220 | $436,004.98 | 156 | $289,673.81 | 0 | $0.00 | 0 | $0.00 |
| 0761 | TREATMENT RM | 43 | $24,878.82 | 24 | $6,619.11 | 0 | $0.00 | 0 | $0.00 |
| 0762 | OBSERVATION RM | 3,889 | $1,566,686.58 | 1,325 | $519,976.20 | 0 | $0.00 | 0 | $0.00 |
| 0790 | ESWT | 1 | $7,334.36 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0801 | DIALY/INPT | 664 | $2,248,570.81 | 274 | $914,409.77 | 0 | $0.00 | 0 | $0.00 |
| 0811 | LIVING/DONOR | 0 | $0.00 | 1 | $500.00 | 0 | $0.00 | 0 | $0.00 |
| 0812 | CADAVER/DONOR | 8 | $843,412.50 | 6 | $625,117.50 | 0 | $0.00 | 0 | $0.00 |
| 0920 | OTHER DX SVS | 2 | $1,841.78 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0921 | PERI VASCUL LAB | 200 | $655,195.92 | 131 | $430,305.29 | 0 | $0.00 | 0 | $0.00 |
| 0922 | EMG | 2 | $2,090.34 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0929 | ADDITIONAL DX SVS | 8 | $12,603.76 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0942 | EDUC/TRAINING | 0 | $0.00 | 1 | $143.55 | 0 | $0.00 | 0 | $0.00 |
| | *TOTAL ANCILLARY* | 666,095 | $100,093,116.22 | 415,506 | $59,143,261.04 | 0 | $0.00 | 0 | $0.00 |
| | **TOTAL COVERED CHARGES** | | **$151,874,785.22** | | **$88,535,799.04** | | **$0.00** | | **$0.00** |

# PROVIDER STATISTICAL AND REIMBURSEMENT SYSTEM

**Program ID:** REDESIGN

**Paid Dates:** 08/01/07  THRU  06/28/19

**Report Run Date:** 06/27/19

**Provider FYE:** 12/31

**Provider Number:** 390290 Hahnemann University Hospital

**PROVIDER SUMMARY REPORT**

**INPATIENT – PART A**

**Page:** 4

**Report #:** OD44203

**Report Type:** 110

| | SERVICES FOR PERIOD 01/01/19 - 03/31/19 | SERVICES FOR PERIOD 04/01/19 - 06/30/19 | SERVICES FOR PERIOD 07/01/19 - 09/30/19 | SERVICES FOR PERIOD 10/01/19 - 12/31/19 |
|---|---|---|---|---|
| **REIMBURSEMENT SECTION** | | | | |
| **OPERATING** | | | | |
| HOSPITAL SPECIFIC | $0.00 | $0.00 | $0.00 | $0.00 |
| FEDERAL SPECIFIC | $9,567,886.06 | $5,937,396.62 | $0.00 | $0.00 |
| OUTLIER | $324,092.05 | $202,301.85 | $0.00 | $0.00 |
| DSH/LIP | $963,485.97 | $608,544.72 | $0.00 | $0.00 |
| DSH UNCOMP. CARE | $1,092,656.40 | $693,867.68 | $0.00 | $0.00 |
| IME/TEACHING ADJ. | $4,104,467.99 | $2,547,046.88 | $0.00 | $0.00 |
| NEW TECHNOLOGY | $0.00 | $0.00 | $0.00 | $0.00 |
| ISLET CELL TRANS | $0.00 | $0.00 | $0.00 | $0.00 |
| IPF ECT | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL OPERATING PAYMENTS** | **$16,052,588.47** | **$9,989,157.75** | **$0.00** | **$0.00** |
| | | | | |
| LOW VOLUME | $0.00 | $0.00 | $0.00 | $0.00 |
| HOSPITAL READMISSION ADJ | -$31,574.23 | -$19,593.49 | $0.00 | $0.00 |
| VALUE BASED PURCHASING ADJ | -$52,114.09 | -$32,339.33 | $0.00 | $0.00 |
| **CAPITAL** | | | | |
| HOSPITAL SPECIFIC | $0.00 | $0.00 | $0.00 | $0.00 |
| FEDERAL SPECIFIC | $778,087.61 | $482,845.84 | $0.00 | $0.00 |
| OUTLIER | $94.98 | $728.55 | $0.00 | $0.00 |
| HOLD HARMLESS | $0.00 | $0.00 | $0.00 | $0.00 |
| DSH | $103,874.83 | $65,426.70 | $0.00 | $0.00 |
| INDIRECT MEDICAL EDUCATION | $410,049.39 | $254,458.17 | $0.00 | $0.00 |
| EXCEPTIONS | $0.00 | $0.00 | $0.00 | $0.00 |

P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

| | | |
|---|---|---|
| **Program ID:** REDESIGN | PROVIDER SUMMARY REPORT | **Page:** 5 |
| **Paid Dates:** 08/01/07  THRU  06/28/19 | INPATIENT – PART A | **Report #:** OD44203 |
| **Report Run Date:** 06/27/19 | | **Report Type:** 110 |
| **Provider FYE:** 12/31 | | |
| **Provider Number:** 390290  Hahnemann University Hospital | | |

| | SERVICES FOR PERIOD<br>01/01/19 - 03/31/19 | SERVICES FOR PERIOD<br>04/01/19 - 06/30/19 | SERVICES FOR PERIOD<br>07/01/19 - 09/30/19 | SERVICES FOR PERIOD<br>10/01/19 - 12/31/19 |
|---|---|---|---|---|
| TOTAL CAPITAL PAYMENTS | $1,292,106.81 | $803,459.26 | $0.00 | $0.00 |
| **PAYMENT** | | | | |
| GROSS REIMBURSEMENT | $17,261,006.96 | $10,740,684.19 | $0.00 | $0.00 |
| LESS | | | | |
| HAC Reduction | $0.00 | $0.00 | $0.00 | $0.00 |
| DEVICE CREDIT | $0.00 | $0.00 | $0.00 | $0.00 |
| CASH DEDUCTIBLE | $671,876.00 | $416,020.00 | $0.00 | $0.00 |
| BLOOD DEDUCTIBLE | $0.00 | $0.00 | $0.00 | $0.00 |
| COINSURANCE | $101,121.00 | $16,368.00 | $0.00 | $0.00 |
| NET MSP PAYMENTS | $26,123.62 | $0.00 | $0.00 | $0.00 |
| PRE-SEQUESTRATION DEMO REDUCTION | $0.00 | $0.00 | $0.00 | $0.00 |
| SEQUESTRATION | $329,375.90 | $206,165.75 | $0.00 | $0.00 |
| POST-SEQUESTRATION DEMO REDUCTION | $0.00 | $0.00 | $0.00 | $0.00 |
| MSP PASS THRU RECONCILIATION | -$6,925.05 | $0.00 | $0.00 | $0.00 |
| OTHER ADJUSTMENTS | $0.00 | $0.00 | $0.00 | $0.00 |
| NET REIMBURSEMENT | $16,139,435.49 | $10,102,130.44 | $0.00 | $0.00 |

