IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on January 10, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Approving Eighteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1311]**

Dated: January 14, 2020

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 14th day of January, 2020, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

| | | |
|---|---|---|
| JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM |
| MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM |
| RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM |

| | | |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM |

Parties Served:  114

# **EXHIBIT B**

| | | |
|---|---|---|
| ACADEMY NATURAL SCIENCE<br>1900 BENJAMIN FRANKLIN PWKY<br>PHILADELPHIA, PA 19103 | ACADEMY OF NATURAL SCIENCES CORP<br>ATTN: NICOLE SIGDA<br>1900 BEN FRANKLIN PKWY<br>PHILADELPHIA, PA 19103 | ADVISORY BOARD CO<br>2445 M ST NW<br>WASHINGTON, DC 20037 |
| ADVISORY BOARD CO, THE<br>P.O. BOX 79461<br>BALTIMORE, MD 21279-0461 | BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 |
| CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 | COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | CRUSE DESIGN LLC<br>THERESE CRUSE<br>P.O. BOX 34167<br>PHILADELPHIA, PA 19101 |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 | MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 |
| MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | OTIS ELEVATOR CO<br>P.O. BOX 13716<br>NEWARK, NJ 07188-0716 |
| OTIS ELEVATOR CO<br>P.O. BOX 905454<br>CHARLOTTE, NC 28290-5454 | OTIS ELEVATOR COMPANY<br>30 TWOSOME DR, STE 4<br>MOORESTOWN, NJ 08057 | OTIS ELEVATOR COMPANY<br>C/O CREDIT & COLLECTIONS - TREASURY SERVICE<br>ATTN: LANETTE NORTH<br>5500 VILLAGE BLVD<br>WEST PALM BEACH, FL 33407 |
| OTIS ELEVATOR COMPANY<br>P.O. BOX 13716<br>NEWARK, NJ 07188-0716 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 |
| PHILLIES INC<br>CITIZENS BANK PARK<br>ONE CITIZENS BANK WAY<br>PHILADELPHIA, PA 19148 | SPECIALTYCARE IOM SERVICES, LLC<br>ATTN: PRESIDENT, IOM SERVICES<br>3 MARYLAND FARMS<br>STE 200<br>BRENTWOOD, TN 37027 | SPECIALTYCARE IOM SERVICES, LLC<br>DEPARTMENT 1614<br>P.O. BOX 11407<br>BIRMINGHAM, AL 35246-1614 |
| SPOK<br>P.O. BOX 660324<br>DALLAS, TX 75266-0324 | SPOK, INC<br>6850 VERSAR CENTER, STE 420<br>SPRINGFIELD, VA 22151 | SPOK, INC<br>6850 VERSAR CTR, STE 420<br>SPRINGFIELD, VA 22151 |

