# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on January 10, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Approving Sixteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1312]**

Dated: January 14, 2020

/s/ Colin Linebaugh
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 14th day of January, 2020, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

Case 19-11466-MFW    Doc 1340    Filed 01/20/20    Page 2 of 10

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

| | | |
|---|---|---|
| JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM |
| MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM |
| RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM |

| | | |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM |

Parties Served:  114

# **EXHIBIT B**

| | | |
|---|---|---|
| BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | EAGLES TAXI LLC<br>2301 CHURCH ST<br>PHILADELPHIA, PA 19124 |
| EAGLES TAXI LLC<br>DBA 215 GET A CAB<br>2301 CHURCH ST<br>PHILADELPHIA, PA 19124 | ECHO INC<br>DBA VERITY A HEALTHSTREAM CO<br>P.O. BOX 1171130<br>ATLANTA, GA 30368-7113 | ECHO INC<br>P.O. BOX 1171130<br>ATLANTA, GA 30368-7113 |
| ECHO, INC.<br>ATTN: LEGAL DEPT<br>209 10TH AVE S, STE 450<br>NASHVILLE, TN 37203 | EDWARDS LIFESCIENCES<br>P.O. BOX 23146<br>CHICAGO, IL 60673-1231 | EDWARDS LIFESCIENCES<br>P.O. BOX 905302<br>CHARLOTTE, NC 28290-5302 |
| EDWARDS LIFESCIENCES<br>P.O. BOX 978722<br>DALLAS, TX 75397-8722 | EDWARDS LIFESCIENCES CORP<br>17221 RED HILL AVE<br>IRVINE, CA 92714 | EDWARDS LIFESCIENCES LLC<br>ONE EDWARDS WAY<br>IRVINE, CA 92614 |
| ELECTRONIC PAYMENT EXCHANGE<br>1201 N MARKET ST, STE 701<br>WILMINGTON, DE 19801 | ELEMENTAL INC<br>2371 CHURCH ST<br>PHILADELPHIA, PA 19124 | EMERGENCY SYSTEMS SERVICE COMPANY<br>ATTN: STEPHANIE KLINE<br>401 O'NEILL DR<br>QUAKERTOWN, PA 18951 |
| ENCORE MEDICAL INTERNATIONAL INC<br>P.O. BOX 1328<br>WEST CHESTER, PA 19380 | ENCORE MEDICAL INTERNATIONAL, INC<br>50 THREE TUN RD<br>MALVERN, PA 19355 | ENCORE MEDICAL INTERNATIONAL, INC.<br>ATTN: PRESIDENT<br>1126 GREENHILL RD<br>WEST CHESTER, PA 19380 |
| ENDLA ANDAY, M.D.<br>ADDRESS REDACTED | ENDLA K ANDAY MD<br>ADDRESS REDACTED | ENVIRONMENTAL AND ENGINEERING SOLUTIONS,<br>ATTN: PRESIDENT<br>25 WASHINGTON LN, STE 11A<br>WYNCOTE, PA 19095 |
| ESSENTIAL CONSULTING LLC<br>6401 ROLLING MEADOW CT<br>SAN JOSE, CA 95135 | ETHAN KENTZEL<br>ADDRESS REDACTED | ETHAN KENTZEL<br>ADDRESS REDACTED |
| EVERBRIDGE INC<br>P.O. BOX 740745<br>LOS ANGELES, CA 90074-0745 | EVERBRIDGE, INC.<br>ATTN: LEGAL DEPT<br>25 CORPORATE DR<br>BURLINGTON, MA 01803 | EVERBRIDGE, INC.<br>ATTN: PHILLIP ERIC HUFF<br>155 N. LAKE AVE, STE 900<br>PASADENA, CA 91101 |
| FIELD HOUSE PHILLY<br>1150 FILBERT ST<br>PHILADELPHIA, PA 19107 | FIRM REVENUE CYCLE MANAGEMENT SERVICES, INC.<br>ATTN: NANCY MOMCILOVIC, PRESIDENT<br>5590 S FORT APACHE RD<br>LAS VEGAS, NV 89148 | FISHHEADS AQUARIUM SERVICE LLC<br>2 FAITH DR<br>EGG HARBOR TOWNSHIP, NJ 08234 |

