## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on January 10, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of No Objection to Fifteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1316]**

Dated: January 14, 2020

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 14th day of January, 20 20, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

| | | |
|---|---|---|
| JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br><br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br><br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM |
| MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br><br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br><br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM |
| RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM |

| | | |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br><br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM |

Parties Served: 114

# **EXHIBIT B**

| | | |
|---|---|---|
| 3M HEALTH INFORMATION SYSTEMS, INC.<br>ATTN: LEGAL<br>575 W MURRAY BLVD<br>MURRAY, UT 84123 | ABBOTT LABORATORIES<br>75 REMITTANCE DR, STE 1310<br>CHICAGO, IL 60675-1310 | ABBOTT LABORATORIES<br>P.O. BOX 100997<br>ATLANTA, GA 30384-0997 |
| ABBOTT LABORATORIES<br>ROSS PRODUCTS DIVISION<br>DEPT L-281<br>COLUMBUS, OH 43260 | ABBOTT LABORATORIES INC<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 | ABBOTT LABORATORIES INC<br>22400 NETWORK PL<br>CHICAGO, IL 60673-1224 |
| ABBOTT LABORATORIES INC<br>P.O. BOX 92679<br>CHICAGO, IL 60675-2679 | ABBOTT LABORATORIES INC<br>REF, STE 000000000176181<br>P.O. BOX 41601<br>PHILADELPHIA, PA 19101-1601 | ABBOTT LABORATORIES INC<br>ROSS PRODUCTS DIVISION<br>75 REMITTANCE DR, STE 1310<br>CHICAGO, IL 60675-1310 |
| ABBOTT NUTRITION<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 | ABBOTT NUTRITION<br>75 REMITTANCE DR, STE 1310<br>CHICAGO, IL 60675-1310 | ABBOTT NUTRITION<br>ABBOTT LABORATORIES<br>75 REMITTANCE DR, STE 1310<br>CHICAGO, IL 60675-1310 |
| ABBOTT POINT OF CARE<br>400 COLLEGE RD E<br>PRINCETON, NJ 08540 | ABINGTON MEMORIAL HOSPITAL<br>1200 OLD YORK RD<br>ABINGTON, PA 19001 | ABINGTON MEMORIAL HOSPITAL<br>ATTN: ASSOCIATE GENERAL COUNSEL<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 |
| ABINGTON MEMORIAL HOSPITAL<br>ATTN: CHIEF EXEC OFFICER<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 | ABINGTON MEMORIAL HOSPITAL<br>ATTN: DIR OF PHARMACY<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 | ABINGTON MEMORIAL HOSPITAL<br>ATTN: EXEC VP & COO<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 |
| ABINGTON MEMORIAL HOSPITAL<br>ATTN: LEGAL SERVICES DEPT<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 | ABINGTON MEMORIAL HOSPITAL<br>ATTN: MARGARET M. GOLDIRCK, PRESIDENT<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 | ABINGTON MEMORIAL HOSPITAL<br>DIXON SCHOOL OF NURSING<br>201 GIBRALTAR RD.<br>STE 120<br>HORSHAM, PA 19044 |
| ABINGTON MEMORIAL HOSPITAL<br>DIXON SCHOOL OF NURSING<br>3500 MARYLAND RD<br>WILLOW GROVE, PA 19090 | ABINGTON MEMORIAL HOSPITAL<br>P.O. BOX 7417<br>PHILADELPHIA, PA 19101-7417 | ABINGTON MEMORIAL HOSPITAL<br>PUBLIC RELATIONS & MKTG DEPT<br>1200 OLD YORK RD<br>ABINGTON, PA 19001 |
| ABINGTON MEMORIAL HOSPITAL (JEFFFERSON)<br>ATTN: CEO<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 | ABINGTON MEMORIAL HOSPITAL CORP<br>ATTN: L OTT, FINANCE<br>2510 MARYLAND RD, STE 230<br>WILLOW GROVE, PA 19090 | ABINGTON MERMORIAL HOSPITAL<br>ATTN: EXEC VP & COO<br>1200 OLD YORK RD<br>ABINGTON, PA 19001 |
| ACS EDUCATION SERVICES, INC.<br>ATTN: PRESIDENT<br>ONE WORLD TRADE CENTER, STE 2200<br>LONG BEACH, CA 90831-2200 | ADVANCED AV LLC<br>208 CARTER DR, STE 710<br>WEST CHESTER, PA 19382 | ADVANCED AV, LLC<br>208 CARTER DR, STE 7<br>WEST CHESTER, PA 19382 |
| ADVANCED DOOR SERVICE INC<br>P.O. BOX 861<br>LANSDALE, PA 19446 | ADVANCED DOOR SERVICES, INC.<br>ATTN: GENERAL MANAGER<br>777 SCHWAB RD, STE A<br>HATFIELD, PA 19440 | ADYNXX, INC.<br>100 PINE ST, STE 500<br>SAN FRANCISCO, CA 94111 |

