## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on January 13, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Approving Fifteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1321]**

Dated: January 14, 2020

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                          } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 14th day of January, 20 20, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## EXHIBIT A

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
 MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP

MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN

JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC.

DLEIGH@RQN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY

USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

O'MELVENY & MYERS, LLP
DANIEL S. SHAMAH
DSHAMAH@OMM.COM

O'MELVENY & MYERS, LLP
DIANA M. PEREZ
DPEREZ@OMM.COM

O'MELVENY & MYERS, LLP
SUZZANNE UHLAND
SUHLAND@OMM.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                    Served 1/13/2020

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE

MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

Parties Served:  114

## EXHIBIT B

Center City Healthcare, LLC, et al. - U.S. Mail

3M HEALTH INFORMATION SYSTEMS, INC.
ATTN: LEGAL
575 W MURRAY BLVD
MURRAY, UT 84123

ABBOTT LABORATORIES
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT LABORATORIES
P.O. BOX 100997
ATLANTA, GA 30384-0997

ABBOTT LABORATORIES
ROSS PRODUCTS DIVISION
DEPT L-281
COLUMBUS, OH 43260

ABBOTT LABORATORIES INC
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ABBOTT LABORATORIES INC
22400 NETWORK PL
CHICAGO, IL 60673-1224

ABBOTT LABORATORIES INC
P.O. BOX 92679
CHICAGO, IL 60675-2679

ABBOTT LABORATORIES INC
REF, STE 000000000176181
P.O. BOX 41601
PHILADELPHIA, PA 19101-1601

ABBOTT LABORATORIES INC
ROSS PRODUCTS DIVISION
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT NUTRITION
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ABBOTT NUTRITION
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT NUTRITION
ABBOTT LABORATORIES
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT POINT OF CARE
400 COLLEGE RD E
PRINCETON, NJ 08540

ABINGTON MEMORIAL HOSPITAL
1200 OLD YORK RD
ABINGTON, PA 19001

ABINGTON MEMORIAL HOSPITAL
ATTN: ASSOCIATE GENERAL COUNSEL
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
ATTN: CHIEF EXEC OFFICER
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
ATTN: DIR OF PHARMACY
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
ATTN: EXEC VP & COO
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
ATTN: LEGAL SERVICES DEPT
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
ATTN: MARGARET M. GOLDIRCK, PRESIDENT
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL
DIXON SCHOOL OF NURSING
201 GIBRALTAR RD.
STE 120
HORSHAM, PA 19044

ABINGTON MEMORIAL HOSPITAL
DIXON SCHOOL OF NURSING
3500 MARYLAND RD
WILLOW GROVE, PA 19090

ABINGTON MEMORIAL HOSPITAL
P.O. BOX 7417
PHILADELPHIA, PA 19101-7417

ABINGTON MEMORIAL HOSPITAL
PUBLIC RELATIONS & MKTG DEPT
1200 OLD YORK RD
ABINGTON, PA 19001

ABINGTON MEMORIAL HOSPITAL (JEFFFERSON)
ATTN: CEO
1200 OLD YORK RD
ABINGTON, PA 19001-3788

ABINGTON MEMORIAL HOSPITAL CORP
ATTN: L OTT, FINANCE
2510 MARYLAND RD, STE 230
WILLOW GROVE, PA 19090

ABINGTON MERMORIAL HOSPITAL
ATTN: EXEC VP & COO
1200 OLD YORK RD
ABINGTON, PA 19001

ACS EDUCATION SERVICES, INC.
ATTN: PRESIDENT
ONE WORLD TRADE CENTER, STE 2200
LONG BEACH, CA 90831-2200

ADVANCED AV LLC
208 CARTER DR, STE 710
WEST CHESTER, PA 19382

ADVANCED AV, LLC
208 CARTER DR, STE 7
WEST CHESTER, PA 19382

ADVANCED DOOR SERVICE INC
P.O. BOX 861
LANSDALE, PA 19446

ADVANCED DOOR SERVICES, INC.
ATTN: GENERAL MANAGER
777 SCHWAB RD, STE A
HATFIELD, PA 19440

ADYNXX, INC.
100 PINE ST, STE 500
SAN FRANCISCO, CA 94111

AGILENT TECHNOLOGIES
4187 COLLECTION CENTER DR
CHICAGO, IL 60693

AGILENT TECHNOLOGIES
FILE 73738
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3738

