**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 1242, 1286, 1297, 1324** |

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER APPROVING SEVENTEENTH OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1. On December 23, 2019, *the Seventeenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases* [Docket No. 1242] (the "**Motion**")[2] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 1242], objections to the Motion were to be filed by January 7, 2020 at 4:00 p.m. (prevailing Eastern Time), which deadline was extended for Med One Capital Funding, LLC ("**Med One**") to January 21, 2020 at 10:00 a.m. (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Debtors received informal comments to the Motion from Med One, requesting that certain changes be made to the original proposed order

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein have the meaning stated in the Motion.

-2-

accompanying the Motion (the "**Original Proposed Order**").  In addition, on January 3, 2020, the Philadelphia College of Osteopathic Medicine ("**PCOM**") filed a reservation of rights in connection with the Motion [D.I. 1286] (the "**Reservation of Rights**"), and on January 7, 2020, Premier, Inc. ("**Premier**") filed a limited objection and reservation of rights in response to the Motion [D.I. 1297] (the "**Limited Objection**").

4. On January 15, 2020, Premier filed a notice of withdrawal of the Limited Objection [D.I. 1324] based on, *inter alia* the Debtors' agreement to, *inter alia*, make certain changes to the Original Proposed Order, as reflected in the revised proposed order attached hereto as **Exhibit "A"** (the "**Revised Order**").  In addition, the Debtors have resolved Med One's informal comments to the Motion through changes reflected in the Revised Order.  PCOM has further confirmed its consent to the entry of the Revised Order, notwithstanding the Reservation of Rights.

5. Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

6. The Debtors have confirmed that the Revised Order is acceptable to PCOM, Premier and Med One.

*[remainder of page left intentionally blank]*

-3-

7. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: January 21, 2020               **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
    Mark Minuti (DE Bar No. 2659)
    Monique B. DiSabatino (DE Bar No. 6027)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE  19899
    Telephone: (302) 421-6800
    Fax: (302) 421-5873
    mark.minuti@saul.com
    monique.disabatino@saul.com

    -and-

    Jeffrey C. Hampton
    Adam H. Isenberg
    Aaron S. Applebaum (DE Bar No. 5587)
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-7777
    Fax: (215) 972-7725
    jeffrey.hampton@saul.com
    adam.isenberg@saul.com
    aaron.applebaum@saul.com

    *Counsel for Debtors and Debtors in Possession*