IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>               Debtors. | ) Chapter 11<br>)<br>)<br>) Case No. 19-11466 (KG)<br>)<br>) Jointly Administered<br>) **Re: Docket No. 1345** |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR JANUARY 23, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[3,4]**

**CONTINUED MATTERS:**

1. Motion of St. Christopher's Hospital for Children Medical Staff Members for (I) Allowance and Immediate Payment of Administrative Claims and (II) Relief from the Sale Order Pursuant to Federal Rule of Civil Procedure 60(b) [D.I. 1088; filed: 12/05/19]

   Response Deadline: January 16, 2020 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Debtors and STC OpCo, LLC.

   Responses Received: None to date

   Related Documents:

   A. Notice of Motion [D.I. 1262; filed: 12/30/19]

   Status: This matter is continued to the next omnibus hearing date.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

2. **[FILED UNDER SEAL]** Ninth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1175; filed: 12/16/19]

    Response Deadline:  December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee of Hahnemann Residents and Fellows (the "Ad Hoc Committee").

    Responses Received:  None to date

    Related Documents:

    A.  **[REDACTED]** Ninth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1176; filed: 12/16/19]

    B.  Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

    Status:  This matter is continued to a date to be determined.

3. **[FILED UNDER SEAL]** Tenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1177; filed: 12/16/19]

    Response Deadline:  December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

    Responses Received:  None to date

    Related Documents:

    A.  **[REDACTED]** Tenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1178; filed: 12/16/19]

    B.  Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

    Status:  This matter is continued to a date to be determined.

4. **[FILED UNDER SEAL]** Eleventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements ("Eleventh Omnibus Rejection Motion") [D.I. 1179; filed: 12/16/19]

    Response Deadline:  December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

Responses Received:

A.  Objection of Ulyana Kulish, DPM [D.I. 1256; filed: 12/30/19]

Related Documents:

A.  **[REDACTED]** Eleventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1180; filed: 12/16/19]

B.  Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

Status: This matter is continued to a date to be determined.

5.  **[FILED UNDER SEAL]** Twelfth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1181; filed: 12/16/19]

    Response Deadline:  December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

    Responses Received:

    A.  Objection of Christopher Mahrous, M.D. *(this objection was inadvertently filed as an objection to the Eleventh Omnibus Rejection Motion)* [D.I. 1285; filed: 01/03/20]

    B.  Objection of Brenda Mullen, M.D. *(this objection was inadvertently filed as an objection to the Eleventh Omnibus Rejection Motion)* [D.I. 1306; filed: 01/08/20]

    Related Documents:

    A.  **[REDACTED]** Twelfth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1182; filed: 12/16/19]

    B.  Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

    Status: This matter is continued to a date to be determined.

6.  **[FILED UNDER SEAL]** Thirteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1183; filed: 12/16/19]

Response Deadline:  December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

Responses Received:  None to date

Related Documents:

A. **[REDACTED]** Thirteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1184; filed: 12/16/19]

B. Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

Status: This matter is continued to a date to be determined.

7. **[FILED UNDER SEAL]** Fourteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1185; filed: 12/16/19]

Response Deadline:  December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

Responses Received:  None to date

Related Documents:

A. **[REDACTED]** Fourteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1186; filed: 12/16/19]

B. Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

Status: This matter is continued to a date to be determined.

8. Motion to Compel Assumption or Rejection of Unexpired Leases filed by People's Capital and Leasing Corp. [D.I. 1272; filed: 01/02/20]

Response Deadline:  January 16, 2020 at 4:00 p.m.; extended for the Debtors to the date that is seven days prior to the next omnibus hearing date.

Responses Received:

A. Informal comments from the Debtors

Related Documents:  None to date

Status: This matter is continued to the next omnibus hearing date.

9.  Motion of Medline Industries Holdings, L.P. for Allowance and Immediate Payment of Administrative Expense Claims Under 11 U.S.C. § 503 [D.I. 1307; filed: 01/09/20]

    Response Deadline: January 16, 2020 at 4:00 p.m.

    Responses Received:

    A.  Debtors' Objection [D.I. 1325; filed: 01/16/20]

    Related Documents: None

    Status: This matter is continued to the next omnibus hearing date.

**RESOLVED MATTERS:**

10. Motion of Global Neurosciences Institute, LLC for Allowance and Payment of Administrative Expense Claim [D.I. 956; filed: 11/04/19]

    Response Deadline: November 12, 2019 at 4:00 p.m.

    Responses Received:

    A.  Debtors' Objection [D.I. 975; filed: 11/11/19]

    B.  Objection of MidCap [D.I. 981; filed: 11/12/19]

    Related Documents:

    A.  Certification of Counsel Re: Order Regarding Motion of Global Neurosciences Institute for Allowance and Payment of Administrative Expense Claim [D.I. 1211; filed: 12/18/19]

    B.  Order Regarding Motion of Global Neurosciences Institute for Allowance and Payment of Administrative Expense Claim [D.I. 1214; filed: 12/19/19]

    Status: On December 19, 2019, the Court entered an order on this motion.

11. Debtors' Fifth Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC Opco Sale [D.I. 1087; filed: 12/05/19]

    Response Deadline: December 12, 2019 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A.  Certification of No Objection [D.I. 1167; filed: 12/13/19]

    B.    Order Granting Debtors' Fifth Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC Opco Sale [D.I. 1174; signed and docketed: 12/16/19]

    Status: On December 16, 2019, the Court entered an order on this motion.

