# EXHIBIT A

## INDEX OF PROFESSIONALS' FEE APPLICATIONS

## DEBTORS' PROFESSIONALS

**I.**  **SAUL EWING ARNSTEIN & LEHR LLP (Counsel to Debtors)**

First Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 30, 2019 through September 30, 2019 [D.I. 1251; filed: 12/27/19]

i.  Certification of No Objection for First Interim Fee Application of Saul Ewing Arnstein & Lehr LLP [D.I. 1332; filed: 01/17/20]

## COMMITTEE PROFESSIONALS

**II.**  **SILLS CUMMIS & GROSS P.C. (Counsel to the Official Committee of Unsecured Creditors)**

First Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from July 15, 2019 through September 30, 2019 [D.I. 1244; filed: 12/24/19]

i.  Certification of No Objection for First Quarterly Application of Sills Cummis & Gross P.C. [D.I. 1323; Filed: 01/14/20]

**III.**  **FOX ROTHSCHILD LLP (Delaware Counsel to the Official Committee of Unsecured Creditors)**

First Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 17, 2019 through September 30, 2019 [D.I. 1017; filed: 11/15/19]

i.  Certification of No Objection for First Interim Fee Application of Fox Rothschild LLP [D.I. 1107; filed: 12/06/19]

2

**IV.    BERKELEY RESEARCH GROUP, LLC (Financial Advisor to the Official Committee of Unsecured Creditors)**

First Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from July 22, 2019 through September 30, 2019 [D.I. 1018; filed: 11/15/19]

i.    Certification of No Objection for First Interim Application of Berkeley Research Group, LLC [D.I. 1108; filed: 12/06/19]