**Exhibit 1**

**Rejected Contracts**

**(see attached)**

Exhibit 1 - Rejected Contracts (17th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Leasing Associates Of Barrington, Inc. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Lockton-Dunning Series Of Lockton Companies, Llc | Agreement For Benefits Admin Svcs | Philadelphia Academic Health System, LLC |
| Locumtenens.Com, Llc | Client Contract & Addendum | Philadelphia Academic Health System, LLC |
| Lyons Advisors, Llc | Business Associate Agreement | St. Christopher's Healthcare, LLC |
| Lyons-Chvala Nephrology Assoc. | Time Share | St. Christopher's Healthcare, LLC |
| Manhattan Telecommunications Corporation | Agreement For Phone Svcs | Philadelphia Academic Health System, LLC |
| Mar Cor Purification, Inc. | Service Proposal | St. Christopher's Healthcare, LLC |
| Marcelino Desantos, Md Pc | Lease Agreement | SCHC Pediatric Associates, L.L.C. |
| Mary Agnew, Snr VP/CNO | Transfer Agreement | St. Christopher's Healthcare, LLC |
| Mary Mallon, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Maureen Fee, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Mayflower Laundry and Textile Services LLC | Master Agreement for Laundry Processing and Rental Services | Philadelphia Academic Health System, LLC |
| Mayflower Laundry And Textile Services Llc | Statement of Work for Laundry & Linen Services | Center City Healthcare, LLC |
| Mayflower Laundry And Textile Services Llc | Statement of Work for Laundry & Linen Services | St. Christopher's Healthcare, LLC |
| Med One Capital Funding, LLC | Linen Control Subscription Agreement | St. Christopher's Healthcare, LLC |
| Med3000 Inc. | Information System & Revenue Cycle Mgt Agreement | TPS V of PA, L.L.C. |
| Med3000 Inc. | Information System & Revenue Cycle Mgt Agreement | StChris Care at Northeast Pediatrics, L.L.C. |
| Med3000 Inc. | Information System & Revenue Cycle Mgt Agreement | SCHC Pediatric Associates, L.L.C. |
| Medhub, LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| Medical Doctor Associates, LLC | Locum Tenens Svcs Agreement | SCHC Pediatric Associates, L.L.C. |
| Medical Gas Solutions, Inc. | Agreement For Medical Gas Inspections & Svcs | St. Christopher's Healthcare, LLC |
| Medline Industries Holdings, L.P | Agreement For Supplies Purchasing Program | Philadelphia Academic Health System, LLC |
| Medline Industries, Inc. | Custom Tray/Module Agreement | St. Christopher's Healthcare, LLC |
| Medlytix, Llc | Agreement For Insurance/Payer Identification Svcs | Philadelphia Academic Health System, LLC |
| Medtronic Usa Inc. | Capital Equipment Rental Agreement | St. Christopher's Healthcare, LLC |

Exhibit 1 - Rejected Contracts (17th Omnibus Rejection Motion)

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Medtronic Usa, Inc. | Pricing Agreement | Philadelphia Academic Health System, LLC |
| Medtronic USA, Inc. | Medtronic CareLink Network Terms of Use | St. Christopher's Healthcare, LLC |
| Mindray Ds Usa, Inc. | Trial Evaluation Agreement | St. Christopher's Healthcare, LLC |
| Moira Brooks | Independent Contractor Agreement | St. Christopher's Healthcare, LLC |
| Monterey Medical Solutions, Inc. | Software License Agreement | St. Christopher's Healthcare, LLC |
| Msw Enterprises Inc. | Contract For Service | TPS V of PA, L.L.C. |
| Natus Medical Incorporated | Maintenance Agreement | St. Christopher's Healthcare, LLC |
| Nthrive Revenue Systems, Llc | Agreement For Contract Mgt & Modeling | Philadelphia Academic Health System, LLC |
| Nthrive Revenue Systems, Llc | Master Agreement | Philadelphia Academic Health System, LLC |
| Nuance Communications, Inc. | Agreement For Transcription Svcs | Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Center City Healthcare, LLC |
| Nuance Communications, Inc. | Agreement For Maintenance For Software | St. Christopher's Healthcare, LLC |
| Occupational Health Centers Of The Southwest, P.A. | Settlement Agreement & Mutual Release | St. Christopher's Healthcare, LLC |
| Office Of Counsel | Transfer Agreement | St. Christopher's Healthcare, LLC |
| Office Of Counsel | Transfer Agreement | St. Christopher's Healthcare, LLC |
| Olympus America Inc. | Master Lease Agreement 0016015 | St. Christopher's Healthcare, LLC |
| Olympus America Inc. | Lease Schedule 001 | St. Christopher's Healthcare, LLC |
| Olympus America Inc. | Equipment Service Agreement | St. Christopher's Healthcare, LLC |
| Omnicell, Inc. | Pricing Supplement | St. Christopher's Healthcare, LLC |
| Optum360 Solutions, LLC | Master Services and License Agreement | Philadelphia Academic Health System, LLC |
| Orthopediatrics Us Distribution Corporation | Consignment Agreement | St. Christopher's Healthcare, LLC |
| Paladin Healthcare Capital, LLC | DUCOM Extension Letter Agreement | St. Christopher's Healthcare, LLC |
| Parkingsoft, LLC | Services Agreement | St. Christopher's Healthcare, LLC |
| Parkingsoft, LLC | Master Software Subscription Agreement | St. Christopher's Healthcare, LLC |
| Pennoni Associates | Agreement For Structural Analysis | St. Christopher's Healthcare, LLC |
| Perioperative Services, Llc | Professional Billing Svcs Agreement | SCHC Pediatric Associates, L.L.C. |
| Peter D. Pizzutillo, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |

