# EXHIBIT A

## SUMMARY OF TIMEKEEPERS

| Name | Title | Hours | Rate | Total |
|---|---|---|---|---|
| A. Concepcion | Senior Consultant | 2.0 | $155.00 | $310.00 |
| B. Whitaker | Consultant | 9.1 | $125.00 | $1,137.50 |
| D. Green | Consultant | .7 | $125.00 | $87.50 |
| K. Nownes | Senior Consultant | 1.3 | $155.00 | $201.50 |
| O. Davis | Consultant | 54.2 | $105.00 | $5,691.00 |
| Y. Bederman | Senior Consultant | 14.2 | $145.00 | $2,059.00 |
| | **TOTAL** | **81.5** | --- | **$9,486.50** |