# EXHIBIT B

**DETAILED TIME RECORDS**



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

09-10-2019

Center City Healthcare, LLC- 327

**Invoice Number: 7469**
Invoice Period: 08-01-2019 - 08-31-2019

Payment Terms: Upon Receipt

**RE: Schedules & SOFAs**

## Schedules & SOFAs

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-01-2019 | Yelena Bederman | Preparation of Schedule of Assets And Liabilities | 0.20 | 145.00 | 29.00 |
| 08-01-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 4.50 | 105.00 | 472.50 |
| 08-01-2019 | Olivia Davis | Update Schedules and Sofas Tracking Report | 0.60 | 105.00 | 63.00 |
| 08-01-2019 | Olivia Davis | Review E-Mail Received And Respond To M. DiSabatino @ SEA&L re: Schedule G | 0.10 | 105.00 | 10.50 |
| 08-01-2019 | Olivia Davis | Review E-Mail Received And Respond To A. Applebaum @ SEA&L re: Schedule G | 0.10 | 105.00 | 10.50 |
| 08-01-2019 | Olivia Davis | Review E-Mail Received And Respond To A. Still @ S&W re: Schedules and Sofas Data; Review | 0.30 | 105.00 | 31.50 |
| 08-01-2019 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 0.40 | 125.00 | 50.00 |
| 08-01-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 1.30 | 105.00 | 136.50 |
| 08-02-2019 | Alexa Concepcion | Preparation of Schedule of Assets And Liabilities | 2.00 | 155.00 | 310.00 |
| 08-02-2019 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 0.50 | 125.00 | 62.50 |
| 08-02-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 1.20 | 105.00 | 126.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-02-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 2.60 | 105.00 | 273.00 |
| 08-02-2019 | Olivia Davis | Review E-Mail Received And Respond To A. Still @ S&W re: Schedules and Sofas Information | 0.10 | 105.00 | 10.50 |
| 08-02-2019 | Olivia Davis | Email communication with A. Still @ S&W and M. DiSabatino @ SEA&L re: Schedule D and Schedules and Sofas Tracking Report | 0.20 | 105.00 | 21.00 |
| 08-02-2019 | Yelena Bederman | Preparation of Schedule of Assets And Liabilities | 2.50 | 145.00 | 362.50 |
| 08-05-2019 | Yelena Bederman | Preparation of Schedule of Assets And Liabilities | 2.50 | 145.00 | 362.50 |
| 08-05-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 1.90 | 105.00 | 199.50 |
| 08-05-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 1.80 | 105.00 | 189.00 |
| 08-05-2019 | Olivia Davis | Review E-Mail Received And Respond To A. Still @ S&W re: Schedules and SOFA Information | 0.10 | 105.00 | 10.50 |
| 08-05-2019 | Olivia Davis | Email communication with A. Still @ S&W and M. DiSabatino @ SEA&L re: Schedules and SOFA Drafts | 0.10 | 105.00 | 10.50 |
| 08-05-2019 | Olivia Davis | Update Schedules and Sofas Tracking Report | 0.30 | 105.00 | 31.50 |
| 08-06-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 3.00 | 105.00 | 315.00 |
| 08-07-2019 | Olivia Davis | Review Drafts of Schedules and SOFAs | 3.70 | 105.00 | 388.50 |
| 08-07-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 2.60 | 105.00 | 273.00 |
| 08-07-2019 | Olivia Davis | Review and Format Schedule G Contracts for Preparations of Cure Notice | 0.60 | 105.00 | 63.00 |
| 08-07-2019 | Olivia Davis | Review E-Mails Received And Respond To M. DiSabatino @ SEA&L re: Schedule G Additions and Filing Timeline | 0.20 | 105.00 | 21.00 |
| 08-08-2019 | Olivia Davis | Review Drafts of Schedules and SOFAs | 4.80 | 105.00 | 504.00 |
| 08-08-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 0.80 | 105.00 | 84.00 |
| 08-08-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 1.10 | 105.00 | 115.50 |
| 08-08-2019 | Olivia Davis | Review E-Mail Received And Respond To A. Still @ S&W re: Schedules and SOFA Updates | 0.10 | 105.00 | 10.50 |
| 08-08-2019 | Olivia Davis | Review E-Mail Received And Respond To M. DiSabatino @ SEA&L re: Schedules and SOFA Updates | 0.10 | 105.00 | 10.50 |
| 08-08-2019 | Olivia Davis | Update Schedules and SOFAs Tracking Sheet | 0.10 | 105.00 | 10.50 |
| 08-09-2019 | Olivia Davis | Email communication with S&W and SEA&L re: Drafts of the Schedules and SOFAs | 0.10 | 105.00 | 10.50 |
