IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket Nos. 1017, 1018, 1244 and 1251** |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING FIRST INTERIM FEE APPLICATIONS OF CERTAIN OF THE DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROFESSIONALS

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. Certain professionals retained by the Debtors and certain of the professionals retained by the Official Committee of Unsecured Creditors appointed in these chapter 11 cases (collectively, the "**Applicants**") filed first interim fee requests for allowance of compensation and reimbursement of expenses on an interim basis (the "**First Interim Fee Applications**") [D.I. 1017, 1018, 1244 and 1251].

2. The hearing with respect to the First Interim Fee Applications was scheduled for January 23, 2020.

3. No responses were received by the Applicants prior to the First Interim Fee Applications' respective objection deadlines.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

4. Attached hereto as **Exhibit 1** is a proposed *Omnibus Order Approving First Interim Fee Applications of Certain of the Debtors' and Official Committee of Unsecured Creditors' Professionals* (the "**Proposed Order**").

5. The undersigned counsel for the Debtors is available to respond to any questions the Court may have regarding the Proposed Order. Absent questions, the undersigned counsel respectfully requests that the Court sign the Proposed Order and direct that it be docketed.

Dated: January 23, 2020                    SAUL EWING ARNSTEIN & LEHR LLP

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*