## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: February 12, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**NOTICE OF FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD
FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

PLEASE TAKE NOTICE THAT on January 23, 2020, Sills Cummis & Gross P.C.

("Sills"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the

above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Fifth Monthly Fee

Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered

and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors

for the Period November 1, 2019 through November 30, 2019 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered

August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **February 12, 2020 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.


Dated: January 23, 2020                    **FOX ROTHSCHILD LLP**

                                           */s/ Thomas M. Horan*
                                           Thomas M. Horan (DE No. 4641)
                                           919 North Market Street, Suite 300
                                           Wilmington, DE  19899-2323
                                           Telephone:  (302) 654-7444
                                           Facsimile:  (302) 656-8920
                                           E-mail: thoran@foxrothschild.com

                                           *Counsel to the Official Committee of*
                                           *Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

CENTER CITY HEALTHCARE, LLC, d/b/a
HAHNEMANN UNIVERSITY HOSPITAL *et
al.*,[1]

Debtors.

Chapter 11

Case No. 19-11466 (KG)

(Jointly Administered)

**Objections Due: February 12, 2020 at 4:00 p.m. ET**
**Hearing Date: TBD if objection filed**

## FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
## AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
## <u>PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019</u>

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | November 1, 2019 – November 30, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $40,850.00  (80% of $51,062.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

6958297

## COMPENSATION BY PROFESSIONAL
## NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| Name of Professional Individual | Position, primary department or group, year of obtaining relevant license to practice, if applicable | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $825 | 13.6 | $11,220.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $750 | 44.5 | $33,375.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $595 | 1.4 | $833.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $550 | 22.2 | $12,210.00 |
| **Total Fees at Standard Rates** | | | **81.7** | **$57,638.00** |
| **Total Fees After Application of $625 Blended Rate Discount[3]** | | | **81.7** | **$51,062.50** |

---

[2] Effective October 1, 2019 (*i.e.*, the first date of Sills' new fiscal year), the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $795 to $825; the hourly rate of Boris Mankovetskiy was increased from $725 to $750; the hourly rate of Rachel Brennan was increased from $545 to $595; and the hourly rate of Gregory Kopacz was increased from $525 to $550.  However, as discussed below, Sills' fees for this engagement will remain subject to the $625 blended hourly rate cap.

[3] As noted in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Nunc Pro Tunc to July 15, 2019* [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 5.4 | $4,050.00 |
| Asset Disposition (102) | 11.1 | $7,679.00 |
| Business Operations (103) | 0.6 | $450.00 |
| Case Administration (104) | 9.0 | $6,220.00 |
| Claims Administration and Objections (105) | 32.0 | $24,647.50 |
| Fee/Employment Applications (107) | 14.4 | $8,090.00 |
| Fee/Employment Objections (108) | 1.9 | $1,045.00 |
| Financing (109) | 5.4 | $4,050.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 0.7 | $416.50 |
| Travel (116) (Billed at 50%) | 1.2 | $990.00 |
| **Total Fees at Standard Rate** | **81.7** | **$57,638.00** |
| **Total Fees After Application of $625 Blended Rate Discount[4]** | **81.7** | **$51,062.50** |

**EXPENSE SUMMARY**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

---

[4] As noted in its Retention Application, "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: February 12, 2020 at 4:00 p.m. ET** **Hearing Date: TBD if objection filed** |

## FIFTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Fifth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From November 1, 2019 Through November 30, 2019* (the "Application"). By the Application, Sills seeks allowance of $40,850.00 (80% of $51,062.50) in fees for services rendered and $0.00 for reimbursement of actual and necessary expenses, for the period from November 1, 2019 through

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

4

6958297

November 30, 2019 (the "Compensation Period"), and states as follows:

## Background

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for the Compensation Period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in*

5

*Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third

Circuit law, and the Compensation Order.

