**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |

**CERTIFICATION OF COUNSEL REGARDING
STIPULATION TO EXTEND THE TIME FOR THE NON-DEBTOR LESSORS TO
DELIVER THE CURE STATEMENT TO THE DEBTORS AND BUYER PURSUANT
TO THE STC ASSUMPTION ORDER**

The undersigned hereby certifies as follows:

1. On December 13, 2019, the Court entered the *Order Authorizing Assumption and Assignment of Certain of the Debtors' Leases with Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC in Connection with the STC OpCo Sale and Granting Related Relief* [D.I. 1157] (the "Assumption Order").

2. Pursuant to Paragraph 10 of the Assumption Order, Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC (collectively, the "Lessors") were directed to deliver to the above-captioned Debtors (the "Debtors") and STC OpCo, LLC (the "Buyer") a statement setting forth Lessors' list of the Non-Performance Rent Cure Obligations (the "Cure Statement") on or before January 24, 2020.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2

3. Since the entry of the Assumption Order, the Lessors have requested and the Debtors and the Buyer have agreed to extend the deadline for the Lessors to deliver their Cure Statement. A copy of the Stipulation is attached as **Exhibit 1** to the proposed form of order (the "Proposed Order") attached hereto as **Exhibit A**.

*[Remainder of page left intentionally blank]*

WHEREFORE, the Lessors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: January 23, 2020
       Wilmington, Delaware

    */s/ Brendan J. Schlauch*
--- 
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:   (302) 651-7700
Fax:   (302) 651-7701
Email: collins@rlf.com
        merchant@rlf.com
        schlauch@rlf.com

-and-

Suzzanne Uhland
Diana M. Perez
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel:   (212) 326-2000
Fax:   (212) 326-2061
Email: suhland@omm.com
        dperez@omm.com

*Attorneys for the Lessors*

RLF1 22796374V.1