**EXHIBIT A**

**Fee Chart**

| Name of Professional and Role in Case | Interim Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | Total |
|---|---|---|---|---|---|---|---|
| **Saul Ewing Arnstein & Lehr LLP** (Counsel to the Debtors) (Docket No. 1251) | 06/30/19 – 09/30/19 | $1,794,903.95 | $73,300.86 | $0.00 | $1,794,903.95 | $73,300.86 | $1,868,204.81 |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 1244 | 07/15/19 – 09/30/19 | $590,812.50 | $6,587.94 | $294.00 (expenses) | $590,812.50 | $6,293.94 | $597,106.44 |
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 1017) | 07/17/19 - 09/30/19 | $88,763.00 | $5,194.48 | $0.00 | $88,763.00 | $5,194.48 | $93,957.48 |
| **Berkeley Research Group, LLC** (Financial Advisor to the Official Committee of Unsecured Creditors) (Docket No. 1018) | 07/22/19 – 09/30/19 | $284,179.50 | $3,745.93 | $194.00 (expenses) | $284,179.50 | $3,551.93 | $287,731.43 |
| **TOTAL** | | **$2,758,658.95** | **$88,829.21** | **$488.00** | **$2,758,658.95** | **$88,341.21** | **$2,847,000.16** |