**EXHIBIT 1**

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: Docket No. 1157** |

### STIPULATION TO EXTEND THE TIME FOR THE NON-DEBTOR LESSORS TO DELIVER THE CURE STATEMENT TO THE DEBTORS AND BUYER PURSUANT TO THE STC ASSUMPTION ORDER

This stipulation (the "Stipulation") is entered into by Front Street Healthcare Properties, LLC ("Front Street") and Front Street Healthcare Properties II, LLC ("Front Street II" and together with Front Street, the "Lessors"), on the one hand, and STC OpCo, LLC (the "Buyer") and the above-captioned Debtors (the "Debtors"), on the other hand.  The Lessors, the Buyer, and the Debtors are referred to in this Stipulation as the "Parties," and each as a "Party."

**WHEREAS**, on December 13, 2019, the Court entered the *Order Authorizing Assumption and Assignment of Certain of the Debtors' Leases with Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC in Connection with the STC OpCo Sale and Granting Related Relief* [D.I. 1157] (the "Assumption Order");

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**WHEREAS**, Paragraph 10 of the Assumption Order directed the Lessors to deliver to the Debtors and the Buyer a statement setting forth Lessors' list of the Non-Performance Rent Cure Obligations (the "Cure Statement") on or before January 24, 2020;

**WHEREAS**, the Lessors have requested and the Debtors and the Buyer have agreed to extend the deadline for the Lessors to deliver their Cure Statement.

**NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE THAT:**

1.      The deadline for the Lessors to deliver their Cure Statement to the Debtors and the Buyer is extended from January 24, 2020 to January 31, 2020.

2.      No other dates and deadlines set forth in the Assumption Order shall be modified or extended pursuant to this Stipulation.

3.      By agreeing to enter into this Stipulation, no Party shall be deemed to have waived any right or remedy afforded to them under the Bankruptcy Code or otherwise, except as provided in this Stipulation.

4.      This Stipulation contains the entire agreement by and between the Parties with respect to the subject matter hereof.

5.      The Court shall retain jurisdiction with respect to all matters arising from or related to the Stipulation or its enforcement.

*Remainder of Page Intentionally Left Blank*

2

Dated: January 23, 2020
       Wilmington, Delaware

<table>
<tr>
<td>

*/s/ Monique B. DiSabatino*

Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Tel:   (302) 421-6800
Fax:   (302) 421-5873
Email: mark.minuti@saul.com
       monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Tel:   (215) 972-7777
Fax:   (215) 972-7725
Email: jeffrey.hampton@saul.com
       adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

</td>
<td>

*/s/ Brendan J. Schlauch*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:   (302) 651-7700
Fax:   (302) 651-7701
Email:  collins@rlf.com
       merchant@rlf.com
       schlauch@rlf.com

-and-

Suzzanne Uhland
Diana M. Perez
Amalia Sax-Bolder
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel:   (212) 326-2000
Fax:   (212) 326-2061
Email:  suhland@omm.com
       dperez@omm.com
       asax-bolder@omm.com

*Attorneys for the Lessors*

</td>
</tr>
</table>

3

/s/ Tobey M. Daluz
Tobey M. Daluz (No. 3939)
Chantelle D. McClamb (No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801
Tel:    (302) 252-4465
Fax:    (302) 252-4466
 Email: daluzt@ballardspahr.com
            mcclambc@ballardspahr.com

-and-

Vincent J. Marriott III (*admitted pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel:    (215) 665-8500
Fax:    (215) 864-8999
Email: marriott@ballardspahr.com

*Counsel for Drexel University and*
*Co-Counsel for STC OpCo, LLC*

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel:    (302) 425-3310
Fax:    (610) 371-7972
Email: jhh@stevenslee.com

-and-

Robert Lapowsky (*admitted pro hac vice*)
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Tel:    (215) 751-2866
Fax:    (610) 371-7958
Email: rl@stevenslee.com

*Counsel for Tower Health, Inc. and*
*Co-Counsel for STC OpCo, LLC*

4