# Exhibit A

**Second OCP Quarterly Statement**

## Second OCP Quarterly Statement

### For the Period October 1, 2019 through December 31, 2019

| Professional Name | Compensation & Expenses Paid (10/1/2019-10/31/2019) | Compensation & Expenses Paid (11/1/2019-11/30/2019) | Compensation & Expenses Paid (12/1/2019-12/31/2019) | Aggregate Compensation & Expenses Paid to Date | Description of Services |
|---|---|---|---|---|---|
| 50 Words, LLC | $25,125.00 | $42,187.50 | $27,735.50 | $236,673.00 | Provides crisis communication services. |
| Baratz & Associates, P.A. | $0.00 | $0.00 | $0.00 | $22,775.50 | Provides consulting evaluation and valuation services relating to arrangements with healthcare providers. |
| Bellevue Communications | $0.00 | $0.00 | $75,000.00 | $75,000.00 | Provides public relations services. |
| Connolly Gallagher LLP | $6,159.05 | $0.00 | $0.00 | $6,159.05 | Provides local counsel litigation services in matters involving Tenet/Conifer. |
| Conrad O'Brien PC | $1,887.50 | $0.00 | $0.00 | $1,887.50 | Provides litigation services in matters involving Tenet/Conifer, adjustment claims and other matters. |
| Eckert Seamans Cherin & Mellott, LLC | $5,279.00 | $26,531.09 | $0.00 | $31,810.09 | Provides labor and employment counsel. |
| Germaine Solutions | $0.00 | $0.00 | $0.00 | $0.00 | Provides graduate medical education consulting services. |
| Health Sciences Law Group LLP | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to orphaning and medical staff matters. |
| Jackson Lewis P.C. | $0.00 | $0.00 | $0.00 | $0.00 | Provides litigation services in matters involving government agency claims. |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to workers' compensation claims. |

36450956.2 01/27/2020

| Professional Name | Compensation & Expenses Paid (10/1/2019-10/31/2019) | Compensation & Expenses Paid (11/1/2019-11/30/2019) | Compensation & Expenses Paid (12/1/2019-12/31/2019) | Aggregate Compensation & Expenses Paid to Date | Description of Services |
|---|---|---|---|---|---|
| Obermayer Rebmann Maxwell & Hippel LLP | $3,000.00 | $0.00 | $0.00 | $3,000.00 | Provides litigation services in matters involving Drexel University, medical malpractice matters and other matters. |
| Reed Smith LLP | $2,415.00 | $0.00 | $0.00 | $2,520.00 | Provides legal services relating to antitrust matters. |
| Robinson Kirlew & Associates | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to immigration matters. |
| Salem & Green P.C. | $0.00 | $0.00 | $0.00 | $6,211.50 | Provides legal services relating to Medicare matters and matters related to the transfer of residency programs. |
| Suzanne Pritchard, Esq. | $2,320.00 | $0.00 | $0.00 | $2,320.00 | Provides legal services relating to guardianship matters. |