## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: February 18, 2020 at 4:00 p.m. ET** |

**NOTICE OF FIFTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

PLEASE TAKE NOTICE THAT on January 27, 2020, Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Fifth Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2019 through December 31, 2019 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later **than February 18, 2020 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and

remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount

(the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii)

80% of fees and 100% of the expenses not subject to a Notice of Objection.


Dated: January 27, 2020                    **FOX ROTHSCHILD LLP**

                                           */s/ Thomas M. Horan*
                                           Thomas M. Horan (DE No. 4641)
                                           919 North Market Street, Suite 300
                                           Wilmington, DE  19899-2323
                                           Telephone:  (302) 654-7444
                                           Facsimile:  (302) 656-8920
                                           E-mail: thoran@foxrothschild.com

                                           *Counsel to the Official Committee of*
                                           *Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br><div align=right>Debtors.</div> | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: February 18, 2020 at 4:00 p.m. ET** |

### FIFTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Fifth Monthly Period: | December 1, 2019 through December 31, 2019 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fifth Monthly Period: | $18,267.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fifth Monthly Period: | $85.64 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

This is a(n):__X__ Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's fifth monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | - | - |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | - | - |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | | |
| Fourth Monthly [D.I. 1170] | 12/16/2019 | $14,909.50 | $1,064.35 | 1/07/20 [D.I. 1298] | | |
| | **TOTAL:** | **$119,133.50** | **$6,462.83** | | - | - |

2

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD DECEMBER 1, 2019
THROUGH DECEMBER 31, 2019**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Thomas M. Horan | Partner – Admitted to Delaware Bar in 2005; Joined Fox Rothschild in 2018 | $610.00 | 21.9 | $13,359.00 |
| Todd A. Rodriguez | Partner – Admitted to Pennsylvania Bar in 1994; Joined Fox Rothschild in 2003 | $525.00 | 0.3 | $157.50 |
| Michael A. Sweet | Partner – Admitted to California Bar in 1996; Joined Fox Rothschild in 2012 | $685.00 | 1.4 | $959.00 |
| Daniel B. Thompson | Associate – Admitted to Delaware Bar in 2018; Joined Fox Rothschild in 2019 | $335.00 | 4.5 | $1,507.50 |
| Amanda M. Hrycak | Paralegal since 2013; Joined Fox Rothschild in 2019 | $245.00 | 7.8 | $1,911.00 |
| Robin I. Solomon | Paralegal since 1982, joined Fox Rothschild in 1987 | $415.00 | 0.9 | $373.50 |
| **TOTALS** | | | **36.8** | **$18,267.50** |
| **Total Blended Rate** | | $496.40 | | |

3

## CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 4.3 | $2,205.50 |
| BO | BUSINESS OPERATIONS | 0.3 | $157.50 |
| CA | CASE ADMINISTRATION | 4.3 | $2,623.00 |
| CH | COURT HEARINGS | 5.6 | $3,197.00 |
| CI | CREDITOR INQUIRIES | 0.4 | $244.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 1.1 | $495.50 |
| EB | EMPLOYEE MATTERS | 0.9 | $257.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 2.2 | $1,342.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 5.0 | $1,669.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 5.7 | $2,135.00 |
| MC | MEETINGS OF CREDITORS | 1.4 | $854.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 4.2 | $2,233.50 |
| SA | USE, SALE OR LEASE OF PROPERTY | 1.3 | $793.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.1 | $61.00 |
| | **Totals:** | **36.8** | **$18,267.50** |

Active\106999507.v2-1/27/20

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Description | Amount |
| --- | --- |
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. | $83.60 |
| WESTLAW, RESEARCH 205 | $2.04 |
| **TOTAL EXPENSES** | **$85.64** |

5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: February 18, 2020 at 4:00 p.m. ET** |

**FIFTH MONTHLY FEE APPLICATION OF
FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-

possession (the "Debtors"), submits its Fifth Monthly Fee Application (the

"Application"), pursuant to sections 330(a), and 331 of title 11 of the United States Code

(the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), and this Court's Order Establishing Procedures for Compensation and

Reimbursement of Expenses of Professionals, entered August 2, 2019 (the "Interim

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

6

Compensation Order")[4] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the fourth monthly application period from December 1, 2019 through December 31, 2019 (the "Compensation Period") in the amount of $18,267.50 (the "Monthly Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $85.64 (the "Monthly Expense Amount") incurred during the fourth monthly application period. In support of this Application, Fox Rothschild respectfully represents:

## I.    Jurisdiction

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.    Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.    Background

3.    On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.    On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

Active\106999507.v2-1/27/20

Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

3.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc</u> <u>pro</u> <u>tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

### III.      Summary of Application for the Compensation Period

4.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

5.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of

compensation received for services rendered in these cases.

6.    Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as Exhibit A.

7.    Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $18,267.50, and its total expenses are $85.64.

8.    Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $14,614.00, is payable to Fox Rothschild, together with 100% of the firm's expenses, $85.64.

**A.    Summary of Services Rendered by Fox Rothschild During the Compensation Period**

9.    This Application is the fifth monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

10.    Attached as Exhibit A are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

11.    During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $245 to $685 per hour. The professional services performed by Fox Rothschild on behalf

9

of the Committee during the Compensation Period required an aggregate expenditure of - recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $496.40.

13.    The fees charged by Fox Rothschild as set forth in <u>Exhibit A</u> are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

13.    All entries itemized in Fox Rothschild's time records comply with the requirements set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in <u>Exhibit A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit A</u> are presented chronologically within each Task Code category.

14.    The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks

involved. The professional services were performed expeditiously and efficiently.

15.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

### B.     Actual and Necessary Expenses of Fox Rothschild

16.     Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit</u> <u>A</u> are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation Period.

