IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 19-11466 (KG) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Related to Docket No. 1151** |

### CERTIFICATION OF COUNSEL REGARDING STIPULATION REGARDING BROAD STREET LEASE

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies that:

1. On December 12, 2019, the Court entered the *Order Further Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* [D.I. 1151], pursuant to which the Court extended the Debtors' deadline to assume or reject unexpired leases of nonresidential real property (the "**365(d)(4) Deadline**") to January 27, 2020.

2. Debtor Center City Healthcare, LLC ("**CCH**") and Broad Street Healthcare Properties, LLC ("**Broad Street**") are parties to a lease agreement for the premises known as Hahnemann University Hospital, with an address of 222-48 N. Broad Street, Philadelphia, PA and 221-223 N. 15th Street, Philadelphia, PA (the "**Broad Street Lease**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3. The Debtors and Broad Street have agreed, subject to Court approval, to a rejection of the Broad Street Lease no later than February 29, 2020 (the "**Rejection Date**") and an extension of the 365(d)(4) Deadline with respect to the Broad Street Lease to the Rejection Date solely to the extent required to effectuate the rejection of the Broad Street Lease on the terms set forth in the *Stipulation Regarding Broad Street Lease* (the "**Stipulation**").

4. A copy of the Stipulation is attached as **Exhibit 1** to the proposed form of order (the "**Proposed Order**") attached hereto as **Exhibit A**.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: January 27, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*