**<u>Exhibit A</u>**
**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 1151 and __** |

**ORDER APPROVING STIPULATION**
**REGARDING BROAD STREET LEASE**

Upon consideration of the *Stipulation Extending Deadline for the Debtors to Assume or Reject Broad Street Lease Pursuant to 11 U.S.C. § 365(d)(4)* (the "**Stipulation**"), a copy of which is attached hereto as **Exhibit 1**; and the Court having determined that the agreement set forth in the Stipulation is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.       The Stipulation is hereby approved in its entirety and entered as an order of the Court.

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

3.      The Debtors shall provide notice of the Rejection Date (as defined in the Stipulation) to the Court.

4.      The Broad Street Lease (as defined in the Stipulation) shall be deemed rejected on the Rejection Date (as defined in the Stipulation) subject to the terms of the Stipulation without further order of the Court.

2

**<u>EXHIBIT 1</u>**

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[3] | ) Jointly Administered |
| | ) |
| Debtors. | ) |

### STIPULATION REGARDING BROAD STREET LEASE

This Stipulation between Debtor Center City Healthcare, LLC ("**CCH**") and Broad Street Healthcare Properties, LLC ("**Broad Street**," and together with CCH, the "**Parties**"), is made and entered into as of the 27th day of January, 2020 by and through the Parties' respective duly authorized undersigned counsel.

### INTRODUCTION

**WHEREAS**, on June 30 and July 1, 2019 (collectively, the "**Petition Date**"), CCH and each other Debtor commenced a case (the "**Chapter 11 Cases**") by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**");

**WHEREAS**, the Debtors are operating their businesses and managing their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

---

[3]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**WHEREAS**, CCH and Broad Street are parties to a lease agreement for the premises known as Hahnemann University Hospital (the "**Premises**"), with an address of 222-48 N. Broad Street, Philadelphia, PA and 221-223 N. 15th Street, Philadelphia, PA (the "**Broad Street Lease**");

**WHEREAS**, on December 12, 2019, the Court entered the *Order Further Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* [D.I. 1151], pursuant to which the Court extended the Debtors' deadline to assume or reject unexpired leases of nonresidential real property (the "**365(d)(4) Deadline**") to January 27, 2020;

**WHEREAS**, pursuant to 11 U.S.C. § 365(d)(4)(B), further extensions of the 365(d)(4) Deadline may be obtained only upon written consent of the relevant lessor;

**WHEREAS**, CCH has decided to reject, and not to assume, the Broad Street Lease, but requires use of the Premises to complete certain asset sales;

**WHEREAS**, Broad Street asserts that it and/or its management representatives requires regular access to the Premises as part of a comprehensive management transition related to the Premises;

**WHEREAS**, CCH and Broad Street have agreed to a stipulated date of February 29, 2020, or such earlier date as set forth below, to extend the 365(d)(4) Deadline with respect to the Broad Street Lease solely to the extent necessary to permit CCH to operate under the terms of the Broad Street Lease until the Rejection Date on the terms set forth herein.

**NOW THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:**

1.      The Broad Street Lease shall be deemed rejected as of February 29, 2020; provided, however, that CCH may, upon five (5) business days' prior written notice to Broad

-3-

Street (a "<u>Termination Notice</u>"), provide an earlier date for rejection of the Broad Street Lease (the "**Rejection Date**").  CCH shall cause any Termination Notice to be filed with the Court.

2.     CCH shall not make any motion to assume, or to assume and assign, the Broad Street Lease.

3.     Until the Rejection Date, Broad Street and/or its management representatives shall be entitled to no less than three (3) hours per week of access to the Premises during normal business hours to inspect the Premises; provided that Broad Street shall provide Debtors' Chief Restructuring Officer with no less than two (2) business days' advance notice prior to inspection and the Debtors' Chief Restructuring Officer shall promptly, and in any event the next business day, respond to approve the requested access or propose alternative times.  The Parties shall work in good faith to coordinate all such inspections.

4.     CCH shall vacate the Premises on the Rejection Date in accordance with the United States Bankruptcy Code. Broad Street reserves all rights with respect to the Broad Street Lease.

5.     The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

*[signature pages to follow]*

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/  Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique Bair DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

          -and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/  Brendan J. Schlauch*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:    (302) 651-7700
Fax:   (302) 651-7701
Email:  collins@rlf.com
           merchant@rlf.com
           schlauch@rlf.com

 -and-

Suzzanne Uhland
Diana M. Perez
Amalia Sax-Bolder
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel:    (212) 326-2000
Fax:   (212) 326-2061
Email:  suhland@omm.com
           dperez@omm.com
           asax-bolder@omm.com

*Counsel to Broad Street Healthcare
Properties, LLC*