# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 1151 and 1363** |

## ORDER APPROVING STIPULATION
## REGARDING BROAD STREET LEASE

Upon consideration of the *Stipulation Extending Deadline for the Debtors to Assume or Reject Broad Street Lease Pursuant to 11 U.S.C. § 365(d)(4)* (the "**Stipulation**"), a copy of which is attached hereto as **Exhibit 1**; and the Court having determined that the agreement set forth in the Stipulation is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Stipulation is hereby approved in its entirety and entered as an order of the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

01/27/2020

2. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

3. The Debtors shall provide notice of the Rejection Date (as defined in the Stipulation) to the Court.

4. The Broad Street Lease (as defined in the Stipulation) shall be deemed rejected on the Rejection Date (as defined in the Stipulation) subject to the terms of the Stipulation without further order of the Court.

**Dated: January 28th, 2020**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

01/27/2020