# **EXHIBIT 1**

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[2] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |

## STIPULATION REGARDING BROAD STREET LEASE

This Stipulation between Debtor Center City Healthcare, LLC ("**CCH**") and Broad Street Healthcare Properties, LLC ("**Broad Street**," and together with CCH, the "**Parties**"), is made and entered into as of the 27th day of January, 2020 by and through the Parties' respective duly authorized undersigned counsel.

## INTRODUCTION

**WHEREAS**, on June 30 and July 1, 2019 (collectively, the "**Petition Date**"), CCH and each other Debtor commenced a case (the "**Chapter 11 Cases**") by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**");

**WHEREAS**, the Debtors are operating their businesses and managing their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**WHEREAS**, CCH and Broad Street are parties to a lease agreement for the premises known as Hahnemann University Hospital (the "**Premises**"), with an address of 222-48 N. Broad Street, Philadelphia, PA and 221-223 N. 15th Street, Philadelphia, PA (the "**Broad Street Lease**");

**WHEREAS**, on December 12, 2019, the Court entered the *Order Further Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* [D.I. 1151], pursuant to which the Court extended the Debtors' deadline to assume or reject unexpired leases of nonresidential real property (the "**365(d)(4) Deadline**") to January 27, 2020;

**WHEREAS**, pursuant to 11 U.S.C. § 365(d)(4)(B), further extensions of the 365(d)(4) Deadline may be obtained only upon written consent of the relevant lessor;

**WHEREAS**, CCH has decided to reject, and not to assume, the Broad Street Lease, but requires use of the Premises to complete certain asset sales;

**WHEREAS**, Broad Street asserts that it and/or its management representatives requires regular access to the Premises as part of a comprehensive management transition related to the Premises;

**WHEREAS**, CCH and Broad Street have agreed to a stipulated date of February 29, 2020, or such earlier date as set forth below, to extend the 365(d)(4) Deadline with respect to the Broad Street Lease solely to the extent necessary to permit CCH to operate under the terms of the Broad Street Lease until the Rejection Date on the terms set forth herein.

**NOW THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:**

1. The Broad Street Lease shall be deemed rejected as of February 29, 2020; provided, however, that CCH may, upon five (5) business days' prior written notice to Broad

Street (a "Termination Notice"), provide an earlier date for rejection of the Broad Street Lease (the "**Rejection Date**"). CCH shall cause any Termination Notice to be filed with the Court.

2. CCH shall not make any motion to assume, or to assume and assign, the Broad Street Lease.

3. Until the Rejection Date, Broad Street and/or its management representatives shall be entitled to no less than three (3) hours per week of access to the Premises during normal business hours to inspect the Premises; provided that Broad Street shall provide Debtors' Chief Restructuring Officer with no less than two (2) business days' advance notice prior to inspection and the Debtors' Chief Restructuring Officer shall promptly, and in any event the next business day, respond to approve the requested access or propose alternative times. The Parties shall work in good faith to coordinate all such inspections.

4. CCH shall vacate the Premises on the Rejection Date in accordance with the United States Bankruptcy Code. Broad Street reserves all rights with respect to the Broad Street Lease.

5. The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

[*signature pages to follow*]

-4-

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Monique B. DiSabatino* | */s/ Brendan J. Schlauch* |
| Mark Minuti (DE Bar No. 2659) | Mark D. Collins (No. 2981) |
| Monique Bair DiSabatino (DE Bar No. 6027) | Michael J. Merchant (No. 3854) |
| 1201 N. Market Street, Suite 2300 | Brendan J. Schlauch (No. 6115) |
| P.O. Box 1266 | RICHARDS, LAYTON & FINGER, P.A. |
| Wilmington, DE 19899-1266 | One Rodney Square |
| Telephone: (302) 421-6800 | 920 North King Street |
| Fax: (302) 421-5873 | Wilmington, Delaware 19801 |
| mark.minuti@saul.com | Tel:   (302) 651-7700 |
| monique.disabatino@saul.com | Fax:  (302) 651-7701 |
| | Email: collins@rlf.com |
| -and- | merchant@rlf.com |
| | schlauch@rlf.com |
| Jeffrey C. Hampton | |
| Adam H. Isenberg | -and- |
| Aaron S. Applebaum (DE Bar No. 5587) | |
| Centre Square West | Suzzanne Uhland |
| 1500 Market Street, 38th Floor | Diana M. Perez |
| Philadelphia, PA 19102 | Amalia Sax-Bolder |
| Telephone: (215) 972-7777 | O'MELVENY & MYERS LLP |
| Fax: (215) 972-7725 | Times Square Tower |
| jeffrey.hampton@saul.com | 7 Times Square |
| adam.isenberg@saul.com | New York, New York 10036 |
| aaron.applebaum@saul.com | Tel:   (212) 326-2000 |
| | Fax:  (212) 326-2061 |
| *Counsel for Debtors and Debtors in Possession* | Email: suhland@omm.com |
| | dperez@omm.com |
| | asax-bolder@omm.com |
| | |
| | *Counsel to Broad Street Healthcare Properties, LLC* |