## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on January 22, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed on **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit C** attached hereto:

- **Notice of Second Amended Agenda for Hearing Scheduled for January 23, 2020 at 10:00 A.M. (Prevailing Eastern Time) Before the Honorable Kevin Gross, U.S. Bankruptcy Court Judge [Docket No. 1350]**

- **Notice of Third Amended Agenda for Hearing Scheduled for January 23, 2020 at 10:00 A.M. (Prevailing Eastern Time) Before the Honorable Kevin Gross, U.S. Bankruptcy Court Judge [Docket No. 1351]**

Dated: January 24, 2020

_____

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 24th day of January, 20 20, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public · California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
GIANCLAUDIO FINIZIO, ESQ
GFINIZIO@BAYARDLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P.C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

| | | |
|---|---|---|
| HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM |
| JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM |
| MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM |
| MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM |
| MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM |
| OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM |
| O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM |
| PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM |
| POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM |
| POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM | RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM |
| RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM |

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

UPDIKE, KELLY & SPELLACY, P.C.
EVAN S. GOLDSTEIN, ESQ
EGOLDSTEIN@UKS.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

Parties Served:  116

# **EXHIBIT B**

FREEDMAN & LORRY, P.C.
SUSAN A. MURRAY
215-925-7516

OFFICE OF THE ATTORNEY GENERAL
JOSH SHAPIRO, ESQUIRE
717-787-8242

Parties Served:  2

# **EXHIBIT C**

BIELLI & KLAUDER, LLC
THOMAS D. BIELLI, ESQUIRE
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA  19102

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

LEASING ASSOC OF BARRINGTON
220 N RIVER ST
EAST DUNDEE, IL 60118

LEASING ASSOC OF BARRINGTON
DBA LABARRINGTON
220 N RIVER ST
EAST DUNDEE, IL 60118

LEASING ASSOCIATES OF BARRINGTON, INC.
ATTN: CARL JANIK, VP OPERATIONS
220 N RIVER ST
EAST DUNDEE, IL 60118

LOCKTON-DUNNING SERIES OF LOCKTON COMPANIES
2100 ROSS AVE, STE 1200
DALLAS, TX 75201

LOCUMTENENS
2655 NORTHWINDS PKWY
ALPHARETTA, GA 30009

LOCUMTENENS.COM INC
P.O. BOX 405547
ATLANTA, GA 30384-5547

LOCUMTENENS.COM, LLC
2655 NORTHWINDS PKWY
ALPHARETTA, GA 30009

LYONS ADVISORS LLC
1007 QUILL LN
ORELAND, PA 19075

LYONS ADVISORS LLC
ATTN: JOSEPH LYONS, SOLE PRINCIPAL
1007 QUILL LANE
ORELAND, PA 19075

LYONS-CHVALA NEPHROLOGY ASSOC
730 N BROAD ST, STE 101
WOODBURY, NJ 08096

LYONS-CHVALA NEPHROLOGY ASSOC
RE: (TENANT)
730 N BROAD ST, STE 101
WOODBURY, NJ 08096

MANHATTAN TELECOMMUNICATIONS CORPORATION
DBA METROPOLITAN TELECOMMUNICATIONS
AKA METTEL
55 WATER ST, 32ND FL
NEW YORK, NY 10041

MANHATTAN TELECOMMUNICATIONS CORPORATION
DBA METROPOLITAN TELECOMMUNICATIONS A/K/A M
55 WATER ST, 32ND FL
NEW YORK, NY 10041

