# EXHIBIT A



**Accreditation Council for Graduate Medical Education**

401 North Michigan Avenue
Suite 2000
Chicago, Illinois 60611

Phone 312.755.5000
Fax 312.755.7498
www.acgme.org

December 12, 2019

Mr. Joel Friedman
President
American Academic Health System
222 N. Sepulveda Blvd., Suite 900
El Segundo, CA 90245

Dear Mr. Friedman,

This letter is to inform you that Hahnemann University Hospital will be in violation of the ACGME Institutional Requirements if it does not provide ongoing medical malpractice insurance coverage for the residents and fellows beyond January 10, 2020.

The ACGME Institutional Requirements state that Hahnemann University Hospital must have malpractice insurance including any future claims for the residents and fellows as part of their employment contract.

> [ACGME Institutional Requirements](#)
> IV.E. Professional Liability Insurance (page 13)
>
> IV.E.1. The Sponsoring Institution must provide residents/fellows with professional liability coverage, including legal defense and protection against awards from claims reported or filed during participation in each of its ACGME-accredited programs, or after completion of the program(s) if the alleged acts or omissions of a resident/fellow are within the scope of the program(s). (Core)
>
> IV.E.2. The Sponsoring Institution must provide official documentation of the details of liability coverage upon request of the individual. (Core)

By not continuing to provide this coverage Hahnemann University Hospital is in direct violation of these requirements, and places the former residents and fellows in a position of severe financial risk and jeopardizes their medical licenses, which should not be allowed to occur. Insurance should be made available to protect the residents and fellows from this liability, and protect any patients that may have suffered a compensable injury during that period of time.

The ACGME also expects Hahnemann University Hospital to notify and provide official documentation with the details of the malpractice insurance liability coverage as the sponsoring institution and employer of these individuals through the entire period of time these programs and institution were accredited by the ACGME.

Sincerely,

Thomas J. Nasca, MD, MACP
President and CEO

cc:

Jessica K Altman, Insurance Commissioner, Pennsylvania Insurance Department, Commonwealth of Pennsylvania

Andrew Carter, President and CEO, Hospital and Healthsystem Association of Pennsylvania

Rachel Levine, MD, Secretary of Health for the Commonwealth of Pennsylvania

Theodore Otto, Executive Director, Bureau, Medical Care Availability and Reduction of Error (Mcare), Pennsylvania Insurance Department, Commonwealth of Pennsylvania

Linda J. Ramsey, Assistant General Counsel & VP of Insurance Portfolio, Philadelphia Academic Health System

Jeremy W. Ryan, Potter Anderson Corroon

Josh Shapiro, Pennsylvania Office of Attorney General