**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: February 7, 2020 at 4:00 p.m. (ET)** |
| | ) |

**REPORT BY EISNERAMPER LLP OF**
**COMPENSATION EARNED AND EXPENSES INCURRED FOR THE**
**PERIOD OF DECEMBER 1, 2019 THROUGH DECEMBER 15, 2019**

Exhibit A:  Summary of Compensation by Project Category
            Summary of Hours by Professional
            Summary Description of Services Provided
Exhibit B:  Itemized Expenses

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Sixth Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period December 1, 2019 through December 15, 2019[2] for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $184,500.00. EisnerAmper incurred $22,567.04, expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The fee and expenses structure approved per the Court Order dated August 2, 2019 [D.I. 338] reflects that EisnerAmper will bill the Debtors $92,250 on a weekly basis for fees incurred. Based on a normal five (5)-day work week, the period of December 1, 2019 through December 15, 2019, represents 5/5 of a week ($92,250.00).

36492931.1 01/28/2020

# **EXHIBIT A**

**Summary of Compensation by Project Category**
**Summary of Hours by Professional**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional**
**December 1, 2019 through December 15, 2019**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Ronald Dreskin, CPA | Partner | 80.0 | $ 650.00 | $ 52,000.00 |
| Allen D. Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 96.5 | 640.00 | 61,760.00 |
| Anthony Calascibetta, CPA/CFF, CTP | Partner | 3.1 | 570.00 | 1,767.00 |
| Dion Oglesby | Director | 125.5 | 540.00 | 67,770.00 |
| Jay Lindenberg, CPA, CFF, CIRA | Director | 8.9 | 540.00 | 4,806.00 |
| John Delalio, CPA | Director | 0.5 | 530.00 | 265.00 |
| Sheldon Orlov | Director | 0.5 | 520.00 | 260.00 |
| Steven Bisciello | Director | 25.0 | 460.00 | 11,500.00 |
| Tyler Tracewski, CPA | Manager | 1.5 | 420.00 | 630.00 |
| Hristos Georgiou | Manager | 1.0 | 400.00 | 400.00 |
| Andrew Still, CFE | Manager | 5.0 | 320.00 | 1,600.00 |
| Solomon Torres[3] | Manager | 461.0 | 320.00 | 147,520.00 |
| Amy Fitzgerald | Staff II | 39.2 | 295.00 | 11,564.00 |
| Robert Champion, Jr. | Staff II | 70.5 | 265.00 | 18,682.50 |
| Henry Vargas, CPA | Staff II | 23.4 | 255.00 | 5,967.00 |
| Brian Contreras | Staff I | 5.4 | 200.00 | 1,080.00 |
| **TOTAL HOURS AND FEES** | | | | 387,571.50 |
| **LESS: VOLUNTARY REDUCTION RELATING TO MIDMONTH CAP** | | | | (203,071.50) |
| **GRAND TOTAL** | | 947.0 | $ 194.83 | $184,500.00 |

* Rates change annually effective August 1st.

---

[3] 292.0 hours reflected are related to prior a period.

| Professionals | Sum of Hours |
|---|---:|
| **Allen Wilen** | **96.5** |
| Business Operation | 27.5 |
| Consulting | 69.0 |
| **Amy Fitzgerald** | **39.2** |
| Consulting | 39.2 |
| **Andrew Still** | **5.0** |
| Consulting | 5.0 |
| **Anthony Calascibetta** | **3.1** |
| Consulting | 3.1 |
| **Brian Contreras** | **5.4** |
| Business Operation | 5.4 |
| **Dion Oglesby** | **125.5** |
| Consulting | 125.5 |
| **Henry Vargas** | **23.4** |
| Consulting | 23.4 |
| **Hristos Georgiou** | **1.0** |
| Consulting | 1.0 |
| **John Delalio** | **0.5** |
| Consulting | 0.5 |
| **Marcel Jay Lindenberg** | **8.9** |
| Consulting | 8.9 |
| **Robert Champion Jr.** | **70.5** |
| Consulting | 70.5 |
| **Ronald Dreskin** | **80.0** |
| Consulting | 80.0 |
| **Sheldon Orlov** | **0.5** |
| Consulting | 0.5 |
| **Solomon Torres** | **461.0** |
| Consulting | 461.0 |
| **Steven Bisciello** | **25.0** |
| Consulting | 25.0 |
| **Tyler Tracewski** | **1.5** |
| Consulting | 1.5 |
| **Grand Total** | **947.0** |

