**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Case No. 19-11466 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JANUARY 31, 2020**
**AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE**
**HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[2]**

---

## THE COURT HAS CANCELLED THIS HEARING

---

**CONTINUED MATTERS:**

1.  Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements [D.I. 1134; filed: 12/11/19]

    Response Deadline:  December 17, 2019 at 12:00 p.m.  Extended to January 2, 2020 at 10:00 a.m. for the Debtors.

    Responses Received:

    A.  The Official Committee of Unsecured Creditors' (I) Omnibus Objection to Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements and (B) The Commonwealth of

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]  The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage, and (II) Reply to the Order for Rule to Show Cause Directed to Debtors [D.I. 1189; filed: 12/17/19]

B.    Debtors' Omnibus Objection and Response to (A) Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements, (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage and (C) Order for Rule to Show Cause Directed to Debtors [D.I. 1268; filed: 01/02/20]

Related Documents:  None to date

Status: This matter is continued to March 3, 2020 at 10:00 a.m.

2.    Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage [D.I. 1141; filed: 12/11/19]

Response Deadline:  December 17, 2019 at 12:00 p.m.  Extended to January 2, 2020 at 10:00 a.m. for the Debtors.

Responses Received:

A.    The Official Committee of Unsecured Creditors' (I) Omnibus Objection to Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements and (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage, and (II) Reply to the Order for Rule to Show Cause Directed to Debtors [D.I. 1189; filed: 12/17/19]

B.    Debtors' Omnibus Objection and Response to (A) Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements, (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage and (C) Order for Rule to Show Cause Directed to Debtors [D.I. 1268; filed: 01/02/20]

Reply:

C. The Commonwealth of Pennsylvania Department of Health's Reply in Support of Its Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage [D.I. 1368; filed: 01/28/20]

Related Documents:  None to date

Status: This matter is continued to March 3, 2020 at 10:00 a.m.

3. Order for Rule to Show Cause Directed to Debtors [D.I. 1169; signed and docketed: 12/16/19]

Responses Received:

A. The Official Committee of Unsecured Creditors' (I) Omnibus Objection to Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements and (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage, and (II) Reply to the Order for Rule to Show Cause Directed to Debtors [D.I. 1189; filed: 12/17/19]

B. Debtors' Omnibus Objection and Response to (A) Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements, (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage and (C) Order for Rule to Show Cause Directed to Debtors [D.I. 1268; filed: 01/02/20]

Status: This matter is continued to March 3, 2020 at 10:00 a.m.

Dated: January 29, 2020           **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*