<u>**Exhibit A**</u>

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) Re: Docket Nos. 1157, 1357 and 1360 |

**ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR THE LESSORS
TO DELIVER THE CURE STATEMENT TO THE DEBTORS AND BUYER
PURSUANT TO THE STC ASSUMPTION ORDER**

Upon consideration of the *Stipulation to Extend the Time for the Lessors to Deliver the Cure Statement to the Debtors and Buyer Pursuant to the STC Assumption Order* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**; and the Court having determined that the agreement set forth in the Stipulation is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

1.      The Stipulation is hereby approved in its entirety and entered as an order of the Court.

2.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

2

# **EXHIBIT 1**

## **Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 1157, 1357 and 1360** |

### STIPULATION TO EXTEND THE TIME FOR THE LESSORS TO DELIVER THE CURE STATEMENT TO THE DEBTORS AND BUYER PURSUANT TO THE STC <u>ASSUMPTION ORDER</u>

This stipulation (the "<u>Stipulation</u>") is entered into by Front Street Healthcare Properties, LLC ("<u>Front Street</u>") and Front Street Healthcare Properties II, LLC ("<u>Front Street II</u>" and together with Front Street, the "<u>Lessors</u>"), on the one hand, and STC OpCo, LLC (the "<u>Buyer</u>") and the above-captioned Debtors (the "<u>Debtors</u>"), on the other hand.  The Lessors, the Buyer, and the Debtors are referred to in this Stipulation as the "<u>Parties</u>," and each as a "<u>Party</u>."

**WHEREAS**, on December 13, 2019, the Court entered the *Order Authorizing Assumption and Assignment of Certain of the Debtors' Leases with Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC in Connection with the STC OpCo Sale and Granting Related Relief* [D.I. 1157] (the "<u>Assumption Order</u>");

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**WHEREAS**, Paragraph 10 of the Assumption Order directed the Lessors to deliver to the Debtors and the Buyer a statement setting forth Lessors' list of the Non-Performance Rent Cure Obligations (the "Cure Statement") on or before January 24, 2020;

**WHEREAS**, the Lessors requested and the Debtors and the Buyer agreed to extend the deadline for the Lessors to deliver their Cure Statement to January 31, 2020;

**WHEREAS**, the Court entered the *Order Approving Stipulation to Extend the Time for the Non-Debtor Lessors to Deliver the Cure Statement to the Debtors and Buyer Pursuant to the STC Assumption Order* [D.I. 1360];

**WHEREAS**, the Lessors have requested and the Debtors and the Buyer have agreed to further extend the deadline for the Lessors to deliver their Cure Statement.

**NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE THAT:**

1.      The deadline for the Lessors to deliver their Cure Statement to the Debtors and the Buyer is extended from January 31, 2020 to February 7, 2020.

2.      No other dates and deadlines set forth in the Assumption Order shall be modified or extended pursuant to this Stipulation.

3.      By agreeing to enter into this Stipulation, no Party shall be deemed to have waived any right or remedy afforded to it under the Bankruptcy Code or otherwise, except as provided in this Stipulation.

4.      This Stipulation contains the entire agreement by and between the Parties with respect to the subject matter hereof.

5.      The Court shall retain jurisdiction with respect to all matters arising from or related to the Stipulation or its enforcement.

2

Dated: January 30, 2020
      Wilmington, Delaware

| | |
|---|---|
| */s/ Monique B. DiSabatino* | */s/ Brendan J. Schlauch* |
| Mark Minuti (DE Bar No. 2659) | Mark D. Collins (No. 2981) |
| Monique B. DiSabatino (DE Bar No. 6027) | Michael J. Merchant (No. 3854) |
| SAUL EWING ARNSTEIN & LEHR LLP | Brendan J. Schlauch (No. 6115) |
| 1201 N. Market Street, Suite 2300 | RICHARDS, LAYTON & FINGER, P.A. |
| P.O. Box 1266 | One Rodney Square |
| Wilmington, DE 19899 | 920 North King Street |
| Tel:   (302) 421-6800 | Wilmington, Delaware 19801 |
| Fax:   (302) 421-5873 | Tel:   (302) 651-7700 |
| Email: mark.minuti@saul.com | Fax:   (302) 651-7701 |
|      monique.disabatino@saul.com | Email: collins@rlf.com |
| |      merchant@rlf.com |
| -and- |      schlauch@rlf.com |
| | |
| Jeffrey C. Hampton | -and- |
| Adam H. Isenberg | |
| SAUL EWING ARNSTEIN & LEHR LLP | Suzzanne Uhland |
| Centre Square West | Diana M. Perez |
| 1500 Market Street, 38th Floor | Amalia Sax-Bolder |
| Philadelphia, PA 19102 | O'MELVENY & MYERS LLP |
| Tel:   (215) 972-7777 | Times Square Tower |
| Fax:   (215) 972-7725 | 7 Times Square |
| Email: jeffrey.hampton@saul.com | New York, New York 10036 |
|      adam.isenberg@saul.com | Tel:   (212) 326-2000 |
| | Fax:   (212) 326-2061 |
| *Counsel for Debtors and Debtors in Possession* | Email: suhland@omm.com |
| |      dperez@omm.com |
| |      asax-bolder@omm.com |
| | |
| | *Attorneys for the Lessors* |

3

/s/ Chantelle D. McClamb
Tobey M. Daluz (No. 3939)
Chantelle D. McClamb (No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801
Tel:    (302) 252-4465
Fax:    (302) 252-4466
 Email: daluzt@ballardspahr.com
            mcclambc@ballardspahr.com

-and-

Vincent J. Marriott III (*admitted pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel:    (215) 665-8500
Fax:    (215) 864-8999
Email: marriott@ballardspahr.com

*Counsel for Drexel University and
Co-Counsel for STC OpCo, LLC*

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel:    (302) 425-3310
Fax:    (610) 371-7972
Email: jhh@stevenslee.com

-and-

Robert Lapowsky (*admitted pro hac vice*)
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Tel:    (215) 751-2866
Fax:    (610) 371-7958
Email: rl@stevenslee.com

*Counsel for Tower Health, Inc. and
Co-Counsel for STC OpCo, LLC*