IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on January 22, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Approving Seventeenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1349]**

Dated: January 28, 2020

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 28th day of January, 2020 by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br> MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

| | | |
|---|---|---|
| JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM |
| MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM |
| RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM |

| | | |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM |

Parties Served:  114

# **EXHIBIT B**

| | | |
|---|---|---|
| BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 |
| LEASING ASSOC OF BARRINGTON<br>220 N RIVER ST<br>EAST DUNDEE, IL 60118 | LEASING ASSOC OF BARRINGTON<br>DBA LABARRINGTON<br>220 N RIVER ST<br>EAST DUNDEE, IL 60118 | LEASING ASSOCIATES OF BARRINGTON, INC.<br>ATTN: CARL JANIK, VP OPERATIONS<br>220 N RIVER ST<br>EAST DUNDEE, IL 60118 |
| LOCKTON-DUNNING SERIES OF LOCKTON COMPANIES<br>2100 ROSS AVE, STE 1200<br>DALLAS, TX 75201 | LOCUMTENENS<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 | LOCUMTENENS.COM INC<br>P.O. BOX 405547<br>ATLANTA, GA 30384-5547 |
| LOCUMTENENS.COM, LLC<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 | LYONS ADVISORS LLC<br>1007 QUILL LN<br>ORELAND, PA 19075 | LYONS ADVISORS LLC<br>ATTN: JOSEPH LYONS, SOLE PRINCIPAL<br>1007 QUILL LANE<br>ORELAND, PA 19075 |
| LYONS-CHVALA NEPHROLOGY ASSOC<br>730 N BROAD ST, STE 101<br>WOODBURY, NJ 08096 | LYONS-CHVALA NEPHROLOGY ASSOC<br>RE: (TENANT)<br>730 N BROAD ST, STE 101<br>WOODBURY, NJ 08096 | MANHATTAN TELECOMMUNICATIONS CORPORATIC<br>DBA METROPOLITAN TELECOMMUNICATIONS<br>AKA METTEL<br>55 WATER ST, 32ND FL<br>NEW YORK, NY 10041 |
| MANHATTAN TELECOMMUNICATIONS CORPORATION<br>DBA METROPOLITAN TELECOMMUNICATIONS A/K/A M<br>55 WATER ST, 32ND FL<br>NEW YORK, NY 10041 | MAR COR PURIFICATION, INC.<br>14550 28TH AVE N<br>PLYMOUTH, MN 55447 | MAR COR PURIFICATION, INC.<br>16233 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| MAR COR PURIFICATION, INC.<br>16233 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | MAR COR SERVICES INC<br>P.O. BOX 27178<br>NEWARK, NJ 07101-0400 | MARCELINO A DE SANTO MD<br>ADDRESS REDACTED |
| MARCELINO DE SANTOS<br>ADDRESS REDACTED | MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MARY AGNEW, SNR VP/CNO<br>READING HOSP<br>420 S 5TH AVE<br>WEST READING, PA 19611 |
| MARY MALLON<br>ADDRESS REDACTED | MARY MALLON, M.D.<br>ADDRESS REDACTED | MARY MALLON, M.D.<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| MAUREEN FEE<br>ADDRESS REDACTED | MAUREEN FEE, M.D.<br>ADDRESS REDACTED | MAYFLOWER LAUNDRY & TEXTILE SER<br>1350 BRASS MILL RD<br>BELCAMP, MD 21017-1211 |
