## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
|  | ) |
| Debtors. | ) |
|  | ) |

### CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE

I, Mark Minuti, counsel to the above-captioned debtors (collectively, the "**Debtors**"), hereby certify, as follows:

1.      Counsel to the Debtors received an omnibus hearing date from Judge Gross' courtroom deputy.

2.      Enclosed herewith is a proposed Order that states with specificity the time and date of the omnibus hearing presently scheduled, subject to Court approval.

3.      The Debtors respectfully request that the Court enter the Order Scheduling Omnibus Hearing Date.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

36516408.1 02/03/2020

-2-

Dated: February 3, 2020                     **SAUL EWING ARNSTEIN & LEHR LLP**

                              By:     */s/ Mark Minuti*
                                      Mark Minuti (DE Bar No. 2659)
                                      Monique B. DiSabatino (DE Bar No. 6027)
                                      1201 N. Market Street, Suite 2300
                                      P.O. Box 1266
                                      Wilmington, DE  19899
                                      Telephone: (302) 421-6800
                                      Fax: (302) 421-5873
                                      mark.minuti@saul.com
                                      monique.disabatino@saul.com

                                              -and-

                                      Jeffrey C. Hampton
                                      Adam H. Isenberg
                                      Aaron S. Applebaum (DE Bar No. 5587)
                                      Centre Square West
                                      1500 Market Street, 38th Floor
                                      Philadelphia, PA 19102
                                      Telephone: (215) 972-7700
                                      Fax: (215) 972-7725
                                      jeffrey.hampton@saul.com
                                      adam.isenberg@saul.com
                                      aaron.applebaum@saul.com

                                      *Counsel for Debtors and Debtors in Possession*