# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 1137 and 1328** |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER APPROVING SEVENTH OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On December 11, 2019, the *Seventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases* (the "**Motion**") [Docket No. 1137] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 1137-2], objections to the Motion were to be filed by December 26, 2019 at 4:00 p.m. (prevailing Eastern Standard Time) (the "**Objection Deadline**"). The Debtors agreed to extend the Objection Deadline for Dr. Achintya Moulick ("**Dr. Moulick**") until January 16, 2020 at 4:00 p.m. (ET).

3. On January 16, 2020, Dr. Moulick filed the *Achintya Moulick, MD's Response to Debtors' Seventh Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

36510694.1 2/3/20

*Executory Contracts and Unexpired Leases* ("**Dr. Moulick's Response**"). The Objection Deadline has passed and no other objections or responses were served upon the undersigned counsel or appear on the Court's docket in these cases.

4. The Debtors have resolved all pending matters with Dr. Moulick, including with respect to the Motion and Dr. Moulick's Response, pending documentation and presentation of the settlement. The proposed rejection of Dr. Moulick's employment contract, among other things, will be addressed in the settlement.

5. Attached hereto as **Exhibit "A"** is a revised proposed order that removes the contract with Dr. Moulick from the list of rejected contracts and leases (the "**Revised Order**"). Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

6. The Debtors have confirmed that Dr. Moulick consents to entry of the Revised Order.

7. The Debtors respectfully request that the Court sign the Revised Order and direct that it be docketed.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: February 3, 2020 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*