**EXHIBIT B**

**Redline Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Jointly Administered |
| Debtors. | ) Re: Docket No. —1137 |

**ORDER APPROVING SEVENTH OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Seventh Omnibus Rejection Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of the date specified on **Exhibit 1** for each such Contract; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

-2-

and the Court having reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the date specified on **Exhibit 1**, to the extent such Contracts are executory contracts or unexpired leases.

3. This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4. To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5. The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6. Nothing herein shall affect the Debtors' proposed rejection, as set forth in the Motion, of the Physician Employment Contract with Dr. Achintya Moulick, and all rights of the parties with respect thereto are expressly reserved.  Absent consensual resolution thereof, the Debtors may schedule a hearing on the Motion with respect to such proposed rejection upon at least fourteen (14) days' notice to counsel for Dr. Moulick.

7. ~~6.~~ This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

~~36272172.4~~ 36272172.5 01/31/2020

# Exhibit 1

## Rejected Contracts

| No. | Non-Debtor Counterparty | Agreement Title/Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|
| 1 | American College of Radiology | NRDR Agreement – participation in national radiology data registry | Center City Healthcare, LLC | December 11, 2019 |
| 2 | American College of Surgeons | Hospital Participation Agreement – national surgical quality improvement program | Center City Healthcare, LLC | December 11, 2019 |
| 3 | Elekta Inc. | Purchase and License Agreement – software license for oncology data management system and maintenance | Center City Healthcare, LLC | December 11, 2019 |
| 4 | Front Street Healthcare Properties II, LLC | Warehouse Lease 3843-3863 D Street, Philadelphia | St. Christopher's Healthcare, LLC | December 15, 2019 |
| 5 | Garda CL Atlantic, Inc. f/k/a AT Systems Atlantic, Inc. | Armored Car Service Agreement | St. Christopher's Hospital | December 15, 2019 |
| 6 | GeBBS Healthcare Solutions, Inc. | Master Services Agreement for Healthcare Business Services | Philadelphia Academic Health System, LLC | December 15, 2019 |
| 7 | Hospital Adventist Valle de Angeles | Agreement for Patient Transfer & Financial Responsibility for Post-Acute Care Services | Center City Healthcare, LLC | December 11, 2019 |
| 8 | Immucor, Inc. | Master Agreement – Rental of Echo Lumena devices and related maintenance services | Center City Healthcare, LLC | December 11, 2019 |
| ~~9~~ | ~~Moulick, Achintya~~ | ~~Physician Employment Agreement~~ | ~~SCHC Pediatric Associates, L.L.C.~~ | ~~December 15, 2019~~ |
| ~~10~~9 | PAHH Erie Street Garage, LLC | Master Lease for Erie Street Garage | St. Christopher's Healthcare, LLC | December 15, 2019 |
| ~~11~~10 | Pharmacy OneSource, Inc. (Wolters Kluwer) | StaffReady software agreement | Hahnemann University Hospital | December 11, 2019 |
| ~~12~~11 | Radiology Solutions, LLC | Maintenance services for radiology equipment | Center City Healthcare, LLC | December 11, 2019 |
| ~~13~~12 | SourceHOV Healthcare, Inc. | Master Services Agreement – outsourced coding and consulting services | Center City Healthcare, LLC | December 11, 2019 |
| ~~14~~13 | Sunquest Information Systems, Inc. | Software Maintenance Agreement | Hahnemann University Hospital | December 11, 2019 |
| ~~15~~14 | The American National Red Cross, Penn Jersey Region | Therapeutic Apheresis Agreement | Center City Healthcare, LLC | December 11, 2019 |