## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | |
|---|---|
| In re | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*[1] | Case No. 19-11466 (KG) (Jointly Administered) |
| Debtors. | |

------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Lowenstein Sandler LLP hereby substitutes for Arent Fox LLP, as counsel for Medline Industries Holdings, L.P. in any matters pertaining to the above-captioned chapter 11 cases (the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that copies of all notices and pleadings given or filed in the Chapter 11 Cases are to be given and served upon the undersigned at the following address and telephone/facsimile numbers:

Robert M. Hirsh
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 419-5837
rhirsh@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

{00027524. }

telephone, telegraph, telex, or otherwise filed or made with regard to the above-referenced matter and all proceedings therein.

Dated: February 3, 2020
      Wilmington, Delaware

| **THE ROSNER LAW GROUP LLC** | **ARENT FOX LLP** |
|---|---|
| By: */s/ Jason A. Gibson*<br>Frederick B. Rosner (DE 3995)<br>Scott J. Leonhardt (DE 4885)<br>Jason A. Gibson (DE 6091)<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Tel.: (302) 777-1111<br>Email: rosner@teamrosner.com<br>       leonhardt@teamrosner.com<br>       gibson@teamrosner.com<br><br>and<br><br>**LOWENSTEIN SANDLER LLP**<br>Robert M. Hirsh<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 419-5837<br>Email: rhirsh@lowenstein.com<br><br>*Counsel for Medline Industries Holdings, L.P* | By: */s/ Beth M. Brownstein*<br>Beth M. Brownstein<br>Arent Fox LLP<br>1301 Avenue of the Americas<br>Floor 42<br>New York, New York 10019<br>Telephone: (212) 484-3900<br>Facsimile:  (212) 484-3990<br>Email: beth.brownstein@arentfox.com<br><br>*Withdrawing Counsel for Medline Industries Holdings, L.P* |