# Exhibit 1

# Rejected Contracts

| No. | Non-Debtor Counterparty | Agreement Title/Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|
| 1 | American College of Radiology | NRDR Agreement – participation in national radiology data registry | Center City Healthcare, LLC | December 11, 2019 |
| 2 | American College of Surgeons | Hospital Participation Agreement – national surgical quality improvement program | Center City Healthcare, LLC | December 11, 2019 |
| 3 | Elekta Inc. | Purchase and License Agreement – software license for oncology data management system and maintenance | Center City Healthcare, LLC | December 11, 2019 |
| 4 | Front Street Healthcare Properties II, LLC | Warehouse Lease 3843-3863 D Street, Philadelphia | St. Christopher's Healthcare, LLC | December 15, 2019 |
| 5 | Garda CL Atlantic, Inc. f/k/a AT Systems Atlantic, Inc. | Armored Car Service Agreement | St. Christopher's Hospital | December 15, 2019 |
| 6 | GeBBS Healthcare Solutions, Inc. | Master Services Agreement for Healthcare Business Services | Philadelphia Academic Health System, LLC | December 15, 2019 |
| 7 | Hospital Adventist Valle de Angeles | Agreement for Patient Transfer & Financial Responsibility for Post-Acute Care Services | Center City Healthcare, LLC | December 11, 2019 |
| 8 | Immucor, Inc. | Master Agreement – Rental of Echo Lumena devices and related maintenance services | Center City Healthcare, LLC | December 11, 2019 |
| 9 | PAHH Erie Street Garage, LLC | Master Lease for Erie Street Garage | St. Christopher's Healthcare, LLC | December 15, 2019 |
| 10 | Pharmacy OneSource, Inc. (Wolters Kluwer) | StaffReady software agreement | Hahnemann University Hospital | December 11, 2019 |
| 11 | Radiology Solutions, LLC | Maintenance services for radiology equipment | Center City Healthcare, LLC | December 11, 2019 |
| 12 | SourceHOV Healthcare, Inc. | Master Services Agreement – outsourced coding and consulting services | Center City Healthcare, LLC | December 11, 2019 |
| 13 | Sunquest Information Systems, Inc. | Software Maintenance Agreement | Hahnemann University Hospital | December 11, 2019 |
| 14 | The American National Red Cross, Penn Jersey Region | Therapeutic Apheresis Agreement | Center City Healthcare, LLC | December 11, 2019 |