## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                                     Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: March 2, 2020 at 4:00 p.m. ET** |

**NOTICE OF FOURTH MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

PLEASE TAKE NOTICE THAT on February 10, 2020, Berkeley Research Group, LLC ("BRG"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Fourth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from December 1, 2019 through December 31, 2019 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **March 2, 2020 at 4:00 p.m. (prevailing Eastern time),** (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, BRG may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay BRG an amount (the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the Debtors are

authorized and directed to pay BRG an amount (the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: February 10, 2020                                                   **FOX ROTHSCHILD LLP**

                                                           */s/ Thomas M. Horan*
                                                           Thomas M. Horan (DE No. 4641)
                                                           919 North Market Street, Suite 300
                                                           Wilmington, DE  19899-2323
                                                           Telephone:  (302) 654-7444
                                                           Facsimile:  (302) 656-8920
                                                           E-mail: thoran@foxrothschild.com

                                                           *Counsel to the Official Committee of*
                                                           *Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
: 
In re                                                  : Chapter 11
                                                       : Case No. 19-11466 (KG)
CENTER CITY HEALTHCARE, LLC d/b/a                      : Jointly Administered
HAHNEMANN UNIVERSITY HOSPITAL,                         :
*et al.*,[1]                                            : **Objection Deadline:** March 2, 2020 at 4:00 p.m. (ET)
                               Debtors                 : **Hearing Date:** Scheduled only as necessary
-----------------------------------------------------------X

**FOURTH MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("the Committee") |
| Date of Retention: | September 4, 2019 *nunc pro tunc* to July 22, 2019 |
| Period for which Compensation and reimbursement is sought: | December 1, 2019 through December 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $17,503.20 (80% of $21,879.00)[2] |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Pursuant to *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors nunc pro tunc to July 22, 2019,* **for** purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "Blended Hourly Rate") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged. Accordingly, we have reduced our fees for the Fourth Monthly Fee Period by $5,571.00 as indicated on Attachment A: Fees By Professional.

This is an:        x_ monthly    ___ interim    ___ final application

The total time expended for fee application preparation is approximately 1.3 hours and the corresponding compensation requested is approximately $195.00.

**Table A - Prior Monthly Applications Filed:**

| Application | | | | CNO | Paid to Date | | Total Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 10/29/2019 Dkt No. 915 | 7/22/2019 - 8/31/2019 | $182,902.50 | $2,411.76 | 11/20/2019 Dkt No. 1044 | $146,322.00 | $2,411.76 | $36,580.50 |
| 11/15/2019 Dkt No. 1014 | 9/1/2019 - 9/31/2019 | $101,277.00 | $1,334.17 | 12/06/2019 Dkt No. 1104 | $81,021.60 | $1,334.17 | $20,255.40 |
| 11/15/2019 Dkt No. 1018 | First Interim | $284,179.50 | $3,745.93 | 12/06/2019 Dkt No. 1108 | $227,343.60 | $3,745.93 | $56,835.90 |
| 01/08/2020 Dkt No. 1301 | 10/1/2019 - 11/30/2019 | $47,836.80 | $398.14 | 01/29/2020 Dkt No. 1373 | $0.00 | $0.00 | $48,234.94 |
| | | $332,016.30 | $4,144.07 | | $227,343.60 | $3,745.93 | $105,070.84 |

**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

## Berkeley Research Group, LLC

**Attachment A: Fees By Professional**

For the Period 12/1/2019 through 12/31/2019

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---:|---:|---:|
| A. Cowie | Director | $715.00 | 23.4 | $16,731.00 |
| A. Jiang | Consultant | $415.00 | 15.5 | $6,432.50 |
| C. Kearns | Managing Director | $1,050.00 | 3.3 | $3,465.00 |
| H. Miller | Managing Director | $895.00 | 0.7 | $626.50 |
| J. Blum | Case Assistant | $150.00 | 1.3 | $195.00 |
| **Total** | | | **44.2** | **$27,450.00** |
| **Agreed Upon Discount** | $495 Maximum Blended Rate | | | **($5,571.00)** |
| **Total Requested Fees** | | | | **$21,879.00** |
| | | | | |
| **Blended Rate** | | | | **$495.00** |

