**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: March 3, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**NOTICE OF SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

PLEASE TAKE NOTICE THAT on February 12, 2020, Sills Cummis & Gross P.C.

("Sills"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the

above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Sixth Monthly Fee

Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered

and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors

for the Period December 1, 2019 through December 31, 2019 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered

August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **March 3, 2020 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

2

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.


Dated: February 12, 2020                    **FOX ROTHSCHILD LLP**

                                            */s/ Thomas M. Horan*
                                            Thomas M. Horan (DE No. 4641)
                                            919 North Market Street, Suite 300
                                            Wilmington, DE  19899-2323
                                            Telephone:  (302) 654-7444
                                            Facsimile:  (302) 656-8920
                                            E-mail: thoran@foxrothschild.com

                                            *Counsel to the Official Committee of*
                                            *Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: March 3, 2020 at 4:00 p.m. ET** |
| | **Hearing Date: TBD if objection filed** |

## SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019</u>

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | December 1, 2019 – December 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $64,750.00  (80% of $80,937.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,719.88 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

7062535

## COMPENSATION BY PROFESSIONAL
## DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| Name of Professional Individual | Position, primary department or group, year of obtaining relevant license to practice, if applicable | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $825 | 18.7 | $15,427.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $750 | 50.7 | $38,025.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $595 | 41.7 | $24,811.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $550 | 18.4 | $10,120.00 |
| **Total Fees at Standard Rates** | | | **129.5** | **$88,384.00** |
| **Total Fees After Application of $625 Blended Rate Discount[3]** | | | **129.5** | **$80,937.50** |

[2] Effective October 1, 2019 (*i.e.*, the first date of Sills' new fiscal year), the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $795 to $825; the hourly rate of Boris Mankovetskiy was increased from $725 to $750; the hourly rate of Rachel Brennan was increased from $545 to $595; and the hourly rate of Gregory Kopacz was increased from $525 to $550.  However, as discussed below, Sills' fees for this engagement will remain subject to the $625 blended hourly rate cap.

[3] As noted in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Nunc Pro Tunc to July 15, 2019* [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

7062535

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 7.4 | $5,348.00 |
| Asset Disposition (102) | 38.9 | $25,528.50 |
| Business Operations (103) | 0.6 | $450.00 |
| Case Administration (104) | 40.0 | $27,300.50 |
| Claims Administration and Objections (105) | 30.2 | $22,359.50 |
| Fee/Employment Applications (107) | 10.9 | $6,160.00 |
| Travel (116) (Billed at 50%) | 1.5 | $1,237.50 |
| **Total Fees at Standard Rate** | **129.5** | **$88,384.00** |
| **Total Fees After Application of $625 Blended Rate Discount[4]** | **129.5** | **$80,937.50** |

## EXPENSE SUMMARY
## DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| Expense Category | Total Expenses |
|---|---|
| Train Fare | $2,135.50 |
| Taxi/Car Rental/Car Service | $29.68 |
| Telephone | $6.36 |
| Pacer | $10.10 |
| Lexis | $506.11 |
| Meals (travel) | $32.13 |
| **TOTAL** | **$2,719.88** |

---

[4] As noted in its Retention Application, "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (KG) |
|  | (Jointly Administered) |
| Debtors. | **Objections Due: March 3, 2020 at 4:00 p.m. ET Hearing Date: TBD if objection filed** |

**SIXTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

Pursuant to sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Sixth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From December 1, 2019 Through December 31, 2019* (the "Application"). By the Application, Sills seeks allowance of $64,750.00 (80% of $80,937.50) in fees for services rendered and $2,719.88 for reimbursement of actual and necessary expenses, for the period from December 1, 2019 through December 31, 2019 (the "Compensation Period"), and states as follows:

**Background**

1.     On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for

7062535

relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for the Compensation Period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third Circuit law, and the Compensation Order.

### Actual and Necessary Expenses

6.      Detailed information regarding the actual and necessary expenses incurred by

5

Sills during the Compensation Period is included in **Exhibit A**.

