IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) Case No. 19-11466 (KG) |
| Debtors. | ) Jointly Administered |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 18, 2020 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[2,3]**

**CONTINUED MATTERS:**

1. Motion of Achintya Moulick, MD for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 1081; filed: 12/03/19]

   Response Deadline:  December 17, 2019 at 4:00 p.m.; extended to January 16, 2020 at 4:00 p.m. for the Debtors.

   Responses Received:

   A. Debtors' Objection [D.I. 1326; filed: 01/16/20]

   B. Official Committee of Unsecured Creditors' Joinder in the Debtors' Objection [D.I. 1329; filed: 01/16/20]

   Related Documents:  None

   Status: Subject to Court approval, the parties have resolved this contested matter. This matter is continued pending documentation and presentation of the settlement.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

2. Motion of St. Christopher's Hospital for Children Medical Staff Members for (I) Allowance and Immediate Payment of Administrative Claims and (II) Relief from the Sale Order Pursuant to Federal Rule of Civil Procedure 60(b) [D.I. 1088; filed: 12/05/19]

    Response Deadline:  January 16, 2020 at 4:00 p.m.; extended for the Debtors and STC OpCo, LLC to the date that is seven days prior to the next omnibus hearing date.

    Responses Received:  None to date

    Related Documents:  None to date

    Status: This matter is continued to a date to be determined.

3. Motion to Compel Assumption or Rejection of Unexpired Leases filed by People's Capital and Leasing Corp. [D.I. 1272; filed: 01/02/20]

    Response Deadline:  January 16, 2020 at 4:00 p.m.; extended for the Debtors to the date that is seven days prior to the next omnibus hearing date.

    Responses Received:

    A.   Informal comments from the Debtors

    Related Documents:  None

    Status: This matter is continued to a date to be determined.

4. Motion of Medline Industries Holdings, L.P. for Allowance and Immediate Payment of Administrative Expense Claims Under 11 U.S.C. § 503 [D.I. 1307; filed: 01/09/20]

    Response Deadline:  January 16, 2020 at 4:00 p.m.

    Responses Received:

    A.   Debtors' Objection [D.I. 1325; filed: 01/16/20]

    Related Documents:  None

    Status: This matter is continued to a date to be determined.

**RESOLVED MATTER:**

5. Seventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1137; filed: 12/11/19]

    Response Deadline:  December 26, 2019 at 4:00 p.m.; extended to January 16, 2020 at 4:00 p.m. for Achintya Moulick, M.D.

Responses Received:

A. Achintya Moulick, MD's Response [D.I. 1328; filed: 01/16/20]

Related Documents:

A. Certification of Counsel Regarding (A) Revised Proposed Order Approving Seventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases and (B) No Objection to Same [D.I. 1385; filed: 02/03/20]

B. Order Approving Seventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1387; signed and docketed: 02/04/20]

Status: On February 4, 2020, the Court entered an order approving regarding this motion.

**MATTERS GOING FORWARD:**

6. Motion of the United States to Lift the Automatic Stay to Permit Setoff [D.I. 1250; filed: 12/27/19]

    Response Deadline:  January 10, 2020 at 4:00 p.m.

    Responses Received:

    A. Debtors' Limited Objection [D.I. 1313; filed: 01/10/20]

    B. Official Committee of Unsecured Creditors' Joinder in the Debtors' Limited Objection [D.I. 1314; filed: 01/10/20]

    Reply:

    C. United States' Reply in Support of Its Motion to Lift the Automatic Stay to Permit Setoff [D.I. 1330; filed: 01/17/20]

    Status: This matter is going forward.

| | |
|---|---|
| Dated: February 13, 2020 | SAUL EWING ARNSTEIN & LEHR LLP |

<div style="margin-left: 3em;">

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*

</div>