**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) | |
| *al.*,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

**SUPPLEMENTAL DECLARATION OF ALLEN WILEN IN SUPPORT OF**
**DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING**
**(I) RETENTION AND EMPLOYMENT OF EISNERAMPER LLP TO PROVIDE**
**INTERIM MANAGEMENT SERVICES, A CHIEF RESTRUCTURING OFFICER,**
**AN INTERIM SYSTEM CEO AND ADDITIONAL PERSONNEL, AND (II) THE**
**DESIGNATIONS OF ALLEN WILEN AS CHIEF RESTRUCTURING OFFICER**
**AND RONALD DRESKIN AS INTERIM SYSTEM CHIEF EXECUTIVE**
**OFFICER TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Allen Wilen, being duly sworn according to law, depose and state that:

1.    I am a Partner of EisnerAmper LLP ("**EisnerAmper**") and serve as the National

Director of the Financial Advisory Services Group.    I am duly authorized to make this

supplemental declaration (this "**Supplemental Declaration**") on behalf of EisnerAmper in

connection with the *Motion of the Debtors for the Entry of an Order Authorizing (I) Retention*

*and Employment of EisnerAmper LLP to Provide Interim Management Services, a Chief*

*Restructuring Officer, an Interim System CEO and Additional Personnel, and (ii) the*

*Designations of Allen Wilen as Chief Restructuring Offer and Ronald Dreskin as Interim System*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Chief Executive Officer to the Debtors,* Nunc Pro Tunc *to the Petition Date* (the "**Motion**") [Docket No. 228].[2]   The Court entered an order approving the Motion on August 2, 2019 [Docket No. 338].

2.      This Supplemental Declaration is submitted to supplement my initial declaration (the "**Initial Declaration**") submitted as Exhibit C to the Motion.  Unless otherwise indicated herein, the facts set forth in this Supplemental Declaration are personally known to me and, if called as a witness, I could and would testify thereto.  Except as otherwise set forth herein, the facts set forth in the Initial Declaration remain true and correct to the best of my knowledge.

3.      As set forth in the Motion and the Initial Declaration, EisnerAmper was retained in these cases to provide interim management services, a CRO, an Interim CEO and additional personnel, as set forth more fully in the Engagement Letters attached as Exhibit B to the Motion.

4.      On September 27, 2019, the Court entered an *Order under 11 U.S.C. § 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement with STC OpCo, LLC (B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtors' Executory Contracts, and (D) Granting Related Relief* [D.I. 795], pursuant to which the Court authorized the sale of substantially all assets of St. Christopher's Healthcare, LLC and certain related Debtors (together, the "**Sellers**") to STC OpCo, LLC (the "**Buyer**") in accordance with the asset purchase agreement attached as Exhibit A to the Sale Order.  Buyer and Sellers are also parties to a Transition Services Agreement (the "**TSA**") dated as of December 15, 2019.

---

[2]      Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Motion.

36567683.1 02/13/2020

-3-

5.      Pursuant to the TSA, Sellers agreed to make available to the Buyer specified EisnerAmper personnel to provide transition support services on behalf of Sellers to the Buyer, for which Buyer is obligated to fund pursuant to the terms of the TSA.

6.      The Debtors and EisnerAmper have agreed to amend the terms of EisnerAmper's engagement, as set forth on the letter attached hereto as **Exhibit A**, to reflect the parties current circumstances including with respect to the effectiveness of the TSA.

7.      Other than as expressly modified on Exhibit A, each of the terms and conditions of EisnerAmper's engagement as previously approved by the Court remain in full force and effect.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2020                    */s/ Allen Wilen*
                                                 Allen Wilen
                                                 Partner
                                                 EisnerAmper, LLP

36567683.1 02/13/2020