**<u>Exhibit A to Supplemental Declaration</u>**



EisnerAmper LLP
One Logan Square
130 North 18th Street, Suite 3000
Philadelphia, PA 19103
T 215.881.8800
F 215.881.8801
www.eisneramper.com

This letter shall supplement and modify the prior engagement agreements between EisnerAmper LLP ("**EisnerAmper**") and Philadelphia Health System, LLC and/or its affiliates and subsidiaries (collectively, the "**Client**"), certain of which are debtors in chapter 11 proceedings pending in the United States Bankruptcy Court for the District of Delaware under Case No. 19-11466(KG).  Unless expressly modified by this letter, each of the terms and conditions of the prior engagement agreements shall remain in full force and effect.

Clients St. Christopher's Healthcare, LLC and certain of its direct and indirect subsidiaries (collectively, "**Seller**") are parties to an Asset Purchase Agreement, as amended, with STC OpCo, LLC ("**Buyer**") pursuant to which Buyer acquired and assumed from Seller certain assets and liabilities as enumerated in the Asset Purchase Agreement.  Buyer and Seller also are parties to a Transition Services Agreement dated as of December 15, 2019 LLC (the "**TSA**").

Effective as of December 15, 2019, EisnerAmper's engagement terms are amended as follows:

**Services Relating to the TSA**

1.  Pursuant to the TSA, Seller will make available to Buyer specified EisnerAmper personnel to provide transition support services on behalf of the Seller to the Buyer (the "**EA Transition Services**"), as the Buyer may reasonably request.  Those individuals and services are:

    - Ronald Dreskin – will provide support services to the Buyer's CEO
    - Solomon Torres – will provide support services to the Buyer's COO
    - Dion Oglesby – will provide support services to the Buyer's CFO

2.  None of the foregoing personnel shall assist the Buyer, directly or indirectly, in connection with any dispute between Buyer and any Seller, it being expressly understood that such EisnerAmper personnel are engaged solely by Seller and not by Buyer.

3.  For the EA Transition Services, Buyer is obligated to pay Seller, within 10 days of the end of each month: (i)$237,600 per month (allocated for any partial month); (ii)4% on account of EisnerAmper's overhead costs incurred in providing the EA Transition Services, and (iii) all direct expenses incurred by EisnerAmper in providing the EA Transition Services. Payment to EisnerAmper shall be made in accordance with the existing payment protocol in the Seller's chapter 11 cases for EisnerAmper.

**Services Not Relating to the TSA**

1.  Allen Wilen shall continue to provide CRO Services at the weekly rate of $27,500.00.



2. Ronald Dreskin will provide CEO Consulting Services as requested by the Seller and shall be paid for such services in accordance with paragraph 3 below.  The previous recurring weekly payment for such services shall be terminated effective as of December 15, 2019.

3. Effective as of December 15, 2019, any services performed for Client by Ronald Dreskin (standard rate of $650 per hour) and Dion Oglesby (standard rate of $540 per hour) shall be charged at those standard hourly rates less a discount of 20%.

4. Effective as of December 15, 2019, any services performed for Client by EisnerAmper personnel other than Allen Wilen, Ronald Dreskin and Dion Oglesby shall be charged at their standard hourly rates less a discount of 15%.  The standard rate ranges are as follows:

**DIRECTOR/PARTNER** -   $540 to $640 per hour

**MANAGERS/SENIOR MANAGERS** - $305 to $440 per hour

**ASSOCIATES/SENIORS** - $205 to $295 per hour

**PARAPROFESSIONAL** - $130 to $155 per hour

We consent to the terms and conditions set forth above and in the Standard Terms of Engagement.

**EisnerAmper LLP**

_____

**By:    Allen Wilen**
**Title:  Partner**

