**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |
|  | **Obj. Deadline: January 24, 2020 at 4:00 p.m.** |
|  | **Hearing Date: Only if objection is timely filed** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1275

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from August 1, 2019 through August 31, 2019* [Docket No. 1275] (the "Application"), filed on January 2, 2020.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than January 24, 2020 at 4:00 p.m., prevailing Eastern Time.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 341], the Debtors are authorized to pay the applicant eighty percent (80%) of the requested fees and one hundred percent (100%) of the expenses requested in the Application.

Dated:  February 14, 2020
Wilmington, Delaware

　　　　　　　　　　　　　　　/s/ Domenic E. Pacitti
　　　　　　　　　　　　　　　Domenic E. Pacitti (DE Bar No. 3989)
　　　　　　　　　　　　　　　**KLEHR HARRISON HARVEY BRANZBURG LLP**
　　　　　　　　　　　　　　　919 North Market Street, Suite 1000
　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　Telephone: (302) 426-1189
　　　　　　　　　　　　　　　Facsimile: (302) 426-9193
　　　　　　　　　　　　　　　Email:  dpacitti@klehr.com
　　　　　　　　　　　　　　　　　　myurkewicz@klehr.com
　　　　　　　　　　　　　　　　　　sveghte@klehr.com

　　　　　　　　　　　　　　　*Special Counsel to the Debtors*