# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| CENTERCITY HEALTHCARE, LLC d/b/a <br> HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) <br> ) **Obj. Deadline: January 24, 2020 at 4:00 p.m.** <br> ) **Hearing Date: Only if objection is timely filed** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1276

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 through September 30, 2019* [Docket No. 1276] (the "Application"), filed on January 2, 2020.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than January 24, 2020 at 4:00 p.m., prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

PHIL1 8684164v.1

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 341], the Debtors are authorized to pay the applicant eighty percent (80%) of the requested fees and one hundred percent (100%) of the expenses requested in the Application.

Dated:  February 14, 2020  
Wilmington, Delaware

/s/ Domenic E. Pacitti  
Domenic E. Pacitti (DE Bar No. 3989)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 North Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone: (302) 426-1189  
Facsimile: (302) 426-9193  
Email:  dpacitti@klehr.com  
            myurkewicz@klehr.com  
            sveghte@klehr.com

*Special Counsel to the Debtors*

PHIL1 8684164v.1