**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
| | ) **Related to Docket No. 1371** |
| Debtors. | ) |

**CERTIFICATION OF NO OBJECTION ON REPORT BY
EISNERAMPER LLP OF COMPENSATION EARNED AND
EXPENSES INCURRED FOR THE PERIOD OF
DECEMBER 1, 2019 THROUGH DECEMBER 15, 2019**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the

"**Debtors**") hereby certifies that:

1.     On January 28, 2020, the *Report by EisnerAmper LLP of Compensation Earned*

*and Expenses Incurred for the Period of December 1, 2019 through December 15, 2019* (the

"**Report**") and *Notice of Report* (the "**Notice**") [Docket No. 1371] were filed with the Court.

2.     Pursuant to the Notice, and in accordance with the *Order Authorizing*

*(I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, a*

*Chief Restructuring Officer, an Interim System CEO and Additional Personnel, and (II) the*

*Designation of Allen Wilen as Chief Restructuring Officer and Ronald Dreskin as Interim System*

*Chief Executive Officer to the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 338],

objections, if any, to the Report were required to have been filed with the Court and served on

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

36580360.1 02/17/2020

the undersigned so as to be received on or before 4:00 p.m. on February 7, 2020 (the "Objection

Deadline").

3.      The Objection Deadline has passed and no further objections or responses were

served upon the undersigned counsel or were entered on the Court's docket.

Dated: February 17, 2020                     **SAUL EWING ARNSTEIN & LEHR LLP**

                          By:     */s/ Monique B. DiSabatino*
                                  Mark Minuti (DE Bar No. 2659)
                                  Monique B. DiSabatino (DE Bar No. 6027)
                                  1201 N. Market Street, Suite 2300
                                  P.O. Box 1266
                                  Wilmington, DE  19899
                                  Telephone: (302) 421-6800
                                  Fax: (302) 421-5873
                                  mark.minuti@saul.com
                                  monique.disabatino@saul.com

                                      -and-

                                  Jeffrey C. Hampton
                                  Adam H. Isenberg
                                  Centre Square West
                                  1500 Market Street, 38th Floor
                                  Philadelphia, PA 19102
                                  Telephone: (215) 972-7777
                                  Fax: (215) 972-7725
                                  jeffrey.hampton@saul.com
                                  adam.isenberg@saul.com

                                  *Counsel for Debtors and Debtors in Possession*