# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 1392 & 1393** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

   Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 10th day of February, 2020, she caused a copy of the following documents to be served upon the parties on the attached list in the manner indicated:

***Certification of Counsel Regarding Stipulation to Extend the Time for the Lessors to Deliver the Cure Statement to the Debtors and Buyer Pursuant to the STC Assumption Order***
**[Docket No. 1392]**

***Order Approving Stipulation to Extend the Time for the Lessors to Deliver the Cure Statement to the Debtors and Buyer Pursuant to the STC Assumption Order***
**[Docket No. 1393]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 22888012v.1

_____
Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 11th day of February, 2020.

_____
Notary Public

[Notary Seal: BARBARA J. WITTERS, MY COMMISSION EXPIRES DECEMBER 19, 2020, NOTARY PUBLIC, STATE OF DELAWARE]

Center City Healthcare, LLC
Case No. 19-11466 (KG)
Service List

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Service |
|---|---|---|---|---|---|---|
| Albert Einstein Healthcare Network | Attn: Penny J. Rezet | 5501 Old York Rd | Philadelphia, PA 19141 | | | First Class Mail |
| Arent Fox LLP | Attn: George Angelich/ Phillip Khezri | 1301 Ave of the Americas, Fl 42 | New York, NY 10019 | | | CM/ECF & courtesy First Class Mail |
| Ashby & Geddes, P.A. | Attn: Gregory Taylor / Katharina Earle | 500 Delaware Ave, 8th Fl. | P.O. Box 1150 | Wilmington, DE 19899-1150 | | CM/ECF & courtesy First Class Mail |
| Attorney for the City of PA, City of PA Law Depart | Attn: Megan Harper | 1401 JFK Building, 5th Fl. | Philadelphia, PA 19102-1595 | | | CM/ECF & courtesy First Class Mail |
| Ballard Spahr LLP | Attn: Vincent J. Marriott | 1735 Market Street, 51st Floor | Philadelphia, PA 19103 | | | CM/ECF & courtesy First Class Mail |
| Ballard Spahr LLP | Attn: Tobey M. Daluz | Attn: Chantelle D. McClamb | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 | | CM/ECF & courtesy First Class Mail |
| Barnes & Thornburg LLP | Attn: David Powlen/Kevin Collins | 1000 N West St, Ste 1500 | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Bayard, P.A. | Attn: Justin Alberto/ Sophie Macon | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Berger Law Group, P.C. | Attn: Phillip Berger/Matthew Kaufmann | 919 Conestoga Rd., Bldg. 3, Ste. 114 | Rosemont, PA 19010 | | | First Class Mail |
| Bielli & Klauder, LLC | Attn: David Klauder | 1204 N King St. | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17 Fl | San Francisco, CA 94105-3493 | | | CM/ECF & courtesy First Class Mail |
| Ciardi Ciardi & Astin | Attn: Daniel Astin/ Joseph McMahon | 1204 N. King St | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Ciardi Ciardi & Astin | Attn: Albert Ciardi | One Commerce Square, Ste 3500 | 2005 Market St | Philadelphia, PA 19103 | | CM/ECF & courtesy First Class Mail |
| City of Philadelphia | Attn: Law Dept | 1515 Arch St, 17th Fl | Philadelphia, PA 19102 | | | First Class Mail |
