# EXHIBIT D

**EXPENSE SUMMARY**

**Expense Summary**

**For the Period from December 1, 2019 through December 31, 2019**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (416 pages @ $.10 per page) | | $41.60 |
| Cab / Car Service | *See attached chart* | $325.47 |
| Good Standing Certificate | ATA Corporate Services LLC | $170.00 |
| Legal Research | Westlaw | $1,470.04 |
| Meals | *See attached chart* | $52.35 |
| Messenger Service | Parcels, Inc. | $15.00 |
| Miscellaneous | Federal Express (scanning of documents while out of town) | $16.79 |
| Mileage | *See attached chart* | $416.02 |
| Overnight Delivery | Federal Express | $29.28 |
| Parking | *See attached chart* | $272.00 |
| Service Fees | Tips for cleaning people for St. Christopher's auction | $50.00 |
| Teleconferencing | CourtCall | $37.00 |
| Train | *See attached chart* | $202.20 |
| Transcript | Reliable Copy Service | $355.25 |
| **Total** | | **$3,453.00** |

| **TRAVEL DETAIL** |
| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 08/08/19 | Eagles Taxi LLC | (1) Cathy Santangelo | Cab from office to home after working overtime | $35.90 |
| 09/19/19 | Eagles Taxi LLC | (1) Cathy Santangelo | Cab from office to home after working overtime | $36.35 |
| 09/19/19 | Eagles Taxi LLC | (1) Kathy Powers | Cab from office to home after working overtime | $64.92 |
| 12/03/19 | Uber | (2) Jeffrey C. Hampton, Adam H. Isenberg | Car from office to meeting at St. Christopher's Hospital | $39.46 |
| 12/03/19 | Uber | (1) Paul M. Heylman | Car from train station to meeting at St. Christopher's Hospital | $21.71 |
| 12/03/19 | Uber | (1) Paul M. Heylman | Car from meeting at St. Christopher's Hospital to office | $35.46 |
| 12/10/19 | Uber | (1) Melissa A. Martinez | Car from office to St. Christopher's Hospital for document review | $16.53 |
| 12/10/19 | Uber | (1) Melissa A. Martinez | Car from St. Christopher's Hospital to office after document review | $28.17 |
| 12/12/19 | Lyft | (1) Melissa A. Martinez | Car from home to St. Christopher's Hospital for document review | $29.52 |
| 12/12/19 | Lyft | (1) Melissa A. Martinez | Car from St. Christopher's Hospital to office after document review | $17.45 |
| 11/25/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for hearing | $45.44 |
| 11/25/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for hearing | $46.40 |
| 12/03/19 | Paul M. Heylman | (1) Paul M. Heylman | (Mileage) Traveling from home to BWI and back for client meeting in Philadelphia | $39.90 |
| 12/12/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for hearing | $45.44 |
| 12/12/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for hearing | $46.40 |
| 12/17/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for hearing | $45.44 |
| 12/17/19 | Joel C. Hopkins | (1) Joel C. Hopkins | (Mileage) Traveling from Harrisburg, PA to Wilmington and back for hearing | $100.60 |

36585543.1 02/27/2020

| Date | Vendor | Person | Description | Amount |
|---|---|---|---|---|
| 12/17/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for hearing | $46.40 |
| 11/25/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for hearing | $18.00 |
| 11/25/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 12/03/19 | MARC | (1) Paul M. Heylman | Parking at BWI for client meeting in Philadelphia | $9.00 |
| 12/10/19 | Parkway Corp. Centre Square | (1) Adam H. Isenberg | Parking in Philadelphia for St. Christopher's sale | $41.00 |
| 12/12/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for hearing | $20.00 |
| 12/12/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 12/13/19 | Parkway Corp. Centre Square | (1) Aaron S. Applebaum | Parking in Philadelphia for document review | $35.00 |
| 12/16/19 | Parkway Corp. Centre Square | (1) Adam H. Isenberg | Parking in Philadelphia for St. Christopher's closing | $41.00 |
| 12/17/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for hearing | $20.00 |
| 12/17/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 12/17/19 | Colonial Parking Authority | (1) Aaron S. Applebaum | Parking in Wilmington for hearing | $12.00 |
| 12/17/19 | Colonial Parking Authority | (1) Joel C. Hopkins | Parking in Wilmington for hearing | $16.00 |
| 12/03/19 | Amtrak | (1) Paul M. Heylman | Train from BWI to Philadelphia for client meeting | $79.20 |
| 12/03/19 | Amtrak | (1) Paul M. Heylman | Train from Philadelphia to BWI for client meeting | $123.00 |
| | | **TOTAL** | | **$1215.69** |

