**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, ) | |
| *et al.*,[1] ) | (Jointly Administered) |
| Debtors. ) | |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
ORDER APPROVING STIPULATION AMONG THE DEBTORS,
DREXEL UNIVERSITY, AND TENET HEALTHSYSTEM MEDICAL, INC.**

The undersigned counsel to Drexel University ("Drexel"), hereby certifies as follows:

1. On January 11, 2018, Center City Healthcare, LLC d/b/a Hahnemann University Hospital ("Hahnemann"), St. Christopher's Healthcare, LLC d/b/a St Christopher's Hospital for Children ("St. Christopher's") and certain other parties purchased certain assets from Tenet Business Services Corporation and its affiliates, including Tenet HealthSystem Medical, Inc. ("Tenet") pursuant to an Asset Sale Agreement dated August 31, 2017 (the "Hahnemann Sale").

2. Pursuant to various subleases with and from sub-lessor St. Christopher's (the "Subleases"), Drexel previously subleased space (the "Drexel Space") in certain buildings adjacent to buildings occupied by Hahnemann (the "Hahnemann Space") to house the Drexel University College of Medicine ("DUCOM") and certain programs ancillary thereto. Since the rejection of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatrics Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

such Subleases, Drexel leases such space from PAHH Bellet MOB, LLC, and PAHH Feinstein MOB, LLC, PAHH New College, MOB, LLC, or certain affiliates thereof (collectively, "HSRE").

3. The Drexel Space and the Hahnemann Space share certain services (the "Shared Services") housed in the Hahnemann Space, including a PBX system (the "PBX System") that hosts telecommunications services provided by Manhattan Telecommunications Corporation ("MetTel"), including certain phone numbers and related switches necessary to the operation of the PBX System and integral to the operations of Drexel in the Drexel Space (the "Drexel Phone Service") and to certain remaining operations of Hahnemann (the "Hahnemann Phone Service" and, with the Drexel Phone Service, the "Phone Service"). In accordance with the Subleases, Hahnemann and/or St. Christopher's arranged for and undertook the cost of the operation of the PBX System and the provision of the Phone Service to both the Drexel Space and the Hahnemann Space.

4. On June 30, 2019 and July 1, 2019 (collectively, the "Petition Date"), Hahnemann, St. Christopher's and certain of their affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5. On August 30, 2019, the Debtors filed the *Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases* [D.I. 620] (the "Rejection Motion") seeking to reject the Leases.

6. On September 13, 2019, Drexel filed the *Limited Objection of Drexel University to Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases* [D.I. 710], objecting to the Rejection Motion to the extent it sought to cease providing Drexel with access to the Shared Services, including the PBX System and the Drexel Phone Service.

7. On November 25, 2019, the Court entered its *Order Approving Stipulation Between Debtors and Master Landlords Regarding Rejection of Leases and Allowed Administrative Claim* [D.I. 1057]. Included in the stipulation so approved is an agreement by the Debtors to permit access by HSRE and Drexel to the Shared Services ("Access"), and specifically to the PBX System, for so long as the Debtors remain in possession of the Hahnemann Space.

8. Notwithstanding the Hahnemann Sale, Tenet remains the record owner of the Phone Service, and MetTel therefore requires Tenet to execute any assignment of the Drexel Phone Service to Drexel and the Hahnemann Phone Service to Hahnemann (the "Assignments"). Tenet has agreed to execute the Assignments subject to court approval of the *Stipulation Among the Debtors, Drexel University, and Tenet HealthSystem Medical, Inc.* (the "Stipulation"), attached as Exhibit A to the proposed *Order Approving Stipulation Among the Debtors, Drexel University, and Tenet HealthSystem Medical, Inc.* (the "Proposed Order").

9. Upon the execution of the Assignments, transfer of the Phone Service, and provision of Access, Drexel will assume and become responsible for the costs of operating the PBX System and to provide Phone Service to Hahnemann during such time as Drexel is operating the PBX System (the "Usage Period"), subject to any rights of offset of such costs against rent due for the Drexel Space. Upon, and in connection with, the termination of the Usage Period, Drexel agrees to provide reasonable assistance to the Debtors to effect an orderly transition of the Hahnemann Phone Service without interruption.

10. The Proposed Order and the Stipulation have been reviewed by the Debtors, Drexel, and Tenet and each has consented to the entry of the Proposed Order approving the Stipulation.

4

WHEREFORE, Drexel respectfully requests that the Court enter the Proposed Order approving the Stipulation at its earliest convenience and grant such other and further relief as the Court deems just and proper.

<table>
<tr><td>Dated: February 27, 2020<br>Wilmington, Delaware</td><td>Respectfully submitted,<br><br>/s/ Tobey M. Daluz<br>Tobey M. Daluz (No. 3939)<br>Chantelle D. McClamb (No. 5978)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 252-4465<br>Fax: (302) 252-4466<br>daluzt@ballardspahr.com<br>mcclambc@ballardspahr.com<br><br>and<br><br>Vincent J. Marriott III, Esq.*<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Tel: (215) 665-8500<br>Fax: (215) 864-8999<br>marriott@ballardspahr.com<br><br>(*admitted pro hac vice)<br>*Counsel for Drexel University*</td></tr>
</table>