# CERTIFICATE OF SERVICE

I, Tobey M. Daluz, Esquire, do hereby certify that, on this 27th day of February 2020, I caused a true and correct copy of the *Certification of Counsel Regarding the Proposed Order Approving Stipulation Among the Debtors, Drexel University, and Tenet HealthSystem Medical, Inc.* to be served on the addresses on the attached list in the manner indicated thereon.

/s/ Tobey M. Daluz
Tobey M. Daluz

## VIA HAND DELIVERY

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 19102

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Thomas M. Horan
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899-2323

Joelle E. Polesky
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801

## VIA FIRST CLASS MAIL

Gretchen M. Santamour
Deborah Reperowitz
Mark J. Dorval
Joseph W. Catuzzi
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Kathryn L. Stevens
David L. Kane
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Matthew R. Brooks
Troutman Sanders LLP
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308

Douglas Carlson
Douglas Carlson LLC
330 N. Wabash, #3300
Chicago, IL 60611

Richard A. Chesley
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606

Louis Curcio
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

Jeffrey Cutler
PO Box 2806
York, PA 17405

Nicole L. Greenblatt
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Stephen C. Hackney
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Phillip Khezri
Arent Fox LLP
1301 Avenue of the Americas
New York, NY 10019

Suzanne Koenig
SAK Management Services, LLC
300 Saunders Road, Suite 300
Riverwoods, IL 60015

Robert Lapowsky
Stevens & Lee
620 Freedom Business Center, Suite 200
King of Prussia, PA 19046

Mitchell Malzberg
Law Offices of Mitchell J. Malzberg, LLC
6 E. Main Street, Suite 7
PO Box 5122
Clinton, NJ 08809

Rachel Jaffe Mauceri
Morgan Lewis Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Lawrence G. McMichael
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Jessica Mikhailevich
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

Omni Management Group, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367

Gregory Francis Pesce
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

Lisa M. Rhode
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103

Phillip D. Berger
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA 19010

Kelly Ann Cody
Self Inc. Womens Shelter
1305 W. Susquehanna Ave.
Philadelphia, PA 19122

Med One Capital Funding, LLC
c/o Ray Quinney & Nebeker, P.C.
36 South State Street, 14th Floor
Salt Lake City, UT 84111
Attn.: David H. Leigh

Tracy M. Ohm
Stinson LLP
1150 18th Street N.W., Suite 800
Washington, DC 20036

Oscar N. Pinkas
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Ira Neil Richards
David Smith
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Shades of Green, Inc.
1777 South Pennsylvania Avenue
Morrisville, PA 19067

William J. Wickward Jr.
2179 East Lyon Station Road
Creedmoor, NC 27522