# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 3, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[2]

**CONTINUED MATTERS:**

1. Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements [D.I. 1134; filed: 12/11/19]

   Response Deadline: December 17, 2019 at 12:00 p.m. Extended to January 2, 2020 at 10:00 a.m. for the Debtors.

   Responses Received:

   A. The Official Committee of Unsecured Creditors' (I) Omnibus Objection to Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements and (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage, and (II) Reply to the Order for Rule to Show Cause Directed to Debtors [D.I. 1189; filed: 12/17/19]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

    B.    Debtors' Omnibus Objection and Response to (A) Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements, (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage and (C) Order for Rule to Show Cause Directed to Debtors [D.I. 1268; filed: 01/02/20]

Related Documents: None

Status: This matter will be resolved if Agenda Item No. 4 is approved. This matter is not going forward.

2. Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage [D.I. 1141; filed: 12/11/19]

Response Deadline: December 17, 2019 at 12:00 p.m. Extended to January 2, 2020 at 10:00 a.m. for the Debtors.

Responses Received:

    A.    The Official Committee of Unsecured Creditors' (I) Omnibus Objection to Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements and (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage, and (II) Reply to the Order for Rule to Show Cause Directed to Debtors [D.I. 1189; filed: 12/17/19]

    B.    Debtors' Omnibus Objection and Response to (A) Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements, (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage and (C) Order for Rule to Show Cause Directed to Debtors [D.I. 1268; filed: 01/02/20]

Reply:

    C.    The Commonwealth of Pennsylvania Department of Health's Reply in Support of Its Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage [D.I. 1368; filed: 01/28/20]

Related Documents:  None

Status: This matter will be resolved if Agenda Item No. 4 is approved.  This matter is not going forward.

3. Order for Rule to Show Cause Directed to Debtors [D.I. 1169; signed and docketed: 12/16/19]

    Responses Received:

    A. The Official Committee of Unsecured Creditors' (I) Omnibus Objection to Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements and (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage, and (II) Reply to the Order for Rule to Show Cause Directed to Debtors [D.I. 1189; filed: 12/17/19]

    B. Debtors' Omnibus Objection and Response to (A) Emergency Motion of Ad Hoc Committee of Hahnemann Residents and Fellows to Compel Debtors to Provide Professional Liability Insurance in Accordance with Resident Employment Agreements, (B) The Commonwealth of Pennsylvania Department of Health's Motion for an Order Compelling Debtors to Obtain Post-Closure Tail Insurance Coverage and (C) Order for Rule to Show Cause Directed to Debtors [D.I. 1268; filed: 01/02/20]

    Status: This matter is not going forward.

**MATTER GOING FORWARD:**

4. Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Authority to Purchase Specified Professional Liability Tail Insurance [D.I. 1418; filed: 02/20/20]

    Response Deadline:  February 25, 2020 at 4:00 p.m.; extended to February 28, 2020 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

    Responses Received:

    A. The Official Committee of Unsecured Creditors' Response [D.I. 1436; filed: 02/28/20]

    Related Documents:

    A. Order Granting Motion of Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Authority

to Purchase Specified Professional Liability Tail Insurance [D.I. 1422; signed and docketed: 02/21/20

B.  Notice of Hearing [D.I. 1425; filed: 02/21/20]

<u>Status</u>: This matter is going forward.

| | |
|---|---|
| Dated: February 28, 2020 | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | By: */s/ Mark Minuti* |
| | Mark Minuti (DE Bar No. 2659) |
| | Monique B. DiSabatino (DE Bar No. 6027) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE  19899 |
| | Telephone: (302) 421-6800 |
| | Fax: (302) 421-5873 |
| | mark.minuti@saul.com |
| | monique.disabatino@saul.com |
| | |
| | -and- |
| | |
| | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| | Aaron S. Applebaum (DE Bar No. 5587) |
| | Centre Square West |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | aaron.applebaum@saul.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |