IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) |
| *et al.*,[1] | ) (Jointly Administered) |
| Debtors. | ) |

**ORDER APPROVING STIPULATION AMONG THE DEBTORS,
DREXEL UNIVERSITY, AND TENET HEALTHSYSTEM MEDICAL, INC.**

Upon consideration of the *Certification of Counsel Regarding the Proposed Order Approving Stipulation Among the Debtors, Drexel University, and Tenet HealthSystem Medical, Inc.,* (the "Certification of Counsel")[2] filed by Drexel University ("Drexel") requesting that this Court enter an order approving the Stipulation attached hereto as Exhibit A:

**IT IS HEREBY ORDERED THAT:**

1. The Debtors, Drexel, and Tenet are authorized to enter into and perform under the Stipulation, and the Stipulation is hereby approved.

2. The Debtors, Drexel, and Tenet are authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the terms of the Stipulation.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatrics Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Certification of Counsel.

3. This Order shall become effective immediately upon its entry and shall not be stayed notwithstanding anything in the Federal Rules of Bankruptcy Procedure to the contrary.

4. This Court shall retain jurisdiction with respect to the Stipulation and any matters related to or arising from the Stipulation and the implementation of this Order.

**Dated: February 28th, 2020**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

36404273.2 02/27/2020

2