# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC    **COURTROOM LOCATION: 3**

**CASE NO.:** 19-11466 (KG)    **DATE:** 3/3/2020

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Sherman | Sills Cummis | Committee |
| Boris Mankovetskiy | Sills Cummis | " |
| Stuart Brown | DLA Piper | HSRE-PAHH, LLC |
| Thomas Horan | Fox Rothschild | Committee |
| Curtis Miller | Morris Nichols | ACGME |
| Dana Carlson | | " |
| Mark Minuti | Saul Ewing Arnstein Lehr | Debtors |
| Julia C. Hunt | " | " |
| Joel Hopkins | " | " |
| Monique D. Sebastian | " | " |
| Rich Barkasy | Schnader Harrison Segal + Lewis LLP | PA Dept. of Health |
| Jeremy Ryan | Potter Anderson & Corroon | Ad Hoc Committee of Residents |
| Brendan Schlauch | RLF | PAHH |
| Suzanne Uhland | OMM | " |
| Samantha Indelicato | OMM | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Tenet/Conifer |

## SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC

**CASE NO.:** 19-11466 (KG)

**COURTROOM LOCATION: 3**

**DATE:** 3/3/2020

②

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Carickhoff | Archer | Various Physician Groups |
| Benjamin Hackman | | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware

## Confirmed Telephonic Appearance Schedule

### Honorable Kevin Gross

### Courtroom

*1st Revision  Mar 3 2020 7:09AM*

| Calendar Date: | 03/03/2020 |
| Calendar Time: | 10:00 AM ET |

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10419526 | Svetlana Attestatova | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10419279 | Tressa Bauer | (800) 785-4001 ext. | Capital One Bank | Interested Party, Capital One Bank N.A. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10419278 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One Bank, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10423714 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10424578 | Taylor B. Harrison | (212) 390-7631 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10424296 | Robert Lapowsky | (215) 751-2866 ext. | Stevens & Lee, P.C. | Interested Party, Tower Health & STC Opco / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10418935 | Vincent J. Marriott | (215) 864-8236 ext. | Ballard Spahr LLP | Interested Party, Drexel University / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10419504 | Amalia Y. Sax-Bolder | (212) 728-5963 ext. | O'Melveny & Myers LLP | Interested Party, AAHS, Joel Freedman and Philadelphia Academic Health / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10423722 | Kyle Schmidt | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10425553 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | In Propria Persona, Wall Street Journal / LISTEN ONLY |

CourtConfCal2009

Aimee Wightman ext. 259

# Court Conference

| Calendar Date: | 03/03/2020 |
| Calendar Time: | 10:00 AM ET |

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

*Amended Calendar  Mar 3 2020 10:31AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10419526 | Svetlana Attestatova | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10419279 | Tressa Bauer | (800) 785-4001 ext. | Capital One Bank | Interested Party, Capital One Bank N.A. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10428683 | Bill Brinkman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10419278 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One Bank, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10423714 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10424678 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10424296 | Robert Lapowsky | (215) 751-2866 ext. | Stevens & Lee, P.C. | Interested Party, Tower Health & STC Opco / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10419335 | Vincent J. Marriott | (215) 864-8236 ext. | Ballard Spahr LLP | Interested Party, Drexel University / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10419504 | Amalia Y. Sax-Bolder | (212) 728-5963 ext. | O'Melveny & Myers LLP | Interested Party, AAHS, Joel Freedman and Philadelphia Academic Health / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10423722 | Kyle Schmidt | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10425853 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | In Propria Persona, Wall Street Journal / LISTEN ONLY |