# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) Related to Docket Nos. 1134, 1141, 1169, 1268, 1368 and _1418_ |

## ORDER GRANTING MOTION OF DEBTORS PURSUANT TO SECTIONS 105(A) AND 363(B) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR AUTHORITY TO PURCHASE SPECIFIED PROFESSIONAL LIABILITY TAIL INSURANCE

Upon consideration of the Motion of Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Authority to Purchase Specified Professional Liability Tail Insurance (the "**Motion**"); and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2019; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor; and it appearing that Pennsylvania Academic Risk Retention Group, LLC ("**PARRG**"), has offered to provide Tail Coverage to the Debtors, Residents, the Debtors' former physicians, and other parties pursuant to the terms set forth on Exhibit "A" to the Motion; and it appearing that the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

relief requested is in the best interests of the Debtors' estates, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are authorized to take any action they may deem necessary and/or appropriate to obtain the Tail Coverage from PARRG, including without limitation making premium payments with respect thereto, consistent with the terms described in the Motion, which are hereby approved.

3. This Order shall take effect immediately. No stay imposed by any of the Federal Rules of Bankruptcy Procedures, including without limitation Federal Rule 6004(h), shall apply.

4. The Motions to Compel [D.I. 1134 and 1141] are hereby deemed resolved.

5. The Court's Order For Rule to Show Cause Directed to Debtors, entered December 16, 2019 [D.I. 1169], is hereby deemed satisfied.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

March 4, 2020                                  _____
                                                                Kevin Gross
                                                                U.S.B.J.