# EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 1426 and ___** |
| | ) |

## ORDER PURSUANT TO 11 U.S.C. § 1121 FURTHER
## EXTENDING THE DEBTORS' EXCLUSIVE PERIODS
## TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors") for entry of an order, pursuant to section 1121(d) of the

Bankruptcy Code, (a) extending the Debtors' Exclusive Filing Period by 120 days, through and

including June 24, 2020, and (b) extending the Debtors' Exclusive Solicitation Period by 120

days, through and including August 24, 2020; and this Court having jurisdiction over this matter

pursuant to 28 U.S.C. § 1334; and this matter being a "core" proceeding under 28 U.S.C.

§ 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and due

and proper notice of the Motion having been provided to the parties listed therein, and it

appearing that no other or further notice need be provided; and the Court being satisfied that the

relief sought in the Motion is in the best interests of the Debtors, their creditors and all parties in

interest; and the Court having determined that the legal and factual bases set forth in the Motion

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    Any and all terms not defined herein shall have the meaning ascribed to them in the Motion.

establish just cause for the relief granted herein; and upon review of the Motion and all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.    Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to file a chapter 11 plan or plans is extended through and including June 24, 2020.

2.    Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to solicit acceptances of a chapter 11 plan or plan is extended through and including August 24, 2020.

3.    The entry of this Order is without prejudice to the Debtors' right to seek a further extension of the Exclusive Periods under section 1121 of the Bankruptcy Code.

4.    This Court shall retain jurisdiction to hear and determine all matters arising from, or related to, the interpretation or implementation of this Order.