# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: March 23, 2020 at 4:00 p.m. (ET)** |
| | ) |

## REPORT BY EISNERAMPER LLP OF
## COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
## PERIOD OF DECEMBER 16, 2019 THROUGH JANUARY 31, 2020

Exhibit A:    STC OpCo, LLC - Transition Services Summary of Hours by Professionals
             Transition Services Itemized Expenses

Exhibit B:    CRO Summary of Hours by Professional
             CRO Itemized Expenses

Exhibit C:    Non-Transition Services Summary of Compensation by Project Category
             Summary of Hours by Professionals
             Summary Description of Services Provided
             Non-Transition Services Itemized Expenses

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Seventh Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period December 16, 2019 through January 31, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $684,447.47. EisnerAmper incurred $72,837.13 in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

36691686.1

# **EXHIBIT A**

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

| Philadelphia Academic Health System, LLC | | INVOICE |
|---|---|---|
| | **Invoice #** | **Date** |
| | TSA - 001 | 2/14/2020 |

**Bill to:**
STC OpCo, LLC

| Description | Amount |
|---|---|
| Monthly EisnerAmper Transition Services - Dec (12/15/19 - 12/31/19) | $ 130,296.77 |
| EisnerAmper Administration and Technology Fee - Dec (12/15/19 - 12/31/19) | $     5,211.87 |
| EisnerAmper Direct Expenses - Dec (12/15/19 - 12/31/19) | $     9,323.43 |
| Monthly EisnerAmper Transition Services - Jan (1/1/20 - 1/31/20) | $ 237,600.00 |
| EisnerAmper Administration and Technology Fee - Jan (1/1/20 - 1/31/20) | $     9,504.00 |
| EisnerAmper Direct Expenses - Jan (1/1/20 - 1/31/20) | $   40,213.49 |
| | |
| Total | $ 432,149.57 |

*Thank you for your payment!*

Please Remit Funing to:
Payee: Philadelphia Academic Health System, LLC
Bank: Wells Fargo Bank, NA
ABA Routing #: 121000248
Bank Account #: 4127916021

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**December 16, 2019 through January 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Ronald Dreskin, CPA | Partner | 243.0 | $ 650.00 | $ 157,950.00 |
| Dion Oglesby | Director | 306.4 | 540.00 | 165,456.00 |
| Solomon Torres | Manager | 234.5 | 320.00 | 75,040.00 |
| **TOTAL HOURS AND FEES** | | | | **398,446.00** |
| **LESS: VOLUNTARY REDUCTION RELATING TO MIDMONTH CAP** | | | | **(30,549.23)** |
| **GRAND TOTAL** | | **783.9** | **$ 469.32** | **$367,896.77** |

* Rates change annually effective August 1st.

