## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) |

### CERTIFICATE OF SERVICE

I, Monique B. DiSabatino, hereby certify that on March 12, 2020, I caused a copy of the

**Report by EisnerAmper LLP of Compensation Earned and Expenses Incurred for the Period**

**of December 16, 2019 through January 31, 2020** to be served on the below parties in the manner

specified below.

Benjamin Hackman, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801
**(Via Hand Delivery)**

Thomas M. Horan, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899
**(Via Hand Delivery)**

Andrew H. Sherman, Esquire
Boris I. Mankovetskiy, Esquire
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
**(Via First Class Mail)**

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Monique B. DiSabatino (No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Dated:  March 12, 2020

36691686.1