# Exhibit A

# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,¹<br><br>      Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) **Re: Docket No. __**<br>) |

**ORDER APPROVING TWENTY-FIRST OMNIBUS MOTION OF THE DEBTORS**
**FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION**
**OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")² of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Twenty-First Omnibus Rejection Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of March 12, 2020; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having reviewed the

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]   Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

-2-

Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of March 12, 2020, to the extent such Contracts are executory contracts or unexpired leases.

3. This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4. To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5. The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Exhibit 1**

**Rejected Contracts**

**(see attached)**

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Hypertension-Nephrology Associates, PC d/b/a Quality Vascular Services | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| iContracts, Inc. | Software License & Maintenance Agreement | Hahnemann University Hospital |
| IMA Consulting | Engagement Letter | Hahnemann University Hospital |
| IMA Consulting | Shadow Billing Revenue Recovery Safety-net Services Letter of Arrangement | Hahnemann University Hospital |
| Immaculatta University | Affiliation Agreement | Center City Healthcare, LLC |
| IMPAC Medical Systems, Inc. | Purchase and License Agreement | Hahnemann University Hospital |
| Independence University | Affiliation Agreement | Center City Healthcare, LLC |
| Informa Software | Services Agreement | Center City Healthcare, LLC |
| Institute for Dermapathology | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Integra Life Sciences Sales LLC | Trial Evaluation Agreement | Center City Healthcare, LLC |
| Intralinks, Inc. | Master Services Agreement | Philadelphia Academic Health System, LLC |
| Intralinks, Inc. | Work Order | Philadelphia Academic Health System, LLC |
| Intuitive Surgical, Inc. | Service Renewal Addendum | Hahnemann University Hospital |
| Iodine Software, LLC | Letter Agreement | Center City Healthcare, LLC |
| Jay M. Yanoff, EdD | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| JDR Consulting, LLC | Services Agreement | Center City Healthcare, LLC |
| John Calvitti Company | Services Agreement | Center City Healthcare, LLC |
| John Dowdle | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| JohnGSelf Partners, Inc. | Engagement Letter | Center City Healthcare, LLC |

-1-

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| JP Zimmerman PCS LLC | Consulting Agreement | Philadelphia Academic Health System, LLC |
| K&C Strategic Policy Group, LLC d/b/a DeBrunner & Associates | Engagement Letter | Philadelphia Academic Health System, LLC |
| Karl Storz Endoscopy-America, Inc. | Protection 1 Services Agreement | Hahnemann University Hospital |
| Kasscon Building Services, LLC | Services Agreement | TPS of PA, LLC |
| Keystone Quality Transport | Lease | Center City Healthcare, LLC |
| Lake Erie College | Affiliation Agreement | Center City Healthcare, LLC |
| Language Services Associates, Inc. | Services Agreement | Center City Healthcare, LLC |
| LaSalle University | Affiliation Agreement | Center City Healthcare, LLC |
| LaSalle University | Affiliation Agreement | Center City Healthcare, LLC |
| Legal Clinic for the Disabled, Inc. | Services Agreement | Center City Healthcare, LLC |
| Lenoir Community College | Affiliation Agreement | Center City Healthcare, LLC |
| LifeLine Software, Inc. | Services Agreement | Center City Healthcare, LLC |
| Lincoln Memorial University, DeBusk College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Lincoln Technical Institute | Affiliation Agreement | Center City Healthcare, LLC |
| Lions Eye Bank of Delaware Valley | Donor Institution Memorandum of Agreement | Hahnemann University Hospital |
| Litchfield Cavo LLP | Engagement Letter | Philadelphia Academic Health System, LLC |
| Logan Consultants | Affiliation Agreement | Center City Healthcare, LLC |
| Loyola University Maryland, Inc. | Affiliation Agreement | Center City Healthcare, LLC |
| Lumedx Corporation | License Agreement | Hahnemann University Hospital |
| Magee Rehabilitation Center | Transfer Agreement | Center City Healthcare, LLC |
| Maggiano's Little Italy | Banquet Function Contract | TPS of PA, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Main Line Fertility Center, Inc. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Major Medical Hospital Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Maryville University of St. Louis | Affiliation Agreement | Center City Healthcare, LLC |
| MCG Health, LLC | Master License Agreement | Center City Healthcare, LLC |
| MCP/HU - Masters of Medical Sciences | Affiliation Agreement | Center City Healthcare, LLC |
| MDS Carpeting and Flooring, Inc. | Services Agreement | Center City Healthcare, LLC |
| Medical Staffing Solutions, Inc. d/b/a STAT RESOURCES | Staffing Services Agreement | Center City Healthcare, LLC |
| Medsentrix, LLC | Services Agreement | TPS of PA, LLC |
| Med-Tex Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Mercy Catholic Medical Center | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Meridian Bioscience Corporation | Agreement for Purchase of Meridian Products | Center City Healthcare, LLC |
| Metropolitan Anesthesia Services, Inc. | Anesthesia Provider Procurement Agreement | Center City Healthcare, LLC |
| Metropolitan Nephrology Associates | Transfer Agreement | Center City Healthcare, LLC |
| Miami University | Affiliation Agreement | Center City Healthcare, LLC |
| Michigan State University College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Midwestern University | Affiliation Agreement | Center City Healthcare, LLC |
| Mindfigure Consulting | Engagement Letter for Evaluation of Clinical Research Activities | Philadelphia Academic Health System, LLC |

