# Exhibit A

# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket No. __** |
| | ) |

**ORDER APPROVING TWENTY-SECOND OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Twenty-Second Omnibus Rejection Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of March 12, 2020; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having reviewed the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

-2-

Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of March 12, 2020, to the extent such Contracts are executory contracts or unexpired leases.

3. This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4. To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5. The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Exhibit 1**

**Rejected Contracts**

**(see attached)**

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Pennsylvania Hospital of the University of Pennsylvania Health System | Master Affiliation Agreement for Graduate Medical Education Clinical Rotations | Center City Healthcare, LLC |
| PeriGen, Inc. | Software License and Support Agreement | Center City Healthcare, LLC |
| Philadelphia College of Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Philadelphia College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Philadelphia College of Osteopathic Medicine | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Philadelphia Ear Nose and Throat Associates | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Philadelphia Gastroenterology Group | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Philadelphia Nursing Home d/b/a Fairmount Long Term Care | Transfer Agreement | Center City Healthcare, LLC |
| Philadelphia Urosurgical Associates | Directorship Agreement | Center City Healthcare, LLC |
| Philips Healthcare | Quote Number LS-023097 | Center City Healthcare, LLC |
| Philips Healthcare | Quote Number LS-023098 | Center City Healthcare, LLC |
| Philips Healthcare | Quote Number LS-023094 | Center City Healthcare, LLC |
| Philips Medical Capital, LLC | Lease Schedule No. 88 | Hahnemann University Hospital |
| Philips Medical Capital, LLC | Lease Schedule No. 89 | Hahnemann University Hospital |
| Pitney Bowes Inc. | Lease Agreement | Center City Healthcare, LLC |
| Pitney Bowes Inc. | Lease Agreement | TPS of PA, LLC |
| Pitney Bowes Inc. | Lease Agreement | TPS of PA, LLC |
| Pitney Bowes Inc. | Lease Agreement | TPS of PA, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Planned Parenthood - Southeastern Pennsylvania | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Poovendran Sanththasivam, MD | Letter Agreement | Center City Healthcare, LLC |
| Prime Healthcare Services - Roxborough, LLC | Affiliation Agreement | Center City Healthcare, LLC |
| Prime Healthcare Services d/b/a Lower Bucks Hospital | Transfer Agreement | Center City Healthcare, LLC |
| Prospect CCMC, LLC (Crozer-Chester Medical Center) | Transfer Agreement | Center City Healthcare, LLC |
| Prospect CCMC, LLC (Crozer-Chester Medical Center) | Clinical Rotations Agreement | Center City Healthcare, LLC |
| Pruett Roof | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| PTW New York Corporation | Services Agreement | Center City Healthcare, LLC |
| Public Health Management Corporation | Transfer Agreement | Center City Healthcare, LLC |
| Public Health Management Corporation | Medical Respite Professional Services Agreement | Center City Healthcare, LLC |
| Quidel Corporation | Sofia Placement Agreement | Center City Healthcare, LLC |
| Rad Source Technologies, Inc. | Quote RS3400335Rc | Center City Healthcare, LLC |
| Radiation Oncologists, PA | Program Director Agreement | Center City Healthcare, LLC |
| Radiometer America Inc. | Quote # MR9984-NKHMR10 | Hahnemann University Hospital |
| Randstad Professionals US, LLC d/b/a Tatum | Interim Services Agreement | Philadelphia Academic Health System, LLC |
| Reese's Professional Cleaning Service, LLC | Services Agreement | TPS of PA, LLC |
| Regents of the University of New Mexico, for the Health Sciences Center | Affiliation Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Regis University | Affiliation Agreement | Center City Healthcare, LLC |
| Respiratory Associates, LTD | Physician Participation Agreement | Center City Healthcare, LLC |
| Rheumatic Disease Associates, Ltd. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Richard N. Best Associates, Inc. | Services Agreement | Center City Healthcare, LLC |
| Rittenhouse Eye Associates, PC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Rittenhouse Hematology and Oncology | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Rittenhouse Hematology/Oncology | Directorship Agreement | Center City Healthcare, LLC |
| Romed, Inc. d/b/a Romed Ambulance | Ambulance Services Agreement | Center City Healthcare, LLC |
| Roswell Park Cancer Institute Corporation | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Rowen College at Burlington County | Affiliation Agreement | Center City Healthcare, LLC |
| Rutgers, the State University of New Jersey | Affiliation Agreement | Center City Healthcare, LLC |
