## Exhibit A

## Proposed Order

36665325.1 03/12/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (MFW) ) ) Jointly Administered ) |
| Debtors. | ) **Re: Docket No. __** ) |

**ORDER APPROVING TWENTY-THIRD OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Twenty-Third Omnibus Rejection Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of March 12, 2020; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having reviewed the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

-2-

Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of March 12, 2020, to the extent such Contracts are executory contracts or unexpired leases.

3. This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4. To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5. The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Exhibit 1**

**Rejected Contracts**

**(see attached)**

36665325.1 03/12/2020

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Thomas Jefferson University | Affiliation Agreement | Center City Healthcare, LLC |
| Thomas Jefferson University | Affiliation Agreement | Center City Healthcare, LLC |
| Thomas Jefferson University Hospital | Transfer Agreement | Center City Healthcare, LLC |
| Thomas Jefferson University Jefferson College of Nursing | Affiliation Agreement | Center City Healthcare, LLC |
| thyssenkrupp Elevator Corporation | National Framework Agreement for the Protection of Vertical Transportation Equipment | Philadelphia Academic Health System, LLC |
| Thyssenkrupp Elevator Corporation | Agreement for Elevator Repair & Maintenance | Philadelphia Academic Health System, LLC |
| Toshiba America Medical Systems, Inc. | Subscription Agreement | Hahnemann University Hospital |
| Toshiba America Medical Systems, Inc. | Subscription Agreement for Magnetic Resonance Imaging Services | Hahnemann University Hospital |
| Total Renal Care, Inc. | Transfer Agreement | Center City Healthcare, LLC |
| Total Renal Care, Inc. | STAT Laboratory Services Agreement | Center City Healthcare, LLC |
| Total Renal Care, Inc. d/b/a Buttonwood Dialysis Center and Callowhill Dialysis Center | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Tozour Energy Systems, Inc. | Services Agreement | Center City Healthcare, LLC |
| Trans Union LLC | Business Associate Agreement | Philadelphia Academic Health System, LLC |
| Translational Neuroscience, LLC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Trisonics, Inc. | Services Agreement | Center City Healthcare, LLC |
| Universal Hospital Services, Inc. | Services Agreement | Center City Healthcare, LLC |

-1-

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Universal Protection Service, LP d/b/a Allied Universal Security Services | Security Professional Service Agreement | Philadelphia Academic Health System, LLC |
| Universal Protection Service, LP | Agreement for Security Services | Philadelphia Academic Health System, LLC |
| University of Delaware | Affiliation Agreement | Center City Healthcare, LLC |
| University of Delaware | Affiliation Agreement | Center City Healthcare, LLC |
| University of Delaware | Affiliation Agreement | Center City Healthcare, LLC |
| University of Kansas Medical Center Research Institute, Inc. | Participant Agreement | Hahnemann University Hospital |
| University of New England College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| University of North Texas Health Science Center - Texas College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| University of Pennsylvania | Affiliation Agreement | Center City Healthcare, LLC |
| University of Pennsylvania | Affiliation Agreement | Center City Healthcare, LLC |
| University of Phoenix | Affiliation Agreement | Center City Healthcare, LLC |
| University of Scranton | Affiliation Agreement | Center City Healthcare, LLC |
| University of Scranton | Affiliation Agreement | Center City Healthcare, LLC |
| University of the Arts | Affiliation Agreement | Center City Healthcare, LLC |
| University of the Sciences in Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| University of the Sciences in Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| University Pipette Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Urologic Consultants of Southeastern Pennsylvania | Directorship Agreement | Center City Healthcare, LLC |
| Urologic Consultants of Southeastern Pennsylvania | Program Director Agreement | Center City Healthcare, LLC |

36665325.1 03/12/2020

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Urologic Consultants of Southeastern Pennsylvania | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| US Regional Occupational Health | Lease | Center City Healthcare, LLC |
| US Security Associates, Inc. | Security and/or Patrol Service Agreement | Philadelphia Academic Health System, LLC |
| Vanguard Cleaning Systems, Inc. d/b/a Vanguard Cleaning Systems of Philadelphia | Services Agreement | TPS of PA, LLC |
| Veolia Energy Philadelphia, Inc. | Steam Purchase Agreement | Hahnemann University Hospital |
| Verathon Inc. | Services Agreement | Center City Healthcare, LLC |
| Veterans Hospital - Wilkes-Barre VA | Medical Education Affiliation Agreement | Center City Healthcare, LLC |
| Villanova University College of Nursing | Affiliation Agreement | Center City Healthcare, LLC |
| Vincera Surgery Center | Transfer Agreement | Center City Healthcare, LLC |
| Virtua Memorial Hospital Burlington County, Inc. | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Virtual Imaging, Inc. | Quotation # RDPQ21728-01 | Hahnemann University Hospital |
| Vitas Healthcare Corporation d/b/a Vitas Innovative Hospice | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Vizient, Inc. | Custom Services Statement of Work - eCommerce Exchange | Philadelphia Academic Health System, LLC |
| VOYCE, Inc. | Pilot Services Agreement | Philadelphia Academic Health System, LLC |
| VP-MA Health Solutions, Inc. d/b/a CDIMD | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Walden University | Affiliation Agreement | Center City Healthcare, LLC |
| Wallace & Nilan Physical Therapy and Fitness, LLC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Welcome America, Inc. | Sponsorship Agreement | Philadelphia Academic Health System, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Werfen USA LLC | Equipment and Services Agreement | Hahnemann University Hospital |
| West Physics Consulting, LLC | Physics Service Agreement | Center City Healthcare, LLC |
| West Virginia School of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Western University of Health Sciences, College of Osteopathic Medicine of the Pacific | Affiliation Agreement | Center City Healthcare, LLC |
| Western University of Health Sciences, College of Podiatric Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Whitecap Health Advisors, LLC | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Widner University | Affiliation Agreement | Center City Healthcare, LLC |
| Widner University - School of Nursing | Affiliation Agreement | Center City Healthcare, LLC |
| Wilkes University School of Nursing | Affiliation Agreement | Center City Healthcare, LLC |
| William Carey University College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Willis Eye Surgery Center at Philadelphia Stadium Campus | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Wilmington University, Inc. | Affiliation Agreement | Center City Healthcare, LLC |
| Woods Services, Inc. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Zimmer US, Inc. | Product Placement Agreement | Hahnemann University Hospital |