**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[2] | : | Case No. 19-11466 (KG) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Hearing Date: April 28, 2020 at 11:30 a.m.** |
| | : | **Objection Deadline: April 14, 2020 at 4:00 p.m.** |

**MOTION OF SPECIALTYCARE, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

SpecialtyCare, Inc. (**"SpecialtyCare"**) by and through its undersigned counsel, White and Williams LLP, file this Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 (the **"Motion"**) and in support thereof state the following:

**BACKGROUND**

1. On June 30, 2019 and July 1, 2019 (the **"Petition Dates"**), Center City Healthcare, LLC d/b/a Hahnemann University Hospital (**"CCHC"**) and certain of its affiliates (collectively with CCHC, **"Debtors"**) filed voluntary petitions for Chapter 11 relief in the United States Bankruptcy Court for the District of Delaware (the **"Bankruptcy Court"**).

2. Effective as of May 14, 2012, SpecialtyCare, Inc. entered into a Master Clinical Services Agreement (the **"Master Services Agreement"**) and a Services Agreement for Perfusion Services (the **"Perfusion Services Agreement"**) with Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital (**"Tenet"**) whereunder SpecialtyCare,

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); StChris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C.(5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Inc. provided clinical staff, services, supplies, and equipment to Tenet. Effective as of January 11, 2018, CCHC assumed all of the obligations and rights of Tenet under the Master Services Agreement and the Perfusion Services Agreement. Effective as of May 14, 2018, CCHC and SpecialtyCare, Inc. amended the Master Services Agreement to add a Services Agreement for Biomedical Services (the **"Biomedical Services Agreement"**). The Master Services Agreement, the Perfusion Services Agreement, and the Biomedical Services Agreement collectively with all of their exhibits, addendums and amendments shall be referred to as the **"Agreements"** herein. The term of the Agreements runs through May 12, 2021. The Agreements contain certain confidentiality provisions. As such, SpecialtyCare has not attached copies of the Agreements hereto, but will make them available upon request by the Debtors.

3. On August 2, 2019, Debtors designated the Agreements for rejection. *See* Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 350]. On August 22, 2019, the Bankruptcy Court approved the rejection of the Agreements effective August 2, 2019. *See* Order Approving Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 548].

4. On October 1, 2019, SpecialtyCare, Inc. filed a proof of claim against CCHC in the amount of $1,061,266.90 for its rejection damages pursuant to 11 U.S.C. § 502(b)(6), which was designated Claim No. 249 on the claims register in Case No. 19-11466 (**"Claim No. 249"**). As set forth in Claim No. 249, SpecialtyCare, Inc. expressly reserved the right to assert an administrative claim for monthly retainer fees and capital equipment fees accruing under the Agreements between the Petition Date and the rejection of the Agreements on August 2, 2019, as well as for the value medical supplies that SpecialtyCare, Inc. sold and delivered to CCHC

within twenty (20) days prior to the Petition Date in the ordinary course of CCHC's business (**"503(b)(9) Goods"**).

5. Under the Perfusion Services Agreement, CCHC was liable to pay a Monthly Retainer Fee of $40,448/month and a Capital Equipment Fee of $1,089/month. Copies of SpecialtyCare, Inc.'s July 1, 2019 and August 1, 2019 invoices are attached as Exhibit **"A"** hereto. Additionally, Claim No. 249 includes three invoices (Invoice Nos. 72526586, 72537011, and 72537015) totaling $3,524.84 for 503(b)(9) Goods, copies of which are attached as Exhibit **"B"** hereto. Accordingly, SpecialtyCare, Inc. requests the allowance and payment of an administrative claim against CCHC in the amount of $86,598.84 pursuant to sections 503(b)(1)(A) and (9) of the Bankruptcy Code, calculated as follows:

| **Description** | **Amount** |
|---|---:|
| 503(b)(9) Goods | $3,524.84 |
| Monthly Retainer Fee for Perfusion Services Agreement – $40,448/month (7/1/2019 through 8/2/2019) | $80,896.00 |
| Capital Equipment Fee – $1,089/month (7/1/2019 through 8/2/2019) | $2,178.00 |
| **TOTAL** | **$86,598.84** |

**ARGUMENT**

6. Pursuant to 11 U.S.C. § 503(b), "[a]fter notice and a hearing, there shall be allowed administrative expenses … including … (1) actual, necessary costs and expenses of preserving the estate …." "[A] non-debtor party to an executory contract is entitled to an administrative expense claim equal to any benefit conferred on the estate prior to the assumption or rejection of the contract." *In re Waste Systems Int'l, Inc.*, 280 B.R. 824, 826 (Bankr. D. Del. 2002).

7. Among other things, the monthly retainer fee for perfusion services included the services of two professional perfusionists on a full-time basis during business hours and one professional perfusionist on an on-call basis during nights and weekends.[3] The post-Petition Date services provided by SpecialtyCare constituted actual, necessary costs of preserving the Debtors' bankruptcy estates and conferred a direct and substantial benefit on the Debtors' estates and creditors insofar as they allowed the Debtors to maintain patient care while testing the market for CCHC's assets and winding down medical operations in an orderly manner.

**WHEREFORE**, SpecialtyCare respectfully requests the entry of an Order:

(a) Granting SpecialtyCare, Inc. an allowed administrative expense claim in the amount of $86,598.84 against Center City Healthcare, LLC d/b/a Hahnemann University Hospital pursuant to sections 503(b)(1)(A) and (9) of the Bankruptcy Code;

(b) Granting such other and further relief as is just and proper.

Dated: March 16, 2020

**WHITE AND WILLIAMS LLP**

By: /s/ Marc S. Casarino
Marc S. Casarino (#3613)
600 N. King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 467-4520
Fax: (302) 467-4550
casarinom@whiteandwilliams.com

- and -

[3] Generally, perfusionists are healthcare professionals who help maintain blood flow to patients' body tissues and regulate levels of oxygen and carbon dioxide in the blood. Among other things, perfusionists operate cardiopulmonary bypass (heart-lung) machines during cardiac and other surgeries to manage the patient's physiological status.

Amy E. Vulpio
PA ID No. 84477
1650 Market Street, Suite 1800
Philadelphia, PA 19103
Telephone: (215) 864-6250
Fax: (215) 789-7550
vulpioa@whiteandwilliams.com

***Attorneys for SpecialtyCare, Inc.***