# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | : | Case No. 19-11466 (KG) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Hearing Date: April 28, 2020 at 11:30 a.m.** |
| | : | **Objection Deadline: April 14, 2020 at 4:00 p.m.** |

## NOTICE OF MOTION OF SPECIALTYCARE, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503

**PLEASE TAKE NOTICE** that SpecialtyCare, Inc. (**"Movant"**) has filed the attached **Motion of SpecialtyCare, Inc. for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503** (the **"Motion"**), with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be received by the undersigned co-counsel for the Movant no later than **April 14, 2020 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Motion will be considered at the hearing scheduled in the above-captioned case for **April 28, 2020 at 11:30 a.m. Eastern Time** before the Honorable Kevin Gross, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); StChris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C.(5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

23953233v.2

| | |
|---|---|
| Dated: March 16, 2020 | **WHITE AND WILLIAMS LLP** |

By:   /s/ Marc S. Casarino
Marc S. Casarino (#3613)
600 N. King Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 467-4520
Fax:  (302) 467-4550
casarinom@whiteandwilliams.com

- and -

Amy E. Vulpio
PA ID No. 84477
1650 Market Street, Suite 1800
Philadelphia, PA  19103
Telephone:  (215) 864-6250
Fax:  (215) 789-7550
vulpioa@whiteandwilliams.com

***Attorneys for SpecialtyCare, Inc.***