EXHIBIT "A"

 **INVOICE**

| | | | |
|---|---|---|---|
| Remit To: | SpecialtyCare Cardiovascular Resources<br>Department 1614<br>PO Box 11407<br>Birmingham, AL 35246-1614<br>FEIN: 25-1228645 | Page:<br>Invoice No:<br>Invoice Date: | 1 of 1<br>72537857<br>07/01/2019 |
| Bill To: | Hahnemann University Hospital<br>Attn: Accounts Payable<br>P.O.Box 42487<br>Philadelphia PA 19102 | Case ID:<br>Customer:<br>PO:<br>Physician:<br>Patient ID/Patient:<br>MRN #:<br>Clinician:<br>Procedure/Description:<br>Procedure Date:<br>IONM Reader: | 2669P01<br><br><br>/<br><br><br>/ |

| Line | Product | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| 1 | 399200  Monthly Equipment Rental | 1.00 | EA | 1,089.00 | 1,089.00 |
| | | | Subtotal: | | 1,089.00 |
| | | | Tax Amount: | | 0.00 |

Payment Terms: 45 Days    Net Due Date: 08/15/2019    **Grand Total:** **1,089.00**

The prices in this invoice may reflect net discounts, rebates, or other reductions in price ("Discounts"). Seller may provide additional Discounts that are not reflected on this invoice, but were fixed and disclosed in writing to Purchaser at the time of the initial sale and will be reflected in documentation provided to Purchaser when the value of such Discounts becomes known. The net price and any Discounts may be reportable under federal regulations at 42 C.F.R. § 1001.952(h).

Please direct all inquiries to Tonia Lee Hayes at 615/345-5432 or Tonia.LeeHayes@specialtycare.net

 **INVOICE**

| | |
|---|---|
| Remit To: | SpecialtyCare Cardiovascular Resources<br>Department 1614<br>PO Box 11407<br>Birmingham, AL 35246-1614<br>FEIN: 25-1228645 |
| Bill To: | Hahnemann University Hospital<br>Attn: Accounts Payable<br>P.O.Box 42487<br>Philadelphia PA 19102 |

| | |
|---|---|
| Page: | 1 of 1 |
| Invoice No: | 72537940 |
| Invoice Date: | 07/01/2019 |
| Case ID: | |
| Customer: | 2669P01 |
| PO: | |
| Physician: | |
| Patient ID/Patient: | / |
| MRN #: | |
| Clinician: | |
| Procedure/Description: | / |
| Procedure Date: | |
| IONM Reader: | |

| Line | Product | | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 395101 | Monthly Retainer PS | 1.00 | EA | 40,448.00 | 40,448.00 |

| | |
|---|---|
| Subtotal: | 40,448.00 |
| Tax Amount: | 0.00 |

Payment Terms: 45 Days      Net Due Date: 08/15/2019

**Grand Total:** 40,448.00

The prices in this invoice may reflect net discounts, rebates, or other reductions in price ("Discounts"). Seller may provide additional Discounts that are not reflected on this invoice, but were fixed and disclosed in writing to Purchaser at the time of the initial sale and will be reflected in documentation provided to Purchaser when the value of such Discounts becomes known. The net price and any Discounts may be reportable under federal regulations at 42 C.F.R. § 1001.952(h).

Please direct all inquiries to Tonia Lee Hayes at 615/345-5432 or Tonia.LeeHayes@specialtycare.net



# INVOICE

| | |
|---|---|
| Remit To: | SpecialtyCare Cardiovascular Resources |
| | Department 1614 |
| | PO Box 11407 |
| | Birmingham, AL 35246-1614 |
| | FEIN: 25-1228645 |
| Bill To: | Hahnemann University Hospital |
| | Attn: Accounts Payable |
| | P.O.Box 42487 |
| | Philadelphia PA 19102 |

| | |
|---|---|
| Page: | 1 of 1 |
| Invoice No: | 72569020 |
| Invoice Date: | 08/01/2019 |
| Case ID: | |
| Customer: | 2669P01 |
| PO: | |
| Physician: | |
| Patient ID/Patient: | / |
| MRN #: | |
| Clinician: | |
| Procedure/Description: | / |
| Procedure Date: | |
| IONM Reader: | |

| Line | Product | | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 399200 | Monthly Equipment Rental | 1.00 | EA | 1,089.00 | 1,089.00 |
| | | | | Subtotal: | | 1,089.00 |
| | | | | Tax Amount: | | 0.00 |

Payment Terms:  45 Days       Net Due Date:  09/15/2019       **Grand Total:**       **1,089.00**

The prices in this invoice may reflect net discounts, rebates, or other reductions in price ("Discounts"). Seller may provide additional Discounts that are not reflected on this invoice, but were fixed and disclosed in writing to Purchaser at the time of the initial sale and will be reflected in documentation provided to Purchaser when the value of such Discounts becomes known. The net price and any Discounts may be reportable under federal regulations at 42 C.F.R. § 1001.952(h).

