**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | : : : | Case No. 19-11466 (KG) Jointly Administered |
| | : | |
| Debtors. | : : | |

## ORDER

Upon consideration of the Motion of SpecialtyCare, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 and (the **"Motion"**)[2] and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that SpecialtyCare, Inc. is hereby allowed an administrative expense claim in the amount of $86,598.84 against Center City Healthcare, LLC d/b/a Hahnemann University Hospital, which Debtors shall pay within ten (10) business days of the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       March __, 2020

                                                                The Honorable Kevin Gross
                                                                United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); StChris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C.(5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Motion.