# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC | : | Case No. 19-11466 (KG) |
| d/b/a HAHNEMANN UNIVERSITY | : | |
| HOSPITAL, *et al.*,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Marc S. Casarino, do hereby certify that a true and correct copy of the foregoing Motion of SpecialtyCare, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 was served on March 16, 2020 upon the parties who receive CM/ECF notices in the above-captioned cases.

Dated: March 16, 2020

**WHITE AND WILLIAMS LLP**

By:   /s/ Marc S. Casarino
Marc S. Casarino (#3613)
600 N. King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 467-4520
Fax: (302) 467-4550
casarinom@whiteandwilliams.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); StChris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C.(5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

23953233v.2