IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Bankruptcy Case No. 19-11466 (KG)<br><br>(Jointly Administered) |
| UNITED STATES OF AMERICA,<br><br>Appellant,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL and THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.,<br><br>Appellees. | Case No. 1:19-cv-01711-RGA<br><br>**STIPULATION DISMISSING APPEAL AS MOOT AND UNITED STATES' REQUEST FOR VACATUR OF BANKRUPTCY COURT'S SALE ORDER** |

Appellant, the United States of America (the "United States"), on behalf of the Department of Health and Human Services ("HHS"), acting through its designated component, the Centers for Medicare & Medicaid Services, and Appellees, Center City Healthcare, LLC, d/b/a Hahnemann University ("Debtor") and Thomas Jefferson University Hospitals, Inc. ("Jefferson") (collectively, the "Parties"), respectfully stipulate and agree as follows:

A.  On September 10, 2019, the United States Bankruptcy Court for the District of Delaware entered an *Order Under 11 U.S.C. § 105, 106, 363, 365, 503, 507, and 525-(A)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

1

*Approving Asset Purchase Agreement with Thomas Jefferson University Hospitals, Inc., (B) Authorizing Sale of Certain of Debtor's Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtor's Executory Contracts, and (D) Granting Related Relief* (the "Sale Order").  Appendix to Opening Brief of Appellant United States (Dkt. 31) at A390-A415.

        B.       The Sale Order approved the sale by Debtor to Jefferson of certain assets of Debtor pursuant to an Asset Purchase Agreement ("APA") entered into by Debtor and Jefferson and attached to the Sale Order. *Id.* at A390.  The Sale Order also provided that if Jefferson did not consummate the sale, Debtor was authorized to designate the backup bidder, Reading Hospital, as purchaser. *Id.* at A400-401.

        C.       On September 12, 2019, the United States filed a Notice of Appeal of the Sale Order in the Bankruptcy Court and a motion for an emergency stay pending appeal of the Sale Order in this Court. Dkt. 1, 4.  This Court (J. Noreika) granted the stay on September 16, 2019. Dkt. 17.  The appeal has been fully briefed.

        D.       Jefferson has now terminated the APA and Reading Hospital has communicated to Debtor that it is not willing to proceed with closing on the sale. Dkt. 41.

        E.       Thus, this appeal is now moot.

        F.       The Sale Order should be vacated.  "When a civil case becomes moot while an appeal is pending, the normal practice is to vacate the district court judgment because doing so clears the path for future relitigation of the issues between the parties." *Lightner ex rel. N.L.R.B. v. 1621 Route 22 West Operating Co., LLC*, 729 F.3d 235, 237 (3d Cir. 2013) (citing *Alvarez v. Smith,* 558 U.S. 87, 94 (2009); *United States v. Munsingwear,* 340 U.S. 36, 40 (1950)) (quotation omitted).  "This equitable rule prevents a judgment, unreviewable because of mootness, from spawning any legal consequences." *Id.* (citing *Rendell v. Rumsfeld,* 484 F.3d 236, 243 (3d Cir.

2007); *Donovan ex rel. Donovan v. Punxsutawney Area Sch. Bd.*, 336 F.3d 211, 217 (3d Cir. 2003)) (quotation omitted).

NOW, THEREFORE, the Parties having agreed and this Court having considered the terms of the stipulation, and good cause appearing therefor, the Parties STIPULATE and the United States REQUESTS that:

1. This appeal is dismissed as moot, with all parties to bear their own costs.

2. Subject to approval of the Court, the United States Bankruptcy Court for the District of Delaware's *Order Under 11 U.S.C. § 105, 106, 363, 365, 503, 507, and 525 (A) Approving Asset Purchase Agreement with Thomas Jefferson University Hospitals, Inc., (B) Authorizing Sale of Certain of Debtor's Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtor's Executory Contracts, and (D) Granting Related Relief* is vacated.

Dated: March 16, 2020

JOSEPH H. HUNT
Assistant Attorney General

DAVID C. WEISS
United States
Attorney

ELLEN SLIGHTS
Assistant United States
Attorney

/s/ Marc S. Sacks
RUTH A. HARVEY
MARGARET M. NEWELL
MARC S. SACKS
Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
Tel: (202) 307-1104
Fax: (202) 514-9163
marcus.s.sacks@usdoj.gov

Attorneys for the United States

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ Mark Minuti
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*

**DRINKER BIDDLE & REATH LLP**

/s/ Patrick A. Jackson
Patrick A. Jackson (Del. Bar No. 4976)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 467-4200
Fax: (302) 467-4201
Patrick.Jackson@dbr.com

-and-

Andrew C. Kassner (Del. Bar. No. 4507)
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Tel: (215) 988-2700
Fax: (215) 988-2757
Andrew.Kassner@dbr.com

-and-

Marita S. Erbeck (admitted *pro hac vice*)
600 Campus Dr.
Florham Park, NJ 07932-1047
Tel: (973) 549-7000
Fax: (973 360-9831
Marita.Erbeck@dbr.com

*Counsel to Thomas Jefferson University Hospitals, Inc.*

4

SO ORDERED this 16 day of March, 2020.

                                                                    _____
                                                                    United States District Judge