# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 30, 2020 AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE[2,3]

> **THE COURT HAS CANCELED THIS HEARING. THIS HEARING WILL BE RESCHEDULED AT A LATER DATE**

**MATTERS SCHEDULED FOR HEARING:**

1. Motion of Achintya Moulick, MD for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 1081; filed: 12/03/19]

    Response Deadline: December 17, 2019 at 4:00 p.m.; extended to January 16, 2020 at 4:00 p.m. for the Debtors.

    Responses Received:

    A.  Debtors' Objection [D.I. 1326; filed: 01/16/20]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

    B.    Official Committee of Unsecured Creditors' Joinder in the Debtors' Objection [D.I. 1329; filed: 01/16/20]

Related Documents:  None

Status: Subject to Court approval, the parties have resolved this contested matter.  This matter is continued pending documentation and presentation of the settlement.

2.    Motion of St. Christopher's Hospital for Children Medical Staff Members for (I) Allowance and Immediate Payment of Administrative Claims and (II) Relief from the Sale Order Pursuant to Federal Rule of Civil Procedure 60(b) [D.I. 1088; filed: 12/05/19]

Response Deadline:  January 16, 2020 at 4:00 p.m.; extended to March 30, 2020 at 4:00 p.m. for the Debtors and STC OpCo, LLC.

Responses Received:  None to date

Related Documents:  None to date

Status: This matter is continued to a date to be determined.

3.    **[FILED UNDER SEAL]** Ninth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1175; filed: 12/16/19]

Response Deadline:  December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee of Hahnemann Residents and Fellows (the "Ad Hoc Committee").

Responses Received:  None

Related Documents:

    A.    **[REDACTED]** Ninth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1176; filed: 12/16/19]

    B.    Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

Status: This matter is continued to a date to be determined.

4. **[FILED UNDER SEAL]** Tenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1177; filed: 12/16/19]

    Response Deadline: December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

    Responses Received: None

    Related Documents:

    A. **[REDACTED]** Tenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1178; filed: 12/16/19]

    B. Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

    Status: This matter is continued to a date to be determined.

5. **[FILED UNDER SEAL]** Eleventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements ("Eleventh Omnibus Rejection Motion") [D.I. 1179; filed: 12/16/19]

    Response Deadline: December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

    Responses Received:

    A. Objection of Ulyana Kulish, DPM [D.I. 1256; filed: 12/30/19]

    Related Documents:

    A. **[REDACTED]** Eleventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1180; filed: 12/16/19]

    B. Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

    Status: This matter is continued to a date to be determined.

6. **[FILED UNDER SEAL]** Twelfth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1181; filed: 12/16/19]

    Response Deadline: December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

Responses Received:

A. Objection of Christopher Mahrous, M.D. *(this objection was inadvertently filed as an objection to the Eleventh Omnibus Rejection Motion)* [D.I. 1285; filed: 01/03/20]

B. Objection of Brenda Mullen, M.D. *(this objection was inadvertently filed as an objection to the Eleventh Omnibus Rejection Motion)* [D.I. 1306; filed: 01/08/20]

Related Documents:

A. **[REDACTED]** Twelfth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1182; filed: 12/16/19]

B. Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

Status: This matter is continued to a date to be determined.

7. **[FILED UNDER SEAL]** Thirteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1183; filed: 12/16/19]

Response Deadline: December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

Responses Received: None

Related Documents:

A. **[REDACTED]** Thirteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1184; filed: 12/16/19]

B. Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

Status: This matter is continued to a date to be determined.

8. **[FILED UNDER SEAL]** Fourteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1185; filed: 12/16/19]

Response Deadline: December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

Responses Received:  None

Related Documents:

A. **[REDACTED]** Fourteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1186; filed: 12/16/19]

B. Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

Status: This matter is continued to a date to be determined.

9. Motion of the United States to Lift the Automatic Stay to Permit Setoff [D.I. 1250; filed: 12/27/19]

   Response Deadline:  January 10, 2020 at 4:00 p.m.

   Responses Received:

   A. Debtors' Limited Objection [D.I. 1313; filed: 01/10/20]

   B. Official Committee of Unsecured Creditors' Joinder in the Debtors' Limited Objection [D.I. 1314; filed: 01/10/20]

   Reply:

   C. United States' Reply in Support of Its Motion to Lift the Automatic Stay to Permit Setoff [D.I. 1330; filed: 01/17/20]

   Related Documents:  None

   Status: This matter is continued to a date to be determined.

10. Motion to Compel Assumption or Rejection of Unexpired Leases filed by People's Capital and Leasing Corp. [D.I. 1272; filed: 01/02/20]

    Response Deadline:  January 16, 2020 at 4:00 p.m.; extended to March 23, 2020 at 4:00 p.m. for the Debtors.

    Responses Received:

    A. Informal comments from the Debtors

    Related Documents:  None to date

    Status: This matter is continued to a date to be determined.

11. Motion of Medline Industries Holdings, L.P. for Allowance and Immediate Payment of Administrative Expense Claims Under 11 U.S.C. § 503 [D.I. 1307; filed: 01/09/20]

    Response Deadline: January 16, 2020 at 4:00 p.m.

    Responses Received:

    A.     Debtors' Objection [D.I. 1325; filed: 01/16/20]

    Related Documents: None

    Status: Counsel for the movant has informed the undersigned that this motion will be withdrawn.

12. Nineteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1465; filed: 03/12/20]

    Response Deadline: March 23, 2020 at 4:00 p.m.

    Responses Received: None to date

    Related Documents: None to date

    Status: This matter is continued to a date to be determined.

13. Twentieth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1466; filed: 03/12/20]

    Response Deadline: March 23, 2020 at 4:00 p.m.

    Responses Received: None to date

    Related Documents: None to date

    Status: This matter is continued to a date to be determined.

14. Twenty-First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1467; filed: 03/12/20]

    Response Deadline: March 23, 2020 at 4:00 p.m.

    Responses Received: None to date

    Related Documents: None to date

    Status: This matter is continued to a date to be determined.

15. Twenty-Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1468; filed: 03/12/20]

    Response Deadline:  March 23, 2020 at 4:00 p.m.

    Responses Received:  None to date

    Related Documents:  None to date

    Status:  This matter is continued to a date to be determined.

16. Twenty-Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1469; filed: 03/12/20]

    Response Deadline:  March 23, 2020 at 4:00 p.m.

    Responses Received:  None to date

    Related Documents:  None to date

    Status:  This matter is going forward.

17. Motion of the Debtors for an Order (I) Establishing Deadlines for Filing Proofs of Claim, Including Section 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof [D.I. 1471; filed: 03/13/20]

    Response Deadline:  March 23, 2020 at 4:00 p.m.

    Responses Received:  None to date

    Related Documents:  None to date

    Status:  This matter is continued to a date to be determined.

| | |
|---|---|
| Dated: March 18, 2020 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*