# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: March 30, 2020 at 4:00 p.m. (ET)** |
| | ) |

## REPORT BY EISNERAMPER LLP OF
## COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
## PERIOD OF FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

Exhibit A:   STC OpCo, LLC - Transition Services Summary of Hours by Professionals
Transition Services Itemized Expenses

Exhibit B:   CRO Summary of Hours by Professional
CRO Itemized Expenses

Exhibit C:   Non-Transition Services Summary of Compensation by Project Category
Summary of Hours by Professionals
Summary Description of Services Provided
Non-Transition Services Itemized Expenses

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Eighth Monthly Report of Compensation Earned and Expenses Incurred (the **"Report"**) for the period February 1, 2020 through February 29, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $412,112.45. EisnerAmper incurred $29,661.21 in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

| Philadelphia Academic Health System, LLC | | INVOICE | |
|---|---|---|---|
| | | **Invoice #**    **Date** | |
| | | TSA - 002 (Revised)    3/13/2020 | |
| **Bill to:** | | | |
| STC OpCo, LLC | | | |
| **Description** | | | **Amount** |
| Monthly EisnerAmper Transition Services - February (02/1/2020 - 02/29/2020) | | $ | 237,600.00 |
| EisnerAmper Administration and Technology Fee - February 2020 | | | 9,504.00 |
| EisnerAmper Direct Expenses - February 2020 | | | 14,735.59 |
| | | | |
| | Total | $ | 261,839.59 |
| | *Thank you for your payment!* | | |
| <u>Please Remit Funing to:</u> | | | |
| | Payee:  Philadelphia Academic Health System, LLC | | |
| | Bank:  Wells Fargo Bank, NA | | |
| | ABA Routing #: 121000248 | | |
| | Bank Account #: 4127916021 | | |

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**February 1, 2020 through February 29, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEES** |
|---|---|---|---|---|
| Ronald Dreskin, CPA | Partner | 211.0 | $ 650.00 | $ 137,150.00 |
| Dion Oglesby | Director | 296.5 | 540.00 | 160,110.00 |
| Solomon Torres | Manager | 271.8 | 320.00 | 86,976.00 |
| **TOTAL HOURS AND FEES** | | | | **384,236.00** |
| **LESS: VOLUNTARY REDUCTION RELATING TO MIDMONTH CAP** | | | | **(146,636.00)** |
| **GRAND TOTAL** | | **779.3** | **$ 304.89** | **$237,600.00** |

* Rates change annually effective August 1st.
**Fee amount is included in the bill to STC Opco, LLC

