**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: April 7, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**NOTICE OF SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

PLEASE TAKE NOTICE THAT on March 18, 2020, Sills Cummis & Gross P.C. ("Sills"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Seventh Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period January 1, 2020 through January 31, 2020 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **April 7, 2020 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.


Dated: March 18, 2020                                **FOX ROTHSCHILD LLP**

                                                     */s/ Thomas M. Horan*
                                                     Thomas M. Horan (DE No. 4641)
                                                     919 North Market Street, Suite 300
                                                     Wilmington, DE  19899-2323
                                                     Telephone:  (302) 654-7444
                                                     Facsimile:  (302) 656-8920
                                                     E-mail: thoran@foxrothschild.com

                                                     *Counsel to the Official Committee of*
                                                     *Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: April 7, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | January 1, 2020 – January 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $46,850.00  (80% of $58,562.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $440.66 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

7130168

**COMPENSATION BY PROFESSIONAL**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Name of Professional Individual | Position, primary department or group, year of obtaining relevant license to practice, if applicable | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $825 | 15.2 | $12,540.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $750 | 46.8 | $35,100.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $595 | 24.6 | $14,637.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $550 | 7.1 | $3,905.00 |
| **Total Fees at Standard Rates** | | | **93.7** | **$66,182.00** |
| **Total Fees After Application of $625 Blended Rate Discount[3]** | | | **93.7** | **$58,562.50** |

---

[2] Effective October 1, 2019 (*i.e.*, the first date of Sills' new fiscal year), the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $795 to $825; the hourly rate of Boris Mankovetskiy was increased from $725 to $750; the hourly rate of Rachel Brennan was increased from $545 to $595; and the hourly rate of Gregory Kopacz was increased from $525 to $550.  However, as discussed below, Sills' fees for this engagement will remain subject to the $625 blended hourly rate cap.

[3] As noted in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Nunc Pro Tunc to July 15, 2019* [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

7130168

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 18.3 | $13,837.50 |
| Asset Disposition (102) | 3.4 | $2,587.50 |
| Business Operations (103) | 0.4 | $300.00 |
| Case Administration (104) | 23.2 | $16,814.00 |
| Claims Administration and Objections (105) | 20.9 | $15,846.00 |
| Fee/Employment Applications (107) | 5.4 | $3,107.50 |
| Financing (109) | 0.4 | $238.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 18.7 | $11,126.50 |
| Relief from Stay Proceedings (114) | 2.0 | $1,500.00 |
| Travel (116) (Billed at 50%) | 1.0 | $825.00 |
| **Total Fees at Standard Rate** | **93.7** | **$66,182.00** |
| **Total Fees After Application of $625 Blended Rate Discount[4]** | **93.7** | **$58,562.50** |

**EXPENSE SUMMARY**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Expense Category | Total Expenses |
|---|---|
| Train Fare | $392.00 |
| Taxi/Car Rental/Car Service | $20.19 |
| Lexis | $28.47 |
| **TOTAL** | **$440.66** |

---

[4] Sills' fees are subject to a $625 blended hourly rate cap.  See Retention Application ¶ 16.

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
|  | (Jointly Administered) |
| Debtors. | **Objections Due: April 7, 2020 at 4:00 p.m. ET** **Hearing Date: TBD if objection filed** |

### SEVENTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020

Pursuant to sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Seventh Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2020 Through January 31, 2020* (the "Application").  By the Application, Sills seeks allowance of $46,850.00 (80% of $58,562.50) in fees for services rendered and $440.66 for reimbursement of actual and necessary expenses for the period from January 1, 2020 through January 31, 2020 (the "Compensation Period").

### Background

1.     On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

7130168

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for the Compensation Period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third Circuit law, and the Compensation Order.

### Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses during the Compensation Period is included in **Exhibit A**.

5

**Summary of Services by Project**

7.      The services Sills rendered during the Compensation Period are generally

described below, with a more detailed identification of the actual services provided in **Exhibit A**.

A.      Asset Analysis and Recovery

Fees: $13,837.50;      Total Hours: 18.3

This category includes time spent investigating causes of action against certain non-

debtor affiliates, including time spent addressing related discovery issues.

