## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, am employed in the county of Los Angeles, State of California. I hereby certify that on March 12, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Nineteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1465]**

Dated: March 18, 2020

Jorge Rodriguez
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                          } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 18th day of March, 2020, by Jorge Rodriguez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

ADVANCED TECHNOLOGIES GROUP
JSTEENSEN@ATGINC.COM

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ALBERT EINSTEIN MEDICAL CENTER
PENNY J. REZET
REZETP@EINSTEIN.EDU

ANESTHESIA BUSINESS CONSULTANTS LLC
NEDA.RYAN@MIRAMEDGS.COM

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BATTELL MEMORIAL INSTITUTE PACIFIC NORTHWES
RANDY DYKES, CONTRACT SPECIALIST
RANDY.DYKES@PNNL.GOV

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BROMEDICON, LLC
HOSPITALINVOICING@BROMEDICONLLC.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CAREFUSION 211, INC
ANNE.DAMERON@VYAIRE.COM

CHANGE HEALTHCARE TECHNOLOGIES, LLC
JODY.SAETEUNE@CHANGEHEALTHCARE.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
 MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                              Served 3/12/2020

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

O'MELVENY & MYERS, LLP
DANIEL S. SHAMAH
DSHAMAH@OMM.COM

O'MELVENY & MYERS, LLP
DIANA M. PEREZ
DPEREZ@OMM.COM

O'MELVENY & MYERS, LLP
SUZZANNE UHLAND
SUHLAND@OMM.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**          Served 3/12/2020

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

Parties Served:  121

# **EXHIBIT B**

**Center City Healthcare, LLC - U.S. Mail**

AA CASA INC
T/A PM ASSOCIATES
PO BOX 2104
MEDIA, PA 19063

AARDVARK PEST CONTROL SERVICES, INC.
2921 CONCORD RD
ASTON, PA 19014

AARDVARK PEST CONTROL SERVICES, INC.
ATTN: PRESIDENT
2921 CONCORD RD
ASTON, PA 19014

AARDVARK PEST MANAGEMENT INC
P.O. BOX 39391
PHILADELPHIA, PA 19136

AARDVARK PEST MGMT INC
2921 CONCORD RD
ASTON, PA 19014

ABINGTON MEMORIAL HOSPITAL CORP
ATTN: L OTT, FINANCE
2510 MARYLAND RD, STE 230
WILLOW GROVE, PA 19090

ABINGTON SURGICAL CENTER L C
2701 BLAIR MILL RD, STE 35
WILLOW GROVE, PA 19090

ABINGTON SURGICAL CENTER PC
2701 BLAIR MILL RD, STE 35
WILLOW GROVE, PA 19090

ABINGTON SURGICAL CENTER PC
ATTN: PHILOMENA GLOWKE
2701 BLAIR MILL RD
WILLOW GROVE, PA 19090

ACCRIVA DIAGNOSTICS, INC.
ATTN: PRESIDENT AND CEO
6260 SEQUENCE DR
SAN DIEGO, CA 92121

ACCRUENT, LLC
11500 ALTERRA PKWY, STE 110
AUSTIN, TX 78758

ACCRUENT, LLC
DEPT 3636
P.O. BOX 123636
DALLAS, TX 75312-3636

ADONI HEALTH INSTITUTE
630 CHURCHMANS RD
NEWARK, DE 19702

ADVANCED DOOR SERVICES, INC.
ATTN: GENERAL MANAGER
777 SCHWAB RD, STE A
HATFIELD, PA 19440

ADVANCED DOOR SERVICES, INC.
P.O. BOX 861
LANSDALE, PA 19446

ADVANCED TECHNOLOGIES GROUP
LOCKBOX 33845
CHICAGO, IL 60694

ADVANCED TECHNOLOGIES GROUP, INC.
377 E BUTTERFIELD RD, STE 900
LOMBARD, IL 60148

ADVANCED TECHNOLOGIES GROUP, INC.
ATTN: JULIA STEENSEN
377 E BUTTERFIELD RD STE 900
LOMBARD, IL 60148

AI DUPONT HOSP FOR CHILDREN (THE NEMOURS FOU
ATTN: STEVEN SELBST, MD
1600 ROCKLAND RD
WILMINGTON, DE 19803

AI DUPONT HOSPITAL FOR CHILDREN
ATTN: DIANE HOCHSTUHL
1600 ROCKLAND RD
WILMINGTON, DE 19803

AI DUPONT HOSPITAL FOR CHILDREN
OFFICE OF CONTRACTS ADMIN
THE NEMOURS FOUNDATION
10140 CENTURION PKWY N
JACKSONVILLE, FL 32256

