# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, am employed in the county of Los Angeles, State of California. I hereby certify that on March 12, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Twentieth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1466]**

Dated: March 18, 2020

Jorge Rodriguez
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 18th day of March, 20 20, by Jorge Rodriguez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | CUSHMAN & WAKEFIELD OF PENNSYLVANIA, LLC<br>ERICK.MAZZONI@CUSHWAKE.COM |
| DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM | DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DIESEL DIALYSIS, LLC<br>BRIAN HARTLEY<br>BHARTLEY@DIESEL-DIALYSIS.COM |
| DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM |
| DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | DUFF & PHELPS, LLC<br>ANDREAS.CHRYSOSTOMOU@DUFFANDPHELPS.CON |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GARY FRAZIER<br>GARY@OMHEALTHCARE.COM |
| GE HFS, LLC<br>NICOLE MONROE<br>NICOLE.MONROE@GE.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM | GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM |
| GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM |
| GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM |

| | | |
|---|---|---|
| GTT AMERICAS, LLC<br>GENERAL COUNSEL<br>LEGAL@GTT.NET | HEALTHSHARE EXCHANGE OF SOUTHEASTERN PEN<br>EBROWNDORF@COOPERLEVENSON.COM | HEALTHSHARE EXCHANGE OF SOUTHEASTERN PEN<br>EBROWNDORF@COOPERLEVENSON.COM |
| HEALTHTRONICS MOBILE SOLUTIONS, L.L.C.<br>JANINE.THELEN@HEALTHTRONICS.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |
| HURON CONSULTING SERVICES LLC<br>JSAYLORS@HURONCONSULTINGGROUP.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM |
| JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM |
| MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM |
| MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM |
| MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM |
| OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM |
| O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM |
| PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM |
| POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM |

| | | |
|---|---|---|
| POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM | RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM |
| RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM |
| SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM |
| STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM |
| THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM |
| UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM |
| WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM | | |

