## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, am employed in the county of Los Angeles, State of California. I hereby certify that on March 12, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Twenty-First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1467]**

Dated: March 19, 2020

Jorge Rodriguez
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                   } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 19th day of March, 20 20, by Jorge Rodriguez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## **EXHIBIT A**

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients                                    Served 3/12/2020

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br> MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients                                   Served 3/12/2020

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KEYSTONE QUALITY TRANSPORT CO
TSTRINE@GMAIL.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

LEGAL CLINIC FOR THE DISABLED, INC.
LINDA PEYTON
LPEYTON@LCDPHILA.ORG

LITCHFIELD CAVO LLP
ANDREW S KESSLER
KESSLER@LITCHFIELDCAVO.COM

MAGGIANO'S LITTLE ITALY
PHILADELPHIA.BANQUET@MAGGIANOS.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC
DAVID H. LEIGH
DLEIGH@RQN.COM

MED ONE CAPITAL FUNDING, LLC
MARK STEVENS
MSTEVENS@MEDONECAPITAL.COM

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM

MJR TECHNOLOGIES, INC.
PRESIDENT
MRAGAN@GT-TELE.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

NEXCORE PROPERTIES PA LLC
DEBORAH WEDDERBURN
DEBBIE.WEDDERBURN@NEXCOREGROUP.COM

NTHRIVE
JEN DEYOUNG
JDEYOUNG@NTHRIVE.COM

NTHRIVE REVENUE SYSTEMS, LLC
LEGAL/CONTRACTING
RMCONTRACTS@NTHRIVE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

O'MELVENY & MYERS, LLP
DANIEL S. SHAMAH
DSHAMAH@OMM.COM

O'MELVENY & MYERS, LLP
DIANA M. PEREZ
DPEREZ@OMM.COM

O'MELVENY & MYERS, LLP
SUZZANNE UHLAND
SUHLAND@OMM.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PARK AMERICA, INC
BRIAN LIPKIN
BLIPKINPA@AOL.COM

PATINO LANDSCAPING GROUP, LLC
ARMANDO PATINO
ARMANDOPATINO@VERIZON.NET

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                    Served 3/12/2020

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

Parties Served:  126

# <u>EXHIBIT B</u>

Center City Healthcare, LLC, et al. - U.S. Mail

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

ICONTRACTS, INC.
ADDRESS REDACTED

IMA CONSULTING
ATTN: CEO
6 HILLMAN DR, STE 100
CHADDS FORD, PA 19317

IMMACULATTA UNIVERSITY
1145 KING RD
IMMACULATA, PA 19345

IMMACULATTA UNIVERSITY
ATTN: VP FOR ACADEMIC AFFAIRS
1145 W KING RD
IMMACULATA, PA 19345

IMPAC MEDICAL SYSTEMS, INC
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 403524
ATLANTA, GA 30384

