IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, am employed in the county of Los Angeles, State of California. I hereby certify that on March 12, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Twenty-Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1468]**

Dated: March 19, 2020

_____
Jorge Rodriguez
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 19th day of March, 2020, by Jorge Rodriguez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary Seal: CAROLYN K. CASHMAN, COMM. #2232009, Notary Public - California, Los Angeles County, My Comm. Expires Feb. 23, 2022]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

| | | |
|---|---|---|
| JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM |
| MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | PERIGEN<br>FINANCE@PERIGEN |
| PHILADELPHIA COLLEGE OF OSTEOPATH<br>PETER DOULIS<br>PETERD@PCOM.EDU | PHILADELPHIA UROSURGICAL ASSOC PC<br>BLADDER1@AOL.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM |
| RADIATION ONCOLOGISTS, PA<br>JSTRASSER@CHRISTIANACARE.ORG | RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM |
| RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM |

| | | |
|---|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM |
| SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM |
| STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM |
| THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM |
| UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM |
| WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM | | |

Parties Served:  118

# **EXHIBIT B**

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

CITY OF PHILADELPHIA
ATTN: LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA 19102

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

FOOT & ANKLE CTR OF PHILADELPHIA, LLC
ATTN: STEPHEN BOC, DPM
235 N BROAD ST
PHILADELPHIA, PA 19107

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JEFFER MANGELS BUTLER & MITHCELL LLP
ATTN: MARIANNE S. MARTIN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MED ONE CAPITAL FUNDING, LLC.
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

PAUL RABINOWITZ GLASS CO INC
1401-15 NO AMERICAN ST
PHILADELPHIA, PA 19122

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PENNSYLVANIA HOSP OF THE UNIVERSITY OF PA HEA
ATTN: THERESA M LARIVEE, MBA/DOMINIC MARCHIAN
800 SPRUCE ST
PHILADELPHIA, PA 19107

PERIGEN
ATTN: DEBRA MEYER GLOSSOP
100 REGENCY FOREST DR, STE 200
CARY, NC 27518

PERIGEN, INC.
ATTN: CHIEF FINANCIAL OFFICER
100 REGENCY FOREST DR, STE 200
CARY, NC 27518

PERIGEN, INC.
P.O. BOX 200893
PITTSBURGH, PA 15251-0893

PHILADELPHIA COLLEGE OF MEDICINE
4170 CITY AVE
PHILADELPHIA, PA 19131

PHILADELPHIA COLLEGE OF OSTEOPATH
ATTN: PETER DOULIS
P.O. BOX 824101
PHILADELPHIA, PA 19182-4101

PHILADELPHIA COLLEGE OF OSTEOPATH
DBA PCOM PRINTING SVCS
4190 CITY AVE STE, STE 101
PHILADELPHIA, PA 19131-1693

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICI
4170 CITY AVE, DEANS STE
PHILADELPHIA, PA 19131

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
ATTN: JAY FELDSTEIN
4180 CITY AVE
PHILADELPHIA, PA 19131

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
ATTN: MARGARET MCKEON
4170 CITY AVE.
PHILADELPHIA, PA 19131

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICI
C/O BLANK ROME, LLP
ATTN: JOSE BIBILONI
ONE LOGAN SQ
130 N 18TH ST
PHILADELPHIA, PA 19103

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
P.O. BOX 824101
PHILADELPHIA, PA 19182-4101

