IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, am employed in the county of Los Angeles, State of California. I hereby certify that on March 12, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Twenty-Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1469]**

Dated: March 19, 2020

                                                    Jorge Rodriguez
                                                  Omni Management Group
                                                  5955 De Soto Avenue, Suite 100
                                                  Woodland Hills, CA 91367
                                                  818-906-8300

{State of California     }
{                            } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 19th day of March, 20 20, by Jorge Rodriguez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

| | | |
|---|---|---|
| JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM |
| MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM |
| RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM |

| | | |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | U.S. REGIONAL OCCUPATIONAL HEALTH II, PC<br>WORKNETBTOWN@NOVACARE.COM | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM |
| UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | UNIV OF KANSAS MEDICAL CENTER RESEARCH INST<br>NDNQI@KUMC.EDU | VERATHON INC.<br>PAYMY.INVOICE@VERATHON.COM |
| VP-MA HEALTH SOLUTIONS, INC.<br>JKENNEDY@CDIMD.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM |
| WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM | ZIMMER US<br>NANCY ADE<br>NANCY.ADE@ZIMMERBIOMET.COM | |

Parties Served:  119

# **EXHIBIT B**

| | | |
|---|---|---|
| BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 |
| MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 |
| PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 |
| THOMAS JEFFERSON UNIVERSITY<br>1020 WALNUT ST<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY<br>601 WALNUT ST, STE 930<br>CURTIS CTN<br>INDEPENDENCE SQ WEST<br>PHILADELPHIA, PA 19106 | THOMAS JEFFERSON UNIVERSITY<br>ATTN: CHAIR, DEPT OF P.T.<br>901 WALNUT ST, RM 504<br>PHILADELPHIA, PA 19107 |
| THOMAS JEFFERSON UNIVERSITY<br>ATTN: DEAN, JEFFERSON COLLEGE OF PHARMACY<br>BY AND THROUGH THE JEFFERSON COLLEGE OF PHA<br>901 WALNUT ST, STE 901<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY<br>ATTN: DEAN, JEFFERSON SCHOOL OF HEALTH PROFE<br>901 WALNUT ST, 6TH FL<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY<br>C/O DEPT OF RADIOLOGIC SERVICES<br>901 WALNUT ST, STE 709<br>PHILADELPHIA, PA 19107 |
| THOMAS JEFFERSON UNIVERSITY<br>COLLEGE OF HLTH PROF CAREER<br>DEVELOPMENT<br>130 S 9TH ST, STE 1120<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY<br>COLLEGE OF HLTH PROF CAREER DEV<br>130 S 9TH ST, STE 711<br>EDISON BLDG<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY<br>OFFICE OF UNIVERSITY COUNSEL<br>1020 WALNUT ST, STE 619<br>PHILADELPHIA, PA 19107 |
| THOMAS JEFFERSON UNIVERSITY HOSPITAL<br>ATTN: CEO<br>111 S 11TH ST<br>PHILADELPHIA, PA 19107 | THOMAS JEFFERSON UNIVERSITY HOSPITAL<br>DBA JEFFSTAT<br>P.O. BOX 8500-9895<br>PHILADELPHIA, PA 19178-9895 | THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC<br>ATTN: PRESIDENT & CEO<br>111 S 11TH ST<br>PHILADELPHIA, PA 19107 |
| THOMAS JEFFERSON UNIVERSITY JEFFERSON COLLE<br>901 WALNUT ST, 8TH FL<br>PHILADELPHIA, PA 19107 | THYSSENKRUPP ELEVATOR CORPORATION<br>2801 NETWORK BLVD, STE 700<br>FRISCO, TX 75034 | THYSSENKRUPP ELEVATOR CORPORATION<br>ATTN: D. PARK SMITH<br>250 CHERRY SPRINGS RD, STE 200<br>HUNT, TX 78024 |

