**Exhibit 1**

**Rejected Contracts**

**(see attached)**

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Hypertension-Nephrology Associates, PC d/b/a Quality Vascular Services | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| iContracts, Inc. | Software License & Maintenance Agreement | Hahnemann University Hospital |
| IMA Consulting | Engagement Letter | Hahnemann University Hospital |
| IMA Consulting | Shadow Billing Revenue Recovery Safety-net Services Letter of Arrangement | Hahnemann University Hospital |
| Immaculatta University | Affiliation Agreement | Center City Healthcare, LLC |
| IMPAC Medical Systems, Inc. | Purchase and License Agreement | Hahnemann University Hospital |
| Independence University | Affiliation Agreement | Center City Healthcare, LLC |
| Informa Software | Services Agreement | Center City Healthcare, LLC |
| Institute for Dermapathology | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Integra Life Sciences Sales LLC | Trial Evaluation Agreement | Center City Healthcare, LLC |
| Intralinks, Inc. | Master Services Agreement | Philadelphia Academic Health System, LLC |
| Intralinks, Inc. | Work Order | Philadelphia Academic Health System, LLC |
| Intuitive Surgical, Inc. | Service Renewal Addendum | Hahnemann University Hospital |
| Iodine Software, LLC | Letter Agreement | Center City Healthcare, LLC |
| Jay M. Yanoff, EdD | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| JDR Consulting, LLC | Services Agreement | Center City Healthcare, LLC |
| John Calvitti Company | Services Agreement | Center City Healthcare, LLC |
| John Dowdle | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| JohnGSelf Partners, Inc. | Engagement Letter | Center City Healthcare, LLC |

