# Exhibit 1

# Rejected Contracts

**(see attached)**

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Pennsylvania Hospital of the University of Pennsylvania Health System | Master Affiliation Agreement for Graduate Medical Education Clinical Rotations | Center City Healthcare, LLC |
| PeriGen, Inc. | Software License and Support Agreement | Center City Healthcare, LLC |
| Philadelphia College of Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Philadelphia College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Philadelphia College of Osteopathic Medicine | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Philadelphia Ear Nose and Throat Associates | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Philadelphia Gastroenterology Group | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Philadelphia Nursing Home d/b/a Fairmount Long Term Care | Transfer Agreement | Center City Healthcare, LLC |
| Philadelphia Urosurgical Associates | Directorship Agreement | Center City Healthcare, LLC |
| Philips Healthcare | Quote Number LS-023097 | Center City Healthcare, LLC |
| Philips Healthcare | Quote Number LS-023098 | Center City Healthcare, LLC |
| Philips Healthcare | Quote Number LS-023094 | Center City Healthcare, LLC |
| Philips Medical Capital, LLC | Lease Schedule No. 88 | Hahnemann University Hospital |
| Philips Medical Capital, LLC | Lease Schedule No. 89 | Hahnemann University Hospital |
| Pitney Bowes Inc. | Lease Agreement | Center City Healthcare, LLC |
| Pitney Bowes Inc. | Lease Agreement | TPS of PA, LLC |
| Pitney Bowes Inc. | Lease Agreement | TPS of PA, LLC |
| Pitney Bowes Inc. | Lease Agreement | TPS of PA, LLC |

