**Exhibit 1**

**Rejected Contracts**

**(see attached)**

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Thomas Jefferson University | Affiliation Agreement | Center City Healthcare, LLC |
| Thomas Jefferson University | Affiliation Agreement | Center City Healthcare, LLC |
| Thomas Jefferson University Hospital | Transfer Agreement | Center City Healthcare, LLC |
| Thomas Jefferson University Jefferson College of Nursing | Affiliation Agreement | Center City Healthcare, LLC |
| thyssenkrupp Elevator Corporation | National Framework Agreement for the Protection of Vertical Transportation Equipment | Philadelphia Academic Health System, LLC |
| Thyssenkrupp Elevator Corporation | Agreement for Elevator Repair & Maintenance | Philadelphia Academic Health System, LLC |
| Toshiba America Medical Systems, Inc. | Subscription Agreement | Hahnemann University Hospital |
| Toshiba America Medical Systems, Inc. | Subscription Agreement for Magnetic Resonance Imaging Services | Hahnemann University Hospital |
| Total Renal Care, Inc. | Transfer Agreement | Center City Healthcare, LLC |
| Total Renal Care, Inc. | STAT Laboratory Services Agreement | Center City Healthcare, LLC |
| Total Renal Care, Inc. d/b/a Buttonwood Dialysis Center and Callowhill Dialysis Center | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Tozour Energy Systems, Inc. | Services Agreement | Center City Healthcare, LLC |
| Trans Union LLC | Business Associate Agreement | Philadelphia Academic Health System, LLC |
| Translational Neuroscience, LLC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Trisonics, Inc. | Services Agreement | Center City Healthcare, LLC |
| Universal Hospital Services, Inc. | Services Agreement | Center City Healthcare, LLC |

36665325.2 03/25/2020

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Universal Protection Service, LP d/b/a Allied Universal Security Services | Security Professional Service Agreement | Philadelphia Academic Health System, LLC |
| Universal Protection Service, LP | Agreement for Security Services | Philadelphia Academic Health System, LLC |
| University of Delaware | Affiliation Agreement | Center City Healthcare, LLC |
| University of Delaware | Affiliation Agreement | Center City Healthcare, LLC |
| University of Delaware | Affiliation Agreement | Center City Healthcare, LLC |
| University of Kansas Medical Center Research Institute, Inc. | Participant Agreement | Hahnemann University Hospital |
| University of New England College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| University of North Texas Health Science Center - Texas College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| University of Pennsylvania | Affiliation Agreement | Center City Healthcare, LLC |
| University of Pennsylvania | Affiliation Agreement | Center City Healthcare, LLC |
| University of Phoenix | Affiliation Agreement | Center City Healthcare, LLC |
| University of Scranton | Affiliation Agreement | Center City Healthcare, LLC |
| University of Scranton | Affiliation Agreement | Center City Healthcare, LLC |
| University of the Arts | Affiliation Agreement | Center City Healthcare, LLC |
| University of the Sciences in Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| University of the Sciences in Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| University Pipette Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Urologic Consultants of Southeastern Pennsylvania | Directorship Agreement | Center City Healthcare, LLC |
| Urologic Consultants of Southeastern Pennsylvania | Program Director Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Urologic Consultants of Southeastern Pennsylvania | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| US Regional Occupational Health | Lease | Center City Healthcare, LLC |
| US Security Associates, Inc. | Security and/or Patrol Service Agreement | Philadelphia Academic Health System, LLC |
| Vanguard Cleaning Systems, Inc. d/b/a Vanguard Cleaning Systems of Philadelphia | Services Agreement | TPS of PA, LLC |
| Veolia Energy Philadelphia, Inc. | Steam Purchase Agreement | Hahnemann University Hospital |
| Verathon Inc. | Services Agreement | Center City Healthcare, LLC |
| Veterans Hospital - Wilkes-Barre VA | Medical Education Affiliation Agreement | Center City Healthcare, LLC |
| Villanova University College of Nursing | Affiliation Agreement | Center City Healthcare, LLC |
| Vincera Surgery Center | Transfer Agreement | Center City Healthcare, LLC |
| Virtua Memorial Hospital Burlington County, Inc. | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Virtual Imaging, Inc. | Quotation # RDPQ21728-01 | Hahnemann University Hospital |
| Vitas Healthcare Corporation d/b/a Vitas Innovative Hospice | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Vizient, Inc. | Custom Services Statement of Work - eCommerce Exchange | Philadelphia Academic Health System, LLC |
| VOYCE, Inc. | Pilot Services Agreement | Philadelphia Academic Health System, LLC |
| VP-MA Health Solutions, Inc. d/b/a CDIMD | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Walden University | Affiliation Agreement | Center City Healthcare, LLC |
| Wallace & Nilan Physical Therapy and Fitness, LLC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Welcome America, Inc. | Sponsorship Agreement | Philadelphia Academic Health System, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Werfen USA LLC | Equipment and Services Agreement | Hahnemann University Hospital |
| West Physics Consulting, LLC | Physics Service Agreement | Center City Healthcare, LLC |
| West Virginia School of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Western University of Health Sciences, College of Osteopathic Medicine of the Pacific | Affiliation Agreement | Center City Healthcare, LLC |
| Western University of Health Sciences, College of Podiatric Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Whitecap Health Advisors, LLC | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Widner University | Affiliation Agreement | Center City Healthcare, LLC |
| Widner University - School of Nursing | Affiliation Agreement | Center City Healthcare, LLC |
| Wilkes University School of Nursing | Affiliation Agreement | Center City Healthcare, LLC |
| William Carey University College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Willis Eye Surgery Center at Philadelphia Stadium Campus | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Wilmington University, Inc. | Affiliation Agreement | Center City Healthcare, LLC |
| Woods Services, Inc. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Zimmer US, Inc. | Product Placement Agreement | Hahnemann University Hospital |