## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: April 15, 2020 at 4:00 p.m. ET** |

**NOTICE OF SEVENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

PLEASE TAKE NOTICE THAT on March 25, 2020, Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Seventh Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2020 through February 29, 2020 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by

the following parties by no later **than April 15, 2020 at 4:00 p.m**. (prevailing Eastern time), (the

"Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street,

Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing

Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark

Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia,

PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the

Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ

07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild

LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan);

(d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207,

Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the

DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600,

Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279,

Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation

Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served

with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO")

with the Court with respect to the unopposed portion of the fees and expenses requested in its

Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay

Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and

100 percent of the expenses requested in the applicable Monthly Fee Application (the

"Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and

remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount

(the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii)

80% of fees and 100% of the expenses not subject to a Notice of Objection.


Dated: March 25, 2020                    **FOX ROTHSCHILD LLP**

                                         */s/ Thomas M. Horan*
                                         Thomas M. Horan (DE No. 4641)
                                         919 North Market Street, Suite 300
                                         Wilmington, DE  19899-2323
                                         Telephone:  (302) 654-7444
                                         Facsimile:  (302) 656-8920
                                         E-mail: thoran@foxrothschild.com

                                         *Counsel to the Official Committee of*
                                         *Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: April 15, 2020 at 4:00 p.m. ET** |

### SEVENTH MONTHLY FEE APPLICATION OF
### FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
### FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Seventh Monthly Period: | February 1, 2020 through February 29, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Seventh Monthly Period: | $7,050.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Seventh Monthly Period: | $113.75 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

This is a(n): __X__ Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's seventh monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $52,683.20 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $18,319.20 | $1,243.40 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $12,376.80 | $204.00 |
| Fourth Monthly [D.I. 1170] | 12/16/2019 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | - | - |
| Fifth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | - | - |
| Sixth Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | - | - | - |
| | **TOTAL:** | **$148,094.00** | **$7,012.82** | | **$83,379.20** | **$5,398.74** |

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD FEBRUARY 1, 2020 THROUGH
FEBRUARY 29, 2020**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Thomas M. Horan | Partner – Admitted to Delaware Bar in 2005; Joined Fox Rothschild in 2018 | $610.00 | 4.6 | $2,806.00 |
| Brian L. Shaw | Partner – Admitted to Illinois Bar in 1993; Joined Fox Rothschild in 2018 | $610.00 | 3.4 | $2,074.00 |
| Daniel B. Thompson | Associate – Admitted to the Delaware Bar 2018; Joined Fox Rothschild in 2019 | $335.00 | 0.7 | $234.50 |
| Amanda M. Hrycak | Paralegal since 2013; Joined Fox Rothschild in 2019 | $245.00 | 7.9 | $1,935.50 |
| **TOTALS** | | | **16.6** | **$7,050.00** |
| **Total Blended Rate** | | $424.70 | | |

3

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD FEBRUARY 1, 2020 THROUGH
FEBRUARY 29, 2020**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 2.3 | $782.50 |
| CA | CASE ADMINISTRATION | 0.9 | $549.00 |
| CH | COURT HEARINGS | 0.5 | $232.00 |
| CI | CREDITOR INQUIRIES | 0.1 | $61.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.3 | $183.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 5.8 | $2,379.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 3.7 | $1,179.50 |
| MC | MEETINGS OF CREDITORS | 1.6 | $976.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 1.3 | $647.00 |
| PL | PLAN | 0.1 | $61.00 |
| | **Totals:** | **16.6** | **$7,050.00** |

4

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Description | Amount |
|---|---|
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. Delivery – Printing, Envelope, Postage | $113.75 |
| **TOTAL EXPENSES** | **$113.75** |

5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: April 15, 2020 at 4:00 p.m. ET** |

**SEVENTH MONTHLY FEE APPLICATION OF**
**FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-

possession (the "Debtors"), submits its Seventh Monthly Fee Application (the

"Application"), pursuant to sections 330(a), and 331 of title 11 of the United States Code

(the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), and this Court's Order Establishing Procedures for Compensation and

Reimbursement of Expenses of Professionals, entered August 2, 2019 (the "Interim

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Active\108584643.v1-3/25/20

Compensation Order")[4] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the fourth monthly application period from February 1, 2020 through February 29, 2020 (the "Compensation Period") in the amount of $7,050.00 (the "Monthly Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $113.75 (the "Monthly Expense Amount") incurred during the seventh monthly application period. In support of this Application, Fox Rothschild respectfully represents:

## I. Jurisdiction

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.     Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. Background

3.     On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.     On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

7

Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

3.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc pro tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

### III.    Summary of Application for the Compensation Period

4.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

5.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of

8

compensation received for services rendered in these cases.

