IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket No. 1466** |

**CERTIFICATION OF COUNSEL REGARDING (A) ORDER APPROVING TWENTIETH OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On March 12, 2020, the *Twentieth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases* (the "**Motion**") [Docket No. 1466] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 1466-2], objections to the Motion were to be filed by March 23, 2020 at 4:00 p.m. (prevailing Eastern Standard Time) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Debtors received an informal response to the Motion from Future IT Advisors, LLC ("**FIT**"), a counterparty to a contract listed on the exhibit to the original proposed order submitted with the Motion (the "**Proposed Order**"). The Debtors

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

36756814.2 3/25/20

understand a copy of the response was also mailed to the Court for docketing, though as of the date of this COC, such response is not reflected on the docket.  Following discussions with counsel to FIT, counsel to FIT has confirmed to the undersigned counsel for the Debtors that its response may be deemed withdrawn and/or resolved, and that the Proposed Order attached hereto as **Exhibit A** may be entered by the Court.

4. No other objections or responses were served upon the undersigned or entered on the Court's docket.

5. Accordingly, the Motion may be granted.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, the Debtors respectfully request the entry of the Proposed Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: March 25, 2020 **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*