# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 1466 & ____** |
| | ) |

## ORDER APPROVING TWENTIETH OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Twentieth Omnibus Rejection Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of March 12, 2020; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having reviewed the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

-2-

Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of March 12, 2020, to the extent such Contracts are executory contracts or unexpired leases.

3. This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4. To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5. The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

# Exhibit 1

## Rejected Contracts

**(see attached)**

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Crothall Healthcare, Inc. | Service Agreement | Philadelphia Academic Health System, LLC |
| Crothall Healthcare, Inc. | Agreement for Environmental Services (as amended) | Philadelphia Academic Health System, LLC |
| Crozer-Chester Medical Center | Agreement for Incoming Clinical Rotations | Center City Healthcare, LLC |
| Cushman & Wakefield of Philadelphia, Inc. | Engagement Letter | Philadelphia Academic Health System, LLC |
| Dako North America, Inc. | Dako System Agreement | Hahnemann University Hospital |
| David Small | Managed Care Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| De Lage Landen Financial Services, Inc. | Master Lease Schedule 05 | Hahnemann University Hospital |
| Deaf Hearing Communication Centre, Inc. | Services Agreement | Center City Healthcare, LLC |
| Deborah Heart & Lung Center | Affiliation Agreement | Center City Healthcare, LLC |
| Delaware Valley Aesthetics d/b/a Rumer Cosmetic Surgery | Shared Marketing Agreement | Center City Healthcare, LLC |
| Delaware Valley Nephrology and Hypertension Associates, PC d/b/a Quality Vascular Services | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Deraj Medical Career Training, Inc. | Affiliation Agreement | Center City Healthcare, LLC |
| Dermatologic Surgery Associates, PC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Dermatologic SurgiCenter | Transfer Agreement | Center City Healthcare, LLC |
| Des Moines University | Affiliation Agreement | Center City Healthcare, LLC |
| Des Moines University College of Podiatric Medicine and Surgery of Des Moines, IA | Affiliation Agreement | Center City Healthcare, LLC |

