**Exhibit 1**

**Rejected Contracts**

**(see attached)**

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Crothall Healthcare, Inc. | Service Agreement | Philadelphia Academic Health System, LLC |
| Crothall Healthcare, Inc. | Agreement for Environmental Services (as amended) | Philadelphia Academic Health System, LLC |
| Crozer-Chester Medical Center | Agreement for Incoming Clinical Rotations | Center City Healthcare, LLC |
| Cushman & Wakefield of Philadelphia, Inc. | Engagement Letter | Philadelphia Academic Health System, LLC |
| Dako North America, Inc. | Dako System Agreement | Hahnemann University Hospital |
| David Small | Managed Care Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| De Lage Landen Financial Services, Inc. | Master Lease Schedule 05 | Hahnemann University Hospital |
| Deaf Hearing Communication Centre, Inc. | Services Agreement | Center City Healthcare, LLC |
| Deborah Heart & Lung Center | Affiliation Agreement | Center City Healthcare, LLC |
| Delaware Valley Aesthetics d/b/a Rumer Cosmetic Surgery | Shared Marketing Agreement | Center City Healthcare, LLC |
| Delaware Valley Nephrology and Hypertension Associates, PC d/b/a Quality Vascular Services | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Deraj Medical Career Training, Inc. | Affiliation Agreement | Center City Healthcare, LLC |
| Dermatologic Surgery Associates, PC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Dermatologic SurgiCenter | Transfer Agreement | Center City Healthcare, LLC |
| Des Moines University | Affiliation Agreement | Center City Healthcare, LLC |
| Des Moines University College of Podiatric Medicine and Surgery of Des Moines, IA | Affiliation Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Devicor Medical Equipment, Inc. | Trial Evaluation Agreement | Center City Healthcare, LLC |
| Devicor Medical Products, Inc. | Services Agreement | Center City Healthcare, LLC |
| DeVry University | Affiliation Agreement | Center City Healthcare, LLC |
| Diagnoss Inc. | Agreement for Proposal | Philadelphia Academic Health System, LLC |
| Dialysis Clinic, Inc. | Transfer Agreement | Center City Healthcare, LLC |
| Dialysis Clinic, Inc. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Dialysis Unit of Center City Philadelphia | Transfer Agreement | Center City Healthcare, LLC |
| Dialysis Unit of West Philadelphia, LLC | Transfer Agreement | Center City Healthcare, LLC |
| Diesel Dialysis, LLC | Services Agreement | Center City Healthcare, LLC |
| District 1199C Training & Upgrading Fund | Affiliation Agreement | Center City Healthcare, LLC |
| Dome Insulation, LLC | Services Agreement | Center City Healthcare, LLC |
| Dr. William M. Scholl College of Podiatric Medicine at Rosaland Franklin University of Medicine and Science | Affiliation Agreement | Center City Healthcare, LLC |
| Draeger Medical, Inc. | License Agreement and Terms of Use | Center City Healthcare, LLC |
| Draeger, Inc. | Master Service and Maintenance Agreement | Hahnemann University Hospital |
| Drexelbrook | Sales/Catering Contract | TPS IV of PA, LLC |
| Duff & Phelps, LLC | Engagement Letter | Philadelphia Academic Health System, LLC |
| DVA Healthcare of Pennsylvania d/b/a Market Street Dialysis | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Center | | |
| Eastern Controls Inc. | Services Agreement | Center City Healthcare, LLC |
| Eastern Lift Truck Co., Inc. | Services Agreement | Center City Healthcare, LLC |
| Eastern Regional Medical Center (CTCA) | Transfer Agreement | Center City Healthcare, LLC |
| Eastern University | Affiliation Agreement | Center City Healthcare, LLC |
| Econsult Solutions, Inc. | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Edwards Lifesciences, LLC | Services Agreement | Center City Healthcare, LLC |
| EEC Acquisition LLC d/b/a Smart Care Equipment Solutions | Services Agreement | Center City Healthcare, LLC |
| Electronic Security Solutions LLC | Services Agreement | Center City Healthcare, LLC |
| Elizabethtown College | Affiliation Agreement | Center City Healthcare, LLC |
| Encore Medical International, Inc. | Consulting Agreement | TPS III of PA, LLC |
| Enerwise Global Technologies, Inc. d/b/a CPower | Cpower Master Service Agreement | Center City Healthcare, LLC |
| Ensemble RCM LLC d/b/a Ensemble Health Partners | Master Services Agreement | Philadelphia Academic Health System, LLC |
| ENV Services, Inc. | Quotation | Center City Healthcare, LLC |
| ENV Services, Inc. | Quotation | Center City Healthcare, LLC |
| ENV Services, Inc. | Quotation | Center City Healthcare, LLC |
| Evoqua Water Technologies, LLC | Services Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Fairmount Long Term Care | Professional Services Agreement | TPS III of PA, LLC |
| Fairmount Rowing Association | Agreement for the Social Use of the Club | TPS IV of PA, LLC |
| FM Cost Containment, LLC | Professional Services Agreement | Center City Healthcare, LLC |
| Foot & Ankle Center of Philadelphia, LLC | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Foss Therapy Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Francis Cauffman, Inc. | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Francis Cauffman, Inc. | Agreement | Philadelphia Academic Health System, LLC |
| Friends Behavioral Health System | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Future IT Advisors, LLC | Master Service Agreement | Philadelphia Academic Health System, LLC |
| Gary Frazier | Consulting Agreement | Philadelphia Academic Health System, LLC |
| GE Healthcare IITS USA Corp. | GE Healthcare Software License Transfer Agreement | Hahnemann University Hospital |
| GE HFS, LLC | Equipment Schedule Dated as of February 29, 2016 | Hahnemann University Hospital |
| GE Precision Healthcare LLC | GE Healthcare On Demand Quotation | Center City Healthcare, LLC |
| GE Precision Healthcare LLC | GE Healthcare On Demand Quotation | Center City Healthcare, LLC |
| Geo. W. Kistler, Inc. d/b/a Kistler O'Brien Fire Protection | Services Agreement | Center City Healthcare, LLC |
| Getinge USA, Inc. | Services Agreement | Center City Healthcare, LLC |
| Getinge USA, Inc. | Services Agreement | Center City Healthcare, LLC |

