**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------

|   |   |
|---|---|
| | : |
| *In re* | : Chapter 11 |
| | : Case No. 19-11466 (MFW) |
| CENTER CITY HEALTHCARE, LLC d/b/a | : Jointly Administered |
| HAHNEMANN UNIVERSITY HOSPITAL | : |
| *et al.*,[1] | : |
| Debtors. | : **Objection Deadline:** April 16, 2020, at 4:00 p.m. (ET) |
| | : **Hearing Date:** May 27, 2020, at 11:30 a.m. (ET) |

---------------------------------------------------------

**SECOND INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS DURING THE PERIOD FROM OCTOBER 1, 2019 THROUGH DECEMBER 31, 2019**

| | |
|---|---|
| **Name of Applicant:** | Berkeley Research Group LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | September 4, 2019 *nunc pro tunc* to July 22, 2019 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2019 through December 31, 2019 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | $81,675.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $398.14 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Pursuant to *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors nunc pro tunc to July 22, 2019,* **for** purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "Blended Hourly Rate") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged. Accordingly, we have reduced our fees for the Third and Fourth Monthly Fee Periods by $16,520.00 as indicated on Attachment B: Fees By Professional.

Total Amount of Fees and Expense
Reimbursement Sought as Actual, Reasonable
and Necessary:                                    **$82,073.14**

This is a(n): __ Monthly Application __X__Interim Application ___ Final Application

### Attachment A: Summary of Fee Statements and Applications Filed

| Application | | Requested | | CNO | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 10/29/2019 Dkt No. 915 | 7/22/2019 - 8/31/2019 | $182,902.50 | $2,411.76 | 11/20/2019 Dkt No. 1044 | $146,322.00 | $2,411.76 | $36,580.50 |
| 11/15/2019 Dkt No. 1014 | 9/1/2019 - 9/31/2019 | $101,277.00 | $1,334.17 | 12/06/2019 Dkt No. 1104 | $81,021.60 | $1,334.17 | $20,255.40 |
| 11/15/2019 Dkt No. 1018 | First Interim | $284,179.50 | $3,745.93 | 12/06/2019 Dkt No. 1108 | $227,343.60 | $3,745.93 | $56,835.90 |
| 01/08/2020 Dkt No. 1301 | 10/1/2019 - 11/30/2019 | $47,836.80 | $398.14 | 01/29/2020 Dkt No. 1373 | $0.00 | $0.00 | $48,234.94 |
| 02/10/2020 Dkt No. 1397 | 12/1/2019 - 12/31/2019 | $21,879.00 | $0.00 | N/A | $0.00 | $0.00 | $21,879.00 |
|  |  | $353,895.30 | $4,144.07 |  | $227,343.60 | $3,745.93 | $126,949.84 |

*[Remainder of this Page Intentionally Left Blank]*

# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al

## Berkeley Research Group, LLC

### Attachment B: Fees By Professional

For the Period 10/1/2019 through 12/31/2019

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Cowie | Director | $715.00 | 81.6 | $58,344.00 |
| A. Jiang | Consultant | $415.00 | 58.4 | $24,236.00 |
| C. Kearns | Managing Director | $1,050.00 | 10.7 | $11,235.00 |
| H. Miller | Managing Director | $895.00 | 3.0 | $2,685.00 |
| J. Blum | Case Assistant | $150.00 | 11.3 | $1,695.00 |
| **Total** | | | **165.0** | **$98,195.00** |
| **Agreed Upon Discount** | **$495** Maximum Blended Rate | | | **($16,520.00)** |
| **Total Requested Fees** | | | | **$81,675.00** |
| **Blended Rate** | | | | **$495.00** |

# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al



## Berkeley Research Group, LLC

### Attachment C: Fees By Task Code

For the Period 10/1/2019 through 12/31/2019

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 0.6 | $529.50 |
| 04. DIP Financing | 5.1 | $2,116.50 |
| 05. Professional Retention Fee Application Preparation | 19.8 | $7,873.00 |
| 08. Interaction/Meetings with Creditors | 7.5 | $5,790.50 |
| 09. Employee Issues/KEIP | 0.8 | $332.00 |
| 11. Claim Analysis/Accounting | 48.2 | $33,863.50 |
| 18. Operating and Other Reports | 21.1 | $11,182.50 |
| 19. Cash Flow/Cash Management Liquidity | 60.3 | $35,263.00 |
| 25. Litigation | 1.6 | $1,244.50 |
| **Total** | **165.0** | **$98,195.00** |
| **Agreed Upon Discount** $495 **Maximum Blended Rate** | | **($16,520.00)** |
| **Total Requested Fees** | | **$81,675.00** |
| **Blended Rate** | | **$495.00** |



**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

**Berkeley Research Group, LLC**

**Attachment D: Expenses By Category**

For the Period 10/1/2019 through 12/31/2019

| Expense Category | Amount |
|---|---:|
| 02. Travel - Train and Bus | $387.20 |
| 10. Meals | $10.94 |
| **Total Expenses for the Period 10/1/2019 through 12/31/2019** | **$398.14** |

## Relief Requested

This is Berkeley Research Group's ("BRG") second interim fee application for compensation (the "Fee Application") for the period October 1, 2019 through December 31, 2019 (the "Interim Fee Period") filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order"), [Dkt #341].  BRG requests: (a) allowance of compensation in the amount of $81,675.00 for actual, reasonable and necessary professional services rendered to the Committee by BRG and (b) reimbursement of actual, reasonable and necessary costs and expenses in the amount of $398.14 incurred by BRG.

## Services Rendered and Disbursements Incurred

Incorporated herein by reference are BRG's third and fourth monthly fee application, as shown in **Attachment A** above.  Attached as **Attachment B** is the schedule of professionals who rendered services to the during the Interim Fee Period, including each person's billing rate and the blended rate and **Attachment C** shows the schedule of fees expended during the Interim Fee Period by task code.  Attached as **Attachment D** shows the summary totals for each category of expense during the Interim Fee Period.

## Notice and Objection Procedures

BRG provided notice of this Fee Statement to: (a) The Debtors; (b) counsel to the Debtors; (c) Counsel to the Committee; (d) The Office of the U.S. Trustee; and (e) Counsel for the DIP Agent (collectively, the "Notice Parties").

Wherefore, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $81,675.00 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $398.14 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $82,073.14 which is equal to the sum of 100% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period, which remain unpaid, and (c) and granting such other and further relief as the Court may deem just and proper.

Date:   3/26/2020                    Berkeley Research Group, LLC


   /s/ Christopher J. Kearns
Christopher J. Kearns
Managing Director
810 7th Ave., 41st Floor
New York, NY 10019
(212) 782-1409