# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

FILED
2020 MAR 27  AM 9:01
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., | Case No. 19-11466 (MFW) |
| Debtors. | |

### Future IT Advisors, LLC's Response to the Twentieth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases

Future IT Advisors, LLC ("FIT"), a counterparty in the above-referenced bankruptcy, does not object to the cancellation of the Master Service Agreement (the "Agreement") between FIT and Philadelphia Academic Health System, LLC ("PAHS"), as PAHS terminated the Agreement effective December 20, 2018, before PAHS filed for bankruptcy. However, FIT is filing this respond to notify the Court, PAHS and the Debtors/Debtors in Possession that FIT reserves all of its rights to collect the amounts due to it under the Agreement, which were due before PAHS filed for bankruptcy and for which FIT has already filed a proof of claim in the bankruptcy.

Dated: March 23, 2020

Respectfully submitted,

**GRIESING LAW, LLC**

BY:  s/ Edward L. Fisher
Edward L. Fisher, Esq.
PA Attorney I.D. No.: 86652[1]
1880 JFK Blvd., Suite 1800
Philadelphia, PA 19103
(215) 618-3720
(215) 814-9049 [fax]
*Attorney for Future IT Advisors, LLC*

---

[1] While not admitted in Delaware, we represent FIT and filed the proof of claim in the above referenced bankruptcy matter. We are now filing this response to the Twentieth Omnibus Motion on behalf of FIT.

## CERTIFICATE OF SERVICE

I, Edward T. Fisher, Esq., hereby certify that on this 23rd day of March, 2020, I caused a true and correct copy of the foregoing Future H Advisors, LLC's Response to the Twentieth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases to be served via First Class Mail to the Court and via email to Counsel for Debtors and Debtors in Possession.

/s/ Edward T. Fisher
Edward T. Fisher, Esq.

Edward T. Fisher, Esq.
Direct Dial: 215-501-7846
efisher@griesinglaw.com



2020 MAR 27  AM 9: 01

March 23, 2020

**VIA FIRST CLASS MAIL**
Judge Mary F. Walrath
U.S. Bankruptcy Court, District of Delaware
824 Market St. N, 5th Floor
Wilmington, DE 19801

Re:  *In re: CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.*, United States Bankruptcy Court for the District of Delaware, Case No. 19-11466 (MFW)

Counterparty Future IT Advisors, LLC's Response to the Twentieth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases

Dear Judge Walrath:

We represent Counterparty Future IT Advisors, LLC ("FIT") in the above-referenced matter. Enclosed please find a courtesy copy of Future IT Advisors, LLC's Response to the Twentieth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases (the "FIT Response"), the original of which was sent to the Clerk's Office via first class mail for filing today. Please note that while we represent FIT, we are not licensed in Delaware (and thus do not e-file in the Court) but did file a proof of claim on behalf of FIT. We have emailed a copy of this response to counsel for the Debtors and the Debtors in Possession.

Please contact me should you have any questions. Thank you.

Sincerely,

*/s/ Edward T. Fisher*
Edward T. Fisher

Cc:   Mark Minuti (via email)
      Monique B. DiSabatino (via email)
      Jeffrey C. Hampton (via email)
      Adam H. Isenberg (via email)
      Aaron S. Applebaum (via email)