IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, am employed in the county of Los Angeles, State of California. I hereby certify that on March 25, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- Order Approving Twenty-First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1501]

Dated: March 26, 2020

/s/ Jorge Rodriguez
Jorge Rodriguez
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 26TH day of March, 2020, by Jorge Rodriguez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Notary Public
Notary Public

SCOTT M. EWING
Notary Public - California
Los Angeles County
Commission # 2155599
My Comm. Expires Jun 3, 2020

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

| | | |
|---|---|---|
| JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |
| KEYSTONE QUALITY TRANSPORT CO<br>TSTRINE@GMAIL.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM |
| LEGAL CLINIC FOR THE DISABLED, INC.<br>LINDA PEYTON, EXEC DIR<br>LPEYTON@LCDPHILA.ORG | LITCHFIELD CAVO LLP<br>ANDREW S KESSLER<br>KESSLER@LITCHFIELDCAVO.COM | MAGGIANO'S LITTLE ITALY<br>PHILADELPHIA.BANQUET@MAGGIANOS.COM |
| MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM |
| MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC<br>DAVID H. LEIGH<br>DLEIGH@RQN.COM |
| MED ONE CAPITAL FUNDING, LLC<br>MARK STEVENS<br>MSTEVENS@MEDONECAPITAL.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MJR TECHNOLOGIES, INC.<br>MRAGAN@GT-TELE.COM |
| MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | NEXCORE PROPERTIES PA LLC<br>DEBORAH WEDDERBURN<br>DEBBIE.WEDDERBURN@NEXCOREGROUP.COM |
| NTHRIVE<br>JEN DEYOUNG<br>JDEYOUNG@NTHRIVE.COM | NTHRIVE REVENUE SYSTEMS, LLC<br>RMCONTRACTS@NTHRIVE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM |
| OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM |
| O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM |
| PARK AMERICA, INC<br>BRIAN LIPKIN<br>BLIPKINPA@AOL.COM | PATINO LANDSCAPING GROUP, LLC<br>ARMANDO PATINO, PRESIDENT<br>ARMANDOPATINO@VERIZON.NET | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |

| | | |
|---|---|---|
| POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM |
| RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM |

