## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, am employed in the county of Los Angeles, State of California. I hereby certify that on March 25, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Approving Twenty-Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1502]**

Dated: March 26, 2020

Jorge Rodriguez
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 26th day of March, 2020, by Jorge Rodriguez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

SCOTT M. EWING
Notary Public - California
Los Angeles County
Commission # 2155599
My Comm. Expires Jun 3, 2020

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## **<u>EXHIBIT A</u>**

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
 MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P.C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients                    Served 3/25/2020

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

O'MELVENY & MYERS, LLP
DANIEL S. SHAMAH
DSHAMAH@OMM.COM

O'MELVENY & MYERS, LLP
DIANA M. PEREZ
DPEREZ@OMM.COM

O'MELVENY & MYERS, LLP
SUZZANNE UHLAND
SUHLAND@OMM.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

PERIGEN
FINANCE@PERIGEN.COM

PHILADELPHIA COLLEGE OF OSTEOPATH
PETER DOULIS
PETERD@PCOM.EDU

PHILADELPHIA UROSURGICAL ASSOC PC
BLADDER1@AOL.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

RADIATION ONCOLOGISTS, PA
JSTRASSER@CHRISTIANACARE.ORG

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

**Center City Healthcare, LLC, et al. - Service List to e-mail Recipients**

| | | |
|---|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM |
| SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM |
| STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM |
| THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM |
| UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM |
| WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM | | |

Parties Served: 118

# <u>EXHIBIT B</u>

Center City Healthcare, LLC, et al. - U.S. Mail                                          Served 3/25/2020

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

CITY OF PHILADELPHIA
ATTN: LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA 19102

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

FOOT & ANKLE CTR OF PHILADELPHIA, LLC
ATTN: STEPHEN BOC, DPM
235 N BROAD ST
PHILADELPHIA, PA 19107

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JEFFER MANGELS BUTLER & MITHCELL LLP
ATTN: MARIANNE S. MARTIN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MED ONE CAPITAL FUNDING, LLC.
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

PAUL RABINOWITZ GLASS CO INC
1401-15 NO AMERICAN ST
PHILADELPHIA, PA 19122

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PENNSYLVANIA HOSP OF THE UNIVERSITY OF PA HEA
ATTN: THERESA M LARIVEE, MBA/DOMINIC MARCHIAN
800 SPRUCE ST
PHILADELPHIA, PA 19107

PERIGEN
ATTN: DEBRA MEYER GLOSSOP
100 REGENCY FOREST DR, STE 200
CARY, NC 27518

PERIGEN, INC.
ATTN: CHIEF FINANCIAL OFFICER
100 REGENCY FOREST DR, STE 200
CARY, NC 27518

PERIGEN, INC.
P.O. BOX 200893
PITTSBURGH, PA 15251-0893

PHILADELPHIA COLLEGE OF MEDICINE
4170 CITY AVE
PHILADELPHIA, PA 19131

PHILADELPHIA COLLEGE OF OSTEOPATH
ATTN: PETER DOULIS
P.O. BOX 824101
PHILADELPHIA, PA 19182-4101

PHILADELPHIA COLLEGE OF OSTEOPATH
DBA PCOM PRINTING SVCS
4190 CITY AVE STE, STE 101
PHILADELPHIA, PA 19131-1693

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICI
4170 CITY AVE, DEANS STE
PHILADELPHIA, PA 19131

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
ATTN: JAY FELDSTEIN
4180 CITY AVE
PHILADELPHIA, PA 19131

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
ATTN: MARGARET MCKEON
4170 CITY AVE
PHILADELPHIA, PA 19131

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICI
C/O BLANK ROME, LLP
ATTN: JOSE BIBILONI
ONE LOGAN SQ
130 N 18TH ST
PHILADELPHIA, PA 19103

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
P.O. BOX 824101
PHILADELPHIA, PA 19182-4101

