**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Jorge Rodriguez, am employed in the county of Los Angeles, State of California. I hereby certify that on March 25, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Approving Twenty-Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1503]**

Dated: March 27, 2020

Jorge Rodriguez
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 27th day of March, 2020, by Jorge Rodriguez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public




[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DI
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P.C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

O'MELVENY & MYERS, LLP
DANIEL S. SHAMAH
DSHAMAH@OMM.COM

O'MELVENY & MYERS, LLP
DIANA M. PEREZ
DPEREZ@OMM.COM

O'MELVENY & MYERS, LLP
SUZZANNE UHLAND
SUHLAND@OMM.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

U.S. REGIONAL OCCUPATIONAL HEALTH II, PC
WORKNETBTOWN@NOVACARE.COM

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

UNIV OF KANSAS MEDICAL CENTER RESEARCH INST
NDNQI@KUMC.EDU

VERATHON INC.
PAYMY.INVOICE@VERATHON.COM

VP-MA HEALTH SOLUTIONS, INC.
JKENNEDY@CDIMD.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

ZIMMER US
NANCY ADE
NANCY.ADE@ZIMMERBIOMET.COM

Parties Served: 119

# **EXHIBIT B**

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

CITY OF PHILADELPHIA
ATTN: LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA 19102

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JEFFER MANGELS BUTLER & MITHCELL LLP
ATTN: MARIANNE S. MARTIN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MED ONE CAPITAL FUNDING, LLC.
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

THOMAS JEFFERSON UNIVERSITY
1020 WALNUT ST
PHILADELPHIA, PA 19107

THOMAS JEFFERSON UNIVERSITY
601 WALNUT ST, STE 930
CURTIS CTN
INDEPENDENCE SQ WEST
PHILADELPHIA, PA 19106

THOMAS JEFFERSON UNIVERSITY
ATTN: CHAIR, DEPT OF P.T.
901 WALNUT ST, RM 504
PHILADELPHIA, PA 19107

THOMAS JEFFERSON UNIVERSITY
ATTN: DEAN, JEFFERSON COLLEGE OF PHARMACY
BY AND THROUGH THE JEFFERSON COLLEGE OF PHA
901 WALNUT ST, STE 901
PHILADELPHIA, PA 19107

