# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 1180, 1256, 1273, 1285 and 1306** |

**CERTIFICATION OF COUNSEL REGARDING (A) ORDER APPROVING ELEVENTH OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF HAHNEMANN RESIDENT PHYSICIAN EMPLOYMENT AGREEMENTS, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On December 16, 2019, the *Debtors' Eleventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements* (the "**Motion**") [Docket No. 1180] was filed with the Court. An unredacted proposed form of order with respect to the Motion was filed under seal pursuant to the *Order Authorizing the Debtors to File Under Seal the Unredacted Versions of the Debtors' Omnibus Motions for Authority to Reject Hahnemann Resident Physician Employment Agreements* [Docket No. 1273].

2. Pursuant to the notice of the Motion [Docket No. 1180-1], objections to the Motion were to be filed by December 30, 2019 at 4:00 p.m. (prevailing Eastern Standard Time),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

36778968.2 3/30/20

which deadline was extended for the Ad Hoc Committee of Hahnemann Residents and Fellows until March 10, 2020 at 4:00 p.m. (ET) (the "**Objection Deadline**").

3.      Prior to the Objection Deadline, responses to the Motion were filed by Dr. Ulyana Kulish [Docket No. 1256], Dr. Christopher Mahrous [Docket No. 1285] and Dr. Brendan Mullen [Docket No. 1306] (collectively, the "**Responding Residents**"). The Responding Residents were each a counterparty to a resident employment contract listed on the unredacted exhibit to the proposed order submitted with the Motion (the "**Proposed Order**") or, as applicable, on the unredacted exhibit to the proposed order submitted with the *Debtors' Twelfth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements* [Docket No. 1181] (the "**Twelfth Rejection Motion**").[2]  Each of the Responding Residents has confirmed to the undersigned counsel for the Debtors that its response may be deemed withdrawn and/or resolved, and that the Proposed Order attached hereto as **Exhibit A** may be entered by the Court.

4.      No other objections or responses were served upon the undersigned or entered on the Court's docket.

5.      Accordingly, the Motion may be granted.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2] Two of the responses filed by the Responding Residents indicated that they were in response to the Motion despite that fact that their employment contracts were actually listed on the exhibit to the Twelfth Rejection Motion.  Out of an abundance of caution, the Debtors have described the responses filed by the Responding Residents in the certifications of counsel for both the Motion and the Twelfth Rejection Motion.

WHEREFORE, the Debtors respectfully request the entry of the Proposed Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

| | |
|---|---|
| Dated: March 30, 2020 | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | By:  */s/ Aaron S. Applebaum* |
| | Mark Minuti (DE Bar No. 2659) |
| | Monique B. DiSabatino (DE Bar No. 6027) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE  19899 |
| | Telephone: (302) 421-6800 |
| | Fax: (302) 421-6813 |
| | mark.minuti@saul.com |
| | monique.disabatino@saul.com |
| | |
| | -and- |
| | |
| | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| | Aaron S. Applebaum (DE Bar No. 5587) |
| | Centre Square West |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | aaron.applebaum@saul.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |