# DECLARATION

STATE OF NEW JERSEY    :
                       :
COUNTY OF ESSEX        :

Andrew H Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a member of Sills Cummis & Gross P.C.

b) I am familiar with the legal services rendered by Sills Cummis & Gross P.C. as counsel to the Committee.

c) I have reviewed the foregoing Application and the facts therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

7149684