IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket No. 1465** |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER APPROVING NINETEENTH OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On March 12, 2020, the *Nineteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases* (the "**Motion**") [Docket No. 1465] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 1465-2], objections to the Motion were to be filed by March 23, 2020 at 4:00 p.m. (prevailing Eastern Standard Time) (the "**Objection Deadline**").

3. No objections or responses were served upon the undersigned or entered on the Court's docket with respect to the Motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

4. Prior to the Objection Deadline, the Debtors received an informal response to the Motion from Anesthesia Business Consultants, LLC ("**ABC**"). Following discussions, the Debtors and ABC have agreed that the Professional Billing Services Agreement between Debtor TPS II of PA, LLC and ABC should be removed from the list of contracts and leases that was attached to the original proposed order granting the relief in the Motion (the "**Original Proposed Order**").

5. Attached hereto as **Exhibit A** is a revised proposed order that removes the contract with ABC from the list of rejected contracts and leases (the "**Revised Order**"). Attached hereto as **Exhibit B** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

6. The Debtors have confirmed that ABC consents to entry of the Revised Order.

7. The Debtors respectfully request that the Court sign the Revised Order and direct that it be docketed.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

| | |
|---|---|
| Dated: April 2, 2020 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*