## EXHIBIT A


**Proposed Revised Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
|  | ) |
| Debtors. | ) **Re: Docket Nos. 1465 & ____** |
|  | ) |

**ORDER APPROVING NINETEENTH OMNIBUS MOTION OF THE DEBTORS**
**FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION**
**OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and

debtors in possession (the "**Debtors**") for the entry of an order (this "**Nineteenth Omnibus**

**Rejection Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors

to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the

"**Contracts**"), effective as of March 12, 2020; and the Court having jurisdiction to consider the

Motion and the relief requested therein; and due and sufficient notice of the Motion having been

given; and it appearing that the relief requested by the Motion is in the best interest of the

Debtors' estates, creditors and other parties in interest; and the Court having reviewed the

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

-2-

Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of March 12, 2020, to the extent such Contracts are executory contracts or unexpired leases.

3.      This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4.      To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5.      The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6.      This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Exhibit 1**

**Rejected Contracts**

**(see attached)**

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| 58th Street Presbyterian Home | Transfer Agreement | Center City Healthcare, LLC |
| AA Casa Inc d/b/a PM Associates | Services Agreement | Center City Healthcare, LLC |
| Aardvark Pest Control Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Abington Memorial Hospital | Transfer Agreement | Center City Healthcare, LLC |
| Abington Memorial Hospital | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Abington Surgical Center | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Accriva Diagnostics, Inc. | Hemochron Ownership Agreement | Center City Healthcare, LLC |
| Accruent, LLC | License Agreement | Philadelphia Academic Health System, LLC |
| Accruent, LLC | Order Document #00008479 | Philadelphia Academic Health System, LLC |
| Adoni Health Institute | Affiliation Agreement | Center City Healthcare, LLC |
| Advanced Air Service Group | Services Agreement | Center City Healthcare, LLC |
| Advanced Door Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Advanced Technologies Group, Inc. | Master Standard Terms and Conditions | Philadelphia Academic Health System, LLC |
| Advanced Technologies Group, Inc. | Application Service Provider Hosting & Support Agreement | Philadelphia Academic Health System, LLC |
| AI duPont Hospital for Children | Transfer Agreement | Center City Healthcare, LLC |
| Airgas USA, LLC | Product Sale Agreement | Center City Healthcare, LLC |
| Alabama College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Albert Einstein Medical Center | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| All State Career School | Affiliation Agreement | Center City Healthcare, LLC |
| Alliance HealthCare Services, Inc. d/b/a Alliance HealthCare | Mobile PET/CT Services Agreement | Hahnemann University Hospital |

-1-

| | | |
|---|---|---|
| Radiology | | |
| American College of Surgeons | Hospital Participation Agreement | Hahnemann University Hospital |
| American College of Surgeons for the Pennsylvania National Surgical Quality Improvement Program Consortium | Participating Hospital Agreement | Hahnemann University Hospital |
| American Communication Centers d/b/a ACC Solutions | Services Agreement | TPS of PA, LLC |
| American Radio and Microwave Corporation | Services Agreement | Center City Healthcare, LLC |
| Amit Maity, MD | Letter Agreement | Center City Healthcare, LLC |
| Arcadia University | Affiliation Agreement | Center City Healthcare, LLC |
| Aria Health | Transfer Agreement | Center City Healthcare, LLC |
| ARIA Health | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| ARIA Health d/b/a Jefferson Health Northeast | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Artcraft Promotional Concepts | Services Agreement | Center City Healthcare, LLC |
| ASSA ABLOY Entrance Systems US Inc. | Pro-Active Gold Agreement | Center City Healthcare, LLC |
| Atlantic Diagnostic Laboratories, LLC | Services Agreement | Center City Healthcare, LLC |
| Atlantic Switch and Generator, LLC | Services Agreement | Center City Healthcare, LLC |
| AtlantiCare Regional Medical Center | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Augusta Healthcare, Inc. | Master Service Agreement | Philadelphia Academic Health System, LLC |

