**Exhibit 1**

**Rejected Contracts**

**(see attached)**

| Contract Party | Title of Agreement | Debtor Party |
|---|---|---|
| 58th Street Presbyterian Home | Transfer Agreement | Center City Healthcare, LLC |
| AA Casa Inc d/b/a PM Associates | Services Agreement | Center City Healthcare, LLC |
| Aardvark Pest Control Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Abington Memorial Hospital | Transfer Agreement | Center City Healthcare, LLC |
| Abington Memorial Hospital | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Abington Surgical Center | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Accriva Diagnostics, Inc. | Hemochron Ownership Agreement | Center City Healthcare, LLC |
| Accruent, LLC | License Agreement | Philadelphia Academic Health System, LLC |
| Accruent, LLC | Order Document #00008479 | Philadelphia Academic Health System, LLC |
| Adoni Health Institute | Affiliation Agreement | Center City Healthcare, LLC |
| Advanced Air Service Group | Services Agreement | Center City Healthcare, LLC |
| Advanced Door Services, Inc. | Services Agreement | Center City Healthcare, LLC |
| Advanced Technologies Group, Inc. | Master Standard Terms and Conditions | Philadelphia Academic Health System, LLC |
| Advanced Technologies Group, Inc. | Application Service Provider Hosting & Support Agreement | Philadelphia Academic Health System, LLC |
| AI duPont Hospital for Children | Transfer Agreement | Center City Healthcare, LLC |
| Airgas USA, LLC | Product Sale Agreement | Center City Healthcare, LLC |
| Alabama College of Osteopathic Medicine | Affiliation Agreement | Center City Healthcare, LLC |
| Albert Einstein Medical Center | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| All State Career School | Affiliation Agreement | Center City Healthcare, LLC |
| Alliance HealthCare Services, Inc. d/b/a Alliance HealthCare | Mobile PET/CT Services Agreement | Hahnemann University Hospital |

| | | |
|---|---|---|
| Radiology | | |
| American College of Surgeons | Hospital Participation Agreement | Hahnemann University Hospital |
| American College of Surgeons for the Pennsylvania National Surgical Quality Improvement Program Consortium | Participating Hospital Agreement | Hahnemann University Hospital |
| American Communication Centers d/b/a ACC Solutions | Services Agreement | TPS of PA, LLC |
| American Radio and Microwave Corporation | Services Agreement | Center City Healthcare, LLC |
| Amit Maity, MD | Letter Agreement | Center City Healthcare, LLC |
| Arcadia University | Affiliation Agreement | Center City Healthcare, LLC |
| Aria Health | Transfer Agreement | Center City Healthcare, LLC |
| ARIA Health | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| ARIA Health d/b/a Jefferson Health Northeast | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Artcraft Promotional Concepts | Services Agreement | Center City Healthcare, LLC |
| ASSA ABLOY Entrance Systems US Inc. | Pro-Active Gold Agreement | Center City Healthcare, LLC |
| Atlantic Diagnostic Laboratories, LLC | Services Agreement | Center City Healthcare, LLC |
| Atlantic Switch and Generator, LLC | Services Agreement | Center City Healthcare, LLC |
| AtlantiCare Regional Medical Center | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Augusta Healthcare, Inc. | Master Service Agreement | Philadelphia Academic Health System, LLC |

| | | |
|---|---|---|
| Baldassano Dermapathology, Inc. | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Baptist Health System School of Health Professionals | Affiliation Agreement | Center City Healthcare, LLC |
| Barclay Water Management, Inc. | Services Agreement | Center City Healthcare, LLC |
| Barclay Water Management, Inc. | Services Agreement | Center City Healthcare, LLC |
| Barry University, Inc. | Affiliation Agreement | Center City Healthcare, LLC |
| Battell Memorial Institute Pacific Northwest Division | Contract Number: 447470 | Center City Healthcare, LLC |
| Bayer Healthcare, LLC | Services Agreement | Center City Healthcare, LLC |
| Bayer Healthcare, LLC | Services Agreement | Center City Healthcare, LLC |
| Bean Bag Café | Lease | Center City Healthcare, LLC |
| Belfor USA Group Inc. | Services Agreement | Center City Healthcare, LLC |
| Belimed, Inc. | On Demand Service Proposal | Center City Healthcare, LLC |
| Bellevue Strategies, LLC | Consulting Agreement | Philadelphia Academic Health System, LLC |
| Bio-Medical Applications of PA d/b/a FMC Dialysis | Lease | Center City Healthcare, LLC |
| bioMerieux Inc. | Term Cost Per Test Agreement | Center City Healthcare, LLC |
| Bondtech Incorporated | Services Agreement | Center City Healthcare, LLC |
| Brandman University, Musco School of Nursing and Health Professionals | Affiliation Agreement | Center City Healthcare, LLC |
| Bromedicon, Inc. | Services Agreement | Center City Healthcare, LLC |
| Bryn Mawr College (Student Health Center) | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Bryn Mawr Rehabilitation | Transfer Agreement | Center City Healthcare, LLC |

