**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) | Case No. 19-11466 (KG) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Obj. Deadline: April 23, 2020 4:00 p.m.** **Hearing Date: Only if objection is timely filed** |

**COMBINED SIXTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH FEBRUARY 29, 2020**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | December 1, 2019 through February 29, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $3,222.45 (80 % of which is $2,577.96) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the sixth monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees [80%]** | **Expenses [100%]** | **Fee Holdback** |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |

**TIME AND COMPENSATION BREAKDOWN**
**DECEMBER 1, 2019 THROUGH FEBRUARY 29, 2020**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $660.00 | 1.80 | $1,188.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $275.00 | 8.70 | $2,392.50 |
| **TOTALS** | | | **10.50** | **$3,580.50** |
| **BLENDED RATE** | | | | **$341.00** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$358.05** |
| **GRAND TOTAL** | | | | **$3,222.45** |

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 1, 2019 THROUGH FEBRUARY 29, 2020

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Business Operations | BU | 1.80 | $1,188.00 |
| Case Administration | CS | .50 | $137.50 |
| Fee/Employment Applications | FE | 8.20 | $2,255.00 |
| **TOTAL** | | **10.50** | **$3,580.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$358.05** |
| **GRAND TOTAL** | | | **$3,222.45** |

## EXPENSE SUMMARY
## DECEMBER 1, 2019 THROUGH FEBRUARY 29, 2020

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| **TOTAL** | **$0.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| Debtors. | ) (Jointly Administered) |

**COMBINED SIXTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH FEBRUARY 29, 2020**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its combined sixth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from December 1, 2019 through February 29, 2020. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II. BACKGROUND

2. On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4. On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5. Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from December 1, 2019 through February 29, 2020 (the "Compensation Period"), totaling 10.50 hours of professional time.

6. Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7. The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $3,222.45. Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8. Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period. Attached hereto as Exhibit "B" is an itemized list of expenses incurred during the compensation period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9. Klehr Harrison accordingly seeks allowance of the sum of $3,222.45 in fees and $0.00 in expenses, for a total of $3,222.45.

10. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $3,222.45 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from December 1, 2019 through February 29, 2020; (b) payment in the total amount of $2,577.96, which represents (i) 80% of the total fees billed ($2,577.96) and (ii) 100% of the expenses incurred ($0.00) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated: April 2, 2020  
Wilmington, Delaware

    /s/ Domenic E. Pacitti  
Domenic E. Pacitti (DE Bar No. 3989)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 North Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone: (302) 426-1189  
Facsimile: (302) 426-9193  
Email:  dpacitti@klehr.com

*Special Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1. I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2. I have read the foregoing Combined Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from December 1, 2019 through February 29, 2020 and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3. In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6. Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7. None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8. Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2019 are the rates charged to the Debtors in the Application.

9.  The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2020                                          */s/ Domenic E. Pacitti*
                                                                                Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

January 27, 2020

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #:   416136
Client #:    19647
Matter #:    0019

For professional services through December 31, 2019:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Business Operations**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/19 | DEP | Emails with V. Marriott re: phone system issues | .30 | 660.00 | 198.00 |
| 12/16/19 | DEP | Emails with V. Marriott and A. Isenberg re: phone system resolution | .60 | 660.00 | 396.00 |
| 12/20/19 | DEP | Emails with V. Marriott and A. Isenberg re: stipulation comments on phone system | .40 | 660.00 | 264.00 |
| 12/23/19 | DEP | Emails with V. Marriott and A. Isenberg re: stipulation comments on phone system | .50 | 660.00 | 330.00 |

|   |   |
|---|---|
| **Task Total:** | **$ 1,188.00** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 1,188.00** |
| 10% Discount | $ -118.80 |
| **NET PROFESSIONAL SERVICES** | **$ 1,069.20** |

19647: Philadelphia Academic Health System, LLC  
0019: Chapter 11

January 27, 2020  
Invoice #: 416136

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 1.80 | 660.00 | 1,188.00 |
| **TOTALS** | | **1.80** | | **$ 1,188.00** |

