**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) ) ) Jointly Administered ) |
| Debtors. | ) **Related to Docket No. 1088** ) |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION CONCERNING ALLOCATION OF PRODUCTIVITY BONUS CLAIMS AND RESOLVING MOTION OF ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN MEDICAL STAFF MEMBERS FOR (I) ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIMS AND (II) RELIEF FROM THE SALE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby certifies that:

1. On December 5, 2019, the *Motion of St. Christopher's Hospital for Children Medical Staff Members for (I) Allowance and Immediate Payment of Administrative Claims and (II) Relief from the Sale Order Pursuant to Federal Rule of Civil Procedure 60(b)* [D.I. 1088] (the "**Motion**")[2] was filed with the Court by certain former medical staff members of St. Christopher's Hospital for Children, LLC that are identified on Exhibit A to the Motion (the "**Medical Staff Members**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

36630071.6 04/07/2020

2.      Pursuant to the notice of the Motion, responses to the Motion were due to be filed by January 16, 2020 at 4:00 p.m. (EST), which deadline was extended for the Debtors and STC OpCo, LLC (the "**Buyer**") to the date that is seven (7) days before the next scheduled omnibus hearing (the "**Objection Deadline**").

3.      Prior the Objection Deadline, the Debtors, the Buyer and the Medical Staff Members engaged in discussions concerning the Motion and the claims asserted therein and achieved a resolution of the relief sought in the Motion on the terms set forth in the *Stipulation Concerning Allocation of Productivity Bonus Claims and Resolving Motion of St. Christopher's Hospital for Children Medical Staff Members for (I) Allowance and Immediate Payment of Administrative Claims and (II) Relief from the Sale Order Pursuant to Federal Rule of Civil Procedure 60(b)* [D.I. 1088] (the "**Stipulation**").

4.      A copy of the Stipulation is attached as **Exhibit 1** to the proposed form of order (the "**Proposed Order**") attached hereto as **Exhibit A**.

[remainder of page left intentionally blank]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order approving the Stipulation at its earliest convenience.

Dated: April 7, 2020 **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*