# **Exhibit A**

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 1088 and __** |

**ORDER APPROVING STIPULATION CONCERNING ALLOCATION OF PRODUCTIVITY BONUS CLAIMS AND RESOLVING MOTION OF ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN MEDICAL STAFF MEMBERS FOR (I) ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIMS AND (II) RELIEF FROM THE SALE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)**

Upon consideration of the *Stipulation Concerning Allocation of Productivity Bonus Claims and Resolving Motion of St. Christopher's Hospital for Children Medical Staff Members for (I) Allowance and Immediate Payment of Administrative Claims and (II) Relief from the Sale Order Pursuant to Federal Rule of Civil Procedure 60(b)* (the "**Stipulation**")[2] attached hereto as **Exhibit "1"**; and the Court having jurisdiction over the matters raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and it appearing that no other or further notice need be provided; and the Court having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is hereby approved in its entirety and entered as an order of the Court.

2. The Debtors are authorized to take any and all actions necessary to effectuate the Stipulation.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

4. This Order is effective immediately upon entry.

# EXHIBIT 1

## Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                          Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) |

**STIPULATION CONCERNING ALLOCATION OF PRODUCTIVITY BONUS CLAIMS AND RESOLVING MOTION OF ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN MEDICAL STAFF MEMBERS FOR (I) ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIMS AND (II) RELIEF FROM THE SALE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)**

This *Stipulation* (the "**Stipulation**") is made and entered into as of the 7th day of April, 2020 between the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), STC OpCo, LLC (the "**Buyer**") and the sixty (60) medical staff members identified on **Exhibit A** to this Stipulation (collectively, the "**Medical Staff Members**," and together with the Debtors and the Buyer, the "**Parties**"), by and through their respective duly authorized undersigned counsel.

**INTRODUCTION**

**WHEREAS**, on June 30 and July 1, 2019 (collectively, the "**Petition Date**"), each Debtor commenced a case (the "**Chapter 11 Cases**") by filing a voluntary petition for relief under chapter

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

36630071.6 04/07/2020

11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**");

**WHEREAS**, the Debtors are operating their businesses and managing their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

**WHEREAS**, on September 27, 2019, the Court entered an *Order under 11 U.S.C. § 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement with STC OpCo, LLC (B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtors' Executory Contracts, and (D) Granting Related Relief* [D.I. 795] (the "**Sale Order**"), pursuant to which the Court authorized the sale (the "**STC Sale**") of substantially all assets of St. Christopher's Healthcare, LLC and certain related Debtors (the "**Sellers**") to the Buyer pursuant to the terms of an asset purchase agreement, which was subsequently amended by the Sellers and the Buyer pursuant to a First Amendment to Asset Purchase Agreement dated December 14, 2019 (together, the "**APA**");

**WHEREAS**, the STC Sale closed effective as of December 15, 2019;

**WHEREAS**, certain former physicians, including the Medical Staff Members (together, the "**Physicians**") and Debtor SCHC Pediatric Associates, LLC ("**SCHC**") were party to various physician employment agreements that governed compensation arrangements for each Physician or otherwise referenced other compensation plans or arrangements governing each Physician's compensation (collectively, the "**Physician Employment Agreements**");

**WHEREAS**, certain of the Physician Employment Agreements provide for the payment of "**Productivity Bonuses**," which amounts are based on the number of work relative value units

generated by each Physician in accordance with the terms set forth in each Physician's Physician Employment Agreement;

WHEREAS, on December 5, 2019, the Medical Staff Members filed a motion pursuant to which the Medical Staff Members sought, *inter alia*, allowance and immediate payment of asserted administrative claims for Productivity Bonuses allegedly owed for the second and third quarters of 2019 in the total amount of $463,055.87 (the "**Productivity Bonus Motion**");

WHEREAS, the APA provides for, *inter alia*, (i) the Buyer to assume the obligation to pay Productivity Bonuses for Physicians with assumed Physician Employment Agreements, (ii) a reconciliation process to take place between the Sellers and the Buyer to determine which portion of the Productivity Bonuses are attributable to the Sellers versus the Buyer under the terms set forth therein, and (iii) the funding of $300,000 with Sellers' counsel (the "**Physician Bonus Deposit**"), which amount is not to be disbursed other than upon written agreement of the Sellers and the Buyer or an order of the Bankruptcy Court, for the purpose of funding the Sellers' portion of outstanding 2019 Productivity Bonus payments;

