IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, am employed in the county of Los Angeles, State of California. I hereby certify that on April 2, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Approving Nineteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 1548]**

Dated: April 7, 2020

_____
Jorge Rodriguez
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this ___ day of April_____, 20__ by Jorge Rodriguez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ADVANCED TECHNOLOGIES GROUP<br>JSTEENSEN@ATGINC.COM | ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ALBERT EINSTEIN MEDICAL CENTER<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU |
| ANESTHESIA BUSINESS CONSULTANTS LLC<br>NEDA RYAN<br>NEDA.RYAN@MIRAMEDGS.COM | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BATTELL MEMORIAL INSTITUTE PACIFIC NORTHWES<br>RANDY DYKES, CONTRACT SPECIALIST<br>RANDY.DYKES@PNNL.GOV |
| BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM | BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM |
| BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM | BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BROMEDICON, LLC<br>HOSPITALINVOICING@BROMEDICONLLC.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CAREFUSION 211, INC<br>ANNE DAMERON<br>ANNE.DAMERON@VYAIRE.COM | CHANGE HEALTHCARE TECHNOLOGIES, LLC<br>JODY.SAETEUNE@CHANGEHEALTHCARE.COM |
| CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM | CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM | DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM |
| DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM |
| DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM |
| DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM | GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM |

| | | |
|---|---|---|
| GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM |
| HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM |
| JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM |
| MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM |
| MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM |
| MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM |
| OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM |
| O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM |
| PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM |
| POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM |
| POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM | RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM |

| | | |
|---|---|---|
| RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM |
| SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM |
| STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM |
| THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM |
| UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM |
| WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM | | |

Parties Served:  121

## **EXHIBIT B**

AA CASA INC
T/A PM ASSOCIATES
PO BOX 2104
MEDIA, PA 19063

AARDVARK PEST CONTROL SERVICES, INC.
2921 CONCORD RD
ASTON, PA 19014

AARDVARK PEST CONTROL SERVICES, INC.
ATTN: PRESIDENT
2921 CONCORD RD
ASTON, PA 19014

AARDVARK PEST MANAGEMENT INC
P.O. BOX 39391
PHILADELPHIA, PA 19136

AARDVARK PEST MGMT INC
2921 CONCORD RD
ASTON, PA 19014

ABINGTON MEMORIAL HOSPITAL CORP
ATTN: L OTT, FINANCE
2510 MARYLAND RD, STE 230
WILLOW GROVE, PA 19090

ABINGTON SURGICAL CENTER L C
2701 BLAIR MILL RD, STE 35
WILLOW GROVE, PA 19090

ABINGTON SURGICAL CENTER PC
2701 BLAIR MILL RD, STE 35
WILLOW GROVE, PA 19090

ABINGTON SURGICAL CENTER PC
ATTN: PHILOMENA GLOWKE
2701 BLAIR MILL RD
WILLOW GROVE, PA 19090

ACCRIVA DIAGNOSTICS, INC.
ATTN: PRESIDENT AND CEO
6260 SEQUENCE DR
SAN DIEGO, CA 92121

ACCRUENT, LLC
11500 ALTERRA PKWY, STE 110
AUSTIN, TX 78758

ACCRUENT, LLC
DEPT 3636
P.O. BOX 123636
DALLAS, TX 75312-3636

ADONI HEALTH INSTITUTE
630 CHURCHMANS RD
NEWARK, DE 19702

ADVANCED DOOR SERVICES, INC.
ATTN: GENERAL MANAGER
777 SCHWAB RD, STE A
HATFIELD, PA 19440

ADVANCED DOOR SERVICES, INC.
P.O. BOX 861
LANSDALE, PA 19446

ADVANCED TECHNOLOGIES GROUP
LOCKBOX 33845
CHICAGO, IL 60694

ADVANCED TECHNOLOGIES GROUP, INC.
377 E BUTTERFIELD RD, STE 900
LOMBARD, IL 60148

ADVANCED TECHNOLOGIES GROUP, INC.
ATTN: JULIA STEENSEN
377 E BUTTERFIELD RD STE 900
LOMBARD, IL 60148

AI DUPONT HOSP FOR CHILDREN (THE NEMOURS FOU
ATTN: STEVEN SELBST, MD
1600 ROCKLAND RD
WILMINGTON, DE 19803

AI DUPONT HOSPITAL FOR CHILDREN
ATTN: DIANE HOCHSTUHL
1600 ROCKLAND RD
WILMINGTON, DE 19803

AI DUPONT HOSPITAL FOR CHILDREN
OFFICE OF CONTRACTS ADMIN
THE NEMOURS FOUNDATION
10140 CENTURION PKWY N
JACKSONVILLE, FL 32256

