# EXHIBIT D

## EXPENSE SUMMARY

## Expense Summary

## For the Period from January 1, 2020 through January 31, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (1,944 pages @ $.10 per page) | | $194.40 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $540.40 |
| Filing Fees | United States District Court (pro hac motion – J. Hopkins) | $25.00 |
| Good Standing Certificate | Pennsylvania Bureau of Corporations and Charitable Organizations | $280.00 |
| Legal Research | Westlaw | $5,236.18 |
| Meals | *See attached chart* | $369.79 |
| Messenger Service | Parcels, Inc. | $67.50 |
| Mileage | *See attached chart* | $196.62 |
| Parking | *See attached chart* | $115.00 |
| Tolls | *See attached chart* | $13.60 |
| Transcript | Reliable Copy Service | $154.80 |
| **Total** | | **$7,193.29** |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 01/06/20 | Joel C. Hopkins | (1) Joel C. Hopkins | (Mileage) Traveling from Harrisburg, PA to Philadelphia, PA and back for insurance meeting with client | $115.82 |
| 01/06/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for insurance meeting with client | $42.02 |
| 01/22/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for witness preparation | $38.78 |
| 12/31/19 | Centre Square Parking | (1) Adam H. Isenberg | Parking in Philadelphia to work on objections to tail insurance motions | $35.00 |
| 01/06/20 | Centre Square Parking | (1) Joel C. Hopkins | Parking in Philadelphia for insurance meeting with client | $36.00 |
| 01/06/20 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for insurance meeting with client | $26.00 |
| 01/22/20 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for witness preparation | $18.00 |
| 01/06/20 | Pennsylvania Turnpike Commission | (1) Joel C. Hopkins | Tolls traveling from Harrisburg, PA to Philadelphia, PA and back for insurance meeting with client | $13.60 |
| | | **TOTAL** | | **$325.22** |

3

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 08/20/19 | Urban Café | (12) Jeffrey Hampton, Adam Isenberg, Mark Minuti, John Dinome, John Demmy, Monique DiSabatino, Allen Wilen, Joelle Polesky, Gretchen Santamour, Joseph Catuzzi, Scott Victor, Jacqueline Roe | Breakfast preparing for continued DIP and Tenet's Motion to Compel Hearing | $122.99 |
| 01/06/20 | Pagano's Market | (7) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Albert Mezzaroba, Joel Hopkins, John Dinome, Brian Crocitto) | Lunch meeting regarding St. Christopher issues | $156.80 |
| 01/23/20 | Urban Café | N/A | Breakfast for 1/23 hearing (hearing was cancelled the prior evening and too late to cancel) | $90.00 |
| | | **TOTAL** | | **$369.79** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2545569 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 03/16/20 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 01/21/20 | Photocopying | 4.80 | |
| 01/29/20 | Photocopying | 9.00 | |
| 01/29/20 | Photocopying | 180.60 | |
| | Total Photocopying | | 194.40 |
| 01/08/20 | Mileage; VENDOR: Joel C. Hopkins; 01/06/20; Travel to and from Philadelphia to discuss insurance issues with client | 115.82 | |
| 01/14/20 | Mileage; VENDOR: Mark Minuti; 01/06/20; Mileage from Wilmington, DE to Philadelphia, PA - meeting with A. Wilen | 42.02 | |
| 01/27/20 | Mileage; VENDOR: Mark Minuti; 01/22/20; Meeting in Philadelphia with Ron Dreskin to prepare for 1/23 hearing | 38.78 | |
| | Total Mileage | | 196.62 |
| 01/23/20 | Good Standing Certificate(s) - - VENDOR: Pennsylvania Bureau of Corporations and Charitable Organizations 12/9/19 fee for various entities | 280.00 | |
| | Total Good Standing Certificate(s) | | 280.00 |
| 01/31/20 | Docket Entries; VENDOR: Pacer Service Center; 01/07/20; Access to Federal Court dockets and downloading pleadings | 540.40 | |
| | Total Docket Entries | | 540.40 |
| 01/06/20 | Messenger Service; VENDOR: Parcels, Inc; 12/05/19; Hand delivery to Judge Gross | 7.50 | |
| 01/06/20 | Messenger Service; VENDOR: Parcels, Inc; 12/19/19; Hand delivery to Judge Gross | 7.50 | |
| 01/06/20 | Messenger Service; VENDOR: Parcels, Inc; 12/17/19; Rush delivery to Judge Gross | 22.50 | |
| 01/10/20 | Messenger Service; VENDOR: Parcels, Inc; 01/02/20; Hand delivery to Judge Gross | 7.50 | |
| 01/25/20 | Messenger Service; VENDOR: Parcels, Inc; 01/16/20; Hand delivery to Judge Gross | 7.50 | |
| 01/31/20 | Messenger Service; VENDOR: Parcels, Inc; 01/21/20; Hand delivery to Judge Gross 3 | 7.50 | |
| 01/31/20 | Messenger Service; VENDOR: Parcels, Inc; 01/21/20; (pm) Hand delivery to Judge Gross | 7.50 | |
| | Total Messenger Service | | 67.50 |
| 01/06/20 | Parking; VENDOR: Centre Square Parking; 12/31/2019 for Adam H. Isenberg (drove in to work on objection/response to tail insurance motions) | 35.00 | |
| 01/08/20 | Parking; VENDOR: Centre Square Parking; 01/06/20 for Joel C. Hopkins in Philadelphia to discuss insurance issues with client | 36.00 | |

