# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br>(Jointly Administered)<br><br>**Objection Deadline: May 4, 2020 at 4:00 p.m.**<br>**Hearing Date: May 27, 2020 at 11:30 a.m.** |

**SUMMARY OF FIRST INTERIM APPLICATION, COMBINED FOURTH, FIFTH, AND SIXTH MONTHLY APPLICATIONS, AND COMBINED SECOND INTERIM APPLICATION AND FINAL APPLICATION OF SAK MANAGEMENT SERVICES, LLP, AS MEDICAL OPERATIONS ADVISOR FOR THE PATIENT CARE OMBUDSMAN FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 3, 2019 THROUGH JANUARY 3, 2020**

| | |
|---|---|
| Name of Applicant: | SAK Management Services, LLC |
| Authorized to Provide Professional Services to: | The Patient Care Ombudsman |
| Date of Retention: | (Nunc Pro Tunc to July 3, 2019) |
| Period for Which Compensation and Reimbursement sought: | July 3, 2019 through January 3, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $79,820.00 |
| Amount of Compensation for Which Payment is Sought Pursuant to this Application: | $27,440.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $11,091.90 |

This is a(n):   _X_ Monthly        _X_ Interim        _X_ Final Application

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

ACTIVE 48591302v2

Prior applications:

i) First Monthly Application of SAK as Medical Operations Advisor for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 3, 2019 through July 31, 2019 [Docket No. 730];

ii) Second Monthly Application of SAK as Medical Operations Advisor for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2019 through August 31, 2019 [Docket No. 917]; and

iii) Third Monthly Application of SAK as Medical Operations Advisor for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2019 through September 30, 2019 [Docket No. 1021].

SAK filed a certificate of no objection for each of the above monthly fee applications. [Docket Nos. 861, 1043, and 1111].

**COMPENSATION BY INDIVIDUAL FOR FIRST INTERIM FEE APPLICATION**
**[JULY 3, 2019 – SEPTEMBER 30, 2019]**

| Name of Professional Person | Position of the Application | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Suzanne Koenig | Ombudsman | $400 | 74.00 | $29,600.00 |
| Richard Snider | Vice President | $375 | 3.60 | $1,350.00 |
| Joyce Ciyou | MSRN, LHFA | $350 | 39.00 | $13,650.00 |
| Tammie Denning | Nurse Consultant | $350 | 11.00 | $3,850.00 |
| Jacqueline Arthur | Clinical Supervisor | $350 | 10.00 | $3,500.00 |
| Danielle Prosperini | Paralegal | $100-200[2] | 2.30 | $430.00 |
| **Grand Total:** | | | **139.90** | **$52,380.00** |
| **Blended Rate: $303.57** | | | | |

---

[2] Ms. Prosperini's hourly rate increased to $200.00 in September of 2020.

### COMPENSATION BY PROJECT CATEGORY FOR
### FIRST INTERIM FEE APPLICATION
### [JULY 3, 2019 – SEPTEMBER 30, 2019]

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 31.10 | $11,775.00 |
| Court Hearings | 9.10 | $3,640.00 |
| Data Analysis | 65.20 | $24,470.00 |
| Fee/Employment Applications | 3.10 | $840.00 |
| Report Preparation | 30.10 | $11,135.00 |
| Litigation Matters | 1.30 | $520.00 |

### EXPENSE SUMMARY FOR FIRST INTERIM FEE APPLICATION
### [JULY 3, 2019 – SEPTEMBER 30, 2019]

| Expense Category | Total Expenses |
|---|---|
| Accommodations | $640.45 |
| Airfare | $5,497.56 |
| Meals | $250.72 |
| Transportation | $985.18 |
| **Total Disbursements:** | **$7,373.91** |

# MONTHLY FEE APPLICATIONS [4th through 6th]

## COMPENSATION BY INDIVIDUAL FOR FOURTH MONTHLY FEE APPLICATION
### [October 1, 2019 – October 31, 2019]

| Name of Professional Person | Position of the Application | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Suzanne Koenig | Ombudsman | $400 | 21.70 | $8,680.00 |
| Joyce Ciyou | MSRN, LHFA | $375 | 11.00 | $4,125.00 |
| Richard Snider | Vice President | $375 | 1.50 | $562.50 |
| **Grand Total:** | | | **34.20** | **$13,367.50** |
| **Blended Rate: $383.33** | | | | |

## COMPENSATION BY PROJECT CATEGORY FOR FOURTH MONTHLY FEE APPLICATION
### [October 1, 2019 – October 31, 2019]

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 7.10 | $2,840.00 |
| Data Analysis | 17.70 | $6,880.00 |
| Fee/Employment Applications | .20 | $80.00 |
| Preparation/Review Reports | 9.10 | $3,527.50 |
| Court Hearings | 0.10 | $40.00 |

