# EXHIBIT A

Center City Healthcare, LLC
d/b/a Hahnemann University Hospital
230 N Broad St
Philadelphia,, PA 19102-1121

August 28, 2019

Invoice # 11950

In Reference To:

**Statement of Professional Services Rendered Through:    July 31, 2019**

### Timekeeper Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| SK Koenig, Suzanne - Patient Care Ombudsman | 33.60 | 400.00 | $13,440.00 |
| JC Ciyou, Joyce - MSRN, LHFA | 12.10 | 350.00 | $4,235.00 |
| Danielle Prosperini | 0.30 | 100.00 | $30.00 |
| TD Denning, Tammie | 11.00 | 350.00 | $3,850.00 |
| | **57.00** | | **$21,555.00** |

| | |
|---|---|
| Total Professional Services | $21,555.00 |
| Total Expenses | $3,951.93 |
| **Total Current Charges** | **$25,506.93** |

Center City Healthcare, LLC                                                                                              Page    2

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|

### Case Administration

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/3/2019 | SK | Exchange emails with US Trustee, B. Hackman re PCO application notice of PCO appointment, Verified Statement and acknowledgment. (.6); exchange emails with PCO Counsel, N. Peterman and C. Greenberg, GT re PCO appointment (.6). | 400.00 | 1.00 | 400.00 |
| 7/3/2019 | SK | Draft email to N. Peterman re: planning a site visit as soon as possible. (.1) re: needing to get SAK involved due to pending ER closure.(.2) | 400.00 | 0.30 | 120.00 |
| 7/5/2019 | SK | Telephone conference with R. Drescott EA Chief Officer and J. Hampton re; Hahnemann hospital and pending status of Trauma 1 and 2 and transports to other hospital. | 400.00 | 0.50 | 200.00 |
| 7/6/2019 | SK | Phone call with R. Dreskin, Interim System CEO Re; scheduling site visits. | 400.00 | 0.30 | 120.00 |
| 7/9/2019 | SK | Exchange emails with PCO Counsel N. Peterman  and D. Meloro, GT Re: possible closure of hospital.(.2) | 400.00 | 0.20 | 80.00 |
| 7/9/2019 | JC | Review daily report on status of  current patients by C. Marino. | 350.00 | 0.10 | 35.00 |
| 7/11/2019 | SK | Emails with D. Meloro re: hearing, hospital closure, motion and scheduling | 400.00 | 0.30 | 120.00 |
| 7/12/2019 | SK | Review letter from Dr. J. Orlowski re: AAMC concerns with patients and concerns with the current status of hospital. | 400.00 | 0.30 | 120.00 |
| 7/12/2019 | SK | Review and draft emails with B. Hackman, US Trustee re: Status of the OB department, current plans for patients and patient care. | 400.00 | 0.40 | 160.00 |
| 7/12/2019 | JC | Review morning update and evening update on hospital census. | 350.00 | 0.20 | 70.00 |
| 7/14/2019 | SK | Review Stipulation between Debtors and PCO re: access to patient records. | 400.00 | 0.40 | 160.00 |
| 7/14/2019 | JC | Exchange of emails with S. Koenig and C. Marino, Hahnemann re: daily update report on ER and patient numbers. | 350.00 | 0.40 | 140.00 |
| 7/15/2019 | SK | Telephone Conference and exchanged emails with D. Meloro, GT re: hearings on the closure motion and bid procedures (.3) Re: residents and seeking to expand PCO role (.2). | 400.00 | 0.50 | 200.00 |
| 7/15/2019 | JC | Review morning update on current hospital census from C. Marino | 350.00 | 0.10 | 35.00 |
| 7/16/2019 | SK | Review Interdisciplinary Discharge Planning and Skilled Nursing Placement plans. | 400.00 | 0.50 | 200.00 |
| 7/16/2019 | JC | Review daily report on status of  current patients by C. Marino. | 350.00 | 0.10 | 35.00 |

Center City Healthcare, LLC

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/16/2019 JC | Emails with C. Marino, Hahnemann Hospital re: when emergency room will stop admitting patients and status of Children's Hospital. | | 350.00 | 0.30 | 105.00 |
| 7/17/2019 SK | Telephone conference with N. Peterman re resident and patient issues. | | 400.00 | 0.20 | 80.00 |
| 7/17/2019 SK | Exchange emails with N. Peterman, PCO Counsel re: patient care issues | | 400.00 | 0.20 | 80.00 |
| 7/17/2019 SK | Emails with I. Mcgovern, St Christopher's Children's hospital and C. Marino, Hahnemann University Hospital re: Upcoming site visit to both places (.3) DJ. Ciyou re: hospital staff calling off, current emergency staffing procedures (.3) | | 400.00 | 0.60 | 240.00 |
| 7/18/2019 SK | Exchange of emails with D. Meloro re: prepare for court hearing on motion to approve. | | 400.00 | 0.60 | 240.00 |
| 7/19/2019 JC | Review daily report on status of current patients by M. Covevey. | | 350.00 | 0.20 | 70.00 |
| 7/20/2019 JC | Review daily report on status of  current patients by C. Marino. | | 350.00 | 0.20 | 70.00 |
| 7/21/2019 JC | Review morning update report from M. Coveney, Hahnemann Hospital | | 350.00 | 0.20 | 70.00 |
| 7/22/2019 SK | Prepare draft of updated budget. | | 400.00 | 0.30 | 120.00 |
| 7/26/2019 SK | Telephone conference with N. Peterman re options on patient interviews and record reviews. | | 400.00 | 0.30 | 120.00 |
| 7/26/2019 SK | Telephone conference with D. Meloro, GT re; prepare for hearing. | | 400.00 | 0.20 | 80.00 |
| 7/26/2019 SK | Review emails from US Trustee B. Hackman re: patients receiving notice, ER department and Children's Hospital | | 400.00 | 0.30 | 120.00 |
| 7/26/2019 JC | Review morning update on current census of hospital. | | 350.00 | 0.10 | 35.00 |
| 7/28/2019 SK | Emails with  N. Peterman, PCO Counsel re: possible patient care issues. | | 400.00 | 0.30 | 120.00 |
| 7/28/2019 SK | Draft letter C. Marino and R. Dreskin, re: Hospital closure plan, transfer of patients, new doctors for patients, medical records, Dept of Public Health. | | 400.00 | 0.40 | 160.00 |
| | Subtotal: | | | 10.00 | 3,905.00 |

Court Hearings - CH

| | | | | | |
|---|---|---|---|---|---|
| 7/19/2019 SK | Attended court hearing with counsel D. Meloro re hearing on bidding procedures re: residency program. | | 400.00 | 6.00 | 2,400.00 |
| | Subtotal: | | | 6.00 | 2,400.00 |

