## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br>(Jointly Administered)<br><br>**Objection Deadline: May 4, 2020 at 4:00 p.m.**<br>**Hearing Date: May 27, 2020 at 11:30 a.m.** |

## NOTICE OF FEE APPLICATION

**PLEASE TAKE NOTICE** that SAK Management Services LLC ("**SAK**") filed the *First Interim Application, Combined Fourth, Fifth, and Sixth Monthly Applications and Combined Second Interim Application and Final Application of SAK Management Services, LLC, as Medical Operations Advisor for the Patient Care Ombudsman for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 3, 2019 through January 3, 2020* (the "**Application**"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that you must also file a copy of any response or objection to the Application with the Court on, or prior to, **May 4, 2020 at 4:00 p.m.** and serve such response or objection upon: (i) the undersigned counsel to SAK and (ii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin A. Hackman, Esq.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

ACTIVE 48591302v2

**PLEASE TAKE FURTHER NOTICE** A HEARING BE HELD ON THE APPLICATION BEFORE THE HONORABLE MARY F. WALRATH ON **MAY 27, 2020 at 11:30 A.M.** AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

IF NO OBJECTIONS TO THE FINAL FEE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED BY THE OBJECTION DEADLINE IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY APPROVE THE FINAL FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 14, 2020     GREENBERG TRAURIG, LLP

/s/ *Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com

*Counsel to the Patient Care Ombudsman*