# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| | ) **Related to Docket No. 1476** |
| Debtors. | ) |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN DEBTORS AND SPECIALTYCARE, INC. RESOLVING MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503 AND ALLOWING ADMINISTRATIVE EXPENSE CLAIM

The above-referenced debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1.      On March 16, 2020, SpecialtyCare, Inc. ("**SpecialtyCare**") filed a *Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503* [D.I. 1476] (the "**Motion**"), asserting an administrative expense claim in the amount of $86,598.84 (the "**Asserted Claim**").

2.      Pursuant to the notice of the Motion [Docket No. 1476], objections to the Motion were to be filed by April 14, 2020 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

3.     The Objection Deadline has passed and no formal objections or responses were served upon SpecialtyCare's counsel or entered on the Court's docket.

4.     The Debtors and SpecialtyCare engaged in informal discussions, and in resolution of the Motion, have entered into the *Stipulation Between Debtors and SpecialtyCare, Inc. Resolving Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 and Allowing Administrative Expense Claim* (the "**Stipulation**"), a copy of which is attached as Exhibit 1 to the proposed form of order attached hereto as **Exhibit A** (the "**Proposed Order**"), pursuant to which the parties have agreed on an Allowed Administrative Expense Claim against Debtor Center City Healthcare, LLC in the amount of $86,598.84, in full satisfaction of the Asserted Claim.

5.     We would respectfully request that the Court enter the Proposed Order at its earliest convenience and direct that it be docketed.

Dated: April 15, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for the Debtors and Debtors in Possession*