**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br>(Jointly Administered)<br><br>**Objection Deadline: May 5, 2020 at 4:00 p.m.**<br>**Hearing Date: May 27, 2020 at 11:30 a.m.** |

**COVER SHEET FOR:**
**FIRST INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**COUNSEL TO THE PATIENT CARE OMBUDSMAN FOR THE PERIOD**
**FROM JULY 3, 2019 THROUGH SEPTEMBER 30, 2019**

| | |
|---|---|
| Name of Applicant: | Greenberg Traurig, LLP |
| Authorized to Provide Professional Services to: | The Patient Care Ombudsman |
| Date of Retention: | September 13, 2019 (Nunc Pro Tunc to July 3, 2019) |
| Period for which compensation and reimbursement is sought: | July 3, 2019 – September 30, 2019 |
| Total compensation sought this period: | $62,533.00 |
| Total expense reimbursement sought this period: | $1,964.05 |
| Total compensation allowed by interim order to date: | $0.00 |
| Total expenses allowed by interim order to date: | $0.00 |
| Total allowed compensation paid to date: | $50,042.40 |
| Total allowed expenses paid to date: | $1,964.05 |
| Blended rate in this application for all attorneys: | $901.42 |
| Blended rate in this application for all timekeepers: | $779.71 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $50,042.40 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $1,964.05 |
|---|---|
| Number of professionals included in this application: | 6 (2 Shareholders, 1 Of Counsel, 1 Associate, and 2 Paralegals) |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 4 (1 Shareholder, 1 Of Counsel, 1 Associate, and 2 paralegals) |
| Are any rates higher than those approved and disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application. | No |

This is Greenberg Traurig, LLP's first interim fee application in these Cases.

## Summary of Monthly Fee Applications for this Interim Period

| APPLICATION | FEES | EXPENSES | FEES PAID | EXPENSES PAID | TOTAL OWED |
|---|---|---|---|---|---|
| First Monthly 7/3/19-7/31/19 D.I. 742, Filed 9/19/19 | $36,464.00 | $30.00 | $29,171.20 | $30.00 | $7,292.80 |
| Second Monthly 8/1/19-8/31/19 D.I. 792, Filed 9/27/19 | $10,794.50 | $1,868.55 | $8,635.60 | $1,868.55 | $2,158.90 |
| Third Monthly 1/1/20-1/31/20 D.I. 883, Filed 10/18/19 | $15,294.50 | $65.50 | $12,251.60 | $65.50 | $3,042.90 |
| **TOTALS:** | **$62,533.00** | **$1,964.05** | **$50,042.40** | **$1,964.05** | **$12,494.60** |

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Description | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Dennis A. Meloro | Shareholder; Member of Delaware Bar since 2003. Area of expertise: Bankruptcy. | $1,025.00 | 34.20 | $35,055.00 |
| Sara Hoffman | Associate; Member of the New York Bar since 2014. Area of expertise: Bankruptcy. | $720.00 | 22.90 | $16,488.00 |
| Nancy A. Peterman | Shareholder since 2000. Joined firm in 1999. Member of IL bar since 1991 and NY bar since 2012. Expertise: Bankruptcy. | $950.00 | 7.60 | $6,980.00 |
| Eleanor A. Kolton | Of Counsel; Member of North Carolina Bar since 2002, D.C. Bar since 1994, and Virginia Bar since 2003; Area of expertise Health Care. | $650.00 | 0.80 | $520.00 |
| Wendy Cathers | Paralegal | $300.00 | 8.70 | $2,610.00 |
| Carla Greenberg | Paralegal | $150.00 | 6.00 | $900.00 |
| | | **Grand Totals:** | **80.20** | **$62,533.00** |

**Attorney Only Blended Rate:**     $901.42

**All Timekeeper Blended Rate:**     $779.71

4

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 803 | Business Operations | 2.50 | $2,502.50 |
| 804 | Case Administration | 28.20 | $20,695.50 |
| 809 | Financing Matters & Cash Collateral | 0.70 | $702.50 |
| 810 | Litigation Matters | 0.80 | $775.00 |
| 813 | Fee/Employment Application | 13.80 | $8,730.00 |
| 824 | Preparation/Review Reports | 12.30 | $6,745.00 |
| 832 | Creditor Inquiries | 0.70 | $687.50 |
| 833 | Court Hearings | 20.40 | $20,910.00 |
| 838 | Sale of Property | 0.80 | $805.00 |
| **Total:** | | **80.20** | **$62,533.00** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| CourtCall Fees | $44.00 |
| Messaging/Courier Services | $13.50 |
| Off-Site Printing and Copying Charges | $1,284.15 |
| Information and Research/ECF | $8.00 |
| Postage | $584.40 |
| Filing Fees | $30.00 |
| **Total Disbursements:** | **$1,964.05** |

