<u>**Exhibit A**</u>

**<u>Budget and Staffing Report</u>**
**Greenberg Traurig, LLP**
**November 1, 2019–January 31, 2020**

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Business Operations | 1 | $750.00 |
| Case Administration | 20 | $15,000.00 |
| Financing Matters and Cash Collateral | 5 | $4,000.00 |
| Litigation Matters | 2 | $1,250.00 |
| Fee/Employment Applications | 15 | $10,000.00 |
| Preparation/View Reports | 15 | $12,000.00 |
| Creditor Inquiries | 5 | $3,000.00 |
| Court Hearings | 10 | $10,000.00 |
| Sale of Property | 2 | $1,500.00 |
| **Total** | **75** | **$57,500.00** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partners | 2 | $987.50 |
| Associates | 1 | $700.00 |
| Paralegals | 1 | $300.00 |

## Exhibit B

## Comparison of Fees and Hours Budgeted to Fees and Hours Billed During the Interim Compensation Period
## Greenberg Traurig, LLP

| Project Category | Estimated Hours | Actual Hours Billed | Estimated Fees | Actual Fees |
|---|---|---|---|---|
| Business Operations | 1.00 | 2.50 | $750.00 | $2,502.50 |
| Case Administration | 20.00 | 28.20 | $15,000.00 | $20,695.50 |
| Financing Matters and Cash Collateral | 5.00 | 0.70 | $4,000.00 | $702.50 |
| Litigation Matters | 2.00 | 0.80 | $1,250.00 | $775.00 |
| Fee/Employment Applications | 15.00 | 13.80 | $10,000.00 | $8,730.00 |
| Preparation/View Reports | 15.00 | 12.30 | $12,000.00 | $6,745.00 |
| Creditor Inquiries | 5.00 | 0.70 | $3,000.00 | $687.50 |
| Court Hearings | 10.00 | 20.40 | $10,000.00 | $20,910.00 |
| Sale of Property | 2.00 | 0.80 | $1,500.00 | $805.00 |
| | **75.00** | **80.20** | **$57,500.00** | **$62,533.00** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Interim Period | Actual Number of Timekeepers During the Interim Period | Estimated Average Hourly Rate | Actual Blended Hourly Rate |
|---|---|---|---|---|
| Shareholders | 2 | 2 | $987.50 | $987.50 |
| Associates | 1 | 1 | $720.00 | $720.00 |
| Paralegals | 2 | 2 | $300.00 | $225.00 |

# EXHIBIT C

## CUSTOMARY AND COMPARABLE COMPENSATION
## DISCLOSURE WITH FEE APPLICATION

| Blended Hourly Rate Disclosures | | | |
|---|---|---|---|
| **Category of Timekeeper** | **Billed** In comparable practice areas for preceding calendar year | **Billed**[1] Firm-wide for preceding calendar year (excluding bankruptcy matters) | **Billed** This Application |
| Shareholders | $930.00 | $830.61 | $987.50 |
| Associates | $653.33 | $592.09 | $720.00 |
| Paraprofessionals | $347.50 | $317.30 | $225.00 |
| Blended Rate | $643.61 | $580.00 | $669.17 |

---

[1] These rates reflect those of Greenberg Traurig's Chicago, Delaware, and New York offices, as the primary timekeepers in these cases are resident in those offices, in the following practice areas: Corporate, Litigation, Intellectual Property, and Real Estate.