## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br>(Jointly Administered)<br><br>**Objection Deadline: May 5, 2020 at 4:00 p.m.**<br>**Hearing Date: May 27, 2020 at 11:30 a.m.** |

## CERTIFICATION REGARDING FIRST
## INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP.

I, Nancy Peterman, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1.　　I am a Shareholder at Greenberg Traurig, LLP ("**Greenberg Traurig**"), which maintains offices for the practice of law at 77 West Wacker Drive, Suite 3100, Chicago, Illinois 60601. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Illinois, and I am admitted *pro hac vice* in the United States District Bankruptcy Court for the District of Delaware.

2.　　I make this certification regarding the *First Interim Fee Application of Greenberg Traurig, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Patient Care Ombudsman for the Period from July 3, 2019 Through September 30, 2019* (the "**Interim Fee Application**") to certify to certain matters addressed in the *Order Establishing*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 341] (the "**Interim Compensation Order**").

3. Specifically, I have reviewed the Interim Fee Application, including each monthly fee application relating to the period from July 3, 2019 through and including September 30, 2019 (the "**Interim Fee Period**"), and I hereby certify that such applications comply with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware. In addition, I hereby certify that, in accordance with the Interim Compensation Order, and in connection with preparing the Interim Fee Application, Greenberg Traurig has made a reasonable effort to comply with the *U.S. Trustee Program's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "**U.S. Trustee Guidelines**"). To that end, Greenberg Traurig specifically responds to certain questions identified in the U.S. Trustee Guidelines as follows:

> Question 1: Did Greenberg Traurig agree to any variations from, or alternatives to, Greenberg Traurig's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.
>
> Answer:     No.
>
> Question 2: If the fees sought in the Interim Fee Application as compared to the fees budgeted for the time period covered by the Interim Fee Application are higher by 10% or more, did Greenberg Traurig discuss the reasons for the variation with the client?
>
> Answer:     N/A
>
> Question 3: Have any of the professionals included in the Interim Fee Application varied their hourly rate based on geographic location of the bankruptcy case?
>
> Answer:     No.

Question 4: Does the Interim Fee Application include time for fees related to reviewing or revising time records or preparing, reviewing or revising invoices?

    Answer:    No.

Question 5: Does the Interim Fee Application include time for fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify hours and fees.

    Answer:    No.

Question 6: Does the Interim Fee Application include any rate increases since retention in these cases?

    Answer:    No.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated:  April 15, 2020                  GREENBERG TRAURIG, LLP

                                              */s/ Nancy A. Peterman*
                                              Nancy A. Peterman (admitted *pro hac vice*)
                                              Greenberg Traurig, LLP
                                              77 West Wacker Drive, Suite 3100
                                              Chicago, Illinois 60601
                                              Telephone: (312) 456-8400
                                              Facsimile: (312) 456-8435 Email: petermann@gtlaw.com

                                              Counsel to the Patient Care Ombudsman