# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br>(Jointly Administered)<br><br>**Ref. Docket No.** \_\_\_\_ |

### ORDER APPROVING FIRST INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE PATIENT CARE OMBUDSMAN FOR THE PERIOD FROM JULY 3, 2019 THROUGH AND INCLUDING SEPTEMBER 30, 2019

Upon consideration of the First Interim Application of Greenberg Traurig, LLP ("**Greenberg Traurig**"), counsel to the Patient Care Ombudsman, for compensation and reimbursement of expenses for the period from July 3, 2019 through and including September 30, 2019 (the "**Application**"); and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and any objections to the Application having been overruled or resolved; and after a hearing being held; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The Application is GRANTED.

2. Greenberg Traurig's fees of $62,533.00 and $1,964.05 as reimbursement of expenses for the period of July 3, 2019 through September 30, 2019, are allowed on an interim basis.

3. The Debtors are authorized and directed to disburse to Greenberg Traurig any unpaid portion of such allowed fees and expenses.

4. Greenberg Traurig is hereby granted an administrative expense claim for all allowed amounts set forth herein and the Application.