## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

CENTER CITY HEALTHCARE, LLC, d/b/a
HAHNEMANN UNIVERSITY HOSPITAL,
*et al.*,[1]

                Debtors.

Chapter 11

Case No. 19-11466 (MFW)
(Jointly Administered)

**Objection Deadline: May 5, 2020 at 4:00 p.m.**
**Hearing Date: May 27, 2020 at 11:30 a.m.**

## NOTICE OF INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE** that Greenberg Traurig, LLP filed the *First Interim Fee Application* (the "**Application**") *of Greenberg Traurig, LLP* ("**Applicant**") *for Compensation and Reimbursement of Expenses as Counsel to the Patient Care Ombudsman for the Period from July 3, 2019 through September 30, 2019* (the "**Application Period**"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801. The Applicant is requesting allowance of fees in the amount of $62,533.00 and expenses in the amount of $1,964.05 for the Application Period.

**PLEASE TAKE FURTHER NOTICE** that you must also file a copy of the response or objection to the Application with the Court on, or prior to, **May 5, 2020 at 4:00 p.m. (prevailing Eastern Time)** and serve such response or objection upon the undersigned counsel to the Patietn Care Ombudsman.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING BE HELD ON THE APPLICATION ON **MAY 27, 2020 AT 11:30 A.M.** BEFORE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

Dated:  April 15, 2020                 GREENBERG TRAURIG, LLP

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com


Counsel to the Patient Care Ombudsman