**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

__In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,__*et al* ,      Case No. 19-11466(MFW)
Debtors                                                                                                       Reporting Period: December 1, 2019 -  December 31, 2019

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Available to the U.S. Trustee upon request | | |
| Schedule of Professional Fees Paid | MOR-1b | Available to the U.S. Trustee upon request | | |
| Copies of bank statements | | Available to the U.S. Trustee upon request | | |
| Cash disbursements journals | | Available to the U.S. Trustee upon request | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | No | | |
| Copies of IRS Form 6123 or payment receipt | | No | | |
| Copies of tax returns filed during reporting period | | No | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____                    _____
Signature of Debtor                                                       Date


_____                    _____
Signature of Joint Debtor                                               Date

 /s/ Allen Wilen
_____                     April 17, 2020
Signature of Authorized Individual*                       Date


Allen Wilen                                                              Chief Restructuring Officer
Printed Name of Authorized Individual                       Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*
Debtors

Case No. 19-11466(MFW)
Reporting Period: December 1, 2019 - December 31, 2019

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
December 1, 2019 - December 31, 2019

| | 19-11466 Center City Healthcare, LLC | 19-11468 St. Christopher's Healthcare, LLC | 19-11478 TPS IV of PA, L.L.C. | 19-11477 TPS III of PA, L.L.C. | 19-11471 SCHC Pediatric Associates, L.L.C. | 19-11474 StChris Care at Northeast Pediatrics, L.L.C. | 19-11476 TPS II of PA, L.L.C. | 19-11479 TPS V of PA, L.L.C. | 19-11467 Philadelphia Academic Health System, LLC | Consolidated Entities Total ** |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance - Books | $ 622,148 | $ 35,727 | $ - | $ - | $ 1,150 | $ 200 | $ - | $ 250 | $ 2,404,229 | $ 3,063,704 |
| Collections | 173 | 6,920,818 | (142,451) | 271,574 | 1,519,214 | 117,859 | 1,175,881 | 276,165 | - | 10,139,233 |
| Proceeds from Equipment Sale | 1,597,750 | - | - | - | - | - | - | - | - | 1,597,750 |
| Proceeds from Tenet Contribution | 2,800,000 | - | - | - | - | - | - | - | - | 2,800,000 |
| Proceeds from sale of STC (Net) | - | 14,609,471 | - | - | - | - | - | - | - | 14,609,471 |
| Other Revenue | 1,402,902 | 3,954,743 | - | - | 2,520,298 | 9,413 | - | (99) | - | 7,887,257 |
| **Total Receipts** | 5,800,825 | 25,485,032 | (142,451) | 271,574 | 4,039,512 | 127,272 | 1,175,881 | 276,066 | - | 37,033,711 |
| Salaries, wages and benefits | (651,147) | (4,208,447) | (8,656) | - | (3,055,906) | (68,587) | - | (97,743) | (469,941) | (8,560,427) |
| Supplies expense | (308,399) | (3,491,139) | - | - | (43,358) | (17,175) | - | (1,468) | 2,195 | (3,859,344) |
| Other controllable expenses | (1,484,260) | (4,762,054) | (200,138) | (2,337) | (756,566) | (16,149) | (8,458) | (38,216) | (1,205,705) | (8,473,883) |
| Non-controllable expenses | (1,340,793) | (1,406,602) | (63,601) | (2,834) | (219,596) | (9,087) | (16,414) | (16,709) | (26,659) | (3,102,295) |
| Total Operating Disbursements | (3,784,599) | (13,868,242) | (272,395) | (5,171) | (4,075,426) | (110,998) | (24,872) | (154,136) | (1,700,110) | (23,995,949) |
| Restructuring Related Disbursements | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | (2,216,841) | (2,216,841) |
| US Trustee Quarterly Fees | - | - | - | - | - | - | - | - | (1,076,508) | (1,076,508) |
| Net Cash Flow Prior to Financing Activities | 2,016,226 | 11,616,790 | (414,846) | 266,403 | (35,914) | 16,274 | 1,151,009 | 121,930 | (4,993,458) | 9,744,414 |
| Financing Activities | | | | | | | | | | |
| DIP Revolver Borrowings | - | - | - | - | - | - | - | - | 13,600,000 | 13,600,000 |
| DIP Revolver Paydown | - | - | - | - | - | - | - | - | (5,210,637) | (5,210,637) |
| Term Loan Paydown | (1,597,750) | - | - | - | - | - | - | - | - | (1,597,750) |
| Interest | (1,129) | (2,642) | - | - | - | (10) | - | (148) | (275,619) | (279,548) |
| Total Financing Activities | (1,598,879) | (2,642) | - | - | - | (10) | - | (148) | 8,113,744 | 6,512,065 |
| Net Cash Flow | 417,347 | 11,614,148 | (414,846) | 266,403 | (35,914) | 16,264 | 1,151,009 | 121,782 | 3,120,286 | 16,256,479 |
| Transfers | (955,106) | (11,367,349) | 414,846 | (266,403) | 35,914 | (16,264) | (1,151,009) | (121,782) | 13,427,153 | 0 |
| Ending Balance - Books | 84,389 | 282,526 | - | - | 1,150 | 200 | - | 250 | 18,951,668 | 19,320,183 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ (5,383,478) | $ (13,870,884) | $ (272,395) | $ (5,171) | $ (4,075,426) | $ (111,008) | $ (24,872) | $ (154,284) | $ (9,403,207) | $ (33,300,725) |

** The remaining five (5) debtors not shown are consolidated into other entities, and therefore, do not report  receipts/disbursements. Philadelphia Academic Medical Associates, LLC (19-11469), HPS of PA, L.L.C. (19-11470), St. Christopher's Pediatric Urgent Care Center, L.L.C. (19-11472), SCHC Pediatric Anesthesia Associates, L.L.C. (19-11473), TPS of PA, L.L.C. (19-11475).

