# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Objection Deadline: May 7, 2020 at 4:00 p.m.**<br>**Hearing Date: May 27, 2020 at 11:30 a.m.** |

**COVER SHEET TO THE SECOND INTERIM FEE APPLICATION OF SAUL EWING ARNSTEIN & LEHR LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Name of Applicant: | Saul Ewing Arnstein & Lehr LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | *Nunc pro tunc* to June 30, 2019 |
| Period for which compensation and reimbursement is sought: | October 1, 2019 through December 31, 2019 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,232,457.95 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $19,634.85 |
| Total amount of compensation paid as actual, reasonable and necessary for applicable period: | $985,966.36 |
| Total amount of expenses paid as actual, reasonable and necessary for applicable period: | $19,634.85 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

36854051.1 04/17/2020

| Total amount of unpaid fees and expenses sought for applicable period: | $246,491.59 |
|---|---|
| Amount of Attorney Compensation sought as actual, reasonable and necessary: | $1,206,081.45 |
| Blended Hourly Rate for Attorneys: | $505.58 |
| Blended Hourly Rate for All Professionals: | $492.88 |

This is an: ___ monthly      **X** interim      ___ final application.

Prior Applications:

| Date and Docket No. | Filing Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/ Expenses | CNO Date and Docket No. |
|---|---|---|---|---|---|---|---|
| 09/20/2019 D.I. 752 | 06/30/2019 through 07/31/2019 | $649,127.65 | $9,401.98 | $649,127.65 | $9,401.98 | $0.00 | 10/14/2019 D.I. 850 |
| 10/18/2019 D.I. 880 | 08/01/2019 through 08/31/2019 | $629,870.40 | $39,528.38 | $629,870.40 | $39,528.38 | $0.00 | 11/08/2019 D.I. 973 |
| 11/08/2019 D.I. 974 | 09/01/2019 through 09/30/2019 | $515,905.90 | $24,370.50 | $515,905.90 | $24,370.50 | $0.00 | 12/03/2019 D.I. 1084 |
| *12/27/2019 D.I. 1251* | *First Interim (06/30/2019 through 09/30/2019)* | *$1,794,903.95* | *$73,300.86* | *$1,794,903.95* | *$73,300.86* | *$0.00* | *1/17/2020 D.I. 1332* |
| 12/18/2019 D.I. 12093 | 10/01/2019 through 10/31/2019 | $390,494.40 | $13,183.61 | $312,395.52 | $13,183.61 | $78,098.88 | 01/08/2020 D.I. 1303 |
| 01/08/2020 D.I. 1300 | 11/01/2019 through 11/30/2019 | $335,436.85 | $2,998.24 | $268,349.48 | $2,998.24 | $67,087.37 | 01/30/2020 D.I. 1376 |
| 02/27/2020 D.I. 1433 | 12/01/2019 through 12/31/2019 | $506,526.70 | $3,453.00 | $405,221.36 | $3,453.00 | $101,305.34 | 04/02/2020 D.I. 1547 |
| | **TOTAL** | **$3,027,361.90** | **$92,935.71** | **$2,780,870.31** | **$92,935.71** | **$246,491.59** | |

