# EXHIBIT A

**SUMMARY OF BLENDED RATE**

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | **Billed (2018)** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
|---|---|---|---|
| Senior Partners | 9 | $551.00 | $672.34 |
| Junior Partners | 1 | $434.00 | $435.00 |
| Special Counsel | 1 | $466.00 | $545.00 |
| Senior Associates | 1 | $336.00 | $395.00 |
| Junior Associates | 4 | $279.00 | $295.34 |
| Paralegal | 1 | $233.00 | $310.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $193.00 | $225.00 |
| **Aggregated:** | | **$437.00** | **$492.88** |