# EXHIBIT B

**Budget and Staffing Plans**

## October 2019

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | Expenses | N/A | $0.00 |
| 3 | Asset Sale Disposition | 100 | $46,344.00 |
| 4 | Business Operations | 170 | $78,784.80 |
| 5 | Case Administration | 40 | $18,537.60 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 25 | $11,586.00 |
| 7 | Committee Matters | 10 | $4,634.40 |
| 8 | Creditor Inquiries | 10 | $4,634.40 |
| 9 | Employee Benefits and Pensions | 15 | $6,951.60 |
| 10 | Executory Contracts and Unexpired Leases | 100 | $46,344.00 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,634.40 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,317.20 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,317.20 |
| 14 | DIP Financing and Cash Collateral | 15 | $6,951.60 |
| 15 | Labor Matters | 40 | $18,537.60 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 275 | $127,446.00 |
| 17 | Non-Working Travel | 25 | $11,586.00 |
| 18 | Plan and Disclosure Statement | 10 | $4,634.40 |
| 19 | Preparation for and Attendance at Hearings | 15 | $6,951.60 |
| 20 | Relief from Stay and Adequate Protection | 15 | $6,951.60 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 15 | $6,951.60 |
| 23 | Utilities | 3 | $1,390.32 |
| 24 | Post Confirmation | 0 | $0.00 |
| | Total: | 903 | $418,486.32 |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 9 | $385 per hour to $975 per hour |
| Counsel | 1 | $375 per hour to $850 per hour |
| Associate | 3 | $250 per hour to $435 per hour |
| Paralegal | 1 | $60 per hour to $360 per hour |

-2-

**November 2019**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | Expenses | N/A | $0.00 |
| 3 | Asset Sale Disposition | 200 | $92,688.00 |
| 4 | Business Operations | 170 | $78,784.80 |
| 5 | Case Administration | 50 | $23,172.00 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 25 | $11,586.00 |
| 7 | Committee Matters | 5 | $2,317.20 |
| 8 | Creditor Inquiries | 10 | $4,634.40 |
| 9 | Employee Benefits and Pensions | 15 | $6,951.60 |
| 10 | Executory Contracts and Unexpired Leases | 100 | $46,344.00 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,634.40 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,317.20 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,317.20 |
| 14 | DIP Financing and Cash Collateral | 15 | $6,951.60 |
| 15 | Labor Matters | 40 | $18,537.60 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 250 | $115,860.00 |
| 17 | Non-Working Travel | 25 | $11,586.00 |
| 18 | Plan and Disclosure Statement | 10 | $4,634.40 |
| 19 | Preparation for and Attendance at Hearings | 70 | $32,440.80 |
| 20 | Relief from Stay and Adequate Protection | 15 | $6,951.60 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 15 | $6,951.60 |
| 23 | Utilities | 3 | $1,390.32 |
| 24 | Post Confirmation | 0 | $0.00 |
| | Total: | 1038 | $481,050.72 |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 9 | $385 per hour to $975 per hour |
| Counsel | 1 | $375 per hour to $850 per hour |
| Associate | 3 | $250 per hour to $435 per hour |
| Paralegal | 1 | $60 per hour to $360 per hour |

## December 2019

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | Expenses | N/A | $0.00 |
| 3 | Asset Sale Disposition | 275 | $127,446.00 |
| 4 | Business Operations | 170 | $78,784.80 |
| 5 | Case Administration | 50 | $23,172.00 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 25 | $11,586.00 |
| 7 | Committee Matters | 5 | $2,317.20 |
| 8 | Creditor Inquiries | 10 | $4,634.40 |
| 9 | Employee Benefits and Pensions | 15 | $6,951.60 |
| 10 | Executory Contracts and Unexpired Leases | 150 | $69,516.00 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,634.40 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,317.20 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,317.20 |
| 14 | DIP Financing and Cash Collateral | 15 | $6,951.60 |
| 15 | Labor Matters | 40 | $18,537.60 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 200 | $92,688.00 |
| 17 | Non-Working Travel | 25 | $11,586.00 |
| 18 | Plan and Disclosure Statement | 10 | $4,634.40 |
| 19 | Preparation for and Attendance at Hearings | 70 | $32,440.80 |
| 20 | Relief from Stay and Adequate Protection | 15 | $6,951.60 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 15 | $6,951.60 |
| 23 | Utilities | 3 | $1,390.32 |
| 24 | Post Confirmation | 0 | $0.00 |
| | Total: | 1113 | $515,808.72 |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 9 | $385 per hour to $975 per hour |
| Counsel | 1 | $375 per hour to $850 per hour |
| Associate | 4 | $250 per hour to $435 per hour |
| Paralegal | 1 | $60 per hour to $360 per hour |