**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: May 7, 2020 at 4:00 p.m. ET** |

**NOTICE OF EIGHTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

PLEASE TAKE NOTICE THAT on April 17, 2020, Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Eighth Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2020 through March 31, 2020 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later **than May 7, 2020 at 4:00 p.m**. (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and

remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount

(the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii)

80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: April 17, 2020

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: May 7, 2020 at 4:00 p.m. ET** |

**EIGHTH MONTHLY FEE APPLICATION OF
FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
MARCH 1, 2020 THROUGH MARCH 31, 2020**

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Eighth Monthly Period: | March 1, 2020 through March 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Eighth Monthly Period: | $9,047.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Eighth Monthly Period: | $314.35 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

This is a(n):__X__Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's eighth monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.40 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Fourth Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Fifth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $17,588.65 | $85.64 |
| Sixth Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | - | - | - |
| Seventh Monthly [D.I. 1504] | 3/25/2020 | $7,050.00 | $113.75 | - | - | - |
| | **TOTAL:** | **$155,144.00** | **$7,126.57** | | **$136,722.15** | **$6,548.73** |

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Thomas M. Horan | Partner – Admitted to Delaware Bar in 2005; Joined Fox Rothschild in 2018 | $610.00 | 11.9 | $7,259.00 |
| Amanda M. Hrycak | Paralegal since 2013; Joined Fox Rothschild in 2019 | $245.00 | 7.3 | $1,788.50 |
| **TOTALS** | | | **19.2** | **$9,047.50** |
| **Total Blended Rate** | | $471.22 | | |

3

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AA | ASSET ANALYSIS & RECOVERY | 0.2 | $122.00 |
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 0.2 | $122.00 |
| CA | CASE ADMINISTRATION | 0.1 | $81.00 |
| CH | COURT HEARINGS | 7.8 | $4,758.00 |
| CI | CREDITOR INQUIRIES | 0.1 | $81.00 |
| EB | EMPLOYEE MATTERS | 0.1 | $81.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.4 | $244.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 4.9 | $1,458.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 4.4 | $1,552.50 |
| MC | MEETINGS OF CREDITORS | 0.2 | $122.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.8 | $488.00 |
| | **Totals:** | **19.2** | **$9,047.50** |

4

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
MARCH 1, 2020 THROUGH MARCH 31, 2020**

| Description | Amount |
| --- | --- |
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. Delivery – Digital Printing; Envelope Services; Postage | $277.55 |
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. Delivery – Hand Delivery to Judge Gross | $5.00 |
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. Delivery – Postage, Envelopes, Mail Out | $24.90 |
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. Delivery – Postages, Envelopes, Mail Out | $6.90 |
| **TOTAL EXPENSES** | **$314.35** |

Active\109584685.v1-4/17/20

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: May 7, 2020 at 4:00 p.m. ET** |

**EIGHTH MONTHLY FEE APPLICATION OF**
**FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**MARCH 1, 2020 THROUGH MARCH 31, 2020**

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-

possession (the "Debtors"), submits its Eighth Monthly Fee Application (the

"Application"), pursuant to sections 330(a), and 331 of title 11 of the United States Code

(the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), and this Court's Order Establishing Procedures for Compensation and

Reimbursement of Expenses of Professionals, entered August 2, 2019 (the "Interim

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

6

Compensation Order")[4] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the fourth monthly application period from March 1, 2020 through March 31, 2020  (the "Compensation Period") in the amount of $9,047.50 (the "Monthly Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $314.35 (the "Monthly Expense Amount") incurred during the seventh monthly application period. In support of this Application, Fox Rothschild respectfully represents:

## I.       Jurisdiction

1.       This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.       Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.       Background

3.       On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.       On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

7

Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

3.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc pro tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

### III.      Summary of Application for the Compensation Period

4.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

5.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of

compensation received for services rendered in these cases.

6.      Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as <u>Exhibit</u> <u>A</u>.

