## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br>(Jointly Administered)<br><br>**Objection Deadline: May 11, 2020 at 4:00 p.m.**<br>**Hearing Date: May 27, 2020 at 11:30 a.m.** |

## COVER SHEET FOR:
## COMBINED FIFTH AND SIXTH MONTHLY APPLICATIONS,
## SECOND INTERIM APPLICATION AND FINAL APPLICATION OF GREENBERG
## TRAURIG, LLP, AS COUNSEL TO THE PATIENT CARE OMBUDSMAN FOR
## ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES FOR
## THE PERIOD FROM JULY 3, 2019 THROUGH JANUARY 31, 2020

| | |
|---|---|
| Name of Applicant: | Greenberg Traurig, LLP |
| Authorized to Provide Professional Services to: | The Patient Care Ombudsman |
| Date of Retention: | September 13, 2019 (Nunc Pro Tunc to July 3, 2019) |
| Period for which compensation and reimbursement is sought: | November 1, 2019 – November 30, 2019 (Fifth Monthly Period)<br><br>December 1, 2019 – January 31, 2020 (Sixth Monthly Period)<br><br>October 1, 2019 – January 31, 2020 (Second Interim Period)<br><br>July 3, 2019 – January 31, 2020 (Final Application Period) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| | |
|---|---|
| Total compensation sought this period: | $6,852.50 (Fifth Monthly Period)<br><br>$10,712.00 (Sixth Monthly Period)<br><br>$39,222.00 (Second Interim Period)<br><br>$101,775.00 (Final Application Period) |
| Total expense reimbursement sought this period: | $284.30 (Fifth Monthly Period)<br><br>$7.20 (Sixth Monthly Period)<br><br>$597.40 (Second Interim Period)<br><br>$2,561.45 (Final Application Period) |
| Total compensation allowed by interim order to date: | n/a |
| Total expenses allowed by interim order to date: | n/a |
| Total allowed compensation paid to date: | $50,042.40 |
| Total allowed expenses paid to date: | $1,964.05 |
| Blended rate in this application for all attorneys: | $702.62 (Second Interim Period)<br><br>$811.57 (Final Application Period) |
| Blended rate in this application for all timekeepers: | $646.74 (Second Interim Period)<br><br>$721.81 (Final Application Period) |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Number of professionals included in this application: | Second Interim Period: 6 (2 Shareholders, 2 Associates, and 2 Paralegals)<br><br>Final Application Period: 7 (2 Shareholders, 1 Of Counsel, 2 Associates, and 2 Paralegals) |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | n/a |
| If applicable, difference between fees budgeted and compensation sought for this period: | n/a |

2

| Number of professionals billing fewer than 15 hours to the case during this period: | Second Interim Period: 4 (2 Shareholders, and 2 Paralegals)<br><br>Final Application Period: 4 (1 Shareholder, 1 Of Counsel, and 2 paralegals) |
|---|---|
| Are any rates higher than those approved and disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application. | Greenberg Traurig's hourly rates are adjusted in January of each year. The total increase in fees contained in this application as a result of the adjusted 2020 rates is $367.50. |

This is a(n):   _X_ Monthly          _X_ Interim           _X_ Final Application

This Application includes $5,176.50 in fees for 11.90 hours incurred in connection with preparation of prior fee applications of Greenberg Traurig, LLP and SAK Management Services, LLP.

*ACTIVE 48088286v4*

**Summary of Monthly Fee Applications for the Second Interim Period**

| APPLICATION | FEES | EXPENSES | FEES PAID | EXPENSES PAID | TOTAL OWED |
|---|---|---|---|---|---|
| Fourth Monthly 10/1/19 – 10/31/19 D.I. 1045, Filed 11/20/19 | $21,657.50 | $305.90 | $0.00 | $0.00 | $21,963.40 |
| Fifth Monthly 11/1/19-11/30/19 (included herein) | $6,852.50 | $284.30 | $0.00 | $0.00 | $7,136.80 |
| Sixth Monthly 12/1/19-1/31/20 (included herein) | $10,712.00 | $7.20 | $0.00 | $0.00 | $10,719.20 |
| **TOTALS:** | **$39,222.00** | **$597.40** | **$0.00** | **$0.00** | **$39,819.40** |

