<u>**Exhibit A**</u>

**Budget and Staffing Report**
**Greenberg Traurig, LLP**
**November 1, 2019–January 31, 2020**
**(Second Interim Period)**

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Case Administration | 5 | $3,000.00 |
| Fee/Employment Applications | 15 | $8,000.00 |
| Preparation/View Reports | 10 | $8,000.00 |
| Leases and Executory Contracts | 15 | $12,500.00 |
| Court Hearings | 5 | $4,000.00 |
| Sale of Property | 1 | $1,000.00 |
| **Total** | **51** | **$36,500.00** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partners | 2 | $987.50 |
| Associates | 1 | $577.00 |
| Paralegals | 2 | $225.00 |

1

**Exhibit B**

**Comparison of Fees and Hours Budgeted to Fees and Hours
Billed During the Second Interim Period**
**Greenberg Traurig, LLP**

| Project Category | Estimated Hours | Actual Hours Billed | Estimated Fees | Actual Fees |
|---|---|---|---|---|
| Case Administration | 5.00 | 7.00 | $3,000.00 | $5,204.50 |
| Litigation Matters | 0.00 | 0.40 | $0.00 | $410.00 |
| Fee/Employment Applications | 15.00 | 17.80 | $8,000.00 | $8,324.00 |
| Preparation/View Reports | 10.00 | 8.30 | $8,000.00 | $5,580.00 |
| Leases and Executory Contracts | 15.00 | 25.40 | $12,500.00 | $17,961.50 |
| Court Hearings | 5.00 | 1.00 | $4,000.00 | $1,025.00 |
| Sale of Property | 1.00 | 0.90 | $1,000.00 | $717.00 |
|  | **51.00** | **60.8** | **$36,500.00** | **$39,222.00** |

1

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Interim Period | Actual Number of Timekeepers During the Interim Period | Estimated Average Hourly Rate | Actual Blended Hourly Rate |
|---|---|---|---|---|
| Shareholders | 2 | 2 | $987.50 | $987.50 |
| Associates | 2 | 2 | $577.50 | $577.50 |
| Paralegals | 2 | 2 | $225.00 | $225.00 |

2

# EXHIBIT C

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURE WITH FEE APPLICATION
### (SECOND INTERIM PERIOD)

| Blended Hourly Rate Disclosures | | | |
|---|---|---|---|
| **Category of Timekeeper** | **Billed** In comparable practice areas for preceding calendar year | **Billed**[1] Firm-wide for preceding calendar year (excluding bankruptcy matters) | **Billed** This Application |
| Shareholders | $930.00 | $830.61 | $987.50 |
| Associates | $653.33 | $592.09 | $577.50 |
| Paraprofessionals | $347.50 | $317.30 | $225.00 |
| Blended Rate | $643.61 | $580.00 | $596.67 |

---

[1] These rates reflect those of Greenberg Traurig's Chicago, Delaware, and New York offices, as the primary timekeepers in these cases are resident in those offices, in the following practice areas: Corporate, Litigation, Intellectual Property, and Real Estate.

1