# EXHIBIT D1

**GT** GreenbergTraurig

Invoice No. :  5252193
File No.    :  102171.014000
Bill Date   :  December 9, 2019

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
300 Saunders Rd.
Suite 300
Riverwoods, IL  60015

Attn:  Suzanne Koenig

## <u>INVOICE</u>

Re:   Center City Healthcare, LLC d/b/a Hahnemann University Hospital

<u>Legal Services through November 30, 2019</u>:

| | | |
|---|---|---:|
| CASE ADMINISTRATION: | $ | 2,520.00 |
| LITIGATION MATTERS: | $ | 410.00 |
| FEE/EMPLOYMENT APPLICATIONS: | $ | 1,325.00 |
| PREPARATION/REVIEW REPORTS: | $ | 2,187.50 |
| COURT HEARINGS: | $ | 410.00 |
| Total Fees: | $ | 6,852.50 |

Expenses:

| | |
|---|---:|
| Off-site Printing and Copying Charges | 243.60 |
| Postage | 31.20 |
| Information and Research | 9.50 |
| Total Expenses: $ | 284.30 |
| **Current Invoice**: **$** | **7,136.80** |

NAP:ML
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. :  5252193
File No.      :  102171.014000

Previous Balance (see attached statement):        $         86,480.45

**Total Amount Due:**        **$         93,617.25**

NAP:ML

Tax ID:  13-3613083

**GT** GreenbergTraurig

Invoice No. :  5252193
File No.      :  102171.014000

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|---------:|-------------:|----------:|----------:|
| 08/16/19 | 5146927 | 36,464.00 | 30.00 | 0.00 | 36,494.00 |
| 09/26/19 | 5174237 | 10,794.50 | 1,868.55 | 0.00 | 12,663.05 |
| 10/09/19 | 5199755 | 15,294.50 | 65.50 | 0.00 | 15,360.00 |
| 11/07/19 | 5222245 | 21,657.50 | 305.90 | 0.00 | 21,963.40 |
| Totals: | | $ 84,210.50 | $ 2,269.95 | $ 0.00 | $ 86,480.45 |

NAP:ML

Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.:      5252193                                                                                      Page 1
Matter No.:      102171.014000

## Description of Professional Services Rendered:

TASK CODE:       804        CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 11/01/19 | Sara Hoffman | Review docket filings and circulate updates to N. Peterman and D. Meloro. | 0.50 | 360.00 |
| 11/04/19 | Sara Hoffman | Review docket filings for upcoming hearing. | 0.20 | 144.00 |
| 11/05/19 | Sara Hoffman | Review filing updates for relevant deadlines. | 0.40 | 288.00 |
| 11/06/19 | Sara Hoffman | Review docket updates for filings for PCO. | 0.10 | 72.00 |
| 11/08/19 | Sara Hoffman | Review recent docket filings. | 0.30 | 216.00 |
| 11/12/19 | Sara Hoffman | Check docket for continued hearing date on Debtors' Stay Pending Appeal request. | 0.20 | 144.00 |
| 11/15/19 | Sara Hoffman | Review docket for updates re: Debtors' Motion for Stay Pending Appeal. | 0.30 | 216.00 |
| 11/19/19 | Sara Hoffman | Review recent filings, including Motion for Approval of Settlement Term Sheet among Debtors, Tenet, Conifer and UCC re: services to be provided by Tenet and Conifer, their claims, and STC and HUH sales (0.7); update N. Peterman and D. Meloro re: same (0.3) | 1.00 | 720.00 |
| 11/21/19 | Sara Hoffman | Review docket filings for updates re: hearing on proposed resolution re: Tenet/Conifer claims and sale of hospitals. | 0.30 | 216.00 |
| 11/22/19 | Sara Hoffman | Review docket for new filings. | 0.10 | 72.00 |
| 11/26/19 | Sara Hoffman | Review docket for recent filings related to proposed settlement of Tenet/Conifer Claims and sale of hospitals. | 0.10 | 72.00 |

Total Hours:       3.50

Total Amount:      $ 2,520.00

TIMEKEEPER SUMMARY FOR TASK CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sara Hoffman | 3.50 | 720.00 | 2,520.00 |
| Totals: | 3.50 | 720.00 | $ 2,520.00 |

Invoice No.:        5252193                                                                          Page 2
Matter No.:        102171.014000

