**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: April 30, 2020 at 4:00 p.m. (ET)** |
| | ) |

**REPORT BY EISNERAMPER LLP OF
COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
PERIOD OF MARCH 1, 2020 THROUGH MARCH 31, 2020**

Exhibit A:   STC OpCo, LLC - Transition Services Summary of Hours by Professionals
         Transition Services Itemized Expenses

Exhibit B:   CRO Summary of Hours by Professional
         CRO Itemized Expenses

Exhibit C:   Non-Transition Services Summary of Compensation by Project Category
         Summary of Hours by Professionals
         Summary Description of Services Provided
         Non-Transition Services Itemized Expenses

     EisnerAmper LLP ("**EisnerAmper**") hereby submits this Ninth Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period March 1, 2020 through March 31, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $405,820.05. EisnerAmper incurred $34,181.57 in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

**Fees and Expense Schedule (3/1/2020-3/31/2020)**

| Services | Fees | Expenses | Total |
|---|---|---|---|
| STC Opco, LLC- Transaction Services | $ 237,600.00 | $ 33,136.16 | $ 270,736.16 |
| CRO Services | 121,000.00 | 323.24 | 121,323.24 |
| Non- Transaction Services | 47,220.05 | 722.17 | 47,942.22 |
| **Total** | **$ 405,820.05** | **$ 34,181.57** | **$ 440,001.62** |

# EXHIBIT A

**STC OpCo-Transition Services - Summary of Hours by Professional and Itemized Expenses**

| Philadelphia Academic Health System, LLC | | INVOICE | |
|---|---|---|---|
| | | **Invoice #** | **Date** |
| | | TSA - 003 | 4/7/2020 |
| **Bill to:** | | | |
| STC OpCo, LLC | | | |
| **Description** | | | **Amount** |
| Monthly EisnerAmper Transition Services - March (03/1/2020 - 03/31/2020) | | $ | 237,600.00 |
| EisnerAmper Administration and Technology Fee - March 2020 | | | 9,504.00 |
| EisnerAmper Direct Expenses - March 2020 | | | 23,632.16 |
| | | | |
| | Total | $ | 270,736.16 |
| | *Thank you for your payment!* | | |
| <u>Please Remit Funing to:</u> | | | |
| | Payee:  Philadelphia Academic Health System, LLC | | |
| | Bank:  Wells Fargo Bank, NA | | |
| | ABA Routing #: 121000248 | | |
| | Bank Account #: 4127916021 | | |

5

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**March 1, 2020 through March 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEES** |
|---|---|---|---|---|
| Ronald Dreskin, CPA | Partner | 176.0 | $ 650.00 | $ 114,400.00 |
| Dion Oglesby | Director | 310.5 | 540.00 | 167,670.00 |
| Solomon Torres | Manager | 264.5 | 320.00 | 84,640.00 |
| **TOTAL HOURS AND FEES** | | | | 366,710.00 |
| **LESS: VOLUNTARY REDUCTION RELATING TO MIDMONTH CAP** | | | | (129,110.00) |
| **GRAND TOTAL** | | 751.0 | $ 316.38 | $237,600.00 |

\* Rates change annually effective August 1st.
\*\*Fee amount is included in the bill to STC Opco, LLC

