## Exhibit A

**Third OCP Quarterly Statement**

## Third OCP Quarterly Statement

### For the Period January 1, 2020 through March 31, 2020

| Professional Name | Compensation & Expenses Paid (1/1/2020-1/31/2020) | Compensation & Expenses Paid (2/1/2020-2/29/2020) | Compensation & Expenses Paid (3/1/2020-3/31/2020) | Aggregate Compensation & Expenses Paid to Date | Description of Services |
|---|---|---|---|---|---|
| 50 Words, LLC | $0.00 | $0.00 | $0.00 | $236,673.00 | Provides crisis communication services. |
| Baratz & Associates, P.A. | $22,775.50 | $0.00 | $0.00 | $22,775.50 | Provides consulting evaluation and valuation services relating to arrangements with healthcare providers. |
| Bellevue Communications | $0.00 | $0.00 | $0.00 | $75,000.00 | Provides public relations services. |
| Connolly Gallagher LLP | $0.00 | $0.00 | $3,111.64 | $9,270.69 | Provides local counsel litigation services in matters involving Tenet/Conifer. |
| Conrad O'Brien PC | $0.00 | $14,167.27 | $0.00 | $16054.77 | Provides litigation services in matters involving Tenet/Conifer, adjustment claims and other matters. |
| Eckert Seamans Cherin & Mellott, LLC | $36,306.39 | $0.00 | $26,259.05 | $94,375.53 | Provides labor and employment counsel. |
| Germaine Solutions | $0.00 | $0.00 | $0.00 | $0.00 | Provides graduate medical education consulting services. |
| Health Sciences Law Group LLP | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to orphaning and medical staff matters. |

36869618.1 04/21/2020

| Professional Name | Compensation & Expenses Paid (1/1/2020-1/31/2020) | Compensation & Expenses Paid (2/1/2020-2/29/2020) | Compensation & Expenses Paid (3/1/2020-3/31/2020) | Aggregate Compensation & Expenses Paid to Date | Description of Services |
|---|---|---|---|---|---|
| Jackson Lewis P.C. | $14,658.00 | $0.00 | $5,295.00 | $19,953.00 | Provides litigation services in matters involving government agency claims. |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to workers' compensation claims. |
| Obermayer Rebmann Maxwell & Hippel LLP | $0.00 | $0.00 | $0.00 | $3,000.00 | Provides litigation services in matters involving Drexel University, medical malpractice matters and other matters. |
| Reed Smith LLP | $945.00 | $0.00 | $0.00 | $3,360.00 | Provides legal services relating to antitrust matters. |
| Robinson Kirlew & Associates | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to immigration matters. |
| Salem & Green P.C. | $6,211.50 | $0.00 | $0.00 | $6,211.50 | Provides legal services relating to Medicare matters and matters related to the transfer of residency programs. |
| Suzanne Pritchard, Esq. | $0.00 | $0.00 | $0.00 | $2,320.00 | Provides legal services relating to guardianship matters. |

36869618.1 04/21/2020