**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) Related to Docket Nos. 1081, 1137, 1326, 1328, 1329 |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED**
**FORM OF ORDER APPROVING STIPULATION RESOLVING**
**CONTESTED MATTERS WITH ACHINTYA MOULICK, MD**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby certifies that:

1. On December 3, 2019, the *Motion of Achintya Moulick, MD for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b)* [D.I. 1081] (the "**Administrative Claim Motion**") was filed with the Court by Achintya Moulick, MD ("**Dr. Moulick**").

2. Pursuant to the notice of the Administrative Claim Motion, responses to the motion were due to be filed by December 17, 2019 at 4:00 p.m. (EST), which deadline was extended for the Debtors and the Official Committee of Unsecured Creditors (the "**Committee**") to January 16, 2020 (the "**Objection Deadline**").

3. Prior the Objection Deadline, the Debtors filed the *Debtors' Objection to Motion of Achintya Moulick, MD for Allowance and Payment of an Administrative Claim Pursuant to 11*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

U.S.C. § 503(b) [D.I. 1326] and the Committee filed a joinder to the Debtors' objection [D.I. 1329] (together, the "**Moulick Claim Objections**").

4. In addition, on December 11, 2019, the Debtors filed the *Seventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases* [D.I. 1137] (the "**7th Rejection Motion**") pursuant to which the Debtors sought, *inter alia*, to reject Dr. Moulick's Physician Employment Agreement effective as of December 15, 2019. Pursuant to the notice of the 7th Rejection Motion, responses to the motion were due to be filed by December 26, 2019 at 4:00 p.m., which deadline was extended for Dr. Moulick to January 16, 2020 (the "**Rejection Objection Deadline**").

5. Prior to the Rejection Objection Deadline, Dr. Moulick filed *Achintya Moulick, MD's Response to the Debtors' Seventh Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases* [D.I. 1328] (the "**Moulick Response**").

6. The Debtors and Dr. Moulick have engaged in good faith discussions concerning the Administrative Claim Motion, the 7th Rejection Motion, the Moulick Claim Objections and the Moulick Response and the claims and contentions asserted therein, and have achieved a resolution of these contested matters on the terms set forth in the *Stipulation Resolving Motion of Achintya Moulick, MD for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b) and Related Claims* (the "**Stipulation**").

7. A copy of the Stipulation is attached as **Exhibit 1** to the proposed form of order (the "**Proposed Order**") attached hereto as **Exhibit A**.

8. Counsel to the Committee has advised the undersigned counsel that the Committee does not object to entry of the Proposed Order approving the Stipulation.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order approving the Stipulation at its earliest convenience.

Dated: April 24, 2020                                       **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*