IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 1081, 1137, 1326, 1328, 1329 and 1605** |

### ORDER APPROVING STIPULATION RESOLVING CONTESTED MATTERS WITH ACHINTYA MOULICK, MD

Upon consideration of the *Stipulation Resolving Contested Matters with Achintya Moulick, MD* (the "**Stipulation**")[2], a copy of which is attached hereto as **Exhibit 1**; and the Court having determined that the agreement set forth in the Stipulation is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved in its entirety and entered as an order of the Court.

2. The Allowed Claims are hereby allowed and approved. Dr. Moulick shall have no other allowed claims against any of the Debtors, whether filed or scheduled, including, but not limited to, claims arising under the Employment Agreement or the "Directorship Addendum" attached to Administrative Claim Motion at Exhibit B. Dr. Moulick shall not be entitled to any

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Stipulation.

distributions from any of the Debtors, their estates or any of the Debtors' successors, other than on account of the Allowed Claims. Dr. Moulick shall not amend any previously filed claims and shall not assert any additional claims against any of the Debtors.

3. The Employment Agreement is rejected pursuant to 11 U.S.C. § 365, effective as of December 15, 2019.

4. The Debtors and Dr. Moulick are authorized to take any and all action necessary to implement and effectuate the terms of the Stipulation.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: April 27th, 2020
Wilmington, Delaware

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

2

36887558.1 04/24/2020