# EXHIBIT D

## EXPENSE SUMMARY

## Expense Summary

### For the Period from February 1, 2020 through February 29, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (18 pages @ $.10 per page) | | $1.80 |
| Legal Research | Westlaw | $1,896.92 |
| Meals | *See attached chart* | $469.00 |
| Messenger Service | Parcels, Inc. | $22.50 |
| Mileage | *See attached chart* | $80.25 |
| Notary Fees | Louis Bartella | $5.00 |
| Parking | *See attached chart* | $62.00 |
| **Total** | | **$2,537.47** |

| TRAVEL DETAIL ||||| 
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 01/21/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for preparing witnesses for hearing | $42.02 |
| 01/30/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for meeting with Committee | $38.23 |
| 01/21/20 | Centre Square Parking | (1) Mark Minuti | Parking in Philadelphia, PA for preparing witnesses for hearing | $26.00 |
| 01/30/20 | Centre Square Parking | (1) Mark Minuti | Parking in Philadelphia, PA for meeting with Committee | $36.00 |
| | | | **TOTAL** | **$142.25** |

3

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 01/22/20 | Corner Bakery | (6) Jeffrey Hampton, Adam Isenberg, Mark Minuti, Allen Wilen, John Dinome, Ron Dreskin | Lunch during preparation of witnesses for hearing | $196.16 |
| 01/30/20 | Corner Bakery | (9) Jeffrey Hampton, Adam Isenberg, Mark Minuti, Allen Wilen, John Dinome, Brian Crocitto, Andrew Sherman, Boris Mankovetskiy, Thomas Horan | Lunch meeting with Committee | $272.84 |
| **TOTAL** | | | | **$469.00** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2553487 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 04/21/20 |
| Suite 900 | | Client Number | 376719 |
| El Sengudo, CA 90245 | | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Value | |
|---|---|---|---|
| 02/20/20 | Photocopying | 1.80 | |
| | Total Photocopying | | 1.80 |
| 02/10/20 | Mileage; VENDOR: Mark Minuti; 01/30/20; Meeting with Committee counsel in Philadelphia | 38.23 | |
| 02/10/20 | Mileage; VENDOR: Mark Minuti; 01/21/20; Meeting in Philadelphia to prepare for 1/23 hearing | 42.02 | |
| | Total Mileage | | 80.25 |
| 02/03/20 | Notary Fees; VENDOR: Louis Bartella; 01/30/20; Notarized Affidavit of Non-Involvement for client of Jeffrey Hampton | 5.00 | |
| | Total Notary | | 5.00 |
| 02/24/20 | Messenger Service; VENDOR: Parcels, Inc; 02/13/20; Rush delivery to Judge Gross | 22.50 | |
| | Total Messenger Service | | 22.50 |
| 02/10/20 | Parking; VENDOR: Centre Square Parking; 01/21/20; Parking for Mark Minuti for meeting in Philadelphia to prepare for 1/23 hearing | 26.00 | |
| 02/10/20 | Parking; VENDOR: Centre Square Parking; 01/30/20; Parking for Mark Minuti for meeting with Committee counsel in Philadelphia | 36.00 | |
| | Total Parking | | 62.00 |
| 02/19/20 | Meals - - VENDOR: Corner Bakery; 1/21/20 lunch during preparation of witnesses for hearing (Jeffrey Hampton, Adam Isenberg, Mark Minuti, Allen Wilen, John Dinome, Ron Dreskin) | 196.16 | |
| 02/19/20 | Meals - - VENDOR: Corner Bakery; 1/30/20 lunch meeting with Committee counsel (Jeffrey Hampton, Adam Isenberg, Mark Minuti, Allen Wilen, John Dinome, Brian Crocitto, Andrew Sherman, Boris Mankovetskiy, Thomas Horan) | 272.84 | |
| | Total Meals | | 469.00 |
| 02/11/20 | Westlaw Legal Research | 71.50 | |
| 02/12/20 | Westlaw Legal Research | 849.42 | |
| 02/18/20 | Westlaw Legal Research | 833.00 | |
| 02/25/20 | Westlaw Legal Research | 143.00 | |
| | Total Westlaw Legal Research | | 1,896.92 |
| | CURRENT EXPENSES | | 2,537.47 |

**TOTAL AMOUNT OF THIS INVOICE**    2,537.47

36899645.1 05/05/2020