# EXHIBIT F

## PROFESSIONALS' BACKGROUND

## Attorney Biographies

**Mark Minuti**, *Partner.* Mr. Minuti is Vice-Chair of Saul Ewing Arnstein & Lehr's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice and is a Partner in its Wilmington, Delaware office. Mr. Minuti concentrates his practice in bankruptcy law. Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**Donald A. Rea**, *Partner.* Mr. Rea is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Baltimore, Maryland office. Mr. Rea is chair of the Firm's Construction Practice. Mr. Rea works with clients in a host of real estate, finance, construction and development matters. Mr. Rea has represented clients in litigation and arbitration matters involving business disputes, construction defect, delay and acceleration claims, land development disputes, consumer class actions, and commercial lending.

**Jeffrey C. Hampton,** *Partner.* Mr. Hampton is Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders. Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters. In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner.* Mr. Isenberg is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office. Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts. Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**David G. Shapiro,** *Partner.* Mr. Shapiro is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice in its Philadelphia, Pennsylvania office. Mr. Shapiro concentrates his practice on business tax planning, including domestic and cross-border expansion, joint ventures, mergers, acquisitions, and financing transactions.

**Thomas P. Conley**, *Partner*. Mr. Conley is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice in its Chicago, Illinois office. Mr. Conley concentrates his practice in transactional health care law and regulatory compliance matters.

**Joel C. Hopkins,** *Partner*. Mr. Hopkins is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice in its Harrisburg, Pennsylvania office. Mr. Hopkins' business practice includes counseling insurance companies, risk retention groups, producers, self-insureds, third party administrators and policyholders in regulatory, organizational, operational, coverage, claims, bad faith and insolvency issues. Mr. Hopkins regularly counsels business clients on a wide variety of insurance and risk transfer matters, including complicated coverage and program issues relating to mergers and acquisitions. Mr. Hopkins' counsels a diverse group of clients on insurance product development, compliance and evaluation. Mr. Hopkins also creates, reviews and improves claims, coverage and regulatory policies, procedures and manuals, and has participated in numerous expert evaluations of coverage and claim disputes.

**Monique B. DiSabatino**, *Partner*. Ms. DiSabatino is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office. Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Paul A. Kasicky,** *Special Counsel*. Mr. Kasicky is Counsel in Saul Ewing Arnstein & Lehr's Business and Finance Practice in its Pittsburgh, Pennsylvania office. Mr. Kasicky focuses his practice primarily on ERISA and tax issues related to employee benefits and executive compensation. Mr. Kasicky's experience includes qualified retirement plans (including ESOPs and multiemployer plans), equity incentive arrangements, VEBAs and 409A deferred compensation considerations.

**Aaron S. Applebaum**, *Associate*. Mr. Applebaum is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office. Mr. Applebaum focuses his practice in commercial bankruptcy and corporate reorganization. Mr. Applebaum represents debtors, creditors, committees and trustees in complex bankruptcy cases. Mr. Applebaum also has experience assisting clients in bankruptcy litigation, including preference and fraudulent conveyance adversary proceedings, declaratory judgment actions and other contested matters arising in the course of adversarial bankruptcy proceedings.

**Sean P. Williams**, *Associate*. Mr. Williams is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Chicago, Illinois office. Mr. Williams assists debtors, creditors' committees, trustees, and purchasers of assets in bankruptcy and restructuring matters. Mr. Williams also has experience in bankruptcy litigation, handling large preference and fraudulent transfer actions, as well as prosecuting claims objections. In addition, Mr. Williams assists companies with out-of-court workouts, including refinancing transactions, distressed asset sales, and assignments for the benefit of creditors.

**Jeremiah J. Vandermark**, *Associate*. Mr. Vandermark is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office. Mr.

Vandermark assists large and small businesses and municipalities in matters involving bankruptcy, bankruptcy-related litigation and commercial law.  Mr. Vandermark also handles negotiations with creditors' committees and DIP lenders, and he assists with negotiating loan workouts and defending and restructuring commercial debtors in bankruptcy.

**Melissa A. Martinez**, *Associate*.  Ms. Martinez is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office.  Ms. Martinez focuses her practice in commercial bankruptcy and corporate reorganization.

**Jourdan S. Garvey**, *Associate*.  Ms. Garvey is an Associate in Saul Ewing Arnstein & Lehr's Business and Finance Practice in its Philadelphia, Pennsylvania office.  Ms. Garvey focuses her practice on general corporate matters.