**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) (Jointly Administered) |
| Debtors. | RE:  Docket No. 1579 |

**CERTIFICATE OF NO OBJECTION TO FIRST INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE PATIENT CARE OMBUDSMAN FOR THE PERIOD FROM JULY 3, 2019 THROUGH AND INCLUDING SEPTEMBER 30, 2019**

The undersigned counsel to the Patient Care Ombudsman appointed in the above-captioned cases hereby certifies that:

1.     On August 2, 2019, the U.S. Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "**Interim Compensation Order**") [Docket No. 341].

2.     In accordance with the Interim Compensation Order, on April 20, 2020 Greenberg Traurig, LLP ("**Greenberg**") filed the *First Interim Fee Application of Greenberg Traurig, LLP, for Compensation and Reimbursement of Expenses as Counsel to The Patient Care Ombudsman for the Period from July 3, 2019 through and including September 29, 2019* [Docket No. 1579] (the "**Application**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3.      Pursuant to the Notice of Application, objections were due May 5, 2020.  As of the date hereof, personnel at Greenberg have not received any responses or objections to the Application.

4.

Dated:  May 6, 2020

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel: (302) 661-7395
Fax: (302) 661-7165
Email:  melorod@gtlaw.com


-and-

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435
Email: petermann@gtlaw.com


*Counsel to the Patient Care Ombudsman*