| Class | Transaction | Sales Order | Purchase Order | Transaction Date | Due Date | Terms | Original Amount | Remaining Amount |
|---|---|---|---|---|---|---|---|---|
| Credit Memo | W071802 | | | 24-Jul-19 | 24-Jul-19 | | 0 | (1,390.28) |
| Credit Memo | SO#56716430 | | 032D458855 | 24-Jul-19 | 24-Jul-19 | | 0 | (283.41) |
| Invoice | 107915558 | 56756552 | 0855-286186 | 13-Aug-19 | 12-Sep-19 | 30 NET | 32,154.76 | 32,154.76 |
| Invoice | 7254689 | 56758168 | 032D-7060 | 13-Aug-19 | 12-Sep-19 | 30 NET | 23,842.39 | 23,842.39 |
| Invoice | 107927455 | 56765667 | 032D-7060 | 19-Aug-19 | 19-Aug-19 | IN ADVANCE | 5,468.62 | 5,468.62 |
| Invoice | 107967467 | 56769235 | 032D-7060 | 9-Sep-19 | 9-Sep-19 | IN ADVANCE | 122.1 | 122.10 |
| Invoice | 107974204 | 56799071 | 0855-286186 | 11-Sep-19 | 11-Oct-19 | 30 NET | 32,154.76 | 32,154.76 |
| Invoice | 107972847 | 56769235 | 032D-7060 | 11-Sep-19 | 11-Sep-19 | IN ADVANCE | 110.86 | 110.86 |
| Invoice | 7257036 | 56814092 | 032D-7060 | 19-Sep-19 | 19-Oct-19 | 30 NET | 9,051.03 | 9,051.03 |
| Invoice | 107990369 | 56814608 | 032D-7060 | 20-Sep-19 | 20-Sep-19 | IN ADVANCE | 5,468.62 | 5,468.62 |
| | | | | | | | | |
| | | | | | | | | **106,699.45** |