| Invoice No. | Invoice Date | Invoice Amount | Ship Date | Shipment Method |
|---|---|---|---|---|
| 107778081 | 6/3/2019 | $3,476.76 | 6/3/2019 | UPS Ground |
| 107783016 | 6/4/2019 | $918.55 | 6/4/2019 | UPS Ground |
| 107783357 | 6/4/2019 | 1075.48 | 6/4/2019 | PITT OHIO (US) LTL |
| 107783242 | 6/4/2019 | $271.23 | 6/4/2019 | UPS Ground |
| 107789624 | 6/6/2019 | $4,287.53 | 6/6/2019 | UPS Ground |
| 107791109 | 6/7/2019 | $46,208.09 | 6/7/2019 | UPS Ground |
| 107791869 | 6/9/2019 | $15,279.43 | 6/9/2019 | FedEx Overnight |
| 107794038 | 6/10/2019 | $1,723.54 | 6/10/2019 | UPS 2-Day |
| 107794038 | 6/10/2019 | $14,627.86 | 6/10/2019 | UPS 2-Day |
| 107805384 | 6/17/2019 | $83.87 | 6/17/2019 | FedEx Overnight |
| 107812443 | 6/19/2019 | 1,258.31 | 6/19/2019 | UPS 2-Day |
| 107811929 | 6/19/2019 | $128.49 | 6/19/2019 | UPS Ground |
| 107790267 | 6/7/2019 | $1,272.00 | 6/7/2019 | PITT OHIO (US) LTL |
| 107828519 | 6/27/2019 | $559.68 | 6/27/2019 | PITT OHIO (US) LTL |
| 107830505 | 6/30/2019 | $487.98 | 6/30/2019 | UPS Ground |
| 107811920 | 6/19/2019 | $876.46 | 6/19/2019 | UPS Ground |
| 107812945 | 6/19/2019 | $1,828.07 | 6/19/2019 | UPS Next Day |
| Total | | **$94,363.33** | | |



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822-8000
United States
Tel: 800-526-3821
FAX: 714-223-4100

FEIDN: 95-1040600
DUNS: 00-825-4708

INVOICE NO.: **107778081**

Page: 1 of 2
Date: 2019/06/03

# INVOICE

| | |
|---|---|
| Order Number: | 56648315 |
| Customer Number: | 13032403 |
| Customer Authority: | JOANNE MORRISON |
| Authority Phone: | |
| Customer PO: | 032D-457483 |

Bill To: **CENTER CITY HEALTHCARE LLC**  (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101-2487**

| | |
|---|---|
| PO Date: | 2019/05/29 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Ship To: CENTER CITY HEALTHCARE LLC  (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102-1401
United States
Attn: RECEIVING HRS 8-3 PM M-F

| | |
|---|---|
| **Payment Terms:** | **Net Due in 30 Days** |
| **Due Date:** | **2019/07/03** |
| **Remit To:** | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055-0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 1.1 | FP,DXH CLEANER, 10L<br>Lot No. 3912760  Expiry Date 2020-04-09<br>Freight Terms: PREPAID AND ADD<br>Contract: 65938US<br>Shipped Via: UPS (US) GROUND<br>Waybill No: 1Z5R91W80338795681 | 628023 | 5 | 5 | 72.14 | 360.70 | 6.00 |
| 2.1 | FP,DXH RETIC PACK<br>Lot No. 3711300  Expiry Date 2020-03-25<br>Freight Terms: PREPAID AND ADD<br>Contract: 65938US<br>Shipped Via: UPS (US) GROUND<br>Waybill No: 1Z5R91W80338795681 | 628021 | 6 | 6 | 360.73 | 2,164.38 | 6.00 |
| 3.1 | PRINTER ACCESSORY,RIBBON, CARTRIDGE,<br>SMS THERMAL PRINTER<br>Lot No. A0000181  Expiry Date 2020-04-01<br>Freight Terms: PREPAID AND ADD<br>Contract: 65938US<br>Shipped Via: FEDEX (US) GROUND<br>Waybill No: 134743843050196 | B11482 | 2 | 2 | 328.17 | 656.34 | 6.00 |

```
.............................................................
          TAX SUMMARY:
       104.44    @    0   =            .00
     3,181.42    @    6   =          190.90
```

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

www.beckmancoulter/termsandconditions          **ORIGINAL**          PRINTER()          US-SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107778081**

Page: 2 of 2
Date: 2019/06/03

# INVOICE

Order Number: 56648315
Customer Number: 13032403
Customer Authority: JOANNE MORRISON
Authority Phone:
Customer PO: 032D- 457483
PO Date: 2019/05/29
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

Bill To: **CENTER CITY HEALTHCARE LLC**    (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Thank you for your order.
Phone Orders: 800- 526- 3821, option 1.
Fax Orders:  800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal | |
|---|---|---|---|---|---|
| 3,181.42 | 94.54 | 9.90 | 0.00 | 3,285.86 | |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

| | Tax % | Tax Amount | Total Amount | |
|---|---|---|---|---|
| | | 190.90 | USD  **3,476.76** | |



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822-8000
United States
Tel: 800-526-3821
FAX: 714-223-4100

FEIDN: 95-1040600
DUNS: 00-825-4708

INVOICE NO.: **107783016**

Page: 1 of 1
Date: 2019/06/04

# INVOICE

Order Number: 56649919
Customer Number: 13032403
Customer Authority: JOANNE MORRISON
Authority Phone:
Customer PO: 032D-457548

PO Date: 2019/05/30
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

Bill To: **CENTER CITY HEALTHCARE LLC**          (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101-2487**

Ship To: CENTER CITY HEALTHCARE LLC          (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102-1401
United States
Attn: RECEIVING HRS 8-3 PM M-F

| Payment Terms: | Net Due In 30 Days |
|---|---|
| Due Date: | 2019/07/04 |
| Remit To: | Beckman Coulter, Inc. |
| | Dept. CH 10164 |
| | PALATINE IL 60055-0164 |
| | United States |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 1.1 | CAP, BLUE RECAPPER (500 PER BAG) | A17638 | 30 | 30 | 28.00 | 840.00 | 6.00 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 47744US | | | | | | |
| | Shipped Via: UPS (US) GROUND | | | | | | |
| | Waybill No: 1Z5R91W80338826718 | | | | | | |

TAX SUMMARY:

| 28.15 | @ | 0 | = | .00 |
|---|---|---|---|---|
| 840.00 | @ | 6 | = | 50.40 |

Thank you for your order.
Phone Orders: 800-526-3821, option 1.
Fax Orders:    800-232-3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal |
|---|---|---|---|---|
| 840.00 | 25.45 | 2 70 | 0.00 | 868.15 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

| | Tax % | Tax Amount | Total Amount |
|---|---|---|---|
| | | 50.40 | USD   918.55 |

www.beckmancoulter/termsandconditions          **ORIGINAL**          PRINTER()          US-SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107783357**

Page: 1 of 1
Date: 2019/06/04

# INVOICE

Order Number: 56652300
Customer Number: 13032403
Customer Authority: JOANNE MORRISON
Authority Phone:
Customer PO: 032D- 457623

PO Date: 2019/05/31
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

Bill To: **CENTER CITY HEALTHCARE LLC** (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN:  ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To: CENTER CITY HEALTHCARE LLC (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102- 1401
United States
Attn:  RECEIVING HRS 8- 3 PM M- F

| Payment Terms: | Net Due in 30 Days |
|---|---|
| Due Date: | **2019/07/04** |
| Remit To: | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055- 0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 1.1 | FP,DXH DILUENT,10L<br>Lot No. 3524390  Expiry Date 2020- 06- 27<br><br>Freight Terms: PREPAID AND ADD<br><br>Contract: 65938US<br><br>Shipped Via: PITT OHIO (US) LTL<br>Waybill No: 5024233085 | 628017 | 60 | 60 | 16.91 | 1,014.60 | 6.00 |

