IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,**<br><br>Debtors. | **Chapter 11**<br><br>Case No. 19-11466 (MFW)<br><br>**(Jointly Administered)**<br><br>**Hearing Date: May 27, 2020 at 11:30am (ET)**<br>**Objection Deadline: May 20, 2020 at 4:00pm (ET)** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that on May 7, 2020, Beckman Coulter, Inc., filed the *Motion of Beckman Coulter, Inc.'s for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A copy of the Motion is enclosed herein.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must be filed with the clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 20, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of the objection or response upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if an objection or response is timely filed, served and received, and such objection or response is not otherwise timely resolved, a hearing with respect to the Motion will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801 on **May 27, 2020 at 11:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR RESPONSE IS RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

{00027398. }

**THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 7, 2020
      Wilmington, Delaware

                **HOGAN MCDANIEL**

                */s/ Garvan F. McDaniel*
                Garvan F. McDaniel [Del. Bar No. 4167]
                1311 Delaware Avenue
                Wilmington, Delaware 19806
                Telephone 302-656-7540
                gmcdaniel@dkhogan.com

                -and-

                **BERNSTEIN-BURKLEY, P.C.**

                /*s/ Kirk B. Burkley*
                Kirk B. Burkley, Esq.
                PA I.D.: 89511
                kburkley@bernsteinlaw.com
                BERNSTEIN-BURKLEY, P.C.
                707 Grant St., Ste. 2200, Gulf Tower
                Pittsburgh, PA 15219
                Phone:  (412)456-8121
                Fax:    (412)456-8135