# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | **Chapter 11** |
| **CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,** | **Case No. 19-11466 (MFW)** |
| | **(Jointly Administered)** |
| **Debtors.** | **Re: Docket No(s). _____** |

## ORDER

Upon consideration of the Motion of Beckman Coulter, Inc. for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503 (the **"Motion"**) and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Beckman Coulter, Inc. is hereby allowed an administrative expense claim pursuant to Section 503(b)(1) in the amount of $106,699.45 against Center City Healthcare, LLC d/b/a Hahnemann University Hospital, which Debtors shall pay within ten (10) business days of the entry of this Order; and it is further

ORDERED that Beckman Coulter, Inc.. is hereby allowed an administrative expense claim pursuant to Section 503(b)(9) in the amount of $94,363.33 against Center City Healthcare, LLC d/b/a Hahnemann University Hospital, which Debtors shall pay within ten (10) business days of the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.