# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,** | Case No. 19-11466 (MFW) <br><br> **(Jointly Administered)** |
| **Debtors.** | **Hearing Date: May 27, 2020 at 11:30am (ET)** <br> **Objection Deadline: May 20, 2020 at 4:00pm (ET)** |

## CERTIFICATE OF SERVICE

I, Garvan F. McDaniel, do hereby certify that a true and correct copy of the foregoing Motion of Beckman Coulter, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 was served on May 7, 2020 upon the parties who receive CM/ECF notices in the above-captioned cases.

Dated: May 7, 2020

**HOGAN MCDANIEL**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel [Del. Bar No. 4167]
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone 302-656-7540
gmcdaniel@dkhogan.com

-and

**BERNSTEIN-BURKLEY, P.C.**

*/s/ Kirk B. Burkley*
Kirk B. Burkley, Esq.
PA I.D.: 89511
kburkley@bernsteinlaw.com
BERNSTEIN-BURKLEY, P.C.

707 Grant St., Ste. 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412)456-8121
Fax:    (412)456-8135