# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: May 26, 2020 at 4:00 p.m. (ET)** |
| | ) |

## REPORT BY EISNERAMPER LLP OF
## COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
## PERIOD OF APRIL 1, 2020 THROUGH APRIL 30, 2020

Exhibit A:   STC OpCo, LLC - Transition Services Summary of Hours by Professionals
Transition Services Itemized Expenses

Exhibit B:   CRO Summary of Hours by Professional

Exhibit C:   Non-Transition Services Summary of Compensation by Project Category
Summary of Hours by Professionals
Summary Description of Services Provided

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Tenth Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period April 1, 2020 through April 30, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $394,180.15. EisnerAmper incurred $33,136.16 in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Fees and Expense Schedule (4/1/2020-4/30/2020)**

| Services | Fees | Expenses | Total |
|---|---|---|---|
| STC Opco, LLC- Transition Services | $ 237,600.00 | $ 31,491.84 | $ 269,091.84 |
| CRO Services | 121,000.00 | - | 121,000.00 |
| Non- Transition Services | 35,580.15 | - | 35,580.15 |
| **Total** | **$ 394,180.15** | **$ 31,491.84** | **$ 425,671.99** |

# **EXHIBIT A**

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

| Philadelphia Academic Health System, LLC | INVOICE | | |
|---|---|---|---|
| | | **Invoice #** | **Date** |
| | | TSA - 004 | 5/12/2020 |
| **Bill to:** STC OpCo, LLC | | | |
| **Description** | | | **Amount** |
| Monthly EisnerAmper Transition Services - April 2020 (04/1/2020 - 04/30/2020) | | $ | 237,600.00 |
| EisnerAmper Administration and Technology Fee - April 2020 | | | 9,504.00 |
| EisnerAmper Direct Expenses - April 2020 | | | 21,987.84 |
| | Total | $ | 269,091.84 |
| | *Thank you for your payment!* | | |
| **Please Remit Funding to:** | | | |
| | Payee:  Philadelphia Academic Health System, LLC | | |
| | Bank:  Wells Fargo Bank, NA | | |
| | ABA Routing #: 121000248 | | |
| | Bank Account #: 4127916021 | | |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 04/13/2020 | Oglesby, Dion | Airline,RR,etc | $ 61.00 | Train to client location in Philadelphia |
| 04/13/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train ticket from client to NYC |
| 04/14/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train to client location in Philadelphia |
| 04/14/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train ticket from client to NYC |
| 04/15/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train ticket from client to NYC |
| 04/15/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train to client location in Philadelphia |
| 04/16/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train to client location in Philadelphia |
| 04/16/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train to client location in Philadelphia |
| 04/20/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train to client location in Philadelphia |
| 04/20/2020 | Oglesby, Dion | Airline,RR,etc | 61.00 | Train ticket from client to NYC |
| 04/21/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train to client location in Philadelphia |
| 04/21/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train ticket from client to NYC |
| 04/22/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train ticket from client to NYC |
| 04/22/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train to client location in Philadelphia |
| 04/23/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train to client location in Philadelphia |
| 04/23/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train ticket from client to NYC |
| 04/27/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train to client location in Philadelphia |
| 04/27/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train ticket from client to NYC |
| 04/28/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train to client location in Philadelphia |
| 04/28/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train ticket from client to NYC |
| 04/29/2020 | Oglesby, Dion | Airline,RR,etc | 190.00 | Train to client location in Philadelphia |
| 04/30/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train to client location in Philadelphia |
