## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: June 3, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**NOTICE OF EIGHTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020</u>**

PLEASE TAKE NOTICE THAT on May 14, 2020, Sills Cummis & Gross P.C. ("<u>Sills</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Eighth Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period February 1, 2020 through February 29, 2020 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **June 3, 2020 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.


Dated: May 14, 2020                              **FOX ROTHSCHILD LLP**

                                                 */s/ Thomas M. Horan*
                                                 Thomas M. Horan (DE No. 4641)
                                                 919 North Market Street, Suite 300
                                                 Wilmington, DE  19899-2323
                                                 Telephone:  (302) 654-7444
                                                 Facsimile:  (302) 656-8920
                                                 E-mail: thoran@foxrothschild.com

                                                 *Counsel to the Official Committee of*
                                                 *Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: June 3, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

### EIGHTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
### FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
### AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
### <u>PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020</u>

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | February 1, 2020 – February 29, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $44,850.00  (80% of $56,062.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $173.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

7215242

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, primary department or group, year of obtaining relevant license to practice, if applicable | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $825 | 14.0 | $11,550.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $750 | 37.0 | $27,750.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $595 | 27.8 | $16,541.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $550 | 10.9 | $5,995.00 |
| **Total Fees at Standard Rates** | | | **89.7** | **$61,836.00** |
| **Total Fees After Application of $625 Blended Rate Discount[3]** | | | **89.7** | **$56,062.50** |

[2] Effective October 1, 2019 (*i.e.*, the first date of Sills' new fiscal year), the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $795 to $825; the hourly rate of Boris Mankovetskiy was increased from $725 to $750; the hourly rate of Rachel Brennan was increased from $545 to $595; and the hourly rate of Gregory Kopacz was increased from $525 to $550. However, as discussed below, Sills' fees for this engagement will remain subject to a $625 blended hourly rate cap.

[3] As noted in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Nunc Pro Tunc to July 15, 2019* [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

2

7215242

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 21.8 | $16,567.50 |
| Asset Disposition (102) | 23.5 | $14,323.00 |
| Business Operations (103) | 1.3 | $975.00 |
| Case Administration (104) | 7.0 | $5,107.00 |
| Claims Administration and Objections (105) | 20.5 | $15,925.00 |
| Fee/Employment Applications (107) | 9.7 | $5,455.00 |
| Financing (109) | 4.0 | $2,362.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 1.7 | $1,011.50 |
| Plan and Disclosure Statement (113) | 0.2 | $110.00 |
| **Total Fees at Standard Rate** | **89.7** | **$61,836.00** |
| **Total Fees After Application of $625 Blended Rate Discount[4]** | **89.7** | **$56,062.50** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Telephone Toll Charges | $52.55 |
| Lexis | $120.45 |
| **TOTAL** | **$173.00** |

---

[4] Sills' fees are subject to a $625 blended hourly rate cap.  See Retention Application ¶ 16.

3

7215242

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: June 3, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**EIGHTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

Pursuant to sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Eighth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From February 1, 2020 Through February 29, 2020* (the "Application"). By the Application, Sills seeks allowance of $44,850.00 (80% of $56,062.50) in fees for services rendered and $173.00 for reimbursement of actual and necessary expenses for the period from February 1, 2020 through February 29, 2020 (the "Compensation Period").

**Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

7215242

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for the Compensation Period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third Circuit law, and the Compensation Order.

### Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses during the Compensation Period is included in **Exhibit A**.

5

## Summary of Services by Project

7.      The services Sills rendered during the Compensation Period are generally described below, with a more detailed identification of the actual services provided in **Exhibit A**.

A.      Asset Analysis and Recovery

      Fees: $16,567.50;      Total Hours: 21.8

This category includes time spent investigating causes of action against certain non-debtor affiliates, including time spent addressing related discovery issues and working on a related confidentiality agreement.

B.      Asset Disposition

      Fees: $14,323.00;      Total Hours: 23.5

This category includes time spent: (a) addressing post-closing issues related to the St. Christopher asset sale; (b) analyzing the Debtors' motion to purchase tail insurance, drafting a response thereto, and analyzing objections filed by third parties; and (c) communicating with the Committee members, Debtors' counsel, and other third parties in connection with the foregoing.

