**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: June 3, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**NOTICE OF NINTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM MARCH 1, 2020 THROUGH MARCH 31, 2020**

PLEASE TAKE NOTICE THAT on May 14, 2020, Sills Cummis & Gross P.C. ("Sills"),

as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-

captioned debtors and debtors-in-possession (the "Debtors"), filed the Ninth Monthly Fee

Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered

and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors

for the Period March 1, 2020 through March 31, 2020 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered

August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **June 3, 2020 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.


Dated: May 14, 2020                         **FOX ROTHSCHILD LLP**

                                            */s/ Thomas M. Horan*
                                            Thomas M. Horan (DE No. 4641)
                                            919 North Market Street, Suite 300
                                            Wilmington, DE  19899-2323
                                            Telephone:  (302) 654-7444
                                            Facsimile:  (302) 656-8920
                                            E-mail: thoran@foxrothschild.com

                                            *Counsel to the Official Committee of*
                                            *Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: June 3, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

### NINTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | March 1, 2020 – March 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $41,450.00  (80% of $51,812.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,341.74 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, primary department or group, year of obtaining relevant license to practice, if applicable | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $825 | 15.7 | $12,952.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $750 | 29.1 | $21,825.00 |
| George R. Hirsch | Member, Bankruptcy First Bar Admission: 1977 | $725 | 1.5 | $1,087.50 |
| Charles J. Falletta | Member, Litigation First Bar Admission: 1996 | $575 | 4.7 | $2,702.50 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $595 | 16.7 | $9,936.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $550 | 15.2 | $8,360.00 |
| **Total Fees at Standard Rates** | | | **82.9** | **$56,864.00** |
| **Total Fees After Application of $625 Blended Rate Discount[3]** | | | **82.9** | **$51,812.50** |

---

[2] Effective October 1, 2019 (*i.e.*, the first date of Sills' new fiscal year), the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $795 to $825; the hourly rate of Boris Mankovetskiy was increased from $725 to $750; the hourly rate of Rachel Brennan was increased from $545 to $595; and the hourly rate of Gregory Kopacz was increased from $525 to $550.  However, as discussed below, Sills' fees for this engagement will remain subject to a $625 blended hourly rate cap.

[3] As noted in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Nunc Pro Tunc to July 15, 2019* [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

7215632

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 12.9 | $9,675.00 |
| Asset Disposition (102) | 7.6 | $4,834.00 |
| Case Administration (104) | 4.8 | $3,247.50 |
| Claims Administration and Objections (105) | 25.1 | $19,702.50 |
| Fee/Employment Applications (107) | 12.5 | $6,957.50 |
| Litigation (Other than Avoidance Action Litigation) (110) | 13.3 | $8,155.00 |
| Plan and Disclosure Statement (113) | 0.8 | $600.00 |
| Travel (116) | 1.2 | $990.00 |
| Litigation Consulting (121) | 4.7 | $2,702.50 |
| **Total Fees at Standard Rate** | **82.9** | **$56,864.00** |
| **Total Fees After Application of $625 Blended Rate Discount[4]** | **82.9** | **$51,812.50** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendors | $1,482.50 |
| Lexis | $36.28 |
| Meals (travel) | $61.85 |
| Taxi/Car Rental/Car Service | $7.23 |
| Telephone Toll Charges | $33.88 |
| Train Fare | $720.00 |
| **TOTAL** | **$2,341.74** |

---

[4] Sills' fees are subject to a $625 blended hourly rate cap.  See Retention Application ¶ 16.

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: June 3, 2020 at 4:00 p.m. ET** **Hearing Date: TBD if objection filed** |

**NINTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020**

Pursuant to sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Ninth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From March 1, 2020 Through March 31, 2020* (the "Application"). By the Application, Sills seeks allowance of $41,450.00 (80% of $51,812.50) in fees for services rendered and $2,341.74 for reimbursement of actual and necessary expenses for the period from March 1, 2020 through March 31, 2020 (the "Compensation Period").

### Background

1.     On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

7215632

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for the Compensation Period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third Circuit law, and the Compensation Order.

### Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses during the Compensation Period is included in **Exhibit A**.

5

## Summary of Services by Project

7.      The services Sills rendered during the Compensation Period are generally

described below, with a more detailed identification of the actual services provided in **Exhibit A**.

      A.      Asset Analysis and Recovery

          Fees: $9,675.00;      Total Hours: 12.9

This category includes time spent investigating causes of action against certain non-

debtor affiliates, including time spent addressing related discovery issues.

      B.      Asset Disposition

          Fees: $4,834.00;      Total Hours: 7.6

This category includes time spent: (a) addressing post-closing issues related to the St.

