**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) (Jointly Administered) |
| Debtors. | RE: Docket No. 1591 |

**CERTIFICATE OF NO OBJECTION TO COMBINED FIFTH AND SIXTH
MONTHLY APPLICATIONS, SECOND INTERIM AND FINAL APPLICATION OF
GREENBERG TRAURIG, LLP, AS COUNSEL TO THE PATIENT CARE
OMBUDSMAN FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD FROM JULY 3, 2019 THROUGH JANUARY 31, 2020</u>**

The undersigned counsel to the Patient Care Ombudsman appointed in the above-captioned cases hereby certifies that:

1.    On August 2, 2019, the U.S. Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "**Interim Compensation Order**") [Docket No. 341].

2.    In accordance with the Interim Compensation Order, on April 20, 2020 Greenberg Traurig, LLP ("**Greenberg**") filed the *Combined Fifth and Sixth Monthly Applications, and Second Interim and Final Application of Greenberg Traurig, LLP, as Counsel to The Patient Care Ombudsman for Allowance of Compensation for Services Rendered and Reimbursement of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Expenses for the Period from July 3, 2019 through January 31, 2020* [Docket No. 1591] (the

"**Application**").

3.      Pursuant to the Notice of Application, objections were due May 11, 2020.  As of

the date hereof, personnel at Greenberg have not received any responses or objections to the

Application.

4.      Subsequent to the filing of the Application, Greenberg discussed with counsel for

the Debtors and the Office of the United States Trustee the addition of an agreed, additional

$3,000.00 in attorneys' fees, representing amounts expended in connection with the preparation

and filing of its and SAK Management Services, LLP's final fee applications.  No objection was

raised, and the undersigned understands that counsel for the Committee likewise has no objection.

This amount is anticipated to be included in a proposed, omnibus fee order when submitted to the

Court.

Dated:  May 18, 2020                    GREENBERG TRAURIG, LLP

                                        */s/ Dennis A. Meloro*
                                        Dennis A. Meloro (DE Bar No. 4435)
                                        1007 North Orange Street, Suite 1200
                                        Wilmington, Delaware 19801
                                        Tel: (302) 661-7395
                                        Fax: (302) 661-7165
                                        Email:  melorod@gtlaw.com


                                        -and-

                                        Nancy A. Peterman
                                        Greenberg Traurig, LLP
                                        77 West Wacker Drive, Suite 3100
                                        Chicago, Illinois  60601
                                        Telephone:  (312) 456-8400
                                        Facsimile:  (312) 456-8435
                                        Email: petermann@gtlaw.com


                                        *Counsel to the Patient Care Ombudsman*