IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) | Case No. 19-11466 (MFW) |
| Debtors. | ) ) ) ) ) | Jointly Administered **Re: Docket Nos. 1507, 1508, 1543, 1573, 1584 and 1591** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING SECOND INTERIM FEE APPLICATIONS OF CERTAIN OF THE DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROFESSIONALS AND THE FIRST INTERIM, SECOND INTERIM AND FINAL APPLICATIONS OF PATIENT CARE OMBUDSMAN PROFESSIONALS**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. Certain professionals retained by the Debtors and certain of the professionals retained by the Official Committee of Unsecured Creditors appointed in these chapter 11 cases filed second interim fee requests for allowance of compensation and reimbursement of expenses on an interim basis (the "**Second Interim Fee Applications**"), and professionals retained by the Patient Care Ombudsman (collectively, the "**Applicants**") filed first interim, second interim and final fee applications (the "**Final Fee Applications**").

2. The hearing with respect to the Second Interim Fee Applications and Final Fee Applications was scheduled for May 27, 2020.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

3.      No responses were received by the Applicants prior to the Second Interim Fee Applications' and Final Fee Applications' respective objection deadlines.

4.      Attached hereto as **Exhibit 1** is a proposed *Omnibus Order Approving Second Interim Fee Applications of Certain of the Debtors' and Official Committee of Unsecured Creditors' Professionals and the First Interim, Second Interim and Final Applications of Patient Care Ombudsman Professionals* (the "**Proposed Order**").

5.      The undersigned counsel for the Debtors is available to respond to any questions the Court may have regarding the Proposed Order. Absent questions, the undersigned counsel respectfully requests that the Court sign the Proposed Order and direct that it be docketed.

Dated: May 26, 2020

SAUL EWING ARNSTEIN & LEHR LLP

By:    */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*