IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) | Case No. 19-11466 (MFW) |
| Debtors. | ) ) ) ) ) | Jointly Administered **Re: Docket Nos. 1507, 1508, 1543, 1573, 1584, 1591 and 1635** |

### OMNIBUS ORDER APPROVING SECOND INTERIM FEE APPLICATIONS OF CERTAIN OF THE DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROFESSIONALS AND THE FIRST INTERIM, SECOND INTERIM AND FINAL APPLICATIONS OF PATIENT CARE OMBUDSMAN PROFESSIONALS

Upon consideration of the second interim fee applications (the "**Second Interim Fee Applications**") of certain of the professionals retained by the above-captioned debtors and debtors-in-possession in these chapter 11 cases and certain of the professionals retained by the Official Committee of Unsecured Creditors appointed in these chapter 11 cases, and the first interim, second interim and final fee applications (the "**Final Fee Applications**") of professionals retained by the Patient Care Ombudsman (each an "**Applicant**" and, collectively, the "**Applicants**") for allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred during the periods set forth on the fee chart attached hereto as **Exhibit A**; and pursuant to, *inter alia*, sections 330(a) and 331 of title 11 of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Case 19-11466-MFW    Doc 1636    Filed 05/26/20    Page 2 of 2

the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Court having reviewed the Second Interim Fee Applications and Final Fee Applications; and it appearing that the relief requested by the Second Interim Fee Applications and Final Fee Applications of the Applicants on the attached fee chart is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

IT IS HEREBY ORDERED THAT:

1. The fees and expenses requested in the Second Interim Fee Applications (as set forth on the fee chart attached to this Order as **Exhibit A**) are hereby allowed.

2. The fees and expenses requested in the Final Fee Applications (as set forth on the fee chart attached to this Order as **Exhibit A**), plus the reasonable cost of preparing and presenting the Final Fee Applications are hereby allowed.

3. The Debtors are hereby authorized to promptly pay each Applicant (as set forth on the fee chart attached to this Order as **Exhibit A**) all allowed amounts of fees and expenses approved by this Order.

Dated: May 26th, 2020
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

2

36983976.1 05/26/2020