**EXHIBIT A**

**Fee Chart**

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | Total |
|---|---|---|---|---|---|---|---|
| **Saul Ewing Arnstein & Lehr LLP** (Counsel to the Debtors) (Docket No. 1584) | *(Interim)* 10/01/19 – 12/31/19 | $1,232,457.95 | $19,634.85 | $0.00 | $1,232,457.95 | $19,634.85 | $1,252,092.80 |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 1543) | *(Interim)* 10/01/19 – 12/31/19 | $259,625.00 | $5,659.84 | $0.00 | $259,625.00 | $5,659.84 | $265,284.84 |
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 1507) | *(Interim)* 10/01/19 – 12/31/19 | $48,648.00 | $1,353.99 | $0.00 | $48,648.00 | $1,353.99 | $50,001.99 |
| **Berkeley Research Group, LLC** (Financial Advisor to the Official Committee of Unsecured Creditors) (Docket No. 1508) | *(Interim)* 10/01/19 – 12/31/19 | $81,675.00 | $398.14 | $0.00 | $81,675.00 | $398.14 | $82,073.14 |
| **SAK Management Services, LLP** (Medical Operations Advisor for the Patient Care Ombudsman) (Docket No. 1573) | *(Final)* 07/03/19 – 01/03/20 | $79,820.00 | $11,091.90 | $0.00 | $79,820.00 | $11,091.90 | $90,911.90 |
| **Greenberg Traurig, LLP** (Counsel for the Patient Care Ombudsman) (Docket No. 1591) | *(Final)* 07/03/19 – 01/31/20 | $101,775.00 | $2,561.45 | $0.00 | $101,775.00 | $2,561.45 | $104,336.45 |
| **TOTAL** | | **$1,804,000.95** | **$40,700.17** | **$0.00** | **$1,804,000.95** | **$40,700.17** | **$1,844,701.12** |