THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | ) Case No. 19-11466 (MFW) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) Re: Docket No. 1633 |

NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MAY 27, 2020
AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE
HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**THE COURT HAS CANCELED THIS HEARING**

**THIS HEARING WILL BE CONDUCTED VIA COURTCALL**

**Any party that wants to participate in the Hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946) by no later than 9:00 a.m. (ET) on May 27, 2020. If you do not make timely arrangements, you will not be able to participate in the Hearing.**

**RESOLVED MATTERS:**

1.  Motion of Achintya Moulick, MD for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 1081; filed: 12/03/19]

    Response Deadline: December 17, 2019 at 4:00 p.m.; extended to January 16, 2020 at 4:00 p.m. for the Debtors.

    Responses Received:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

37012913.1 05/26/2020

    A.    Debtors' Objection [D.I. 1326; filed: 01/16/20]

    B.    Official Committee of Unsecured Creditors' Joinder in the Debtors' Objection [D.I. 1329; filed: 01/16/20]

Related Documents:

    A.    Certification of Counsel Regarding Proposed Form of Order Approving Stipulation Resolving Contested Matters with Achintya Moulick, MD [D.I. 1605; filed: 04/24/20]

    B.    Order Approving Stipulation Resolving Contested Matters with Achintya Moulick, MD [D.I. 1606; signed and docketed: 04/27/20]

Status: On April 27, 2020, the Court enter an order on this motion.

2. Motion of St. Christopher's Hospital for Children Medical Staff Members for (I) Allowance and Immediate Payment of Administrative Claims and (II) Relief from the Sale Order Pursuant to Federal Rule of Civil Procedure 60(b) [D.I. 1088; filed: 12/05/19]

Response Deadline: January 16, 2020 at 4:00 p.m.; extended to March 30, 2020 at 4:00 p.m. for the Debtors and STC OpCo, LLC.

Responses Received:

    A.    Informal comments from the Debtors

    B.    Informal comments from STC OpCo, LLC

Related Documents:

    A.    Certification of Counsel Regarding Stipulation Concerning Allocation of Productivity Bonus Claims and Resolving Motion of St. Christopher's Hospital for Children Medical Staff Members for (I) Allowance and Immediate Payment of Administrative Claims and (II) Relief From the Sale Order Pursuant to Federal Rule of Civil Procedure 60(b) [D.I. 1555; filed: 04/07/20]

    B.    Order Approving Stipulation Concerning Allocation of Productivity Bonus Claims and Resolving Motion of St. Christopher's Hospital for Children Medical Staff Members for (I) Allowance and Immediate Payment of Administrative Claims and (II) Relief From the Sale Order Pursuant to Federal Rule of Civil Procedure 60(b) [D.I. 1556; signed and docketed: 04/07/20]

Status: On April 7, 2020 the Court entered an order regarding this motion.

3. **[FILED UNDER SEAL]** Ninth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1175; filed: 12/16/19]

    Response Deadline:  December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee of Hahnemann Residents and Fellows (the "Ad Hoc Committee").

    Responses Received:  None

    Related Documents:

    A. **[REDACTED]** Ninth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1176; filed: 12/16/19]

    B. Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

    C. **[FILED UNDER SEAL]** Certification of No Objection [D.I. 1517; filed: 03/30/20]

    D. **[REDACTED]** Certification of No Objection [D.I. 1518; filed: 03/30/20]

    E. **[FILED UNDER SEAL]** Order Approving Ninth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1531; signed and docketed: 03/31/20]

    F. **[REDACTED]** Order Approving Ninth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1532; signed and docketed: 03/31/20]

    Status: On March 31, 2020, the Court entered an order approving this motion.

4. **[FILED UNDER SEAL]** Tenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1177; filed: 12/16/19]

    Response Deadline:  December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

    Responses Received:  None

    Related Documents:

    A. **[REDACTED]** Tenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1178; filed: 12/16/19]

      B.      Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

      C.      **[FILED UNDER SEAL]** Certification of No Objection [D.I. 1519; filed: 03/30/20]

      D.      **[REDACTED]** Certification of No Objection **[REDACTED]** [D.I. 1520; filed: 03/30/20]

      E.      **[FILED UNDER SEAL]** Order Approving Tenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1533; signed and docketed: 03/31/20]

      F.      **[REDACTED]** Order Approving Tenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1534; signed and docketed: 03/31/20] **[REDACTED]**

Status: On March 31, 2020, the Court entered an order approving this motion.

