# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from March 1, 2020 through March 31, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (1,439 pages @ $.10 per page) | | $143.90 |
| Color Photocopying (20 pages @ $.10 per page) | | $2.00 |
| Filing Fees | Pennsylvania Department of State and Delaware Division of Revenue (UCCs) | $2,418.00 |
| Legal Research | Westlaw | $4,202.50 |
| Meals | *See attached chart* | $228.53 |
| Messenger Service | Parcels, Inc. | $15.00 |
| Mileage | *See attached chart* | $268.62 |
| Overnight Delivery | Federal Express | $80.09 |
| Parking | *See attached chart* | $144.00 |
| Transcript | Reliable Copy Service | $928.00 |
| **Total** | | **$8,430.64** |

| \ | \ | TRAVEL DETAIL | \ | \ |
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 03/02/20 | Aaron Applebaum | (1) Aaron Applebaum | (Mileage) Traveling from Glen Mills, PA to Philadelphia, PA and back for hospital walkthrough | $34.27 |
| 03/02/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for preparing witnesses for hearing | $40.60 |
| 03/03/20 | Adam Isenberg | (1) Adam Isenberg | Mileage) Traveling from Elkins Park, PA to Wilmington, DE and back for hearing | $45.05 |
| 03/03/20 | Joel Hopkins | (1) Joel Hopkins | Mileage) Traveling from Harrisburg, PA to Wilmington, DE and back for hearing | $108.10 |
| 03/11/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for meeting with client | $40.60 |
| 03/02/20 | Parkway Corp. | (1) Aaron Applebaum | Parking in Philadelphia, PA for hospital walkthrough | $32.00 |
| 03/02/20 | Parkway Corp. Centre Square | (1) Mark Minuti | Parking in Philadelphia, PA for preparing witnesses for hearing | $36.00 |
| 03/03/20 | Colonial Parking Authority | (1) Adam Isenberg | Parking in Philadelphia, PA for hearing | $20.00 |
| 03/03/20 | Colonial Parking Authority | (1) Joel Hopkins | Parking in Philadelphia, PA for hearing | $20.00 |
| 03/11/20 | Parkway Corp. Centre Square | (1) Mark Minuti | Parking in Philadelphia, PA for meeting with client | $36.00 |
| | | TOTAL | | $412.62 |

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 02/26/20 | Gateway Saladworks | (3) Allen Wilen, Jeffrey Hampton, Adam Isenberg | Lunch meeting with client to prepare for meeting with Committee | $36.53 |
| 03/03/20 | Urban Café | (9) John Dinome, Allen Wilen, Jeffrey Hampton, Mark Minuti, Adam Isenberg, Monique DiSabatino, Melissa Martinez, Joel Hopkins, Linda Ramsey | Breakfast preparing for hearing | $72.00 |
| 03/03/20 | Urban Café | (10) John Dinome, Allen Wilen, Jeffrey Hampton, Mark Minuti, Adam Isenberg, Albert Mezzaroba, Monique DiSabatino, Melissa Martinez, Joel Hopkins, Linda Ramsey | Lunch during break in hearing | $120.00 |
| | | **TOTAL** | | **$228.53** |

3



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2555802 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 05/08/20 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 03/11/20 | Photocopying | 37.30 | |
| 03/12/20 | Photocopying | 3.10 | |
| 03/20/20 | Photocopying | 103.50 | |
| | Total Photocopying | | 143.90 |
| 03/11/20 | Photocopying - Color | 2.00 | |
| | Total Photocopying - Color | | 2.00 |
| 03/26/20 | Filing Fees UCC - - VENDOR: Pennsylvania Department of State 2/14/20 | 168.00 | |
| 03/26/20 | Filing Fees UCC - - VENDOR: Delaware Division of Corporation 2/13/20 | 500.00 | |
| 03/26/20 | Filing Fees UCC - - VENDOR: Pennsylvania Department of State 2/13/20 | 840.00 | |
| 03/26/20 | Filing Fees UCC - - VENDOR: Pennsylvania Department of State 2/13/20 | 910.00 | |
| | Total Filing Fees UCC | | 2,418.00 |
| 03/03/20 | Mileage; VENDOR: Aaron S. Applebaum; 03/02/20; travel from Glen Mills, PA to Philadelphia and return for meeting at Hahnemann with A. Perno and videographer for video walkthrough | 34.27 | |
| 03/06/20 | Mileage; VENDOR: Adam H. Isenberg; 03/03/20; travel from Elkins Park, PA to Wilmington, DE and return to attend hearing | 45.05 | |
| 03/06/20 | Mileage; VENDOR: Joel C. Hopkins; 03/03/20; travel from Harrisburg, PA to Wilmington, DE and return to attend hearing | 108.10 | |
| 03/08/20 | Mileage; VENDOR: Mark Minuti; 03/02/20; Travel from Wilmington, DE to Philadelphia, PA and return for witness hearing preparation in Philadelphia | 40.60 | |
| 03/16/20 | Mileage; VENDOR: Mark Minuti; 03/11/20; Travel from Wilmington, DE to Philadelphia, PA and return for meeting in Philadelphia with Allen Wilen, John Demmy and John Dinome | 40.60 | |
| | Total Mileage | | 268.62 |
| 03/13/20 | Messenger Service; VENDOR: Parcels Inc; 02/21/20; Hand delivery to Judge Gross | 7.50 | |
| 03/17/20 | Messenger Service; VENDOR: Parcels Inc; 02/28/20; Hand delivery to Judge Gross | 7.50 | |
| | Total Messenger Service | | 15.00 |
| 03/03/20 | Parking; VENDOR: Parkway Corp.; 03/02/20; Parking for Aaron Applebaum for meeting at Hahnemann with A. Perno and videographer for video walkthrough | 32.00 | |

