# EXHIBIT F

## PROFESSIONALS' BACKGROUND

**Attorney Biographies**

**Timothy J. Pastore**, *Partner.*   Mr. Pastore is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its New York, New York office.  Mr. Pastore is a former military and federal prosecutor and now provides legal counsel to corporate clients and individuals in litigation and arbitration matters across the country, particularly involving commercial real estate, electronic security/home automation, and cybersecurity/data privacy.

**Mark Minuti**, *Partner.*   Mr. Minuti is Vice-Chair of Saul Ewing Arnstein & Lehr's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice and is a Partner in its Wilmington, Delaware office.  Mr. Minuti concentrates his practice in bankruptcy law. Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware.  Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions.   Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**Timothy W. Callahan**, *Partner.*  Mr. Callahan is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Chesterbrook, Pennsylvania office.  Mr. Callahan is general counsel of Saul Ewing Arnstein & Lehr LLP.  Mr. Callahan work includes handling matters involving loss prevention, attorney-client privilege, work product privilege and the unauthorized practice of law.  Mr. Callahan handles commercial litigation, including work for financial institutions and insurance companies, as well as bankruptcy matters.

**John D. Demmy**, *Partner.*  Mr. Demmy is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office.  Mr. Demmy represents debtors, creditors' and ad hoc committees, asset buyers, insurers, and all types of creditors in bankruptcy cases and related litigation matters.  Mr. Demmy also handles bankruptcy appeals to the Delaware District Court and to the Court of Appeals for the Third Circuit.  Mr. Demmy is also an experience commercial litigator who assist clients with cases in the Delaware Court of Chancery and provides opinions with respect to matters of bankruptcy and Delaware law relating to Delaware entities.

**Jeffrey C. Hampton,** *Partner.*  Mr. Hampton is Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract

parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders. Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters. In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg**, *Partner*. Mr. Isenberg is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office. Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts. Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**Dennis J. Brennan**, *Partner*. Mr. Brennan is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Department in its Philadelphia, Pennsylvania office. Mr. Brennan helps companies navigate the legal risks they face when they enter into mergers and acquisitions, purchase agreements and other major transactions. Mr. Brennan represents clients in the insurance industry, and also provides clients with legal advice on corporate governance and financing.

**Michelle G. Novick,** *Partner*. Ms. Novick is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Chicago, Illinois office. Ms. Novick concentrates her practice on corporate bankruptcy.

**Joel C. Hopkins,** *Partner*. Mr. Hopkins is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice in its Harrisburg, Pennsylvania office. Mr. Hopkins' business practice includes counseling insurance companies, risk retention groups, producers, self-insureds, third party administrators and policyholders in regulatory, organizational, operational, coverage, claims, bad faith and insolvency issues. Mr. Hopkins regularly counsels business clients on a wide variety of insurance and risk transfer matters, including complicated coverage and program issues relating to mergers and acquisitions. Mr. Hopkins' counsels a diverse group of clients on insurance product development, compliance and evaluation. Mr. Hopkins also creates, reviews and improves claims, coverage and regulatory policies, procedures and manuals, and has participated in numerous expert evaluations of coverage and claim disputes.

**Monique B. DiSabatino**, *Partner*. Ms. DiSabatino is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office. Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Aaron S. Applebaum**, *Associate*. Mr. Applebaum is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office. Mr. Applebaum focuses his practice in commercial bankruptcy and corporate reorganization. Mr. Applebaum represents debtors, creditors, committees and trustees in complex bankruptcy cases. Mr. Applebaum also has experience assisting clients in bankruptcy litigation, including preference and fraudulent conveyance adversary proceedings, declaratory judgment actions and other contested matters arising in the course of adversarial bankruptcy proceedings.

**Jeremiah J. Vandermark**, *Associate*.  Mr. Vandermark is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office.  Mr. Vandermark assists large and small businesses and municipalities in matters involving bankruptcy, bankruptcy-related litigation and commercial law.  Mr. Vandermark also handles negotiations with creditors' committees and DIP lenders, and he assists with negotiating loan workouts and defending and restructuring commercial debtors in bankruptcy.

**Charles E. Davis**, *Associate*.  Mr. Davis an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Wilmington, Delaware office.  Mr. Davis assists with litigation in Delaware courts and advises on fiduciary duty and contract issues under Delaware law.  Mr. Davis also has experience representing corporate fiduciaries in federal district court in litigation asserting fiduciary duty and federal securities law claims.

**Melissa A. Martinez**, *Associate*.  Ms. Martinez is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office.  Ms. Martinez focuses her practice in commercial bankruptcy and corporate reorganization.

3