# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE**, that (a) Joel Freedman, (b) American Academic Health Systems, LLC and (c) Philadelphia Academic Health Holdings LLC (collectively, the "**Interested Parties**") hereby appear in the above-captioned cases through their attorneys, Suzzanne Uhland and Matthew J. Carmody of Latham & Watkins LLP ("**Latham**"). The Interested Parties seek to substitute Latham for O'Melveny & Meyers LLP ("**OMM**") for the reason that Suzzanne Uhland, who previously represented the Interested Parties at OMM, has relocated to Latham. OMM will no longer represent the Interested Parties in the above-captioned cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 23481604v.1

**PLEASE TAKE FURTHER NOTICE** that the Interested Parties' representation by the undersigned attorneys from Richards, Layton & Finger, P.A. as their co-counsel is unaffected by this Notice.

Dated: May 29, 2020
      Wilmington, Delaware

*/s/ Brendan J. Schlauch*
---
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:   (302) 651-7700
Fax:   (302) 651-7701
Email:  collins@rlf.com
          merchant@rlf.com
          schlauch@rlf.com

-and-

Suzzanne Uhland
Matthew J. Carmody
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Tel:   (212) 906-1200
Fax:   (212) 751-4864
E-mail:  suzzanne.uhland@lw.com
           matt.carmody@lw.com

*Attorneys for the Interested Parties*