# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket No. 1646** |

## CERTIFICATE OF SERVICE

I, Brendan J. Schlauch, herby certify that on the 29th day of May, 2020, I caused copies of the *Notice of Substitution of Counsel and Entry of Appearance* [Docket No. 1646] to be served upon the parties on the attached service list in the manner indicated.

Date: May 29, 2020
       Wilmington, Delaware

                                              */s/ Brendan J. Schlauch*
                                              Brendan J. Schlauch (No. 6115)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 23501685v.1

## SERVICE LIST

| Via CM/ECF and Courtesy First Class Mail | Via First Class Mail |
|---|---|
| Mark Minuti<br>Monique B. DiSabatino<br>Saul Ewing Arnstein & Lehr LLP<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | Jeffrey C. Hampton<br>Adam H. Isenberg<br>Melissa A. Martinez<br>Saul Ewing Arnstein & Lehr LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 |
| Via CM/ECF and Courtesy First Class Mail<br><br>Benjamin A. Hackman<br>Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | |