**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket Nos. 1630 and 1654** |

**ORDER APPROVING STIPULATION BETWEEN DEBTORS AND STERICYCLE, INC. REGARDING ALLOWED ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Stipulation between Debtors and Stericycle, Inc. Regarding Allowed Administrative Expense Claim* (the "**Stipulation**")[2] attached hereto as **Exhibit "1"**; and the Court having jurisdiction over the matters raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

　　　1.　　The Stipulation is approved.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

2. Stericycle, Inc. shall be allowed an administrative expense claim against Philadelphia Academic Health System, LLC in the amount of $139,621.79 (the "**Allowed Administrative Expense Claim**") on account of, and in full resolution of, the Asserted Claims against the Debtors.

3. Other than the Allowed Administrative Expense Claim, Stericycle shall have no other allowed claims against any of the Debtors, whether filed or scheduled, including, but not limited to, claims arising under the MSA. Stericycle shall not be entitled to any distributions from any of the Debtors, their estates or any of the Debtors' successors, other than on account of the Allowed Administrative Expense Claim, **provided**, **however**, that Stericycle does not waive and expressly reserves any claims it has or may have against STC OpCo, LLC (the "**Buyer**") or its successors or assigns for services provided following the December 15, 2019 effective closing date of the sale of substantially all assets of St. Christopher's Healthcare, LLC and certain related Debtors to the Buyer. Stericycle shall not assert any additional claims against any of the Debtors on account of pre-petition or post-petition periods. For the avoidance of doubt, the Proofs of Claim are hereby disallowed in their entirety.

4. The Debtors are authorized to take any and all actions necessary to effectuate the Stipulation.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

6. This Order is effective immediately upon entry.

Dated: June 3rd, 2020
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

36852340.5 06/02/2020