**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: June 30, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**NOTICE OF TENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

PLEASE TAKE NOTICE THAT on June 10, 2020, Sills Cummis & Gross P.C. ("Sills"),

as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-

captioned debtors and debtors-in-possession (the "Debtors"), filed the Tenth Monthly Fee

Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered

and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors

for the Period April 1, 2020 through April 30, 2020 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered

August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **June 30, 2020 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.


Dated: June 10, 2020                          **FOX ROTHSCHILD LLP**

                                              */s/ Thomas M. Horan*
                                              Thomas M. Horan (DE No. 4641)
                                              919 North Market Street, Suite 300
                                              Wilmington, DE  19899-2323
                                              Telephone:  (302) 654-7444
                                              Facsimile:  (302) 656-8920
                                              E-mail: thoran@foxrothschild.com

                                              *Counsel to the Official Committee of*
                                              *Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: June 30, 2020 at 4:00 p.m. ET** <br> **Hearing Date: TBD if objection filed** |

**TENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | April 1, 2020 – April 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $50,400.00  (80% of $63,000.00)[2] |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $776.36 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

[2] On or around March 26, 2020, Sills received an overpayment of $293.66 on account of its first interim fee application. A credit for such overpayment is reflected on the invoice underpinning this fee application. After application of such overpayment, Sills' total fees and expenses total $63,482.70 (rather than $63,776.36).

7271762

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, primary department or group, year of obtaining relevant license to practice, if applicable | Hourly Billing Rate[3] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $750 | 15.1 | $11,325.00 |
| Brian Coven | Member, Corporate  First Bar Admission: 1982 | $750 | 61.9 | $46,425.00 |
| Charles J. Falletta | Member, Litigation First Bar Admission: 1996 | $575 | 1.3 | $747.50 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $595 | 20.9 | $12,435.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $550 | 1.6 | $880.00 |
| **Total Fees at Standard Rates** | | | **100.8** | **$71,813.00** |
| **Total Fees After Application of $625 Blended Rate Discount[4]** | | | **100.8** | **$63,000.00[5]** |

[3] Effective October 1, 2019 (*i.e.*, the first date of Sills' new fiscal year), the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $795 to $825; the hourly rate of Boris Mankovetskiy was increased from $725 to $750; the hourly rate of Rachel Brennan was increased from $545 to $595; and the hourly rate of Gregory Kopacz was increased from $525 to $550.  However, as discussed below, Sills' fees for this engagement will remain subject to a $625 blended hourly rate cap.

[4] As noted in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Nunc Pro Tunc to July 15, 2019* [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

[5] On or around March 26, 2020, Sills received an overpayment of $293.66 on account of its first interim fee application.  A credit for such overpayment is reflected on the invoice underpinning this fee application.  After application of such overpayment, Sills' total fees and expenses are $63,482.70 (rather than $63,776.36).

2

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 70.5 | $52,875.00 |
| Asset Disposition (102) | 1.8 | $1,350.00 |
| Business Operations (103) | 0.8 | $600.00 |
| Case Administration (104) | 1.0 | $670.00 |
| Claims Administration and Objections (105) | 3.9 | $2,805.00 |
| Fee/Employment Applications (107) | 0.3 | $165.00 |
| Fee/Employment Objections (108) | 0.3 | $165.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 20.9 | $12,435.50 |
| Litigation Consulting (121) | 1.3 | $747.50 |
| **Total Fees at Standard Rate** | **100.8** | **$71,813.00** |
| **Total Fees After Application of $625 Blended Rate Discount[6]** | **100.8** | **$63,000.00[7]** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendors (UnitedLex) | $776.36 |
| **TOTAL** | **$776.36** |

---

[6] Sills' fees are subject to a $625 blended hourly rate cap.  See Retention Application ¶ 16.
[7] On or around March 26, 2020, Sills received an overpayment of $293.66 on account of its first interim fee application.  A credit for such overpayment is reflected on the invoice underpinning this fee application.  After application of such overpayment, Sills' total fees and expenses are $63,482.70 (rather than $63,776.36).

