**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) Re: Docket No. 1471 |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER (I) ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM, INCLUDING SECTION 503(b)(9) CLAIMS, AND (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On March 13, 2020, the *Motion of the Debtors for an Order (I) Establishing Deadlines for Filing Proofs of Claim, Including Section 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof* [D.I. 1471] (the "**Motion**")[2] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 1471], objections to the Motion were to be filed by March 23, 2020 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Official Committee of Unsecured Creditors (the "**Committee**") and Ace American Insurance Company, Federal Insurance Company and/or

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

certain of their affiliates (together, "**Chubb**") requested that certain changes be made to the original proposed order accompanying the Motion (the "**Proposed Order**"). No other objections or responses were served upon the undersigned or entered on the Court's docket.

4. In addition to the informal responses received from the Committee and Chubb, the Debtors determined that certain additional changes were required to be made to the Proposed Order in order to incorporate into the bar date mailing a user-friendly letter to former patients, in lieu of the lengthier Bar Date Notice, that clearly and succinctly sets forth the General Bar Date and contact information for claim-related inquiries, which the Debtors believe will reduce confusion and concern among former patients receiving the notice.

5. The Debtors also modified the proposed General Bar Date in the Proposed Order to August 5, 2020 (as opposed to May 26, 2020). This extension of the General Bar Date was needed since the originally proposed timeline in the Motion would have required parties in interest to submit proofs of claim at the height of the COVID-19 pandemic. Given the potential difficulties that COVID-related restrictions imposed on parties in interest, particularly in terms of sending and receiving mail, the Debtors, in consultation with the Committee, determined that a delay in the establishment of the proposed bar dates was appropriate and in the best interests of creditors. Now that COVID-related restrictions are being lifted in the region, albeit in a gradual fashion, the Debtors believe it is appropriate to move forward in seeking the entry of the revised proposed order approving the Motion (the "**Revised Order**").

6. Attached hereto as **Exhibit "A"** is the Revised Order, which incorporates the changes requested by the Committee and Chubb and reflects the above-described changes made by the Debtors. Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Proposed Order.

7. The Debtors have confirmed that the Revised Order is acceptable to the Office of the United States Trustee, the Committee and Chubb.

8. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: June 11, 2020          **SAUL EWING ARNSTEIN & LEHR LLP**

By: _/s/ Monique B. DiSabatino_
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*