**EXHIBIT 4**

**Patient Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
|  | ) |
| Debtors. | ) |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM,**
**INCLUDING SECTION 503(b)(9) CLAIMS**

**To Patients of Hahnemann University Hospital, St. Christopher's Hospital for Children and/or their Affiliated Practice Groups:**

As you may be aware, Center City Healthcare, LLC d/b/a Hahnemann University Hospital, St. Christopher's Healthcare LLC d/b/a St. Christopher's Hospital for Children and certain of their affiliates (together, the "**Debtors**") filed for chapter 11 protection on June 30, 2019 and July 1, 2019.

You are receiving this notice because our records indicate that you received treatment at Hahnemann University Hospital, St. Christopher's Hospital for Children and/or their affiliated physician practices between the period January 11, 2018 through June 30, 2019.

Receipt of this notice does not mean that you have a claim against the Debtors. However, if you believe you have a claim against any of the Debtors that arose prior to June 30, 2019, a Proof of Claim Form is included with this notice. All Proofs of Claim must be filed so as to be received on or before **August 5, 2020 at 5:00 p.m. (ET)** at the following address:

Center City Healthcare, LLC, et. al. Claims Processing
c/o Omni Management Group
5955 DeSoto Ave., Suite 100
Woodland Hills, CA 91367

Proofs of claim can also be submitted electronically through Omni's website at the following web address, www.omniagentsolutions.com/PAHSPOCSubmission, and by clicking on "Submit a Proof of Claim."

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**If you have a claim against the Debtors but fail to file a Proof of Claim before August 5, 2020, you will lose your right to assert such claim against the Debtors in the future and will not receive any distribution with respect to such claim.** Filing a claim does not necessarily entitle you to payment.

**ALL QUESTIONS AND INQUIRIES CONCERNING THIS NOTICE SHOULD BE DIRECTED TO THE DEBTORS' CLAIMS AGENT, OMNI AGENT SOLUTIONS, AT (866) 662-2281 OR PAHS@OMNIAGNT.COM.**

Very truly yours,


SAUL EWING ARNSTEIN & LEHR LLP
COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION

36555517.8 06/11/2020