**ADDITIONAL INFORMATION SECTION**

| | | | | |
|---|---|---|---|---|
| CALCULATED NET REIMB FOR PIP | $0.00 | $0.00 | $0.00 | $0.00 |
| PIP PAYMENTS DUE TO ADD-ONS | $0.00 | $0.00 | $0.00 | $0.00 |
| PIP IMPACTS DUE TO RAC | $0.00 | $0.00 | $0.00 | $0.00 |
| ACTUAL CLAIM PAYMENTS FOR PIP | $0.00 | $0.00 | $0.00 | $0.00 |
| CLAIM INTEREST PAYMENTS | $11.45 | $0.00 | $0.00 | $0.00 |
| IRF PENALTY AMOUNT | $0.00 | $0.00 | $0.00 | $0.00 |

# P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

| | | |
|---|---|---|
| **Program ID:** REDESIGN | **PROVIDER SUMMARY REPORT** | **Page:** 6 |
| **Paid Dates:** 08/01/07  THRU  06/28/19 | **INPATIENT – PART A** | **Report #:** OD44203 |
| **Report Run Date:** 06/27/19 | | **Report Type:** 110 |
| **Provider FYE:** 12/31 | | |
| **Provider Number:** 390290 Hahnemann University Hospital | | |

| | SERVICES FOR PERIOD 01/01/19 - 03/31/19 | SERVICES FOR PERIOD 04/01/19 - 06/30/19 | SERVICES FOR PERIOD 07/01/19 - 09/30/19 | SERVICES FOR PERIOD 10/01/19 - 12/31/19 |
|---|---|---|---|---|
| LTCH SHORT STAY OUTLIER PAYMENTS | $0.00 | $0.00 | $0.00 | $0.00 |
| CAP FED-SPECIFIC @ 100% | $778,087.61 | $482,845.84 | $0.00 | $0.00 |
| CAP OUTLIER @ 100% | $0.00 | $0.00 | $0.00 | $0.00 |
| DISCHARGES | 885 | 562 | 0 | 0 |
| DRG/CMG WEIGHT | 1,629.3744 | 1,021.6906 | 0.0000 | 0.0000 |
| WEIGHT/DISCHARGES | 1.8411 | 1.8180 | 0.0000 | 0.0000 |
| DISCHARGE FRACTION | 870.0906 | 551.1652 | 0 | 0 |
| DRG WEIGHT FRACTION | 1,599.4560 | 992.5502 | 0.0000 | 0.0000 |
| DRG WEIGHT FRACTION/DISCHARGES | 1.8073 | 1.7661 | 0.0000 | 0.0000 |
| PPS PAYMENTS | $17,261,006.96 | $10,740,684.19 | $0.00 | $0.00 |
| FULL STANDARD PAYMENT | $0.00 | $0.00 | $0.00 | $0.00 |
| SSO STANDARD PAYMENT | $0.00 | $0.00 | $0.00 | $0.00 |
| SITE NEUTRAL PAYMENT - COST | $0.00 | $0.00 | $0.00 | $0.00 |
| SITE NEUTRAL PAYMENT – IPPS | $0.00 | $0.00 | $0.00 | $0.00 |
| SITE NEUTRAL DISCHARGES | 0 | 0 | 0 | 0 |
| SITE NEUTRAL DAYS | 0 | 0 | 0 | 0 |

# P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

**Program ID:** REDESIGN

**PROVIDER SUMMARY REPORT**

**Page:** 1

**Paid Dates:** 08/01/07  THRU  06/28/19

**INPATIENT – PART A MANAGED CARE**

**Report #:** OD44203

**Report Run Date:** 06/27/19

**Report Type:** 118

**Provider FYE:** 12/31

**Provider Number:** 390290  Hahnemann University Hospital

## STATISTIC SECTION

|  | SERVICES FOR PERIOD 01/01/19 - 03/31/19 | SERVICES FOR PERIOD 04/01/19 - 06/30/19 | SERVICES FOR PERIOD 07/01/19 - 09/30/19 | SERVICES FOR PERIOD 10/01/19 - 12/31/19 |
|---|---|---|---|---|
| DISCHARGES | 638 | 466 | 0 | 0 |
| MEDICARE DAYS | 3,435 | 2,341 | 0 | 0 |
| CLAIMS | 638 | 468 | 0 | 0 |

## CHARGE SECTION

### *** ACCOMMODATION CHARGES ***

| REV CODE | DESCRIPTION | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 0111 | MED-SUR-GY/PVT | 224 | $1,821,792.00 | 124 | $1,008,492.00 | 0 | $0.00 | 0 | $0.00 |
| 0120 | ROOM-BOARD/SEMI | 1,602 | $12,604,536.00 | 1,044 | $8,214,192.00 | 0 | $0.00 | 0 | $0.00 |
| 0122 | OB/2BED | 0 | $0.00 | 5 | $39,340.00 | 0 | $0.00 | 0 | $0.00 |
| 0200 | INTENSIVE CARE or (ICU) | 454 | $6,862,210.00 | 257 | $3,884,555.00 | 0 | $0.00 | 0 | $0.00 |
| 0206 | ICU/INTERMEDIATE | 1,073 | $12,413,537.00 | 816 | $9,440,304.00 | 0 | $0.00 | 0 | $0.00 |
| 0210 | CORONARY CARE or (CCU) | 75 | $1,133,625.00 | 71 | $1,073,165.00 | 0 | $0.00 | 0 | $0.00 |
| | *TOTAL ACCOMMODATIONS* | **3,428** | **$34,835,700.00** | **2,317** | **$23,660,048.00** | **0** | **$0.00** | **0** | **$0.00** |

### *** ANCILLARY CHARGES ***

| REV CODE | DESCRIPTION | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 0250 | PHARMACY | 298,732 | $6,424,656.37 | 181,762 | $4,715,493.32 | 0 | $0.00 | 0 | $0.00 |
| 0255 | DRUGS/INCIDENT RAD | 38,363 | $63,083.82 | 20,345 | $36,027.54 | 0 | $0.00 | 0 | $0.00 |
| 0258 | IV SOLUTIONS | 1,576 | $229,466.46 | 1,037 | $154,023.27 | 0 | $0.00 | 0 | $0.00 |
| 0270 | MED-SUR SUPPLIES | 6,553 | $300,380.93 | 5,837 | $263,900.05 | 0 | $0.00 | 0 | $0.00 |
| 0271 | NONSTER SUPPLY | 86 | $13,530.47 | 85 | $13,178.91 | 0 | $0.00 | 0 | $0.00 |
| 0272 | STERILE SUPPLY | 1,384 | $854,528.49 | 829 | $528,681.92 | 0 | $0.00 | 0 | $0.00 |
| 0275 | PACE MAKER | 5 | $78,958.90 | 2 | $41,317.42 | 0 | $0.00 | 0 | $0.00 |
| 0278 | SUPPLY/IMPLANTS | 851 | $2,988,932.93 | 409 | $1,416,430.94 | 0 | $0.00 | 0 | $0.00 |
| 0300 | LABORATORY or (LAB) | 38,174 | $17,259,130.31 | 27,279 | $12,513,523.15 | 0 | $0.00 | 0 | $0.00 |