| | | |
|---|---|---|
| SPOK, INC<br>ATTN: MICHELLE WOLFE<br>6850 VERSAR CENTER, STE 420<br>SPRINGFIELD, VA 22151 | SPOK, INC<br>ATTN: MICHELLE WOLFE<br>6850 VERSAR CENTER, SUITE 420<br>SPRINGFIELD, VA 22151 | SPOK, INC<br>P.O. BOX 204155<br>DALLAS, TX 75320 |
| ST CHRISTOPHERS FOUND FOR CHILD<br>1800 JFK BLVD, STE 300<br>PHILADELPHIA, PA 19103 | ST. CHRISTOPHER'S HEALTHCARE, LLC<br>ATTN: LEGAL DEPT<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 | ST. CHRISTOPHER'S HEALTHCARE, LLC<br>C/O EILEEN KEEFE, ESQ.<br>1601 CHERRY ST, STE 1350<br>PHILADELPHIA, PA 19102 |
| ST. CHRISTOPHER'S FOUNDATION FOR CHILDREN<br>1800 JFK BLVD, STE 210<br>PHILADELPHIA, PA 19103 | ST. CHRISTOPHER'S FOUNDATION FOR CHILDREN<br>ATTN: PRESIDENT<br>1800 JFK BLVD, STE 210<br>PHILADELPHIA, PA 19103 | ST. CHRISTOPHER'S HEALTHCARE<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |
| ST. CHRISTOPHER'S HEALTHCARE, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 | ST. CHRISTOPHER'S HEALTHCARE, LLC<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 | ST. CHRISTOPHER'S HEALTHCARE, LLC<br>ATTN: CEO<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| ST. CHRISTOPHER'S HEALTHCARE, LLC<br>ATTN: CEO<br>160 EAST ERIE AVE<br>PHILADELPHIA, PA 19134 | ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN NURSE<br>PENNSYLVANIA ASSOCIATION OF STAFF NURSES AND<br>1 FAYETTE ST, STE 475<br>CONSHOHOCKEN, PA 19428 | ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CE<br>500 OLD YORK RD, STE 250<br>JENKINTOWN, PA 19046 |
| ST. ELIZABETH NORTH PHILADELPHIA HEADSTART<br>ATTN: DIR<br>1800 N 23RD ST<br>PHILADELPHIA, PA 19121 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 | STRYKER FLEX FINANCIAL<br>4100 E MILHAM<br>KALAMAZOO, MI 49001 |
| STRYKER SALES CORPORATION<br>3800 E CENTRE AVE<br>PORTAGE, MI 49002 | STRYKER SALES CORPORATION<br>DBA STRYKER COMMUNICATIONS<br>1950 HANAHAN RD<br>CHARLESTON, SC 29406 | STRYKER SALES CORPORATION<br>DBA STRYKER CRANIOMAXILLOFACIAL<br>21343 NETWORK PL<br>CHICAGO, IL 60673-1213 |
| STRYKER SALES CORPORATION<br>DBA STRYKER FLEX FINANCIAL<br>25652 NETWORK PL<br>CHICAGO, IL 60673-1256 | STRYKER SALES CORPORATION<br>DBA STRYKER INSTRUMENTS<br>P.O. BOX 70119<br>CHICAGO, IL 60673-0119 | STRYKER SALES CORPORATION<br>DBA STRYKER NEUROVASCULAR<br>26046 NETWORK PL<br>CHICAGO, IL 60678-3000 |
| SUZANNE M. TOUCH, M.D.<br>ADDRESS REDACTED | SUZANNE TOUCH<br>ADDRESS REDACTED | SYSMEX AMERICA, INC<br>577 APTAKISIC RD<br>LINCOLNSHIRE, IL 60069-4325 |
| SYSTEMATECH TECHNICAL MANAGEMENT SERVICES,<br>DBA INDEMAND INTERPRETING<br>555 ANDOVER PARK W, STE 201<br>TUKWILA, WA 98188 | SYSTEMATECH TECHNICAL MANAGEMENT SERVICES,<br>DBA INDEMAND INTERPRETING<br>555 ANDOVER PARK WEST, STE 201<br>TUKWILA, WA 98188 | T. CRUSE DESIGN<br>ATTN: THERESE CRUSE<br>P.O. BOX 1736<br>PHILADELPHIA, PA 19105 |
| TAB SERVICE COMPANY<br>310 S RACINE AVE<br>CHICAGO, IL 60607 | TAB SERVICE COMPANY<br>310 S RACINE AVE, 6TH FL, STE 6S<br>CHICAGO, IL 60607 | TELEFLEX MEDICAL<br>P.O. BOX 601608<br>CHARLOTTE, NC 28260-1608 |