| | | |
|---|---|---|
| FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 | FRONT STREET HEALTHCARE PROPERTIES II, LLC<br>ATTN: LEGAL DEPT<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 | FRONT STREET HEALTHCARE PROPERTIES LLC<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 |
| GBS CORP<br>7233 FREEDOM AVE NW<br>NORTH CANTON, OH 44720 | GBS CORP<br>DBA GBS COMPUTER SOLUTIONS<br>P.O. BOX 2340<br>NO CANTON, OH 44720-0340 | GE HEALTHCARE IITS USA CORP<br>15724 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 |
| GE HEALTHCARE IITS USA CORP<br>2984 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | GE HEALTHCARE IITS USA CORP<br>P.O. BOX 277475<br>ATLANTA, GA 30384-7475 | GE HEALTHCARE IITS USA CORP.<br>9900 INNOVATION DR<br>WAUWATOSA, WI 53226 |
| GE HEALTHCARE IITS USA CORP.<br>ATTN: GENERAL COUNSEL<br>9900 INNOVATION DR<br>WAUWATOSA, WI 53226 | GENERAL ELECTRIC COMPANY<br>BY AND THROUGH ITS GE HEALTHCARE DIV<br>9900 INNOVATION DR<br>WAUWATOSA, WI 53226 | GENERAL HEALTHCARE RESOURCES, LLC<br>ATTN: LAURA MAGNER, COO<br>2250 HICKORY RD, STE 240<br>PLYMOUTH MEETING, PA 19462 |
| GLOBAL HEALTHCARE EXCHANGE, LLC<br>ATTN: CHRIS MCMANUS<br>1315 W. CENTURY DR, STE, 100<br>LOUISVILLE, CO 80027 | GLOBAL HEALTHCARE EXCHANGE, LLC<br>ATTN: CUSTOMER CONTRACTS<br>1315 W CENTURY DR, STE 100<br>LOUISVILLE, CO 80027 | GRETCHEN METZENBERG, D.O.<br>ADDRESS REDACTED |
| HAHNEMANN UNIV HOSP<br>MEDICAL STAFF AFFAIRS<br>MAIL STOP 301<br>230 N BROAD ST, 5TH FL, S TOWER<br>PHILADELPHIA, PA 19103 | HAHNEMANN UNIV HOSPITAL<br>BROAD & VINE ST<br>MLSTP 300<br>PHILADELPHIA, PA 19101-2487 | HAHNEMANN UNIVERSITY<br>OFFICE OF PARKING & TRANSPORTATIO<br>230 N BROAD ST, MAIL STOP, STE 603<br>PHILADELPHIA, PA 19102 |
| HAHNEMANN UNIVERSITY<br>P.O. BOX 828112<br>PHILADELPHIA, PA 19182 | HAHNEMANN UNIVERSITY CASHIERS OFF<br>PETTY CASH<br>BROAD & VINE STS MS 390<br>PHILADELPHIA, PA 19102 | HAHNEMANN UNIVERSITY HOSPITAL<br>ATTN: LAUREN BURTNICK<br>207 N BROAD ST, 4TH FL<br>PHILADELPHIA, PA 19107 |
| HAHNEMANN UNIVESITY HOSPITAL<br>230 N BROAD ST, MS 300<br>PHILADELPHIA, PA 19102 | HARPREET PALL, MD<br>ADDRESS REDACTED | HEALTH CARE APPRAISERS<br>75 NW 1ST AVE<br>DELRAY BEACH, FL 33444 |
| HEALTHSTREAM INC<br>P.O. BOX 102817<br>ATLANTA, GA 30368-2817 | HEALTHSTREAM, INC.<br>ATTN: LEGAL DEPT<br>209 10TH AVE S, STE 450<br>NASHVILLE, TN 37203 | HERMAN GOLDNER CO INC<br>7777 BREWSTER AVE<br>PHILADELPHIA, PA 19153 |
| HILTON PHILADELPHIA CITY AVENUE<br>4200 CITY AVE<br>PHILADELPHIA, PA 19103 | HISTORIC HOTEL BETHLEHEM<br>437 MAIN ST<br>HISTORIC BETHLEHEM, PA 18018 | HOLLIS COBB ASSOCIATES, INC.<br>ATTN: GREG HOCUTT<br>3175 SATELLITE BLVD<br>BUILDING 600, STE 400<br>DULUTH, GA 30096 |
| HUI LENG DENG, M.D.<br>ADDRESS REDACTED | HUNTINGTON TECH FINANCE INC<br>C/O BANK OF AMERICA LEASING & CAPITAL LLC<br>8210 INNOVATION WAY<br>CHICAGO, IL 60682-0082 | HUNTINGTON TECHNOLOGY FINANCE INC<br>8210 INNOVATION WAY<br>CHICAGO, IL 60682-0082 |