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES<br>4187 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | AGILENT TECHNOLOGIES<br>FILE 73738<br>P.O. BOX 60000<br>SAN FRANCISCO, CA 94160-3738 | AGILENT TECHNOLOGIES<br>P.O. BOX 75265<br>CHARLOTTE, NC 28275-0265 |
| AGILENT TECHNOLOGIES INC<br>4187 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | AGILENT TECHNOLOGIES INC<br>4187 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | AGILENT TECHNOLOGIES INC<br>P.O. BOX 406538<br>ATLANTA, GA 30384-6538 |
| AGILENT TECHNOLOGIES, INC<br>2850 CENTERVILLE RD<br>WILMINGTON, DE 19808-1610 | AIRGAS INC<br>DBA AIRGAS USA LLC<br>P.O. BOX 802576<br>CHICAGO, IL 60680-2576 | AIRGAS USA INC<br>P.O. BOX 532609<br>ATLANTA, GA 30353-2609 |
| AIRGAS USA LLC<br>P.O. BOX 802576<br>CHICAGO, IL 60680-2576 | AIRGAS USA, LLC<br>259 N RADNOR-CHESTER RD, STE 100<br>RADNOR, PA 19087 | AIRGAS, USA LLC<br>ATTN: NIKOLINA GAVRIC<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131 |
| ALBERT EINSTEIN MEDICAL CENTER<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19141 | ALBERT EINSTEIN MEDICAL CENTER<br>5502 OLD YORK RD<br>PHILADELPHIA, PA 19141 | ALBERT EINSTEIN MEDICAL CENTER<br>ATTN: COO<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19140 |
| ALBERT EINSTEIN MEDICAL CENTER<br>ATTN: DOUGLAS MCGEE, DO/ A. SUSAN BERNINI, COO<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19141 | ALBERT EINSTEIN MEDICAL CENTER<br>ATTN: GENERAL ACCOUNTING 2ND FLR<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19141 | ALBERT EINSTEIN MEDICAL CENTER<br>ATTN: JANE WINSKI<br>EINSTEIN PRACTICE PLAN/CTR 1<br>ONE PENN BLVD, STE 107<br>PHILADELPHIA, PA 19144 |
| ALBERT EINSTEIN MEDICAL CENTER<br>ATTN: JANE WINSKI<br>EINSTEIN PRACTICE PLAN/LEVY<br>ONE PENN BLVD, STE 107<br>PHILADELPHIA, PA 19144 | ALBERT EINSTEIN MEDICAL CENTER<br>C/O DUANE MORRIS LLP<br>ATTN: JARRET P. HITCHINGS, ESQ<br>222 DELAWARE AVE, STE 1600<br>WILMINGTON, DE 19801 | ALBERT EINSTEIN MEDICAL CENTER<br>RE: EINSTEIN PRACTICE PLAN<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19141 |
| ALERE INFORMATICS INC<br>P.O. BOX 845849<br>BOSTON, MA 02284-5849 | ALERE INFORMATICS, INC.<br>ATTN: COUNSEL<br>2000 HOLIDAY DR<br>CHARLOTTESVILLE, VA 22901 | ALLIANCE HEALTHCARE SERVICES INC<br>P.O. BOX 96485<br>CHICAGO, IL 60693-6485 |
| ALLIANCE HEALTHCARE SERVICES, INC.<br>ATTN: BRENT M. CHAFFEE<br>P.O. BOX 19532<br>IRVINE, CA 92623 | ALLIANCE HEALTHCARE SERVICES, INC.<br>DBA ALLIANCE HEALTHCARE RADIOLOGY<br>ATTN: CONTRACTS ADMIN DEPT<br>18201 VON KARMAN, STE 600<br>IRVINE, CA 92612 | ALLMED HEALTHCARE MANAGEMENT, INC.<br>ATTN: CEO<br>11 SW 5TH AVE, STE 1400<br>PORTLAND, OR 97204 |
| AMERICAN MESSAGING SERVICES LLC<br>P.O. BOX 5749<br>CAROL STREAM, IL 60197-5749 | AMERICAN MESSAGING SERVICES, LLC<br>ATTN: CONTRACT SUPPORT GROUP<br>1720 LAKEPOINTE DR, STE 100<br>LEWISVILLE, TX 75057 | AMERIWATER, INC.<br>3345 STOP 8 RD<br>DAYTON, OH 45414 |
| AMY LEADER, DR.P.H, M.P.H.<br>437 CONESTOGA RD<br>WAYNE, PA 19087 | ANDA K. KUO, MD<br>ADDRESS REDACTED | ARIA HEALTH<br>(FORMERLY FRANKFORD HOSPITAL)<br>ARIA HEALTH SCHOOL OF NURSING<br>3 NESHAMINY INTERPLEX DR<br>TREVOSE, PA 19053 |