AGILENT TECHNOLOGIES
P.O. BOX 75265
CHARLOTTE, NC 28275-0265

AGILENT TECHNOLOGIES INC
4187 COLLECTIONS CENTER DR
CHICAGO, IL 60693

AGILENT TECHNOLOGIES INC
4187 COLLECTIONS CTR DR
CHICAGO, IL 60693

AGILENT TECHNOLOGIES INC
P.O. BOX 406538
ATLANTA, GA 30384-6538

AGILENT TECHNOLOGIES, INC
2850 CENTERVILLE RD
WILMINGTON, DE 19808-1610

AIRGAS INC
DBA AIRGAS USA LLC
P.O. BOX 802576
CHICAGO, IL 60680-2576

AIRGAS USA INC
P.O. BOX 532609
ATLANTA, GA 30353-2609

AIRGAS USA LLC
P.O. BOX 802576
CHICAGO, IL 60680-2576

AIRGAS USA, LLC
259 N RADNOR-CHESTER RD, STE 100
RADNOR, PA 19087

AIRGAS, USA LLC
ATTN: NIKOLINA GAVRIC
6055 ROCKSIDE WOODS BLVD
INDEPENDENCE, OH 44131

ALBERT EINSTEIN MEDICAL CENTER
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
5502 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
ATTN: COO
5501 OLD YORK RD
PHILADELPHIA, PA 19140

ALBERT EINSTEIN MEDICAL CENTER
ATTN: DOUGLAS MCGEE, DO/ A. SUSAN BERNINI, COO
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
ATTN: GENERAL ACCOUNTING 2ND FLR
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
ATTN: JANE WINSKI
EINSTEIN PRACTICE PLAN/CTR 1
ONE PENN BLVD, STE 107
PHILADELPHIA, PA 19144

ALBERT EINSTEIN MEDICAL CENTER
ATTN: JANE WINSKI
EINSTEIN PRACTICE PLAN/LEVY
ONE PENN BLVD, STE 107
PHILADELPHIA, PA 19144

ALBERT EINSTEIN MEDICAL CENTER
C/O DUANE MORRIS LLP
ATTN: JARRET P. HITCHINGS, ESQ
222 DELAWARE AVE, STE 1600
WILMINGTON, DE 19801

ALBERT EINSTEIN MEDICAL CENTER
RE: EINSTEIN PRACTICE PLAN
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALERE INFORMATICS INC
P.O. BOX 845849
BOSTON, MA 02284-5849

ALERE INFORMATICS, INC.
ATTN: COUNSEL
2000 HOLIDAY DR
CHARLOTTESVILLE, VA 22901

ALLIANCE HEALTHCARE SERVICES INC
P.O. BOX 96485
CHICAGO, IL 60693-6485

ALLIANCE HEALTHCARE SERVICES, INC.
ATTN: BRENT M. CHAFFEE
P.O. BOX 19532
IRVINE, CA 92623

ALLIANCE HEALTHCARE SERVICES, INC.
DBA ALLIANCE HEALTHCARE RADIOLOGY
ATTN: CONTRACTS ADMIN DEPT
18201 VON KARMAN, STE 600
IRVINE, CA 92612