12.    Eighth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1165; filed: 12/13/19]

    Response Deadline:  December 27, 2019 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.    Certification of No Objection [D.I. 1261; filed: 12/30/19]

    B.    Order Approving Eighth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1270; signed and docketed: 01/02/20]

    Status: On January 2, 2020, the Court entered an order on this motion.

13.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Versions of the Debtors' Omnibus Motions for Authority to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1187; filed: 12/16/19]

    Response Deadline:  December 30, 2019 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.    Certification of No Objection [D.I. 1266; filed: 01/02/20]

    B.    Order Authorizing the Debtors to File Under Seal the Unredacted Versions of the Debtors' Omnibus Motions for Authority to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1273; signed and docketed: 01/02/20]

    Status: On January 2, 2020, the Court entered an order on this motion.

14. Fifteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1240; filed: 12/23/19]

    Response Deadline:  January 7, 2020 at 4:00 p.m.; extended to January 9, 2020 at 4:00 p.m. for Chubb Hotel & Conference Center.

    Responses Received:  None

    Related Documents:

    A.   Certification of No Objection [D.I. 1316; filed: 01/10/20]

    B.   Order Approving Fifteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1321; signed and docketed: 01/13/20]

    Status: On January 13, 2020, the Court entered an order on this motion.

15. Sixteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1241; filed: 12/23/19]

    Response Deadline:  January 7, 2020 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.   Certification of No Objection [D.I. 1304; filed: 01/08/20]

    B.   Order Approving Sixteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1312; signed and docketed: 01/10/20]

    Status: On January 10, 2020, the Court entered an order on this motion.

16. Eighteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1243; filed: 12/23/19]

    Response Deadline:  January 7, 2020 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.   Certification of No Objection [D.I. 1305; filed; 01/08/20]

B.     Order Approving Eighteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1311; signed and docketed: 01/10/20]

Status: On January 10, 2020, the Court entered an order on this motion.

17. Second Motion of the Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions [D.I. 1302; filed: 01/08/20]

Response Deadline: January 15, 2020 at 4:00 p.m.

Responses Received: None

Related Documents:

A.     Certification of No Objection [D.I. 1327; filed: 01/16/20]

B.     Order Extending the Time Period Within Which the Debtors May Remove Actions [D.I. 1331; signed and docketed: 01/17/20]

Status: On January 17, 2020, the Court entered an order on this motion.

**MATTERS GOING FORWARD:**

18. Motion of Achintya Moulick, MD for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 1081; filed: 12/03/19]

Response Deadline: December 17, 2019 at 4:00 p.m.; extended to January 16, 2020 at 4:00 p.m. for the Debtors.

Responses Received:

A.     Debtors' Objection [D.I. 1326; filed: 01/16/20]

B.     Official Committee of Unsecured Creditors' Joinder in the Debtors' Objection [D.I. 1329; filed: 01/16/20]

Related Documents: None

Status: This matter is going forward.

19. Seventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1137; filed: 12/11/19]

Response Deadline: December 26, 2019 at 4:00 p.m.; extended to January 16, 2020 at 4:00 p.m. for Achintya Moulick, M.D.

Responses Received:

A.     Achintya Moulick, MD's Response [D.I. 1328; filed: 01/16/20]

Related Documents:  None

Status: This matter is going forward.

20.     Seventeenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1242; filed: 12/23/19]

Response Deadline:  January 7, 2020 at 4:00 p.m.; extended to January 21, 2020 at 10:00 a.m. for Med One Capital Funding, LLC. ("Med One").

Responses Received:

A.     Informal response from Med One Capital Funding, LLC

B.     Reservation of Rights of Philadelphia College of Osteopathic Medicine [D.I. 1286; filed: 01/03/20]

C.     Limited Objection and Reservation of Rights of Premier, Inc. and Its Subsidiaries [D.I. 1297; filed: 01/07/20]

D.     Notice of Withdrawal of Limited Objection and Reservation of Rights of Premier, Inc. and Its Subsidiaries [D.I. 1324; filed: 01/15/20]

Related Documents:

**A.     Certification of Counsel Regarding Revised Proposed Order Approving Seventeenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1346; filed: 01/21/20]**

**Status: On January 21, 2020, the Debtors filed a certificate of counsel on this matter. Accordingly, no hearing is necessary unless the Court has questions or concerns.**

21.     Motion of the United States to Lift the Automatic Stay to Permit Setoff [D.I. 1250; filed: 12/27/19]

Response Deadline:  January 10, 2020 at 4:00 p.m.

Responses Received:

A.     Debtors' Limited Objection [D.I. 1313; filed: 01/10/20]

    B.    Official Committee of Unsecured Creditors' Joinder in the Debtors' Limited Objection [D.I. 1314; filed: 01/10/20]

Reply:

    C.    United States' Reply in Support of Its Motion to Lift the Automatic Stay to Permit Setoff [D.I. 1330; filed: 01/17/20]

Status: This matter is going forward.

**FEE APPLICATIONS:**

22.    Certification of Counsel Regarding Proposed Omnibus Order Approving First Interim Fee Applications of Certain of the Debtors' and Official Committee of Unsecured Creditors' Professionals [D.I. TBD; filed: TBD]

    Response Deadline:   See index of the fee applications attached as Exhibit A.

    Responses Received:

    A.    Informal comments from the United States Bankruptcy Court for the District of Delaware

    Related Documents:  None

    Status:   Debtors' counsel will be submitting an omnibus fee order under certification of counsel.

Dated: January 21, 2020          SAUL EWING ARNSTEIN & LEHR LLP

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*