Case 19-11466-MFW    Doc 1349-1    Filed 01/22/20    Page 4 of 5

Exhibit 1 - Rejected Contracts (17th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Pharmacy Onesource Inc. | Software License Agreement | Philadelphia Academic Health System, LLC |
| Pharmacy Onesource Inc. | Software License Agreement | St. Christopher's Healthcare, LLC |
| Philadelphia Business Journal | Advertising Contract | St. Christopher's Healthcare, LLC |
| Philadelphia College Of Osteopathic Medicine | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Philadelphia College Of Osteopathic Medicine | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Philadelphia College Of Osteopathic Medicine | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. |
| Philadelphia College Of Osteopathic Medicine | Residency Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Philadelphia University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Philadelphia University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Philip Stein, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Physician And Tactical Healthcare Services LLC | Agreement | St. Christopher's Healthcare, LLC |
| Precision Sprinkler Services, Inc. | Proposal #lp2387 | St. Christopher's Healthcare, LLC |
| Premier Healthcare Solutions, Inc. | Performance Suite Solutions Subscription Agreement, dated as of January 1, 2018 (including all exhibits, solutions and ancillary agreements, including the related Business Associate Addendum, all as amended) | Philadelphia Academic Health System, LLC |
| Priority Express Courier, Inc. | Agreement | St. Christopher's Healthcare, LLC |
| Proserv Removal, Inc. | Agreement For Disposal Of Items From The Warehouse | St. Christopher's Healthcare, LLC |
| Puppet Kitchen International, Inc. | Agreement For Commerical Production | St. Christopher's Healthcare, LLC |
| Quantros, Inc. | Software License & Maintenance Agreement | Philadelphia Academic Health System, LLC |
| Quest Diagnostic Clinical Laboratories Inc. | Agreement For Reference Lab Svcs | Philadelphia Academic Health System, LLC |
| Quest Diagnostic Clinical Laboratories Inc. | Specimen Collection Services Agreement | St. Christopher's Healthcare, LLC |
| Ralph J. Riviello, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Raphael J. Yoo, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Reading Hospital | Student Affiliation Agreement | St. Christopher's Healthcare, LLC |
| Respiratory Associates | Time Share Extension | St. Christopher's Healthcare, LLC |

Case 19-11466-MFW    Doc 1349-1    Filed 01/22/20    Page 5 of 5

Exhibit 1 - Rejected Contracts (17th Omnibus Rejection Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Reuter Hanney Inc. | Quotation | St. Christopher's Healthcare, LLC |
| Ricoh USA, Inc. | Master Lease Agreement | St. Christopher's Healthcare, LLC |
| Ricoh USA, Inc. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Ricoh USA, Inc. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Ricoh USA, Inc. | Lease Agreement | St. Christopher's Healthcare, LLC |
| Ricoh Usa, Inc. | Product Schedule | SCHC Pediatric Associates, L.L.C. |
| Risa Eichinger | Services Agreement | St. Christopher's Healthcare, LLC |
| SAI Global Compliance, Inc. | Software License Agreement | Philadelphia Academic Health System, LLC |
| SAI Global Compliance, Inc. | Customer Order | Philadelphia Academic Health System, LLC |
| Saint Lukes Hosp Of Bethlehem PA | Lease Agreement | SCHC Pediatric Associates, L.L.C. |
| Sarah Long, M.D. | Physician Agreements | SCHC Pediatric Associates, L.L.C. |
| Schc Pediatric Assoc LLC | Lease Agreement | St. Christopher's Healthcare, LLC |
| SCHC Pediatric Associates, LLC | Time Share Sublease | St. Christopher's Pediatric Urgent Care Center, L.L.C. |
| SCHC Pediatric Associates, LLC | Sublease | St. Christopher's Healthcare, LLC |
| SCHC Pediatric Associates, LLC | Sublease | St. Christopher's Healthcare, LLC |
| Scribe Care, Inc. | Agreement For Scribe Svcs | Philadelphia Academic Health System, LLC |
| Scribeamerica, Llc | Agreement For Scribe Svcs | SCHC Pediatric Associates, L.L.C. |
| Sherman Engineering Company | Quote | St. Christopher's Healthcare, LLC |
| Siemens Healthcare Diagnostics, Inc. | Master Equipment and Products Agreement | St. Christopher's Healthcare, LLC |
| Siemens Industry, Inc. | Advantage Svcs Agreement | St. Christopher's Healthcare, LLC |
| Siemens Industry, Inc. | Advantage Svcs Agreement | St. Christopher's Healthcare, LLC |
| Sisco, Inc. | Agreement For Support For Security Id System | St. Christopher's Healthcare, LLC |
| Smokin' Betty'S | Event Proposal | St. Christopher's Healthcare, LLC |
| Solid Waste Services Inc. | Services Agreement | St. Christopher's Healthcare, LLC |
| Sorin Group Usa, Inc. | Maintenance Agreement | St. Christopher's Healthcare, LLC |