| 08-09-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 1.00 | 105.00 | 105.00 |
| 08-09-2019 | David Green | Preparation of Statement of Financial Affairs | 0.70 | 125.00 | 87.50 |
| 08-09-2019 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 1.30 | 125.00 | 162.50 |
| 08-09-2019 | Katie Nownes | Preparation of Schedule of Assets and Liabilities | 0.50 | 155.00 | 77.50 |
| 08-09-2019 | Katie Nownes | Preparation of Statement of Financial Affairs | 0.40 | 155.00 | 62.00 |
| 08-09-2019 | Katie Nownes | Review e-mail received and respond to A. Still @ S&W re: Schedule and SOFA information | 0.20 | 155.00 | 31.00 |
| 08-09-2019 | Katie Nownes | Review e-mail received and respond to M. DiSabatino @ SEA&L re: Schedule and SOFA Updates | 0.20 | 155.00 | 31.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-09-2019 | Yelena Bederman | Preparation of Schedule of Assets And Liabilities | 0.70 | 145.00 | 101.50 |
| 08-09-2019 | Yelena Bederman | Preparation of Statement of Financial Affairs | 0.30 | 145.00 | 43.50 |
| 08-12-2019 | Yelena Bederman | Preparation of Schedule of Assets And Liabilities | 4.00 | 145.00 | 580.00 |
| 08-12-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 4.00 | 105.00 | 420.00 |
| 08-12-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 5.60 | 105.00 | 588.00 |
| 08-12-2019 | Olivia Davis | Review E-Mail Received And Respond To M. DiSabatino @ SEA&L re Schedules and SOFA Updates | 0.40 | 105.00 | 42.00 |
| 08-12-2019 | Olivia Davis | Review E-Mail Received And Respond To A. Still @ S&W re Schedules and SOFA Updates | 0.30 | 105.00 | 31.50 |
| 08-12-2019 | Olivia Davis | Review E-Mail Received And Respond To M. DiSabatino @ SEA&L re: Executory Contract Lists and Cure Amounts | 0.20 | 105.00 | 21.00 |
| 08-12-2019 | Brittney Whitaker | Preparation of Schedule of Assets And Liabilities | 2.50 | 125.00 | 312.50 |
| 08-12-2019 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 0.30 | 125.00 | 37.50 |
| 08-13-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 4.30 | 105.00 | 451.50 |
| 08-13-2019 | Olivia Davis | Email communication with S&W and SEA&L re: Schedules and SOFA Drafts | 0.30 | 105.00 | 31.50 |
| 08-13-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 4.00 | 105.00 | 420.00 |
| 08-13-2019 | Olivia Davis | Review E-Mail Received And Respond To A. Still @ S&W re: Schedules and SOFAs Revisions | 0.40 | 105.00 | 42.00 |
| 08-13-2019 | Olivia Davis | Review E-Mail Received And Respond To M. DiSabatino @ SEA&L re: Schedules and SOFAs revisions | 0.40 | 105.00 | 42.00 |
| 08-13-2019 | Olivia Davis | Review E-Mail Received And Respond To M. DiSabatino @ SEA&L re: Executory Contract Lists and Cure Amounts | 0.10 | 105.00 | 10.50 |
| 08-13-2019 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 2.00 | 125.00 | 250.00 |
| 08-13-2019 | Brittney Whitaker | Preparation of Schedule of Assets And Liabilities | 2.10 | 125.00 | 262.50 |
| 08-13-2019 | Yelena Bederman | Preparation of Schedule of Assets And Liabilities | 3.50 | 145.00 | 507.50 |
| 08-13-2019 | Yelena Bederman | Preparation of Statement of Financial Affairs | 0.50 | 145.00 | 72.50 |
| 08-14-2019 | Olivia Davis | Email communication with Monique DiSabatino @ SEA&L re: Cure Amounts for Executory Contracts | 0.20 | 105.00 | 21.00 |
| 08-14-2019 | Olivia Davis | Review cure amounts for contracts on Schedule G | 0.60 | 105.00 | 63.00 |
|  |  |  |  | **Total Fees** | 9,486.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Alexa Concepcion | 2.00 | 155.00 | 310.00 |
| Brittney Whitaker | 9.10 | 125.00 | 1,137.50 |
| David Green | 0.70 | 125.00 | 87.50 |

| Professional | Hours | Rate | Amount |
|---|---:|---:|---:|
| Katie Nownes | 1.30 | 155.00 | 201.50 |
| Olivia Davis | 54.20 | 105.00 | 5,691.00 |
| Yelena Bederman | 14.20 | 145.00 | 2,059.00 |
| | | **Total Fees** | 9,486.50 |

|  |  |
|---:|---:|
| **Total for this Invoice** | 9,486.50 |
| **Previous Balance** | 12,376.00 |
| **Total Amount to Pay** | 21,862.50 |