<u>**Actual and Necessary Expenses**</u>

6.      Detailed information regarding the actual and necessary expenses incurred by

Sills during the Compensation Period is included in <u>**Exhibit A**</u>.

<u>**Summary of Services by Project**</u>

7.      The services Sills rendered during the Compensation Period are generally

described below, with a more detailed identification of the actual services provided in <u>**Exhibit A**</u>.

A.      <u>Asset Analysis and Recovery</u>

Fees: $4,050.00;      Total Hours: 5.4

This category includes time expended by Sills investigating causes of action against

certain non-debtor affiliates and insiders.

B.      <u>Asset Disposition</u>

Fees: $7,679.00;      Total Hours: 11.1

This category includes time expended by Sills in connection with all matters relating to

the disposition, and other post-petition uses of, property of the Debtors' estates, including issues

relating to the sales of St. Christopher's Hospital for Children ("<u>STC</u>") and the resident program

assets of Hahnemann University Hospital ("<u>HUH</u>").  Time in this category includes time spent

addressing issues related to: (a) the appeal of the resident program sale order, (b) the disposition

of the remaining HUH assets, (c) the potential assumption and assignment of executory contracts

and unexpired leases in connection with the STC sale, and (d) the closing of the STC sale.

C.      <u>Business Operations</u>

Fees: $450.00;      Total Hours: 0.6

This category includes time expended by Sills addressing issues relating to the Debtors'

6958297

financial performance.

      D.      <u>Case Administration</u>

          Fees: $6,220.00;      Total Hours: 9.0

This category includes time expended by Sills addressing matters related to the administration of the Debtors' chapter 11 cases, including time spent preparing updates for the Committee members, communicating with the Committee members, attending hearings, responding to creditor queries, updating the "critical dates" case calendar, and considering matters of general import.

      E.      <u>Claims Administration and Objection</u>

          Fees: $24,647.50;      Total Hours: 32.0

This category includes time expended by Sills analyzing claims asserted against the Debtors' estates and potential objections, challenges and counterclaims thereto.  Time in this category includes time spent addressing issues related to: (a) analyzing claims asserted by Tenet Business Services Corporation ("<u>Tenet</u>") and Conifer Revenue Cycle Solutions, LLC ("<u>Conifer</u>"), (b) addressing issues relating to the mediation and consensual settlement of such claims, (c) attending related conference calls, (d) attending a hearing on numerous motions seeking allowance of alleged administrative expense claims, and (e) communicating with Debtors' counsel, the mediator, and counsel for Tenet and Conifer regarding such issues.

      F.      <u>Fee/Employment Applications</u>

          Fees: $8,090.00;      Total Hours: 14.4

This category includes time expended by Sills preparing its July, August and September fee applications.

      G.      <u>Fee/Employment Objections</u>

6958297

Fees: $1,045.00;        Total Hours: 1.9

This category includes time expended by Sills reviewing fee statements and retention applications of the Debtors' professionals.

H.    <u>Financing</u>

Fees: $4,050.00;        Total Hours: 5.4

This category includes time expended by Sills addressing issues relating to the potential extension of the Debtors' post-petition financing agreement and related budget, availability and liquidity issues.

I.    <u>Litigation (Other than Avoidance Action Litigation)</u>

Fees: $416.50;        Total Hours: 0.7

This category includes time expended by Sills analyzing issues related to CMS's appeal of the HUH resident program sale order, including analyzing its reply brief in support thereof.

J.    <u>Travel (Billed at 50%)</u>

Fees: $990.00;        Total Hours: 1.2

This category includes time expended by Sills traveling to a hearing in Delaware.

## **<u>Conclusion</u>**

8.    Sills respectfully submits that the amounts requested are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Sills reviewed the requirements of Local Rule 2016-2 and believes this Application reasonably complies therewith.

8

6958297

WHEREFORE, Sills respectfully requests that the Court authorize that an allowance be made to Sills for $40,850.00 (80% of $51,062.50) as compensation for services rendered during the Compensation Period, and that such sum be authorized for payment.