17.     As more fully described in <u>Exhibit</u> <u>A</u>, Fox Rothschild seeks reimbursement for expenses incurred from Pacer Research. All entries detailed in <u>Exhibit</u> <u>A</u> comply with the requirements set forth in Local Rule 2016-2(e), including an itemization of the expenses by category, the date the expense was incurred, and the individual incurring the expense, where available. Fox Rothschild has not requested for reimbursement of expenses related to overhead charges.

18.     Fox Rothschild has incurred $85.64 in out-of-pocket expenses incurred as reasonable and necessary costs relating to serving as counsel to the Committee during the Compensation Period. These charges are intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require

11

extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in <u>Exhibit A</u> are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.     The Requested Compensation Should be Allowed

19.     The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. <u>See, e.g.</u>, <u>In re Busy Beaver Bldg. Ctrs., Inc.</u>, 19 F.3d 833 (3d Cir. 1994).

20.     Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. <u>See</u> 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;

12

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

21.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

22.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

23.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues

involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

### D.     Reservation

24.     To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.     Notice

25.     Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

14

## V.    Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $18,267.50 and of the reimbursement for actual and necessary expenses Fox Rothschild incurred during the Compensation Period in the amount of $85.64, (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period, which were not processed at the time of this Application, (iii) payment for services rendered during the Fee Period in the amount of $14,614.00 (80% of $18,267.50 and expenses incurred in the amount of $85.64 (100%); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: January 27, 2020

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
Daniel B. Thompson (DE Bar No. 6588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com
E-mail: danielthompson@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*