MAR COR PURIFICATION, INC.
14550 28TH AVE N
PLYMOUTH, MN 55447

MAR COR PURIFICATION, INC.
16233 COLLECTIONS CENTER DR
CHICAGO, IL 60693

MAR COR PURIFICATION, INC.
16233 COLLECTIONS CTR DR
CHICAGO, IL 60693

MAR COR SERVICES INC
P.O. BOX 27178
NEWARK, NJ 07101-0400

MARCELINO A DE SANTO MD
ADDRESS REDACTED

MARCELINO DE SANTOS
ADDRESS REDACTED

MARY AGNEW, SNR VP/CNO
READING HOSP
420 S 5TH AVE
WEST READING, PA 19611

MARY MALLON
ADDRESS REDACTED

MARY MALLON, M.D.
ADDRESS REDACTED

MARY MALLON, M.D.
ADDRESS REDACTED

MAUREEN FEE
ADDRESS REDACTED

MAUREEN FEE, M.D.
ADDRESS REDACTED

MAYFLOWER LAUNDRY & TEXTILE SER
1350 BRASS MILL RD
BELCAMP, MD 21017-1211

MAYFLOWER LAUNDRY & TEXTILE SER
ATTN: TINA BRATCHER
1350 BRASS MILL RD
BELCAMP, MD 21017

MAYFLOWER LAUNDRY AND TEXTILE SERVICES, LLC
1350 BRASS MILL RD
BELCAMP, MD 21017

MAYFLOWER LAUNDRY AND TEXTILE SERVICES, L
2601 W LEXINGTON ST
BALTIMORE, MD 21223

MAYFLOWER LAUNDRY AND TEXTILE SERVICES, LLC
ATTN: CHARLES A. MCCAUELY, III, ESQ.
1801 MARKET ST.
STE 2300
PHILADELPHIA, PA 19103

MAYFLOWER LAUNDRY AND TEXTILE SERVICES, LLC
C/O OFFIT KURMAN P.A.
ATTN: CHARLES A. MCCAULEY, III, ESQ.
1801 MARKET ST.
STE 2300
PHILADELPHIA, PA 19103

MED ONE CAPITAL FUNDING, LLC
10712 SOUTH 1300 EAST
SANDY, UT 84094

MED ONE CAPITAL FUNDING, LLC
ATTN: MARK STEVENS
10712 SOUTH 1300 E
SANDY, UT 84094

MED ONE CAPITAL FUNDING, LLC
C/O RAY QUINNEY & NEBEKER P.C.
ATTN: DAVID H. LEIGH, ESQ.
36 SOUTH STATE ST, STE 1400
SALT LAKE CITY, UT 84111

MED ONE CAPITAL FUNDING, LLC
DBA IPA ONE
10712 S 1300 E
EAST SANDY, UT 84094

MED ONE CAPITAL INC
DBA TRI ANIM FINANCIAL SVCS
P.O. BOX 271128
SALT LAKE CITY, UT 84127

MED3000
9313 MEDICAL PLAZA DR, STE 203
CHARLESTON, SC 29406

MED3000 CORP
P.O. BOX 1236
BUTLER, PA 16003-1236

MED3000 INC
ATTN: CEO
FOSTER PLAZA 10
680 ANDERSEN DR
PITTSBURGH, PA 15220

MED3000 INC
ATTN: CHIEF EXEC OFFICER
FOSTER PLAZA 10
680 ANDERSEN DR
PITTSBURGH, PA 15220

MEDHUB, LLC
10 2ND ST NE, STE 300
MINNEAPOLIS, MN 55413

MEDICAL DOCTOR ASSOC LLC
4775 PEACHTREE INDUSTRIAL BLVD 300
NORCROSS, GA 30092

MEDICAL DOCTOR ASSOCIATES
4775 PEACHTREE INDUSTRIAL BLVD, STE 300
BERKELEY LAKE, GA 30092

MEDICAL DOCTOR ASSOCIATES
ATTN: DEBRA RAMOS
P.O. BOX 277185
ATLANTA, GA 30384-7185

MEDICAL DOCTOR ASSOCIATES, LLC
ACCOUNTS RECEIVABLE
145 TECHNOLOGY PKWY NW
NORCROSS, GA 30092

MEDICAL DOCTOR ASSOCIATES, LLC
ATTN: ANNE ANDERSON, EXEC VP
4775 PEACHTREE INDUSTRIAL BLVD, STE 300
BERKELEY LAKE, GA 30092