| Project Category | Sum of Hours |
|---|---:|
| Business Operation | 32.9 |
| Consulting | 914.1 |
| **Grand Total** | **947.0** |

Exhibit A

**Services provided during the period from December 1, 2019 to December 15, 2019**

**Hospital Closure** - Worked with Debtor personnel related to the closure of Hahnemann University Hospital. Served as primary leadership in guiding daily operations, negotiations with governmental organizations, suppliers and financial entities.

**Internal Accounting and Operations** – Worked with Debtor personnel related to the continued operation and analysis of the hospital system. Served as primary accounting leadership in generating reports for various vendor and third-party requests and coordinating the creation and timely reporting of financial information.

**Chief Responsible Officers** – Providing Interim System and St. Christopher Chief Executive Officer, Chief Restructuring Officer, Interim Chief Operating Officer of St. Christopher, Interim Chief Financial Officer and other leadership to providing a strategic direction that includes the development and implementation of plans, policies, strategies and budgets.

**Cash Management / Vendor Relations** – Worked with Debtor personnel related to the continued operation and analysis of the hospital system. Served as primary accounting leadership in cash management, and the monitoring of daily and projected cash flow needs.

**Cure Amount Objections** – Coordinate timely response to legal team on objections to cure amounts through corroboration of information filed as support, to the debtors' records.

**Unsecured Creditors Committee** – facilitate timely responses for documents and information requested by the financial advisor to the UCC.

**Preparation of Monthly Operating Reports** – Assisted in the compilation of data and preparation of the monthly operating reports for the 14 Debtors.

**Billing and Information Technology Analysis** – Secured third party vendors for billing and IT needs. Continued ongoing communications/negotiations with Tenet. Coordinate the resolution of IT issues resulting from significant turnover.

**Union Negotiations and Discussions** – worked with the general counsel team for the hospital system in negotiations and discussions with PASNAP and 1199C union leaders in achieving the best possible outcomes for all parties involved.

**Pension Plan Issues** – Included a review and assessment of the withdrawal liability claim filed by 1199C including discussions with counsel regarding next steps and valuation issues. Directed the continuation of processing payments of current pension liabilities and obligations.

**Financing Related Activities** – Continuously monitor weekly DIP performance and coordination of Debtor employees in order to make appropriate adjustments. Finalized and successfully repaid in full the MidCap secured loan with closure of St. Christopher sale.

**Lease and Property related analyses** – Continued coordination with legal counsel to evaluate leases and property to keep/reject during bankruptcy process. Included the evaluation and analysis of approximately 200 inter-related leases.

Exhibit A

**Graduate Medical Education Closure** – Coordinated negotiations with CMS, ACMGE, Regulators, and City/State officials around the GME closure. Worked with residents and officials to confirm funding information and relevant steps required to ensure the continuation of their residencies at other institutions. Sought to ensure the best possible outcome for all involved.

**Process improvement and Physician Practice Assessment** – Continued evaluation and execution of revenue cycle initiatives and the denial recovery analysis. Managed the shutdown of HUH Physician Groups. Coordinated on-going dialogue and communications with Conifer.

**Drexel / AAA related issues** – Incorporated the analysis of Drexel AAA agreement as it relates to the liquidation of HUH and the impact of the contract on claims.

**Tenet and Conifer Issues** – Negotiated settlement with Tenet and Conifer.  On-going dialogue and communications with Tenet/Conifer and their legal
and financial advisors.