| MAYFLOWER LAUNDRY & TEXTILE SER<br>ATTN: TINA BRATCHER<br>1350 BRASS MILL RD<br>BELCAMP, MD 21017 | MAYFLOWER LAUNDRY AND TEXTILE SERVICES, LLC<br>1350 BRASS MILL RD<br>BELCAMP, MD 21017 | MAYFLOWER LAUNDRY AND TEXTILE SERVICES, LL<br>2601 W LEXINGTON ST<br>BALTIMORE, MD 21223 |
| MAYFLOWER LAUNDRY AND TEXTILE SERVICES, LLC<br>ATTN: CHARLES A. MCCAUELY, III, ESQ.<br>1801 MARKET ST.<br>STE 2300<br>PHILADELPHIA, PA 19103 | MAYFLOWER LAUNDRY AND TEXTILE SERVICES, LLC<br>C/O OFFIT KURMAN P.A.<br>ATTN: CHARLES A. MCCAULEY, III, ESQ.<br>1801 MARKET ST.<br>STE 2300<br>PHILADELPHIA, PA 19103 | MED ONE CAPITAL FUNDING, LLC<br>10712 SOUTH 1300 EAST<br>SANDY, UT 84094 |
| MED ONE CAPITAL FUNDING, LLC<br>ATTN: MARK STEVENS<br>10712 SOUTH 1300 E<br>SANDY, UT 84094 | MED ONE CAPITAL FUNDING, LLC<br>C/O RAY QUINNEY & NEBEKER P.C.<br>ATTN: DAVID H. LEIGH, ESQ.<br>36 SOUTH STATE ST, STE 1400<br>SALT LAKE CITY, UT 84111 | MED ONE CAPITAL FUNDING, LLC<br>DBA IPA ONE<br>10712 S 1300 E<br>EAST SANDY, UT 84094 |
| MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | MED ONE CAPITAL INC<br>DBA TRI ANIM FINANCIAL SVCS<br>P.O. BOX 271128<br>SALT LAKE CITY, UT 84127 | MED3000<br>9313 MEDICAL PLAZA DR, STE 203<br>CHARLESTON, SC 29406 |
| MED3000 CORP<br>P.O. BOX 1236<br>BUTLER, PA 16003-1236 | MED3000 INC<br>ATTN: CEO<br>FOSTER PLAZA 10<br>680 ANDERSEN DR<br>PITTSBURGH, PA 15220 | MED3000 INC<br>ATTN: CHIEF EXEC OFFICER<br>FOSTER PLAZA 10<br>680 ANDERSEN DR<br>PITTSBURGH, PA 15220 |
| MEDHUB, LLC<br>10 2ND ST NE, STE 300<br>MINNEAPOLIS, MN 55413 | MEDICAL DOCTOR ASSOC LLC<br>4775 PEACHTREE INDUSTRIAL BLVD 300<br>NORCROSS, GA 30092 | MEDICAL DOCTOR ASSOCIATES<br>4775 PEACHTREE INDUSTRIAL BLVD, STE 300<br>BERKELEY LAKE, GA 30092 |
| MEDICAL DOCTOR ASSOCIATES<br>ATTN: DEBRA RAMOS<br>P.O. BOX 277185<br>ATLANTA, GA 30384-7185 | MEDICAL DOCTOR ASSOCIATES, LLC<br>ACCOUNTS RECEIVABLE<br>145 TECHNOLOGY PKWY NW<br>NORCROSS, GA 30092 | MEDICAL DOCTOR ASSOCIATES, LLC<br>ATTN: ANNE ANDERSON, EXEC VP<br>4775 PEACHTREE INDUSTRIAL BLVD, STE 300<br>BERKELEY LAKE, GA 30092 |
| MEDICAL DOCTOR ASSOCIATES, LLC<br>ATTN: DEBRA RAMOS<br>5201 CONGRESS AVE, STE 100-B<br>BOCA RATON, FL 33487 | MEDICAL DOCTOR ASSOCIATES, LLC<br>P.O. BOX 277185<br>ATLANTA, GA 30384-7185 | MEDICAL GAS SOLUTIONS, INC.<br>20 MCDONALD BLVD, STE 2<br>ASTON, PA 19014 |
| MEDICAL GAS SOLUTIONS, INC.<br>ATTN: JOSEPH A. BARTH<br>20 MCDONALD BLVD, STE 2<br>ASTON, PA 19104 | MEDLINE INDUSTRIES HOLDINGS, L.P<br>ATTN: LEGAL DEPT<br>THREE LAKES DR<br>NORTHFIELD, IL 60093 | MEDLINE INDUSTRIES, INC.<br>ATTN: LEGAL DEPT<br>THREE LAKES DR<br>NORTHFIELD, IL 60093 |
| MEDLINE INDUSTRIES, INC.<br>ATTN: RON BARRETT<br>THREE LAKES DR<br>NORTHFIELD, IL 60093 | MEDLINE INDUSTRIES, INC.<br>DEPT 1080<br>P.O. BOX 121080<br>DALLAS, TX 75312-1080 | MEDLYTIX, LLC<br>ATTN: CEO<br>675 MANSELL RD, STE 100<br>ROSWELL, GA 30076 |