**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

**Berkeley Research Group, LLC**

**Attachment B: Fees By Task Code**

For the Period 12/1/2019 through 12/31/2019



| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 0.3 | $315.00 |
| 05. Professional Retention Fee Application Preparation | 1.3 | $195.00 |
| 08. Interaction/Meetings with Creditors | 3.7 | $2,934.50 |
| 11. Claim Analysis/Accounting | 9.4 | $6,855.00 |
| 18. Operating and Other Reports | 7.1 | $3,200.50 |
| 19. Cash Flow/Cash Management Liquidity | 22.4 | $13,950.00 |
| **Total** | **44.2** | **$27,450.00** |
| **Agreed Upon Discount** $495 **Maximum Blended Rate** | | **($5,571.00)** |
| **Total Requested Fees** | | **$21,879.00** |
| **Blended Rate** | | **$495.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                         :

| | |
|---|---|
| In re | : Chapter 11 |
| | : Case No. 19-11466 (KG) |
| CENTER CITY HEALTHCARE, LLC d/b/a | : Jointly Administered |
| HAHNEMANN UNIVERSITY HOSPITAL, | : |
| *et al.*,[1] | : **Objection Deadline**: March 2, 2020 at 4:00 p.m. (ET) |
| Debtors | : **Hearing Date**: Scheduled only as necessary |

---------------------------------------------------------X

**FOURTH MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

Berkeley Research Group, LLC ("BRG") financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its fourth monthly fee application (the "Application") for an order pursuant to sections 105(a), 330 and 331 chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order"), [Dkt No. 341] entered August 2, 2019, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period December 1, 2019 through December 31, 2019 (the "Fee Period") and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of required professional services on behalf of the Committee.  In support of this Application, BRG represents as follows:

## JURISDICTION

1.      The United States Bankruptcy Court for the District of Delaware (the "Court') has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2) (A) and the Committee confirms their consent pursuant to Local Rule 9013-l(f) to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 105(a), 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

3.      On June 30, 2019 and July 1, 2019 (together the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Cases") with the Court. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Patient Care Ombudsman was appointed by the U.S. Trustee on July 3, 2019. No trustee or examiner has been appointed in these Cases.

4.      The Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the Court's Order Directing Joint Administration of the Debtors' Chapter 11 Cases (Dkt No. 70), entered on July 2, 2019.

5.      On July 15, 2019 (the "Formation Date"), the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed seven of the Debtors' unsecured creditors to serve as members of the Committee. The Committee is presently comprised of the following members: (i) Conifer Revenue Cycle Solutions, LLC, (ii) Medline Industries, Inc., (iii) Veolia Energy Philadelphia, Inc., (iv) Medtronic USA, Inc., (v) Crothall Healthcare, Inc., (vi) Global Neurosciences Institute, LLC, and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals.

6.      On July 22, 2019, the Committee selected BRG to serve as its financial advisor. The Committee has also selected Sills Cummis & Gross P.C. ("Sills") and Fox Rothschild LLP ("Fox") to serve together as its counsel ("Counsel"). On September 4, 2019, the Court entered an order (Dkt No. 638) approving BRG's retention *nunc pro tunc* to July 22, 2019.

## FEE PROCEDURES ORDER

7.    On August 2, 2019, this Court signed the Interim Compensation Order. Pursuant to the Interim Compensation Order, no earlier than the fifteenth (15) day of each full calendar month (the "Fee Filing Period") following the month for which compensation and reimbursement is sought (the "Compensation Period"), each Professional seeking interim compensation may file with the Court a monthly application (each a "Monthly Fee Application") pursuant to section 331 of the Bankruptcy Code for interim approval and allowance of compensation for services rendered and reimbursement of expenses during the Compensation Period. Each Notice Party shall have twenty (20) days after service of a Monthly Fee Application to review the Monthly Fee Application and object thereto (the "Objection Deadline"). Upon the expiration of the Objection Deadline: (i) if no objections have been filed, the Professional shall file a certificate of no objection and the Debtors shall then be authorized and directed to pay such Professional eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application (the "Maximum Monthly Payment") or (ii) if an objection to a Monthly Fee Application has been filed, the Professional shall be entitled to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses (the "Actual Monthly Payment") not subject to that objection.