**Summary of Services by Project**

7.     The services Sills rendered during the Compensation Period are generally described below, with a more detailed identification of the actual services provided in **Exhibit A**.

A.     <u>Asset Analysis and Recovery</u>

Fees: $5,348.00;          Total Hours: 7.4

This category includes time expended by Sills investigating causes of action and recovery actions against certain non-debtor affiliates and lessors.

B.     <u>Asset Disposition</u>

Fees: $25,528.50;          Total Hours: 38.9

This category includes time expended by Sills in connection with all matters relating to the disposition, and other post-petition uses of, property of the Debtors' estates.  Time in this category includes time spent: (a) drafting an omnibus objection to: (i) the emergency motion of the *ad hoc* committee of Hahnemann residents and fellows to compel the Debtors to provide professional liability insurance, (ii) the Commonwealth of Pennsylvania's motion to compel the Debtors to obtain post-closure tail insurance coverage, and (iii) the Court's order to show cause why the Debtors' cases should not be converted to chapter 7 cases; (b) attending a related hearing; (c) conducting related research; (d) analyzing the Debtors' motions to reject various executory contracts and unexpired leases; (e) addressing issues related to the closing of the sale of St. Christopher's Hospital for Children; and (f) communicating with Debtors' counsel regarding the foregoing.

C.     <u>Business Operations</u>

Fees: $450.00;          Total Hours: 0.6

This category includes time expended by Sills addressing issues relating to the Debtors'

6

accrual of administrative expenses.

    D.      <u>Case Administration</u>

        Fees: $27,300.50;      Total Hours: 40.0

This category includes time expended by Sills addressing matters related to the administration of the Debtors' chapter 11 cases, including time spent preparing updates for the Committee members, communicating with the Committee members, attending hearings, responding to creditor queries, communicating with the United States Trustee and Debtors' counsel, updating the "critical dates" case calendar, and considering matters of general import.

    E.      <u>Claims Administration and Objection</u>

        Fees: $22,359.50;      Total Hours: 30.2

This category includes time expended by Sills analyzing claims asserted against the Debtors' estates and potential objections, challenges and counterclaims thereto.  Time in this category includes time spent: (a) analyzing numerous motions asserting administrative expense priority claims; (b) analyzing the government's motion to exercise setoff rights; (c) addressing issues relating to the settlement of claims asserted by Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC; and (d) addressing issues relating to the mediation of disputes regarding intercompany claims.

    F.      <u>Fee/Employment Applications</u>

        Fees: $6,160.00;      Total Hours: 10.9

This category includes time spent drafting Sills' October and first interim fee applications.

    G.      <u>Travel (Billed at 50%)</u>

        Fees: $1,237.50;         Total Hours: 1.5

This category includes time expended by Sills traveling to a hearing in Delaware.

## Conclusion

8.      Sills respectfully submits that the amounts requested are fair and reasonable given

(a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a

case under this title.  Sills reviewed the requirements of Local Rule 2016-2 and believes this

Application reasonably complies therewith.

WHEREFORE, Sills respectfully requests that the Court authorize that an allowance be

made to Sills for the Compensation Period with respect to the sums of $64,750.00 (80% of

$80,937.50) as compensation and $2,719.88 for reimbursement of actual and necessary expenses,

for a total of $67,469.88, and that such sums be authorized for payment.

Dated: February 12, 2020
Wilmington, Delaware

Respectfully submitted,

*/s/ Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
           bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

8

7062535

## **VERIFICATION**

STATE OF NEW JERSEY      )
                              ) SS:
COUNTY OF ESSEX         )

          Andrew H. Sherman, after being duly sworn according to law, deposes and says:

          a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

          b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

          c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

Dated: February 12, 2020

                                */s/ Andrew H. Sherman*
                                Andrew H. Sherman

# <u>Exhibit A</u>

# SILLS CUMMIS & GROSS

### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1765220 |
| Date | 1/31/20 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI # 22-1920331