| Commonwealth of PA, Dept of Labor and Industry | Collection Support Unit | Attn: Deb Secrest | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | First Class Mail |
| Denton US, LLP | Attn: Oscar Pinkas/ Lauren Macksoud | 1221 Ave of the Americas | New York, NY 10020 | | | First Class Mail |
| Dilworth Paxson | Attn: Peter C. Hughes | 1500 Market Street, Suite 3500E | Philadelphia, PA 19102 | | | First Class Mail |
| DLA Piper LLP | Attn: Stuart M. Brown | 1201 N Market St, Ste 2100 | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| DLA Piper LLP | Attn: Richard A. Chesley | 444 W Lake St, Ste 900 | Chicago, IL 60606 | | | First Class Mail |
| Drexel University College of Medicine | c/o Cozen O'Connor | Attn: Stephen A. Cozen, Esq. | One Liberty Place | 1650 Market St, Ste 2800 | Philadelphia, PA 19103 | First Class Mail |
| Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | CM/ECF & courtesy First Class Mail |
| Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | Florham Park, NJ 07932-1047 | | | CM/ECF & courtesy First Class Mail |
| Duane Morris LLP | Attn: Mairi V. Luce | 30 S 17th St | Philadelphia, PA 19103-4196 | | | First Class Mail |
| Duane Morris LLP | Attn: Jarret Hitchings | 222 Delaware Ave, Ste 1600 | Wilmington, DE 19801-1659 | | | CM/ECF & courtesy First Class Mail |
| Fineman Krekstein & Harris, PC | Attn: Deirdre M. Richards | 1300 N. King St | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Fox Rothschild LLP | Attn: Thomas Horan | 919 N Market St, Ste 300 | Wilmington, DE 19899-2323 | | | CM/ECF & courtesy First Class Mail |
| Freedman & Lorry, P.C. | C/o Susan A. Murray | Attn: Training & Upgrading Fund | 1601 Market St, Ste 1500 | Philadelphia, PA 19103 | | CM/ECF & courtesy First Class Mail |
| Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell | 1201 N Orange St, Ste 300 | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | | CM/ECF & courtesy First Class Mail |
| Gibbons P.C. | Attn: Dale E. Barney | One Gateway Center | Newark, NJ 07102-5310 | | | CM/ECF & courtesy First Class Mail |
| Gibbons P.C. | Attn: N Songonuga/ R Malone/ D Crapo | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | | CM/ECF & courtesy First Class Mail |
| Greenberg Traurig, LLP | Attn: Dennis A. Meloro | The Nemours Building | 1007 N Orange St, Ste 1200 | Wilmington, DE 19801 | | CM/ECF & courtesy First Class Mail |
| Greenberg Traurig, LLP | Attn: Nancy A. Peterman | 77 W Wacker Dr, Ste 3100 | Chicago, IL 60601 | | | First Class Mail |
| Hogan & McDaniel | Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick | 1311 Delaware Ave | Wilmington, DE 19805 | | | CM/ECF & courtesy First Class Mail |
| Honigman LLP | Attn: E Todd Sable/ Lawrence A. Lichtman | 2290 First National Building | 660 Woodward Ave | Detroit, MI 48226 | | CM/ECF & courtesy First Class Mail |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | First Class Mail |
| International Brotherhood of | Electrical Workers, Local 98 | 1701 Spring Garden St | Philadelphia, PA 19130 | | | First Class Mail |