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 09/18/19 | Nuts to You and Pretzel Factory | Approximately 30 people | Snacks for auction | $23.63 |
| 11/06/19 | Palmtree Gourmet | (2) Allen Wilen and Jeffrey C. Hampton | Lunch after PAHS meeting | $28.72 |
| **TOTAL** | | | | **$52.35** |



| Philadelphia Academic Health System, LLC | Invoice Number | 2535959 |
| 222 N. Sepulveda Blvd. | Invoice Date | 01/31/20 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 12/03/19 | Photocopying | 36.00 | |
| 12/16/19 | Photocopying | 5.60 | |
| | Total Photocopying | | 41.60 |
| 12/06/19 | Taxi/Car Service; VENDOR: Uber; 12/03/19; Uber to and from office for meeting at St. Christopher's Hospital for Jeffrey C. Hampton and Adam H. Isenberg | 39.46 | |
| 12/11/19 | Taxi/Car Service; VENDOR: Uber; 12/03/19; Uber from train station to office for meeting at St. Christopher's Hospital for Paul M. Heylman | 21.71 | |
| 12/11/19 | Taxi/Car Service; VENDOR: Uber from meeting at St. Christopher's Hospital to office for Paul M. Heylman | 35.46 | |
| 12/12/19 | Taxi/Car Service; VENDOR: Uber; 12/10/19; Uber from office to St. Christopher's Hospital for document review regarding Medline litigation for Melissa A. Martinez | 16.53 | |
| 12/12/19 | Taxi/Car Service; VENDOR: Uber; 12/10/19; Uber to office from St. Christopher's Hospital for document review regarding Medline litigation for Melissa A. Martinez | 28.17 | |
| 12/16/19 | Taxi/Car Service; VENDOR: Lyft; 12/12/19; Lyft from St. Christopher's Hospital to office for document review for Melissa A. Martinez | 17.45 | |
| 12/16/19 | Taxi/Car Service; VENDOR: Lyft; 12/12/19; Lyft from home to St. Christopher's Hospital for document review for Melissa A. Martinez | 29.52 | |
| 12/27/19 | Cab Fare - - VENDOR: Eagles Taxi LLC 8/8/2019 cab fare for working overtime for Cathy Santangelo | 35.90 | |
| 12/27/19 | Cab Fare - - VENDOR: Eagles Taxi LLC 9/19/2019 cab fare for working overtime for Cathy Santangelo | 36.35 | |
| 12/27/19 | Cab Fare - - VENDOR: Eagles Taxi LLC 9/19/2019 cab fare for working overtime for Kathy Powers | 64.92 | |
| | Total Cab Fare | | 325.47 |
| 12/02/19 | Mileage; VENDOR: Adam H. Isenberg; 11/25/19; Travel from Elkins Park to Wilmington and return to attend hearing | 45.44 | |
| 12/11/19 | Mileage; VENDOR: Paul M. Heylman; 12/03/19; Travel round trip to BWI to attend client meeting in Philadelphia | 39.90 | |
| 12/19/19 | Mileage; VENDOR: Adam H. Isenberg; 12/17/19; Mileage from Elkins Park to Wilmington and return to attend hearing | 45.44 | |