Exhibit A

| TransDate | Professional | Expense Type | Cost | Narrative |
|---|---|---|---|---|
| 12/16/2019 | Oglesby, Dion | Hotel | $ 30.94 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 12/16/2019 | Oglesby, Dion | Hotel | $ 189.00 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 12/16/2019 | Oglesby, Dion | Meals | $ 5.91 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 12/16/2019 | Oglesby, Dion | Meals | $ 12.48 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 12/16/2019 | Oglesby, Dion | Meals | $ 5.48 | Meals Dion Oglesby dinner in client cafeteria in Phila |
| 12/16/2019 | Torres, Solomon | Local Fares | $ 30.63 | Local Fares |
| 12/16/2019 | Torres, Solomon | Meals | $ 8.00 | Meals |
| 12/17/2019 | Oglesby, Dion | Hotel | $ 32.57 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 12/17/2019 | Oglesby, Dion | Hotel | $ 199.00 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 12/17/2019 | Oglesby, Dion | Meals | $ 4.08 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 12/17/2019 | Oglesby, Dion | Meals | $ 5.35 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 12/17/2019 | Torres, Solomon | Local Fares | $ 32.87 | Local Fares |
| 12/17/2019 | Torres, Solomon | Meals | $ 251.00 | Team Lunch |
| 12/18/2019 | Oglesby, Dion | Hotel | $ 32.57 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 12/18/2019 | Oglesby, Dion | Hotel | $ 199.00 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 12/18/2019 | Oglesby, Dion | Meals | $ 3.43 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 12/18/2019 | Torres, Solomon | Hotel | $1,657.27 | Hotel |
| 12/18/2019 | Torres, Solomon | Local Fares | $ 30.84 | Local Fares |
| 12/18/2019 | Torres, Solomon | Meals | $ 8.00 | Meals |
| 12/18/2019 | Dreskin, Ronald | Local Fares | $ 23.87 | Local Fares Uber |
| 12/19/2019 | Oglesby, Dion | Meals | $ 2.79 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 12/19/2019 | Torres, Solomon | Local Fares | $ 57.65 | Local Fares |
| 12/19/2019 | Torres, Solomon | Meals | $ 24.43 | Meals |
| 12/19/2019 | Dreskin, Ronald | Local Fares | $ 27.15 | Local Fares Uber |
| 12/19/2019 | Dreskin, Ronald | Local Fares | $ 23.18 | Local Fares Uber |
| 12/20/2019 | Oglesby, Dion | Airline,RR,etc | $ 176.00 | Airline,RR,etc Dion Oglesby train ticket from client to NYC |
| 12/20/2019 | Oglesby, Dion | Meals | $ 2.79 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 12/20/2019 | Torres, Solomon | Local Fares | $ 53.32 | Local Fares |
| 12/20/2019 | Torres, Solomon | Meals | $ 76.40 | Meals |
| 12/21/2019 | Torres, Solomon | Hotel | $ 512.90 | Hotel |
| 12/21/2019 | Torres, Solomon | Mileage | $ 74.24 | Mileage |
| 12/21/2019 | Torres, Solomon | Parking/Tolls | $ 33.95 | Tolls |
| 12/21/2019 | Dreskin, Ronald | Mileage | $ 154.86 | Mileage |
| 12/22/2019 | Torres, Solomon | Mileage | $ 74.24 | Mileage |
| 12/22/2019 | Torres, Solomon | Parking/Tolls | $ 33.95 | Tolls |
| 12/23/2019 | Oglesby, Dion | Meals | $ 7.02 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 12/23/2019 | Torres, Solomon | Meals | $ 55.55 | Meals |
| 12/23/2019 | Torres, Solomon | Mileage | $ 10.79 | Mileage |
| 12/24/2019 | Oglesby, Dion | Airline,RR,etc | $ 135.00 | Airline,RR,etc Dion Oglesby train ticket from client to NYC |
| 12/24/2019 | Oglesby, Dion | Local Fares | $ 500.00 | Local Fares Dion Oglesby purchase of SEPTA passes for client |
| 12/24/2019 | Oglesby, Dion | Meals | $ 3.22 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 12/24/2019 | Oglesby, Dion | Meals | $ 7.20 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 12/24/2019 | Torres, Solomon | Meals | $ 8.00 | Meals |
| 12/24/2019 | Torres, Solomon | Mileage | $ 79.63 | Mileage |
| 12/24/2019 | Torres, Solomon | Parking/Tolls | $ 33.95 | Tolls |
| 12/26/2019 | Oglesby, Dion | Meals | $ 3.42 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 12/26/2019 | Oglesby, Dion | Meals | $ 7.10 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 12/27/2019 | Oglesby, Dion | Meals | $ 3.86 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 12/27/2019 | Dreskin, Ronald | Local Fares | $ 29.28 | Local Fares |
| 12/27/2019 | Dreskin, Ronald | Meals | $ 240.30 | Meals |
| 12/27/2019 | Dreskin, Ronald | Meals | $ 5.82 | Meals |
| 12/28/2019 | Dreskin, Ronald | Local Fares | $ 11.86 | Local Fares |
| 12/28/2019 | Dreskin, Ronald | Local Fares | $ 10.79 | Local Fares |
| 12/29/2019 | Torres, Solomon | Mileage | $ 74.24 | Mileage |
| 12/29/2019 | Torres, Solomon | Parking/Tolls | $ 33.95 | Tolls |
| 12/29/2019 | Dreskin, Ronald | Parking/Tolls | $ 105.00 | Parking/Tolls |
| 12/30/2019 | Oglesby, Dion | Meals | $ 7.95 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 12/30/2019 | Torres, Solomon | Local Fares | $ 35.21 | Local Fares |
| 12/30/2019 | Torres, Solomon | Meals | $ 20.71 | Meals |
| 12/30/2019 | Torres, Solomon | Meals | $ 8.00 | Meals |
| 12/30/2019 | Dreskin, Ronald | Mileage | $ 154.86 | Mileage |
| 12/31/2019 | Oglesby, Dion | Airline,RR,etc | $1,620.00 | Airline,RR,etc Dion Oglesby monthly train ticket for client in |
| 12/31/2019 | Torres, Solomon | Hotel | $1,584.00 | Hotel- Prorated for monthly charge |
| 12/31/2019 | Torres, Solomon | Meals | $ 8.00 | Meals |
| 12/31/2019 | Torres, Solomon | Mileage | $ 79.63 | Mileage |
| 12/31/2019 | Torres, Solomon | Parking/Tolls | $ 33.95 | Tolls |
| 12/31/2019 | Torres, Solomon | Parking/Tolls | $ 315.00 | Monthly Parking |

$ 9,323.43

| | |
|---|---|
| Hotel | $ 4,437.25 |
| Meals | $ 796.29 |
| Local Fares | $ 866.65 |
| Airline,RR,etc | $ 1,931.00 |
| Mileage | $ 702.49 |
| Misc. | $ - |
| Parking/Tolls | $ 589.75 |
| | $ 9,323.43 |