-3-

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| MJR Technologies, Inc. d/b/a GT Telecom | Services Agreement | Center City Healthcare, LLC |
| Muzak LLC d/b/a Mood Media | Service Agreement | Hahnemann University Hospital |
| Nancy West Communications | Services Agreement | Center City Healthcare, LLC |
| Nathan Freedman | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Nazareth Hospital | Affiliation Agreement | Center City Healthcare, LLC |
| Neff and Associates, Inc. | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Neopost Inc. | USPS Postage Meter Agreement | Hahnemann University Hospital |
| Nestle Waters North America Inc. | Sales and Service Agreement | Center City Healthcare, LLC |
| Neuro-Ophthalmologic Associates | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Neurosurgical Anesthesia Consulting | Professional Services Agreement | TPS II of PA, LLC |
| New York Blood Center, Inc. | Health Care Provider Agreement | Philadelphia Academic Health System, LLC |
| New York College of Podiatric Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Nexcore Properties PA LLC | Project Management Agreement | Philadelphia Academic Health System, LLC |
| NHS Philadelphia | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Nixon Uniform Service, Inc. | Customer Service Agreement | TPS III of PA, LLC |
| North Philadelphia Health System (Girard Medical Center) | Transfer Agreement | Center City Healthcare, LLC |
| nThrive, Inc. | Services Agreement | Center City Healthcare, LLC |
| Nuclear Medicine Resources, Inc. | Services Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Occupational Health Centers of the Southwest, P.A. d/b/a Concentra Medical Centers | Services Agreement | Center City Healthcare, LLC |
| Ohio University Heritage College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Omnicell, Inc. | Software License and Services Agreement | Hahnemann University Hospital |
| Omnigo Software | Terms and Conditions | Hahnemann University Hospital |
| Optum360 Solutions, LLC | Standard Services Product Schedule | Philadelphia Academic Health System, LLC |
| Oregon Health & Science University | Program Membership Agreement | Center City Healthcare, LLC |
| Pacific Northwest University of Health Sciences, College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Pain Care Professionals | Lease | Center City Healthcare, LLC |
| Pain Care Professionals, Inc. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Pain Care, PC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Pandora Data Systems, Inc. | Software License and Services Agreement | Hahnemann University Hospital |
| Paradigm Mechanical, LLC | Services Agreement | Center City Healthcare, LLC |
| Park America, Inc. | Parking License Agreement | Hahnemann University Hospital |
| Parkway Corporation | Lease | Center City Healthcare, LLC |
| Pathways Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| Patino Landscaping Group, LLC | Services Agreement | Center City Healthcare, LLC |
| Paul Rabinowitz Glass Co., Inc. | Services Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| PayTech, Inc. | Master Services Agreement | Philadelphia Academic Health System, LLC |
| Pelvic and Sexual Health Institute d/b/a Philadelphia Urosurgical Associates | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Pennoni Associates | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Pennsylvania Department of Health, Chronic Renal Disease Program | Participating Provider Agreement | Hahnemann University Hospital |