| S.A. Comunale Co., Inc. | Services Agreement | Center City Healthcare, LLC |
| S.R. Wojdak & Associates, LP d/b/a Wojdak Government Relations | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Saint Francis University | Affiliation Agreement | Center City Healthcare, LLC |
| Sanford-Brown Institute | Affiliation Agreement | Center City Healthcare, LLC |
| Scientific Apparatus Service, Inc. | Services Agreement | Center City Healthcare, LLC |
| Scott Testing Inc. | Various Invoices | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Sharonda Brown | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| SHC Services, Inc. d/b/a Supplemental Healthcare Company | Agreement to Provide Services | Philadelphia Academic Health System, LLC |
| Siemens Industry, Inc. | Service Agreement | Center City Healthcare, LLC |
| Siemens Medical Solutions USA, Inc. | Trial Evaluation Agreement | Center City Healthcare, LLC |
| Siemens Medical Solutions USA, Inc. | Proposal #1-G72OIY | Center City Healthcare, LLC |
| SMR Healthcare Management, Inc. | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Sodexo Management, Inc. | Affiliation Agreement | Center City Healthcare, LLC |
| Solid Waste Services Inc. d/b/a JP Mascaro and Sons | Services Agreement | Center City Healthcare, LLC |
| Southeast Reimbursement Group, LLC | Engagement Agreement | Center City Healthcare, LLC |
| Southwest Regional PCR, LLC d/b/a PathoGenius Laboratory | Diagnostic Services Agreement | Center City Healthcare, LLC |
| Spectra Laboratories, Inc. | STAT Laboratory Services Agreement | Hahnemann University Hospital |
| Spectrum Health Partners, LLC | Managed Care Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Spiffy Cloud Inc. | Universal Service Agreement | Hahnemann University Hospital |
| Spring Arbor University | Affiliation Agreement | Center City Healthcare, LLC |
| St. Mary's Medical Center | Transfer Agreement | Center City Healthcare, LLC |
| Stanford/Sterling Group, LLC | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Stericycle, Inc. | Biomedical Waste Services Agreement | Hahnemann University Hospital |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Stericycle, Inc. | Sharps Management Services Agreement | Hahnemann University Hospital |
| Stericycle, Inc. | Pharmaceutical Waste Compliance Services Agreement | Hahnemann University Hospital |
| Steris Corporation | Agreement Renewal | Center City Healthcare, LLC |
| Steward Easton Hospital, Inc. | Agreement for Incoming Clinical Rotations | Center City Healthcare, LLC |
| Storage Solutions Technology Group, Inc. d/b/a SST Group, Inc. | Services Agreement | Center City Healthcare, LLC |
| Sun Nuclear Corporation | Quotation #Q-08533-1 | Center City Healthcare, LLC |
| TC Human Capital Solutions, LLC | Human Resources Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Temple University | Affiliation Agreement | Center City Healthcare, LLC |
| Temple University - Of the Commonwealth System of Higher Education | Affiliation Agreement | Center City Healthcare, LLC |
| Temple University Hospital | Transfer Agreement | Center City Healthcare, LLC |
| Temple University Hospital | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Temple University School of Health Information Management | Affiliation Agreement | Center City Healthcare, LLC |
| Terumo BCT, Inc. | Price Per Disposable Finance Agreement | Hahnemann University Hospital |
| Thanks for Being Green, LLC d/b/a Magnus Computer Recycling | Services Agreement | Center City Healthcare, LLC |
| The American Oncologic Hospital d/b/a Fox Chase Cancer Center | Fellow Affiliation Agreement | Center City Healthcare, LLC |

36665305.1 03/12/2020

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| The Cooper Health System | Residency Affiliation Agreement | Center City Healthcare, LLC |
| The Eye Institute of Pennsylvania College of Optometry at Salus University | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| The Foot and Ankle Center of Philadelphia, LLC | Program Director Agreement | Center City Healthcare, LLC |
| The Nemours Foundation | Educational Affiliation Agreement | Center City Healthcare, LLC |
| The Nemours Foundation | Educational Affiliation Agreement | Center City Healthcare, LLC |
| The Otis Elevator Company | Elevator Maintenance Services Agreement | Center City Healthcare, LLC |
| The Philadelphia Hand Center, P.C. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| The Renfrew Center of Philadelphia, LLC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| The Spectranetics Corporation | Premium Service Agreement | Center City Healthcare, LLC |
| The Trustees of the University of Pennsylvania | Transfer Agreement | Center City Healthcare, LLC |
| The Trustees of the University of Pennsylvania, owner and operator of the Hospital of the University of Pennsylvania | Master Affiliation Agreement for Graduate Medical Education Clinical Rotations | Center City Healthcare, LLC |
| The Visiting Nurse Association of Greater Philadelphia | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Therapath, LLC | Services Agreement | Center City Healthcare, LLC |