Please direct all inquiries to Tonia Lee Hayes at 615/345-5432 or Tonia.LeeHayes@specialtycare.net

 **INVOICE**

| | |
|---|---|
| Remit To: | SpecialtyCare Cardiovascular Resources<br>Department 1614<br>PO Box 11407<br>Birmingham, AL 35246-1614<br>FEIN: 25-1228645 |
| Bill To: | Hahnemann University Hospital<br>Attn: Accounts Payable<br>P.O.Box 42487<br>Philadelphia PA 19102 |

Page: 1 of 1
Invoice No: 72569102
Invoice Date: 08/01/2019

Case ID:
Customer: 2669P01
PO:
Physician:
Patient ID/Patient: /
MRN #:
Clinician:
Procedure/Description: /
Procedure Date:
IONM Reader:

| Line | Product | | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 395101 | Monthly Retainer PS | 1.00 | EA | 40,448.00 | 40,448.00 |

Subtotal: 40,448.00
Tax Amount: 0.00

Payment Terms: 45 Days    Net Due Date: 09/15/2019

**Grand Total: 40,448.00**

The prices in this invoice may reflect net discounts, rebates, or other reductions in price ("Discounts"). Seller may provide additional Discounts that are not reflected on this invoice, but were fixed and disclosed in writing to Purchaser at the time of the initial sale and will be reflected in documentation provided to Purchaser when the value of such Discounts becomes known. The net price and any Discounts may be reportable under federal regulations at 42 C.F.R. § 1001.952(h).

Please direct all inquiries to Tonia Lee Hayes at 615/345-5432 or Tonia.LeeHayes@specialtycare.net

EXHIBIT "B"

 SpecialtyCare

# INVOICE

Remit To: SpecialtyCare Cardiovascular Resources
Department 1614
PO Box 11407
Birmingham, AL 35246-1614
FEIN: 25-1228645

Bill To: Hahnemann University Hospital
Attn: Accounts Payable
P.O. Box 42487
Philadelphia PA 19102

Page: 1 of 1
Invoice No: 72526586
Invoice Date: 06/19/2019

Case ID: 100002035257
Customer: 2669P01
PO:
Physician: Delvadia, Dipak
Patient ID/Patient:
MRN #:
Clinician: Cullen, James
Procedure/Description: ATS/Autotransfusion Intraop
Procedure Date: 06/12/2019 12:00 PM
IONM Reader:

| Line | Product | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| 1 | 60CEDS  ATS (DS,CE)  CE | 1.00 | EA | 196.00 | 196.00 |
| 2 | 10002261 (CO007401000)  BRAT 2, Reservoir, 3.8L, 120u  DS | 1.00 | EA | 68.00 | 68.00 |
| 3 | 10002241 (CO007002000)  BRAT 2, Waste Bag, 10L  DS | 1.00 | EA | 17.44 | 17.44 |
| 4 | 10003540 (PASQ40S)  Filter, Blood Trans, 40 micron  DS | 1.00 | EA | 15.55 | 15.55 |
| 5 | 10004090 (TE1BBT060CB71)  Transfer Bag, 600mL w/ 1 Coupl  DS | 1.00 | EA | 7.20 | 7.20 |
| 6 | 60P  ATS During/Independent (PS)  PS | 1.00 | EA | | 0.00 |
| 7 | 10002243 (CO007005001)  A&A Line (for use w/ any stand  DS | 1.00 | EA | | 0.00 |
| 8 | 10002258 (CO007250100)  BRAT 2, Bowl Set, 250 mL  DS | 1.00 | EA | | 0.00 |

Subtotal: 304.19
Tax Amount: 0.00

Payment Terms: 45 Days    Net Due Date: 08/03/2019

**Grand Total:** 304.19

The prices in this invoice may reflect net discounts, rebates, or other reductions in price ("Discounts"). Seller may provide additional Discounts that are not reflected on this invoice, but were fixed and disclosed in writing to Purchaser at the time of the initial sale and will be reflected in documentation provided to Purchaser when the value of such Discounts becomes known. The net price and any Discounts may be reportable under federal regulations at 42 C.F.R. § 1001.952(h).