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---:|---|
| 02/05/2020 | Oglesby, Dion | Airline,RR,etc | $  61.00 | Train ticket from client to NYC |
| 02/07/2020 | Oglesby, Dion | Airline,RR,etc | 115.00 | Train to client in Philadelphia |
| 02/11/2020 | Oglesby, Dion | Airline,RR,etc | 156.00 | Train to client in Philadelphia |
| 02/13/2020 | Oglesby, Dion | Airline,RR,etc | 156.00 | Train to client in Philadelphia |
| 02/14/2020 | Oglesby, Dion | Airline,RR,etc | 202.00 | Train ticket from client to NYC |
| 02/19/2020 | Oglesby, Dion | Airline,RR,etc | 180.00 | Train to client in Philadelphia |
| 02/20/2020 | Oglesby, Dion | Airline,RR,etc | 156.00 | Train to client in Philadelphia |
| 02/21/2020 | Oglesby, Dion | Airline,RR,etc | 156.00 | Train ticket from client to NYC |
| 02/24/2020 | Oglesby, Dion | Airline,RR,etc | 176.00 | Train to client in Philadelphia |
| 02/27/2020 | Oglesby, Dion | Airline,RR,etc | 135.00 | Train to client in Philadelphia |
| 02/28/2020 | Oglesby, Dion | Airline,RR,etc | 115.00 | Train to client in Philadelphia |
| 02/28/2020 | Oglesby, Dion | Airline,RR,etc | 1,620.00 | Monthly train ticket to client in Phildelphia |
| 02/02/2020 | Torres, Solomon | Airline,RR,etc | 161.50 | Amtrak and LIRR |
| 02/09/2020 | Torres, Solomon | Airline,RR,etc | 142.50 | Amtrak and LIRR |
|  |  | **Airline,RR,etc Total** | **3,532.00** |  |
| 02/29/2020 | Torres, Solomon | Hotel | 4,464.00 | Hotel |
|  |  | **Hotel Total** | **4,464.00** |  |
| 02/03/2020 | Oglesby, Dion | Local Fares | 21.05 | Lyft from client location in Philadelphia |
| 02/03/2020 | Oglesby, Dion | Local Fares | 23.50 | Lyft from client location in Philadelphia |
| 02/04/2020 | Oglesby, Dion | Local Fares | 24.86 | Lyft from client location in Philadelphia |
| 02/04/2020 | Oglesby, Dion | Local Fares | 19.11 | Lyft from client location in Philadelphia |
| 02/05/2020 | Oglesby, Dion | Local Fares | 19.07 | Lyft from client location in Philadelphia |
| 02/05/2020 | Oglesby, Dion | Local Fares | 20.65 | Lyft from client location in Philadelphia |
| 02/06/2020 | Oglesby, Dion | Local Fares | 19.36 | Lyft from client location in Philadelphia |
| 02/06/2020 | Oglesby, Dion | Local Fares | 20.78 | Lyft from client location in Philadelphia |
| 02/07/2020 | Oglesby, Dion | Local Fares | 17.34 | Lyft from client location in Philadelphia |
| 02/07/2020 | Oglesby, Dion | Local Fares | 20.07 | Lyft from client location in Philadelphia |
| 02/10/2020 | Oglesby, Dion | Local Fares | 19.17 | Lyft from client location in Philadelphia |
| 02/10/2020 | Oglesby, Dion | Local Fares | 21.03 | Lyft from client location in Philadelphia |
| 02/12/2020 | Oglesby, Dion | Local Fares | 19.34 | Lyft from client location in Philadelphia |
| 02/12/2020 | Oglesby, Dion | Local Fares | 19.08 | Lyft from client location in Philadelphia |
| 02/13/2020 | Oglesby, Dion | Local Fares | 19.00 | Lyft from client location in Philadelphia |
| 02/13/2020 | Oglesby, Dion | Local Fares | 18.98 | Lyft from client location in Philadelphia |
| 02/14/2020 | Oglesby, Dion | Local Fares | 19.35 | Lyft from client location in Philadelphia |
| 02/14/2020 | Oglesby, Dion | Local Fares | 17.81 | Lyft from client location in Philadelphia |
| 02/17/2020 | Oglesby, Dion | Local Fares | 20.90 | Lyft from client location in Philadelphia |
| 02/17/2020 | Oglesby, Dion | Local Fares | 20.05 | Lyft from client location in Philadelphia |
| 02/18/2020 | Oglesby, Dion | Local Fares | 23.49 | Lyft from client location in Philadelphia |
| 02/18/2020 | Oglesby, Dion | Local Fares | 17.26 | Lyft from client location in Philadelphia |
| 02/19/2020 | Oglesby, Dion | Local Fares | 19.14 | Lyft from client location in Philadelphia |
| 02/19/2020 | Oglesby, Dion | Local Fares | 19.28 | Lyft from client location in Philadelphia |
| 02/20/2020 | Oglesby, Dion | Local Fares | 19.19 | Lyft from client location in Philadelphia |
| 02/20/2020 | Oglesby, Dion | Local Fares | 10.89 | Lyft from client location in Philadelphia |
| 02/21/2020 | Oglesby, Dion | Local Fares | 18.01 | Lyft from client location in Philadelphia |
| 02/21/2020 | Oglesby, Dion | Local Fares | 18.72 | Lyft from client location in Philadelphia |
| 02/24/2020 | Oglesby, Dion | Local Fares | 19.34 | Lyft from client location in Philadelphia |
| 02/24/2020 | Oglesby, Dion | Local Fares | 20.77 | Lyft from client location in Philadelphia |
| 02/25/2020 | Oglesby, Dion | Local Fares | 20.32 | Lyft from client location in Philadelphia |