B.      Asset Disposition

Fees: $2,587.50;      Total Hours: 3.4

This category includes time spent addressing issues related to the sale of the Hahnemann

resident assets, the post-closing obligations of the purchaser in connection with the sale of the St.

Christopher assets, and the Debtors' proposed rejection of numerous leases.

C.      Business Operations

Fees: $300.00;      Total Hours: 0.4

This category includes time spent analyzing the Debtors' financial reporting.

D.      Case Administration

Fees: $16,814.00;      Total Hours: 23.2

This category includes time spent addressing matters related to the administration of the

Debtors' chapter 11 cases, including time spent preparing updates for the Committee members,

communicating with the Committee members and Debtors' counsel, preparing for hearings,

updating the "critical dates" case calendar, and considering matters of general import.

E.      Claims Administration and Objection

Fees: $15,846.00;      Total Hours: 20.9

This category includes time spent (a) analyzing numerous motions asserting

6

administrative expense priority claims, potential objections thereto, and the potential resolution thereof, (b) addressing issues related to the motion of former residents to obtain "tail" insurance coverage, the Debtors' objection thereto, and the Department of Health and the Commonwealth of Pennsylvania's related motions, (c) attending a hearing in connection therewith, (d) drafting a joinder to the Debtors' objection and analyzing issues related to the potential settlement of such disputes, and (e) addressing issues relating to the government's motion to exercise setoff rights.

F.    Fee/Employment Applications

Fees: $3,107.50;        Total Hours: 5.4

This category includes time spent drafting Sills' October and November fee applications.

G.    Financing

Fees: $238.00;          Total Hours: 0.4

This category includes time spent communicating with the MBNF non-debtor entities regarding a stipulation relating to the production of certain documents.

H.    Litigation (Other than Avoidance Action Litigation)

Fees: $11,126.50;      Total Hours: 18.7

This category includes time spent drafting a stipulation and consent order relating to the production of discovery materials.

I.    Relief from Stay Proceedings

Fees: $1,500.00;        Total Hours: 2.0

This category includes time spent analyzing CMS's reply in support of its motion seeking stay relief to exercise alleged setoff rights and an objection to the underlying motion.

J.    Travel (Billed at 50%)

Fees: $825.00;          Total Hours: 1.0

7

This category includes time spent traveling to meet Debtors' counsel in Philadelphia.

<u>**Conclusion**</u>

8.      Sills respectfully submits that the amounts requested are fair and reasonable given

(a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a

case under this title.  Sills reviewed the requirements of Local Rule 2016-2 and believes this

Application substantially complies therewith.

WHEREFORE, Sills respectfully requests that the Court authorize that an allowance be

made to Sills for the Compensation Period with respect to the sums of $46,850.00 (80% of

$58,562.50) as compensation and $440.66 for reimbursement of actual and necessary expenses,

for a total of $47,290.66, and that such sums be authorized for payment.

Dated: March 18, 2020
Wilmington, Delaware

Respectfully submitted,

*/s/ Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

## **<u>VERIFICATION</u>**

STATE OF NEW JERSEY            )
                               )  SS:
COUNTY OF ESSEX                )

   Andrew H. Sherman, after being duly sworn according to law, deposes and says:

   a)  I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

   b)  I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

   c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

Dated: March 18, 2020

         */s/ Andrew H. Sherman*
         Andrew H. Sherman

7130168

## Exhibit A

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1768171 |
| Date | 02/29/20 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI # 22-1920331