AIRGAS USA INC
P.O. BOX 532609
ATLANTA, GA 30353-2609

AIRGAS USA, LLC
259 N RADNOR-CHESTER RD, STE 100
RADNOR, PA 19087

AIRGAS USA, LLC
ATTN: AMANDA DOPIERALSKI
6055 ROCKSIDE WOODS BLVD
INDEPENDENCE, OH 44131

AIRGAS USA, LLC
P.O. BOX 802576
CHICAGO, IL 60680-2576

ALABAMA COLLEGE OF OSTEOPATHIC MEDICINE
445 HEALTH SCIENCES BLVD
DONTHAN, AL 36303

ALBERT EINSTEIN MEDICAL CENTER
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
5502 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
ATTN: COO
5501 OLD YORK RD
PHILADELPHIA, PA 19140

ALBERT EINSTEIN MEDICAL CENTER
ATTN: DOUGLAS MCGEE, DO
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
ATTN: DOUGLAS MCGEE, DO/ A. SUSAN BERNINI, COO
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
ATTN: GENERAL ACCOUNTING 2ND FLR
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
ATTN: JANE WINSKI
EINSTEIN PRACTICE PLAN/LEVY
ONE PENN BLVD, STE 107
PHILADELPHIA, PA 19144

| | | |
|---|---|---|
| ALBERT EINSTEIN MEDICAL CENTER<br>ATTN: PENNY J. REZET<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19141 | ALBERT EINSTEIN MEDICAL CENTER<br>ATTN: PENNY REZET<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19141 | ALBERT EINSTEIN MEDICAL CENTER<br>C/O DUANE MORRIS LLP<br>ATTN: JARRET P. HITCHINGS, ESQ<br>222 DELAWARE AVE, STE 1600<br>WILMINGTON, DE 19801 |
| ALBERT EINSTEIN MEDICAL CENTER<br>C/O DUANE MORRIS LLP<br>ATTN: JARRET P. HITCHINGS, ESQ.<br>222 DELAWARE AVE, STE 1600<br>WILMINGTON, DE 19801 | ALBERT EINSTEIN MEDICAL CENTER<br>DBA EINSTEIN CENTER ONE<br>ATTN: COO, 11TH ST & TABOR RD<br>PHILADELPHIA, PA 19141 | ALBERT EINSTEIN MEDICAL CENTER<br>RE: EINSTEIN PRACTICE PLAN<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19141 |
| ALL STATE CAREER SCHOOL<br>50 W POWHATTAN AVE<br>ESSINGTON, PA 19029 | ALLERGAN SALES LLC<br>12975 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | ALLERGAN USA INC<br>12975 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 |
| ALLERGAN USA INC<br>2525 DUPONT DR<br>IRVINE, CA 92677 | ALLIANCE HEALTHCARE SERVICES, INC.<br>ATTN: BRENT M. CHAFFEE<br>P.O. BOX 19532<br>IRVINE, CA 92623 | ALLIANCE HEALTHCARE SERVICES, INC.<br>ATTN: BRIAN M. CHAFFEE<br>P.O. BOX 19532<br>IRVINE, CA 92623 |
| ALLIANCE HEALTHCARE SERVICES, INC.<br>DBA ALLIANCE HEALTHCARE RADIOLOGY<br>ATTN: CONTRACTS ADMIN DEPT<br>18201 VON KARMAN, STE 600<br>IRVINE, CA 92612 | ALLIANCE HEALTHCARE SERVICES, INC.<br>DBA ALLIANCE IMAGING INC<br>P.O. BOX 19532<br>IRVINE, CA 92623 | ALLIANCE HEALTHCARE SERVICES, INC.<br>P.O. BOX 96485<br>CHICAGO, IL 60693-6485 |
| AMERICAN COLLEGE OF SURGEONS<br>ATTN: CFO<br>633 N ST CLAIRE ST<br>CHICAGO, IL 60611 | AMERICAN COLLEGE OF SURGEONS<br>ATTN: GAY VINCENT<br>633 N ST CLAIRE ST<br>CHICAGO, IL 60611 | AMERICAN COLLEGE OF SURGEONS<br>FOR THE PA NTL SURG QUALITY IMPRVT PRGM CO<br>633 N ST CLAIRE ST<br>CHICAGO, IL 60611 |
| AMERICAN COLLEGE OF SURGEONS CORP<br>DEPT 10368<br>P.O. BOX 87618<br>CHICAGO, IL 60680-0618 | AMERICAN ONCOLOGIC HOSPITAL<br>604 COTTMAN AVE<br>CHELTEMHAM, PA 19012-1201 | AMERICAN ONCOLOGIC HOSPITAL<br>DBA FOX CHASE CANCER CENTER<br>ARTHUR PATCHEFSKY<br>7701 BURHOLME AVE<br>PHILADELPHIA, PA 19111 |
| AMERICAN ONCOLOGIC HOSPITAL<br>DBA FOX CHASE CANCER CENTER<br>ATTN: CHIEF COUNSEL<br>TEMPLE UNIVERSITY HOSPITAL<br>2450 W HUNTING PARK AVE, 4TH FL<br>PHILADELPHIA, PA 19129 | AMERICAN ONCOLOGIC HOSPITAL<br>DBA FOX CHASE CANCER CENTER<br>ATTN: J. ROBERT BECK<br>TEMPLE UNIVERSITY HOSPITAL<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | AMERICAN RADIO & MICROWAVE CORP<br>813 GRAVEL PIKE<br>COLLEGEVILLE, PA 19426-1641 |
| AMIT MAITY, MD<br>ADDRESS REDACTED | ANESTHESIA BUSINESS CONSULTANTS LLC<br>C/O BURNS & LEVINSON LLP<br>ATTN: T UNRAD<br>125 HIGH ST<br>BOSTON, MA 02110 | ANESTHESIA BUSINESS CONSULTANTS LLC<br>C/O MIRAMED GLOBAL SERICES<br>ATTN: NEDA RYAN<br>255 W MICHIGAN AVE<br>JACKSON, MI 49201 |
| ANESTHESIA BUSINESS CONSULTANTS LLC<br>P.O. BOX 1406<br>CAROL STREAM, IL 60132 | ARCADIA UNIVERSITY<br>450 S EASTON RD<br>GLENSIDE, PA 19038 | ARCADIA UNIVERSITY<br>ATTN: ACADENIC COORDINATOR OF CLINICAL EDU<br>BEAVER COLLEGE<br>DEPARTMENT OF PHYSICAL THERAPY<br>450 S EAST RD<br>GLENSIDE, PA 19038 |
| ARCADIA UNIVERSITY<br>THE TRUSTEES OF ARCADIA UNIVERSITY<br>GENETIC COUNSELING PROGRAM<br>450 S EASTON RD<br>GLENSIDE, PA 19038 | ARCADIA UNIVERSITY CORPORATION<br>450 S EASTON RD<br>GLENSIDE, PA 19038 | ARIA HEALTH<br>(FORMERLY FRANKFORD HOSPITAL)<br>ARIA HEALTH SCHOOL OF NURSING<br>3 NESHAMINY INTERPLEX DR<br>TREVOSE, PA 19053 |