Parties Served: 124

# **EXHIBIT B**

| | | |
|---|---|---|
| BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | CROTHALL HEALTHCARE, INC.<br>13028 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | CROTHALL HEALTHCARE, INC.<br>ATTN: DENNIS CZAPLICKI<br>13028 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 |
| CROTHALL HEALTHCARE, INC.<br>ATTN: LEGAL DEPT<br>1500 LIBERTY RIDGE DR, STE 210<br>WAYNE, PA 19087 | CROZER CHESTER MEDICAL CTR INC<br>MEDICAL CTR BLVD<br>UPLAND, PA 19013 | CROZER-CHESTER MED CTR (PROSPECT CCMC)<br>ATTN: SHARIF OMAR/ RICHARD IMBIMBO<br>ONE MEDICAL CENTER BLVD<br>UPLAND, PA 19013 |
| CROZER-CHESTER MEDICAL CENTER<br>CROZER TAYLOR SPRINGFIELD<br>ONE MEDICAL CENTER BLVD<br>UPLAND, PA 19103-3995 | CROZER-CHESTER MEDICAL CENTER<br>DELAWARE COUNTY MEMORIAL HOSPITAL<br>501 N LANSDOWNE AVE<br>DREXEL HILL, PA 19026 | CROZER-CHESTER MEDICAL CENTER<br>ONE MEDICAL CENTER BLVD<br>UPLAND, PA 19013 |
| CUSHMAN & WAKEFIELD OF CT, INC<br>107 ELM ST, 8TH FL<br>STAMFORD, CT 06902 | CUSHMAN & WAKEFIELD OF PENNSYLVANIA, LLC<br>ATTN: ERICK MAZZONI, MANAGING DIR<br>1650 MARKET ST, 33RD FL<br>PHILADELPHIA, PA 19103 | CUSHMAN & WAKEFIELD OF PHILADELPHIA, INC.<br>1650 MARKET ST, 33RD FL<br>PHILADELPHIA, PA 19103 |
| DAKO NORTH AMERICA, INC<br>6392 VIA REAL<br>CARPINTERIA, CA 93013 | DAKO NORTH AMERICA, INC<br>P.O. BOX 740589<br>LOS ANGELES, CA 90074-0589 | DAVID SMALL<br>ATTN: DAVID SMALL<br>12415 BRENTLEYWOOD LANE<br>HOUSTON, TX 77070 |
| DE LAGE LANDEN FINANCIAL SERVICES<br>ATTN: DIR, OPERATIONS<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>AS SERVICING AGENT FOR MILNER INC<br>P.O. BOX 41602<br>PHILADELPHIA, PA 19101-1602 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>P.O. BOX 41602<br>PHILADELPHIA, PA 19101-1602 | DEAF HEARING COMMUNICATION<br>630 FAIRVIEW RD, STE 100<br>SWARTHMORE, PA 19081-2335 | DEAF HEARING COMMUNICATION CENTRE, INC.<br>ATTN: NEIL MCDEVITT, EXEC DIR<br>630 FAIRVIEW RD, STE 100<br>SWARTHMORE, PA 19081 |
| DEBORAH HEART & LUNG CENTER<br>200 TRENTON RD<br>BROWNS MILLS, NJ 08015 | DEBORAH HEART & LUNG CENTER<br>ATTN: HR/ARTHUR SHORT<br>200 TRENTON RD<br>BROWNS MILLS, NJ 08015 | DEBORAH HEART & LUNG CENTER<br>PATIENT/FAMILY EDUCATION<br>DEPT 200<br>TRENTON RD<br>BROWNS MILL, NJ 08015 |
| DELAWARE VALLEY AESTHETICS<br>DBA RUMER COSMETIC SURGERY<br>ATTN: KATHY RUMER, DO<br>105 ARDMORE AVE<br>ARDMORE, PA 19003 | DELAWARE VALLEY NEPHROLOGY & HYPERTENSION<br>DBA QUALITY VASCULAR ACCESS SERVICES<br>ATTN: EDWARD R JONES/ LAWRENCE FREITAS<br>8100 OLD YORK RD, YORKTOWN PLAZA<br>ELKINS PARK, PA 19027 | DERMATOLOGIC SURGICENTER<br>1200 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| DES MOINES UNIVERSITY<br>3200 GRAND AVE<br>DES MOINES, IA 50312 | DEVICOR MEDICAL EQUIPMENT, INC.<br>ATTN: RICH JENKINS<br>300 E-BUSINESS WAY<br>FIFTH FL<br>CINCINNATI, OH 45241 | DEVICOR MEDICAL PRODUCTS, INC.<br>300 E-BUSINESS WAY<br>FIFTH FL<br>CINCINNATI, OH 45241 |