INDEPENDENCE UNIVERSITY
4021 S 700 E, STE 400
SALT LAKE CITY, UT 84107

INFORMA SOFTWARE
2300 MAITLAND CENTER PKWY, STE 220
MAITLAND, FL 32751

INSTITUTE FOR DERMATOPATHOLOGY
ATTN: DAVID PYC
3805 W CHESTER PIKE
NEWTOWN SQUARE, PA 19073

INTEGRA LIFE SCIENCES SALES LLC
311 ENTERPRISE DR
PLAINSBORO, NJ 08536

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

INTRALINKS, INC.
ATTN: GENERAL COUNSEL
685 3RD AVE, 9TH FL
NEW YORK, NY 10017

INTUITIVE SURGICAL, INC
1266 KIFER RD
SUNNYVALE, CA 94086

INTUITIVE SURGICAL, INC
DEPT 33629
P.O. BOX 39000
SAN FRANCISCO, CA 94139

INTUITIVE SURGICAL, INC
PAYMENT FROM ST FRANCIS
DEPT 33629
P.O. BOX 39000
SAN FRANCISCO, CA 94139

IODINE SOFTWARE, LLC
ATTN: CONTRACTS MANAGER
6850 AUSTIN CENTER BLVD
AUSTIN, TX 78731

JAY M. YANOFF, EDD
ADDRESS REDACTED

JAY M. YANOFF, EDD
ADDRESS REDACTED

JDR CONSULTING, LLC
3175 TROON DR
CENTER VALLEY, PA 18034

JDR CONSULTING, LLC
ATTN: CEO/PRINCIPAL
3175 TROON DR
CENTER VALLEY, PA 18034

JEFFER MANGELS BUTLER & MITHCELL LLP
ATTN: MARIANNE S. MARTIN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067

JOHN CALVITTI COMPANY
ATTN: RICHARD CALVITTI, PRESIDENT
3200 SCOTTS LN
PHILADELPHIA, PA 19129-1527

JOHN CALVITTI COMPANY INC
3200 SCOTTS LN
PHILADELPHIA, PA 19129-1527

JOHN DOWDLE
9772 POWDER HALL RD
PERRY HALL, MD 21128

JOHNGSELF + PARTNERS INC
P.O. BOX 7403
TYLER, TX 75711

JOHNGSELF PARTNERS, INC.
ATTN: JOHN G. SELF, PRESIDENT
3131 MCKINNEY AVE, STE 600
DALLAS, TX 75204

JP ZIMMERMAN PCS LLC
37 STREAM BANK DR
FREEHOLD, NJ 07728

**Center City Healthcare, LLC, et al. - U.S. Mail**

K&C STRATEGIC POLICY GROUP, LLC
21351 GENTRY DR, STE 210
STERLING, VA 20166

K&C STRATEGIC POLICY GROUP, LLC
ATTN: NANCY MCNEILLY
21351 GENTRY DR, STE 210
STERLING, VA 20166

K&C STRATEGIC POLICY GROUP, LLC
DBA DEBRUNNER & ASSOCIATES
ATTN: ELLEN KUGLER
112 WALNUT ST
HARRISBURG, PA 17101

KARL STORZ ENDOSCOPY-AMERICA, INC.
2151 E GRAND AVE
EL SEGUNDO, CA 90245

KARL STORZ ENDOSCOPY-AMERICA, INC.
FILE 53514
LOS ANGELES, CA 90074-3514

KASSCON BUILDING SERVICES, LLC
P.O. BOX 56323
PHILADELPHIA, PA 19130

KASSCON C&R LLC
P.O. BOX 56323
PHILADELPHIA, PA 19130

KEYSTONE QUALITY TRANSPORT
1260 E WOODLAND AVE
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT
ATTN: NEIL BRADY, VP BUS DEVT
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT
ATTN: NEIL BRADY, VP BUS DEVT
RE: (TENANT)
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT CO
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT CO
ATTN: JEFFREY KURTZMAN
401 S 2ND ST, STE 200
PHILADELPHIA, PA 19147

KEYSTONE QUALITY TRANSPORT CO
DBA EMSTAR
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT COMPANY DBA EMS
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