PHILADELPHIA EAR, NOSE & THROAT ASSOCIATES
ATTN: ROBERT SATALOFF, MD
219 N BROAD ST, 10TH FL
PHILADELPHIA, PA 19107

PHILADELPHIA EAR, NOSE, AND THROAT
219 N BROAD ST, 10TH FL
PHILADELPHIA, PA 19107

| | | |
|---|---|---|
| PHILADELPHIA GASTROENTEROLOGY GROUP<br>ATTN: LARRY BOROWSKY, MD<br>525 JAMESTOWN AVE, STE 101<br>PHILADELPHIA, PA 19128 | PHILADELPHIA GASTROENTEROLOGY GROUP<br>RICHARD GAMBESCIA MD<br>1811 S BROAD ST<br>PHILADELPHIA, PA 19148 | PHILADELPHIA NURSING HOME<br>2100 WEST GIRARD AVE<br>PHILADELPHIA, PA 19130 |
| PHILADELPHIA UROSURGICAL ASSOC PC<br>207 N BROAD ST<br>PHILADELPHIA, PA 19107 | PHILADELPHIA UROSURGICAL ASSOC PC<br>ATTN: KRISTENE E WHITMORE MD<br>341 SOUTH 5TH ST.<br>PHILADELPHIA, PA 19106 | PHILADELPHIA UROSURGICAL ASSOC PC<br>ATTN: KRISTENE E. WHITMORE<br>207 N BROAD ST, 4TH FL<br>PHILADELPHIA, PA 19107-1500 |
| PHILADELPHIA UROSURGICAL ASSOC PC<br>ATTN: MARIE LUKO<br>207 N BROAD ST 4TH FL<br>PHILADELPHIA, PA 19107 | PHILADELPHIA UROSURGICAL ASSOC PC<br>RE: (LANDLORD)<br>207 N BROAD ST<br>PHILADELPHIA, PA 19107 | PHILADELPHIA UROSURGICAL ASSOC PC<br>RE: (LANDLORD)<br>208 N BROAD ST<br>PHILADELPHIA, PA 19107 |
| PHILADELPHIA UROSURGICAL ASSOCIATES<br>1216 ARCH ST, STE 3B<br>PHILADELPHIA, PA 19107 | PHILADELPHIA UROSURGICAL ASSOCIATES<br>ATTN: KRISTENE WHITMORE, MD<br>207 N BROAD ST, 4TH FL<br>PHILADELPHIA, PA 19107 | PHILIPS HEALTHCARE<br>22100 BOTHELL EVERETT HWY<br>BOTHELL, WA 98021 |
| PHILIPS HEALTHCARE<br>3000 MINUTEMAN RD<br>ANDOVER, MA 01810 | PHILIPS HEALTHCARE<br>ATTN: CASH MANAGEMENT DEPT<br>P.O. BOX 100355<br>ATLANTA, GA 30384-3831 | PHILIPS HEALTHCARE<br>INFORMATICS<br>P.O. BOX 403831<br>ATLANTA, GA 30384-3831 |