| | | |
|---|---|---|
| TOSHIBA AMERICA MEDICAL SYSTEMS<br>P.O. BOX 775220<br>CHICAGO, IL 60677-5220 | TOSHIBA AMERICA MEDICAL SYSTEMS, INC<br>2441 MICHELLE DR<br>TUSTIN, CA 92780 | TOTAL RENAL CARE, INC<br>5200 VIRGINIA WAY<br>BRENTWOOD, TN 37027 |
| TOTAL RENAL CARE, INC<br>DBA DAVITA INC<br>P.O. BOX 781607<br>PHILADELPHIA, PA 19178-1607 | TOTAL RENAL CARE, INC, A CALIFORNIA CORP<br>DBA HEALTHCARE OF PENNSYLVANIA, INC, A PENNSY<br>ATTN: PRESIDENT<br>2476 SWEDESFORD RD<br>MALVERN, PA 19255 | TOTAL RENAL CARE, INC.<br>5200 VIRGINIA WAY<br>BRENTWOOD, TN 37027 |
| TOTAL RENAL CARE, INC.<br>ATTN: FACILITY ADMINISTRATOR<br>449 N BROAD ST<br>PHILADELPHIA, PA 19123 | TOTAL RENAL CARE, INC/DVA HEALTHCARE OF PA<br>ATTN: PRESIDENT<br>DAVITA HEALTHCARE PARTNERS, INC<br>2476 SWEDESFORD RD<br>MALVERN, PA 19255 | TOTAL RENAL CARE, INC/DVA HEALTHCARE OF PA<br>ATTN: TROY ARNUND, GROUP GENERAL COUNSEL<br>DAVITA HEALTHCARE PARTNERS, INC<br>2000 16TH ST<br>DENVER, CO 80202 |
| TOZOUR ENERGY<br>3606 HORIZON DR<br>KING OF PRUSSIA, PA 19406 | TOZOUR ENERGY SYSTEMS, INC.<br>ATTN: CFO<br>3606 HORIZON DR<br>KING OF PRUSSIA, PA 19406 | TPS IV OF PA, LLC<br>230 N BROAD ST<br>PHILADELPHIA, PA 19102 |
| TPS IV OF PA, LLC<br>ATTN: LEGAL DEPT<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 | TPS IV OF PA, LLC<br>ATTN: LEGAL DEPT<br>RE: (TENANT)<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |
| TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: ALEXANDER TREBELEV, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: BRIAN BIANCO, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: DAVID REICH, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 |
| TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: DAVID REICH, MD<br>230 N BROAD ST, MS 300<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: DOUGLAS PARRILLO, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19134 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: GLENN LAUB, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 |
| TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: MARCIN JANKOWSKI, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: MARCUS ZEBROWER, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19134 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: NORMAN JOHANSON, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 |
| TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: SAHIL BANKA, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: SANTIAGO MUNOZ, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SVCS<br>ATTN: SUSAN HARDING, MD<br>1500 MARKET ST, STE 2400, W TOWER<br>PHILADELPHIA, PA 19102 |
| TPS OF PA, LLC<br>ATTN: SENIOR DIR OF OPERATIONS<br>207 N BROAD ST, 5TH FL<br>PHILADELPHIA, PA 19107 | TRANS UNION LLC<br>ATTN: HEALTHCARE LEGAL<br>555 W ADAMS ST<br>CHICAGO, IL 60661 | TRANSLATIONAL NEUROSCIENCE, LLC<br>ATTN: ROBERT JOSIASSEN<br>180 BARREN HILL RD<br>CONSHOHOCKEN, PA 19428 |
| TRIREME MEDICAL LLC<br>7060 KOLL CENTER PKWY, STE 300<br>PLEASANTON, CA 94566 | TRISONICS, INC.<br>3535 WALNUT ST<br>HARRISBURG, PA 17109 | U.S. REGIONAL OCCUPATIONAL HEALTH (WORKNE<br>230 N BROAD ST, RM 131<br>PHILADELPHIA, PA 19102 |