36665268.2 03/25/2020

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| JP Zimmerman PCS LLC | Consulting Agreement | Philadelphia Academic Health System, LLC |
| K&C Strategic Policy Group, LLC d/b/a DeBrunner & Associates | Engagement Letter | Philadelphia Academic Health System, LLC |
| Karl Storz Endoscopy-America, Inc. | Protection 1 Services Agreement | Hahnemann University Hospital |
| Kasscon Building Services, LLC | Services Agreement | TPS of PA, LLC |
| Keystone Quality Transport | Lease | Center City Healthcare, LLC |
| Lake Erie College | Affiliation Agreement | Center City Healthcare, LLC |
| Language Services Associates, Inc. | Services Agreement | Center City Healthcare, LLC |
| LaSalle University | Affiliation Agreement | Center City Healthcare, LLC |
| LaSalle University | Affiliation Agreement | Center City Healthcare, LLC |
| Legal Clinic for the Disabled, Inc. | Services Agreement | Center City Healthcare, LLC |
| Lenoir Community College | Affiliation Agreement | Center City Healthcare, LLC |
| LifeLine Software, Inc. | Services Agreement | Center City Healthcare, LLC |
| Lincoln Memorial University, DeBusk College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Lincoln Technical Institute | Affiliation Agreement | Center City Healthcare, LLC |
| Lions Eye Bank of Delaware Valley | Donor Institution Memorandum of Agreement | Hahnemann University Hospital |
| Litchfield Cavo LLP | Engagement Letter | Philadelphia Academic Health System, LLC |
| Logan Consultants | Affiliation Agreement | Center City Healthcare, LLC |
| Loyola University Maryland, Inc. | Affiliation Agreement | Center City Healthcare, LLC |
| Lumedx Corporation | License Agreement | Hahnemann University Hospital |
| Magee Rehabilitation Center | Transfer Agreement | Center City Healthcare, LLC |
| Maggiano's Little Italy | Banquet Function Contract | TPS of PA, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Main Line Fertility Center, Inc. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Major Medical Hospital Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Maryville University of St. Louis | Affiliation Agreement | Center City Healthcare, LLC |
| MCG Health, LLC | Master License Agreement | Center City Healthcare, LLC |
| MCP/HU - Masters of Medical Sciences | Affiliation Agreement | Center City Healthcare, LLC |
| MDS Carpeting and Flooring, Inc. | Services Agreement | Center City Healthcare, LLC |
| Medical Staffing Solutions, Inc. d/b/a STAT RESOURCES | Staffing Services Agreement | Center City Healthcare, LLC |
| Medsentrix, LLC | Services Agreement | TPS of PA, LLC |
| Med-Tex Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Mercy Catholic Medical Center | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Meridian Bioscience Corporation | Agreement for Purchase of Meridian Products | Center City Healthcare, LLC |
| Metropolitan Anesthesia Services, Inc. | Anesthesia Provider Procurement Agreement | Center City Healthcare, LLC |
| Metropolitan Nephrology Associates | Transfer Agreement | Center City Healthcare, LLC |
| Miami University | Affiliation Agreement | Center City Healthcare, LLC |
| Michigan State University College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Midwestern University | Affiliation Agreement | Center City Healthcare, LLC |
| Mindfigure Consulting | Engagement Letter for Evaluation of Clinical Research Activities | Philadelphia Academic Health System, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| MJR Technologies, Inc. d/b/a GT Telecom | Services Agreement | Center City Healthcare, LLC |
| Muzak LLC d/b/a Mood Media | Service Agreement | Hahnemann University Hospital |
| Nancy West Communications | Services Agreement | Center City Healthcare, LLC |
| Nathan Freedman | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Nazareth Hospital | Affiliation Agreement | Center City Healthcare, LLC |
| Neff and Associates, Inc. | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Neopost Inc. | USPS Postage Meter Agreement | Hahnemann University Hospital |
| Nestle Waters North America Inc. | Sales and Service Agreement | Center City Healthcare, LLC |
| Neuro-Ophthalmologic Associates | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Neurosurgical Anesthesia Consulting | Professional Services Agreement | TPS II of PA, LLC |
| New York Blood Center, Inc. | Health Care Provider Agreement | Philadelphia Academic Health System, LLC |
| New York College of Podiatric Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Nexcore Properties PA LLC | Project Management Agreement | Philadelphia Academic Health System, LLC |
| NHS Philadelphia | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Nixon Uniform Service, Inc. | Customer Service Agreement | TPS III of PA, LLC |
| North Philadelphia Health System (Girard Medical Center) | Transfer Agreement | Center City Healthcare, LLC |
| nThrive, Inc. | Services Agreement | Center City Healthcare, LLC |
| Nuclear Medicine Resources, Inc. | Services Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Occupational Health Centers of the Southwest, P.A. d/b/a Concentra Medical Centers | Services Agreement | Center City Healthcare, LLC |
| Ohio University Heritage College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Omnicell, Inc. | Software License and Services Agreement | Hahnemann University Hospital |
| Omnigo Software | Terms and Conditions | Hahnemann University Hospital |
| Optum360 Solutions, LLC | Standard Services Product Schedule | Philadelphia Academic Health System, LLC |
| Oregon Health & Science University | Program Membership Agreement | Center City Healthcare, LLC |
| Pacific Northwest University of Health Sciences, College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Pain Care Professionals | Lease | Center City Healthcare, LLC |
| Pain Care Professionals, Inc. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Pain Care, PC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Pandora Data Systems, Inc. | Software License and Services Agreement | Hahnemann University Hospital |
| Paradigm Mechanical, LLC | Services Agreement | Center City Healthcare, LLC |
| Park America, Inc. | Parking License Agreement | Hahnemann University Hospital |
| Parkway Corporation | Lease | Center City Healthcare, LLC |
| Pathways Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| Patino Landscaping Group, LLC | Services Agreement | Center City Healthcare, LLC |
| Paul Rabinowitz Glass Co., Inc. | Services Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| PayTech, Inc. | Master Services Agreement | Philadelphia Academic Health System, LLC |
| Pelvic and Sexual Health Institute d/b/a Philadelphia Urosurgical Associates | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Pennoni Associates | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Pennsylvania Department of Health, Chronic Renal Disease Program | Participating Provider Agreement | Hahnemann University Hospital |