36665305.2 03/25/2020

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Planned Parenthood - Southeastern Pennsylvania | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Poovendran Sanththasivam, MD | Letter Agreement | Center City Healthcare, LLC |
| Prime Healthcare Services - Roxborough, LLC | Affiliation Agreement | Center City Healthcare, LLC |
| Prime Healthcare Services d/b/a Lower Bucks Hospital | Transfer Agreement | Center City Healthcare, LLC |
| Prospect CCMC, LLC (Crozer-Chester Medical Center) | Transfer Agreement | Center City Healthcare, LLC |
| Prospect CCMC, LLC (Crozer-Chester Medical Center) | Clinical Rotations Agreement | Center City Healthcare, LLC |
| Pruett Roof | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| PTW New York Corporation | Services Agreement | Center City Healthcare, LLC |
| Public Health Management Corporation | Transfer Agreement | Center City Healthcare, LLC |
| Public Health Management Corporation | Medical Respite Professional Services Agreement | Center City Healthcare, LLC |
| Quidel Corporation | Sofia Placement Agreement | Center City Healthcare, LLC |
| Rad Source Technologies, Inc. | Quote RS3400335Rc | Center City Healthcare, LLC |
| Radiation Oncologists, PA | Program Director Agreement | Center City Healthcare, LLC |
| Radiometer America Inc. | Quote # MR9984-NKHMR10 | Hahnemann University Hospital |
| Randstad Professionals US, LLC d/b/a Tatum | Interim Services Agreement | Philadelphia Academic Health System, LLC |
| Reese's Professional Cleaning Service, LLC | Services Agreement | TPS of PA, LLC |
| Regents of the University of New Mexico, for the Health Sciences Center | Affiliation Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Regis University | Affiliation Agreement | Center City Healthcare, LLC |
| Respiratory Associates, LTD | Physician Participation Agreement | Center City Healthcare, LLC |
| Rheumatic Disease Associates, Ltd. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Richard N. Best Associates, Inc. | Services Agreement | Center City Healthcare, LLC |
| Rittenhouse Eye Associates, PC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Rittenhouse Hematology and Oncology | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Rittenhouse Hematology/Oncology | Directorship Agreement | Center City Healthcare, LLC |
| Romed, Inc. d/b/a Romed Ambulance | Ambulance Services Agreement | Center City Healthcare, LLC |
| Roswell Park Cancer Institute Corporation | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Rowen College at Burlington County | Affiliation Agreement | Center City Healthcare, LLC |
| Rutgers, the State University of New Jersey | Affiliation Agreement | Center City Healthcare, LLC |
| S.A. Comunale Co., Inc. | Services Agreement | Center City Healthcare, LLC |
| S.R. Wojdak & Associates, LP d/b/a Wojdak Government Relations | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Saint Francis University | Affiliation Agreement | Center City Healthcare, LLC |
| Sanford-Brown Institute | Affiliation Agreement | Center City Healthcare, LLC |
| Scientific Apparatus Service, Inc. | Services Agreement | Center City Healthcare, LLC |
| Scott Testing Inc. | Various Invoices | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Sharonda Brown | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| SHC Services, Inc. d/b/a Supplemental Healthcare Company | Agreement to Provide Services | Philadelphia Academic Health System, LLC |
| Siemens Industry, Inc. | Service Agreement | Center City Healthcare, LLC |
| Siemens Medical Solutions USA, Inc. | Trial Evaluation Agreement | Center City Healthcare, LLC |
| Siemens Medical Solutions USA, Inc. | Proposal #1-G72OIY | Center City Healthcare, LLC |
| SMR Healthcare Management, Inc. | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Sodexo Management, Inc. | Affiliation Agreement | Center City Healthcare, LLC |
| Solid Waste Services Inc. d/b/a JP Mascaro and Sons | Services Agreement | Center City Healthcare, LLC |
| Southeast Reimbursement Group, LLC | Engagement Agreement | Center City Healthcare, LLC |
| Southwest Regional PCR, LLC d/b/a PathoGenius Laboratory | Diagnostic Services Agreement | Center City Healthcare, LLC |
| Spectra Laboratories, Inc. | STAT Laboratory Services Agreement | Hahnemann University Hospital |
| Spectrum Health Partners, LLC | Managed Care Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Spiffy Cloud Inc. | Universal Service Agreement | Hahnemann University Hospital |
| Spring Arbor University | Affiliation Agreement | Center City Healthcare, LLC |
| St. Mary's Medical Center | Transfer Agreement | Center City Healthcare, LLC |
| Stanford/Sterling Group, LLC | Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Stericycle, Inc. | Biomedical Waste Services Agreement | Hahnemann University Hospital |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Stericycle, Inc. | Sharps Management Services Agreement | Hahnemann University Hospital |
| Stericycle, Inc. | Pharmaceutical Waste Compliance Services Agreement | Hahnemann University Hospital |
| Steris Corporation | Agreement Renewal | Center City Healthcare, LLC |
| Steward Easton Hospital, Inc. | Agreement for Incoming Clinical Rotations | Center City Healthcare, LLC |
| Storage Solutions Technology Group, Inc. d/b/a SST Group, Inc. | Services Agreement | Center City Healthcare, LLC |
| Sun Nuclear Corporation | Quotation #Q-08533-1 | Center City Healthcare, LLC |
| TC Human Capital Solutions, LLC | Human Resources Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Temple University | Affiliation Agreement | Center City Healthcare, LLC |
| Temple University - Of the Commonwealth System of Higher Education | Affiliation Agreement | Center City Healthcare, LLC |
| Temple University Hospital | Transfer Agreement | Center City Healthcare, LLC |
| Temple University Hospital | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Temple University School of Health Information Management | Affiliation Agreement | Center City Healthcare, LLC |
| Terumo BCT, Inc. | Price Per Disposable Finance Agreement | Hahnemann University Hospital |
| Thanks for Being Green, LLC d/b/a Magnus Computer Recycling | Services Agreement | Center City Healthcare, LLC |
| The American Oncologic Hospital d/b/a Fox Chase Cancer Center | Fellow Affiliation Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| The Cooper Health System | Residency Affiliation Agreement | Center City Healthcare, LLC |
| The Eye Institute of Pennsylvania College of Optometry at Salus University | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| The Foot and Ankle Center of Philadelphia, LLC | Program Director Agreement | Center City Healthcare, LLC |
| The Nemours Foundation | Educational Affiliation Agreement | Center City Healthcare, LLC |
| The Nemours Foundation | Educational Affiliation Agreement | Center City Healthcare, LLC |
| The Otis Elevator Company | Elevator Maintenance Services Agreement | Center City Healthcare, LLC |
| The Philadelphia Hand Center, P.C. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| The Renfrew Center of Philadelphia, LLC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| The Spectranetics Corporation | Premium Service Agreement | Center City Healthcare, LLC |
| The Trustees of the University of Pennsylvania | Transfer Agreement | Center City Healthcare, LLC |
| The Trustees of the University of Pennsylvania, owner and operator of the Hospital of the University of Pennsylvania | Master Affiliation Agreement for Graduate Medical Education Clinical Rotations | Center City Healthcare, LLC |
| The Visiting Nurse Association of Greater Philadelphia | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Therapath, LLC | Services Agreement | Center City Healthcare, LLC |