6.     Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as Exhibit A.

7.     Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $7,050.00, and its total expenses are $113.75.

8.     Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $5,640.00, is payable to Fox Rothschild, together with 100% of the firm's expenses, $113.75.

### A.     Summary of Services Rendered by Fox Rothschild During the Compensation Period

9.     This Application is the seventh monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

10.    Attached as Exhibit A are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

11.    During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $245 to $610 per hour. The professional services performed by Fox Rothschild on behalf

9

of the Committee during the Compensation Period required an aggregate expenditure of -recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $424.70.

12.     The fees charged by Fox Rothschild as set forth in <u>Exhibit</u> <u>A</u> are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

13.     All entries itemized in Fox Rothschild's time records comply with the requirements set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in <u>Exhibit</u> <u>A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit</u> <u>A</u> are presented chronologically within each Task Code category.

14.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks

10

involved. The professional services were performed expeditiously and efficiently.

15.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

### B.     Actual and Necessary Expenses of Fox Rothschild

16.     Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit</u> <u>A</u> are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation Period.

17.     As more fully described in <u>Exhibit</u> <u>A</u>, Fox Rothschild seeks reimbursement for expenses incurred from Pacer Research. All entries detailed in <u>Exhibit</u> <u>A</u> comply with the requirements set forth in Local Rule 2016-2(e), including an itemization of the expenses by category, the date the expense was incurred, and the individual incurring the expense, where available. Fox Rothschild has not requested for reimbursement of expenses related to overhead charges.

18.     Fox Rothschild has incurred $113.75 in out-of-pocket expenses incurred as reasonable and necessary costs relating to serving as counsel to the Committee during the Compensation Period. These charges are intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require

extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in <u>Exhibit A</u> are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.   The Requested Compensation Should be Allowed

19.   The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. <u>See, e.g.</u>, <u>In re Busy Beaver Bldg. Ctrs., Inc.</u>, 19 F.3d 833 (3d Cir. 1994).

20.   Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. <u>See</u> 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;

12

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

21.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

22.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

23.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues

13

involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

### D.    Reservation

24.    To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.    Notice

25.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

## V.    Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $7,050.00 and of the reimbursement for actual and necessary expenses Fox Rothschild incurred during the Compensation Period in the amount of $113.75, (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period, which were not processed at the time of this Application, (iii) payment for services rendered during the Fee Period in the amount of $5,753.75 (80% of $5,640.00 and expenses incurred in the amount of $113.75 (100%); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: March 25, 2020                    **FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
Daniel B. Thompson (DE Bar No. 6588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com
E-mail: danielthompson@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*