-1-

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Devicor Medical Equipment, Inc. | Trial Evaluation Agreement | Center City Healthcare, LLC |
| Devicor Medical Products, Inc. | Services Agreement | Center City Healthcare, LLC |
| DeVry University | Affiliation Agreement | Center City Healthcare, LLC |
| Diagnoss Inc. | Agreement for Proposal | Philadelphia Academic Health System, LLC |
| Dialysis Clinic, Inc. | Transfer Agreement | Center City Healthcare, LLC |
| Dialysis Clinic, Inc. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Dialysis Unit of Center City Philadelphia | Transfer Agreement | Center City Healthcare, LLC |
| Dialysis Unit of West Philadelphia, LLC | Transfer Agreement | Center City Healthcare, LLC |
| Diesel Dialysis, LLC | Services Agreement | Center City Healthcare, LLC |
| District 1199C Training & Upgrading Fund | Affiliation Agreement | Center City Healthcare, LLC |
| Dome Insulation, LLC | Services Agreement | Center City Healthcare, LLC |
| Dr. William M. Scholl College of Podiatric Medicine at Rosaland Franklin University of Medicine and Science | Affiliation Agreement | Center City Healthcare, LLC |
| Draeger Medical, Inc. | License Agreement and Terms of Use | Center City Healthcare, LLC |
| Draeger, Inc. | Master Service and Maintenance Agreement | Hahnemann University Hospital |
| Drexelbrook | Sales/Catering Contract | TPS IV of PA, LLC |
| Duff & Phelps, LLC | Engagement Letter | Philadelphia Academic Health System, LLC |
| DVA Healthcare of Pennsylvania d/b/a Market Street Dialysis | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Center | | |
| Eastern Controls Inc. | Services Agreement | Center City Healthcare, LLC |
| Eastern Lift Truck Co., Inc. | Services Agreement | Center City Healthcare, LLC |
| Eastern Regional Medical Center (CTCA) | Transfer Agreement | Center City Healthcare, LLC |
| Eastern University | Affiliation Agreement | Center City Healthcare, LLC |
| Econsult Solutions, Inc. | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Edwards Lifesciences, LLC | Services Agreement | Center City Healthcare, LLC |
| EEC Acquisition LLC d/b/a Smart Care Equipment Solutions | Services Agreement | Center City Healthcare, LLC |
| Electronic Security Solutions LLC | Services Agreement | Center City Healthcare, LLC |
| Elizabethtown College | Affiliation Agreement | Center City Healthcare, LLC |
| Encore Medical International, Inc. | Consulting Agreement | TPS III of PA, LLC |
| Enerwise Global Technologies, Inc. d/b/a CPower | Cpower Master Service Agreement | Center City Healthcare, LLC |
| Ensemble RCM LLC d/b/a Ensemble Health Partners | Master Services Agreement | Philadelphia Academic Health System, LLC |
| ENV Services, Inc. | Quotation | Center City Healthcare, LLC |
| ENV Services, Inc. | Quotation | Center City Healthcare, LLC |
| ENV Services, Inc. | Quotation | Center City Healthcare, LLC |
| Evoqua Water Technologies, LLC | Services Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Fairmount Long Term Care | Professional Services Agreement | TPS III of PA, LLC |
| Fairmount Rowing Association | Agreement for the Social Use of the Club | TPS IV of PA, LLC |
| FM Cost Containment, LLC | Professional Services Agreement | Center City Healthcare, LLC |
| Foot & Ankle Center of Philadelphia, LLC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Foss Therapy Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Francis Cauffman, Inc. | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Francis Cauffman, Inc. | Agreement | Philadelphia Academic Health System, LLC |
| Friends Behavioral Health System | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Future IT Advisors, LLC | Master Service Agreement | Philadelphia Academic Health System, LLC |
| Gary Frazier | Consulting Agreement | Philadelphia Academic Health System, LLC |
| GE Healthcare IITS USA Corp. | GE Healthcare Software License Transfer Agreement | Hahnemann University Hospital |
| GE HFS, LLC | Equipment Schedule Dated as of February 29, 2016 | Hahnemann University Hospital |
| GE Precision Healthcare LLC | GE Healthcare On Demand Quotation | Center City Healthcare, LLC |
| GE Precision Healthcare LLC | GE Healthcare On Demand Quotation | Center City Healthcare, LLC |
| Geo. W. Kistler, Inc. d/b/a Kistler O'Brien Fire Protection | Services Agreement | Center City Healthcare, LLC |
| Getinge USA, Inc. | Services Agreement | Center City Healthcare, LLC |
| Getinge USA, Inc. | Services Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| GlassRatner Advisory & Capital Group, LLC | Interim Chief Financial Officer Engagement Letter Agreement | Philadelphia Academic Health System, LLC |
| Global Neurosciences Institute | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Gloucester County College | Affiliation Agreement | Center City Healthcare, LLC |
| Grand Canyon University | Affiliation Agreement | Center City Healthcare, LLC |
| Grand View Hospital d/b/a Grand View Health | Transfer Agreement | Center City Healthcare, LLC |
| Greater Delaware Valley Society of Transplant Surgeons d/b/a Gift of Life Donor Program | Kidney Transplant Center Agreement | Hahnemann University Hospital |
| Greater Delaware Valley Society of Transplant Surgeons d/b/a Gift of Life Donor Program | Extra-Renal Transplant Center Agreement | Hahnemann University Hospital |
| Greater Delaware Valley Society of Transplant Surgeons d/b/a Gift of Life Donor Program | Donor Institution Memorandum of Agreement | Hahnemann University Hospital |
| Greater Delaware Valley Society of Transplant Surgeons d/b/a Gift of Life Donor Program | Transplant Center Agreement | Hahnemann University Hospital |
| GTT Americas, LLC | Master Service Agreement | Philadelphia Academic Health System, LLC |
| Gwynedd Mercy University, Francis M. Maguire School of Nursing and Health Professionals | Affiliation Agreement | Center City Healthcare, LLC |
| Gwynedd-Mercy College, Radiation Therapy Program | Affiliation Agreement | Center City Healthcare, LLC |
| Haemonetics Corporation | Services Agreement | Center City Healthcare, LLC |
| Hahnemann Apothecary | Lease | Center City Healthcare, LLC |
| Hampton University | Affiliation Agreement | Center City Healthcare, LLC |
| Harcum College | Affiliation Agreement | Center City Healthcare, LLC |

-5-

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Harmelin and Associates Inc. d/b/a Harmelin Media | Services Agreement | Center City Healthcare, LLC |
| Harris School of Business | Affiliation Agreement | Center City Healthcare, LLC |
| HBO & Recoveries, LLC | A/R Master Services Agreement | Philadelphia Academic Health System, LLC |
| Healthcare Receivable Specialists, Inc. | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Healthshare Exchange of Southeastern Pennsylvania, Inc. | Participation Agreement | Philadelphia Academic Medical Associates, LLC |
| HealthTronics Mobile Solutions, L.L.C. | Services Agreement | Center City Healthcare, LLC |
| HealthTrust Purchasing Group, L.P. | Transition Agreement | Philadelphia Academic Health System, LLC |
| Hewlett-Packard Financial Services Company | Master Lease and Financing Agreement No. 4728088086 | Center City Healthcare, LLC |
| Hewlett-Packard Financial Services Company | Schedule No. 4728088086000003 | Center City Healthcare, LLC |
| Hewlett-Packard Financial Services Company | Schedule No. 4728088086000004 | Center City Healthcare, LLC |
| Hillmann Consulting, LLC | Consulting Agreement | Center City Healthcare, LLC |
| Holland Square Group, LLC | Agreement to Provide Services | Philadelphia Academic Health System, LLC |
| Holy Family University | Affiliation Agreement | Center City Healthcare, LLC |
| Horsham Foot & Ankle | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Hospice of Philadelphia | Inpatient Hospice Services Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Huntingdon Valley Eye Care Consultants, Ltd. | ROP Screening Coverage Agreement | Center City Healthcare, LLC |
| Huron Consulting Services LLC | Engagement Letter | Philadelphia Academic Health System, LLC |
| Husson University | Affiliation Agreement | Center City Healthcare, LLC |

36665234.2 03/25/2020