36665234.2 03/26/2020

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| GlassRatner Advisory & Capital Group, LLC | Interim Chief Financial Officer Engagement Letter Agreement | Philadelphia Academic Health System, LLC |
| Global Neurosciences Institute | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Gloucester County College | Affiliation Agreement | Center City Healthcare, LLC |
| Grand Canyon University | Affiliation Agreement | Center City Healthcare, LLC |
| Grand View Hospital d/b/a Grand View Health | Transfer Agreement | Center City Healthcare, LLC |
| Greater Delaware Valley Society of Transplant Surgeons d/b/a Gift of Life Donor Program | Kidney Transplant Center Agreement | Hahnemann University Hospital |
| Greater Delaware Valley Society of Transplant Surgeons d/b/a Gift of Life Donor Program | Extra-Renal Transplant Center Agreement | Hahnemann University Hospital |
| Greater Delaware Valley Society of Transplant Surgeons d/b/a Gift of Life Donor Program | Donor Institution Memorandum of Agreement | Hahnemann University Hospital |
| Greater Delaware Valley Society of Transplant Surgeons d/b/a Gift of Life Donor Program | Transplant Center Agreement | Hahnemann University Hospital |
| GTT Americas, LLC | Master Service Agreement | Philadelphia Academic Health System, LLC |
| Gwynedd Mercy University, Francis M. Maguire School of Nursing and Health Professionals | Affiliation Agreement | Center City Healthcare, LLC |
| Gwynedd-Mercy College, Radiation Therapy Program | Affiliation Agreement | Center City Healthcare, LLC |
| Haemonetics Corporation | Services Agreement | Center City Healthcare, LLC |
| Hahnemann Apothecary | Lease | Center City Healthcare, LLC |
| Hampton University | Affiliation Agreement | Center City Healthcare, LLC |
| Harcum College | Affiliation Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Harmelin and Associates Inc. d/b/a Harmelin Media | Services Agreement | Center City Healthcare, LLC |
| Harris School of Business | Affiliation Agreement | Center City Healthcare, LLC |
| HBO & Recoveries, LLC | A/R Master Services Agreement | Philadelphia Academic Health System, LLC |
| Healthcare Receivable Specialists, Inc. | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Healthshare Exchange of Southeastern Pennsylvania, Inc. | Participation Agreement | Philadelphia Academic Medical Associates, LLC |
| HealthTronics Mobile Solutions, L.L.C. | Services Agreement | Center City Healthcare, LLC |
| HealthTrust Purchasing Group, L.P. | Transition Agreement | Philadelphia Academic Health System, LLC |
| Hewlett-Packard Financial Services Company | Master Lease and Financing Agreement No. 4728088086 | Center City Healthcare, LLC |
| Hewlett-Packard Financial Services Company | Schedule No. 4728088086000003 | Center City Healthcare, LLC |
| Hewlett-Packard Financial Services Company | Schedule No. 4728088086000004 | Center City Healthcare, LLC |
| Hillmann Consulting, LLC | Consulting Agreement | Center City Healthcare, LLC |
| Holland Square Group, LLC | Agreement to Provide Services | Philadelphia Academic Health System, LLC |
| Holy Family University | Affiliation Agreement | Center City Healthcare, LLC |
| Horsham Foot & Ankle | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Hospice of Philadelphia | Inpatient Hospice Services Agreement | Center City Healthcare, LLC |

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| Huntingdon Valley Eye Care Consultants, Ltd. | ROP Screening Coverage Agreement | Center City Healthcare, LLC |
| Huron Consulting Services LLC | Engagement Letter | Philadelphia Academic Health System, LLC |
| Husson University | Affiliation Agreement | Center City Healthcare, LLC |