Parties Served: 126

# **EXHIBIT B**

| | | |
|---|---|---|
| BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 |
| ICONTRACTS, INC.<br>1101 US ROUTE 22 W, STE 104<br>BRIDGEWATER, NJ 08807 | IMA CONSULTING<br>ATTN: CEO<br>6 HILLMAN DR, STE 100<br>CHADDS FORD, PA 19317 | IMMACULATTA UNIVERSITY<br>1145 KING RD<br>IMMACULATA, PA 19345 |
| IMMACULATTA UNIVERSITY<br>ATTN: VP FOR ACADEMIC AFFAIRS<br>1145 W KING RD<br>IMMACULATA, PA 19345 | IMPAC MEDICAL SYSTEMS, INC<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 403524<br>ATLANTA, GA 30384 | INDEPENDENCE UNIVERSITY<br>4021 S 700 E, STE 400<br>SALT LAKE CITY, UT 84107 |
| INFORMA SOFTWARE<br>2300 MAITLAND CENTER PKWY, STE 220<br>MAITLAND, FL 32751 | INSTITUTE FOR DERMATOPATHOLOGY<br>ATTN: DAVID PYC<br>3805 W CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 | INTEGRA LIFE SCIENCES SALES LLC<br>311 ENTERPRISE DR<br>PLAINSBORO, NJ 08536 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | INTRALINKS, INC.<br>ATTN: GENERAL COUNSEL<br>685 3RD AVE, 9TH FL<br>NEW YORK, NY 10017 |
| INTUITIVE SURGICAL, INC<br>1266 KIFER RD<br>SUNNYVALE, CA 94086 | INTUITIVE SURGICAL, INC<br>DEPT 33629<br>P.O. BOX 39000<br>SAN FRANCISCO, CA 94139 | INTUITIVE SURGICAL, INC<br>PAYMENT FROM ST FRANCIS<br>DEPT 33629<br>P.O. BOX 39000<br>SAN FRANCISCO, CA 94139 |
| IODINE SOFTWARE, LLC<br>ATTN: CONTRACTS MANAGER<br>6850 AUSTIN CENTER BLVD<br>AUSTIN, TX 78731 | JAY M. YANOFF, EDD<br>ADDRESS REDACTED | JAY M. YANOFF, EDD<br>ADDRESS REDACTED |
| JDR CONSULTING, LLC<br>3175 TROON DR<br>CENTER VALLEY, PA 18034 | JDR CONSULTING, LLC<br>ATTN: CEO/PRINCIPAL<br>3175 TROON DR<br>CENTER VALLEY, PA 18034 | JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 |
| JOHN CALVITTI COMPANY<br>ATTN: RICHARD CALVITTI, PRESIDENT<br>3200 SCOTTS LN<br>PHILADELPHIA, PA 19129-1527 | JOHN CALVITTI COMPANY INC<br>3200 SCOTTS LN<br>PHILADELPHIA, PA 19129-1527 | JOHN DOWDLE<br>9772 POWDER HALL RD<br>PERRY HALL, MD 21128 |
| JOHNGSELF + PARTNERS INC<br>P.O. BOX 7403<br>TYLER, TX 75711 | JOHNGSELF PARTNERS, INC.<br>ATTN: JOHN G. SELF, PRESIDENT<br>3131 MCKINNEY AVE, STE 600<br>DALLAS, TX 75204 | JP ZIMMERMAN PCS LLC<br>37 STREAM BANK DR<br>FREEHOLD, NJ 07728 |