PHILADELPHIA EAR, NOSE & THROAT ASSOCIATES
ATTN: ROBERT SATALOFF, MD
219 N BROAD ST, 10TH FL
PHILADELPHIA, PA 19107

PHILADELPHIA EAR, NOSE, AND THROAT
219 N BROAD ST, 10TH FL
PHILADELPHIA, PA 19107

Center City Healthcare, LLC, et al. - U.S. Mail                                                    Served 3/25/2020

PHILADELPHIA GASTROENTEROLOGY GROUP
ATTN: LARRY BOROWSKY, MD
525 JAMESTOWN AVE, STE 101
PHILADELPHIA, PA 19128

PHILADELPHIA GASTROENTEROLOGY GROUP
RICHARD GAMBESCIA MD
1811 S BROAD ST
PHILADELPHIA, PA 19148

PHILADELPHIA NURSING HOME
2100 WEST GIRARD AVE
PHILADELPHIA, PA 19130

PHILADELPHIA UROSURGICAL ASSOC PC
207 N BROAD ST
PHILADELPHIA, PA 19107

PHILADELPHIA UROSURGICAL ASSOC PC
ATTN: KRISTENE E WHITMORE MD
341 SOUTH 5TH ST.
PHILADELPHIA, PA 19106

PHILADELPHIA UROSURGICAL ASSOC PC
ATTN: KRISTENE E. WHITMORE
207 N BROAD ST, 4TH FL
PHILADELPHIA, PA 19107-1500

PHILADELPHIA UROSURGICAL ASSOC PC
ATTN: MARIE LUKO
207 N BROAD ST 4TH FL
PHILADELPHIA, PA 19107

PHILADELPHIA UROSURGICAL ASSOC PC
RE: (LANDLORD)
207 N BROAD ST
PHILADELPHIA, PA 19107

PHILADELPHIA UROSURGICAL ASSOC PC
RE: (LANDLORD)
208 N BROAD ST
PHILADELPHIA, PA 19107

PHILADELPHIA UROSURGICAL ASSOCIATES
1216 ARCH ST, STE 3B
PHILADELPHIA, PA 19107

PHILADELPHIA UROSURGICAL ASSOCIATES
ATTN: KRISTENE WHITMORE, MD
207 N BROAD ST, 4TH FL
PHILADELPHIA, PA 19107

PHILIPS HEALTHCARE
22100 BOTHELL EVERETT HWY
BOTHELL, WA 98021

PHILIPS HEALTHCARE
3000 MINUTEMAN RD
ANDOVER, MA 01810

PHILIPS HEALTHCARE
ATTN: CASH MANAGEMENT DEPT
P.O. BOX 100355
ATLANTA, GA 30384-3831

PHILIPS HEALTHCARE
INFORMATICS
P.O. BOX 403831
ATLANTA, GA 30384-3831

PHILIPS HEALTHCARE
P.O. BOX 403831
ATLANTA, GA 30384-3831

PHILIPS MEDICAL CAPITAL, LLC
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

PITNEY BOWES INC.
3001 SUMMER ST
STAMFORD, CT 06926

PITNEY BOWES INC.
ATTN: GRISSELLE BETANCOURT
27 WATERVIEW DR, 3RD FL.
SHELTON, CT 06484

PITNEY BOWES INC.
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

PLANNED PARENTHOOD - SOUTHEASTERN PENNS
ATTN: LEE A TRIPP, MD
LOCUST ST SURGICAL CENTER
1144 LOCUST ST
PHILADELPHIA, PA 19107