THOMAS JEFFERSON UNIVERSITY
ATTN: DEAN, JEFFERSON SCHOOL OF HEALTH PROFE
901 WALNUT ST, 6TH FL
PHILADELPHIA, PA 19107

THOMAS JEFFERSON UNIVERSITY
C/O DEPT OF RADIOLOGIC SERVICES
901 WALNUT ST, STE 709
PHILADELPHIA, PA 19107

THOMAS JEFFERSON UNIVERSITY
COLLEGE OF HLTH PROF CAREER
DEVELOPMENT
130 S 9TH ST, STE 1120
PHILADELPHIA, PA 19107

THOMAS JEFFERSON UNIVERSITY
COLLEGE OF HLTH PROF CAREER DEV
130 S 9TH ST, STE 711
EDISON BLDG
PHILADELPHIA, PA 19107

THOMAS JEFFERSON UNIVERSITY
OFFICE OF UNIVERSITY COUNSEL
1020 WALNUT ST, STE 619
PHILADELPHIA, PA 19107

THOMAS JEFFERSON UNIVERSITY HOSPITAL
ATTN: CEO
111 S 11TH ST
PHILADELPHIA, PA 19107

THOMAS JEFFERSON UNIVERSITY HOSPITAL
DBA JEFFSTAT
P.O. BOX 8500-9895
PHILADELPHIA, PA 19178-9895

THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC
ATTN: PRESIDENT & CEO
111 S 11TH ST
PHILADELPHIA, PA 19107

THOMAS JEFFERSON UNIVERSITY JEFFERSON COLLE
901 WALNUT ST, 8TH FL
PHILADELPHIA, PA 19107

THYSSENKRUPP ELEVATOR CORPORATION
2801 NETWORK BLVD, STE 700
FRISCO, TX 75034

THYSSENKRUPP ELEVATOR CORPORATION
ATTN: D. PARK SMITH
250 CHERRY SPRINGS RD, STE 200
HUNT, TX 78024

TOSHIBA AMERICA MEDICAL SYSTEMS
P.O. BOX 775220
CHICAGO, IL 60677-5220

TOSHIBA AMERICA MEDICAL SYSTEMS, INC
2441 MICHELLE DR
TUSTIN, CA 92780

TOTAL RENAL CARE, INC
5200 VIRGINIA WAY
BRENTWOOD, TN 37027

TOTAL RENAL CARE, INC
DBA DAVITA INC
P.O. BOX 781607
PHILADELPHIA, PA 19178-1607

TOTAL RENAL CARE, INC, A CALIFORNIA CORP
DBA HEALTHCARE OF PENNSYLVANIA, INC, A PENNSY
ATTN: PRESIDENT
2476 SWEDESFORD RD
MALVERN, PA 19255

TOTAL RENAL CARE, INC.
5200 VIRGINIA WAY
BRENTWOOD, TN 37027

TOTAL RENAL CARE, INC.
ATTN: FACILITY ADMINISTRATOR
449 N BROAD ST
PHILADELPHIA, PA 19123

TOTAL RENAL CARE, INC/DVA HEALTHCARE OF PA
ATTN: PRESIDENT
DAVITA HEALTHCARE PARTNERS, INC
2476 SWEDESFORD RD
MALVERN, PA 19255

TOTAL RENAL CARE, INC/DVA HEALTHCARE OF PA
ATTN: TROY ARNUND, GROUP GENERAL COUNSEL
DAVITA HEALTHCARE PARTNERS, INC
2000 16TH ST
DENVER, CO 80202

TOZOUR ENERGY
3606 HORIZON DR
KING OF PRUSSIA, PA 19406

TOZOUR ENERGY SYSTEMS, INC.
ATTN: CFO
3606 HORIZON DR
KING OF PRUSSIA, PA 19406

TPS IV OF PA, LLC
230 N BROAD ST
PHILADELPHIA, PA 19102

TPS IV OF PA, LLC
ATTN: LEGAL DEPT
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

TPS IV OF PA, LLC
ATTN: LEGAL DEPT
RE: (TENANT)
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
230 N BROAD ST
MS 300
PHILADELPHIA, PA 19102

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: ALEXANDER TREBELEV, MD
1500 MARKET ST, STE 2400, W TOWER
PHILADELPHIA, PA 19102

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: BRIAN BIANCO, MD
1500 MARKET ST, STE 2400, W TOWER
PHILADELPHIA, PA 19102

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: DAVID REICH, MD
1500 MARKET ST, STE 2400, W TOWER
PHILADELPHIA, PA 19102

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: DAVID REICH, MD
230 N BROAD ST, MS 300
PHILADELPHIA, PA 19102

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: DOUGLAS PARRILLO, MD
1500 MARKET ST, STE 2400, W TOWER
PHILADELPHIA, PA 19134

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: GLENN LAUB, MD
1500 MARKET ST, STE 2400, W TOWER
PHILADELPHIA, PA 19102

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: MARCIN JANKOWSKI, MD
1500 MARKET ST, STE 2400, W TOWER
PHILADELPHIA, PA 19102

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: MARCUS ZEBROWER, MD
1500 MARKET ST, STE 2400, W TOWER
PHILADELPHIA, PA 19134

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: NORMAN JOHANSON, MD
1500 MARKET ST, STE 2400, W TOWER
PHILADELPHIA, PA 19102

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: SAHIL BANKA, MD
1500 MARKET ST, STE 2400, W TOWER
PHILADELPHIA, PA 19102

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: SANTIAGO MUNOZ, MD
1500 MARKET ST, STE 2400, W TOWER
PHILADELPHIA, PA 19102

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SVCS
ATTN: SUSAN HARDING, MD
1500 MARKET ST, STE 2400, W TOWER
PHILADELPHIA, PA 19102