36609637.7 03/25/2020

| | | |
|---|---|---|
| Baldassano Dermapathology, Inc. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Baptist Health System School of Health Professionals | Affiliation Agreement | Center City Healthcare, LLC |
| Barclay Water Management, Inc. | Services Agreement | Center City Healthcare, LLC |
| Barclay Water Management, Inc. | Services Agreement | Center City Healthcare, LLC |
| Barry University, Inc. | Affiliation Agreement | Center City Healthcare, LLC |
| Battell Memorial Institute Pacific Northwest Division | Contract Number: 447470 | Center City Healthcare, LLC |
| Bayer Healthcare, LLC | Services Agreement | Center City Healthcare, LLC |
| Bayer Healthcare, LLC | Services Agreement | Center City Healthcare, LLC |
| Bean Bag Café | Lease | Center City Healthcare, LLC |
| Belfor USA Group Inc. | Services Agreement | Center City Healthcare, LLC |
| Belimed, Inc. | On Demand Service Proposal | Center City Healthcare, LLC |
| Bellevue Strategies, LLC | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Bio-Medical Applications of PA d/b/a FMC Dialysis | Lease | Center City Healthcare, LLC |
| bioMerieux Inc. | Term Cost Per Test Agreement | Center City Healthcare, LLC |
| Bondtech Incorporated | Services Agreement | Center City Healthcare, LLC |
| Brandman University, Musco School of Nursing and Health Professionals | Affiliation Agreement | Center City Healthcare, LLC |
| Bromedicon, Inc. | Services Agreement | Center City Healthcare, LLC |
| Bryn Mawr College (Student Health Center) | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Bryn Mawr Rehabilitation | Transfer Agreement | Center City Healthcare, LLC |

-3-

| | | |
|---|---|---|
| Hospital | | |
| California School of Podiatric Medicine at Samuel Merritt University | Affiliation Agreement | Center City Healthcare, LLC |
| California State University of Northridge Department of Communication Disorders and Sciences | Affiliation Agreement | Center City Healthcare, LLC |
| Calyx Partners, LLC | Master Service Agreement | Philadelphia Academic Health System, LLC |
| Cancer Treatment Center of America - Eastern Regional Medical Center, Inc. | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Cardiac Care Center | Transfer Agreement | Center City Healthcare, LLC |
| Cardinal Health 414, LLC | SYNtrac Agreement | Hahnemann University Hospital |
| Cardiology Consultants of Philadelphia | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Cardiology Consultants of Philadelphia, PC | Lease | Center City Healthcare, LLC |
| CareFusion 211, Inc. | Agreement | Center City Healthcare, LLC |
| CarterPierce, LLC | Recruiting Services Agreement | Philadelphia Academic Health System, LLC |
| Cepheid Incorporated | Services Agreement | Center City Healthcare, LLC |
| Cetlin Design Group, Inc. | Services Agreement | Center City Healthcare, LLC |
| Chamberlain College of Nursing | Affiliation Agreement | Center City Healthcare, LLC |
| Change Healthcare Technologies, LLC | Contract Supplements | Hahnemann University Hospital |
| Chatham University | Affiliation Agreement | Center City Healthcare, LLC |
| CHG Companies, Inc. d/b/a | Agreement for Physician | Philadelphia Academic Health System, LLC |

36609637.7 03/25/2020

| | | |
|---|---|---|
| Comphealth | Coverage | |
| Children's Hospital of Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| Children's Hospital of Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| Christiana Care Health Services, Inc. | Master Clinical Rotation Affiliation Agreement | Center City Healthcare, LLC |
| Christiana Care Health System d/b/a Center for Urogynecology & Pelvic Surgery | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Cintas Corporation | Services Agreement | Center City Healthcare, LLC |
| CIOX Health, LLC | Services Agreement | TPS of PA, LLC |
| CIOX Health, LLC | Agreement for Services | Center City Healthcare, LLC |
| Cisco Systems Capital Corporation | Schedule No. 054-000 | Center City Healthcare, LLC |
| Cisco Systems Capital Corporation | Schedule No. 053-000 | Center City Healthcare, LLC |
| City of Philadelphia Medical Examiner's Office | Affiliation Agreement | Center City Healthcare, LLC |
| CL Risk Solutions, LLC | Risk Management Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Clinical Nephrology Associates | Transfer Agreement | Center City Healthcare, LLC |
| Coast Quality Pharmacy, LLC d/b/a AnazaoHealth | Services Agreement | Center City Healthcare, LLC |
| CohnReznick LLP | Engagement Letter | Philadelphia Academic Health System, LLC |
| Coleman Nourian Search LLC | Engagement Letter | Philadelphia Academic Health System, LLC |
| College of Science, Health, and the Liberal Arts of Philadelphia University | Affiliation Agreement | Center City Healthcare, LLC |

36609637.7 03/25/2020

| | | |
|---|---|---|
| Comcast Cable Communications Management, LLC | Access Agreement | Center City Healthcare, LLC |
| Community Behavioral Health | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Community College of Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| Community Education Center | Transfer Agreement | Center City Healthcare, LLC |
| Community Treatment Team | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Comphealth / CHG Companies, Inc. | Service Agreement | Philadelphia Academic Health System, LLC |
| Corporate Lamp and Electric Recycling LLC | Services Agreement | Center City Healthcare, LLC |
| Courtyard Philadelphia Downtown | Group Sales Agreement | TPS II of PA, LLC |
| Cranel, Inc. d/b/a Versitec | Services Agreement | Center City Healthcare, LLC |
| Criterion Laboratories, Inc. | Services Agreement | Center City Healthcare, LLC |

36609637.7 03/25/2020