-3-

36609637.7 04/02/2020

| | | |
|---|---|---|
| Hospital | | |
| California School of Podiatric Medicine at Samuel Merritt University | Affiliation Agreement | Center City Healthcare, LLC |
| California State University of Northridge Department of Communication Disorders and Sciences | Affiliation Agreement | Center City Healthcare, LLC |
| Calyx Partners, LLC | Master Service Agreement | Philadelphia Academic Health System, LLC |
| Cancer Treatment Center of America - Eastern Regional Medical Center, Inc. | Agreement for Clinical Rotations | Center City Healthcare, LLC |
| Cardiac Care Center | Transfer Agreement | Center City Healthcare, LLC |
| Cardinal Health 414, LLC | SYNtrac Agreement | Hahnemann University Hospital |
| Cardiology Consultants of Philadelphia | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Cardiology Consultants of Philadelphia, PC | Lease | Center City Healthcare, LLC |
| CareFusion 211, Inc. | Agreement | Center City Healthcare, LLC |
| CarterPierce, LLC | Recruiting Services Agreement | Philadelphia Academic Health System, LLC |
| Cepheid Incorporated | Services Agreement | Center City Healthcare, LLC |
| Cetlin Design Group, Inc. | Services Agreement | Center City Healthcare, LLC |
| Chamberlain College of Nursing | Affiliation Agreement | Center City Healthcare, LLC |
| Change Healthcare Technologies, LLC | Contract Supplements | Hahnemann University Hospital |
| Chatham University | Affiliation Agreement | Center City Healthcare, LLC |
| CHG Companies, Inc. d/b/a | Agreement for Physician | Philadelphia Academic Health System, LLC |

| | | |
|---|---|---|
| Comphealth | Coverage | |
| Children's Hospital of Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| Children's Hospital of Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| Christiana Care Health Services, Inc. | Master Clinical Rotation Affiliation Agreement | Center City Healthcare, LLC |
| Christiana Care Health System d/b/a Center for Urogynecology & Pelvic Surgery | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Cintas Corporation | Services Agreement | Center City Healthcare, LLC |
| CIOX Health, LLC | Services Agreement | TPS of PA, LLC |
| CIOX Health, LLC | Agreement for Services | Center City Healthcare, LLC |
| Cisco Systems Capital Corporation | Schedule No. 054-000 | Center City Healthcare, LLC |
| Cisco Systems Capital Corporation | Schedule No. 053-000 | Center City Healthcare, LLC |
| City of Philadelphia Medical Examiner's Office | Affiliation Agreement | Center City Healthcare, LLC |
| CL Risk Solutions, LLC | Risk Management Consulting Services Agreement | Philadelphia Academic Health System, LLC |
| Clinical Nephrology Associates | Transfer Agreement | Center City Healthcare, LLC |
| Coast Quality Pharmacy, LLC d/b/a AnazaoHealth | Services Agreement | Center City Healthcare, LLC |
| CohnReznick LLP | Engagement Letter | Philadelphia Academic Health System, LLC |
| Coleman Nourian Search LLC | Engagement Letter | Philadelphia Academic Health System, LLC |
| College of Science, Health, and the Liberal Arts of Philadelphia University | Affiliation Agreement | Center City Healthcare, LLC |

| | | |
|---|---|---|
| Comcast Cable Communications Management, LLC | Access Agreement | Center City Healthcare, LLC |
| Community Behavioral Health | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Community College of Philadelphia | Affiliation Agreement | Center City Healthcare, LLC |
| Community Education Center | Transfer Agreement | Center City Healthcare, LLC |
| Community Treatment Team | Agreement for Ambulatory Clinical Rotations | Center City Healthcare, LLC |
| Comphealth / CHG Companies, Inc. | Service Agreement | Philadelphia Academic Health System, LLC |
| Corporate Lamp and Electric Recycling LLC | Services Agreement | Center City Healthcare, LLC |
| Courtyard Philadelphia Downtown | Group Sales Agreement | TPS II of PA, LLC |
| Cranel, Inc. d/b/a Versitec | Services Agreement | Center City Healthcare, LLC |
| Criterion Laboratories, Inc. | Services Agreement | Center City Healthcare, LLC |