**TOTAL THIS INVOICE**      **$ 1,069.20**



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

February 25, 2020

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #:  417738
Client #:  19647
Matter #:  0019

For professional services through January 31, 2020:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/02/20 | MKH | Revise and finalize First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period June 30, 2019 to July 31, 2019/Notice/Charts/Certification for filing and efile same with Bankruptcy Court | .80 | 275.00 | 220.00 |
| 1/02/20 | MKH | Revise and finalize Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period August 1, 2019 to August 31, 2019/Notice/Charts/Certification for filing and efile same with Bankruptcy Court | .90 | 275.00 | 247.50 |
| 1/02/20 | MKH | Revise and finalize Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period September 1, 2019 to September 30, 2019/Notice/Charts/Certification for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |
| 1/02/20 | MKH | Draft and finalize Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period October 1, 2019 to October 31, 2019/Notice/Charts/Certification for filing and efile same with Bankruptcy Court | 1.30 | 275.00 | 357.50 |

| | | | | | |
|---|---|---|---|---|---|
| 19647: Philadelphia Academic Health System, LLC | | | | | February 25, 2020 |
| 0019: Chapter 11 | | | | | Invoice #: 417738 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/02/20 | MKH | Draft and finalize Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period November 1, 2019 to November 30, 2019/Notice/Charts/Certification for filing and efile same with Bankruptcy Court | 1.20 | 275.00 | 330.00 |
| 1/02/20 | MKH | Update case calendar re objection deadlines re to KHHB fee applications | .10 | 275.00 | 27.50 |

|  |  |
|---|---|
| **Task Total:** | **$ 1,375.00** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 1,375.00** |
| 10% Discount | $ -137.50 |
| **NET PROFESSIONAL SERVICES** | **$ 1,237.50** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Hughes, Melissa K. | Paralegal | 5.00 | 275.00 | 1,375.00 |
| **TOTALS** | | **5.00** | | **$ 1,375.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 1,237.50** |



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

March 26, 2020

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #:      419412
Client #:       19647
Matter #:        0019

For professional services through February 29, 2020:

RE:   Chapter 11

PROFESSIONAL SERVICES

Case Administration

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/14/20 | MKH | Prepare fee chart for expenses and fees | .50 | 275.00 | 137.50 |

Task Total:                                                                 $ 137.50

Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/14/20 | MKH | Review case docket; draft and prepare CNO re Regarding First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from June 30, 2019 through July 31, 2019 for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |
| 2/14/20 | MKH | Review case docket; draft and prepare CNO re Regarding Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from August 1, 2019 through August 31, 2019 for filing and efile same with Bankruptcy Court | .60 | 275.00 | 165.00 |

| | | | | | |
|---|---|---|---|---|---|
| 19647: Philadelphia Academic Health System, LLC | | | | | March 26, 2020 |
| 0019: Chapter 11 | | | | | Invoice #: 419412 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/14/20 | MKH | Review case docket; draft and prepare CNO re Regarding Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 through September 30, 2019 for filing and efile same with Bankruptcy Court | .60 | 275.00 | 165.00 |
| 2/14/20 | MKH | Review case docket; draft and prepare CNO re Regarding Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from October 1, 2019 through October 31, 2019 for filing and efile same with Bankruptcy Court | .60 | 275.00 | 165.00 |
| 2/14/20 | MKH | Review case docket; draft and prepare CNO re Regarding Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from November 1, 2019 through November 30, 2019 for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |

| | |
|---|---|
| **Task Total:** | $ 880.00 |
| **TOTAL PROFESSIONAL SERVICES** | $ 1,017.50 |
| 10% Discount | $ -101.75 |
| **NET PROFESSIONAL SERVICES** | $ 915.75 |

SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Hughes, Melissa K. | Paralegal | 3.70 | 275.00 | 1,017.50 |
| **TOTALS** | | 3.70 | | **$ 1,017.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 915.75** |