WHEREAS, on December 20, 2019, the Debtors filed a *Notice of Final Designation of Executory Contracts and Unexpired Leases to be Assumed and Assigned to Purchaser* [D.I. 1219], which identified the final list of executory contracts and unexpired leases that were designated for assumption and assignment to the Buyer in connection with the STC Sale;

WHEREAS, the Physician Employment Agreements for Medical Staff Members Peter Pizzutillo, M.D., Divya Subramanian-Khuana, M.D. and Jennifer Tingo, M.D. (together, the "**Non-Assumed Medical Staff Members**") were not designated by the Buyer for assumption and assignment in connection with the STC Sale;

**WHEREAS**, the Physician Employment Agreements for all other Medical Staff Members were assumed and assigned to the Buyer, effective as of December 15, 2020 (the "**Assumed Physician Employment Agreements**");

**WHEREAS**, the Parties have conferred and now seek to resolve the Productivity Bonus Motion and the relief otherwise sought through the motion in the manner set forth herein.

**NOW, THEREFORE**, in consideration of the mutual promises and agreements contained herein, and in accordance with the APA, the Parties hereby agree, subject to Bankruptcy Court approval as set forth herein, as follows:

**STIPULATION**

1. Each of the Recitals set forth above is incorporated herein by reference.

2. This Stipulation is subject to and conditioned upon the entry of a final, non-appealable order of the Court approving this Stipulation (the "**Stipulation Effective Date**"). In the event that the Stipulation Effective Date does not occur, this Stipulation shall be deemed null and void and of no force or effect. In such event, nothing (including the Recitals) contained in this Stipulation, any motion or certification filed seeking an order from the Court approving this Stipulation, or any correspondence or other communications related to the negotiations, drafting or approval of this Stipulation, shall be argued or deemed to be an admission against any Party's interest in any litigation by and between any parties, and the Parties shall be automatically returned to their respective positions *status quo ante*.

3. The total amount of Productivity Bonuses owed to Physicians for the calendar year 2019 is $1,111,553.62,[2] of which $28,341.46 relates to the Non-Assumed Medical Staff Members

---

[2] Of this amount, $1,101,599.67 relates to Productivity Bonuses owed to the Medical Staff Members in connection with the Productivity Bonus Motion. $1,073,258.61 of which relates to Assumed Physician Employment Agreements and $28,341.46 relates to Non-Assumed Medical Staff Bonuses (all as defined herein).

(the "**Non-Assumed Medical Staff Bonuses**").  The Buyer shall have no liability related to the Non-Assumed Medical Staff Bonuses.  The Non-Assumed Medical Staff Bonuses shall be paid directly by the Debtors' estates as follows: (i) $20,125.35 of the Productivity Bonus owed to Dr. Jennifer Tingo shall be treated as an allowed administrative expense claim against the estate of SCHC, to be paid within seven (7) business days following the Stipulation Effective Date; and (ii) the balance of the Non-Assumed Medical Staff Bonuses, in the amount of $8,216.11 shall be treated as allowed general unsecured claim to be paid in accordance with the terms of any confirmed chapter 11 plan or plans in these cases (the "**Allowed Non-Assumed Medical Staff Members Claim**").  The breakdown of the Allowed Non-Assumed Medical Staff Members Claim is as follows:

| Non-Assumed Staff Members | Allowed Unsecured Claim | Allowed Administrative Claim | Total |
|---|---|---|---|
| Peter Pizzutillo, M.D. | $3,133.81 | $0.00 | $3,133.81 |
| Jennifer Tingo, M.D. | $5,082.30 | $20,125.35 | $25,207.65 |
| Divya Subramanian-Khuana, M.D. | $0.00 | $0.00 | $0.00 |