AIRGAS USA INC
P.O. BOX 532609
ATLANTA, GA 30353-2609

AIRGAS USA, LLC
259 N RADNOR-CHESTER RD, STE 100
RADNOR, PA 19087

AIRGAS USA, LLC
ATTN: AMANDA DOPIERALSKI
6055 ROCKSIDE WOODS BLVD
INDEPENDENCE, OH 44131

AIRGAS USA, LLC
P.O. BOX 802576
CHICAGO, IL 60680-2576

ALABAMA COLLEGE OF OSTEOPATHIC MEDICINE
445 HEALTH SCIENCES BLVD
DONTHAN, AL 36303

ALBERT EINSTEIN MEDICAL CENTER
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
5502 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
ATTN: COO
5501 OLD YORK RD
PHILADELPHIA, PA 19140

ALBERT EINSTEIN MEDICAL CENTER
ATTN: DOUGLAS MCGEE, DO
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
ATTN: DOUGLAS MCGEE, DO/ A. SUSAN BERNINI, COO
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
ATTN: GENERAL ACCOUNTING 2ND FLR
5501 OLD YORK RD
PHILADELPHIA, PA 19141

ALBERT EINSTEIN MEDICAL CENTER
ATTN: JANE WINSKI
EINSTEIN PRACTICE PLAN/LEVY
ONE PENN BLVD, STE 107
PHILADELPHIA, PA 19144

| | | |
|---|---|---|
| ALBERT EINSTEIN MEDICAL CENTER<br>ATTN: PENNY J. REZET<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19141 | ALBERT EINSTEIN MEDICAL CENTER<br>ATTN: PENNY REZET<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19141 | ALBERT EINSTEIN MEDICAL CENTER<br>C/O DUANE MORRIS LLP<br>ATTN: JARRET P. HITCHINGS, ESQ<br>222 DELAWARE AVE, STE 1600<br>WILMINGTON, DE 19801 |
| ALBERT EINSTEIN MEDICAL CENTER<br>C/O DUANE MORRIS LLP<br>ATTN: JARRET P. HITCHINGS, ESQ.<br>222 DELAWARE AVE, STE 1600<br>WILMINGTON, DE 19801 | ALBERT EINSTEIN MEDICAL CENTER<br>DBA EINSTEIN CENTER ONE<br>ATTN: COO, 11TH ST & TABOR RD<br>PHILADELPHIA, PA 19141 | ALBERT EINSTEIN MEDICAL CENTER<br>RE: EINSTEIN PRACTICE PLAN<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19141 |
| ALL STATE CAREER SCHOOL<br>50 W POWHATTAN AVE<br>ESSINGTON, PA 19029 | ALLERGAN SALES LLC<br>12975 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | ALLERGAN USA INC<br>12975 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 |
| ALLERGAN USA INC<br>2525 DUPONT DR<br>IRVINE, CA 92677 | ALLIANCE HEALTHCARE SERVICES, INC.<br>ATTN: BRENT M. CHAFFEE<br>P.O. BOX 19532<br>IRVINE, CA 92623 | ALLIANCE HEALTHCARE SERVICES, INC.<br>ATTN: BRIAN M. CHAFFEE<br>P.O. BOX 19532<br>IRVINE, CA 92623 |