| | | |
|---|---|---|
| 376719<br>00002<br>03/16/20 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number  2545569<br>Page 2 |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 01/14/20 | Parking; VENDOR: Flash Parking; 01/06/20; Flash Parking – for Mark Minuti in Philadelphia for meeting with A. Wilen | 26.00 | |
| 01/27/20 | Parking; VENDOR: Flash Parking; 01/22/20; for Mark Minuti in Philadelphia for meeting with Ron Dreskin to prepare for 1/23 hearing | 18.00 | |
| | Total Parking | | 115.00 |
| 01/23/20 | Filing Fees - - VENDOR: United States District Court; fee for pro hac motion for J. Hopkins | 25.00 | |
| | Total Filing Fees | | 25.00 |
| 01/08/20 | Tolls; VENDOR: Pennsylvania Turnpike; 01/06/20; for Joel C. Hopkins traveling to and from Philadelphia to discuss insurance issues with client | 13.60 | |
| | Total Tolls | | 13.60 |
| 01/06/20 | Meals; VENDOR: Urban Cafe; 08/20/19; Breakfast preparing for continued DIP and Tenet's Motion to Compel Hearing (Jeffrey Hampton, Adam Isenberg, Mark Minuti, John Dinome, John Demmy, Monique DiSabatino, Allen Wilen, Joelle Polesky, Gretchen Santamour, Joseph Catuzzi, Scott Victor, Jacqueline Roe ) | 122.99 | |
| 01/31/20 | Meals; VENDOR: Urban Cafe; 01/23/20; Breakfast for 1/23 hearing (hearing was cancelled the prior evening and too late to cancel) | 90.00 | |
| 01/31/20 | Meals; VENDOR: Pagano's Market; 01/06/20; Lunch team meeting regarding STC issues (Jeffrey Hampton, Adam Isenberg, Allen Wilen, Albert Mezzaroba, Joel Hopkins, John Dinome, Brian Crocitto) | 156.80 | |
| | Total Meals | | 369.79 |
| 01/06/20 | Transcript; VENDOR: Reliable Copy Service - DE; 12/17/19 Hearing Transcript | 31.20 | |
| 01/06/20 | Transcript; VENDOR: Reliable Copy Service - DE; 12/12/19 Hearing Transcript | 123.60 | |
| | Total Transcript | | 154.80 |
| 11/15/19 | Westlaw Legal Research | 595.62 | |
| 11/18/19 | Westlaw Legal Research | 386.10 | |
| 11/25/19 | Westlaw Legal Research | 231.66 | |
| 11/26/19 | Westlaw Legal Research | 77.22 | |
| 12/02/19 | Westlaw Legal Research | 474.12 | |
| 12/04/19 | Westlaw Legal Research | 386.10 | |
| 12/16/19 | Westlaw Legal Research | 154.44 | |
| 01/03/20 | Westlaw Legal Research | 231.66 | |
| 01/03/20 | Westlaw Legal Research | 516.24 | |
| 01/06/20 | Westlaw Legal Research | 363.96 | |
| 01/07/20 | Westlaw Legal Research | 154.44 | |
| 01/08/20 | Westlaw Legal Research | 441.18 | |
| 01/08/20 | Westlaw Legal Research | 71.50 | |
| 01/09/20 | Westlaw Legal Research | 386.10 | |
| 01/12/20 | Westlaw Legal Research | 77.22 | |
| 01/12/20 | Westlaw Legal Research | 154.44 | |
| 01/13/20 | Westlaw Legal Research | 154.44 | |
| 01/15/20 | Westlaw Legal Research | 143.00 | |
| 01/17/20 | Westlaw Legal Research | 165.24 | |
| 01/28/20 | Westlaw Legal Research | 71.50 | |
| | Total Westlaw Legal Research | | 5,236.18 |
| | CURRENT EXPENSES | | 7,193.29 |
| | **TOTAL AMOUNT OF THIS  INVOICE** | | 7,193.29 |