## EXPENSE SUMMARY FOR FOURTH MONTHLY FEE APPLICATION
### [October 1, 2019 – October 31, 2019]

| Expense Category | Total Expenses |
|---|---|
| Accommodations | $219.99 |
| Airfare | $1,503.20 |
| Meals | $45.71 |
| Transportation | $236.88 |
| **Total Disbursements:** | **$2,005.78** |

**COMPENSATION BY INDIVIDUAL FOR FIFTH MONTHLY FEE APPLICATION**
**[November 1, 2019 – November 30, 2019]**

| Name of Professional Person | Position of the Application | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Suzanne Koenig | Ombudsman | $400 | 3.90 | $1,560.00 |
| Joyce Ciyou | MSRN, LHFA | $375 | 10.40 | $3,900.00 |
| Keith Hufsey | Director of Operations | $375 | 10.00 | $3,750.00 |
| Danielle Prosperini | Paralegal | $200 | 1.00 | $200.00 |
| **Grand Total:** | | | **25.30** | **$9,410.00** |
| **Blended Rate: $337.50** | | | | |

**COMPENSATION BY PROJECT CATEGORY FOR**
**FIFTH MONTHLY FEE APPLICATION**
**[November 1, 2019 – November 30, 2019]**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.70 | $670.00 |
| Data Analysis | 16.00 | $6,000.00 |
| Fee/Employment Applications | 1.20 | $280.00 |
| Preparation/Review Reports | 5.60 | $2,140.00 |
| Court Hearings | 0.80 | $320.00 |

**EXPENSE SUMMARY FOR FIFTH MONTHLY FEE APPLICATION**
**[November 1, 2019 – November 30, 2019]**

| Expense Category | Total Expenses |
|---|---|
| Accommodations | $282.18 |
| Airfare | $1,089.22 |
| Meals | $39.73 |
| Transportation | $301.08 |
| **Total Disbursements:** | **$1,712.21** |

5

**COMPENSATION BY INDIVIDUAL FOR SIXTH MONTHLY FEE APPLICATION[3]**
**[December 1, 2019 – January 3, 2020]**

| Name of Professional Person | Position of the Application | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Suzanne Koenig | Ombudsman | $400 | 7.00 | $2,800.00 |
| Joyce Ciyou | MSRN, LHFA | $375 | 2.20 | $825.00 |
| Richard Snider | Vice President | $375 | 1.70 | $637.50 |
| Danielle Prosperini | Paralegal | $200 | 2.00 | $400.00 |
| **Grand Total:** | | | 12.90 | $4,662.50 |
| **Blended Rate: $337.50** | | | | |

**COMPENSATION BY PROJECT CATEGORY FOR**
**SIXTH MONTHLY FEE APPLICATION**
**[December 1, 2019 – January 3, 2020]**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.10 | $835.00 |
| Court Hearings | 0.30 | $120.00 |
| Fee/Employment Applications | 2.40 | $560.00 |
| Preparation/Review Reports | 8.10 | $3,147.50 |

**EXPENSE SUMMARY FOR SIXTH MONTHLY FEE APPLICATION**
**[December 1, 2019 – January 3, 2020]**

| Expense Category | Total Expenses |
|---|---|
| **Total Disbursements:** | $0.00 |

---

[3] This monthly application incorporates several work entries that occurred in January of 2020.

6

ACTIVE 48591302v2

**COMPENSATION BY INDIVIDUAL FOR SECOND INTERIM FEE APPLICATION**
**[October 1, 2019 – January 3, 2020]**

| Name of Professional Person | Position of the Application | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Suzanne Koenig | Ombudsman | $400 | 31.90 | $13,040.00 |
| Joyce Ciyou | MSRN, LHFA | $375 | 23.60 | $8,850.00 |
| Keith Hufsey | Director of Operations | $375 | 10.00 | $3,750.00 |
| Richard Snider | Vice President | $375 | 3.20 | $1,200.00 |
| Danielle Prosperini | Paralegal | $200 | 3.00 | $600.00 |
| **Grand Total:** | | | 71.70 | $27,440.00 |
| **Blended Rate: $345.00** | | | | |

**COMPENSATION BY PROJECT CATEGORY FOR**
**SECOND INTERIM FEE APPLICATION**
**[October 1, 2019 – January 3, 2020]**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 10.90 | $4,345.00 |
| Data Analysis | 33.70 | $12,880.00 |
| Fee/Employment Applications | 3.80 | $920.00 |
| Preparation/Review Reports | 22.80 | $8,815.00 |
| Court Hearings | 1.20 | $480.00 |

**EXPENSE SUMMARY FOR SECOND INTERIM FEE APPLICATION**
**[October 1, 2019 – January 3, 2020]**

| Expense Category | Total Expenses |
|---|---|
| Accommodations | $502.17 |
| Airfare | $2,592.42 |
| Meals | $85.44 |
| Transportation | $537.96 |
| **Total Disbursements:** | **$3,717.99** |