Center City Healthcare, LLC                                                                                     Page    4

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|

### Data Analysis - DA

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/7/2019 | SK | Site visit to Hahnemann University Hospital to interview staff (2.0), patients (2.0), physicians (2.0) and evaluate patient care (2.0). | 400.00 | 8.00 | 3,200.00 |
| 7/7/2019 | JC | Site visit to Hahnemann University Hospital to interview patients (2.0), staff (2.0), review nursing policies (2.0) and procedures (2.0). | 350.00 | 8.00 | 2,800.00 |
| 7/8/2019 | SK | Review daily Emergency Room report from Hahnemann University Hospital. | 400.00 | 0.30 | 120.00 |
| 7/8/2019 | SK | Review of Hahnemann Downtime Policy | 400.00 | 0.70 | 280.00 |
| 7/14/2019 | JC | Review morning and evening report on current hospital census. | 350.00 | 0.20 | 70.00 |
| 7/18/2019 | SK | Site visit to Hahnemann University Hospital to interview staff (1.0), patients (1.0), physicians (1.0) and evaluate patient care (1.0). | 400.00 | 4.00 | 1,600.00 |
| 7/18/2019 | SK | Site visit to St Christopher's Children's Hospital to interview staff (1.0), patients (1.0), physicians (1.0) and evaluate patient care (1.0). | 400.00 | 4.00 | 1,600.00 |
| 7/18/2019 | TD | Site visit to Hahnemann University Hospital to interview patients (1.0), staff (1.0), review nursing policies (1.0) and procedures (1.0). | 350.00 | 4.00 | 1,400.00 |
| 7/18/2019 | TD | Site visit to St Christopher's Children's Hospital to interview patients (1.0), staff (1.0), review nursing policies (1.0) and procedures (1.0). | 350.00 | 4.00 | 1,400.00 |

Subtotal:                                                                                               33.20   12,470.00

### Fee/Employment Application

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/29/2019 | SK | Review re retention applications, exhibits and Affidavit | 400.00 | 0.50 | 200.00 |

Subtotal:                                                                                                0.50      200.00

### Report Preparation

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/16/2019 | DP | Prepare draft of budget. | 100.00 | 0.30 | 30.00 |
| 7/21/2019 | JC | Draft Clinical portion of PCO report on Hahnemann University Hospital. | 350.00 | 2.00 | 700.00 |
| 7/21/2019 | TD | Draft clinical portion of PCO report on Children's Hospital. | 350.00 | 3.00 | 1,050.00 |
| 7/23/2019 | SK | Draft administrative portion of PCO report. | 400.00 | 2.00 | 800.00 |

Subtotal:                                                                                                7.30    2,580.00

Center City Healthcare, LLC
d/b/a Hahnemann University Hospital
230 N Broad St
Philadelphia,, PA 19102-1121

October 24, 2019
Invoice #11961

In Reference To:

**Statement of Professional Services Rendered Through:    August 31, 2019**

### Timekeeper Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| SK Koenig, Suzanne - Patient Care Ombudsman | 15.40 | 400.00 | $6,160.00 |
| JA Arthur, Jacqueline - Clinical Supervisor | 10.00 | 350.00 | $3,500.00 |
| JC Ciyou, Joyce - MSRN, LHFA | 14.90 | 350.00 | $5,215.00 |
| | **40.30** | | **$14,875.00** |

| | |
|---|---|
| Total Professional Services | $14,875.00 |
| Total Expenses | $1,354.60 |
| **Total Current Charges** | **$16,229.60** |

Center City Healthcare, LLC                                                                                       Page    2

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|

## Case Administration

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/25/2019 | SK | Conference call with chair of the Resident Educational Program re status of patients and future of the resident doctors. | 400.00 | 0.50 | 200.00 |
| 7/26/2019 | SK | Conference call with four (4) resident physicians re concerns with the hospital closing, finding other residency programs and patient care. | 400.00 | 1.50 | 600.00 |
| 8/1/2019 | JC | Review update on current census of hospital. | 350.00 | 0.10 | 35.00 |
| 8/1/2019 | JC | Exchange emails with S. Koenig, SAK re obtaining reports on daily issues and concerns. | 350.00 | 0.20 | 70.00 |
| 8/2/2019 | SK | Review motions on objections filed by debtor and emails about same from N. Peterman, GT and S. Hoffman, GT. | 400.00 | 0.80 | 320.00 |
| 8/2/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/4/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/5/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/9/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/11/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/13/2019 | JC | Review update on current census of the hospital. | 350.00 | 10.00 | 3,500.00 |
| 8/15/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/17/2019 | SK | Review email from C. Moreno, re final census of Hahnemann Hospital and update on Dept. | 400.00 | 0.30 | 120.00 |
| 8/26/2019 | SK | Review revised Confidentiality Statement. | 400.00 | 0.30 | 120.00 |
| | | Subtotal: | | 14.30 | 5,175.00 |

## Court Hearings - CH

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/8/2019 | SK | Exchange emails with D. Meloro, GT re preparing for upcoming court hearing. | 400.00 | 0.30 | 120.00 |
| | | Subtotal: | | 0.30 | 120.00 |

## Data Analysis - DA

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/22/2019 | JA | Site visit to St Christopher's Children's Hospital to interview patients (2.0), staff (2.0), review nursing policies (2.0) and procedures (2.0). | 350.00 | 8.00 | 2,800.00 |

Center City Healthcare, LLC

Page    3

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/23/2019 | SK | Site visit to St Christopher's Children's Hospital to interview staff (2.0), patients (2.0), physicians (2.0) and evaluate patient care (2.0). | 400.00 | 8.00 | 3,200.00 |
| | | Subtotal: | | 16.00 | 6,000.00 |

### Fee/Employment Application

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/1/2019 | SK | Review supplemental declarations in support of SAK and GT retention. | 400.00 | 0.40 | 160.00 |
| | | Subtotal: | | 0.40 | 160.00 |

### Report Preparation

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/20/2019 | SK | Exchange emails with C. Moreno, Hahnemann Hospital re posting PCO reports and the pending closure. | 400.00 | 0.50 | 200.00 |
| 8/20/2019 | SK | Draft emails re posting notice of PCO report. | 400.00 | 0.30 | 120.00 |
| 8/29/2019 | SK | Draft administrative portion of PCO report for St Christopher's Children's Hospital. | 400.00 | 1.00 | 400.00 |
| 8/29/2019 | JA | Draft clinical portion of site visit to St Christopher's Children's Hospital. | 350.00 | 2.00 | 700.00 |
| 8/30/2019 | SK | Draft administrative portion of PCO report for Hahnemann Hospital. | 400.00 | 1.50 | 600.00 |
| 8/30/2019 | JC | Draft clinical portion of PCO report on Hahnemann Hospital. | 350.00 | 4.00 | 1,400.00 |
| | | Subtotal: | | 9.30 | 3,420.00 |
| | | **Total Professional Services:** | | **40.30** | **$14,875.00** |