PLEASE TAKE NOTICE that in compliance with the *U.S. Trustee Program's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "**U.S. Trustee Guidelines**"), attached hereto as **Exhibit A** is a copy of the budget and staffing plan agreed to between the Patient Care Ombudsman appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") and Greenberg Traurig, LLP ("**Greenberg Traurig**") for the period of July 3, 2019 through and including September 30, 2019 (the "**Interim Fee Period**"). A chart comparing the total hours spent and the hours budgeted for each task code for the Interim Fee Period is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit C** are Greenberg Traurig's customary and comparable compensation disclosures.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 341] (the "**Interim Compensation Order**"), objections, if any, to this application must be filed with the Court on or before **May 5, 2020**, and at the same time must be served on the Notice Parties as defined in the Interim Compensation Order.

PLEASE TAKE FURTHER NOTICE that if no timely objections are filed to this application, the Court may enter an order granting the application without further notice or a hearing.

Dated:  April 15, 2020                                GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

Email: melorod@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com

Counsel to the Patient Care Ombudsman

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br>(Jointly Administered)<br><br>**Objection Deadline: May 5, 2020 at 4:00 p.m.**<br>**Hearing Date: May 27, 2020 at 11:30 a.m.** |

**FIRST INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE PATIENT CARE OMBUDSMAN FOR THE PERIOD FROM JULY 3, 2019 THROUGH AND INCLUDING SEPTEMBER 30, 2019**

Greenberg Traurig, LLP ("**Greenberg Traurig**"), counsel to the patient care ombudsman (the "**Patient Care Ombudsman**"), hereby submits its first interim application (the "**Application**") for compensation and reimbursement of expenses for the period from July 3, 2019 through September 30, 2019 (the "**Application Period**") pursuant to 11 U.S.C. §§ 330 and 331 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 341] (the "**Interim Compensation Order**").

By this Application, Greenberg Traurig seeks compensation in the amount of $62,533.00 and reimbursement of actual expenses in the amount of $1,945.05 for an aggregate total of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

$64,478.05, in accordance with the Interim Compensation Order. In support of the Application, Greenberg Traurig respectfully represents as follows:

## BACKGROUND

1. On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code.

2. On July 2, 2019, this Court entered an order directing the appointment of a patient care ombudsman [Docket No. 83]. On July 3, 2019, the Office of the United States Trustee appointed Suzanne A. Koenig as the Patient Care Ombudsman in these Cases. [Docket No. 95].

3. On September 13, 2019 the Court entered the *Order Authorizing the Retention and Employment of Greenberg Traurig, LLP as Counsel, Nunc Pro Tunc as of July 3, 2010* [Docket No. 704].

4. On September 19, 2019, Greenberg Traurig filed its first monthly application for compensation and reimbursement of expenses spanning from July 3, 2019 through July 31, 2019 (the "**First Monthly Application**") [Docket. No. 742]. On October 15, 2019, Greenberg Traurig filed a certificate of no objection to the First Monthly Application [Docket. No. 860].

5. On September 27, 2019, Greenberg Traurig filed its second monthly application for compensation and reimbursement of expenses spanning from August 1, 2019 through August 31 31, 2019 (the "**Second Monthly Application**") [Docket. No. 792]. On October 18, 2019, Greenberg Traurig filed a certificate of no objection to the Second Monthly Application [Docket. No. 881].

6. On October 18, 2019, Greenberg Traurig filed its third monthly application for compensation and reimbursement of expenses spanning from September 1, 2019 through

September 30, 2019 (the "**Third Monthly Application**") [Docket No. 883]. On November 7, 2019, Greenberg Traurig filed a certificate of no objection to the Third Monthly Application [Docket No. 971].