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*

Debtors

Case No. 19-11466(MFW)

Reporting Period: December 1, 2019 - December 31, 2019

Schedule of Debtor Bank Account Balances

| | Bank Account | Bank | Account Holder | Account Name | Beginning Account Balance | Deposits | Disbursements | Ending Account Balance |
|---|---|---|---|---|---|---|---|---|
| 4834 | 4834 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Voluntary Benefits | $52,397 | $53,242 | ($87,390) | $18,249 |
| 5202 | 5202 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Merchant Credit Card Deposits | 17,294 | 101,197 | (4,009) | 114,483 |
| 5981 | 5981 | WELLS FARGO BANK, N.A. | Center City Healthcare | Non-Government Account | - | 2,517,637 | (2,517,637) | - |
| 5998 | 5998 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | | 226 | - | - | 226 |
| 6004 | 6004 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | | 330,531 | 7,335 | (335,942) | 1,924 |
| 6005 | 6005 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Non-Government Account | - | 15,252,393 | (15,252,393) | - |
| 6021 | 6021 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Concentration Account | 1,082,639 | 36,152,618 | (29,097,254) | 8,138,003 |
| 6030 | 6030 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Benefits Claim Self-Funding | 1,230,712 | 185,540 | - | 1,416,252 |
| 6039 | 6039 | WELLS FARGO BANK, N.A. | Center City Healthcare | Operating Account | - | - | - | - |
| 6048 | 6048 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Dental Claims Self-Funding | 16,846 | 85,000 | (79,605) | 22,241 |
| 6054 | 6054 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Operating Account | - | 146,931 | (146,931) | - |
| 6062 | 6062 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | | 4,341 | - | (120) | 4,221 |
| 6063 | 6063 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Master Deposit Account | 1,204,366 | 26,914,386 | (18,880,534) | 9,238,219 |
| 6070 | 6070 | WELLS FARGO BANK, N.A. | Center City Healthcare | Payroll Account | 290,217 | 796,350 | (1,005,502) | 81,065 |
| 6071 | 6071 | WELLS FARGO BANK, N.A. | Center City Healthcare | Government Deposit Account | - | 538,798 | (538,798) | - |
| 6096 | 6096 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Payroll Account | 33,700 | 12,794,197 | (12,547,398) | 280,500 |
| 6097 | 6097 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Government Deposit Account | - | 4,704,366 | (4,704,366) | - |
| 8873 | 8873 | WELLS FARGO BANK, N.A. | Philadelphia Academic Medical Associates | Operating Account | - | - | - | - |
| 9146 | 9146 | WELLS FARGO BANK, N.A. | TPS V of PA | Non-Government Account | - | 431,223 | (431,223) | - |
| 9310 | 9310 | WELLS FARGO BANK, N.A. | St. Chris Care At Northeast Pediatrics | Government Account | - | 8,908 | (8,908) | - |
| 9328 | 9328 | WELLS FARGO BANK, N.A. | St. Chris Care At Northeast Pediatrics | Non-Government Account | - | 231,475 | (231,475) | - |
| 9336 | 9336 | WELLS FARGO BANK, N.A. | TPS of PA | Government Account | - | - | - | - |
| 9344 | 9344 | WELLS FARGO BANK, N.A. | TPS of PA | Non-Government Account | - | - | - | - |
| 9351 | 9351 | WELLS FARGO BANK, N.A. | TPS II of PA | Government Account | - | 275 | (275) | - |
| 9369 | 9369 | WELLS FARGO BANK, N.A. | TPS II of PA | Non-Government Account | - | 15,946 | (15,946) | - |
| 9377 | 9377 | WELLS FARGO BANK, N.A. | TPS III of PA | Government Account | - | - | - | - |
| 9385 | 9385 | WELLS FARGO BANK, N.A. | TPS III of PA | Non-Government Account | - | 19 | (19) | - |
| 9393 | 9393 | WELLS FARGO BANK, N.A. | TPS III of PA | Government Account | - | 505 | (505) | - |
| 9401 | 9401 | WELLS FARGO BANK, N.A. | TPS IV of PA | Non-Government Account | - | 19,634 | (19,634) | - |
| 9419 | 9419 | WELLS FARGO BANK, N.A. | TPS V of PA | Government Account | - | 722 | (722) | - |
| 9500 | 9500 | WELLS FARGO BANK, N.A. | HPS of PA | Government Account | - | - | - | - |
| 9518 | 9518 | WELLS FARGO BANK, N.A. | HPS of PA | Non-Government Account | - | 43,112 | (43,112) | - |
| 9526 | 9526 | WELLS FARGO BANK, N.A. | SCHC Pediatric Associates | Government Account | - | 295,484 | (295,484) | - |
| 9534 | 9534 | WELLS FARGO BANK, N.A. | SCHC Pediatric Associates | Non-Government Account | - | 2,545,697 | (2,545,697) | (0) |
| 9542 | 9542 | WELLS FARGO BANK, N.A. | St. Christopher's Pediatric Urgent Care | Government Account | - | 54 | (54) | - |
| 9559 | 9559 | WELLS FARGO BANK, N.A. | St. Christopher's Pediatric Urgent Care | Non-Government Account | - | 52,466 | (52,466) | - |
| 9567 | 9567 | WELLS FARGO BANK, N.A. | SCHC Pediatric Anesthesia Associates | Government Account | - | 532 | (532) | - |
| 9575 | 9575 | WELLS FARGO BANK, N.A. | SCHC Pediatric Anesthesia Associates | Non-Government Account | - | 279,259 | (279,259) | - |
| **Total** | | | | | **$4,263,270** | **$104,175,305** | **($89,123,193)** | **$19,315,382** |

Reconciliation to books:
1014.0119 - Petty Cash/Change Fund          4,801

Total          $19,320,183

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*    Case No. 19-11466 (KG
Debtors    Reporting Period: December 1, 2019 -  December 31, 2019