# SUMMARY OF BILLING BY TIMEKEEPER
# FOR SECOND INTERIM FEE APPLICATION

## For the Period October 1, 2019 through December 31, 2019

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position | Practice Group | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Timothy J. Pastore | 1997 | Partner (2019) | Litigation | $750 | 0.30 | $225.00 |
| Mark Minuti | 1988 | Partner (1997) | Bankruptcy | $745 | 368.10 | $274,234.50 |
| Paul M. Heylman | 1978 | Partner (2006) | Business / Finance | $715 | 39.90 | $28,528.50 |
| John D. Demmy | 1986 | Partner (2018) | Bankruptcy | $695 | 24.00 | $16,680.00 |
| Jeffrey C. Hampton | 1990 | Partner (1999) | Bankruptcy | $650 | 547.10 | $355,615.00 |
| Adam H. Isenberg | 1990 | Partner (1999) | Bankruptcy | $650 | 407.40 | $264,810.00 |
| Dennis J. Brennan | 1998 | Partner (2009) | Business / Finance | $625 | 36.00 | $22,500.00 |
| Amy S. Kline | 1999 | Partner (2008) | Litigation | $615 | 7.10 | $4,366.50 |
| Joel C. Hopkins | 1978 | Partner (2008) | Business/ Finance | $560 | 49.60 | $27,776.00 |
| Monique B. DiSabatino | 2009 | Partner (2019) | Bankruptcy | $435 | 362.00 | $157,470.00 |
| Paul A. Kasicky | 1978 | Counsel (2013) | Business / Finance | $545 | 56.90 | $31,010.50 |
| Aaron S. Applebaum | 2008 | Associate (2015) | Bankruptcy | $395 | 267.00 | $105,465.00 |
| Jeremiah Vandermark | 2013 | Associate (2018) | Bankruptcy | $335 | 26.90 | $9,011.50 |
| Melissa A. Martinez | 2016 | Associate (2016) | Bankruptcy | $295 | 168.30 | $49,648.50 |
| Sean P. Williams | 2013 | Associate (2018) | Bankruptcy | $335 | 1.40 | $469.00 |
| Jourdan S. Garvey | 2018 | Associate (2019) | Business /Finance | $250 | 23.50 | $5,875.00 |
| Christina M. Carry | N/A | Paralegal | Business / Finance | $310 | 5.90 | $1,829.00 |
| Robyn E. Warren | N/A | Paraprofessional | Bankruptcy | $225 | 109.10 | $24,547.50 |
| **TOTAL** | | | | | **2500.50** | **$1,380,061.50** |
| **Less 50% Discount for Non-Working Travel** | | | | | | **($11,996.75)** |
| **Minus Agreed Upon Discount** | | | | | | **($135,606.80)** |
| **GRAND TOTAL** | | | | | **2500.50** | **$1,232,457.95** |

Attorney Compensation: $1,206,081.45

Total Attorney Hours: 2,385.50

Blended Hourly Rate for Attorneys: $505.58

Blended Hourly Rate for All Professionals: $492.88

## COMPENSATION BY PROJECT CATEGORY

## For the Period from October 1, 2019 through December 31, 2019

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 517.70 | $302,310.00 |
| Business Operations | 239.70 | $146,267.50 |
| Case Administration | 118.70 | $57,283.50 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date | 80.80 | $32,276.50 |
| Committee Matters | 6.60 | $4,484.50 |
| Creditor Inquiries | 11.00 | $4,674.00 |
| DIP Financing and Cash Collateral | 43.50 | $26,370.00 |
| Employee Benefits and Pensions | 120.70 | $57,439.50 |
| Executory Contracts and Unexpired Leases | 527.80 | $250,833.00 |
| Fee/Employment Application (Saul Ewing) | 35.10 | $8,705.50 |
| Fee/Employment Applications (Other Professionals) | 16.50 | $5,984.00 |
| Labor Matters | 104.80 | $70,414.50 |
| Litigation: Contested Matters and Adversary Proceedings | 473.50 | $290,718.50 |
| Non-Working Travel | 36.70 | $23,993.50 |
| Plan and Disclosure Statement | 15.00 | $7,424.50 |
| Preparation for and Attendance at Hearing | 125.00 | $78,977.00 |
| Relief from Stay and Adequate Protection | 6.90 | $2,934.50 |
| UST Reports, Meetings and Issues | 16.00 | $7,013.50 |
| Utilities | 4.50 | $1,957.50 |
| **TOTAL** | **2500.50** | **$1,380,061.50** |
| **Minus Non-Working Travel** | | **($11,996.75)** |
| **Minus Agreed Upon Discount** | | **($135,606.80)** |
| **GRAND TOTAL** | **2500.50** | **$1,232,457.95** |