7.      Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $9,047.50 and its total expenses are $314.35.

8.      Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $7,238.00, is payable to Fox Rothschild, together with 100% of the firm's expenses, $314.35.

**A.      Summary of Services Rendered by Fox Rothschild During the Compensation Period**

9.      This Application is the eighth monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

10.      Attached as <u>Exhibit</u> <u>A</u> are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

11.      During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $245 to $610 per hour. The professional services performed by Fox Rothschild on behalf

9

of the Committee during the Compensation Period required an aggregate expenditure of - recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $471.22.

12.     The fees charged by Fox Rothschild as set forth in Exhibit A are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

13.     All entries itemized in Fox Rothschild's time records comply with the requirements set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in Exhibit A is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "Task Code"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in Exhibit A are presented chronologically within each Task Code category.

14.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks

involved. The professional services were performed expeditiously and efficiently.

15.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

**B**.     **Actual and Necessary Expenses of Fox Rothschild**

16.     Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit</u> <u>A</u> are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation Period.

17.     As more fully described in <u>Exhibit</u> <u>A</u>, Fox Rothschild seeks reimbursement for expenses incurred from Pacer Research. All entries detailed in <u>Exhibit</u> <u>A</u> comply with the requirements set forth in Local Rule 2016-2(e), including an itemization of the expenses by category, the date the expense was incurred, and the individual incurring the expense, where available. Fox Rothschild has not requested for reimbursement of expenses related to overhead charges.

18.     Fox Rothschild has incurred $314.35 in out-of-pocket expenses incurred as reasonable and necessary costs relating to serving as counsel to the Committee during the Compensation Period. These charges are intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require

11

extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

###    C.    The Requested Compensation Should be Allowed

19.    The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

20.    Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

21.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

22.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

23.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues

13

involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

### D.      Reservation

24.      To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.      Notice

25.      Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

14

## V.    Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $9,047.50 and of the reimbursement for actual and necessary expenses Fox Rothschild incurred during the Compensation Period in the amount of $314.35, (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period, which were not processed at the time of this Application, (iii) payment for services rendered during the Fee Period in the amount of $7,552.35 (80% of $7,238.00 and expenses incurred in the amount of $314.35 (100%); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: April 17, 2020

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
Daniel B. Thompson (DE Bar No. 6588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com
E-mail: danielthompson@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*