*ACTIVE 48088286v4*

**Summary of Monthly Fee Applications for the Final Application Period**

| APPLICATION | FEES | EXPENSES | FEES PAID | EXPENSES PAID | TOTAL OWED |
|---|---|---|---|---|---|
| First Monthly 7/3/19-7/31/19 D.I. 742, Filed 9/19/19 | $36,464.00 | $30.00 | $29,171.20 | $30.00 | $7,292.80 |
| Second Monthly 8/1/19-8/31/19 D.I. 792, Filed 9/27/19 | $10,794.50 | $1,868.55 | $8,635.60 | $1,868.55 | $2,158.90 |
| Third Monthly 9/1/19-9/30/19 D.I. 883, Filed 10/18/19 | $15,294.50 | $65.50 | $12,235.60 | $65.50 | $3,058.90 |
| Fourth Monthly 10/1/19 – 10/31/19 D.I. 1045, Filed 11/20/19 | $21,657.50 | $305.90 | $0.00 | $0.00 | $21,963.40 |
| Fifth Monthly 11/1/19-11/30/19 (included herein) | $6,852.50 | $284.30 | $0.00 | $0.00 | $7,136.80 |
| Sixth Monthly 12/1/19-1/31/20 (included herein) | $10,712.00 | $7.20 | $0.00 | $0.00 | $10,719.20 |
| **TOTALS:** | **$101,775.00** | **$2,561.45** | **$50,042.40** | **$1,964.05** | **$52,330.00** |

*ACTIVE 48088286v4*

**COMBINED MONTHLY FEE APPLICATIONS (5th and 6th Monthly)**

**COMPENSATION BY INDIVIDUAL FOR FIFTH MONTHLY FEE APPLICATION**
**[November 1, 2019 – November 30, 2019]**

| Name of Professional Person | Position of the Application | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Dennis A. Meloro | Shareholder | $1,025.00 | 2.30 | $2,357.00 |
| Nancy A. Peterman | Shareholder | $950.00 | 1.70 | $1,615.00 |
| Sara Hoffman | Associate | $720.00 | 3.50 | $2,520.00 |
| Wendy Cathers | Paralegal | $300.00 | 1.20 | $360.00 |
| **Grand Total:** | | | **8.70** | **$6,852.00** |
| **Blended Rate: $787.59** | | | | |

**COMPENSATION BY PROJECT CATEGORY FOR**
**FIFTH MONTHLY FEE APPLICATION**
**[November 1, 2019 – November 30, 2019]**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 804 | Case Administration | 3.50 | $2,520.00 |
| 810 | Litigation Matters | 0.40 | $410.00 |
| 813 | Fee/Employment Applications | 2.00 | $1,325.00 |
| 824 | Preparation/Review Reports | 2.40 | $2,187.50 |
| 833 | Court Hearings | 0.40 | $410.00 |

**EXPENSE SUMMARY FOR FIFTH MONTHLY FEE APPLICATION**
**[November 1, 2019 – November 30, 2019]**

| Expense Category | Total Expenses |
|---|---|
| PACER Charges | $9.50 |
| Mailout Services | $274.80 |
| **Total Disbursements:** | **$284.30** |

*ACTIVE 48088286v4*

**COMPENSATION BY INDIVIDUAL FOR SIXTH MONTHLY FEE APPLICATION**
**[December 1, 2019 – January 31, 2020]**

| Name of Professional Person | Position of the Application | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Dennis A. Meloro | Shareholder | $1,100.00 | 1.20 | $1,252.50 |
| Nancy A. Peterman | Shareholder | $1,150.00 | 2.20 | $2,390.00 |
| Sara Hoffman | Associate | $860.00 | 1.40 | $1,050.00 |
| Danny Duerdoth | Associate | $435.00 | 11.90 | $5,176.50 |
| Wendy Cathers | Paralegal | $315.00 | 1.80 | $543.00 |
| Carla Greenberg | Paralegal | $150.00 | 2.00 | $300.00 |
| **Grand Total:** | | | **20.50** | **$10,712.00** |
| **Blended Rate: $522.54** | | | | |

**COMPENSATION BY PROJECT CATEGORY FOR**
**SIXTH MONTHLY FEE APPLICATION**
**[December 1, 2019 – January 31, 2020]**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 804 | Case Administration | 1.30 | $1,100.50 |
| 813 | Fee/Employment Applications | 12.50 | $5,356.50 |
| 824 | Preparation/Review Reports | 5.30 | $3,025.50 |
| 833 | Court Hearings | 0.50 | $512.50 |
| 838 | Sale of Property | 0.90 | $717.00 |