Description of Professional Services Rendered

TASK CODE:        810        LITIGATION MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/13/19 | Dennis A. Meloro | Review notice re: Tenet/Conifer resolution, email with S. Koenig re: same. | 0.10 | 102.50 |
| 11/18/19 | Dennis A. Meloro | Review motion to approve Tenet/Conifer settlement. | 0.30 | 307.50 |
| | | Total Hours: | 0.40 | |
| | | Total Amount: | | $ 410.00 |

TIMEKEEPER SUMMARY FOR TASK CODE 810,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.40 | 1,025.00 | 410.00 |
| Totals: | 0.40 | 1,025.00 | $        410.00 |

Invoice No.:      5252193                                                                          Page 3
Matter No.:      102171.014000

Description of Professional Services Rendered

TASK CODE:      813      FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/07/19 | Wendy Cathers | Prepare Certification of No Objection to Greenberg Traurig's Third Monthly Fee Application. | 0.40 | 120.00 |
| 11/07/19 | Dennis A. Meloro | Review/revise CNO re: GT 3rd monthly fee application. | 0.10 | 102.50 |
| 11/13/19 | Dennis A. Meloro | Review (.3) and revise (.3) SAK September fee application. | 0.60 | 615.00 |
| 11/14/19 | Wendy Cathers | Prepare Third Monthly Fee Application. | 0.10 | 30.00 |
| 11/15/19 | Dennis A. Meloro | Finalize (.1), file/serve (.1) SAK September fee application. | 0.20 | 205.00 |
| 11/19/19 | Wendy Cathers | Prepare Certificate of No Objection to SAK Second Fee Application. | 0.10 | 30.00 |
| 11/20/19 | Wendy Cathers | Finalize Certificate of No Objection for 2nd Monthly Fee Application for SAK Management Services, LLP (.2); file CNO with Court; File Greenberg Traurig 4th Monthly Fee Application with Court (.2). | 0.40 | 120.00 |
| 11/20/19 | Dennis A. Meloro | Review CNO for SAK 2nd monthly fee application. | 0.10 | 102.50 |

Total Hours:      2.00

Total Amount:      $ 1,325.00

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Dennis A. Meloro | 1.00 | 1,025.00 | 1,025.00 |
| Wendy Cathers | 1.00 | 300.00 | 300.00 |
| Totals: | 2.00 | 662.50 | $      1,325.00 |

Invoice No.:      5252193                                                                        Page 4
Matter No.:       102171.014000

Description of Professional Services Rendered

TASK CODE:        824        PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/04/19 | Wendy Cathers | File Affidavit of Posting Notice of Patient Care Ombudsman's Second Report with Court. | 0.20 | 60.00 |
| 11/04/19 | Dennis A. Meloro | Review (.2), finalize (.2), file second ombudsman's report (.1). | 0.50 | 512.50 |
| 11/04/19 | Nancy A. Peterman | Revise ombudsman report. | 1.70 | 1,615.00 |

Total Hours:      2.40

Total Amount:     $ 2,187.50

TIMEKEEPER SUMMARY FOR TASK CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Dennis A. Meloro | 0.50 | 1,025.00 | 512.50 |
| Nancy A. Peterman | 1.70 | 950.00 | 1,615.00 |
| Wendy Cathers | 0.20 | 300.00 | 60.00 |
| Totals: | 2.40 | 911.46 | $  2,187.50 |

Invoice No.:      5252193                                                              Page  5
Matter No.:       102171.014000

<u>Description of Professional Services Rendered</u>

TASK CODE:        833          COURT HEARINGS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 11/06/19 | Dennis A. Meloro | Review amended 11/7 hearing agenda (.1); emails with S. Koenig and parties re: hearing (.2). | 0.30 | 307.50 |
| 11/21/19 | Dennis A. Meloro | Review 11/25 hearing agenda. | 0.10 | 102.50 |
| | | Total Hours: | 0.40 | |
| | | Total Amount: | | $ 410.00 |

<u>TIMEKEEPER SUMMARY FOR TASK CODE 833</u>,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.40 | 1,025.00 | 410.00 |
| Totals: | 0.40 | 1,025.00 | $      410.00 |

Invoice No.:      5252193                                                                                                  Page  6
Matter No.:      102171.014000

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Dennis A. Meloro | 2.30 | 1,025.00 | | 2,357.50 |
| Nancy A. Peterman | 1.70 | 950.00 | | 1,615.00 |
| Sara Hoffman | 3.50 | 720.00 | | 2,520.00 |
| Wendy Cathers | 1.20 | 300.00 | | 360.00 |
| Totals: | 8.70 | 787.64 | $ | 6,852.50 |

# EXHIBIT D2

**GT** GreenbergTraurig

Invoice No. :  5283183
File No.      :  102171.014000
Bill Date    :  January 27, 2020