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 03/01/2020 | Oglesby, Dion | Airline,RR,etc | $ 202.00 | Train ticket to client location PHL |
| 03/05/2020 | Oglesby, Dion | Airline,RR,etc | 202.00 | Train ticket from client to NYC |
| 03/06/2020 | Oglesby, Dion | Airline,RR,etc | 202.00 | Train ticket from client to NYC |
| 03/08/2020 | Oglesby, Dion | Airline,RR,etc | 202.00 | Train ticket to client location PHL |
| 03/13/2020 | Oglesby, Dion | Airline,RR,etc | 115.00 | Train ticket to client location PHL |
| 03/16/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train ticket from client to NYC |
| 03/17/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train ticket from client to NYC |
| 03/18/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train ticket from client to NYC |
| 03/19/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train ticket from client to NYC |
| 03/23/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train ticket from client to NYC |
| 03/24/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train ticket from client to NYC |
| 03/25/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train ticket from client to NYC |
| | | **Airline,RR,etc Total** | **1,384.00** | |
| 03/01/2020 | Oglesby, Dion | Hotel | 26.02 | Hotel stay for client in Philadelphia |
| 03/01/2020 | Oglesby, Dion | Hotel | 159.00 | Hotel stay for client in Philadelphia |
| 03/02/2020 | Oglesby, Dion | Hotel | 45.67 | Hotel stay for client in Philadelphia |
| 03/02/2020 | Oglesby, Dion | Hotel | 279.00 | Hotel stay for client in Philadelphia |
| 03/03/2020 | Oglesby, Dion | Hotel | 53.85 | Hotel stay for client in Philadelphia |
| 03/03/2020 | Oglesby, Dion | Hotel | 329.00 | Hotel stay for client in Philadelphia |
| 03/04/2020 | Oglesby, Dion | Hotel | 53.85 | Hotel stay for client in Philadelphia |
| 03/04/2020 | Oglesby, Dion | Hotel | 329.00 | Hotel stay for client in Philadelphia |
| 03/08/2020 | Oglesby, Dion | Hotel | 31.91 | Hotel stay for client in Philadelphia |
| 03/08/2020 | Oglesby, Dion | Hotel | 195.00 | Hotel stay for client in Philadelphia |
| 03/09/2020 | Oglesby, Dion | Hotel | 39.94 | Hotel stay for client in Philadelphia |
| 03/09/2020 | Oglesby, Dion | Hotel | 244.00 | Hotel stay for client in Philadelphia |
| 03/10/2020 | Oglesby, Dion | Hotel | 39.94 | Hotel stay for client in Philadelphia |
| 03/10/2020 | Oglesby, Dion | Hotel | 244.00 | Hotel stay for client in Philadelphia |
| 03/11/2020 | Oglesby, Dion | Hotel | 38.30 | Hotel stay for client in Philadelphia |
| 03/11/2020 | Oglesby, Dion | Hotel | 234.00 | Hotel stay for client in Philadelphia |
| 03/29/2020 | Torres, Solomon | Hotel | 4,020.00 | Hotel |
| 03/31/2020 | Dreskin, Ronald | Hotel | 7,218.40 | Hotel |
| | | **Hotel Total** | **13,580.88** | |
| 02/27/2020 | Dreskin, Ronald | Local Fares | 26.38 | Uber |
| 03/01/2020 | Oglesby, Dion | Local Fares | 10.20 | Taxi to hotel in Philadelphia |
| 03/02/2020 | Oglesby, Dion | Local Fares | 17.70 | Lyft to client location in Philadelphia |
| 03/03/2020 | Dreskin, Ronald | Local Fares | 22.19 | Uber |
| 03/03/2020 | Dreskin, Ronald | Local Fares | 25.90 | Uber |
| 03/03/2020 | Oglesby, Dion | Local Fares | 16.03 | Lyft from client location in Philadelphia |
| 03/03/2020 | Oglesby, Dion | Local Fares | 17.53 | Lyft from client location in Philadelphia |
| 03/04/2020 | Dreskin, Ronald | Local Fares | 10.79 | Uber |