Thank you for your order.
Phone Orders:  800- 526- 3821, option 1.
Fax Orders:    800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal |
|---|---|---|---|---|
| 1,014.60 | 0.00 | | 0.00 | 1,014.60 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal and state statutes and regulations.

| | Tax  % | Tax Amount | **Total Amount** | |
|---|---|---|---|---|
| | 6.00 | 60.88 | **USD    1,075.48** | |

**ORIGINAL**

PRINTER()          US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107783242**

Page: 1 of 1
Date: 2019/06/04

# INVOICE

| | |
|---|---|
| Order Number: | 56655182 |
| Customer Number: | 13032403 |
| Customer Authority: | BETTY C COLQUITT |
| Authority Phone: | |
| Customer PO: | 032D- 457661 |
| PO Date: | 2019/06/03 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To: **CENTER CITY HEALTHCARE LLC**    (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To: CENTER CITY HEALTHCARE LLC    (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102- 1401
United States
Attn: RECEIVING HRS 8- 3 PM M- F

| | |
|---|---|
| **Payment Terms:** | **Net Due In 30 Days** |
| **Due Date:** | **2019/07/04** |
| **Remit To:** | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055- 0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 1.1 | FP,DXH CLEANER, 10L | 628023 | 3 | 3 | 72.14 | 216.42 | 6.00 |
| | Lot No. 3912790  Expiry Date 2020- 05- 16 | | | | | | |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 65938US | | | | | | |
| | Shipped Via: UPS (US) GROUND | | | | | | |
| | Waybill No: 1Z5R91W80338825451 | | | | | | |

................................................................

TAX SUMMARY:

|  |  |  |  |  |
|---|---|---|---|---|
| 41.82 | @ | 0 | = | .00 |
| 216.42 | @ | 6 | = | 12.99 |

Thank you for your order.
Phone Orders: 800- 526- 3821, option 1.
Fax Orders:    800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal |
|---|---|---|---|---|
| 216.42 | 40.92 | 0.90 | 0.00 | 258.24 |

| If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold herein in the fiscal year in which the discount is earned or the following year. and otherwise strictly comply with any applicable federal or state statutes and regulations. | Tax % | Tax Amount | Total Amount |
|---|---|---|---|
| | | 12.99 | USD    271.23 |

www.beckmancoulter/termsandconditions    **ORIGINAL**    PRINTER()    US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107789624**

Page: 1 of 1
Date:  2019/06/06

# INVOICE

| | |
|---|---|
| Order Number: | 56657047 |
| Customer Number: | 13032403 |
| Customer Authority: | Barbara Stein |
| Authority Phone: | |
| Customer PO: | 032D- 7060 |
| PO Date: | 2019/06/04 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To:  **CENTER CITY HEALTHCARE LLC** (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To:  CENTER CITY HEALTHCARE LLC (86159457)
HAHNEMANN UNIVERSITY HOSPITAL
5TH FL N TOWER
230 N BROAD ST
PHILADELPHIA PA 19102- 1121
United States
Attn: JULIA STEINAWAY

| | |
|---|---|
| **Payment Terms:** | **Net Due in 30 Days** |
| **Due Date:** | **2019/07/06** |
| **Remit To:** | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055- 0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 51.1 | OXYCODONE<br><br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US | 100248 | 4 | 4 | 1,011.21 | 4,044.84 | 6.00 |

Thank you for your order.
Phone Orders:  800- 526- 3821, option 1.
Fax Orders:      800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal |
|---|---|---|---|---|
| 4,044.84 | 0.00 | | 0.00 | 4,044.84 |

If Customer files any cost reports or claims for reimbursement with federal or state
health care programs, Customer shall fully and accurately disclose and claim the
amount of any discount for any of the products sold hereto in the fiscal year in which
the discount is earned or the following year, and otherwise strictly comply with any
applicable federal or state statutes and regulations.

| Tax % | Tax Amount | Total Amount | |
|---|---|---|---|
| 6.00 | 242.69 | **USD** | **4,287.53** |

www.beckmancoulter/termsandconditions

**ORIGINAL**

PRINTER()        US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107791109**

Page: 1 of 4
Date: 2019/06/07

# INVOICE

| | |
|---|---|
| Order Number: | 56657047 |
| Customer Number: | 13032403 |
| Customer Authority: | Barbara Stein |
| Authority Phone: | |
| Customer PO: | 032D- 7060 |
| PO Date: | 2019/06/04 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To: **CENTER CITY HEALTHCARE LLC**    (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To: CENTER CITY HEALTHCARE LLC    (86159457)
HAHNEMANN UNIVERSITY HOSPITAL
5TH FL N TOWER
230 N BROAD ST
PHILADELPHIA PA 19102- 1121
United States
Attn: JULIA STEINAWAY

| | |
|---|---|
| **Payment Terms:** | **Net Due in 30 Days** |
| **Due Date:** | **2019/07/07** |
| **Remit To:** | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055- 0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 37.1 | Sample Probe (1 ea.) | MU993400 | 4 | 4 | 378.52 | 1,514.08 | 6.00 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 47744US | | | | | | |
| | Shipped Via: UPS (US) GROUND | | | | | | |
| | Waybill No: 1Z5R91W80338927770 | | | | | | |
| 38.1 | Mixing Bar, Spiral (pkg of 3) | MU959900 | 4 | 4 | 206.16 | 824.64 | 6.00 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 47744US | | | | | | |
| | Shipped Via: UPS (US) GROUND | | | | | | |
| | Waybill No: 1Z5R91W80338927770 | | | | | | |
| 39.1 | MIXING ROD(3PCS/SET) - L SHAPE | MU826700 | 3 | 3 | 147.01 | 441.03 | 6.00 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 47744US | | | | | | |
| | Shipped Via: UPS (US) GROUND | | | | | | |
| | Waybill No: 1Z5R91W80338927770 | | | | | | |
| 40.1 | Photometer Lamp, 12V 20W (1 ea.) | MU988800 | 1 | 1 | 161.06 | 161.06 | 6.00 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 47744US | | | | | | |
| | Shipped Via: UPS (US) GROUND | | | | | | |
| | Waybill No: 1Z5R91W80338927770 | | | | | | |
| 41.1 | Na Electrode A&T (1 ea.) | MU919400 | 1 | 1 | 290.43 | 290.43 | 6.00 |
| | Lot No. 11904 Expiry Date 2020- 04- 02 | | | | | | |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

www.beckmancoulter/termsandconditions          **ORIGINAL**          PRINTER()          US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel. 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107791109**

Page: 2 of 4
Date: 2019/06/07

# INVOICE

| | |
|---|---|
| Order Number: | 56657047 |
| Customer Number: | 13032403 |
| Customer Authority: | Barbara Stein |
| Authority Phone: | |
| Customer PO: | 032D- 7060 |
| PO Date: | 2019/06/04 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To:   **CENTER CITY HEALTHCARE LLC**   (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 47744US | | | | | | |
| | Shipped Via: UPS (US) GROUND | | | | | | |
| | Waybill No: 1Z5R91W80338927770 | | | | | | |
| 42.1 | K Electrode A&T (1 ea.) Lot No. 21904 Expiry Date 2020- 04- 02 | MU919500 | 1 | 1 | 290.43 | 290.43 | 6.00 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 47744US | | | | | | |
| | Shipped Via: UPS (US) GROUND | | | | | | |
| | Waybill No: 1Z5R91W80338927770 | | | | | | |
| 43.1 | CL Electrode A&T (1 ea.) Lot No. 31904 Expiry Date 2020- 04- 02 | MU919600 | 1 | 1 | 290.43 | 290.43 | 6.00 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 47744US | | | | | | |
| | Shipped Via: UPS (US) GROUND | | | | | | |
| | Waybill No: 1Z5R91W80338927770 | | | | | | |
| 44.1 | RollerTube (pkg of 2) | MU962300 | 6 | 6 | 62.84 | 377.04 | 6.00 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 47744US | | | | | | |
| | Shipped Via: UPS (US) GROUND | | | | | | |
| | Waybill No: 1Z5R91W80338927770 | | | | | | |
| 45.1 | ISE Low Serum Standard, 4 x 100 mL Lot No. 2663 Expiry Date 2020- 08- 06 | AUH1014 | 2 | 2 | 0.00 | 0.00 | 0 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 47744US | | | | | | |
| | Shipped Via: UPS (US) GROUND | | | | | | |
| | Waybill No: 1Z5R91W80338927770 | | | | | | |
| 46.1 | ISE High Serum Standard, 4 x 100 mL Lot No. 2666 Expiry Date 2020- 09- 18 | AUH1015 | 2 | 2 | 0.00 | 0.00 | 0 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 47744US | | | | | | |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS/ 00- 825- 4708