| 04/30/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train ticket from client to NYC |
| 04/30/2020 | Oglesby, Dion | Airline,RR,etc | 1,620.00 | Monthly train to cleint location in Philadelphia |
|  |  | **Airline,RR,etc Total** | **3,560.00** |  |
| 04/23/2020 | Torres, Solomon | Hotel | 5,360.00 | Hotel |
| 04/24/2020 | Dreskin, Ronald | Hotel | 7,350.00 | Hotel |
|  |  | **Hotel Total** | **12,710.00** |  |
| 04/01/2020 | Torres, Solomon | Local Fares | 39.65 | Taxi |
| 04/02/2020 | Torres, Solomon | Local Fares | 38.87 | Taxi |
| 04/03/2020 | Torres, Solomon | Local Fares | 41.88 | Taxi |
| 04/07/2020 | Torres, Solomon | Local Fares | 43.22 | Taxi |
| 04/08/2020 | Torres, Solomon | Local Fares | 60.22 | Taxi |
| 04/09/2020 | Torres, Solomon | Local Fares | 40.78 | Taxi |
| 04/10/2020 | Torres, Solomon | Local Fares | 35.73 | Taxi |
| 04/13/2020 | Oglesby, Dion | Local Fares | 21.48 | Lyft from client location in Philadelphia |
| 04/13/2020 | Oglesby, Dion | Local Fares | 35.79 | Taxi to client location in Philadelphia |
| 04/14/2020 | Oglesby, Dion | Local Fares | 20.28 | Lyft from client location in Philadelphia |
| 04/14/2020 | Oglesby, Dion | Local Fares | 21.93 | Lyft to client location in Philadelphia |
| 04/14/2020 | Torres, Solomon | Local Fares | 39.35 | Taxi |
| 04/15/2020 | Oglesby, Dion | Local Fares | 20.33 | Lyft from client location in Philadelphia |
| 04/15/2020 | Oglesby, Dion | Local Fares | 21.43 | Lyft to client location in Philadelphia |
| 04/15/2020 | Torres, Solomon | Local Fares | 39.52 | Taxi |
| 04/16/2020 | Oglesby, Dion | Local Fares | 20.65 | Lyft from client location in Philadelphia |
| 04/16/2020 | Oglesby, Dion | Local Fares | 25.23 | Lyft to client location in Philadelphia |
| 04/16/2020 | Torres, Solomon | Local Fares | 39.37 | Taxi |
| 04/20/2020 | Oglesby, Dion | Local Fares | 33.24 | Taxi to client location in Philadelphia |
| 04/20/2020 | Oglesby, Dion | Local Fares | 19.93 | Lyft from client location in Philadelphia |
| 04/21/2020 | Oglesby, Dion | Local Fares | 22.00 | Lyft to client location in Philadelphia |
| 04/21/2020 | Torres, Solomon | Local Fares | 41.15 | Taxi |
| 04/22/2020 | Oglesby, Dion | Local Fares | 20.23 | Lyft from client location in Philadelphia |
| 04/22/2020 | Oglesby, Dion | Local Fares | 22.14 | Lyft to client location in Philadelphia |
| 04/22/2020 | Torres, Solomon | Local Fares | 40.99 | Taxi |
| 04/23/2020 | Oglesby, Dion | Local Fares | 22.09 | Lyft to client location in Philadelphia |
| 04/23/2020 | Oglesby, Dion | Local Fares | 20.52 | Lyft from client location in Philadelphia |
| 04/23/2020 | Torres, Solomon | Local Fares | 40.26 | Taxi |
| 04/24/2020 | Torres, Solomon | Local Fares | 37.75 | Taxi |
| 04/27/2020 | Oglesby, Dion | Local Fares | 21.97 | Lyft to client location in Philadelphia |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 04/27/2020 | Oglesby, Dion | Local Fares | 21.26 | Lyft from client location in Philadelphia |
| 04/28/2020 | Oglesby, Dion | Local Fares | 22.22 | Lyft from client location in Philadelphia |
| 04/28/2020 | Oglesby, Dion | Local Fares | 21.90 | Lyft to client location in Philadelphia |
| 04/28/2020 | Torres, Solomon | Local Fares | 42.61 | Taxi |
| 04/29/2020 | Oglesby, Dion | Local Fares | 20.68 | Lyft from client location in Philadelphia |
| 04/29/2020 | Oglesby, Dion | Local Fares | 23.54 | Lyft to client location in Philadelphia |
| 04/29/2020 | Torres, Solomon | Local Fares | 41.36 | Taxi |
| 04/30/2020 | Oglesby, Dion | Local Fares | 22.13 | Lyft to client location in Philadelphia |
| 04/30/2020 | Oglesby, Dion | Local Fares | 22.08 | Lyft from client location in Philadelphia |
| 04/30/2020 | Torres, Solomon | Local Fares | 38.29 | Taxi |
| | | **Local Fares Total** | **1,224.05** | |
| 04/01/2020 | Dreskin, Ronald | Meals | 99.37 | Breakfast/lunch |
| 04/01/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 04/02/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 04/03/2020 | Torres, Solomon | Meals | 75.38 | Meals |
| 04/06/2020 | Dreskin, Ronald | Meals | 63.15 | Breakfast/lunch |
| 04/06/2020 | Dreskin, Ronald | Meals | 67.36 | Meals dinner |
| 04/06/2020 | Dreskin, Ronald | Meals | 35.22 | Meals breakfast |
| 04/06/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 04/07/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 04/08/2020 | Dreskin, Ronald | Meals | 74.20 | Meals dinner |