C.      Business Operations

      Fees: $975.00;      Total Hours: 1.3

This category includes time spent addressing issues related to the Debtors' surrender of their Broad Street properties and the transfer of certain utility services.

D.      Case Administration

      Fees: $5,107.00;      Total Hours: 7.0

This category includes time spent addressing matters related to the administration of the Debtors' chapter 11 cases, including time spent: (a) preparing updates for the Committee members; (b) communicating with the Committee members, the Committee's other advisors, and Debtors' counsel, (c) preparing for hearings, and (d) updating the "critical dates" case calendar.

6

E.    <u>Claims Administration and Objection</u>

Fees: $15,925.00;    Total Hours: 20.5

This category includes time spent: (a) analyzing stipulations regarding the proposed

allowance of certain alleged administrative expense priority claims; (b) addressing issues related

to the Debtors' motion to obtain tail insurance coverage for certain former residents, the

Committee's response thereto, and the potential consensual resolution thereof, including

communicating with Debtors' counsel and the Committee members in connection therewith; and

(c) addressing issues relating to the government's motion to exercise setoff rights.

F.    <u>Fee/Employment Applications</u>

Fees: $5,455.00;    Total Hours: 9.7

This category includes time spent drafting Sills' December and second interim fee

applications.

G.    <u>Financing</u>

Fees: $2,362.00;    Total Hours: 4.0

This category includes time spent reviewing the DIP order and conducting research

related to the Debtors' motion to purchase tail insurance for certain residents and physicians.

H.    <u>Litigation (Other than Avoidance Action Litigation)</u>

Fees: $1,011.50;    Total Hours: 1.7

This category includes time spent addressing issues related to a stipulation regarding the

production of discovery materials.

I.    <u>Plan and Disclosure Statement</u>

Fees: $110.00;    Total Hours: 0.2

This category includes time spent analyzing the Debtors' motion to extend their

7

exclusivity periods.

## Conclusion

8.      Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests that an allowance be made to Sills for the sums of $44,850.00 (80% of $56,062.50) as compensation and $173.00 for reimbursement of actual and necessary expenses, for a total of $45,023.00, and that such sums be authorized for payment.

Dated: May 14, 2020
Wilmington, Delaware

Respectfully submitted,

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

8

## **VERIFICATION**

STATE OF NEW JERSEY          )
                             )  SS:
COUNTY OF MORRIS             )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

Dated: May 14, 2020

*/s/ Andrew H. Sherman*
Andrew H. Sherman

7215242

# **<u>Exhibit A</u>**

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1769933 |
| Date | 03/19/20 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI # 22-1920331

Re:    Creditors' Committee

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 02/06/20 | AHS | Call with counsel for Debtors re: St. Christopher closing issues. | 0.20 | 165.00 |
| | | Call with counsel for HSRE re: St. Christopher closing issues. | 0.20 | 165.00 |
| | | Call to counsel for PAHH. | 0.20 | 165.00 |
| 02/09/20 | AHS | Call with counsel for HSRE. | 0.20 | 165.00 |
| | | Follow up email to Committee and email with BRG. | 0.40 | 330.00 |
| 02/10/20 | AHS | Email to counsel for Freedman entities re: St. Christopher sale proceeds and follow up on document production stipulation. | 0.40 | 330.00 |
| 02/12/20 | AHS | Analysis re: St. Christopher sale proceeds and prepare for Committee meeting. | 0.60 | 495.00 |
| 02/21/20 | AHS | Call with counsel for Freedman entities re: discovery issues. | 0.70 | 577.50 |
| 02/03/20 | BM | Attend to issues regarding consensual discovery process with Freedman-related entities. | 1.10 | 825.00 |
| 02/05/20 | BM | Attend to issues in connection with sale of Front Street real estate. | 1.30 | 975.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1769933 |
| Date | 03/19/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | Attend to revisions of consent order governing consensual discovery with MBNF-related entities. | 0.60 | 450.00 |
| 02/06/20 | BM | Attend to issues regarding investigation of potential claims against non-debtor affiliates. | 1.20 | 900.00 |
| 02/07/20 | BM | Attend to issues regarding obtaining discovery from MBNF-related entities. | 0.80 | 600.00 |
| 02/10/20 | BM | Attend to revisions of consent order with MBNF and related entities. | 0.70 | 525.00 |
| | | Attend to issues regarding sale of Front Street real estate. | 0.70 | 525.00 |
| 02/11/20 | BM | Attend to issues regarding sale of Front Street real property. | 0.70 | 525.00 |
| | | Attend to revisions of proposed consent order governing discovery process with non-debtor affiliates. | 0.60 | 450.00 |
| 02/12/20 | BM | Analysis of issues in connection with proposed sale of Front Street real estate. | 1.20 | 900.00 |
| | | Attend to issues regarding obtaining discovery from MBNF related entities. | 0.80 | 600.00 |
| | | Call with HSRE's counsel regarding pending matters. | 0.60 | 450.00 |
| 02/13/20 | BM | Analysis of issues regarding sale of Front Street real property. | 0.90 | 675.00 |
| | | Attend to issues regarding discovery process with MBNF-related entities. | 1.10 | 825.00 |
| 02/17/20 | BM | Attend to revisions of proposed confidentiality agreement with non-debtor affiliates. | 0.70 | 525.00 |
| | | Analysis of issues in connection with sale of Front Street real estate. | 0.90 | 675.00 |
| 02/21/20 | BM | Call with MBNF related entities counsel regarding discovery issues. | 0.70 | 525.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1769933 |
| Date | 03/19/20 |
| 08650118.000001   - AHS | |