Christopher asset sale; (b) preparing for a hearing and a deposition related to the Debtors' motion

to purchase tail insurance; and (c) addressing issues related to the liquidation of the Debtors'

remaining assets.

      C.      Case Administration

          Fees: $3,247.50;      Total Hours: 4.8

This category includes time spent addressing matters related to the administration of the

Debtors' chapter 11 cases, including time spent: (a) preparing updates for the Committee

members; (b) communicating with the Committee members and the Committee's other advisors,

(c) responding to creditor queries, and (d) updating the "critical dates" case calendar.

      D.      Claims Administration and Objection

          Fees: $19,702.50;      Total Hours: 25.1

This category includes time spent: (a) addressing issues related to the Debtors' motion to

obtain tail insurance coverage for certain former residents, including preparing for the hearing on

such motion and communicating with Debtors' counsel and the Committee's other advisors in

6

connection therewith; (b) addressing issues related to the Debtors' bar date motion; and (c) analyzing stipulations regarding the proposed allowance of certain alleged administrative expense priority claims.

      E.      <u>Fee/Employment Applications</u>

      Fees: $6,957.50;      Total Hours: 12.5

This category includes time spent in connection with Sills' January and second interim fee applications.

      F.      <u>Litigation (Other than Avoidance Action Litigation)</u>

      Fees: $8,155.00;      Total Hours: 13.3

This category includes time spent reviewing documents produced in response to discovery requests and conducting related analysis.

      G.      <u>Plan and Disclosure Statement</u>

      Fees: $600.00;      Total Hours: 0.8

This category includes time spent analyzing plan of liquidation issues.

      H.      <u>Travel</u>

      Fees: $990.00;      Total Hours: 1.2

This category includes time spent traveling to and from Delaware for a hearing on the Debtors' motion to obtain tail insurance for certain former residents.

      I.      <u>Litigation Consulting</u>

      Fees: $2,702.50;      Total Hours: 4.7

This category includes time spent analyzing issues related to a document production related to a Committee investigation.

<strong><u>Conclusion</u></strong>

      8.      Sills submits that the amounts sought are fair and reasonable given (a) the

7

complexity of these cases, (b) the time expended, (c) the nature and extent of the services

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a

case under this title.

**WHEREFORE**, Sills requests that an allowance be made to Sills for the sums of

$41,450.00 (80% of $51,812.50) as compensation and $2,341.74 for reimbursement of actual and

necessary expenses, for a total of $43,791.74, and that such sums be authorized for payment.

Dated: May 14, 2020
Wilmington, Delaware

Respectfully submitted,

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

8

7215632

### **VERIFICATION**

STATE OF NEW JERSEY      )
                            ) SS:
COUNTY OF MORRIS         )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

Dated: May 14, 2020

                                    */s/ Andrew H. Sherman*
                                      Andrew H. Sherman

# **Exhibit A**

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1772338 |
| Date | 04/21/20 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI # 22-1920331

Re:    Creditors' Committee

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 03/02/20 | BM | Attend to issues regarding MBNF-related entities discovery productions. | 0.80 | 600.00 |
| 03/05/20 | BM | Attend to issues regarding investigation of potential causes of action against non-debtor affiliates. | 1.20 | 900.00 |
| 03/06/20 | BM | Attend to issues regarding discovery from MBNF and related entities. | 1.10 | 825.00 |
| 03/11/20 | BM | Analysis regarding ESI discovery with MBNF entities. | 0.90 | 675.00 |
| | | Call with MBNF entities' counsel regarding discovery issues. | 0.60 | 450.00 |
| 03/12/20 | BM | Attend to issues regarding investigation of potential causes of action. | 0.90 | 675.00 |
| 03/16/20 | BM | Attend to issues regarding discovery from MBNF-related entities. | 1.10 | 825.00 |
| 03/17/20 | BM | Attend to issues regarding investigation of potential causes of action against non-debtor affiliates. | 1.20 | 900.00 |
| 03/20/20 | BM | Attend to issues regarding discovery from MBNF-related entities. | 1.10 | 825.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1772338 |
| Date | 04/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/24/20 | BM | Attend to issues regarding investigation of potential causes of action against non-debtor affiliates. | 1.10 | 825.00 |
| 03/25/20 | BM | Attend to issues regarding investigation of potential D&O claims. | 0.80 | 600.00 |
| | | Attend to issues regarding discovery from MBNF and related entities. | 0.90 | 675.00 |
| 03/30/20 | BM | Attend to issues regarding discovery from MBNF-related entities. | 1.20 | 900.00 |
| | | **TASK TOTAL 101** | **12.90** | **9,675.00** |