5.      **[FILED UNDER SEAL]** Eleventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements ("Eleventh Omnibus Rejection Motion") [D.I. 1179; filed: 12/16/19]

Response Deadline: December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

Responses Received:

      A.      Objection of Ulyana Kulish, DPM [D.I. 1256; filed: 12/30/19]

Related Documents:

      A.      **[REDACTED]** Eleventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1180; filed: 12/16/19]

      B.      Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

      C.      **[FILED UNDER SEAL]** Certification of Counsel Regarding (A) Order Approving Eleventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements, and (B) No Objection to Same [D.I. 1526; filed: 12/30/20]

      D.      **[REDACTED]** Certification of Counsel Regarding (A) Order Approving Eleventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the

        Rejection of Hahnemann Resident Physician Employment Agreements, and (B) No Objection to Same [D.I. 1527; filed: 12/30/20]

- E. **[FILED UNDER SEAL]** Order Approving Eleventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1539; signed and docketed: 03/31/20]

- F. **[REDACTED]** Order Approving Eleventh Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1540; signed and docketed: 03/31/20]

        Status: On March 31, 2020, the Court entered an order approving this motion.

6. **[FILED UNDER SEAL]** Twelfth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1181; filed: 12/16/19]

   Response Deadline: December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

   Responses Received:

   - A. Objection of Christopher Mahrous, M.D. *(this objection was inadvertently filed as an objection to the Eleventh Omnibus Rejection Motion)* [D.I. 1285; filed: 01/03/20]

   - B. Objection of Brenda Mullen, M.D. *(this objection was inadvertently filed as an objection to the Eleventh Omnibus Rejection Motion)* [D.I. 1306; filed: 01/08/20]

   Related Documents:

   - A. **[REDACTED]** Twelfth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1182; filed: 12/16/19]

   - B. Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

   - C. **[FILED UNDER SEAL]** Certification of Counsel Regarding (A) Order Approving Twelfth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements, and (B) No Objection to Same [D.I. 1528; filed: 12/30/20]

   - D. **[REDACTED]** Certification of Counsel Regarding (A) Order Approving Twelfth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements, and (B) No Objection to Same [D.I. 1529; filed: 12/30/20]

    E.    **[FILED UNDER SEAL]** Order Approving Twelfth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1541; signed and docketed: 03/31/20]

    F.    **[REDACTED]** Order Approving Twelfth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1542; signed and docketed: 03/31/20]

Status: On March 31, 2020, the Court entered an order approving this motion.

7.    **[FILED UNDER SEAL]** Thirteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1183; filed: 12/16/19]

Response Deadline: December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

Responses Received: None

Related Documents:

    A.    **[REDACTED]** Thirteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1184; filed: 12/16/19]

    B.    Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

    C.    **[FILED UNDER SEAL]** Certification of No Objection [D.I. 1521; filed: 03/30/20]

    D.    **[REDACTED]** Certification of No Objection [D.I. 1522; filed: 03/30/20]

    E.    **[FILED UNDER SEAL]** Order Approving Thirteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1535; signed and docketed: 03/31/20]

    F.    **[REDACTED]** Order Approving Thirteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1536; signed and docketed: 03/31/20]

Status: On March 31, 2020, the Court entered an order approving this motion.

8. **[FILED UNDER SEAL]** Fourteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1185; filed: 12/16/19]

    Response Deadline:  December 30, 2019 at 4:00 p.m.; extended to February 7, 2020 at 4:00 p.m. for the Ad Hoc Committee.

    Responses Received:  None

    Related Documents:

    A.  **[REDACTED]** Fourteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1186; filed: 12/16/19]

    B.  Supplemental Statement Regarding Motions to Reject Hahnemann Resident Physician Employment Agreements [D.I. 1216; filed: 12/19/19]

    C.  **[FILED UNDER SEAL]** Certification of No Objection [D.I. 1523; filed: 03/30/20]

    D.  **[REDACTED]** Certification of No Objection [D.I. 1524; filed: 03/30/20]

    E.  **[FILED UNDER SEAL]** Order Approving Fourteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1537; signed and docketed: 03/31/20]

    F.  **[REDACTED]** Order Approving Fourteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Hahnemann Resident Physician Employment Agreements [D.I. 1538; signed and docketed: 03/31/20]

    Status:  On March 31, 2020, the Court entered an order approving this motion.

9. Nineteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1465; filed: 03/12/20]

    Response Deadline:  March 23, 2020 at 4:00 p.m.

    Responses Received:

    A.  Informal response from Anesthesia Business Consultants, LLC

    Related Documents:

    A.  Certification of Counsel Regarding (A) Order Approving Nineteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain

        Executory Contracts and Unexpired Leases and (B) No Objection to Same [D.I. 1546; filed: 04/02/20]

   B.    Order Approving Nineteenth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired [D.I. 1548; signed and docketed: 04/02/20]

   Status: On April 2, 2020, the Court entered an order approving this motion.

10.   Twentieth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1466; filed: 03/12/20]

   Response Deadline:  March 23, 2020 at 4:00 p.m.

   Responses Received:

   A.    Informal response from Future IT Advisors, LLC

   Related Documents:

   A.    Certification of Counsel Regarding (A) Order Approving Twentieth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases and (B) No Objection to Same [D.I. 1505; filed: 03/25/20]

   B.    Order Approving Twentieth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired [D.I. 1506; signed and docketed: 03/26/20]

   Status: On March 26, 2020, the Court entered an order approving this motion.

11.   Twenty-First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1467; filed: 03/12/20]

   Response Deadline:  March 23, 2020 at 4:00 p.m.

   Responses Received:  None

   Related Documents:

   A.    Certification of No Objection [D.I. 1498; filed: 03/25/20]

   B.    Order Approving Twenty-First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1501; signed and docketed: 03/25/20]

   Status: On March 25, 2020, the Court entered an order approving this motion.

12. Twenty-Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1468; filed: 03/12/20]

    Response Deadline:  March 23, 2020 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [D.I. 1499; filed: 03/25/20]

    B.  Order Approving Twenty-Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1502; signed and docketed: 03/25/20]

    Status: On March 25, 2020, the Court entered an order approving this motion.

13. Twenty-Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1469; filed: 03/12/20]

    Response Deadline:  March 23, 2020 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [D.I. 1500; filed: 03/25/20]

    B.  Order Approving Twenty-Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 1503; signed and docketed: 03/25/20]

    Status: On March 25, 2020, the Court entered an order approving this motion.

**CONTINUED MATTER:**

14. Beckman Coulter, Inc.'s Motion for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b) [D.I. 1617; filed: 05/07/20]

    Response Deadline:  May 20, 2020 at 4:00 p.m.  Extended for the Debtors to the date that is seven (7) days before the next omnibus hearing.

    Responses Received:  None to date

    Related Documents:  None to date

Status:  Continued to the next omnibus hearing to be scheduled.

**FEE APPLICATIONS:**

15. **Certification of Counsel Regarding Proposed Omnibus Order Approving Second Interim Fee Applications of Certain of the Debtors' and Official Committee of Unsecured Creditors' Professionals and the First Interim, Second Interim and Final Applications of Patient Care Ombudsman Professionals [D.I. 1635; filed: 05/26/20]**

    Response Deadline:   See index of the fee applications attached as Exhibit A.

    Responses Received:  None

    Related Documents:

    A.  Omnibus Order Approving Second Interim Fee Applications of Certain of the Debtors' and Official Committee of Unsecured Creditors' Professionals and the First Interim, Second Interim and Final Applications of Patient Care Ombudsman Professionals [D.I. 1636; signed and docketed: 05/26/20]

    **Status:**  On May 26, 2020, the Court entered an order approving the professionals' fee applications.

| | |
|---|---|
| Dated: May 26, 2020 | **SAUL EWING ARNSTEIN & LEHR LLP** |

                By:    <u>*/s/ Mark Minuti*</u>
                        Mark Minuti (DE Bar No. 2659)
                        Monique B. DiSabatino (DE Bar No. 6027)
                        1201 N. Market Street, Suite 2300
                        P.O. Box 1266
                        Wilmington, DE  19899
                        Telephone: (302) 421-6800
                        Fax: (302) 421-5873
                        mark.minuti@saul.com
                        monique.disabatino@saul.com