| | | | |
|---|---|---|---|
| 376719<br>00002<br>05/08/20 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number 2555802<br>Page 2 | |
| 03/06/20 | Parking; VENDOR: Colonial Parking Authority; 03/03/20; Parking for Adam Isenberg for hearing in Wilmington, DE | 20.00 | |
| 03/06/20 | Parking; VENDOR: Colonial Parking Authority; 03/03/20; Parking for Joel Hopkins for hearing in Wilmington, DE | 20.00 | |
| 03/08/20 | Parking; VENDOR: Parkway Corp. Centre Square; 03/02/20; Parking for Mark Minuti in Philadelphia for witness hearing preparation | 36.00 | |
| 03/16/20 | Parking; VENDOR: Parkway Corp. Centre Square; 03/11/20; Parking for Mark Minuti for meeting with Allen Wilen, John Demmy and John Dinome | 36.00 | |
| | Total Parking | | 144.00 |
| 03/26/20 | Federal Express 02/28/2020 To: United States Trustee – Portland, OR From: Mark Minuti | 24.65 | |
| 03/26/20 | Federal Express 02/28/2020 To: Jeffrey Hampton From: Jeffrey Hampton 69983 | 55.44 | |
| | Total Federal Express | | 80.09 |
| 03/19/20 | Meals; VENDOR: Urban Cafe; 03/03/20; Breakfast preparing for hearing (John Dinome, Allen Wilen, Jeffrey Hampton, Mark Minuti, Adam Isenberg, Monique DiSabatino, Melissa Martinez, Joel Hopkins, Linda Ramsey) | 72.00 | |
| 03/19/20 | Meals; VENDOR: Urban Cafe; 03/03/20; Lunch during break in hearing (John Dinome, Allen Wilen, Jeffrey Hampton, Mark Minuti, Adam Isenberg, Albert Mezzaroba, Monique DiSabatino, Melissa Martinez, Joel Hopkins, Linda Ramsey) | 120.00 | |
| 03/25/20 | Meals; VENDOR: Gateway Saladworks; 02/26/20; Lunch meeting to prepare for meeting with Committee (Jeffrey Hampton, Adam Isenberg and Allen Wilen) | 36.53 | |
| | Total Meals | | 228.53 |
| 03/30/20 | Transcript; VENDOR: Reliable Copy Service - DE; 03/03/20 hearing transcript | 928.00 | |
| | Total Transcript | | 928.00 |
| 03/06/20 | Westlaw Legal Research | 71.50 | |
| 03/11/20 | Westlaw Legal Research | 71.50 | |
| 03/12/20 | Westlaw Legal Research | 1,001.00 | |
| 03/13/20 | Westlaw Legal Research | 1,348.00 | |
| 03/16/20 | Westlaw Legal Research | 357.50 | |
| 03/17/20 | Westlaw Legal Research | 537.00 | |
| 03/30/20 | Westlaw Legal Research | 214.50 | |
| 03/30/20 | Westlaw Legal Research | 601.50 | |
| | Total Westlaw Legal Research | | 4,202.50 |
| | CURRENT EXPENSES | | 8,430.64 |

**TOTAL AMOUNT OF THIS INVOICE**                                                                                         8,430.64

36990456.1 05/26/2020