7271762

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: June 30, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**TENTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

Pursuant to sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Tenth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From April 1, 2020 Through April 30, 2020* (the "Application").  By the Application, Sills seeks allowance of $50,400.00 (80% of $63,000.00) in fees for services rendered, *plus* $776.36 for reimbursement of actual and necessary expenses for the period from April 1, 2020 through April 30, 2020 (the "Compensation Period"), *minus* $293.66 (which amount reflects an overpayment that Sills received in connection with its first interim fee application), for a total of $50,882.70.

7271762

**Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

**Compensation Paid and Its Source**

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

**Fee Statements**

5.      The fee statement for the Compensation Period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third Circuit law, and the Compensation Order.

5

### Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses during the Compensation Period is included in **Exhibit A**.

### Summary of Services by Project

7.      The services Sills rendered during the Compensation Period are generally described below, with a more detailed identification of the actual services provided in **Exhibit A**.

A.      Asset Analysis and Recovery

Fees: $52,875.00;      Total Hours: 70.5

This category includes time spent investigating causes of action against certain non-debtor affiliates and other parties, including time spent: (a) conducting research and analysis regarding potential claims and avoidance actions, including alter ego claims, veil-piercing claims, breach of fiduciary duty claims, fraud claims and fraudulent transfer claims; and (b) addressing related discovery issues.

B.      Asset Disposition

Fees: $1,350.00;      Total Hours: 1.8

This category includes time spent: (a) addressing post-closing issues related to the St. Christopher asset sale; and (b) addressing issues related to the liquidation of the Debtors' remaining assets.

C.      Business Operations

Fees: $600.00;      Total Hours: 0.8

This category includes time spent addressing issues related to a settlement agreement amendment.

Case Administration

Fees: $670.00;      Total Hours: 1.0

6

7271762

This category includes time spent addressing issues related to the establish of a proof of claim bar date and updating the "critical dates" case calendar.

D.     Claims Administration and Objection

        Fees: $2,805.00;        Total Hours: 3.9

This category includes time spent analyzing claims asserted against the Debtors' estates and potential objections, challenges and counterclaims thereto, including time spent (a) analyzing stipulations regarding the proposed allowance of certain alleged administrative expense priority claims; (b) addressing issues related to certain landlord claims; and (c) analyzing a motion seeking payment of an alleged administrative expense claim.

E.     Fee/Employment Applications

        Fees: $165.00;        Total Hours: 0.3

This category includes time spent finalizing Sills' second interim fee application.

F.     Fee/Employment Objections

        Fees: $165.00;        Total Hours: 0.3

This category includes time spent reviewing the Debtors' professionals' fee applications.

G.     Litigation (Other than Avoidance Action Litigation)

        Fees: $12,435.50;        Total Hours: 20.9

This category includes time spent reviewing documents produced in response to discovery requests and conducting related research.

H.     Litigation Consulting

        Fees: $747.50;        Total Hours: 1.3

This category includes time spent analyzing issues related to a document production related to a Committee investigation.

7271762

## **Conclusion**

8.      Sills submits that the amounts sought are fair and reasonable given (a) the

complexity of these cases, (b) the time expended, (c) the nature and extent of the services

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a

case under this title.

**WHEREFORE**, Sills requests that an allowance be made to Sills for the sums of

$50,400.00 (80% of $63,000.00) as compensation, *plus* and $776.36 for reimbursement of actual

and necessary expenses, *minus* $293.66 (which amount reflects an overpayment that Sills

received in connection with its first interim fee application), for a total of $50,882.70, and that

such amounts be authorized for payment.