# P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

**Program ID:** REDESIGN

**Paid Dates:** 08/01/07  THRU  06/28/19

**Report Run Date:** 06/27/19

**Provider FYE:** 12/31

**Provider Number:** 390290  Hahnemann University Hospital

**PROVIDER SUMMARY REPORT**

**INPATIENT – PART A MANAGED CARE**

**Page:** 2

**Report #:** OD44203

**Report Type:** 118

| | SERVICES FOR PERIOD 01/01/19 - 03/31/19 | | SERVICES FOR PERIOD 04/01/19 - 06/30/19 | | SERVICES FOR PERIOD 07/01/19 - 09/30/19 | | SERVICES FOR PERIOD 10/01/19 - 12/31/19 | |
|---|---|---|---|---|---|---|---|---|
| REV CODE    DESCRIPTION | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES |
| 0310    PATHOLOGY LAB or (PATH LA | 470 | $344,965.44 | 309 | $246,788.05 | 0 | $0.00 | 0 | $0.00 |
| 0320    DX X-RAY | 1,757 | $1,641,023.27 | 1,119 | $1,019,681.66 | 0 | $0.00 | 0 | $0.00 |
| 0331    CHEMOTHER/INJ | 2 | $15,829.70 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0333    RADIATION RX | 24 | $68,091.72 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0341    NUC MED/DX | 41 | $300,804.28 | 30 | $223,686.53 | 0 | $0.00 | 0 | $0.00 |
| 0343    NUC MED/DX RADIOPHARM | 68 | $40,819.02 | 50 | $30,926.03 | 0 | $0.00 | 0 | $0.00 |
| 0350    CT SCAN | 654 | $4,361,957.57 | 398 | $2,597,614.79 | 0 | $0.00 | 0 | $0.00 |
| 0360    OR SERVICES | 1,828 | $11,886,624.16 | 1,212 | $8,031,974.01 | 0 | $0.00 | 0 | $0.00 |
| 0370    ANESTHESIA | 1,788 | $2,934,201.43 | 1,199 | $1,975,139.57 | 0 | $0.00 | 0 | $0.00 |
| 0391    BLOOD/ADMIN | 131 | $708,069.61 | 105 | $571,727.55 | 0 | $0.00 | 0 | $0.00 |
| 0399    BLOOD/OTHER STOR | 286 | $416,119.25 | 425 | $511,893.89 | 0 | $0.00 | 0 | $0.00 |
| 0402    ULTRASOUND | 145 | $290,299.67 | 119 | $240,740.38 | 0 | $0.00 | 0 | $0.00 |
| 0410    RESPIRATORY SVC | 5,118 | $2,040,590.65 | 3,349 | $1,446,753.01 | 0 | $0.00 | 0 | $0.00 |
| 0420    PHYSICAL THERP/15 MIN | 868 | $359,029.48 | 474 | $218,745.18 | 0 | $0.00 | 0 | $0.00 |
| 0424    PHYS THERP/EVAL/15 MIN | 472 | $303,202.39 | 336 | $217,424.98 | 0 | $0.00 | 0 | $0.00 |
| 0430    OCCUPATION THER/15 MIN | 916 | $437,885.08 | 560 | $304,479.86 | 0 | $0.00 | 0 | $0.00 |
| 0440    SPEECH PATHOL/15 MIN | 90 | $26,938.70 | 79 | $23,653.27 | 0 | $0.00 | 0 | $0.00 |
| 0444    SPEECH PATH/EVAL/15 MIN | 150 | $185,380.66 | 89 | $112,871.94 | 0 | $0.00 | 0 | $0.00 |
| 0450    EMERG ROOM | 1,136 | $3,807,039.15 | 820 | $2,850,018.61 | 0 | $0.00 | 0 | $0.00 |
| 0460    PULMONARY FUNC | 37 | $39,912.05 | 20 | $12,129.70 | 0 | $0.00 | 0 | $0.00 |
| 0471    AUDIOLOGY/DX | 2 | $4,138.78 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0480    CARDIOLOGY | 369 | $1,647,475.82 | 222 | $964,823.99 | 0 | $0.00 | 0 | $0.00 |
| 0481    CARDIAC CATH LAB | 90 | $1,757,235.03 | 49 | $893,763.20 | 0 | $0.00 | 0 | $0.00 |
| 0482    STRESS TEST | 24 | $69,424.56 | 18 | $52,068.42 | 0 | $0.00 | 0 | $0.00 |

# P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

**Program ID:** REDESIGN

**Paid Dates:** 08/01/07  THRU  06/28/19

**Report Run Date:** 06/27/19

**Provider FYE:** 12/31

**Provider Number:** 390290  Hahnemann University Hospital

**PROVIDER SUMMARY REPORT**

**INPATIENT – PART A MANAGED CARE**

**Page:** 3

**Report #:** OD44203

**Report Type:** 118

| REV CODE | DESCRIPTION | SERVICES FOR PERIOD 01/01/19 - 03/31/19 | | SERVICES FOR PERIOD 04/01/19 - 06/30/19 | | SERVICES FOR PERIOD 07/01/19 - 09/30/19 | | SERVICES FOR PERIOD 10/01/19 - 12/31/19 | |
|---|---|---|---|---|---|---|---|---|---|
| | | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES | UNITS | CHARGES |
| 0610 | MRT | 154 | $1,052,099.38 | 85 | $594,142.89 | 0 | $0.00 | 0 | $0.00 |
| 0636 | DRUGS/DETAIL CODE | 4,624 | $7,722.08 | 14,000 | $33,280.00 | 0 | $0.00 | 0 | $0.00 |
| 0681 | TRAUMA LEVEL I | 4 | $36,192.44 | 2 | $18,096.22 | 0 | $0.00 | 0 | $0.00 |
| 0710 | RECOVERY ROOM | 554 | $894,649.89 | 382 | $634,040.53 | 0 | $0.00 | 0 | $0.00 |
| 0730 | EKG/ECG | 1,532 | $1,189,659.28 | 1,079 | $837,886.66 | 0 | $0.00 | 0 | $0.00 |
| 0740 | EEG | 57 | $176,364.77 | 43 | $117,018.21 | 0 | $0.00 | 0 | $0.00 |
| 0750 | GASTR-INTS SVS | 136 | $266,396.68 | 93 | $172,579.42 | 0 | $0.00 | 0 | $0.00 |
| 0761 | TREATMENT RM | 16 | $15,956.94 | 8 | $1,366.79 | 0 | $0.00 | 0 | $0.00 |
| 0762 | OBSERVATION RM | 3,854 | $1,571,862.42 | 1,191 | $498,511.24 | 0 | $0.00 | 0 | $0.00 |
| 0801 | DIALY/INPT | 113 | $387,973.51 | 115 | $394,265.84 | 0 | $0.00 | 0 | $0.00 |
| 0812 | CADAVER/DONOR | 0 | $0.00 | 3 | $342,326.25 | 0 | $0.00 | 0 | $0.00 |
| 0921 | PERI VASCUL LAB | 137 | $459,273.60 | 136 | $441,656.10 | 0 | $0.00 | 0 | $0.00 |
| 0922 | EMG | 8 | $8,460.59 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0942 | EDUC/TRAINING | 1 | $143.55 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| | *TOTAL ANCILLARY* | 413,380 | $67,966,481.28 | 265,704 | $46,314,651.29 | 0 | $0.00 | 0 | $0.00 |
| | **TOTAL COVERED CHARGES** | | $102,802,181.28 | | $69,974,699.29 | | $0.00 | | $0.00 |