| | | |
|---|---|---|
| TELEFLEX MEDICAL INC<br>3015 CARRINGTON MILL BLVD<br>MORRISVILLE, NC 27560 | TELEFLEX MEDICAL INC<br>ATTN: CHRISTOPHER L. LYNCH<br>3015 CARRINGTON MILL BLVD, STE 300<br>MORRISVILLE, NC 27560-8871 | TELEFLEX MEDICAL INC<br>ATTN: CHRISTOPHER L. LYNCH<br>P.O. BOX 601608<br>CHARLOTTE, NC 28260 |
| TELEFLEX MEDICAL INC<br>P.O. BOX 601608<br>CHARLOTTE, NC 28260 | TELEFLEX MEDICAL INC<br>P.O. BOX 601608<br>CHARLOTTE, NC 28260-1608 | TELEFLEX MEDICAL/601608<br>P.O. BOX 601608<br>CHARLOTTE, NC 28260-1608 |
| TEMPLE UNIV<br>TEMPLE UNIV PHY CONTRACT PAYMENT<br>P.O. BOX 827997<br>PHILADELPHIA, PA 19182-7997 | TEMPLE UNIV HOSP<br>ATTN: PRESIDENT AND CEO<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIV HOSP<br>CASHIER OFFICE<br>3401 N BROAD ST, RM A 131<br>PHILADELPHIA, PA 19140 |
| TEMPLE UNIVERSITY<br>1803 N BROAD ST<br>615 CARNELL HALL, 040-08<br>PHILADELPHIA, PA 19122-6104 | TEMPLE UNIVERSITY<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY<br>ATTN: EXEC DIR/CEO<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 |
| TEMPLE UNIVERSITY<br>C/O MARIA L MORSI/DEPT NURSING<br>3307 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>ATTN: ACTING EXEC DIR & CEO<br>ATTN: HOSPITAL ADMIN<br>3401 N BROAD ST, STE B<br>PHILADELPHIA, PA 19140 |
| TEMPLE UNIVERSITY HOSPITAL<br>ATTN: ROBIN DE SHIELDS<br>3333 N BROAD ST, RM 120 GSB<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>CASHIER OFFICE<br>3401 N BROAD ST, RM A 131<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>OFFICE OF STUDENT AFFAIRS<br>3420 N BROAD ST<br>PHILADELPHIA, PA 19140-0001 |
| TEMPLE UNIVERSITY HOSPITAL, INC.<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL, INC.<br>DBA NORTHEASTERN HOSPITAL<br>COLLEGE HEALTH PROFESSIONS<br>3307 N BROAD ST, (602-00)<br>PHILADELPHIA, PA 19140 | TENET BUSINESS SERVICES CORPORATION<br>ATTN: STEVEN SCHAEFER<br>1445 ROSS AVE, STE 1400<br>DALLAS, TX 75202 |
| TENET BUSINESS SERVICES CORPORATION, INC.<br>C/O POTTER ANDERSON & CORROON LLP<br>ATTN: JOHN A. SENSING<br>1313 N MARKET ST, HERCULES PLZ, 6TH FL<br>P.O. BOX 951<br>WILMINGTON, DE 19801 | THE ACADEMY OF NATURAL SCIENCES<br>1900 BENJAMIN FRANKLIN PKWY<br>PHILADELPHIA, PA 19103-1195 | THE ACADEMY OF NATURAL SCIENCES OF DREXEL<br>1900 BENJAMIN FRANKLIN PKWY<br>PHILADELPHIA, PA 19103 |
| THE ADVISORY BOARD COMPANY<br>2445 M ST NW<br>WASHINGTON, DC 20037 | THE ADVISORY BOARD COMPANY<br>DBA CRIMSON<br>P.O. BOX 79461<br>BALTIMORE, MD 21279-0461 | THE ADVISORY BOARD COMPANY CORP<br>DBA THE ACADEMIES<br>DEPT CH 10335<br>PALATINE, IL 60055-0335 |
| THE COMMUNICATION CONNECTION<br>ATTN: AMANDA UTAIN, OWNER<br>139 W MAIN ST, STE 3<br>NORRISTOWN, PA 19401 | THE COMMUNICATION CONNECTION, INC.<br>ATTN: AMANDA UTAIN<br>1250 HAMILTON DR<br>WEST CHESTER, PA 19380 | THE OTIS ELEVATOR COMPANY<br>30 TWOSOME DR, STE 4<br>MOORESTOWN, NJ 08057 |
| THE PHILLIE PHANATIC<br>ATTN: ANDREA GUEST, MGR, PHANATIC EVENTS<br>CITIZENS BANK PARK<br>ONE CITIZENS BANK WAY<br>PHILADELPHIA, PA 19148 | THE STAYWELL COMPANY<br>DBA STAYWELL/KRAMES<br>P.O. BOX 90477<br>CHICAGO, IL 60696-0477 | THE STAYWELL COMPANY, LLC<br>ATTN: SW SALES SERVICES<br>800 TOWNSHIP LINE RD<br>YARDLEY, PA 19067 |