| | | |
|---|---|---|
| HUNTINGTON TECHNOLOGY FINANCE INC<br>C/O BANK OF AMERICA LEASING &<br>CAPITAL LLC<br>8210 INNOVATION WAY<br>CHICAGO, IL 60682-0082 | HUNTINGTON TECHNOLOGY FINANCE INC<br>L-3708<br>COLUMBUS, OH 43260-3708 | HUNTINGTON TECHNOLOGY FINANCE, INC.<br>2285 FRANKLIN RD, STE 100<br>BLOOMFIELD HILLS, MI 48302 |
| IMPLEMENTATION MANAGEMENT ASSIST<br>DBA REVINT SOLUTIONS<br>6 HILLMAN DR, STE 100<br>CHADDS FORD, PA 19317 | INDEPENDENT HARDWARE, INC.<br>ATTN: VINCE CAMPAGNA<br>14 S FRONT ST<br>PHILADELPHIA, PA 19106 | INFOR (US) INC<br>NW7418<br>P.O. BOX 1450<br>MINNEAPOLIS, MN 55485-7418 |
| INFOR (US), INC<br>ATTN: GREGORY M GIANGIORDANO<br>641 AVE OF THE AMERICAS<br>NEW YORK, NY 10011 | INO THERAPEUTICS LLC<br>DBA MALLINCKRODT<br>ATTN: CRITICAL CARE CONTRACT ADMIN<br>1425 US ROUTE 206<br>BEDMINSTER, NJ 07921 | INO THERAPEUTICS LLC<br>DBA MALLINCKRODT PHARMACEUTICALS<br>ATTN: BROOKE MITCH<br>1425 US ROUTE 206<br>BEDMINSTER, NJ 07921 |
| INO THERAPEUTICS LLC<br>DBA MALLINCKRODT PHARMACEUTICALS<br>P.O. BOX 3790<br>CAROL STREAM, IL 60132-3790 | INO THERAPEUTICS LLC<br>P.O. BOX 642509<br>PITTSBURGH, PA 15264-2509 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | IRAJ REZVANI, M.D.<br>ADDRESS REDACTED | JACQUELYN KLICKA-SKEELS, M.D.<br>ADDRESS REDACTED |
| JDI NET SYSTEMS<br>ATTN: IVAN LEE, OWNER<br>4000 PIMLICO DR<br>PLEASANTON, CA 94588 | JEANES HOSPITAL<br>C/O TEMPLE UNIVERSITY HEALTH SYSTEM, INC<br>ATTN: CHIEF COUNSEL<br>1316 W ONTARIO ST<br>RM 903, JONES HALL (700-00)<br>PHILADELPHIA, PA 19140 | JEEIN YOON, M.D.<br>ADDRESS REDACTED |
| JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 | JENNIFER TINGO<br>ADDRESS REDACTED | JENNIFER TINGO MD<br>ADDRESS REDACTED |
| JUAN BALLESTEROS, M.D.<br>ADDRESS REDACTED | KENCO KALIBRATION INC<br>1381 ZEBLEY RD<br>GARNET VALLEY, PA 19060 | KENCO KALIBRATION INC<br>P.O. BOX 946<br>CONCORDVILLE, PA 19331 |
| KEYSTONE QUALITY TRANSPORT<br>ATTN: NEIL BRADY, VP BUS DEVT<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT<br>ATTN: NEIL BRADY, VP BUS DEVT<br>RE: (TENANT)<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT CO<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 |
| KEYSTONE QUALITY TRANSPORT CO<br>ATTN: JEFFREY KURTZMAN<br>401 S 2ND ST, STE 200<br>PHILADELPHIA, PA 19147 | KEYSTONE QUALITY TRANSPORT COMPANY<br>1260 E WOODLAND AVE<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT COMPANY<br>DBA EMSTAR<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 |
| KEYSTONE QUALITY TRANSPORT COMPANY DBA EMS<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT INC<br>DBA EMSTAR MEDICAL TRANSPORT<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KIERAN MCKENNA FLOORING INC<br>480 STATE RD, UNIT C<br>BENSALEM, PA 19020-7829 |