| | | |
|---|---|---|
| ARIA HEALTH<br>ARIA HEALTH MEDICAL STAFF OFFICE<br>10800 KNIGHTS RD<br>PHILADELPHIA, PA 19114 | ARIA HEALTH<br>DBA JEFFERSON HEALTH - NORTHEAST<br>ATTN: PRESIDENT<br>10800 KNIGHTS RD<br>PHILADELPHIA, PA 19114 | ARIA HEALTH<br>DBA JEFFERSON HEALTH - NORTHEAST<br>ATTN: PRESIDENT<br>380 N OXFORD VALLEY RD<br>LANGHORNE, PA 19047 |
| ARIA HEALTH<br>KNIGHTS AND RED LION RDS<br>PHILADELPHIA, PA 19114 | ARIA HEALTH<br>P.O. BOX 8500-8395<br>PHILADELPHIA, PA 19178-8395 | ARIZANT HEALTHCARE INC<br>P.O. BOX 845450<br>DALLAS, TX 75284-5460 |
| ARIZANT HEALTHCARE INC.<br>3M CENTER<br>BUILDING 275-4E-01<br>ST. PAUL, MN 55144 | ARLEDGE ELECTRONICS, INC.<br>668 ALLOWAY-WOODSTOWN RD<br>PILESGROVE, NJ 08098 | ARTHUR HUPPERT, MD<br>231 N BROAD ST, 1ST FL, STE 1<br>PHILADELPHIA, PA 19102 |
| ARTHUR HUPPERT, MD<br>ADDRESS REDACTED | ATLANTIC DIAGNOSTIC LABORATORIES, LLC<br>ATTN: AARON DOMENICO, COO<br>3520 PROGRESS DR, STE C<br>BENSALEM, PA 19020 | ATLANTIC LITHOTRIPSY, LLC<br>DBA MID-ATLANTIC STONE CENTER<br>100 BRICK RD, STE 103<br>MARLTON, NJ 08053 |
| AZIMA HEALTH SERVICES, INC.<br>ATTN: CHIEF EXEC OFFICER<br>12740 HILLCREST RD, STE 273<br>DALLAS, TX 75230 | BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 |
| BC TECHNICAL INC<br>CT SUPPORT CENTER<br>6209 GHEENS MILL RD<br>JEFFERSONVILLE, IN 47130 | BC TECHNICAL, INC.<br>7172 SOUTH AIRPORT RD<br>WEST JORDAN, UT 84084 | BECKMAN COULTER INC<br>DEPT CH 10164<br>PALATINE, IL 60055-0164 |
| BECKMAN COULTER, INC.<br>250 S KRAEMER BLVD<br>BREA, CA 92821 | BECKMAN COULTER, INC.<br>ATTN: JOSHUA LEE<br>250 S. KRAEMER BLVD. - D1.NW.03<br>BREA, CA 92821 | BEEKLEY CORPORATION<br>ONE PRESTIGE LN<br>BRISTOL, CT 06010 |
| BIOCHROM US<br>84 OCTOBER HILL RD<br>HOLLISTON, MA 01746-1388 | BIOFIRE DIAGNOSTICS, LLC<br>515 COLOROW DR<br>SALT LAKE CITY, UT 84108 | BIO-OPTRONICS, INC.<br>ATTN: PRESIDENT<br>1890 WINTON RD S, STE 190<br>ROCHESTER, NY 14618 |
| BIPAI INTERNATIONAL PEDIATRIC AIDS INITIATIVE TEX<br>(BAYLOR COLLEGE OF MEDICINE) CITY OF HOUSTON<br>1102 BATES AVE<br>HOUSTON, TX 77030 | BLUE PILLAR, INC.<br>2 N MARKET ST, 4TH FL<br>FREDERICK, MD 21701 | BONDTECH INCORPORATED<br>1278 HWY 461<br>SOMERSET, KY 42503 |
| BOSTON SCIENTIFIC<br>NAMIC TECHNOLOGY CENTER<br>CHURCH ST STATION<br>P.O. BOX 6793<br>NEW YORK, NY 10249-6793 | BOSTON SCIENTIFIC CORP<br>1 BOSTON SCIENTIFIC PLZ<br>NATICK, MA 01760-1537 | BOSTON SCIENTIFIC CORP<br>ATTN: CYNTHIS BURNS<br>P.O. BOX 951653<br>DALLAS, TX 75395 |
| BOSTON SCIENTIFIC CORP<br>P.O. BOX 8500-6205<br>PHILADELPHIA, PA 19178-6205 | BOSTON SCIENTIFIC CORP<br>P.O. BOX 951653<br>DALLAS, TX 75395-1653 | BOSTON SCIENTIFIC CORPORATION<br>ATTN: BUSINESS OPERATIONS MANAGER<br>4100 HAMLINE AVE N<br>ARDEN HILLS, MN 55112 |