ALLMED HEALTHCARE MANAGEMENT, INC.
ATTN: CEO
11 SW 5TH AVE, STE 1400
PORTLAND, OR 97204

AMERICAN MESSAGING SERVICES LLC
P.O. BOX 5749
CAROL STREAM, IL 60197-5749

AMERICAN MESSAGING SERVICES, LLC
ATTN: CONTRACT SUPPORT GROUP
1720 LAKEPOINTE DR, STE 100
LEWISVILLE, TX 75057

AMERIWATER, INC.
3345 STOP 8 RD
DAYTON, OH 45414

AMY LEADER, DR.P.H, M.P.H.
437 CONESTOGA RD
WAYNE, PA 19087

ANDA K. KUO, MD
ADDRESS REDACTED

ARIA HEALTH
(FORMERLY FRANKFORD HOSPITAL)
ARIA HEALTH SCHOOL OF NURSING
3 NESHAMINY INTERPLEX DR
TREVOSE, PA 19053

ARIA HEALTH
ARIA HEALTH MEDICAL STAFF OFFICE
10800 KNIGHTS RD
PHILADELPHIA, PA 19114

ARIA HEALTH
DBA JEFFERSON HEALTH - NORTHEAST
ATTN: PRESIDENT
10800 KNIGHTS RD
PHILADELPHIA, PA 19114

ARIA HEALTH
DBA JEFFERSON HEALTH - NORTHEAST
ATTN: PRESIDENT
380 N OXFORD VALLEY RD
LANGHORNE, PA 19047

ARIA HEALTH
KNIGHTS AND RED LION RDS
PHILADELPHIA, PA 19114

ARIA HEALTH
P.O. BOX 8500-8395
PHILADELPHIA, PA 19178-8395

ARIZANT HEALTHCARE INC
P.O. BOX 845450
DALLAS, TX 75284-5460

ARIZANT HEALTHCARE INC.
3M CENTER
BUILDING 275-4E-01
ST. PAUL, MN 55144

ARLEDGE ELECTRONICS, INC.
668 ALLOWAY-WOODSTOWN RD
PILESGROVE, NJ 08098

ARTHUR HUPPERT, MD
231 N BROAD ST, 1ST FL, STE 1
PHILADELPHIA, PA 19102

ARTHUR HUPPERT, MD
ADDRESS REDACTED

ATLANTIC DIAGNOSTIC LABORATORIES, LLC
ATTN: AARON DOMENICO, COO
3520 PROGRESS DR, STE C
BENSALEM, PA 19020

ATLANTIC LITHOTRIPSY, LLC
DBA MID-ATLANTIC STONE CENTER
100 BRICK RD, STE 103
MARLTON, NJ 08053

AZIMA HEALTH SERVICES, INC.
ATTN: CHIEF EXEC OFFICER
12740 HILLCREST RD, STE 273
DALLAS, TX 75230

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

BC TECHNICAL INC
CT SUPPORT CENTER
6209 GHEENS MILL RD
JEFFERSONVILLE, IN 47130

BC TECHNICAL, INC.
7172 SOUTH AIRPORT RD
WEST JORDAN, UT 84084

BECKMAN COULTER INC
DEPT CH 10164
PALATINE, IL 60055-0164

BECKMAN COULTER, INC.
250 S KRAEMER BLVD
BREA, CA 92821

BECKMAN COULTER, INC.
ATTN: JOSHUA LEE
250 S. KRAEMER BLVD. - D1.NW.03
BREA, CA 92821

BEEKLEY CORPORATION
ONE PRESTIGE LN
BRISTOL, CT 06010

BIOCHROM US
84 OCTOBER HILL RD
HOLLISTON, MA 01746-1388

BIOFIRE DIAGNOSTICS, LLC
515 COLOROW DR
SALT LAKE CITY, UT 84108

BIO-OPTRONICS, INC.
ATTN: PRESIDENT
1890 WINTON RD S, STE 190
ROCHESTER, NY 14618

BIPAI INTERNATIONAL PEDIATRIC AIDS INIATIVE TEX
(BAYLOR COLLEGE OF MEDICINE) CITY OF HOUSTON
1102 BATES AVE
HOUSTON, TX 77030