Dated: January 23, 2020
Wilmington, Delaware

Respectfully submitted,

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

6958297

## <u>VERIFICATION</u>

STATE OF NEW JERSEY          )
                                                  )  SS:
COUNTY OF ESSEX             )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies therewith.

Dated: January 23, 2020

*/s/ Andrew H. Sherman*_____
Andrew H. Sherman

6958297

# **Exhibit A**

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1763446 |
| Date | 12/27/19 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI # 22-1920331

Re:    Creditors' Committee

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 11/08/19 | BM | Analysis regarding investigation of potential causes of action against certain insiders. | 0.90 | 675.00 |
| 11/12/19 | BM | Analysis regarding investigation of potential claims against non-Debtor affiliates. | 1.20 | 900.00 |
| 11/20/19 | BM | Analysis regarding discovery requests in connection with investigation of potential claims against non-Debtor affiliates. | 0.90 | 675.00 |
| 11/21/19 | BM | Attend to discovery requests in connection with investigation of potential claims against insiders. | 0.70 | 525.00 |
| 11/26/19 | BM | Analysis of issues regarding investigation of potential causes of action against non-Debtor affiliates. | 1.70 | 1,275.00 |
| | | **TASK TOTAL 101** | **5.40** | **4,050.00** |
| **102 - ASSET DISPOSITION** | | | | |
| 11/14/19 | AHS | Follow up with counsel for Debtors re: 2004 issues, Tenet and sale closing. | 0.30 | 247.50 |
| 11/04/19 | BM | Attend to issues regarding CMS appeal of HUH residency assets sale. | 0.80 | 600.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 1763446 |
| Date | | 12/27/19 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/08/19 | BM | Analysis regarding response brief in CMS appeal of HUH residency sale. | 0.60 | 450.00 |
| 11/12/19 | BM | Analysis regarding Master Landlords' objection to retention of liquidator. | 0.60 | 450.00 |
| 11/13/19 | BM | Attend to issues regarding disposition of remaining HUH assets. | 0.80 | 600.00 |
| 11/18/19 | BM | Attend to issues regarding assumption and assignment of contracts and leases in connection with STC sale. | 0.90 | 675.00 |
| | | Attend to issues regarding STC sale closing. | 0.90 | 675.00 |
| 11/21/19 | BM | Attend to issues regarding potential resolution of Front Street Entities' objection to assumption and assignment of leases. | 0.90 | 675.00 |
| 11/27/19 | BM | Attend to issues regarding closing of STC sale. | 1.20 | 900.00 |
| | | Attend to issues regarding disposition of HUH equipment. | 0.60 | 450.00 |
| 11/03/19 | GAK | Review debtors' motion to reject Center lease. | 0.20 | 110.00 |
| 11/19/19 | GAK | Review STC APA and Master Lease Admin Motion. | 0.80 | 440.00 |
| 11/27/19 | GAK | Review stipulation with Master Landlords and summarize same for Committee members. | 1.80 | 990.00 |
| 11/08/19 | REB | Review Debtors' answering brief and related documents in U.S. appeal. | 0.70 | 416.50 |
| | | **TASK TOTAL 102** | **11.10** | **7,679.00** |