# Exhibit A



# Fox Rothschild LLP
## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number        2486820 |
| SILLS CUMMIS & GROSS | Invoice Date        01/16/20 |
| ONE RIVERFRONT PLAZA | Client Number        189087 |
| NEWARK, NJ 07102 | Matter Number        00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/19:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/02/19 | HORAN | AP | REVIEW PAHH ENTITIES RESERVATION OF RIGHTS REGARDING TENET/CONIFER SETTLEMENT | 0.1 | $61.00 |
| 12/03/19 | HORAN | AP | REVISE DRAFT MOTION FOR RULE 2004 EXAMINATION OF FREEDMAN PARTIES | 0.8 | $488.00 |
| 12/04/19 | HORAN | AP | REVIEW DRAFT ORDER GRANTING RULE 2004 MOTION | 0.1 | $61.00 |
| 12/04/19 | THOMPSON | AP | DRAFT PROPSOED ORDER GRANTING RULE 2004 MOTION | 1.7 | $569.50 |
| 12/04/19 | THOMPSON | AP | EMAIL T. HORAN RE: EDITS TO PROPOSED FORM OF ORDER DRAFT | 0.1 | $33.50 |
| 12/19/19 | THOMPSON | AP | EMAIL T. HORAN AND A. HRYCAK RE: HEARING ON APPROVAL OF SALE OF ASSETS OF ST. CHRISTOPHER'S HEALTHCARE | 0.1 | $33.50 |
| 12/20/19 | SWEET | AP | CONFER WITH A. SHERMAN RE LITIGATION STRATEGY AND REVIEW DRAFT DOCUMENT REQUEST TO DEBTOR | 0.6 | $411.00 |
| 12/26/19 | SWEET | AP | REVIEW AND PROVIDE COMMENTS ON DOCUMENT REQUEST | 0.8 | $548.00 |
| 12/16/19 | RODRIGUEZ | BO | RESEARCH REGARDING MALPRACTICE INSURANCE | 0.3 | $157.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | REQUIREMENTS AND DRAFT EMAIL TO T. HORAN REGARDING SAME | | |
| 12/03/19 | HORAN | CA | REVIEW EMAIL FROM BENJAMIN HACKMAN REGARDING REQUEST FOR APPOINTMENT OF OFFICIAL RESIDENTS' COMMITTEE | 0.1 | $61.00 |
| 12/10/19 | HORAN | CA | REVIEW DRAFT LETTER IN RESPONSE TO REQUEST TO FORM RESIDENTS COMMITTEE (.1); EMAILS WITH RACHEL BRENNAN REGARDING SAME AND REVIEW EMAIL FROM BENJAMIN HACKMAN REGARDING SAME (.1) | 0.2 | $122.00 |
| 12/16/19 | HORAN | CA | REVIEW ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONVERTED (.1); TELECONFERENCES AND EMAIL WITH ANDREW SHERMAN REGARDING SAME (.5); RESEARCH REGARDING ORDER TO SHOW CAUSE (3.4) | 4.0 | $2,440.00 |
| 12/03/19 | HORAN | CH | EMAILS WITH JUDGE GROSS' CHAMBERS REGARDING SCHEDULING OF HEARING ON INTERIM FEE APPLICATIONS | 0.1 | $61.00 |
| 12/03/19 | HRYCAK | CH | CORRESPONDENCE WITH T. HORAN RE: ADMIN. REQUEST OF EDWARD SOCKOL FOR PAYMENT OF BONUS; UPDATE CASE CALENDAR RE: THE SAME | 0.1 | $24.50 |
| 12/05/19 | HORAN | CH | REVIEW AGENDA FOR DECEMBER 9, 2019 OMNIBUS HEARING | 0.1 | $61.00 |
| 12/05/19 | HRYCAK | CH | VARIOUS COMMUNICATIONS WITH B. MANKOVETSKIY, A. SHERMAN, AND T. HORAN RE: NOTICE OF AGENDA OF MATTERS SCHEDULED FOR 12/9/2019 | 0.1 | $24.50 |
| 12/08/19 | HORAN | CH | REVIEW AGENDA CANCELING DECEMBER 9, 2019 HEARING AND EMAIL FROM MARK MINUTI REGARDING SAME | 0.1 | $61.00 |
| 12/10/19 | HORAN | CH | REVIEW AGENDA FOR DECEMBER 12, 2019 OMNIBUS HEARING | 0.1 | $61.00 |
| 12/12/19 | HORAN | CH | PREPARE FOR HEARING BY REVIEWING PLEADINGS (.6); ATTEND OMNIBUS HEARING | 2.9 | $1,769.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | (2.1); POST HEARING CONFERENCE WITH ANDREW SHERMAN AND BORIS MANKOVETSKIY (.2) | | |
| 12/12/19 | HRYCAK | CH | SET UP COURTCALL APPERANCES FOR T. HORAN, B. MANKOVETSKIY, AND A. SHERMAN; COMMUNICATION WITH T. HORAN RE: THE SAME | 0.3 | $73.50 |
| 12/13/19 | HORAN | CH | REVIEW AMENDED NOTICE OF HEARING ON RESIDENT AD HOC COMMITTEE MOTION TO COMPEL PAYMENT OF TAIL COVERAGE | 0.1 | $61.00 |
| 12/13/19 | HORAN | CH | REVIEW AGENDA FOR DECEMBER 17, 2019 HEARING | 0.1 | $61.00 |
| 12/16/19 | HRYCAK | CH | UPDATE CASE CALENDAR RE: FOURTH MONTHLY FEE APPLICATION OBJECTION/CNO DEADLINES | 0.1 | $24.50 |
| 12/17/19 | HORAN | CH | ATTEND TELEPHONIC CHAMBERS CONFERENCE (.5); EMAILS WITH ANDREW SHERMAN REGARDING OMNIBUS HEARING (.1); ATTEND OMNIBUS HEARING (.7) | 1.3 | $793.00 |
| 12/19/19 | HORAN | CH | REVIEW AGENDA FOR DECEMBER 23, 2019 OMNIBUS HEARING AND EMAIL WITH DANIEL THOMPSON REGARDING SAME | 0.1 | $61.00 |
| 12/20/19 | HORAN | CH | REVIEW AGENDA CANCELING DECEMBER 23, 2019 HEARING AND EMAIL WITH COMMITTEE COUNSEL TEAM REGARDING SAME | 0.1 | $61.00 |