MEDICAL DOCTOR ASSOCIATES, LLC
ATTN: DEBRA RAMOS
5201 CONGRESS AVE, STE 100-B
BOCA RATON, FL 33487

MEDICAL DOCTOR ASSOCIATES, LLC
P.O. BOX 277185
ATLANTA, GA 30384-7185

MEDICAL GAS SOLUTIONS, INC.
20 MCDONALD BLVD, STE 2
ASTON, PA 19014

MEDICAL GAS SOLUTIONS, INC.
ATTN: JOSEPH A. BARTH
20 MCDONALD BLVD, STE 2
ASTON, PA 19104

MEDLINE INDUSTRIES HOLDINGS, L.P
ATTN: LEGAL DEPT
THREE LAKES DR
NORTHFIELD, IL 60093

MEDLINE INDUSTRIES, INC.
ATTN: LEGAL DEPT
THREE LAKES DR
NORTHFIELD, IL 60093

MEDLINE INDUSTRIES, INC.
ATTN: RON BARRETT
THREE LAKES DR
NORTHFIELD, IL 60093

MEDLINE INDUSTRIES, INC.
DEPT 1080
P.O. BOX 121080
DALLAS, TX 75312-1080

MEDLYTIX, LLC
ATTN: CEO
675 MANSELL RD, STE 100
ROSWELL, GA 30076

MEDTRONIC
12100 COLLECTIONS CENTER DR
CHICAGO, IL 60693

MEDTRONIC
PACING SYSTEMS DIVISION
P.O. BOX 751056
CHARLOTTE, NC 28275-

MEDTRONIC EMERGENCY RESPONSE SYST
DBA MEDTRONIC INC
12100 COLLECTIONS CTR DR
CHICAGO, IL 60693

MEDTRONIC INC
P.O. BOX 409201
ATLANTA, GA 30384

MEDTRONIC INC
POWERED SURGICAL SOLUTIONS
P.O. BOX 848079
DALLAS, TX 75284-8079

MEDTRONIC INC
POWERED SURGICAL SOLUTIONS
P.O. BOX 848086
DALLAS, TX 75284-8086

MEDTRONIC USA, INC.
4642 COLLECTIONS CENTER DR
CHICAGO, IL 60693

MEDTRONIC USA, INC.
8200 CORAL SEA ST NE
MOUNDS VIEW, MN 55112

MEDTRONIC USA, INC.
ATTN: BRIAN CASTELEIN CBA
4642 COLLECTIONS CTR DR
CHICAGO, IL 60693

MEDTRONIC USA, INC.
ATTN: CAPITAL REGIONAL CONTRACT ANALYST
826 COAL CREEK CIR
LOUISVILLE, CO 80027

MINDRAY DS USA, INC
24312 NETWORK PL
CHICAGO, IL 60673-1243

MINDRAY DS USA, INC
800 MACARTHUR BLVD
MAHWAH, NJ 07430

MINDRAY DS USA, INC
DBA MINDRAY N AMERICA
24312 NETWORK PL
CHICAGO, IL 60673-1243

MOIRA BROOKS
ADDRESS REDACTED

MONTEREY MEDICAL SOLUTIONS, INC
1130 FREMONT BLVD, STE 105-302
SEASIDE, CA 93955-5705

MONTEREY MEDICAL SOLUTIONS, INC
ATTN: PRESIDENT
1130 FREMONT BLVD, STE 105-302
SEASIDE, CA 93955

MONTEREY MEDICAL SOLUTIONS, INC
ATTN: WENDY J FARQUHAR
1130 FREMONT BLVD, STE 105-302
SEASIDE, CA 93955

MSW ENTERPRISES INC.
78 N PENNSYLVANIA AVE
MORRISVILLE, PA 19067

MSW ENTERPRISES INC.
ATTN: THERAN MOSSHOLDER
78 N PENNSYLVANIA AVE
MORRISVILLE, PA 19067

MSW ENTERPRISES INC.
DBA NEWTOWN ANSWERING SVC
198 N PINE ST
LANGHORNE, PA 19047

MSW ENTERPRISES INC.
DBA NEWTOWN ANSWERING SVC
78 N PENNSYLVANIA AVE
MORRISVILLE, PA 19067

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATUS MEDICAL INC
DEPT 33768
P.O. BOX 39000
SAN FRANCISCO, CA 94139

NATUS MEDICAL INC
P.O. BOX 3604
CAROL STEAM, IL 60132-3604