**Sale and Transition of St. Christopher's** – Negotiated the Asset Purchase Agreement and successfully closed the transaction to sell St. Christopher to the joint-venture of Tower Health and Drexel University. Provided pre-close transition related services to ensure closure of the transaction on schedule.

**St. Christopher Transition Services** - Providing Interim St. Christopher Chief Executive Officer, Interim Chief Operating Officer of St. Christopher, Interim Chief Financial Officer of St. Christopher and other leadership to providing a strategic direction that includes the development and implementation of plans, policies, strategies and budgets for the post-transaction joint-venture controlled hospital.

# EXHIBIT B

**Itemized Expenses**

| TransDate | Tkpr Name | Expense | Amount | Narrative |
|---|---|---|---|---|
| 11/03/2019 | Torres, Solomon | Mileage | $ 74.24 | Mileage |
| 11/09/2019 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 11/11/2019 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 11/15/2019 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 11/17/2019 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 11/23/2019 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 11/25/2019 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 11/28/2019 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 12/02/2019 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 12/09/2019 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 12/12/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Closing in PHL |
| 12/13/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Closing in PHL |
| | | **Mileage** | **793.44** | |
| 11/03/2019 | Torres, Solomon | Parking/Tolls | 33.95 | Parking/Tolls |
| 11/09/2019 | Torres, Solomon | Parking/Tolls | 74.90 | Parking/Tolls |
| 11/11/2019 | Torres, Solomon | Parking/Tolls | 33.95 | Parking/Tolls |
| 11/15/2019 | Torres, Solomon | Parking/Tolls | 7.00 | Parking/Tolls |
| 11/17/2019 | Torres, Solomon | Parking/Tolls | 33.95 | Parking/Tolls |
| 11/23/2019 | Torres, Solomon | Parking/Tolls | 33.95 | Parking/Tolls |
| 11/25/2019 | Torres, Solomon | Parking/Tolls | 33.95 | Parking/Tolls |
| 11/28/2019 | Torres, Solomon | Parking/Tolls | 33.95 | Parking/Tolls |
| 12/02/2019 | Torres, Solomon | Parking/Tolls | 33.95 | Parking/Tolls |
| 12/04/2019 | Wilen, Allen | Parking/Tolls | 21.00 | Parking/Tolls Client visit |
| 12/05/2019 | Torres, Solomon | Parking/Tolls | 20.00 | Parking/Tolls |
| 12/09/2019 | Torres, Solomon | Parking/Tolls | 33.95 | Parking/Tolls |
| 12/12/2019 | Wilen, Allen | Parking/Tolls | 20.00 | Parking/Tolls Closing |
| 12/13/2019 | Wilen, Allen | Parking/Tolls | 35.00 | Parking/Tolls Client |
| 12/13/2019 | Wilen, Allen | Parking/Tolls | 10.00 | Parking/Tolls Closing in PHL |
| | | **Parking/Tolls** | **459.50** | |
| 11/05/2019 | Torres, Solomon | Airline,RR,etc | 192.50 | Amtrak |
| 11/09/2019 | Torres, Solomon | Airline,RR,etc | 311.50 | Amtrak |
| 11/25/2019 | Torres, Solomon | Airline,RR,etc | 136.50 | Amtrak |
| 12/02/2019 | Bisciello, Steven | Airline,RR,etc | 202.00 | Airline,RR,etc TrIn to STC |
| 12/02/2019 | Bisciello, Steven | Airline,RR,etc | 202.00 | Airline,RR,etc Acela home from STC |
| 12/02/2019 | Champion Jr., Robert | Airline,RR,etc | 114.00 | Airline,RR,etc Train |
| 12/02/2019 | Torres, Solomon | Airline,RR,etc | 181.50 | Amtrak |
| 12/03/2019 | Champion Jr., Robert | Airline,RR,etc | 95.00 | Airline,RR,etc Train |
| 12/03/2019 | Bisciello, Steven | Airline,RR,etc | 198.00 | Airline,RR,etc Acela to STC |
| 12/03/2019 | Bisciello, Steven | Airline,RR,etc | 202.00 | Airline,RR,etc Acela home from STC |
| 12/05/2019 | Champion Jr., Robert | Airline,RR,etc | 198.00 | Airline,RR,etc Train |
| 12/05/2019 | Champion Jr., Robert | Airline,RR,etc | 156.00 | Airline,RR,etc Train |
| 12/07/2019 | Torres, Solomon | Airline,RR,etc | 161.50 | Amtrak |
| 12/10/2019 | Champion Jr., Robert | Airline,RR,etc | 198.00 | Airline,RR,etc Train |
| 12/13/2019 | Oglesby, Dion | Airline,RR,etc | 202.00 | Airline,RR,etc Dion Oglesby rail from client site in Philadelph |