| | | |
|---|---|---|
| MEDTRONIC<br>12100 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | MEDTRONIC<br>PACING SYSTEMS DIVISION<br>P.O. BOX 751056<br>CHARLOTTE, NC 28275- | MEDTRONIC EMERGENCY RESPONSE SYST<br>DBA MEDTRONIC INC<br>12100 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 |
| MEDTRONIC INC<br>P.O. BOX 409201<br>ATLANTA, GA 30384 | MEDTRONIC INC<br>POWERED SURGICAL SOLUTIONS<br>P.O. BOX 848079<br>DALLAS, TX 75284-8079 | MEDTRONIC INC<br>POWERED SURGICAL SOLUTIONS<br>P.O. BOX 848086<br>DALLAS, TX 75284-8086 |
| MEDTRONIC USA, INC.<br>4642 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | MEDTRONIC USA, INC.<br>8200 CORAL SEA ST NE<br>MOUNDS VIEW, MN 55112 | MEDTRONIC USA, INC.<br>ATTN: BRIAN CASTELEIN CBA<br>4642 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 |
| MEDTRONIC USA, INC.<br>ATTN: CAPITAL REGIONAL CONTRACT ANALYST<br>826 COAL CREEK CIR<br>LOUISVILLE, CO 80027 | MINDRAY DS USA, INC<br>24312 NETWORK PL<br>CHICAGO, IL 60673-1243 | MINDRAY DS USA, INC<br>800 MACARTHUR BLVD<br>MAHWAH, NJ 07430 |
| MINDRAY DS USA, INC<br>DBA MINDRAY N AMERICA<br>24312 NETWORK PL<br>CHICAGO, IL 60673-1243 | MOIRA BROOKS<br>ADDRESS REDACTED | MONTEREY MEDICAL SOLUTIONS, INC<br>1130 FREMONT BLVD, STE 105-302<br>SEASIDE, CA 93955-5705 |
| MONTEREY MEDICAL SOLUTIONS, INC<br>ATTN: PRESIDENT<br>1130 FREMONT BLVD, STE 105-302<br>SEASIDE, CA 93955 | MONTEREY MEDICAL SOLUTIONS, INC<br>ATTN: WENDY J FARQUHAR<br>1130 FREMONT BLVD, STE 105-302<br>SEASIDE, CA 93955 | MSW ENTERPRISES INC.<br>78 N PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067 |
| MSW ENTERPRISES INC.<br>ATTN: THERAN MOSSHOLDER<br>78 N PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067 | MSW ENTERPRISES INC.<br>DBA NEWTOWN ANSWERING SVC<br>198 N PINE ST<br>LANGHORNE, PA 19047 | MSW ENTERPRISES INC.<br>DBA NEWTOWN ANSWERING SVC<br>78 N PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATUS MEDICAL INC<br>DEPT 33768<br>P.O. BOX 39000<br>SAN FRANCISCO, CA 94139 |
| NATUS MEDICAL INC<br>P.O. BOX 3604<br>CAROL STEAM, IL 60132-3604 | NATUS MEDICAL INCORPORATED<br>1183 QUARRY LN, STE A<br>PLEASANTON, CA 94566-4757 | NATUS MEDICAL INCORPORATED<br>ATTN: DOUGLAS BALOG<br>506 CLIFTON DR<br>WEST MELBOURNE, FL 32904 |
| NTHRIVE<br>ATTN: JEN DEYOUNG<br>200 N POINT CENTER E, STE 600<br>ALPHARETTA, GA 30022 | NTHRIVE<br>ATTN: MATT DARDENNE<br>200 N POINT CENTER E, STE 600<br>ALPHARETTA, GA 30022 | NTHRIVE INC<br>ATTN: KAY ENNIS<br>200 N POINT CENTER E, STE 600<br>ALPHARETTA, GA 30022 |
| NTHRIVE INC<br>P.O. BOX 733492<br>DALLAS, TX 75373-3492 | NTHRIVE REVENUE SYSTEMS, LLC<br>ATTN: LEGAL/CONTRACTING<br>200 N POINT CENTER E, STE 600<br>ALPHARETTA, GA 30022 | NTHRIVE, INC.<br>ATTN: LEGAL/CONTRACTING<br>200 N POINT CENTER E, STE 600<br>ALPHARETTA, GA 30022 |