## SUMMARY OF SERVICES RENDERED

8.    BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for services it has

4

rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

9.    Since being retained by the Committee, BRG has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates. BRG respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

10.    BRG submits that the interim fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained. BRG's fees typically are based on the actual hours charged at BRG's standard hourly rates, which are in effect when the services are rendered. As discussed and agreed to with the Committee, for purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "Blended Hourly Rate") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged.

11.    BRG expended an aggregate of 44.2 hours, substantially all of which was expended by the professional staff of BRG. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. A small staff was utilized to optimize efficiencies and avoid redundant efforts. The staff of the Debtors or their advisors has been utilized where practical and prudent.

5

12.     BRG believes that there has been no duplication of services between BRG and any other consultants or accountants to the bankruptcy estate.

13.     BRG's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost.  In addition, BRG's per diem rates for professionals of comparable experience, before the Blended Hourly Rate discount BRG agreed to in this proceeding, are at or below those of firms we consider our competitors.  We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

14.     Because BRG's core staff consists of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum.  Additionally, because of the experience of BRG's professionals, in many instances only three or fewer BRG representatives attended meetings, hearings, or conference calls or performed specific functions.

15.     No agreement or understanding exists between BRG and any other person for the sharing of compensation received or to be received for services rendered in connection with the chapter 11 cases, except for internal agreements among members and employees of BRG regarding the sharing of revenue or compensation.  Neither BRG nor any of its members or employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Rule 2016.

16.     BRG, in accordance with the Bankruptcy Rules and the Local Rules, will be charging travel time at 50% of the time incurred.

17.     BRG's time records for the Fee Period are attached hereto as **Exhibit A**. These records include daily time logs describing the time spent by each BRG professional and administrative-level person in these cases.

18.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  BRG incurred no actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, during the Fee Period.

19.     The general summary of the services rendered by BRG during the Fee Period based on tasks and number of hours, before the agreed upon discount, is set forth below.

### Asset Acquisition/ Disposition – Task Code 01

20.     Time charged to this task code relates to reviewing asset sale process updates.

21.     BRG has expended 0.3 hours on this category for a fee of $315.00.

### Professional Retention/ Fee Application Preparation – Task Code 05

22.     Time charged to this task code relates to the preparation of BRG's Third Monthly Fee Application.

23.     BRG has expended 1.3 hours on this category for a fee of $195.00

### Interaction/ Meetings with Creditors – Task Code 08

24.     Time charged to this task code relates to BRG's preparation for and attendance on calls and at meetings with the Committee, and Committee Counsel in order to update the Committee on case issues and advise the Committee and develop strategies and related deliverables for a variety case matters.

25.     BRG has expended 3.7 hours on this category for a fee of $2,934.50.

7

**Claim Analysis/ Accounting – Task Code 11**

26.     Time charged to this task code primarily relates to BRG's analysis of claims and related impact on creditor recoveries along with discussions with EisnerAmper regarding potential tail insurance claim.

27.     BRG has expended 9.4 hours on this category for a fee of $6,855.00.

**Operating and Other Reports – Task Code 18**

28.     Time charged to this task code primarily relates to BRG reviewing and analyzing financial information provided by the Debtors' financial advisors and related discussions with EisnerAmper and BRG's CMS expert on these reports.

29.     BRG has expended 7.1 hours on this category for a fee of $3,200.50.

**Cash Flow/ Cash Management Liquidity – Task Code 19**

30.     This task code relates to time spent by BRG reviewing and analyzing matters impacting the Debtors' cash management processes and overall liquidity at the individual Debtor entities, including the wind-down budget and professional payments.

31.     Specific tasks performed in this category include: (i) analysis of financial information, including latest cash flow forecasts provided by Debtors' financial advisors, (ii) reconciling cash flow actuals and forecasts, (iii) preparation of update reports for the Committee Counsel and (iv) participation in meetings/ calls with management, Counsel and advisors for the Debtors.