Re:    Creditors' Committee

---

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 12/27/19 | AHS | Address issues re: document demand for Freedman entities. | 0.20 | 165.00 |
| 12/02/19 | BM | Attend to issues regarding investigation of potential causes of action against non-debtor affiliates. | 2.40 | 1,800.00 |
| 12/09/19 | BM | Analysis of issues regarding investigation of potential claims against non-debtor affiliates. | 1.30 | 975.00 |
| 12/13/19 | BM | Attend to issues regarding potential avoidance actions against non-Debtor affiliates. | 1.30 | 975.00 |
| 12/20/19 | BM | Analysis regarding potential avoidance actions against certain lessors. | 0.80 | 600.00 |
| 12/05/19 | REB | Review former resident motion re: St. Chris APA. | 1.40 | 833.00 |
| | | **TASK TOTAL 101** | **7.40** | **5,348.00** |
| **102 - ASSET DISPOSITION** | | | | |
| 12/12/19 | AHS | Prepare for hearing re: request for tail coverage. | 1.50 | 1,237.50 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 1765220 |
| Date | | 01/31/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Attend hearing re: request for tail coverage. | 2.20 | 1,815.00 |
| 12/15/19 | AHS | Call with Debtors' counsel re: amendment to APA and discuss tail issues. | 0.50 | 412.50 |
| 12/02/19 | BM | Attend to issues regarding form order approving assumption and assignment of the Front Street leases. | 0.80 | 600.00 |
| | | Analysis regarding Broad Street entities' objection to motion to extend the time to assume or reject leases. | 0.60 | 450.00 |
| 12/03/19 | BM | Attend to issues in connection with closing of STC sale. | 1.60 | 1,200.00 |
| 12/05/19 | BM | Attend to issues regarding closing of STC sale. | 1.10 | 825.00 |
| 12/09/19 | BM | Attend to issues regarding closing of STC sale. | 1.20 | 900.00 |
| 12/11/19 | BM | Attend to issues regarding potential resolution of Broad Street landlord to motion to extend time to assume or reject lease. | 0.60 | 450.00 |
| 12/12/19 | BM | Attend to STC sale closing issues. | 1.10 | 825.00 |
| 12/13/19 | BM | Attend to order approving assumption and assignment of Front Street leases to STC Opco. | 0.70 | 525.00 |
| 12/16/19 | BM | Analysis of Debtors' motions to reject resident contracts. | 0.70 | 525.00 |
| 12/17/19 | BM | Attend to issues regarding cure amount payment in connection with assumption and assignment of Front Street leases. | 0.80 | 600.00 |
| 12/11/19 | GAK | Review motion to reject executory contracts and unexpired leases. | 0.20 | 110.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1765220 |
| Date | 01/31/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/11/19 | REB | Draft joinder and review Debtors' objection to former STC resident motion. | 0.90 | 535.50 |
| | | Review PA DOH and Former Resident motions re: tail insurance and related statutory provisions. | 4.20 | 2,499.00 |
| 12/12/19 | REB | Research re: cases and statutes in connection with tail insurance motions. | 3.30 | 1,963.50 |
| | | Draft omnibus objection to tail insurance motions. | 3.90 | 2,320.50 |
| 12/13/19 | REB | Draft omnibus objection to tail insurance motions. | 7.30 | 4,343.50 |
| | | Research re: omnibus objection to tail insurance motions. | 3.60 | 2,142.00 |
| 12/14/19 | REB | Draft omnibus objection to tail insurance motions. | 2.10 | 1,249.50 |
| | | **TASK TOTAL 102** | **38.90** | **25,528.50** |

**103 - BUSINESS OPERATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/05/19 | BM | Attend to issues regarding accrual of administrative expenses. | 0.60 | 450.00 |
| | | **TASK TOTAL 103** | **0.60** | **450.00** |