| JD Thompson Law | C/O Sodexo, Inc. | Attn: Judy D. Thompson | P.O. Box 33127 | Charlotte, NC 28233 | | CM/ECF & courtesy First Class Mail |
| Jeffer Mangels Butler & Mithcell LLP | Attn: Marianne S. Martin | 1900 Ave of the Stars, 7th FL | Los Angeles, CA 90067 | | | First Class Mail |
| Jones Walker LLP | Attn: Jeffrey R. Barber | 190 E Capitol St, Ste 800 | P.O. Box 427 | Jackson, MS 39205-0427 | | CM/ECF & courtesy First Class Mail |
| Kirkland & Ellis LLP | Attn: Nicole Greenblatt | 601 Lexington Ave | New York, NY 10022 | | | CM/ECF & courtesy First Class Mail |
| Kirkland & Ellis LLP | Attn: Stephen Hackney/Gregory Pesce | 300 N LaSalle | Chicago, IL 60654 | | | First Class Mail |
| Kurtzman, Steady, LLC. | Attn: Jeffrey Kurtzman | 401 S 2nd St, Ste 200 | Philadelphia, PA 19147 | | | First Class Mail |
| Law Offices of Mitchell J. Malzberg, LLC | Attn: Mitchell J. Malzberg | P.O. Box 5122 | 6 E Main St, Ste 7 | Clinton, NJ 08809 | | CM/ECF & courtesy First Class Mail |
| Markowitz & Richman | Attn: Jonathan Walters, Esquire | 123 South Broad St, Ste 2020 | Philadelphia, PA 19109 | | | First Class Mail |
| Markowitz and Richman | Attn: Claiborne S. Newlin | Legal Arts Building | 1225 King St, Ste 804 | Wilmington, DE 19801 | | First Class Mail |
| Maron Marvel Bradley Anderson & Tardy, LLC. | Attn: Stephanie A. Fox | 1201 N Market St, Ste 900 | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Mattleman Weinroth & Miller, P.C | Attn: Christina Pross | 200 Continental Drive, Ste 215 | Newark, DE 19713 | | | CM/ECF & courtesy First Class Mail |
| McCarter & English, LLP | Attn: William F. Taylor | Renaissance Centre | 405 N King St, 8th Fl | Wilmington, DE 19801 | | CM/ECF & courtesy First Class Mail |
| Med One Capital Funding, LLC. | c/o Ray Quinney & Nebecker, P.C | Attn: David H. Leigh | 36 S State St, 14th FL | Salt Lake City, UT 84111 | | First Class Mail |
| Moye White LLP | Attn: Timothy M. Swanson/Vikrama S. Chandrasheka | 1400 16th St, 6th Fl | Denver, CO 80202 | | | CM/ECF & courtesy First Class Mail |
| National Union of Hospital and | Healthcare Employees, District 1199C | 1319 Locust St | Philadelphia, PA 19107 | | | First Class Mail |
| National Union of Hospital and | Healthcare Employees, AFSCME, AFL-CIO | 1201 N Market St, Ste 900 | Philadelphia, PA 19107 | | | First Class Mail |
| O'Donoghue & O'Donoghue LLP | Attn: Lance Geren, Esq. | 325 Chestnut St, Ste 600 | Philadelphia, PA 19106 | | | CM/ECF & courtesy First Class Mail |
| Office of Attorney General | Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/ | The Phoenix Building | 1600 Arch St, 3rd Fl | Philadelphia, PA 19103 | | CM/ECF & courtesy First Class Mail |
| Office of the Attorney General | Attn: Josh Shapiro, Esquire | 16th Fl, Strawberry Square | Harrisburg, PA 17120 | | | First Class Mail |
| Office of the United States Attorney | for the District of Delaware | Attn: David C. Weiss, Esquire | Hercules Building | 1313 N Market St | Wilmington, DE 19801 | First Class Mail |
| Office of The United States Trustee | Attn: Benjamin Hackman | 844 King St, Ste 2207 | Lockbox 35 | Wilmington, DE 19801-3519 | | First Class Mail |