36562192.1 02/26/2020

| 376719 00002 01/31/20 | Philadelphia Academic Health System, LLC, et. al Expenses | Invoice Number 2535959 Page 2 | |
|---|---|---|---|
| 12/19/19 | Mileage; VENDOR: Adam H. Isenberg; 12/12/19; Mileage from Elkins Park to Wilmington and return to attend hearing | 45.44 | |
| 12/19/19 | Mileage; VENDOR: Jeffrey C. Hampton; 12/12/19; Mileage from Philadelphia to Wilmington and return to attend hearing | 46.40 | |
| 12/19/19 | Mileage; VENDOR: Joel C. Hopkins; 12/17/19; Travel from Harrisburg to Wilmington and return to attend hearing | 100.60 | |
| 12/20/19 | Mileage; VENDOR: Jeffrey C. Hampton; 11/25/19; Travel from Philadelphia to Wilmington and return to attend hearing | 46.40 | |
| 12/20/19 | Mileage; VENDOR: Jeffrey C. Hampton; 12/17/19; Travel from Philadelphia to Wilmington and return to attend hearing | 46.40 | |
| | Total Mileage | | 416.02 |
| 12/10/19 | Good Standing Certificate(s); VENDOR: ATA Corporate Services LLC; Philadelphia Academic Medical Associates, LLC | 80.00 | |
| 12/10/19 | Good Standing Certificate(s); VENDOR: ATA Corporate Services LLC; St. Christopher's Healthcare, LLC | 90.00 | |
| | Total Good Standing Certificate(s) | | 170.00 |
| 12/06/19 | Messenger Service; VENDOR: Parcels, Inc; 11/21/19; Hand delivery to Judge Gross | 7.50 | |
| 12/06/19 | Messenger Service; VENDOR: Parcels, Inc; 11/22/19; Hand delivery to Judge Gross | 7.50 | |
| | Total Messenger Service | | 15.00 |
| 12/02/19 | Parking; VENDOR: Colonial Parking Authority; 11/25/19; Parking in Wilmington for Adam H. Isenberg to attend hearing | 18.00 | |
| 12/20/19 | Parking; VENDOR: Colonial Parking Authority; 11/25/19; Parking in Wilmington for Jeffrey C. Hampton to attend hearing | 20.00 | |
| 12/11/19 | Parking; VENDOR: MARC; 12/03/19; Parking at BWI for Paul M. Heylman to attend client meeting in Philadelphia | 9.00 | |
| 12/16/19 | Parking; VENDOR: Parkway Corp. Centre Square; 12/10/19; Parking in Philadelphia for Adam H. Isenberg to work late regarding STC sale | 41.00 | |
| 12/19/19 | Parking; VENDOR: Colonial Parking Authority; 12/12/19; Parking in Wilmington for Adam H. Isenberg to attend hearing | 20.00 | |
| 12/19/19 | Parking; VENDOR: Colonial Parking Authority; 12/12/19; Parking in Wilmington for Jeffrey C. Hampton to attend hearing | 20.00 | |
| 12/19/19 | Parking; VENDOR: Parkway Corp. Centre Square; 12/13/19; Parking in Philadelphia for Aaron S. Applebaum to drove to St. Christopher's Hospital for Medline documents review | 35.00 | |
| 12/19/19 | Parking; VENDOR: Parkway Corp. Centre Square; 12/16/19; Parking in Philadelphia for Adam H. Isenberg to attend to closing issues | 41.00 | |
| 12/19/19 | Parking; VENDOR: Colonial Parking Authority; 12/17/19; Parking in Wilmington for Aaron S. Applebaum to attend hearing | 12.00 | |
| 12/19/19 | Parking; VENDOR: Colonial Parking Authority; 12/17/19; Parking in Wilmington for Joel C. Hopkins to attend hearing | 16.00 | |
| 12/19/19 | Parking; VENDOR: Colonial Parking Authority; 12/17/19; Parking in Wilmington for Adam H. Isenberg to attend hearing | 20.00 | |
| 12/20/19 | Parking; VENDOR: Colonial Parking Authority; 12/17/19; Parking in Wilmington for Jeffrey C. Hampton to attend hearing | 20.00 | |
| | Total Parking | | 272.00 |
| 12/04/19 | Service Fees - - VENDOR: J. Kennedy 9/18,20/19 Tips for cleaning people for St. Christopher's Auction | 50.00 | |
| | Total Service Fees | | 50.00 |
| 12/02/19 | Misc. Other; VENDOR: Federal Express; 10/31/19; Scanning of documents for PAHS at FedEx office while in Washington DC | 16.79 | |
| | Total Misc. | | 16.79 |

36562192.1 02/26/2020

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2535959 | |
| 00002 | Expenses | Page 3 | |
| 01/31/20 | | | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 12/26/19 | Federal Express 12/16/2019 To: US Bank Govt Lockbox From: Adam Isenberg | 29.28 | |
| | Total Federal Express | | 29.28 |
| 12/11/19 | Travel Train; VENDOR: Amtrak; 12/03/19; Train from Philadelphia to BWI for Paul M. Heylman after attending client meeting in Philadelphia | 79.20 | |
| 12/11/19 | Travel Train; VENDOR: Amtrak; 12/03/19; Train from BWI to Philadelphia for Paul M. Heylman to attend client meeting in Philadelphia | 123.00 | |
| | Total Other Rail Travel | | 202.20 |
| 12/19/19 | Teleconferencing; VENDOR: Courtcall LLC; 12/12/19; Appearance for Mark Minuti and Monique DiSabatino | 37.00 | |
| | Total Teleconferencing | | 37.00 |
| 12/04/19 | Meals - - VENDOR: Nuts to You and Pretzel Factory 9/18/19 Snacks for St. Christopher's Auction | 23.63 | |
| 12/20/19 | Meals Lunch; VENDOR: Palmtree Gourmet; 11/06/19; Lunch with Allen Wilen and Jeffrey Hampton re PAHS meeting | 28.72 | |
| | Total Meals | | 52.35 |
| 12/09/19 | Transcript; VENDOR: Reliable Copy Service - DE; 11/25/19 Hearing | 355.25 | |
| | Total Transcript | | 355.25 |
| 12/03/19 | Westlaw Legal Research | 715.00 | |
| 12/03/19 | Westlaw Legal Research | 71.50 | |
| 12/13/19 | Westlaw Legal Research | 154.44 | |
| 12/16/19 | Westlaw Legal Research | 143.00 | |
| 12/30/19 | Westlaw Legal Research | 386.10 | |
| | Total Westlaw Legal Research | | 1,470.04 |
| | CURRENT EXPENSES | | 3,453.00 |

**TOTAL AMOUNT OF THIS INVOICE**  3,453.00