6

Exhibit A

| TransDate | Professional | Expense Type | Cost | Narrative |
|---|---|---|---:|---|
| 1/2/2020 | Dion Oglesby | Local Fares | 21.02 | Local Fares Dion Oglesby Lyft to client location |
| 1/2/2020 | Dion Oglesby | Local Fares | 19.97 | Local Fares Dion Oglesby Lyft from client location |
| 1/2/2020 | Dion Oglesby | Meals | 5.71 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 1/3/2020 | Dion Oglesby | Local Fares | 19.80 | Local Fares Dion Oglesby to client location |
| 1/3/2020 | Dion Oglesby | Local Fares | 18.93 | Local Fares Dion Oglesby Lyft from client location |
| 1/3/2020 | Dion Oglesby | Meals | 3.22 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/5/2020 | Ronald Dreskin | Meals | 58.51 | Meals dinner |
| 1/6/2020 | Dion Oglesby | Airline,RR,etc | 202.00 | Airline,RR,etc Dion Oglesby ticket from client in Philadelphia |
| 1/6/2020 | Dion Oglesby | Local Fares | 18.90 | Local Fares Dion Oglesby Lyft t client location |
| 1/6/2020 | Dion Oglesby | Local Fares | 21.70 | Local Fares Dion Oglesby Lyft from client location |
| 1/6/2020 | Dion Oglesby | Meals | 3.87 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/7/2020 | Dion Oglesby | Hotel | 23.90 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/7/2020 | Dion Oglesby | Hotel | 146.00 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/7/2020 | Dion Oglesby | Local Fares | 20.26 | Local Fares Dion Oglesby Lyft to client location |
| 1/7/2020 | Dion Oglesby | Local Fares | 17.45 | Local Fares Dion Oglesby Lyft from client location |
| 1/7/2020 | Ronald Dreskin | Local Fares | 24.81 | Local Fares uber |
| 1/7/2020 | Dion Oglesby | Meals | 16.80 | Meals Dion Oglesby dinner for client in Philadelphia |
| 1/8/2020 | Dion Oglesby | Hotel | 23.90 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/8/2020 | Dion Oglesby | Hotel | 146.00 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/8/2020 | Dion Oglesby | Local Fares | 10.58 | Local Fares Dion Oglesby Lyft to hotel from dinner |
| 1/8/2020 | Dion Oglesby | Meals | 153.00 | Meals Business dinner for EisnerAmper team |
| 1/8/2020 | Ronald Dreskin | Meals | 54.78 | Meals dinner |
| 1/8/2020 | Ronald Dreskin | Parking/Tolls | 70.00 | Parking/Tolls parking |
| 1/9/2020 | Dion Oglesby | Local Fares | 15.21 | Local Fares Dion Oglesby Lyft client location |
| 1/9/2020 | Dion Oglesby | Local Fares | 19.80 | Local Fares Dion Oglesby Lyft from client location |
| 1/9/2020 | Dion Oglesby | Meals | 5.39 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/10/2020 | Dion Oglesby | Airline,RR,etc | 176.00 | Airline,RR,etc Dion Oglesby train to client in Philadelphia |
| 1/10/2020 | Dion Oglesby | Airline,RR,etc | 115.00 | Airline,RR,etc Dion Oglesby train from client in Philadelphia t |
| 1/10/2020 | Ronald Dreskin | Airline,RR,etc | 305.00 | Airline,RR,etc rail |
| 1/10/2020 | Dion Oglesby | Local Fares | 22.00 | Local Fares Dion Oglesby Lyft to client location |
| 1/10/2020 | Dion Oglesby | Local Fares | 19.75 | Local Fares Dion Oglesby Lyft from client location |
| 1/11/2020 | Ronald Dreskin | Airline,RR,etc | 301.00 | Airline,RR,etc train |
| 1/11/2020 | Ronald Dreskin | Meals | 83.05 | Meals dinner |
| 1/11/2020 | Ronald Dreskin | Meals | 23.13 | Meals lunch |
| 1/11/2020 | Ronald Dreskin | Parking/Tolls | 35.00 | Parking/Tolls parking |
| 1/12/2020 | Ronald Dreskin | Meals | 53.75 | Meals dinner |
| 1/12/2020 | Ronald Dreskin | Meals | 39.63 | Meals dinner |
| 1/12/2020 | Ronald Dreskin | Parking/Tolls | 140.00 | Parking/Tolls parking |
| 1/13/2020 | Dion Oglesby | Hotel | 25.53 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/13/2020 | Dion Oglesby | Hotel | 156.00 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/13/2020 | Dion Oglesby | Local Fares | 25.26 | Local Fares Dion Oglesby Lyft to client location |
| 1/13/2020 | Dion Oglesby | Local Fares | 16.93 | Local Fares Dion Oglesby Lyft from client location |
| 1/13/2020 | Ronald Dreskin | Local Fares | 7.63 | Local Fares uber |
| 1/13/2020 | Ronald Dreskin | Local Fares | 23.98 | Local Fares uber |
| 1/13/2020 | Dion Oglesby | Meals | 6.22 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/13/2020 | Dion Oglesby | Meals | 24.84 | Meals Dion Oglesby dinner for client in Philadelphia |
| 1/14/2020 | Dion Oglesby | Hotel | 25.53 | Hotel Dion Oglesby hotel for client in Philadelphia |