Please direct all inquiries to Tonia Lee Hayes at 615/345-5432 or Tonia.LeeHayes@specialtycare.net

 **INVOICE**

| | |
|---|---|
| Remit To: | SpecialtyCare Cardiovascular Resources<br>Department 1614<br>PO Box 11407<br>Birmingham, AL 35246-1614<br>FEIN: 25-1228645 |
| Bill To: | Hahnemann University Hospital<br>Attn: Accounts Payable<br>P.O.Box 42487<br>Philadelphia PA 19102 |

| | |
|---|---|
| Page: | 1 of 1 |
| Invoice No: | 72537011 |
| Invoice Date: | 06/28/2019 |
| Case ID: | 100002050917 |
| Customer: | 2669P01 |
| PO: | |
| Physician: | Laub, Glenn |
| Patient ID/Patient: | DISPOSABLES/disposables disposables |
| MRN #: | |
| Clinician: | Cullen, James |
| Procedure/Description: | DSPT/Disposables Only – Open Heart |
| Procedure Date: | 06/26/2019 08:00 AM |
| IONM Reader: | |

| Line | Product | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| 1 | 10007827   Pack, SpecialtyCare OH, 1/2 V,  DS | 1.00 | EA | 657.90 | 657.90 |
| 2 | 10004090 (TE1BBT060CB71)  Transfer Bag, 600mL w/ 1 Coupl  DS | 1.00 | EA | 7.20 | 7.20 |

|  |  |
|---|---|
| Subtotal: | 665.10 |
| Tax Amount: | 0.00 |

Payment Terms:  45 Days         Net Due Date:  08/12/2019

**Grand Total:    665.10**

The prices in this invoice may reflect net discounts, rebates, or other reductions in price ("Discounts"). Seller may provide additional Discounts that are not reflected on this invoice, but were fixed and disclosed in writing to Purchaser at the time of the initial sale and will be reflected in documentation provided to Purchaser when the value of such Discounts becomes known. The net price and any Discounts may be reportable under federal regulations at 42 C.F.R. § 1001.952(h).

Please direct all inquiries to Tonia Lee Hayes at 615/345-5432 or Tonia.LeeHayes@specialtycare.net

 **INVOICE**

Remit To: SpecialtyCare Cardiovascular Resources
Department 1614
PO Box 11407
Birmingham, AL 35246-1614
FEIN: 25-1228645

Bill To: Hahnemann University Hospital
Attn: Accounts Payable
P.O.Box 42487
Philadelphia PA 19102

Page: 1 of 1
Invoice No: 72537015
Invoice Date: 06/28/2019

Case ID: 100002050919
Customer: 2669P01
PO:
Physician: Laub, Glenn
Patient ID/Patient: DISPOSABLES/disposables disposables
MRN #:
Clinician: Cullen, James
Procedure/Description: DSPT/Disposables Only – Open Heart
Procedure Date: 06/26/2019 08:00 AM
IONM Reader:

| Line | Product | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| 1 | 10003247   Pack, Hershey Adult ECMO   DS | 1.00 | EA | 2,310.00 | 2,310.00 |
| 2 | 10002271   Hemoconcentrator. SH14 w/36" L   DS | 1.00 | EA | 160.65 | 160.65 |
| 3 | 10002488 (CO627100701)   Tubing 3/8" x 3/32" x 10' w/ S   DS | 1.00 | EA | 44.06 | 44.06 |
| 4 | 10003003 (GIEC2130S)   Connector 3/8" x 3/8"   DS | 6.00 | EA | 4.13 | 24.78 |
| 5 | 10002995 (GIEC2105S)   Connector 3/8" x 3/8" x 3/8"   DS | 2.00 | EA | 4.13 | 8.26 |
| 6 | 10003050 (GISL7100)   Tubing 3/8" x 3/32" x 2'   DS | 1.00 | EA | 7.80 | 7.80 |

Subtotal: 2,555.55
Tax Amount: 0.00

Payment Terms: 45 Days      Net Due Date: 08/12/2019

**Grand Total:** 2,555.55

The prices in this invoice may reflect net discounts, rebates, or other reductions in price ("Discounts"). Seller may provide additional Discounts that are not reflected on this invoice, but were fixed and disclosed in writing to Purchaser at the time of the initial sale and will be reflected in documentation provided to Purchaser when the value of such Discounts becomes known. The net price and any Discounts may be reportable under federal regulations at 42 C.F.R. § 1001.952(h).

Please direct all inquiries to Tonia Lee Hayes at 615/345-5432 or Tonia.LeeHayes@specialtycare.net