| 02/25/2020 | Oglesby, Dion | Local Fares | 20.50 | Lyft from client location in Philadelphia |
| 02/26/2020 | Oglesby, Dion | Local Fares | 18.85 | Lyft from client location in Philadelphia |
| 02/26/2020 | Oglesby, Dion | Local Fares | 19.08 | Lyft from client location in Philadelphia |
| 02/27/2020 | Oglesby, Dion | Local Fares | 19.58 | Lyft from client location in Philadelphia |
| 02/27/2020 | Oglesby, Dion | Local Fares | 19.99 | Lyft from client location in Philadelphia |
| 02/28/2020 | Oglesby, Dion | Local Fares | 18.06 | Lyft from client location in Philadelphia |
| 02/28/2020 | Oglesby, Dion | Local Fares | 20.74 | Lyft from client location in Philadelphia |
| 01/27/2020 | Dreskin, Ronald | Local Fares | 38.87 | Uber |
| 02/03/2020 | Dreskin, Ronald | Local Fares | 40.22 | Uber |
| 02/03/2020 | Dreskin, Ronald | Local Fares | 36.38 | Uber |
| 02/05/2020 | Dreskin, Ronald | Local Fares | 11.86 | Uber |
| 02/05/2020 | Dreskin, Ronald | Local Fares | 22.38 | Uber |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 02/05/2020 | Dreskin, Ronald | Local Fares | 20.76 | Uber |
| 02/05/2020 | Dreskin, Ronald | Local Fares | 20.60 | Uber |
| 02/06/2020 | Dreskin, Ronald | Local Fares | 24.13 | Uber |
| 02/06/2020 | Dreskin, Ronald | Local Fares | 24.94 | Uber |
| 02/06/2020 | Dreskin, Ronald | Local Fares | 15.31 | Uber |
| 02/18/2020 | Dreskin, Ronald | Local Fares | 119.73 | Uber |
| 02/18/2020 | Dreskin, Ronald | Local Fares | 84.44 | Uber |
| 02/18/2020 | Dreskin, Ronald | Local Fares | 26.27 | Uber |
| 02/19/2020 | Dreskin, Ronald | Local Fares | 23.66 | Uber |
| 02/19/2020 | Dreskin, Ronald | Local Fares | 26.15 | Uber |
| 02/19/2020 | Dreskin, Ronald | Local Fares | 28.01 | Uber |
| 02/20/2020 | Dreskin, Ronald | Local Fares | 26.09 | Uber |
| 02/20/2020 | Dreskin, Ronald | Local Fares | 25.60 | Uber |
| 02/21/2020 | Dreskin, Ronald | Local Fares | 26.37 | Uber |
| 02/21/2020 | Dreskin, Ronald | Local Fares | 24.59 | Uber |
| 02/21/2020 | Dreskin, Ronald | Local Fares | 10.79 | Uber |
| 02/21/2020 | Dreskin, Ronald | Local Fares | 21.93 | Uber |
| 02/25/2020 | Dreskin, Ronald | Local Fares | 26.25 | Uber |
| 02/25/2020 | Dreskin, Ronald | Local Fares | 22.10 | Uber |
| 02/27/2020 | Dreskin, Ronald | Local Fares | 36.02 | Uber |
| 02/02/2020 | Torres, Solomon | Local Fares | 8.05 | Taxi |
| 02/03/2020 | Torres, Solomon | Local Fares | 40.36 | Taxi |
| 02/04/2020 | Torres, Solomon | Local Fares | 33.62 | Taxi |
| 02/05/2020 | Torres, Solomon | Local Fares | 47.00 | Taxi |
| 02/06/2020 | Torres, Solomon | Local Fares | 33.55 | Taxi |
| 02/07/2020 | Torres, Solomon | Local Fares | 42.19 | Taxi |
| 02/09/2020 | Torres, Solomon | Local Fares | 9.00 | Taxi |
| 02/10/2020 | Torres, Solomon | Local Fares | 41.48 | Taxi |
| 02/13/2020 | Torres, Solomon | Local Fares | 34.58 | Taxi |
| 02/19/2020 | Torres, Solomon | Local Fares | 30.09 | Taxi |
| 02/20/2020 | Torres, Solomon | Local Fares | 25.31 | Taxi |
| 02/21/2020 | Torres, Solomon | Local Fares | 39.62 | Taxi |
| 02/25/2020 | Torres, Solomon | Local Fares | 31.98 | Taxi |
| 02/26/2020 | Torres, Solomon | Local Fares | 34.77 | Taxi |
| 02/27/2020 | Torres, Solomon | Local Fares | 34.74 | Taxi |
| 02/28/2020 | Torres, Solomon | Local Fares | 36.54 | Taxi |
| | | **Local Fares Total** | **2,050.04** | |
| 02/03/2020 | Oglesby, Dion | Meals | 10.65 | Lunch in client cafeteria in Philadelphia |
| 02/04/2020 | Oglesby, Dion | Meals | 5.38 | Breakfast in client cafeteria in Philadelphia |
| 02/04/2020 | Oglesby, Dion | Meals | 7.99 | Lunch in client cafeteria in Philadelphia |
| 02/05/2020 | Oglesby, Dion | Meals | 5.26 | Breakfast in client cafeteria in Philadelphia |
| 02/05/2020 | Oglesby, Dion | Meals | 6.22 | Lunch in client cafeteria in Philadelphia |
| 02/06/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |
| 02/07/2020 | Oglesby, Dion | Meals | 3.11 | Breakfast in client cafeteria in Philadelphia |
| 02/10/2020 | Oglesby, Dion | Meals | 5.48 | Breakfast in client cafeteria in Philadelphia |
| 02/10/2020 | Oglesby, Dion | Meals | 9.17 | Lunch in client cafeteria in Philadelphia |
| 02/11/2020 | Oglesby, Dion | Meals | 10.25 | Lunch in client cafeteria in Philadelphia |
| 02/12/2020 | Oglesby, Dion | Meals | 3.11 | Breakfast in client cafeteria in Philadelphia |
| 02/12/2020 | Oglesby, Dion | Meals | 9.44 | Lunch in client cafeteria in Philadelphia |
| 02/13/2020 | Oglesby, Dion | Meals | 7.54 | Lunch in client cafeteria in Philadelphia |
| 02/14/2020 | Oglesby, Dion | Meals | 3.11 | Breakfast in client cafeteria in Philadelphia |