Re:    Creditors' Committee

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 01/17/20 | AHS | Review of revised stipulations for documents from Freedman parties and circulate same. | 0.40 | 330.00 |
| 01/28/20 | AHS | Call and email from Committee member re: sale proceeds of St. Christopher's. | 0.30 | 247.50 |
| | | Further diligence and analysis re: sale proceeds of St. Christopher's. | 0.50 | 412.50 |
| 01/31/20 | AHS | Call with Committee member re: investigation issues. | 0.30 | 247.50 |
| 01/02/20 | BM | Attend to discovery requests to MBNF non-Debtor entities. | 1.10 | 825.00 |
| 01/07/20 | BM | Call with counsel for MBNF related entities regarding discovery. | 0.70 | 525.00 |
| 01/09/20 | BM | Attend to proposed consent order regarding document production by the MBNF non-Debtor Entities. | 1.20 | 900.00 |
| 01/10/20 | BM | Attend to issues regarding investigation of potential causes of action against non-debtor affiliates. | 1.20 | 900.00 |
| 01/15/20 | BM | Attend to consent order regarding production of documents by MBNF non-debtor entities. | 0.80 | 600.00 |
| | | Analysis regarding investigation of potential causes of action against non-debtor affiliates. | 0.80 | 600.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | | Page | 2 |
| | | | Inv# | 1768171 |
| | | | Date | 02/29/20 |
| | | | 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/17/20 | BM | Attend to revisions of proposed consent order regarding discovery process with certain non-debtor affiliates. | 0.70 | 525.00 |
| 01/21/20 | BM | Attend to issues regarding investigation of potential claims against non-debtor affiliates. | 1.20 | 900.00 |
| 01/24/20 | BM | Attend to issues regarding discovery from non-debtor affiliates. | 1.30 | 975.00 |
| 01/27/20 | BM | Attend to proposed consent order governing discovery with MBNF Non-Debtor entities. | 0.80 | 600.00 |
| | | Attend to investigation of potential causes of action against non-debtor affiliates. | 1.20 | 900.00 |
| | | Analysis of issues in connection with proposed sale of real estate leased by STC. | 0.80 | 600.00 |
| 01/28/20 | BM | Attend to revisions of proposed consent order regarding discovery from MBNF and related entities. | 0.80 | 600.00 |
| 01/29/20 | BM | Call with MBNF entities counsel regarding discovery issues. | 0.60 | 450.00 |
| | | Attend to issues regarding investigation of non-debtor affiliates. | 1.30 | 975.00 |
| 01/30/20 | BM | Analysis regarding ESI discovery requests to J. Freedman and related entities. | 1.10 | 825.00 |
| 01/31/20 | BM | Analysis of issues in connection with proposed sale of real property leased by STC. | 1.20 | 900.00 |
| | | **TASK TOTAL 101** | **18.30** | **13,837.50** |

## 102 - ASSET DISPOSITION

| | | | | |
|---|---|---|---|---|
| 01/28/20 | AHS | Call with Debtors' counsel re: resident's sale assets, financing issues. | 0.50 | 412.50 |
| 01/07/20 | BM | Attend to issues regarding post-closing obligations of the purchaser under STC APA. | 0.80 | 600.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1768171 |
| Date | 02/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/23/20 | BM | Attend to post-closing issues regarding STC sale. | 1.10 | 825.00 |
| | | Attend to issues regarding rejection of certain Broad Street leases. | 0.70 | 525.00 |
| 01/28/20 | BM | Analysis regarding Stipulation regarding Broad Street Lease. | 0.30 | 225.00 |
| | | **TASK TOTAL 102** | **3.40** | **2,587.50** |

### 103 - BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/23/20 | BM | Attend to issues regarding Debtors' financial reporting. | 0.40 | 300.00 |
| | | **TASK TOTAL 103** | **0.40** | **300.00** |