Center City Healthcare, LLC - U.S. Mail                                                          Served 3/12/2020

ARIA HEALTH
ARIA HEALTH MEDICAL STAFF OFFICE
10800 KNIGHTS RD
PHILADELPHIA, PA 19114

ARIA HEALTH
DBA JEFFERSON HEALTH - NORTHEAST
ATTN: PRESIDENT
10800 KNIGHTS RD
PHILADELPHIA, PA 19114

ARIA HEALTH
DBA JEFFERSON HEALTH - NORTHEAST
ATTN: PRESIDENT
380 N OXFORD VALLEY RD
LANGHORNE, PA 19047

ARIA HEALTH
KNIGHTS AND RED LION RDS
PHILADELPHIA, PA 19114

ARIA HEALTH (JEFFERSON HEALTH NE)
DBA JEFFERSON HEALTH - NORTHEAST
ATTN: PRESIDENT
10800 KNIGHTS RD
PHILADELPHIA, PA 19114

ARIA HEALTH PHYSICIAN SERVICES
MEDICAL STAFF COORDINATOR
P.O. BOX 8500-6335
PHILADELPHIA, PA 19178-6335

ARIA HEALTH SCHOOL OF NURSING
3 NESHAMINY INTERPLEX DR
TREVOSE, PA 19053

ARIA-JEFFERSON HEALTH NORTHEAST (BUCKS: 380 N
DBA JEFFERSON HEALTH - NORTHEAST
ATTN: PRESIDENT
10800 KNIGHTS RD
PHILADELPHIA, PA 19114