| | | |
|---|---|---|
| DEVICOR MEDICAL PRODUCTS, INC.<br>33075 COLLECTION CENTER DR<br>CHICAGO, IL 60693-0330 | DEVRY UNIVERSITY<br>1200 E DIEHL RD<br>NAPERSVILLE, IL 60563 | DIALYSIS CLINIC, INC (DCI)<br>ATTN: BILL WOOD<br>1633 CHURCH ST, STE 500<br>NASHVILLE, TN 37203 |
| DIALYSIS CLINIC, INC.<br>1633 CHURCH ST, STE 500<br>NASHVILLE, TN 37203 | DIALYSIS UNIT OF CENTER CITY PHILADELPHIA, THE<br>230 N BROAD ST, 12TH FL<br>PHILADELPHIA, PA 19102 | DIALYSIS UNIT OF WEST PHILADELPHIA, LLC, THE<br>4800 BROWN ST, STE 201<br>PHILADELPHIA, PA 19139 |
| DIESEL DIALYSIS, LLC<br>ATTN: BRIAN HARTLEY<br>P.O. BOX 2274<br>CINNAMINSON, NJ 08077 | DISTRICT 119C TRAINING & UPGRADING FUND<br>100 S BROAD ST, 10TH FL<br>PHILADELPHIA, PA 19110 | DOME INSULATION, LLC<br>ATTN: LESLIE BAKER, OWNER<br>229 COLUMBIA AVE<br>PITMAN, NJ 08071 |
| DRAEGER MEDICAL, INC.<br>3135 QUARRY RD<br>TELFORD, PA 18969 | DRAEGER MEDICAL, INC.<br>P.O. BOX 13369<br>NEWARK, NJ 07101-3362 | DRAEGER, INC<br>3135 QUARRY RD<br>TELFORD, PA 18969 |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | DREXELBROOK<br>4700 DREXELBROOK DR<br>DREXEL HILL, PA 19026 | DREXELBROOK CORPORATE EVENTS CENT<br>DBA LWK CORP<br>4700 DREXELBROOK DR<br>DREXEL HILL, PA 19026 |
| DREXELBROOK CORPORATE EVENTS CORP<br>4700 DREXELBROOK DR<br>DREXEL HILL, PA 19026 | DUFF & PHELPS CORPORATION<br>12595 COLLECTION CTR DR<br>CHICAGO, IL 60693 | DUFF & PHELPS CORPORATION<br>DBA DUFF & PHELPS LLC<br>12595 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 |
| DUFF & PHELPS, LLC<br>ATTN: MANAGING DIR<br>411 E WISCONSIN AVE, STE 1900<br>MILWAUKEE, WI 53202 | DUFF & PHELPS, LLC<br>ATTN: MANAGING DIR<br>55 E 52ND ST, FL 31<br>NEW YORK, NY 10055 | EASTERN CONTROLS INC OF PA<br>P.O. BOX 519<br>EDGEMONT, PA 19028 |
| EASTERN CONTROLS INC.<br>ATTN: GARY LEE, GENERAL MANAGER<br>3866 PROVIDENCE RD<br>EDGEMONT, PA 19028 | EASTERN LIFT TRUCK CO, INC<br>549 E LINWOOD AVE<br>MAPLE SHADE, NJ 08052 | EASTERN LIFT TRUCK INC<br>P.O. BOX 307<br>MAPLE SHADE, NJ 08052 |
| EASTERN REGIONAL MED CTR INC<br>1331 E WYOMING AVE<br>PHILADELPHIA, PA 19124 | EASTERN REGIONAL MEDICAL CTR<br>ATTN: CHIEF FINANCIAL OFFICER<br>PATIENTS ACCOUNTS<br>2610 SHERIFAN RD, 2ND FL<br>ZION, IL 60099 | ECONSULT SOLUTIONS, INC.<br>1435 WALNUT ST 4 FL<br>PHILADELPHIA, PA 19102 |
| ECONSULT SOLUTIONS, INC.<br>ATTN: PRESIDENT<br>1435 WALNUT ST, 4TH FL<br>PHILADELPHIA, PA 19102 | EDWARDS LIFESCIENCES<br>P.O. BOX 23146<br>CHICAGO, IL 60673-1231 | EDWARDS LIFESCIENCES<br>P.O. BOX 978722<br>DALLAS, TX 75397-8722 |
| EDWARDS LIFESCIENCES CORP<br>17221 RED HILL AVE<br>IRVINE, CA 92714 | EDWARDS LIFESCIENCES, LLC<br>ONE EDWARDS WAY<br>IRVINE, CA 92614 | EEC ACQUISITION LLC<br>C/O SMART CARE EQUIPMENT SOLUTIONS<br>ATTN: MICHAEL JOHN LANZ<br>370 WABASHA ST N<br>ST PAUL, MN 55102 |