KEYSTONE QUALITY TRANSPORT INC
DBA EMSTAR MEDICAL TRANSPORT
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

LAKE ERIE COLLEGE
391 W WASHINGTON ST
PAINESVILLE, OH 44077

LANGUAGE SERVICES ASSOCIATES, INC.
455 BUSINESS CENTER DR, STE 100
HORSHAM, PA 19044

LANGUAGE SERVICES ASSOCIATES, INC.
ATTN: DEBRA ELIZABETH SUMMERS
455 BUSINESS CENTER DR, STE 100
HORSHAM, PA 19044

LANGUAGE SERVICES ASSOCIATES, INC.
P.O. BOX 829752
PHILADELPHIA, PA 19182-9752

LASALLE UNIVERSITY
ATTN: BUSINESS AFFAIRS & AFFIRM ACTION OFFICER
1900 W OLNEY AVE
PHILADELPHIA, PA 19141

LASALLE UNIV-SCHOOL OF NURSING
1900 W OLNEY AVE
PHILADELPHIA, PA 19141

LEGAL CLINIC FOR THE DISABLED, INC.
6 FRANKLIN PLAZA
PHILADELPHIA, PA 19102-1177

LEGAL CLINIC FOR THE DISABLED, INC.
ATTN: LINDA PEYTON, EXEC DIR
1513 RACE ST
PHILADELPHIA, PA 19102

LIFELINE SOFTWARE, INC.
2407 PEMBERTON PL
AUSTIN, TX 78703

LINCOLN MEMORIAL UNIVERSITY
DEBUSK COLLEGE OF OSTEOPATHIC MEDICINE
6965 CUMBERLAND GAP PKWY
HARROGATE, TN 37752

LINCOLN TECHNICAL INSTITUTE
200 EXEC DR, STE 340
W. ORANGE, NJ 07052

LIONS EYE BANK OF DELAWARE VALLEY
401 N 3RD ST, STE 305
PHILADELPHIA, PA 19123-4101

LIONS EYE BANK OF DELAWARE VALLEY
ATTN: EXEC DIR
401 N 3RD ST, STE 305
PHILADELPHIA, PA 19123-4101

LITCHFIELD CAVO
ADDRESS REDACTED

LITCHFIELD CAVO LLP
ATTN: ANDREW S KESSLER
1515 MARKET ST, STE 1220
PHILADELPHIA, PA 19102-1903

LOYOLA UNIVERSITY MARYLAND, INC.
8890 MCGRAW RD
COLUMBIA, MD 21045

LOYOLA UNIVERSITY MARYLAND, INC.
ATTN: ASSOC DEAN FOR GRAD PROGS
4501 N CHARLES ST
BALTIMORE, MD 21210

LUMEDX CORPORATION
ATTN: DEAN CATES, SENIOR VP AND GM, NORTHE/
555 12TH ST, STE 2060
OAKLAND, CA 94607

LUMEDX CORPORATION
FILE 1305
1801 W OLYMPIC BLVD
PASADENA, CA 91199-1305

MAGEE REHABILITATION CENTER
1513 RACE ST
PHILADELPHIA, PA 19102

MAGEE REHABILITATION HOSPITAL
ATTN: PRESIDENT & CEO
1513 RACE ST
PHILADELPHIA, PA 19102

MAGGIANO'S LITTLE ITALY
ATTN: VICTORIA HUTCHINSON
1201 FILBERT ST
PHILADELPHIA, PA 19107

MAIN LINE FERTILITY CENTER, INC
MICHAEL GLASSNER, MD
825 OLD LANCASTER RD, STE 170
BRYN MAWR, PA 190010

MAJOR MEDICAL HOSPITAL SERVICES, INC.
ATTN: PRESIDENT
150 COOPER RD
WEST BERLIN, NJ 08091

MAJOR MEDICAL HOSPITAL SVC
ACCTS RECEIVABLE
150 COOPER RD, STE G20
W BERLIN, NJ 08091

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MARYVILLE UNIVERSITY OF ST. LOUIS
650 MARYVILLE UNIVERSITY DR
ST. LOUIS, MO 63141

MCG HEALTH, LLC
ATTN: CONTRACTS DEPT
901 5TH AVE, STE 2000
SEATTLE, WA 98164

MCP HAHNEMANN UNIVERSITY
3300 HENRY AVE
ANN PRESTON HALL, RM 365
PHILADELPHIA, PA 19129

MCP HAHNEMANN UNIVERSITY
COLLEGE OF NRSG & HEALTH PROF
245 N 15TH ST, MS 501
PHILADELPHIA, PA 19102-1192

MCP HAHNEMANN UNIVERSITY
SCHOOL OF MEDICINE
245 N 15TH ST MS, STE 495
PHILADELPHIA, PA 19102-1192

MDS CARPETING & FLOORING, INC.
455 PENN ST
YEADON, PA 19050

MED ONE CAPITAL FUNDING, LLC
10712 SOUTH 1300 EAST
SANDY, UT 84094

MED ONE CAPITAL FUNDING, LLC
ATTN: MARK STEVENS
10712 S 1300 E
SANDY, UT 84094

MED ONE CAPITAL FUNDING, LLC
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

MED ONE CAPITAL FUNDING, LLC
C/O RAY QUINNEY & NEBEKER P.C.
ATTN: DAVID H. LEIGH, ESQ.
36 SOUTH STATE ST, STE 1400
SALT LAKE CITY, UT 84111

MED ONE CAPITAL FUNDING, LLC
DAVID H. LEIGH, ESQ.
RAY QUINNEY & NEBEKER P.C.
36 S STATE ST, STE 1400
SALT LAKE CITY, UT 84111

MED ONE CAPITAL FUNDING, LLC
DBA IPA ONE
10712 S 1300 E
EAST SANDY, UT 84094

MED ONE CAPITAL FUNDING, LLC.
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