| PHILIPS HEALTHCARE<br>P.O. BOX 403831<br>ATLANTA, GA 30384-3831 | PHILIPS MEDICAL CAPITAL, LLC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | PITNEY BOWES INC.<br>3001 SUMMER ST<br>STAMFORD, CT 06926 |
| PITNEY BOWES INC.<br>ATTN: GRISSELLE BETANCOURT<br>27 WATERVIEW DR, 3RD FL.<br>SHELTON, CT 06484 | PITNEY BOWES INC.<br>P.O. BOX 371887<br>PITTSBURGH, PA 15250-7887 | PLANNED PARENTHOOD - SOUTHEASTERN PENNS<br>ATTN: LEE A TRIPP, MD<br>LOCUST ST SURGICAL CENTER<br>1144 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| POOVENDRAN SATHTHASIVAM MD<br>23 JOY ST<br>SAYRE, PA 18840 | PRIME HEALTHCARE SERVICES<br>DBA LOWER BUCKS HOSPITAL<br>2100 W GIRARD AVE<br>PHILADELPHIA, PA 19130 | PRIME HEALTHCARE SERVICES<br>LOWER BUCKS HOSPITAL, LLC<br>501 BATH RD<br>BRISTOL, PA 19007 |
| PRIME HEALTHCARE SERVICES - ROXBOROUGH, LLC<br>5800 RIDGE AVE<br>PHILADELPHIA, PA 19128 | PRIME HEALTHCARE SERVICES - ROXBOROUGH, LLC<br>DBA ROXBOROUGH MEMORIAL HOSPITAL<br>5800 RIDGE AVE<br>PHILADELPHIA, PA 19128 | PRIME HEALTHCARE SERVICES, INC.<br>ATTN: PREM REDDY<br>3300 EAST GUASTI RD<br>ONTARIO, CA 91761 |
| PRUETT ROOF<br>644 VININGS ESTATES DR<br>MABLETON, GA 30126 | PTW NEW YORK CORPORATION<br>140 58TH ST, STE 5H3<br>BROOKLYN, NY 11220 | PTW NEW YORK CORPORATION<br>ATTN: MARK SZCZEPANSKI, SR MGR, TECH SVC<br>140 58TH ST<br>BROOKLYN, NY 11220 |
| PUBLIC HEALTH MANAGEMENT CORPORATION<br>1500 MARKET ST, 17TH FL<br>PHILADELPHIA, PA 19102 | PUBLIC HEALTH MANAGEMENT CORPORATION<br>ATTN: TIMOTHY DONOHUE<br>CENTRE SQUARE E<br>1500 MARKET ST<br>PHILADELPHIA, PA 19102 | PUBLIC HEALTH MANAGEMENT CORPORATION<br>CENTRE SQUARE EAST<br>1500 MARKET ST<br>PHILADELPHIA, PA 19102 |