| | | |
|---|---|---|
| U.S. REGIONAL OCCUPATIONAL HEALTH II, PC<br>DBA WORKNET<br>230 N BROAD ST, RM 131<br>PHILADELPHIA, PA 19102 | U.S. REGIONAL OCCUPATIONAL HEALTH II, PC<br>DBA WORKNET<br>ATTN: COURTNEY SMITH<br>4714 GETTYSBURG RD<br>MECHANICSBURG, PA 17055 | U.S. REGIONAL OCCUPATIONAL HEALTH II, PC<br>DBA WORKNET<br>ATTN: VP OF OPERATIONS<br>1800 BYBERRY RD, STE 705<br>HUNTINGTON VALLEY, PA 19006 |
| U.S. REGIONAL OCCUPATIONAL HEALTH II, PC<br>DBA WORKNET OCCUPATIONAL MEDICINE<br>230 N BROAD ST<br>MAIL STOP 101<br>PHILADELPHIA, PA 19102 | U.S. REGIONAL OCCUPATIONAL HEALTH II, PC<br>DBA WORKNET OCCUPATIONAL MEDICINE<br>RE: 1427 RACE<br>230 N BROAD ST, RM 131<br>PHILADELPHIA, PA 19102 | U.S. REGIONAL OCCUPATIONAL HEALTH II, PC<br>DBA WORKNET OCCUPATIONAL MEDICINE<br>RE: 222-236 N BROAD ST<br>230 N BROAD ST, RM 131<br>PHILADELPHIA, PA 19102 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | UNIV OF KANSAS MEDICAL CENTER RESEARCH INS<br>3901 RAINBOW BLVD<br>MAILSTOP 1039<br>KANSAS CITY, KS 66160-7702 |
| UNIVERSAL HOSPITAL SERVICES, INC.<br>ATTN: SENIOR VP<br>6625 W 78TH ST, STE 300<br>MINNEAPOLIS, MN 55439 | UNIVERSAL HOSPITAL SERVICES, INC.<br>P.O. BOX 851313<br>MINNEAPOLIS, MN 55485-1315 | UNIVERSAL PROTECTION SERVICE, LP<br>ALLIED UNIVERSAL SECURITY SERVICE<br>P.O. BOX 828854<br>PHILADELPHIA, PA 19182-8854 |
| UNIVERSAL PROTECTION SERVICE, LP<br>ATTN: AL SANTOSUSSO<br>1551 NORTH TUSTIN AVE, STE 650<br>SANTA ANA, CA 92705 | UNIVERSAL PROTECTION SERVICE, LP<br>DBA ALLIED UNIVERSAL SECURITY<br>P.O. BOX 31001-2374<br>PASADENA, CA 91110-2374 | UNIVERSAL PROTECTION SERVICE, LP<br>DBA ALLIED UNIVERSAL SECURITY SERVICES<br>ATTN: REGIONAL VP<br>161 WASHINGTON ST, STE 600<br>CONSOHOCKEN, PA 19428 |