15

## Exhibit A



# Fox Rothschild LLP
## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number  2513887 |
| SILLS CUMMIS & GROSS | Invoice Date  03/05/20 |
| ONE RIVERFRONT PLAZA | Client Number  189087 |
| NEWARK, NJ 07102 | Matter Number  00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/20:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/03/20 | HORAN | AP | REVIEW EMAIL FROM BORIS MANKOVETSKIY TO MARK MINUTI AND FREEDMAN PARTIES COUNSEL REGARDING STIPULATED PROTECTIVE ORDER | 0.1 | $61.00 |
| 02/05/20 | HORAN | AP | REVIEW EMAIL FROM MANKOVETSKIY TO FREEDMAN PARTIES COUNSEL REGARDING DISCOVERY STIPULATION | 0.1 | $61.00 |
| 02/06/20 | HORAN | AP | REVIEW EMAIL FROM RACHEL BRENNAN REGARDING FURTHER PROPOSED REVISIONS TO STIPULATED PROTECTIVE ORDER (.1); REVIEW FREEDMAN PARTIES' PROPOSED REVISIONS TO SAME (.1) | 0.2 | $122.00 |
| 02/07/20 | HORAN | AP | REVIEW EMAIL FROM MARK MINUTI REGARDING COMMENTS ON STIPULATED PROTECTIVE ORDER | 0.1 | $61.00 |
| 02/12/20 | HRYCAK | AP | TELEPHONIC COMMUNICATION WITH R. BRENNAN RE: PREPARING COC FOR CONSENT ORDER FOR PRODUCTION OF DOCS FOR MBNF | 0.2 | $49.00 |
| 02/12/20 | HRYCAK | AP | REVIEW OF CONSENT ORDER; PREPARE COC TO CONSENT ORDER FOR PRODUCTION OF | 0.3 | $73.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | DOCUMENTS TO MBNF | | |
| 02/12/20 | HRYCAK | AP | CORRESPONDENCE WITH B. SHAW RE: PREPARED COC FOR CONSENT ORDER FOR PRODUCTION OF DOCUMENTS FOR MBNF | 0.1 | $24.50 |
| 02/12/20 | HRYCAK | AP | CORRESPONDENCE WITH R. BRENNAN, B. MANKOVETSKIY, AND A. SHERMAN RE: PREPARED COC FOR CONSENT ORDER FOR PRODUCTION OF DOCUMENTS TO MBNF | 0.1 | $24.50 |
| 02/12/20 | HRYCAK | AP | RETRIEVE TIME STAMPED DECEMBER FEE APPLICATION FOR SILLS; CORRESPONDENCE WITH G. KOPACZ AND T. HORAN RE: THE SAME | 0.1 | $24.50 |
| 02/12/20 | HRYCAK | AP | REVIEW REVISIONS MADE TO COC TO CONSENT ORDER FOR PRODUCTION OF DOCUMENTS TO MBNF | 0.1 | $24.50 |
| 02/12/20 | HRYCAK | AP | PREPARE EXHIBITS FOR FILING (BLACKLINE/CLEAN) FOR COC TO CONSENT ORDER FOR PRODUCTION OF DOCUMENTS TO MBNF | 0.1 | $24.50 |
| 02/12/20 | HRYCAK | AP | PREPARE AND FILE COC WITH CORRESPONDING EXHIBITS TO CONSENT ORDER FOR PRODUCTION OF DOCUMENTS TO MBNF; UPLOAD ORDER FOR JUDGE GROSS SIGNATURE | 0.2 | $49.00 |
| 02/12/20 | HRYCAK | AP | PREPARE COPIES OF COC/CONSENT ORDER FOR PRODUCTION OF DOCUMENTS FOR MBNF; CORRESPONDENCE WITH RELIABLE RE: HAND DELIVERY OF THE SAME TO CHAMBERS | 0.1 | $24.50 |
| 02/12/20 | HRYCAK | AP | RETRIEVE SIGNED CONSENT ORDER FOR PRODUCTION OF DOCUMENTS FOR MBNF | 0.1 | $24.50 |
| 02/12/20 | HRYCAK | AP | PREPARE CERTIFICATE OF SERVICE TO CONSENT ORDER FOR PRODUCTION OF DOCUMENTS FOR MBNF | 0.2 | $49.00 |
| 02/12/20 | HRYCAK | AP | CORRESPONDENCE WITH RELIABLE RE: SERVICE OF CONSENT ORDER FOR PRODUCTION OF | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | DOCUMENTS OF MBNF | | |
| 02/27/20 | HORAN | AP | REVIEW LETTER FROM MARK MINUTI TO JUDGE ANDREWS REGARDING APPEAL | 0.1 | $61.00 |
| 02/11/20 | SHAW | CA | SPEAK TO CO-COMMITTEE COUNSEL RE PREPARATION AND FILING OF CONSENT ORDER WITH MBNF NON-DEBTOR ENTITIES (.3). | 0.3 | $183.00 |
| 02/12/20 | SHAW | CA | REVIEW AND RESPOND TO EMAILS FROM G. DEMO RE AGREEMENT AND ORDER (.2); FOLLOW UP WITH T. HORAN RE SAME (.2). | 0.4 | $244.00 |