| | | |
|---|---|---|
| K&C STRATEGIC POLICY GROUP, LLC<br>21351 GENTRY DR, STE 210<br>STERLING, VA 20166 | K&C STRATEGIC POLICY GROUP, LLC<br>ATTN: NANCY MCNEILLY<br>21351 GENTRY DR, STE 210<br>STERLING, VA 20166 | K&C STRATEGIC POLICY GROUP, LLC<br>DBA DEBRUNNER & ASSOCIATES<br>ATTN: ELLEN KUGLER<br>112 WALNUT ST<br>HARRISBURG, PA 17101 |
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br>2151 E GRAND AVE<br>EL SEGUNDO, CA 90245 | KARL STORZ ENDOSCOPY-AMERICA, INC.<br>FILE 53514<br>LOS ANGELES, CA 90074-3514 | KASSCON BUILDING SERVICES, LLC<br>P.O. BOX 56323<br>PHILADELPHIA, PA 19130 |
| KASSCON C&R LLC<br>P.O. BOX 56323<br>PHILADELPHIA, PA 19130 | KEYSTONE QUALITY TRANSPORT<br>1260 E WOODLAND AVE<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT<br>ATTN: NEIL BRADY, VP BUS DEVT<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 |
| KEYSTONE QUALITY TRANSPORT<br>ATTN: NEIL BRADY, VP BUS DEVT<br>RE: (TENANT)<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT CO<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT CO<br>ATTN: JEFFREY KURTZMAN<br>401 S 2ND ST, STE 200<br>PHILADELPHIA, PA 19147 |
| KEYSTONE QUALITY TRANSPORT CO<br>DBA EMSTAR<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT COMPANY DBA EMS<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | KEYSTONE QUALITY TRANSPORT INC<br>DBA EMSTAR MEDICAL TRANSPORT<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 |
| LAKE ERIE COLLEGE<br>391 W WASHINGTON ST<br>PAINESVILLE, OH 44077 | LANGUAGE SERVICES ASSOCIATES, INC.<br>455 BUSINESS CENTER DR, STE 100<br>HORSHAM, PA 19044 | LANGUAGE SERVICES ASSOCIATES, INC.<br>ATTN: DEBRA ELIZABETH SUMMERS<br>455 BUSINESS CENTER DR, STE 100<br>HORSHAM, PA 19044 |
| LANGUAGE SERVICES ASSOCIATES, INC.<br>P.O. BOX 829752<br>PHILADELPHIA, PA 19182-9752 | LASALLE UNIVERSITY<br>ATTN: BUSINESS AFFAIRS & AFFIRM ACTION OFFICER<br>1900 W OLONEY AVE<br>PHILADELPHIA, PA 19141 | LASALLE UNIV-SCHOOL OF NURSING<br>1900 W OLNEY AVE<br>PHILADELPHIA, PA 19141 |
| LEGAL CLINIC FOR THE DISABLED, INC.<br>6 FRANKLIN PLAZA<br>PHILADELPHIA, PA 19102-1177 | LEGAL CLINIC FOR THE DISABLED, INC.<br>ATTN: LINDA PEYTON, EXEC DIR<br>1513 RACE ST<br>PHILADELPHIA, PA 19102 | LIFELINE SOFTWARE, INC.<br>2407 PEMBERTON PL<br>AUSTIN, TX 78703 |
| LINCOLN MEMORIAL UNIVERSITY<br>DEBUSK COLLEGE OF OSTEOPATHIC MEDICINE<br>6965 CUMBERLAND GAP PKWY<br>HARROGATE, TN 37752 | LINCOLN TECHNICAL INSTITUTE<br>200 EXEC DR, STE 340<br>W. ORANGE, NJ 07052 | LIONS EYE BANK OF DELAWARE VALLEY<br>401 N 3RD ST, STE 305<br>PHILADELPHIA, PA 19123-4101 |
| LIONS EYE BANK OF DELAWARE VALLEY<br>ATTN: EXEC DIR<br>401 N 3RD ST, STE 305<br>PHILADELPHIA, PA 19123-4101 | LITCHFIELD CAVO<br>ADDRESS REDACTED | LITCHFIELD CAVO LLP<br>ATTN: ANDREW S KESSLER<br>1515 MARKET ST, STE 1220<br>PHILADELPHIA, PA 19102-1903 |
| LOYOLA UNIVERSITY MARYLAND, INC.<br>8890 MCGRAW RD<br>COLUMBIA, MD 21045 | LOYOLA UNIVERSITY MARYLAND, INC.<br>ATTN: ASSOC DEAN FOR GRAD PROGS<br>4501 N CHARLES ST<br>BALTIMORE, MD 21210 | LUMEDX CORPORATION<br>ATTN: DEAN CATES, SENIOR VP AND GM, NORTHE/<br>555 12TH ST, STE 2060<br>OAKLAND, CA 94607 |