POOVENDRAN SATHTHASIVAM MD
23 JOY ST
SAYRE, PA 18840

PRIME HEALTHCARE SERVICES
DBA LOWER BUCKS HOSPITAL
2100 W GIRARD AVE
PHILADELPHIA, PA 19130

PRIME HEALTHCARE SERVICES
LOWER BUCKS HOSPITAL, LLC
501 BATH RD
BRISTOL, PA 19007

PRIME HEALTHCARE SERVICES - ROXBOROUGH, LLC
5800 RIDGE AVE
PHILADELPHIA, PA 19128

PRIME HEALTHCARE SERVICES - ROXBOROUGH, LLC
DBA ROXBOROUGH MEMORIAL HOSPITAL
5800 RIDGE AVE
PHILADELPHIA, PA 19128

PRIME HEALTHCARE SERVICES, INC.
ATTN: PREM REDDY
3300 EAST GUASTI RD
ONTARIO, CA 91761

PRUETT ROOF
644 VININGS ESTATES DR
MABLETON, GA 30126

PTW NEW YORK CORPORATION
140 58TH ST, STE 5H3
BROOKLYN, NY 11220

PTW NEW YORK CORPORATION
ATTN: MARK SZCZEPANSKI, SR MGR, TECH SVC
140 58TH ST
BROOKLYN, NY 11220

PUBLIC HEALTH MANAGEMENT CORPORATION
1500 MARKET ST, 17TH FL
PHILADELPHIA, PA 19102

PUBLIC HEALTH MANAGEMENT CORPORATION
ATTN: TIMOTHY DONOHUE
CENTRE SQUARE E
1500 MARKET ST
PHILADELPHIA, PA 19102

PUBLIC HEALTH MANAGEMENT CORPORATION
CENTRE SQUARE EAST
1500 MARKET ST
PHILADELPHIA, PA 19102

**Center City Healthcare, LLC, et al. - U.S. Mail**

QUALITY VASCULAR ACCESS SERVICES
DBA QUALITY VASCULAR ACCESS SERVICES
8100 OLD YORK RD, YORKTOWN PLAZA
ELKINS PARK, PA 19027