TPS OF PA, LLC
ATTN: SENIOR DIR OF OPERATIONS
207 N BROAD ST, 5TH FL
PHILADELPHIA, PA 19107

TRANS UNION LLC
ATTN: HEALTHCARE LEGAL
555 W ADAMS ST
CHICAGO, IL 60661

TRANSLATIONAL NEUROSCIENCE, LLC
ATTN: ROBERT JOSIASSEN
180 BARREN HILL RD
CONSHOHOCKEN, PA 19428

TRIREME MEDICAL LLC
7060 KOLL CENTER PKWY, STE 300
PLEASANTON, CA 94566

TRISONICS, INC.
3535 WALNUT ST
HARRISBURG, PA 17109

U.S. REGIONAL OCCUPATIONAL HEALTH (WORKNE
230 N BROAD ST, RM 131
PHILADELPHIA, PA 19102

U.S. REGIONAL OCCUPATIONAL HEALTH II, PC
DBA WORKNET
230 N BROAD ST, RM 131
PHILADELPHIA, PA 19102

U.S. REGIONAL OCCUPATIONAL HEALTH II, PC
DBA WORKNET
ATTN: COURTNEY SMITH
4714 GETTYSBURG RD
MECHANICSBURG, PA 17055

U.S. REGIONAL OCCUPATIONAL HEALTH II, PC
DBA WORKNET
ATTN: VP OF OPERATIONS
1800 BYBERRY RD, STE 705
HUNTINGTON VALLEY, PA 19006

U.S. REGIONAL OCCUPATIONAL HEALTH II, PC
DBA WORKNET OCCUPATIONAL MEDICINE
230 N BROAD ST
MAIL STOP 101
PHILADELPHIA, PA 19102

U.S. REGIONAL OCCUPATIONAL HEALTH II, PC
DBA WORKNET OCCUPATIONAL MEDICINE
RE: 1427 RACE
230 N BROAD ST, RM 131
PHILADELPHIA, PA 19102

U.S. REGIONAL OCCUPATIONAL HEALTH II, PC
DBA WORKNET OCCUPATIONAL MEDICINE
RE: 222-236 N BROAD ST
230 N BROAD ST, RM 131
PHILADELPHIA, PA 19102

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC 20005

UNIV OF KANSAS MEDICAL CENTER RESEARCH INS
3901 RAINBOW BLVD
MAILSTOP 1039
KANSAS CITY, KS 66160-7702

UNIVERSAL HOSPITAL SERVICES, INC.
ATTN: SENIOR VP
6625 W 78TH ST, STE 300
MINNEAPOLIS, MN 55439

UNIVERSAL HOSPITAL SERVICES, INC.
P.O. BOX 851313
MINNEAPOLIS, MN 55485-1315

UNIVERSAL PROTECTION SERVICE, LP
ALLIED UNIVERSAL SECURITY SERVICE
P.O. BOX 828854
PHILADELPHIA, PA 19182-8854

UNIVERSAL PROTECTION SERVICE, LP
ATTN: AL SANTOSUSSO
1551 NORTH TUSTIN AVE, STE 650
SANTA ANA, CA 92705

UNIVERSAL PROTECTION SERVICE, LP
DBA ALLIED UNIVERSAL SECURITY
P.O. BOX 31001-2374
PASADENA, CA 91110-2374

UNIVERSAL PROTECTION SERVICE, LP
DBA ALLIED UNIVERSAL SECURITY SERVICES
ATTN: REGIONAL VP
161 WASHINGTON ST, STE 600
CONSOHOCKEN, PA 19428