4.  Other than the Allowed Non-Assumed Medical Staff Members Claim, the Non-Assumed Medical Staff Members shall have no other allowed claims against any of the Debtors, whether filed or scheduled, including, but not limited to, claims arising in connection with their Physician Employment Agreements.  The Non-Assumed Medical Staff Members shall not be entitled to any distributions from any of the Debtors, their estates or any of the Debtors' successors, other than on account of the Allowed Non-Assumed Medical Staff Members Claim.  The Non-Assumed Medical Staff Members shall not assert any additional claims against any of the Debtors on account of pre-petition or post-petition periods

5.  The remaining $1,083,212.16 in Productivity Bonuses (the "**Buyer Payment Obligation**") (i) relates to Assumed Physician Employment Agreements, (ii) shall be paid by the

5

Buyer within fourteen (14) days following the Stipulation Effective Date, and (iii) shall be allocated in accordance with the APA as follows: (a) $553,557.03 shall be an obligation of the Buyer, and (b) $529,655.13 shall be an obligation of the Debtors (the "**Debtors' Portion**"). A chart reflecting the amount of Productivity Bonuses owed to each Physician with an Assumed Physician Agreement, and indicating whether each Physician was included in the Productivity Bonus Motion, is attached hereto as **Exhibit B**.

6. In satisfaction of the Debtors' Portion, within three (3) business days following the Stipulation Effective Date, (i) the Debtors' counsel, Saul Ewing Arnstein & Lehr LLP shall be authorized and directed to release the Physician Bonus Deposit and pay such amount, via wire transfer, to the Buyer, and (ii) the Debtors shall pay the balance of $229,655.13 to the Buyer, via wire transfer.

7. Upon satisfaction of the Debtors' Portion as set forth above, the Debtors shall have no further liability in connection with claims for Productivity Bonuses by Physicians whose Physician Employment Agreements were assumed by the Buyer. Upon satisfaction of the Buyer Payment Obligation, the Buyer shall have no further liability in connection with claims for Productivity Bonuses for the 2019 calendar year.

8. The Parties are authorized to take any and all actions necessary to effectuate this Stipulation.

9. This Stipulation is the entire agreement between and among the Parties with respect to the subject matter hereof. This Stipulation supersedes any and all agreements, whether written or oral, that may have previously existed between the Parties with respect to the matters set forth herein. No statements, promises, or representations have been made by any Party to any other, or

relied upon, and no consideration has been offered, promised, expected or held out other than as expressly provided for herein.

10. The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation; provided, however, that the Debtors' authorization is subject to Bankruptcy Court approval and this Stipulation shall become effective upon the order approving this Stipulation becoming a Final Order.

11. In the event of any ambiguity in this Stipulation, no inferences shall be drawn against any Party on the basis of authorship of this Stipulation.

12. This Stipulation may be modified, amended, or supplemented by the Parties, in writing, and without further order of the Court, provided that any such modification, amendment, or supplement either is (a) not material or (b) not less favorable to the Debtors than the existing applicable provisions without further order of the Court.

13. This Stipulation is a fully integrated agreement with each provision being fully integrated and dependent on each other provision and no provision of this Stipulation may held to be unenforceable without this entire Stipulation being held to be unenforceable and no provision may be "blue penciled" to render such provision enforceable.

14. This Stipulation shall be governed by and construed in accordance with the Bankruptcy Code and, where not inconsistent, the laws of the State of Delaware, without regard to the conflict of laws' principles thereof.  This Stipulation shall be binding upon and inure to the

benefit of the Parties and their respective successors, assignees, designees, agents, attorneys and representatives.

15.     This Stipulation may be executed in one or more counterparts, including by facsimile and/or electronic mail, each of which when so executed shall be deemed to be an original, and all of which, when taken together, shall constitute one and the same Stipulation.

16.     The Parties acknowledge and agree that the Court shall retain jurisdiction over all disputes concerning or related to the subject matter of this Stipulation.

[remainder of page left intentionally blank]

36630071.6 04/07/2020

**IN WITNESS WHEREOF**, the Parties by and through their duly authorized respective counsel hereby execute this Stipulation as of the date first written above, intending to be legally bound.