| ALLIANCE HEALTHCARE SERVICES, INC.<br>DBA ALLIANCE HEALTHCARE RADIOLOGY<br>ATTN: CONTRACTS ADMIN DEPT<br>18201 VON KARMAN, STE 600<br>IRVINE, CA 92612 | ALLIANCE HEALTHCARE SERVICES, INC.<br>DBA ALLIANCE IMAGING INC<br>P.O. BOX 19532<br>IRVINE, CA 92623 | ALLIANCE HEALTHCARE SERVICES, INC.<br>P.O. BOX 96485<br>CHICAGO, IL 60693-6485 |
| AMERICAN COLLEGE OF SURGEONS<br>ATTN: CFO<br>633 N ST CLAIRE ST<br>CHICAGO, IL 60611 | AMERICAN COLLEGE OF SURGEONS<br>ATTN: GAY VINCENT<br>633 N ST CLAIRE ST<br>CHICAGO, IL 60611 | AMERICAN COLLEGE OF SURGEONS<br>FOR THE PA NTL SURG QUALITY IMPRVT PRGM CO<br>633 N ST CLAIRE ST<br>CHICAGO, IL 60611 |
| AMERICAN COLLEGE OF SURGEONS CORP<br>DEPT 10368<br>P.O. BOX 87618<br>CHICAGO, IL 60680-0618 | AMERICAN ONCOLOGIC HOSPITAL<br>604 COTTMAN AVE<br>CHELTEMHAM, PA 19012-1201 | AMERICAN ONCOLOGIC HOSPITAL<br>DBA FOX CHASE CANCER CENTER<br>ARTHUR PATCHEFSKY<br>7701 BURHOLME AVE<br>PHILADELPHIA, PA 19111 |
| AMERICAN ONCOLOGIC HOSPITAL<br>DBA FOX CHASE CANCER CENTER<br>ATTN: CHIEF COUNSEL<br>TEMPLE UNIVERSITY HOSPITAL<br>2450 W HUNTING PARK AVE, 4TH FL<br>PHILADELPHIA, PA 19129 | AMERICAN ONCOLOGIC HOSPITAL<br>DBA FOX CHASE CANCER CENTER<br>ATTN: J. ROBERT BECK<br>TEMPLE UNIVERSITY HOSPITAL<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | AMERICAN RADIO & MICROWAVE CORP<br>813 GRAVEL PIKE<br>COLLEGEVILLE, PA 19426-1641 |
| AMIT MAITY, MD<br>ADDRESS REDACTED | ANESTHESIA BUSINESS CONSULTANTS LLC<br>C/O BURNS & LEVINSON LLP<br>ATTN: T UNRAD<br>125 HIGH ST<br>BOSTON, MA 02110 | ANESTHESIA BUSINESS CONSULTANTS LLC<br>C/O MIRAMED GLOBAL SERICES<br>ATTN: NEDA RYAN<br>255 W MICHIGAN AVE<br>JACKSON, MI 49201 |
| ANESTHESIA BUSINESS CONSULTANTS LLC<br>P.O. BOX 1406<br>CAROL STREAM, IL 60132 | ARCADIA UNIVERSITY<br>450 S EASTON RD<br>GLENSIDE, PA 19038 | ARCADIA UNIVERSITY<br>ATTN: ACADENIC COORDINATOR OF CLINICAL EDU<br>BEAVER COLLEGE<br>DEPARTMENT OF PHYSICAL THERAPY<br>450 S EAST RD<br>GLENSIDE, PA 19038 |
| ARCADIA UNIVERSITY<br>THE TRUSTEES OF ARCADIA UNIVERSITY<br>GENETIC COUNSELING PROGRAM<br>450 S EASTON RD<br>GLENSIDE, PA 19038 | ARCADIA UNIVERSITY CORPORATION<br>450 S EASTON RD<br>GLENSIDE, PA 19038 | ARIA HEALTH<br>(FORMERLY FRANKFORD HOSPITAL)<br>ARIA HEALTH SCHOOL OF NURSING<br>3 NESHAMINY INTERPLEX DR<br>TREVOSE, PA 19053 |