7

## COMPENSATION BY INDIVIDUAL FOR FINAL FEE APPLICATION

| Name of Professional Person | Position of the Application | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Suzanne Koenig | Ombudsman | $400 | 105.90 | $42,640.00 |
| Joyce Ciyou | MSRN, LHFA | $350-375[4] | 62.60 | $22,500.00 |
| Richard Snider | Vice President | $375 | 6.80 | $2,550.00 |
| Keith Hufsey | Director of Operations | $375 | 10.00 | $3,750.00 |
| Tammie Denning | Nurse Consultant | $350 | 11.00 | $3,850.00 |
| Jacqueline Arthur | Clinical Supervisor | $350 | 10.00 | $3,500.00 |
| Danielle Prosperini | Paralegal | $100-200[5] | 5.30 | $1,030.00 |
| **Grand Total:** | | | **211.60** | **$79,820.00** |
| **Blended Rate: $319.44** | | | | |

## COMPENSATION BY PROJECT CATEGORY FOR FINAL FEE APPLICATION
### [July 3, 2019 – January 3, 2020]

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 42.00 | $16,120.00 |
| Court Hearings | 10.30 | $4,120.00 |
| Data Analysis | 98.9 | $37,350.00 |
| Fee/Employment Applications | 6.9 | $1,760.00 |
| Report Preparation | 52.90 | $19,950.00 |
| Litigation Matters | 1.30 | $520.00 |

---

[4] Ms. Ciyou's hourly rate increased to $375.00 in November of 2019.
[5] Ms. Prosperinini's hourly rate increased to $200.00 in September of 2019.

8

## EXPENSE SUMMARY FOR FINAL FEE APPLICATION
### [July 3, 2019 – January 3, 2020]

| Expense Category | Total Expenses |
|---|---:|
| Accommodations | $1,142.62 |
| Airfare | $8,089.98 |
| Meals | $336.16 |
| Transportation | $1,523.14 |
| **Total Disbursements:** | **$11,091.90** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br>(Jointly Administered)<br><br>Objection Deadline: May 4, 2020 at 4:00 p.m.<br>Hearing Date: May 27, 2020 at 11:30 a.m. |

**FIRST INTERIM APPLICATION, COMBINED FOURTH, FIFTH, AND SIXTH MONTHLY APPLICATIONS AND COMBINED SECOND INTERIM APPLICATION AND FINAL APPLICATION OF SAK MANAGEMENT SERVICES, LLP, AS MEDICAL OPERATIONS ADVISOR FOR THE PATIENT CARE OMBUDSMAN FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 3, 2019 THROUGH JANUARY 31, 2020**

SAK Management Services, LLP ("**SAK**"), the medical operations advisor to the patient care ombudsman (the "**Ombudsman**"), hereby submits this application (the "**Application**") for compensation and reimbursement of expenses for (i) the final period from July 3, 2019 through January 3, 2020 (the "**Final Application Period**"), (ii) first and second interim periods from July 3, 2019 through September 30, 2019, and October 1, 2019 through January 3, 2020, respectively, and (iii) the fourth through sixth monthly periods: October 1, 2019 through October 31, 2019, November 1, 2019 through November 31, 2019, and December 1, 2019 through January 3, 2020, respectively, pursuant to 11 U.S.C. §§ 330 and 331 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Delaware Bankruptcy Local Rule 2016-2, and this Court's

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

ACTIVE 48591302v2

*Order Establishing Interim Compensation Procedures* [Docket No. 341] (the "**Interim Compensation Order**").

By this Application, SAK seeks an allowance of compensation in the amount of $79,820.00 and actual expenses in the amount of $11,091.90 for an aggregate total payment of $90,911.90 for the Final Application Period. To date, SAK has received $49,277.91. In support of the Application, SAK respectfully represents as follows:

## BACKGROUND

1. On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code.

2. On July 2, 2019, this Court entered an order directing the appointment of a patient care ombudsman [Docket No. 83]. On July 3, 2019, the Office of the United States Trustee appointed Suzanne A. Koenig as the Ombudsman in these Cases. [Docket No. 95].

3. On September 16, 2019 the Court entered the *Order Authorizing the Retention and Employment of SAK Management Services, LLC as Medical Operations Advisor as of July 3, 2019.* [Docket No. 724].

4. On January 3, 2020, the Ombudsman issued and filed her *Final Report* [Docket No. 1281].

## COMPENSATION PAID AND ITS SOURCE

5. All services performed during the Final Application Period for which SAK is requesting compensation were performed for or on behalf of the Ombudsman.

6. As of the date of this Application, SAK has not received any payment or any promise of payment for the services rendered from anyone in any capacity, nor is there an

agreement in place between SAK and any person or otherwise in connection with the matters in this Application.