## EXPENSES:

### Airfare

| Date | | Description | Amount |
|---|---|---|---|
| 8/22/2019 | SK | United Airlines Confirmation #PS7NT1 ORD to PHI to ORD - S. Koenig | 519.60 |
| 8/22/2019 | JA | United Airlines Confirmation #G4VRT6 ORD to PHI to ORD - J. Arthur | 519.60 |
| | | Subtotal: | 1,039.20 |



**SAK** Management Services, LLC
Health Care **Turn**around Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000  Fax: 773.267.0111

Center City Healthcare, LLC
d/b/a Hahnemann University Hospital
230 N Broad St
Philadelphia,, PA 19102-1121

November 11, 2019
Invoice #11978

In Reference To:

**Statement of Professional Services Rendered Through:    September 30, 2019**

**Timekeeper Summary**

| | Hours | Rate | Amount |
|---|---|---|---|
| SK Koenig, Suzanne - Patient Care Ombudsman | 25.00 | 400.00 | $10,000.00 |
| JC Ciyou, Joyce - MSRN, LHFA | 12.00 | 350.00 | $4,200.00 |
| RS Snider, Richard | 3.60 | 375.00 | $1,350.00 |
| DP Prosperini, Danielle Paralegal | 2.00 | 200.00 | $400.00 |
| | **42.60** | | **$15,950.00** |

| | |
|---|---|
| Total Professional Services | $15,950.00 |
| Total Expenses | $2,067.38 |
| **Total Current Charges** | **$18,017.38** |

Center City Healthcare, LLC                                                                Page    2

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|

### Case Administration

| 9/2/2019 SK | Review Limited Objection to Resident Program Bid Procedures Motion. | 400.00 | 0.50 | 200.00 |
| 9/2/2019 SK | Review update on Hahnemann Hospital closure. | 400.00 | 0.40 | 160.00 |
| 9/2/2019 RSR | Exchange emails with PCO Counsel, N. Peterman and PCO, S. Koenig re courts concerns regarding residents continued education. | 375.00 | 1.00 | 375.00 |
| 9/4/2019 SK | Review update re status of sale of Hahnemann residency program. | 400.00 | 0.50 | 200.00 |
| 9/5/2019 SK | Exchange emails with I. McGovern, CNO re hospital issues. | 400.00 | 0.40 | 160.00 |
| 9/5/2019 SK | Review update re court's approval of sale of Hahnemann's residency program. | 400.00 | 0.30 | 120.00 |
| 9/13/2019 SK | Review update re CMS opposing sale of the residency program. | 400.00 | 0.30 | 120.00 |
| 9/17/2019 SK | Review email from St Christopher's Hospital employee to PCO re various hospital issues. | 400.00 | 0.80 | 320.00 |
| 9/18/2019 SK | Exchange emails with I. McGovern, CNO and M. Scenna, CEO re employee complaint received by PCO. | 400.00 | 0.70 | 280.00 |
| 9/21/2019 SK | Exchange emails with J. Ciyou, SAK, I. McGovern, CNO, and M. Scenna, CEO re Emergency Department Action Plan for Nurses. | 400.00 | 0.70 | 280.00 |
| 9/21/2019 SK | Review Notice of Cancellation of Auction and Designation of STC OPCO, LLC as the proposed purchaser in connection with sale of Substantially all Assets of St. Christopher's Healthcare, LLC. | 400.00 | 0.40 | 160.00 |
| 9/23/2019 SK | Telephone conference with PCO Counsel, N. Peterman re Children's hospital/residency program. | 400.00 | 0.80 | 320.00 |
| | Subtotal: | | 6.80 | 2,695.00 |

### Court Hearings - CH

| 9/3/2019 SK | Review Notice for Agenda for Hearing. | 400.00 | 0.30 | 120.00 |
| 9/23/2019 SK | Preparation before court hearing (1.0); attend court hearing (1.5). | 400.00 | 2.50 | 1,000.00 |
| | Subtotal: | | 2.80 | 1,120.00 |

Center City Healthcare, LLC                                                                                      Page    3

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Data Analysis - DA** | | | | | |
| 9/19/2019 SK | Site visit to St Christopher's Children's Hospital to interview staff (2.0), patients (2.0), physicians (2.0) and evaluate patient care (2.0). | | 400.00 | 8.00 | 3,200.00 |
| 9/19/2019 JC | Site visit to St Christopher's Hospital to interview patients (2.0), staff (2.0); review nursing policies (2.0) and procedures (2.0). | | 350.00 | 8.00 | 2,800.00 |
| | Subtotal: | | | 16.00 | 6,000.00 |
| **Fee/Employment Application** | | | | | |
| 9/13/2019 SK | Review SAK first monthly fee application and invoice. | | 400.00 | 0.20 | 80.00 |
| 9/27/2019 DP | Draft August monthly fee statement. | | 200.00 | 2.00 | 400.00 |
| | Subtotal: | | | 2.20 | 480.00 |
| **Litigation Matters** | | | | | |
| 9/26/2019 SK | Draft email to PCO Counsel, N. Peterman re filing a TRO to prevent tenet from pulling all services. | | 400.00 | 0.30 | 120.00 |
| 9/29/2019 SK | Telephone conference with PCO Counsel, N. Peterman and Debtors' counsel re Tenet issues. | | 400.00 | 1.00 | 400.00 |
| | Subtotal: | | | 1.30 | 520.00 |
| **Report Preparation** | | | | | |
| 9/1/2019 SK | Exchange emails with R. Snider re draft of PCO initial report. | | 400.00 | 0.60 | 240.00 |
| 9/2/2019 SK | Exchange emails with J. Ciyou re revisions to PCO report. | | 400.00 | 0.60 | 240.00 |
| 9/2/2019 SK | Review and respond to emails from R. Snider, SAK re final revisions to PCO report. | | 400.00 | 0.70 | 280.00 |
| 9/2/2019 SK | Draft administrative portion of PCO report for Hahnemann Hospital. | | 400.00 | 2.00 | 800.00 |
| 9/2/2019 SK | Draft administrative portion of PCO report for St Christopher's Children's Hospital. | | 400.00 | 2.00 | 800.00 |
| 9/2/2019 JC | Draft clinical portion of PCO report on Hahnemann Hospital. | | 350.00 | 2.00 | 700.00 |
| 9/2/2019 JC | Draft clinical portion of PCO report for St Christopher's Children Hospital. | | 350.00 | 2.00 | 700.00 |