7.   Greenberg Traurig responds to the following questions raised in the U.S. Guidelines:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did Greenberg Traurig agree to any variations from, or alternatives to, Greenberg Traurig's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | X | N/A |
| If the fees sought in the Interim Fee Application as compared to the fees budgeted for the time period covered by the Interim Fee Application are higher by 10% or more, did Greenberg Traurig discuss the reasons for the variation with the client? | | X | N/A |
| Have any of the professionals included in the Interim Fee Application varied their hourly rate based on geographic location of the bankruptcy case? | | X | N/A |
| Does the Interim Fee Application include time for fees related to reviewing or revising time records or preparing, reviewing or revising invoices? | | X | N/A |
| Does the Interim Fee Application include time for fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees. | | X | N/A |
| Does the Interim Fee Application include any rate increases since retention in these cases? | | X | N/A |

3

## COMPENSATION PAID AND ITS SOURCE

8. All services performed during the Application Period for which Greenberg Traurig is requesting compensation were performed for or on behalf of the Patient Care Ombudsman

9. As of the date of this Application, Greenberg Traurig has not received any payment or any promise of payment for the services rendered from anyone in any capacity, nor is there an agreement in place between Greenberg Traurig and any person or otherwise in connection with the matters in this Application.

## SUMMARY OF SERVICES RENDERED

10. This Application is the first interim fee application filed by Greenberg Traurig in these cases. In connection with the professional services described below, by this Application, Greenberg Traurig seeks compensation in the amount of $62,533.00 for the Application Period.

11. The majority of services rendered by Greenberg Traurig during the Application Period as counsel to the Patient Care Ombudsman are summarized below. Each of the following are set forth in the invoices attached as **Exhibits A** to the First, Second, and Third Monthly Fee Applications: (i) a description of the Professional performing the services; (ii) the date the services were performed; (iii) a detailed description of the nature of the services and the related time expended; and (iv) a summary of the fees and hours of each Professional listed by project category (which applicable categories are set forth below).

## SUMMARY OF EXPENSES

12. During the Application Period, Greenberg Traurig incurred or disbursed actual and necessary costs and expenses related to this case in the aggregate amount of $1,964.05. The expenses incurred include, among other things, off-site printing and copying charges, postage and pacer charges. Detailed descriptions of the necessary costs and expenses incurred by Greenberg

Traurig are attached as **Exhibits B** to the First, Second, and Third Monthly Fee Applications.

13. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure, Greenberg Traurig represents as follows with regard to its charges for actual and necessary costs and expenses incurred during the Application Period, if any:

    a. Copy Charges were $.10 per page, which charge is reasonable and customary in the legal industry and represents the costs of copy material, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of related expenditures. In addition, Greenberg Traurig often utilizes outside copier services for high volume projects, and this Application seeks the recovery of those costs, if applicable;

    b. Incoming facsimiles are not billed;

    c. Out-going facsimiles are billed at the rate of $1.00 per page. The cost represents operator time, maintaining several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of related expenditures;

    d. Toll telephone charges are not billed; and

    e. Computer assisted legal research charges are billed at actual costs.

## VALUATION OF SERVICES

Greenberg Traurig expended a total of 80.20 hours in connection with this matter during the Application Period. A list of the Professionals who billed time during the Application Period is set forth below. The nature of the work performed by the Professionals is detailed in **Exhibits A** to the First, Second, and Third Monthly Fee Applications.

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Dennis A. Meloro | Shareholder | $1,025.00 | 34.20 | $35,055.00 |
| Nancy A. Peterman | Shareholder | $950.00 | 7.60 | $6,980.00 |
| Eleanor A. Kolton | Of Counsel | $650.00 | 0.80 | $520.00 |
| Sara Hoffman | Associate | $720.00 | 22.90 | $16,488.00 |
| Wendy Cathers | Paralegal | $300.00 | 8.70 | $2,610.00 |
| Carla Greenberg | Paralegal | $150.00 | 6.00 | $900.00 |
| | | Grand Totals: | 80.20 | $62,533.00 |

The above hourly rates are Greenberg Traurig's normal hourly rates for work of this character. The reasonable value of the services rendered by Greenberg Traurig to the Patient Care Ombudsman during the Application Period is $62,533.00.

14. In accordance with the factors expressed in Section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair and reasonable given: (a) the complexity of these cases, (b) the time expended by the attorneys and paraprofessional at Greenberg Traurig, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

15. Greenberg Traurig hereby certifies that (i) it has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures and (ii) this Application complies with such rule.

16. Greenberg Traurig has provided a copy of this Application to the Notice Parties (as defined in the Interim Compensation Order).

WHEREFORE, Greenberg Traurig respectfully requests that (a) it be allowed compensation in the amount of $62,533.00 for professional services rendered and reimbursement of expenses in the amount of $1,964.05 for the Application Period; (b) the Court authorize the Debtors to pay Greenberg Traurig any unpaid portion for the Application Period on an interim basis; and (c) the Court grant such other and further relief deemed appropriate under the circumstances.

Dated: April 15, 2020

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com

Counsel to the Patient Care Ombudsman