## STATEMENT OF OPERATIONS
(Consolidated Income Statement - Accrual Basis)

| REVENUES | December 2019 | Cumulative Filing to Date |
|---|---|---|
| Gross Patient Revenues | $80,959,738 | $915,792,417 |
| Less:  Reductions | (70,820,505) | (801,734,846) |
| Net Patient Revenue | $10,139,233 | $114,057,571 |
| **OPERATING EXPENSES** | | |
| Salaries, wages and benefits | $8,560,427 | $109,414,952 |
| Supplies expense | 3,859,344 | 23,774,521 |
| Other controllable expenses (See #1 on attached Continuation Sheet--less: professional fees and UST fees) | 8,473,883 | 85,715,482 |
| Non-controllable expenses (See #2 on attached Continuation Sheet) | 3,102,295 | 23,258,150 |
| MidCap Term Loan | 1,597,750 | 1,597,750 |
| Total Operating Expenses Before Depreciation | 25,593,699 | 248,582,384 |
| Depreciation/Depletion/Amortization | 26,236 | 314,171 |
| Net Profit (Loss) Before Other Income & Expenses | (15,480,702) | ($134,838,984) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Revenue  (See #3 on attached Continuation Sheet) | $7,887,257 | $42,788,558 |
| Proceeds from Equipment Sale | 1,597,750 | $1,597,750 |
| Proceeds from Tenet Contribution | 2,800,000 | $2,800,000 |
| Proceeds from sale of STC (Net) | 14,609,471 | $14,609,471 |
| Other Non-Operating Income | - | (37) |
| Interest Expense | (279,548) | (3,414,299) |
| Net Profit (Loss) Before Reorganization Items | 11,134,229 | ($76,457,467) |
| **REORGANIZATION ITEMS** | | |
| **Professional Fees** | | |
| 50 Word LLC | 27,736 | 236,673 |
| Albert Mezzaroba | 15,000 | 90,000 |
| CFF Partners, LLC | 75,000 | 75,000 |
| Connolly Gallagher LLP | - | 6,159 |
| Conrad O'Brien PC | - | 1,888 |
| Eckert Seamans Cherin & Mellott, LL | - | 31,810 |
| Law Offices of Suzanne N. Pritchard | - | 2,320 |
| Obermayer Rebmann Maxwell & Hippel | - | 3,000 |
| Reed Smith LLP | - | 2,415 |
| Saul Ewing LLP | 2,099,105 | 6,639,105 |
| U. S. Trustee Quarterly Fees | 1,076,508 | 1,076,508 |
| Interest Earned on Accumulated Cash from Chapter 11 | - | - |
| Gain (Loss) from Sale of Equipment | - | - |
| Other Reorganization Expenses | | |
| Total Reorganization Expenses | 3,293,348 | 8,164,877 |
| Income Taxes | - | - |
| Net Profit (Loss) | $7,840,880 | ($84,622,344) |

1 - The unconsolidated Statements of Income (unaudited) are provided subsequent to the continuation sheet.

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*,      Case No. 19-11466(MFW)

Debtors      Reporting Period: December 1, 2019 -  December 31, 2019

**STATEMENT OF OPERATIONS - continuation sheet**

| Ref | BREAKDOWN OF "OTHER" CATEGORY | December 2019 | Cumulative Filing to Date |
|---|---|---|---|
| I | **Other Controllable Expenses** | | |
| | 2000   OCE PHYSICIANS MED | $58,403 | $958,067 |
| | 2005   OCE PHYSICIANS GROU | $0 | 1,462,094 |
| | 2005   OCE PHYSICIANS MED | $1,404,226 | 12,034,940 |
| | 2020   OCE DIRECTORS MED F | $8,957 | 115,711 |
| | 2021   OCE PHYSICIAN STIPE | $364,576 | 10,672,621 |
| | 2100   OCE MED-THERP/OTHER | $140,096 | 1,373,129 |
| | 2200   OCE CONSULTING/MGMT | $677,916 | 7,942,604 |
| | 2250   OCE LOBBYING | $1,916 | 23,126 |
| | 2300   OCE LEGAL FEE-NON L | $581,442 | 3,825,643 |
| | 2400   OCE AUDIT FEES | $0 | (5,357) |
| | 2500   OCE OTHER FEE-NON M | $2,529,419 | 5,259,025 |
| | 2520   OCE BOARD DIRECTOR | $0 | (3,500) |
| | 4700   OCE DOCTOR/EMPL APP | $0 | 390 |
| | 4800   OCE INSTRUMENTS/MIN | $6,678 | 47,030 |
| | 4800   OCE MINOR NON-MED E | $10,062 | 35,895 |
| | 4900   OCE MINOR NON-MED E | $165 | 3,064 |
| | 6105   OCE OTHER MED FEES | $163,727 | 1,932,110 |
| | 6106   OCE NON-MED CONTRAC | $975,879 | 14,967,426 |
| | 6107   OCE OUTSOURCED NON- | $321,906 | 2,176,909 |
| | 6108   OCE OUTSOURCE NON-S | $55,637 | 187,935 |
| | 6110   OCE OUTSIDE MED TES | $174,517 | 781,243 |
| | 6210   OCE REPAIR - EQUIPM | ($28,450) | 1,145,872 |
| | 6220   OCE REPAIR & MAINT | $0 | 709 |
| | 6230   OCE SVC & MAINT CON | $216,129 | 4,249,671 |
| | 6231   OCE ROBOTICS SVC CO | $0 | 100,501 |
| | 6504   OCE CONFIF COLL FEE | $25,815 | 705,380 |
| | 6505   OCE CONFIF COLL FEE | $355,458 | 3,481,813 |
| | 6507   OCE OTHER AGENCY FE | $305,592 | 1,356,659 |
| | 6509   OCE CON FEE PATACCT | $104,105 | 2,084,850 |
| | 6600   OCE PURCHASED SERVI | $611,001 | 5,534,157 |
| | 6601   OCE PENALTIES | $43,317 | 141,125 |
| | 6604   OCE SOFTWARE COSTS | $268,697 | 1,077,731 |
| | 6611   OCE DRUG SCREENING | $0 | 140,932 |
| | 6613   OCE BACKGROUND CHEC | $200 | 2,184 |
| | 6650   OCE DP FEES - CORE | $415,382 | 6,441,598 |
| | 6710   OCE ADVERTISING | $47,105 | 317,166 |
| | 6720   OCE EMPLOYMENT ADVE | $1,145 | 21,417 |
| | 6730   OCE MILEAGE | $12,168 | 54,594 |
| | 6760   OCE CHARITY CONTRIB | $376 | 4,541 |
| | 6767   OCE RECORDS STOR AN | $22,439 | 189,862 |
| | 6790   OCE COPYING COST/SU | ($2,027) | 57,855 |
| | 6800   OCE FREIGHT / EXPRE | $4,412 | 167,668 |
| | 6830   OCE POSTAGE | $5,188 | 117,417 |
| | 7600   OCE RENT LEASE AUTO | $900 | 4,000 |
| | 7640   OCE RENT-OFFICE FUR | $4,627 | 172,497 |
| | 7642   OCE RENT COPIERS/FA | $19,663 | 92,581 |
| | 7646   OCE RENT MED EQUIPM | $18,236 | 712,025 |
| | 7648   OCE EQUIPMENT LEASE | $51,951 | 603,816 |
| | 7700   OCE UTILITIES ELECT | $399,210 | 2,674,608 |
| | 7800   OCE UTILITIES GAS | $31,003 | 172,567 |
| | 7900   OCE UTILITIES WATER | $463,280 | 2,169,660 |
| | 8000   OCE UTILITIES RUBBI | $44,282 | 314,510 |
| | 8500   OCE TELEPHONE | $49,506 | 450,760 |
| | 8501   OCE ANSWERING SERVI | $8,000 | 111,858 |
| | 8600   OCE SUBSCRIPTIONS A | $31,533 | 124,540 |
| | 8601   OCE MSO/PHYS SUSCRI | $0 | 125 |
| | 8610   OCE NON-DEDUCT. DUE | $3,490 | 42,130 |
| | 8620   OCE OTHER DUES/MEMB | $34,864 | 510,613 |
| | 8700   OCE OUTSIDE TRAININ | $10,056 | 137,804 |