# SUMMARY OF EXPENSES
# FOR SECOND INTERIM FEE APPLICATION

## For the Period October 1, 2019 through December 31, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (711 pages @ $.10 per page) | | $71.10 |
| Color Photocopying (20 pages @ $.10 per page) | | $2.00 |
| Cab / Car Service | *See attached chart* | $449.23 |
| Certificates of Good Standing | ATA Corporate Services LLC | $170.00 |
| Court Reporter Services | Veritext | $1,815.00 |
| Docket Retrieval / Case Monitoring | Pacer Service Center; File & ServeXpress LLC | $715.50 |
| Filing Fees | United States Bankruptcy Court (notice of appeal; sale motion) | $479.00 |
| Hotel | *See attached chart* | $822.66 |
| Legal Research | Westlaw | $4,032.22 |
| Meals | *See attached chart* | $5,419.54 |
| Messenger Service | Parcels, Inc.; DLS Discovery | $212.50 |
| Mileage | *See attached chart* | $500.78 |
| Miscellaneous | Federal Express (scanning of documents while out of town) | $16.79 |
| Overnight Delivery | Federal Express | $55.40 |
| Parking | *See attached chart* | $432.00 |
| Service Fees | Tips for cleaning people for St. Christopher's auction | $50.00 |
| Teleconferencing | CourtCall | $37.00 |
| Train | *See attached chart* | $1,331.20 |
| Transcripts | Reliable Copy Service; Dale C. Hawkins | $3,022.93 |
| **TOTAL** | | **$19,634.85** |

## TRAVEL DETAIL

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 08/08/19 | Eagles Taxi LLC | (1) Kathy Powers | Cab from office to home after working overtime | $53.40 |
| 08/08/19 | Eagles Taxi LLC | (1) Cathy Santangelo | Cab from office to home after working overtime | $35.90 |
| 09/19/19 | Eagles Taxi LLC | (1) Cathy Santangelo | Cab from office to home after working overtime | $36.35 |
| 09/19/19 | Eagles Taxi LLC | (1) Kathy Powers | Cab from office to home after working overtime | $64.92 |
| 10/15/19 | NYC Cab | (1) Jeffrey C. Hampton | Cab from train station to mediation in NY in connection with Tenet mediation | $24.80 |
| 10/21/19 | Medallion | (2) Jeffrey C. Hampton, Mark Minuti | Cab from train station to hotel in connection with Tenet mediation | $25.56 |
| 10/22/19 | Medallion | (2) Jeffrey C. Hampton, Mark Minuti | Cab from mediation to train station in connection with Tenet mediation | $20.00 |
| 12/03/19 | Uber | (2) Jeffrey C. Hampton, Adam H. Isenberg | Car from office to meeting at St. Christopher's Hospital | $39.46 |
| 12/03/19 | Uber | (1) Paul M. Heylman | Car from train station to meeting at St. Christopher's Hospital | $21.71 |
| 12/03/19 | Uber | (1) Paul M. Heylman | Car from meeting at St. Christopher's Hospital to office | $35.46 |
| 12/10/19 | Uber | (1) Melissa A. Martinez | Car from office to St. Christopher's Hospital for document review | $16.53 |
| 12/10/19 | Uber | (1) Melissa A. Martinez | Car from St. Christopher's Hospital to office after document review | $28.17 |
| 12/12/19 | Lyft | (1) Melissa A. Martinez | Car from home to St. Christopher's Hospital for document review | $29.52 |
| 12/12/19 | Lyft | (1) Melissa A. Martinez | Car from St. Christopher's Hospital to office after document review | $17.45 |
| 10/22/19 | Doubletree Metropolitan Hotel | (1) Jeffrey C. Hampton | Tenet/Conifer mediation in New York | $407.21 |
| 10/22/19 | Doubletree Metropolitan Hotel | (1) Mark Minuti | Tenet/Conifer mediation in New York | $415.45 |
| 10/10/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for mediation preparation | $42.38 |
| 10/11/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for mediation preparation | $42.38 |
| 11/25/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for hearing | $45.44 |