## Exhibit A



# Fox Rothschild LLP
## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number   2530281 |
| SILLS CUMMIS & GROSS | Invoice Date   04/09/20 |
| ONE RIVERFRONT PLAZA | Client Number   189087 |
| NEWARK, NJ 07102 | Matter Number   00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/20:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/09/20 | HORAN | AA | REVIEW DEBTORS' MOTION TO ABANDON PERSONAL PROPERTY AT HAHNEMANN HOSPITAL | 0.2 | $122.00 |
| 03/02/20 | HORAN | AP | REVIEW JUDGE ANDREWS' ORAL ORDER REGARDING DISMISSAL OF APPEAL | 0.1 | $61.00 |
| 03/16/20 | HORAN | AP | REVIEW STIPULATION OF DISMISSAL OF APPEAL | 0.1 | $61.00 |
| 03/04/20 | HORAN | CA | REVIEW NOTICE OF REASSIGNMENT OF CASE TO JUDGE WALRATH AND EMAIL WITH ANDREW SHERMAN REGARDING SAME | 0.1 | $61.00 |
| 03/03/20 | HORAN | CH | ATTEND HEARING ON MOTION TO APPROVE PU8RCHASE OF TAIL COVERAGE (6.9); REVIEW PLEADINGS TO PREPARE FOR HEARING (.8) | 7.7 | $4,697.00 |
| 03/12/20 | HORAN | CH | REVIEW CERTIFICATION OF COUNSEL REGARDING MARCH, APRIL, AND MAY 2020 OMNIBUS HEARING DATES | 0.1 | $61.00 |
| 03/20/20 | HORAN | CI | REVIEW EMAIL INQUIRY FROM COUNSEL TO A CREDITOR REGARDING CASE DEVELOPMENTS | 0.1 | $61.00 |
| 03/12/20 | HORAN | EB | REVIEW WILLIAM BOYER NOTICE OF WITHDRAWAL OF REQUEST FOR PAYMENT UNDER KEY EMPLOYEE INCENTIVE PLAN | 0.1 | $61.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/16/20 | HORAN | EC | REVIEW CERTIFICATION OF COUNSEL AND ORDER REGARDING STIPULATION REGARDING EQUIPMENT LEASE AGREEMENT BETWEEN DEBTORS AND MED ONE CAPITAL FUNDING | 0.1 | $61.00 |
| 03/25/20 | HORAN | EC | REVIEW CERTIFICATES OF NO OBJECTION TO DEBTORS' MOTIONS TO REJECT UNEXPIRED LEASES AND EXECUTORY CONTRACTS | 0.1 | $61.00 |
| 03/27/20 | HORAN | EC | REVIEW FUTURE IT ADVISORS RESPONSE TO MOTION TO REJECT CONTRACT | 0.1 | $61.00 |
| 03/30/20 | HORAN | EC | REVIEW CERTIFICATES OF NO OBJECTION TO VARIOUS MOTIONS TO REJECT LEASES AND CONTRACTS | 0.1 | $61.00 |
| 03/06/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN AND P. BASAS RE: INVOICE FOR FEBRUARY; PREPARING SEVENTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 03/12/20 | HRYCAK | FA1 | PREPARE SEVENTH MONTHLY FEE APPLICATION WITH CORRESPONDING NOTICE AND EXHIBIT A | 0.5 | $122.50 |
| 03/12/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: PREPARED SEVENTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 03/16/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN REGARDING FOLLOW UP ON FILING OF SEVENTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 03/18/20 | HRYCAK | FA1 | PREPARE AND FILE SEVENTH MONTHLY FEE APPLICATION OF SILLS CUMMIS & GROSS P.C. | 0.2 | $49.00 |
| 03/19/20 | HORAN | FA1 | REVIEW DOCKET AND CERTIFICATE OF NO OBJECTION TO SIXTH MONTHLY FEE APPLICATION | 0.1 | $61.00 |