**EXPENSE SUMMARY FOR SIXTH MONTHLY FEE APPLICATION**
**[December 1, 2019 – January 31, 2020]**

| Expense Category | Total Expenses |
|---|---|
| PACER Charges | $7.20 |
| **Total Disbursements:** | **$7.20** |

7

**COMPENSATION BY INDIVIDUAL FOR SECOND INTERIM FEE APPLICATION**
**[October 1, 2019 – January 31, 2020]**

| Name of Professional Person | Position of the Application | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Dennis A. Meloro | Shareholder | $1,025.00-$1,100.00 | 6.00 | $6,172.50 |
| Nancy A. Peterman | Shareholder | $950.00-$1,150.00 | 7.20 | $7,140.00 |
| Sara Hoffman | Associate | $720.00-$860.00 | 22.80 | $16,458.00 |
| Danny Duerdoth | Associate | $435.00 | 17.10 | $7,438.50 |
| Wendy Cathers | Paralegal | $300.00-$315.00 | 5.70 | $1,713.00 |
| Carla Greenberg | Paralegal | $150.00 | 2.00 | $300.00 |
| **Grand Total:** | | | **60.80** | **$39,222.00** |
| **Blended Rate: $646.74** | | | | |

**COMPENSATION BY PROJECT CATEGORY FOR**
**SECOND INTERIM FEE APPLICATION**
**[October 1, 2019 – January 31, 2020]**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 804 | Case Administration | 7.00 | $5,204.50 |
| 810 | Litigation Matters | 0.40 | $410.00 |
| 813 | Fee/Employment Applications | 17.80 | $8,324.00 |
| 824 | Preparation/Review Reports | 8.30 | $5,580.00 |
| 835 | Lease and Executory Contracts | 25.40 | $17,961.50 |
| 833 | Court Hearings | 1.00 | $1,025.00 |
| 838 | Sale of Property | 0.90 | $717.00 |

[2] In January of 2020, the hourly rate for Ms. Peterman, Ms. Hoffman, Ms. Cathers, and Mr. Meloro increased.

*ACTIVE 48088286v4*

**EXPENSE SUMMARY FOR SECOND INTERIM FEE APPLICATION**
[October 1, 2019 – January 31, 2020]

| Expense Category | Total Expenses |
|---|---|
| PACER Charges | $16.70 |
| Mail-out Services | $274.80 |
| Off-site Printing, Mailing Charges, and E-file | $222.40 |
| Court Fees | $83.50 |
| **Total Disbursements:** | **$597.40** |

**COMPENSATION BY INDIVIDUAL FOR FINAL FEE APPLICATION**
[July 3, 2019 – January 31, 2020]

| Name of Professional Person | Position of the Application | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Dennis A. Meloro | Shareholder | $1,025.00-1,100.00 | 40.20 | $41,227.50 |
| Nancy A. Peterman | Shareholder | $950.00-1,150.00 | 14.80 | $14,120.00 |
| Sara Hoffman | Associate | $720-860.00 | 45.70 | $32,946.00 |
| Elanor A. Colton | Of Counsel | $650.00 | 0.80 | $520.00 |
| Danny Duerdoth | Associate | $435.00 | 17.10 | $7,438.50 |
| Wendy Cathers | Paralegal | $300-315.00 | 14.40 | $4,323.00 |
| Carla Greenberg | Paralegal | $150.00 | 8.00 | $1,200.00 |
| **Grand Total:** | | | **141.00** | **$101,775.00** |
| **Blended Rate: $721.81** | | | | |

**COMPENSATION BY PROJECT CATEGORY FOR
FINAL FEE APPLICATION**
[July 3, 2019 – January 31, 2020]

| 804 | Case Administration | 35.2 | $25,900.00 |
|---|---|---|---|
| 810 | Litigation Matters | 1.2 | $1,185.00 |
| 813 | Fee/Employment Applications | 31.6 | $17,054.00 |
| 832 | Creditors Inquiries | 0.70 | $687.50 |
| 838 | Sale of Property | 1.70 | $1,522.00 |

*ACTIVE 48088286v4*

| 824 | Preparation/Review Reports | 20.6 | $12,325.00 |
| 833 | Court Hearings | 21.4 | $21,935.00 |
| 803 | Business Operations | 2.50 | $2,502.50 |
| 809 | Financing Matters & Cash Collateral | 0.70 | $702.50 |
| 835 | Lease and Executory Contracts | 25.40 | $17,961.50 |