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
300 Saunders Rd.
Suite 300
Riverwoods, IL  60015

Attn:  Suzanne Koenig

## <u>INVOICE</u>

Re:   Center City Healthcare, LLC d/b/a Hahnemann University Hospital

<u>Legal Services through December 31, 2019</u>:

|  |  |  |
|---|---|---|
| CASE ADMINISTRATION: | $ | 842.50 |
| FEE/EMPLOYMENT APPLICATIONS: | $ | 180.00 |
| PREPARATION/REVIEW REPORTS: | $ | 607.50 |
| COURT HEARINGS: | $ | 512.50 |
| SALE OF PROPERTY: | $ | 717.00 |
| Total Fees: | $ | 2,859.50 |

<u>Expenses</u>:

| Information and Research | | 6.60 |
|---|---|---|
| Total Expenses: | $ | 6.60 |
| **Current Invoice**: | **$** | **2,866.10** |

NAP:ML
Tax ID: 13-3613083

| Invoice No.: | 5283183 | Page 1 |
|---|---|---|
| Matter No.: | 102171.014000 | |

## Description of Professional Services Rendered:

TASK CODE:        804        CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/06/19 | Sara Hoffman | Review recent docket filings. | 0.30 | 216.00 |
| 12/13/19 | Dennis A. Meloro | Review notice of posting of 3rd ombudsman's report, prepare for filing. | 0.10 | 102.50 |
| 12/17/19 | Sara Hoffman | Review recent filings for applicability to PCO duties. | 0.20 | 144.00 |
| 12/17/19 | Nancy A. Peterman | Review and analysis of order to show case as to why case should not be converted (.20); telephone conference with S. Koenig re same (.20). | 0.40 | 380.00 |

Total Hours:        1.00

Total Amount:        $ 842.50

TIMEKEEPER SUMMARY FOR TASK CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.10 | 1,025.00 | 102.50 |
| Nancy A. Peterman | 0.40 | 950.00 | 380.00 |
| Sara Hoffman | 0.50 | 720.00 | 360.00 |
| Totals: | 1.00 | 842.50 | $      842.50 |

Invoice No.:      5283183                                                                   Page 2
Matter No.:      102171.014000

Description of Professional Services Rendered

TASK CODE:      813          FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/05/19 | Wendy Cathers | Prepare Certificate of No Objection to SAK's Third Monthly Fee Application. | 0.20 | 60.00 |
| 12/06/19 | Wendy Cathers | File Certificate of No Objection for SAK's Third Monthly Fee Application with Court. | 0.10 | 30.00 |
| 12/11/19 | Wendy Cathers | Prepare CNO to Greenberg Traurig's Fourth Monthly Fee Application (.2); file with Court (.1). | 0.30 | 90.00 |

Total Hours:      0.60

Total Amount:      $ 180.00

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Wendy Cathers | 0.60 | 300.00 | 180.00 |
| Totals: | 0.60 | 300.00 | $ 180.00 |

Invoice No.:     5283183                                                   Page 3
Matter No.:      102171.014000

Description of Professional Services Rendered

TASK CODE:        824         PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/13/19 | Wendy Cathers | Update Notice of Report (.2) and file Notice and Certificate of Service with Court (.4). | 0.60 | 180.00 |
| 12/13/19 | Dennis A. Meloro | Review notice of ombudsman's report (.1); emails re: same (.1). | 0.20 | 205.00 |
| 12/18/19 | Wendy Cathers | File Affidavit of Posting of Notice of Ombudsman report with Court. | 0.40 | 120.00 |
| 12/18/19 | Dennis A. Meloro | Review affidavit of posting of ombudsman's 3rd report. | 0.10 | 102.50 |

Total Hours:     1.30

Total Amount:     $ 607.50

TIMEKEEPER SUMMARY FOR TASK CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.30 | 1,025.00 | 307.50 |
| Wendy Cathers | 1.00 | 300.00 | 300.00 |
| Totals: | 1.30 | 467.31 | $     607.50 |

Invoice No.:       5283183                                                           Page  4
Matter No.:       102171.014000

Description of Professional Services Rendered

TASK CODE:          833          COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/16/19 | Dennis A. Meloro | Review 12/17 hearing agenda. | 0.10 | 102.50 |
| 12/16/19 | Dennis A. Meloro | Review Court's order to show cause re: conversion (.1); emails with N. Peterman, S. Koenig re: 12/17 hearing and order (.1). | 0.20 | 205.00 |
| 12/16/19 | Dennis A. Meloro | Review 12/17 hearing agenda. | 0.10 | 102.50 |
| 12/17/19 | Dennis A. Meloro | Review amended 12/17 hearing agenda and email to S. Koenig re: continuance of hearing on conversion order to show cause. | 0.10 | 102.50 |