| 03/04/2020 | Dreskin, Ronald | Local Fares | 25.87 | Uber |
| 03/04/2020 | Torres, Solomon | Local Fares | 33.23 | Taxi |
| 03/04/2020 | Oglesby, Dion | Local Fares | 16.96 | Lyft to client location in Philadelphia |
| 03/04/2020 | Oglesby, Dion | Local Fares | 16.86 | Lyft from client location in Philadelphia |
| 03/05/2020 | Dreskin, Ronald | Local Fares | 38.60 | Uber |
| 03/05/2020 | Dreskin, Ronald | Local Fares | 28.32 | Uber |
| 03/05/2020 | Torres, Solomon | Local Fares | 30.66 | Taxi |
| 03/05/2020 | Oglesby, Dion | Local Fares | 16.00 | Lyft to client location in Philadelphia |
| 03/05/2020 | Oglesby, Dion | Local Fares | 19.56 | Lyft from client location in Philadelphia |
| 03/06/2020 | Oglesby, Dion | Local Fares | 19.26 | Lyft to client location in Philadelphia |
| 03/06/2020 | Oglesby, Dion | Local Fares | 23.45 | Lyft from client location in Philadelphia |
| 03/08/2020 | Oglesby, Dion | Local Fares | 9.69 | Taxi from train station to hotel in Philadelphia |
| 03/09/2020 | Dreskin, Ronald | Local Fares | 20.64 | Uber |
| 03/09/2020 | Torres, Solomon | Local Fares | 35.45 | Taxi |
| 03/09/2020 | Oglesby, Dion | Local Fares | 18.05 | Lyft from client location in Philadelphia |
| 03/09/2020 | Oglesby, Dion | Local Fares | 21.49 | Lyft to client location in Philadelphia |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 03/10/2020 | Torres, Solomon | Local Fares | 41.77 | Taxi |
| 03/10/2020 | Oglesby, Dion | Local Fares | 20.10 | Lyft from client location in Philadelphia |
| 03/10/2020 | Oglesby, Dion | Local Fares | 17.64 | Lyft to client location in Philadelphia |
| 03/11/2020 | Dreskin, Ronald | Local Fares | 105.00 | Taxi |
| 03/11/2020 | Dreskin, Ronald | Local Fares | 8.63 | Uber |
| 03/11/2020 | Torres, Solomon | Local Fares | 34.50 | Taxi |
| 03/11/2020 | Oglesby, Dion | Local Fares | 17.51 | Lyft to client location in Philadelphia |
| 03/11/2020 | Oglesby, Dion | Local Fares | 16.64 | Lyft from client location in Philadelphia |
| 03/12/2020 | Oglesby, Dion | Local Fares | 17.02 | Lyft to client location in Philadelphia |
| 03/12/2020 | Oglesby, Dion | Local Fares | 18.97 | Lyft from client location in Philadelphia |
| 03/13/2020 | Torres, Solomon | Local Fares | 18.34 | Taxi |
| 03/13/2020 | Oglesby, Dion | Local Fares | 19.58 | Lyft to client location in Philadelphia |
| 03/13/2020 | Oglesby, Dion | Local Fares | 19.29 | Lyft from client location in Philadelphia |
| 03/14/2020 | Torres, Solomon | Local Fares | 17.31 | Taxi |
| 03/16/2020 | Torres, Solomon | Local Fares | 16.42 | Taxi |
| 03/16/2020 | Oglesby, Dion | Local Fares | 20.69 | Lyft from client location in Philadelphia |
| 03/16/2020 | Oglesby, Dion | Local Fares | 24.01 | Lyft to client location in Philadelphia |
| 03/17/2020 | Torres, Solomon | Local Fares | 35.48 | Taxi |
| 03/17/2020 | Oglesby, Dion | Local Fares | 21.20 | Lyft from client location in Philadelphia |
| 03/17/2020 | Oglesby, Dion | Local Fares | 19.75 | Lyft to client location in Philadelphia |
| 03/18/2020 | Torres, Solomon | Local Fares | 39.77 | Taxi |
| 03/18/2020 | Oglesby, Dion | Local Fares | 23.11 | Lyft to client location in Philadelphia |
| 03/19/2020 | Torres, Solomon | Local Fares | 18.84 | Taxi |
| 03/19/2020 | Oglesby, Dion | Local Fares | 23.93 | Lyft to client location in Philadelphia |
| 03/19/2020 | Oglesby, Dion | Local Fares | 16.38 | Lyft from client location in Philadelphia |