INVOICE NO.: **107791109**

Page: 3 of 4
Date: 2019/06/07

# INVOICE

Order Number: 56657047
Customer Number: 13032403
Customer Authority: Barbara Stein
Authority Phone:
Customer PO: 032D- 7060

Bill To: **CENTER CITY HEALTHCARE LLC**          (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

PO Date: 2019/06/04
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|------|-------------|-------------|------------------|------------------|-------------------------|-------|----------|
| | Shipped Via: UPS (US) GROUND
Waybill No: 1Z5R91W80338927770 | | | | | | |
| 47.1 | ISE Low/High Urine Standard, 4 x 100 mL
Lot No. 2662 Expiry Date 2020- 05- 25
Freight Terms: PREPAID AND ADD
Contract: 47744US
Shipped Via: UPS (US) GROUND
Waybill No: 1Z5R91W80338927770 | AUH1016 | 2 | 2 | 0.00 | 0.00 | 0 |
| 48.1 | Wash Solution, 6 x 2 L
Lot No. M904159 Expiry Date 2023- 03- 31
Freight Terms: PREPAID AND ADD
Contract: 47744US
Shipped Via: UPS (US) GROUND
Waybill No: 1Z5R91W80338927770 | OSR0001 | 5 | 5 | 0.00 | 0.00 | 0 |
| 49.1 | OSR Bottle kit, 20 x 30 mL
Lot No. 2203 Expiry Date
Freight Terms: PREPAID AND ADD
Contract: 47744US
Shipped Via: UPS (US) GROUND
Waybill No: 1Z5R91W80338927770 | 63094 | 2 | 2 | 38.55 | 77.10 | 6.00 |
| 50.1 | ANTIFOAM - 4 x 500ml
Lot No. H054IC7000 Expiry Date 2019- 11- 30
Freight Terms: PREPAID AND ADD
Contract: 47744US
Shipped Via: UPS (US) GROUND
Waybill No: 1Z5R91W80338927770 | OSR00AF | 1 | 1 | 0.00 | 0.00 | 0 |

```
                TAX SUMMARY:
        105.88  @     0  =        .00
      4,266.24  @     6  =     255.97
```

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

www.beckmancoulter/termsandconditions          **ORIGINAL**          PRINTER()          US- SA


**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107791109**

Page: 4 of 4
Date: 2019/06/07

# INVOICE

| | |
|---|---|
| Order Number: | 56657047 |
| Customer Number: | 13032403 |
| Customer Authority: | Barbara Stein |
| Authority Phone: | |
| Customer PO: | 032D- 7060 |
| PO Date: | 2019/06/04 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To: **CENTER CITY HEALTHCARE LLC**    (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Thank you for your order.
Phone Orders: 800- 526- 3821, option 1.
Fax Orders: 800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal |
|---|---|---|---|---|
| 4,266.24 | 92.98 | 12.90 | 0.00 | 4,372.12 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

| | Tax % | Tax Amount | Total Amount | |
|---|---|---|---|---|
| | | 255.97 | USD | 4,628.09 |

www.beckmancoulter/termsandconditions    **ORIGINAL**    PRINTER()    US- SA



## BECKMAN COULTER

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107791869**

Page: 1 of 8
Date: 2019/06/09

# INVOICE

Order Number: 56657047
Customer Number: 13032403
Customer Authority: Barbara Stein
Authority Phone:
Customer PO: 032D- 7060

PO Date: 2019/06/04
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

Bill To: **CENTER CITY HEALTHCARE LLC**          (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To: CENTER CITY HEALTHCARE LLC          (86159457)
HAHNEMANN UNIVERSITY HOSPITAL
5TH FL N TOWER
230 N BROAD ST
PHILADELPHIA PA 19102- 1121
United States
Attn: JULIA STEINAWAY

| | |
|---|---|
| **Payment Terms:** | **Net Due in 30 Days** |
| **Due Date:** | **2019/07/09** |
| **Remit To:** | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055- 0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 3.1 | PHENCYCLIDINE, EMIT II R1 2x27mL, R2 2x13mL<br>Lot No. 1937  Expiry Date 2020- 12- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR9J229 | 10 | 10 | 0.00 | 0.00 | 0 |
| 4.1 | TRICYCLICS TOX REAGENT, 3 mL R1, 3 mL R2, 13.3 mL BUFFER<br>Lot No. L1  Expiry Date 2021- 09- 13<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | 7C209 | 8 | 8 | 113.57 | 908.56 | 6.00 |
| 5.1 | Haptoglobin, R1 4x16.5 mL, R2 4x4.5 mL<br>Lot No. 2616  Expiry Date 2020- 10- 01<br>Lot No. 2617  Expiry Date 2021- 02- 01<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR6165 | 4 | 4 | 0.00 | 0.00 | 0 |
| 6.1 | RF Latex, R1 4 x 24 mL, R2 4 x 8 mL<br>Lot No. 2449  Expiry Date 2020- 09- 01<br>Freight Terms: PREPAID AND ADD | OSR61105 | 4 | 4 | 0.00 | 0.00 | 0 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

www.beckmancoulter/termsandconditions          **ORIGINAL**          PRINTER()     US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107791869**

Page: 2 of 8
Date: 2019/06/09

# INVOICE

Order Number: 56657047
Customer Number: 13032403
Customer Authority: Barbara Stein
Authority Phone:
Customer PO: 032D- 7060

PO Date: 2019/06/04
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

Bill To: **CENTER CITY HEALTHCARE LLC**  (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|------|-------------|-------------|------------------|------------------|----------------------|-------|----------|
| | Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | | | | | | |
| 7.1 | ACETAMINOPHEN, EMIT 2000,R1 2x32mL, R2 2X16ml<br>Lot No. 1915  Expiry Date 2020- 07- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR7A229 | 4 | 4 | 0.00 | 0.00 | 0 |
| 8.1 | GENTAMICIN REAGENT, EMIT 2000,R1 2X23ML,R2 2X13ML<br>Lot No. 1872  Expiry Date 2020- 05- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR4T229 | 4 | 4 | 0.00 | 0.00 | 0 |
| 9.1 | LITHIUM, R1 2 x 16 mL<br>Lot No. 2224  Expiry Date 2021- 03- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSRT056 | 4 | 4 | 687.04 | 2,748.16 | 6.00 |
| 10.1 | PHENYTOIN REAGENT KIT, EMIT 2000, R1 2X21ML, R2 2X16ML<br>Lot No. 1941  Expiry Date 2020- 12- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR4A229 | 4 | 4 | 0.00 | 0.00 | 0 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.