| 04/08/2020 | Torres, Solomon | Meals | 65.63 | Meals |
| 04/09/2020 | Dreskin, Ronald | Meals | 48.20 | Lunch |
| 04/09/2020 | Dreskin, Ronald | Meals | 93.54 | Meals dinner |
| 04/09/2020 | Torres, Solomon | Meals | 59.56 | Meals |
| 04/10/2020 | Torres, Solomon | Meals | 96.84 | Meals |
| 04/11/2020 | Dreskin, Ronald | Meals | 95.11 | Lunch |
| 04/12/2020 | Dreskin, Ronald | Meals | 63.87 | Lunch/dinner |
| 04/13/2020 | Oglesby, Dion | Meals | 3.76 | Breakfast in client cafeteria in Philadelphia |
| 04/13/2020 | Oglesby, Dion | Meals | 8.49 | Lunch in client cafeteria in Philadelphia |
| 04/13/2020 | Dreskin, Ronald | Meals | 53.51 | Lunch |
| 04/13/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 04/14/2020 | Oglesby, Dion | Meals | 3.76 | Breakfast in client cafeteria in Philadelphia |
| 04/14/2020 | Oglesby, Dion | Meals | 7.86 | Lunch in client cafeteria in Philadelphia |
| 04/14/2020 | Torres, Solomon | Meals | 46.59 | Meals |
| 04/15/2020 | Oglesby, Dion | Meals | 4.18 | Lunch in client cafeteria in Philadelphia |
| 04/15/2020 | Oglesby, Dion | Meals | 6.44 | Breakfast in client cafeteria in Philadelphia |
| 04/15/2020 | Torres, Solomon | Meals | 41.01 | Meals |
| 04/16/2020 | Oglesby, Dion | Meals | 4.29 | Breakfast in client cafeteria in Philadelphia |
| 04/16/2020 | Oglesby, Dion | Meals | 4.18 | Lunch in client cafeteria in Philadelphia |
| 04/16/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 04/17/2020 | Torres, Solomon | Meals | 95.97 | Meals |
| 04/20/2020 | Oglesby, Dion | Meals | 5.38 | Lunch in client cafeteria in Philadelphia |
| 04/20/2020 | Oglesby, Dion | Meals | 3.76 | Breakfast in client cafeteria in Philadelphia |
| 04/20/2020 | Dreskin, Ronald | Meals | 105.22 | Meals groceries |
| 04/20/2020 | Torres, Solomon | Meals | 56.77 | Meals |
| 04/21/2020 | Oglesby, Dion | Meals | 4.29 | Breakfast in client cafeteria in Philadelphia |
| 04/21/2020 | Oglesby, Dion | Meals | 6.57 | Lunch in client cafeteria in Philadelphia |
| 04/21/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 04/22/2020 | Oglesby, Dion | Meals | 6.98 | Breakfast in client cafeteria in Philadelphia |
| 04/22/2020 | Oglesby, Dion | Meals | 5.92 | Lunch in client cafeteria in Philadelphia |
| 04/22/2020 | Torres, Solomon | Meals | 32.27 | Meals |
| 04/23/2020 | Oglesby, Dion | Meals | 6.98 | Breakfast in client cafeteria in Philadelphia |
| 04/23/2020 | Oglesby, Dion | Meals | 7.54 | Lunch in client cafeteria in Philadelphia |
| 04/23/2020 | Torres, Solomon | Meals | 42.22 | Meals |
| 04/24/2020 | Dreskin, Ronald | Meals | 37.78 | Meals dinner |
| 04/24/2020 | Torres, Solomon | Meals | 82.17 | Meals |
| 04/27/2020 | Oglesby, Dion | Meals | 6.98 | Breakfast in client cafeteria in Philadelphia |
| 04/27/2020 | Oglesby, Dion | Meals | 2.15 | Lunch in client cafeteria in Philadelphia |
| 04/27/2020 | Dreskin, Ronald | Meals | 67.25 | Meals dinner |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 04/27/2020 | Torres, Solomon | Meals | 20.80 | Meals |
| 04/28/2020 | Oglesby, Dion | Meals | 4.31 | Lunch in client cafeteria in Philadelphia |
| 04/28/2020 | Oglesby, Dion | Meals | 6.98 | Breakfast in client cafeteria in Philadelphia |
| 04/28/2020 | Torres, Solomon | Meals | 42.44 | Meals |
| 04/29/2020 | Oglesby, Dion | Meals | 5.68 | Breakfast in client cafeteria in Philadelphia |
| 04/29/2020 | Oglesby, Dion | Meals | 6.65 | Lunch in client cafeteria in Philadelphia |
| 04/29/2020 | Dreskin, Ronald | Meals | 60.05 | Meals dinner |
| 04/29/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 04/30/2020 | Oglesby, Dion | Meals | 5.68 | Breakfast in client cafeteria in Philadelphia |
| 04/30/2020 | Oglesby, Dion | Meals | 9.60 | Lunch in client cafeteria in Philadelphia |
| 04/30/2020 | Torres, Solomon | Meals | 55.91 | Meals |
|  |  | **Meals Total** | **1,979.80** |  |
| 04/01/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/02/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/03/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/04/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/04/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles trip to client |
| 04/05/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/06/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/06/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles trip to client |