---

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | Analysis of issues regarding investigation of potential causes of action against non-debtor affiliates. | 1.40 | 1,050.00 |
| 02/26/20 | BM | Attend to issues regarding discovery from non-debtor affiliates. | 1.20 | 900.00 |
| 02/27/20 | BM | Attend to issues regarding investigation of potential claims against non-debtor affiliates. | 1.70 | 1,275.00 |
| | | **TASK TOTAL 101** | **21.80** | **16,567.50** |

## 102 - ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/11/20 | AHS | Call with counsel for Debtors and Freedman entities re: St. Christopher sale proceeds and follow up re: same. | 0.80 | 660.00 |
| 02/12/20 | AHS | Calls with creditor and follow up on St. Christopher sale proceeds. | 0.40 | 330.00 |
| | | Emails with Committee member re: St. Christopher issues. | 0.30 | 247.50 |
| 02/26/20 | GAK | Review stipulation regarding equipment lease agreement with Med One. | 0.10 | 55.00 |
| 02/24/20 | REB | Reviewed debtors' tail insurance motions and related motions and objections re: tail insurance issues. | 2.10 | 1,249.50 |
| | | Research regarding tail insurance issues. | 2.40 | 1,428.00 |
| | | Draft reply to tail insurance motion. | 2.80 | 1,666.00 |
| 02/25/20 | REB | Draft reply to tail insurance motion. | 4.30 | 2,558.50 |
| | | Review emails from Debtors regarding tail insurance issues. | 0.80 | 476.00 |
| 02/26/20 | REB | Revise response to Debtor tail motion. | 4.60 | 2,737.00 |
| | | Call with Debtors and Committee regarding tail insurance motion. | 1.50 | 892.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1769933 |
| Date | 03/19/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Review and revise response to tail motion based on Debtor/Committee call. | 3.40 | 2,023.00 |
| | | **TASK TOTAL 102** | **23.50** | **14,323.00** |

**103 - BUSINESS OPERATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/27/20 | BM | Analysis regarding proposed stipulated order regarding transfer of utilities at Hahnemann facilities. | 0.70 | 525.00 |
| | | Attend to issues regarding Debtors' surrender of possession of Broad Street properties. | 0.60 | 450.00 |
| | | **TASK TOTAL 103** | **1.30** | **975.00** |