**102 - ASSET DISPOSITION**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/19/20 | BM | Attend to issues regarding liquidation of remaining assets of the estates. | 0.90 | 675.00 |
| 03/20/20 | BM | Attend to issues regarding post-closing obligations and reconciliations under STC asset purchase agreement. | 1.20 | 900.00 |
| 03/09/20 | GAK | Review Debtors' Motion to Abandon Property and Establish Notice Procedures. | 0.20 | 110.00 |
| 03/17/20 | GAK | Review stipulation dismissing appeal of sale order. | 0.10 | 55.00 |
| 03/02/20 | REB | Review pleadings in preparation for hearing on Debtors' tail motion. | 1.60 | 952.00 |
| | | Draft deposition outline for A. Wilen in connection with tail motion. | 2.20 | 1,309.00 |
| 03/04/20 | REB | Review transcript of tail motion hearing. | 1.40 | 833.00 |
| | | **TASK TOTAL 102** | **7.60** | **4,834.00** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1772338 |
| Date | 04/21/20 |
| 08650118.000001 | - AHS |

---

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| **104 - CASE ADMINISTRATION** | | | | |
| 03/23/20 | AHS | Call with creditor re: status and follow up with T. Horan. | 0.30 | 247.50 |
| 03/31/20 | AHS | Email to Committee re: status update | 0.60 | 495.00 |
| 03/04/20 | BM | Prepare a status update for the Committee. | 0.60 | 450.00 |
| 03/13/20 | BM | Attend to issues regarding motion to approve bar dates. | 0.60 | 450.00 |
| 03/23/20 | BM | Respond to creditors' inquiries regarding status of the case. | 0.60 | 450.00 |
| 03/12/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 03/13/20 | GAK | Update case calendar. | 0.30 | 165.00 |
| 03/18/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 03/27/20 | GAK | Update case calendar. | 0.20 | 110.00 |
| 03/30/20 | GAK | Draft email update to Committee regarding HUH and document production issues. | 1.40 | 770.00 |
| | | **TASK TOTAL 104** | **4.80** | **3,247.50** |
| **105 - CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | |
| 03/02/20 | AHS | Review of pleading, prepare outline and further preparation for hearing on tail coverage motion. | 3.50 | 2,887.50 |
| | | Call with T. Horan to coordinate re: hearing. | 0.30 | 247.50 |
| | | Call with counsel for Debtors in advance of tail coverage hearing. | 0.30 | 247.50 |
| 03/03/20 | AHS | Prepare for hearing re: Debtors' motion for tail coverage. | 1.00 | 825.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 4 |
| Inv# | 1772338 |
| Date | 04/21/20 |
| 08650118.000001   - AHS | |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  | Attend hearing re: Debtors' motion for tail coverage. | 6.80 | 5,610.00 |
| 03/11/20 | AHS | Prepare for call with counsel for Freedman entities re: document production. | 0.20 | 165.00 |
|  |  | Attend call with counsel for Freedman entities re: document production. | 0.40 | 330.00 |
| 03/13/20 | AHS | Review of bar date motion and email to counsel for Debtors re: same. | 0.30 | 247.50 |
|  |  | Call from Committee member re: bar date motion and extension. | 0.20 | 165.00 |
| 03/19/20 | AHS | Emails with Debtors' counsel and call with Committee member re: bar date issues. | 0.30 | 247.50 |
| 03/02/20 | BM | Attend to issues regarding hearing on Debtors' motion to approve purchase of tail coverage. | 1.20 | 900.00 |