                                -and-

                        Jeffrey C. Hampton
                        Adam H. Isenberg
                        Aaron S. Applebaum (DE Bar No. 5587)
                        Centre Square West
                        1500 Market Street, 38th Floor
                        Philadelphia, PA 19102
                        Telephone: (215) 972-7777
                        Fax: (215) 972-7725
                        jeffrey.hampton@saul.com
                        adam.isenberg@saul.com
                        aaron.applebaum@saul.com

                        *Counsel for Debtors and Debtors in Possession*

# EXHIBIT A

## INDEX OF PROFESSIONALS' FEE APPLICATIONS

## DEBTORS' PROFESSIONALS

**I.  SAUL EWING ARNSTEIN & LEHR LLP (Counsel to Debtors)**

Second Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2019 through December 31, 2019 [Docket No. 1584; filed: 04/17/20]

   i.  Certification of No Objection for Second Interim Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1619; filed: 05/11/20]

   Related Documents:

   A.  Fourth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2019 through October 31, 2019 [Docket No. 1203; filed: 12/18/19]

      i.  Certification of No Objection for Fourth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1303; filed: 01/08/20]

   B.  Fifth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2019 through November 30, 2019 [Docket No. 1300; filed: 01/08/20]

      i.  Certification of No Objection for Fifth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1376; filed: 01/30/20]

   C.  Sixth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2019 through December 31, 2019 [Docket No. 1433; filed: 02/27/20]

      i.  Certification of No Objection for Sixth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1547; filed: 04/02/20]

## COMMITTEE PROFESSIONALS

**II.    SILLS CUMMIS & GROSS P.C. (Counsel to the Official Committee of Unsecured Creditors)**

Second Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from October 1, 2019 through December 31, 2019 [Docket No. 1543; filed: 04/01/20]

   i.    Certification of No Objection for Second Quarterly Application of Sills Cummis & Gross P.C. [Docket No. 1599; filed: 04/22/20]

   Related Documents:

   A.    Fourth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2019 through October 31, 2019 [Docket No. 1271; filed: 01/02/20]

      i.    Certification of No Objection for Fourth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1355; filed: 01/23/20]

   B.    Fifth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2019 through November 30, 2019 [Docket No. 1354; filed: 01/23/20]

      i.    Certification of No Objection for Fifth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1405; filed: 02/13/20]

   C.    Sixth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2019 through December 31, 2019 [Docket No. 1399; filed: 02/12/20]

      i.    Certification of No Objection for Sixth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1449; filed: 03/04/20]

III. **FOX ROTHSCHILD LLP (Delaware Counsel to the Official Committee of Unsecured Creditors)**

Second Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2019 through December 31, 2019 [Docket No. 1507; filed: 03/26/20]

    i. Certification of No Objection for Second Interim Fee Application of Fox Rothschild LLP [Docket No. 1586; filed: 04/17/20]

    Related Documents:

    A. Third Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2019 through October 31, 2019 [Docket No. 1019; filed: 11/15/19]

        i. Certification of No Objection for Third Monthly Fee Application of Fox Rothschild LLP [Docket No. 1109; filed: 12/06/19]

    B. Fourth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period November 1, 2019 through November 30, 2019 [Docket No. 1170; filed: 12/16/19]

        i. Certification of No Objection for Fourth Monthly Fee Application of Fox Rothschild LLP [Docket No. 1298; filed: 01/07/20]

    C. Fifth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2019 through December 31, 2019 [Docket No. 1362; filed: 01/27/20]

        i. Certification of No Objection for Fifth Monthly Fee Application of Fox Rothschild LLP [Docket No. 1417; filed: 02/19/20]

IV. **BERKELEY RESEARCH GROUP, LLC (Financial Advisor to the Official Committee of Unsecured Creditors)**

Second Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from October 1, 2019 through December 31, 2019 [Docket No. 1508; filed: 03/26/20]

    i. Certification of No Objection for Second Interim Application of Berkeley Research Group, LLC [Docket No. 1587; filed: 04/17/20]

Related Documents:

- A. Third Monthly Fee Application of Berkeley Research Group, LLC Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from October 1, 2019 through November 30, 2019 [Docket No. 1301; filed: 01/08/20]

    - i. Certification of No Objection for Third Monthly Application of Berkeley Research Group, LLC [Docket No. 1373; filed: 01/29/20]

- B. Fourth Monthly Fee Application of Berkeley Research Group, LLC Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from December 1, 2019 through December 31, 2019 [Docket No. 1397; filed: 02/10/20]