Dated: June 10, 2020
Wilmington, Delaware

Respectfully submitted,

*/s/ Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

7271762

## **VERIFICATION**

STATE OF NEW JERSEY      )
                                   ) SS:

COUNTY OF MORRIS          )

       Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                         */s/ Andrew H. Sherman*
                                         Andrew H. Sherman

# Exhibit A

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|         |            |
|---------|------------|
| Page    | 1          |
| Inv#    | 1775179    |
| Date    | 05/15/20   |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI # 22-1920331

Re:    Creditors' Committee

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 04/02/20 | BM | Attend to issues regarding investigation of potential causes of action against non-debtor affiliates. | 0.90 | 675.00 |
| 04/09/20 | BM | Attend to issues regarding discovery from MBNF-related entities. | 0.80 | 600.00 |
| 04/10/20 | BM | Attend to issues regarding investigation of potential claims against non-debtor affiliates. | 0.80 | 600.00 |
| 04/15/20 | BM | Attend to issues regarding discovery from MBNF-related entities. | 1.10 | 825.00 |
| 04/16/20 | BM | Attend to supplemental document requests to MBNF-related entities. | 1.20 | 900.00 |
| 04/20/20 | BM | Attend to issues regarding discovery from MBNF and related entities. | 0.80 | 600.00 |
| 04/21/20 | BM | Attend to issues regarding investigation of potential causes of action against non-debtor affiliates. | 1.20 | 900.00 |
| | | Attend to issues regarding discovery from MBNF-related entities. | 0.60 | 450.00 |
| 04/22/20 | BM | Attend to issues regarding investigation of potential causes of action against MBNF and related entities. | 1.20 | 900.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 1775179 |
| Date | | 05/15/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/02/20 | BSC | Review purchase transaction structure in connection with potential claims and avoidance actions. | 1.40 | 1,050.00 |
| 04/03/20 | BSC | Document review, research and evaluation relating to potential claims and avoidance actions. | 4.80 | 3,600.00 |
| 04/06/20 | BSC | Review and evaluate CRO declaration and organizational structure in relation to potential avoidance and D&O claims and substantive consolidation. | 2.70 | 2,025.00 |
| | | Legal research regarding substantive consolidation of debtors and non-debtors. | 3.20 | 2,400.00 |
| 04/07/20 | BSC | Document review and research regarding organizational and financing structure in relation to potential veil piercing or consolidation. | 3.40 | 2,550.00 |
| 04/08/20 | BSC | Research and assess potential avoidance claims. | 3.10 | 2,325.00 |
| | | Research and evaluate possible alter ego claims. | 2.80 | 2,100.00 |
| 04/09/20 | BSC | Review Tenet sale documents and opco propco structuring in relation to possible claim. | 2.70 | 2,025.00 |
| | | Legal research and evaluation relating to possible fiduciary obligation claims. | 3.60 | 2,700.00 |
| 04/10/20 | BSC | Review acquisition and financing documents in relation to potential claims. | 2.70 | 2,025.00 |
| | | Research Delaware law for support of possible claims. | 3.40 | 2,550.00 |
| 04/13/20 | BSC | Research and evaluate fiduciary obligations in relation to potential claims. | 3.20 | 2,400.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1775179 |
| Date | 05/15/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Legal research and analysis regarding potential claims in relation to opco/propco acquisition and financing structures. | 1.80 | 1,350.00 |
| 04/14/20 | BSC | Review and evaluate acquisition and financing documents regarding potential claims. | 2.10 | 1,575.00 |
| | | Review alter ego law pertaining to possible claims. | 3.20 | 2,400.00 |
| 04/15/20 | BSC | Research and evaluate potential claims for actual fraud. | 2.40 | 1,800.00 |
| | | Review case law regarding substantive consolidation including non-debtors. | 1.70 | 1,275.00 |
| 04/16/20 | BSC | Document review and analysis for discovery purposes. | 3.20 | 2,400.00 |
| | | Legal research regarding constructive fraudulent transfers to assess potential claims. | 2.30 | 1,725.00 |
| 04/17/20 | BSC | Review opco propco structures in relation to potential avoidance claims. | 2.50 | 1,875.00 |
| | | Research and analyze possible claims for breaches of fiduciary obligations. | 3.10 | 2,325.00 |
| 04/20/20 | BSC | Research potential avoidance claims. | 2.60 | 1,950.00 |
| | | **TASK TOTAL 101** | **70.50** | **52,875.00** |