## REIMBURSEMENT SECTION
### OPERATING

| | | | | |
|---|---|---|---|---|
| HOSPITAL SPECIFIC | $0.00 | $0.00 | $0.00 | $0.00 |
| FEDERAL SPECIFIC | $6,703,113.98 | $4,670,294.28 | $0.00 | $0.00 |
| OUTLIER | $0.00 | $0.00 | $0.00 | $0.00 |
| DSH/LIP | $675,003.51 | $478,893.82 | $0.00 | $0.00 |
| DSH UNCOMP. CARE | $785,231.04 | $575,342.24 | $0.00 | $0.00 |

# P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

**Program ID:** REDESIGN
**Paid Dates:** 08/01/07  THRU  06/28/19
**Report Run Date:** 06/27/19
**Provider FYE:** 12/31
**Provider Number:** 390290  Hahnemann University Hospital

**PROVIDER SUMMARY REPORT**
**INPATIENT – PART A MANAGED CARE**

**Page:** 4
**Report #:** OD44203
**Report Type:** 118

| | SERVICES FOR PERIOD 01/01/19 - 03/31/19 | SERVICES FOR PERIOD 04/01/19 - 06/30/19 | SERVICES FOR PERIOD 07/01/19 - 09/30/19 | SERVICES FOR PERIOD 10/01/19 - 12/31/19 |
|---|---|---|---|---|
| IME/TEACHING ADJ. | $2,875,527.27 | $2,003,480.54 | $0.00 | $0.00 |
| NEW TECHNOLOGY | $0.00 | $0.00 | $0.00 | $0.00 |
| ISLET CELL TRANS | $0.00 | $0.00 | $0.00 | $0.00 |
| IPF ECT | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL OPERATING PAYMENTS | $11,038,875.80 | $7,728,010.88 | $0.00 | $0.00 |
| | | | | |
| LOW VOLUME | $0.00 | $0.00 | $0.00 | $0.00 |
| HOSPITAL READMISSION ADJ | -$22,120.31 | -$15,412.07 | $0.00 | $0.00 |
| VALUE BASED PURCHASING ADJ | -$36,510.39 | -$25,438.22 | $0.00 | $0.00 |

## CAPITAL

| | | | | |
|---|---|---|---|---|
| HOSPITAL SPECIFIC | $0.00 | $0.00 | $0.00 | $0.00 |
| FEDERAL SPECIFIC | $545,116.27 | $379,801.69 | $0.00 | $0.00 |
| OUTLIER | $837.20 | $516.51 | $0.00 | $0.00 |
| HOLD HARMLESS | $0.00 | $0.00 | $0.00 | $0.00 |
| DSH | $72,772.98 | $51,483.70 | $0.00 | $0.00 |
| INDIRECT MEDICAL EDUCATION | $287,274.44 | $200,154.06 | $0.00 | $0.00 |
| EXCEPTIONS | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL CAPITAL PAYMENTS | $906,000.89 | $631,955.96 | $0.00 | $0.00 |

## PAYMENT

| | | | | |
|---|---|---|---|---|
| GROSS REIMBURSEMENT | $11,886,245.99 | $8,319,116.55 | $0.00 | $0.00 |
| LESS | | | | |
| HAC Reduction | $0.00 | $0.00 | $0.00 | $0.00 |
| DEVICE CREDIT | $0.00 | $0.00 | $0.00 | $0.00 |
| CASH DEDUCTIBLE | $0.00 | $0.00 | $0.00 | $0.00 |

# P R O V I D E R   S T A T I S T I C A L   A N D   R E I M B U R S E M E N T   S Y S T E M

**Program ID:** REDESIGN

**Paid Dates:** 08/01/07  THRU  06/28/19

**Report Run Date:** 06/27/19

**Provider FYE:** 12/31

**Provider Number:** 390290 Hahnemann University Hospital

**PROVIDER SUMMARY REPORT**

**INPATIENT – PART A MANAGED CARE**

**Page:** 5

**Report #:** OD44203

**Report Type:** 118

| | SERVICES FOR PERIOD 01/01/19 - 03/31/19 | SERVICES FOR PERIOD 04/01/19 - 06/30/19 | SERVICES FOR PERIOD 07/01/19 - 09/30/19 | SERVICES FOR PERIOD 10/01/19 - 12/31/19 |
|---|---|---|---|---|
| BLOOD DEDUCTIBLE | $0.00 | $0.00 | $0.00 | $0.00 |
| COINSURANCE | $0.00 | $0.00 | $0.00 | $0.00 |
| NET MSP PAYMENTS | $0.00 | $0.00 | $0.00 | $0.00 |
| PRE-SEQUESTRATION DEMO REDUCTION | $0.00 | $0.00 | $0.00 | $0.00 |
| SEQUESTRATION | $57,510.94 | $40,069.92 | $0.00 | $0.00 |
| POST-SEQUESTRATION DEMO REDUCTION | $0.00 | $0.00 | $0.00 | $0.00 |
| MSP PASS THRU RECONCILIATION | $0.00 | $0.00 | $0.00 | $0.00 |
| OTHER ADJUSTMENTS | $9,010,718.72 | $6,315,636.01 | $0.00 | $0.00 |
| NET REIMBURSEMENT | **$2,818,016.33** | **$1,963,410.62** | **$0.00** | **$0.00** |

## ADDITIONAL INFORMATION SECTION

| | | | | |
|---|---|---|---|---|
| CALCULATED NET REIMB FOR PIP | $0.00 | $0.00 | $0.00 | $0.00 |
| PIP PAYMENTS DUE TO ADD-ONS | $0.00 | $0.00 | $0.00 | $0.00 |
| PIP IMPACTS DUE TO RAC | $0.00 | $0.00 | $0.00 | $0.00 |
| ACTUAL CLAIM PAYMENTS FOR PIP | $0.00 | $0.00 | $0.00 | $0.00 |
| CLAIM INTEREST PAYMENTS | $5.94 | $1.57 | $0.00 | $0.00 |
| IRF PENALTY AMOUNT | $0.00 | $0.00 | $0.00 | $0.00 |
| LTCH SHORT STAY OUTLIER PAYMENTS | $0.00 | $0.00 | $0.00 | $0.00 |
| CAP FED-SPECIFIC @ 100% | $545,116.27 | $379,801.69 | $0.00 | $0.00 |
| CAP OUTLIER @ 100% | $0.00 | $0.00 | $0.00 | $0.00 |
| DISCHARGES | 638 | 466 | 0 | 0 |
| DRG/CMG WEIGHT | 1,150.3140 | 796.7576 | 0.0000 | 0.0000 |
| WEIGHT/DISCHARGES | 1.8030 | 1.7098 | 0.0000 | 0.0000 |
| DISCHARGE FRACTION | 624.1175 | 458.7262 | 0 | 0 |
| DRG WEIGHT FRACTION | 1,120.5545 | 780.7293 | 0.0000 | 0.0000 |