| | | |
|---|---|---|
| THERESE CRUSE<br>DBA T CRUSE DESIGN<br>P.O. BOX 1736<br>PHILADELPHIA, PA 19105-1736 | THOMAS JEFFERSON UNIVERSITY<br>1020 WALNUT ST<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY<br>601 WALNUT ST, STE 930<br>CURTIS CTN<br>INDEPENDENCE SQ WEST<br>PHILADELPHIA, PA 19106 |
| THOMAS JEFFERSON UNIVERSITY<br>ATTN: CHAIR, DEPT OF P.T.<br>901 WALNUT ST, RM 504<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY<br>ATTN: DEAN, JEFFERSON COLLEGE OF PHARMACY<br>BY AND THROUGH THE JEFFERSON COLLEGE OF PHA<br>901 WALNUT ST, STE 901<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY<br>ATTN: DEAN, JEFFERSON SCHOOL OF HEALTH PR(<br>901 WALNUT ST, 6TH FL<br>PHILADELPHIA, PA 19107 |
| THOMAS JEFFERSON UNIVERSITY<br>C/O DEPT OF RADIOLOGIC SERVICES<br>901 WALNUT ST, STE 709<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY<br>COLLEGE OF HLTH PROF CAREER<br>DEVELOPMENT<br>130 S 9TH ST, STE 1120<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY<br>COLLEGE OF HLTH PROF CAREER DEV<br>130 S 9TH ST, STE 711<br>EDISON BLDG<br>PHILADELPHIA, PA 19107 |
| THOMAS JEFFERSON UNIVERSITY<br>OFFICE OF UNIVERSITY COUNSEL<br>1020 WALNUT ST, STE 619<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY HOSPITAL<br>ATTN: CEO<br>111 S 11TH ST<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY HOSPITAL<br>DBA JEFFSTAT<br>P.O. BOX 8500-9895<br>PHILADELPHIA, PA 19178-9895 |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC<br>ATTN: PRESIDENT AND CEO<br>111 S 11TH ST<br>PHILADELPHIA, PA 19107 | TOTAL PACKAGE EXPRESS INC<br>DBA ONE HOUR MESSENGER<br>P.O. BOX 426<br>FOLCROFT, PA 19032 | TOTAL PACKAGE EXPRESS INC<br>DBA ONE HOUR MESSENGERS<br>ATTN: OPS MGR<br>770 S 13TH ST<br>PHILADELPHIA, PA 19147 |
| TOTAL PACKAGE EXPRESS INC<br>P.O. BOX 426<br>FOLCROFT, PA 19032 | TPS III OF PA<br>231 N BROAD ST, 1ST, FL<br>PHILADELPHIA, PA 19107 | TPS IV OF PA, LLC<br>230 N BROAD ST<br>PHILADELPHIA, PA 19102 |
| TPS IV OF PA, LLC<br>ATTN: LEGAL DEPT<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 | TPS IV OF PA, LLC<br>ATTN: LEGAL DEPT<br>RE: (TENANT)<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 | TPS IV OF PA, LLC<br>ATTN: SAHIL BANKA, MD<br>207 N BROAD ST, 5TH FL<br>PHILADELPHIA, PA 19107 |
| TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: ALEXANDER TREBELEV, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: BRIAN BIANCO, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 |
| TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: DAVID REICH, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: DAVID REICH, MD<br>230 N BROAD ST, MS 300<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: DOUGLAS PARRILLO, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19134 |
| TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: GLENN LAUB, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: MARCIN JANKOWSKI, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: MARCUS ZEBROWER, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19134 |
| TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: NORMAN JOHANSON, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: SAHIL BANKA, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: SANTIAGO MUNOZ, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 |