| | | |
|---|---|---|
| KIERAN MCKENNA FLOORING, INC.<br>ATTN: PRESIDENT<br>480 STATE RD<br>BENSALEM, PA 19020 | KIERAN MCKENNA FLOORING, INC.<br>C/O LAW OFFICES OF E WILLIAM HEVENOR LLC<br>ATTN: E WILIAM HEVENOR, ESQUIRE<br>2 HORSESHOE LN<br>PAOLI, PA 19301 | KIMBERLY NEIDIG, M.D.<br>ADDRESS REDACTED |
| KLENZOID INC<br>P.O. BOX 389<br>CONSHOHOCKEN, PA 19428 | KLENZOID INC.<br>ATTN: LUCIA A VENEZIA<br>912 SPRING MILL AVE<br>CONSHOHOCKEN, PA 19428 | KLENZOID, INC.<br>ATTN: STEVE DOUGLAS<br>912 SPRING MILL RD<br>CONSHOHOCKEN, PA 19428 |
| LABORATORY CORPORATION OF AMERICA<br>ATTN: LAW DEPT<br>430 SOUTH SPRING ST<br>BURLINGTON, NC 27215 | LABORATORY CORPORATION OF AMERICA<br>C/O JOHNSON LEGAL NETWORK, PLLC<br>ATTN: KAREN L WHITMER<br>535 WELLINGTON WAY, STE 380<br>LEXINGTON, KY 40503 | LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 12140<br>BURLINGTON, NC 27216-2140 |
| LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 12190<br>BURLINGTON, NC 27216-2190 | LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 2240<br>BURLINGTON, NC 27216-2240 | LAERDAL MEDICAL CORP<br>P.O. BOX 784987<br>PHILADELPHIA, PA 19178-4987 |
| LAERDAL MEDICAL CORPORATION<br>167 MYERS CORNERS RD<br>WAPPINGERS FALLS, NY 12590 | LEAF CAPITAL FUNDING, LLC<br>ATTN: DEIRDRE M. RICHARDS<br>1300 N. KING ST.<br>WILMINGTON, DE 19801 | LEAF CAPITAL FUNDING, LLC<br>ATTN: LANA LEOR<br>2005 MARKET ST, 14TH FL.<br>PHILADELPHIA, PA 19103 |
| MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 |
| PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC  20530-0001 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN:  CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC  20005 | |

Parties Served: 125