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION<br>ATTN: SENIOR COUNSEL, CORP AFFAIRS<br>4100 HAMLINE AVE N<br>ST. PAUL, MN 55112 | BOSTON SCIENTIFIC CORPORATION<br>C/O STEVEN D SASS LLC<br>ATTN: STEVEN DAVID SASS<br>PO BOX 45<br>CLARKSVILLE, MD 21029 | BRIGHAM & WOMENS PHYSICIAN<br>DEPT OF PATHOLOGY<br>P.O. BOX 3504<br>BOSTON, MA 02241-3504 |
| BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION<br>ATTN: COO<br>111 CYPRESS ST<br>BROOKLINE, MA 02445 | CAPSTAR RADIO OPERATING CO<br>DBA IHEART MEDIA, PHILADELPHIA<br>P.O. BOX 419499<br>BOSTON, MA 02241-9499 | CAPSTAR RADIO OPERATING COMPANY<br>DBA IHEART MEDICA, PHILADELPHIA<br>ATTN: DOUGLASS HENDERSON, ACCT EXEC<br>111 PRESIDENTIAL BLVD, STE 100<br>BALA CYNWYD, PA 19004 |
| CAPSTER RADIO OPERATIONS CO INC<br>DBA CLEAR CHANNEL BROADCASTING<br>5529 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | CAREFUSION SOLUTIONS LLC<br>PYXIS PRODUCTS<br>25082 NETWORK PL<br>CHICAGO, IL 60673-1250 | CAREFUSION SOLUTIONS, LLC<br>3750 TORREY VIEW COURT<br>SAN DIEGO, CA 92130 |
| CENTER CITY FILM AND VIDEO, INC.<br>ATTN: PRESIDENT<br>1503 WALNUT ST<br>PHILADELPHIA, PA 19102 | CENTER FOR THE URBAN CHILD, INC.<br>3645 N FRONT ST<br>PHILADELPHIA, PA 19140 | CHAMPION ENERGY SERVICES LLC<br>4723 SOLUTIONS CENTER, STE 774723<br>CHICAGO, IL 60677-4007 |
| CHAMPION ENERGY SERVICES, LLC<br>1500 RANKIN RD, STE 200<br>HOUSTON, TX 77073 | CHAMPION ENERGY SERVICES, LLC<br>ATTN: NICOLE HASSLER<br>1500 RANKIN RD, STE 200<br>HOUSTON, TX 77073 | CHAMPION ENERGY SVC/SCHC<br>4723 SOLUTIONS CTR<br>CHICAGO, IL 60677-4007 |
| CHUBB HOTEL & CONFERENCE CENTER<br>ATTN: SUN LEE<br>800 RIDGE PIKE<br>LAFAYETTE HILL, PA 19444 | CINTAS<br>311 NATIONAL RD<br>EXTON, PA 19341 | CINTAS CORP<br>97627 EAGLE WAY<br>CHICAGO, IL 60678-9760 |
| CINTAS CORP #158<br>95 MILTON DR<br>ASTON, PA 19014 | CINTAS CORP #36<br>P.O. BOX 630803<br>LOC 287<br>CINCINNATI, OH 45263-0803 | CINTAS CORPORATION<br>ATTN: GENERAL MANAGER<br>4800 W JEFFERSON ST<br>PHILADELPHIA, PA 19131 |
| CINTAS CORPORATION #2<br>DBA CINTAS DOCUMENT MGMT<br>P.O. BOX 740855<br>CINCINNATI, OH 45274-0855 | CINTAS CORPORATION #2<br>DBA CINTAS FIRST AID & SAFETY<br>CINTAS FIRE PROTECTION LOC 227<br>P.O. BOX 636525<br>CINCINNATI, OH 45263-6525 | CISCO SYSTEMS CAPITAL CORPORATION<br>170 W TASMAN DR<br>MAILSTOP SJC13/3<br>SAN JOSE, CA 95134 |
| CISCO SYSTEMS CAPITAL CORPORATION<br>170 WEST TASMAN DR<br>MAILSTOP SJC13/3<br>SAN JOSE, CA 95134 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 | CLINICAL CARE ASSOCIATES OF<br>THE UNIV OF PA HEALTH SYSTEM<br>P.O. BOX 824320<br>PHILADELPHIA, PA 19182-4320 |
| CLINICAL CARE ASSOCIATES OF<br>UNIV OF PENN HEALTH CARE SYSTEM<br>250 KING OF PRUSSIA RD, 4TH FL<br>KING OF PRUSSIA, PA 19087 | COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | CONVERGEONE SYSTEMS<br>INTEGRATION INC<br>P.O. BOX 207480<br>DALLAS, TX 75320-7480 |
| CONVERGEONE SYSTEMS INTEGRATION, INC.<br>ATTN: CONTRACT ADMIN<br>1820 PRESTON PARK BLVD, STE 2800<br>PLANO, TX 75093 | COVIDIEN SALES LLC<br>32043 COLLECTION CTR DR<br>CHICAGO, IL 60693-0320 | COVIDIEN SALES LLC<br>DBA GIVEN IMAGING<br>3555 KOGER BLVD<br>DULUTH, GA 30096 |