BLUE PILLAR, INC.
2 N MARKET ST, 4TH FL
FREDERICK, MD 21701

BONDTECH INCORPORATED
1278 HWY 461
SOMERSET, KY 42503

BOSTON SCIENTIFIC
NAMIC TECHNOLOGY CENTER
CHURCH ST STATION
P.O. BOX 6793
NEW YORK, NY 10249-6793

BOSTON SCIENTIFIC CORP
1 BOSTON SCIENTIFIC PLZ
NATICK, MA 01760-1537

BOSTON SCIENTIFIC CORP
ATTN: CYNTHIS BURNS
P.O. BOX 951653
DALLAS, TX 75395

BOSTON SCIENTIFIC CORP
P.O. BOX 8500-6205
PHILADELPHIA, PA 19178-6205

BOSTON SCIENTIFIC CORP
P.O. BOX 951653
DALLAS, TX 75395-1653

BOSTON SCIENTIFIC CORPORATION
ATTN: BUSINESS OPERATIONS MANAGER
4100 HAMLINE AVE N
ARDEN HILLS, MN 55112

Center City Healthcare, LLC, et al. - U.S. Mail

BOSTON SCIENTIFIC CORPORATION
ATTN: SENIOR COUNSEL, CORP AFFAIRS
4100 HAMLINE AVE N
ST. PAUL, MN 55112

BOSTON SCIENTIFIC CORPORATION
C/O STEVEN D SASS LLC
ATTN: STEVEN DAVID SASS
PO BOX 45
CLARKSVILLE, MD 21029

BRIGHAM & WOMENS PHYSICIAN
DEPT OF PATHOLOGY
P.O. BOX 3504
BOSTON, MA 02241-3504

BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION
ATTN: COO
111 CYPRESS ST
BROOKLINE, MA 02445

CAPSTAR RADIO OPERATING CO
DBA IHEART MEDIA, PHILADELPHIA
P.O. BOX 419499
BOSTON, MA 02241-9499

CAPSTAR RADIO OPERATING COMPANY
DBA IHEART MEDICA, PHILADELPHIA
ATTN: DOUGLASS HENDERSON, ACCT EXEC
111 PRESIDENTIAL BLVD, STE 100
BALA CYNWYD, PA 19004

CAPSTER RADIO OPERATIONS CO INC
DBA CLEAR CHANNEL BROADCASTING
5529 COLLECTIONS CTR DR
CHICAGO, IL 60693

CAREFUSION SOLUTIONS LLC
PYXIS PRODUCTS
25082 NETWORK PL
CHICAGO, IL 60673-1250

CAREFUSION SOLUTIONS, LLC
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

CENTER CITY FILM AND VIDEO, INC.
ATTN: PRESIDENT
1503 WALNUT ST
PHILADELPHIA, PA 19102

CENTER FOR THE URBAN CHILD, INC.
3645 N FRONT ST
PHILADELPHIA, PA 19140

CHAMPION ENERGY SERVICES LLC
4723 SOLUTIONS CENTER, STE 774723
CHICAGO, IL 60677-4007

CHAMPION ENERGY SERVICES, LLC
1500 RANKIN RD, STE 200
HOUSTON, TX 77073

CHAMPION ENERGY SERVICES, LLC
ATTN: NICOLE HASSLER
1500 RANKIN RD, STE 200
HOUSTON, TX 77073

CHAMPION ENERGY SVC/SCHC
4723 SOLUTIONS CTR
CHICAGO, IL 60677-4007

CHUBB HOTEL & CONFERENCE CENTER
ATTN: SUN LEE
800 RIDGE PIKE
LAFAYETTE HILL, PA 19444

CINTAS
311 NATIONAL RD
EXTON, PA 19341

CINTAS CORP
97627 EAGLE WAY
CHICAGO, IL 60678-9760

CINTAS CORP #158
95 MILTON DR
ASTON, PA 19014

CINTAS CORP #36
P.O. BOX 630803
LOC 287
CINCINNATI, OH 45263-0803

CINTAS CORPORATION
ATTN: GENERAL MANAGER
4800 W JEFFERSON ST
PHILADELPHIA, PA 19131

CINTAS CORPORATION #2
DBA CINTAS DOCUMENT MGMT
P.O. BOX 740855
CINCINNATI, OH 45274-0855

CINTAS CORPORATION #2
DBA CINTAS FIRST AID & SAFETY
CINTAS FIRE PROTECTION LOC 227
P.O. BOX 636525
CINCINNATI, OH 45263-6525