## 103 - BUSINESS OPERATIONS

| | | | | |
|---|---|---|---|---|
| 11/27/19 | BM | Analysis regarding Debtors' financial reporting. | 0.60 | 450.00 |
| | | **TASK TOTAL 103** | **0.60** | **450.00** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1763446 |
| Date | 12/27/19 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **104 - CASE ADMINISTRATION** | | | | |
| 11/07/19 | AHS | Address signature pages for Tenet/Conifer agreement, 9019 motion and next steps re: St. Christopher sale. | 0.30 | 247.50 |
| 11/11/19 | AHS | Call with Committee member re: background issues. | 0.50 | 412.50 |
| 11/22/19 | AHS | Address issues re: document request from Committee member and issues for upcoming hearing and potential resolution. | 0.40 | 330.00 |
| 11/01/19 | BM | Analysis of issues in connection with State of Pennsylvania's termination of HUH operating license. | 0.80 | 600.00 |
| 11/04/19 | BM | Prepare a report to Committee regarding mediation issues. | 0.60 | 450.00 |
| 11/06/19 | BM | Respond to creditors' inquiries regarding case status. | 0.40 | 300.00 |
| 11/25/19 | BM | Prepare for omnibus hearing. | 1.30 | 975.00 |
| | | Appear at omnibus hearing. | 1.60 | 1,200.00 |
| 11/01/19 | GAK | Update case calendar. | 0.10 | 55.00 |
| 11/03/19 | GAK | Review letter from Commonwealth of Pennsylvania revoking hospital license. | 0.10 | 55.00 |
| | | Review upcoming hearing agenda and update case calendar. | 0.20 | 110.00 |
| 11/04/19 | GAK | Update case calendar. | 0.20 | 110.00 |
| 11/06/19 | GAK | Review upcoming hearing agendas and update case calendar. | 0.20 | 110.00 |
| 11/11/19 | GAK | Review deposition notices and update case calendar. | 0.20 | 110.00 |
| 11/13/19 | GAK | Review deposition notices and update case calendar. | 0.30 | 165.00 |
| | | Respond to creditor email regarding claim issues. | 0.40 | 220.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1763446 |
| Date | 12/27/19 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/15/19 | GAK | Review upcoming hearing agenda and update case calendar. | 0.30 | 165.00 |
| 11/18/19 | GAK | Review recent pleadings and update case calendar to reflect objection deadlines and hearing dates. | 0.50 | 275.00 |
| 11/19/19 | GAK | Review hearing agenda and update case calendar. | 0.30 | 165.00 |
| 11/21/19 | GAK | Review upcoming hearing agenda. | 0.10 | 55.00 |
| 11/25/19 | GAK | Update case calendar. | 0.20 | 110.00 |
| | | **TASK TOTAL 104** | **9.00** | **6,220.00** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/19 | AHS | Prepare for and attend call with mediator and Tenet/Conifer re: terms of settlement and further review of drafts of same. | 1.20 | 990.00 |
| 11/03/19 | AHS | Review of drafts of Tenet/Conifer settlement agreement. | 0.40 | 330.00 |
| | | Review further revisions and additional call with mediator re: revised document. | 0.80 | 660.00 |
| | | Prepare for and attend calls with mediator and follow up with counsel for Debtors. | 1.90 | 1,567.50 |
| | | Follow up review of agreement as circulated. | 0.30 | 247.50 |
| 11/04/19 | AHS | Calls and emails with counsel for Debtors, Tenet/Conifer and mediator re: mediation issues and address settlement agreement issues. | 0.80 | 660.00 |
| | | Further review of drafts of agreement and email to Committee re: revised term and revised agreement. | 0.70 | 577.50 |
| 11/05/19 | AHS | Review of budget and final issues to be addressed through mediation. | 0.70 | 577.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 5 |
| Inv# | 1763446 |
| Date | 12/27/19 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/06/19 | AHS | Calls and emails with counsel for Debtors and Tenet/Conifer re: finalizing term sheet and hearing cancellation issues. | 0.80 | 660.00 |
| 11/12/19 | AHS | Calls and emails with counsel for Debtors re: 2004 issues, Tenet and sale closing. | 0.30 | 247.50 |
| 11/25/19 | AHS | Prepare for and attend omnibus hearing re: administrative claim motions. | 2.60 | 2,145.00 |
| 11/01/19 | BM | Analysis and revisions of proposed settlement agreement with Tenet/Conifer. | 1.20 | 900.00 |
|  |  | Calls with Tenet mediation parties and mediator. | 0.80 | 600.00 |
| 11/02/19 | BM | Attend to issues regarding proposed Tenet/Conifer settlement. | 1.10 | 825.00 |
| 11/03/19 | BM | Attend to issues regarding proposed settlement agreement with Tenet/Conifer. | 1.70 | 1,275.00 |
|  |  | Calls with mediation parties regarding revisions of proposed term sheet with Tenet. | 0.90 | 675.00 |
| 11/04/19 | BM | Calls with mediation parties settlement with Tenet/Conifer. | 1.70 | 1,275.00 |
|  |  | Attend to revisions of proposed settlement agreement with Tenet/Conifer. | 1.90 | 1,425.00 |
|  |  | Attend to pending motions to compel payment of administrative expenses. | 0.90 | 675.00 |
| 11/05/19 | BM | Calls with mediation parties regarding proposed settlement agreement with Tenet/Conifer. | 1.10 | 825.00 |
|  |  | Attend to proposed settlements of de minimis claims. | 0.60 | 450.00 |
|  |  | Attend to revisions of proposed settlement agreement with Tenet/Conifer. | 1.20 | 900.00 |
| 11/06/19 | BM | Attend to issues regarding proposed settlement agreement with Tenet/Conifer. | 1.90 | 1,425.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1763446 |
| Date | 12/27/19 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11/07/19 | BM | Attend to finalizing settlement agreement with Tenet/Conifer. | 0.80 | 600.00 |
| 11/11/19 | BM | Attend to 9019 motion to approve Tenet/Conifer settlement. | 0.90 | 675.00 |
| | | Attend to issues regarding pending motions to compel payment of administrative claims. | 0.70 | 525.00 |
| 11/18/19 | BM | Attend to revisions of 9019 motion to approve Tenet/Conifer settlement. | 0.70 | 525.00 |
| 11/21/19 | BM | Attend to issues regarding potential resolution of master landlords motion to compel payment of administrative claims. | 1.10 | 825.00 |
| 11/22/19 | BM | Attend to issues regarding Debtors' proposed settlement with HSRE. | 0.90 | 675.00 |
| 11/25/19 | BM | Analysis regarding proposed form of order resolving HSRE motion to compel and objections. | 0.70 | 525.00 |
| 11/04/19 | GAK | Review motion to compel payment of post-petition rent. | 0.20 | 110.00 |
| | | Review motion for payment of admin claim. | 0.20 | 110.00 |
| 11/25/19 | GAK | Review stipulation resolving claims of Master Landlords and allowing administrative expense claims. | 0.30 | 165.00 |
| | | **TASK TOTAL 105** | **32.00** | **24,647.50** |