| 12/16/19 | HORAN | CI | EMAIL WITH CREDITOR REGARDING FILING PROOF OF CLAIM | 0.1 | $61.00 |
| 12/17/19 | HORAN | CI | EMAIL WITH COUNSEL TO CREDITOR REGARDING STC OPCO SALE | 0.1 | $61.00 |
| 12/20/19 | HORAN | CI | EMAIL WITH CREDITOR REGARDING STC OPCO SALE | 0.1 | $61.00 |
| 12/26/19 | HORAN | CI | REVIEW AND RESPOND TO CREDITOR INQUIRY REGARDING PAYMENTS OF POST-PETITION INVOICES | 0.1 | $61.00 |
| 12/23/19 | HORAN | EA2 | REVIEW SILLS CUMMIS SUPPLEMENTAL DECLARATION IN SUPPORT | 0.2 | $122.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OF RETENTION AND EMAIL WITH GREGORY KOPACZ REGARDING SAME (.1); EMAILS WITH ROBIN SOLOMON REGARDING SAME (.1) | | |
| 12/23/19 | SOLOMON | EA2 | EMAILS WITH D. DELLARATTA, T. HORAN RE: SUPPLEMENTAL SHERMAN DECLARATION | 0.2 | $83.00 |
| 12/23/19 | SOLOMON | EA2 | DRAFT CERTIFICATE OF SERVICE FOR SUPPLEMENTAL SHERMAN DECLARATION | 0.2 | $83.00 |
| 12/23/19 | SOLOMON | EA2 | PREPARE AND FILE SHERMAN SUPPLEMENTAL DECLARATION | 0.3 | $124.50 |
| 12/23/19 | SOLOMON | EA2 | COORDINATE SERVICE OF FILED SUPPLEMENTAL SHERMAN DECLARATION | 0.2 | $83.00 |
| 12/11/19 | HRYCAK | EB | CORRESPONDENCE WITH T. HORAN AND R. BRENNAN RE: FILING OF JOINDER OF DEBTORS' OBJECTION TO FORMER RESIDENTS' ENFORCEMENT MOTION | 0.1 | $24.50 |
| 12/11/19 | HRYCAK | EB | RETRIEVE UPDATED SERVICE LIST; PREPARE CERTIFICATE OF SERVICE OF JOINDER TO DEBTORS' OBJECTION TO FORMER RESIDENTS' ENFORCEMENT MOTION; FILE COS | 0.2 | $49.00 |
| 12/11/19 | HRYCAK | EB | PREPARE AND FILE JOINDER TO DEBTORS' OBJECTION TO FORMER RESIDENTS' ENFORCEMENT MOTION | 0.1 | $24.50 |
| 12/11/19 | HRYCAK | EB | CORRESPONDENCE WITH RELIABLE RE: SERVICE OF JOINDER TO DEBTORS' OBJECTION TO FORMER RESIDENTS' ENFORCEMENT MOTION | 0.1 | $24.50 |
| 12/17/19 | HRYCAK | EB | CORRESPONDENCE WITH T. HORAN RE: FILING OF OBJECTION TO MOTION TO COMPEL BY FORMER RESIDENTS/COMMONWEALTH OF PA; REPLY ON ORDER TO SHOW CAUSE | 0.1 | $24.50 |
| 12/17/19 | HRYCAK | EB | PREPARE AND FILE OBJECTION TO MOTION TO COMPEL BY FORMER RESIDENTS/COMMONWEALTH | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OF PA; REPLY ON ORDER TO SHOW CAUSE | | |
| 12/17/19 | HRYCAK | EB | RETRIEVE TIME STAMPED FILING OF OBJECTION TO MOTION TO COMPEL BY FORMER RESIDENTS/COMMONWEALTH OF PA; REPLY ON ORDER TO SHOW CAUSE; CORRESPONDENCE WITH T. HORAN, A. SHERMAN, B. MANKOVETSKIY RE: THE SAME; CORRESPONDENCE WITH RELIABLE RE: SERVICE OF PLEADING | 0.1 | $24.50 |
| 12/26/19 | HORAN | EB | REVIEW EMAIL FROM JUDGE GROSS' CHAMBERS AND ACCOMPANYING LETTER FROM DR. WILLIAM BOYER REGARDING KEIP PAYMENT | 0.1 | $61.00 |
| 12/02/19 | HORAN | EC | REVIEW CERTIFICATE OF NO OBJECTION TO FOURTH MOTION TO ASSUME AND ASSIGN CONTRACTS IN CONNECTION WITH STC OPCO SALE | 0.1 | $61.00 |
| 12/05/19 | HORAN | EC | REVIEW DEBTORS' OMNIBUS MOTION TO ASSUME AND ASSIGN CONTRACTS IN CONNECTION WITH STC OPCO SALE | 0.1 | $61.00 |
| 12/11/19 | HORAN | EC | REVIEW DEBTORS' SEVENTH OMNIBUS MOTION TO REJECT CONTRACTS AND LEASES | 0.1 | $61.00 |
| 12/12/19 | HORAN | EC | REVIEW ORDER FURTHER EXTENDING DEADLINE TO ASSUME OR REJECT LEASES OF NONRESIDENTIAL REAL PROPERTY | 0.1 | $61.00 |
| 12/13/19 | HORAN | EC | REVIEW CERTIFICATE OF NO OBJECTION TO DEBTORS' FIFTH MOTION TO ASSUME AND ASSIGN CONTRACTS (.1); REVIEW EIGHTH OMNIBUS MOTION TO ASSUME AND ASSIGN CONTRACTS (.1); REVIEW CERTIFICATION OF COUNSEL AND PROPOSED CONSENT ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN SODEXO CONTRACT (.1) | 0.3 | $183.00 |
| 12/16/19 | HORAN | EC | REVIEW TENET STATEMENT REGARDING FRONT STREET LEASE ASSIGNMENT | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/16/19 | HORAN | EC | REVIEW DEBTORS' NINTH THROUGH FOURTEENTH OMNIBUS MOTIONS TO REJECT CONTRACTS AND LEASES | 0.6 | $366.00 |
| 12/17/19 | HORAN | EC | REVIEW FRONT STATE RESPONSE REGARDING FRONT STREET LEASE ASSIGNMENT | 0.1 | $61.00 |
| 12/20/19 | HORAN | EC | REVIEW DEBTORS' SUPPLEMENTAL STATEMENT REGARDING NINTH, TENTH, ELEVENTH, TWELFTH, THIRTEENTH AND FOURTEENTH OMNIBUS REJECTION MOTIONS | 0.1 | $61.00 |
| 12/20/19 | HORAN | EC | REVIEW FINAL NOTICE OF DESIGNATION OF CONTRACTS AND LEASES TO BE ASSUMED AND ASSIGNED | 0.3 | $183.00 |