NATUS MEDICAL INCORPORATED
1183 QUARRY LN, STE A
PLEASANTON, CA 94566-4757

NATUS MEDICAL INCORPORATED
ATTN: DOUGLAS BALOG
506 CLIFTON DR
WEST MELBOURNE, FL 32904

NTHRIVE
ATTN: JEN DEYOUNG
200 N POINT CENTER E, STE 600
ALPHARETTA, GA 30022

NTHRIVE
ATTN: MATT DARDENNE
200 N POINT CENTER E, STE 600
ALPHARETTA, GA 30022

NTHRIVE INC
ATTN: KAY ENNIS
200 N POINT CENTER E, STE 600
ALPHARETTA, GA 30022

NTHRIVE INC
P.O. BOX 733492
DALLAS, TX 75373-3492

NTHRIVE REVENUE SYSTEMS, LLC
ATTN: LEGAL/CONTRACTING
200 N POINT CENTER E, STE 600
ALPHARETTA, GA 30022

NTHRIVE, INC.
ATTN: LEGAL/CONTRACTING
200 N POINT CENTER E, STE 600
ALPHARETTA, GA 30022

NUANCE COMMUNICATIONS
RE PAYMENT FOR CENTRAL CAROLINA
P.O. BOX 7247 6924
PHILADELPHIA, PA 19170-6924

NUANCE COMMUNICATIONS, INC
1 WAYSIDE RD
BURLINGTON, MA 01803

NUANCE COMMUNICATIONS, INC
HEALTHCARE DIVISION
P.O. BOX 2561
CAROL STREAM, IL 60132-2561

NUANCE COMMUNICATIONS, INC
P.O. BOX 2561
CAROL STREAM, IL 60132-2561

NUANCE COMMUNICATIONS, INC
P.O. BOX 7247 6924
PHILADELPHIA, PA 19170-6924

OCCUPATIONAL HEALTH CENTERS
DBA CONCENTRA MEDICAL CTRS
OF THE SOUTHWEST PA
P.O. BOX 18277
BALTIMORE, MD 21227-0277

OCCUPATIONAL HEALTH CENTERS
DBA CONCENTRA MEDICAL CTRS
OF THE SOUTHWEST PA
P.O. BOX 82549
HAPEVILLE, GA 30354

OCCUPATIONAL HEALTH CENTERS
DBA CONCENTRA MEDICAL CTRS
OF THE SOUTHWEST PA
P.O. BOX 9005
ADDISON, TX 75001

OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWE
DBA CONCENTRA MEDICAL CENTERS
609 GLOBAL WAY, STE 102
LINTHICUM, MD 21090

OCCUPATIONAL HEALTH CENTERS OF THE SOUTH
DBA CONCENTRA MEDICAL CTRS
609 GLOBAL WAY, STE 102
LINTHICUM, MD 21090

OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWE
DBA CONCENTRA MEDICAL CTRS
ATTN: CANDICE HENSON
5080 SPECTRUM DR, 1200W
ADDISON, TX 75001

OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWE
DBA CONCENTRA MEDICAL CTRS
ATTN: PRESIDENT
5080 SPECTRUM DR, STE 1200W
ADDISON, TX 75001

OFFICE OF COUNSEL
ATTN: CHIEF COUNSEL
TEMPLE UNIVERSITY HEALTH SYSTEM, INC
ROOM 903 JONES GHALL (700-00)
1316 W ONTARIO ST
PHILADELPHIA, PA 19140-5290

OFFICE OF COUNSEL
ATTN: CHIEF COUNSEL
TEMPLE UNIVERSITY HEALTH SYSTEM, INC
ROOM 903 JONES HALL (700-00)
1316 W ONTARIO ST
PHILADELPHIA, PA 19140-5290

OLYMPUS AMERICA
DBA OLYMPUS FINANCIAL SVCS
DEPT 3595
P.O. BOX 123595
DALLAS, TX 75312-3595

OLYMPUS AMERICA INC
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034

OLYMPUS AMERICA INC
ATTN: ERIC VAUTRIN
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034-0610