| TransDate | Tkpr Name | Expense | Amount | Narrative |
|---|---|---|---|---|
| 12/14/2019 | Bisciello, Steven | Airline,RR,etc | 333.00 | Airline,RR,etc RT Train to STC |
|  |  | **Airline,RR,etc** | **3,083.50** |  |
| 11/03/2019 | Torres, Solomon | Hotel | 853.23 | Hotel |
| 11/15/2019 | Torres, Solomon | Hotel | 808.76 | Hotel |
| 11/23/2019 | Torres, Solomon | Hotel | 978.10 | Hotel |
| 11/28/2019 | Torres, Solomon | Hotel | 647.00 | Hotel |
| 12/02/2019 | Champion Jr., Robert | Hotel | 156.00 | Hotel |
| 12/02/2019 | Champion Jr., Robert | Hotel | 28.72 | Hotel |
| 12/03/2019 | Champion Jr., Robert | Hotel | 195.00 | Hotel |
| 12/03/2019 | Champion Jr., Robert | Hotel | 28.72 | Hotel |
| 12/07/2019 | Torres, Solomon | Hotel | 1,022.83 | Hotel |
| 12/09/2019 | Oglesby, Dion | Hotel | 60.71 | Hotel |
| 12/09/2019 | Oglesby, Dion | Hotel | 371.00 | Hotel |
| 12/10/2019 | Oglesby, Dion | Hotel | 60.71 | Hotel |
| 12/10/2019 | Oglesby, Dion | Hotel | 371.00 | Hotel |
| 12/10/2019 | Champion Jr., Robert | Hotel | 97.38 | Hotel |
| 12/10/2019 | Champion Jr., Robert | Hotel | 219.00 | Hotel |
| 12/11/2019 | Oglesby, Dion | Hotel | 46.32 | Hotel |
| 12/11/2019 | Oglesby, Dion | Hotel | 283.00 | Hotel |
| 12/11/2019 | Champion Jr., Robert | Hotel | 197.10 | Hotel |
| 12/12/2019 | Champion Jr., Robert | Hotel | 179.00 | Hotel |
| 12/14/2019 | Oglesby, Dion | Hotel | 66.94 | Hotel |
| 12/14/2019 | Oglesby, Dion | Hotel | 409.00 | Hotel |
| 12/15/2019 | Oglesby, Dion | Hotel | 30.94 | Hotel |
| 12/11/2019 | Dreskin, Ronald | Hotel | 102.64 | Hotel |
| 12/11/2019 | Dreskin, Ronald | Hotel | 7,105.00 | Hotel |
| 12/15/2019 | Oglesby, Dion | Hotel | 189.00 | Hotel |
|  |  | **Hotel** | **14,507.10** |  |
| 12/02/2019 | Bisciello, Steven | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town STC |
| 12/02/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 12/03/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 12/03/2019 | Bisciello, Steven | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town STC |
| 12/04/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 12/05/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 12/10/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 12/11/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per firm |
| 12/12/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 12/13/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
|  |  | **Per Diem Out of Town** | **600.00** |  |
| 11/07/2019 | Torres, Solomon | Local Fares | 31.83 | Local Fares |
| 11/11/2019 | Torres, Solomon | Local Fares | 52.85 | Local Fares |
| 11/12/2019 | Torres, Solomon | Local Fares | 43.50 | Local Fares |
| 11/13/2019 | Torres, Solomon | Local Fares | 51.71 | Local Fares |
| 11/14/2019 | Torres, Solomon | Local Fares | 31.20 | Local Fares |