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS<br>RE PAYMENT FOR CENTRAL CAROLINA<br>P.O. BOX 7247 6924<br>PHILADELPHIA, PA 19170-6924 | NUANCE COMMUNICATIONS, INC<br>1 WAYSIDE RD<br>BURLINGTON, MA 01803 | NUANCE COMMUNICATIONS, INC<br>HEALTHCARE DIVISION<br>P.O. BOX 2561<br>CAROL STREAM, IL 60132-2561 |
| NUANCE COMMUNICATIONS, INC<br>P.O. BOX 2561<br>CAROL STREAM, IL 60132-2561 | NUANCE COMMUNICATIONS, INC<br>P.O. BOX 7247 6924<br>PHILADELPHIA, PA 19170-6924 | OCCUPATIONAL HEALTH CENTERS<br>DBA CONCENTRA MEDICAL CTRS<br>OF THE SOUTHWEST PA<br>P.O. BOX 18277<br>BALTIMORE, MD 21227-0277 |
| OCCUPATIONAL HEALTH CENTERS<br>DBA CONCENTRA MEDICAL CTRS<br>OF THE SOUTHWEST PA<br>P.O. BOX 82549<br>HAPEVILLE, GA 30354 | OCCUPATIONAL HEALTH CENTERS<br>DBA CONCENTRA MEDICAL CTRS<br>OF THE SOUTHWEST PA<br>P.O. BOX 9005<br>ADDISON, TX 75001 | OCCUPATIONAL HEALTH CENTERS OF THE SOUTH<br>DBA CONCENTRA MEDICAL CENTERS<br>609 GLOBAL WAY, STE 102<br>LINTHICUM, MD 21090 |
| OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWE<br>DBA CONCENTRA MEDICAL CTRS<br>609 GLOBAL WAY, STE 102<br>LINTHICUM, MD 21090 | OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWE<br>DBA CONCENTRA MEDICAL CTRS<br>ATTN: CANDICE HENSON<br>5080 SPECTRUM DR, 1200W<br>ADDISON, TX 75001 | OCCUPATIONAL HEALTH CENTERS OF THE SOUTH<br>DBA CONCENTRA MEDICAL CTRS<br>ATTN: PRESIDENT<br>5080 SPECTRUM DR, STE 1200W<br>ADDISON, TX 75001 |
| OFFICE OF COUNSEL<br>ATTN: CHIEF COUNSEL<br>TEMPLE UNIVERSITY HEALTH SYSTEM, INC<br>ROOM 903 JONES GHALL (700-00)<br>1316 W ONTARIO ST<br>PHILADELPHIA, PA 19140-5290 | OFFICE OF COUNSEL<br>ATTN: CHIEF COUNSEL<br>TEMPLE UNIVERSITY HEALTH SYSTEM, INC<br>ROOM 903 JONES HALL (700-00)<br>1316 W ONTARIO ST<br>PHILADELPHIA, PA 19140-5290 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 |
| OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | OLYMPUS AMERICA<br>DBA OLYMPUS FINANCIAL SVCS<br>DEPT 3595<br>P.O. BOX 123595<br>DALLAS, TX 75312-3595 | OLYMPUS AMERICA INC<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034 |
| OLYMPUS AMERICA INC<br>ATTN: ERIC VAUTRIN<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034-0610 | OLYMPUS AMERICA INC<br>ATTN: JOE FLORCZAK<br>77 W. WACKER DR.<br>STE 4100<br>CHICAGO, IL 60601 | OLYMPUS AMERICA INC<br>ATTN: THOMAS CZARNECKI<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034 |
| OLYMPUS AMERICA INC<br>DBA OLYMPUS FINANCIAL SERVICES<br>P.O. BOX 200183<br>PITTSBURGH, PA 15251-0183 | OLYMPUS AMERICA INC<br>DEPT 0600<br>P.O. BOX 120600<br>DALLAS, TX 75312-0600 | OLYMPUS AMERICA INC<br>ENDOSCOPE DIVISION<br>P.O. BOX 200194<br>PITTSBURGH, PA 15251-0160 |
| OLYMPUS AMERICA INC<br>P.O. BOX 200160<br>PITTSBURGH, PA 15251-0160 | OLYMPUS AMERICA INC<br>P.O. BOX 200194<br>PITTSBURGH, PA 15251-0194 | OMNICELL, INC<br>590 E MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |
| OMNICELL, INC<br>P.O. BOX 204650<br>DALLAS, TX 75320-4650 | OPTUM360 LLC<br>P.O. BOX 88050<br>CHICAGO, IL 60680-1050 | OPTUM360 SOLUTIONS, LLC<br>ATTN: GENERAL COUNSEL<br>11000 OPTUM CIR<br>EDEN PRAIRIE, MN 55344 |
| OPTUM360/UHC<br>ATTN: CDM/ BANKRUPTCY<br>185 ASYLUM ST 03B<br>HARTFORD, CT 06103 | ORTHOPEDIATRICS U.S. DISTRIBUTION CORP.<br>2850 FRONTIER DR<br>WARSAW, IN 46582 | ORTHOPEDIATRICS U.S. DISTRIBUTION CORP.<br>ATTN: DANIEL GERRITZEN<br>2850 FRONTIER DR<br>WARSAW, IN 46582 |