32.     BRG has expended 22.4 hours on this category for a fee of $13,950.00.

## ACTUAL AND NECESSARY EXPENSES

33.    BRG incurred no actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, during the Fee Period.

34.    The disbursements and expenses have been incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters.  Such expenses were often incurred to enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands.  BRG has endeavored to minimize these expenses to the fullest extent possible.

35.    BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client.  BRG has endeavored to minimize these expenses to the fullest extent possible.

36.    In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service.  In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.  In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third party vendor and paid by BRG to that vendor.

## NOTICE AND NO PRIOR APPLICATION

37.     Notice of this application has been given to (a) The Debtors; (b) counsel to the Debtors; (c) Counsel to the Committee; (d) The Office of the U.S. Trustee; and (e) Counsel for the DIP Agent. In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

38.     With respect to these amounts, as of the date of the Application, BRG has received no payments, and no previous application for the relief sought herein has been made to this or any other Court.

[*Remainder of this Page Intentionally Left Blank*]

**WHEREFORE**, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $21,879.00 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $0.00 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $17,503.20 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Dated: 2/10/2020
        New York, NY                    **BERKELEY RESEARCH GROUP, LLC**

                                         /s/ Christopher J. Kearns
                                        Christopher J. Kearns
                                        Managing Director
                                        810 7th Ave., 41st Floor
                                        New York, NY 10019
                                        (212) 782-1409