**104 - CASE ADMINISTRATION**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/02/19 | AHS | Review of email re: status update to Committee. | 0.40 | 330.00 |
| 12/03/19 | AHS | Email to Committee re: status update. | 0.50 | 412.50 |
| | | Review and analysis of request for resident's committee. | 0.80 | 660.00 |
| 12/16/19 | AHS | Review of Court's order to show cause and analysis re: same. | 0.40 | 330.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1765220 |
| Date | 01/31/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | Review of 1112 case law re: insurance requirements and further review of Pennsylvania insurance statutes. | 1.20 | 990.00 |
| | | Email to Committee re: OSC and tail coverage issues. | 0.40 | 330.00 |
| | | Calls and emails with T. Horan and C. Kearns re: upcoming hearing. | 0.30 | 247.50 |
| | | Preparation for hearing. | 0.30 | 247.50 |
| | | Review and revise responsive tail coverage pleading to address order to show cause. | 1.40 | 1,155.00 |
| 12/17/19 | AHS | Prepare for call with Court re: tail insurance and OSC issues. | 0.10 | 82.50 |
| | | Attend call with Court re: tail insurance and OSC issues. | 0.60 | 495.00 |
| | | Follow up calls and email with Debtors counsel and BRG re: tail insurance and cost issues. | 0.90 | 742.50 |
| 12/23/19 | AHS | Email to Committee re: fee applications and status. | 0.30 | 247.50 |
| 12/03/19 | BM | Analysis regarding request to appoint an official committee of residents. | 1.20 | 900.00 |
| 12/04/19 | BM | Analysis regarding response to request for appointment of resident committee. | 0.80 | 600.00 |
| 12/05/19 | BM | Analysis regarding opposition to request to appoint resident committee. | 0.90 | 675.00 |
| 12/06/19 | BM | Call with Debtors' counsel regarding pending matters. | 0.60 | 450.00 |
| | | Prepare a status update to Committee. | 0.50 | 375.00 |
| | | Attend to reply letter to UST regarding request for appointment of a residents' committee. | 1.20 | 900.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1765220 |
| Date | 01/31/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Attend to preparation for omnibus hearing. | 1.10 | 825.00 |
| 12/10/19 | BM | Attend to joint submission to UST in opposition to request to appoint residents' committee. | 0.80 | 600.00 |
| 12/12/19 | BM | Prepare for omnibus hearing. | 1.80 | 1,350.00 |
| | | Appear at omnibus hearing. | 2.20 | 1,650.00 |
| 12/16/19 | BM | Analysis regarding response to Court's order to show cause why the cases should not be converted to Chapter 7. | 1.90 | 1,425.00 |
| 12/17/19 | BM | Appear at telephonic status conference with the Court. | 0.60 | 450.00 |
| 12/02/19 | GAK | Draft email to Committee members regarding sale status and recent hearing. | 1.90 | 1,045.00 |
| 12/03/19 | GAK | Review request to appoint resident committee. | 0.60 | 330.00 |
| | | Draft email to Committee regarding request to appoint resident committee. | 0.60 | 330.00 |
| 12/06/19 | GAK | Review upcoming hearing agenda and update case calendar based on recent filings. | 0.40 | 220.00 |
| 12/09/19 | GAK | Review upcoming hearing agenda and update case calendar. | 0.20 | 110.00 |
| | | Draft supplemental declaration regarding retention application. | 1.60 | 880.00 |
| 12/10/19 | GAK | Review upcoming hearing agenda and update case calendar. | 0.20 | 110.00 |
| 12/13/19 | GAK | Update case calendar. | 0.20 | 110.00 |
| 12/16/19 | GAK | Review order to show cause and emails from team on same. | 0.20 | 110.00 |
| | | Update case calendar. | 0.10 | 55.00 |
| 12/17/19 | GAK | Update case calendar based on recent pleadings and upcoming hearing agendas. | 0.70 | 385.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1765220 |
| Date | 01/31/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/18/19 | GAK | Update case calendar. | 0.10 | 55.00 |
| 12/19/19 | GAK | Update case calendar. | 0.10 | 55.00 |
| 12/20/19 | GAK | Update case calendar. | 0.20 | 110.00 |
| 12/23/19 | GAK | Update case calendar. | 0.20 | 110.00 |
| 12/26/19 | GAK | Update case calendar. | 0.20 | 110.00 |
| 12/28/19 | GAK | Update case calendar. | 0.20 | 110.00 |
| 12/31/19 | GAK | Update case calendar. | 0.20 | 110.00 |
| 12/05/19 | REB | Draft reply letter to resident letter to UST requesting residents' committee. | 5.90 | 3,510.50 |
| 12/06/19 | REB | Draft reply letter to resident letter to UST requesting residents' committee. | 4.20 | 2,499.00 |
| 12/10/19 | REB | Review cases cited in reply to resident letter. | 0.80 | 476.00 |
| | | **TASK TOTAL 104** | **40.00** | **27,300.50** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/05/19 | AHS | Review of motion to compel payment of tail coverage and call with B. Mankovetskiy re: same. | 0.80 | 660.00 |
| | | Further review of request for resident's committee and have response letter drafted. | 0.70 | 577.50 |