Center City Healthcare, LLC
Case No. 19-11466 (KG)
Service List

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Service |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones/Timothy Cairns | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | | CM/ECF & courtesy First Class Mail |
| Pearlman & Miranda, LLC. | Attn: Patricia A Celano | 110 Edison Pl, Ste 301 | Newark, NJ 07102 | | | CM/ECF & courtesy First Class Mail |
| Pennsylvania Association of Staff Nurses and Allied Professionals | | 1 Fayette Street, Suite 475 | Conshohocken, PA 19428 | | | First Class Mail |
| Pennsylvania Department of Health | Attn: Dr. Rachel Levine | Health and Welfare Building | 625 Forester St, 8th Fl W | Harrisburg, OA 17120 | | First Class Mail |
| Pepper Hamilton, LLP | Attn: Francis J. Lawall | 3000 Two Logan Square | Eighteenth and Arch Streets | Philadelphia, PA 19103-2799 | | First Class Mail |
| Pepper Hamilton, LLP | Attn: Marcy J. McLaughlin | 1313 N Market St, P.O. Box 1709 | Hercules Plaza, Ste 5100 | Wilmington, DE 19899-1709 | | CM/ECF & courtesy First Class Mail |
| Polsinelli P.C | Attn: Christopher A. Ward | 222 Delaware Ave, Ste 1101 | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Potter Anderson & Corcoran LLP | Attn: Jeremy W. Ryan | 1313 North Market St, 6th Fl | P.O. Box 951 | Wilmington, DE 19899 | | CM/ECF & courtesy First Class Mail |
| Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti/Monique DiSabatino | 1201 N. Market Street, Suite 2300 | P.O. Box 1266 | Wilmington, DE 19899 | | CM/ECF & courtesy First Class Mail |
| Saul Ewing Arnstein & Lehr LLP | Attn: Jeffrey Hampton/Adam Isenberg | Attn: Aaron Applebaum | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia, PA 19102 | CM/ECF & courtesy First Class Mail |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | 824 N. Market St, Ste 800 | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | One Constitution Plaza | Hartford, CT 06103-1919 | | | First Class Mail |
| Sills Cummis & Gross P.C | Attn: Andrew Sherman/ Boris Mankovetskiy | The Legal Center | One Riverfront Plaza | Newark, NJ 07102 | | CM/ECF & courtesy First Class Mail |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston | 919 N Market St, Ste 1300 | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | 620 Freedom Business Ctr, Ste 200 | King of Prussia, PA 19406 | | | First Class Mail |
| Stinson LLP | Attn: Darrell Clark / Tracey Ohm | 1775 Pennsylvania Ave NW, Ste 800 | Washington, D.C 20006 | | | CM/ECF & courtesy First Class Mail |
| Stoel Rives LLP | Attn: Marc A. Al | 33 S 6th St, Ste 4200 | Minneapolis, MN 55402 | | | First Class Mail |
| Stradley Ronan Stevens & Young, LLP | Attn: Deborah A. Reperowitz | 100 Park Avenue, Suite 2000 | New York, NY 10017 | | | First Class Mail |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Joelle E. Polesky | 1000 N West St, Ste 1279 | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Gretchen M. Santamour | 2005 Market St, Ste 2600 | Philadelphia, PA 19103 | | | First Class Mail |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S Mopac Expressway, Ste 320 | Austin, TX 78746 | | | CM/ECF & courtesy First Class Mail |
| Sullivan, Hazeltine, Allison, LLC. | Attn: William D. Sullivan | 901 N Market St, Ste 1300 | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| The Rosner Law Gorup LLC | Attn: Frederick B. Rosner | 824 N. Market St, Ste 810 | Wilmington, DE 19801 | | | CM/ECF & courtesy First Class Mail |
| Troutman Sanders LLP | Attn: Louis A. Curcio | Attn: Jessica Mikhailevich | 875 Third Ave | New York, NY 10022 | | CM/ECF & courtesy First Class Mail |
| Troutman Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | | First Class Mail |
| U.S. Department of Justice | Attn: Marc Sacks | Civil Division | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044 | CM/ECF & courtesy First Class Mail |
| Underwood Perkins, P.C. | Attn: David Campbell/ Eli Pierce | Two Lincoln Centre | 5420 LBJ Fwy, Ste 1900 | Dallas, TX 75240 | | CM/ECF & courtesy First Class Mail |
| United States Department of Justice | Attn: Civil Division | 1100 L St, NW, 10030 | Washington, DC 20005 | | | First Class Mail |
| United States Department of Justice | 950 Pennsylvania Ave, NW | Washington, DC 20530-0001 | | | | First Class Mail |
| White and Williams LLP | Attn: Marc S. Casarino | 600 N King St, Ste 800 | Wilmington, DE 19899-0709 | | | CM/ECF & courtesy First Class Mail |
| White and Williams LLP | Attn: Amy E. Vulpio | 1650 Market St, 18th FL | Philadelphia, PA 19103 | | | First Class Mail |
| Willig, Williams & Davidson | Attn: Jessica Kolansky | 1845 Walnut St, 24th Fl | Philadelphia, PA 19103 | | | First Class Mail |