| Date | Name | Category | Amount | Description |
|---|---|---|---:|---|
| 1/14/2020 | Dion Oglesby | Hotel | 156.00 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/14/2020 | Dion Oglesby | Local Fares | 17.62 | Local Fares Dion Oglesby Lyft to client location |
| 1/14/2020 | Dion Oglesby | Meals | 3.22 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/14/2020 | Dion Oglesby | Meals | 51.30 | Meals Dion Oglesby dinner client in Philadelphia |
| 1/15/2020 | Dion Oglesby | Hotel | 25.53 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/15/2020 | Dion Oglesby | Hotel | 156.00 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/15/2020 | Ronald Dreskin | Hotel | 7,595.00 | Hotel |
| 1/15/2020 | Dion Oglesby | Local Fares | 17.64 | Local Fares Dion Oglesby Lyft to client location |
| 1/15/2020 | Ronald Dreskin | Local Fares | 23.50 | Local Fares uber |
| 1/15/2020 | Dion Oglesby | Meals | 3.22 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/15/2020 | Dion Oglesby | Meals | 53.24 | Meals Dion Oglesby dinner for client in Philadelphia |
| 1/15/2020 | Ronald Dreskin | Meals | 246.22 | Meals dinner |
| 1/16/2020 | Dion Oglesby | Local Fares | 15.93 | Local Fares Dion Oglesby Lyft to client location |
| 1/16/2020 | Dion Oglesby | Local Fares | 19.97 | Local Fares Dion Oglesby Lyft from client location |
| 1/16/2020 | Dion Oglesby | Meals | 7.54 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/16/2020 | Ronald Dreskin | Parking/Tolls | 140.00 | Parking/Tolls parking |
| 1/17/2020 | Dion Oglesby | Airline,RR,etc | 176.00 | Airline,RR,etc Dion Oglesby ticket from client in Philadelphia |
| 1/17/2020 | Dion Oglesby | Local Fares | 19.08 | Local Fares Dion Oglesby Lyft to client location |
| 1/17/2020 | Dion Oglesby | Local Fares | 19.61 | Local Fares Dion Oglesby Lyft from client location |
| 1/19/2020 | Dion Oglesby | Hotel | 23.90 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/19/2020 | Dion Oglesby | Hotel | 146.00 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/19/2020 | Dion Oglesby | Local Fares | 11.16 | Local Fares Dion Oglesby taxi to hotel in Philadelphia for c |
| 1/19/2020 | Dion Oglesby | Meals | 16.48 | Meals Dion Oglesby dinner client location in Philadelp |
| 1/20/2020 | Dion Oglesby | Hotel | 25.53 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/20/2020 | Dion Oglesby | Hotel | 156.00 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/20/2020 | Dion Oglesby | Local Fares | 16.58 | Local Fares Dion Oglesby Lyft to client location |
| 1/20/2020 | Dion Oglesby | Local Fares | 18.37 | Local Fares Dion Oglesby dinner while in Philadelphia client |
| 1/20/2020 | Ronald Dreskin | Local Fares | 26.44 | Local Fares uber |
| 1/20/2020 | Ronald Dreskin | Local Fares | 20.12 | Local Fares uber |
| 1/20/2020 | Dion Oglesby | Meals | 5.32 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/20/2020 | Dion Oglesby | Meals | 19.48 | Meals Dion Oglesby dinner client in Philadelphia |
| 1/21/2020 | Dion Oglesby | Hotel | 28.64 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/21/2020 | Dion Oglesby | Hotel | 175.00 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/21/2020 | Dion Oglesby | Local Fares | 17.64 | Local Fares Dion Oglesby Lyft to client location |
| 1/21/2020 | Dion Oglesby | Local Fares | 16.87 | Local Fares Dion Oglesby Lyft from client location |
| 1/21/2020 | Ronald Dreskin | Local Fares | 133.48 | Local Fares uber |
| 1/21/2020 | Ronald Dreskin | Local Fares | 89.28 | Local Fares uber |
| 1/21/2020 | Dion Oglesby | Meals | 7.11 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 1/21/2020 | Dion Oglesby | Meals | 5.80 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/21/2020 | Ronald Dreskin | Meals | 26.65 | Meals lunch |
| 1/22/2020 | Dion Oglesby | Hotel | 27.18 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/22/2020 | Dion Oglesby | Hotel | 166.00 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 1/22/2020 | Dion Oglesby | Local Fares | 16.95 | Local Fares Dion Oglesby Lyft to client location |
| 1/22/2020 | Ronald Dreskin | Local Fares | 21.58 | Local Fares uber |
| 1/22/2020 | Ronald Dreskin | Local Fares | 9.71 | Local Fares uber |
| 1/22/2020 | Dion Oglesby | Meals | 86.40 | Meals Dion Oglesby dinner while in Philadelphia for cl |
| 1/22/2020 | Dion Oglesby | Misc. | 731.00 | Misc. Dion Oglesby credit card payment DEA license for |
| 1/23/2020 | Dion Oglesby | Local Fares | 19.26 | Local Fares Dion Oglesby Lyft from client location |