| 02/14/2020 | Oglesby, Dion | Meals | 7.74 | Lunch in client cafeteria in Philadelphia |
| 02/17/2020 | Oglesby, Dion | Meals | 9.41 | Lunch in client cafeteria in Philadelphia |
| 02/17/2020 | Oglesby, Dion | Meals | 8.40 | Dinner while at client in Philadelp |
| 02/18/2020 | Oglesby, Dion | Meals | 3.11 | Breakfast in client cafeteria in Philadelphia |
| 02/19/2020 | Oglesby, Dion | Meals | 9.60 | Lunch in client cafeteria in Philadelphia |
| 02/19/2020 | Oglesby, Dion | Meals | 3.54 | Breakfast in client cafeteria in Philadelphia |
| 02/20/2020 | Oglesby, Dion | Meals | 3.48 | Breakfast in client cafeteria in Philadelphia |
| 02/20/2020 | Oglesby, Dion | Meals | 9.28 | Lunch in client cafeteria in Philadelphia |
| 02/25/2020 | Oglesby, Dion | Meals | 8.85 | Lunch in client cafeteria in Philadelphia |
| 02/26/2020 | Oglesby, Dion | Meals | 5.54 | Lunch in client cafeteria in Philadelphia |
| 02/26/2020 | Oglesby, Dion | Meals | 3.54 | Breakfast in client cafeteria in Philadelphia |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 02/28/2020 | Oglesby, Dion | Meals | 9.47 | Lunch in client cafeteria in Philadelphia |
| 02/03/2020 | Dreskin, Ronald | Meals | 18.19 | Lunch |
| 02/04/2020 | Dreskin, Ronald | Meals | 84.60 | Dinner |
| 02/06/2020 | Dreskin, Ronald | Meals | 35.68 | Dinner |
| 02/17/2020 | Dreskin, Ronald | Meals | 97.48 | Dinner |
| 02/18/2020 | Dreskin, Ronald | Meals | 8.05 | Lunch |
| 02/21/2020 | Dreskin, Ronald | Meals | 12.52 | Lunch |
| 02/26/2020 | Dreskin, Ronald | Meals | 41.86 | Dinner |
| 02/27/2020 | Dreskin, Ronald | Meals | 109.81 | Dinner |
| 02/03/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 02/04/2020 | Torres, Solomon | Meals | 36.22 | Meals |
| 02/05/2020 | Torres, Solomon | Meals | 63.00 | Meals |
| 02/06/2020 | Torres, Solomon | Meals | 108.46 | Meals |
| 02/07/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 02/10/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 02/11/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 02/13/2020 | Torres, Solomon | Meals | 32.52 | Meals |
| 02/14/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 02/17/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 02/18/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 02/18/2020 | Torres, Solomon | Meals | 335.68 | Capital Health Dinner |
| 02/19/2020 | Torres, Solomon | Meals | 33.35 | Meals |
| 02/20/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 02/20/2020 | Torres, Solomon | Meals | 1,401.08 | Exec Planning Dinner |
| 02/21/2020 | Torres, Solomon | Meals | 200.63 | Meals |
| 02/25/2020 | Torres, Solomon | Meals | 35.68 | Meals |
| 02/26/2020 | Torres, Solomon | Meals | 33.14 | Meals |
| 02/27/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 02/28/2020 | Torres, Solomon | Meals | 88.98 | Meals |
| 02/29/2020 | Torres, Solomon | Meals | 89.24 | Meals |
| | | **Meals Total** | **3,111.03** | |
| 02/01/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 02/03/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 02/08/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 02/10/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 02/11/2020 | Torres, Solomon | Mileage | 10.79 | Mileage |
| 02/12/2020 | Torres, Solomon | Mileage | 148.48 | Mileage |
| 02/14/2020 | Torres, Solomon | Mileage | 10.79 | Mileage |
| 02/15/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 02/16/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 02/17/2020 | Torres, Solomon | Mileage | 10.79 | Mileage |
| 02/18/2020 | Torres, Solomon | Mileage | 41.06 | Mileage |
| 02/22/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 02/25/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 02/29/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| | | **Mileage Total** | **890.07** | |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 02/01/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 02/01/2020 | Torres, Solomon | Parking/Tolls | 315.00 | Monthly Parking |
| 02/03/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 02/08/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 02/10/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 02/12/2020 | Torres, Solomon | Parking/Tolls | 67.90 | Tolls |
| 02/15/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 02/16/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 02/22/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 02/25/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 02/29/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |

**Parking/Tolls Total**    **688.45**

Total of Expenses    14,735.59
Plus: Admin Fee    9,504.00

**Total Expenses** $ **24,239.59**

**Airline,RR,etc Total**    **3,532.00**

**Hotel Total**    **4,464.00**

**Local Fares Total**    **2,050.04**

**Meals Total**    **3,111.03**

**Mileage Total**    **890.07**

**Parking/Tolls Total**    **688.45**

# **EXHIBIT B**

**CRO Summary of Hours by Professional
and CRO Itemized Expenses**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**February 1, 2020 through February 29, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 178.0 | $ 640.00 | $ 113,920.00 |
| **TOTAL HOURS AND FEES** | | | | 113,920.00 |
| **LESS: VOLUNTARY REDUCTION RELATING TO WEEKLY CAP (4 WEEKS)** | | | | (3,920.00) |
| **GRAND TOTAL** | | 178.0 | $ 617.98 | $110,000.00 |

\* Rates change annually effective August 1st.

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 01/31/2020 | Wilen, Allen | Meals | $ 89.03 | Meals PAHS Meeting |
| | | **Meals Total** | **89.03** | |
| 02/14/2020 | Wilen, Allen | Mileage | 127.60 | Mileage Client Daily Visits |
| 02/21/2020 | Wilen, Allen | Mileage | 127.60 | Mileage Client Daily Visits |
| 02/28/2020 | Wilen, Allen | Mileage | 127.60 | Mileage Client Daily Visits |
| | | **Mileage Total** | **382.80** | |
| 02/10/2020 | Wilen, Allen | Parking/Tolls | 15.00 | Parking/Tolls Client Visits |
| 02/14/2020 | Wilen, Allen | Parking/Tolls | 10.00 | Parking/Tolls Client Visits |
| 02/17/2020 | Wilen, Allen | Parking/Tolls | 15.00 | Parking/Tolls Client Visits |
| 02/21/2020 | Wilen, Allen | Parking/Tolls | 10.00 | Parking/Tolls Client Visits |
| 02/24/2020 | Wilen, Allen | Parking/Tolls | 15.00 | Parking/Tolls Client Visits |
| 02/28/2020 | Wilen, Allen | Parking/Tolls | 10.00 | Parking/Tolls Client Visits |
| | | **Parking/Tolls Total** | **75.00** | |
| | | **Grand Total** | **$ 546.83** | |