### 104 - CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/16/20 | AHS | Call with counsel for Debtors re: status update. | 0.60 | 495.00 |
| 01/23/20 | AHS | Email to Committee re: status update and setting Committee meeting. | 0.50 | 412.50 |
| 01/27/20 | AHS | Prepare for call with Committee re: resident's sale, Freedman and status. | 0.20 | 165.00 |
| | | Attend call with Committee re: resident's sale, Freedman and status. | 0.70 | 577.50 |
| 01/30/20 | AHS | Meeting with Debtors re: resident's sale, subpoena and case issues. | 3.70 | 3,052.50 |
| 01/10/20 | BM | Prepare a status update for the Committee. | 0.50 | 375.00 |
| 01/22/20 | BM | Prepare for omnibus hearing. | 1.90 | 1,425.00 |
| | | Prepare an update to Committee regarding pending matters. | 0.70 | 525.00 |
| 01/27/20 | BM | Attend telephonic Committee meeting. | 0.90 | 675.00 |
| | | Attend telephonic Committee meeting. | 0.70 | 525.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1768171 |
| Date | 02/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/28/20 | BM | Call with Debtors counsel regarding pending matters. | 0.80 | 600.00 |
| | | Prepare a status update report to the Committee. | 0.70 | 525.00 |
| | | Call with Debtors' counsel regarding pending matters. | 0.50 | 375.00 |
| 01/30/20 | BM | Attend meeting with Debtors' professionals regarding pending matters. | 4.20 | 3,150.00 |
| | | Respond to creditors' inquiries regarding status of the cases. | 0.70 | 525.00 |
| 01/02/20 | GAK | Review upcoming hearing agenda and update case calendar. | 0.10 | 55.00 |
| 01/03/20 | GAK | Update case calendar. | 0.20 | 110.00 |
| 01/06/20 | GAK | Update case calendar. | 0.20 | 110.00 |
| 01/07/20 | GAK | Update case calendar. | 0.30 | 165.00 |
| 01/09/20 | GAK | Update case calendar. | 0.20 | 110.00 |
| 01/10/20 | GAK | Update case calendar. | 0.20 | 110.00 |
| 01/21/20 | GAK | Update case calendar. | 0.20 | 110.00 |
| 01/22/20 | GAK | Review upcoming hearing agenda and update case calendar. | 0.10 | 55.00 |
| 01/23/20 | GAK | Update case calendar. | 0.20 | 110.00 |
| 01/24/20 | GAK | Update case calendar. | 0.20 | 110.00 |
| 01/27/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 01/28/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 01/30/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 01/03/20 | REB | Review filings including insurance motion, employee wages motion and first day declaration re: Debtors' insurance policies. | 3.70 | 2,201.50 |
| | | **TASK TOTAL 104** | **23.20** | **16,814.00** |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1768171 |
| Date | 02/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **105 - CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | |
| 01/06/20 | AHS | Prepare for and attend call with counsel for Freedman entities and follow up re: same regarding drafting of proposed stipulation. | 0.60 | 495.00 |
| 01/07/20 | AHS | Follow up re: Freedman discovery and confidentiality issues. | 0.30 | 247.50 |
| 01/10/20 | AHS | Email to Committee re: U.S. setoff issues and Freedman discovery. | 0.40 | 330.00 |
| | | Address issues re: U.S. setoff, Committee joinder and emails re: same. | 0.30 | 247.50 |
| 01/21/20 | AHS | Follow up with counsel for Freedman parties re: document production. | 0.10 | 82.50 |
| 01/22/20 | AHS | Email to counsel for Freedman entities re: document production issues. | 0.20 | 165.00 |
| | | Calls with Debtors' counsel re: proposed settlement with Dr. Moulick and follow up calls re: same. | 0.70 | 577.50 |
| | | Review of pleadings in preparation for hearing and emails with T. Horan re: same. | 0.40 | 330.00 |
| | | Email to Committee re: proposed settlement with Dr. Moulick. | 0.30 | 247.50 |
| 01/23/20 | AHS | Review of comments to draft document production stipulation with Freedman parties and circulate same. | 0.40 | 330.00 |
| | | Email follow up re: proposed settlement with Dr. Moulick. | 0.20 | 165.00 |
| 01/24/20 | AHS | Review of comments from counsel to Freedman entities re: document production and circulate proposed comments to counsel for Debtors. | 0.40 | 330.00 |
| 01/27/20 | AHS | Review of revised document production stipulation and circulate to counsel for review and comment. | 0.30 | 247.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 6 |
| Inv# | | 1768171 |
| Date | | 02/29/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Address issues re: sale of St. Christopher real estate and possible remedies and review of case law re: same. | 0.80 | 660.00 |
| 01/29/20 | AHS | Attend telephonic status conference with Court re: resident's tail coverage issues. | 0.60 | 495.00 |
| 01/02/20 | BM | Attend to issues regarding CMS setoff motion. | 0.80 | 600.00 |
| | | Analysis regarding Debtors' omnibus objection to the residents' insurance motion, the PA DOH's insurance motion, and the order to show cause. | 0.70 | 525.00 |
| | | Analysis regarding motion to compel filed by Peoples Capital and Leasing Corp. | 0.40 | 300.00 |
| 01/03/20 | BM | Attend to issues regarding tail insurance for residents. | 0.70 | 525.00 |
| | | Attend to filed objections to motions to reject. | 0.60 | 450.00 |
| 01/06/20 | BM | Attend to issues regarding objection Dr. Moulick's motion to allow administrative claim. | 0.60 | 450.00 |