ARTCRAFT PROMOTIONAL CONCEPTS
ATTN: PRESIDENT AND CEO
1270 GLEN AVE
MOORESTOWN, NJ 08057

ARTCRAFT PROMOTIONAL CONCEPTS
DBA EVENT PROMOTIONS NOW
HEALTH PROMOTIONS NOW
1270 GLEN AVE
MOORESTOWN, NJ 08057

ARTCRAFT PROMOTIONAL CONCEPTS INC
HEALTH PROMOTIONS NOW
1270 GLEN AVE
MOORESTOWN, NJ 08057

ASSA ABLOY ENTRANCE SYSTEMS
P.O. BOX 827375
PHILADELPHIA, PA 19182-7375

ASSA ABLOY ENTRANCE SYSTEMS US
US INC
P.O. BOX 827375
PHILADELPHIA, PA 19182-7375

ASSA ABLOY ENTRANCE SYSTEMS US INC.
1900 AIRPORT RD
MONROE, NC 28110

ATLANTIC DIAGNOSTIC LABORATORIES
3520 PROGRESS DR, STE C
BENSALEM, PA 19020

ATLANTIC DIAGNOSTIC LABORATORIES, LLC
ATTN: AARON DOMENICO, COO
3520 PROGRESS DR, STE C
BENSALEM, PA 19020

ATLANTIC SWITCH AND GENERATOR, LLC
4108 SYLON BLVD
HAINESPORT, NJ 08036

ATLANTIC SWITCH AND GENERATOR, LLC
ATTN: HANK BEVILLARD
4108 SYLON BLVD
HAINESPORT, NJ 08036

ATLANTICARE REGIONAL MEDICAL CENTER
ATTN: MAHENDRA SOLANKI, DIO
MEDICAL EDUCATION OFFICE
1925 PACIFIC AVE
ATLANTIC CITY, NJ 08401

AUGUSTA HEALTHCARE, INC.
ATTN: STEPHEN F. RIGO, PRESIDENT
255 GOLFVIEW RD
ARDMORE, PA 19003

BALDASSANO DERMATOPATHOLOGY, INC.
ATTN: MARISA BALDASSANO
828 CREEKVIEW DR
BLUE BELL, PA 19422

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

BAPTIST HEALTH SYSTEM SCHOOL OF HEALTH PR
8400 DATAPOINT DR
SAN ANTONIO, TX 78229-3234

BARCLAY WATER MANAGEMENT
55 CHAPEL ST
NEWTON, MA 02458

BARCLAY WATER MANAGEMENT
ATTN: MICHAEL BOHAN
55 CHAPEL ST, STE 400
NEWTON, MA 02458

BARCLAY WATER MANAGEMENT, INC.
55 CHAPEL ST, STE 400
NEWTON, MA 02458

BARRY UNIVERSITY, INC.
11300 N E 2ND AVE
MIAMI SHORES, FL 33161

BATTELL MEMORIAL INSTITUTE PACIFIC NORTHWEST
ATTN: RANDY DYKES, CONTRACT SPECIALIST
BATTELL BLVD, STE K6-49
RICHLAND, WA 99352

BAYER HEALTHCARE
PO BOX: 360172
PITTSBURGH, PA 15251-6172

BAYER HEALTHCARE CORP
P.O. BOX 371720
PITTSBURGH, PA 15250-7720

BAYER HEALTHCARE, LLC
ATTN: ELISABETH MOLL
3930 EDISON LAKES PKWY
MISHAWAKA, IN 46545

BAYER HEALTHCARE, LLC
ONE BAYER DR
INDIANOLA, PA 15051

BEAN BAG CAFÉ
ATTN: DARREN GRAVES (CEO/PRES)
919 ASTON MARTIN DR
LINDENWOLD, NJ 08021

BEAN BAG CAFÉ, INC
919 ASTON MARTIN DR
LINDENWOLD, NJ 08021

BEAN BAG CAFÉ, INC
919 ASTON MARTIN DR
LINDENWOLD, NJ 8021

BEAN BAG CAFÉ, INC
ATTN: DARREN GRAVES (CEO/PRES)
919 ASTON MARTIN DR
LINDENWOLD, NJ 08021

BEAN BAG CAFÉ, INC
ATTN: DARREN GRAVES (CEO/PRES)
RE: (TENANT)
919 ASTON MARTIN DR
LINDENWOLD, NJ 08021

BEAN BAG CAFÉ, INC
ATTN: DARREN GRAVES, CEO/PRES
RE: (TENANT)
919 ASTON MARTIN DR
LINDENWOLD, NJ 08021

BELFOR USA GROUP INC.
185 OAKLAND AVE, STE 150
BIRMINGHAM, MI 48009-3433

BELFOR USA GROUP INC.
3443 DURAHART ST
RIVERSIDE, CA 92507-3452

BELFOR USA GROUP INC.
444 N 3RD ST, STE 103
PHILADELPHIA, PA 19123

BELFOR USA GROUP INC.
C/O DONNA SIGLER BUSINESS MGR
2425 BLUE SMOKE CT S
FT WORTH, TX 76105

BELIMED, INC.
1535 HOBBY ST
CHARLESTON, SC 29405

BELIMED, INC.
P.O. BOX 602447
CHARLOTTE, NC 28260-2447

BELLEVUE STRATEGIES, LLC
200 S BROAD ST, STE 410
PHILADELPHIA, PA 19102

BELLEVUE STRATEGIES, LLC
ATTN: PRESIDENT
200 S BROAD ST, STE 410
PHILADELPHIA, PA 19102

BIODLOGICS, LLC
7740A TRINITY RD, STE 107
CORDOVA, TN 38018

BIO-MEDICAL APPLICATIONS OF PA
DBA FMC DIALYSIS SVCS HAHNEMANN
BMA PHILADELPHIA & BMA FAIRMOUNT
P.O. BOX 13700-1131
PHILADELPHIA, PA 19191-1131