| | | |
|---|---|---|
| EEC ACQUISITION LLC<br>P.O. BOX 74008980<br>CHICAGO, IL 60674-8980 | EEC ACQUISITION LLC<br>SMART CARE EQUIPMENT SOLUTIONS<br>P.O. BOX 74008980<br>CHICAGO, IL 60674-8980 | ELECTRONIC SECURITY SOLUTIONS LLC<br>5115 CAMPUS DR<br>PLYMOUTH MEETING, PA 19462 |
| ELECTRONIC SECURITY SOLUTIONS LLC<br>ATTN: JEFFREY MITCHELL, OWNER<br>5115 CAMPUS DR<br>PLYMOUTH MEETING, PA 19462 | ELIZABETHTOWN COLLEGE<br>ONE ALPHA DR<br>ELIZABETHTOWN, PA 17022 | ENCORE MEDICAL INTERNATIONAL, INC.<br>50 THREE TUN RD<br>MALVERN, PA 19355 |
| ENCORE MEDICAL INTERNATIONAL, INC.<br>P.O. BOX 1328<br>WEST CHESTER, PA 19380 | ENSEMBLE RCM LLC<br>ATTN: JOHN ERICKSON<br>13620 REESE BLVD, STE 200<br>HUNTERSVILLE, NC 28078 | ENSEMBLE RCM LLC<br>DBA ENSEMBLE HEALTH PARTNERS<br>ATTN: JUDSON IVY, CEO<br>13620 REESE BLVD, STE 200<br>HUNTERSVILLE, NC 28078 |
| ENSEMBLE RCM LLC<br>P.O. BOX 639076<br>CINCINNATI, OH 45263 | ENV SERVICES, INC.<br>2880 BERGEY RD, STE K<br>HATFIELD, PA 19440 | ENV SERVICES, INC.<br>C/O MUNICIPAL AUTHORITY S<br>HEIDELBERG<br>P.O. BOX 37836<br>BALTIMORE, MD 21297-7836 |
| EVOQUA WATER TECHNOLOGIES, LLC<br>258 DUNKSFERRY RD<br>BENSALEM, PA 19020 | EVOQUA WATER TECHNOLOGIES, LLC<br>ATTN: MATTHEW MORIN<br>10 TECHNOLOGY DR.<br>LOWELL, MA 01851 | FAIRMOUNT LONG TERM CARE<br>ATTN: EXEC DIR<br>2100 W GIRARD AVE<br>PHILADELPHIA, PA 19130 |
| FAIRMOUNT ROWING ASSOC INC<br>2 BOATHOUSE ROW<br>PHILADELPHIA, PA 19138 | FM COST CONTAINMENT, LLC<br>77 W BROAD ST, STE 15<br>BETHLEHEM, PA 18018 | FM COST CONTAINMENT, LLC<br>85 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 |
| FM COST CONTAINMENT, LLC<br>ATTN: ACCOUNTS RECEIVABLE<br>85 OLD EAGLE SCHOOL RD, STE 104<br>WAYNE, PA 19087 | FOOT & ANKLE CTR OF PHILADELPHIA<br>245 N BROAD ST, 3RD FL<br>PHILADELPHIA, PA 19107 | FOOT & ANKLE CTR OF PHILADELPHIA<br>RE: (SUBLESSEE)<br>245 N BROAD ST, 3RD FL<br>PHILADELPHIA, PA 19107 |
| FOOT & ANKLE CTR OF PHILADELPHIA, LLC<br>ATTN: STEVEN F BOC, DPM<br>235 N BROAD ST, STE 300<br>PHILADELPHIA, PA 19107 | FOSS THERAPY SERVICES, INC.<br>5938 SATSUMA AVE<br>NO HOLLYWOOD, CA 91601 | FOSS THERAPY SERVICES, INC.<br>ATTN: PRESIDENT<br>5938 SATSUMA AVE<br>NORTH HOLLYWOOD, CA 91601 |
| FRANCIS CAUFFMAN, INC.<br>2000 MARKET ST, STE 600<br>PHILADELPHIA, PA 19103 | FRANCIS CAUFFMAN, INC.<br>ATTN: ARAN A. MCCARTHY, PRINCIPAL IN CHARGE<br>2000 MARKET ST, STE 600<br>PHILADELPHIA, PA 19103 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 |
| FRIENDS BEHAVIORAL HEALTH SYSTEM<br>4641 E ROOSEVELT BLVD<br>PHILADELPHIA, PA 19124 | FRIENDS BEHAVIORAL HEALTH SYSTEM<br>ATTN: MICHAEL W MCDONALD, JR<br>4641 ROOSEVELT BLVD<br>PHILADELPHIA, PA 19124 | FUTURE IT ADVISORS, INC.<br>3610 RED OAK DRI<br>MONTGOMERY, TX 77382 |
| FUTURE IT ADVISORS, INC.<br>C/O GRIESING LAW LLC<br>ATTN: EDWARD FISHER, FRANCINE GRIESING<br>1880 JFK BLVD, STE 1800<br>PHILADELPHIA, PA 19103 | FUTURE IT ADVISORS, LLC<br>ATTN: LEGAL DEPT<br>3610 RED OAK DR<br>MONTGOMERY, TX 77316 | FUTURE IT ADVISORS, LLC<br>C/O GRIESING LAW LLC<br>ATTN: EDWARD T. FISHER, ESQ.<br>1880 JOHN F. KENNEDY BLVD, STE 1800<br>PHILADELPHIA, PA 19103 |