MEDICAL STAFFING SOLUTIONS, INC.
DBA STAT RESOURCES
4499 OLD WILLIAM PENN HWY
MURRYSVILLE, PA 15668-1923

MEDSENTRIX, LLC
ATTN: JOEL DEO, OWNER
P.O. BOX 1113
EXTON, PA 19341

MED-TEX SERVICES, INC.
6940 STATE RD
PHILADELPHIA, PA 19135

MED-TEX SERVICES, INC.
P.O. BOX 240
PENNS PARK, PA 18943

MEDTRONIC USA INC.
4642 COLLECTIONS CENTER DR
CHICAGO, IL 60693

MEDTRONIC USA INC.
8200 CORAL SEA ST NE
MOUNDS VIEW, MN 55112

MEDTRONIC USA INC.
ATTN: BRIAN CASTELEIN CBA
4642 COLLECTIONS CTR DR
CHICAGO, IL 60693

MEDTRONIC USA INC.
ATTN: CAPITAL REGIONAL CONTRACT ANALYST
826 COAL CREEK CIR
LOUISVILLE, CO 80027

MERCY CATHOLIC MEDICAL CENTER
DBA MERCY HOSPITAL OF PHILA
P.O. BOX 828281
PHILADELPHIA, PA 19182

MERCY CATHOLIC MEDICAL CENTER
MERCY GOLF CLASSIC
MERCY FITZGERALD HOSPITAL
1500 LANSDOWNE AVE
DARBY, PA 19023

MERIDIAN BIOSCIENCE CORPORATION
3471 RIVER HILLS DR
CINCINNATI, OH 45244

MERIDIAN BIOSCIENCE CORPORATION
P.O. BOX 630224
CINCINNATI, OH 45263-0224

Center City Healthcare, LLC, et al. - U.S. Mail

MERIDIAN BIOSCIENCE INC.
3471 RIVER HILLS DR
CINCINNATI, OH 45244

MERIDIAN BIOSCIENCE INC.
ATTN: ARNOLD MILLS
3471 RIVER HILLS DR
CINCINNATI, OH 45244

METROPOLITAN ANESTHESIA SERVICES, INC.
ATTN: CEO
246 WHEATSHEAF LANE
LANGHORNE, PA 19047

METROPOLITAN NEPHROLOGY ASSOCIATES
235 N BROAD ST, STE 100
PHILADELPHIA, PA 19107

MICHIGAN STATE UNIVERSITY COLLEGE OF OSTEOPA
965 FEE RD, RM C110
EAST LANSING, MI 48824

MIDWESTERN UNIVERSITY
ATTN: AUDRA STEPHENS
555 31ST ST, HHH, STE 305
DOWNERS GROVE, IL 60515

MJR TECHNOLOGIES, INC.
6211 KELLERS CHURCH RD
PIPERSVILLE, PA 18947

MJR TECHNOLOGIES, INC.
DBA GT TELECOM
ATTN: PRESIDENT
6211 KELLERS CHURCH RD
PIPERSVILLE, PA 18947

MJR TECHNOLOGIES, INC.
DBA GT TELECOM INC
6211 KELLERS CHURCH RD
PIPERSVILLE, PA 18947

NANCY WEST COMMUNICATIONS
ATTN: NANCY WEST, PRINCIPAL
1108 SHAW DR
FORT WASHINGTON, PA 19034-1727

NATHAN FREEDMAN
2100 LOCUST ST
PHILADELPHIA, PA 19103

NATHAN FREEDMAN
ADDRESS REDACTED

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NAZARETH HOSPITAL
2601 HOLME AVE
PHILADELPHIA, PA 19152

NAZARETH HOSPITAL
C/O MERCY HEALTH SYSTEM
ATTN: ROBERT BROWN
ONE W ELM ST, STE 100
CONSHOHOCKEN, PA 19428

NAZARETH HOSPITAL
SCHOOL OF NURSE ANESTHESIOLOGY
2601 HOLME AVE
PHILADELPHIA, PA 19152

NAZARETH HOSPITAL, SCHOOL OF NURSING
2601 HOLME AVE
PHILADELPHIA, PA 19152

NEFF AND ASSOCIATES, INC.
13 S 3RD ST, 4TH FL
PHILADELPHIA, PA 19106

NEFF AND ASSOCIATES, INC.
ATTN: MARYANN LUDWICK
13 S 3RD ST, 4TH FL
PHILADELPHIA, PA 19106

NEFF AND ASSOCIATES, INC.
ATTN: PRESIDENT
15 S 3RD ST, 4TH FL
PHILADELPHIA, PA 19106

NEOPOST INC
478 WHEELERS FARMS RD
MILFORD, CT 06461

NESTLE WATERS NORTH AMERICA
DBA POLAND SPRING