| | | |
|---|---|---|
| QUALITY VASCULAR ACCESS SERVICES<br>DBA QUALITY VASCULAR ACCESS SERVICES<br>8100 OLD YORK RD, YORKTOWN PLAZA<br>ELKINS PARK, PA 19027 | QUIDEL CORPORATION<br>12544 HIGH BLUFF DR, STE 200<br>SAN DIEGO, CA 92130 | QUIDEL CORPORATION<br>FILE 50177<br>LOS ANGELES, CA 90074-0177 |
| RAD SOURCE TECHNOLOGIES, INC.<br>4907 GOLDEN PKWY<br>BUFORD, GA 30518 | RAD SOURCE TECHNOLOGIES, INC.<br>4907 GOLDEN PKWY, STE 400<br>BULFORD, GA 30518 | RAD SOURCE TECHNOLOGIES, INC.<br>ATTN: LESLIE CONNER<br>4907 GOLDEN PKWY, STE 400<br>BUFORD, GA 30518 |
| RADIATION ONCOLOGISTS, PA<br>ATTN: JON F STRASSER, MD<br>4701 OGLETOWN-STANTON RD STE, STE 1110<br>NEWARK, DE 19713 | RADIATION ONCOLOGISTS, PA<br>ATTN: JON STRASSER, MD<br>161 WILMINGTON-W CHESTER PIKE<br>CHADDS FORD, PA 19317 | RADIATION ONCOLOGISTS, PA<br>P.O. BOX 4460<br>GREENVILLE, DE 19807 |
| RADIATION ONCOLOGISTS, PA<br>P.O. BOX 4460<br>WILMINGTON, DE 19807-4460 | RADIOMETER AMERICA INC.<br>13217 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | RADIOMETER AMERICA INC.<br>250 S KRAEMER BLVD<br>BREA, CA 92821 |
| RADIOMETER AMERICA INC.<br>DBA HEMOCUE AMERICA<br>32669 COLLECTION CTR DR<br>CHICAGO, IL 60693-0326 | RANDSTAD PROFESSIONALS US, LLC<br>DBA TATUM<br>150 PRESIDENTIAL WAY, 3RD FL<br>WOBURN, MA 01801 | REESE'S PROFESSIONAL<br>ATTN:PRESIDENT<br>CLEANING SERVICE LLC<br>93 OLD YORK RD<br>JENKINTOWN, PA 19046 |
| REESE'S PROFESSIONAL CLEANING SERVICE, LLC<br>ATTN: PRESIDENT<br>93 OLD YORK RD<br>JENKINTOWN, PA 19046 | REGIS UNIVERSITY<br>3333 REGIS BLVD<br>DENVER, CO 80221 | RESPIRATORY ASSOCIATES, LTD<br>1001 CITY AVE<br>WYNNEWOOD, PA 19096-3902 |
| RESPIRATORY ASSOCIATES, LTD<br>1001 CITY LINE AVE WB 113<br>WYNNEWOOD, PA 19096 | RESPIRATORY ASSOCIATES, LTD<br>ATTN: ROBERT PROMISLOFF, MD<br>1001 CITY LINE AVE, STE WB 113<br>WYNNEWOOD, PA 19096 | RESPIRATORY ASSOCIATES, LTD<br>RE: (TENANT)<br>1001 CITY AVE<br>WYNNEWOOD, PA 19096-3902 |
| RHEUMATIC DISEASE ASSOC, LTD<br>ATTN: CHARLES PRITCHARD, MD<br>240 MARYLAND AVE, STE 40<br>WILLOW GROVE, PA 19090 | RICHARD N. BEST ASSOCIATES, INC.<br>15 TRAIL RD<br>LEVITTOWN, PA 19056 | RITTENHOUSE EYE ASSOC, PC<br>ATTN: WALTER P HARRIS, JR, MD<br>2000 HAMILTON ST, STE 306<br>PHILADELPHIA, PA 19130 |
| RITTENHOUSE HEMATOLOGY & ONCOLOGY<br>ATTN: RENE RUBIN, MD<br>207 N BROAD ST, 6TH FL<br>PHILADELPHIA, PA 19107 | ROMED, INC.<br>2860 HEDLEY ST, STE 101<br>PHILADELPHIA, PA 19137-1919 | ROMED, INC.<br>DBA ROMED AMBULANCE INC<br>2860 HEDLEY ST, STE 101<br>PHILADELPHIA, PA 19137-1919 |
| ROMED, INC.<br>DBA ROMED AMBULANCE INC<br>ATTN: PRESIDENT<br>2860 HEDLEY ST, STE 101<br>PHILADELPHIA, PA 19137-1919 | ROWEN COLLEGE AT BURLINGTON COUNTY<br>601 PEMBERTON BROWN BILLS RD<br>PEMBERTON, NJ 08068 | S.A. COMUNALE CO, INC<br>603 RYAN AVE<br>WESTVILLE, NJ 08093 |
| S.R. WOJDAK & ASSOCIATES, LP<br>DBA WOJDAK GOVERNMENT RELATIONS<br>ATTN: TOM FLYNN<br>200 S BROAD ST, STE 850<br>PHILADELPHIA, PA 19102 | SAINT FRANCIS UNIVERSITY<br>P.O. BOX 600<br>LORETTO, PA 15940 | SCHC PEDIATRIC ASSOCIATES, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |

| | | |
|---|---|---|
| SCHC PEDIATRIC ASSOCIATES, LLC<br>ATTN: BERNADETTE MANGAN, VP<br>ERIE AVE AND FRONT ST<br>PHILADELPHIA, PA 19134 | SCHC PEDIATRIC ASSOCIATES, LLC<br>ATTN: CEO<br>160 EAST ERIE AVE<br>PHILADELPHIA, PA 19134 | SCHC PEDIATRIC ASSOCIATES, LLC<br>ATTN: MARTIN HERMAN, MD<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19107 |
| SCHC PEDIATRIC ASSOCIATES, LLC<br>RE: (SUBLESSEE)<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 | SCIENTIFIC APPARATUS SERVICE, INC.<br>ATTN: PRESIDENT<br>2100 PARK AVE W<br>HAINESPORT, NJ 08036 | SCIENTIFIC APPARATUS SERVICE, INC.<br>P.O. BOX 420<br>HAINESPORT, NJ 08036 |
| SCOTT TESTING INC.<br>245 WHITEHEAD RD<br>HAMILTON, NJ 08619 | SHARONDA BROWN<br>1921 8TH ST NW, UNIT 304<br>WASHINGTON, DC 20001 | SHC SERVICES, INC.<br>1640 W REDSTONE CENTER DR, STE 200<br>PARK CITY, UT 84098 |
| SHC SERVICES, INC.<br>DBA SUPPLEMENTAL HEALTHCARE COMPANY<br>1640 W REDSTONE CENTER DR, STE 200<br>PARK CITY, UT 84098 | SHC SERVICES, INC.<br>P.O. BOX 677896<br>DALLAS, TX 75267 | SIEMENS INDUSTRY, INC.<br>1450 UNION MEETING RD<br>BLUE BELL, PA 19422 |
| SIEMENS INDUSTRY, INC.<br>2000 CRAWFORD PL, STE 300<br>MT LAUREL, NJ 08054 | SIEMENS INDUSTRY, INC.<br>C/O CITIBANK<br>BUILDING TECHNOLOGIES<br>P.O. BOX 2134<br>CAROL STREAM, IL 60132-2134 | SIEMENS INDUSTRY, INC.<br>C/O CITIBANK<br>P.O. BOX 2134<br>CAROL STREAM, IL 60132-2134 |
| SIEMENS MEDICAL SOLUTIONS USA, INC.<br>40 LIBERTY BLVD<br>MALVERN, PA 19355 | SIEMENS MEDICAL SOLUTIONS USA, INC.<br>DEPT LA 21536<br>PASADENA, CA 91185-1536 | SMR HEALTHCARE MANAGEMENT, INC.<br>4525 DEAN MARTIN DR, UNIT 2308<br>LAS VEGAS, NV 89103 |
| SMR HEALTHCARE MANAGEMENT, INC.<br>ATTN: SUZANNE RICHARDS, CHIEF EXEC OFFICER<br>4525 DEAN MARTIN DR, STE 2308<br>LAS VEGAS, NV 89103 | SODEXO MANAGEMENT, INC.<br>ATTN: CATHERINE TABAKA, CEO, HEALTHCARE<br>600 CITY PKWY W, STE 610<br>ORANGE, CA 92868 | SOLID WASTE SERVICES INC.<br>DBA J P MASCARO & SONS<br>ATTN: JOSEPH MASCARO<br>2650 AUDUBON RD<br>AUDUBON, PA 19403 |
| SOLID WASTE SERVICES INC.<br>DBA J P MASCARO & SONS<br>SOUDERTON DIVISION<br>P.O. BOX 7250<br>AUDUBON, PA 19407-7250 | SOUTHEAST REIMBURSEMENT GROUP, LLC<br>335 PKWY 575, STE 110<br>WOODSTOCK, GA 30188 | SOUTHEAST REIMBURSEMENT GROUP, LLC<br>ATTN: KIM HAMPTON, PRINCIPAL<br>335 PKWY 575, STE 110<br>WOODSTOCK, GA 30188 |
| SOUTHWEST REGIONAL PCR, LLC<br>DBA PATHOGENIUS LABORATORY<br>ATTN: CEO<br>4321 MARSHA SHARP FWY, STE 2<br>LUBBOCK, TX 79407 | SPECTRA LABORATORIES, INC<br>525 SYCAMORE DR<br>MILPITAS, CA 95035 | SPECTRUM HEALTH PARTNERS, LLC<br>341 COOL SPRINGS BLVD, STE 305<br>FRANKLIN, TN 37067 |
| SPECTRUM HEALTH PARTNERS, LLC<br>ATTN: KEN DORAN, PRESIDENT<br>341 COOL SPRINGS BLVD, STE 305<br>FRANKLIN, TN 37027 | SPIFFY CLOUD INC<br>3000 CUSTER RD, STE 270-349<br>PLANO, TX 75075 | SPIFFY CLOUD INC<br>ATTN: JEFFREY RUTHERFORD<br>3000 CUSTER RD, STE 270 / 349<br>PLANO, TX 75075 |
| SPRING ARBOR UNIVERSITY<br>106 E MAIN ST<br>SPRING ARBOR, MI 49283 | ST. CHRISTOPHER'S HEALTHCARE<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 | ST. CHRISTOPHER'S HEALTHCARE, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |

Center City Healthcare, LLC - U.S. Mail                                         Served 3/12/2020

| | | |
|---|---|---|
| ST. CHRISTOPHER'S HEALTHCARE, LLC<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 | ST. CHRISTOPHER'S HEALTHCARE, LLC<br>ATTN: CEO<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 | ST. MARY'S MEDICAL CENTER<br>1201 LANGHORNE-NEWTON RD<br>LANGHORNE, PA 19047 |
| STANFORD/STERLING GROUP, LLC<br>ATTN: J. STANFORD PARKER, CEO<br>P.O. BOX 25146<br>HONOLULU, HI 96825 | STATE OF THE ART MEDICAL PRODUCTS, INC.<br>41 CANFIELD RD<br>CEDAR GROVE, NJ 07009 | STATE OF THE ART MEDICAL PRODUCTS, INC.<br>ATTN: BILL D'ADDATO<br>41 CANFIELD RD<br>CEDAR GROVE, NJ 07009 |
| STERICYCLE, INC.<br>28161 N KEITH DR<br>LAKE FOREST, IL 60045 | STERICYCLE, INC.<br>ATTN: JOHN RYAN<br>4010 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | STERICYCLE, INC.<br>P.O. BOX 6575<br>CAROL STREAM, IL 60197 |
| STERICYCLE, INC.<br>P.O. BOX 6582<br>CAROL STREAM, IL 60197-6582 | STERIS CORPORATION<br>ATTN: SERVICE CONTRACTS ADMIN DEPT<br>5960 HEISLEY RD<br>MENTOR, OH 44060 | STERIS CORPORATION<br>P.O. BOX 644063<br>PITTSBURGH, PA 15264-4063 |
| STEWARD EASTON HOSPITAL<br>ATTN: JEFFREY SNYDER<br>250 SOUTH 21ST ST<br>EASTON, PA 18042 | STEWARD EASTON HOSPITAL INC<br>111 HUNTINGTON AVE, STE 1800<br>BOSTON, MA 02199-7653 | STORAGE SOLUTIONS TECHNOLOGY GROUP, INC.<br>DBA SST GROUP, INC<br>ATTN: BOB RILAND, DIR<br>309 LAURELWOOD RD, STE 20<br>SANTA CLARA, CA 95054 |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 | SUN NUCLEAR CORPORATION<br>3275 SUNTREE BLVD<br>MELBOURNE, FL 32940 | SYNERGY ORTHOPEDICS, LLC<br>ATTN: CHIEF OPERATING OFFICER<br>2901 JOLLY RD<br>PLYMOUTH MEETING, PA 19462 |
| TC HUMAN CAPITAL SOLUTIONS, LLC<br>716 IRON POST RD<br>MOORESTOWN, NJ 08057 | TC HUMAN CAPITAL SOLUTIONS, LLC<br>ATTN: THERESA ANGELONE<br>716 IRON POST RD<br>MOORESTOWN, NJ 08057 | TEMPLE UNIVERSITY<br>1803 N BROAD ST<br>615 CARNELL HALL, 040-08<br>PHILADELPHIA, PA 19122-6104 |
| TEMPLE UNIVERSITY<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY<br>ATTN: EXEC DIR/CEO<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY<br>C/O MARIA L MORSI/DEPT NURSING<br>3307 N BROAD ST<br>PHILADELPHIA, PA 19140 |
| TEMPLE UNIVERSITY CENTER CITY<br>1515 MARKET ST, STE 215<br>PHILADELPHIA, PA 19102 | TEMPLE UNIVERSITY HEALTH SYS INC<br>ATTN: NURSING ADMIN<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HEALTH SYSTEM, INC<br>ATTN: BETH C KOOB<br>BOYER PAVILION, 9TH FL<br>3509 N BROAD ST<br>PHILADELPHIA, PA 19140 |
| TEMPLE UNIVERSITY HEALTH SYSTEM, INC<br>ATTN: CHIEF COUNSEL<br>ROOM 903, JONES HALL (700-00)<br>1316 W ONTARIO ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>ATTN: ACTING EXEC DIR & CEO<br>ATTN: HOSPITAL ADMIN<br>3401 N BROAD ST, STE B<br>PHILADELPHIA, PA 19140 |
| TEMPLE UNIVERSITY HOSPITAL<br>ATTN: ROBIN DE SHIELDS<br>3333 N BROAD ST, RM 120 GSB<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>CASHIER OFFICE<br>3401 N BROAD ST, RM A 131<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>OFFICE OF STUDENT AFFAIRS<br>3420 N BROAD ST<br>PHILADELPHIA, PA 19140-0001 |