| UNIVERSITY OF DELAWARE<br>220 HULLIHEN HALL<br>NEWARK, DE 19716 | UNIVERSITY OF DELAWARE<br>ATTN: ANJA LEEFELDT<br>BEHAVIORAL HEALTH & NUTRITION<br>042 CARPENTER SPORTS BUILDING<br>NEWARK, DE 19716 | UNIVERSITY OF DELAWARE<br>ATTN: CASHIER<br>UNIVERSITY OF DELAWARE<br>NEWARK, DE 19716 |
| UNIVERSITY OF DELAWARE<br>C/O MBNA CAREER SVCS CTR<br>401 ACADEMY ST<br>NEWARK, DE 19716 | UNIVERSITY OF DELAWARE<br>C/O MEDICAL TECHNOLOGY<br>ATTN: LESLIE ALLSHOUSE<br>305 E WILLARD HALL<br>NEWARK, DE 19716 | UNIVERSITY OF DELAWARE<br>C/O MEDICAL TECHNOLOGY<br>ATTN: LESLIE ALLSHOUSE<br>NEWARK, DE 19716 |
| UNIVERSITY OF MIAMI<br>DEPT OF RADIOLOGY<br>P.O. BOX 016960 D24<br>MIAMI, FL 33101 | UNIVERSITY OF NEW ENGLAND COLLEGE OF OSTEOP<br>11 HILLS BEACH RD<br>BIDDEFORD, ME 04005 | UNIVERSITY OF NEW ENGLAND COLLEGE OF OSTE<br>11 HILLS BEACH RD<br>BIDDEFORD, ME 4005 |
| UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CTR<br>TEXAS COLLEGE OF OSTEOPATHIC MEDICINE<br>3500 CAMP BOWIE BLVD<br>FORT WORTH, TX 76107 | UNIVERSITY OF PENNSYLVANIA<br>3701 LOCUST WALK<br>PHILADELPHIA, PA 19104 | UNIVERSITY OF PENNSYLVANIA<br>ATTN: DEAN<br>3701 LOCUST WALK<br>PHILADELPHIA, PA 19104-6214 |
| UNIVERSITY OF PENNSYLVANIA<br>C/O JANET TOMCAVAGE<br>420 GUARDIAN DR<br>PHILADELPHIA, PA 19104-6096 | UNIVERSITY OF PENNSYLVANIA<br>CPUP-PATHOLOGY<br>HUP-6 FOUNDERS<br>3400 SPRUCE ST<br>PHILADELPHIA, PA 19104 | UNIVERSITY OF PENNSYLVANIA<br>SCHOOL OF NURSING<br>418 CURIE BLVD<br>PHILADELPHIA, PA 19104 |
| UNIVERSITY OF PENNSYLVANIA<br>TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA<br>ON BEHALF OF ITS SCHOOL OF NURSING AND ANEST<br>418 CURIE BLVD<br>PHILADELPHIA, PA 19104 | UNIVERSITY OF PHOENIX<br>1625 W FOUNTAINHEAD PKWY<br>TEMPE, AZ 85282 | UNIVERSITY OF SCRANTON<br>800 LINDEN ST<br>SCRANTON, PA 18510 |