| 02/18/20 | SHAW | CA | REVIEW ORDER RE STATUS HEARING AND ADJOURNMENT (.2) | 0.2 | $122.00 |
| 02/03/20 | HORAN | CH | REVIEW CERTIFICATION OF COUNSEL AND ORDER SCHEDULING FEBRUARY 18, 2020 OMNIBUS HEARING DATE | 0.1 | $61.00 |
| 02/18/20 | HRYCAK | CH | CONFERENCE WITH D. THOMPSON RE: CANCELLED HEARING 2/18 | 0.2 | $49.00 |
| 02/21/20 | HORAN | CH | REVIEW NOTICE OF MARCH 3, 2020 HEARING | 0.1 | $61.00 |
| 02/28/20 | HORAN | CH | REVIEW AGENDA FOR MARCH 3, 2020 OMNIBUS HEARING | 0.1 | $61.00 |
| 02/04/20 | HORAN | CI | EMAILS WITH CREDITOR REGARDING INQUIRY ON CASE DEVELOPMENTS | 0.1 | $61.00 |
| 02/03/20 | HORAN | EC | REVIEW CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING SEVENTH OMNIBUS MOTION TO REJECT CONTRACTS | 0.1 | $61.00 |
| 02/07/20 | HORAN | EC | REVIEW CERTIFICATION OF COUNSEL AND STIPULATION TO EXTEND TIME TO CURE LEASES | 0.1 | $61.00 |
| 02/26/20 | HORAN | EC | REVIEW STIPULATION REGARDING MED ONE CAPITAL FUNDING EQUIPMENT LEASE AGREEMENT | 0.1 | $61.00 |
| 02/06/20 | HORAN | FA1 | BEGIN DRAFTING FOX ROTHSCHILD JANUARY 2020 MONTHLY FEE APPLICATION | 0.4 | $244.00 |
| 02/06/20 | HRYCAK | FA1 | EMAIL CORRESPONDENCE WITH A. SHERMAN, B. MANKOVETSKIY, R. BRENNAN, | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | G. KOPACZ, J. CORBO, AND A. COWIE RE: SECOND INTERIM FEE APPLICATION DEADLINE | | |
| 02/11/20 | SHAW | FA1 | REVIEW DEADLINES FOR FILINGS RELATED TO OBJECTIONS AND CNO (.2). | 0.2 | $122.00 |
| 02/12/20 | HRYCAK | FA1 | PREPARE SECOND INTERIM FEE APPLICATION/NOTICE | 0.6 | $147.00 |
| 02/12/20 | HRYCAK | FA1 | CORRESPONDENCE WITH B. SHAW RE: PREPARED SECOND INTERIM FEE APPLICATION OF FOX ROTHSCHILD | 0.1 | $24.50 |
| 02/12/20 | SHAW | FA1 | REVIEW INTERIM APPLICATION AND ATTENDANT DOCUMENTS FOR FILING (.9). | 0.9 | $549.00 |
| 02/13/20 | SHAW | FA1 | FOLLOW UP ON FEE APPLICATIONS AND NEW HEARING AND FILING DATES (.2). | 0.2 | $122.00 |
| 02/14/20 | HRYCAK | FA1 | CONFERENCE ALL WITH R. WARREN RE: INTERIM FEE APPLICATIONS | 0.3 | $73.50 |
| 02/14/20 | SHAW | FA1 | REVIEW AND RESPOND TO EMAILS RE TIMING OF INTERIM APPLICATIONS AND NOTICE OF CHANGE (.2). | 0.2 | $122.00 |
| 02/19/20 | HRYCAK | FA1 | PREPARE CNO FOR FIFTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP | 0.2 | $49.00 |
| 02/19/20 | HRYCAK | FA1 | CORRESPONDENCE WITH D. THOMPSON RE: REVIEW OF PREPARED CNO FOR FIFTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD | 0.1 | $24.50 |
| 02/19/20 | HRYCAK | FA1 | PREPARE AND FILE CNO FOR FIFTH MONTHLY FEE APPLICATION | 0.2 | $49.00 |
| 02/19/20 | HRYCAK | FA1 | PREPARE COS FOR FIFTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 02/19/20 | HRYCAK | FA1 | PREPARE AND SERVE CNO OF FIFTH MONTHLY FEE APPLIICATION VIA FIRST CLASS MAIL TO THOSE PARTIES AS LISTED ON COS | 0.2 | $49.00 |
| 02/19/20 | THOMPSON | FA1 | REVIEW FOR FILING OF CNO FOR FIFTH MONTHLY FEE APP OF FOX ROTHSCHILD LLP | 0.1 | $33.50 |
| 02/24/20 | HRYCAK | FA1 | CORRESPONDENCE WITH P. BASAS RE: FEBRUARY | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | INVOICE | | |
| 02/26/20 | HRYCAK | FA1 | PREPARE SIXTH MONTHLY FEE APPLICATION, EXHIBIT A TO APPLICATION AND NOTICE OF APPLICATION | 0.5 | $122.50 |