| | | |
|---|---|---|
| LUMEDX CORPORATION<br>FILE 1305<br>1801 W OLYMPIC BLVD<br>PASADENA, CA 91199-1305 | MAGEE REHABILITATION CENTER<br>1513 RACE ST<br>PHILADELPHIA, PA 19102 | MAGEE REHABILITATION HOSPITAL<br>ATTN: PRESIDENT & CEO<br>1513 RACE ST<br>PHILADELPHIA, PA 19102 |
| MAGGIANO'S LITTLE ITALY<br>ATTN: VICTORIA HUTCHINSON<br>1201 FILBERT ST<br>PHILADELPHIA, PA 19107 | MAIN LINE FERTILITY CENTER, INC<br>MICHAEL GLASSNER, MD<br>825 OLD LANCASTER RD, STE 170<br>BRYN MAWR, PA 190010 | MAJOR MEDICAL HOSPITAL SERVICES, INC.<br>ATTN: PRESIDENT<br>150 COOPER RD<br>WEST BERLIN, NJ 08091 |
| MAJOR MEDICAL HOSPITAL SVC<br>ACCTS RECEIVABLE<br>150 COOPER RD, STE G20<br>W BERLIN, NJ 08091 | MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MARYVILLE UNIVERSITY OF ST. LOUIS<br>650 MARYVILLE UNIVERSITY DR<br>ST. LOUIS, MO 63141 |
| MCG HEALTH, LLC<br>ATTN: CONTRACTS DEPT<br>901 5TH AVE, STE 2000<br>SEATTLE, WA 98164 | MCP HAHNEMANN UNIVERSITY<br>3300 HENRY AVE<br>ANN PRESTON HALL, RM 365<br>PHILADELPHIA, PA 19129 | MCP HAHNEMANN UNIVERSITY<br>COLLEGE OF NRSG & HEALTH PROF<br>245 N 15TH ST, MS 501<br>PHILADELPHIA, PA 19102-1192 |
| MCP HAHNEMANN UNIVERSITY<br>SCHOOL OF MEDICINE<br>245 N 15TH ST MS, STE 495<br>PHILADELPHIA, PA 19102-1192 | MDS CARPETING & FLOORING, INC.<br>455 PENN ST<br>YEADON, PA 19050 | MED ONE CAPITAL FUNDING, LLC<br>10712 SOUTH 1300 EAST<br>SANDY, UT 84094 |
| MED ONE CAPITAL FUNDING, LLC<br>ATTN: MARK STEVENS<br>10712 S 1300 E<br>SANDY, UT 84094 | MED ONE CAPITAL FUNDING, LLC<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | MED ONE CAPITAL FUNDING, LLC<br>C/O RAY QUINNEY & NEBECKER P.C.<br>ATTN: DAVID H. LEIGH, ESQ.<br>36 SOUTH STATE ST, STE 1400<br>SALT LAKE CITY, UT 84111 |
| MED ONE CAPITAL FUNDING, LLC<br>DAVID H. LEIGH, ESQ.<br>RAY QUINNEY & NEBEKER P.C.<br>36 S STATE ST, STE 1400<br>SALT LAKE CITY, UT 84111 | MED ONE CAPITAL FUNDING, LLC<br>DBA IPA ONE<br>10712 S 1300 E<br>EAST SANDY, UT 84094 | MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 |
| MEDICAL STAFFING SOLUTIONS, INC.<br>DBA STAT RESOURCES<br>4499 OLD WILLIAM PENN HWY<br>MURRYSVILLE, PA 15668-1923 | MEDSENTRIX, LLC<br>ATTN: JOEL DEO, OWNER<br>P.O. BOX 1113<br>EXTON, PA 19341 | MED-TEX SERVICES, INC.<br>6940 STATE RD<br>PHILADELPHIA, PA 19135 |
| MED-TEX SERVICES, INC.<br>P.O. BOX 240<br>PENNS PARK, PA 18943 | MEDTRONIC USA INC.<br>4642 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | MEDTRONIC USA INC.<br>8200 CORAL SEA ST NE<br>MOUNDS VIEW, MN 55112 |
| MEDTRONIC USA INC.<br>ATTN: BRIAN CASTELEIN CBA<br>4642 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | MEDTRONIC USA INC.<br>ATTN: CAPITAL REGIONAL CONTRACT ANALYST<br>826 COAL CREEK CIR<br>LOUISVILLE, CO 80027 | MERCY CATHOLIC MEDICAL CENTER<br>DBA MERCY HOSPITAL OF PHILA<br>P.O. BOX 828281<br>PHILADELPHIA, PA 19182 |
| MERCY CATHOLIC MEDICAL CENTER<br>MERCY GOLF CLASSIC<br>MERCY FITZGERALD HOSPITAL<br>1500 LANSDOWNE AVE<br>DARBY, PA 19023 | MERIDIAN BIOSCIENCE CORPORATION<br>3471 RIVER HILLS DR<br>CINCINNATI, OH 45244 | MERIDIAN BIOSCIENCE CORPORATION<br>P.O. BOX 630224<br>CINCINNATI, OH 45263-0224 |