QUIDEL CORPORATION
12544 HIGH BLUFF DR, STE 200
SAN DIEGO, CA 92130

QUIDEL CORPORATION
FILE 50177
LOS ANGELES, CA 90074-0177

RAD SOURCE TECHNOLOGIES, INC.
4907 GOLDEN PKWY
BUFORD, GA 30518

RAD SOURCE TECHNOLOGIES, INC.
4907 GOLDEN PKWY, STE 400
BULFORD, GA 30518

RAD SOURCE TECHNOLOGIES, INC.
ATTN: LESLIE CONNER
4907 GOLDEN PKWY, STE 400
BUFORD, GA 30518

RADIATION ONCOLOGISTS, PA
ATTN: JON F STRASSER, MD
4701 OGLETOWN-STANTON RD STE, STE 1110
NEWARK, DE 19713

RADIATION ONCOLOGISTS, PA
ATTN: JON STRASSER, MD
161 WILMINGTON-W CHESTER PIKE
CHADDS FORD, PA 19317

RADIATION ONCOLOGISTS, PA
P.O. BOX 4460
GREENVILLE, DE 19807

RADIATION ONCOLOGISTS, PA
P.O. BOX 4460
WILMINGTON, DE 19807-4460

RADIOMETER AMERICA INC.
13217 COLLECTION CENTER DR
CHICAGO, IL 60693

RADIOMETER AMERICA INC.
250 S KRAEMER BLVD
BREA, CA 92821

RADIOMETER AMERICA INC.
DBA HEMOCUE AMERICA
32669 COLLECTION CTR DR
CHICAGO, IL 60693-0326

RANDSTAD PROFESSIONALS US, LLC
DBA TATUM
150 PRESIDENTIAL WAY, 3RD FL
WOBURN, MA 01801

REESE'S PROFESSIONAL
ATTN:PRESIDENT
CLEANING SERVICE LLC
93 OLD YORK RD
JENKINTOWN, PA 19046

REESE'S PROFESSIONAL CLEANING SERVICE, LLC
ATTN: PRESIDENT
93 OLD YORK RD
JENKINTOWN, PA 19046

REGIS UNIVERSITY
3333 REGIS BLVD
DENVER, CO 80221

RESPIRATORY ASSOCIATES, LTD
1001 CITY AVE
WYNNEWOOD, PA 19096-3902

RESPIRATORY ASSOCIATES, LTD
1001 CITY LINE AVE WB 113
WYNNEWOOD, PA 19096

RESPIRATORY ASSOCIATES, LTD
ATTN: ROBERT PROMISLOFF, MD
1001 CITY LINE AVE, STE WB 113
WYNNEWOOD, PA 19096

RESPIRATORY ASSOCIATES, LTD
RE: (TENANT)
1001 CITY AVE
WYNNEWOOD, PA 19096-3902

RHEUMATIC DISEASE ASSOC, LTD
ATTN: CHARLES PRITCHARD, MD
240 MARYLAND AVE, STE 40
WILLOW GROVE, PA 19090

RICHARD N. BEST ASSOCIATES, INC.
15 TRAIL RD
LEVITTOWN, PA 19056

RITTENHOUSE EYE ASSOC, PC
ATTN: WALTER P HARRIS, JR, MD
2000 HAMILTON ST, STE 306
PHILADELPHIA, PA 19130

RITTENHOUSE HEMATOLOGY & ONCOLOGY
ATTN: RENE RUBIN, MD
207 N BROAD ST, 6TH FL
PHILADELPHIA, PA 19107

ROMED, INC.
2860 HEDLEY ST, STE 101
PHILADELPHIA, PA 19137-1919

ROMED, INC.
DBA ROMED AMBULANCE INC
2860 HEDLEY ST, STE 101
PHILADELPHIA, PA 19137-1919

ROMED, INC.
DBA ROMED AMBULANCE INC
ATTN: PRESIDENT
2860 HEDLEY ST, STE 101
PHILADELPHIA, PA 19137-1919

ROWEN COLLEGE AT BURLINGTON COUNTY
601 PEMBERTON BROWN BILLS RD
PEMBERTON, NJ 08068

S.A. COMUNALE CO, INC
603 RYAN AVE
WESTVILLE, NJ 08093

S.R. WOJDAK & ASSOCIATES, LP
DBA WOJDAK GOVERNMENT RELATIONS
ATTN: TOM FLYNN
200 S BROAD ST, STE 850
PHILADELPHIA, PA 19102

SAINT FRANCIS UNIVERSITY
P.O. BOX 600
LORETTO, PA 15940

SCHC PEDIATRIC ASSOCIATES, LLC
160 E ERIE AVE
PHILADELPHIA, PA 19134

Center City Healthcare, LLC, et al. - U.S. Mail                                              Served 3/25/2020