UNIVERSITY OF DELAWARE
220 HULLIHEN HALL
NEWARK, DE 19716

UNIVERSITY OF DELAWARE
ATTN: ANJA LEEFELDT
BEHAVIORAL HEALTH & NUTRITION
042 CARPENTER SPORTS BUILDING
NEWARK, DE 19716

UNIVERSITY OF DELAWARE
ATTN: CASHIER
UNIVERSITY OF DELAWARE
NEWARK, DE 19716

UNIVERSITY OF DELAWARE
C/O MBNA CAREER SVCS CTR
401 ACADEMY ST
NEWARK, DE 19716

UNIVERSITY OF DELAWARE
C/O MEDICAL TECHNOLOGY
ATTN: LESLIE ALLSHOUSE
305 E WILLARD HALL
NEWARK, DE 19716

UNIVERSITY OF DELAWARE
C/O MEDICAL TECHNOLOGY
ATTN: LESLIE ALLSHOUSE
NEWARK, DE 19716

UNIVERSITY OF MIAMI
DEPT OF RADIOLOGY
P.O. BOX 016960 D24
MIAMI, FL 33101

UNIVERSITY OF NEW ENGLAND COLLEGE OF OSTEOP
11 HILLS BEACH RD
BIDDEFORD, ME 04005

UNIVERSITY OF NEW ENGLAND COLLEGE OF OSTE
11 HILLS BEACH RD
BIDDEFORD, ME 4005

UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CTR
TEXAS COLLEGE OF OSTEOPATHIC MEDICINE
3500 CAMP BOWIE BLVD
FORT WORTH, TX 76107

UNIVERSITY OF PENNSYLVANIA
3701 LOCUST WALK
PHILADELPHIA, PA 19104

UNIVERSITY OF PENNSYLVANIA
ATTN: DEAN
3701 LOCUST WALK
PHILADELPHIA, PA 19104-6214

UNIVERSITY OF PENNSYLVANIA
C/O JANET TOMCAVAGE
420 GUARDIAN DR
PHILADELPHIA, PA 19104-6096

UNIVERSITY OF PENNSYLVANIA
CPUP-PATHOLOGY
HUP-6 FOUNDERS
3400 SPRUCE ST
PHILADELPHIA, PA 19104

UNIVERSITY OF PENNSYLVANIA
SCHOOL OF NURSING
418 CURIE BLVD
PHILADELPHIA, PA 19104

UNIVERSITY OF PENNSYLVANIA
TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA
ON BEHALF OF ITS SCHOOL OF NURSING AND ANEST
418 CURIE BLVD
PHILADELPHIA, PA 19104