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **STEVENS & LEE, P.C.** |
| */s/ Monique B. DiSabatino* | */s/ Joseph H. Huston, Jr.* |
| Mark Minuti (DE Bar No. 2659) | Joseph H. Huston, Jr. (DE Bar No. 4035) |
| Monique Bair DiSabatino (DE Bar No. 6027) | Stevens & Lee, P.C. |
| 1201 N. Market Street, Suite 2300 | 919 North Market Street, Suite 1300 |
| P.O. Box 1266 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1266 | Telephone: (302) 425-3310 |
| Telephone: (302) 421-6800 | Facsimile: (610) 371-7972) |
| Fax: (302) 421-5873 | jhh@stevenslee.com |
| mark.minuti@saul.com | |
| monique.disabatino@saul.com | -and- |
| | |
| -and- | Robert Lapowsky |
| | Stevens & Lee, P.C. |
| Jeffrey C. Hampton | 620 Freedom Business Center, Suite 200 |
| Adam H. Isenberg | King of Prussia, PA 19406 |
| Aaron S. Applebaum (DE Bar No. 5587) | Telephone: (215) 751-2866 |
| Centre Square West | Facsimile: (610) 371-7958 |
| 1500 Market Street, 38th Floor | rl@stevenslee.com |
| Philadelphia, PA 19102 | |
| Telephone: (215) 972-7700 | *Counsel to STC OpCo, LLC* |
| Fax: (215) 972-7725 | |
| jeffrey.hampton@saul.com | |
| adam.isenberg@saul.com | |
| aaron.applebaum@saul.com | |
| | |
| *Counsel for Debtors and Debtors in Possession* | |

| BALLARD SPAHR LLP | CIARDI CIARDI & ASTIN |
|---|---|
| */s/ Chantelle D. McClamb*_____<br>Tobey M. Daluz (DE Bar No. 3939)<br>Chantelle D. McClamb (DE Bar No. 5978)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>daluzt@ballardspahr.com<br>mcclambc@ballardspahr.com<br><br>and<br><br>Vincent J. Marriott III, Esq.<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 665-8500<br>Facsimile: (215) 864-8999<br>marriott@ballardspahr.com<br><br>*Co-Counsel to STC OpCo, LLC* | */s/ Joseph J. McMahon, Jr.*_____<br>Daniel K. Astin (DE Bar No. 4068)<br>Joseph J. McMahon, Jr. (DE Bar No. 4819)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-1100<br>Facsimile: (302) 658-1300<br>jmcmahon@ciardilaw.com<br><br>-and-<br><br>Albert A. Ciardi III<br>One Commerce Square, Suite 3500<br>2005 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 557-3550<br>Facsimile: (215) 557-3551<br>aciardi@ciardilaw.com<br><br>*Counsel to the Medical Staff Members* |

**Exhibit A to Stipulation**
**(Medical Staff Members)**

| | |
|---|---|
| Adegite, Enitan | Lopez Thibault, N. Isaura |
| Apollonsky, Nataly | Mahan, Vicki L. |
| Azam, Anita | Manteghi, Alexander |
| Bridgeman, Amy | Mitchell, Ellen Lide |
| Brodie, Nicola | O'Brien, Kathleen B. |
| Buboltz, Noah | Pak, Anna |
| Burkey, Brooke | Patel, Priya |
| Carvalho, Karen Souza | Pizzutillo, Peter |
| Cucinella, Erica | Rani, Seema |
| Davis, Wellington J. | Rosenblatt, Joseph |
| Delarato, Nicole | Safier, Shannon David |
| Dhawan, Ashish | Salehi, Vesta |
| Ellen, Stacey | Sandrock, Deborah Ann |
| Feinstein, Laurence | Scherzer, Leah |
| Fuld, Kimberly B. | Schmitz, Kristine Held |
| Gattuso, Alison L. | Schneider, Michael C. |
| Glat, Paul | Souder, Emily |
| Goldstein, Jeremiah | Spector, Robert T. |
| Gresh, Megan | Stevens, Randy M. |
| Guevera, Rita | Stroup, Kathryn |
| Halligan, Gregory | Suarez, Elizabeth |
| Hasbani, Daphne M. | Sun, Jie |
| Herman, Martin J. | Taylor, Daniel R. |
| Herzog, Keith D. | Terk, Alyssa R. |
| Johnson, Joanna | Tingo, Jennifer E. |
| Kelly, Shareen | Toib, Dana |
| Khurana, Divya | Turchi, Renee |
| Kramer-Wildgrube, Alanna | Wolf, Michael |
| Kubicky, Rita Ann | Zwillenberg, David A. |
| Kwon, Michael Soon Il | Zwillenberg, Seth |