| | | |
|---|---|---|
| ARIA HEALTH<br>ARIA HEALTH MEDICAL STAFF OFFICE<br>10800 KNIGHTS RD<br>PHILADELPHIA, PA 19114 | ARIA HEALTH<br>DBA JEFFERSON HEALTH - NORTHEAST<br>ATTN: PRESIDENT<br>10800 KNIGHTS RD<br>PHILADELPHIA, PA 19114 | ARIA HEALTH<br>DBA JEFFERSON HEALTH - NORTHEAST<br>ATTN: PRESIDENT<br>380 N OXFORD VALLEY RD<br>LANGHORNE, PA 19047 |
| ARIA HEALTH<br>KNIGHTS AND RED LION RDS<br>PHILADELPHIA, PA 19114 | ARIA HEALTH (JEFFERSON HEALTH NE)<br>DBA JEFFERSON HEALTH - NORTHEAST<br>ATTN: PRESIDENT<br>10800 KNIGHTS RD<br>PHILADELPHIA, PA 19114 | ARIA HEALTH PHYSICIAN SERVICES<br>MEDICAL STAFF COORDINATOR<br>P.O. BOX 8500-6335<br>PHILADELPHIA, PA 19178-6335 |
| ARIA HEALTH SCHOOL OF NURSING<br>3 NESHAMINY INTERPLEX DR<br>TREVOSE, PA 19053 | ARIA-JEFFERSON HEALTH NORTHEAST<br>(BUCKS: 380 N OXFORD VALLEY RD, LANGHORNE, PA<br>DBA JEFFERSON HEALTH - NORTHEAST<br>ATTN: PRESIDENT<br>10800 KNIGHTS RD<br>PHILADELPHIA, PA 19114 | ARTCRAFT PROMOTIONAL CONCEPTS<br>ATTN: PRESIDENT AND CEO<br>1270 GLEN AVE<br>MOORESTOWN, NJ 08057 |
| ARTCRAFT PROMOTIONAL CONCEPTS<br>DBA EVENT PROMOTIONS NOW<br>HEALTH PROMOTIONS NOW<br>1270 GLEN AVE<br>MOORESTOWN, NJ 08057 | ARTCRAFT PROMOTIONAL CONCEPTS INC<br>HEALTH PROMOTIONS NOW<br>1270 GLEN AVE<br>MOORESTOWN, NJ 08057 | ASSA ABLOY ENTRANCE SYSTEMS<br>P.O. BOX 827375<br>PHILADELPHIA, PA 19182-7375 |
| ASSA ABLOY ENTRANCE SYSTEMS US<br>US INC<br>P.O. BOX 827375<br>PHILADELPHIA, PA 19182-7375 | ASSA ABLOY ENTRANCE SYSTEMS US INC.<br>1900 AIRPORT RD<br>MONROE, NC 28110 | ATLANTIC DIAGNOSTIC LABORATORIES<br>3520 PROGRESS DR, STE C<br>BENSALEM, PA 19020 |
| ATLANTIC DIAGNOSTIC LABORATORIES, LLC<br>ATTN: AARON DOMENICO, COO<br>3520 PROGRESS DR, STE C<br>BENSALEM, PA 19020 | ATLANTIC SWITCH AND GENERATOR, LLC<br>4108 SYLON BLVD<br>HAINESPORT, NJ 08036 | ATLANTIC SWITCH AND GENERATOR, LLC<br>ATTN: HANK BEVILLARD<br>4108 SYLON BLVD<br>HAINESPORT, NJ 08036 |
| ATLANTICARE REGIONAL MEDICAL CENTER<br>ATTN: MAHENDRA SOLANKI, DIO<br>MEDICAL EDUCATION OFFICE<br>1925 PACIFIC AVE<br>ATLANTIC CITY, NJ 08401 | AUGUSTA HEALTHCARE, INC.<br>ATTN: STEPHEN F. RIGO, PRESIDENT<br>255 GOLFVIEW RD<br>ARDMORE, PA 19003 | BALDASSANO DERMATOPATHOLOGY, INC.<br>ATTN: MARISA BALDASSANO<br>828 CREEKVIEW DR<br>BLUE BELL, PA 19422 |
| BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | BAPTIST HEALTH SYSTEM SCHOOL OF HEALTH PR<br>8400 DATAPOINT DR<br>SAN ANTONIO, TX 78229-3234 |
| BARCLAY WATER MANAGEMENT<br>55 CHAPEL ST<br>NEWTON, MA 02458 | BARCLAY WATER MANAGEMENT<br>ATTN: MICHAEL BOHAN<br>55 CHAPEL ST, STE 400<br>NEWTON, MA 02458 | BARCLAY WATER MANAGEMENT, INC.<br>55 CHAPEL ST, STE 400<br>NEWTON, MA 02458 |
| BARRY UNIVERSITY, INC.<br>11300 N E 2ND AVE<br>MIAMI SHORES, FL 33161 | BATTELL MEMORIAL INSTITUTE PACIFIC NORTHWEST<br>ATTN: RANDY DYKES, CONTRACT SPECIALIST<br>BATTELL BLVD, STE K6-49<br>RICHLAND, WA 99352 | BAYER HEALTHCARE<br>PO BOX: 360172<br>PITTSBURGH, PA 15251-6172 |
| BAYER HEALTHCARE CORP<br>P.O. BOX 371720<br>PITTSBURGH, PA 15250-7720 | BAYER HEALTHCARE, LLC<br>ATTN: ELISABETH MOLL<br>3930 EDISON LAKES PKWY<br>MISHAWAKA, IN 46545 | BAYER HEALTHCARE, LLC<br>ONE BAYER DR<br>INDIANOLA, PA 15051 |