**SUMMARY OF SERVICES RENDERED**

7. The majority of services rendered by SAK during the Final Application Period as medical operations advisor to the Ombudsman are summarized below. Each of the following is set forth in the invoice attached hereto as **Exhibit A**: (i) a description of the professional or paraprofessional performing the services; (ii) the date the services were performed; (iii) a detailed description of the nature of the services and the related time expended; and (iv) a summary of the fees and hours of each professional and other timekeepers listed by project category (which applicable categories are set forth below). Specifically, SAK rendered the following services during the Final Application Period:

a) Case Administration

Fees: $16,120.00    Hours: 42.00

This category includes services relating to the general administration of these cases, including, without limitation, correspondence relating to residency issues, monitoring the sale processes, coordinating visits to the hospital, reviewing current census on hospital, and addressing general hospital issues.

b) Court Hearings

Fees: $4,120.00    Hours: 10.30

This category includes time relating to preparation for and attendance at hearings. [Docket No. 1169].

c) <u>Data Analysis</u>

    Fees: $37,350.00    Hours: 98.90

This category includes services relating to time spent preparing for and visiting the hospitals to observe and interview the hospital staff, reviewing hospital policy and generally reviewing the patient care.

d) <u>Fee/Employment Application</u>

    Fees: $1,760.00    Hours: 6.90

This category includes time drafting SAK's monthly fee statements and reviewing SAK's fee applications.

e) <u>Litigation Matters</u>

    Fees: $520.00    Hours: 1.30

This category includes time spent communicating with counsel regarding issues with Tenet.

f) <u>Report Preparation</u>

    Fees: $19,950.00    Hours: 52.90

This category includes services relating preparing, drafting, and revising the Ombudsman's reports.

## SUMMARY OF EXPENSES

8.    During the Final Application Period, SAK incurred or disbursed actual and necessary costs and expenses related to this case in the aggregate amount of $11,091.90. The expenses incurred include accommodations, airfare, business meals and transportation. A detailed description of the necessary costs and expenses incurred by SAK is attached hereto as **Exhibit B**.

4

ACTIVE 48591302v2

9. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure, SAK represents as follows with regard to its charges for actual and necessary costs and expenses incurred during the Final Application Period:

a. Copy charges were $.10 per page, which charge is reasonable and customary in the legal industry and represents the costs of copy material, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of related expenditures.

b. Incoming facsimiles are not billed;

c. Out-going facsimiles are billed at the rate of $1.00 per page. The cost represents operator time, maintaining several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of related expenditures;

d. Toll telephone charges are not billed; and

e. Computer assisted legal research charges are billed at actual costs.

## VALUATION OF SERVICES

10. SAK expended a total of 211.60 hours in connection with this matter during the Application Period. A list of the Professionals who billed time during the Final Application Period is set forth below. The nature of the work performed by the Professionals is detailed in **Exhibit A** of this Application.

| Professionals | Hourly Rate[2] | Hours |
|---|---|---|
| Suzanne Koenig | $400 | 105.90 |
| Joyce Ciyou | $350-375 | 62.60 |
| Keith Hufsey | $375 | 10.00 |
| Richard Snider | $375 | 6.80 |
| Tammie Denning | $350 | 11.00 |
| Jacqueline Arthur | $350 | 10.00 |
| Danielle Prosperini | $100-200 | 5.30 |

---

[2] Ms. Prosperinini's and Ms. Ciyou's hourly rate increased during these bankruptcy cases.

5

The above hourly rates are SAK's normal hourly rates for work of this character. The reasonable value of the services rendered by SAK to the Ombudsman during the Final Application Period is $79,820.00.

11. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair and reasonable given (a) the complexity of these cases, (b) the time expended by the Ombudsman and SAK, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12. SAK hereby certifies that (i) it has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures and (ii) this Application complies with such rule.

13. SAK has provided a copy of this Application to the Notice Parties (as defined in the Interim Compensation Order).

## **CONCLUSION**

WHEREFORE, SAK respectfully requests that (a) it be allowed compensation in the amount of $79,820.00 for professional services rendered and reimbursement of expenses in the amount of $11,091.90 for the Final Application Period; (b) the Court authorize the Debtors to pay SAK the amount of $41,093.99 for the Final Application Period on a final basis; and (c) the Court grant such other and further relief deemed appropriate under the circumstances.

Dated: April 14, 2020                     GREENBERG TRAURIG, LLP

　　　　　　　　　　　　　　　　　　　　　　 /s/ *Dennis A. Meloro*
　　　　　　　　　　　　　　　　　　　　　　Dennis A. Meloro (DE Bar No. 4435)
　　　　　　　　　　　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　　　　　　　　　　　1007 North Orange Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 661-7000

6

Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com

*Counsel to the Patient Care Ombudsman*

7