Center City Healthcare, LLC                                                                                    Page      4

| | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/2/2019 | RSR | Review final version of PCO initial report for St Christopher's Children Hospital. | | 375.00 | 1.00 | 375.00 |
| 9/2/2019 | RSR | Review final version of PCO initial report for Hahnemann Hospital. | | 375.00 | 1.00 | 375.00 |
| 9/3/2019 | SK | Telephone conference (.6) and emails (.4) with PCO Counsel, N. Peterman, R. Snider and J. Ciyou SAK re report issues and questions. | | 400.00 | 1.00 | 400.00 |
| 9/3/2019 | RSR | Exchange emails with PCO Counsel, N. Peterman and S. Koenig re final draft of PCO report for St Christopher's Children's Hospital. | | 375.00 | 0.60 | 225.00 |
| | Subtotal: | | | | 13.50 | 5,135.00 |
| | **Total Professional Services:** | | | | **42.60** | **$15,950.00** |

## EXPENSES:

<u>Accommodations</u>

| 9/18/2019 | JC | Marriott Hotel Confirmation #31833 one Night. S. Koenig J. Ciyou | 275.79 |
|---|---|---|---|
| | Subtotal: | | 275.79 |

<u>Airfare</u>

| 9/18/2019 | JC | United Airlines Confirmation #HZZLY3 ORD to PHL to ORD J. Ciyou | 753.48 |
|---|---|---|---|
| 9/18/2019 | SK | United Airlines Confirmation #HZZLX3 ORD to PHL to ORD S Koenig | 753.48 |
| | Subtotal: | | 1,506.96 |

<u>Meals</u>

| 9/18/2019 | SK | La Colombre Ticket #709463933 Dinner S. Koenig | 9.59 |
|---|---|---|---|
| 9/19/2019 | SK | Vino Volo Ticket #255415 Lunch S. Koenig J. Ciyou | 52.65 |
| | Subtotal: | | 62.24 |



**SAK** Management Services, LLC
Health Care **Turnaround** Specialists

300 Saunders Road, Suite 300, Riverwoods, Illinois 60015
Tel: 847-446-8400   Fax: 847-446-8432

Center City Healthcare, LLC
d/b/a Hahnemann University Hospital
230 N Broad St
Philadelphia, PA 19102-1121

December 31, 2020
Invoice #12011

In Reference To:

**Statement of Professional Services Rendered Through:    October 31, 2019**

### Timekeeper Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| SK Koenig, Suzanne - Patient Care Ombudsman | 21.70 | 400.00 | $8,680.00 |
| JC Ciyou, Joyce - MSRN, LHFA | 11.00 | 375.00 | $4,125.00 |
| RS Snider, Richard - Chief Customer Officer | 1.50 | 375.00 | $562.50 |
|  | **34.20** |  | **$13,367.50** |

| Total Professional Services | $13,367.50 |
|---|---|
| Total Expenses | $2,005.78 |
| **Total Current Charges** | **$15,373.28** |

Center City Healthcare, LLC

Page    2

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|

### Case Administration

| | | | | | |
|---|---|---|---|---|---|
| 10/2/2019 SK | | Review Notice of Appeal (.1); motion for Stay Pending Appeal (.1). | 400.00 | 0.20 | 80.00 |
| 10/2/2019 SK | | Review update on Hahnemann and St Christopher's. | 400.00 | 0.40 | 160.00 |
| 10/3/2019 SK | | Review and respond to emails with PCO Counsel, N. Peterman, D. Meloro, GT and UT, B. Hackman re Debtor's dispute with Tenet and Conifer. | 400.00 | 0.80 | 320.00 |
| 10/3/2019 SK | | Review response to Debtor's motion filed by Tenet Business. | 400.00 | 0.10 | 40.00 |
| 10/3/2019 SK | | Exchange emails with PCO Counsel, N. Peterman re declarations in support of Debtor's motion. | 400.00 | 0.20 | 80.00 |
| 10/4/2019 SK | | Review (.4) and exchange emails (.4) with COO, S. Torres, St. Christopher's Hospital and R. Dreskin, Eisner Amper re Tenet issues. | 400.00 | 0.80 | 320.00 |
| 10/4/2019 SK | | Conference call with COO, S. Torres, St. Christopher's Hospital re status of hospital if TSA is discontinued. | 400.00 | 0.30 | 120.00 |
| 10/8/2019 SK | | Research (1.0) and preparation (1.0) for PCO response to Debtor's motion for stay pending appeal. | 400.00 | 2.00 | 800.00 |
| 10/11/2019 SK | | Exchange emails with CRO A. Wilen, Eisner Amper re follow up discussion on Hahnemann. | 400.00 | 0.30 | 120.00 |
| 10/14/2019 SK | | Review draft of statement in support of Debtors' Motion for Stay Pending Appeal. | 400.00 | 0.20 | 80.00 |
| 10/15/2019 SK | | Review and reply to emails with D. Meloro, GT and Debtor's Counsel, J. Hampton re DIP facility extension (.2) start of mediation with Tenet and Conifer (.1). | 400.00 | 0.30 | 120.00 |
| 10/16/2019 SK | | Exchange several emails with PCO Counsel N. Peterman and D. Meloro, GT re Tenet Motion to Enforce Order. | 400.00 | 0.60 | 240.00 |
| 10/16/2019 SK | | Exchange emails with PCO Counsel N. Peterman and D. Meloro, GT re revised statement in support of the motion for stay pending appeal. | 400.00 | 0.40 | 160.00 |

Center City Healthcare, LLC                                              Page    3

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/16/2019 | SK | Review revised statement in support of Debtor's motion for stay pending appeal. | 400.00 | 0.20 | 80.00 |
| 10/22/2019 | SK | Exchange emails with Dr. A. Zubrow, Drexel re new locations for resident doctors. | 400.00 | 0.30 | 120.00 |
| | Subtotal: | | | 7.10 | 2,840.00 |

Court Hearings - CH

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/31/2019 | SK | Review email from D. Meloro, GT re change in hearing date. | 400.00 | 0.10 | 40.00 |
| | Subtotal: | | | 0.10 | 40.00 |