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,*et al.,*    Case No. 19-11466(MFW)

Debtors    Reporting Period: December 1, 2019 -  December 31, 2019

**STATEMENT OF OPERATIONS - continuation sheet**

| Ref | BREAKDOWN OF "OTHER" CATEGORY | December 2019 | Cumulative Filing to Date |
|---|---|---|---|
| | 8701    OCE OUTSIDE TRAININ | $23,735 | 299,758 |
| | 8710    OCE TRAINING & DEVE | $6,188 | 77,627 |
| | 8800    OCE TRAVEL & LODGIN | $26,111 | 88,727 |
| | 8801    OCE MSO/PHYS TRAVEL | $0 | 665 |
| | 8810    OCE MEALS / ENTERTA | $3,272 | 26,471 |
| | 8815    OCE AIRFARE | $0 | 8,660 |
| | 9200    OCE TRNFR - OUT/OTH | $0 | (99,848) |
| | 9400    OCE TRNFR-IN/OTHR | $0 | 95,255 |
| | 8820    OCE RECRUITMENT/TRA | $0 | 1,380 |
| | 7520    OCE RENT EXP I/C | $0 | 10,862 |
| | 7554    OCE RENT OFFICE SPA | $0 | 13,269 |
| | 8845    OCE SPECIAL EVENTS | $0 | 110 |
| | 2301    OCE LEGAL FEE-LITIG | $653,750 | 653,750 |
| | Adjustment for Overstated Prior Period Accounts Payable | - | (6,824,231) |
| | **Total Other Controllable Expenses** | **$11,767,231** | **$93,830,356** |
| 2 | **Non-Controllable Expenses** | | |
| | 3910    NON PATIENT BAD DEB | $56,468 | $277,812 |
| | 7500    NCE RENT/LEASE BUIL | $949,804 | 5,861,502 |
| | 7520    NCE RENT EXP I/C | $113,898 | 1,271,176 |
| | 7552    NCE MASTER LEASE RE | $623,635 | 3,741,810 |
| | 7554    NCE RENT OFFICE SPA | $25,974 | 462,413 |
| | 7556    NCE RENT - STORAGE | $0 | 489 |
| | 7558    NCE RENT - PARKING | $8,628 | 288,044 |
| | 7560    NCE RENT O/P ACTIVI | $0 | 171,798 |
| | 7575    NCE SUB-LEASE INCOM | ($562) | (3,572) |
| | 8100    NCE PROF. LIAB (MAL | $370,925 | 5,018,224 |
| | 8200    NCE OTHER INSURANCE | $1,067 | 6,402 |
| | 8250    NCE ALL RISK INSURA | $563,619 | 3,381,714 |
| | 8300    NCE PROPERTY TAX | $210,942 | 1,264,074 |
| | 8310    NCE LICENSES | $11,683 | 287,846 |
| | 8320    NCE OTHER TAXES | $169,056 | 1,229,541 |
| | 9995    NCE PAYROLL SUSPENS | ($278) | (3) |
| | 9999    NCE G/L SUSPENSE | ($2,568) | (1,123) |
| | **Total Non-Controllable Expenses** | **$3,102,291** | **$23,258,147** |
| 3 | **Other Revenue** | | |
| | 8727    REV - CAPITATION & | $7,855 | $240,888 |
| | 8904    RENTAL REVENUE | $0 | 10,875 |
| | 8905    OTHER REV-PARKING L | $21,848 | 614,614 |
| | 8908    SUB-LEASE INCOME | $0 | 78,199 |
| | 8913    RESIDENCY PROGRAM R | $0 | 604,026 |
| | 8946    VENDING MACHINES CO | $0 | 44,641 |
| | 8955    OTHER INCOME MED RE | $2,740 | 50,280 |
| | 8975    MISC REVENUE | $4,077,724 | 15,437,816 |
| | 8909    INCOME RELATED INTI | $1,451,606 | 9,704,895 |
| | 8910    NURSING SCHOOL TUIT | $15,711 | 170,159 |
| | 8916    CAFETERIA REVENUE | $107,057 | 642,342 |
| | 8970    OTHER REV-SHARED RI | $624 | 7,544 |
| | 8980    OTHER REVENUES | $1,404,226 | 13,497,034 |
| | 8921    MISC REV UNRESTRICT | $29,162 | |
| | 8972    MANAGEMENT FEES REV | $768,704 | 1,656,086 |
| | **Total Other Revenue** | **7,887,257** | **42,788,561** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital** *et al.*
**Debtors**