36854051.1 04/17/2020

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 11/25/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for hearing | $46.40 |
| 12/03/19 | Paul M. Heylman | (1) Paul M. Heylman | (Mileage) Traveling from home to BWI and back for client meeting in Philadelphia | $39.90 |
| 12/12/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for hearing | $45.44 |
| 12/12/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for hearing | $46.40 |
| 12/17/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for hearing | $45.44 |
| 12/17/19 | Joel C. Hopkins | (1) Joel C. Hopkins | (Mileage) Traveling from Harrisburg, PA to Wilmington and back for hearing | $100.60 |
| 12/17/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for hearing | $46.40 |
| 09/04/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 09/13/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 09/23/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 09/23/19 | Colonial Parking Authority | (1) Aaron S. Applebaum | Parking in Wilmington for hearing | $12.00 |
| 10/10/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for mediation preparation | $26.00 |
| 10/11/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for mediation preparation | $26.00 |
| 10/15/19 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington train station for mediation in New York | $12.00 |
| 10/21 – 22/19 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington train station for mediation in New York | $24.00 |
| 11/25/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for hearing | $18.00 |
| 11/25/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 12/03/19 | MARC | (1) Paul M. Heylman | Parking at BWI for client meeting in Philadelphia | $9.00 |
| 12/10/19 | Parkway Corp. Centre Square | (1) Adam H. Isenberg | Parking in Philadelphia for St. Christopher's sale | $41.00 |
| 12/12/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for hearing | $20.00 |
| 12/12/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |

7

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 12/13/19 | Parkway Corp. Centre Square | (1) Aaron S. Applebaum | Parking in Philadelphia for document review | $35.00 |
| 12/16/19 | Parkway Corp. Centre Square | (1) Adam H. Isenberg | Parking in Philadelphia for St. Christopher's closing | $41.00 |
| 12/17/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for hearing | $20.00 |
| 12/17/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 12/17/19 | Colonial Parking Authority | (1) Aaron S. Applebaum | Parking in Wilmington for hearing | $12.00 |
| 12/17/19 | Colonial Parking Authority | (1) Joel C. Hopkins | Parking in Wilmington for hearing | $16.00 |
| 10/15/19 | Amtrak | (1) Jeffrey C. Hampton | Train from Philadelphia to New York for mediation | $135.00 |
| 10/15/19 | Amtrak | (1) Jeffrey C. Hampton | Train from New York to Philadelphia for mediation | $180.00 |
| 10/15/19 | Amtrak | (1) Mark Minuti | Train from Wilmington to New York for mediation | $202.00 |
| 10/15/19 | Amtrak | (1) Mark Minuti | Train from New York to Wilmington for mediation | $138.00 |
| 10/18/19 | Amtrak | (1) Jeffrey C. Hampton | Train from Philadelphia to New York for mediation | $198.00 |
| 10/18/19 | Amtrak | (1) Mark Minuti | Train from Wilmington to New York for mediation | $138.00 |
| 10/22/19 | Amtrak | (1) Mark Minuti | Train from New York to Wilmington for mediation | $138.00 |
| 12/03/19 | Amtrak | (1) Paul M. Heylman | Train from BWI to Philadelphia for client meeting | $79.20 |
| 12/03/19 | Amtrak | (1) Paul M. Heylman | Train from Philadelphia to BWI for client meeting | $123.00 |
| | | TOTAL | | $3535.87 |