| 03/19/20 | HRYCAK | FA1 | PREPARE CERTIFICATE OF NO OBJECTION FOR SIXTH MONTHLY FEE APPLICATION | 0.2 | $49.00 |
| 03/19/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: PREPARED CERTIFICATE OF NO OBJECTION FOR SIXTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/19/20 | HRYCAK | FA1 | PREPARE CERTIFICATE OF SERVICE FOR CNO FOR SIXTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 03/19/20 | HRYCAK | FA1 | PREPARE AND FILE CNO FOR SIXTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD | 0.1 | $24.50 |
| 03/19/20 | HRYCAK | FA1 | RETRIEVE TIME STAMPED CNO FOR SIXTH MONTHLY FEE APPLICATION AND CIRCULATE TO T. HORAN | 0.1 | $24.50 |
| 03/19/20 | HRYCAK | FA1 | COORDINATE SERVICE OF CNO OF SIXTH MONTHLY FEE APPLICATION WITH RELIABLE | 0.1 | $24.50 |
| 03/25/20 | HORAN | FA1 | REVIEW AND REVISE FOX ROTHSCHILD SEVENTH MONTHLY FEE APPLICATION (.2); EMAIL WITH AMANDA HRYCAK REGARDING SAME (.1) | 0.3 | $183.00 |
| 03/25/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: REVISIONS TO BE MADE TO SEVENTH MONTHLY FEE APPLICATION TO REFLECT PAYMENTS RECEIVED | 0.1 | $24.50 |
| 03/25/20 | HRYCAK | FA1 | REVIEW DATA AND REVISE CHART TO REFLECT PAYMENTS RECEIVED ON SEVENTH MONTHLY FEE APPLICATION | 0.2 | $49.00 |
| 03/25/20 | HRYCAK | FA1 | PREPARE AND FILE SEVENTH MONTHLY FEE APPLICATION | 0.2 | $49.00 |
| 03/25/20 | HRYCAK | FA1 | CORRESPONDENCE WITH RELIABLE RE: COORDINATING SERVICE VIA FIRST CLASS MAIL TO THOSE PARTIES AS LISTED ON THE CERTIFICATE OF SERVICE THE SEVENTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 03/25/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN AND R. WARREN RE: HEARING DATE FOR INTERIM FEE APPLICATIONS | 0.1 | $24.50 |
| 03/26/20 | HORAN | FA1 | REVIEW FOX ROTHSCHILD SECOND INTERIM FEE APPLICATION (.2) AND EMAILS WITH AMANDA HRYCAK REGARDING SAME (.1) | 0.3 | $183.00 |
| 03/26/20 | HRYCAK | FA1 | REVIEW AND REVISE SECOND INTERIM FEE APPLICATION TO CORRECT JUDGE INITIALS, CHART TO REFLECT | 0.2 | $49.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | PAYMENT, DATE OF FILING AND OBJECTION DEADLINE | | |
| 03/26/20 | HRYCAK | FA1 | PREPARE NOTICE FOR SECOND INTERIM FEE APPLICATION | 0.2 | $49.00 |
| 03/26/20 | HRYCAK | FA1 | REVISE CERTIFICATION OF T. HORAN TO REFLECT CORRECT FILING DATE | 0.1 | $24.50 |
| 03/26/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: PREPARED SECOND INTERIM FEE APPLICATION FOR REVIEW | 0.1 | $24.50 |
| 03/26/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: J. HAMPTON REQUEST FOR VERIFICATION OF MONTHLY FEE APPLICATIONS AND CORRESPONDING CNO'S | 0.1 | $24.50 |
| 03/26/20 | HRYCAK | FA1 | RETRIEVE ALL FEE APPLICATIONS FILED WITH CORRESPONDING CNO AND CIRCULATE TO J. HAMPTON FOR REVIEW | 0.4 | $98.00 |
| 03/26/20 | HRYCAK | FA1 | PREPARE NOTICE OF SECOND INTERIM APPLICATION OF BERKELEY RESEARCH GROUP | 0.2 | $49.00 |