## EXPENSE SUMMARY FOR FINAL FEE APPLICATION
### [July 3, 2019 – January 31, 2020]

| Expense Category | Total Expenses |
| --- | ---: |
| Filing Fees & Telephonic Appearance fees | $157.30 |
| Copy and Mail-Out Services | $2,379.25 |
| PACER Charges | $24.70 |
| **Total Disbursements:** | **$2,561.45** |

10

PLEASE TAKE NOTICE that in compliance with the *U.S. Trustee Program's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "**U.S. Trustee Guidelines**"), attached hereto as <u>**Exhibit A**</u> is a copy of the budget and staffing plan agreed to between the Patient Care Ombudsman appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession and Greenberg Traurig, LLP ("**Greenberg Traurig**") for the period of October 1, 2019 through and including January 31, 2020 (the "**Second Interim Period**").  A chart comparing the total hours spent and the hours budgeted for each task code for the Second Interim Period is attached hereto as <u>**Exhibit B**</u>.

PLEASE TAKE FURTHER NOTICE that attached hereto as <u>**Exhibit C**</u> are Greenberg Traurig's customary and comparable compensation disclosures.

Dated: April 20, 2020

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com

Counsel to the Patient Care Ombudsman

*ACTIVE 48088286v4*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br>(Jointly Administered)<br><br>**Objection Deadline: May 11, 2020 at 4:00 p.m.**<br>**Hearing Date: May 27, 2020 at 11:30 a.m.** |

**COMBINED FIFTH AND SIXTH MONTHLY APPLICATIONS, SECOND INTERIM AND FINAL APPLICATION OF GREENBERG TRAURIG, LLP, AS COUNSEL TO THE PATIENT CARE OMBUDSMAN FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM JULY 3, 2019 THROUGH JANUARY 31, 2020</u>**

Greenberg Traurig, LLP ("**Greenberg Traurig**"), counsel to the patient care ombudsman (the "**Patient Care Ombudsman**"), hereby submits its combined fifth and sixth monthly applications, second interim and final application (the "**Application**") for compensation and reimbursement of expenses for (i) the interim period from October 1, 2019 through January 31, 2020 (the "**Second Interim Period**") and (ii) the final period from July 3, 2019 through January 31, 2020 (the "**Final Application Period**") pursuant to 11 U.S.C. §§ 330 and 331 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Delaware Bankruptcy Local Rule 2016-2, and this Court's *Order Establishing Interim Compensation Procedures* [Docket No. 341] (the "**Interim Compensation Order**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

By this Application, Greenberg Traurig seeks: (i) interim allowance of compensation in the amount of $39,222.00 in fees and reimbursement of actual expenses in the amount of $597.40 for the Second Interim Period, for an aggregate total of $39,819.40 for the Second Interim Period, and (ii) final allowance of compensation in the amount of $101,775.00 and reimbursement of actual expenses in the amount of $2,561.45 for the Final Application Period, for an aggregate total of $104,336.45 for the Final Application Period.  In support of the Application, Greenberg Traurig respectfully represents as follows:

## BACKGROUND

1.      On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code.

2.      On July 2, 2019, this Court entered an order directing the appointment of a patient care ombudsman [Docket No. 83].  On July 3, 2019, the Office of the United States Trustee appointed Suzanne A. Koenig as the Patient Care Ombudsman (the "**Patient Care Ombudsman**") in these Cases.  [Docket No. 95]

3.      On September 13, 2019 the Court entered the *Order Authorizing the Retention and Employment of Greenberg Traurig, LLP as Counsel, Nunc Pro Tunc as of July 3, 2010* [Docket No. 704].

4.      On January 3, 2020, the Patient Care Ombudsman issued her *Final Report* [Docket No. 1281].

5.      Greenberg Traurig responds to the following questions raised in the U.S. Guidelines:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did Greenberg Traurig agree to any variations from, or alternatives to, Greenberg Traurig's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | X | N/A |
| If the fees sought in the Interim Fee Application as compared to the fees budgeted for the time period covered by the Interim Fee Application are higher by 10% or more, did Greenberg Traurig discuss the reasons for the variation with the client? | | X | N/A |
| Have any of the professionals included in the Interim Fee Application varied their hourly rate based on geographic location of the bankruptcy case? | | X | N/A |
| Does the Interim Fee Application include time for fees related to reviewing or revising time records or preparing, reviewing or revising invoices? | | X | N/A |
| Does the Interim Fee Application include time for fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify hours and fees. | | X | N/A |
| Does the Interim Fee Application include any rate increases since retention in these cases? | X | | Greenberg Traurig's hourly rates are adjusted in January of each year. The total increase in fees contained in this application as a result of the adjusted 2020 rates is $367.50. |

## COMPENSATION PAID AND ITS SOURCE

6.      All services performed during the Second Interim Period and Final Application Period for which Greenberg Traurig is requesting compensation were performed for or on behalf of the Patient Care Ombudsman.