Total Hours:       0.50

Total Amount:       $ 512.50

TIMEKEEPER SUMMARY FOR TASK CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.50 | 1,025.00 | 512.50 |
| Totals: | 0.50 | 1,025.00 | $       512.50 |

Invoice No.:      5283183                                                          Page  5
Matter No.:       102171.014000

Description of Professional Services Rendered


TASK CODE:          838          SALE OF PROPERTY


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/02/19 | Sara Hoffman | Review recent docket filings re: proposed settlement re: Tenet/Conifer and hospital sales. | 0.10 | 72.00 |
| 12/09/19 | Sara Hoffman | Review docket filings re: settlement with Tenet and Conifer. | 0.50 | 360.00 |
| 12/18/19 | Nancy A. Peterman | Review notice of sale closing (.10); exchange email with S. Koenig re same and termination of appointment (.10); exchange emails with UST re same (.10). | 0.30 | 285.00 |

Total Hours:        0.90

Total Amount:     $ 717.00


TIMEKEEPER SUMMARY FOR TASK CODE 838,

SALE OF PROPERTY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Nancy A. Peterman | 0.30 | 950.00 | 285.00 |
| Sara Hoffman | 0.60 | 720.00 | 432.00 |
| Totals: | 0.90 | 796.67 | $    717.00 |

Invoice No.:     5283183                                                      Page  6
Matter No.:     102171.014000

<u>Description of Professional Services Rendered</u>

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.90 | 1,025.00 | 922.50 |
| Nancy A. Peterman | 0.70 | 950.00 | 665.00 |
| Sara Hoffman | 1.10 | 720.00 | 792.00 |
| Wendy Cathers | 1.60 | 300.00 | 480.00 |
| Totals: | 4.30 | 665.00 | $   2,859.50 |

# GT GreenbergTraurig

Invoice No. :   5288406
File No.      :   102171.014000
Bill Date    :   February 4, 2020

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
300 Saunders Rd.
Suite 300
Riverwoods, IL  60015

Attn:  Suzanne Koenig

## <u>INVOICE</u>

Re:   Center City Healthcare, LLC d/b/a Hahnemann University Hospital

<u>Legal Services through January 31, 2020</u>:

|  |  |  |
|---|---|---|
| CASE ADMINISTRATION: | $ | 258.00 |
| FEE/EMPLOYMENT APPLICATIONS: | $ | 5,176.50 |
| PREPARATION/REVIEW REPORTS: | $ | 2,418.00 |
| Total Fees: | $ | 7,852.50 |

Expenses:

| | | |
|---|---|---|
| Information and Research | 0.60 | |
| Total Expenses: | $ | 0.60 |
| **Current Invoice**: | **$** | **7,853.10** |

NAP:ML
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

| Invoice No.: | 5288406 | Page 1 |
|---|---|---|
| Matter No.: | 102171.014000 | |

## Description of Professional Services Rendered:

TASK CODE:          804          CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/10/20 | Sara Hoffman | Review docket for relevant filings (note final PCO report filed 1/3/2020). | 0.30 | 258.00 |
| | | Total Hours: | 0.30 | |
| | | Total Amount: | | $ 258.00 |

TIMEKEEPER SUMMARY FOR TASK CODE 804,

　　　　CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sara Hoffman | 0.30 | 860.00 | 258.00 |
| Totals: | 0.30 | 860.00 | $      258.00 |

Invoice No.:    5288406                                                           Page  2
Matter No.:    102171.014000

Description of Professional Services Rendered


TASK CODE:      813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/28/20 | Danny Duerdoth | Draft GT final fee application. | 5.90 | 2,566.50 |
| 01/31/20 | Danny Duerdoth | Draft final fee applicaiton for SAK. | 6.00 | 2,610.00 |

Total Hours:    11.90

Total Amount:    $ 5,176.50


TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Danny Duerdoth | 11.90 | 435.00 | 5,176.50 |
| Totals: | 11.90 | 435.00 | $ 5,176.50 |

Invoice No.:     5288406                                                    Page 3
Matter No.:      102171.014000