| 03/20/2020 | Dreskin, Ronald | Local Fares | 18.99 | Conferences Uber |
| 03/20/2020 | Torres, Solomon | Local Fares | 43.00 | Taxi |
| 03/21/2020 | Dreskin, Ronald | Local Fares | 18.99 | Conferences Uber |
| 03/23/2020 | Torres, Solomon | Local Fares | 18.94 | Taxi |
| 03/23/2020 | Oglesby, Dion | Local Fares | 22.78 | Lyft to client location in Philadelphia |
| 03/23/2020 | Oglesby, Dion | Local Fares | 21.26 | Lyft from client location in Philadelphia |
| 03/24/2020 | Torres, Solomon | Local Fares | 39.52 | Taxi |
| 03/24/2020 | Oglesby, Dion | Local Fares | 21.48 | Lyft from client location in Philadelphia |
| 03/24/2020 | Oglesby, Dion | Local Fares | 23.62 | Lyft to client location in Philadelphia |
| 03/25/2020 | Torres, Solomon | Local Fares | 40.76 | Taxi |
| 03/25/2020 | Oglesby, Dion | Local Fares | 20.46 | Lyft from client location in Philadelphia |
| 03/25/2020 | Oglesby, Dion | Local Fares | 22.29 | Lyft to client location in Philadelphia |
| 03/26/2020 | Torres, Solomon | Local Fares | 39.34 | Taxi |
| 03/27/2020 | Torres, Solomon | Local Fares | 39.52 | Taxi |
| 03/31/2020 | Torres, Solomon | Local Fares | 40.36 | Taxi |
| | | **Local Fares Total** | **1,584.00** | |
| 02/20/2020 | Dreskin, Ronald | Meals | 57.52 | Dinner |
| 03/01/2020 | Torres, Solomon | Meals | 74.69 | Meals |
| 03/02/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 03/02/2020 | Oglesby, Dion | Meals | 5.58 | Breakfast in client cafeteria in Philadelphia |
| 03/02/2020 | Oglesby, Dion | Meals | 152.72 | Meals Dinner with business referral |
| 03/03/2020 | Torres, Solomon | Meals | 95.14 | Meals |
| 03/03/2020 | Torres, Solomon | Meals | 49.54 | Meals |
| 03/03/2020 | Oglesby, Dion | Meals | 12.64 | Dinner while in Philadelphia for client |
| 03/03/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |
| 03/03/2020 | Oglesby, Dion | Meals | 5.28 | Lunch in client cafeteria in Philadelphia |
| 03/04/2020 | Dreskin, Ronald | Meals | 6.47 | Meals lunch |
| 03/04/2020 | Oglesby, Dion | Meals | 12.64 | Dinner while in Philadelphia for client |
| 03/04/2020 | Oglesby, Dion | Meals | 5.04 | Breakfast in client cafeteria in Philadelphia |
| 03/04/2020 | Oglesby, Dion | Meals | 7.43 | Lunch in client cafeteria in Philadelphia |
| 03/05/2020 | Torres, Solomon | Meals | 76.24 | Meals |
| 03/05/2020 | Oglesby, Dion | Meals | 3.33 | Lunch in client cafeteria in Philadelphia |
| 03/05/2020 | Oglesby, Dion | Meals | 4.51 | Breakfast in client cafeteria in Philadelphia |
| 03/06/2020 | Torres, Solomon | Meals | 8.00 | Meals |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 03/06/2020 | Oglesby, Dion | Meals | 8.02 | Breakfast in client cafeteria in Philadelphia |
| 03/08/2020 | Oglesby, Dion | Meals | 12.64 | Dinner while in Philadelphia for client |
| 03/09/2020 | Dreskin, Ronald | Meals | 6.13 | Meals lunch |
| 03/09/2020 | Torres, Solomon | Meals | 234.70 | Meals |
| 03/09/2020 | Oglesby, Dion | Meals | 12.64 | Dinner while in Philadelphia for client |
| 03/09/2020 | Oglesby, Dion | Meals | 7.70 | Lunch in client cafeteria in Philadelphia |
| 03/09/2020 | Oglesby, Dion | Meals | 3.33 | Breakfast in client cafeteria in Philadelphia |
| 03/10/2020 | Dreskin, Ronald | Meals | 108.75 | Meals dinner |
| 03/10/2020 | Dreskin, Ronald | Meals | 34.30 | Meals lunch |
| 03/10/2020 | Torres, Solomon | Meals | 343.66 | Meals |