**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107791869**

Page: 3 of 8
Date: 2019/06/09

# INVOICE

Order Number:     56657047
Customer Number:   13032403
Customer Authority: Barbara Stein
Authority Phone:
Customer PO:      032D- 7060

Bill To:   **CENTER CITY HEALTHCARE LLC**          (6158959)
          **HAHNEMANN UNIVERSITY HOSPITAL**
          **ACCOUNTS PAYABLE**
          **ATTN: JULIA STEINAWAY**
          **PO BOX 42487**
          **PHILADELPHIA, PA 19101- 2487**

PO Date:          2019/06/04
End User P.O.:
Radioactive License:
F.O.B.:           SHIP POINT
Freight Terms:    PREPAID AND ADD

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|------|-------------|-------------|------------------|------------------|-------------------------|-------|----------|
| 11.1 | TOBRAMYCIN, EMIT 2000,R1 2 X31ML,R2 2X17ML<br>Lot No. 1919 Expiry Date 2020- 05- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR4S229 | 3 | 3 | 0.00 | 0.00 | 0 |
| 12.1 | VALPROIC ACID REAGENT KIT, EMIT 2000,R1 2X31ML, R2 2X17ML<br>Lot No. 1896 Expiry Date 2020- 01- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: UPS (US) GROUND<br>Waybill No: 1Z5R91W80338935136 | OSR4G229 | 3 | 3 | 0.00 | 0.00 | 0 |
| 13.1 | AST, R1 4 x 50 mL, R2 4 x 50 mL<br>Lot No. 2571 Expiry Date 2021- 02- 01<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR6209 | 4 | 4 | 0.00 | 0.00 | 0 |
| 14.1 | Lipase, R1 4x30 mL, 4xLyo, R2 4x10 mL, 2xCalibrator<br>Lot No. 2642 Expiry Date 2021- 01- 01<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR6230 | 6 | 6 | 0.00 | 0.00 | 0 |
| 15.1 | Magnesium, R1 4 x 40 mL<br>Lot No. 2576 Expiry Date 2021- 04- 01<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US | OSR6189 | 20 | 20 | 0.00 | 0.00 | 0 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107791869**

Page: 4 of 8
Date: 2019/06/09

# INVOICE

Order Number: 56657047
Customer Number: 13032403
Customer Authority: Barbara Stein
Authority Phone:
Customer PO: 032D- 7060
PO Date: 2019/06/04
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

Bill To: **CENTER CITY HEALTHCARE LLC**    (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|------|-------------|-------------|------------------|------------------|-------------------------|-------|----------|
| | Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | | | | | | |
| 17.1 | BARBITURATE, EMIT II,R1 2x31 mL, R2 2x15 mL<br>Lot No. 1924  Expiry Date 2020- 12- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR9D229 | 10 | 10 | 0.00 | 0.00 | 0 |
| 18.1 | BENZODIAZEPINE, EMIT II R1 2x31mL, R2 2x15mL<br>Lot No. 1926  Expiry Date 2020- 12- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR9F229 | 10 | 10 | 0.00 | 0.00 | 0 |
| 19.1 | CANNABINOID, EMIT II, R1 2x31mL, R2 2x15mL<br>Lot No. 1929  Expiry Date 2020- 05- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: UPS (US) NEXT DAY SAVER 5 PM<br>Waybill No: 1Z5R91W81338935886 | OSR9N229 | 10 | 10 | 0.00 | 0.00 | 0 |
| 20.1 | COCAINE METABOLITE, EMIT II, R1 2x29mL, R2 2x14mL<br>Lot No. 1943  Expiry Date 2020- 01- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR9H229 | 10 | 10 | 0.00 | 0.00 | 0 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

www.beckmancoulter/termsandconditions

**ORIGINAL**

PRINTER()    US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107791869**

Page: 5 of 8
Date: 2019/06/09

# INVOICE

Order Number: 56657047
Customer Number: 13032403
Customer Authority: Barbara Stein
Authority Phone:
Customer PO: 032D- 7060

Bill To: **CENTER CITY HEALTHCARE LLC**    (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

PO Date: 2019/06/04
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|------|-------------|-------------|------------------|------------------|-----------------------|-------|----------|
| 21.1 | ECSTASY, EMIT II PLUS, R1 2x29 mL, R2 2x14 mL<br>Lot No. 1914  Expiry Date 2019- 11- 30<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR9X229 | 10 | 10 | 223.89 | 2,238.90 | 6.00 |
| 22.1 | ETHANOL, EMIT II, R1 2x30mL, R2 2x14 mL<br>Lot No. 1928  Expiry Date 2020- 04- 30<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR9K229 | 5 | 5 | 0.00 | 0.00 | 0 |
| 23.1 | HDL Cholesterol Calibrator, 3 x 1 mL<br>Lot No. 1055A  Expiry Date 2020- 10- 01<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | ODC0023 | 4 | 4 | 0.00 | 0.00 | 0 |
| 24.1 | CARBAMAZEPINE CALIBRATOR, EMIT 2000, 1 x 5 mL, 5 x 2 mL<br>Lot No. L1  Expiry Date 2020- 02- 09<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | 4F109 | 2 | 2 | 0.00 | 0.00 | 0 |
| 25.1 | PHENYTOIN CALIBRATOR, EMIT 2000, 1 x 5 mL, 5 x 2 mL<br>Lot No. L2  Expiry Date 2020- 11- 02 | 4A109 | 2 | 2 | 0.00 | 0.00 | 0 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107791869**

Page: 6 of 8
Date: 2019/06/09

# INVOICE

Bill To: **CENTER CITY HEALTHCARE LLC**        (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Order Number:      56657047
Customer Number:   13032403
Customer Authority: Barbara Stein
Authority Phone:
Customer PO:        032D- 7060
PO Date:            2019/06/04
End User P.O.:
Radioactive License:
F.O.B.:             SHIP POINT
Freight Terms:      PREPAID AND ADD

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|------|-------------|-------------|------------------|------------------|-------------------------|-------|----------|
|  | Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: UPS (US) GROUND<br>Waybill No: 1Z5R91W80338935136 | | | | | | |
| 26.1 | SALICYLATE CALIBRATOR, 1x5.0 mL,<br>5x2.0 mL<br>Lot No. M1  Expiry Date 2020- 07- 22 | 7S109 | 2 | 2 | 0.00 | 0.00 | 0 |
|  | Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | | | | | | |
| 27.1 | THEOPHYLLINE CALIBRATOR, EMIT 2000,<br>1 x 5 mL, 5 x 2 mL<br>Lot No. L2  Expiry Date 2021- 09- 26 | 4P109 | 2 | 2 | 0.00 | 0.00 | 0 |
|  | Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | | | | | | |
| 28.1 | TOBRAMYCIN CALIBRATOR, EMIT 2000, 1 x<br>5 mL, 5 x 2 mL<br>Lot No. L2  Expiry Date 2020- 03- 24 | 4S109 | 2 | 2 | 0.00 | 0.00 | 0 |
|  | Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | | | | | | |
| 29.1 | VALPROIC ACID CALIBRATOR, EMIT 2000,<br>1x5 mL, 5x2 mL<br>Lot No. L2  Expiry Date 2019- 12- 13 | 4G109 | 2 | 2 | 0.00 | 0.00 | 0 |
|  | Freight Terms: PREPAID AND ADD<br>Contract: 47744US | | | | | | |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

www.beckmancoulter/termsandconditions                    **ORIGINAL**                    PRINTER()        US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107791869**

Page: 7 of 8
Date: 2019/06/09

# INVOICE

| | |
|---|---|
| Order Number: | 56657047 |
| Customer Number: | 13032403 |
| Customer Authority: | Barbara Stein |
| Authority Phone: | |
| Customer PO: | 032D- 7060 |
| PO Date: | 2019/06/04 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To:  **CENTER CITY HEALTHCARE LLC**  (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| | Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | | | | | | |
| 30.1 | LEVEL 4 CALIBRATOR/CONTROL, EMIT, 1 x 14 mL<br>Lot No. L5  Expiry Date 2019- 09- 17<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | 9A589 | 1 | 1 | 0.00 | 0.00 | 0 |
| 31.1 | LEVEL 5 CALIBRATOR/CONTROL, EMIT, 1 x 14 mL<br>Lot No. L4  Expiry Date 2019- 07- 24<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | 9A609 | 2 | 2 | 0.00 | 0.00 | 0 |
| 32.1 | Ecstasy/6AM Calibrator/Control Level 2<br>Lot No. M1  Expiry Date 2020- 01- 07<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | 9R549 | 1 | 1 | 210.24 | 210.24 | 6.00 |
| 33.1 | Ecstasy/6AM Calibrator/Control Level 3<br>Lot No. M1  Expiry Date 2020- 01- 07<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: UPS (US) NEXT DAY SAVER 5 PM<br>Waybill No: 1Z5R91W81338935886 | 9R569 | 1 | 1 | 210.24 | 210.24 | 6.00 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

www.beckmancoulter/termsandconditions          **ORIGINAL**          PRINTER()      US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107791869**