| 04/07/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/08/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/09/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/10/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/10/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles trip to client |
| 04/11/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/12/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/13/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/13/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles trip to client |
| 04/14/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/15/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/16/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/17/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/17/2020 | Torres, Solomon | Mileage | 85.84 | 148 miles trip to client |
| 04/18/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/19/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/19/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles trip to client |
| 04/20/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/20/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles trip to client |
| 04/21/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/22/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/23/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/24/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/24/2020 | Torres, Solomon | Mileage | 74.24 | 128 miles trip to client |
| 04/25/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/26/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/27/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/27/2020 | Torres, Solomon | Mileage | 74.24 | 128 miles trip to client |
| 04/28/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/29/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/30/2020 | Dreskin, Ronald | Mileage | 9.86 | Mileage roundtrip to St. Chris |
| 04/30/2020 | Torres, Solomon | Mileage | 85.84 | 148 miles trip to client |
|  |  | **Mileage Total** | **1,027.76** |  |
| 04/01/2020 | Dreskin, Ronald | Parking/Tolls | 35.00 | Parking |
| 04/04/2020 | Dreskin, Ronald | Parking/Tolls | 105.00 | Parking |
| 04/04/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 04/06/2020 | Dreskin, Ronald | Parking/Tolls | 74.00 | Parking |
| 04/06/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 04/08/2020 | Dreskin, Ronald | Parking/Tolls | 74.00 | Parking |
| 04/09/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking |
| 04/10/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking |
| 04/10/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 04/13/2020 | Dreskin, Ronald | Parking/Tolls | 111.00 | Parking |
| 04/13/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 04/15/2020 | Dreskin, Ronald | Parking/Tolls | 74.00 | Parking |
| 04/17/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 04/19/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 04/21/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking |
| 04/22/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking |
| 04/24/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 04/27/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking |
| 04/27/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 04/29/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking |
| 04/30/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking |
| 04/30/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| | | **Parking/Tolls Total** | **1,037.55** | |
| 04/09/2020 | Dreskin, Ronald | Supplies | 165.00 | Supplies |
| 04/29/2020 | Dreskin, Ronald | Supplies | 160.00 | Supplies |
| | | **Supplies Total** | **325.00** | |
| 04/30/2020 | Torres, Solomon | Telephone | 123.68 | Telephone |
| | | **Telephone Total** | **123.68** | |
| | | **Grand Total** | **$ 21,987.84** | |
| | | **Airline,RR,etc Total** | **3,560.00** | |
| | | **Hotel Total** | **12,710.00** | |
| | | **Local Fares Total** | **1,224.05** | |
| | | **Meals Total** | **1,979.80** | |
| | | **Mileage Total** | **1,027.76** | |
| | | **Parking/Tolls Total** | **1,037.55** | |
| | | **Supplies Total** | **325.00** | |
| | | **Telephone Total** | **123.68** | |
| | | **Grand Total** | **$ 21,987.84** | |