**104 - CASE ADMINISTRATION**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/12/20 | AHS | Committee meeting re: St. Christopher sale proceeds | 0.80 | 660.00 |
| 02/20/20 | AHS | Address issues re: resignation of Committee member, including emails to UST and follow up call to resigning member. | 0.40 | 330.00 |
| 02/13/20 | BM | Call with Conifer's counsel regarding pending matters. | 0.40 | 300.00 |
| 02/14/20 | BM | Attend to issues regarding confidentiality agreement with non-debtor affiliates. | 1.10 | 825.00 |
| 02/17/20 | BM | Call with Debtors' counsel regarding pending matters. | 0.60 | 450.00 |
| 02/20/20 | BM | Call with Debtors' counsel regarding pending matters. | 0.60 | 450.00 |
| 02/25/20 | BM | Call with BRG regarding pending matters. | 0.50 | 375.00 |
| 02/26/20 | BM | Attend Committee telephonic meeting. | 1.30 | 975.00 |
| 02/03/20 | GAK | Update case calendar. | 0.10 | 55.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1769933 |
| Date | 03/19/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/09/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 02/10/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 02/13/20 | GAK | Review upcoming hearing agenda. | 0.10 | 55.00 |
| 02/14/20 | GAK | Email team regarding upcoming hearing. | 0.10 | 55.00 |
| 02/20/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 02/21/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 02/20/20 | REB | Summarize Debtors' motion to pay tail insurance. | 0.60 | 357.00 |
| | | **TASK TOTAL 104** | **7.00** | **5,107.00** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/20/20 | AHS | Call with counsel for Debtors re: of tail coverage motion and scheduling re: same. | 0.70 | 577.50 |
| | | Review of tail coverage motion and analysis re: same. | 1.10 | 907.50 |
| | | Email to Committee re: tail coverage issues. | 0.40 | 330.00 |
| 02/21/20 | AHS | Review and analysis of Debtors' tail coverage motion and develop strategy for response. | 1.20 | 990.00 |
| 02/24/20 | AHS | Further review and analysis of tail coverage issues and strategy for responsive pleading. | 1.10 | 907.50 |
| 02/25/20 | AHS | Call with counsel for Debtors re: tail issues. | 0.30 | 247.50 |
| | | Analysis of tail coverage issues and review of draft of proposed response. | 0.80 | 660.00 |
| 02/26/20 | AHS | Participate in call with Committee and Debtors' professionals re: tail coverage issues and follow up with Committee members re: same. | 1.20 | 990.00 |
| | | Review and revise draft response to tail coverage motion. | 0.80 | 660.00 |
| 02/27/20 | AHS | Revise and finalize tail motion response. | 0.80 | 660.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 6 |
| Inv# | | 1769933 |
| Date | | 03/19/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/13/20 | BM | Attend to issues regarding US setoff motion. | 0.60 | 450.00 |
| 02/18/20 | BM | Attend to issues regarding Debtors' potential proposed resolution of motions to compel purchase of tail coverage. | 0.80 | 600.00 |
| 02/20/20 | BM | Analysis of issues regarding Debtors' motion to purchase tail coverage. | 1.70 | 1,275.00 |
| 02/21/20 | BM | Analysis of issues regarding Debtors' motion to purchase tail coverage. | 1.30 | 975.00 |
| 02/24/20 | BM | Attend to requests for information from the Debtors in connection with proposed purchase of tail coverage. | 1.20 | 900.00 |
| | | Analysis regarding potential objections to motion to authorize purchase of tail coverage. | 1.30 | 975.00 |
| 02/25/20 | BM | Attend to issues regarding Debtors' motion to purchase tail coverage and potential objections thereto. | 2.30 | 1,725.00 |
| 02/26/20 | BM | Attend to issues regarding proposed tail coverage purchase. | 1.30 | 975.00 |
| 02/27/20 | BM | Attend to Committee's response to motion to purchase tail coverage. | 1.20 | 900.00 |
| 02/11/20 | GAK | Review stipulation between Debtors and Vicinity regarding administrative expense claim. | 0.10 | 55.00 |
| 02/28/20 | GAK | Review stipulation regarding allowance of administrative expense claim. | 0.30 | 165.00 |
| | | **TASK TOTAL 105** | **20.50** | **15,925.00** |

## 107 - FEE/EMPLOYMENT APPLICATIONS

| | | | | |
|---|---|---|---|---|
| 02/13/20 | BM | Attend to Sills interim fee application. | 0.60 | 450.00 |
| 02/10/20 | GAK | Work on December fee application. | 0.40 | 220.00 |
| 02/11/20 | GAK | Draft December fee application. | 2.50 | 1,375.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1769933 |
| Date | 03/19/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/12/20 | GAK | Finalize December fee application for filing. | 0.20 | 110.00 |
| 02/13/20 | GAK | Work on second interim fee application. | 4.80 | 2,640.00 |
| 02/14/20 | GAK | Work on second interim fee application. | 0.80 | 440.00 |
| 02/26/20 | GAK | Attention to invoice/payment issues regarding first interim and October and November fee applications. | 0.40 | 220.00 |
| | | **TASK TOTAL 107** | **9.70** | **5,455.00** |