| 03/03/20 | BM | Prepare for hearing on tail coverage motion. | 0.90 | 675.00 |
|  |  | Appear at hearing on motion to approve Debtors' purchase of tail coverage. | 6.70 | 5,025.00 |
|  |  | Attend to proposed form of order granting tail motion. | 0.70 | 525.00 |
| 03/04/20 | BM | Analysis and revisions of proposed form of order granting tail motion. | 1.10 | 825.00 |
| 03/30/20 | BM | Attend to stipulations allowing administrative expense claims. | 0.60 | 450.00 |
| 03/13/20 | GAK | Review Bar Date Motion. | 0.20 | 110.00 |
| 03/16/20 | GAK | Review motion re: administrative claim. | 0.20 | 110.00 |
| 03/30/20 | GAK | Review stipulations regarding allowance of administrative expense claims. | 0.20 | 110.00 |
|  |  | **TASK TOTAL 105** | **25.10** | **19,702.50** |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1772338 |
| Date | 04/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **107 - FEE/EMPLOYMENT APPLICATIONS** | | | | |
| 03/18/20 | AHS | Review and revise January fee application. | 0.30 | 247.50 |
| 03/04/20 | GAK | Communications with local counsel regarding December fee application. | 0.10 | 55.00 |
| 03/11/20 | GAK | Communications with billing department regarding fee application issues. | 0.10 | 55.00 |
| 03/18/20 | GAK | Draft January fee application. | 3.70 | 2,035.00 |
| 03/25/20 | GAK | Communications with A. Sherman regarding fee application and review CNOs. | 0.40 | 220.00 |
| | | Communications with team regarding interim fee application. | 0.20 | 110.00 |
| 03/26/20 | GAK | Review interim fee order. | 0.10 | 55.00 |
| | | Call with billing department regarding fee application. | 0.20 | 110.00 |
| 03/27/20 | GAK | Work on second interim fee application. | 2.10 | 1,155.00 |
| 03/28/20 | GAK | Work on second interim fee application. | 4.20 | 2,310.00 |
| 03/29/20 | GAK | Emails with A. Sherman regarding fee application. | 0.20 | 110.00 |
| | | Revise fee application to incorporate comments of A. Sherman. | 0.20 | 110.00 |
| 03/30/20 | GAK | Update second interim fee application to incorporate comments of A. Sherman. | 0.70 | 385.00 |
| | | **TASK TOTAL 107** | **12.50** | **6,957.50** |
| **110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)** | | | | |
| 03/13/20 | BM | Attend to issues regarding dismissal of residency sale order appeal. | 0.30 | 225.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1772338 |
| Date | 04/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/17/20 | GH | Telephone conference with B. Mankovetskiy regarding investigation. | 0.20 | 145.00 |
| 03/18/20 | GH | Review First Day Affidavit. | 0.70 | 507.50 |
| | | Telephone conference with B. Mankovetskiy regarding potential causes of action. | 0.60 | 435.00 |
| 03/04/20 | REB | Review documents received from MBNF Non-Debtor Entities. | 1.90 | 1,130.50 |
| 03/26/20 | REB | Review documents produced by MBNF non-debtor entities. | 3.30 | 1,963.50 |
| 03/27/20 | REB | Review documents produced by MBNF non-debtor entities. | 1.90 | 1,130.50 |
| 03/29/20 | REB | Review documents produced by MBNF Non-Debtor entities re: transaction documents. | 3.20 | 1,904.00 |
| 03/31/20 | REB | Review MBNF transaction documents. | 1.20 | 714.00 |
| | | **TASK TOTAL 110** | **13.30** | **8,155.00** |