    - i. Certification of No Objection for Fourth Monthly Application of Berkeley Research Group, LLC [Docket No. 1444; filed: 03/03/20]

## PATIENT CARE OMBUDSMAN PROFESSIONALS

**V.  SAK MANAGEMENT SERVICES, LLP (Medical Operations Advisor for the Patient Care Ombudsman)**

First Interim Application, Combined Fourth, Fifth, and Sixth Monthly Applications, and Combined Second Interim Application and Final Application of SAK Management Services, LLP, Medical Operations Advisor for the Patient Care Ombudsman for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 3, 2019 through January 3, 2020 [Docket No. 1573; filed: 04/14/20]

- i. Certification of No Objection for First Interim Application, Combined Fourth, Fifth, and Sixth Monthly Applications, and Combined Second Interim Application and Final Application of SAK Management Services, LLP [Docket No. 1614; filed: 05/06/20]

Related Documents:

- A. First Monthly Application of SAK Management Services, LLP, as Medical Operations Advisor for Compensation and Reimbursement of Expenses for the Period from July 3, 2019 through July 31, 2019 [Docket No. 730; filed: 09/18/19]

        i. Certification of No Objection for First Monthly Fee Application of SAK Management Services, LLP [Docket No. 861; filed: 10/15/19]

    B. Second Monthly Fee Application of SAK Management Services, LLP, as Medical Operations Advisor for Compensation and Reimbursement of Expenses for the Period from August 1, 2019 through August 31, 2019 [Docket No. 917; filed: 10/29/19]

        i. Certification of No Objection for Second Monthly Fee Application of SAK Management Services, LLP [Docket No. 1043; filed: 11/20/19]

    C. Third Monthly Fee Application of SAK Management Services, LLP, as Medical Operations Advisor for Compensation and Reimbursement of Expenses for the Period from September 1, 2019 through September 30, 2019 [Docket No. 1021; filed: 11/15/19]

        i. Certification of No Objection for Third Monthly Fee Application of SAK Management Services, LLP [Docket No. 1111; filed: 12/06/19]

**VI. GREENBERG TRAURIG, LLP (Counsel for the Ombudsman)**

Combined Fifth and Sixth Monthly Applications, Second Interim Application and Final Application of Greenberg Traurig, LLP, As Counsel to the Patient Care Ombudsman, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 3, 2019 through January 31, 2020 [Docket No. 1591; filed: 04/20/20]

    i. Certification of No Objection for Final Fee Application of Greenberg Traurig, LLP [Docket No. 1629; filed: 05/18/20]

Related Documents:

    A. First Interim Fee Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Patient Care Ombudsman for the Period from July 3, 2019 through September 30, 2019 [Docket No. 1579; filed: 04/15/20]

        i. Certification of No Objection for First Interim Fee Application of Greenberg Traurig, LLP [Docket No. 1615; filed: 05/06/20]

1. First Monthly Application of Greenberg Traurig, LLP, As Counsel to the Patient Care Ombudsman, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 3, 2019 through July 31, 2019 [Docket No. 742; filed: 09/19/19]

    i. Certification of No Objection for First Monthly Application of Greenberg Traurig, LLP [Docket No. 860; filed: 10/15/19]

2. Second Monthly Application of Greenberg Traurig, LLP, As Counsel to the Patient Care Ombudsman, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2019 through August 31, 2019 [Docket No. 792; filed: 09/27/19]

    i. Certification of No Objection for Second Monthly Fee Application of Greenberg Traurig, LLP [Docket No. 881; filed: 10/18/19]

3. Third Monthly Fee Application of Greenberg Traurig, LLP, As Counsel to the Patient Care Ombudsman, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2019 through September 30, 2019 [Docket No. 883; filed: 10/18/19]

    i. Certification of No Objection for Third Monthly Fee Application of Greenberg Traurig, LLP [Docket No. 971; filed: 11/07/19]

B. Fourth Monthly Fee Application of Greenberg Traurig, LLP, As Counsel to the Patient Care Ombudsman, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2019 through October 31, 2019 [Docket No. 1045; filed: 11/20/19]

    i. Certification of No Objection for Fourth Monthly Fee Application of Greenberg Traurig, LLP [Docket No. 1142; filed: 12/11/19]