## 102 - ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/07/20 | BM | Attend to issues regarding post-closing obligations under STC APA. | 1.10 | 825.00 |
| | | Attend to issues regarding liquidation of remaining assets of the estates. | 0.70 | 525.00 |
| | | **TASK TOTAL 102** | **1.80** | **1,350.00** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 4 |
| Inv# | | 1775179 |
| Date | | 05/15/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **103 - BUSINESS OPERATIONS** | | | | |
| 04/01/20 | BM | Attend to issues regarding proposed first amendment to settlement agreement with Tenet/Conifer. | 0.80 | 600.00 |
| | | **TASK TOTAL 103** | **0.80** | **600.00** |
| **104 - CASE ADMINISTRATION** | | | | |
| 04/08/20 | BM | Attend to issues regarding establishment of bar dates. | 0.60 | 450.00 |
| 04/15/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 04/20/20 | GAK | Update case calendar. | 0.20 | 110.00 |
| 04/21/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| | | **TASK TOTAL 104** | **1.00** | **670.00** |
| **105 - CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | |
| 04/03/20 | BM | Attend to stipulations allowing administrative claims. | 0.90 | 675.00 |
| 04/07/20 | BM | Attend to issues regarding Master Landlords' claims. | 0.90 | 675.00 |
| 04/10/20 | BM | Analysis regarding proposed settlement allowing pension and benefit funds' claims. | 0.70 | 525.00 |
| 04/20/20 | BM | Analysis regarding proposed settlement stipulation with Dr. Moulick. | 0.80 | 600.00 |
| 04/06/20 | GAK | Review stipulation between the Debtors and the Pension Fund and Benefit Fund regarding administrative expense claim. | 0.20 | 110.00 |
| 04/09/20 | GAK | Review Saul Ewing fee application. | 0.20 | 110.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 5 |
| Inv# | | 1775179 |
| Date | | 05/15/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/16/20 | GAK | Review motion seeking payment of administrative claim. | 0.20 | 110.00 |
| | | **TASK TOTAL 105** | **3.90** | **2,805.00** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/20 | GAK | Finalize second interim fee application for filing. | 0.30 | 165.00 |
| | | **TASK TOTAL 107** | **0.30** | **165.00** |

**108 - FEE/EMPLOYMENT OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/02/20 | GAK | Review Debtors' fee application. | 0.10 | 55.00 |
| 04/23/20 | GAK | Review OCP Fee statements. | 0.20 | 110.00 |
| | | **TASK TOTAL 108** | **0.30** | **165.00** |

**110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/02/20 | REB | Review MBNF production documents and email B. Mankovetskiy and B. Coven re: same. | 5.40 | 3,213.00 |
| 04/03/20 | REB | Call with B. Mankovetskiy and B. Coven re: MBNF production and related research issues. | 2.20 | 1,309.00 |
| | | Review transaction documents produced by MBNF parties. | 1.80 | 1,071.00 |
| 04/10/20 | REB | Call with B. Coven re: MBNF Document Production issues. | 0.70 | 416.50 |
| 04/15/20 | REB | Review documents produced by MBNF entities and create follow up document request list in connection therewith. | 3.30 | 1,963.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 6 |
| Inv# | 1775179 |
| Date | 05/15/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 04/16/20 | REB | Calls with B. Coven re: MBNF production documents. | 2.10 | 1,249.50 |
|  |  | Review MBNF production and draft request for additional documents based on current production. | 3.30 | 1,963.50 |
|  |  | Review financial statements in connection with Acquisition produced by MBNF non-debtor entities. | 0.70 | 416.50 |
| 04/27/20 | REB | Review follow up documents produced by the MBNF entities. | 1.40 | 833.00 |
|  |  | **TASK TOTAL 110** | **20.90** | **12,435.50** |