# PROVIDER  STATISTICAL  AND  REIMBURSEMENT  SYSTEM

**Program ID:** REDESIGN

**Paid Dates:** 08/01/07  THRU  06/28/19

**Report Run Date:** 06/27/19

**Provider FYE:** 12/31

**Provider Number:** 390290  Hahnemann University Hospital

**PROVIDER SUMMARY REPORT**

**INPATIENT – PART A MANAGED CARE**

**Page:** 6

**Report #:** OD44203

**Report Type:** 118

| | SERVICES FOR PERIOD 01/01/19 - 03/31/19 | SERVICES FOR PERIOD 04/01/19 - 06/30/19 | SERVICES FOR PERIOD 07/01/19 - 09/30/19 | SERVICES FOR PERIOD 10/01/19 - 12/31/19 |
|---|---|---|---|---|
| DRG WEIGHT FRACTION/DISCHARGES | 1.7564 | 1.6754 | 0.0000 | 0.0000 |
| PPS PAYMENTS | $0.00 | $0.00 | $0.00 | $0.00 |
| FULL STANDARD PAYMENT | $0.00 | $0.00 | $0.00 | $0.00 |
| SSO STANDARD PAYMENT | $0.00 | $0.00 | $0.00 | $0.00 |
| SITE NEUTRAL PAYMENT – COST | $0.00 | $0.00 | $0.00 | $0.00 |
| SITE NEUTRAL PAYMENT – IPPS | $0.00 | $0.00 | $0.00 | $0.00 |
| SITE NEUTRAL DISCHARGES | 0 | 0 | 0 | 0 |
| SITE NEUTRAL DAYS | 0 | 0 | 0 | 0 |

**Provider Audit and Reimbursement**
**532 Riverside Avenue**
**Jacksonville, FL 32202**

~

Greg Shannon
Hahnemann University Hospital
1500 Market Street
24th Floor West Tower
Philadelphia, PA 19102





**Provider Audit and Reimbursement**
**532 Riverside Avenue**
**Jacksonville, FL 32202**

July 30, 2019

Greg Shannon
Hahnemann University Hospital
1500 Market Street
24th Floor West Tower
Philadelphia, PA 19102

INITIAL REQUEST - CERTIFIED MAIL

| | |
|---|---|
| Regarding: | Medicare Tentative Settlement |
| Provider Name: | Hahnemann University Hospital |
| Provider Number: | 390290 |
| Subunit Numbers: | 39S290 |
| Fiscal Period: | 01/12/2018 - 12/31/2018 |
| Acceptance Date: | 06/21/2019 |
| NPI Number: | 1437662384 |

Dear Greg Shannon:

On 06/21/2019, we accepted your cost report for the fiscal year ending 12/31/2018.  We have completed a preliminary review of this cost report and have determined that the Hahnemann University Hospital has been overpaid $61,018.00 for this fiscal year.

The results of this review indicate a tentative settlement amount due the program, as detailed in the attached documents.  This cost report will be reviewed by the audit staff in the future for a final determination.

If you have any questions related to the collection of these payments, please contact by email at PRTASTM_00400@novitas-solutions.com.

**Extended Repayment Request:**

You may be eligible for a repayment plan (refer to novitas-solutions.com for details and forms.) Please contact us at 855-252-8782 by 08/09/2019, if you would like to receive a package by mail.  Any repayment plan (where one is approved) would commence on the approval date.

**For Debtors That Share a Tax Identification Numbers:**

Section 1866(j)(6) of the Social Security Act authorizes the Secretary of Health and Human Services (the Secretary) to make any necessary adjustments to the payments of an applicable provider or supplier who shares a TIN with an obligated provider or supplier, one that has an outstanding Medicare overpayment. The Secretary is authorized to adjust the payments of such a provider or supplier regardless of whether it has been assigned a different billing number or National Provider Identification Number (NPI) from that of the provider or supplier with the outstanding Medicare overpayment.

**Because  You Have Filed a Bankruptcy Petition:**

Because you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. We will coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice so as to assure that we handle your situation properly.

If you have questions related to this determination, please contact **me** at  **214-273-7032** or **June.Hansen@novitas-solutions.com**.

Sincerely,

*June Hansen*
June Hansen
PARD Manager
Provider Audit & Reimbursement

Enclosure:                          Tentative Settlement Attachment

| **Determination Date** | See Letter |
| **Provider Name** | Hahnemann University Hospital |
| **Provider Number** | 390290 |
| **Fiscal Year End** | 12/31/2018 |
| **PS & R Run Date** | 07/15/2019 |
| **PS & R Paid Thru Date** | 07/16/2019 |

| Provider No. | Part A | Part B | Total | Template Type |
|---|---|---|---|---|
| 390290 | -3,872,588.00 | 3,811,554.00 | -61,034.00 | PPS Hospital |
| 39S290 | 16.00 | 0 | 16.00 | PSYCH |
| **TOTAL** | **-3,872,572.00** | **3,811,554.00** | **-61,018.00** | |

# HOSPITAL CHECK IN TEMPLATE PART A

| | | | |
|---|---|---|---|
| **Provider Name :** | **Hahnemann University Hospital** | | |
| **Provider No** | **390290** | | |
| **Component CCN :** | **390290** | | |
| **Fiscal Period From** | **01/12/2018** | **To** | **12/31/2018** |

**Hospital**
**Worksheet E, Part A**
**Page 2 of 9**

## CALCULATION OF REIMBURSEMENT SETTLEMENT - PART A

| Line | PY AS Filed | PY Settled | Ratio | CY As filed | T/S Estimate |
|---|---|---|---|---|---|
| | 12/31/2015 | 12/31/2015 | | | |
| 1 DRG Amounts Other than Outlier Payments | | | | | 0 |
| 1.01 DRG amounts other than outlier payments for discharges occurring prior to October 1 | | | | | 26,704,215.00 |
| 1.02 DRG amounts other than outlier payments for discharges occurring on or after October 1 | | | | | 8,730,703.00 |
| 1.03 DRG amounts other than outlier payments for discharges occurring prior to October 1-Model 4 | | | | | 0 |
| 1.04 DRG amounts other than outlier payments for discharges occurring on or after October 1-Model 4 | | | | | 0 |
| 2 Outlier payments(discharges) | | | | | 2,206,580.00 |
| 2.01 Outlier reconciliation amount | 0 | 0 | 1.0000 | 0 | 0 |
| 2.02 Outlier payments for discharges-Model 4 | | | | | 0 |
| 22 IME payment adjustment | 14,747,997.00 | 14,814,223.00 | 1.0000 | 15,172,626.00 | 15,172,626.00 |
| 28 IME add-on adjustment amount | 0 | 0 | 1.0000 | 0 | 0 |
| **29 Total IME payment** | | | | | **15,172,626.00** |
| **29.01 Total IME payment - Managed Care** | | | | **10,654,641.00** | **10,654,641.00** |
| 34 Disproportionate share adj | | | | | 3,659,541.00 |
| **35Total uncompensated care amount (Col 1)** | | | | | |
| 35.01 Factor 3 (Col 1) | | | | | |
| 35.02 Hospital uncompensated care  payment (Col 1) | | | | | |
| 35.03 Pro rata share of the hospital uncompensated care payment amount (Col 1) | | | | 3,919,288.00 | 3,919,288.00 |
| **35    Total uncompensated care amount (Col 2)** | | | | | |
| 35.01 Factor 3 (Col 2) | | | | | |
| 35.02 Hospital uncompensated care  payment (Col 2) | | | | | |
| 35.03 Pro rata share of the hospital uncompensated care payment amount (Col 2) | | | | 1,185,978.00 | 1,185,978.00 |
| **36  Total uncompensated care (sum of columns 1 and 2 on line 35.03)** | | | | | **$    5,105,266.00** |
| 46    Additional Payment | 283,592.00 | 283,592.00 | 1.00 | 0 | 0 |
| **47    Subtotal** | | | | | **72,233,572.00** |
| 48    Hospital specific payments | | | | | 0 |
| **49    Total payments for inpatient operating costs** | | | | | **72,233,572.00** |
| 50    Payment for inpatient program capital | | | | | 4,809,003.00 |
| 51    Exception payment for inpatient program capital | 0 | 0 | 1.0000 | 0 | 0 |
| 52    Direct graduate medical education payment | 12,960,041.00 | 12,963,934.00 | 1.0000 | 13,080,508.00 | 13,080,508.00 |
| 53    Nursing and Allied Health Managed Care payment | 2,744.00 | 1,645.00 | .5995 | 39,993.00 | 23,976.00 |
| 54    Special add-on payments for new technologies | | | | | 0 |
| 55    Net organ acquisition cost | 4,486,434.00 | 4,505,246.00 | 1.0000 | 3,006,205.00 | 3,006,205.00 |
| 56    Cost of teaching physicians | 0 | 0 | 1.0000 | 0 | 0 |
| 57    Routine service other pass through costs | 0 | 0 | 1.0000 | 0 | 0 |
| 58    Ancillary service other pass through costs | 37,572.00 | 37,816.00 | 1.0000 | 53,246.00 | 53,246.00 |
| **59    Subtotal** | | | | | **93,206,510.00** |
| 60    Primary payer payment | | | | | 145,490.00 |