| | | |
|---|---|---|
| TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: SENIOR DIR OF OPS<br>207 N BROAD ST, 5TH FL<br>PHILADELPHIA, PA 19107 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: SNR DIR OF OPS<br>207 N BROAD ST, 5TH FL<br>PHILADELPHIA, PA 19107 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: SUSAN HARDING, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 |
| TPS IV OF PA, LLC<br>DBA HAHNEMANN MUTI SPECIALTY SVC<br>P.O. BOX 827965<br>PHILADELPHIA, PA 19182-7965 | TRACTMANAGER, INC.<br>DBA MEDITRACT<br>736 MARKET ST, STE 1100<br>CHATTANOOGA, TN 37402 | TRACTMANAGER, INC.<br>DBA MEDITRACT<br>DEPT 2632<br>P.O. BOX 11407<br>BIRMINGHAM, AL 35246-2632 |
| U.S. BANK, N.A.<br>777 E WISCONSIN AVE<br>MILWAUKEE, WI 53202 | U.S. BANK, N.A. D/B/A U.S. BANK EQUIPMENT FINANCE<br>ATTN: JEFFREY JOHN LOTHERT<br>1310 MADRID ST<br>MARSHALL, MN 56258 | U.S. REGIONAL OCCUPATIONAL HEALTH II, P.C.<br>DBA WORKNET<br>230 N BROAD ST, RM 131<br>PHILADELPHIA, PA 19102 |
| U.S. REGIONAL OCCUPATIONAL HEALTH II, P.C.<br>DBA WORKNET<br>ATTN: COURTNEY SMITH<br>4714 GETTYSBURG RD<br>MECHANICSBURG, PA 17055 | U.S. REGIONAL OCCUPATIONAL HEALTH II, P.C.<br>DBA WORKNET OCCUPATIONAL MEDICINE<br>230 N BROAD ST<br>MAIL STOP 101<br>PHILADELPHIA, PA 19102 | U.S. REGIONAL OCCUPATIONAL HEALTH II, P.C.<br>DBA WORKNET OCCUPATIONAL MEDICINE<br>RE: 1427 RACE<br>230 N BROAD ST, RM 131<br>PHILADELPHIA, PA 19102 |
| U.S. REGIONAL OCCUPATIONAL HEALTH II, P.C.<br>DBA WORKNET OCCUPATIONAL MEDICINE<br>RE: 222-236 N BROAD ST<br>230 N BROAD ST, RM 131<br>PHILADELPHIA, PA 19102 | U.S. REGIONAL OCCUPATIONAL HEALTH II, P.C.<br>DBA WORKNET OCCUPATIONAL MEDICINE (TENANT)<br>ATTN: JEREMY TURNER, FOR LANDLORD<br>6005 PARK AVE, STE 404<br>MEMPHIS, TN 38119 | U.S. REGIONAL OCCUPATIONAL HEALTH II, P.C.<br>DBA WORKNET OCCUPATIONAL MEDICINE (TENAN<br>C/O SELECT MEDICAL CORP<br>ATTN: RANDALL K. WATTS, FOR TENANT<br>4714 GETTYSBURG RD<br>MECHANICSBURG, PA 17055 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | UPMC BENEFIT MANAGEMENT SERVICES INC DBA<br>C/O PIETRAGALLO GORDON ALFANO BOSICK & RA<br>ATTN: RICHARD J PARKS<br>7 W STATE ST, STE 100<br>SHARON, PA 16145 |
| UPMC BENEFIT MANAGEMENT SERVICES, INC.<br>DBA WORKPARTNERS<br>ATTN: LINDA CROUSHORE<br>600 GRANT ST, 8TH FL<br>PITTSBURGH, PA 15219 | UPMC BENEFITS MANAGEMENT<br>P.O. BOX 2971<br>PITTSBURGH, PA 15230-2971 | URBAN VILLAGE BREWING COMPANY<br>1001 N 2ND ST<br>PHILADELPHIA, PA 19123 |
| US REGIONAL OCCUPATIONAL HEALTH II, PC<br>DBA WORKNET<br>ATTN: VP OF OPERATIONS<br>1800 BYBERRY RD, STE 705<br>HUNTINGTON VALLEY, PA 19006 | VAN HONG NGUYEN<br>6803 OAKLEY ST<br>PHILADELPHIA, PA 19111 | VIZIENT, INC.<br>75 REMITTANCE DR, STE 1855<br>CHICAGO, IL 60675-1334 |
| VIZIENT, INC.<br>ATTN: LEGAL DEPT<br>290 E JOHN CARPENTER FWY, 7TH FL<br>IRVING, TX 75062-2710 | WARREN TECHNOLOGY, INC<br>1932 CAMPUS PL<br>LOUISVILLE, KY 40299 | WATTS RESTORATION CO, INC.<br>ATTN: PRESIDENT<br>1704 BUSTLETON PIKE<br>FEASTERVILLE, PA 19053 |
| WATTS RESTORATION COMPANY, INC.<br>1704 BUSTLETON AVE.<br>FEASTERVILLE, PA 19053 | WATTS RESTORATION COMPANY, INC.<br>C/O CONNOR, WEBER & OBERLIES<br>ATTN: MONICA M REYNOLDS, ESQ.<br>171 W. LANCASTER AVE.<br>PAOLI, PA 19301 | WAYNE MOVING & STORAGE CO INC<br>ATTN: ACCOUNTS RECEIVABLE<br>100 LAWRENCE DR<br>WEST CHESTER, PA 19380 |
| WAYNE MOVING AND STORAGE COMPANY<br>400 GRIFFITH MORGAN LANE<br>PENNSAUKEN, NJ 08110 | WEBBCAM LLC<br>241 N 12TH ST<br>PHILADELPHIA, PA 19107 | WEST HEALTH ADVOCATE SOLUTIONS<br>P.O. BOX 561509<br>DENVER, CO 80256-1509 |