| | | |
|---|---|---|
| COVIDIEN SALES LLC<br>DBA ORIDION<br>32043 COLLECTION CTR DR<br>CHICAGO, IL 60693-0320 | CYRACOM INTERNATIONAL INC.<br>5780 N SWAN RD<br>TUCSON, AZ 85718 | CYRACOM INTERNATIONAL LLC<br>P.O. BOX 74008083<br>CHICAGO, IL 60674-8083 |
| DAVID A DESIMONE<br>ATLANTICARE HEALTH SYSTEM<br>2500 ENGLISH CREEK AVE, BLDG 500<br>EGG HARBOUR TOWNSHIO, NJ 08234 | DE LONG INDUSTRIES GRP INC<br>DBA WAVETECH INDUSTRIES<br>P.O. BOX 74836<br>SAN CLEMENTE, CA 92673 | DE LONG INDUSTRIES GRP INC<br>P.O. BOX 74836<br>SAN CLEMENTE, CA 92673 |
| DEVIL'S ALLEY<br>1907 CHESTNUT ST<br>PHILADELPHIA, PA 19103 | DEX IMAGING<br>ATTN: MEGAN RIVARD-LANUZGA<br>5109 WEST LEMON ST<br>TAMPA, FL 33609 | DEX IMAGING<br>POST OFFICE BOX 17299<br>CLEARWATER, FL 33762-0299 |
| DEX IMAGING INC<br>P.O. BOX 17299<br>CLEARWATER, FL 33762-0299 | DEX IMAGING, INC.<br>5109 W LEMON ST<br>TAMPA, FL 33609 | DIAGNOSTICA STAGO INC<br>P.O. BOX 416347<br>BOSTON, MA 02241-6347 |
| DIAGNOSTICA STAGO, INC<br>ATTN: JODY MARING<br>5 CENTURY DR<br>PARSIPPANY, NJ 07054 | DIAGNOSTICA STAGO, INC<br>ATTN: SNR CONTRACT ADMIN<br>5 CENTURY DR<br>PARSIPPANY, NJ 07054 | DIAGNOSTICA STAGO, INC.<br>ATTN: CONTRACT DEPT<br>5 CENTURY DR<br>PARSIPPANY, NJ 07054 |
| DIAGNOSTICA STAGO, INC.<br>FIVE CENTURY DR<br>PARSIPPANY, NJ 07054 | DIVYA S. KHURANA, M.D.<br>ADDRESS REDACTED | DOLBEY-JAMISON, INC.<br>399 CIR OF PROGRESS DR<br>POTTSTOWN, PA 19464 |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 | MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 |
| MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | MIAN AHMAD<br>ADDRESS REDACTED | MIAN AHMAD<br>ADDRESS REDACTED |
| MIAN AHMAD MD<br>ADDRESS REDACTED | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 |

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 | UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | | |

Parties Served: 169