CISCO SYSTEMS CAPITAL CORPORATION
170 W TASMAN DR
MAILSTOP SJC13/3
SAN JOSE, CA 95134

CISCO SYSTEMS CAPITAL CORPORATION
170 WEST TASMAN DR
MAILSTOP SJC13/3
SAN JOSE, CA 95134

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CLINICAL CARE ASSOCIATES OF
THE UNIV OF PA HEALTH SYSTEM
P.O. BOX 824320
PHILADELPHIA, PA 19182-4320

CLINICAL CARE ASSOCIATES OF
UNIV OF PENN HEALTH CARE SYSTEM
250 KING OF PRUSSIA RD, 4TH FL
KING OF PRUSSIA, PA 19087

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

CONVERGEONE SYSTEMS
INTEGRATION INC
P.O. BOX 207480
DALLAS, TX 75320-7480

CONVERGEONE SYSTEMS INTEGRATION, INC.
ATTN: CONTRACT ADMIN
1820 PRESTON PARK BLVD, STE 2800
PLANO, TX 75093

COVIDIEN SALES LLC
32043 COLLECTION CTR DR
CHICAGO, IL 60693-0320

COVIDIEN SALES LLC
DBA GIVEN IMAGING
3555 KOGER BLVD
DULUTH, GA 30096

Center City Healthcare, LLC, et al. - U.S. Mail

COVIDIEN SALES LLC
DBA ORIDION
32043 COLLECTION CTR DR
CHICAGO, IL 60693-0320

CYRACOM INTERNATIONAL INC.
5780 N SWAN RD
TUCSON, AZ 85718

CYRACOM INTERNATIONAL LLC
P.O. BOX 74008083
CHICAGO, IL 60674-8083

DAVID A DESIMONE
ATLANTICARE HEALTH SYSTEM
2500 ENGLISH CREEK AVE, BLDG 500
EGG HARBOUR TOWNSHIO, NJ 08234

DE LONG INDUSTRIES GRP INC
DBA WAVETECH INDUSTRIES
P.O. BOX 74836
SAN CLEMENTE, CA 92673

DE LONG INDUSTRIES GRP INC
P.O. BOX 74836
SAN CLEMENTE, CA 92673

DEVIL'S ALLEY
1907 CHESTNUT ST
PHILADELPHIA, PA 19103

DEX IMAGING
ATTN: MEGAN RIVARD-LANUZGA
5109 WEST LEMON ST
TAMPA, FL 33609

DEX IMAGING
POST OFFICE BOX 17299
CLEARWATER,FL 33762-0299

DEX IMAGING INC
P.O. BOX 17299
CLEARWATER, FL 33762-0299

DEX IMAGING, INC.
5109 W LEMON ST
TAMPA, FL 33609

DIAGNOSTICA STAGO INC
P.O. BOX 416347
BOSTON, MA 02241-6347

DIAGNOSTICA STAGO, INC
ATTN: JODY MARING
5 CENTURY DR
PARSIPPANY, NJ 07054

DIAGNOSTICA STAGO, INC
ATTN: SNR CONTRACT ADMIN
5 CENTURY DR
PARSIPPANY, NJ 07054

DIAGNOSTICA STAGO, INC.
ATTN: CONTRACT DEPT
5 CENTURY DR
PARSIPPANY, NJ 07054

DIAGNOSTICA STAGO, INC.
FIVE CENTURY DR
PARSIPPANY, NJ 07054

DIVYA S. KHURANA, M.D.
ADDRESS REDACTED

DOLBEY-JAMISON, INC.
399 CIR OF PROGRESS DR
POTTSTOWN, PA 19464

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JEFFER MANGELS BUTLER & MITHCELL LLP
ATTN: MARIANNE S. MARTIN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MED ONE CAPITAL FUNDING, LLC.
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

MIAN AHMAD
ADDRESS REDACTED

MIAN AHMAD
ADDRESS REDACTED

MIAN AHMAD MD
ADDRESS REDACTED

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

**Center City Healthcare, LLC, et al. - U.S. Mail**

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

Parties Served: 169