## 107 - FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11/19/19 | AHS | Review and revise first fee application. | 0.40 | 330.00 |
| 11/25/19 | BM | Attend to form of order authorizing retention and employment of Centurion as auctioneer. | 0.30 | 225.00 |
| 11/07/19 | GAK | Review Sills' rentention order and application in preparation for first fee application | 0.30 | 165.00 |
| 11/13/19 | GAK | Work on first fee application. | 0.40 | 220.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1763446 |
| Date | 12/27/19 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/18/19 | GAK | Work on July fee application. | 1.20 | 660.00 |
| 11/19/19 | GAK | Work on July fee application. | 2.90 | 1,595.00 |
| 11/20/19 | GAK | Work on August Fee Application. | 1.60 | 880.00 |
| 11/21/19 | GAK | Update July fee application based on comments of A. Sherman. | 0.60 | 330.00 |
| | | Work on August fee application. | 0.30 | 165.00 |
| 11/22/19 | GAK | Drafting August fee application. | 1.90 | 1,045.00 |
| | | Work on September fee application. | 0.80 | 440.00 |
| 11/25/19 | GAK | Work on September fee application. | 2.90 | 1,595.00 |
| 11/26/19 | GAK | Update August fee application based on revised invoice. | 0.50 | 275.00 |
| 11/27/19 | GAK | Finalize August and September fee applications for filing. | 0.30 | 165.00 |
| | | **TASK TOTAL 107** | **14.40** | **8,090.00** |