| 12/24/19 | HORAN | EC | REVIEW 15TH, 16TH, 17TH, AND 18TH OMNIBUS MOTIONS TO REJECT CONTRACTS | 0.2 | $122.00 |
| 12/30/19 | HORAN | EC | REVIEW ULYANA KULISH OBJECTION TO MOTION TO REJECT HAHNEMANN RESIDENT PROGRAM EMPLOYMENT AGREEMENT | 0.1 | $61.00 |
| 12/06/19 | HRYCAK | FA1 | PREPARE CNO'S FOR FIRST, SECOND, AND THIRD MONTHLY FEE APPLICATION; CNO FOR FIRST INTERIM FEE APPLICATION | 0.4 | $98.00 |
| 12/06/19 | HRYCAK | FA1 | CORRESPONDENCE WITH D. THOMPSON AND T. HORAN RE: PREPARED CNO'S FOR REVIEW FOR FIRST, SECOND, AND THIRD MONTHLY FEE APPS; FIRST INTERIM FOR FOX AND BRG; SECOND MONTHLY FOR BRG | 0.1 | $24.50 |
| 12/06/19 | HRYCAK | FA1 | PREPARE COS FOR CNO'S FILED FOR FIRST, SECOND, AND THIRD MONTHLY FEE APP'S OF FOX; FIRST INTERIM OF FOX; SECOND MONTHLY OF BRG; FIRST INTERIM OF BRG | 0.2 | $49.00 |
| 12/06/19 | HRYCAK | FA1 | PREPARE AND FILE CNO'S FOR FIRST, SECOND, AND THIRD MONTHLY FEE APPLICATIONS; CNO FOR FIRST INTERIM FEE APPLICATION | 0.2 | $49.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/06/19 | HRYCAK | FA1 | PREPARE AND FILE COS FOR CNO'S FOR MONTHLY FEE APPLICATIONS OF FOX AND BRG; INTERIM FEE APPLICATIONS; SERVE VIA FIRST CLASS MAIL RE: THE SAME | 0.2 | $49.00 |
| 12/06/19 | THOMPSON | FA1 | FINAL PREPARTION FOR FILING OF CNO FOR FIRST INTERIM FEE APPLICAITON OF FOX ROTHSCHILD | 0.2 | $67.00 |
| 12/06/19 | THOMPSON | FA1 | FINAL PREPARTION FOR FILING OF CERTIFICATES OF NO OBJECTION FOR MONTHLY FEE APPLICAITONS OF FOX ROTHSCHILD | 0.4 | $134.00 |
| 12/11/19 | HORAN | FA1 | EMAILS WITH MICHAEL SWEET REGARDING FOX ROTHSCHILD FEE APPLICATIONS | 0.1 | $61.00 |
| 12/12/19 | HORAN | FA1 | EMAIL WITH DANIEL THOMPSON AND AMANDA HRYCAK REGARDING FOX ROTHSCHILD FOURTH MONTHLY FEE APPLICATION | 0.1 | $61.00 |
| 12/12/19 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: FOX FOURTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 12/12/19 | THOMPSON | FA1 | PREPARE FOURTH MONTHLY FEE APPLICATION FOR FOX ROTHSCHILD | 1.5 | $502.50 |
| 12/16/19 | HORAN | FA1 | REVIEW AND REVISE FOURTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD (.3); EMAILS WITH AMANDA HRYCAK REGARDING SAME (.1) | 0.4 | $244.00 |
| 12/16/19 | HRYCAK | FA1 | REVIEW AND REVISE FOURTH MONTHLY FEE APPLICATION AS PREPARED BY D. THOMPSON | 0.3 | $73.50 |
| 12/16/19 | HRYCAK | FA1 | PREPARE NOTICE, CERTIFICATE OF SERVICE, AND EXHIBIT A FOR FOURTH MONTHLY FEE APPLICATION | 0.3 | $73.50 |
| 12/16/19 | HRYCAK | FA1 | PREPARE, FILE, AND SERVE FOURTH MONTHLY FEE APPLICATION | 0.3 | $73.50 |
| 12/16/19 | HRYCAK | FA1 | RETRIEVE TIME STAMPED FOURTH MONTHLY FEE APPLICATION; CORRESPONDENCE WITH T. HORAN AND D. THOMPSON | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | RE: THE SAME | | |
| 12/31/19 | HORAN | FA1 | EMAILS WITH MICHAEL SWEET REGARDING FOX ROTHSCHILD FEE APPLICATIONS | 0.1 | $61.00 |
| 12/02/19 | HRYCAK | FA2 | REVIEW DOCKET; UPDATE CASE CALENDAR FOR DEADLINES FOR SECOND AND THIRD MONTHLY FEE APPLICATIONS OF SILLS CUMMIS; CNO DEADLINE | 0.1 | $24.50 |
| 12/06/19 | HORAN | FA2 | REVIEW CERTIFICATE OF NO OBJECTION TO BRG SECOND MONTHLY FEE APPLICATION | 0.1 | $61.00 |
| 12/06/19 | HORAN | FA2 | REVIEW STRETTO FEE STATEMENT FOR NOVEMBER 2019 | 0.2 | $122.00 |
| 12/06/19 | HRYCAK | FA2 | PREPARE CNO'S FOR BRG FOR SECOND MONTHLY FEE APPLICATION; FIRST INTERIM FEE APPLICATION | 0.3 | $73.50 |
| 12/06/19 | HRYCAK | FA2 | PREPARE AND FILE CNO'S FOR SECOND MONTHLY FEE APP OF BRG; FIRST INTERIM FEE APP OF BRG | 0.1 | $24.50 |
| 12/06/19 | HRYCAK | FA2 | CORRESPONDENCE WITH A. COWIE RE: FILED CNO'S FOR SECOND MONTHLY FEE APPLICATION OF BRG; FIRST INTERIM FEE APPLICATION OF BRG | 0.1 | $24.50 |
| 12/06/19 | THOMPSON | FA2 | FINAL PREPARTION FOR FILING OF CERTIFICATES OF NO OBJECTION FOR BERKLEY GROUP MONTHLY FEE APPLICATIONS | 0.3 | $100.50 |
| 12/06/19 | THOMPSON | FA2 | FINAL PREPARTION FOR FILING OF CERTIFICATE OF NO OBJECTION FOR BERKLEY GROUP FIRST INTERIM FEE APPLICATION | 0.2 | $67.00 |
| 12/12/19 | HORAN | FA2 | EMAILS WITH AMANDA HRYCAK AND BORIS MANKOVETSKIY REGARDING SILLS CUMMIS FIRST MONTHLY FEE APPLICATION | 0.1 | $61.00 |