OLYMPUS AMERICA INC
ATTN: JOE FLORCZAK
77 W. WACKER DR.
STE 4100
CHICAGO, IL 60601

OLYMPUS AMERICA INC
ATTN: THOMAS CZARNECKI
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034

OLYMPUS AMERICA INC
DBA OLYMPUS FINANCIAL SERVICES
P.O. BOX 200183
PITTSBURGH, PA 15251-0183

OLYMPUS AMERICA INC
DEPT 0600
P.O. BOX 120600
DALLAS, TX 75312-0600

OLYMPUS AMERICA INC
ENDOSCOPE DIVISION
P.O. BOX 200194
PITTSBURGH, PA 15251-0160

OLYMPUS AMERICA INC
P.O. BOX 200160
PITTSBURGH, PA 15251-0160

OLYMPUS AMERICA INC
P.O. BOX 200194
PITTSBURGH, PA 15251-0194

OMNICELL, INC
590 E MIDDLEFIELD RD
MOUNTAIN VIEW, CA 94043

OMNICELL, INC
P.O. BOX 204650
DALLAS, TX 75320-4650

OPTUM360 LLC
P.O. BOX 88050
CHICAGO, IL 60680-1050

OPTUM360 SOLUTIONS, LLC
ATTN: GENERAL COUNSEL
11000 OPTUM CIR
EDEN PRAIRIE, MN 55344

OPTUM360/UHC
ATTN: CDM/ BANKRUPTCY
185 ASYLUM ST 03B
HARTFORD, CT 06103

ORTHOPEDIATRICS U.S. DISTRIBUTION CORP.
2850 FRONTIER DR
WARSAW, IN 46582

ORTHOPEDIATRICS U.S. DISTRIBUTION CORP.
ATTN: DANIEL GERRITZEN
2850 FRONTIER DR
WARSAW, IN 46582

PALADIN HEALTHCARE
222 N PACIFIC COAST HWY, STE 900
EL SEGUNDO, CA 90245

PARKINGSOFT, LLC
5730 OAKBROOK PKWY, STE 140
NORCROSS, GA 30093

PARKINGSOFT, LLC
ATTN: CEO
5730 OAKBROOK PKWY, STE 140
NORCROSS, GA 30093

PENNONI ASSOCIATES
ATTN: JOSEPH RADAY, PE, CME
1900 MARKET ST, STE 300
PHILADELPHIA, PA 19103

PENNONI ASSOCIATES
ATTN: ROSS STUART, PE, SE
1900 MARKET ST, STE 300
PHILADELPHIA, PA 19103

PENNONI ASSOCIATES INC
P.O. BOX 827328
PHILADELPHIA, PA 19182-7328

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PERIOPERATIVE SERVICES, LLC
111 CONTINENTAL DR, STE 412
NEWARK, DE 19713

PERIOPERATIVE SERVICES, LLC
ATTN: LAWRENCE W BULLER, CEO
111 CONTINENTAL DR, STE 412
NEWARK, DE 19713

PETER D PIZZUTILLO
ADDRESS REDACTED

PETER D. PIZZUTILLO, MD
ADDRESS REDACTED

PHARMACY ONESOURCE INC
62417 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0624

PHARMACY ONESOURCE INC
ATTN: CONTRACT MANAGEMENT
525 JUNCTION RD, STE 5000
MADISON, WI 53717

PHARMACY ONESOURCE INC
ATTN: WOLTERS KLUWER, CONTRACT MGT
800 WASHINGTON AVE N, STE 400
MINNEAPOLIS, MN 55401

PHILADELPHIA BUSINESS JOURNAL
AMERICAN CITY BUSINESS JOURNALS
400 MARKET ST, STE 1200
PHILADELPHIA, PA 19106-2503

PHILADELPHIA BUSINESS JOURNAL
ATTN: MICHAEL ZIRBSER
400 MARKET ST, STE 1200
PHILADELPHIA, PA 19106-2503

PHILADELPHIA COLLEGE OF OSTEOPATH
ATTN: PETER DOULIS
P.O. BOX 824101
PHILADELPHIA, PA 19182-4101

PHILADELPHIA COLLEGE OF OSTEOPATH
C/O PETER DOULIS/TREASURER
P.O. BOX 824101
PHILADELPHIA, PA 19182-4101

PHILADELPHIA COLLEGE OF OSTEOPATH
DBA PCOM PRINTING SVCS
4190 CITY AVE STE, STE 101
PHILADELPHIA, PA 19131-1693

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDIC
4170 CITY AVE, DEANS STE
PHILADELPHIA, PA 19131

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
4190 CITY LINE AVE
PHILADELPHIA, PA 19131

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
ATTN: JAY FELDSTEIN
4180 CITY AVE
PHILADELPHIA, PA 19131

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDIC
P.O. BOX 824101
PHILADELPHIA, PA 19182-4101

PHILADELPHIA UNIVERSITY
SCHOOL OF SCIENCE AND HEALTH
SCHOOLHOUSE LN AND HENRY AVE
PHILADELPHIA, PA 19144-5497

PHILADELPHIA UNIVERSITY
SCHOOLHOUSE LN AND HENRY AVE
PHILADELPHIA, PA 19144-5497

PHILIP STEIN
ADDRESS REDACTED

PHILIP STEIN, M.D.
200 W WASHINGTON SQ, APT 1601
PHILADELPHIA, PA 19106

PHYSICIAN AND TACTICAL HEALTHCARE SERVICES LL
ATTN: ANTHONY J. MACKIEWICZ
9 EXEC CAMPUS
CHERRY HILL, NJ 08102

PRECISION SPRINKLER SERVICES, INC
200 PINE ST
HOLMES, PA 19043

PRECISION SPRINKLER SVCS INC
3812 W 9TH ST
TRAINER, PA 19061

PRECISIONS SPRINKLER SERVICES INC.
ATTN: FRANCIS CONNELLY
3812 W 9TH ST
TRAINER, PA 19061

PREMIER HEALTHCARE SOLUTIONS
5882 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PREMIER HEALTHCARE SOLUTIONS
ATTN: KELLEY MASKERI
5882 COLLECTIONS CTR DR
CHICAGO, IL 60693