| TransDate | Tkpr Name | Expense | Amount | Narrative |
|---|---|---|---|---|
| 11/18/2019 | Torres, Solomon | Local Fares | 52.02 | Local Fares |
| 11/19/2019 | Torres, Solomon | Local Fares | 32.74 | Local Fares |
| 11/20/2019 | Torres, Solomon | Local Fares | 31.18 | Local Fares |
| 11/21/2019 | Torres, Solomon | Local Fares | 48.45 | Local Fares |
| 11/22/2019 | Torres, Solomon | Local Fares | 52.74 | Local Fares |
| 11/24/2019 | Torres, Solomon | Local Fares | 21.06 | Local Fares |
| 11/25/2019 | Torres, Solomon | Local Fares | 39.24 | Local Fares |
| 11/26/2019 | Torres, Solomon | Local Fares | 43.60 | Local Fares |
| 11/27/2019 | Torres, Solomon | Local Fares | 43.32 | Local Fares |
| 11/28/2019 | Torres, Solomon | Local Fares | 43.60 | Local Fares |
| 12/02/2019 | Champion Jr., Robert | Local Fares | 21.74 | Local Fares Uber |
| 12/02/2019 | Champion Jr., Robert | Local Fares | 15.31 | Local Fares Uber |
| 12/02/2019 | Bisciello, Steven | Local Fares | 19.22 | Local Fares Uber to acela |
| 12/02/2019 | Bisciello, Steven | Local Fares | 21.36 | Local Fares Taxi home from Acela |
| 12/02/2019 | Bisciello, Steven | Local Fares | 21.09 | Local Fares Uber to STC |
| 12/02/2019 | Bisciello, Steven | Local Fares | 40.35 | Local Fares Uner to acela |
| 12/02/2019 | Torres, Solomon | Local Fares | 35.40 | Local Fares |
| 12/03/2019 | Bisciello, Steven | Local Fares | 21.31 | Local Fares Uber to acela |
| 12/03/2019 | Bisciello, Steven | Local Fares | 20.10 | Local Fares Uber to STC |
| 12/03/2019 | Bisciello, Steven | Local Fares | 19.52 | Local Fares Uber to aceka |
| 12/03/2019 | Bisciello, Steven | Local Fares | 25.55 | Local Fares Taxi home from acela |
| 12/03/2019 | Champion Jr., Robert | Local Fares | 17.66 | Local Fares Uber |
| 12/03/2019 | Champion Jr., Robert | Local Fares | 16.68 | Local Fares Uber |
| 12/04/2019 | Champion Jr., Robert | Local Fares | 17.77 | Local Fares Uber |
| 12/04/2019 | Champion Jr., Robert | Local Fares | 19.20 | Local Fares Uber |
| 12/04/2019 | Torres, Solomon | Local Fares | 32.50 | Local Fares |
| 12/05/2019 | Champion Jr., Robert | Local Fares | 20.65 | Local Fares Uber |
| 12/05/2019 | Champion Jr., Robert | Local Fares | 20.48 | Local Fares Uber |
| 12/05/2019 | Torres, Solomon | Local Fares | 51.27 | Local Fares |
| 12/06/2019 | Torres, Solomon | Local Fares | 56.02 | Local Fares |
| 12/08/2019 | Torres, Solomon | Local Fares | 21.06 | Local Fares |
| 12/09/2019 | Torres, Solomon | Local Fares | 54.44 | Local Fares |
| 12/10/2019 | Champion Jr., Robert | Local Fares | 21.44 | Local Fares Uber |
| 12/10/2019 | Champion Jr., Robert | Local Fares | 21.44 | Local Fares Uber |
| 12/10/2019 | Torres, Solomon | Local Fares | 77.96 | Local Fares |
| 12/11/2019 | Champion Jr., Robert | Local Fares | 20.65 | Local Fares Uber |
| 12/11/2019 | Champion Jr., Robert | Local Fares | 21.49 | Local Fares Uber |
| 12/11/2019 | Torres, Solomon | Local Fares | 70.31 | Local Fares |
| 12/12/2019 | Champion Jr., Robert | Local Fares | 20.32 | Local Fares Uber |
| 12/12/2019 | Champion Jr., Robert | Local Fares | 19.07 | Local Fares Uber |
| 12/12/2019 | Torres, Solomon | Local Fares | 39.18 | Local Fares |
| 12/13/2019 | Champion Jr., Robert | Local Fares | 19.36 | Local Fares Uber |
| 12/13/2019 | Torres, Solomon | Local Fares | 71.20 | Local Fares |
| 12/14/2019 | Torres, Solomon | Local Fares | 53.80 | Local Fares |
| 12/15/2019 | Torres, Solomon | Local Fares | 37.97 | Local Fares |
| | | **Local Fares** | **1,701.91** | |