| | | |
|---|---|---|
| PALADIN HEALTHCARE<br>222 N PACIFIC COAST HWY, STE 900<br>EL SEGUNDO, CA 90245 | PARKINGSOFT, LLC<br>5730 OAKBROOK PKWY, STE 140<br>NORCROSS, GA 30093 | PARKINGSOFT, LLC<br>ATTN: CEO<br>5730 OAKBROOK PKWY, STE 140<br>NORCROSS, GA 30093 |
| PENNONI ASSOCIATES<br>ATTN: JOSEPH RADAY, PE, CME<br>1900 MARKET ST, STE 300<br>PHILADELPHIA, PA 19103 | PENNONI ASSOCIATES<br>ATTN: ROSS STUART, PE, SE<br>1900 MARKET ST, STE 300<br>PHILADELPHIA, PA 19103 | PENNONI ASSOCIATES INC<br>P.O. BOX 827328<br>PHILADELPHIA, PA 19182-7328 |
| PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | PERIOPERATIVE SERVICES, LLC<br>111 CONTINENTAL DR, STE 412<br>NEWARK, DE 19713 |
| PERIOPERATIVE SERVICES, LLC<br>ATTN: LAWRENCE W BULLER, CEO<br>111 CONTINENTAL DR, STE 412<br>NEWARK, DE 19713 | PETER D PIZZUTILLO<br>ADDRESS REDACTED | PETER D. PIZZUTILLO, MD<br>ADDRESS REDACTED |
| PHARMACY ONESOURCE INC<br>62417 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693-0624 | PHARMACY ONESOURCE INC<br>ATTN: CONTRACT MANAGEMENT<br>525 JUNCTION RD, STE 5000<br>MADISON, WI 53717 | PHARMACY ONESOURCE INC<br>ATTN: WOLTERS KLUWER, CONTRACT MGT<br>800 WASHINGTON AVE N, STE 400<br>MINNEAPOLIS, MN 55401 |
| PHILADELPHIA BUSINESS JOURNAL<br>AMERICAN CITY BUSINESS JOURNALS<br>400 MARKET ST, STE 1200<br>PHILADELPHIA, PA 19106-2503 | PHILADELPHIA BUSINESS JOURNAL<br>ATTN: MICHAEL ZIRBSER<br>400 MARKET ST, STE 1200<br>PHILADELPHIA, PA 19106-2503 | PHILADELPHIA COLLEGE OF OSTEOPATH<br>ATTN: PETER DOULIS<br>P.O. BOX 824101<br>PHILADELPHIA, PA 19182-4101 |
| PHILADELPHIA COLLEGE OF OSTEOPATH<br>C/O PETER DOULIS/TREASURER<br>P.O. BOX 824101<br>PHILADELPHIA, PA 19182-4101 | PHILADELPHIA COLLEGE OF OSTEOPATH<br>DBA PCOM PRINTING SVCS<br>4190 CITY AVE STE, STE 101<br>PHILADELPHIA, PA 19131-1693 | PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICI<br>4170 CITY AVE, DEANS STE<br>PHILADELPHIA, PA 19131 |
| PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE<br>4190 CITY LINE AVE<br>PHILADELPHIA, PA 19131 | PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE<br>ATTN: JAY FELDSTEIN<br>4180 CITY AVE<br>PHILADELPHIA, PA 19131 | PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICI<br>P.O. BOX 824101<br>PHILADELPHIA, PA 19182-4101 |
| PHILADELPHIA UNIVERSITY<br>SCHOOL OF SCIENCE AND HEALTH<br>SCHOOLHOUSE LN AND HENRY AVE<br>PHILADELPHIA, PA 19144-5497 | PHILADELPHIA UNIVERSITY<br>SCHOOLHOUSE LN AND HENRY AVE<br>PHILADELPHIA, PA 19144-5497 | PHILIP STEIN<br>ADDRESS REDACTED |
| PHILIP STEIN, M.D.<br>200 W WASHINGTON SQ, APT 1601<br>PHILADELPHIA, PA 19106 | PHYSICIAN AND TACTICAL HEALTHCARE SERVICES LL<br>ATTN: ANTHONY J. MACKIEWICZ<br>9 EXEC CAMPUS<br>CHERRY HILL, NJ 08102 | PRECISION SPRINKLER SERVICES, INC<br>200 PINE ST<br>HOLMES, PA 19043 |
| PRECISION SPRINKLER SVCS INC<br>3812 W 9TH ST<br>TRAINER, PA 19061 | PRECISIONS SPRINKLER SERVICES INC.<br>ATTN: FRANCIS CONNELLY<br>3812 W 9TH ST<br>TRAINER, PA 19061 | PREMIER HEALTHCARE SOLUTIONS<br>5882 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |

| | | |
|---|---|---|
| PREMIER HEALTHCARE SOLUTIONS<br>ATTN: KELLEY MASKERI<br>5882 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | PRIORITY EXPRESS COURIER, INC<br>5 CHELSEA PKWY<br>BOOTHWYN, PA 19061 | PROSERV REMOVAL INCORP<br>1-800 GOT JUNK<br>668 STONY HILL RD, STE 154<br>YARDLEY, PA 19067 |
| PROSERV REMOVAL INCORP<br>668 STONY HILL RD, STE 154<br>YARDLEY, PA 19067 | PROSERV REMOVAL, INC<br>ATTN: ERIC BLUM<br>668 STONY HILL RD, STE 154<br>YARDLEY, PA 19067 | PROSERV REMOVAL, INC<br>DBA 1-800-GOT-JUNK<br>668 STONY HILL RD, STE 154<br>YARDLEY, PA 19067 |
| PUPPET KITCHEN INTERNATIONAL, INC.<br>12 DONGAN PL, STE 408<br>NEW YORK, NY 10040 | PUPPET KITCHEN INTERNATIONAL, INC.<br>ATTN: ERIC WRIGHT<br>12 DONGAN PL, STE 408<br>NEW YORK, NY 10040 | QUANTROS, INC.<br>ATTN: GENERAL COUNSEL<br>220 N MAIN ST, STE 300<br>GREENVILLE, SC 29601 |
| QUANTROS, INC.<br>P.O. BOX 206497<br>DALLAS, TX 75320-6497 | QUEST DIAGNOSTIC CLINICAL LABORATORIES INC.<br>900 BUSINESS CENTER DR<br>HORSHAM, PA 19044 | QUEST DIAGNOSTIC CLINICAL LABORATORIES INC.<br>ATTN: LEGAL DEPT<br>500 PLAZA DR<br>SECAUCUS, NJ 07094 |
| QUEST DIAGNOSTIC INC<br>C/O NICHOLS INSTITUTE<br>3924 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | QUEST DIAGNOSTICS<br>1001 ADAMS AVE<br>NORRISTOWN, PA 19403 | QUEST DIAGNOSTICS<br>900 BUSINESS CENTER DR<br>HORSHAM, PA 19044 |
| QUEST DIAGNOSTICS<br>900 BUSINESS CTR DR<br>HORSHAM, PA 19044 | QUEST DIAGNOSTICS<br>CLIENT NUMBER 60059511<br>P.O. BOX 740709<br>ATLANTA, GA 30374-0709 | QUEST DIAGNOSTICS<br>P.O. BOX 41652<br>PHILADELPHIA, PA 19101-1652 |
| QUEST DIAGNOSTICS<br>P.O. BOX 5001<br>COLLEGEVILLE, PA 19426 | QUEST DIAGNOSTICS<br>P.O. BOX 530440<br>ATLANTA, GA 30353-0440 | QUEST DIAGNOSTICS<br>P.O. BOX 740709<br>ATLANTA, GA 30374-0709 |
| QUEST DIAGNOSTICS<br>P.O. BOX 740777<br>CINCINNATI, OH 45274-0777 | QUEST DIAGNOSTICS<br>P.O. BOX 828669<br>PHILADELPHIA, PA 19182-8669 | QUEST DIAGNOSTICS, INC.<br>3 GIRALDA FARMS<br>MADISON, NJ 07940-1027 |
| QUEST DIAGNOSTICS, INC.<br>ATTN: BILLING DEPARTMENT<br>14225 NEWBROOK DR<br>CHANTILLY, VA 20151 | RALPH J. RIVIELLO, M.D.<br>ADDRESS REDACTED | RAPHAEL J. YOO, M.D.<br>ADDRESS REDACTED |
| RAPHAEL YOO<br>ADDRESS REDACTED | RAPHAEL YOO MD<br>ADDRESS REDACTED | READING HOSPITAL<br>420 S 5TH AVE<br>WEST READING, PA 19611 |
| READING HOSPITAL AND MEDICAL CENTER<br>ATTN: MARY AGNEW, SVP/CNO<br>420 S 5TH AVE<br>WEST READING, PA 19611 | READING HOSPITAL AND MEDICAL CENTER<br>SIXTH AVE AND SPRUCE ST<br>READING, PA 19611 | RESPIRATORY ASSOCIATES<br>ATTN: ROBERT PROMISLOFF, MD<br>1001 CITY LINE AVE, STE WB 113<br>WYNNEWOOD, PA 19096 |