                                        Financial Advisor to the Official Committee of
                                        Unsecured Creditors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------X
                                                        :
In re                                                   :  Chapter 11
                                                        :  Case No. 19-11466 (KG)
CENTER CITY HEALTHCARE, LLC d/b/a                       :  Jointly Administered
HAHNEMANN UNIVERSITY HOSPITAL,                          :
et al.,¹                                                :  Objection Deadline: March 2, 2020 at 4:00 p.m. (ET)
                                   Debtors              :  Hearing Date: Scheduled only as necessary
--------------------------------------------------------X
```

**VERIFICATION**

Christopher J. Kearns, pursuant to 28 U.S.C. § 1746, declares as follows:

a)      I am a Managing Director at the applicant firm, Berkeley Research Group, LLC, and am authorized to submit this verification on behalf of BRG.

b)      I have personally performed or supervised many of the professional services rendered by BRG as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") and am familiar with the work performed on behalf of the Committee by the professionals and other persons in the firm.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

1

d)      All services for which compensation is requested by BRG were professional services performed for and on behalf of the Committee and not on behalf of any other person.

e)      I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge and belief that this application complies with Local Rule 2016-2.

f)      I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___2/10/2020_____

_/s/ Christopher J. Kearns_____
Christopher J. Kearns



# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al

## Berkeley Research Group, LLC

## Exhibit A: Time Detail

### For the Period 12/1/2019 through 12/31/2019

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 12/3/2019 | C. Kearns | 0.3 | Reviewed status re: HH asset sale process and proposed Centurion retention. |
| *Task Code Total Hours* | | *0.3* | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 12/9/2019 | J. Blum | 0.2 | Prepared third monthly fee application. |
| 12/10/2019 | J. Blum | 1.1 | Prepared third monthly fee application. |
| *Task Code Total Hours* | | *1.3* | |
| **08. Interaction/Meetings with Creditors** | | | |
| 12/4/2019 | C. Kearns | 0.2 | Emailed with the Committee re: status of various workstreams. |
| 12/12/2019 | A. Cowie | 1.1 | Prepared for UCC meeting analyzing liquidity issues. |
| 12/12/2019 | C. Kearns | 0.6 | Participated in call with the Committee regarding status of STC sale, current liquidity, investigation related matters and next steps. |
| 12/12/2019 | A. Cowie | 0.6 | Participated in meeting with UCC regarding status of STC sale and liquidity. |
| 12/12/2019 | A. Jiang | 0.6 | Participated in UCC update call with Sills Cummis (A. Sherman). |
| 12/12/2019 | C. Kearns | 0.1 | Participated in status call with Sills (A. Sherman) re: residents' related matters and STC closing. |
| 12/16/2019 | C. Kearns | 0.1 | Participated in call with Sills (A. Sherman) re: court's motion to compel. |
| 12/17/2019 | C. Kearns | 0.4 | Participated in call and emails with counsel re: potential resolution to the court's motion to compel. |
| *Task Code Total Hours* | | *3.7* | |
| **11. Claim Analysis/Accounting** | | | |
| 12/3/2019 | A. Cowie | 0.9 | Analyzed current cash, claims and asset sales status. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **11. Claim Analysis/Accounting** | | | |
| 12/4/2019 | A. Cowie | 2.9 | Continued to analyze current cash, claims and asset sales status. |
| 12/4/2019 | A. Cowie | 2.2 | Analyzed current cash, claims and asset sales status. |
| 12/5/2019 | C. Kearns | 0.2 | Updated claims and liquidity to close STC sale. |
| 12/10/2019 | A. Cowie | 0.7 | Participated in call with EisnerAmper (D. Olgesby, A. Wilen) in regard to claims, sale and cash. |
| 12/16/2019 | A. Cowie | 1.9 | Analyzed documents related to potential tail insurance claims. |
| 12/16/2019 | A. Cowie | 0.3 | Participated in call with EisnerAmper (A. Wilen) in regard to potential tail insurance claim. |
| 12/16/2019 | C. Kearns | 0.2 | Reviewed status of Debtors analysis re: insurance tail and other issues. |
| 12/16/2019 | A. Cowie | 0.1 | Participated in call with EisnerAmper (D. Oglesby) in regard to potential tail insurance claim. |
| *Task Code Total Hours* | | *9.4* | |
| **18. Operating and Other Reports** | | | |
| 12/5/2019 | A. Jiang | 2.2 | Prepared report to UCC on budget, cash flows, and operating statistics. |
| 12/5/2019 | A. Jiang | 1.7 | Prepared charts depicting financial results of Debtors. |
| 12/6/2019 | A. Jiang | 1.9 | Continued to analyze operating statistics of Debtor. |
| 12/6/2019 | A. Jiang | 0.2 | Participated in call with EisnerAmper (D. Olgesby, A. Wilen) regarding budgeting update. |
| 12/10/2019 | A. Jiang | 0.7 | Prepared fourth report to UCC to reflect latest amendments. |
| 12/10/2019 | C. Kearns | 0.4 | Reviewed draft letter responding to request for a residents' committee. |
| *Task Code Total Hours* | | *7.1* | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 12/2/2019 | A. Cowie | 0.2 | Participated in discussion with EisnerAmper (D. Oglesby) re: weekly cash forecast. |
| 12/5/2019 | A. Cowie | 2.9 | Continued to prepare UCC report on liquidity. |
| 12/5/2019 | A. Cowie | 2.9 | Prepared UCC report on liquidity. |
| 12/5/2019 | A. Jiang | 1.6 | Analyzed latest cash flow results and projections. |
| 12/5/2019 | A. Cowie | 1.6 | Prepared UCC report on liquidity. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 12/5/2019 | A. Jiang | 0.7 | Continued to prepare fourth report to UCC in regard to sale status and liquidity. |
| 12/5/2019 | A. Cowie | 0.6 | Participated in call with EisnerAmper (D. Olgesby, A. Wilen) in regard to claims, sale and cash. |
| 12/6/2019 | A. Cowie | 2.9 | Prepared UCC report on liquidity. |
| 12/6/2019 | A. Jiang | 2.4 | Continued to prepare charts summarizing financial results. |
| 12/6/2019 | A. Jiang | 2.1 | Continued to prepare fourth report to UCC regarding cash flow, financials, and operating statistics. |
| 12/6/2019 | A. Jiang | 1.4 | Continued to prepare fourth report to UCC regarding cash flow, financials, and operating statistics. |
| 12/9/2019 | C. Kearns | 0.2 | Reviewed Debtors' liquidity status. |
| 12/10/2019 | A. Cowie | 1.6 | Prepared UCC report on liquidity. |
| 12/10/2019 | C. Kearns | 0.5 | Reviewed draft report for the Committee re: update on STC sale, operations and liquidity. |
| 12/12/2019 | H. Miller | 0.7 | Reviewed cash flow and liquidity reports. |
| 12/27/2019 | C. Kearns | 0.1 | Reviewed liquidity status post STC sale. |
| *Task Code Total Hours* | | *22.4* | |
| **Total Hours** | | **44.2** | |