| 12/06/19 | AHS | Call with Debtors' counsel re: status update and review of filed motions re: administrative claims. | 0.90 | 742.50 |
| | | Review of draft response letter re: resident's committee request. | 0.30 | 247.50 |
| 12/15/19 | AHS | Review and revise draft response to tail insurance motions and research re: same. | 1.60 | 1,320.00 |
| 12/27/19 | AHS | Review of setoff motion filed by U.S. Government. | 0.30 | 247.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1765220 |
| Date | 01/31/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/12/19 | BM | Attend to objection to Master Landlords' motion to allow and compel payment of administrative expense claims. | 0.70 | 525.00 |
| 12/02/19 | BM | Attend to form of order granting 1199C's administrative expense claim. | 0.60 | 450.00 |
| | | Analysis regarding PAHH entities response to motion to approve settlement with Tenet/Conifer. | 0.40 | 300.00 |
| 12/03/19 | BM | Analysis regarding Dr. Moulick's motion to allow administrative claims. | 0.70 | 525.00 |
| | | Attend to revisions of proposed form of order approving Tenet / Conifer settlement. | 0.70 | 525.00 |
| 12/05/19 | BM | Attend to issues regarding STC medical staff's motion to compel payment administrative expenses. | 0.90 | 675.00 |
| | | Attend to issues regarding NG 1500 Market St. LLC's motion to compel payment of rent and other obligations. | 0.70 | 525.00 |
| | | Attend to issues regarding emergency motion of former STC residents and other medical staff to enforce APA or reconsider the sale order. | 1.60 | 1,200.00 |
| 12/06/19 | BM | Attend to objection to motion to shorten notice with respect to former STC residents motion to compel purchase of tail coverage. | 0.70 | 525.00 |
| | | Attend to issues regarding preservation of and access to records under Tenet/Conifer settlement. | 0.50 | 375.00 |
| 12/08/19 | BM | Attend to revised proposed order approving Tenet/Conifer settlement. | 0.40 | 300.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1765220 |
| Date | 01/31/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/11/19 | BM | Analysis regarding STC Opco's objection to former STC medical staff's motion to enforce APA or reconsider sale order. | 0.50 | 375.00 |
| | | Analysis regarding emergency motion of HUH residents' ad hoc committee to provide tail insurance coverage. | 1.20 | 900.00 |
| | | Attend to objection to motion of former STC residents and medical staff to provide tail coverage. | 0.90 | 675.00 |
| | | Analysis regarding Pennsylvania's motion to compel post-closure tail coverage for former residents. | 1.10 | 825.00 |
| 12/12/19 | BM | Analysis regarding Committee's omnibus objection to motions to compel the Debtors to purchase tail coverage for former residents. | 1.40 | 1,050.00 |
| 12/16/19 | BM | Attend to Committee's omnibus objection to motions to compel Debtors to purchase insurance tail coverage. | 1.60 | 1,200.00 |
| 12/17/19 | BM | Attend to objection to motions to compel purchase of tail insurance and response to order to show cause why cases should not be converted to Chapter 7. | 2.20 | 1,650.00 |
| | | Analysis regarding ad hoc resident committee's document and information requests. | 0.70 | 525.00 |
| | | Prepare an update for the Committee regarding tail coverage issues. | 0.60 | 450.00 |
| 12/20/19 | BM | Analysis regarding objection to Dr. Moulick's motion for allowance of administrative claim. | 0.70 | 525.00 |
| 12/23/19 | BM | Attend to issues regarding mediation of disputes regarding intercompany claims. | 1.20 | 900.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1765220 |
| Date | 01/31/20 |
| 08650118.000001   - AHS | |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | Attend to issues regarding potential resolution of motions to compel purchase of tail insurance. | 0.80 | 600.00 |
| 12/26/19 | BM | Analysis regarding CHS's motion to authorize setoff. | 0.70 | 525.00 |
| 12/15/19 | REB | Review revised omnibus tail objection. | 0.80 | 476.00 |
| 12/16/19 | REB | Update objection to tail insurance motions to include response to order to show cause. | 3.30 | 1,963.50 |
| | | **TASK TOTAL 105** | **30.20** | **22,359.50** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/23/19 | AHS | Review and revise first interim fee application and have filed. | 0.60 | 495.00 |
| 12/10/19 | GAK | Work on first interim fee application. | 0.60 | 330.00 |
| 12/12/19 | GAK | Work on first interim fee application. | 3.20 | 1,760.00 |
| 12/18/19 | GAK | Work on first interim fee application | 2.70 | 1,485.00 |
| | | Work on October fee application | 0.80 | 440.00 |
| 12/19/19 | GAK | Work on October fee application | 1.90 | 1,045.00 |
| 12/23/19 | GAK | Update first interim fee application based on comments of A. Sherman. | 1.10 | 605.00 |
| | | **TASK TOTAL 107** | **10.90** | **6,160.00** |