| Date | Person | Category | Amount | Description |
|---|---|---|---:|---|
| 1/23/2020 | Dion Oglesby | Local Fares | 15.86 | Local Fares Dion Oglesby to client location |
| 1/23/2020 | Dion Oglesby | Meals | 7.54 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/24/2020 | Dion Oglesby | Airline,RR,etc | 135.00 | Airline,RR,etc Dion Oglesby train to client in Philadelphia |
| 1/24/2020 | Dion Oglesby | Airline,RR,etc | 115.00 | Airline,RR,etc Dion Oglesby train from client to NYC |
| 1/24/2020 | Dion Oglesby | Local Fares | 16.62 | Local Fares Dion Oglesby Lyft to client location |
| 1/24/2020 | Dion Oglesby | Local Fares | 18.75 | Local Fares Dion Oglesby Lyft from client location |
| 1/26/2020 | Dion Oglesby | Hotel | 25.53 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/26/2020 | Dion Oglesby | Hotel | 156.00 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/26/2020 | Dion Oglesby | Local Fares | 9.66 | Local Fares Dion Oglesby taxi from train station to hotel in |
| 1/27/2020 | Dion Oglesby | Hotel | 35.19 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/27/2020 | Dion Oglesby | Hotel | 215.00 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/27/2020 | Dion Oglesby | Local Fares | 17.47 | Local Fares Dion Oglesby Lyft to client location |
| 1/27/2020 | Dion Oglesby | Local Fares | 101.19 | Local Fares Dion Oglesby Lyft to client Board Meeting in Rea |
| 1/27/2020 | Dion Oglesby | Local Fares | 129.24 | Local Fares Dion Oglesby Lyft from client Board Meeting to P |
| 1/27/2020 | Ronald Dreskin | Local Fares | 45.31 | Local Fares uber |
| 1/27/2020 | Ronald Dreskin | Local Fares | 38.87 | Local Fares uber |
| 1/27/2020 | Ronald Dreskin | Local Fares | 143.21 | Local Fares uber |
| 1/27/2020 | Ronald Dreskin | Meals | 18.19 | Meals dinner |
| 1/28/2020 | Dion Oglesby | Hotel | 28.64 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/28/2020 | Dion Oglesby | Hotel | 175.00 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/28/2020 | Dion Oglesby | Local Fares | 17.86 | Local Fares Dion Oglesby Lyft to client location |
| 1/28/2020 | Dion Oglesby | Meals | 9.00 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/28/2020 | Dion Oglesby | Meals | 55.58 | Meals Dion Oglesby business dinner while in Philadelph |
| 1/29/2020 | Dion Oglesby | Hotel | 25.53 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/29/2020 | Dion Oglesby | Hotel | 156.00 | Hotel Dion Oglesby hotel for client in Philadelphia |
| 1/29/2020 | Dion Oglesby | Local Fares | 19.78 | Local Fares Dion Oglesby Lyft to client location |
| 1/29/2020 | Dion Oglesby | Meals | 7.88 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/29/2020 | Dion Oglesby | Meals | 54.00 | Meals Dion Oglesby business dinner for client in Phila |
| 1/30/2020 | Dion Oglesby | Airline,RR,etc | 1,620.00 | Airline,RR,etc Dion Oglesby monthly train ticket for client in |
| 1/30/2020 | Ronald Dreskin | Airline,RR,etc | 1,048.00 | Airline,RR,etc rt to florida |
| 1/30/2020 | Dion Oglesby | Local Fares | 101.39 | Local Fares Dion Oglesby Lyft to budget meeting in Reading |
| 1/30/2020 | Dion Oglesby | Local Fares | 106.27 | Local Fares Dion Oglesby Lyft from budget meeting in Reading |
| 1/30/2020 | Dion Oglesby | Local Fares | 18.66 | Local Fares Dion Oglesby Lyft from client location to train |
| 1/30/2020 | Dion Oglesby | Meals | 6.64 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 1/30/2020 | Ronald Dreskin | Meals | 59.00 | Meals dinner |
| 1/31/2020 | Ronald Dreskin | Hotel | 7,595.00 | Hotel |
| 1/31/2020 | Dion Oglesby | Local Fares | 13.40 | Local Fares Dion Oglesby Lyft to client location |
| 1/31/2020 | Dion Oglesby | Local Fares | 18.94 | Local Fares Dion Oglesby Lyft from client location in Philad |
| 1/31/2020 | EisnerAmper LLP | Misc. | 14,256.00 | Administrative Charge (1/2 of December and full month of January) |

**40,213.49**

| | |
|---|---:|
| Hotel | $17,639.53 |
| Meals | $ 1,281.71 |
| Local Fares | $ 1,727.25 |
| Airline,RR,etc | $ 4,193.00 |

| | | |
|---|---|---|
| Mileage | $ | - |
| Misc. | $ | 14,987.00 |
| Parking/Tolls | $ | 385.00 |
| | **$40,213.49** | |

# **EXHIBIT B**

**CRO Summary of Hours by Professional
and CRO Itemized Expenses**

36691686.1

Exhibit B

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**December 16, 2019 through January 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 425.6 | $ 640.00 | $ 272,384.00 |
| **TOTAL HOURS AND FEES** | | | | 272,384.00 |
| **LESS: VOLUNTARY REDUCTION RELATING TO WEEKLY CAP (7 WEEKS)** | | | | (79,884.00) |
| **GRAND TOTAL** | | 425.6 | $ 452.30 | $192,500.00 |

* Rates change annually effective August 1st.