# EXHIBIT C

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals and Itemized Expenses**

Exhibit C

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**February 1, 2020 through February 29, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Jay Lindenberg, CPA, CFF, CIRA | Director | 3.1 | $ 540.00 | 1,674.00 |
| Steven Bisciello | Director | 16.0 | 540.00 | 8,640.00 |
| Andrew Still, CFE | Manager | 135.5 | 320.00 | 43,360.00 |
| Michael Mitrone | Manager | 5.2 | 305.00 | 1,586.00 |
| Robert Champion, Jr. | Staff II | 60.8 | 295.00 | 17,936.00 |
| Henry Vargas, CPA | Staff II | 8.1 | 255.00 | 2,065.50 |
| Helen Pham | Staff I | 2.5 | 205.00 | 512.50 |
| Brian Contreras | Staff I | 0.6 | 205.00 | 123.00 |
| **TOTAL HOURS AND FEES** | | | | 75,897.00 |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | (11,384.55) |
| **GRAND TOTAL** | | 231.8 | $ 278.31 | $64,512.45 |

* Rates change annually effective August 1st.

Exhibit C  Case 19-11466-MFW    Doc 1482    Filed 03/18/20    Page 14 of 16

| Professionals | Sum of Hours |
|---|---:|
| **Andrew Still** | **135.5** |
| Consulting | 135.5 |
| **Brian Contreras** | **0.6** |
| Preferences | 0.6 |
| **Helen Pham** | **2.5** |
| Consulting | 2.5 |
| **Henry Vargas** | **8.1** |
| Consulting | 0.3 |
| Preferences | 7.8 |
| **Jay Lindenberg** | **3.1** |
| Consulting | 1.2 |
| Preferences | 1.9 |
| **Michael Mitrione** | **5.2** |
| Consulting | 5.2 |
| **Robert Champion Jr.** | **60.8** |
| Consulting | 60.8 |
| **Steven Bisciello** | **16.0** |
| Consulting | 16.0 |
| **Grand Total** | **231.8** |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 01/30/2020 | Champion Jr., Robert | Airline,RR,etc | $ 115.00 | Airline,RR,etc Train |
| 02/01/2020 | Champion Jr., Robert | Airline,RR,etc | 95.00 | Airline,RR,etc Train |
| 02/10/2020 | Bisciello, Steven | Airline,RR,etc | 198.00 | Airline,RR,etc travel to STC |
| 02/11/2020 | Champion Jr., Robert | Airline,RR,etc | 198.00 | Airline,RR,etc Train |
| 02/11/2020 | Bisciello, Steven | Airline,RR,etc | 135.00 | Airline,RR,etc ACELA HOME FROM STC |
| 02/13/2020 | Champion Jr., Robert | Airline,RR,etc | 156.00 | Airline,RR,etc Train |
| 02/17/2020 | Champion Jr., Robert | Airline,RR,etc | 198.00 | Airline,RR,etc Train |
| 02/17/2020 | Champion Jr., Robert | Airline,RR,etc | 95.00 | Airline,RR,etc Train |
| 02/18/2020 | Champion Jr., Robert | Airline,RR,etc | 396.00 | Airline,RR,etc Train |
| 02/24/2020 | Champion Jr., Robert | Airline,RR,etc | 198.00 | Airline,RR,etc Train |
| 02/24/2020 | Champion Jr., Robert | Airline,RR,etc | 198.00 | Airline,RR,etc Train |
| 02/26/2020 | Champion Jr., Robert | Airline,RR,etc | 198.00 | Airline,RR,etc Train |
| 02/27/2020 | Champion Jr., Robert | Airline,RR,etc | 202.00 | Airline,RR,etc Train |
| 01/27/2020 | Bisciello, Steven | Airline,RR,etc | 135.00 | Airline,RR,etc Train to STC |
| 01/28/2020 | Bisciello, Steven | Airline,RR,etc | 202.00 | Airline,RR,etc Train from STC |
| | | **Airline,RR,etc Total** | **2,719.00** | |
| 02/01/2020 | Champion Jr., Robert | Hotel | 199.00 | Hotel Hotel |
| 02/02/2020 | Champion Jr., Robert | Hotel | 179.10 | Hotel Hotel |
| 02/03/2020 | Champion Jr., Robert | Hotel | 94.43 | Hotel Hotel |
| 02/03/2020 | Champion Jr., Robert | Hotel | 199.00 | Hotel Hotel |
| 02/11/2020 | Champion Jr., Robert | Hotel | 27.08 | Hotel Hotel |