| 01/09/20 | BM | Analysis regarding residents' objections to motion to reject employment agreements. | 0.40 | 300.00 |
| | | Analysis regarding Medline's motion to compel payment of asserted administrative expense claims. | 0.40 | 300.00 |
| 01/10/20 | BM | Analysis regarding objection to U.S. motion to permit setoff. | 0.70 | 525.00 |
| 01/13/20 | BM | Analysis of issues regarding potential resolution of Moulick's motion. | 0.70 | 525.00 |
| 01/15/20 | BM | Analysis regarding potential settlement of tail insurance issues. | 1.10 | 825.00 |
| 01/16/20 | BM | Analysis regarding objection to Dr. Moulick's motion for allowance of administrative claim. | 0.80 | 600.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 7 |
| Inv# | | 1768171 |
| Date | | 02/29/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Analysis regarding Debtors' objection to Medline's motion for allowance of 503(b)(9) claim. | 0.40 | 300.00 |
| 01/21/20 | BM | Attend to issues regarding pending motions to compel payment of administrative expenses. | 0.90 | 675.00 |
| 01/22/20 | BM | Attend to issues regarding proposed settlement with Dr. Moulick. | 0.70 | 525.00 |
| 01/23/20 | BM | Attend to issues regarding professional liability tail coverage. | 1.20 | 900.00 |
| 01/28/20 | BM | Attend to issues regarding potential resolution of tail coverage disputes. | 1.10 | 825.00 |
| 01/29/20 | BM | Attend to issues regarding potential resolution of motions to compel purchase of tail coverage. | 0.90 | 675.00 |
| 01/02/20 | REB | Review debtors' omnibus objection to insurance motions and order to show cause. | 1.10 | 654.50 |
| 01/10/20 | REB | Review CMS setoff motion and Debtors' objection thereto. | 0.40 | 238.00 |
| | | Draft joinder to Debtors' objection to CMS setoff motion. | 0.30 | 178.50 |
| | | **TASK TOTAL 105** | **20.90** | **15,846.00** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/22/20 | AHS | Respond to inquiry from Court re: expense detail and provide same. | 0.30 | 247.50 |
| | | Review of fee application order and verify same. | 0.20 | 165.00 |
| 01/02/20 | GAK | Finalize October fee application for filing. | 1.40 | 770.00 |
| 01/16/20 | GAK | Work on November fee application. | 1.20 | 660.00 |
| 01/20/20 | GAK | Work on November fee application. | 1.10 | 605.00 |
| 01/21/20 | GAK | Finalize fee application for filing. | 0.70 | 385.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1768171 |
| Date | 02/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/22/20 | GAK | Attention to expense information requests relating to interim fee application. | 0.20 | 110.00 |
| 01/23/20 | GAK | Finalize November fee application for filing based on revised invoice. | 0.20 | 110.00 |
| | | Review proposed order approving first interim fee application. | 0.10 | 55.00 |
| | | **TASK TOTAL 107** | **5.40** | **3,107.50** |
| **109 - FINANCING** | | | | |
| 01/29/20 | REB | Call with MBNF Non-Debtor entities re: production stipulation. | 0.40 | 238.00 |
| | | **TASK TOTAL 109** | **0.40** | **238.00** |
| **110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)** | | | | |
| 01/02/20 | REB | Review and revise Freedman entities 2004 subpoena, exhibit A and cover letter. | 6.70 | 3,986.50 |
| 01/09/20 | REB | Draft stipulation regarding MBNF Non-Debtor Entity document production. | 4.80 | 2,856.00 |
| | | Draft consent order regarding MBNF Non-Debtor entity document production. | 1.80 | 1,071.00 |
| 01/10/20 | REB | Draft consent order regarding MBNF Non-Debtor entity document production. | 2.40 | 1,428.00 |
| 01/23/20 | REB | Review proposed changes to production stipulation with MBNF non-debtor entities. | 0.90 | 535.50 |
| 01/24/20 | REB | Review MBNF Non-Debtor Entity document production stipulation. | 2.10 | 1,249.50 |
| | | **TASK TOTAL 110** | **18.70** | **11,126.50** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 9 |
| Inv# | 1768171 |
| Date | 02/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **114 - RELIEF FROM STAY PROCEEDINGS** | | | | |
| 01/17/20 | BM | Analysis regarding response to CMS' setoff motion. | 0.80 | 600.00 |
| | | Analysis regarding U.S. reply to objection to motion for stay relief. | 0.60 | 450.00 |
| 01/23/20 | BM | Attend to issues regarding resolution of CMS's setoff motion. | 0.60 | 450.00 |
| | | **TASK TOTAL 114** | **2.00** | **1,500.00** |
| **116 – TRAVEL** (50% of non-working travel billed) | | | | |
| 01/30/20 | AHS | Travel to/from Philadelphia for meeting with counsel for Debtors. (2.00) | 1.00 | 825.00 |
| | | **TASK TOTAL 116** | **1.00** | **825.00** |
| | | **TOTAL FEES** | **93.70** | **$66,182.00** |
| | | **TOTAL FEES at Blended Rate of $625** | **93.70** | **$58,562.50** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 18.30 | 13,837.50 |
| | 102 | Asset Disposition | 3.40 | 2,587.50 |
| | 103 | Business Operations | 0.40 | 300.00 |
| | 104 | Case Administration | 23.20 | 16,814.00 |
| | 105 | Claims Administration and Objections | 20.90 | 15,846.00 |
| | 107 | Fee/Employment Applications | 5.40 | 3,107.50 |
| | 109 | Financing | 0.40 | 238.00 |
| | 110 | Litigation (Other than Avoidance Action Litigation) | 18.70 | 11,126.50 |
| | 114 | Relief from Stay Proceedings | 2.00 | 1,500.00 |
| | 116 | Travel | 1.00 | 825.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | 10 |
| Inv# | 1768171 |
| Date | 02/29/20 |
| 08650118.000001 | - AHS |