BIO-MEDICAL APPLICATIONS OF PA (FRESENIUS)
ATTN: BRYAN MELLO, ASSIST TREASURER
RESERVOIR WOODS
920 WINTER ST
WALTHAM, MA 02451-1457

BIO-MEDICAL APPLICATIONS OF PA INC, D/B/A FMC
ATTN: BRYAN MELLO, ASSISTANT TREASURER
AKA FRESENIUS MEDICAL CARE HAHNEMANN UNI I
RESERVOIR WOODS
920 WINTER ST
WALTHAM, MA 02451-1457

BIO-MEDICAL APPLICATIONS OF PA, INC
ATTN: BRYAN MELLO, ASSIST TREASURER
RESERVOIR WOODS
920 WINTER ST
WALTHAM, MA 02451-1457

BIO-MEDICAL APPLICATIONS OF PA, INC
DBA FMC DIALYSIS SERVICES
AKA FRESENIUS MED CARE HAHNEMANN UNI HOSPIT
RESERVOIR WOODS
920 WINTER ST
WALTHAM, MA 02451-1457

BIO-MEDICAL APPLICATIONS OF PA, INC
DBA FMC DIALYSIS SERVICES A/K/A FRESENIUS ME
ATTN: BRYAN MELLO, ASSIST TREASURER
RESERVOIR WOODS
920 WINTER ST
WALTHAM, MA 02451-1457