GARY FRAZIER
2357 CEDAR AVE
LONG BEACH, CA 90806

GARY FRAZIER
ATTN: GARY FRAZIER
2357 CEDAR AVE
LONG BEACH, CA 90806

GE HEALTHCARE IITS USA CORP.
15724 COLLECTIONS CTR DR
CHICAGO, IL 60693

GE HEALTHCARE IITS USA CORP.
9900 INNOVATION DR
WAUWATOSA, WI 53226

GE HEALTHCARE IITS USA CORP.
ATTN: GENERAL COUNSEL
9900 INNOVATION DR
WAUWATOSA, WI 53226

GE HEALTHCARE IITS USA CORP.
C/O DEHAAN & BACH LPA
ATTN: MICHAEL B BACH
25 WHITNEY DR, STE 106
MILFORD, OH 45150

GE HFS, LLC
ATTN: NICOLE MONROE
12854 KENAN DR, STE 201
JACKSONVILLE, FL 32258

GE HFS, LLC
P.O. BOX 414, W-490
MILWAUKEE, WI 53201

GE PRECISION HEALTHCARE LLC
3000 N GRANDVIEW BLVD
WAUKESHA, WI 53188

GE PRECISION HEALTHCARE LLC
ATTN: MICHAEL BACH
25 WHITNEY DR, STE 106
MILFORD, OH 45150

GE PRECISION HEALTHCARE LLC
C/O DEHAAN & BACH, LPA
ATTN: MICHAEL BACH
25 WHITNEY DR, STE 106
MILFORD, OH 45150

GEO. W. KISTLER, INC.
DBA KISTLER O'BRIEN FIRE PROTECTION
2210 CITY LINE RD
BETHLEHEM, PA 18017

GETINGE USA SALES, LLC
45 BARBOUR POND DR
WAYNE, NJ 07470

GETINGE USA SALES, LLC
P.O. BOX 775436
CHICAGO, IL 60677-5436

GETINGE USA, INC.
1777 E HENRIETTA RD
ROCHESTER, NY 14623

GLASSRATNER ADVISORY & CAPITAL
GROUP LLC
3445 PEACHTREE RD NE, STE 1225
ATLANTA, GA 30326

GLASSRATNER ADVISORY & CAPITAL GROUP, LLC
ATTN: CAROL FOX
200 E BROWARD BLVD, STE 1010
FORT LAUDERDALE, FL 33301

GLOBAL NEUROSCIENCES INST LLC
160 E ERIE AVE, STE 2205
PHILADELPHIA, PA 19134

GLOBAL NEUROSCIENCES INST LLC
3100 PRINCE TURNPIKE, BLDG 3, STE D
LAWRENCEVILLE, NJ 08648

GLOBAL NEUROSCIENCES INST LLC
RE: (SUBLESSEE)
3100 PRINCE TURNPIKE, BLDG 3, STE D
LAWRENCEVILLE, NJ 08648

GLOBAL NEUROSCIENCES INSTITUTE
3100 PRINCETON PK BLDG 3, STE D
LAWRENCEVILLE, NJ 08648

GLOBAL NEUROSCIENCES INSTITUTE
ATTN: DONALD J DAMICO
3100 PRINCETON PK, BLDG 3, STE D
LAWRENCEVILLE, NJ 08648

GLOBAL NEUROSCIENCES INSTITUTE
ATTN: EROL VEZENDAROGLU, MD
219 N BROAD ST, 7TH FL
PHILADELPHIA, PA 19107

GLOBAL NEUROSCIENCES INSTITUTE, LLC
160 E ERIE AVE, STE 2205
PHILADELPHIA, PA 19134

GLOBAL NEUROSCIENCES INSTITUTE, LLC
219 N BROAD ST, 7TH FL
PHILADELPHIA, PA 19107

GLOBAL NEUROSCIENCES INSTITUTE, LLC
404 S FRONT ST
PHILADELPHIA, PA 19147

GLOBAL NEUROSCIENCES INSTITUTE, LLC
ATTN: EROL VEZNEDAROGLU, MD
219 N BROAD ST, 7TH FL
PHILADELPHIA, PA 19107

GLOBAL NEUROSCIENCES INSTITUTE, LLC
ATTN: EROL VEZNEDAROGLU, MD
404 S FRONT ST
PHILADELPHIA, PA 19147

GLOUCESTER COUNTY COLLEGE
1400 TANYARD RD
SEWELL, NJ 08080

GRAND CANYON UNIVERSITY
3300 W CAMELBACK RD
PHOENIX, AZ 85017

GRAND CANYON UNIVERSITY
ATTN: CONCHP - OFE
GRAND CANYON EDUCATION, INC
3300 W CAMMELBACK RD
PHOENIX, AZ 85917

GRAND VIEW HOSPITAL
DBA GRAND VIEW HEALTH
700 LAWN AVE
SELLERSVILLE, PA 18960

GREATER DELAWARE VALLEY SOCIETY OF TRANS
C/O GIFT OF LIFE DONOR PROGRAM
ATTN: JAN WEINSTOCK/STACY CRAMER
401 N THIRD ST
PHILADELPHIA, PA 19123