RE ST CHRISTOPHERS
P.O. BOX 856192
LOUISVILLE, KY 40285-6192

NESTLE WATERS NORTH AMERICA
DBA READY REFRESH
P.O. BOX 856192
LOUISVILLE, KY 40285-6192

NESTLE WATERS NORTH AMERICA
P.O. BOX 856192
LOUISVILLE, KY 40285-6192

NEURO-OPHTHALMOLOGIC ASSOC
ATTN: ROBERT SERGOTT, MD
840 WALNUT ST, STE 930
PHILADELPHIA, PA 19107

NEUROSURGICAL ANESTHESIA CONSULTING
ATTN: BRETT KOLLMEIER, MD
5245 UPPER MOUNTAIN RD, STE A
NEW HOPE, PA 18938

NEW YORK BLOOD CENTER
P.O. BOX 419137
BOSTON, MA 02241-9137

NEW YORK BLOOD CENTER, INC.
ATTN: GENERAL COUNSEL
310 EAST 67TH ST
NEW YORK, NY 10065

NEW YORK COLLEGE OF PODIATRIC MEDICINE
53 E 124TH ST
NEW YORK, NY 10035

NEXCORE PROPERTIES PA LLC
ATTN: DEBORAH WEDDERBURN
1621 18TH ST, STE 250
DENVER, CO 80202

NIXON UNIFORM SERVICE, INC.
500 CENTERPOINT BLVD
NEW CASTLE, DE 19720

NORTH PHILADELPHIA HEALTH SYSTEM
801 W GIRARD AVE
PHILADELPHIA, PA 19122

Center City Healthcare, LLC, et al. - U.S. Mail

NTHRIVE
ATTN: JEN DEYOUNG
200 N POINT CTR E, STE 600
ALPHARETTA, GA 30022

NTHRIVE
ATTN: MATT DARDENNE
200 N POINT CENTER E, STE 600
ALPHARETTA, GA 30022

NTHRIVE REVENUE SYSTEMS, LLC
ATTN: LEGAL/CONTRACTING
200 N POINT CENTER E, STE 600
ALPHARETTA, GA 30022

NTHRIVE, INC.
ATTN: KAY ENNIS
200 N POINT CENTER E, STE 600
ALPHARETTA, GA 30022

NTHRIVE, INC.
P.O. BOX 733492
DALLAS, TX 75373-3492

NUCLEAR MEDICINE RESOURCES, INC.
ANTHONY T GUALTIERI
101 WENDEE WAY
SEWELL, NJ 08080

OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWE
DBA CONCENTRA MEDICAL CTRS
609 GLOBAL WAY, STE 102
LINTHICUM, MD 21090

OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWE
DBA CONCENTRA MEDICAL CTRS
ATTN: CANDICE HENSON
5080 SPECTRUM DR, 1200W
ADDISON, TX 75001

OCCUPATIONAL HEALTH CENTERS OF THE SOUTH
DBA CONCENTRA MEDICAL CTRS
ATTN: PRESIDENT
5080 SPECTRUM DR, STE 1200W
ADDISON, TX 75001

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

OHIO UNIVERSITY HERITAGE COLLEGE OF OSTEO
1 OHIO UNIVERSITY
ATHENS, OH 45701

OMNICELL, INC.
590 E MIDDLEFIELD RD
MOUNTAIN VIEW, CA 94043

OMNICELL, INC.
P.O. BOX 204650
DALLAS, TX 75320-4650

OMNIGO SOFTWARE
10430 BAUR BLVD
ST. LOUIS, MO 63132

OPTUM360 LLC
P.O. BOX 88050
CHICAGO, IL 60680-1050

OPTUM360 SOLUTIONS, LLC
ATTN: GENERAL COUNSEL
11000 OPTUM CIR
EDEN PRAIRIE, MN 55344

OPTUM360 SOLUTIONS, LLC
C/O SHIPMAN & GOODWIN LLP
ATTN: ERIC GOLDSTEIN
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103

OPTUM360/UHC
ATTN: CDM/ BANKRUPTCY
185 ASYLUM ST 03B
HARTFORD, CT 06103

OREGON HEALTH & SCIENCE UNIVERSITY
ATTN: LAWRENCE J. FURNSTAHL
3181 SW SAM JACKSON PARK RD
PORTLAND, OR 97239

OREGON HEALTH & SCIENCE UNIVERSITY
ATTN: SUZANNE SIMMONS, DEPT ADMIN
SJH 4129
3181 SW SAM JACKSON PARK RD
PORTLAND, OR 97239