| | | |
|---|---|---|
| TEMPLE UNIVERSITY HOSPITAL, INC.<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL, INC.<br>ATTN: BETH C KOOB<br>BOYER PAVILION<br>3509 N BROAD ST, 9TH FL<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL, INC.<br>DBA NORTHEASTERN HOSPITAL<br>COLLEGE HEALTH PROFESSIONS<br>3307 N BROAD ST, (602-00)<br>PHILADELPHIA, PA 19140 |
| TERUMO BCT, INC.<br>10810 W COLLINS AVE<br>LAKEWOOD, CO 80215 | TERUMO BCT, INC.<br>FORMERLY CARIDIAN BCT INC<br>DEPT 7087<br>CAROL STREAM, IL 60122-7087 | THANKS FOR BEING GREEN, LLC<br>205 PARK PL<br>AUDUBON, NJ 08106 |
| THANKS FOR BEING GREEN, LLC<br>DBA MAGNUS COMPUTER RECYCLING<br>205 PARK PL<br>AUDUBON, NJ 08106 | THE COOPER HEALTH SYSTEM<br>ATTN: PRESIDENT AND CEO<br>ONE COOPER PLAZA<br>CAMDEN, NJ 08103 | THE COOPER HEALTH SYSTEM<br>ATTN: SHARON SZMACIASZ<br>ONE COOPER PLAZA, DORRANCE 261<br>CAMDEN, NJ 08103 |
| THE COOPER HEALTH SYSTEM<br>OFFICE OF GENERAL COUNSEL<br>ONE FEDERAL ST, STE S2-400<br>CAMDEN, NJ 08103 | THE EYE INSTITUTE OF PENNSYLVANIA COLLEGE<br>OPTOMETRY AT SALUS UNIVERSITY<br>ATTN: PRESIDENT<br>1200 W GODFREY AVE<br>PHILADELPHIA, PA 19141 | THE NEMOURS FOUNDATION<br>ATTN: LEGAL DEPT - 2 WEST<br>OFFICE OF CONTRACT ADMIN<br>10140 CENTURION PKWY N<br>JACKSONVILLE, FL 32256 |
| THE NEMOURS FOUNDATION<br>NEMOURS FUND FOR CHILDREN'S<br>HEALTH/SHANDS HOUSE<br>1600 ROCKLAND RD<br>WILMINGTON, DE 19803 | THE NEMOURS FOUNDATION<br>OFFICE OF CONTRACT ADMIN<br>10140 CENTURION PKWY N<br>JACKSONVILLE, FL 32256 | THE OTIS ELEVATOR COMPANY<br>30 TWOSOME DR, STE 4<br>MOORESTOWN, NJ 08057 |
| THE PHILADELPHIA HAND CENTER, PC<br>950 PULASKI DR.<br>KING OF PRUSSIA, PA 19406 | THE PHILADELPHIA HAND CENTER, PC<br>ATTN: ANDREW COONEY<br>950 PULASKI DR.<br>KING OF PRUSSA, PA 19406 | THE RENFREW CTR OF PENNSYLVANIA, LLC<br>ATTN: CHIEF FINANCIAL OFFICER<br>475 SPRING LANE<br>PHILADELPHIA, PA 19128 |
| THE SPECTRANETICS CORPORATION<br>9965 FEDERAL DR<br>COLORADO SPRINGS, CO 80921 | THE VISITING NURSE ASSOCIATION OF GREATER PHIL<br>ATTN: PRESIDENT<br>3300 HENRY AVE, STE 500<br>PHILADELPHIA, PA 19129 | THE VISITING NURSE ASSOCIATION OF GREATER P<br>ATTN: PRESIDENT<br>RE: PALLIATIVE CARE SERVICES<br>FALLS CENTER<br>3300 HENRY AVE, STE 500<br>PHILADELPHIA, PA 19129 |
| THE VISITING NURSE ASSOCIATION OF GREATER PHIL<br>RE: HOSPICE SERVICES<br>3300 HENRY AVE, 5TH FL<br>PHILADELPHIA, PA 19127 | UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 |

Parties Served: 189