| | | |
|---|---|---|
| UNIVERSITY OF SCRANTON<br>ATTN: MARGARET KOEHLER<br>800 LINDEN ST<br>SCRANTON, PA 18510 | UNIVERSITY OF THE ARTS, THE<br>320 S BROAD ST<br>PHILADELPHIA, PA 19102 | UNIVERSITY OF THE SCIENCES<br>UNIVERSITY OF PENNSYLVANIA SCHOOL OF DENT<br>4001 SPRUCE ST<br>PHILADELPHIA, PA 19104 |
| UNIVERSITY PIPETTE SERVICES, INC.<br>1498 M REISTERSTOWN RD, STE 355<br>BALTIMORE, MD 21208-3842 | UNIVERSITY PIPETTE SERVICES, INC.<br>ATTN: PRESIDENT<br>1498-M REISTERSTOWN RD, STE 355<br>BALTIMORE, MD 21208-3842 | UROLOGIC CONSULTANTS OF SE PENNSYLVANIA<br>ATTN: FRANCIS SCHANNE, MD<br>231 N BROAD ST<br>PHILADELPHIA, PA 19107 |
| UROLOGIC CONSULTANTS OF SE PENNSYLVANIA<br>ATTN: LAURENCE BELKOFF, DO<br>1 PRESIDENTIAL BLVD, STE 100<br>BALA CYNWYD, PA 19004 | UROLOGIC CONSULTANTS OF SE PENNSYLVANIA<br>ATTN: LAURENCE BELKOFF, MD<br>231 N BROAD ST, STE 201<br>PHILADELPHIA, PA 19107 | UROLOGIC CONSULTANTS OF SE PENNSYLVANIA,<br>1 PRESIDENTIAL BLVD, STE 100<br>BALA CYNWYD, PA 19004-0001 |
| UROLOGIC CONSULTANTS OF SE PENNSYLVANIA, LLP<br>ATTN: LAURENCE BELKOFF, DO<br>216 N BROAD ST<br>PHILADELPHIA, PA 19102 | US REGIONAL OCCUPATIONAL HEALTH I<br>DBA CTR CITY NOVACARE<br>P.O. BOX 827918<br>PHILADELPHIA, PA 19182-7918 | US REGIONAL OCCUPATIONAL HEALTH I<br>P.O. BOX 827918<br>PHILADELPHIA, PA 19182-7918 |
| US SECURITY ASSOCIATES, INC.<br>ATTN: JOSEPH LO BIANCO, N GROUP PRESIDENT<br>261 OLD YORK RD, STE 711<br>JENKINTOWN, PA 19046 | US SECURITY ASSOCIATES, INC.<br>P.O. BOX 931703<br>ATLANTA, GA 31193-1703 | VANGUARD CLEANING SYSTEMS, INC.<br>DBA VANGUARD CLEANING SYSTEMS OF PHILADE<br>ATTN: PRESIDENT<br>67 BUCK RD, B-45<br>HUNTINGTON VALLEY, PA 19006 |
| VEOLIA ENERGY PHILADELPHIA, INC<br>ATTN: TRICIA MARTS<br>2600 CHRISTIAN ST<br>PHILADELPHIA, PA 19146 | VEOLIA ENERGY PHILADELPHIA, INC<br>P.O. BOX 5018<br>NEW YORK, NY 10087-5018 | VERATHON INC.<br>ATTN: JEAN MARIE ROSS<br>20001 N CREEK PKWY<br>BOTHELL, WA 98001 |
| VERATHON INC.<br>ATTN: LIBERTY KNIGHT, SENIOR CONTRACT ANALYST<br>20001 N CREEK PKWY<br>BOTHELL, WA 98011 | VERATHON INC.<br>ATTN: LIBERTY KNIGHT, SR CONTRACT ANALYST<br>20001 NORTH CREEK PKWY<br>BOTHELL, WA 98011 | VERATHON INC.<br>P.O. BOX 935117<br>ATLANTA, GA 31193-5117 |
| VERATHON INC.<br>PO BOX 935117<br>ATLANTA, GA 31193 | VETERANS HOSPITAL -WILKES-BARRE VA<br>ATTN: CHRISTOPHER T CLARKE, PHD/ DR NABEELA MI<br>111 E END BLVD<br>WILKES-BARRE, PA 18711 | VILLANOVA UNIVERSITY<br>ATTN: STEVEN MAGLIOCCO<br>FINANCIAL AID OFFICE<br>800 LANCASTER AVE<br>VILLANOVA, PA 19085 |
| VILLANOVA UNIVERSITY<br>CAREER CENTER<br>800 LANCASTER AVE<br>GAREY HALL, RM 117<br>VILLANOVA, PA 19085 | VILLANOVA UNIVERSITY<br>COLLEGE OF NURSING<br>800 LANCASTER AVE<br>VILLANOVA, PA 19085-1690 | VILLANOVA UNIVERSITY COLLEGE OF NURSING<br>DRISCOLL HALL<br>800 LANCASTER AVE<br>VILLANOVA, PA 19085 |
| VILLANOVA UNIVERSITY COLLEGE OF NURSING<br>DRISCOLL HALL, 800 LANCASTER AVE<br>VILLANOVA, PA 19085 | VINCERA FOUNDATION<br>1200 CONSTITUTION AVE, STE 110<br>PHILADELPHIA, PA 19112 | VINCERA SURGERY CENTER<br>1200 CONSTITUTION AVE, STE 110<br>PHILADELPHIA, PA 19112 |
| VIRTUA MEMORIAL HOSPITAL BURLINGTON COUNTY, I<br>ATTN: ALFRED CAMPANELLA<br>303 LIPPINCOTT DR<br>EXEUCTIVE OFFICES, 4TH FL<br>MARLTON, NJ 08053 | VIRTUAL IMAGING, INC<br>5600 BROKEN SOUND BLVD<br>BOCA RATON, FL 33487 | VIRTUAL IMAGING, INC<br>C/O CANON USA INC ACCOUNTS<br>RECEIVABLE 5TH FL<br>ONE CANON PARK<br>MELVILLE, NY 11747 |