| 02/26/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN AND B. SHAW RE: PREPARED SIXTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 02/27/20 | HORAN | FA1 | REVIEW DOCKET AND REVIEW AND APPROVE FOX ROTHSCHILD SIXTH MONTHLY FEE APPLICATION | 0.2 | $122.00 |
| 02/27/20 | HRYCAK | FA1 | CORRESPONDENCE WITH B. SHAW RE: PREPARED SIXTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP | 0.1 | $24.50 |
| 02/27/20 | HRYCAK | FA1 | PREPARE AND FILE SIXTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD FOR JANUARY 2020 | 0.2 | $49.00 |
| 02/27/20 | HRYCAK | FA1 | PREPARE AND SERVE VIA FIRST CLASS MAIL TO THOSE PARTIES AS LISTED ON THE COS THE SIXTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD FOR JANUARY 2020 | 0.2 | $49.00 |
| 02/27/20 | SHAW | FA1 | REVIEW MONTHLY APPLICATION FOR SUBMISSION AND EMAILS RE SAME (.5). | 0.5 | $305.00 |
| 01/23/20 | THOMPSON | FA2 | PREPARE FOR FILING CNO FOR SILLS CUMMIS FOURTH FEE APPLICATION | 0.3 | $100.50 |
| 01/23/20 | THOMPSON | FA2 | EMAIL A. HRYCAK AND T. HORAN RE: CNO FOR SILLS CUMMIS FOURTH FEE APPLICATION | 0.3 | $100.50 |
| 02/10/20 | HRYCAK | FA2 | CORRESPONDENCE WITH J. CORBO RE: FOURTH MONTHLY FEE APPLICATION OF BRG | 0.1 | $24.50 |
| 02/10/20 | HRYCAK | FA2 | PREPARE NOTICE/COS FOR FOURTH MONTHLY FEE APPLICATION OF BRG | 0.3 | $73.50 |
| 02/10/20 | HRYCAK | FA2 | PREPARE AND FILE FOURTH MONTHLY FEE APPLICATION OF BRG | 0.2 | $49.00 |
| 02/10/20 | HRYCAK | FA2 | PREPARE AND SERVE VIA FIRST CLASS MAIL TO THOSE PARTIES AS LISTED ON COS | 0.2 | $49.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | FOURTH MONTHLY FEE APPLICATION OF BRG | | |
| 02/10/20 | HRYCAK | FA2 | RETRIEVE TIME STAMPED FOURTH MONTHLY FEE APPLICATION OF BRG; CORRESPONDENCE WITH J. CORBO, A. COWIE AND C. KEARNS RE: THE SAME | 0.1 | $24.50 |
| 02/11/20 | SHAW | FA2 | REVIEW DEADLINES FOR FILINGS RELATED TO OBJECTIONS AND CNO (.2). | 0.2 | $122.00 |
| 02/12/20 | HRYCAK | FA2 | CORRESPONDENCE WITH G. KOPACZ RE: DECEMBER FEE APPLICATION FOR SILLS | 0.1 | $24.50 |
| 02/12/20 | HRYCAK | FA2 | PREPARE NOTICE AND COS FOR SILLS DECEMBER FEE APPLICATION | 0.2 | $49.00 |
| 02/12/20 | HRYCAK | FA2 | PREPARE AND FILE DECEMBER FEE APPLICATION FOR SILLS | 0.2 | $49.00 |
| 02/12/20 | HRYCAK | FA2 | PREPARE AND SERVE VIA FIRST CLASS MAIL SILLS DECEMBER FEE APPLICATION TO THOSE PARTIES AS LISTED ON COS | 0.2 | $49.00 |
| 02/12/20 | SHAW | FA2 | REVIEW AND RESPOND TO EMAILS RE OBJECTIONS AND DEADLINES (.3) | 0.3 | $183.00 |
| 02/13/20 | HRYCAK | FA2 | CORRESPONDENCE WITH A. SHERMAN, B. MANKOVETSKIY, AND R. BRENNAN RE: CONFIRMATION OF INFORMAL COMMENTS TO FIFTH MONTHLY FEE APPLICATION/CNO | 0.1 | $24.50 |
| 02/13/20 | HRYCAK | FA2 | PREPARE CNO FOR SILLS FIFTH MONTHLY FEE APPLICATION | 0.2 | $49.00 |
| 02/13/20 | HRYCAK | FA2 | CORRESPONDENCE WITH D. THOMPSON RE: PREPARED CNO FOR SILLS FIFTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 02/13/20 | HRYCAK | FA2 | PREPARE COS TO CNO FOR SILLS FIFTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 02/13/20 | HRYCAK | FA2 | PREPARE AND FILE CNO FOR SILLS FIFTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 02/13/20 | HRYCAK | FA2 | PREPARE AND SERVE VIA FIRST CLASS MAIL TO THOSE PARTIES AS LISTED ON COS CNO TO FIFTH MONTHLY FEE | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