| | | |
|---|---|---|
| MERIDIAN BIOSCIENCE INC.<br>3471 RIVER HILLS DR<br>CINCINNATI, OH 45244 | MERIDIAN BIOSCIENCE INC.<br>ATTN: ARNOLD MILLS<br>3471 RIVER HILLS DR<br>CINCINNATI, OH 45244 | METROPOLITAN ANESTHESIA SERVICES, INC.<br>ATTN: CEO<br>246 WHEATSHEAF LANE<br>LANGHORNE, PA 19047 |
| METROPOLITAN NEPHROLOGY ASSOCIATES<br>235 N BROAD ST, STE 100<br>PHILADELPHIA, PA 19107 | MICHIGAN STATE UNIVERSITY COLLEGE OF OSTEOPA<br>965 FEE RD, RM C110<br>EAST LANSING, MI 48824 | MIDWESTERN UNIVERSITY<br>ATTN: AUDRA STEPHENS<br>555 31ST ST, HHH, STE 305<br>DOWNERS GROVE, IL 60515 |
| MJR TECHNOLOGIES, INC.<br>6211 KELLERS CHURCH RD<br>PIPERSVILLE, PA 18947 | MJR TECHNOLOGIES, INC.<br>DBA GT TELECOM<br>ATTN: PRESIDENT<br>6211 KELLERS CHURCH RD<br>PIPERSVILLE, PA 18947 | MJR TECHNOLOGIES, INC.<br>DBA GT TELECOM INC<br>6211 KELLERS CHURCH RD<br>PIPERSVILLE, PA 18947 |
| NANCY WEST COMMUNICATIONS<br>ATTN: NANCY WEST, PRINCIPAL<br>1108 SHAW DR<br>FORT WASHINGTON, PA 19034-1727 | NATHAN FREEDMAN<br>ADDRESS REDACTED | NATHAN FREEDMAN<br>ADDRESS REDACTED |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NAZARETH HOSPITAL<br>2601 HOLME AVE<br>PHILADELPHIA, PA 19152 |
| NAZARETH HOSPITAL<br>C/O MERCY HEALTH SYSTEM<br>ATTN: ROBERT BROWN<br>ONE W ELM ST, STE 100<br>CONSHOHOCKEN, PA 19428 | NAZARETH HOSPITAL<br>SCHOOL OF NURSE ANESTHESIOLOGY<br>2601 HOLME AVE<br>PHILADELPHIA, PA 19152 | NAZARETH HOSPITAL, SCHOOL OF NURSING<br>2601 HOLME AVE<br>PHILADELPHIA, PA 19152 |
| NEFF AND ASSOCIATES, INC.<br>13 S 3RD ST, 4TH FL<br>PHILADELPHIA, PA 19106 | NEFF AND ASSOCIATES, INC.<br>ATTN: MARYANN LUDWICK<br>13 S 3RD ST, 4TH FL<br>PHILADELPHIA, PA 19106 | NEFF AND ASSOCIATES, INC.<br>ATTN: PRESIDENT<br>15 S 3RD ST, 4TH FL<br>PHILADELPHIA, PA 19106 |
| NEOPOST INC<br>478 WHEELERS FARMS RD<br>MILFORD, CT 06461 | NESTLE WATERS NORTH AMERICA<br>DBA POLAND SPRING<br>RE ST CHRISTOPHERS<br>P.O. BOX 856192<br>LOUISVILLE, KY 40285-6192 | NESTLE WATERS NORTH AMERICA<br>DBA READY REFRESH<br>P.O. BOX 856192<br>LOUISVILLE, KY 40285-6192 |
| NESTLE WATERS NORTH AMERICA<br>P.O. BOX 856192<br>LOUISVILLE, KY 40285-6192 | NEURO-OPHTHALMOLOGIC ASSOC<br>ATTN: ROBERT SERGOTT, MD<br>840 WALNUT ST, STE 930<br>PHILADELPHIA, PA 19107 | NEUROSURGICAL ANESTHESIA CONSULTING<br>ATTN: BRETT KOLLMEIER, MD<br>5245 UPPER MOUNTAIN RD, STE A<br>NEW HOPE, PA 18938 |
| NEW YORK BLOOD CENTER<br>P.O. BOX 419137<br>BOSTON, MA 02241-9137 | NEW YORK BLOOD CENTER, INC.<br>ATTN: GENERAL COUNSEL<br>310 EAST 67TH ST<br>NEW YORK, NY 10065 | NEW YORK COLLEGE OF PODIATRIC MEDICINE<br>53 E 124TH ST<br>NEW YORK, NY 10035 |
| NEXCORE PROPERTIES PA LLC<br>ATTN: DEBORAH WEDDERBURN<br>1621 18TH ST, STE 250<br>DENVER, CO 80202 | NIXON UNIFORM SERVICE, INC.<br>500 CENTERPOINT BLVD<br>NEW CASTLE, DE 19720 | NORTH PHILADELPHIA HEALTH SYSTEM<br>801 W GIRARD AVE<br>PHILADELPHIA, PA 19122 |