SCHC PEDIATRIC ASSOCIATES, LLC
ATTN: BERNADETTE MANGAN, VP
ERIE AVE AND FRONT ST
PHILADELPHIA, PA 19134

SCHC PEDIATRIC ASSOCIATES, LLC
ATTN: CEO
160 EAST ERIE AVE
PHILADELPHIA, PA 19134

SCHC PEDIATRIC ASSOCIATES, LLC
ATTN: MARTIN HERMAN, MD
160 E ERIE AVE
PHILADELPHIA, PA 19107

SCHC PEDIATRIC ASSOCIATES, LLC
RE: (SUBLESSEE)
160 E ERIE AVE
PHILADELPHIA, PA 19134

SCIENTIFIC APPARATUS SERVICE, INC.
ATTN: PRESIDENT
2100 PARK AVE W
HAINESPORT, NJ 08036

SCIENTIFIC APPARATUS SERVICE, INC.
P.O. BOX 420
HAINESPORT, NJ 08036

SCOTT TESTING INC.
245 WHITEHEAD RD
HAMILTON, NJ 08619

SHARONDA BROWN
1921 8TH ST NW, UNIT 304
WASHINGTON, DC 20001

SHC SERVICES, INC.
1640 W REDSTONE CENTER DR, STE 200
PARK CITY, UT 84098

SHC SERVICES, INC.
DBA SUPPLEMENTAL HEALTHCARE COMPANY
1640 W REDSTONE CENTER DR, STE 200
PARK CITY, UT 84098

SHC SERVICES, INC.
P.O. BOX 677896
DALLAS, TX 75267

SIEMENS INDUSTRY, INC.
1450 UNION MEETING RD
BLUE BELL, PA 19422

SIEMENS INDUSTRY, INC.
2000 CRAWFORD PL, STE 300
MT LAUREL, NJ 08054

SIEMENS INDUSTRY, INC.
C/O CITIBANK
BUILDING TECHNOLOGIES
P.O. BOX 2134
CAROL STREAM, IL 60132-2134

SIEMENS INDUSTRY, INC.
C/O CITIBANK
P.O. BOX 2134
CAROL STREAM, IL 60132-2134

SIEMENS MEDICAL SOLUTIONS USA, INC.
40 LIBERTY BLVD
MALVERN, PA 19355

SIEMENS MEDICAL SOLUTIONS USA, INC.
DEPT LA 21536
PASADENA, CA 91185-1536

SMR HEALTHCARE MANAGEMENT, INC.
4525 DEAN MARTIN DR, UNIT 2308
LAS VEGAS, NV 89103

SMR HEALTHCARE MANAGEMENT, INC.
ATTN: SUZANNE RICHARDS, CHIEF EXEC OFFICER
4525 DEAN MARTIN DR, STE 2308
LAS VEGAS, NV 89103

SODEXO MANAGEMENT, INC.
ATTN: CATHERINE TABAKA, CEO, HEALTHCARE
600 CITY PKWY W, STE 610
ORANGE, CA 92868

SOLID WASTE SERVICES INC.
DBA J P MASCARO & SONS
ATTN: JOSEPH MASCARO
2650 AUDUBON RD
AUDUBON, PA 19403

SOLID WASTE SERVICES INC.
DBA J P MASCARO & SONS
SOUDERTON DIVISION
P.O. BOX 7250
AUDUBON, PA 19407-7250

SOUTHEAST REIMBURSEMENT GROUP, LLC
335 PKWY 575, STE 110
WOODSTOCK, GA 30188

SOUTHEAST REIMBURSEMENT GROUP, LLC
ATTN: KIM HAMPTON, PRINCIPAL
335 PKWY 575, STE 110
WOODSTOCK, GA 30188

SOUTHWEST REGIONAL PCR, LLC
DBA PATHOGENIUS LABORATORY
ATTN: CEO
4321 MARSHA SHARP FWY, STE 2
LUBBOCK, TX 79407

SPECTRA LABORATORIES, INC
525 SYCAMORE DR
MILPITAS, CA 95035

SPECTRUM HEALTH PARTNERS, LLC
341 COOL SPRINGS BLVD, STE 305
FRANKLIN, TN 37067

SPECTRUM HEALTH PARTNERS, LLC
ATTN: KEN DORAN, PRESIDENT
341 COOL SPRINGS BLVD, STE 305
FRANKLIN, TN 37027

SPIFFY CLOUD INC
3000 CUSTER RD, STE 270-349
PLANO, TX 75075

SPIFFY CLOUD INC
ATTN: JEFFREY RUTHERFORD
3000 CUSTER RD, STE 270 / 349
PLANO, TX 75075

SPRING ARBOR UNIVERSITY
106 E MAIN ST
SPRING ARBOR, MI 49283

ST. CHRISTOPHER'S HEALTHCARE
230 N BROAD ST
MS 300
PHILADELPHIA, PA 19102

ST. CHRISTOPHER'S HEALTHCARE, LLC
160 E ERIE AVE
PHILADELPHIA, PA 19134

Center City Healthcare, LLC, et al. - U.S. Mail                                                                    Served 3/25/2020