UNIVERSITY OF PHOENIX
1625 W FOUNTAINHEAD PKWY
TEMPE, AZ 85282

UNIVERSITY OF SCRANTON
800 LINDEN ST
SCRANTON, PA 18510

UNIVERSITY OF SCRANTON
ATTN: MARGARET KOEHLER
800 LINDEN ST
SCRANTON, PA 18510

UNIVERSITY OF THE ARTS, THE
320 S BROAD ST
PHILADELPHIA, PA 19102

UNIVERSITY OF THE SCIENCES
UNIVERSITY OF PENNSYLVANIA SCHOOL OF DENT/
4001 SPRUCE ST
PHILADELPHIA, PA 19104

UNIVERSITY PIPETTE SERVICES, INC.
1498 M REISTERSTOWN RD, STE 355
BALTIMORE, MD 21208-3842

UNIVERSITY PIPETTE SERVICES, INC.
ATTN: PRESIDENT
1498-M REISTERSTOWN RD, STE 355
BALTIMORE, MD 21208-3842

UROLOGIC CONSULTANTS OF SE PENNSYLVANIA
ATTN: FRANCIS SCHANNE, MD
231 N BROAD ST
PHILADELPHIA, PA 19107

UROLOGIC CONSULTANTS OF SE PENNSYLVANIA
ATTN: LAURENCE BELKOFF, DO
1 PRESIDENTIAL BLVD, STE 100
BALA CYNWYD, PA 19004

UROLOGIC CONSULTANTS OF SE PENNSYLVANIA
ATTN: LAURENCE BELKOFF, MD
231 N BROAD ST, STE 201
PHILADELPHIA, PA 19107

UROLOGIC CONSULTANTS OF SE PENNSYLVANIA,
1 PRESIDENTIAL BLVD, STE 100
BALA CYNWYD, PA 19004-0001

UROLOGIC CONSULTANTS OF SE PENNSYLVANIA, LLP
ATTN: LAURENCE BELKOFF, DO
216 N BROAD ST
PHILADELPHIA, PA 19102

US REGIONAL OCCUPATIONAL HEALTH I
DBA CTR CITY NOVACARE
P.O. BOX 827918
PHILADELPHIA, PA 19182-7918

US REGIONAL OCCUPATIONAL HEALTH I
P.O. BOX 827918
PHILADELPHIA, PA 19182-7918

US SECURITY ASSOCIATES, INC.
ATTN: JOSEPH LO BIANCO, N GROUP PRESIDENT
261 OLD YORK RD, STE 711
JENKINTOWN, PA 19046

US SECURITY ASSOCIATES, INC.
P.O. BOX 931703
ATLANTA, GA 31193-1703

VANGUARD CLEANING SYSTEMS, INC.
DBA VANGUARD CLEANING SYSTEMS OF PHILADEI
ATTN: PRESIDENT
67 BUCK RD, B-45
HUNTINGTON VALLEY, PA 19006

VEOLIA ENERGY PHILADELPHIA, INC
ATTN: TRICIA MARTS
2600 CHRISTIAN ST
PHILADELPHIA, PA 19146

VEOLIA ENERGY PHILADELPHIA, INC
P.O. BOX 5018
NEW YORK, NY 10087-5018

VERATHON INC.
ATTN: JEAN MARIE ROSS
20001 N CREEK PKWY
BOTHELL, WA 98001

VERATHON INC.
ATTN: LIBERTY KNIGHT, SENIOR CONTRACT ANALYST
20001 N CREEK PKWY
BOTHELL, WA 98011

VERATHON INC.
ATTN: LIBERTY KNIGHT, SR CONTRACT ANALYST
20001 NORTH CREEK PKWY
BOTHELL, WA 98011

VERATHON INC.
P.O. BOX 935117
ATLANTA, GA 31193-5117

VERATHON INC.
PO BOX 935117
ATLANTA, GA 31193

VETERANS HOSPITAL -WILKES-BARRE VA
ATTN: CHRISTOPHER T CLARKE, PHD/ DR NABEELA MI
111 E END BLVD
WILKES-BARRE, PA 18711

VILLANOVA UNIVERSITY
ATTN: STEVEN MAGLIOCCO
FINANCIAL AID OFFICE
800 LANCASTER AVE
VILLANOVA, PA 19085

VILLANOVA UNIVERSITY
CAREER CENTER
800 LANCASTER AVE
GAREY HALL, RM 117
VILLANOVA, PA 19085

VILLANOVA UNIVERSITY
COLLEGE OF NURSING
800 LANCASTER AVE
VILLANOVA, PA 19085-1690

VILLANOVA UNIVERSITY COLLEGE OF NURSING
DRISCOLL HALL
800 LANCASTER AVE
VILLANOVA, PA 19085

VILLANOVA UNIVERSITY COLLEGE OF NURSING
DRISCOLL HALL, 800 LANCASTER AVE
VILLANOVA, PA 19085

VINCERA FOUNDATION
1200 CONSTITUTION AVE, STE 110
PHILADELPHIA, PA 19112

VINCERA SURGERY CENTER
1200 CONSTITUTION AVE, STE 110
PHILADELPHIA, PA 19112

VIRTUA MEMORIAL HOSPITAL BURLINGTON COUNTY, I
ATTN: ALFRED CAMPANELLA
303 LIPPINCOTT DR
EXEUCTIVE OFFICES, 4TH FL
MARLTON, NJ 08053