## Exhibit B

**Breakdown of Amounts Owed to Physicians with
Assumed Physician Employment Agreements
(See attached)**

**Exhibit B**
Breakdown of Productivity Bonuses Owed to Physicians with Assumed Employment Agreements

| Provider | Included in Productivity Bonus Motion | AMOUNT OWED | | | | | AMOUNT PAID | | | | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qtr1 | Qtr2 | Qtr3 | Qtr4 | | Qtr1 | Qtr2 | Qtr3 | Qtr4 | | 2019 Year End |
| Vesta Salehi, MD | Y | $6,931.35 | $22,914.45 | ($20,461.50) | $5,317.20 | | $3,465.68 | $0.00 | $0.00 | $0.00 | | $11,235.83 |
| Nataly Apollonsky, MD | Y | $6,934.95 | $12,192.75 | $14,457.15 | $825.75 | | $3,467.48 | $0.00 | $0.00 | $0.00 | | $30,943.13 |
| Kathryn Stroup, MD | Y | $16,328.03 | $4,706.45 | $8,083.95 | $60.55 | | $8,164.01 | $0.00 | $0.00 | $0.00 | | $21,014.96 |
| Dana Toib, MD | Y | $19,730.07 | $12,244.94 | $20,578.82 | $13,949.68 | | $9,865.04 | $0.00 | $0.00 | $0.00 | | $56,638.48 |
| Anna Pak, MD | Y | ($2,844.98) | $2,451.93 | $3,195.50 | $5,012.53 | | $0.00 | $0.00 | $0.00 | $0.00 | | $7,814.97 |
| Daphne Hasbani, MD | Y | $9,554.16 | $7,300.02 | ($917.28) | $5,720.82 | | $4,777.08 | $0.00 | $0.00 | $0.00 | | $16,880.64 |
| Elizabeth Suarez, MD | Y | $1,445.85 | $3,132.90 | ($430.65) | ($3,350.70) | | $722.92 | $0.00 | $0.00 | $0.00 | | $74.48 |
| Emily Souder, MD | Y | $2,653.20 | $3,478.95 | $4,075.20 | $1,262.70 | | $1,326.60 | $0.00 | $0.00 | $0.00 | | $10,143.45 |
| Nicola Brodie, MD | Y | $9,391.82 | $3,517.80 | $4,954.40 | $9,984.40 | | $4,695.91 | $0.00 | $0.00 | $0.00 | | $23,152.51 |
| Kristine Schmitz, MD | Y | $2,501.28 | $8,035.65 | $3,629.85 | $7,897.40 | | $1,250.64 | $0.00 | $0.00 | $0.00 | | $20,813.54 |
| Daniel Taylor, DO | Y | $15,154.47 | $8,855.35 | $8,798.47 | $11,201.05 | | $7,577.24 | $0.00 | $0.00 | $0.00 | | $36,432.11 |
| Leah Scherzer, MD | Y | $9,040.15 | $6,325.90 | $3,628.62 | $7,036.92 | | $4,520.07 | $0.00 | $0.00 | $0.00 | | $21,511.52 |
| Joanna R. Johnson, MD | Y | $7,857.90 | $13,465.35 | $18,337.50 | $10,066.50 | | $3,928.95 | $0.00 | $0.00 | $0.00 | | $45,798.30 |
| Keith Herzog, MD | Y | $632.45 | ($684.95) | $1,486.45 | $1,160.25 | | $316.23 | $0.00 | $0.00 | $0.00 | | $2,277.98 |
| Kimberly Fuld, DO | Y | $340.65 | $2,638.35 | $2,964.15 | $1,881.90 | | $170.33 | $0.00 | $0.00 | $0.00 | | $7,654.73 |
| Stacy B Ellen, DO | Y | $18,646.95 | $9,755.55 | $7,126.00 | $11,703.30 | | $9,323.48 | $0.00 | $0.00 | $0.00 | | $37,908.33 |
| Jeremiah Goldstein, MD | Y | $5,015.67 | $9,857.05 | $2,504.60 | $12,314.75 | | $2,507.84 | $0.00 | $0.00 | $0.00 | | $27,184.24 |
| Deborah Sandrock, MD | Y | $5,384.23 | $754.60 | $385.53 | ($3,469.55) | | $2,692.11 | $0.00 | $0.00 | $0.00 | | $362.69 |
| Alexander Manteghi, MD | Y | $46,461.04 | $22,581.17 | $30,891.53 | $23,154.79 | | $23,230.52 | $0.00 | $0.00 | $0.00 | | $99,858.01 |
| Nicole Delarato, MD | Y | $23,970.93 | $28,372.30 | $27,233.53 | $27,152.13 | | $11,985.46 | $0.00 | $0.00 | $0.00 | | $94,743.41 |
| Karen Carvalho, MD | Y | $5,077.35 | $2,647.80 | $6,883.65 | $22,130.55 | | $2,538.68 | $0.00 | $0.00 | $0.00 | | $34,200.68 |