| | | |
|---|---|---|
| BEAN BAG CAFÉ<br>ATTN: DARREN GRAVES (CEO/PRES)<br>919 ASTON MARTIN DR<br>LINDENWOLD, NJ 08021 | BEAN BAG CAFÉ, INC<br>919 ASTON MARTIN DR<br>LINDENWOLD, NJ 08021 | BEAN BAG CAFÉ, INC<br>919 ASTON MARTIN DR<br>LINDENWOLD, NJ 8021 |
| BEAN BAG CAFÉ, INC<br>ATTN: DARREN GRAVES (CEO/PRES)<br>919 ASTON MARTIN DR<br>LINDENWOLD, NJ 08021 | BEAN BAG CAFÉ, INC<br>ATTN: DARREN GRAVES (CEO/PRES)<br>RE: (TENANT)<br>919 ASTON MARTIN DR<br>LINDENWOLD, NJ 08021 | BEAN BAG CAFÉ, INC<br>ATTN: DARREN GRAVES, CEO/PRES<br>RE: (TENANT)<br>919 ASTON MARTIN DR<br>LINDENWOLD, NJ 08021 |
| BELFOR USA GROUP INC.<br>185 OAKLAND AVE, STE 150<br>BIRMINGHAM, MI 48009-3433 | BELFOR USA GROUP INC.<br>3443 DURAHART ST<br>RIVERSIDE, CA 92507-3452 | BELFOR USA GROUP INC.<br>444 N 3RD ST, STE 103<br>PHILADELPHIA, PA 19123 |
| BELFOR USA GROUP INC.<br>C/O DONNA SIGLER BUSINESS MGR<br>2425 BLUE SMOKE CT S<br>FT WORTH, TX 76105 | BELIMED, INC.<br>1535 HOBBY ST<br>CHARLESTON, SC 29405 | BELIMED, INC.<br>P.O. BOX 602447<br>CHARLOTTE, NC 28260-2447 |
| BELLEVUE STRATEGIES, LLC<br>200 S BROAD ST, STE 410<br>PHILADELPHIA, PA 19102 | BELLEVUE STRATEGIES, LLC<br>ATTN: PRESIDENT<br>200 S BROAD ST, STE 410<br>PHILADELPHIA, PA 19102 | BIODLOGICS, LLC<br>7740A TRINITY RD, STE 107<br>CORDOVA, TN 38018 |
| BIO-MEDICAL APPLICATIONS OF PA<br>DBA FMC DIALYSIS SVCS HAHNEMANN<br>BMA PHILADELPHIA & BMA FAIRMOUNT<br>P.O. BOX 13700-1131<br>PHILADELPHIA, PA 19191-1131 | BIO-MEDICAL APPLICATIONS OF PA (FRESENIUS)<br>ATTN: BRYAN MELLO, ASSIST TREASURER<br>RESERVOIR WOODS<br>920 WINTER ST<br>WALTHAM, MA 02451-1457 | BIO-MEDICAL APPLICATIONS OF PA INC, D/B/A FMC<br>ATTN: BRYAN MELLO, ASSISTANT TREASURER<br>AKA FRESENIUS MEDICAL CARE HAHNEMANN UNI<br>RESERVOIR WOODS<br>920 WINTER ST<br>WALTHAM, MA 02451-1457 |
| BIO-MEDICAL APPLICATIONS OF PA, INC<br>ATTN: BRYAN MELLO, ASSIST TREASURER<br>RESERVOIR WOODS<br>920 WINTER ST<br>WALTHAM, MA 02451-1457 | BIO-MEDICAL APPLICATIONS OF PA, INC<br>DBA FMC DIALYSIS SERVICES<br>A/K/A FRESENIUS MEDICAL CARE HAHNEMANN UNIVE<br>ATTN: BRYAN MELLO, ASSIST TREASURER<br>RESERVOIR WOODS, 920 WINTER ST<br>WALTHAM, MA 02451-1457 | BIO-MEDICAL APPLICATIONS OF PA, INC<br>DBA FMC DIALYSIS SERVICES<br>AKA FRESENIUS MED CARE HAHNEMANN UNI HOSI<br>RESERVOIR WOODS<br>920 WINTER ST<br>WALTHAM, MA 02451-1457 |
| BIO-MEDICAL APPLICATIONS OF PENNSYLVANIA, INC<br>RESERVOIR WOODS<br>920 WINTER ST<br>WALTHAM, MA 2451 | BIOMERIEUX INC.<br>100 RODOLPHE ST<br>DURHAM, NC 27712 | BIOMERIEUX INC.<br>ATTN: SUZANNE CHOPLIN<br>1101 HAMLIN RD<br>DURHAM, NC 27704 |
| BIOMERIEUX INC.<br>P.O. BOX 500308<br>ST LOUIS, MO 63150-0308 | BIOMERIEUX INC.<br>PAYMENT FROM PIEDMONT<br>P.O. BOX 500308<br>ST LOUIS, MO 63150-0308 | BIOMET MICROFIXATION INC<br>75 REMITTANCE DR, STE 3071<br>CHICAGO, IL 60675-3071 |
| BIOMET ORTHOPEDICS LLC<br>SEPARATE ENTITY FROM BIOMET INC<br>75 REMITTANCE DR, STE 3283<br>CHICAGO, IL 60675-3283 | BIOMET SPINE LLC<br>BIOMET INC<br>75 REMITTANCE DR, STE 6931<br>CHICAGO, IL 60675-6931 | BIOMET SPORTS MEDICINE<br>75 REMITTANCE DR, STE 3283<br>CHICAGO, IL 60675-3283 |
| BIOMET, INC<br>345 E MAIN ST<br>WARSAW, IN 46580 | BIOMET, INC<br>DBA BIOMET TRAUMA LLC<br>75 REMITTANCE DR, STE, STE 3283<br>CHICAGO, IL 60675-3283 | BIOMET, INC<br>DBA EBI SPINE, TRAUMA, BRACING &<br>OSTEOBIOLOGICS<br>75 REMITTANCE DR, STE 3283<br>CHICAGO, IL 60675-3283 |