Data Analysis - DA

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/22/2019 | SK | Site visit to St Christopher's Children's Hospital to interview staff (2.0), patients (2.0), physicians (2.0) and evaluate patient care (2.0). | 400.00 | 8.00 | 3,200.00 |
| 10/22/2019 | JC | Site visit to St Christopher's Hospital to interview patients (2.0), staff (2.0), review nursing policies (2.0) and procedures (2.0). | 375.00 | 8.00 | 3,000.00 |
| 10/29/2019 | SK | Review Press Ganey Experience Reports from 1/1/2019 thru 6/30/2019 (Pre-Bankruptcy) and from 7/1/2019 to 10/29/2019 (Post-Bankruptcy) | 400.00 | 1.50 | 600.00 |
| 10/30/2019 | SK | Exchange emails with J. Ciyou, SAK re Press Ganey scores. | 400.00 | 0.20 | 80.00 |
| | Subtotal: | | | 17.70 | 6,880.00 |

Fee/Employment Application

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/25/2019 | SK | Review Fee Applications for SAK and GT. | 400.00 | 0.20 | 80.00 |
| | Subtotal: | | | 0.20 | 80.00 |

Report Preparation

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/22/2019 | SK | Draft email to I. Mc Govern, CNO and R. Dreskin, Eisner Amper re posting the notice of the PCO's 2nd report. | 400.00 | 0.20 | 80.00 |
| 10/28/2019 | SK | Exchange emails with C. Greenberg and PCO Counsel N. Peterman, GT re deadline for filing the second PCO report. | 400.00 | 0.40 | 160.00 |

Center City Healthcare, LLC                                                                 Page    4

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/29/2019 SK | Draft administrative portion of PCO report. | | 400.00 | 3.00 | 1,200.00 |
| 10/30/2019 JC | Draft clinical portion of PCO Report for St. Christopher's Children's Hospital | | 375.00 | 3.00 | 1,125.00 |
| 10/31/2019 SK | Revise PCO Report | | 400.00 | 1.00 | 400.00 |
| 10/31/2019 RS | Edit PCO report | | 375.00 | 1.50 | 562.50 |
| | Subtotal: | | | 9.10 | 3,527.50 |
| | **Total Professional Services:** | | | **34.20** | **$13,367.50** |

## EXPENSES:

Accommodations

| | | |
|---|---|---|
| 10/21/2019 SK | Sheraton Suites Philadelphia one-night S. Koenig J. Ciyou | 219.99 |
| | Subtotal: | 219.99 |

Airfare

| | | |
|---|---|---|
| 10/21/2019 SK | United Airlines Ticket #1624778763731 ORD to PHI to ORD | 524.60 |
| 10/21/2019 JC | American Airlines Ticket # 12384107073 PHX to PHI to PHX | 978.60 |
| | Subtotal: | 1,503.20 |

Meals

| | | |
|---|---|---|
| 10/22/2019 SK | Dunkin Donuts Ticket # 343288 Coffee S. Koenig J. Ciyou | 9.44 |
| 10/22/2019 SK | Sheraton Philadelphia Philly F&B Dinner J. Ciyou S. Koenig | 36.27 |
| | Subtotal: | 45.71 |



**SAK** Management Services, LLC
Health Care **Turnaround** Specialists

300 Saunders Road, Suite 300, Riverwoods, Illinois 60015
Tel: 847-446-8400   Fax: 847-446-8432

Center City Healthcare, LLC
d/b/a Hahnemann University Hospital
230 N Broad St
Philadelphia, PA 19102-1121

January 27, 2020
Invoice #12014

In Reference To:

**Statement of Professional Services Rendered Through:    November 30, 2019**

### Timekeeper Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| SK Koenig, Suzanne - Patient Care Ombudsman | 3.90 | 400.00 | $1,560.00 |
| JC Ciyou, Joyce - MSRN, LHFA | 10.40 | 375.00 | $3,900.00 |
| KH Hufsey, Keith - Director of Operations | 10.00 | 375.00 | $3,750.00 |
| DP Prosperini, Danielle Paralegal | 1.00 | 200.00 | $200.00 |
| | **25.30** | | **$9,410.00** |

| | |
|---|---|
| Total Professional Services | $9,410.00 |
| Total Expenses | $1,712.21 |
| **Total Current Charges** | **$11,122.21** |

Center City Healthcare, LLC                                                    Page    2

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|

**Case Administration**

| 11/1/2019 SK | Review update on Hahnemann Hospital closure. | 400.00 | 0.30 | 120.00 |
| 11/4/2019 SK | Review letter to court from R. Levine, MD, Pennsylvania Secretary of Health re Hahnemann Hospital revoked License. | 400.00 | 0.20 | 80.00 |
| 11/4/2019 SK | Exchange email with PCO Counsel, N. Peterman re Letter from PA Secretary of Health. | 400.00 | 0.10 | 40.00 |
| 11/4/2019 SK | Telephone call with Debtor re revocation of Hahnemann's license. | 400.00 | 0.50 | 200.00 |
| 11/13/2019 SK | Exchange emails with D. Meloro, GT re Tenet and Conifer mediation resolution. | 400.00 | 0.20 | 80.00 |
| 11/26/2019 JC | Exchange emails with I. McGovern, CNO St. Christopher's Hospital re census and survey report. | 375.00 | 0.40 | 150.00 |
| Subtotal: | | | 1.70 | 670.00 |

**Court Hearings - CH**

| 11/1/2019 SK | Exchange emails with PCO Counsel N. Peterman and D. Meloro, GT re order of scheduling hearings on motions. | 400.00 | 0.30 | 120.00 |
| 11/6/2019 SK | Exchange several emails with D. Meloro and N. Peterman, GT re hearing on motions. | 400.00 | 0.50 | 200.00 |
| Subtotal: | | | 0.80 | 320.00 |

**Data Analysis - DA**

| 11/25/2019 JC | Site visit to St. Christopher's Hospital to interview patients (2.0), staff (2.0), review nursing policies (2.0) and procedures (2.0). | 375.00 | 8.00 | 3,000.00 |
| 11/25/2019 KH | Site visit to St. Christopher's Hospital to interview staff (2.0), patients (2.0), physicians (2.0) and evaluate patient care (2.0). | 375.00 | 8.00 | 3,000.00 |
| Subtotal: | | | 16.00 | 6,000.00 |