Case No. 19-11466(MFW)
Reporting Period: December 1, 2019 - December 31, 2019

**Statements of Income (unaudited)** [1]
December 1, 2019 - December 31, 2019
*Accrual basis*

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. [3] | TPS III of PA, L.L.C. [3] | SCHC Pediatric Associates, L.L.C. [4] | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. [3] | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC [5] | Consolidated Entities Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Net patient revenue[2] | $ 173 | $ 6,920,818 | $ (142,451) | $ 271,574 | $ 1,519,214 | $ 117,859 | $ 1,175,881 | $ 276,165 | $ - | $ 10,139,233 |
| Proceeds from Equipment Sale [6] | 1,597,750 | - | - | - | - | - | - | - | - | 1,597,750 |
| Proceeds from Tenet Contribution [7] | 2,800,000 | - | - | - | - | - | - | - | - | 2,800,000 |
| Proceeds from sale of STC (Net) [8] | - | 14,609,471 | - | - | - | - | - | - | - | 14,609,471 |
| Other revenue | 1,402,902 | 3,954,743 | - | - | 2,520,298 | 9,413 | - | (99) | - | 7,887,257 |
|    Net revenue | 5,800,825 | 25,485,032 | (142,451) | 271,574 | 4,039,512 | 127,272 | 1,175,881 | 276,066 | - | 37,033,711 |
| Operating charges: | | | | | | | | | | |
| Salaries, wages and benefits | 651,147 | 4,208,447 | 8,656 | - | 3,055,906 | 68,587 | - | 97,743 | 469,941 | 8,560,427 |
| Supplies expense | 308,399 | 3,491,139 | - | - | 43,358 | 17,175 | - | 1,468 | (2,195) | 3,859,344 |
| Other controllable expenses | 1,484,260 | 4,762,054 | 200,138 | 2,337 | 756,566 | 16,149 | 8,458 | 38,216 | 4,499,053 | 11,767,231 |
| Non-controllable expenses | 1,340,793 | 1,406,602 | 63,601 | 2,834 | 219,596 | 9,087 | 16,414 | 16,709 | 26,659 | 3,102,295 |
| MidCap Term Loan [8] | 1,597,750 | - | - | - | - | - | - | - | - | 1,597,750 |
| E.H.R. Incentive | - | - | - | - | - | - | - | - | - | - |
|    Total operating expenses | 5,382,349 | 13,868,242 | 272,395 | 5,171 | 4,075,426 | 110,998 | 24,872 | 154,136 | 4,993,458 | 28,887,047 |
|    EBITDA | 418,476 | 11,616,790 | (414,846) | 266,403 | (35,914) | 16,274 | 1,151,009 | 121,930 | (4,993,458) | 8,146,664 |
| Depreciation and amortization | - | 10,065 | - | - | 15,668 | 417 | - | 86 | - | 26,236 |
| Interest expense | 1,129 | 2,642 | - | - | - | 10 | - | 148 | 275,619 | 279,548 |
| Other non-operating revenue | - | - | - | - | - | - | - | - | - | - |
|    PRE-TAX INCOME | $ 417,347 | $ 11,604,083 | $ (414,846) | $ 266,403 | $ (51,582) | $ 15,847 | $ 1,151,009 | $ 121,696 | $ (5,269,077) | $ 7,840,880 |

*Notes*

1 - The balance sheets and statements of income presented herein reflect the unaudited operations of Philadelphia Academic Health System, LLC ("PAHS"). Only 9 of the 14 debtor entities are shown in the consolidated financials. The other debtor entities roll up to the listed debtor entities, explained in the below notes.

2 - Intercompany transactions are subject to offsetting revenue and expense elimination between affiliates.

3 - TPS of PA, L.L.C. does not report financials; however, has leasehold interests reported on respective subsidiary entities.

4 - Includes consolidated subsidiary debtor entities: St. Christopher's Pediatric Urgent Care Center, L.L.C. and SCHC Pediatric Anesthesia Associates, L.L.C.

5 - Includes consolidated subsidiary debtor entities HPS of PA L.L.C. and Philadelphia Academic Medical Associates.

6 - Proceeds from Centurion Service Group LLC for equipment sold in auction. Funds we're immediately used to pay down the MidCap Term Loan.

7 - Proceeds received from Tenet Contribution.

8 - Net proceeds received from the sale of St. Christopher's.

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Debtors

Case No. 19-11466(MFW)
Reporting Period: December 1, 2019 - December 31, 2019

Philadelphia Academic Health System, LLC
Statements of Income (unaudited)
From January 1, 2019 through December 31, 2019
*Supplemental Schedule showing the Period 13 Adjustment to PAHS*

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Hahnemann Multi Specialty Services | Hahnemann Internal Medicine | SCHC Pediatric Associates | SCHC Clinical Pediatric Associates II | Hahnemann Professional Services | Yardley Pediatrics | Philadelphia Academic Health System, LLC | P13 Reallocation of PAHS [1] | Consolidated Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net patient revenue | $ 173,989,451 | $ 223,966,988 | $ 4,733,357 | $ 330,678 | $ 33,920,973 | $ 2,205,601 | $ 2,814,117 | $ 4,485,486 | $ - | $ - | $ 446,446,651 |
| Proceeds from Equipment Sale | 1,597,750 | - | - | - | - | - | - | - | - | - | 1,597,750 |
| Proceeds from Tenet Contribution | 2,800,000 | - | - | - | - | - | - | - | - | - | 2,800,000 |
| Proceeds from sale of STC (Net) | - | 14,609,471 | - | - | - | - | - | - | - | - | 14,609,471 |
| Other revenue | 12,620,167 | 36,990,544 | 5,909,406 | 720,357 | 34,801,635 | 212,945 | 3,310,743 | 7,614 | 4,635 | (4,635) | 94,573,411 |
| Net revenue | 191,007,368 | 275,567,003 | 10,642,763 | 1,051,035 | 68,722,608 | 2,418,546 | 6,124,860 | 4,493,100 | 4,635 | (4,635) | 560,027,283 |
| Operating charges: | | | | | | | | | | | |
| Salaries, wages and benefits | 101,276,202 | 90,789,168 | 14,894,586 | 1,247,982 | 80,649,755 | 1,636,693 | 5,624,174 | 2,465,463 | 7,808,157 | (7,808,157) | 298,584,023 |
| Supplies expense | 37,324,916 | 37,879,408 | 164,227 | 16,044 | 1,053,832 | 396,200 | 1,303 | 1,217,068 | 59,210 | (59,210) | 78,052,998 |
| Other controllable expenses | 130,860,902 | 83,079,908 | 3,298,046 | 291,440 | 15,267,563 | 465,111 | 639,864 | 784,343 | 26,175,003 | (26,175,003) | 234,687,177 |
| Non-controllable expenses | 26,768,581 | 19,637,208 | 1,313,336 | 259,995 | 5,981,743 | 247,259 | 200,331 | 177,350 | 249,106 | (249,106) | 54,585,803 |
| Reallocation of PAHS Expenses[1] | 17,145,738 | 10,287,443 | - | - | 6,858,295 | - | - | - | - | - | 34,291,476 |
| MidCap Term Loan | 1,597,750 | - | - | - | - | - | - | - | - | - | 1,597,750 |
| E.H.R. Incentive | - | - | - | - | - | - | - | - | - | - | - |
| Total operating expenses | 314,974,089 | 241,673,135 | 19,670,195 | 1,815,461 | 109,811,188 | 2,745,263 | 6,465,672 | 4,644,224 | 34,291,476 | (34,291,476) | 701,799,227 |
| EBITDA | (123,966,722) | 33,893,869 | (9,027,433) | (764,426) | (41,088,579) | (326,717) | (340,812) | (151,124) | (34,286,841) | 34,286,841 | (141,771,944) |
| Depreciation and amortization | - | 99,555 | - | - | 405,980 | 11,979 | - | 14,562 | - | - | 532,076 |
| Interest expense | 91,171 | 46,148 | 2,785 | 900 | 56,561 | 9,365 | 2,177 | 25,755 | 8,713,716 | (8,713,716) | 234,862 |
| Other non-operating revenue | (56) | - | - | - | - | - | - | - | - | - | (56) |
| PRE-TAX INCOME | $ (124,057,837) | $ 33,748,166 | $ (9,030,219) | $ (765,326) | $ (41,551,120) | $ (348,061) | $ (342,989) | $ (191,441) | $ (43,000,557) | $ 43,000,557 | $ (142,538,827) |