36854051.1 04/17/2020

**MEALS DETAIL**

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 08/19/19 | Urban Cafe | (9) Jeffrey Hampton, Adam Isenberg, Mark Minuti, John Demmy, Monique DiSabatino, Allen Wilen, Scott Victor, Jacqueline Roe, John Dinome) | Lunch preparing for DIP and Tenet's Motion to Compel Hearing | $122.99 |
| 08/14/19 | Pagano's Market | (9) David Dawson, John Demmy, Allen Wilen, Nicholas Wasdin, Thomas Horan, Dallas Taylor, Travis Cuomo, Joseph Catuzzi, Court Reporter | Breakfast for Dawson deposition | $85.60 |
| 08/14/19 | Pagano's Market | (14) Jeffrey Hampton, Mark Minuti, Adam Isenberg, Allen Wilen, Greg Pesce, Laura Davis Jones, Representatives of Tenet/Conifer, Jackie Roe, John Dinome, Miriam Hogan, Andrew Sherman, Boris Mankovetskiy | Breakfast with regard to settlement meeting with Tenet/Conifer | $123.40 |
| 0815/19 | Pagano's Market | (9) David Dawson, John Demmy, Allen Wilen, Nicholas Wasdin, Thomas Horan, Dallas Taylor, Travis Cuomo, Joseph Catuzzi, Court Reporter) | Lunch with regard to D. Dawson deposition | $182.80 |
| 09/13/19 | Urban Café | (7) Jeffrey Hampton, Mark Minuti, Monique DiSabatino, Allen Wilen, Dion Oglesby, Miriam Hogan, Jackie Roe | Lunch debriefing after hearing on Tenet/Confer matter | $96.00 |
| 09/18/19 | Nuts to You and Pretzel Factory | Approximately 30 people | Snacks for auction | $23.63 |
| 09/19/19 | Corner Bakery | Approximately 75 people | Breakfast for STC Auction | $535.59 |
| 09/19/19 | Pagano's Market | Approximately 75 people | Additional breakfast items for STC Auction | $112.60 |
| 09/19/19 | Pagano's Market | Approximately 75 people | Lunch for STC Auction | $1,267.40 |
| 09/19/19 | Pagano's Market | Approximately 60 people | Dinner for STC Auction | $1,821.20 |
| 09/20/19 | Pagano's Market | Approximately 10 people | Breakfast for continued STC auction | $91.00 |
| 09/20/19 | The American Pub | Approximately 25 people | Lunch for continued STC auction | $426.97 |
| 10/11/19 | Pagano's Market | (6) Jeffrey Hampton, Adam Isenberg, Mark Minuti, Allen Wilen, Jackie Roe, John Guernsey | PAHS client team meeting preparing for mediation | $130.96 |
| 10/15/19 | Virgil's | (3) Allen Wilen, Mark Minuti, Jeffrey Hampton) | Dinner after Tenet mediation in New York | $139.00 |
| 10/21/19 | CVS | (3) Allen Wilen, Mark Minuti, Jeffrey Hampton) | Food after Tenet mediation in New York | $34.15 |

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 10/22/19 | Fresh & Co. | (1) Jeffrey C. Hampton | Breakfast before continued mediation in New York | $15.19 |
| 10/22/19 | Nick & Stef's at MSG | (4) Jeffrey Hampton, Allen Wilen, Jacqueline Roe, Mark Minuti | Dinner after second day of Tenet/Conifer Mediation in New York | $182.34 |
| 11/06/19 | Palmtree Gourmet | (2) Allen Wilen and Jeffrey C. Hampton | Lunch after PAHS meeting | $28.72 |
| | | TOTAL | | **$5,419.54** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Objection Deadline: May 7, 2020 at 4:00 p.m.**<br>**Hearing Date: May 27, 2020 at 11:30 a.m.** |

**SECOND INTERIM FEE APPLICATION OF SAUL EWING ARNSTEIN & LEHR LLP,
COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2019
THROUGH DECEMBER 31, 2019**

Saul Ewing Arnstein & Lehr LLP ("**Saul Ewing**" or "**Applicant**"), counsel to the debtors and debtors-in-possession (the "**Debtors**"), hereby submits its second interim fee application (the "**Second Interim Fee Application**") for allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred for the period October 1, 2019 through December 31, 2019 (the "**Application Period**").

**INTRODUCTION**

1. On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). The Debtors are operating their businesses and managing their properties

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases.

2. On July 15, 2019, the Office of the United States Trustee (the "**UST**") appointed the Official Committee of Unsecured Creditors of Center City Healthcare d/b/a Hahnemann University Hospital, *et al*. pursuant to section 1102 of the Bankruptcy Code.

3. On August 2, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "**Interim Compensation Order**"), which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in the Chapter 11 Cases. Pursuant to the Interim Compensation Order, the Court established a procedure for interim compensation and reimbursement of disbursements for professionals appointed in this case. In particular, the Court authorized the filing and service to certain notice parties of monthly interim fee applications by professionals appointed in this case and payment by the Debtors of 80% of fees and 100% of expenses, in the absence of an objection made within twenty (20) days of service of the pertinent application.