| 03/26/20 | HRYCAK | FA1 | PREPARE AND FILE SECOND INTERIM FEE APPLICATION | 0.2 | $49.00 |
| 03/26/20 | HRYCAK | FA1 | PREPARE AND FILE CERTIFICATE OF SERVICE TO SECOND INTERIM FEE APPLICATIONS OF FOX ROTHSCHILD AND BERKELEY RESEARCH GROUP | 0.1 | $24.50 |
| 03/26/20 | HRYCAK | FA1 | RETRIEVE TIME STAMPED SECOND INTERIM FEE APPLICATION AND CIRCULATE TO T. HORAN | 0.1 | $24.50 |
| 03/26/20 | HRYCAK | FA1 | UPDATE CASE CALENDAR FOR DEADLINES FOR SECOND INTERIM FEE APPLICATIONS OF FOX ROTHSCHILD AND BERKELEY RESEARCH GROUP | 0.1 | $24.50 |
| 03/03/20 | HORAN | FA2 | REVIEW CERTIFICATE OF NO OBJECTION TO BRG FOURTH MONTHLY FEE APPLICATION; REVIEW DOCKET IN CONNECTION WITH SAME | 0.1 | $61.00 |
| 03/03/20 | HRYCAK | FA2 | CORRESPONDENCE WITH A. COWIE, C. KEARNS, M. HAVERKAMP, AND J. CORBO | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | RE: INFORMAL COMMENTS TO FOURTH MONTHLY FEE APPLICATION/CNO | | |
| 03/03/20 | HRYCAK | FA2 | PREPARE CNO WITH CORRESPONDING CERTIFICATE OF SERVICE FOR 4TH MONTHLY FEE APPLICATION OF BERKELEY RESEARCH GROUP | 0.2 | $49.00 |
| 03/03/20 | HRYCAK | FA2 | CORRESPONDENCE WITH D. THOMPSON AND T. HORAN RE: PREPARED CNO FOR 4TH MONTHLY FEE APPLICATION OF BERKELEY RESEARCH GROUP | 0.1 | $24.50 |
| 03/03/20 | HRYCAK | FA2 | PREPARE AND FILE CNO FOR 4TH MONTHLY FEE APPLICATION OF BERKELEY RESEARCH GROUP | 0.1 | $24.50 |
| 03/03/20 | HRYCAK | FA2 | RETRIEVE TIME STAMPED CNO FOR 4TH MONTHLY FEE APPLICATION OF BERKELEY RESEARCH GROUP; CORRESPONDENCE WITH M. HAVERKAMP, A. COWIE, J. CORBO, AND C. KEARNS RE: THE SAME | 0.1 | $24.50 |
| 03/04/20 | HORAN | FA2 | REVIEW DOCKET AND CERTIFICATE OF NO OBJECTION TO SILLS CUMMIS SIXTH MONTHLY FEE APPLICATION | 0.1 | $61.00 |
| 03/04/20 | HRYCAK | FA2 | CORRESPONDENCE WITH A. SHERMAN, B. MANKOVETSKIY, R. BRENNAN, AND G. KOPACZ RE: CONFIRMATION OF NO INFORMAL COMMENTS RECEIVED FOR SIXTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 03/04/20 | HRYCAK | FA2 | PREPARE CNO AND CORRESPONDING COS FOR CNO FOR SILLS SIXTH MONTHLY FEE APPLICATION | 0.2 | $49.00 |
| 03/04/20 | HRYCAK | FA2 | PREPARE AND FILE CNO FOR SIXTH MONTHLY FEE APPLICATION OF SILLS CUMMIS & GROSS P.C. | 0.1 | $24.50 |
| 03/04/20 | HRYCAK | FA2 | RETRIEVE TIME STAMPED CNO FOR SIXTH MONTHLY FEE APPLICATION OF SILLS CUMMIS & GROSS P.C.; CORRESPONDENCE WITH A. SHERMAN, B. MANKOVETSKIY, R. BRENNAN, | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | AND G. KOPACZ RE: THE SAME | | |
| 03/04/20 | HRYCAK | FA2 | PREPARE AND SERVE VIA FIRST CLASS MAIL TO THOSE PARTIES AS LISTED ON COS THE CNO FOR SILLS CUMMIS AND GROSS SIXTH MONTHLY FEE APPLICATION | 0.2 | $49.00 |
| 03/12/20 | HORAN | FA2 | REVIEW EISNERAMPER DECEMBER 16, 2019 THROUGH JANUARY 31, 2020 FEE STATEMENT | 0.1 | $61.00 |