*ACTIVE 48088286v4*

7.    As of the date of this Application, Greenberg Traurig has not received any payment or any promise of payment for the services rendered from anyone in any capacity, nor is there an agreement in place between Greenberg Traurig and any person or otherwise in connection with the matters in this Application.

## SUMMARY OF SERVICES RENDERED

8.    This Application is the fifth and sixth monthly, and combined second interim and final fee application filed by Greenberg Traurig in these cases.  In connection with the professional services described below, by this Application, Greenberg Traurig seeks compensation in the amount of $39,222.00 for the Second Interim Period (which includes Greenberg Traurig's fourth, fifth, and sixth monthly fee applications), and $101,775.00 for the Final Application Period.

9.    The professionals in these cases have all been involved in some capacity with drafting, reviewing/revising and filing of various documents with this Court.  Each of the professionals have been in contact with and have advised the Patient Care Ombudsman regularly with respect to various matters involving these cases and have performed various services which are described herein.

10.    The majority of services rendered by Greenberg Traurig during the Final Application Period as counsel to the Patient Care Ombudsman are summarized below.  Each of the following is set forth in the invoices: (a) previously attached to the First through Fourth Monthly Applications as **Exhibit A**, and (b) attached hereto as **Exhibits D1 (Fifth Monthly) and D2 (Sixth Monthly)**: (i) a description of the professional or paraprofessional performing the services; (ii) the date the services were performed; (iii) a detailed description of the nature of the services and the related time expended; and (iv) a summary of the fees and hours of each professional and other timekeepers listed by project category (which applicable categories are set

forth below).  Specifically, Greenberg Traurig rendered the following services during the Final

Application Period as counsel to the Patient Care Ombudsman:

a)  <u>Business Operations</u>

Fees: $2,502.50              Hours: 2.50

This category includes services relating to the motion to approve the hospital closure and

other related matters, including calls and emails with the Patient Care Ombudsman.

b)  <u>Case Administration</u> (804)

Fees: $25,900.00              Hours: 35.2

This category includes services relating to the general administration of these cases,

including without limitation, reviewing first day motions and orders, including case background

issues, preparing for the hearings and related conferences, monitoring the docket, reviewing

filings, and reviewing the Court's order to show cause as to why case should not be converted.

c)  <u>Financing Matters & Cash Collateral</u> (809)

Fees: $702.50              Hours: .70

This category includes services relating to the review of the proposed and entered interim

and final DIP financing orders.

d)  <u>Litigation Matters</u> (810)

Fees: $1,185.00              Hours: 1.2

This category includes services relating to issues related to Debtors' status report regarding

Tenet issues and a telephone conference with the Debtors' counsel regarding same.

e)  <u>Fee/Employment Applications</u> (813)

Fees: $17,054.00              Hours: 31.6

This category includes drafting and filing Greenberg Traurig's and SAK Management Services, LLP's ("**SAK**") monthly fee applications, related certificates of no objection, interim, and final fee applications.

f)  Preparation/Review Reports (824)

Fees: $12,325.00        Hours: 20.6

This category includes services relating to reviewing drafts of the Patient Care Ombudsman's reports and preparing, reviewing, and filing the notices of the Patient Care Ombudsman's reports.

g)  Creditor Inquiries (832)

Fees: $687.50            Hours: .70

This category includes services relating to calls with creditors relating to resident issues and the objection of the facility closure and the request of the Patient Care Ombudsman to address the current residents of the facility.

h)  Court Hearings (833)

Fees: $21,935.00          Hours: 21.4

This category includes services relating to preparing for and attending hearings on behalf of the Patient Care Ombudsman.

i)  Leases and Executory Contracts (835)

Fees: $17,961.50          Hours: 25.40

This category includes services relating to (a) issues with Tenet; (b) analyzing the Debtors' motion for stay pending appeal; (c) drafting, reviewing and revising the Patient Care Ombudsman's statement in support of the Debtor's motion for stay pending appeal (d) reviewing

Tenet's motion to enforce an order on its administrative claim/stay relief and (e) conferences with the Patient Care Ombudsman regarding the same.

j)   <u>Sale of Property</u> (838)

Fees: $1,522.00                    Hours: 1.7

This category includes services relating to the motion to sell the pediatric hospital and reviewing the proposed order regarding the sale of resident program assets and the status report on the Debtors' request for stay pending appeal.