<u>Description of Professional Services Rendered</u>

TASK CODE:        824        PREPARATION/REVIEW REPORTS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|------------|-------------|-------|--------|
| 01/02/20 | Nancy A. Peterman | Revise ombudsman report. | 1.50 | 1,725.00 |
| 01/03/20 | Wendy Cathers | File Ombudsman's Final report. | 0.20 | 63.00 |
| 01/03/20 | Carla Greenberg | Revise SAK's final ombudsman's report. | 2.00 | 300.00 |
| 01/03/20 | Dennis A. Meloro | Review final ombudsman's report to prepare for filing. | 0.30 | 330.00 |

Total Hours:     4.00

Total Amount:     $ 2,418.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE 824</u>,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|------|------|------|------|
| Dennis A. Meloro | 0.30 | 1,100.00 | 330.00 |
| Nancy A. Peterman | 1.50 | 1,150.00 | 1,725.00 |
| Wendy Cathers | 0.20 | 315.00 | 63.00 |
| Carla Greenberg | 2.00 | 150.00 | 300.00 |
| Totals: | 4.00 | 604.50 | $     2,418.00 |

Invoice No.:     5288406                                                               Page  4
Matter No.:      102171.014000

<u>Description of Professional Services Rendered</u>

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.30 | 1,100.00 | 330.00 |
| Nancy A. Peterman | 1.50 | 1,150.00 | 1,725.00 |
| Danny Duerdoth | 11.90 | 435.00 | 5,176.50 |
| Sara Hoffman | 0.30 | 860.00 | 258.00 |
| Wendy Cathers | 0.20 | 315.00 | 63.00 |
| Carla Greenberg | 2.00 | 150.00 | 300.00 |
| Totals: | 16.20 | 484.72 | $    7,852.50 |

# EXHIBIT E1

Invoice No.:    5252193
Re:    Center City Healthcare, LLC d/b/a Hahnemann University Hospital
Matter No.:    102171.014000

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 08/02/19 | Search Criteria: (None);   Document Type: Pacer Research Charges for August 2019 | $ | 2.10 |
| 08/14/19 | Search Criteria: (None);   Document Type: Pacer Research Charges for August 2019 | $ | 0.80 |
| 08/16/19 | Search Criteria: (None);   Document Type: Pacer Research Charges for August 2019 | $ | 0.60 |
| 09/04/19 | Search Criteria: (None);   Document Type: Pacer Research Charges for September 2019 | $ | 3.00 |
| 09/12/19 | Search Criteria: (None);   Document Type: Pacer Research Charges for September 2019 | $ | 3.00 |
| 10/21/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL088104 DATE: 10/21/2019  Customer ID: DEC0038 Order No. WL088104 Mailout Services | $ | 87.60 |
| 10/21/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL088104 DATE: 10/21/2019  Customer ID: DEC0038 Order No. WL088104 Mailout Services | $ | 11.60 |
| 10/30/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL088321 DATE: 10/30/2019  Customer ID: DEC0038 Order No. WL088321 - Mailout Services; Draft & E-file AOS | $ | 78.00 |
| 10/30/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL088321 DATE: 10/30/2019  Customer ID: DEC0038 Order No. WL088321 - Mailout Services; Draft & E-file AOS | $ | 10.40 |
| 11/19/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL088689 DATE: 11/19/2019  Customer ID: DEC0038 Order No. WL088689 Digital Printing B/W-PDFs, Mailout Services, Draft & E-file AOS | $ | 78.00 |
| 11/19/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL088689 DATE: 11/19/2019  Customer ID: DEC0038 Order No. WL088689 Digital Printing B/W-PDFs, Mailout Services, Draft & E-file AOS | $ | 9.20 |
| | Total Expenses: | $ | 284.30 |

# EXHIBIT E2

Invoice No.:     5283183
Re:              Center City Healthcare, LLC d/b/a Hahnemann University Hospital
Matter No.:      102171.014000

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/03/19 | Search Criteria: (None);  Document Type: Pacer Research Charges for October 2019 | $ | 0.50 |
| 10/09/19 | Search Criteria: (None);  Document Type: Pacer Research Charges for October 2019 | $ | 3.00 |
| 10/16/19 | Search Criteria: (None);  Document Type: Pacer Research Charges for October 2019 | $ | 3.10 |
| | Total Expenses: | $ | 6.60 |

Invoice No.:     5288406                                                           Page  5
Re:              Center City Healthcare, LLC d/b/a Hahnemann University Hospital
Matter No.:      102171.014000

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/01/19 | Search Criteria: (None);  Document Type: Pacer Research Charges for November 2019 | $ | 0.30 |
| 11/06/19 | Search Criteria: (None);  Document Type: Pacer Research Charges for November 2019 | $ | 0.30 |
| | | Total Expenses: $ | 0.60 |