| 03/10/2020 | Oglesby, Dion | Meals | 12.64 | Dinner while in Philadelphia for client |
| 03/10/2020 | Oglesby, Dion | Meals | 4.51 | Breakfast in client cafeteria in Philadelphia |
| 03/10/2020 | Oglesby, Dion | Meals | 6.60 | Lunch in client cafeteria in Philadelphia |
| 03/11/2020 | Dreskin, Ronald | Meals | 20.68 | Meals lunch |
| 03/11/2020 | Torres, Solomon | Meals | 115.82 | Meals |
| 03/11/2020 | Oglesby, Dion | Meals | 5.79 | Lunch in client cafeteria in Philadelphia |
| 03/12/2020 | Torres, Solomon | Meals | 252.44 | Meals |
| 03/12/2020 | Oglesby, Dion | Meals | 4.51 | Breakfast in client cafeteria in Philadelphia |
| 03/13/2020 | Torres, Solomon | Meals | 149.38 | Meals |
| 03/13/2020 | Oglesby, Dion | Meals | 3.76 | Breakfast in client cafeteria in Philadelphia |
| 03/14/2020 | Torres, Solomon | Meals | 99.93 | Meals |
| 03/15/2020 | Torres, Solomon | Meals | 77.80 | Meals |
| 03/16/2020 | Dreskin, Ronald | Meals | 15.09 | Lunch |
| 03/16/2020 | Dreskin, Ronald | Meals | 76.64 | Dinner |
| 03/16/2020 | Torres, Solomon | Meals | 36.65 | Meals |
| 03/16/2020 | Oglesby, Dion | Meals | 6.57 | Breakfast in client cafeteria in Philadelphia |
| 03/16/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |
| 03/17/2020 | Dreskin, Ronald | Meals | 5.57 | Conferences snacks |
| 03/17/2020 | Dreskin, Ronald | Meals | 32.09 | Groceries |
| 03/17/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 03/17/2020 | Oglesby, Dion | Meals | 5.70 | Conferences breakfast |
| 03/17/2020 | Oglesby, Dion | Meals | 7.10 | Lunch in client cafeteria in Philadelphia |
| 03/18/2020 | Dreskin, Ronald | Meals | 38.33 | Lunch |
| 03/18/2020 | Torres, Solomon | Meals | 46.09 | Meals |
| 03/18/2020 | Oglesby, Dion | Meals | 5.70 | Breakfast in client cafeteria in Philadelphia |
| 03/18/2020 | Oglesby, Dion | Meals | 6.57 | Lunch in client cafeteria in Philadelphia |
| 03/19/2020 | Dreskin, Ronald | Meals | 8.62 | Lunch |
| 03/19/2020 | Torres, Solomon | Meals | 91.85 | Meals |
| 03/19/2020 | Oglesby, Dion | Meals | 5.04 | Breakfast in client cafeteria in Philadelphia |
| 03/19/2020 | Oglesby, Dion | Meals | 4.31 | Lunch in client cafeteria in Philadelphia |
| 03/20/2020 | Torres, Solomon | Meals | 37.82 | Meals |
| 03/21/2020 | Dreskin, Ronald | Meals | 79.40 | Groceries |
| 03/22/2020 | Dreskin, Ronald | Meals | 102.65 | Groceries |
| 03/23/2020 | Dreskin, Ronald | Meals | 60.25 | Groceries |
| 03/23/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 03/23/2020 | Oglesby, Dion | Meals | 5.70 | Lunch in client cafeteria in Philadelphia |
| 03/24/2020 | Dreskin, Ronald | Meals | 79.40 | Groceries |
| 03/24/2020 | Torres, Solomon | Meals | 26.76 | Meals |
| 03/25/2020 | Dreskin, Ronald | Meals | 85.87 | Groceries |
| 03/25/2020 | Dreskin, Ronald | Meals | 122.36 | Groceries |
| 03/25/2020 | Torres, Solomon | Meals | 92.99 | Meals |
| 03/25/2020 | Oglesby, Dion | Meals | 5.90 | Breakfast in client cafeteria in Philadelphia |
| 03/25/2020 | Oglesby, Dion | Meals | 5.49 | Lunch in client cafeteria in Philadelphia |
| 03/26/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 03/27/2020 | Torres, Solomon | Meals | 71.15 | Meals |
| 03/29/2020 | Dreskin, Ronald | Meals | 52.26 | Groceries |
| 03/29/2020 | Dreskin, Ronald | Meals | 74.92 | Dinner |
| 03/30/2020 | Torres, Solomon | Meals | 16.48 | Meals |
| 03/31/2020 | Torres, Solomon | Meals | 63.97 | Meals |