Page: 8 of 8
Date: 2019/06/09

# INVOICE

Bill To: **CENTER CITY HEALTHCARE LLC**
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

(6158959)

| | |
|---|---|
| Order Number: | 56657047 |
| Customer Number: | 13032403 |
| Customer Authority: | Barbara Stein |
| Authority Phone: | |
| Customer PO: | 032D- 7060 |
| PO Date: | 2019/06/04 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 34.1 | TRICYCLICS TOX CALIBRATOR/CTRL<br>Lot No. L1  Expiry Date 2021- 01- 12<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | 7C219 | 8 | 8 | 0.00 | 0.00 | 0 |
| 35.1 | Creatinine, R1 4x51 mL, R2 4x51 mL<br>Lot No. 2589  Expiry Date 2021- 02- 01<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | OSR6178 | 10 | 10 | 0.00 | 0.00 | 0 |
| 36.1 | Emit® II Plus Buprenorphine Assay<br>Lot No. L2  Expiry Date 2019- 10- 27<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 441830658773 | 9S039UL | 8 | 8 | 907.53 | 7,260.24 | 6.00 |

TAX SUMMARY:

| | | | | |
|---|---|---|---|---|
| 888.48 | @ | 0 | = | .00 |
| 13,576.34 | @ | 6 | = | 814.61 |

Thank you for your order.
Phone Orders:  800- 526- 3821, option 1.
Fax Orders:    800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal |
|---|---|---|---|---|
| 13,576.34 | 847.38 | 41.10 | 0.00 | 14,464.82 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

| | Tax % | Tax Amount | Total Amount | |
|---|---|---|---|---|
| | | 814.61 | USD | 15,279.43 |

www.beckmancoulter.com/termsandconditions

**ORIGINAL**

PRINTER()   US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822-8000
United States
Tel: 800-526-3821
FAX: 714-223-4100

FEIDN: 95-1040600
DUNS: 00-825-4708

INVOICE NO.: **107794038**

Page: 1 of 2
Date: 2019/06/10

# INVOICE

| | |
|---|---|
| Order Number: | 56656191 |
| Customer Number: | 13032403 |
| Customer Authority: | JOANNE MORRISON |
| Authority Phone: | |
| Customer PO: | 032D 440847 |
| PO Date: | 2019/04/04 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | CUSTOMER SITE |
| Freight Terms: | DO NOT ADD FREIGHT |

Bill To: **CENTER CITY HEALTHCARE LLC**          (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101-2487**

Ship To:  CENTER CITY HEALTHCARE LLC          (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102-1401
United States
Attn: LAB

| | |
|---|---|
| **Payment Terms:** | **Net Due in 30 Days** |
| **Due Date:** | **2019/07/10** |
| **Remit To:** | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055-0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 1.1 | FP,6C CELL CONTROL 12X<br>Lot No. 4213620K  Expiry Date 2019-07-20<br>Freight Terms: DO NOT ADD FREIGHT<br>Contract: 65938US<br>Shipped Via: UPS (US) 2 DAY<br>Waybill No: 1Z3474980201625580 | 628027 | 3 | 3 | 329.16 | 987.48 | 6.00 |
| 2.1 | FP,BODY FLUID CONTROL<br>Lot No. 4512700K  Expiry Date 2019-08-22<br>Freight Terms: DO NOT ADD FREIGHT<br>Contract: 65938US<br>Shipped Via: UPS (US) 2 DAY<br>Waybill No: 1Z3474980201625580 | 628030 | 1 | 1 | 270.54 | 270.54 | 6.00 |
| 3.1 | FP,RETIC-X CELL CONTROL<br>Lot No. 4311920K  Expiry Date 2019-08-27<br>Freight Terms: DO NOT ADD FREIGHT<br>Contract: 65938US<br>Shipped Via: UPS (US) 2 DAY<br>Waybill No: 1Z3474980201625580 | 628028 | 3 | 3 | 122.65 | 367.95 | 6.00 |

Invoice represents scheduled shipment of reagents per agreement 65938US.
This is a standing order that runs from NOV 18 through OCT 2019.
Please contact us to set up a new schedule prior to OCT 2019 to avoid interruption of supply shipments.

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

www.beckmancoulter.com/termsandconditions          **ORIGINAL**          PRINTER()          **US-SA**


**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107772777**

Page: 1 of 5
Date: 2019/05/29

# INVOICE

Order Number: 56627056
Customer Number: 13032403
Customer Authority: JOANNE MORRISON
Authority Phone:
Customer PO: 032D456800

PO Date: 2019/05/14
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

Bill To:  **CENTER CITY HEALTHCARE LLC**   (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To:  CENTER CITY HEALTHCARE LLC   (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102- 1401
United States
Attn:  RECEIVING HRS 8.3 PM M.F

| Payment Terms: | Net due in 45 days |
| Due Date: | 2019/07/13 |
| Remit To: | Beckman Coulter, Inc. |
| | Dept. CH 10164 |
| | PALATINE IL 60055- 0164 |
| | United States |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|------|-------------|-------------|------------------|------------------|------------------------|-------|----------|
| 2.1 | Access Folate 2x50 Determination<br>Lot No. 920787  Expiry Date 2020- 04- 30<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | A98032 | 5 | 5 | 70.00 | 350.00 | 6.00 |
| 3.1 | ACCESS CORTISOL 2X50 DET<br>Lot No. 832527  Expiry Date 2020- 08- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33600 | 5 | 5 | 61.00 | 305.00 | 6.00 |
| 4.1 | ACCESS DIGOXIN 2X50 DET<br>Lot No. 832544  Expiry Date 2020- 11- 30<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33710 | 5 | 5 | 75.00 | 375.00 | 6.00 |
| 5.1 | ACCESS FERRITIN 2 X 50 DET<br>Lot No. 920788  Expiry Date 2020- 03- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33020 | 8 | 8 | 68.00 | 544.00 | 6.00 |
| 6.1 | ACCESS FREE T4, 2X50 DET<br>Lot No. 920748  Expiry Date 2021- 03- 31 | 33880 | 6 | 6 | 107.00 | 642.00 | 6.00 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822-8000
United States
Tel: 800-526-3821
FAX: 714-223-4100

FEIDN: 95-1040600
DUNS: 00-825-4708

INVOICE NO.: **107772777**

Page: 2 of 5
Date: 2019/05/29

# INVOICE

Order Number: 56627056
Customer Number: 13032403
Customer Authority: JOANNE MORRISON
Authority Phone:
Customer PO: 032D456800

PO Date: 2019/05/14
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

Bill To: **CENTER CITY HEALTHCARE LLC**          (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101-2487**

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|------|-------------|-------------|------------------|------------------|-------------------------|-------|----------|
| | Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | | | | | | |
| 7.1 | Access TSH (3rd IS) 2x100 Det<br>Lot No. 920745  Expiry Date 2020-03-31<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | B63284 | 5 | 5 | 145.00 | 725.00 | 6.00 |
| 8.1 | ACCESS HYBRITECH PSA RGT KIT (2X50<br>Lot No. 920892  Expiry Date 2020-04-30<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 37200 | 5 | 5 | 366.00 | 1,830.00 | 6.00 |
| 11.1 | ACCESS PTH 2 x 50 DET<br>Lot No. 832206  Expiry Date 2020-01-31<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | A16972 | 5 | 5 | 276.00 | 1,380.00 | 6.00 |
| 12.1 | ACCESS PROLACTIN 2X50 DET<br>Lot No. 832376  Expiry Date 2020-01-31<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33530 | 2 | 2 | 78.00 | 156.00 | 6.00 |
| 13.1 | ACCESS SUBSTRATE 4 X 130ML<br>Lot No. 920926  Expiry Date 2020-02-29<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US | 81906 | 8 | 8 | 112.50 | 900.00 | 6.00 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold herein in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.