# **EXHIBIT B**

**CRO Summary of Hours by Professional**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**April 1, 2020 through April 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 191.7 | $ 640.00 |
| **GRAND TOTAL** | | **191.7** | |

* Rates change annually effective August 1st.

# EXHIBIT C

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

Exhibit C

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**April 1, 2020 through April 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Anthony Calascibetta, CPA/CFF, CTP | Partner | 0.1 | $ 570.00 | $ 57.00 |
| Steven Bisciello | Director | 5.0 | 540.00 | 2,700.00 |
| Sheldon Orlov, CPA | Director | 0.5 | 540.00 | 270.00 |
| Tyler Tracewski, CPA | Manager | 0.3 | 350.00 | 105.00 |
| Andrew Still, CFE | Manager | 117.4 | 320.00 | 37,568.00 |
| Richard DePiano | Manager | 1.3 | 320.00 | 416.00 |
| Robert Champion, Jr. | Staff II | 2.0 | 295.00 | 590.00 |
| Henry Vargas, CPA | Staff II | 0.6 | 255.00 | 153.00 |
| **TOTAL HOURS AND FEES** | | | | 41,859.00 |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | (6,278.85) |
| **GRAND TOTAL** | | 127.2 | $ 279.72 | $35,580.15 |

\* Rates change annually effective August 1st.

Exhibit C

| Professionals | Sum of Hours |
|---|---|
| **Andrew Still** | **117.4** |
| Business Analysis | 117.4 |
| **Anthony Calascibet** | **0.1** |
| Consulting | 0.1 |
| **Henry Vargas** | **0.6** |
| Business Analysis | 0.6 |
| **Richard DePiano** | **1.3** |
| Business Analysis | 1.3 |
| **Robert Champion J** | **2.0** |
| Consulting | 2.0 |
| **Sheldon Orlov** | **0.5** |
| Consulting | 0.5 |
| **Steven Bisciello** | **5.0** |
| Consulting | 5.0 |
| **Tyler Tracewski** | **0.3** |
| Consulting | 0.3 |
| **Grand Total** | **127.2** |