**109 - FINANCING**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/09/20 | GAK | Review DIP order key dates. | 0.40 | 220.00 |
| 02/21/20 | REB | Research re: tail insurance issues with respect to Debtors' motion to purchase tail insurance for residents and physicians. | 3.60 | 2,142.00 |
| | | **TASK TOTAL 109** | **4.00** | **2,362.00** |

**110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/06/20 | REB | Review and revise MBNF Non-Debtor Entities production stipulation. | 0.70 | 416.50 |
| 02/10/20 | REB | Review revisions re: MBNF non-debtor entity productions stipulation. | 0.30 | 178.50 |
| 02/12/20 | REB | Revise COC regarding MBNF production stipulation. | 0.20 | 119.00 |
| 02/13/20 | REB | Review and revise custodian list for MBNF production. | 0.50 | 297.50 |
| | | **TASK TOTAL 110** | **1.7** | **1,011.50** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 8 |
| Inv# | 1769933 |
| Date | 03/19/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **113 - PLAN AND DISCLOSURE STATEMENT** | | | | |
| 02/25/20 | GAK | Review motion to extend plan exclusivity periods. | 0.20 | 110.00 |
| | | **TASK TOTAL 113** | **0.20** | **110.00** |
| | | **TOTAL FEES** | **89.70** | **$61,836.00** |
| | | **TOTAL FEES at Blended Rate of $625** | **89.70** | **$56,062.50** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | 21.80 | | 16,567.50 |
| 102 | Asset Disposition | 23.50 | | 14,323.00 |
| 103 | Business Operations | 1.30 | | 975.00 |
| 104 | Case Administration | 7.00 | | 5,107.00 |
| 105 | Claims Administration and Objections | 20.50 | | 15,925.00 |
| 107 | Fee/Employment Applications | 9.70 | | 5,455.00 |
| 109 | Financing | 4.00 | | 2,362.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 1.70 | | 1,011.50 |
| 113 | Plan and Disclosure Statement | 0.20 | | 110.00 |
| | **TOTAL FEES** | **89.70** | | **$61,836.00** |
| | **TOTAL FEES at Blended Rate of $625** | **89.70** | | **$56,062.50** |

**FEE RECAP**

| | | | | |
|---|---|---|---|---|
| AHS | Andrew H. Sherman | 14.00 | $825 | 11,550.00 |
| BM | Boris Mankovetskiy | 37.00 | $750 | 27,750.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 9 |
| Inv# | | 1769933 |
| Date | | 03/19/20 |
| 08650118.000001 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| REB | Rachel E. Brennan | 27.80 | $595 | 16,541.00 |
| GAK | Gregory A. Kopacz | 10.90 | $550 | 5,995.00 |
| | **TOTAL FEES** | **89.70** | | **$61,836.00** |
| | **TOTAL FEES at Blended Rate of $625** | **89.70** | | **$56,062.50** |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 01/20/20 | AHS | Telephone Toll Charges | 5.89 |
| 01/27/20 | AHS | Telephone Toll Charges | 19.41 |
| 01/31/20 | AHS | Telephone Toll Charges | 2.11 |
| 02/04/20 | BM | Telephone Toll Charges | 3.11 |
| 02/11/20 | AHS | Telephone Toll Charges | 2.77 |
| 02/12/20 | AHS | Telephone Toll Charges | 16.34 |
| 02/12/20 | AHS | Telephone Toll Charges | 2.92 |
| 02/24/20 | REB | Lexis | 120.45 |
| | | **TOTAL DISBURSEMENTS** | **$173.00** |

## DISBURSEMENT RECAP

| | |
|---|---|
| Telephone Toll Charges | 52.55 |
| Lexis | 120.45 |
| **TOTAL DISBURSEMENTS** | **$173.00** |
| **TOTAL THIS INVOICE** | **$56,235.50*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$61,836.00**) and fees at *Blended Rate* of $625 (**$56,062.50**) apply.