**113 - PLAN AND DISCLOSURE STATEMENT**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/19/20 | BM | Analysis of issues regarding plan of liquidation. | 0.80 | 600.00 |
| | | **TASK TOTAL 113** | **0.80** | **600.00** |

**116 – TRAVEL (50% of non-working travel billed)**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/20 | AHS | Travel to hearing (back and forth) re: tail coverage motion. (2.50) | 1.20 | 990.00 |
| | | **TASK TOTAL 116** | **1.20** | **990.00** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1772338 |
| Date | 04/21/20 |
| 08650118.000001 | - AHS |

| <u>DATE</u> | <u>ATTY</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| **121 - LITIGATION CONSULTING** | | | | |
| 02/17/20 | CJF | Analyze issues regarding ESI requests and plan for reviewing documents. | 0.30 | 172.50 |
| 02/26/20 | CJF | Review production of MBNF non-debtor entities and arrange for download of same. | 0.30 | 172.50 |
| | | Telephone conference with R. Griffith of UnitedLex regarding ESI and use of Relativity. | 0.20 | 115.00 |
| | | Review consent order regarding production of documents by MBNF non-debtor entities and list of custodians and search terms. | 0.20 | 115.00 |
| 02/27/20 | CJF | Review proposed statement of work from ESI vendor, UnitedLex. | 0.50 | 287.50 |
| 02/28/20 | CJF | Exchange e-mails with UnitedLex regarding processing produced data into Relativity. | 0.10 | 57.50 |
| 03/02/20 | CJF | Exchange e-mails with R. Griffith, UnitedLex, regarding Relativity database. | 0.20 | 115.00 |
| 03/04/20 | CJF | Analyze issues regarding Relativity review and coding of documents. | 0.60 | 345.00 |
| 03/11/20 | CJF | Telephone conference with B. Elias and E. Grossman regarding meet and confer concerning search term hit report. | 0.50 | 287.50 |
| | | Review spreadsheet of search term hit results and analyze issues regarding same. | 0.40 | 230.00 |
| 03/16/20 | CJF | Review e-mails regarding meet and confer search terms for document review and production. | 0.10 | 57.50 |
| 03/30/20 | CJF | Analyze issues regarding strategy for document demands. | 0.20 | 115.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1772338 |
| Date | 04/21/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| | | Telephone conference regarding meet and confer concerning document production. | 0.70 | 402.50 |
| 04/09/20 | CJF | Review emails regarding search term hit report and request for rolling productions. | 0.10 | 57.50 |
| 04/13/20 | CJF | Exchange e-mails with R. Griffith, UnitedLex, regarding status of additional documents. | 0.10 | 57.50 |
| 04/15/20 | CJF | Review e-mail to W. Pollack regarding status of document production. | 0.10 | 57.50 |
| 04/16/20 | CJF | Review e-mails with W. Pollack regarding status of document production. | 0.10 | 57.50 |
| | | **TASK TOTAL 121** | **4.70** | **2,702.50** |
| | | **TOTAL FEES** | **82.90** | **$56,864.00** |
| | | **TOTAL FEES at Blended Rate of $625** | **82.90** | **$51,812.50** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 12.90 | 9,675.00 |
| | 102 | Asset Disposition | 7.60 | 4,834.00 |
| | 104 | Case Administration | 4.80 | 3,247.50 |
| | 105 | Claims Administration and Objections | 25.10 | 19,702.50 |
| | 107 | Fee/Employment Applications | 12.50 | 6,957.50 |
| | 110 | Litigation (Other than Avoidance Action Litigation) | 13.30 | 8,155.00 |
| | 113 | Plan and Disclosure Statement | 0.80 | 600.00 |
| | 116 | Travel | 1.20 | 990.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1772338 |
| Date | 04/21/20 |
| 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| 121 | Litigation Consulting | 4.70 | | 2,702.50 |
| | **TOTAL FEES** | **82.90** | | **$56,864.00** |
| | **TOTAL FEES at Blended Rate of $625** | **82.90** | | **$51,812.50** |

**FEE RECAP**

| | | | | |
|---|---|---|---|---|
| AHS | Andrew H. Sherman | 15.70 | $825 | 12,952.50 |
| BM | Boris Mankovetskiy | 29.10 | $750 | 21,825.00 |
| GH | George R. Hirsch | 1.50 | $725 | 1,087.50 |
| CJF | Charles J. Falletta | 4.70 | $575 | 2,702.50 |
| REB | Rachel E. Brennan | 16.70 | $595 | 9,936.50 |
| GAK | Gregory A. Kopacz | 15.20 | $550 | 8,360.00 |
| | **TOTAL FEES** | **82.90** | | **$56,864.00** |
| | **TOTAL FEES at Blended Rate of $625** | **82.90** | | **$51,812.50** |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---|
| 01/30/20 | AHS | Meals (travel lunch) | 21.99 |
| 01/30/20 | AHS | Meals (travel lunch) | 7.83 |
| 02/13/20 | AHS | Telephone Toll Charges | 1.49 |
| 02/26/20 | AHS | Telephone Toll Charges | 32.39 |
| 03/02/20 | AHS | Train Fare (Newark/Wilmington – 2 one way – AHS and BM) | 308.00 |
| 03/03/20 | AHS | Train Fare (Wilmington/Newark – 2 one way – AHS and BM) | 412.00 |
| 03/03/20 | AHS | Taxi/Car Rental/Car Service (train station to courthouse) | 7.23 |
| 03/03/20 | AHS | Meals (travel lunch) | 19.55 |
| 03/03/20 | AHS | Meals (travel dinner) | 12.48 |
| 03/19/20 | GH | Lexis | 36.28 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

Page                      10
Inv#              1772338
Date              04/21/20
08650118.000001    - AHS

| 03/22/20 | CJF | Litigation Support Vendors (UnitedLex) | 1,482.50 |
|---|---|---|---|
| | | **TOTAL DISBURSEMENTS** | **$2,341.74** |

## DISBURSEMENT RECAP

| | |
|---|---|
| Litigation Support Vendors | 1,482.50 |
| Train Fare | 720.00 |
| Taxi/Car Rental/Car Service | 7.23 |
| Telephone Toll Charges | 33.88 |
| Lexis | 36.28 |
| Meals (travel) | 61.85 |
| **TOTAL DISBURSEMENTS** | **$2,341.74** |
| **TOTAL THIS INVOICE** | **$54,154.24*** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$56,864.00**) and fees at *Blended Rate* of $625 (**$51,812.50**) apply.