**121 - LITIGATION CONSULTING**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 04/20/20 | CJF | Review e-mails from W. Pollak regarding production of documents and attend to downloading same. | 0.20 | 115.00 |
|  |  | Exchange e-mails with UnitedLex regarding production of documents and uploading to Relativity of same. | 0.20 | 115.00 |
| 04/21/20 | CJF | Prepare e-mail to W. Pollak regarding follow up concerning status of document production. | 0.20 | 115.00 |
|  |  | Analyze issues regarding deficiencies with document production and follow-up strategy concerning same. | 0.20 | 115.00 |
| 04/22/20 | CJF | Review e-mails and letter from W. Pollak regarding production in response to April 16, 2020 follow-up requests. | 0.20 | 115.00 |
|  |  | Exchange e-mails with UnitedLex regarding loading production into Relativity. | 0.10 | 57.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1775179 |
| Date | 05/15/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/23/20 | CJF | Review e-mail from and prepare e-mail to W. Pollak regarding status of document production and analyze issues regarding same. | 0.20 | 115.00 |
| | | **TASK TOTAL 121** | **1.30** | **747.50** |
| | | **TOTAL FEES** | **100.80** | **$71,813.00** |
| | | **TOTAL FEES at Blended Rate of $625** | **100.80** | **$63,000.00** |

## TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 70.50 | 52,875.00 |
| 102 | Asset Disposition | 1.80 | 1,350.00 |
| 103 | Business Operations | 0.80 | 600.00 |
| 104 | Case Administration | 1.00 | 670.00 |
| 105 | Claims Administration and Objections | 3.90 | 2,805.00 |
| 107 | Fee/Employment Applications | 0.30 | 165.00 |
| 108 | Fee/Employment Objections | 0.30 | 165.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 20.90 | 12,435.50 |
| 121 | Litigation Consulting | 1.30 | 747.50 |
| | **TOTAL FEES** | **100.80** | **$71,813.00** |
| | **TOTAL FEES at Blended Rate of $625** | **100.80** | **$63,000.00** |

## FEE RECAP

| | | | | |
|---|---|---|---|---|
| BM | Boris Mankovetskiy | 15.10 | $750 | 11,325.00 |
| BSC | Brian S. Coven | 61.90 | $750 | 46,425.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | | |
|---|---|---|---|---|---|
| | | | Page | | 8 |
| | | | Inv# | | 1775179 |
| | | | Date | | 05/15/20 |
| | | | 08650118.000001 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| CJF | Charles J. Falletta | 1.30 | $575 | | 747.50 |
| REB | Rachel E. Brennan | 20.90 | $595 | | 12,435.50 |
| GAK | Gregory A. Kopacz | 1.60 | $550 | | 880.00 |
| | **TOTAL FEES** | **100.80** | | | **$71,813.00** |
| | **TOTAL FEES at Blended Rate of $625** | **100.80** | | | **$63,000.00** |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---|
| 04/19/20 | CJF | Litigation Support Vendors (UnitedLex) | 776.36 |
| | | **TOTAL DISBURSEMENTS** | **$776.36** |

**DISBURSEMENT RECAP**

| | |
|---|---|
| Litigation Support Vendors | 776.36 |
| **TOTAL DISBURSEMENTS** | **$776.36** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$63,776.36*** |
| Less 3/26/20 overpayment on interim fees | *(293.66)* |
| **TOTAL NOW DUE** | **$63,482.70** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$71,813.00**) and fees at *Blended Rate* of $625 (**$63,000.00**) apply.