# HOSPITAL CHECK IN TEMPLATE PART A

| | | | | |
|---|---|---|---|---|
| **Provider Name :** | **Hahnemann University Hospital** | | | |
| **Provider No** | **390290** | | | |
| **Component CCN :** | **390290** | | | **Hospital** |
| **Fiscal Period From** | **01/12/2018** | **To** | **12/31/2018** | **Worksheet E, Part A** |
| | | | | **Page 3 of   9** |

| | | | | | |
|---|---|---|---|---|---|
| 61 Total amount payable for program beneficiaries | | | | | 93,061,020.00 |
| 62 Deductible billed to program beneficiaries | | | | | 2,718,668.00 |
| 63 Coinsurance billed to program beneficiaries | | | | | 567,365.00 |
| 65 Adjusted reimbursable bad debts | 830,667.00 | 830,667.00 | 1.0000 | 754,057.00 | 754,057.00 |
| 67 **Subtotal** | | | | $ | 90,529,044.00 |
| 70 OTHER ADJUSTMENTS | | | | | 0 |
| 70.93 HVBP incentive payment | | | | | -125,430.00 |
| 70.94 Hospital readmissions reduction adjustment | | | | | -154,322.00 |
| 70.95 Recovery of Accelerated Depreciation | 0 | 0 | 1.0000 | 0 | 0 |
| 70.96 Low volume adjustment for federal fiscal year | | | | | 0 |
| 70.97 Low volume adj for federal fiscal year (yyyy) | | | | | |
| 70.98 Low Volume Payment-3 | | | | | |
| 71 HAC adjustment amount | | | | | 0 |
| **71.01 Amounts due provider** | | | | | 90,249,292.00 |
| Sequestration adjustment | | | | | 1,804,986.00 |
| **Amounts Due After Sequestration** | | | | | 88,444,306.00 |
| 72 Interim payments | | | | | 93,258,031.00 |
| 74 **Sub Total** | | | | -941,137.00 | -4,813,725.00 |
| Tentative Settlement Payment(s) | | | | | 0 |
| **Net Overpayment Adj (if total settlement<$0, enter bal due prgm/provider)** | | | | | -941,137.00 |
| **Balance Due Provider/(Program)** | | | | $ | -3,872,588.00 |

## PS&R INFORMATION

| | Report 110 | Report D01 | Report D02 | Total |
|---|---|---|---|---|
| Operating-Federal Specific before 10/1 | 26,704,214.58 | 0 | 0 | 26,704,215.00 |
| Operating-Federal Specific on/after 10/1 | 8,730,702.75 | 0 | 0 | 8,730,703.00 |
| Operating-Outlier | 2,206,579.76 | 0 | 0 | 2,206,580.00 |
| Operating-New Technology | 0 | | 0 | 0 |
| Operating-Low Volume | 0 | | 0 | 0 |
| Operating-Hospital Readmission Adj | -154,321.64 | | 0 | -154,322.00 |
| Operating-Value Based Purchasing Adj | -125,430.20 | | 0 | -125,430.00 |
| Capital-Federal Specific | 2,884,184.66 | 0 | 0 | 2,884,185.00 |
| Capital-Outlier | 17,178.29 | 0 | 0 | 17,178.00 |
| Capital-Total Capital Payments | | 0 | | |
| Payment-HAC Reduction | 0 | | 0 | 0 |
| Payment-Cash Deductible | 2,718,668.00 | | 0 | 2,718,668.00 |
| Payment-Blood Deductible | 0 | | 0 | 0 |
| Payment-Coinsurance | 567,365.00 | | 0 | 567,365.00 |
| Payment-Net MSP Payments | 185,074.37 | | 0 | 185,074.00 |
| Payment-MSP Pass Thru Reconciliation | -39,584.25 | | 0 | -39,584.00 |
| Payment-Other Adjustments | 0 | | 0 | 0 |

## HOSPITAL CHECK IN TEMPLATE PART A

| | | |
|---|---|---|
| **Provider Name :** | **Hahnemann University Hospital** | |
| **Provider No** | **390290** | |
| **Component CCN :** | **390290** | |
| **Fiscal Period From** | **01/12/2018**    To    **12/31/2018** | **Hospital**<br>**Worksheet E, Part A**<br>**Page 4 of   9** |

| | PS&R | | W/S L Part I | |
|---|---|---|---|---|
| | **Cap-Fed Spec** | **Cap-Outlier** | **Line 6-IME** | **Line 11-DSH** |
| | 2,884,185.00 | 17,178.00 | 1,515,415.00 | 392,225.00 |

**PAYMENT INFORMATION**

| | |
|---|---|
| Interim Payments | 60,743,262.20 |
| Interim Payments-Model 4 | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| Interim Payments-Model 1 | 0 |
| | 10,134,164.00 |
| Biweekly Payments | 21,026,535.00 |
| Lump Sum Payments | 1,354,070.00 |
| **Total Interim Payments** | $   **93,258,031.00** |
| PIP Provider? | N |

Note :
Prepared : OMNI

## HOSPITAL CHECK IN TEMPLATE PART B

| | | | | |
|---|---|---|---|---|
| **Provider Name :** | **Hahnemann University Hospital** | | | |
| **Provider No** | **390290** | | | |
| **Component CCN :** | **390290** | | **Hospital** | |
| **Fiscal Period From** | **01/12/2018** | **To** | **12/31/2018** | **Worksheet E, Part B**<br>**Page 5 of   9** |