| | | |
|---|---|---|
| WEST HEALTH ADVOCATE SOLUTIONS, INC.<br>ATTN: KATHARINE N BEGLEY<br>3043 WALTON RD<br>PLYMOUTH MEETING, PA 19462 | WEST PHYSICS CONSULTING, LLC<br>ATTN: GREGG C. DAVERSA<br>3825 PACES WALK, STE 250<br>ATLANTA, GA 30339 | WEST PHYSICS CONSULTING, LLC<br>ATTN: W GEOFFREY WEST, PRESIDENT<br>3825 PACES WALK, STE 250<br>ATLANTA, GA 30339 |
| WEST UNIFIED COMMUNICATIONS SERVICES INC<br>15272 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | WEST UNIFIED COMMUNICATIONS SERVICES, INC.<br>ATTN: LEGAL DEPT<br>8420 W BRYN MAWR AVE, STE 1100<br>CHICAGO, IL 60631 | WEST UNIFIED COMMUNICATIONS SVCS<br>P.O. BOX 281866<br>ATLANTA, GA 30384-1866 |
| WESTERN PEST SERVICES<br>800 LANIDEX PLZ<br>PARSIPPANY, NJ 07054 | WESTERN PEST SERVICES CORPORATION<br>P.O. BOX 259<br>SPRING HOUSE, PA 19477-0259 | WOMENCERTIFIED INC<br>331 S. 104TH SURGICAL<br>LOUISVILLE, CO 80027 |
| WOMENCERTIFIED INC<br>ATTN: DELIA PASSI, CEO<br>3709 NE 217TH ST.<br>AVENTURA, FL 33180 | X-CHANGE DIALYSIS, INC.<br>ATTN: HOLLY B. JAUCH<br>525 W OLD NW HWY, STE 202C<br>BARRINGTON, IL 60010 | X-CHANGE DIALYSIS, INC.<br>P.O. BOX 57<br>FOX RIVER GROVE, IL 60021 |
| YARD TRUCK SPECIALISTS<br>ATTN: JEFF FRIED<br>P.O. BOX 421<br>BENSALEM, PA 19020 | YARD TRUCK SPECIALISTS, INC<br>1510 FORD RD<br>BENSALEM, PA 19020 | YARD TRUCK SPECIALISTS, INC<br>P.O. BOX 421<br>1510 FORD RD<br>BENSALEM, PA 19020 |
| YARD TRUCK SPECIALISTS, INC<br>RENTAL DEPT<br>P.O. BOX 421<br>1510 FORD RD<br>BENSALEM, PA 19020 | YARD TRUCK SPECIALISTS, INC.<br>1510 FORD RD<br>BENSALEM, PA 19020 | |

Parties Served: 182