**108 - FEE/EMPLOYMENT OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/03/19 | GAK | Review OCP Quarterly fee statement. | 0.20 | 110.00 |
| 11/26/19 | GAK | Review order authorizing Debtors' to retain Centurion as auctioneer and summarize same for the Committee. | 1.70 | 935.00 |
| | | **TASK TOTAL 108** | **1.90** | **1,045.00** |

**109 - FINANCING**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/04/19 | BM | Attend to issues regarding extension of DIP financing termination date and availability issues. | 0.90 | 675.00 |
| 11/05/19 | BM | Attend to issues regarding extension of DIP financing termination date and proposed budget. | 1.20 | 900.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1763446 |
| Date | 12/27/19 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Call with MidCap and Debtors regarding MidCap's consent to proposed Tenet settlement. | 0.80 | 600.00 |
| 11/06/19 | BM | Attend to issues regarding extension of DIP financing termination date and proposed budget. | 1.70 | 1,275.00 |
| 11/27/19 | BM | Attend to issues regarding availability under the DIP facility and payments of administrative expense claims. | 0.80 | 600.00 |
| | | **TASK TOTAL 109** | **5.40** | **4,050.00** |

**110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/15/19 | REB | Review U.S. reply brief in district court litigation. | 0.70 | 416.50 |
| | | **TASK TOTAL 110** | **0.70** | **416.50** |

**116 – TRAVEL** (50% of non-working travel billed)

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/25/19 | AHS | Travel to hearing and back to Newark. (2.50) | 1.20 | 990.00 |
| | | **TASK TOTAL 116** | **1.20** | **990.00** |
| | | **TOTAL FEES** | **81.70** | **$57,638.00** |
| | | **TOTAL FEES at Blended Rate of $625** | **81.70** | **$51,062.50** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 5.40 | 4,050.00 |
| | 102 | Asset Disposition | 11.10 | 7,679.00 |
| | 103 | Business Operations | 0.60 | 450.00 |
| | 104 | Case Administration | 9.00 | 6,220.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | |
|---|---|---|---|
| Page | | | 9 |
| Inv# | | | 1763446 |
| Date | | | 12/27/19 |
| 08650118.000001 | | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| 105 | Claims Administration and Objections | | 32.00 | | 24,647.50 |
| 107 | Fee/Employment Applications | | 14.40 | | 8,090.00 |
| 108 | Fee/Employment Objections | | 1.90 | | 1,045.00 |
| 109 | Financing | | 5.40 | | 4,050.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | | 0.70 | | 416.50 |
| 116 | Travel (50% of non-working travel billed) | | 1.20 | | 990.00 |
| | **TOTAL FEES** | | **81.70** | | **$57,638.00** |
| | **TOTAL FEES at Blended Rate of $625** | | **81.70** | | **$51,062.50** |

**FEE RECAP**

| | | | | | |
|---|---|---|---|---|---|
| AHS | Andrew H. Sherman | 13.60 | $825 | | 11,220.00 |
| BM | Boris Mankovetskiy | 44.50 | $750 | | 33,375.00 |
| REB | Rachel E. Brennan | 1.40 | $595 | | 833.00 |
| GAK | Gregory A. Kopacz | 22.20 | $550 | | 12,210.00 |
| | **TOTAL FEES** | **81.70** | | | **$57,638.00** |
| | **TOTAL FEES at Blended Rate of $625** | **81.70** | | | **$51,062.50** |
| | **TOTAL THIS INVOICE** | | | | **$51,062.50\*** |

\*Total includes fees at ***Blended Rate***.  Per Retention Application, lesser of fees at *Standard Rates* (**$57,638.00**) and fees at *Blended Rate* of $625 (**$51,062.50**) apply.