| 12/12/19 | HRYCAK | FA2 | CORRESPONDENCE WITH B. MANKOVETSKIY, A. SHERMAN, AND R. BRENNAN RE: INFORMAL OBJECTIONS TO FEE APPLICATION | 0.1 | $24.50 |
| 12/12/19 | HRYCAK | FA2 | PREPARE CNO/COS TO SILLS CUMMIS FIRST MONTHLY FEE | 0.2 | $49.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | APPLICATION | | |
| 12/12/19 | HRYCAK | FA2 | CORRESPONDENCE WITH D. THOMPSON RE: REVIEW OF SILLS CUMMIS CNO FIRST MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 12/12/19 | HRYCAK | FA2 | PREPARE, FILE, AND SERVE CNO TO SILLS CUMMIS FIRST MONTHLY FEE APPLICATION | 0.3 | $73.50 |
| 12/18/19 | HORAN | FA2 | EMAILS WITH AMANDA HRYCAK, GREGORY KOPACZ, AND ANDREW SHERMAN REGARDING CERTIFICATES OF NO OBJECTION TO SILLS CUMMIS SECOND AND THIRD MONTHLY FEE APPLICATIONS | 0.1 | $61.00 |
| 12/18/19 | HORAN | FA2 | REVIEW EISNERAMPER STAFFING REPORT FOR NOVEMBER 2019 | 0.3 | $183.00 |
| 12/18/19 | HRYCAK | FA2 | CORRESPONDENCE WITH A. SHERMAN, B. MANKOVETSKIY, AND R. BRENNAN RE: INFORMAL COMMENTS TO SECOND AND THIRD FEE APP. OF SILLS CUMMIS | 0.1 | $24.50 |
| 12/18/19 | HRYCAK | FA2 | CORRESPONDENCE WITH A. SHERMAN, B. MANKOVETSKIY, AND R. BRENNAN RE: INFORMAL COMMENTS TO SECOND AND THIRD MONTHLY FEE APPLICATIONS | 0.1 | $24.50 |
| 12/18/19 | HRYCAK | FA2 | PREPARE CNO'S FOR SECOND AND THIRD MONTHLY FEE APPLICATIONS FOR SILLS CUMMIS & GROSS | 0.3 | $73.50 |
| 12/18/19 | HRYCAK | FA2 | PREPARE COS FOR CNO'S FOR SECOND AND THIRD MONTHLY FEE APPS FOR SILLS CUMMIS & GROSS P.C. | 0.2 | $49.00 |
| 12/18/19 | HRYCAK | FA2 | PREPARE, FILE, AND SERVE CNO'S FOR SECOND AND THIRD MONTHLY FEE APPS FOR SILLS CUMMIS & GROSS P.C. | 0.3 | $73.50 |
| 12/18/19 | HRYCAK | FA2 | RETRIEVE TIME STAMPED CNO'S AND CORRESPONDENCE WITH A. SHERMAN AND B. MANKOVETSKIY RE: THE SAME | 0.1 | $24.50 |
| 12/19/19 | HORAN | FA2 | REVIEW CERTIFICATES OF NO OBJECTION TO SILLS CUMMIS | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | SECOND AND THIRD MONTHLY FEE APPLICATIONS | | |
| 12/19/19 | HORAN | FA2 | REVIEW SAUL EWING ARNSTEIN & LEHR OCTOBER 2019 FEE APPLICATION | 0.4 | $244.00 |
| 12/23/19 | HORAN | FA2 | REVIEW SILLS CUMMIS INTERIM FEE APPLICATION (.2); EMAILS WITH GREGORY KOPACZ REGARDING SAME (.1) | 0.3 | $183.00 |
| 12/24/19 | HORAN | FA2 | EMAIL WITH AMANDA HRYCAK REGARDING SILLS CUMMIS INTERIM FEE APPLICATION | 0.1 | $61.00 |
| 12/24/19 | HRYCAK | FA2 | CORRESPONDENCE WITH T. HORAN RE: FILING AND PREPARATION OF NOTICE - FIRST INTERIM FEE APPLICATION OF SILLS CUMMIS AND GROSS P.C. | 0.1 | $24.50 |
| 12/24/19 | HRYCAK | FA2 | PREPARE COS AND NOTICE FOR FIRST INTERIM FEE APPLICATION OF SILLS CUMMIS & GROSS P.C. | 0.2 | $49.00 |
| 12/24/19 | HRYCAK | FA2 | PREPARE AND FILE FIRST INTERIM FEE APPLICATION OF SILLS CUMMIS AND GROSS P.C. | 0.2 | $49.00 |
| 12/24/19 | HRYCAK | FA2 | PREPARE AND SERVE FIRST INTERIM FEE APPLICATION OF SILLS CUMMIS & GROSS P.C. | 0.2 | $49.00 |
| 12/24/19 | HRYCAK | FA2 | RETRIEVE TIME STAMPED FIRST INTERIM FEE APPLICATION OF SILLS CUMMIS & GROSS P.C. AND CORRESPONDENCE WITH A. SHERMAN, B. MANKOVETSKIY, R. BRENNAN, G. KOPACZ, AND T. HORAN RE: THE SAME | 0.1 | $24.50 |
| 12/24/19 | HRYCAK | FA2 | UPDATE CASE CALENDAR RE: FIRST INTERIM FEE APPLICATION OF SILLS CUMMIS AND GROSS RE: DEADLINE TO FILE OBJECTION/HEARING | 0.1 | $24.50 |
| 12/27/19 | HORAN | FA2 | REVIEW SAUL EWING INTERIM COMPENSATION MOTION | 0.2 | $122.00 |
| 12/03/19 | HORAN | MC | REVIEW EMAILS AMONG COMMITTEE REGARDING CASE UPDATES | 0.1 | $61.00 |
| 12/04/19 | HORAN | MC | REVIEW EMAILS AMONG COMMITTEE REGARDING CASE UPDATES | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/06/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING FORMER RESIDENTS' MOTION TO ENFORCE SALE ORDER | 0.1 | $61.00 |
| 12/10/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING CASE DEVELOPMENTS (.1); REVIEW BRG ANALYSIS OF CASE STATUS (.4) | 0.5 | $305.00 |
| 12/12/19 | HORAN | MC | ATTEND TELEPHONIC COMMITTEE MEETING | 0.1 | $61.00 |
| 12/15/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING ST. CHRISTOPHER'S SALE CLOSING | 0.1 | $61.00 |
| 12/16/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING ORDER TO SHOW CAUSE | 0.1 | $61.00 |