PRIORITY EXPRESS COURIER, INC
5 CHELSEA PKWY
BOOTHWYN, PA 19061

PROSERV REMOVAL INCORP
1-800 GOT JUNK
668 STONY HILL RD, STE 154
YARDLEY, PA 19067

PROSERV REMOVAL INCORP
668 STONY HILL RD, STE 154
YARDLEY, PA 19067

PROSERV REMOVAL, INC
ATTN: ERIC BLUM
668 STONY HILL RD, STE 154
YARDLEY, PA 19067

PROSERV REMOVAL, INC
DBA 1-800-GOT-JUNK
668 STONY HILL RD, STE 154
YARDLEY, PA 19067

PUPPET KITCHEN INTERNATIONAL, INC.
12 DONGAN PL, STE 408
NEW YORK, NY 10040

PUPPET KITCHEN INTERNATIONAL, INC.
ATTN: ERIC WRIGHT
12 DONGAN PL, STE 408
NEW YORK, NY 10040

QUANTROS, INC.
ATTN: GENERAL COUNSEL
220 N MAIN ST, STE 300
GREENVILLE, SC 29601

QUANTROS, INC.
P.O. BOX 206497
DALLAS, TX 75320-6497

QUEST DIAGNOSTIC CLINICAL LABORATORIES INC.
900 BUSINESS CENTER DR
HORSHAM, PA 19044

QUEST DIAGNOSTIC CLINICAL LABORATORIES INC
ATTN: LEGAL DEPT
500 PLAZA DR
SECAUCUS, NJ 07094

QUEST DIAGNOSTIC INC
C/O NICHOLS INSTITUTE
3924 COLLECTIONS CTR DR
CHICAGO, IL 60693

QUEST DIAGNOSTICS
1001 ADAMS AVE
NORRISTOWN, PA 19403

QUEST DIAGNOSTICS
900 BUSINESS CENTER DR
HORSHAM, PA 19044

QUEST DIAGNOSTICS
900 BUSINESS CTR DR
HORSHAM, PA 19044

QUEST DIAGNOSTICS
CLIENT NUMBER 60059511
P.O. BOX 740709
ATLANTA, GA 30374-0709

QUEST DIAGNOSTICS
P.O. BOX 41652
PHILADELPHIA, PA 19101-1652

QUEST DIAGNOSTICS
P.O. BOX 5001
COLLEGEVILLE, PA 19426

QUEST DIAGNOSTICS
P.O. BOX 530440
ATLANTA, GA 30353-0440

QUEST DIAGNOSTICS
P.O. BOX 740709
ATLANTA, GA 30374-0709

QUEST DIAGNOSTICS
P.O. BOX 740777
CINCINNATI, OH 45274-0777

QUEST DIAGNOSTICS
P.O. BOX 828669
PHILADELPHIA, PA 19182-8669

QUEST DIAGNOSTICS, INC.
3 GIRALDA FARMS
MADISON, NJ 07940-1027

QUEST DIAGNOSTICS, INC.
ATTN: BILLING DEPARTMENT
14225 NEWBROOK DR
CHANTILLY, VA 20151

RALPH J. RIVIELLO, M.D.
ADDRESS REDACTED

RAPHAEL J. YOO, M.D.
ADDRESS REDACTED

RAPHAEL YOO
ADDRESS REDACTED

RAPHAEL YOO MD
ADDRESS REDACTED

READING HOSPITAL
420 S 5TH AVE
WEST READING, PA 19611

READING HOSPITAL AND MEDICAL CENTER
ATTN: MARY AGNEW, SVP/CNO
420 S 5TH AVE
WEST READING, PA 19611

READING HOSPITAL AND MEDICAL CENTER
SIXTH AVE AND SPRUCE ST
READING, PA 19611

RESPIRATORY ASSOCIATES
ATTN: ROBERT PROMISLOFF, MD
1001 CITY LINE AVE, STE WB 113
WYNNEWOOD, PA 19096

RESPIRATORY ASSOCIATES, LTD
1001 CITY AVE
WYNNEWOOD, PA 19096-3902

RESPIRATORY ASSOCIATES, LTD
1001 CITY LINE AVE WB 113
WYNNEWOOD, PA 19096

RESPIRATORY ASSOCIATES, LTD
ATTN: ROBERT PROMISLOFF, MD
1001 CITY LINE AVE, STE WB 113
WYNNEWOOD, PA 19096

RESPIRATORY ASSOCIATES, LTD
RE: (TENANT)
1001 CITY AVE
WYNNEWOOD, PA 19096-3902

REUTER & HANNEY, INC.
149 RAILROAD DR
IVYLAND, PA 18974