| TransDate | Tkpr Name | Expense | Amount | Narrative |
|---|---|---|---|---|
| 12/01/2019 | Torres, Solomon | Technology | 305.15 | Computer Equipment |
|  |  | **Technology** | **360.15** |  |
| 11/05/2019 | Torres, Solomon | Meals | 36.02 | Meals |
| 11/06/2019 | Torres, Solomon | Meals | 37.44 | Meals |
| 11/08/2019 | Torres, Solomon | Meals | 21.84 | Meals |
| 11/12/2019 | Torres, Solomon | Meals | 43.20 | Meals |
| 11/13/2019 | Torres, Solomon | Meals | 191.88 | Meals |
| 11/18/2019 | Torres, Solomon | Meals | 70.06 | Meals |
| 11/19/2019 | Torres, Solomon | Meals | 26.76 | Meals |
| 11/20/2019 | Torres, Solomon | Meals | 25.83 | Meals |
| 11/21/2019 | Torres, Solomon | Meals | 99.36 | Meals |
| 11/22/2019 | Torres, Solomon | Meals | 35.31 | Meals |
| 11/25/2019 | Torres, Solomon | Meals | 8.85 | Meals |
| 11/26/2019 | Torres, Solomon | Meals | 40.53 | Meals |
| 11/27/2019 | Torres, Solomon | Meals | 31.54 | Meals |
| 12/03/2019 | Oglesby, Dion | Meals | 6.62 | Meals |
| 12/03/2019 | Wilen, Allen | Meals | 75.72 | Meals |
| 12/04/2019 | Oglesby, Dion | Meals | 5.48 | Meals |
| 12/04/2019 | Oglesby, Dion | Meals | 7.10 | Meals |
| 12/04/2019 | Torres, Solomon | Meals | 40.00 | Meals |
| 12/05/2019 | Oglesby, Dion | Meals | 6.73 | Meals |
| 12/05/2019 | Torres, Solomon | Meals | 91.68 | Meals |
| 12/06/2019 | Oglesby, Dion | Meals | 3.32 | Meals |
| 12/06/2019 | Torres, Solomon | Meals | 70.02 | Meals |
| 12/09/2019 | Oglesby, Dion | Meals | 3.22 | Meals |
| 12/10/2019 | Torres, Solomon | Meals | 55.00 | Dinner event |
| 12/10/2019 | Oglesby, Dion | Meals | 3.43 | Meals |
| 12/10/2019 | Oglesby, Dion | Meals | 9.08 | Meals |
| 12/10/2019 | Oglesby, Dion | Meals | 27.09 | Meals |
| 12/11/2019 | Oglesby, Dion | Meals | 3.33 | Meals |
| 12/13/2019 | Torres, Solomon | Meals | 40.00 | Meals |
|  |  | **Meals** | **1,116.44** |  |
|  |  | **Grand Total** | **$ 22,567.04** |  |