| | | |
|---|---|---|
| RESPIRATORY ASSOCIATES, LTD<br>1001 CITY AVE<br>WYNNEWOOD, PA 19096-3902 | RESPIRATORY ASSOCIATES, LTD<br>1001 CITY LINE AVE WB 113<br>WYNNEWOOD, PA 19096 | RESPIRATORY ASSOCIATES, LTD<br>ATTN: ROBERT PROMISLOFF, MD<br>1001 CITY LINE AVE, STE WB 113<br>WYNNEWOOD, PA 19096 |
| RESPIRATORY ASSOCIATES, LTD<br>RE: (TENANT)<br>1001 CITY AVE<br>WYNNEWOOD, PA 19096-3902 | REUTER & HANNEY, INC.<br>149 RAILROAD DR<br>IVYLAND, PA 18974 | REUTER & HANNEY, INC.<br>C/O QUALUS POWER SERVICES<br>4040 REV DRIVE<br>CINCINNATI, OH 45232 |
| REUTER & HANNEY, INC.<br>C/O QUARLES & BRADY LLP<br>ATTN: LAUREN N. BESLOW<br>300 N. LASALLE ST, STE 4000<br>CHICAGO, IL 60654 | REUTER HANNEY INC<br>149 RAILROAD DR<br>IVYLAND, PA 18974 | RICOH AMERICAS CORP<br>21146 NETWORK PL<br>CHICAGO, IL 60673-1211 |
| RICOH AMERICAS CORP<br>P.O. BOX 41602<br>PHILADELPHIA, PA 19101-1602 | RICOH AMERICAS CORP<br>P.O. BOX 6434<br>CAROL STREAM, IL 60197-6434 | RICOH AMERICAS CORP<br>P.O. BOX 660342<br>DALLAS, TX 75266-0342 |
| RICOH AMERICAS CORP<br>P.O. BOX 905269<br>CHARLOTTE, NC 28290-5269 | RICOH BUSINESS SYSTEMS INC<br>P.O. BOX 35129<br>NEWARK, NJ 07193-5129 | RICOH CORP<br>DBA RICOH BUSINESS SYSTEMS<br>P.O. BOX 73683<br>CHICAGO, IL 60673-7683 |
| RICOH CORP<br>P.O. BOX 13750<br>NEWARK, NJ 07188-0750 | RICOH CORP<br>P.O. BOX 13852<br>NEWARK, NJ 07188-0852 | RICOH CORPORATION<br>21146 NETWORK PL<br>CHICAGO, IL 60673-1211 |
| RICOH USA, INC<br>1700 MARKET ST 2805<br>PHILADELPHIA, PA 19103 | RICOH USA, INC<br>70 VALLEY STREAM PKWY<br>MALVERN, PA 19355 | RICOH USA, INC<br>DBA RICOH MANAGEMENT SERVICES<br>P.O. BOX 534777<br>ATLANTA, GA 30353-4777 |
| RICOH USA, INC<br>P.O. BOX 827577<br>PHILADELPHIA, PA 19182-7577 | RISA EICHINGER<br>ADDRESS REDACTED | RISA EICHINGER<br>ADDRESS REDACTED |
| SAI GLOBAL COMPLIANCE, INC.<br>ATTN: GENERAL COUNSEL<br>480 PLEASANT ST STE C210<br>WATERTOWN, MA 02472-2596 | SAI GLOBAL COMPLIANCE, INC.<br>FORREST RD OFFICE CTR<br>309 WAVERLY OAKS RD, STE 204<br>WALTHAM, MA 02452 | SAINT LUKE'S UNIVERSITY HEALTH NETWORK<br>ATTN: TOM LICHTENWALNER<br>801 OSTRUM ST<br>BETHLEHEM, PA 18105 |
| SARAH LONG<br>ADDRESS REDACTED | SARAH LONG, M.D.<br>ADDRESS REDACTED | SCHC PEDIATRIC ASSOC LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| SCHC PEDIATRIC ASSOC LLC<br>RE: (SUBLESSEE)<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 | SCHC PEDIATRIC ASSOCIATES, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 | SCHC PEDIATRIC ASSOCIATES, LLC<br>ATTN: BERNADETTE MANGAN, VP<br>ERIE AVE AND FRONT ST<br>PHILADELPHIA, PA 19134 |