**116 – TRAVEL (50% of non-working travel billed)**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/12/19 | AHS | Travel to from DE for hearing re: tail issues. (3.00) | 1.50 | 1,237.50 |
| | | **TASK TOTAL 116** | **1.50** | **1,237.50** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1765220 |
| Date | 01/31/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | **TOTAL FEES** | **129.50** | **$88,384.00** |
| | | **TOTAL FEES at Blended Rate of $625** | **129.50** | **$80,937.50** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 7.40 | 5,348.00 |
| | 102 | Asset Disposition | 38.90 | 25,528.50 |
| | 103 | Business Operations | 0.60 | 450.00 |
| | 104 | Case Administration | 40.00 | 27,300.50 |
| | 105 | Claims Administration and Objections | 30.20 | 22,359.50 |
| | 107 | Fee/Employment Applications | 10.90 | 6,160.00 |
| | 116 | Travel | 1.50 | 1,237.50 |
| | | **TOTAL FEES** | **129.50** | **$88,384.00** |
| | | **TOTAL FEES at Blended Rate of $625** | **129.50** | **$80,937.50** |

## FEE RECAP

| | | | | | |
|---|---|---|---|---|---|
| AHS | Andrew H. Sherman | 18.70 | $825 | 15,427.50 |
| BM | Boris Mankovetskiy | 50.70 | $750 | 38,025.00 |
| REB | Rachel E. Brennan | 41.70 | $595 | 24,811.50 |
| GAK | Gregory A. Kopacz | 18.40 | $550 | 10,120.00 |
| | **TOTAL FEES** | **129.50** | | **$88,384.00** |
| | **TOTAL FEES at Blended Rate of $625** | **129.50** | | **$80,937.50** |

# SILLS CUMMIS & GROSS
#### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 11 |
| Inv# | | 1765220 |
| Date | | 01/31/20 |
| 08650118.000001 | | - AHS |