| Date | Professional | Expense | Cost | Narrative |
|---|---|---|---|---|
| 12/16/2019 | Wilen, Allen | Mileage | $ 25.52 | Dinner with HUH Team |
| 12/17/2019 | Wilen, Allen | Mileage | 53.94 | Client Visit |
| 12/18/2019 | Wilen, Allen | Mileage | 76.56 | Client Visit |
| | | **Mileage Total** | **156.02** | |
| 12/28/2019 | Wilen, Allen | Misc. | 99.95 | Misc. Wifi |
| | | **Misc. Total** | **99.95** | |
| 12/16/2019 | Wilen, Allen | Parking/Tolls | 10.00 | Parking/Tolls Client Visit |
| 12/16/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Dinner with HUH Team |
| 12/17/2019 | Wilen, Allen | Parking/Tolls | 15.80 | Parking/Tolls Client Visit |
| 12/17/2019 | Wilen, Allen | Parking/Tolls | 20.00 | Parking/Tolls Client Visit |
| 12/18/2019 | Wilen, Allen | Parking/Tolls | 15.00 | Parking/Tolls Client Visit |
| | | **Parking/Tolls Total** | **65.80** | |
| | | **Grand Total** | **$ 321.77** | |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 1/15/2020 | Allen Wilen | Meals | $ 54.36 | Breakfast with R. Dreskin |
| | | **Meals Total** | **54.36** | |
| 1/3/2020 | Allen Wilen | Mileage | 51.04 | Client Visits |
| 1/9/2020 | Allen Wilen | Mileage | 102.08 | Client Visits |
| 1/17/2020 | Allen Wilen | Mileage | 102.08 | Client Visits |
| 1/24/2020 | Allen Wilen | Mileage | 76.56 | Client Visits |
| 1/31/2020 | Allen Wilen | Mileage | 128.18 | Client Visits |
| | | **Mileage Total** | **459.94** | |
| 1/28/2020 | Allen Wilen | Misc. | 49.95 | WiFi |
| | | **Misc. Total** | **49.95** | |
| 1/9/2020 | Allen Wilen | Parking/Tolls | 25.00 | Parking/Tolls Client Visit |
| 1/9/2020 | Allen Wilen | Parking/Tolls | 5.00 | Parking/Tolls Client visit |
| 1/10/2020 | Allen Wilen | Parking/Tolls | 25.00 | Parking/Tolls Client Visit |
| 1/14/2020 | Allen Wilen | Parking/Tolls | 25.00 | Parking/Tolls Parking |
| 1/17/2020 | Allen Wilen | Parking/Tolls | 20.00 | Parking/Tolls Client Visit |
| 1/24/2020 | Allen Wilen | Parking/Tolls | 15.00 | Parking/Tolls Client Visit |
| 1/31/2020 | Allen Wilen | Parking/Tolls | 25.00 | Parking/Tolls Client Visit |
| | | **Parking/Tolls Total** | **140.00** | |
| | | **Grand Total** | **$ 704.25** | |

# EXHIBIT C

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals and Itemized Expenses**

Exhibit C  Case 19-11466-MFW   Doc 1462   Filed 03/12/20   Page 15 of 20

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**December 16, 2019 through January 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony Calascibetta, CPA/CFF, CTP | Partner | 0.8 | $ 570.00 | $ 456.00 |
| Jay Lindenberg, CPA, CFF, CIRA | Director | 15.1 | 540.00 | 8,154.00 |
| Sheldon Orlov | Director | 1.0 | 540.00 | 540.00 |
| Steven Bisciello | Director | 52.0 | 540.00 | 28,080.00 |
| Andrew Still, CFE | Manager | 160.4 | 320.00 | 51,328.00 |
| Robert Champion, Jr. | Staff II | 128.0 | 295.00 | 37,760.00 |
| Amy Fitzgerald | Staff II | 10.9 | 295.00 | 3,215.50 |
| Scott Mataya, CPA | Staff II | 2.5 | 275.00 | 687.50 |
| Henry Vargas, CPA | Staff II | 34.8 | 255.00 | 8,874.00 |
| Brian Contreras | Staff I | 31.4 | 205.00 | 6,437.00 |
| Jason Zidek | Staff I | 2.0 | 205.00 | 410.00 |
| **TOTAL HOURS AND FEES** | | | | 145,942.00 |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | (21,891.30) |
| **GRAND TOTAL** | | 438.9 | $ 282.64 | $124,050.70 |

* Rates change annually effective August 1st.

Exhibit C

| Professional | Sum of Hours |
|---|---:|
| **Amy Fitzgerald** | **10.9** |
| Consulting | 10.9 |
| **Andrew Still** | **160.4** |
| Consulting | 160.4 |
| **Anthony Calascibetta** | **0.8** |
| Consulting | 0.8 |
| **Brian Contreras** | **31.4** |
| Preferences | 31.4 |
| **Henry Vargas** | **34.8** |
| Asset Disposition | 31.8 |
| Consulting | 3.0 |
| **Jason Zidek** | **2.0** |
| Consulting | 2.0 |
| **Jay Lindenberg** | **15.1** |
| Consulting | 15.1 |
| **Robert Champion Jr.** | **128.0** |
| Consulting | 128.0 |
| **Scott Mataya** | **2.5** |
| Asset Disposition | 2.5 |
| **Sheldon Orlov** | **1.0** |
| Consulting | 1.0 |
| **Steven Bisciello** | **52.0** |
| Consulting | 52.0 |
| **Grand Total** | **438.9** |