| 02/11/2020 | Champion Jr., Robert | Hotel | 156.01 | Hotel Hotel |
| 02/12/2020 | Champion Jr., Robert | Hotel | 27.08 | Hotel Hotel |
| 02/12/2020 | Champion Jr., Robert | Hotel | 175.00 | Hotel Hotel |
| | | **Hotel Total** | **1,056.70** | |
| 02/03/2020 | Champion Jr., Robert | Local Fares | 20.00 | Local Fares Uber |
| 02/03/2020 | Champion Jr., Robert | Local Fares | 19.13 | Local Fares Uber |
| 02/04/2020 | Champion Jr., Robert | Local Fares | 20.02 | Local Fares Uber |
| 02/04/2020 | Champion Jr., Robert | Local Fares | 25.83 | Local Fares Uber |
| 02/04/2020 | Champion Jr., Robert | Local Fares | 7.51 | Local Fares Uber |
| 02/11/2020 | Champion Jr., Robert | Local Fares | 20.76 | Local Fares Uber |
| 02/11/2020 | Champion Jr., Robert | Local Fares | 17.28 | Local Fares Uber |
| 02/11/2020 | Bisciello, Steven | Local Fares | 18.77 | Local Fares Uber to aceka |
| 02/11/2020 | Bisciello, Steven | Local Fares | 21.35 | Local Fares Taxi home from acela |
| 02/11/2020 | Bisciello, Steven | Local Fares | 21.58 | Local Fares Uber to aceka |
| 02/12/2020 | Champion Jr., Robert | Local Fares | 16.99 | Local Fares Uber |
| 02/12/2020 | Champion Jr., Robert | Local Fares | 16.60 | Local Fares Uber |
| 02/13/2020 | Champion Jr., Robert | Local Fares | 17.89 | Local Fares Uber |
| 02/13/2020 | Champion Jr., Robert | Local Fares | 18.46 | Local Fares Uber |
| 02/17/2020 | Champion Jr., Robert | Local Fares | 16.27 | Local Fares Uber |
| 02/17/2020 | Champion Jr., Robert | Local Fares | 17.50 | Local Fares Uber |
| 02/18/2020 | Champion Jr., Robert | Local Fares | 18.10 | Local Fares Uber |
| 02/18/2020 | Champion Jr., Robert | Local Fares | 16.38 | Local Fares Uber |
| 02/24/2020 | Champion Jr., Robert | Local Fares | 18.33 | Local Fares Uber |
| 02/24/2020 | Champion Jr., Robert | Local Fares | 16.12 | Local Fares Uber |
| 02/24/2020 | Champion Jr., Robert | Local Fares | 14.89 | Local Fares Uber |
| 02/27/2020 | Champion Jr., Robert | Local Fares | 17.99 | Local Fares Uber |
| 02/27/2020 | Champion Jr., Robert | Local Fares | 16.81 | Local Fares Uber |
| 01/28/2020 | Bisciello, Steven | Local Fares | 28.15 | Local Fares Uber to avela |
| 01/28/2020 | Bisciello, Steven | Local Fares | 19.92 | Local Fares Uber to aceka |
| 01/28/2020 | Bisciello, Steven | Local Fares | 20.72 | Local Fares Taxi home from acela |
| | | **Local Fares Total** | **483.35** | |
| 02/03/2020 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 02/04/2020 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 02/11/2020 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 02/11/2020 | Bisciello, Steven | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town STC PERDIEM |
| 02/12/2020 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 02/13/2020 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 02/17/2020 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 02/18/2020 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 02/24/2020 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 02/27/2020 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| | | **Per Diem Out Of Town Total** | **600.00** | |
| 02/11/2020 | Tracewski, Tyler | Postage | 15.74 | Postage & Messenger |
| | | **Postage Total** | **15.74** | |
| | | **Grand Total** | **$ 4,874.79** | |