| | | | |
|---|---|---:|---:|
| **TOTAL FEES** | | 93.70 | **$66,182.00** |
| **TOTAL FEES at Blended Rate of $625** | | 93.70 | **$58,562.50** |

**FEE RECAP**

| | | | | | |
|---|---|---|---:|---:|---:|
| AHS | Andrew H. Sherman | | 15.20 | $825 | 12,540.00 |
| BM | Boris Mankovetskiy | | 46.80 | $750 | 35,100.00 |
| REB | Rachel E. Brennan | | 24.60 | $595 | 14,637.00 |
| GAK | Gregory A. Kopacz | | 7.10 | $550 | 3,905.00 |
| | **TOTAL FEES** | | 93.70 | | **$66,182.00** |
| | **TOTAL FEES at Blended Rate of $625** | | 93.70 | | **$58,562.50** |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---:|
| 01/15/20 | REB | Lexis | 28.47 |
| 01/30/20 | AHS | Train Fare (Newark to Philadelphia – 2 one way – AHS and BM) | 270.00 |
| 01/30/20 | AHS | Train Fare (Philadelphia to Newark – 2 one way – AHS and BM) | 122.00 |
| 01/30/20 | AHS | Taxi/Car Rental/Car Service (from train station to Saul Ewing) | 10.78 |
| 01/30/20 | AHS | Taxi/Car Rental/Car Service (to train station) | 9.41 |
| | | **TOTAL DISBURSEMENTS** | **$440.66** |

**DISBURSEMENT RECAP**

| | |
|---|---:|
| Train Fare | 392.00 |
| Taxi/Car Rental/Car Service | 20.19 |
| Lexis | 28.47 |
| **TOTAL DISBURSEMENTS** | **$440.66** |
| **TOTAL THIS INVOICE** | **$59,003.16*** |

*Total includes fees at **Blended Rate**.  Per Retention
Application, lesser of fees at *Standard Rates* (**$66,182.00**)
and fees at *Blended Rate* of $625 (**$58,562.50**) apply.