BIO-MEDICAL APPLICATIONS OF PENNSYLVANIA, INC
RESERVOIR WOODS
920 WINTER ST
WALTHAM, MA 2451

BIOMERIEUX INC.
100 RODOLPHE ST
DURHAM, NC 27712

BIOMERIEUX INC.
ATTN: SUZANNE CHOPLIN
1101 HAMLIN RD
DURHAM, NC 27704

BIOMERIEUX INC.
P.O. BOX 500308
ST LOUIS, MO 63150-0308

BIOMERIEUX INC.
PAYMENT FROM PIEDMONT
P.O. BOX 500308
ST LOUIS, MO 63150-0308

BIOMET MICROFIXATION INC
75 REMITTANCE DR, STE 3071
CHICAGO, IL 60675-3071

BIOMET ORTHOPEDICS LLC
SEPARATE ENTITY FROM BIOMET INC
75 REMITTANCE DR, STE 3283
CHICAGO, IL 60675-3283

BIOMET SPINE LLC
BIOMET INC
75 REMITTANCE DR, STE 6931
CHICAGO, IL 60675-6931

BIOMET SPORTS MEDICINE
75 REMITTANCE DR, STE, STE 3283
CHICAGO, IL 60675-3283

BIOMET, INC
345 E MAIN ST
WARSAW, IN 46580

BIOMET, INC
DBA BIOMET TRAUMA LLC
75 REMITTANCE DR, STE, STE 3283
CHICAGO, IL 60675-3283

BIOMET, INC
DBA EBI SPINE, TRAUMA, BRACING &
OSTEOBIOLOGICS
75 REMITTANCE DR, STE 3283
CHICAGO, IL 60675-3283

**Center City Healthcare, LLC - U.S. Mail**

BIOMET, INC
OSTEOBIOLOGICS
75 REMITTANCE DR, STE 3283
CHICAGO, IL 60675-3283

BONDTECH CORP
1278 HWY 461
SOMERSET, KY 42503

BONDTECH INCORPORATED
1278 HWY 461
SOMERSET, KY 42503

BRANDMAN UNIVERSITY
MUSCO SCHOOL OF NURSING & HEALTH PROFESSION
16355 LAGUNA CANYON RD
IRVINE, CA 92618

BRANDMAN UNIVERSITY, MUSCO SCHOOL OF NURSIN
16355 LAGUNA CANYON RD
IRVINE, CA 92618

BROMEDICON
P.O. BOX 733960
DALLAS, TX 75373-3960

BROMEDICON, INC.
ATTN: CHIEF MEDICAL OFFICER
201 FLORAL VALE BLVD
YARDLEY, PA 19067

BROMEDICON, LLC
C/O MEDSURANT HOLDINGS LLC
100 FRONT ST, STE 280
WEST CONSHOHOCKEN, PA 19428

BROMEDICON, LLC
P.O. BOX 733960
DALLAS, TX 75373-3960

BRYN MAWR COLLEGE
300 AIRDALE RD
BRYN MAWR, PA 19010-1697

BRYN MAWR COLLEGE (STUDENT HEALTH CENTER)
ATTN: KARI FAZIO
101 N MERION AVE
BRYN MAWR, PA 19010

BRYN MAWR COLLEGE GRAD SCHOOL
OF SOCIAL WORK & SOCIAL RESEARCH
300 AIRDALE RD
BRYN MAWR, PA 19010

BRYN MAWR GRADUATE SCHOOL
SCHOOL OF SOCIAL WORK AND SOCIAL RESEARCH
300 AIRDALE RD
BRYN MAWR, PA 19010

BRYN MAWR REHAB HOSPITAL
130 S BRYN MAWR AVE
BRYN MAWR, PA 19010

CALIFORNIA SCHOOL OF PODIATRIC MEDICINE AT :
450 30TH ST, STE 2802
OAKLAND, CA 94609

CALIFORNIA STATE UNIVERSITY OF NORTHRIDGE
DEPT OF COMMUNICATION DISORDERS & SCIENCES
18111 NORDHOFF ST
NORTHRIDGE, CA 91330

CALYX INC
DBA CALYX METROLOGY LAB INC
341 N SCIENCE PARK RD, STE 101
STATE COLLEGE, PA 16803

CALYX PARTNERS, LLC
ATTN: DAVID K. BUTLER, MD
2795 E BIDWELL ST, STE 100
FOLSOM, CA 95630

CARDIAC CARE CENTER
BROAD & VINE ST, 2ND FL BOBST BLDG
PHILADELPHIA, PA 19102

CARDIAC CARE CENTER LLC
207 N BROAD ST 3RD FL
PHILADELPHIA, PA 19107

CARDINAL HEALTH 414 INC
P.O. BOX 70609
CHICAGO, IL 60673-0609

CARDINAL HEALTH 414, LLC
ATTN: NPS ASSOCIATE GENERAL COUNSEL
7000 CARDINAL PL
DUBLIN, OH 43017

CARDIOLOGY CONSULTANTS OF PHILADELPHIA
ATTN: MARK VICTOR, MD
1703 S BROAD ST, STE 300
PHILADELPHIA, PA 19148

CARDIOLOGY CONSULTANTS OF PHILADELPHIA, P(
207 N BROAD ST, 3RD FL
PHILADELHPIA, PA 19107

CARDIOLOGY CONSULTANTS OF PHILADELPHIA, PC
225 N BROAD ST
PHILADELPHIA, PA 19103

CARDIOLOGY CONSULTANTS OF PHILADELPHIA, PC
ATTN: MARK VICTOR, MD
207 N BROAD ST, 3RD FL
PHILADELPHIA, PA 19107

CARDIOLOGY CONSULTANTS OF PHILADELPHIA, P(
ATTN: MARK VICTOR, MD
RE: (TENANT)
207 N BROAD ST, 3RD FL
PHILADELPHIA, PA 19107