| | | |
|---|---|---|
| GTT AMERICAS, LLC<br>ATTN: GENERAL COUNSEL<br>7900 TYSONS ONE PL, STE 1450<br>MCLEAN, VA 22102 | GWYNEDD MERCY COLLEGE<br>1325 SUMNEYTOWN PK<br>P.O. BOX 901<br>GWYNEDD VALLEY, PA 19437 | GWYNEDD MERCY UNIVERSITY<br>ATTN: FRANCIS M. MAGUIRE<br>SCHOOL OF NURSING AND HEALTH PROFESSIONS<br>1325 SUMNEYTOWN PIKE<br>GWYNEDD, PA 19437 |
| GWYNEDD-MERCY COLLEGE<br>ATTN: DEAN, FRANCES M. MAGUIRE<br>SCHOOL OF NURSING & HEALTH PROFESSIONS<br>1325 SUMNEYTOWN PIKE<br>P.O. BOX 901<br>GWYNEDD VALLEY, PA 19437-0901 | GWYNEDD-MERCY COLLEGE<br>ATTN: DEAN, SCHOOL OF ALLIED HEALTH<br>1325 SUMNEYTOWN PIKE<br>P.O. BOX 901<br>GWYNEDD VALLEY, PA 19437-0901 | GWYNEDD-MERCY COLLEGE<br>RE: RADIATION THERAPY PROGRAM<br>1325 SUMNEYTOWN PIKE<br>GWYNEDD, PA 19437 |
| GWYNEDD-MERCY COLLEGE, RADIATION THERAPY PR<br>1325 SUMNEYTOWN PIKE<br>GWYNEDD, PA 19437 | HAEMONETICS CORPORATION<br>24849 NETWORK PL<br>CHICAGO, IL 60673-1249 | HAEMONETICS CORPORATION<br>400 WOOD RD<br>BRAINTREE, MA 02184 |
| HAEMONETICS CORPORATION<br>ATTN: PAUL CABANA, VP, NO AM SVCS AND SUPP<br>400 WOOD RD<br>BRAINTREE, MA 02184 | HAEMONETICS CORPORATION<br>THE BLOOD MGMT CO<br>24849 NETWORK PL<br>CHICAGO, IL 60673-1248 | HAHNEMANN APOTHECARY<br>ATTN: PRESIDENT<br>230 N BROAD ST<br>MS 544<br>PHILADELPHIA, PA 19102 |
| HAHNEMANN APOTHECARY, INC<br>230 N BROAD ST<br>MS 544<br>PHILADELPHIA, PA 19102 | HAHNEMANN APOTHECARY, INC<br>230 NO BROAD ST, MS 544<br>PHILADELPHIA, PA 19102 | HAHNEMANN APOTHECARY, INC<br>ATTN: MICHAEL LEVIN, PRES<br>1429 MONK RD<br>GLADWYNE, PA 19035 |
| HAHNEMANN APOTHECARY, INC<br>ATTN: MICHAEL LEVIN, PRES<br>210 DAISY LANE<br>WYNNEWOOD, PA 19096 | HAHNEMANN APOTHECARY, INC<br>ATTN: MICHAEL LEVIN, PRESIDENT<br>RE: (TENANT)<br>210 DAISY LN<br>WYNNEWOOD, PA 19096 | HAHNEMANN APOTHECARY, INC<br>ATTN: PRESIDENT<br>230 N BROAD ST<br>MS 544<br>PHILADELPHIA, PA 19102 |