OREGON HEALTH SCIENCES UNIVERSITY
PATIENT BUSINESS SVCS
P.O. BOX 3595
PORTLAND, OR 97207

OSTEOMED CORPORATION
2241 COLLECTION CENTER DR
CHICAGO, IL 60693

OSTEOMED, LP
3885 ARAPAHO RD
ADDISON, TX 75001

PACIFIC NORTHWEST UNIVERSITY OF HEALTH SCIEN
COLLEGE OF OSTEOPATHIC MEDICINE
200 UNIVERSITY PKWY
YAKIMA, WA 98901

PAIN CARE PC
199 NEW RD, STE 62-63
LINWOOD, NJ 08221

PAIN CARE PROFESSIONALS
P.O. BOX 237
WYNNEWOOD, PA 19096

PAIN CARE PROFESSIONALS
RE: (TENANT)
P.O. BOX 237
WYNNEWOOD, PA 19096

PAIN CARE PROFESSIONALS INC
DBA PAIN CARE GROUP INC
P.O. BOX 237
WYNNEWOOD, PA 19096

PAIN CARE PROFESSIONALS, INC
ATTN: WES PROKOP, MD
15 PRESIDENTIAL BLVD, STE 100
BALA CYNWYD, PA 19004

PAIN CARE PROFESSIONALS, INC (DR. WES PROKOP)
ATTN: WES PROKOP, MD
15 PRESIDENTIAL BLVD, STE 100
BALA CYNWYD, PA 19004

PAIN CARE, PC (LINWOOD, NJ)
ATTN: JEFFREY PETERSOHN, MD
199 NEW RD, STE 62-63
LINWOOD, NJ 08221

PARADIGM MECHANICAL, LLC
805 W 5TH ST, STE 11
LANSDALE, PA 19446

**Center City Healthcare, LLC, et al. - U.S. Mail**

PARK AMERICA, INC
ONE BALA AVE, STE 500
BALA CYNWYD, PA 19004

PARK AMERICA, INC
RE: (LICENSOR)
ONE BALA AVE, STE 500
BALA CYNWYD, PA 19004

PARK AMERICA, INC OF PA
1 BALA AVE, STE 500
BALA CYNWYD, PA 19004

PARKWAY CORPORATION
150 N BROAD ST
PHILADELPHIA, PA 19102-1424

PARKWAY CORPORATION
ATTN: HOWARD TRACHTMAN, SNR VP-FIN/GEN CNSL
150 N BROAD ST
PHILADELPHIA, PA 19102

PARKWAY CORPORATION
ATTN: PAUL IERUBINO, SNR VP & CHIEF OF OPS
RE: (LANDLORD)
150 N BROAD ST
PHILADELPHIA, PA 19102

PARKWAY CORPORATION
PAYMENT FROM HAHNEMANN
150 N BROAD ST
PHILADELPHIA, PA 19102-1424

PATINO LANDSCAPING GROUP, LLC
ATTN: ARMANDO PATINO, PRESIDENT
75 SHELTER LANE
LEVITTOWN, PA 19055

PAUL RABINOWITZ GLASS CO INC
1401-15 N AMERICAN ST
PHILADELPHIA, PA 19122

PAUL RABINOWITZ GLASS CO INC
ATTN: MARK RABINOWITZ, PRESIDENT
1401 N AMERICAN ST
PHILADELPHIA, PA 19122

PAYTECH, INC.
7979 E TUFTS AVE, STE 1000
DENVER, CO 80237

PELVIC AND SEXUAL HEALTH INSTITUTE
DBA PHILADELPHIA UROSURGICAL ASSOCIATES
ATTN: KRISTENE WHITMORE, MD
207 N BROAD ST, 4TH FL
PHILADELPHIA, PA 19107

PENN DEPT OF HEALTH, CHRONIC RENAL DISEASE PR
ATTN: DIV OF CHILD & ADULT HEALTH SVCS
625 FORSTER ST, 7TH FL, E WING
HARRISBURG, PA 17120

PENNONI ASSOCIATES
ATTN: JOSEPH RADAY, PE, CME
1900 MARKET ST, STE 300
PHILADELPHIA, PA 19103

PENNONI ASSOCIATES INC
P.O. BOX 827328
PHILADELPHIA, PA 19182-7328

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

Parties Served: 185