| | | |
|---|---|---|
| VITAS HEALTHCARE CORPORATION<br>123 SE 3RD AVE, STE 440<br>MIAMI, FL 33131 | VIZIENT, INC.<br>75 REMITTANCE DR, STE 1855<br>CHICAGO, IL 60675-1334 | VIZIENT, INC.<br>ATTN: LEGAL DEPT<br>290 E JOHN CARPENTER FWY, 7TH FL<br>IRVING, TX 75062-2710 |
| VOYCE, INC.<br>12555 ORANGE DR, STE 100A<br>DAVIE, FL 33330 | VP-MA HEALTH SOLUTIONS<br>JAMES S KENNEDY MD CC S<br>110 FRANCES KING DR<br>SMYRNA, TN 37167-5352 | VP-MA HEALTH SOLUTIONS, INC.<br>DBA CDIMD<br>ATTN: PRESIDENT<br>110 FRANCES KING DR, STE A-2<br>SMYRNA, TN 37167 |
| WALDEN UNIVERSITY<br>100 WASHINGTON AVE S, STE 900<br>MINNEAPOLIS, MN 55401 | WALDEN UNIVERSITY<br>ATTN: DIR OF FIELD PLMENT<br>100 WASHINGTON AVE S, STE 99<br>MINNEAPOLIS, MN 55401 | WALLACE & NILAN PHYSICAL THERAPY AND FITNE<br>FKA WALLACE & GLICK<br>ATTN: DREW WALLACE, PT<br>1600 BETHLEHEM PIKE<br>FLOURTOWN, PA 19031 |
| WELCOME AMERICA, INC.<br>ATTN: JEFF GUARACINO, PRES AND CEO<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | WELCOME AMERICA, INC.<br>DBA SUNOCO WELCOME AMERICA<br>PHILADELPHIA 2008<br>1650 MARKET ST<br>PHILADELPHIA, PA 19103 | WERFEN USA LLC<br>180 HARTWELL RD<br>BEDFORD, MA 01730 |
| WERFEN USA LLS<br>180 HARTWELL RD<br>BEDFORD, MA 01730 | WEST PHYSICS CONSULTING, LLC<br>ATTN: GREGG C. DAVERSA<br>3825 PACES WALK, STE 250<br>ATLANTA, GA 30339 | WEST VIRGINIA SCHOOL OF OSTEOPATHIC MEDIC<br>400 LEE ST N<br>LEWISBURG, WA 24901 |
| WESTERN UNIVERSITY OF HEALTH SCIENCES<br>COLLEGE OF OSTEOPATHIC MEDICINE OF THE PACIFI<br>309 E 2ND ST<br>POMONA, CA 91766 | WHITECAP HEALTH ADVISORS, LLC<br>ATTN: FARZAN BHARUCHA<br>860 JOHNSON FERRY RD, STE 140<br>ATLANTA, GA 30342 | WIDNER UNIVERSITY<br>ONE UNIVERSITY PL<br>CHESTER, PA 19013 |
| WIDNER UNIVERSITY - SCHOOL OF NURSING<br>ONE UNIVERSITY PL<br>CHESTER, PA 19013 | WILKES UNIVERSITY<br>ATTN: VP<br>84 W SOUTH ST<br>WILKES-BARRE, PA 18766 | WILKES UNIVERSITY SCHOOL OF NURSING<br>84 W S ST<br>WILKES BARRE, PA 18766 |
| WILLIAM CAREY UNIVERSITY COLLEGE OF OSTEOPAT<br>498 TUSCAN AVE, WCU 207<br>HATTIESBURG, MS 39401 | WILMINGTON UNIVERSITY<br>ATTN: DEAN<br>320 N DUPONT HWY<br>NEW CASTLE, DE 18720 | WILMINGTON UNIVERSITY, INC.<br>320 N DUPONT HWY<br>NEW CASTLE, DE 19720 |
| WOODS SERVICES<br>ATTN: SCOTT SPREAT<br>40 MARTIN GROSS RD<br>PHILADELPHIA, PA 19047 | WOODS SERVICES, INC.<br>40 MARTIN GROSS DR<br>LANGHORNE, PA 19047 | ZIMMER US<br>14235 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 |
| ZIMMER US<br>ATTN: NANCY ADE<br>14235 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | ZIMMER US, INC.<br>14235 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | ZIMMER US, INC.<br>200 W OHIO AVE<br>DOVER, OH 44622 |
| ZIMMER US, INC.<br>345 E MAIN ST<br>WARSAW, IN 46580 | ZIMMER US, INC.<br>DBA ZIMMER BIOMET (SPINE)<br>75 REMITTANCE DR, STE 6931<br>CHICAGO, IL 60675-6931 | ZIMMER US, INC.<br>P.O. BOX 277530<br>ATLANTA, GA 30384-7530 |

ZIMMER,INC  
1800 WEST CTR ST  
P.O. BOX 708  
WARSAW, IN 46580

Parties Served: 166