|  |  |  | APPLICATION OF SILLS |  |  |
| 02/14/20 | HRYCAK | FA2 | CORRESPONDENCE WITH G. KOPACZ RE: INTERIM FEE APPLICATION | 0.1 | $24.50 |
| 02/14/20 | HRYCAK | FA2 | CORRESPONDENCE WITH J. CORBO RE: SECOND INTERIM FEE APPLICATION FOR BRG | 0.1 | $24.50 |
| 02/27/20 | HORAN | FA2 | REVIEW SAUL EWING ARNSTEIN & LEHR SIXTH MONTHLY FEE APPLICATION | 0.1 | $61.00 |
| 02/20/20 | HORAN | MC | REVIEW REVISED NOTICE OF APPOINTMENT OF COMMITTEE | 0.1 | $61.00 |
| 02/24/20 | HORAN | MC | REVIEW AMENDED NOTICE OF APPOINTMENT OF COMMITTEE | 0.1 | $61.00 |
| 02/26/20 | HORAN | MC | ATTEND TELEPHONIC COMMITTEE MEETING | 1.4 | $854.00 |
| 02/20/20 | HORAN | PC | REVIEW DEBTORS' MOTION TO PAY FOR TAIL COVERAGE | 0.3 | $183.00 |
| 02/26/20 | HORAN | PC | REVIEW DRAFT COMMITTEE OBJECTION TO TAIL COVERAGE MOTION | 0.3 | $183.00 |
| 02/27/20 | HORAN | PC | REVIEW REVISED OBJECTION OF COMMITTEE TO DEBTORS' TAIL COVERAGE MOTION | 0.3 | $183.00 |
| 02/28/20 | HRYCAK | PC | PREPARE COS FOR RESPONSE TO DEBTORS TAIL MOTION | 0.1 | $24.50 |
| 02/28/20 | HRYCAK | PC | PREPARE AND FILE RESPONSE TO DEBTORS TAIL MOTION | 0.2 | $49.00 |
| 02/28/20 | HRYCAK | PC | RETRIEVE TIME STAMPED RESPONSE TO DEBTORS TAIL MOTION; CORRESPONDENCE WITH T. HORAN, A. SHERMAN, B. MANKOVETSKIY, AND R. BRENNAN RE: THE SAME | 0.1 | $24.50 |
| 02/24/20 | HORAN | PL | REVIEW MOTION TO EXTEND PLAN EXCLUSIVITY PERIOD | 0.1 | $61.00 |
|  |  |  | **TOTAL** | **16.6** | **$7,050.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|------:|------:|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 2.3 | $782.50 |
| CA | CASE ADMINISTRATION | 0.9 | $549.00 |
| CH | COURT HEARINGS | 0.5 | $232.00 |
| CI | CREDITOR INQUIRIES | 0.1 | $61.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.3 | $183.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 5.8 | $2,379.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 3.7 | $1,179.50 |
| MC | MEETINGS OF CREDITORS | 1.6 | $976.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 1.3 | $647.00 |
| PL | PLAN | 0.1 | $61.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|------:|-----:|------:|
| T.M. HORAN | PARTNER | 4.6 | $610.00 | $2,806.00 |
| B.L. SHAW | PARTNER | 3.4 | $610.00 | $2,074.00 |
| D.B. THOMPSON | ASSOCIATE | 0.7 | $335.00 | $234.50 |
| A.M. HRYCAK | PARALEGAL | 7.9 | $245.00 | $1,935.50 |
| | TOTAL | 16.6 | | $7,050.00 |

TOTAL PROFESSIONAL SERVICES $7,050.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|-------:|
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. Delivery - Printing, Envelope, Postage | $113.75 |

TOTAL EXPENSES $113.75

TOTAL AMOUNT OF THIS INVOICE $7,163.75

PRIOR BALANCE DUE $66,329.14

**TOTAL BALANCE DUE UPON RECEIPT $73,492.89**

**OUTSTANDING INVOICES PRIOR TO 03/05/20**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|---|---|---|---|---|---|
| 09/30/19 | 2435360 | $13,170.80 | 12/10/19 | 2470552 | $15,973.85 |
| 10/08/19 | 2435362 | $4,579.80 | 01/16/20 | 2486820 | $18,353.14 |
| 11/13/19 | 2454726 | $3,094.20 | 02/25/20 | 2507292 | $11,157.35 |
| | | | **TOTAL PRIOR BALANCES DUE** | | **$66,329.14** |