| | | |
|---|---|---|
| NTHRIVE<br>ATTN: JEN DEYOUNG<br>200 N POINT CTR E, STE 600<br>ALPHARETTA, GA 30022 | NTHRIVE<br>ATTN: MATT DARDENNE<br>200 N POINT CENTER E, STE 600<br>ALPHARETTA, GA 30022 | NTHRIVE REVENUE SYSTEMS, LLC<br>ATTN: LEGAL/CONTRACTING<br>200 N POINT CENTER E, STE 600<br>ALPHARETTA, GA 30022 |
| NTHRIVE, INC.<br>ATTN: KAY ENNIS<br>200 N POINT CENTER E, STE 600<br>ALPHARETTA, GA 30022 | NTHRIVE, INC.<br>P.O. BOX 733492<br>DALLAS, TX 75373-3492 | NUCLEAR MEDICINE RESOURCES, INC.<br>ANTHONY T GUALTIERI<br>101 WENDEE WAY<br>SEWELL, NJ 08080 |
| OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWE<br>DBA CONCENTRA MEDICAL CTRS<br>609 GLOBAL WAY, STE 102<br>LINTHICUM, MD 21090 | OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWE<br>DBA CONCENTRA MEDICAL CTRS<br>ATTN: CANDICE HENSON<br>5080 SPECTRUM DR, 1200W<br>ADDISON, TX 75001 | OCCUPATIONAL HEALTH CENTERS OF THE SOUTH<br>DBA CONCENTRA MEDICAL CTRS<br>ATTN: PRESIDENT<br>5080 SPECTRUM DR, STE 1200W<br>ADDISON, TX 75001 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | OHIO UNIVERSITY HERITAGE COLLEGE OF OSTEO<br>1 OHIO UNIVERSITY<br>ATHENS, OH 45701 |
| OMNICELL, INC.<br>590 E MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 | OMNICELL, INC.<br>P.O. BOX 204650<br>DALLAS, TX 75320-4650 | OMNIGO SOFTWARE<br>10430 BAUR BLVD<br>ST. LOUIS, MO 63132 |
| OPTUM360 LLC<br>P.O. BOX 88050<br>CHICAGO, IL 60680-1050 | OPTUM360 SOLUTIONS, LLC<br>ATTN: GENERAL COUNSEL<br>11000 OPTUM CIR<br>EDEN PRAIRIE, MN 55344 | OPTUM360 SOLUTIONS, LLC<br>C/O SHIPMAN & GOODWIN LLP<br>ATTN: ERIC GOLDSTEIN<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103 |
| OPTUM360/UHC<br>ATTN: CDM/ BANKRUPTCY<br>185 ASYLUM ST 03B<br>HARTFORD, CT 06103 | OREGON HEALTH & SCIENCE UNIVERSITY<br>ATTN: LAWRENCE J. FURNSTAHL<br>3181 SW SAM JACKSON PARK RD<br>PORTLAND, OR 97239 | OREGON HEALTH & SCIENCE UNIVERSITY<br>ATTN: SUZANNE SIMMONS, DEPT ADMIN<br>SJH 4129<br>3181 SW SAM JACKSON PARK RD<br>PORTLAND, OR 97239 |
| OREGON HEALTH SCIENCES UNIVERSITY<br>PATIENT BUSINESS SVCS<br>P.O. BOX 3595<br>PORTLAND, OR 97207 | OSTEOMED CORPORATION<br>2241 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | OSTEOMED, LP<br>3885 ARAPAHO RD<br>ADDISON, TX 75001 |
| PACIFIC NORTHWEST UNIVERSITY OF HEALTH SCIEN<br>COLLEGE OF OSTEOPATHIC MEDICINE<br>200 UNIVERSITY PKWY<br>YAKIMA, WA 98901 | PAIN CARE PC<br>199 NEW RD, STE 62-63<br>LINWOOD, NJ 08221 | PAIN CARE PROFESSIONALS<br>P.O. BOX 237<br>WYNNEWOOD, PA 19096 |
| PAIN CARE PROFESSIONALS<br>RE: (TENANT)<br>P.O. BOX 237<br>WYNNEWOOD, PA 19096 | PAIN CARE PROFESSIONALS INC<br>DBA PAIN CARE GROUP INC<br>P.O. BOX 237<br>WYNNEWOOD, PA 19096 | PAIN CARE PROFESSIONALS, INC<br>ATTN: WES PROKOP, MD<br>15 PRESIDENTIAL BLVD, STE 100<br>BALA CYNWYD, PA 19004 |
| PAIN CARE PROFESSIONALS, INC (DR. WES PROKOP)<br>ATTN: WES PROKOP, MD<br>15 PRESIDENTIAL BLVD, STE 100<br>BALA CYNWYD, PA 19004 | PAIN CARE, PC (LINWOOD, NJ)<br>ATTN: JEFFREY PETERSOHN, MD<br>199 NEW RD, STE 62-63<br>LINWOOD, NJ 08221 | PARADIGM MECHANICAL, LLC<br>805 W 5TH ST, STE 11<br>LANSDALE, PA 19446 |