ST. CHRISTOPHER'S HEALTHCARE, LLC
230 N BROAD ST
MS 300
PHILADELPHIA, PA 19102

ST. CHRISTOPHER'S HEALTHCARE, LLC
ATTN: CEO
160 E ERIE AVE
PHILADELPHIA, PA 19134

ST. MARY'S MEDICAL CENTER
1201 LANGHORNE-NEWTON RD
LANGHORNE, PA 19047

STANFORD/STERLING GROUP, LLC
ATTN: J. STANFORD PARKER, CEO
P.O. BOX 25146
HONOLULU, HI 96825

STATE OF THE ART MEDICAL PRODUCTS, INC.
41 CANFIELD RD
CEDAR GROVE, NJ 07009

STATE OF THE ART MEDICAL PRODUCTS, INC.
ATTN: BILL D'ADDATO
41 CANFIELD RD
CEDAR GROVE, NJ 07009

STERICYCLE, INC.
28161 N KEITH DR
LAKE FOREST, IL 60045

STERICYCLE, INC.
ATTN: JOHN RYAN
4010 COMMERCIAL AVE
NORTHBROOK, IL 60062

STERICYCLE, INC.
P.O. BOX 6575
CAROL STREAM, IL 60197

STERICYCLE, INC.
P.O. BOX 6582
CAROL STREAM, IL 60197-6582

STERIS CORPORATION
ATTN: SERVICE CONTRACTS ADMIN DEPT
5960 HEISLEY RD
MENTOR, OH 44060

STERIS CORPORATION
P.O. BOX 644063
PITTSBURGH, PA 15264-4063

STEWARD EASTON HOSPITAL
ATTN: JEFFREY SNYDER
250 SOUTH 21ST ST
EASTON, PA 18042

STEWARD EASTON HOSPITAL INC
111 HUNTINGTON AVE, STE 1800
BOSTON, MA 02199-7653

STORAGE SOLUTIONS TECHNOLOGY GROUP, INC.
DBA SST GROUP, INC
ATTN: BOB RILAND, DIR
309 LAURELWOOD RD, STE 20
SANTA CLARA, CA 95054

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

SUN NUCLEAR CORPORATION
3275 SUNTREE BLVD
MELBOURNE, FL 32940

SYNERGY ORTHOPEDICS, LLC
ATTN: CHIEF OPERATING OFFICER
2901 JOLLY RD
PLYMOUTH MEETING, PA 19462

TC HUMAN CAPITAL SOLUTIONS, LLC
716 IRON POST RD
MOORESTOWN, NJ 08057

TC HUMAN CAPITAL SOLUTIONS, LLC
ATTN: THERESA ANGELONE
716 IRON POST RD
MOORESTOWN, NJ 08057

TEMPLE UNIVERSITY
1803 N BROAD ST
615 CARNELL HALL, 040-08
PHILADELPHIA, PA 19122-6104

TEMPLE UNIVERSITY
3401 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY
ATTN: EXEC DIR/CEO
3401 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY
C/O MARIA L MORSI/DEPT NURSING
3307 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY CENTER CITY
1515 MARKET ST, STE 215
PHILADELPHIA, PA 19102

TEMPLE UNIVERSITY HEALTH SYS INC
ATTN: NURSING ADMIN
3401 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HEALTH SYSTEM, INC
ATTN: BETH C KOOB
BOYER PAVILION, 9TH FL
3509 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HEALTH SYSTEM, INC
ATTN: CHIEF COUNSEL
ROOM 903, JONES HALL (700-00)
1316 W ONTARIO ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL
3401 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL
ATTN: ACTING EXEC DIR & CEO
ATTN: HOSPITAL ADMIN
3401 N BROAD ST, STE B
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL
ATTN: ROBIN DE SHIELDS
3333 N BROAD ST, RM 120 GSB
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL
CASHIER OFFICE
3401 N BROAD ST, RM A 131
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL
OFFICE OF STUDENT AFFAIRS
3420 N BROAD ST
PHILADELPHIA, PA 19140-0001