VIRTUAL IMAGING, INC
5600 BROKEN SOUND BLVD
BOCA RATON, FL 33487

VIRTUAL IMAGING, INC
C/O CANON USA INC ACCOUNTS
RECEIVABLE 5TH FL
ONE CANON PARK
MELVILLE, NY 11747

VITAS HEALTHCARE CORPORATION
123 SE 3RD AVE, STE 440
MIAMI, FL 33131

VIZIENT, INC.
75 REMITTANCE DR, STE 1855
CHICAGO, IL 60675-1334

VIZIENT, INC.
ATTN: LEGAL DEPT
290 E JOHN CARPENTER FWY, 7TH FL
IRVING, TX 75062-2710

VOYCE, INC.
12555 ORANGE DR, STE 100A
DAVIE, FL 33330

VP-MA HEALTH SOLUTIONS
JAMES S KENNEDY MD CC S
110 FRANCES KING DR
SMYRNA, TN 37167-5352

VP-MA HEALTH SOLUTIONS, INC.
DBA CDIMD
ATTN: PRESIDENT
110 FRANCES KING DR, STE A-2
SMYRNA, TN 37167

WALDEN UNIVERSITY
100 WASHINGTON AVE S, STE 900
MINNEAPOLIS, MN 55401

WALDEN UNIVERSITY
ATTN: DIR OF FIELD PLMENT
100 WASHINGTON AVE S, STE 99
MINNEAPOLIS, MN 55401

WALLACE & NILAN PHYSICAL THERAPY AND FITNE
FKA WALLACE & GLICK
ATTN: DREW WALLACE, PT
1600 BETHLEHEM PIKE
FLOURTOWN, PA 19031

WELCOME AMERICA, INC.
ATTN: JEFF GUARACINO, PRES AND CEO
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

WELCOME AMERICA, INC.
DBA SUNOCO WELCOME AMERICA
PHILADELPHIA 2008
1650 MARKET ST
PHILADELPHIA, PA 19103

WERFEN USA LLC
180 HARTWELL RD
BEDFORD, MA 01730

WERFEN USA LLS
180 HARTWELL RD
BEDFORD, MA 01730

WEST PHYSICS CONSULTING, LLC
ATTN: GREGG C. DAVERSA
3825 PACES WALK, STE 250
ATLANTA, GA 30339

WEST VIRGINIA SCHOOL OF OSTEOPATHIC MEDICI
400 LEE ST N
LEWISBURG, WA 24901

WESTERN UNIVERSITY OF HEALTH SCIENCES
COLLEGE OF OSTEOPATHIC MEDICINE OF THE PACIFI
309 E 2ND ST
POMONA, CA 91766

WHITECAP HEALTH ADVISORS, LLC
ATTN: FARZAN BHARUCHA
860 JOHNSON FERRY RD, STE 140
ATLANTA, GA 30342

WIDNER UNIVERSITY
ONE UNIVERSITY PL
CHESTER, PA 19013

WIDNER UNIVERSITY - SCHOOL OF NURSING
ONE UNIVERSITY PL
CHESTER, PA 19013

WILKES UNIVERSITY
ATTN: VP
84 W SOUTH ST
WILKES-BARRE, PA 18766

WILKES UNIVERSITY SCHOOL OF NURSING
84 W S ST
WILKES BARRE, PA 18766

WILLIAM CAREY UNIVERSITY COLLEGE OF OSTEOPAT
498 TUSCAN AVE, WCU 207
HATTIESBURG, MS 39401

WILMINGTON UNIVERSITY
ATTN: DEAN
320 N DUPONT HWY
NEW CASTLE, DE 18720

WILMINGTON UNIVERSITY, INC.
320 N DUPONT HWY
NEW CASTLE, DE 19720

WOODS SERVICES
ATTN: SCOTT SPREAT
40 MARTIN GROSS RD
PHILADELPHIA, PA 19047

WOODS SERVICES, INC.
40 MARTIN GROSS DR
LANGHORNE, PA 19047

ZIMMER US
14235 COLLECTIONS CTR DR
CHICAGO, IL 60693

ZIMMER US
ATTN: NANCY ADE
14235 COLLECTIONS CTR DR
CHICAGO, IL 60693

ZIMMER US, INC.
14235 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ZIMMER US, INC.
200 W OHIO AVE
DOVER, OH 44622

ZIMMER US, INC.
345 E MAIN ST
WARSAW, IN 46580

ZIMMER US, INC.
DBA ZIMMER BIOMET (SPINE)
75 REMITTANCE DR, STE 6931
CHICAGO, IL 60675-6931

ZIMMER US, INC.
P.O. BOX 277530
ATLANTA, GA 30384-7530

**Center City Healthcare, LLC, et al. - U.S. Mail** **Served 3/25/2020**

ZIMMER,INC
1800 WEST CTR ST
P.O. BOX 708
WARSAW, IN 46580

Parties Served: 166

Page 6 of 6