| Shareen Kelly, MD | Y | $9,923.90 | $2,628.85 | ($2,535.05) | ($824.95) | | $4,961.95 | $0.00 | $0.00 | $0.00 | | $4,230.80 |
| Ellen Mitchell, MD | Y | $7,105.50 | $9,702.90 | $11,466.00 | $4,694.18 | | $3,552.75 | $0.00 | $0.00 | $0.00 | | $29,415.83 |
| Renee Turchi, MD | Y | $7,540.40 | $6,284.80 | $19,447.20 | $20,460.40 | | $3,770.20 | $0.00 | $0.00 | $0.00 | | $49,962.60 |
| Feinstein MD, Laurence | Y | $1,739.70 | $6,539.40 | $11,918.25 | ($2,489.85) | | $869.85 | $0.00 | $0.00 | $0.00 | | $16,837.65 |
| Rita Guevara, MD | Y | $10,838.94 | $8,169.70 | $839.30 | $1,843.63 | | $5,419.47 | $0.00 | $0.00 | $0.00 | | $16,272.10 |
| Seema Rani, MD | Y | $3,505.96 | $6,316.98 | | | | $1,752.98 | $0.00 | $0.00 | $0.00 | | $8,069.96 |
| Priya Patel, MD | Y | $11,383.54 | $8,870.57 | ($21,178.85) | $494.20 | | $5,691.77 | $0.00 | $0.00 | $0.00 | | ($6,122.31) |
| Isaura Lopez Thibault, MD | Y | $6,053.20 | $3,403.80 | $705.40 | $4,842.00 | | $3,026.60 | $0.00 | $0.00 | $0.00 | | $11,977.80 |
| Alanna Kramer, MD | Y | $20,258.80 | $12,354.00 | $14,517.80 | $9,352.60 | | $10,129.40 | $0.00 | $0.00 | $0.00 | | $46,353.80 |
| Amy Bridgeman, MD | Y | $14,926.40 | $12,397.90 | $5,071.20 | $5,077.80 | | $7,463.20 | $0.00 | $0.00 | $0.00 | | $30,010.10 |
| Erica Cucinella, MD | Y | $12,880.00 | $7,895.60 | $7,385.20 | $9,761.60 | | $6,440.00 | $0.00 | $0.00 | $0.00 | | $31,482.40 |
| Buboltz MD, Noah | Y | | | $11,344.60 | $8,979.10 | | | | $0.00 | $0.00 | | $20,323.70 |
| Allison Gattuso, DO | Y | $5,832.68 | $6,267.63 | $6,683.78 | $4,976.97 | | $5,832.68 | $0.00 | $0.00 | $0.00 | | $17,928.38 |
| Megan Gresh, MD | Y | $5,832.68 | $6,267.63 | $6,683.78 | $4,976.97 | | $5,832.68 | $0.00 | $0.00 | $0.00 | | $17,928.38 |
| Martin Herman, MD | Y | $5,832.68 | $6,267.63 | $6,683.78 | $4,976.97 | | $5,832.68 | $0.00 | $0.00 | $0.00 | | $17,928.38 |
| Michael Kwon, MD | Y | $5,832.68 | $6,267.63 | $6,683.78 | $4,976.97 | | $5,832.68 | $0.00 | $0.00 | $0.00 | | $17,928.38 |
| Joseph Rosenblatt, DO | Y | $5,832.68 | $6,267.63 | $6,683.78 | $4,976.97 | | $5,832.68 | $0.00 | $0.00 | $0.00 | | $17,928.38 |
| Shannon Safier, MD | Y | $5,832.68 | $6,267.63 | $6,683.78 | $4,976.97 | | $5,832.68 | $0.00 | $0.00 | $0.00 | | $17,928.38 |
| Dustin Greenhill, MD | N | | | | $4,976.97 | | $0.00 | $0.00 | $0.00 | $0.00 | | $4,976.97 |
| Arianna Trionfo, MD | N | | | | $4,976.97 | | $0.00 | $0.00 | $0.00 | $0.00 | | $4,976.97 |
| Michael Wolf, MD | Y | $5,832.68 | $6,267.63 | $6,683.78 | $4,976.97 | | $5,832.68 | $0.00 | $0.00 | $0.00 | | $17,928.38 |
| Kathleen O'Brien, MD | Y | $5,832.68 | $6,267.63 | $6,683.78 | $4,976.97 | | $5,832.68 | $0.00 | $0.00 | $0.00 | | $17,928.38 |
| Brooke Burkey, MD | Y | $2,293.11 | $2,009.15 | $2,245.03 | $1,484.11 | | $2,293.11 | $0.00 | $0.00 | $0.00 | | $5,738.29 |
| Wellington Davis, MD | Y | $2,293.11 | $2,009.15 | $2,245.03 | | | $2,293.11 | $0.00 | $0.00 | $0.00 | | $4,254.18 |
| Paul Glat, MD | Y | $2,293.11 | $2,009.15 | $2,245.03 | $1,484.11 | | $2,293.11 | $0.00 | $0.00 | $0.00 | | $5,738.29 |