| | | |
|---|---|---|
| BIOMET, INC<br>OSTEOBIOLOGICS<br>75 REMITTANCE DR, STE 3283<br>CHICAGO, IL 60675-3283 | BONDTECH CORP<br>1278 HWY 461<br>SOMERSET, KY 42503 | BONDTECH INCORPORATED<br>1278 HWY 461<br>SOMERSET, KY 42503 |
| BRANDMAN UNIVERSITY<br>MUSCO SCHOOL OF NURSING & HEALTH PROFESSION<br>16355 LAGUNA CANYON RD<br>IRVINE, CA 92618 | BRANDMAN UNIVERSITY, MUSCO SCHOOL OF NURSIN<br>16355 LAGUNA CANYON RD<br>IRVINE, CA 92618 | BROMEDICON<br>P.O. BOX 733960<br>DALLAS, TX 75373-3960 |
| BROMEDICON, INC.<br>ATTN: CHIEF MEDICAL OFFICER<br>201 FLORAL VALE BLVD<br>YARDLEY, PA 19067 | BROMEDICON, LLC<br>C/O MEDSURANT HOLDINGS LLC<br>100 FRONT ST, STE 280<br>WEST CONSHOHOCKEN, PA 19428 | BROMEDICON, LLC<br>P.O. BOX 733960<br>DALLAS, TX 75373-3960 |
| BRYN MAWR COLLEGE<br>300 AIRDALE RD<br>BRYN MAWR, PA 19010-1697 | BRYN MAWR COLLEGE (STUDENT HEALTH CENTER)<br>ATTN: KARI FAZIO<br>101 N MERION AVE<br>BRYN MAWR, PA 19010 | BRYN MAWR COLLEGE GRAD SCHOOL<br>OF SOCIAL WORK & SOCIAL RESEARCH<br>300 AIRDALE RD<br>BRYN MAWR, PA 19010 |
| BRYN MAWR GRADUATE SCHOOL<br>SCHOOL OF SOCIAL WORK AND SOCIAL RESEARCH<br>300 AIRDALE RD<br>BRYN MAWR, PA 19010 | BRYN MAWR REHAB HOSPITAL<br>130 S BRYN MAWR AVE<br>BRYN MAWR, PA 19010 | CALIFORNIA SCHOOL OF PODIATRIC MEDICINE<br>AT SAMUEL MERRITT UNIVERSITY<br>450 30TH ST, STE 2802<br>OAKLAND, CA 94609 |
| CALIFORNIA STATE UNIVERSITY OF NORTHRIDGE<br>DEPT OF COMMUNICATION DISORDERS & SCIENCES<br>18111 NORDHOFF ST<br>NORTHRIDGE, CA 91330 | CALYX INC<br>DBA CALYX METROLGY LAB INC<br>341 N SCIENCE PARK RD, STE 101<br>STATE COLLEGE, PA 16803 | CALYX PARTNERS, LLC<br>ATTN: DAVID K. BUTLER, MD<br>2795 E BIDWELL ST, STE 100<br>FOLSOM, CA 95630 |
| CARDIAC CARE CENTER<br>BROAD & VINE ST, 2ND FL BOBST BLDG<br>PHILADELPHIA, PA 19102 | CARDIAC CARE CENTER LLC<br>207 N BROAD ST 3RD FL<br>PHILADELPHIA, PA 19107 | CARDINAL HEALTH 414 INC<br>P.O. BOX 70609<br>CHICAGO, IL 60673-0609 |
| CARDINAL HEALTH 414, LLC<br>ATTN: NPS ASSOCIATE GENERAL COUNSEL<br>7000 CARDINAL PL<br>DUBLIN, OH 43017 | CARDIOLOGY CONSULTANTS OF PHILADELPHIA<br>ATTN: MARK VICTOR, MD<br>1703 S BROAD ST, STE 300<br>PHILADELPHIA, PA 19148 | CARDIOLOGY CONSULTANTS OF PHILADELPHIA, PC<br>207 N BROAD ST, 3RD FL<br>PHILADELHPIA, PA 19107 |
| CARDIOLOGY CONSULTANTS OF PHILADELPHIA, PC<br>225 N BROAD ST<br>PHILADELPHIA, PA 19103 | CARDIOLOGY CONSULTANTS OF PHILADELPHIA, PC<br>ATTN: MARK VICTOR, MD<br>207 N BROAD ST, 3RD FL<br>PHILADELPHIA, PA 19107 | CARDIOLOGY CONSULTANTS OF PHILADELPHIA, PC<br>ATTN: MARK VICTOR, MD<br>RE: (TENANT)<br>207 N BROAD ST, 3RD FL<br>PHILADELPHIA, PA 19107 |
| CARDIOLOGY CONSULTANTS OF PHILADELPHIA, PC<br>ATTN: WILLIAM BURNETT<br>1835 MARKET ST, STE 1050<br>PHILADELPHIA, PA 19103 | CAREFUSION 211 INC<br>88253 EXPEDITE WAY<br>CHICAGO, IL 60095 | CAREFUSION 211 INC<br>ATTN: ANNE DAMERON<br>26125 N RIVERWOODS BLVD<br>METTAWA, IL 60045 |
| CAREFUSION 211 INC<br>CARDINAL HEALTH 211<br>88253 EXPEDITE WAY<br>CHICAGO, IL 60695-0001 | CAREFUSION 211, INC<br>22745 SAVL RANCH PKWY<br>YORBA LINDA, CA 92887 | CAREFUSION 211, INC<br>ATTN: ANNE DAMERON<br>26125 N RIVERWOODS BLVD<br>METTAWA, IL 60045 |