Center City Healthcare, LLC

Page    3

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Fee/Employment Application** | | | | | |
| 11/14/2019 DP | | Revise and format monthly fee statement. | 200.00 | 1.00 | 200.00 |
| 11/15/2019 SK | | Review draft of SAK fee application. | 400.00 | 0.20 | 80.00 |
| Subtotal: | | | | 1.20 | 280.00 |
| **Report Preparation** | | | | | |
| 11/4/2019 SK | | Exchange emails with R. Snider, SAK re PCO report revisions. | 400.00 | 0.40 | 160.00 |
| 11/4/2019 SK | | Revise PCO report. | 400.00 | 1.00 | 400.00 |
| 11/4/2019 SK | | Exchange emails with PCO Counsel, N. Peterman and C. Greenberg, GT re final revision of PCO report and signature. | 400.00 | 0.20 | 80.00 |
| 11/28/2019 KH | | Draft administrative portion of PCO report for St. Christopher's Children Hospital. | 375.00 | 2.00 | 750.00 |
| 11/29/2019 JC | | Draft clinical portion of PCO report for St. Christopher's Children Hospital. | 375.00 | 2.00 | 750.00 |
| Subtotal: | | | | 5.60 | 2,140.00 |
| **Total Professional Services:** | | | | **25.30** | **$9,410.00** |

## EXPENSES:

Accommodations

| 11/25/2019 JC | Aloft Hotel Confirmation #504259 one-night J. Ciyou. | 141.09 |
|---|---|---|
| 11/25/2019 KH | Aloft Hotel Confirmation #504259 one-night K. Hufsey | 141.09 |
| Subtotal: | | 282.18 |

Airfare

| 11/25/2019 JC | American Airlines Ticket # 420221 ORD to PHI to ORD J. Ciyou | 544.61 |
|---|---|---|



**SAK** Management Services, LLC
Health Care **Turnaround** Specialists

300 Saunders Road, Suite 300, Riverwoods, Illinois 60015
Tel: 847-446-8400  Fax: 847-446-8432

Center City Healthcare, LLC
d/b/a Hahnemann University Hospital
230 N Broad St
Philadelphia, PA 19102-1121

February 3, 2020
Invoice #12015

In Reference To:

**Statement of Professional Services Rendered Through:    January 4, 2020**

### Timekeeper Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| SK Koenig, Suzanne - Patient Care Ombudsman | 7.00 | 400.00 | $2,800.00 |
| JC Ciyou, Joyce - MSRN, LHFA | 2.20 | 375.00 | $825.00 |
| RS Snider, Richard – Chief Customer Officer | 1.70 | 375.00 | $637.50 |
| DP Prosperini, Danielle Paralegal | 2.00 | 200.00 | $400.00 |
| | **12.90** | | **$4,662.50** |

| | |
|---|---|
| Total Professional Services | $4,662.50 |
| Total Expenses | $0.00 |
| **Total Current Charges** | **$4,662.50** |

Center City Healthcare, LLC                                                                    Page   3

|  |  | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/27/2019 DP | Draft November invoice. | | 200.00 | 1.00 | 200.00 |
| 1/3/2020 DP | Draft December/January fee invoice. | | 200.00 | 1.00 | 200.00 |
| Subtotal: | | | | 2.40 | 560.00 |

Report Preparation

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/11/2019 SK | Review update on PCO report. | | 400.00 | 0.20 | 80.00 |
| 12/13/2019 SK | Review Notice of PCO report. | | 400.00 | 0.10 | 40.00 |
| 12/13/2019 SK | Review email from C. Greenberg, GT re Notice of PCO Report. | | 400.00 | 0.10 | 40.00 |
| 12/15/2019 SK | Exchange emails with CNO I. Mc Govern, St. Christopher's Hospital and R. Dreskin, Eisner Amper re posting of notice of PCO's third report. | | 400.00 | 0.20 | 80.00 |
| 12/18/2019 SK | Exchange emails with J. Ciyou and R. Snider, SAK re final PCO report. | | 400.00 | 0.40 | 160.00 |
| 12/19/2019 SK | Exchange emails with R. Snider, SAK re review facts and updates for PCO report. | | 400.00 | 0.20 | 80.00 |
| 12/23/2019 RS | Exchange emails with PCO S. Koenig re confirmed details of report. | | 375.00 | 0.30 | 112.50 |
| 12/29/2019 RS | Exchange emails with J. Ciyou, SAK and PCO S. Koenig re preparation final PCO report. | | 375.00 | 0.40 | 150.00 |
| 12/31/2019 SK | Exchange emails with C. Greenberg, GT re Final PCO report. | | 400.00 | 0.20 | 80.00 |
| 12/31/2019 SK | Exchange emails with PCO Counsel, N. Peterman GT re review of sale for report. | | 400.00 | 0.20 | 80.00 |
| 1/1/2020 JC | Draft clinical portion of PCO report for St. Christopher's Hospital. | | 375.00 | 2.00 | 750.00 |
| 1/2/2020 SK | Draft administrative portion of PCO report for St. Christopher's Hospital. | | 400.00 | 1.50 | 600.00 |
| 1/2/2020 SK | Revise PCO Report. | | 400.00 | 1.00 | 400.00 |
| 1/2/2020 SK | Exchange emails with PCO Counsel, N. Peterman re final PCO report. | | 400.00 | 0.30 | 120.00 |
| 1/2/2020 RS | Revise PCO report | | 375.00 | 1.00 | 375.00 |
| Subtotal: | | | | 8.10 | 3,147.50 |

Center City Healthcare, LLC

| | Hours | Amount |
|---|---|---|
| **Total Professional Services:** | 12.90 | $4,662.50 |

# EXHIBIT B

*ACTIVE 48591302v2*

# EXHIBIT B

(SAK did not incur expenses for the months of December and January)

**SAK July Expenses**

Center City Healthcare, LLC                                                                      Page    5

|  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|
| **Total Professional Services:** | **57.00** | **$21,555.00** |

## EXPENSES:

<u>Accommodations</u>

| 7/18/2019 SK | Double Tree Confirmation # 97858711 1 Night - S. Koenig | 182.33 |
|---|---|---|
| 7/18/2019 TD | Double Tree Confirmation # 97858711 1 Night - T. Denning | 182.33 |
| Subtotal: | | 364.66 |

<u>Airfare</u>

| 7/7/2019 SK | United Airlines Confirmation # L8PGHJ  ORD to PHL to ORD - S. Koenig | 819.60 |
|---|---|---|
| 7/7/2019 JC | United Airlines Confirmation # L8PGHJ  ORD to PHL to ORD - J. Ciyou | 819.60 |
| 7/18/2019 SK | United Airlines Confirmation # AWLZ23 ORD to PHL to ORD - S. Koenig | 559.60 |
| 7/18/2019 TD | United Airlines Confirmation # AWS222 ORD to PHL to ORD - T Denning | 752.60 |
| Subtotal: | | 2,951.40 |