1 – Reallocation of of PAHS related expense items distributed 50% to Center City Healthcare, LLC, 30% to St. Christopher's, and 20% to SCHC Pediatric. The small revenue line item was consolidated into Center City Healthcare.

<u>In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*</u>     Case No. 19-11466(MFW)
        Debtors     Reporting Period: December 1, 2019 -  December 31, 2019

**BALANCE SHEET**
**(Consolidated)**

**ASSETS**

| CURRENT ASSETS | December 2019 |
|---|---|
| Unrestricted Cash and Equivalents | $19,320,183.00 |
| Restricted Cash and Cash Equivalents | 0.00 |
| Accounts Receivable (Net) | 36,338,311.00 |
| Inventories | 5,587,908.00 |
| Prepaid Expenses | 1,200,177.00 |
| Other Current Assets (See #1 on attached Continuation Sheet) | 38,219,658.00 |
| *TOTAL CURRENT ASSETS* | **$100,666,237.00** |
| **PROPERTY AND EQUIPMENT** | |
| Purchased assets - unallocated | 0.00 |
| Property and equipment | 10,599,579.00 |
| Less: accumulated depreciation | (5,369,661.00) |
| *TOTAL PROPERTY & EQUIPMENT* | **5,229,918.00** |
| **OTHER ASSETS** | |
| Other Assets (See #2 on attached Continuation Sheet) | 181,087.00 |
| Other intangibles and deferred assets (See #3 on attached Continuation Sheet) | 22,553,439.00 |
| Accumulated amortization | (3,685,552.00) |
| *TOTAL OTHER ASSETS* | **$19,048,974.00** |
| **TOTAL ASSETS** | **$124,945,129.00** |

**LIABILITIES AND OWNER EQUITY**

| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | December 2019 |
|---|---|
| Accounts payable [1] | $14,119,979.73 |
| Accrued Liabilities - Employee Obligations | $2,169,616.82 |
| Accrued Liabilities - Other | $12,696,880.70 |
| Short term debt | $163,645.00 |
| Other liabilities | 46,711.00 |
| *TOTAL POSTPETITION LIABILITIES* | **$29,196,833.25** |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) - See continuation schedule #2* | |
| Accounts payable | 150,579,443.83 |
| Accrued Liabilities - Employee Obligations | 18,698,837.86 |
| Accrued Liabilities - Other | 66,674,163.04 |
| Patient credit balances | 10,513,934.00 |
| Due to PAHH | 604,839.00 |
| Priority Unsecured Debt - Taxes | 578,978.10 |
| *TOTAL PRE-PETITION LIABILITIES* | **247,650,195.83** |
| | |
| *TOTAL LIABILITIES* | **$276,847,029.08** |
| *OWNER EQUITY* | |
| Capital surplus | $96,522,038.00 |
| *Retained earnings* | *(86,586,154.68)* |
| *Additions* | *0.00* |
| Profit (loss) | (161,837,783.40) |
| *NET OWNER EQUITY* | **($151,901,900.08)** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$124,945,129.00** |

<u>*Notes:*</u>
1 - Unconsolidated Balance Sheet (unaudited) provided on the subsequent pages.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.,*                  Case No. 19-11466(MFW)
Debtors                                                                    Reporting Period: December 1, 2019 - December 31, 2019