### RETENTION OF SAUL EWING

4. On August 8, 2019, this Court entered the *Order Authorizing the Employment and Retention of Saul Ewing Arnstein & Lehr LLP as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* [D.I. 404].

### PROFESSIONAL SERVICES RENDERED

5. Pursuant to the Interim Compensation Order, Saul Ewing submits this Second Interim Fee Application, seeking interim approval and allowance of compensation in the amount

of $1,232,457.95, and actual and necessary expenses in the amount of $19,634.85, incurred during the interim period from October 1, 2019 through December 31, 2019.

## ADDITIONAL DISCLOSURES AND REPRESENTATIONS

6. Saul Ewing's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Saul Ewing's hourly rates for bankruptcy services are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. Saul Ewing's blended hourly rates for attorneys and paraprofessionals for all sections of the firm, excluding the Bankruptcy and Restructuring section, for the prior calendar year were as set forth on the attached **Exhibit A**.

7. Saul Ewing's budgets and staffing plans for the Application Period are set forth on the attached **Exhibit B**.

8. To the best of Saul Ewing's knowledge, this Second Interim Fee Application complies with sections 330 and 331 of the Bankruptcy Code, Del. Bankr. L.R. 2016-2, the Interim Compensation Order, and the UST's *Guidelines for Reviewing Applications for Compensation. and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "**Revised UST Guidelines**").

9. During the Application Period, Saul Ewing did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement.

10. None of the professionals included in this Second Interim Fee Application varied their hourly rate based on the geographical location of the bankruptcy case.

11. This Second Interim Fee Application does not include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices.

12. This Second Interim Fee Application does not include time or fees for reviewing time records to redact any privileged or other confidential information.

13. In accordance with Section 504 of the Bankruptcy Code and Fed. R. Bankr. P. 2016(a), no agreement or understanding exists between Saul Ewing and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this case.

14. No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by Saul Ewing.

15. Notice of this Second Interim Fee Application has been provided in accordance with the Interim Compensation Order. Saul Ewing submits that no other or further notice need be provided.

16. Saul Ewing reserves all rights and claims. Without limiting the generality of the foregoing, Saul Ewing reserves its right to submit future monthly fee applications, interim fee applications, and final fee applications, including, without limitation, fee applications seeking final allowance of all amounts sought to be paid or reimbursed herein and in respect of any amounts held back pursuant to the Interim Compensation Order or otherwise.

**WHEREFORE**, Saul Ewing respectfully requests that the Court enter an Order (i) granting the Second Interim Fee Application and authorizing interim allowance of compensation in the amount of $1,232,457.95 for professional services rendered on behalf of the Debtors and reimbursement for actual and necessary expenses in the amount of $19,634.85; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: April 17, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Case No. 19-11466 (MFW) |
| et al.,[1] | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) |

## CERTIFICATION OF MONIQUE B. DISABATINO

I, Monique B. DiSabatino, declare under the penalties of perjury that:

1. I am a Partner in the firm of Saul Ewing Arnstein & Lehr LLP ("**Saul Ewing**"), which serves as counsel to the debtors and debtors-in-possession (the "**Debtors**").

2. I am familiar with the work performed by Saul Ewing on behalf of the Debtors.

3. I have read the foregoing Second Interim Fee Application of Saul Ewing and the facts set forth therein are true and correct, to the best of my knowledge, information and belief.

4. I hereby certify that the Application complies with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and Del. Bankr. L.R. 2016-2,. I hereby certify that, in accordance with the Interim Compensation Order and in connection with the Application, Saul Ewing made a reasonable effort to comply with the Revised UST Guidelines.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

5. Pursuant to the Appendix B in the Revised UST Guidelines, Saul Ewing responds to the following questions regarding the Application:

| Question | Response | Explanation |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | No | |
| If the fees sought in this fee application as compared to the fees budgeted for this time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | N/A | |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? | No | |
| If the fee application includes any rate increases since retention: i. Did your client review and approve those rate increases in advance? ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA formal Ethics Opinion 11-458? | No | |

                                                         */s/ Monique B. DiSabatino*
                                                         MONIQUE B. DISABATINO