| 03/18/20 | HORAN | FA2 | REVIEW SILLS CUMMIS SEVENTH MONTHLY FEE APPLICATION AND RELATED DOCUMENTS (.2); EMAILS WITH AMANDA HRYCAK AND GREGORY KOPACZ REGARDING SAME (.1) | 0.3 | $183.00 |
| 03/18/20 | HORAN | FA2 | REVIEW EISNERAMPER MONTHLY STAFFING REPORT FOR FEBRUARY 2020 | 0.2 | $122.00 |
| 03/18/20 | HRYCAK | FA2 | CORRESPONDENCE WITH G. KOPACZ RE: FILING OF SEVENTH MONTHLY FEE APPLICATION | 0.1 | $24.50 |
| 03/18/20 | HRYCAK | FA2 | PREPARE NOTICE AND CERTIFICATE OF SERVICE FOR SEVENTH MONTHLY FEE APPLICATION FOR SILLS CUMMIS & GROSS P.C. | 0.2 | $49.00 |
| 03/18/20 | HRYCAK | FA2 | REVIEW AND REVISE SEVENTH MONTHLY FEE APPLICATION OF SILLS CUMMIS & GROSS P.C. | 0.2 | $49.00 |
| 03/18/20 | HRYCAK | FA2 | RETRIEVE TIME STAMPED SEVENTH MONTHLY FEE APPLICATION OF SILLS CUMMIS & GROSS P.C. AND CIRCULATE TO G. KOPACZ AND T. HORAN | 0.1 | $24.50 |
| 03/18/20 | HRYCAK | FA2 | COORDINATE FIRST CLASS MAIL SERVICE OF SEVENTH MONTHLY FEE APPLICATION OF SILLS CUMMIS AND GROSS P.C. WITH RELIABLE TO THOSE PARTIES AS LISTED ON THE COS | 0.1 | $24.50 |
| 03/25/20 | HRYCAK | FA2 | CORRESPONDENCE WITH J. CORBO RE: SECOND INTERIM APPLICATION OF BRG FOR FILING | 0.1 | $24.50 |
| 03/25/20 | HRYCAK | FA2 | TELEPHONIC | 0.2 | $49.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | COMMUNICATION WITH R. WARREN RE: HEARING DATE FOR INTERIM FEE APPLICATIONS | | |
| 03/26/20 | HORAN | FA2 | REVIEW BRG SECOND INTERIM FEE APPLICATION (.2) AND EMAILS WITH AMANDA HRYCAK REGARDING SAME (.1) | 0.3 | $183.00 |
| 03/26/20 | HORAN | FA2 | EMAILS WITH AMANDA HRYCAK AND GREGORY KOPACZ REGARDING SILLS CUMMIS SECOND INTERIM FEE APPLICATION | 0.1 | $61.00 |
| 03/26/20 | HRYCAK | FA2 | CORRESPONDENCE WITH J. CORBO RE: HEARING DATE FOR INTERIM FEE APPLICATIONS | 0.1 | $24.50 |
| 03/26/20 | HRYCAK | FA2 | CORRESPONDENCE WITH G. KOPACZ RE: INTERIM FEE APPLICATION HEARING DATE AND TIME; FOLLOW UP ON SECOND INTERIM FEE APPLICATION FOR FILING | 0.1 | $24.50 |
| 03/26/20 | HRYCAK | FA2 | REVIEW AND REVISE BERKELEY RESEARCH GROUP SECOND INTERIM FEE APPLICATION, REVISE TO INCLUDE CORRECT CASE NUMBER AND JUDGE, INCLUDE OBJECTION DATE AND DEADLINE | 0.2 | $49.00 |
| 03/26/20 | HRYCAK | FA2 | PREPARE AND FILE SECOND INTERIM APPLICATION OF BERKELEY RESEARCH GROUP | 0.1 | $24.50 |
| 03/26/20 | HRYCAK | FA2 | PREPARE CERTIFICATE OF SERVICE FOR SECOND INTERIM FEE APPLICATIONS OF BERKELEY RESEARCH GROUP AND FOX ROTHSCHILD LLP | 0.1 | $24.50 |
| 03/26/20 | HRYCAK | FA2 | RETRIEVE TIME STAMPED SECOND INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP AND CIRCULATE TO M. HAVERKAMP, J. CORBO, A. COWIE, AND C. KEARNS | 0.1 | $24.50 |
| 03/26/20 | HRYCAK | FA2 | COORDINATE SERVICE OF SECOND INTERIM FEE APPLICATIONS OF BERKELEY RESEARCH GROUP AND FOX ROTHSCHILD LLP WITH | 0.1 | $24.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | RELIABLE | | |