## <u>SUMMARY OF EXPENSES</u>

11.    During (i) the Second Interim Period, Greenberg Traurig incurred or disbursed actual and necessary costs and expenses related to this case in the aggregate amount of $597.40, and (ii) the Final Application Period, Greenberg Traurig incurred or disbursed actual and necessary costs and expenses related to this case in the aggregate amount of $2,561.45.  The expenses incurred include court fees, PACER charges, and off-site printing and copying charges.  A detailed description of the necessary costs and expenses incurred by Greenberg Traurig: (a) was previously attached as **Exhibit B** to the First through Fourth Monthly Applications, and (b) is attached  hereto as **Exhibits E1 (Fifth Monthly) and E2 (Sixth Monthly)**.

12.    Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure, Greenberg Traurig represents as follows with regard to its charges for actual and necessary costs and expenses incurred during the Final Application Period:

a.      Copy Charges were $.10 per page, which charge is reasonable and customary in the legal industry and represents the costs of copy material, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of related

expenditures.  In addition, Greenberg Traurig often utilizes outside copier services for high volume projects, and this Application seeks the recovery of those costs, if applicable;

        b.       Incoming facsimiles are not billed;

        c.       Out-going facsimiles are billed at the rate of $1.00 per page.  The cost represents operator time, maintaining several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of related expenditures;

        d.       Toll telephone charges are not billed; and

Computer assisted legal research charges are billed at actual costs

## VALUATION OF SERVICES

13.      Greenberg Traurig expended a total of 141.00 hours in connection with this matter during the Final Application Period.  A list of the professionals who billed time during the Final Application Period is set forth below.

| Professionals | Position | Hourly Rate[2] | Hours |
|---|---|---|---|
| Dennis A. Meloro | Shareholder | $1,025.00-$1,100.00 | 40.20 |
| Nancy A. Peterman | Shareholder | $950.00-$1,150.00 | 14.80 |
| Sara Hoffman | Associate | $720.00-$860.00 | 45.70 |
| Elanor A. Colton | Of Counsel | $650.00 | 0.80 |
| Danny Duerdoth | Associate | $435.00 | 17.10 |
| Wendy Cathers | Paralegal | $300.00-$315.00 | 14.40 |
| Carla Greenberg | Paralegal | $150.00 | 8.00 |

The above hourly rates are Greenberg Traurig's normal hourly rates for work of this character. The reasonable value of the services rendered by Greenberg Traurig to the Patient Care Ombudsman during the Final Application Period is $101,775.00.

---

[2] In January of 2020, the hourly rate for Ms. Peterman, Ms. Hoffman, Ms. Cathers, and Mr. Meloro increased.

14.     In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair and reasonable given (a) the complexity of these cases, (b) the time expended by the attorneys and paraprofessionals at Greenberg Traurig, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

15.     Greenberg Traurig hereby certifies that (i) it has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures and (ii) this Application complies with such rule.

16.     Greenberg Traurig has provided a copy of this Application to the Notice Parties (as defined in the Interim Compensation Order).

## CONCLUSION

WHEREFORE, Greenberg Traurig respectfully requests that: (a) it be allowed compensation in the amount of $39,222.00 for professional services rendered and reimbursement of expenses in the amount of $597.40 for the Second Interim Period; (ii) it be allowed compensation in the amount of $101,775.00 for professional services rendered and reimbursement of expenses in the amount of $2,561.45 for the Final Application Period; (c) the Court authorize the Debtors to pay Greenberg Traurig any unpaid amounts for the Final Application Period on a final basis; and (d) the Court grant such other and further relief deemed appropriate under the circumstances.

Dated: April 20, 2020                    GREENBERG TRAURIG, LLP

                                          /s/ *Dennis A. Meloro*
                                         Dennis A. Meloro (DE Bar No. 4435)
                                         The Nemours Building
                                         1007 North Orange Street, Suite 1200
                                         Wilmington, Delaware  19801
                                         Telephone:  (302) 661-7000
                                         Facsimile:  (302) 661-7360

Email: melorod@gtlaw.com

-and-

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435
Email: petermann@gtlaw.com

*Counsel to the Patient Care Ombudsman*