| | | **Meals Total** | **3,518.17** | |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---:|---|
| 02/17/2020 | Dreskin, Ronald | Mileage | 155.44 | Mileage roundtrip to Philadelphia |
| 02/24/2020 | Dreskin, Ronald | Mileage | 155.44 | Mileage roundtrip to Philadelphia |
| 03/01/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 03/02/2020 | Dreskin, Ronald | Mileage | 155.44 | Mileage roundtrip to Philadelphia |
| 03/03/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 03/06/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 03/08/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 03/09/2020 | Dreskin, Ronald | Mileage | 155.44 | Mileage roundtrip to Philadelphia |
| 03/14/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 03/15/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 03/16/2020 | Dreskin, Ronald | Mileage | 155.44 | Mileage roundtrip to Philadelphia |
| 03/17/2020 | Torres, Solomon | Mileage | 10.79 | Mileage |
| 03/21/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 03/22/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 03/28/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 03/29/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| | | **Mileage Total** | **1,553.59** | |
| 02/04/2020 | Dreskin, Ronald | Parking/Tolls | 140.00 | Parking |
| 02/28/2020 | Dreskin, Ronald | Parking/Tolls | 156.00 | Parking |
| 03/01/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 03/01/2020 | Torres, Solomon | Parking/Tolls | 315.00 | Monthly Parking |
| 03/03/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 03/06/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 03/07/2020 | Dreskin, Ronald | Parking/Tolls | 175.00 | Parking |
| 03/08/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 03/13/2020 | Dreskin, Ronald | Parking/Tolls | 35.00 | Parking |
| 03/14/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 03/15/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 03/17/2020 | Dreskin, Ronald | Parking/Tolls | 35.00 | Parking |
| 03/18/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking |
| 03/19/2020 | Dreskin, Ronald | Parking/Tolls | 35.00 | Parking |
| 03/20/2020 | Dreskin, Ronald | Parking/Tolls | 35.00 | Parking |
| 03/21/2020 | Dreskin, Ronald | Parking/Tolls | 24.00 | Parking |
| 03/21/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 03/22/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 03/23/2020 | Dreskin, Ronald | Parking/Tolls | 105.00 | Parking |
| 03/24/2020 | Dreskin, Ronald | Parking/Tolls | 35.00 | Parking |
| 03/26/2020 | Dreskin, Ronald | Parking/Tolls | 70.00 | Parking |
| 03/28/2020 | Dreskin, Ronald | Parking/Tolls | 70.00 | Parking |
| 03/28/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 03/29/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| | | **Parking/Tolls Total** | **1,606.50** | |
| 03/17/2020 | Dreskin, Ronald | Supplies | 5.00 | Supplies |
| 03/20/2020 | Dreskin, Ronald | Supplies | 131.01 | Supplies |
| 03/21/2020 | Dreskin, Ronald | Supplies | 6.14 | Supplies |
| 03/22/2020 | Dreskin, Ronald | Supplies | 12.99 | Supplies |
| 03/25/2020 | Dreskin, Ronald | Supplies | 65.88 | Supplies |
| 03/28/2020 | Dreskin, Ronald | Supplies | 155.00 | Supplies |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 03/28/2020 | Dreskin, Ronald | Supplies | 29.00 | Supplies |
| | | **Supplies Total** | **405.02** | |
| | | **Grand Total** | **$ 23,632.16** | |