**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107772777**

Page: 3 of 5
Date: 2019/05/29

# INVOICE

Order Number: 56627056
Customer Number: 13032403
Customer Authority: JOANNE MORRISON
Authority Phone:
Customer PO: 032D456800
PO Date: 2019/05/14
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

Bill To: **CENTER CITY HEALTHCARE LLC**    (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|------|-------------|-------------|------------------|------------------|------------------------|-------|----------|
| | Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | | | | | | |
| 14.1 | ACCESS TOTAL T3 2 X 50 DET<br>Lot No. 920818  Expiry Date 2020- 04- 30<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33830 | 4 | 4 | 40.00 | 160.00 | 6.00 |
| 15.1 | ACCESS TOTAL T4 2X50 DET<br>Lot No. 832573  Expiry Date 2020- 02- 29<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33800 | 4 | 4 | 30.00 | 120.00 | 6.00 |
| 16.1 | Access Folate Calibrator S0- S5<br>Lot No. 920775  Expiry Date 2019- 10- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733296 | A98033 | 1 | 1 | 65.00 | 65.00 | 6.00 |
| 17.1 | ACCESS PTH Calibrators, S0- S5<br>Lot No. 989726  Expiry Date 2020- 02- 26<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | A16953 | 4 | 4 | 85.00 | 340.00 | 6.00 |
| 18.1 | ACCESS AFP SAMPLE DILUENT 14ML<br>Lot No. 832575  Expiry Date 2021- 03- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33216 | 1 | 1 | 57.26 | 57.26 | 6.00 |

If Customer files any cost reports or claims for reimbursement with federal or state health programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

www.beckmancoulter/termsandconditions        **ORIGINAL**        PRINTER()        US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107772777**

Page: 4 of 5
Date: 2019/05/29

# INVOICE

Order Number: 56627056
Customer Number: 13032403
Customer Authority: JOANNE MORRISON
Authority Phone:
Customer Number: 13032403

Bill To: **CENTER CITY HEALTHCARE LLC**     (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Customer PO: 032D456800

PO Date: 2019/05/14
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|------|-------------|-------------|------------------|------------------|-------------------------|-------|----------|
| 19.1 | ACCESS CORTISOL CALIBRATOR S0<br>Lot No. 832174  Expiry Date 2020- 01- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33606 | 1 | 1 | 19.18 | 19.18 | 6.00 |
| 20.1 | ACCESS DIGOXIN CALIBRATOR S0<br>Lot No. 832127  Expiry Date 2019- 12- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33716 | 1 | 1 | 19.18 | 19.18 | 6.00 |
| 21.1 | ACCESS AFP 6 X 50 DET W/CALIBRATOR<br>Lot No. 832334  Expiry Date 2020- 06- 30<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33211 | 4 | 4 | 638.50 | 2,554.00 | 6.00 |
| 22.1 | ACCESS B12 2 X 50 DET<br>Lot No. 920842  Expiry Date 2020- 03- 31<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33000 | 5 | 5 | 72.00 | 360.00 | 6.00 |
| 23.1 | ACCESS CEA 2X50 TESTS<br>Lot No. 995057  Expiry Date 2020- 04- 07<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | 33200 | 4 | 4 | 329.00 | 1,316.00 | 6.00 |
| 24.1 | ACCESS TOTAL B- hCG 2x50 Det<br>Lot No. 832339  Expiry Date 2020- 02- 29 | A85264 | 4 | 4 | 81.50 | 326.00 | 6.00 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822-8000
United States
Tel: 800-526-3821
FAX: 714-223-4100

FE/DN: 95-1040600
DUNS: 00-825-4708

INVOICE NO.: **107772777**

Page: 5 of 5
Date: 2019/05/29

# INVOICE

Order Number:       56627056
Customer Number:    13032403
Customer Authority: JOANNE MORRISON
Authority Phone:
Customer PO:        032D456800

PO Date:            2019/05/14
End User P.O.:

Radioactive License:
F.O.B.:             SHIP POINT
Freight Terms:      PREPAID AND ADD

Bill To:  **CENTER CITY HEALTHCARE LLC**      (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101-2487**

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|------|-------------|-------------|------------------|------------------|-----------------------|-------|----------|
| | Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br><br>Shipped Via: UPS (US) NEXT DAY 10:30 AM<br>Waybill No: 1Z5R91W80138733072 | | | | | | |
| 25.1 | RINGED REACTION VESSELS, DXI 800<br>UNICEL 1 EACH = 1 CASE OF 10,000<br>PARTS<br>Lot No. 0000194986  Expiry Date<br>Freight Terms: PREPAID AND ADD<br>Contract: 65949US<br>Shipped Via: UPS (US) NEXT DAY SAVER 5 PM<br>Waybill No: 1Z5R91W81338732603 | 386167 | 3 | 3 | 216.00 | 648.00 | 6.00 |

Beckman Coulter will be closed on Monday, 5/27/19 in Observance of Memorial Day. To avoid possible
delays in product shipments or delivery, we recommend that you place urgent orders by Monday, 5/13/19.

················································

**TAX SUMMARY:**

| | | | | |
|---|---|---|---|---|
| 644.72 | @ | 0 | = | .00 |
| 13,191.62 | @ | 6 | = | 791.52 |

Thank you for your order.
Phone Orders:  800-526-3821, option 1.
Fax Orders:     800-232-3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal |
|------------|---------------------|-----------|---------------|----------|
| 13,191.62 | 603.72 | 41.00 | 0.00 | 13,836.34 |

If Customer files any cost reports or claims for reimbursement with federal or state
health care programs. Customer shall fully and accurately disclose and claim the
amount of any discount for any of the products sold hereto in the fiscal year in which
the discount is earned or the following year, and otherwise strictly comply with any
applicable federal or state statutes and regulations

| | Tax % | Tax Amount | Total Amount | |
|---|-------|------------|--------------|---|
| | | 791.52 | **USD    14,627.86** | |



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107805384**

Page: 1 of 1
Date: 2019/06/17

# INVOICE

| | |
|---|---|
| Order Number: | 56608751 |
| Customer Number: | 13032403 |
| Customer Authority: | Barbara Stein |
| Authority Phone: | |
| Customer PO: | 032D- 7060 |
| PO Date: | 2019/05/01 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To: **CENTER CITY HEALTHCARE LLC** (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: JULIA STEINAWAY**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To: CENTER CITY HEALTHCARE LLC (86159457)
HAHNEMANN UNIVERSITY HOSPITAL
5TH FL N TOWER
230 N BROAD ST
PHILADELPHIA PA 19102- 1121
United States
Attn: JULIA STEINAWAY

| | |
|---|---|
| **Payment Terms:** | Net Due in 30 Days |
| **Due Date:** | **2019/07/17** |
| **Remit To:** | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055- 0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 22.1 | Transferrin, R1 4 x 7 mL, R2 4 x 8 mL<br>Lot No. 2556  Expiry Date 2021- 04- 01<br>Freight Terms: PREPAID AND ADD<br>Contract: 47744US<br>Shipped Via: FEDEX (US) PRIORITY OVERNIGHT 10:30 AM<br>Waybill No: 473020553510<br><br>Beckman Coulter will be closed on Thursday, 7/04 in Observance of Independence Day. To avoid possible delays in product shipments or delivery, we recommend that you place your urgent orders by Friday, 6/21. | OSR6152 | 4 | 1 | 0.00 | 0.00 | 0 |