### CALCULATION OF REIMBURSEMENT SETTLEMENT - PART B

| | PY AS Filed | PY Settled | Ratio | CY As filed | T/S Estimate |
|---|---|---|---|---|---|
| | 12/31/2015 | 12/31/2015 | | | |
| 1  Medical and other services | 36,718.00 | 40,291.00 | 1.0000 | 20,090.00 | 20,090.00 |
| 2  Medical and other services reimbursed under OPPS (Col 1+Col 1.01) | 15,557,644.00 | 15,724,316.00 | 1.0000 | 16,395,985.00 | 16,395,985.00 |
| 3  PPS payments | | | | | 12,626,852.00 |
| 4  Outlier payment | | | | | 219,133.00 |
| 8  Transitional corridor payments (Col 1+Col 1.01) | | | | | 0 |
| 9  Ancillary service other pass thru cost | 6,995.00 | 7,070.00 | 1.0000 | 9,810.00 | 9,810.00 |
| 10  Organ acquisitions | 0 | 0 | 1.0000 | 0 | 0 |
| 14  Total reasonable charges | | | | | 143,260.00 |
| 21  Lesser of cost or charges | 36,718.00 | 40,291.00 | 1.0000 | 20,090.00 | 20,090.00 |
| 22  Intern and residents | 0 | 0 | 1.0000 | 0 | 0 |
| 23  Cost of teaching physicians | 0 | 0 | 1.0000 | 0 | 0 |
| **24  Total prospective payment** | | | | | **12,855,795.00** |
| 25  Deductible and coinsurance | | | | | 3,201.00 |
| 26  Deductible and coinsurance relating to amount on line 24 | | | | | 2,232,464.00 |
| **27  Subtotal** | | | | | **10,640,220.00** |
| 28  Direct graduate medical education cost | 2,970,564.00 | 2,990,185.00 | 1.0000 | 3,419,244.00 | 3,419,244.00 |
| 29  ESRD direct medical education cost | 0 | 0 | 1.0000 | 0 | 0 |
| 31  Primary payer payments | | | | | 5,303.00 |
| **32  Subtotal** | | | | | **14,054,161.00** |
| 33  Composite rate ESRD | 0 | 0 | 1.0000 | 0 | 0 |
| 34  Allowable bad debt | 919,001.00 | 919,001.00 | 1.0000 | 751,313.00 | 751,313.00 |
| 35  Adjusted reimbursable bad debts | 597,351.00 | 597,351.00 | 1.0000 | 488,353.00 | 488,353.00 |
| **37  Subtotal** | | | | | **14,542,514.00** |
| 38  MSP-LCC reconciliation amount from PS&R | | | | | 0 |
| 39  OTHER ADJUSTMENTS | | | | | 0 |
| 39.98  Partial or full credits received from manufacturers for replaced devices | | | | | |
| 39.99  RECOVERY OF ACCELERATED DEPRECIATION | 0 | 0 | 1.0000 | 0 | 0 |
| **40  Subtotal** | | | | | **14,542,514.00** |
| 40.01  Sequestration adjustment | | | | | 290,850.00 |
| **Amounts Due After Sequestration** | | | | | **14,251,664.00** |
| 41  Interim payments | | | | | 10,408,555.00 |
| **43  Balance due provider/program** | | | | 31,555.00 | **3,843,109.00** |
| Tentative Settlement Payments | | | | | 0 |
| Net Overpayment Adj (if total settlement<$0, enter bal due prgm/provider) | | | | | 31,555.00 |
| **Balance Due Provider/(Program)** | | | | 31,555.00 | $     **3,811,554.00** |

## HOSPITAL CHECK IN TEMPLATE PART B

| | | | |
|---|---|---|---|
| **Provider Name :** | **Hahnemann University Hospital** | | |
| **Provider No** | **390290** | | |
| **Component CCN :** | **390290** | | **Hospital** |
| **Fiscal Period From** | **01/12/2018** | **To    12/31/2018** | **Worksheet E, Part B** |
| | | | **Page 6 of   9** |

### PAYMENT INFORMATION

| | |
|---|---:|
| Interim Payments | 6.42 |
| Interim Payments | 10,372.98 |
| Interim Payments | 641.92 |
| Interim Payments | 1,474.68 |
| Interim Payments | 0 |
| Interim Payments | 448,030.60 |
| Interim Payments | 9,947,825.14 |
| Interim Payments | 203.38 |
| Biweekly Payments | 0 |
| Lump Sum Payments | 0 |
| TOPs Payments | 0 |
| **Total Interim Payments** | **$    10,408,555.00** |

### PS&R INFORMATION

| REPORT | 120 | 122 | 130 | 132 |
|---|---:|---:|---:|---:|
| Charge-Total Covered Charges | 39.63 | 71,552.49 | 16,080.00 | 55,587.75 |
| Payment-Cash Deductible | 0 | 0 | 0 | 0 |
| Payment-Blood Deductible | 0 | 0 | 0 | 0 |
| Payment-Coinsurance | 0 | 0 | 3,201.22 | 0 |
| Payment-Net MSP Payments | 0 | 0 | 0 | 0 |
| Payment-MSP Pass Thru Reconciliation | 0 | 0 | 0 | 0 |
| Payment-Other Adjustments | 0 | 0 | 0 | 0 |

| | 140 | 12P | 13P | 14P | Total |
|---|---:|---:|---:|---:|---:|
| Charge-Total Covered Charges | 0 | | | | 143,260.00 |
| Reimbursement-Gross APC Payment | | 538,305.88 | 12,088,287.00 | 259.41 | 12,626,852.00 |
| Reimbursement-Outlier | | 4,809.09 | 214,324.40 | 0 | 219,133.00 |
| Payment-Cash Deductible | 0 | | 43,395.94 | 0 | |
| Payment-Blood Deductible | 0 | 0 | 0 | 0 | |
| Payment-Coinsurance | 0 | 85,940.52 | 2,103,075.76 | 51.88 | |
| Payment-Net MSP Payments | 0 | 0 | 5,302.61 | 0 | 5,303.00 |
| Payment-MSP Pass Thru Reconciliation | 0 | 0 | 0 | 0 | 0 |
| Payment-Other Adjustments | 0 | 0 | 0 | 0 | 0 |

Note :
Prepared : OMNI

# IPF TS Template

| | |
|---|---|
| **Provider Name :** | **Hahnemann University Hospital** |
| **Provider CCN :** | **390290** |
| **Component CCN :** | **39S290** |
| **Fiscal Period From :** | **01/12/2018**　　**To :**　**12/31/2018** |
| **Title XVIII** | **Hospital**<br>**Worksheet E-3, Part III**<br>**Page 7 of　9** |

## CALCULATION OF REIMBURSEMENT SETTLEMENT

### PART II - MEDICARE PART A SERVICES - IPF PPS

1 Net Federal IPF PPS Payments (excluding outlier, ECT, and medical education payments) .............................................. 796,404.43