| 12/16/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING CASE DEVELOPMENTS | 0.1 | $61.00 |
| 12/17/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING UPDATE ON CASE DEVELOPMENTS | 0.1 | $61.00 |
| 12/23/19 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING SILLS CUMMIS INTERIM FEE APPLICATION | 0.1 | $61.00 |
| 12/02/19 | HORAN | PC | REVIEW CERTIFICATION OF COUNSEL AND REVISED PROPOSED ORDER REGARDING DISTRICT 1199C TRAINING AND UPGRADING FUND CLAIM | 0.1 | $61.00 |
| 12/03/19 | HORAN | PC | REVIEW EDWARD SOCKOL ADMINISTRATIVE EXPENSE REQUEST AND ORDER SCHEDULING HEARING ON SAME | 0.1 | $61.00 |
| 12/03/19 | HORAN | PC | REVIEW ACHINTYA MOULICK ADMINISTRATIVE EXPENSE MOTION | 0.2 | $122.00 |
| 12/05/19 | HORAN | PC | REVIEW MOTION OF ST. CHRISTOPHER'S MEDICAL STAFF MEMBERS FOR ADMINISTRATIVE EXPENSE CLAIM AND MOTION FOR STATUS CONFERENCE ON ADMINISTRATIVE EXPENSE CLAIM | 0.2 | $122.00 |
| 12/05/19 | HORAN | PC | REVIEW DEBTORS' OBJECTION TO NG 1500 MARKET ST. MOTION TO | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | COMPEL PAYMENT OF RENT | | |
| 12/05/19 | HORAN | PC | REVIEW ORDER DENYING TO MOTION TO EXPEDITE ST. CHRISTOPHER'S MEDICAL STAFF MOTION FOR STATUS CONFERENCE ON ADMINISTRATIVE EXPENSE MOTION | 0.1 | $61.00 |
| 12/06/19 | HRYCAK | PC | PREPARE AND FILE JOINDER TO DEBTORS' OBJECTION TO MOTION TO (I) SHORTEN TIME FOR NOTICE AND RESPONSE TO THE EMERGENCY MOTION OF GROUP OF FORMER RESIDENTS, FELLOWS AND MEDICAL STAFF OF ST. CHRISTOPHERS HEALTHCARE, LLC AND AFFILIATED DEBTOR ENTITIES TO ENFORCE THE SALE ORDER APPROVING THE ST. CHRISTOPHERS TRANSACTION AND TO ENFORCE THE ASSET PURCHASE AGREEMENT, OR, IN THE ALTERNATIVE, TO RECONSIDER THE SALE ORDER APPROVING THE ST. CHRISTOPHERS TRANSACTION, AND (II) SCHEDULE AN EXPEDITED HEARING | 0.1 | $24.50 |
| 12/06/19 | HRYCAK | PC | CORRESPONDENCE WITH T. HORAN RE: FILING OF JOINDER TO DEBTORS' OBJECTION TO MOTION TO (I) SHORTEN TIME FOR NOTICE AND RESPONSE TO THE EMERGENCY MOTION OF GROUP OF FORMER RESIDENTS, FELLOWS AND MEDICAL STAFF OF ST. CHRISTOPHERS HEALTHCARE, LLC AND AFFILIATED DEBTOR ENTITIES TO ENFORCE THE SALE ORDER APPROVING THE ST. CHRISTOPHERS TRANSACTION AND TO ENFORCE THE ASSET PURCHASE AGREEMENT, OR, IN THE ALTERNATIVE, TO RECONSIDER THE SALE ORDER APPROVING THE ST. CHRISTOPHERS TRANSACTION, AND (II) SCHEDULE AN EXPEDITED HEARING | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/06/19 | HRYCAK | PC | PREPARE COS FOR JOINDER/RETRIEVE SERVICE LIST; FILE COS TO JOINDER | 0.2 | $49.00 |
| 12/06/19 | HRYCAK | PC | RETRIEVE TIME STAMPED JOINDER AND CORRESPONDENCE WITH B. MANKOVETSKIY, A. SHERMAN, AND T. HORAN RE: THE SAME | 0.1 | $24.50 |
| 12/06/19 | HRYCAK | PC | CORRESPONDENCE WITH RELIABLE RE: SERVICE OF JOINDER | 0.1 | $24.50 |
| 12/06/19 | HRYCAK | PC | CORRESPONDENCE WITH T. HORAN RE: ORDER ALLOWING SHORTENING TIME FOR NOTICE/RESPONSE TO EMERGENCY MOTION OF FORMER RESIDENTS TO ENFORCE SALE/RECONSIDER SALE; UPDATE CASE CALENDAR RE: THE SAME | 0.1 | $24.50 |
| 12/08/19 | HORAN | PC | REVIEW EDWARD SOCKOL NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE REQUEST LETTER | 0.1 | $61.00 |
| 12/09/19 | HORAN | PC | REVIEW ORDER APPROVING TENET/CONIFER SETTLEMENT | 0.1 | $61.00 |
| 12/11/19 | HORAN | PC | REVIEW FORMER PHYSICIAN GROUP RULE 2019 STATEMENT | 0.1 | $61.00 |
| 12/11/19 | HORAN | PC | REVIEW EMAILS FROM PARTIES REGARDING RESIDENTS REQUEST FOR EXPEDITED HEARING ON MOTION TO COMPEL DEBTORS TO PAY TAIL COVERAGE (.1); REVIEW MOTION AND MOTION TO SHORTEN (.2) | 0.3 | $183.00 |
| 12/12/19 | HORAN | PC | REVIEW RENOTICE OF AD HOC COMMITTEE OF HAHNEMANN RESIDENTS AND FELLOWS MOTION TO COMPEL PAYMENT OF TAIL COVERAGE PREMIUMS | 0.1 | $61.00 |
| 12/13/19 | HORAN | PC | REVIEW AD HOC COMMITTEE OF HAHNEMANN RESIDENTS AND FELLOWS AMENDED RULE 2019 STATEMENT | 0.1 | $61.00 |
| 12/15/19 | HORAN | PC | REVIEW DRAFT OBJECTION TO MOTION TO REQUIRE DEBTORS TO PAY FOR TAIL | 0.6 | $366.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | INSURANCE | | |