REUTER & HANNEY, INC.
C/O QUALUS POWER SERVICES
4040 REV DRIVE
CINCINNATI, OH 45232

REUTER & HANNEY, INC.
C/O QUARLES & BRADY LLP
ATTN: LAUREN N. BESLOW
300 N. LASALLE ST, STE 4000
CHICAGO, IL 60654

REUTER HANNEY INC
149 RAILROAD DR
IVYLAND, PA 18974

RICOH AMERICAS CORP
21146 NETWORK PL
CHICAGO, IL 60673-1211

RICOH AMERICAS CORP
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602

RICOH AMERICAS CORP
P.O. BOX 6434
CAROL STREAM, IL 60197-6434

RICOH AMERICAS CORP
P.O. BOX 660342
DALLAS, TX 75266-0342

RICOH AMERICAS CORP
P.O. BOX 905269
CHARLOTTE, NC 28290-5269

RICOH BUSINESS SYSTEMS INC
P.O. BOX 35129
NEWARK, NJ 07193-5129

RICOH CORP
DBA RICOH BUSINESS SYSTEMS
P.O. BOX 73683
CHICAGO, IL 60673-7683

RICOH CORP
P.O. BOX 13750
NEWARK, NJ 07188-0750

RICOH CORP
P.O. BOX 13852
NEWARK, NJ 07188-0852

RICOH CORPORATION
21146 NETWORK PL
CHICAGO, IL 60673-1211

RICOH USA, INC
1700 MARKET ST 2805
PHILADELPHIA, PA 19103

RICOH USA, INC
70 VALLEY STREAM PKWY
MALVERN, PA 19355

RICOH USA, INC
DBA RICOH MANAGEMENT SERVICES
P.O. BOX 534777
ATLANTA, GA 30353-4777

RICOH USA, INC
P.O. BOX 827577
PHILADELPHIA, PA 19182-7577

RISA EICHINGER
ADDRESS REDACTED

RISA EICHINGER
ADDRESS REDACTED

SAI GLOBAL COMPLIANCE, INC.
ATTN: GENERAL COUNSEL
480 PLEASANT ST STE C210
WATERTOWN, MA 02472-2596

SAI GLOBAL COMPLIANCE, INC.
FORREST RD OFFICE CTR
309 WAVERLY OAKS RD, STE 204
WALTHAM, MA 02452

SAINT LUKE'S UNIVERSITY HEALTH NETWORK
ATTN: TOM LICHTENWALNER
801 OSTRUM ST
BETHLEHEM, PA 18105

SARAH LONG
ADDRESS REDACTED

SARAH LONG, M.D.
ADDRESS REDACTED

SCHC PEDIATRIC ASSOC LLC
160 E ERIE AVE
PHILADELPHIA, PA 19134

SCHC PEDIATRIC ASSOC LLC
RE: (SUBLESSEE)
160 E ERIE AVE
PHILADELPHIA, PA 19134

SCHC PEDIATRIC ASSOCIATES, LLC
160 E ERIE AVE
PHILADELPHIA, PA 19134

SCHC PEDIATRIC ASSOCIATES, LLC
ATTN: BERNADETTE MANGAN, VP
ERIE AVE AND FRONT ST
PHILADELPHIA, PA 19134

SCHC PEDIATRIC ASSOCIATES, LLC
ATTN: CEO
160 EAST ERIE AVE
PHILADELPHIA, PA 19134

SCHC PEDIATRIC ASSOCIATES, LLC
ATTN: MARTIN HERMAN, MD
160 E ERIE AVE
PHILADELPHIA, PA 19107

SCHC PEDIATRIC ASSOCIATES, LLC
ATTN: MICHELE SZKOLNICKI, CEO
160 E ERIE AVE
PHILADELPHIA, PA 19134

SCHC PEDIATRIC ASSOCIATES, LLC
ERIE AVE AND FRONT ST
PHILADELPHIA, PA 19134

SCHC PEDIATRIC ASSOCIATES, LLC
SCPA RADIOLOGY
P.O. BOX 828699
PHILADELPHIA, PA 19182-8699

SCRIBE AMERICA LLC
1200 E LAS OLAS BLVD, STE 201
FORT LAUDERDALE, FL 33301

SCRIBE AMERICA LLC
P.O. BOX 417756
BOSTON, MA 02241-7756

SCRIBE CARE, INC.
10502 HICKORY GLEN DR.
COLUMBIA, MD 21044

SCRIBE CARE, INC.
ATTN: RAZA SHIRAZIE
10502 HICKORY GLEN DR
COLUMBIA, MD 21044