| | | |
|---|---|---|
| SCHC PEDIATRIC ASSOCIATES, LLC<br>ATTN: CEO<br>160 EAST ERIE AVE<br>PHILADELPHIA, PA 19134 | SCHC PEDIATRIC ASSOCIATES, LLC<br>ATTN: MARTIN HERMAN, MD<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19107 | SCHC PEDIATRIC ASSOCIATES, LLC<br>ATTN: MICHELE SZKOLNICKI, CEO<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| SCHC PEDIATRIC ASSOCIATES, LLC<br>ERIE AVE AND FRONT ST<br>PHILADELPHIA, PA 19134 | SCHC PEDIATRIC ASSOCIATES, LLC<br>SCPA RADIOLOGY<br>P.O. BOX 828699<br>PHILADELPHIA, PA 19182-8699 | SCRIBE AMERICA LLC<br>1200 E LAS OLAS BLVD, STE 201<br>FORT LAUDERDALE, FL 33301 |
| SCRIBE AMERICA LLC<br>P.O. BOX 417756<br>BOSTON, MA 02241-7756 | SCRIBE CARE, INC.<br>10502 HICKORY GLEN DR.<br>COLUMBIA, MD 21044 | SCRIBE CARE, INC.<br>ATTN: RAZA SHIRAZIE<br>10502 HICKORY GLEN DR<br>COLUMBIA, MD 21044 |
| SCRIBEAMERICA, LLC<br>ATTN: MICHAEL MURPHY, MD, CEO<br>1200 E LAS OLAS BLVD, STE 201<br>FORT LAUDERDALE, FL 33301 | SHERMAN ENGINEERING CO<br>1830 COUNTY LINE RD, UNIT 303<br>HUNTINGDON VALLEY, PA 19006 | SHERMAN ENGINEERING CO<br>ATTN: PRESIDENT<br>1830 COUNTY LINE RD, UNIT 303<br>HUNTINGTON VALLEY, PA 19006 |
| SIEMENS HEALTHCARE DIAGNOSTICS<br>P.O. BOX 121102<br>DALLAS, TX 75312-1102 | SIEMENS HEALTHCARE DIAGNOSTICS, INC<br>115 NORWOOD PARK S<br>NORWOOD, MA 02062 | SIEMENS INDUSTRY, INC<br>1450 UNION MEETING RD<br>BLUE BELL, PA 19422 |
| SIEMENS INDUSTRY, INC<br>2000 CRAWFORD PL, STE 300<br>MT LAUREL, NJ 08054 | SIEMENS INDUSTRY, INC<br>C/O CITIBANK<br>BUILDING TECHNOLOGIES<br>P.O. BOX 2134<br>CAROL STREAM, IL 60132-2134 | SIEMENS INDUSTRY, INC<br>C/O CITIBANK<br>P.O. BOX 2134<br>CAROL STREAM, IL 60132-2134 |
| SIEMENS INDUSTRY, INC<br>P.O. BOX 360766<br>PITTSBURGH, PA 15250-6766 | SIEMENS MEDICAL SOLUTIONS<br>DIAGNOSTICS INC<br>DEPT 1102<br>P.O. BOX 121102<br>DALLAS, TX 75312-1102 | SIEMENS MEDICAL SOLUTIONS<br>HEALTH SERVICES COR<br>100 BERWYN PK STS 100, 200 & 310<br>BERWYN, PA 19312 |
| SIEMENS MEDICAL SOLUTIONS DIAGNOS<br>DBA DIAGNOSTIC PRODUCTS CORP<br>P.O. BOX 406729<br>ATLANTA, GA 30384-6729 | SIEMENS MEDICAL SOLUTIONS DIAGNOS<br>FORMERLY BAYER DIAGNOSTICS<br>DEPT 1102<br>P.O. BOX 121102<br>DALLAS, TX 75312-1102 | SIEMENS MEDICAL SOLUTIONS USA, INC<br>40 LIBERTY BLVD<br>MALVERN, PA 19355 |
| SIEMENS MEDICAL SOLUTIONS USA, INC<br>DEPT LA 21536<br>PASADENA, CA 91185-1536 | SIEMENS MEDICAL SYSTEMS<br>P.O. BOX 7777 W3580<br>PHILADELPHIA, PA 19175 | SIEMENS MEDICAL SYSTEMS INC<br>51 VALLEY STREAMS PKWY<br>MALVERN, PA 19355 |
| SIEMENS MEDICAL SYSTEMS INC<br>ATTN: DEPT 0733<br>P.O. BOX 120001<br>DALLAS, TX 75312-0733 | SIEMENS MEDICAL SYSTEMS INC<br>P.O. BOX 75571<br>CHARLOTTE, NC 28275 | SISCO, INC<br>3595 FISCAL COURT<br>WEST PALM BEACH, FL 33404 |
| SMOKIN' BETTY'S<br>116 S 11TH ST<br>PHILADELPHIA, PA 19107 | SOLID WASTE SERVICES INC<br>DBA J P MASCARO & SONS<br>ATTN: JOSEPH MASCARO<br>2650 AUDUBON RD<br>AUDUBON, PA 19403 | SOLID WASTE SERVICES INC<br>DBA J P MASCARO & SONS<br>SOUDERTON DIVISION<br>P.O. BOX 7250<br>AUDUBON, PA 19407-7250 |

| | | |
|---|---|---|
| SORIN CRM USA INC<br>P.O. BOX 416905<br>BOSTON, MA 02241-6905 | SORIN GROUP USA INC<br>P.O. BOX 416863<br>BOSTON, MA 02241-6863 | SORIN GROUP USA INC/USE 720606<br>P.O. BOX 416863<br>BOSTON, MA 02241-6863 |
| SORIN GROUP USA, INC<br>14401 W 65TH WAY<br>ARVADA, CO 80004 | SORIN GROUP USA, INC<br>14401 WEST 65TH WAY<br>ARVADA, CO 80004 | ST LUKES HEALTH NETWORK, INC<br>DBA ST LUKES UNIVERSITY HEALTH NETWORK<br>801 OSTRUM ST<br>BETHLEHEM, PA 19130 |
| ST LUKES HOSPITAL<br>P.O. BOX 5329<br>BETHLEHAM, PA 18015 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 | UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | | |

Parties Served: 274