## DISBURSEMENT DETAIL

| Date | Initials | Description | Amount |
|---|---|---|---|
| 09/23/19 | AHS | Train Fare (Newark/Wilmington – 2 round trip – AHS and BM) | 698.00 |
| 09/23/19 | AHS | Taxi/Car Rental/Car Service (train station to court) | 6.65 |
| 09/23/19 | AHS | Meals (travel snack on train) | 10.24 |
| 09/23/19 | AHS | Meals (travel lunch) | 6.50 |
| 10/21/19 | AHS | Train Fare (Newark/New York – 1 round trip) | 10.50 |
| 10/21/19 | AHS | Train Fare (NYC subway – 1 round trip) | 5.50 |
| 10/21/19 | AHS | Meals (travel dinner) | 7.61 |
| 10/22/19 | AHS | Train Fare (Newark/New York – 1 round trip) | 10.50 |
| 10/22/19 | AHS | Train Fare (NYC subway – 1 round trip) | 5.50 |
| 11/18/19 | AHS | Telephone Toll Charges | 1.60 |
| 11/25/19 | AHS | Train Fare (Newark/Wilmington – 2 round trip – AHS and BM) | 594.00 |
| 11/25/19 | AHS | Taxi/Car Rental/Car Service (train station to court) | 6.65 |
| 11/25/19 | AHS | Meals (travel breakfast) | 5.48 |
| 12/03/19 | REB | Pacer | 0.50 |
| 12/05/19 | REB | Lexis | 107.74 |
| 12/06/19 | AHS | Telephone Toll Charges | 4.76 |
| 12/09/19 | AHS | Train Fare (Newark/Wilmington – 2 round trip cancellation fee – 12/9 court hearing rescheduled/cancelled last minute) | 148.50 |
| 12/11/19 | REB | Pacer | 3.00 |
| 12/11/19 | REB | Pacer | 1.40 |
| 12/11/19 | REB | Pacer | 3.00 |
| 12/11/19 | REB | Pacer | 1.10 |
| 12/11/19 | REB | Pacer | 0.30 |
| 12/11/19 | REB | Pacer | 0.50 |
| 12/11/19 | REB | Pacer | 0.30 |
| 12/12/19 | AHS | Train Fare (Newark/Wilmington – 2 one way – AHS and BM) | 276.00 |
| 12/12/19 | AHS | Train Fare (Wilmington/Newark – 2 one way – AHS and BM) | 318.00 |
| 12/12/19 | AHS | Taxi/Car Rental/Car Service (train station to court) | 9.73 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 12 |
| Inv# | 1765220 |
| Date | 01/31/20 |
| 08650118.000001 | - AHS |

| | | | |
|---|---|---|---:|
| 12/12/19 | AHS | Taxi/Car Rental/Car Service (court to train station) | 6.65 |
| 12/12/19 | REB | Lexis | 61.58 |
| 12/12/19 | AHS | Meals (travel breakfast) | 2.30 |
| 12/13/19 | REB | Lexis | 277.09 |
| 12/13/19 | REB | Lexis | 44.32 |
| 12/16/19 | REB | Lexis | 15.38 |
| 12/17/19 | AHS | Train Fare (Newark/Wilmington – 1 one way – cancellation fee – 12/17 court hearing rescheduled/cancelled last minute) | 69.00 |
| | | **TOTAL DISBURSEMENTS** | **$2,719.88** |

## DISBURSEMENT RECAP

| | |
|---|---:|
| Train Fare | 2,135.50 |
| Taxi/Car Rental/Car Service | 29.68 |
| Telephone Toll Charges | 6.36 |
| Pacer | 10.10 |
| Lexis | 506.11 |
| Meals (travel) | 32.13 |
| **TOTAL DISBURSEMENTS** | **$2,719.88** |
| **TOTAL THIS INVOICE** | **$83,657.38*** |

*Total includes fees at *Blended Rate*.  Per Retention Application, lesser of fees at *Standard Rates* (**$88,384.00**) and fees at *Blended Rate* of $625 (**$80,937.50**) apply.