Exhibit C    Case 19-11466-MFW    Doc 1462    Filed 03/12/20    Page 17 of 20

| Date | Professional | Expense Type | Cost | Narrative |
|---|---|---|---|---|
| 12/16/2019 | Bisciello, Steven | Airline,RR,etc | $ 396.00 | Airline,RR,etc Train to and from STC |
| 12/16/2019 | Champion Jr., Robert | Airline,RR,etc | 154.00 | Airline,RR,etc Train |
| 12/17/2019 | Bisciello, Steven | Airline,RR,etc | 396.00 | Airline,RR,etc Aceka to and from STC |
| 12/18/2019 | Champion Jr., Robert | Airline,RR,etc | 198.00 | Airline,RR,etc Train |
| | | **Airline,RR,etc Total** | **1,144.00** | |
| 12/16/2019 | Champion Jr., Robert | Hotel | 169.00 | Hotel |
| 12/17/2019 | Champion Jr., Robert | Hotel | 152.10 | Hotel |
| 12/18/2019 | Champion Jr., Robert | Hotel | 80.21 | Hotel |
| 12/18/2019 | Champion Jr., Robert | Hotel | 169.00 | Hotel |
| | | **Hotel Total** | **570.31** | |
| 12/16/2019 | Bisciello, Steven | Local Fares | 21.35 | Taxi home from Acela |
| 12/16/2019 | Bisciello, Steven | Local Fares | 23.28 | Uber to Acela |
| 12/16/2019 | Bisciello, Steven | Local Fares | 20.26 | Uber to STC |
| 12/16/2019 | Bisciello, Steven | Local Fares | 19.24 | Uber to Acela |
| 12/16/2019 | Champion Jr., Robert | Local Fares | 20.51 | Uber |
| 12/16/2019 | Champion Jr., Robert | Local Fares | 19.24 | Uber |
| 12/17/2019 | Bisciello, Steven | Local Fares | 21.06 | Local Fares Uber to STC |
| 12/17/2019 | Bisciello, Steven | Local Fares | 39.10 | Uber to Acela |
| 12/17/2019 | Bisciello, Steven | Local Fares | 19.51 | Uber to Acela |
| 12/17/2019 | Bisciello, Steven | Local Fares | 25.55 | Local Fares Taxi home from acela |
| 12/17/2019 | Champion Jr., Robert | Local Fares | 18.56 | Uber |
| 12/17/2019 | Champion Jr., Robert | Local Fares | 8.49 | Uber |
| 12/18/2019 | Bisciello, Steven | Local Fares | 33.03 | Uber to Acela |
| 12/18/2019 | Bisciello, Steven | Local Fares | 20.75 | Local Fares Uber to STC |
| 12/18/2019 | Bisciello, Steven | Local Fares | 19.52 | Uber to Acela |
| 12/18/2019 | Bisciello, Steven | Local Fares | 26.16 | Local Fares Taxi home from acela |
| 12/18/2019 | Champion Jr., Robert | Local Fares | 21.15 | Uber |
| 12/18/2019 | Champion Jr., Robert | Local Fares | 20.36 | Uber |
| 12/19/2019 | Champion Jr., Robert | Local Fares | 20.09 | Uber |
| 12/19/2019 | Champion Jr., Robert | Local Fares | 19.80 | Uber |
| | | **Local Fares Total** | **437.01** | |
| 12/16/2019 | Bisciello, Steven | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town STC |
| 12/16/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 12/17/2019 | Bisciello, Steven | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town STC |
| 12/17/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 12/18/2019 | Bisciello, Steven | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town STC |
| 12/18/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |

Exhibit C

| Date | Professional | Expense Type | Cost | Narrative |
|---|---|---|---|---|
| 12/19/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| | | **Per Diem Out Of Town** | **420.00** | |
| | | **Grand Total** | **$ 2,571.32** | |