CARDIOLOGY CONSULTANTS OF PHILADELPHIA, PC
ATTN: WILLIAM BURNETT
1835 MARKET ST, STE 1050
PHILADELPHIA, PA 19103

CAREFUSION 211 INC
88253 EXPEDITE WAY
CHICAGO, IL 60095

CAREFUSION 211 INC
ATTN: ANNE DAMERON
26125 N RIVERWOODS BLVD
METTAWA, IL 60045

CAREFUSION 211 INC
CARDINAL HEALTH 211
88253 EXPEDITE WAY
CHICAGO, IL 60695-0001

CAREFUSION 211, INC
22745 SAVL RANCH PKWY
YORBA LINDA, CA 92887

CAREFUSION 211, INC
ATTN: ANNE DAMERON
26125 N RIVERWOODS BLVD
METTAWA, IL 60045

CAREFUSION 211, INC
ATTN: ANNE DAMERON
88253 EXPEDITE WY
CHICAGO, IL 60095

CARTERPIERCE, LLC
830 S SEPULVEDA BLVD, STE D206
EL SEGUNDO, CA 90245

CENTER CITY HEALTHCARE, LLC
ATTN: LEGAL DEPT
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

CENTER CITY HEALTHCARE, LLC
ATTN: LEGAL DEPT
RE: (TENANT)
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

CENTER CITY HEALTHCARE, LLC
ATTN: SENIOR DIR OF OPERATIONS
207 N BROAD ST, 5TH FL
PHILADELPHIA, PA 19107

CEPHEID INC
904 CARIBBEAN DR
SUNNYVALE, CA 94089

CEPHEID INC
P.O. BOX 204399
DALLAS, TX 75320-4399

CETLIN DESIGN GROUP
LAURENCE R CETLIN
2801 W CHESTER PIKE
BROOMALL, PA 19008

CETLIN DESIGN GROUP, INC.
2801 W CHESTER PIKE
BROOMALL, PA 19008

CETLIN DESIGN GROUP, INC.
ATTN: PRESIDENT
2801 W CHESTER PIKE
BROOMALL, PA 19008

CHAMBERLAIN COLLEGE OF NURSING
3005 HIGHLAND PKWY
DOWNERS GROVE, IL 60515-5799

CHANGE HEALTHCARE TECHNOLOGIES, LLC
22423 NETWORK PLACE
CHICAGO, IL 60673-1224

CHANGE HEALTHCARE TECHNOLOGIES, LLC
5995 WINDWARD PKWY
ALPHARETTA, GA 30005

CHANGE HEALTHCARE TECHNOLOGIES, LLC
ATTN: GENERAL COUNSEL
5995 WINDWARD PKWY
ALPHARETTA, GA 30005

CHANGE HEALTHCARE TECHNOLOGIES, LLC
ATTN: JODY SAETEUNE
5995 WINDWARD PKWY, MSTP 4901
ALPHARETTA, GA 30005

CHATHAM UNIVERSITY
1 WOODLAND RD
PITTSBURGH, PA 15232

CHG COMPANIES, INC.
DBA COMPHEALTH
7259 S BINGHAM JUNCTION BLVD
MIDVALE, UT 84047

CHG COMPANIES, INC.
DBA COMPHEALTH
P.O. BOX 972651
DALLAS, TX 75397-2651

CHILDREN'S HOSPITAL OF PHILADELPHIA
ATTN: STEPHEN LUDWIG, MD
OFFICE OF MEDICAL STAFF AFFAIRS
34TH ST & CIVIC CENTER BLVD
PHILADELPHIA, PA 19104

CHRISTIANA CARE HEALTH SERVICES
CORPORATE FINANCE CTR
200 HYGEIA DR
NEWARK, DE 19713-2049

CHRISTIANA CARE HEALTH SYSTEM
ATTN: ROB MCMURRAY
4755 OGLETOWN-STANTON RD
NEWARK, DE 19718

CHRISTIANA CARE HEALTH SYSTEM (CHRISTIANA HOS
ATTN: JOHN F STRASSER, MD
HELEN F GRAHAM CANCER CENTER
4701 OGLETOWN-STANTON RD, S-110
NEWARK, DE 19718

CHRISTIANA CARE HEALTH SYSTEM (CHRISTIANA HOS
ATTN: NEIL B JASSANI, MBA, FACEP
4755 OGLETOWN-STANTON RD
NEWARK, DE 19718

CINTAS CORPORATION
ATTN: GENERAL MANAGER
4800 W JEFFERSON ST
PHILADELPHIA, PA 19131

CIOX HEALTH, LLC
ATTN: LEGAL DEPT
925 N POINT PKWY, STE 350
ALPHARETTA, GA 30005

CIOX HEALTH, LLC
P.O. BOX 409669
ATLANTA, GA 30384

CISCO SYSTEMS CAPITAL CORP
170 WEST TASMAN DR
MAILSTOP SJC13/3
SAN JOSE, CA 95134

CISCO SYSTEMS CAPITAL CORP
P.O. BOX 742927
LOS ANGELES, CA 90074-2927

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CITY OF PHILADELPHIA, DEPT OF PUBLIC HEALTH
ATTN: HEALTH COMMISSIONER
OFFICE OF THE MEDICAL EXAMINER
321 S UNIVERSITY AVE, 1ST FL
PHILADELPHIA, PA 19104

CL RISK SOLUTIONS, LLC
3370 N HAYDEN RD, STE 123-556
SCOTTSDALE, AZ 85251

CL RISK SOLUTIONS, LLC
ATTN: CHRISTINE LOCH, PRESIDENT
3370 N HAYDEN RD, STE 123-556
SCOTTSDALE, AZ 85251

CLINICAL NEPHROLOGY ASSOCIATES
235 N BROAD ST, STE 100
PHILADELPHIA, PA 19107

Center City Healthcare, LLC - U.S. Mail

COAST QUALITY PHARMACY, LLC
DBA ANAZAOHEALTH
5710 HOOVER BLVD
TAMPA, FL 33634

COHNREZNICK LLP
ATTN: KIMBERLY BRANDLEY, CPA, PARTNER
23 CHRISTOPHER WAY
EATONTOWN, NJ 07724

COLEMAN NOURIAN SEARCH LLC
2 PENN CENTER PLAZA, STE 430
PHILADELPHIA, PA 19102

COLEMAN NOURIAN SEARCH LLC
ATTN: ROBERT B. NOURIAN, MANAGING PRINCIPAL
TWO PENN CENTER, STE 430
PHILADELPHIA, PA 19102

COLLEGE OF PODIATRIC MEDICINE
ATTN: DR WILLIAM M. SCHOLL
AT ROSALAND FRANKLIN UNI OF MEDICINE & SCIENCE
3333 GREEN BAY RD
NORTH CHICAGO, IL 60604