| HAMPTON UNIVERSITY<br>100 CEMETERY RD<br>HAMPTON, VA 23668 | HARCUM COLLEGE<br>750 MONTGOMERY AVE<br>BRYN MAWR, PA 19010 | HARMELIN & ASSOCIATES INC.<br>525 RIGHTERS FERRY RD<br>BALA CYNWYD, PA 19004 |
| HARMELIN & ASSOCIATES INC.<br>DBA HARMELIN MEDIA<br>525 RIGHTERS FERRY RD<br>BALA CYNWYD, PA 19004 | HARMELIN & ASSOCIATES INC.<br>DBA HARMELIN MEDIA<br>ATTN: MARY MEDER, PRESIDENT<br>525 RIGHTERS FERRY RD<br>BALA CYNWYD, PA 19004 | HARRIS SCHOOL OF BUSINESS<br>1 MALL DR, STE 700<br>CHERRY HILL, NJ 08002 |
| HBO & RECOVERIES, LLC<br>ATTN: KENNETH WHEELER<br>415 W 16 ST<br>UPLAND, CA 91784 | HEALTHCARE RECEIVABLE SPECIALISTS, INC.<br>ATTN: CLIENT DEVELOPMENT<br>10 N INDEPENDENCE MALL W, STE 5NW<br>PHILADELPHIA, PA 19106 | HEALTHSHARE EXCHANGE OF SOUTHEASTERN PE<br>1801 MARKET ST, STE 750<br>PHILADELPHIA, PA 19103 |
| HEALTHSHARE EXCHANGE OF SOUTHEASTERN PENN<br>ATTN: DON REED, SVP & COO<br>190 N. INDEPENDENCE MALL WEST STE 701<br>PHILADELPHIA, PA 19106 | HEALTHSHARE EXCHANGE OF SOUTHEASTERN PENN<br>ATTN: MARTIN LUPINETTI, EXEC DIR<br>1801 MARKET ST, STE 750<br>PHILADELPHIA, PA 19103-1628 | HEALTHSHARE EXCHANGE OF SOUTHEASTERN PE<br>C/O COOPER LEVENSON, P.A.<br>ATTN: ERIC BROWNDORFT<br>1125 ATLANTIC AVE, 3RD FL<br>ATLANTIC CITY, NJ 08401 |
| HEALTHSHARE EXCHANGE OF SOUTHEASTERN PENN<br>C/O HEALTH CARE IMPROVEMENT FND<br>1801 MARKET ST, STE 750<br>PHILADELPHIA, PA 19103 | HEALTHTRONICS MOBILE SOLUTIONS, L.L.C.<br>9825 SPECTRUM DR<br>BUILDING 3<br>AUSTIN, TX 78717 | HEALTHTRONICS MOBILE SOLUTIONS, L.L.C.<br>ATTN: JANINE THELEN<br>9825 SPECTRUM DR, BLDG 3<br>AUSTIN, TX 78717 |