| | | |
|---|---|---|
| PARK AMERICA, INC<br>ONE BALA AVE, STE 500<br>BALA CYNWYD, PA 19004 | PARK AMERICA, INC<br>RE: (LICENSOR)<br>ONE BALA AVE, STE 500<br>BALA CYNWYD, PA 19004 | PARK AMERICA, INC OF PA<br>1 BALA AVE, STE 500<br>BALA CYNWYD, PA 19004 |
| PARKWAY CORPORATION<br>150 N BROAD ST<br>PHILADELPHIA, PA 19102-1424 | PARKWAY CORPORATION<br>ATTN: HOWARD TRACHTMAN, SNR VP-FIN/GEN CNSL<br>150 N BROAD ST<br>PHILADELPHIA, PA 19102 | PARKWAY CORPORATION<br>ATTN: PAUL IERUBINO, SNR VP & CHIEF OF OPS<br>RE: (LANDLORD)<br>150 N BROAD ST<br>PHILADELPHIA, PA 19102 |
| PARKWAY CORPORATION<br>PAYMENT FROM HAHNEMANN<br>150 N BROAD ST<br>PHILADELPHIA, PA 19102-1424 | PATINO LANDSCAPING GROUP, LLC<br>ATTN: ARMANDO PATINO, PRESIDENT<br>75 SHELTER LANE<br>LEVITTOWN, PA 19055 | PAUL RABINOWITZ GLASS CO INC<br>1401-15 N AMERICAN ST<br>PHILADELPHIA, PA 19122 |
| PAUL RABINOWITZ GLASS CO INC<br>ATTN: MARK RABINOWITZ, PRESIDENT<br>1401 N AMERICAN ST<br>PHILADELPHIA, PA 19122 | PAYTECH, INC.<br>7979 E TUFTS AVE, STE 1000<br>DENVER, CO 80237 | PELVIC AND SEXUAL HEALTH INSTITUTE<br>DBA PHILADELPHIA UROSURGICAL ASSOCIATES<br>ATTN: KRISTENE WHITMORE, MD<br>207 N BROAD ST, 4TH FL<br>PHILADELPHIA, PA 19107 |
| PENN DEPT OF HEALTH, CHRONIC RENAL DISEASE PR<br>ATTN: DIV OF CHILD & ADULT HEALTH SVCS<br>625 FORSTER ST, 7TH FL, E WING<br>HARRISBURG, PA 17120 | PENNONI ASSOCIATES<br>ATTN: JOSEPH RADAY, PE, CME<br>1900 MARKET ST, STE 300<br>PHILADELPHIA, PA 19103 | PENNONI ASSOCIATES INC<br>P.O. BOX 827328<br>PHILADELPHIA, PA 19182-7328 |
| PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | |

Parties Served: 185