TEMPLE UNIVERSITY HOSPITAL, INC.
3401 N BROAD ST
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL, INC.
ATTN: BETH C KOOB
BOYER PAVILION
3509 N BROAD ST, 9TH FL
PHILADELPHIA, PA 19140

TEMPLE UNIVERSITY HOSPITAL, INC.
DBA NORTHEASTERN HOSPITAL
COLLEGE HEALTH PROFESSIONS
3307 N BROAD ST, (602-00)
PHILADELPHIA, PA 19140

TERUMO BCT, INC.
10810 W COLLINS AVE
LAKEWOOD, CO 80215

TERUMO BCT, INC.
FORMERLY CARIDIAN BCT INC
DEPT 7087
CAROL STREAM, IL 60122-7087

THANKS FOR BEING GREEN, LLC
205 PARK PL
AUDUBON, NJ 08106

THANKS FOR BEING GREEN, LLC
DBA MAGNUS COMPUTER RECYCLING
205 PARK PL
AUDUBON, NJ 08106

THE COOPER HEALTH SYSTEM
ATTN: PRESIDENT AND CEO
ONE COOPER PLAZA
CAMDEN, NJ 08103

THE COOPER HEALTH SYSTEM
ATTN: SHARON SZMACIASZ
ONE COOPER PLAZA, DORRANCE 261
CAMDEN, NJ 08103

THE COOPER HEALTH SYSTEM
OFFICE OF GENERAL COUNSEL
ONE FEDERAL ST, STE S2-400
CAMDEN, NJ 08103

THE EYE INSTITUTE OF PENNSYLVANIA COLLEGE
OPTOMETRY AT SALUS UNIVERSITY
ATTN: PRESIDENT
1200 W GODFREY AVE
PHILADELPHIA, PA 19141

THE NEMOURS FOUNDATION
ATTN: LEGAL DEPT - 2 WEST
OFFICE OF CONTRACT ADMIN
10140 CENTURION PKWY N
JACKSONVILLE, FL 32256

THE NEMOURS FOUNDATION
NEMOURS FUND FOR CHILDREN'S
HEALTH/SHANDS HOUSE
1600 ROCKLAND RD
WILMINGTON, DE 19803

THE NEMOURS FOUNDATION
OFFICE OF CONTRACT ADMIN
10140 CENTURION PKWY N
JACKSONVILLE, FL 32256

THE OTIS ELEVATOR COMPANY
30 TWOSOME DR, STE 4
MOORESTOWN, NJ 08057

THE PHILADELPHIA HAND CENTER, PC
950 PULASKI DR.
KING OF PRUSSIA, PA 19406

THE PHILADELPHIA HAND CENTER, PC
ATTN: ANDREW COONEY
950 PULASKI DR.
KING OF PRUSSA, PA 19406

THE RENFREW CTR OF PENNSYLVANIA, LLC
ATTN: CHIEF FINANCIAL OFFICER
475 SPRING LANE
PHILADELPHIA, PA 19128

THE SPECTRANETICS CORPORATION
9965 FEDERAL DR
COLORADO SPRINGS, CO 80921

THE VISITING NURSE ASSOCIATION OF GREATER PHIL
ATTN: PRESIDENT
3300 HENRY AVE, STE 500
PHILADELPHIA, PA 19129

THE VISITING NURSE ASSOCIATION OF GREATER F
ATTN: PRESIDENT
RE: PALLIATIVE CARE SERVICES
FALLS CENTER
3300 HENRY AVE, STE 500
PHILADELPHIA, PA 19129

THE VISITING NURSE ASSOCIATION OF GREATER PHIL
RE: HOSPICE SERVICES
3300 HENRY AVE, 5TH FL
PHILADELPHIA, PA 19127

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC 20005

Parties Served: 189