36566437.2

**Exhibit B**
Breakdown of Productivity Bonuses Owed to Physicians with Assumed Employment Agreements

| Provider | Included in Productivity Bonus Motion | Qtr1 | Qtr2 | Qtr3 | Qtr4 | | Qtr1 | Qtr2 | Qtr3 | Qtr4 | | 2019 Year End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alyssa Terk, MD | Y | $4,111.08 | $4,479.94 | $3,805.71 | $3,266.12 | | $4,111.08 | $0.00 | $0.00 | $0.00 | | $11,551.77 |
| David Zwillenberg, MD | Y | $6,457.78 | $6,616.68 | $6,512.38 | $4,057.62 | | $6,457.78 | $0.00 | $0.00 | $0.00 | | $17,186.68 |
| Seth Zwillenberg, MD | Y | $3,507.28 | $3,453.09 | $3,267.32 | $2,721.02 | | $3,507.28 | $0.00 | $0.00 | $0.00 | | $9,441.43 |
| Robert T. Spector, MD | Y | $3,278.71 | $2,992.07 | $2,824.16 | $2,547.75 | | $3,278.71 | $0.00 | $0.00 | $0.00 | | $8,363.98 |
| Vicki Mahan, MD | Y | $1,150.30 | $659.81 | $36.97 | $171.31 | | $1,150.30 | $0.00 | $0.00 | $0.00 | | $868.09 |
| Randy Stevens, MD | Y | $1,042.50 | $719.34 | $57.24 | $453.51 | | $1,042.50 | $0.00 | $0.00 | $0.00 | | $1,230.09 |
| | | | | | | | | | | | TOTAL: | $1,083,212.16 |