| | | |
|---|---|---|
| CAREFUSION 211, INC<br>ATTN: ANNE DAMERON<br>88253 EXPEDITE WY<br>CHICAGO, IL 60095 | CARTERPIERCE, LLC<br>830 S SEPULVEDA BLVD, STE D206<br>EL SEGUNDO, CA 90245 | CENTER CITY HEALTHCARE, LLC<br>ATTN: LEGAL DEPT<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 |
| CENTER CITY HEALTHCARE, LLC<br>ATTN: LEGAL DEPT<br>RE: (TENANT)<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 | CENTER CITY HEALTHCARE, LLC<br>ATTN: SENIOR DIR OF OPERATIONS<br>207 N BROAD ST, 5TH FL<br>PHILADELPHIA, PA 19107 | CEPHEID INC<br>904 CARIBBEAN DR<br>SUNNYVALE, CA 94089 |
| CEPHEID INC<br>P.O. BOX 204399<br>DALLAS, TX 75320-4399 | CETLIN DESIGN GROUP<br>LAURENCE R CETLIN<br>2801 W CHESTER PIKE<br>BROOMALL, PA 19008 | CETLIN DESIGN GROUP, INC.<br>2801 W CHESTER PIKE<br>BROOMALL, PA 19008 |
| CETLIN DESIGN GROUP, INC.<br>ATTN: PRESIDENT<br>2801 W CHESTER PIKE<br>BROOMALL, PA 19008 | CHAMBERLAIN COLLEGE OF NURSING<br>3005 HIGHLAND PKWY<br>DOWNERS GROVE, IL 60515-5799 | CHANGE HEALTHCARE TECHNOLOGIES, LLC<br>22423 NETWORK PLACE<br>CHICAGO, IL 60673-1224 |
| CHANGE HEALTHCARE TECHNOLOGIES, LLC<br>5995 WINDWARD PKWY<br>ALPHARETTA, GA 30005 | CHANGE HEALTHCARE TECHNOLOGIES, LLC<br>ATTN: GENERAL COUNSEL<br>5995 WINDWARD PKWY<br>ALPHARETTA, GA 30005 | CHANGE HEALTHCARE TECHNOLOGIES, LLC<br>ATTN: JODY SAETEUNE<br>5995 WINDWARD PKWY, MSTP 4901<br>ALPHARETTA, GA 30005 |
| CHATHAM UNIVERSITY<br>1 WOODLAND RD<br>PITTSBURGH, PA 15232 | CHG COMPANIES, INC.<br>DBA COMPHEALTH<br>7259 S BINGHAM JUNCTION BLVD<br>MIDVALE, UT 84047 | CHG COMPANIES, INC.<br>DBA COMPHEALTH<br>P.O. BOX 972651<br>DALLAS, TX 75397-2651 |
| CHILDREN'S HOSPITAL OF PHILADELPHIA<br>ATTN: STEPHEN LUDWIG, MD<br>OFFICE OF MEDICAL STAFF AFFAIRS<br>34TH ST & CIVIC CENTER BLVD<br>PHILADELPHIA, PA 19104 | CHRISTIANA CARE HEALTH SERVICES<br>CORPORATE FINANCE CTR<br>200 HYGEIA DR<br>NEWARK, DE 19713-2049 | CHRISTIANA CARE HEALTH SYSTEM<br>ATTN: ROB MCMURRAY<br>4755 OGLETOWN-STANTON RD<br>NEWARK, DE 19718 |
| CHRISTIANA CARE HEALTH SYSTEM (CHRISTIANA HOS<br>ATTN: JOHN F STRASSER, MD<br>HELEN F GRAHAM CANCER CENTER<br>4701 OGLETOWN-STANTON RD, S-110<br>NEWARK, DE 19718 | CHRISTIANA CARE HEALTH SYSTEM (CHRISTIANA HOS<br>ATTN: NEIL B JASSANI, MBA, FACEP<br>4755 OGLETOWN-STANTON RD<br>NEWARK, DE 19718 | CINTAS CORPORATION<br>ATTN: GENERAL MANAGER<br>4800 W JEFFERSON ST<br>PHILADELPHIA, PA 19131 |
| CIOX HEALTH, LLC<br>ATTN: LEGAL DEPT<br>925 N POINT PKWY, STE 350<br>ALPHARETTA, GA 30005 | CIOX HEALTH, LLC<br>P.O. BOX 409669<br>ATLANTA, GA 30384 | CISCO SYSTEMS CAPITAL CORP<br>170 WEST TASMAN DR<br>MAILSTOP SJC13/3<br>SAN JOSE, CA 95134 |
| CISCO SYSTEMS CAPITAL CORP<br>P.O. BOX 742927<br>LOS ANGELES, CA 90074-2927 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 | CITY OF PHILADELPHIA, DEPT OF PUBLIC HEALTH<br>ATTN: HEALTH COMMISSIONER<br>OFFICE OF THE MEDICAL EXAMINER<br>321 S UNIVERSITY AVE, 1ST FL<br>PHILADELPHIA, PA 19104 |
| CL RISK SOLUTIONS, LLC<br>3370 N HAYDEN RD, STE 123-556<br>SCOTTSDALE, AZ 85251 | CL RISK SOLUTIONS, LLC<br>ATTN: CHRISTINE LOCH, PRESIDENT<br>3370 N HAYDEN RD, STE 123-556<br>SCOTTSDALE, AZ 85251 | CLINICAL NEPHROLOGY ASSOCIATES<br>235 N BROAD ST, STE 100<br>PHILADELPHIA, PA 19107 |