<u>Meals</u>

| 7/7/2019 SK | GreenLeaf's & Bananas  Ticket #1809  Beverages  - S. Koenig J. Ciyou | 5.08 |
|---|---|---|
| 7/7/2019 SK | Currito Philly Airport Ticket # 105169 Dinner for S. Koenig J. Ciyou | 23.84 |
| 7/7/2019 SK | Villas Pizza Ticket #40036 lunch - S. Koenig | 5.08 |
| 7/8/2019 SK | Starbucks Ticket # 121  Breakfast - S. Koenig J. Ciyou | 22.79 |
| 7/18/2019 SK | Big Fish Grill Ticket #835747  Dinner - S. Koenig | 39.70 |
| 7/18/2019 SK | Vino Volo - Ticket # 10254 Lunch  - S. Koenig T. Denning | 25.14 |

Center City Healthcare, LLC                                                                    Page    6

|  |  | Amount |
|---|---|---:|
| 7/18/2019 SK | Dunkin Donuts Ticket # 3432  Breakfast. S. Koenig | 3.02 |
|  | Subtotal: | 124.65 |

Transportation

| | | |
|---|---|---:|
| 7/7/2019 SK | Uber Ride Service -  tfrom Hahnemann Hospital to hotel - S. Koenig and J. Ciyou | 28.60 |
| 7/7/2019 SK | Lyft Transportation Service PHL to Center City . S. Koenig J. Ciyou | 29.06 |
| 7/7/2019 SK | Base Car Service Confirmation # 33901 residence to airport S. Koenig | 85.00 |
| 7/8/2019 SK | Base Car Service Confirmation # 33915 airport to residence - S. Koenig | 89.00 |
| 7/18/2019 SK | Uber Car Service to Hahnemann Hospital -  S. Koenig. T. Denning | 75.28 |
| 7/18/2019 SK | Uber Car Service - from Hahnemann Hospital to hotel - S. Koenig T. Denning | 30.28 |
| 7/18/2019 SK | Base Car Service Confirmation # 33970 residence to airport  - S. Koenig | 85.00 |
| 7/19/2019 SK | Base Car Service Confirmation # 33975 from airport to residence S. Koenig | 89.00 |
| | Subtotal: | 511.22 |
| | **Total Expenses:** | **$3,951.93** |

**SAK August Expenses**

Center City Healthcare, LLC                                                                 Page    3

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/23/2019 SK | Site visit to St Christopher's Children's Hospital to interview staff (2.0), patients (2.0), physicians (2.0) and evaluate patient care (2.0). | | 400.00 | 8.00 | 3,200.00 |
| | Subtotal: | | | 16.00 | 6,000.00 |

Fee/Employment Application

| 8/1/2019 SK | Review supplemental declarations in support of SAK and GT retention. | 400.00 | 0.40 | 160.00 |
|---|---|---|---|---|
| | Subtotal: | | 0.40 | 160.00 |

Report Preparation

| 8/20/2019 SK | Exchange emails with C. Moreno, Hahnemann Hospital re posting PCO reports and the pending closure. | 400.00 | 0.50 | 200.00 |
|---|---|---|---|---|
| 8/20/2019 SK | Draft emails re posting notice of PCO report. | 400.00 | 0.30 | 120.00 |
| 8/29/2019 SK | Draft administrative portion of PCO report for St Christopher's Children's Hospital. | 400.00 | 1.00 | 400.00 |
| 8/29/2019 JA | Draft clinical portion of site visit to St Christopher's Children's Hospital. | 350.00 | 2.00 | 700.00 |
| 8/30/2019 SK | Draft administrative portion of PCO report for Hahnemann Hospital. | 400.00 | 1.50 | 600.00 |
| 8/30/2019 JC | Draft clinical portion of PCO report on Hahnemann Hospital. | 350.00 | 4.00 | 1,400.00 |
| | Subtotal: | | 9.30 | 3,420.00 |
| | **Total Professional Services:** | | **40.30** | **$14,875.00** |

# EXPENSES:

Airfare

| 8/22/2019 SK | United Airlines Confirmation #PS7NT1 ORD to PHI to ORD - S. Koenig | 519.60 |
|---|---|---|
| 8/22/2019 JA | United Airlines Confirmation #G4VRT6 ORD to PHI to ORD - J. Arthur | 519.60 |
| | Subtotal: | 1,039.20 |

Center City Healthcare, LLC                                                                    Page    4

                                                                                              Amount

Meals

8/22/2019 SK      Dunkin Donuts Ticket #369656 Breakfast S, Koenig                              6.61

8/22/2019 SK      Vito Volo Ticket #91002 Lunch - S.  Koenig J. Arthur                         57.22

                                                                                         _____
          Subtotal:                                                                            63.83

Transportation

8/22/2019 SK      Uber St Christopher's Hospital to PHI Airport - S. Koenig J. Arthur          37.83

8/22/2019 SK      Base Car Service Confirmation #33982 Residence to airport. -  S. Koenig      85.00

8/22/2019 SK      Base Car Service Confirmation # 33987 Airport to residence.  -  S. Koenig    89.00

8/22/2019 SK      Uber Car Service From Airport to St Christopher's Hospital -S. Koenig J. Arthur   39.74

                                                                                         _____
          Subtotal:                                                                           251.57
                                                                                         _____
          **Total Expenses:**                                                              **$1,354.60**

**SAK September Expenses**

Center City Healthcare, LLC                                                                Page      4

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/2/2019 | RSR | Review final version of PCO initial report for St Christopher's Children Hospital. | 375.00 | 1.00 | 375.00 |
| 9/2/2019 | RSR | Review final version of PCO initial report for Hahnemann Hospital. | 375.00 | 1.00 | 375.00 |
| 9/3/2019 | SK | Telephone conference (.6) and emails (.4) with PCO Counsel, N. Peterman, R. Snider and J. Ciyou SAK re report issues and questions. | 400.00 | 1.00 | 400.00 |
| 9/3/2019 | RSR | Exchange emails with PCO Counsel, N. Peterman and S. Koenig re final draft of PCO report for St Christopher's Children's Hospital. | 375.00 | 0.60 | 225.00 |

|  |  |  |  |
|---|---|---|---|
| Subtotal: |  | 13.50 | 5,135.00 |
| **Total Professional Services:** |  | **42.60** | **$15,950.00** |

## EXPENSES:

Accommodations

| 9/18/2019 | JC | Marriott Hotel Confirmation #31833 one Night. S. Koenig J. Ciyou | 275.79 |
|---|---|---|---|
|  | Subtotal: |  | 275.79 |