### BALANCE SHEET - continuation schedule 1

| Ref | ASSETS | |
|---|---|---|
| 1 | **Other Current Assets** | **December 2019** |
| | 1065 0039   OTHR REC EMPLO | (9,049) |
| | 1065 0419   OTHER REC TUIT | 250,123 |
| | 1065 1018   OTHER REC FAC | 13,799,507 |
| | 1065 1018.02 OTHER REC FAC | 1,343,128 |
| | 1065 1018.03 OTHER REC FAC | 52,713 |
| | 1065 1018.04 OTHER REC FAC | (33,194) |
| | 1065 1018.06 OTHER REC FAC | (25,316) |
| | 1067 0048   OTR CURR ASSET | 1,900,686 |
| | 1067 1148   OTR RECEIVABLE | 273,489 |
| | 1067 1248   OTR RECEIVABLE | 400,472 |
| | 1067 1448   OTR REC - FAC | (183,024) |
| | 1067 1548   OTR REC - FAC | 4,945,194 |
| | 1067 1648   OTR REC - FAC | 951,600 |
| | 1067 1748   OTR REC - FAC | 5,678,685 |
| | 1067 1848   OTR REC - FAC | (17,555,716) |
| | 1067 1890   MCAID SUPP PAY | 5,881,140 |
| | 1067 1891   MCAID SUPP PAY | 2,072,616 |
| | 1067 1894   MCAID SUPP PAY | 16,406,972 |
| | 1067 1896   MCAID SUPP PAY | 1,494,108 |
| | 1067 2348   OTR RECEIVABLE | (125,058) |
| | 1068 0004   OTHER REC RENT | (300) |
| | 1044 1181   BAD DEBT ALLOW | (793,467) |
| | 1067 1892   MCAID SUPP PAY | 201,769 |
| | 1067 2344   MISC REC MCAID | 306,000 |
| | 1065 0619   OTHER REC PHYS | 32,762 |
| | 1067 1948   OTR RECEIVABLE | (46,182) |
| | 1100 1001   OTHER CURR ASS | 1,000,000 |
| | **Total Other Current Assets** | **38,219,658** |
| | | |
| 2 | **Other Assets** | |
| | 1343 0035   NON CURR DEPOS | 52,857 |
| | 1336 2921   OTR L/T ASSETS | 128,230 |
| | **Total Other Assets** | **181,087** |
| | | |
| 3 | **Other Intangibles and deferred assets** | |
| | 1336 2921   OTR L/T ASSETS | 95,923 |
| | 1344 0092   COMPUTER PRG S | 3,049,920 |
| | 1345 1050   INTGIBLES - SW | 8,985,335 |
| | 1348 0093   INTANGIBLES L/ | 10,422,261 |
| | **Total Other Intangibles** | **22,553,439** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*     Case No. 19-11466(MFW)
Debtors     Reporting Period: December 1, 2019 - December 31, 2019

**PRE-PETITION LIABILITIES - Continuation schedule 2**

*PRE-PETITION LIABILITIES*

| Debtor | Accounts Payable | Other Accrued | Accrued Employee Obligations | Credit Balances | Due to PAHH | Taxes Owed | TOTAL |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | $ 96,372,782 | $ 54,016,985 | $ 6,094,015 | $ 4,495,415 | $ - | $ 576,298 | $ 161,555,495 |
| St. Christopher's Healthcare, LLC | 13,518,058 | 10,423,021 | 3,316,599 | 2,427,020 | 604,839 | 1,258 | 30,290,795 |
| TPS IV of PA, L.L.C. | 10,449,439 | 223,395 | - | 647,602 | - | 50 | 11,320,486 |
| TPS III of PA, L.L.C. | 320,529 | 37,876 | - | 8,508 | - | - | 366,913 |
| SCHC Pediatric Associates, L.L.C. | 14,404,220 | 1,652,704 | - | 2,567,872 | - | 1,372 | 18,626,168 |
| StChris Care at Northeast Pediatrics, L.L.C. | 266,441 | 50,139 | - | 125,690 | - | - | 442,270 |
| TPS II of PA, L.L.C. | 393,914 | - | - | 76,343 | - | - | 470,257 |
| TPS V of PA, L.L.C. | 461,429 | 118,080 | - | 165,484 | - | - | 744,993 |
| Philadelphia Academic Health System, LLC | 14,392,633 | 151,963 | - | - | - | - | 14,544,596 |
| Accrued Employee Obligations: Physician Groups | - | - | 9,288,224 | - | - | - | 9,288,224 |
| Total | $ 150,579,444 | $ 66,674,163 | $ 18,698,838 | $ 10,513,934 | $ 604,839 | $ 578,978 | $ 247,650,196 |