| 03/30/20 | HORAN | FA2 | REVIEW OMNI FEBRUARY 2020 INVOICE | 0.1 | $61.00 |
| 03/04/20 | HORAN | MC | REVIEW COMMITTEE EMAIL REGARDING MARCH 3, 2020 HEARING | 0.1 | $61.00 |
| 03/31/20 | HORAN | MC | REVIEW COMMITTEE UPDATE EMAIL FROM ANDREW SHERMAN | 0.1 | $61.00 |
| 03/03/20 | HORAN | PC | REVIEW REDLINE OF TAIL COVERAGE ORDER | 0.1 | $61.00 |
| 03/04/20 | HORAN | PC | REVIEW ORDER GRANTING MOTION TO APPROVE PAYMENT OF TAIL COVERAGE AND EMAILS AMONG PARTIES REGARDING SAME | 0.1 | $61.00 |
| 03/13/20 | HORAN | PC | REVIEW MOTION, NOTICE, AND PROPOSED ORDER TO ESTABLISH PROOF OF CLAIM BAR DATE | 0.3 | $183.00 |
| 03/16/20 | HORAN | PC | REVIEW SPECIALTYCARE ADMINISTRATIVE EXPENSE MOTION | 0.1 | $61.00 |
| 03/30/20 | HORAN | PC | REVIEW DEBTORS' STIPULATION WITH OPTUM360 SOLUTIONS REGARDING ADMINISTRATIVE EXPENSE CLAIM | 0.1 | $61.00 |
| 03/30/20 | HORAN | PC | REVIEW DEBTORS' STIPULATION WITH THE ADVISORY BOARD CO. REGARDING ADMINISTRATIVE EXPENSE CLAIM | 0.1 | $61.00 |
| | | | **TOTAL** | **19.2** | **$9,047.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AA | ASSET ANALYSIS & RECOVERY | 0.2 | $122.00 |
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 0.2 | $122.00 |
| CA | CASE ADMINISTRATION | 0.1 | $61.00 |
| CH | COURT HEARINGS | 7.8 | $4,758.00 |
| CI | CREDITOR INQUIRIES | 0.1 | $61.00 |
| EB | EMPLOYEE MATTERS | 0.1 | $61.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.4 | $244.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 4.9 | $1,456.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 4.4 | $1,552.50 |
| MC | MEETINGS OF CREDITORS | 0.2 | $122.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.8 | $488.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| T.M. HORAN | PARTNER | 11.9 | $610.00 | $7,259.00 |
| A.M. HRYCAK | PARALEGAL | 7.3 | $245.00 | $1,788.50 |
| | TOTAL | 19.2 | | $9,047.50 |

TOTAL PROFESSIONAL SERVICES $9,047.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|--------|
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. Digital Printing; Envelope Services; Postage | $277.55 |
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. Hand Delivery to Judge Gross | $5.00 |
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. Postage, Envelopes, Mail out | $24.90 |
| MESSENGER SERVICE/DELIVERY RELIABLE COPY SERVICE, INC. Postage, Envelopes, Mail out. | $6.90 |

TOTAL EXPENSES $314.35

TOTAL AMOUNT OF THIS INVOICE $9,361.85

PRIOR BALANCE DUE $19,029.95

**TOTAL BALANCE DUE UPON RECEIPT $28,391.80**

**OUTSTANDING INVOICES PRIOR TO 04/09/20**

| Invoice Date | Invoice # | Total |
|---|---|---|
| 01/16/20 | 2486820 | $708.85 |
| 02/25/20 | 2507292 | $11,157.35 |

| Invoice Date | Invoice # | Total |
|---|---|---|
| 03/05/20 | 2513887 | $7,163.75 |

**TOTAL PRIOR BALANCES DUE**    **$19,029.95**