| Expense | Amount |
|---|---|
| **Airline,RR,etc Total** | 1,384.00 |
| **Hotel Total** | 13,580.88 |
| **Local Fares Total** | 1,584.00 |
| **Meals Total** | 3,518.17 |
| **Grand Total** | **$ 23,632.16** |

# **EXHIBIT B**

**CRO Summary of Hours by Professional
and CRO Itemized Expenses**

Exhibit B

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**March 1, 2020 through March 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 191.7 | $ 640.00 | $ 122,688.00 |
| **TOTAL HOURS AND FEES** | | | | 122,688.00 |
| **LESS: VOLUNTARY REDUCTION RELATING TO WEEKLY CAP (4 WEEKS)** | | | | (1,688.00) |
| **GRAND TOTAL** | | 191.7 | $ 631.19 | $121,000.00 |

\* Rates change annually effective August 1st.

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 03/02/2020 | Wilen, Allen | Meals | $ 64.08 | Client Meal |
| | | **Meals Total** | **64.08** | |
| 03/31/2020 | Wilen, Allen | Mileage | 204.16 | Monthly Mileage Client Visits |
| | | **Mileage Total** | **204.16** | |
| 03/31/2020 | Wilen, Allen | Parking/Tolls | 55.00 | Monthly Parking/Tolls Client Visit |
| | | **Parking/Tolls Total** | **55.00** | |
| | | **Grand Total** | **$ 323.24** | |

# EXHIBIT C

**Non-Transition Services Summary of Compensation by Project Category, Summary of Hours by Professionals and Itemized Expenses**

Exhibit C  Case 19-11466-MFW    Doc 1592    Filed 04/20/20    Page 15 of 17

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**March 1, 2020 through March 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony Calascibetta, CPA/CFF, CTP | Partner | 1.7 | $ 570.00 | $ 969.00 |
| Jay Lindenberg, CPA, CFF, CIRA | Director | 1.1 | 540.00 | 594.00 |
| Steven Bisciello | Director | 2.5 | 540.00 | 1,350.00 |
| Sheldon Orlov, CPA | Director | 2.0 | 540.00 | 1,080.00 |
| Andrew Still, CFE | Manager | 126.0 | 320.00 | 40,320.00 |
| Amy Fitzgerald, CPA | Staff II | 15.4 | 295.00 | 4,543.00 |
| Robert Champion, Jr. | Staff II | 7.5 | 295.00 | 2,212.50 |
| Helen Boateng | Staff II | 12.0 | 280.00 | 3,360.00 |
| Henry Vargas, CPA | Staff II | 3.9 | 255.00 | 994.50 |
| DelMarie Velazquez | Paraprofessional | 1.0 | 130.00 | 130.00 |
| **TOTAL HOURS AND FEES** | | | | 55,553.00 |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | (8,332.95) |
| **GRAND TOTAL** | | 173.1 | $ 272.79 | $47,220.05 |

* Rates change annually effective August 1st.

| Professional | Sum of Hours |
|---|---:|
| **Amy Fitzgerald** | **15.4** |
| Preferences | 15.4 |
| **Andrew Still** | **126** |
| Consulting | 126 |
| **Anthony Calascibetta** | **1.7** |
| Business Operations | 1.1 |
| Preferences | 0.6 |
| **DelMarie Velazquez** | **1.0** |
| Fee Application | 1.0 |
| **Helen Boateng** | **12.0** |
| Business Operations | 6.0 |
| Consulting | 6.0 |
| **Henry Vargas** | **3.9** |
| Business Operations | 0.5 |
| Preferences | 3.4 |
| **Jay Lindenberg** | **1.1** |
| Preferences | 1.1 |
| **Robert Champion Jr.** | **7.5** |
| Consulting | 7.5 |
| **Sheldon Orlov** | **2.0** |
| Consulting | 2.0 |
| **Steven Bisciello** | **2.5** |
| Consulting | 2.5 |
| **Grand Total** | **173.1** |

Exhibit C   Case 19-11466-MFW    Doc 1592    Filed 04/20/20    Page 17 of 17

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---:|---|
| 03/04/2020 | Boateng, Helen | Airline,RR,etc | $ 176.00 | Airline,RR,etc Travel |
| 03/05/2020 | Boateng, Helen | Airline,RR,etc | 61.00 | Airline,RR,etc Travel |
| 03/08/2020 | Boateng, Helen | Airline,RR,etc | 156.00 | Airline,RR,etc Travel |
| 03/10/2020 | Boateng, Helen | Airline,RR,etc | 153.00 | Airline,RR,etc Travel |
| | | **Airline,RR,etc Total** | **546.00** | |
| 03/05/2020 | Boateng, Helen | Local Fares | 17.10 | Local Fares travel |
| 03/05/2020 | Boateng, Helen | Local Fares | 18.48 | Local Fares travel |
| 03/05/2020 | Boateng, Helen | Local Fares | 55.81 | Local Fares travel |
| 03/10/2020 | Boateng, Helen | Local Fares | 8.07 | Local Fares Travel |
| 03/10/2020 | Boateng, Helen | Local Fares | 16.71 | Local Fares travel |
| | | **Local Fares Total** | **116.17** | |
| 03/10/2020 | Boateng, Helen | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Travel |
| | | **Per Diem Out Of Town Total** | **60.00** | |
| | | **Grand Total** | **$ 722.17** | |