Thank you for your order.
Phone Orders:  800- 526- 3821, option 1.
Fax Orders:     800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal | |
|---|---|---|---|---|---|
| 0.00 | 83.87 | | 0.00 | 83.87 | |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations

| | Tax % | Tax Amount | Total Amount | |
|---|---|---|---|---|
| | .00 | .00 | **USD     83.87** | |

www.beckmancoulter/termsandconditions

**ORIGINAL**

PRINTER()          US- SA


**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS 00- 825- 4708

INVOICE NO.: **107812443**

Page: 1 of 1
Date: 2019/06/19

# INVOICE

| | |
|---|---|
| Order Number: | 56664116 |
| Customer Number: | 13032403 |
| Customer Authority: | JOANNE MORRISON |
| Authority Phone: | |
| Customer PO: | 032D- 457944 |
| PO Date: | 2019/06/08 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To: **CENTER CITY HEALTHCARE LLC**    (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To: CENTER CITY HEALTHCARE LLC    (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102- 1401
United States
Attn: RECEIVING HRS 8- 3 PM M- F

| | |
|---|---|
| **Payment Terms:** | **Net Due in 30 Days** |
| **Due Date:** | **2019/07/19** |
| **Remit To:** | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055- 0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 1.1 | FLOW- SET KIT<br>Lot No. 7524055F  Expiry Date 2020- 07- 23<br><br>Freight Terms: PREPAID AND ADD<br><br>Shipped Via: UPS (US) 2 DAY<br>Waybill No: 1Z3474980201646487 | 6607007 | 2 | 2 | 265.00 | 530.00 | 6.00 |
| 2.1 | IOTest 3 Fixative Solution 100- 200t,<br>IVD & CE<br>Lot No. 200078  Expiry Date 2020- 04- 05<br><br>Freight Terms: PREPAID AND ADD<br><br>Shipped Via: UPS (US) GROUND<br>Waybill No: 1Z5R91W80339031888 | A07800 | 4 | 4 | 155.00 | 620.00 | 6.00 |

```
                    TAX SUMMARY:

            39.31  @     0  =           .00
         1,150.00  @     6  =         69.00
```

Thank you for your order.
Phone Orders: 800- 526- 3821, option 1.
Fax Orders:     800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal |
|---|---|---|---|---|
| 1,150.00 | 35.41 | 3.90 | 0.00 | 1,189.31 |

| | Tax % | Tax Amount | Total Amount | |
|---|---|---|---|---|
| If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations. | | 69.00 | **USD    1,258.31** | |

www.beckmancoulter/termsandconditions

**ORIGINAL**

PRINTER()        US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107811929**

Page: 1 of 1
Date: 2019/06/19

# INVOICE

| | |
|---|---|
| Order Number: | 56670799 |
| Customer Number: | 13032403 |
| Customer Authority: | JOANNE MORRISON |
| Authority Phone: | |
| Customer PO: | 032D- 458133 |
| PO Date: | 2019/06/13 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To: **CENTER CITY HEALTHCARE LLC** (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To: CENTER CITY HEALTHCARE LLC (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102- 1401
United States
Attn: RECEIVING HRS 8- 3 PM M- F

| | |
|---|---|
| **Payment Terms:** | **Net Due in 30 Days** |
| **Due Date:** | **2019/07/19** |
| **Remit To:** | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055- 0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 1.1 | INOCULUM SALINE (3ML) 60PK<br>Lot No. 2020- 04- 19  Expiry Date 2020- 04- 19<br><br>Freight Terms: PREPAID AND ADD<br><br>Contract: 64419US<br><br>Shipped Via: UPS (US) GROUND<br>Waybill No: 1Z5R91W80339037248<br><br>Beckman Coulter will be closed on Thursday, 7/04 in Observance of Independence Day. To avoid possible delays in product shipments or delivery, we recommend that you place your urgent orders by Friday, 6/21. | B1015- 12 | 2 | 2 | 56.36 | 112.72 | 6.00 |

```
                 TAX  SUMMARY:

          9.00  @       0  =              .00
        112.72  @       6  =             6.77
```

Thank you for your order.
Phone Orders:  800- 526- 3821, option 1.
Fax  Orders:      800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal | |
|---|---|---|---|---|---|
| 112.72 | 8.40 | 0.60 | 0.00 | 121.72 | |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations

| Tax % | Tax Amount | Total Amount | |
|---|---|---|---|
| | 6.77 | USD | 128.49 |



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822-8000
United States
Tel: 800-526-3821
FAX: 714-223-4100

FEIDN: 95-1040600
DUNS: 00-825-4708

INVOICE NO.: **107790267**

Page: 1 of 1
Date: 2019/06/07

# INVOICE

| | |
|---|---|
| Order Number: | 56658477 |
| Customer Number: | 13032403 |
| Customer Authority: | BETTY C COLQUITT |
| Authority Phone: | |
| Customer PO: | 032D-457728 |
| PO Date: | 2019/06/05 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To: **CENTER CITY HEALTHCARE LLC**  (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101-2487**

Ship To: CENTER CITY HEALTHCARE LLC  (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102-1401
United States
Attn: RECEIVING HRS 8-3 PM M-F

| Payment Terms: | Net due in 45 days |
|---|---|
| Due Date: | 2019/07/22 |
| Remit To: | Beckman Coulter, Inc. |
| | Dept. CH 10164 |
| | PALATINE IL 60055-0164 |
| | United States |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 1.1 | UNICEL DXi Wash Buffer II, 1 x 10 L<br>Lot No. 331831F  Expiry Date 2020-05-15<br><br>Freight Terms: PREPAID AND ADD<br><br>Contract: 65949US<br><br>Shipped Via: PITT OHIO (US) LTL<br>Waybill No: 5023579673 | A16793 | 40 | 40 | 30.00 | 1,200.00 | 6.00 |

Thank you for your order.
Phone Orders: 800-526-3821, option 1.
Fax Orders:    800-232-3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal |
|---|---|---|---|---|
| 1,200.00 | 0.00 | | 0.00 | 1,200.00 |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

| | Tax % | Tax Amount | Total Amount | |
|---|---|---|---|---|
| | 6.00 | 72.00 | USD | **1,272.00** |

www.beckmancoulter.com/termsandconditions

**ORIGINAL**

PRINTER()       US-SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107828519**

Page: 1 of 1
Date: 2019/06/27

# INVOICE

| | |
|---|---|
| Order Number: | 56685053 |
| Customer Number: | 13032403 |
| Customer Authority: | JOANNE MORRISON |
| Authority Phone: | |
| Customer PO: | 032D- 458606 |
| PO Date: | 2019/06/22 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B.: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To: **CENTER CITY HEALTHCARE LLC**    (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN:  ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To:  CENTER CITY HEALTHCARE LLC    (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102- 1401
United States
Attn:  RECEIVING HRS 8- 3 PM M- F

| Payment Terms: | Net Due in 30 Days |
|---|---|
| Due Date: | 2019/07/27 |
| Remit To: | Beckman Coulter, Inc. |
| | Dept. CH 10164 |
| | PALATINE IL 60055- 0164 |
| | United States |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 1.1 | ISOFLOW,EPICS SHEATH FL,4X1.8L<br>Lot No. 50255F  Expiry Date 2020- 12- 04<br><br>Freight Terms: PREPAID AND ADD<br><br>Shipped Via: PITT OHIO (US) LTL<br>Waybill No: 5024234139<br><br>Beckman Coulter will be closed on Thursday, 7/04 in Observance of Independence Day. To avoid possible delays in product shipments or delivery, we recommend that you place your urgent orders by Friday, 6/21. | 8547008 | 22 | 22 | 24.00 | 528.00 | 6.00 |

Thank you for your order.
Phone Orders:  800- 526- 3821, option 1.
Fax Orders:     800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore

| Net Amount | Shipping & Handling | Insurance | Other Charges | | Subtotal | |
|---|---|---|---|---|---|---|
| 528.00 | 0.00 | | 0.00 | | 528.00 | |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

| | Tax % | Tax Amount | Total Amount | |
|---|---|---|---|---|
| | 6.00 | 31.68 | USD     559.68 | |

www.beckmancoulter/termsandconditions

**ORIGINAL**

PRINTER()