2 Net IPF PPS Outlier Payments .............................................. 0

3 Net IPF PPS ECT Payments .............................................. 0

| | PY AS Filed | PY NPR | Application of PY | CY As filed | |
|---|---|---|---|---|---|
| | 12/31/2015 | 12/31/2015 | | | |
| 10 Medical Education Adjustment Factor (((1 + (line 8/line 9)) raised to the power of .5150 -1}. | .151101 | .151484 | 1.002500 | .142680 | .142700 |
| 11 Medical Education Adjustment (line 1 multiplied by line 10). | | | | | 113,646.91 |
| 12 Adjusted  Net IPF PPS Payments (sum of lines 1, 2, 3 and 11) | | | | | 910,051.34 |
| 13 Nursing and Allied Health Managed Care payment | 0 | 0 | 0 | 0 | 0 |
| 14 Organ acquisition | 0 | 0 | 0 | 0 | 0 |
| 15 Cost of teaching physicians (from Worksheet D-5, Part II, column 3, line 20) | 0 | 0 | 0 | 0 | 0 |
| Net MSP Payments | | | | | 0 |
| MSP Pass Thru Reconciliation | | | | | 0 |
| 17 Other Adjustments | | | | | 0 |
| 19 Cash Deductibles | | | | | 61,640.00 |
| 19 Blood Deductibles | | | | | 0 |
| 21 Coinsurance | | | | | 50,585.00 |
| 23 Adjusted reimbursable bad debts | 39,265.00 | 39,265.00 | 1.0000 | 8,189.00 | 8,189.00 |
| 27 Direct graduate medical education payments (from Worksheet E-4, line 49) | 0 | 0 | 0 | 0 | 0 |
| 28 Other pass through costs | 191.00 | 191.00 | 1.0000 | 278.00 | 278.00 |
| 30 OTHER ADJUSTMENTS | 0 | 0 | 0 | 0 | |
| **31 Total amount payable to the provider** | | | | | **806,293.34** |
| 32 Sequestration Amount | | | | | 16,125.87 |
| 32 Lump Sums | | | | | 0 |
| 32 Biweekly Payments | | | | | 0 |
| 32 Interim payments | | | | | 777,327.18 |
| **34 Balance due provider/program (line 31 minus the sum lines 32 and 33)** | | | | | **12,840.00** |
| Subsequent Payments | | | | | 12,824.00 |
| **Balance due net of subsequent payments** | | | | | **$　　16.00** |

Conclusion :　Balance due Provider / Program
Prepared : OMNI

## HOSPITAL CHECK IN TEMPLATE PART B

| Provider Name : | **Hahnemann University Hospital** | | |
|---|---|---|---|
| **Provider No** | **390290** | | |
| **Component CCN :** | **39S290** | | **Hospital** |
| **Fiscal Period From** | **01/12/2018** | **To    12/31/2018** | **Worksheet E, Part B** |
| | | | **Page 8 of   9** |

### CALCULATION OF REIMBURSEMENT SETTLEMENT - PART B

| | PY AS Filed | PY Settled | Ratio | CY As filed | T/S Estimate |
|---|---|---|---|---|---|
| | 12/31/2015 | 12/31/2015 | | | |
| 1  Medical and other services | 0 | 505.00 | 1.0000 | 246.00 | 246.00 |
| 2  Medical and other services reimbursed under OPPS (Col 1+Col 1.01) | 0 | 295.00 | 1.0000 | 628.00 | 628.00 |
| 3  PPS payments | | | | | 714.00 |
| 4  Outlier payment | | | | | 0 |
| 8  Transitional corridor payments (Col 1+Col 1.01) | | | | | 0 |
| 9  Ancillary service other pass thru cost | 0 | 0 | 1.0000 | 1.00 | 1.00 |
| 10  Organ acquisitions | 0 | 0 | 1.0000 | 0 | 0 |
| 14  Total reasonable charges | | | | | 1,395.00 |
| 21  Lesser of cost or charges | 0 | 505.00 | 1.0000 | 246.00 | 246.00 |
| 22  Intern and residents | 0 | 0 | 1.0000 | 0 | 0 |
| 23  Cost of teaching physicians | 0 | 0 | 1.0000 | 0 | 0 |
| **24  Total prospective payment** | | | | | **715.00** |
| 25  Deductible and coinsurance | | | | | 0 |
| 26  Deductible and coinsurance relating to amount on line 24 | | | | | 50.00 |
| **27  Subtotal** | | | | | **911.00** |
| 28  Direct graduate medical education cost | 0 | 0 | 1.0000 | 0 | 0 |
| 29  ESRD direct medical education cost | 0 | 0 | 1.0000 | 0 | 0 |
| 31  Primary payer payments | | | | | 0 |
| **32  Subtotal** | | | | | **911.00** |
| 33  Composite rate ESRD | 0 | 0 | 1.0000 | 0 | 0 |
| 34  Allowable bad debt | 0 | 0 | 1.0000 | 0 | 0 |
| 35  Adjusted reimbursable bad debts | 0 | 0 | 1.0000 | 0 | 0 |
| **37  Subtotal** | | | | | **911.00** |
| 38  MSP-LCC reconciliation amount from PS&R | | | | | 0 |
| 39  OTHER ADJUSTMENTS | | | | | 0 |
| 39.98  Partial or full credits received from manufacturers for replaced devices | | | | | |
| 39.99  RECOVERY OF ACCELERATED DEPRECIATION | 0 | 0 | 1.0000 | 0 | 0 |
| **40  Subtotal** | | | | | **911.00** |
| 40.01  Sequestration adjustment | | | | | 18.00 |
| **Amounts Due After Sequestration** | | | | | **893.00** |
| 41  Interim payments | | | | | 883.00 |
| **43  Balance due provider/program** | | | | 10.00 | **10.00** |
| Tentative Settlement Payments | | | | | 0 |
| Net Overpayment Adj (if total settlement<$0, enter bal due prgm/provider) | | | | | 10.00 |
| **Balance Due Provider/(Program)** | | | | 10.00 | **0** |

# HOSPITAL CHECK IN TEMPLATE PART B

| | | | |
|---|---|---|---|
| **Provider Name :** | **Hahnemann University Hospital** | | |
| **Provider No** | **390290** | | |
| **Component CCN :** | **39S290** | | |
| **Fiscal Period From** | **01/12/2018** | **To** | **12/31/2018** |

**Hospital**
**Worksheet E, Part B**
**Page 9 of   9**

## PAYMENT INFORMATION

| | |
|---|---:|
| Interim Payments | 0 |
| Interim Payments | 232.32 |
| Interim Payments | 0 |
| Interim Payments | 0 |
| Interim Payments | 0 |
| Interim Payments | 651.10 |
| Interim Payments | 0 |
| Interim Payments | 0 |
| Biweekly Payments | 0 |
| Lump Sum Payments | 0 |
| TOPs Payments | 0 |
| **Total Interim Payments** | **$        883.00** |

## PS&R INFORMATION

| REPORT | 120 | 122 | 130 | 132 | |
|---|---:|---:|---:|---:|---:|
| Charge-Total Covered Charges | 0 | 1,394.64 | 0 | 0 | |
| Payment-Cash Deductible | 0 | 0 | 0 | 0 | |
| Payment-Blood Deductible | 0 | 0 | 0 | 0 | |
| Payment-Coinsurance | 0 | 0 | 0 | 0 | |
| Payment-Net MSP Payments | 0 | 0 | 0 | 0 | |
| Payment-MSP Pass Thru Reconciliation | 0 | 0 | 0 | 0 | |
| Payment-Other Adjustments | 0 | 0 | 0 | 0 | |
| | **140** | **12P** | **13P** | **14P** | **Total** |
| Charge-Total Covered Charges | 0 | | | | 1,395.00 |
| Reimbursement-Gross APC Payment | | 714.00 | 0 | 0 | 714.00 |
| Reimbursement-Outlier | | 0 | 0 | 0 | 0 |
| Payment-Cash Deductible | 0 | 0 | 0 | 0 | |
| Payment-Blood Deductible | 0 | 0 | 0 | 0 | |
| Payment-Coinsurance | 0 | 49.58 | 0 | 0 | |
| Payment-Net MSP Payments | 0 | 0 | 0 | 0 | 0 |
| Payment-MSP Pass Thru Reconciliation | 0 | 0 | 0 | 0 | 0 |
| Payment-Other Adjustments | 0 | 0 | 0 | 0 | 0 |

Note :
Prepared : OMNI