| 12/16/19 | HRYCAK | PC | VARIOUS COMMUNICATION WITH T. HORAN RE: OBJECTION TO ORDER FOR RULE TO SHOW CAUSE AS FILED BY JUDGE GROSS | 0.2 | $49.00 |
| 12/17/19 | HORAN | PC | REVIEW AND REVISE FINAL DRAFT OF OBJECTION TO MOTION TO COMPEL PAYMENT OF TAIL INSURANCE PREMIUMS (.4); EMAILS WITH AMANDA HRYCAK, BORIS MANKOVETSKIY, AND ANDREW SHERMAN REGARDING SAME (.1) | 0.5 | $305.00 |
| 12/19/19 | HORAN | PC | REVIEW ORDER GRANTING GLOBAL NEUROSCIENCES INSTITUTE CLAIM | 0.1 | $61.00 |
| 12/19/19 | HORAN | PC | REVIEW CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER GRANTING NG 1500 MARKET ST. LLC MOTION TO COMPEL PAYMENT OF RENT | 0.1 | $61.00 |
| 12/27/19 | HORAN | PC | REVIEW UNITED STATES TRUSTEE MOTION TO EXERCISE SETOFF | 0.2 | $122.00 |
| 12/30/19 | HORAN | PC | REVIEW NOTICE OF HEARING OF ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN MEDICAL STAFF MEMBERS ADMINISTRATIVE EXPENSE MOTION | 0.1 | $61.00 |
| 12/31/19 | HORAN | PC | REVIEW DENISE GONZALEZ AND MERRICK INC. NOTICES OF WITHDRAWAL OF CLAIMS | 0.1 | $61.00 |
| 12/06/19 | HORAN | SA | REVIEW JOINDER TO DEBTORS' OBJECTION TO FORMER RESIDENTS' MOTION TO ENFORCE SALE ORDER (.1); EMAILS WITH BORIS MANKOVETSKIY AND AMANDA HRYCAK REGARDING SAME (.1); REVIEW DEBTORS' OBJECTION FORMER RESIDENTS' MOTION TO ENFORCE SALE ORDER (.2) | 0.4 | $244.00 |
| 12/11/19 | HORAN | SA | REVIEW ACHINTYA MOULICK JOINDER TO MOTION TO ENFORCE ST. CHRISTOPHER'S SALE ORDER | 0.1 | $61.00 |
| 12/11/19 | HORAN | SA | REVIEW AND APPROVE JOINDER TO DEBTORS' | 0.2 | $122.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OBJECTION TO RESIDENTS' MOTION TO ENFORCE SALE ORDER (.1); EMAILS WITH RACHEL BRENNAN AND AMANDA HRYCAK REGARDING SAME (.1) | | |
| 12/13/19 | HORAN | SA | REVIEW ORDER DENYING FORMER PHYSICIAN GROUP MOTION TO COMPLY WITH SALE ORDER | 0.1 | $61.00 |
| 12/15/19 | HORAN | SA | REVIEW FIRST AMENDMENT TO STC OPCO ASSET PURCHASE AGREEMENT | 0.2 | $122.00 |
| 12/17/19 | HORAN | SA | REVIEW NOTICE OF STC OPCO SALE CLOSING | 0.1 | $61.00 |
| 12/21/19 | HORAN | SA | REVIEW CERTIFICATION OF COUNSEL REGARDING ORDER RESOLVING RENT PAYMENT DISPUTE | 0.1 | $61.00 |
| 12/23/19 | HORAN | SA | REVIEW FRONT STREET NOTICE OF WITHDRAWAL OF RESERVATION OF RIGHTS | 0.1 | $61.00 |
| 12/02/19 | HORAN | TR | REVIEW OCTOBER MONTHLY OPERATING REPORT | 0.1 | $61.00 |
| | | | **TOTAL** | **36.8** | **$18,267.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 4.3 | $2,205.50 |
| BO | BUSINESS OPERATIONS | 0.3 | $157.50 |
| CA | CASE ADMINISTRATION | 4.3 | $2,623.00 |
| CH | COURT HEARINGS | 5.6 | $3,197.00 |
| CI | CREDITOR INQUIRIES | 0.4 | $244.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 1.1 | $495.50 |
| EB | EMPLOYEE MATTERS | 0.9 | $257.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 2.2 | $1,342.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 5.0 | $1,669.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 5.7 | $2,135.00 |
| MC | MEETINGS OF CREDITORS | 1.4 | $854.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 4.2 | $2,233.50 |
| SA | USE, SALE OR LEASE OF PROPERTY | 1.3 | $793.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.1 | $61.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| T.M. HORAN | PARTNER | 21.9 | $610.00 | $13,359.00 |
| T. A. RODRIGUEZ | PARTNER | 0.3 | $525.00 | $157.50 |
| M. A. SWEET | PARTNER | 1.4 | $685.00 | $959.00 |
| D.B. THOMPSON | ASSOCIATE | 4.5 | $335.00 | $1,507.50 |
| A.M. HRYCAK | PARALEGAL | 7.8 | $245.00 | $1,911.00 |
| R. I. SOLOMON | PARALEGAL | 0.9 | $415.00 | $373.50 |
| | TOTAL | 36.8 | | $18,267.50 |

TOTAL PROFESSIONAL SERVICES   $18,267.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. | $83.60 |
| WESTLAW, RESEARCH 205 | $2.04 |

TOTAL EXPENSES   $85.64

TOTAL AMOUNT OF THIS INVOICE   $18,353.14

PRIOR BALANCE DUE   $36,818.65

**TOTAL BALANCE DUE UPON RECEIPT**   **$55,171.79**

**OUTSTANDING INVOICES PRIOR TO 01/16/20**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|---|---|---|---|---|---|
| 09/30/19 | 2435360 | $13,170.80 | 11/13/19 | 2454726 | $3,094.20 |
| 10/08/19 | 2435362 | $4,579.80 | 12/10/19 | 2470552 | $15,973.85 |
| | | | **TOTAL PRIOR BALANCES DUE** | | **$36,818.65** |