SCRIBEAMERICA, LLC
ATTN: MICHAEL MURPHY, MD, CEO
1200 E LAS OLAS BLVD, STE 201
FORT LAUDERDALE, FL 33301

SHERMAN ENGINEERING CO
1830 COUNTY LINE RD, UNIT 303
HUNTINGDON VALLEY, PA 19006

SHERMAN ENGINEERING CO
ATTN: PRESIDENT
1830 COUNTY LINE RD, UNIT 303
HUNTINGTON VALLEY, PA 19006

SIEMENS HEALTHCARE DIAGNOSTICS
P.O. BOX 121102
DALLAS, TX 75312-1102

SIEMENS HEALTHCARE DIAGNOSTICS, INC
115 NORWOOD PARK S
NORWOOD, MA 02062

SIEMENS INDUSTRY, INC
1450 UNION MEETING RD
BLUE BELL, PA 19422

SIEMENS INDUSTRY, INC
2000 CRAWFORD PL, STE 300
MT LAUREL, NJ 08054

SIEMENS INDUSTRY, INC
C/O CITIBANK
BUILDING TECHNOLOGIES
P.O. BOX 2134
CAROL STREAM, IL 60132-2134

SIEMENS INDUSTRY, INC
C/O CITIBANK
P.O. BOX 2134
CAROL STREAM, IL 60132-2134

SIEMENS INDUSTRY, INC
P.O. BOX 360766
PITTSBURGH, PA 15250-6766

SIEMENS MEDICAL SOLUTIONS
DIAGNOSTICS INC
DEPT 1102
P.O. BOX 121102
DALLAS, TX 75312-1102

SIEMENS MEDICAL SOLUTIONS
HEALTH SERVICES COR
100 BERWYN PK STS 100, 200 & 310
BERWYN, PA 19312

SIEMENS MEDICAL SOLUTIONS DIAGNOS
DBA DIAGNOSTIC PRODUCTS CORP
P.O. BOX 406729
ATLANTA, GA 30384-6729

SIEMENS MEDICAL SOLUTIONS DIAGNOS
FORMERLY BAYER DIAGNOSTICS
DEPT 1102
P.O. BOX 121102
DALLAS, TX 75312-1102

SIEMENS MEDICAL SOLUTIONS USA, INC
40 LIBERTY BLVD
MALVERN, PA 19355

SIEMENS MEDICAL SOLUTIONS USA, INC
DEPT LA 21536
PASADENA, CA 91185-1536

SIEMENS MEDICAL SYSTEMS
P.O. BOX 7777 W3580
PHILADELPHIA, PA 19175

SIEMENS MEDICAL SYSTEMS INC
51 VALLEY STREAMS PKWY
MALVERN, PA 19355

SIEMENS MEDICAL SYSTEMS INC
ATTN: DEPT 0733
P.O. BOX 120001
DALLAS, TX 75312-0733

SIEMENS MEDICAL SYSTEMS INC
P.O. BOX 75571
CHARLOTTE, NC 28275

SISCO, INC
3595 FISCAL COURT
WEST PALM BEACH, FL 33404

SMOKIN' BETTY'S
116 S 11TH ST
PHILADELPHIA, PA 19107

SOLID WASTE SERVICES INC
DBA J P MASCARO & SONS
ATTN: JOSEPH MASCARO
2650 AUDUBON RD
AUDUBON, PA 19403

SOLID WASTE SERVICES INC
DBA J P MASCARO & SONS
SOUDERTON DIVISION
P.O. BOX 7250
AUDUBON, PA 19407-7250

SORIN CRM USA INC
P.O. BOX 416905
BOSTON, MA 02241-6905

SORIN GROUP USA INC
P.O. BOX 416863
BOSTON, MA 02241-6863

SORIN GROUP USA INC/USE 720606
P.O. BOX 416863
BOSTON, MA 02241-6863

SORIN GROUP USA, INC
14401 W 65TH WAY
ARVADA, CO 80004

SORIN GROUP USA, INC
14401 WEST 65TH WAY
ARVADA, CO 80004

ST LUKES HEALTH NETWORK, INC
DBA ST LUKES UNIVERSITY HEALTH NETWORK
801 OSTRUM ST
BETHLEHEM, PA 19130

ST LUKES HOSPITAL
P.O. BOX 5329
BETHLEHAM, PA 18015

ULYANA KULISH
121 STOUT
HERCULES, CA 94547

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Page 8 of 9

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

Parties Served: 265