Exhibit C — Case 19-11466-MFW   Doc 1462   Filed 03/12/20   Page 19 of 20

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 1/7/2020 | Robert Champion Jr. | Airline,RR,etc | $ 176.00 | Train |
| 1/9/2020 | Robert Champion Jr. | Airline,RR,etc | 202.00 | Train |
| 1/13/2020 | Robert Champion Jr. | Airline,RR,etc | 154.00 | Train |
| 1/16/2020 | Robert Champion Jr. | Airline,RR,etc | 202.00 | Train |
| 1/21/2020 | Robert Champion Jr. | Airline,RR,etc | 95.00 | Train |
| 1/23/2020 | Robert Champion Jr. | Airline,RR,etc | 202.00 | Train |
| 1/27/2020 | Steven Bisciello | Airline,RR,etc | 135.00 | Train to STC |
| 1/28/2020 | Steven Bisciello | Airline,RR,etc | 202.00 | Train to STC |
| 1/28/2020 | Robert Champion Jr. | Airline,RR,etc | 135.00 | Train |
| 1/30/2020 | Robert Champion Jr. | Airline,RR,etc | 202.00 | Train |
| | | **Airline,RR,etc Total** | **1,705.00** | |
| 1/7/2020 | Robert Champion Jr. | Hotel | 33.54 | Hotel |
| 1/7/2020 | Robert Champion Jr. | Hotel | 195.00 | Hotel |
| 1/8/2020 | Robert Champion Jr. | Hotel | 215.00 | Hotel |
| 1/8/2020 | Robert Champion Jr. | Hotel | 33.53 | Hotel |
| 1/13/2020 | Robert Champion Jr. | Hotel | 27.11 | Hotel |
| 1/13/2020 | Robert Champion Jr. | Hotel | 156.01 | Hotel |
| 1/14/2020 | Robert Champion Jr. | Hotel | 27.11 | Hotel |
| 1/14/2020 | Robert Champion Jr. | Hotel | 175.00 | Hotel |
| 1/15/2020 | Robert Champion Jr. | Hotel | 27.11 | Hotel |
| 1/15/2020 | Robert Champion Jr. | Hotel | 166.00 | Hotel |
| 1/21/2020 | Robert Champion Jr. | Hotel | 27.90 | Hotel |
| 1/21/2020 | Robert Champion Jr. | Hotel | 166.01 | Hotel |
| 1/22/2020 | Robert Champion Jr. | Hotel | 27.90 | Hotel |
| 1/22/2020 | Robert Champion Jr. | Hotel | 175.00 | Hotel |
| 1/28/2020 | Robert Champion Jr. | Hotel | 29.30 | Hotel |
| 1/28/2020 | Robert Champion Jr. | Hotel | 169.01 | Hotel |
| 1/29/2020 | Robert Champion Jr. | Hotel | 29.30 | Hotel |
| 1/29/2020 | Robert Champion Jr. | Hotel | 189.00 | Hotel |
| | | **Hotel Total** | **1,868.83** | |
| 1/7/2020 | Robert Champion Jr. | Local Fares | 20.17 | Uber |
| 1/7/2020 | Robert Champion Jr. | Local Fares | 18.05 | Uber |
| 1/8/2020 | Robert Champion Jr. | Local Fares | 21.20 | Uber |
| 1/8/2020 | Robert Champion Jr. | Local Fares | 29.56 | Uber |
| 1/8/2020 | Robert Champion Jr. | Local Fares | 8.99 | Uber |
| 1/9/2020 | Robert Champion Jr. | Local Fares | 19.18 | Uber |
| 1/9/2020 | Robert Champion Jr. | Local Fares | 22.31 | Uber |
| 1/13/2020 | Robert Champion Jr. | Local Fares | 20.79 | Uber |
| 1/13/2020 | Robert Champion Jr. | Local Fares | 16.41 | Uber |
| 1/14/2020 | Robert Champion Jr. | Local Fares | 17.02 | Uber |
| 1/14/2020 | Robert Champion Jr. | Local Fares | 17.82 | Uber |
| 1/15/2020 | Robert Champion Jr. | Local Fares | 16.96 | Uber |
| 1/15/2020 | Robert Champion Jr. | Local Fares | 15.25 | Uber |
| 1/16/2020 | Robert Champion Jr. | Local Fares | 16.96 | Uber |
| 1/16/2020 | Robert Champion Jr. | Local Fares | 19.66 | Uber |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 1/21/2020 | Robert Champion Jr. | Local Fares | 15.86 | Uber |
| 1/21/2020 | Robert Champion Jr. | Local Fares | 21.21 | Uber |
| 1/22/2020 | Robert Champion Jr. | Local Fares | 21.02 | Uber |
| 1/22/2020 | Robert Champion Jr. | Local Fares | 18.06 | Uber |
| 1/23/2020 | Robert Champion Jr. | Local Fares | 17.64 | Uber |
| 1/23/2020 | Robert Champion Jr. | Local Fares | 19.19 | Uber |
| 1/28/2020 | Steven Bisciello | Local Fares | 28.15 | Uber to Acela |
| 1/28/2020 | Steven Bisciello | Local Fares | 19.92 | Uber to Acela |
| 1/28/2020 | Steven Bisciello | Local Fares | 20.72 | Taxi home from Acela |
| 1/28/2020 | Robert Champion Jr. | Local Fares | 17.92 | Uber |
| 1/28/2020 | Robert Champion Jr. | Local Fares | 20.48 | Uber |
| 1/29/2020 | Robert Champion Jr. | Local Fares | 17.12 | Uber |
| 1/29/2020 | Robert Champion Jr. | Local Fares | 18.49 | Uber |
| 1/30/2020 | Robert Champion Jr. | Local Fares | 17.73 | Uber |
| 1/30/2020 | Robert Champion Jr. | Local Fares | 19.33 | Uber |
| | | **Local Fares Total** | **573.17** | |
| 1/7/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/8/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/9/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/13/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/14/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/15/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/16/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/21/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/22/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/23/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/28/2020 | Steven Bisciello | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town STC |
| 1/28/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/29/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| 1/30/2020 | Robert Champion Jr. | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town |
| | | **Per Diem Out Of Town Total** | **840.00** | |
| | | **Grand Total** | **$ 4,987.00** | |