COLLEGE OF PODIATRIC MEDICINE AT ROSALAND
ATTN: DR WILLIAM M. SCHOLL
3333 GREEN BAY RD
NORTH CHICAGO, IL 60064

COLLEGE OF SCIENCE, HEALTH
AND THE LIBERAL ARTS OF PA UNIVERSITY
4201 HENRY AVE
PHILADELPHIA, PA 19144

COMCAST CABLE COMMUNICATIONS MGMT LLC
3220 TILLMAN DR, STE 400
BENSALEM, PA 19020

COMCAST CABLE COMMUNICATIONS, LLC
ATTN: GENERAL COUNSEL
ONE COMCAST CTR
1701 JOHN F. KENNEDY BLVD
PHILADELPHIA, PA 19103

COMCAST CABLE/3002
P.O. BOX 3002
SOUTHEASTERN, PA 19398-3005

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

COMMUNITY BEHAVIORAL HEALTH
801 MARKET ST, 7TH FL
PHILADELPHIA, PA 19107

COMMUNITY BEHAVIORAL HEALTH
ATTN: CHIEF EXEC OFFICER
801 MARKET ST, 7TH FL
PHILADELPHIA, PA 19107

COMMUNITY BEHAVIORAL HEALTH
ATTN: JOAN ERNEY, JD, CEO
801 MARKET ST, 7TH FL
PHILADELPHIA, PA 19107

COMMUNITY COLLEGE OF PHILADELPHIA
1700 SPRING GARDEN ST
PHILADELPHIA, PA 19130

COMMUNITY COLLEGE OF PHILADELPHIA
901 SOUTH MEDIA LINE RD
MEDIA, PA 19063-1094

COMMUNITY COLLEGE OF PHILADELPHIA
ATTN: DONALD GRENERALS
1700 SPRING GARDEN ST
PHILADELPHIA, PA 19130

COMMUNITY TREATMENT TEAM
ATTN: CARRIE F. WILLIAMS
520 DELAWARE AVE, 4TH FL
PHILADELPHIA, PA 19123

COMPHEALTH
7259 S BINGHAM JUNCTION BLVD
MIDVALE, UT 84047

COMPHEALTH
CHG COMPANIES, INC
7259 S BINGHAM JUNCTION BLVD
MIDVALE, UT 84047

COMPHEALTH ASSOCIATES INC
P.O. BOX 972625
DALLAS, TX 75397-2625

COMPHEALTH ASSOCIATES INC
P.O. BOX 972651
DALLAS, TX 75397-2651

COMPHEALTH MEDICAL STAFFING INC
P.O. BOX 972651
DALLAS, TX 75397-2651

CORPORATE LAMP AND ELECTRIC RECYCLING LLC
500 N WALNUT RD
KENNETT SQUARE, PA 19348

COURTYARD PHILADELPHIA DOWNTOWN
ATTN: NICOLE TROTTER, SENIOR CATERING EXECUTI
21 N JUNIPER ST
PHILADELPHIA, PA 19107

COURTYARD PHILADELPHIA DOWNTOWN
ATTN: NICOLE TROTTER, SR CATERING EXECUTIVE
22 N JUNIPER ST
PHILADELPHIA, PA 19107

CRANEL INC
P.O. BOX 713989
CINCINNATI, OH 45271-3989

CRANEL, INC.
DBA VERSITEC
8999 GEMINI PKWY
COLUMBUS, OH 43240

CRITERION LABORATORIES, INC.
3370 PROGRESS DR, STE J
BENSALEM, PA 19120

CRITERION LABORATORIES, INC.
ATTN: KAREN JONES
3370 PROGRESS DR, STE J
BENSALEM, PA 19020

CRITERION LABORATORIES, INC.
ATTN: KAREN JONES, DIR BUSINESS ADMIN
3370 PROGRESS DR, STE J
BENSALEM, PA 19020

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

**Center City Healthcare, LLC - U.S. Mail**

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JEFFER MANGELS BUTLER & MITHCELL LLP
ATTN: MARIANNE S. MARTIN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MED ONE CAPITAL FUNDING, LLC.
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

Parties Served: 245