| | | |
|---|---|---|
| HEALTHTRONICS MOBILE SOLUTIONS, L.L.C.<br>C/O SPROUSE LAW FIRM<br>ATTN: MARVIN E. SPROUSE<br>401 CONGRESS AVE, STE 1540<br>AUSTIN, TX 78701 | HEALTHTRUST PURCHASING GROUP, L.P.<br>ATTN: CHIEF LEGAL OFFICER<br>1100 CHARLOTTE AVE, STE 1100<br>NASHVILLE, TN 37203 | HEWLETT PACKARD FINAN SVCS CORP<br>P.O. BOX 402582<br>ATLANTA, GA 30384-2582 |
| HEWLETT PACKARD FINANCIAL SERVICE<br>200 CONNELL DR, STE 5000<br>BERKELEY HEIGHTS, NJ 07922 | HEWLETT PACKARD FINANCIAL SERVICE<br>P.O. BOX 402582<br>ATLANTA, GA 30384-2582 | HEWLETT-PACKARD FINANCIAL SERVICES COMPA<br>ATTN: DIANE MORGAN<br>200 CONNELL DR, STE 5000<br>BERKELY HEIGHTS, NJ 07922 |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>ATTN: DIR OF OPERATIONS, AMERICAS<br>200 CONNELL DR, STE 5000<br>BERKELEY HEIGHTS, NJ 07922 | HILLMANN CONSULTING, LLC<br>1600 RTE 22 E<br>P.O. BOX 1597<br>UNION, NJ 07083-1597 | HILLMANN CONSULTING, LLC<br>ATTN: GERALANNE MAGLIONE<br>304 HARPER DR, STE 207<br>MOORESTOWN, NJ 08057 |
| HOLLAND SQUARE GROUP, LLC<br>200 BRICKSTONE SQ, STE 503<br>ANDOVER, MA 01810 | HOLLAND SQUARE GROUP, LLC<br>302 INNOVATION DR, STE 120<br>FRANKLIN, TN 37067 | HOLY FAMILY UNIVERSITY<br>9801 FRANKFORD AVE<br>PHILADELPHIA, PA 19114 |
| HORSHAM FOOT & ANKLE<br>ATTN: RAMON C LOPEZ, DPM<br>499 HORSHAM RD<br>HORSHAM, PA 09044 | HOSPICE OF PHILADELPHIA<br>ATTN: PRESIDENT<br>3300 HENRY AVE, STE 500<br>PHILADELPHIA, PA 19129 | HUNTINGDON VALLEY EYE CARE<br>CONSULTANTS LTD<br>1650 HUNTINGDON PIKE, STE 150<br>MEADOWBROOK, PA 19046 |
| HUNTINGDON VALLEY EYE CARE CONSULTANTS, LTD.<br>ATTN: HAROLD KOLLER, MD<br>1650 HUNTINGDON PIKE, STE 150<br>MEADOWBROOK, PA 19046 | HURON CONSULTING SERVICES LLC<br>ATTN: JONATHAN SAYLORS, MANAGING DIR<br>550 W VAN BUREN ST<br>CHICAGO, IL 60607 | HUSSON UNIVERSITY<br>1 COLLEGE CIR<br>BANGOR, ME 04401 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 |
| MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 |
| PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | |

Parties Served: 197