| | | |
|---|---|---|
| COAST QUALITY PHARMACY, LLC<br>DBA ANAZAOHEALTH<br>5710 HOOVER BLVD<br>TAMPA, FL 33634 | COHNREZNICK LLP<br>ATTN: KIMBERLY BRANDLEY, CPA, PARTNER<br>23 CHRISTOPHER WAY<br>EATONTOWN, NJ 07724 | COLEMAN NOURIAN SEARCH LLC<br>2 PENN CENTER PLAZA, STE 430<br>PHILADELPHIA, PA 19102 |
| COLEMAN NOURIAN SEARCH LLC<br>ATTN: ROBERT B. NOURIAN, MANAGING PRINCIPAL<br>TWO PENN CENTER, STE 430<br>PHILADELPHIA, PA 19102 | COLLEGE OF PODIATRIC MEDICINE<br>AT ROSALAND FRANKLIN UNIVERSITY OF MEDICINE A<br>ATTN: DR WILLIAM M. SCHOLL<br>3333 GREEN BAY RD<br>NORTH CHICAGO, IL 60064 | COLLEGE OF PODIATRIC MEDICINE<br>ATTN: DR WILLIAM M. SCHOLL<br>AT ROSALAND FRANKLIN UNI OF MEDICINE & SCIEN<br>3333 GREEN BAY RD<br>NORTH CHICAGO, IL 60604 |
| COLLEGE OF SCIENCE, HEALTH<br>AND THE LIBERAL ARTS OF PA UNIVERSITY<br>4201 HENRY AVE<br>PHILADELPHIA, PA 19144 | COMCAST CABLE COMMUNICATIONS MGMT LLC<br>3220 TILLMAN DR, STE 400<br>BENSALEM, PA 19020 | COMCAST CABLE COMMUNICATIONS, LLC<br>ATTN: GENERAL COUNSEL<br>ONE COMCAST CTR<br>1701 JOHN F. KENNEDY BLVD<br>PHILADELPHIA, PA 19103 |
| COMCAST CABLE/3002<br>P.O. BOX 3002<br>SOUTHEASTERN, PA 19398-3005 | COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | COMMUNITY BEHAVIORAL HEALTH<br>801 MARKET ST, 7TH FL<br>PHILADELPHIA, PA 19107 |
| COMMUNITY BEHAVIORAL HEALTH<br>ATTN: CHIEF EXEC OFFICER<br>801 MARKET ST, 7TH FL<br>PHILADELPHIA, PA 19107 | COMMUNITY BEHAVIORAL HEALTH<br>ATTN: JOAN ERNEY, JD, CEO<br>801 MARKET ST, 7TH FL<br>PHILADELPHIA, PA 19107 | COMMUNITY COLLEGE OF PHILADELPHIA<br>1700 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 |
| COMMUNITY COLLEGE OF PHILADELPHIA<br>901 SOUTH MEDIA LINE RD<br>MEDIA, PA 19063-1094 | COMMUNITY COLLEGE OF PHILADELPHIA<br>ATTN: DONALD GRENERALS<br>1700 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | COMMUNITY TREATMENT TEAM<br>ATTN: CARRIE F. WILLIAMS<br>520 DELAWARE AVE, 4TH FL<br>PHILADELPHIA, PA 19123 |
| COMPHEALTH<br>7259 S BINGHAM JUNCTION BLVD<br>MIDVALE, UT 84047 | COMPHEALTH<br>CHG COMPANIES, INC<br>7259 S BINGHAM JUNCTION BLVD<br>MIDVALE, UT 84047 | COMPHEALTH ASSOCIATES INC<br>P.O. BOX 972625<br>DALLAS, TX 75397-2625 |
| COMPHEALTH ASSOCIATES INC<br>P.O. BOX 972651<br>DALLAS, TX 75397-2651 | COMPHEALTH MEDICAL STAFFING INC<br>P.O. BOX 972651<br>DALLAS, TX 75397-2651 | CORPORATE LAMP AND ELECTRIC RECYCLING LLC<br>500 N WALNUT RD<br>KENNETT SQUARE, PA 19348 |
| COURTYARD PHILADELPHIA DOWNTOWN<br>ATTN: NICOLE TROTTER, SENIOR CATERING EXECUTI<br>21 N JUNIPER ST<br>PHILADELPHIA, PA 19107 | COURTYARD PHILADELPHIA DOWNTOWN<br>ATTN: NICOLE TROTTER, SR CATERING EXECUTIVE<br>22 N JUNIPER ST<br>PHILADELPHIA, PA 19107 | CRANEL INC<br>P.O. BOX 713989<br>CINCINNATI, OH 45271-3989 |
| CRANEL, INC.<br>DBA VERSITEC<br>8999 GEMINI PKWY<br>COLUMBUS, OH 43240 | CRITERION LABORATORIES, INC.<br>3370 PROGRESS DR, STE J<br>BENSALEM, PA 19120 | CRITERION LABORATORIES, INC.<br>ATTN: KAREN JONES<br>3370 PROGRESS DR, STE J<br>BENSALEM, PA 19020 |
| CRITERION LABORATORIES, INC.<br>ATTN: KAREN JONES, DIR BUSINESS ADMIN<br>3370 PROGRESS DR, STE J<br>BENSALEM, PA 19020 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 |
| MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 |
| PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC  20530-0001 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN:  CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC  20005 | |

Parties Served: 245