Airfare

| 9/18/2019 | JC | United Airlines Confirmation #HZZLY3 ORD to PHL to ORD J. Ciyou | 753.48 |
|---|---|---|---|
| 9/18/2019 | SK | United Airlines Confirmation #HZZLX3 ORD to PHL to ORD S Koenig | 753.48 |
|  | Subtotal: |  | 1,506.96 |

Meals

| 9/18/2019 | SK | La Colombre Ticket #709463933 Dinner S. Koenig | 9.59 |
|---|---|---|---|
| 9/19/2019 | SK | Vino Volo Ticket #255415 Lunch S. Koenig J. Ciyou | 52.65 |
|  | Subtotal: |  | 62.24 |

Center City Healthcare, LLC                                                                    Page    5

                                                                                              Amount

Transportation

9/18/2019 SK    Uber Car Service Hotel to St Christopher's Children Hospital S. Koenig J. Ciyou        35.69

9/18/2019 SK    Base Car Service Confirmation #34544 from residence to ORD S. Koenig                  85.00

9/19/2019 SK    Uber Car Service From St Christopher's Children's hospital to Hotel S. Koenig J. Ciyou  42.70

9/19/2019 SK    Base Car Service Confirmation #34586 ORD to residence. S. Koenig                      59.00

                                                                                              _____

            Subtotal:                                                                          222.39

                                                                                              _____

            **Total Expenses:**                                                                **$2,067.38**

**SAK October Expenses**

Center City Healthcare, LLC                                                                  Page    4

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/29/2019 SK | Draft administrative portion of PCO report. | 400.00 | 3.00 | 1,200.00 |
| 10/30/2019 JC | Draft clinical portion of PCO Report for St. Christopher's Children's Hospital | 375.00 | 3.00 | 1,125.00 |
| 10/31/2019 SK | Revise PCO Report | 400.00 | 1.00 | 400.00 |
| 10/31/2019 RS | Edit PCO report | 375.00 | 1.50 | 562.50 |
| Subtotal: |  |  | 9.10 | 3,527.50 |
| **Total Professional Services:** |  |  | **34.20** | **$13,367.50** |

## EXPENSES:

Accommodations

| 10/21/2019 SK | Sheraton Suites Philadelphia one-night S. Koenig J. Ciyou | 219.99 |
|---|---|---|
| Subtotal: |  | 219.99 |

Airfare

| 10/21/2019 SK | United Airlines Ticket #1624778763731 ORD to PHI to ORD | 524.60 |
|---|---|---|
| 10/21/2019 JC | American Airlines Ticket # 12384107073 PHX to PHI to PHX | 978.60 |
| Subtotal: |  | 1,503.20 |

Meals

| 10/22/2019 SK | Dunkin Donuts Ticket # 343288 Coffee S. Koenig J. Ciyou | 9.44 |
|---|---|---|
| 10/22/2019 SK | Sheraton Philadelphia Philly F&B Dinner J. Ciyou S. Koenig | 36.27 |
| Subtotal: |  | 45.71 |

Center City Healthcare, LLC

| | | Amount |
|---|---|---:|
| **Transportation** | | |
| 10/21/2019 SK | Base Car Service Confirmation # 34880 residence to airport. S. Koenig | 85.00 |
| 10/22/2019 SK | Uber Car Service ride from hotel to St Christopher's Hospital S. Koenig J. Ciyou | 34.13 |
| 10/22/2019 SK | Uber Car Service ride from St Christopher's hospital to airport S. Koenig J. Ciyou | 28.75 |
| 10/22/2019 SK | Base Car Service Confirmation #34481 airport to residence. S. Koenig | 89.00 |
| | Subtotal: | 236.88 |
| | **Total Expenses:** | **$2,005.78** |

**SAK November Expenses**

Center City Healthcare, LLC

Page    3

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| **Fee/Employment Application** | | | | |
| 11/14/2019 DP | Revise and format monthly fee statement. | 200.00 | 1.00 | 200.00 |
| 11/15/2019 SK | Review draft of SAK fee application. | 400.00 | 0.20 | 80.00 |
| Subtotal: | | | 1.20 | 280.00 |
| **Report Preparation** | | | | |
| 11/4/2019 SK | Exchange emails with R. Snider, SAK re PCO report revisions. | 400.00 | 0.40 | 160.00 |
| 11/4/2019 SK | Revise PCO report. | 400.00 | 1.00 | 400.00 |
| 11/4/2019 SK | Exchange emails with PCO Counsel, N. Peterman and C. Greenberg, GT re final revision of PCO report and signature. | 400.00 | 0.20 | 80.00 |
| 11/28/2019 KH | Draft administrative portion of PCO report for St. Christopher's Children Hospital. | 375.00 | 2.00 | 750.00 |
| 11/29/2019 JC | Draft clinical portion of PCO report for St. Christopher's Children Hospital. | 375.00 | 2.00 | 750.00 |
| Subtotal: | | | 5.60 | 2,140.00 |
| **Total Professional Services:** | | | **25.30** | **$9,410.00** |

## EXPENSES:

| | | | Amount |
|---|---|---|---|
| Accommodations | | | |
| 11/25/2019 JC | Aloft Hotel Confirmation #504259 one-night J. Ciyou. | | 141.09 |
| 11/25/2019 KH | Aloft Hotel Confirmation #504259 one-night K. Hufsey | | 141.09 |
| Subtotal: | | | 282.18 |
| Airfare | | | |
| 11/25/2019 JC | American Airlines Ticket # 420221 ORD to PHI to ORD J. Ciyou | | 544.61 |

Center City Healthcare, LLC                                                                    Page      4

                                                                                               Amount

11/25/2019 KH      American Airlines Ticket # 420222 ORD to PHI to ORD K. Hufsey                544.61
                                                                                            _____
              Subtotal:                                                                      1,089.22

**Meals**

11/25/2019 KH      Aloft Airport Cafe Ticket #7865 Dinner J. Ciyou and K. Hufsey                 24.60

11/26/2019 KH      Chili's Ticket # 1198 lunch J. Ciyou K. Hufsey                                15.13
                                                                                            _____
              Subtotal:                                                                         39.73

**Misc. Travel**

11/25/2019 KH      Mileage from residence to airport and back to residence .344 miles at .535 per mile.   184.00
                   K. Hufsey
                                                                                            _____
              Subtotal:                                                                        184.00

**Transportation**

11/25/2019 JC      Taxi Cab Ticket #P0896 ride to facility from hotel. J. Ciyou and K. Hufsey    62.03

11/25/2019 KH      Taxi Cab Ticket #P0895 ride to facility from hotel. J. Ciyou and K. Hufsey    55.05
                                                                                            _____
              Subtotal:                                                                        117.08
                                                                                            _____
              **Total Expenses:**                                                            **$1,712.21**