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*
Debtors

Case No. 19-11466(MFW)
Reporting Period: December 1, 2019 -  December 31, 2019

**Balance Sheets (unaudited)** [1]
As of December 31, 2019

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. [2] | TPS III of PA, L.L.C. [2] | SCHC Pediatric Associates, L.L.C. [3] | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. [2] | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC [4] | Consolidated Entities Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Cash and cash equivalents | | | | | | | | | | |
| Unrestricted cash | $    84,389 | $    282,526 | $    - | $    - | $    1,150 | $    200 | $    - | $    250 | $    18,951,668 | $    19,320,183 |
| Restricted cash | - | - | - | - | - | - | - | - | - | - |
| Accounts receivable, net | 9,047,094 | 25,791,183 | 181,872 | 151,209 | 727,671 | 382,565 | 112,967 | (56,250) | - | 36,338,311 |
| Inventory | 5,426,582 | - | - | - | - | 54,093 | - | 107,233 | - | 5,587,908 |
| Prepaid expenses | - | 378,067 | 4,254 | - | 451,615 | 6,822 | - | 3,999 | 355,420 | 1,200,177 |
| Other current assets | 11,247,908 | 37,746,878 | (1,943,071) | (71,422) | (7,681,629) | (594,990) | (375,594) | (1,107,430) | 999,008 | 38,219,658 |
| Total current assets | 25,805,973 | 64,198,654 | (1,756,945) | 79,787 | (6,501,193) | (151,310) | (262,627) | (1,052,198) | 20,306,096 | 100,666,237 |
| Purchased assets - unallocated | - | - | - | - | - | - | - | - | - | - |
| Property and equipment | 1,030,477 | 1,773,451 | 1,177,810 | 12,568 | 6,162,136 | 264,029 | - | 179,108 | - | 10,599,579 |
| Less: accumulated depreciation | - | (99,555) | (436,157) | (722) | (14,489,704) | (184,849) | - | (158,674) | - | (5,369,661) |
| Property and equipment, net | 1,030,477 | 1,673,896 | 741,653 | 11,846 | 1,672,432 | 79,180 | - | 20,434 | - | 5,229,918 |
| Other assets | - | - | 5,833 | - | 175,254 | - | - | - | - | 181,087 |
| Philadelphia Academic Risk Retention Group, LLC | - | - | - | - | - | - | - | - | - | - |
| Due from Philadelphia Academic Health Holdings, LLC | - | - | - | - | - | - | - | - | - | - |
| Other intangibles and deferred assets | - | 95,924 | 129,857 | 569 | 4,405,532 | 14,538 | - | 3,124 | 17,903,895 | 22,553,439 |
| Accumulated amortization | - | - | (62,266) | (301) | (3,605,323) | (14,538) | - | (3,124) | - | (3,685,552) |
| **TOTAL ASSETS** | $    26,836,450 | $    65,968,474 | $    (941,868) | $    91,901 | $    (3,853,298) | $    (72,130) | $    (262,627) | $    (1,031,764) | $    38,209,991 | $    124,945,129 |
| **LIABILITIES AND EQUITY** | | | | | | | | | | |
| Accounts payable | 72,540,028 | 47,119,595 | 2,821,496 | 441,372 | 5,043,100 | 414,283 | 782,576 | 193,196 | 42,168,008 | 171,523,654 |
| *Prior Period AP Adjustment* | *(1,276,684)* | *(622,251)* | *-* | *-* | *(1,493,875)* | *-* | *-* | *(666)* | *(3,430,755)* | *(6,824,231)* |
| Patient credit balances | 4,230,646 | 2,753,799 | 647,602 | 8,508 | 2,558,475 | 127,761 | 76,343 | 162,326 | - | 10,565,460 |
| Accrued liabilities | | | | | | | | | | |
| Employee Obligations | 7,638,141 | 3,316,599 | 1,711,636 | 43,441 | 7,191,434 | 133,811 | 584,831 | 176,570 | 71,991 | 20,868,455 |
| Other | 60,476,864 | 17,085,427 | 223,395 | 6,009 | 1,726,780 | 53,757 | - | 122,397 | 203,868 | 79,898,497 |
| MidCap Financial Trust | - | - | - | - | - | - | - | - | - | - |
| Short term debt | 163,645 | - | - | - | - | - | - | - | - | 163,645 |
| **Total current liabilities** | 143,772,640 | 69,653,170 | 5,404,129 | 499,330 | 15,025,914 | 729,612 | 1,443,750 | 653,823 | 39,013,112 | 276,195,481 |
| Long-term debt | - | - | - | - | - | - | - | - | - | - |
| Tenet Business Services Corporation | - | - | - | - | - | - | - | - | - | - |
| Interest payable | - | - | - | - | - | - | - | - | - | - |
| Other liabilities | (35,966) | 82,677 | - | - | - | - | - | - | - | 46,711 |
| Due to PAHH | - | 604,839 | - | - | - | - | - | - | - | 604,839 |
| Due to AAHS | - | - | - | - | - | - | - | - | - | - |
| Intercompany | 13,865,684 | (128,028,891) | 10,354,882 | 1,231,085 | 45,156,448 | (108,234) | (2,353,839) | (1,461,217) | 61,344,082 | - |
| **Total liabilities** | 157,602,358 | (57,688,205) | 15,759,011 | 1,730,415 | 60,182,362 | 621,378 | (910,089) | (807,394) | 100,357,194 | 276,847,031 |
| **EQUITY** | | | | | | | | | | |
| Capital surplus | 44,142,262 | 46,129,259 | 2,214,190 | 403,277 | 2,620,965 | 185,750 | 773,229 | 53,106 | - | 96,522,038 |
| Retained earnings | (66,468,120) | 47,479,032 | (9,884,850) | (1,276,465) | (33,457,675) | (531,197) | 217,222 | (86,701) | (22,577,400) | (86,586,155) |
| Profit (loss) | (108,440,050) | 30,048,389 | (9,030,219) | (765,326) | (33,198,950) | (348,061) | (342,989) | (190,775) | (39,569,802) | (161,837,783) |
| **TOTAL EQUITY** | (130,765,908) | 123,656,679 | (16,700,879) | (1,638,514) | (64,035,660) | (693,508) | 647,462 | (224,370) | (62,147,202) | (151,901,901) |
| **TOTAL LIABILITIES & EQUITY** | $    26,836,450 | $    65,968,474 | $    (941,868) | $    91,901 | $    (3,853,298) | $    (72,130) | $    (262,627) | $    (1,031,764) | $    38,209,992 | $    124,945,129 |

*Notes*

1 - The balance sheets and statements of income presented herein reflect the unaudited operations of Philadelphia Academic Health System, LLC ("PAHS"). Only 9 of the 14 debtor entities are shown in the consolidated financials. The debtor entities not listed roll up to the listed debtor entities, explained in the below notes.

2 - TPS of PA, L.L.C. does not report financials; however, has leasehold interests reported on respective subsidiary entities.

3 - SCHC Pediatric Associates, L.L.C. includes consolidated subsidiary debtor entities: St. Christopher's Pediatric Urgent Care Center, L.L.C. and SCHC Pediatric Anesthesia Associates, L.L.C.

4 - Includes consolidated subsidiary debtor entities HPS of PA L.L.C. and Philadelphia Academic Medical Associates.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*                    **Case No. 19-11466(MFW)**
Debtors                                                    **Reporting Period: December 1, 2019 -  December 31, 2019**

### SUMMARY OF UNPAID POSTPETITION DEBTS

| Type | Number of Days Past Due | | | | |
|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable [1] | $114,275 | $4,175,954 | $1,410,736 | $8,419,015 | $14,119,980 |

**_Notes:_**

1 - Entered A/P data obtained from debtors A/P system as of 12/31/2019. Aged Accounts Payable include invoices with relevant post-petition service dates (July 1, 2019 - December 31, 2019). Please note: due to the nature of the accounts payable system, many invoices have not yet been entered into the system; therefore, a prior period adjustment may be necessary in subsequent periods.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***　　　　　　　Case No. 19-11466(MFW)
Debtors　　　　　　　Reporting Period: December 1, 2019 -  December 31, 2019

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | December |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $50,522,588 |
| + Amounts billed during the period | 6,074,789 |
| - Amounts collected during the period | (20,259,067) |
| Total Accounts Receivable at the end of the reporting period | $36,338,311 |

| Accounts Receivable Aging | December |
|---|---|
| 0 - 30 days old | 14,154,679 |
| 31 - 60 days old | 3,434,548 |
| 61 - 90 days old | 2,874,261 |
| 91+ days old | 15,874,822 |
| **Total Accounts Receivable** | **36,338,311** |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | x | |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | x |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | x |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | x | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

1 - Debtors sold certain assets related to the operation of St. Christopher's Hospital for Children, and sold certain equipment from Hahnemann, through Centurion, pursuant to section 363 of the Bankruptcy Code.

2 - Pass through taxpayer.  No return needs to be filed.