US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107830505**

Page: 1 of 1
Date: 2019/06/30

# INVOICE

Order Number: 56679557
Customer Number: 13032403
Customer Authority: JOANNE MORRISON
Authority Phone:
Customer PO: 032D457996
PO Date: 2019/06/10
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

Bill To: **CENTER CITY HEALTHCARE LLC** (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To: CENTER CITY HEALTHCARE LLC (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102- 1401
United States
Attn: RECEIVING

| Payment Terms: | Net Due in 30 Days |
|---|---|
| Due Date: | 2019/07/30 |
| Remit To: | Beckman Coulter, Inc. |
| | Dept. CH 10164 |
| | PALATINE IL 60055- 0164 |
| | United States |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 1.1 | CD8- FITC, 2ML, ASR<br>Lot No. 200102 Expiry Date 2021- 03- 20 | IM0451U | 1 | 1 | 450.00 | 450.00 | 6.00 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Shipped Via: UPS (US) GROUND<br>Waybill No: 1Z5R91W80339105085 | | | | | | |

Beckman Coulter will be closed on Thursday, 7/04 in Observance of Independence Day. To avoid possible
delays in product shipments or delivery, we recommend that you place your urgent orders by Friday, 6/21.

```
          TAX SUMMARY:
     10.98   @      0  =       .00
    450.00   @      6  =     27.00
```

Thank you for your order.
Phone Orders: 800- 526- 3821, option 1.
Fax Orders: 800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal | |
|---|---|---|---|---|---|
| 450.00 | 9.48 | 1.50 | 0.00 | 460.98 | |

If Customer files any cost reports or claims for reimbursement with federal or state
health care programs, Customer shall fully and accurately disclose and claim the
amount of any discount for any of the products sold hereto in the fiscal year in which
the discount is earned or the following year, and otherwise strictly comply with any
applicable federal or state statutes and regulations.

| | Tax % | Tax Amount | Total Amount | |
|---|---|---|---|---|
| | | 27.00 | USD 487.98 | |

www.beckmancoulter.com/termsandconditions

**ORIGINAL**

PRINTER() US- SA


**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107811920**

Page: 1 of 1
Date: 2019/06/19

# INVOICE

Order Number: 56673277
Customer Number: 13032403
Customer Authority: JOANNE MORRISON
Authority Phone:
Customer PO: 032D- 458222

Bill To: **CENTER CITY HEALTHCARE LLC** (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

PO Date: 2019/06/14
End User P.O.:
Radioactive License:
F.O.B.: SHIP POINT
Freight Terms: PREPAID AND ADD

Ship To: CENTER CITY HEALTHCARE LLC (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102- 1401
United States
Attn: RECEIVING HRS 8- 3 PM M- F

| | |
|---|---|
| **Payment Terms:** | **Net due in 45 days** |
| **Due Date:** | **2019/08/03** |
| **Remit To:** | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055- 0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 1.1 | ACCESS TOTAL B- hCG 2x50 Det<br>Lot No. 832576 Expiry Date 2020- 03- 31 | A85264 | 10 | 10 | 81.50 | 815.00 | 6.00 |
| | Freight Terms: PREPAID AND ADD | | | | | | |
| | Contract: 65949US | | | | | | |
| | Shipped Via: UPS (US) GROUND<br>Waybill No: 1Z5R91W80339033591 | | | | | | |

Beckman Coulter will be closed on Thursday, 7/04 in Observance of Independence Day. To avoid possible
delays in product shipments or delivery, we recommend that you place your urgent orders by Friday, 6/21.

```
......................................................
         TAX SUMMARY:
    12.56  @    0  =           .00
   815.00  @    6  =         48.90
```

Thank you for your order.
Phone Orders: 800- 526- 3821, option 1.
Fax Orders: 800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal |
|---|---|---|---|---|
| 815.00 | 9.86 | 2.70 | 0.00 | 827.56 |

If Customer files any cost reports or claims for reimbursement with federal or state
health care programs, Customer shall fully and accurately disclose and claim the
amount of any discount for any of the products sold hereto in the fiscal year in which
the discount is earned or the following year, and otherwise strictly comply with any
applicable federal or state statutes and regulations.

| Tax % | Tax Amount | Total Amount | |
|---|---|---|---|
| | 48.90 | **USD** | **876.46** |

www.beckmancoulter/termsandconditions        **ORIGINAL**        PRINTER()        US- SA



**BECKMAN COULTER**

250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822- 8000
United States
Tel: 800- 526- 3821
FAX: 714- 223- 4100

FEIDN: 95- 1040600
DUNS: 00- 825- 4708

INVOICE NO.: **107812945**

Page: 1 of 1
Date: 2019/06/19

# INVOICE

| | |
|---|---|
| Order Number: | 56673277 |
| Customer Number: | 13032403 |
| Customer Authority: | JOANNE MORRISON |
| Authority Phone: | |
| Customer PO: | 032D- 458222 |
| PO Date: | 2019/06/14 |
| End User P.O.: | |
| Radioactive License: | |
| F.O.B: | SHIP POINT |
| Freight Terms: | PREPAID AND ADD |

Bill To: **CENTER CITY HEALTHCARE LLC**      (6158959)
**HAHNEMANN UNIVERSITY HOSPITAL**
**ACCOUNTS PAYABLE**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 42487**
**PHILADELPHIA, PA 19101- 2487**

Ship To: CENTER CITY HEALTHCARE LLC      (86157960)
HAHNEMANN UNIVERSITY HOSPITAL
1400 RACE ST
PHILADELPHIA PA 19102- 1401
United States
Attn: RECEIVING HRS 8- 3 PM M- F

| | |
|---|---|
| **Payment Terms:** | **Net due in 45 days** |
| **Due Date:** | **2019/08/03** |
| **Remit To:** | **Beckman Coulter, Inc.** |
| | **Dept. CH 10164** |
| | **PALATINE IL 60055- 0164** |
| | **United States** |

| Item | Description | Part Number | Quantity Ordered | Quantity Shipped | Unit Price / Discount % | Value | Tax Rate |
|---|---|---|---|---|---|---|---|
| 2.1 | ACCESS CEA 2X50 TESTS<br>Lot No. 995058  Expiry Date 2020- 04- 14<br><br>Freight Terms: PREPAID AND ADD<br><br>Contract: 65949US<br><br>Shipped Via: UPS (US) NEXT DAY SAVER 5 PM<br>Waybill No: 1Z5R91W81339039003<br><br>Beckman Coulter will be closed on Thursday, 7/04 in Observance of Independence Day. To avoid possible delays in product shipments or delivery, we recommend that you place your urgent orders by Friday, 6/21.<br>. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>    **TAX SUMMARY:**<br>    84.37   @     0  =           .00<br>    1,645.00  @     6  =        98.70 | 33200 | 5 | 5 | 329.00 | 1,645.00 | 6.00 |

Thank you for your order.
Phone Orders: 800- 526- 3821, option 1.
Fax Orders:    800- 232- 3828
Purchase online at our eStore: www.beckmancoulter.com/eStore
You can track your order 24 hours a day by visiting www.beckmancoulter.com/track

| Net Amount | Shipping & Handling | Insurance | Other Charges | Subtotal | |
|---|---|---|---|---|---|
| 1,645.00 | 79.27 | 5.10 | 0.00 | 1,729.37 | |

If Customer files any cost reports or claims for reimbursement with federal or state health care programs, Customer shall fully and accurately disclose and claim the amount of any discount for any of the products sold hereto in the fiscal year in which the discount is earned or the following year, and otherwise strictly comply with any applicable federal or state statutes and regulations.

| | Tax % | Tax Amount | Total Amount | |
|---|---|---|---|---|
| | | 98.70 | USD    1,828.07 | |

**ORIGINAL**      PRINTER()      US- SA