# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: June 22, 2020 at 4:00 p.m. (ET)** |
| | ) |

## REPORT BY EISNERAMPER LLP OF
## COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
## PERIOD OF MAY 1, 2020 THROUGH MAY 31, 2020

| | |
|---|---|
| Exhibit A: | STC OpCo, LLC - Transition Services Summary of Hours by Professionals Transition Services Itemized Expenses |
| Exhibit B: | CRO Summary of Hours by Professional |
| Exhibit C: | Non-Transition Services Summary of Compensation by Project Category Summary of Hours by Professionals Summary Description of Services Provided |

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Eleventh Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period May 1, 2020 through May 31, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $443,728.48. EisnerAmper incurred $33,204.99 in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

**Fees and Expense Schedule (5/1/2020-5/31/2020)**

| Services | Fees | Expenses | Total |
|---|---|---|---|
| STC Opco, LLC- Transition Services | $ 276,800.00 | $ 39,204.99 | $ 316,004.99 |
| CRO Services | 121,000.00 | - | 121,000.00 |
| Non- Transition Services | 45,928.48 | - | 45,928.48 |
| **Total** | **$ 443,728.48** | **$ 39,204.99** | **$ 482,933.47** |

# EXHIBIT A

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

37077434.1

| Philadelphia Academic Health System, LLC | INVOICE | |
|---|---|---|

| | Invoice # | Date |
|---|---|---|
| | TSA - 005 | 6/10/2020 |

**Bill to:**
STC OpCo, LLC

| Description | | Amount |
|---|---|---|
| Monthly EisnerAmper Transition Services - May 2020 (05/1/2020 - 05/31/2020) | $ | 276,800.00 |
| EisnerAmper Administration and Technology Fee - May 2020 | | 11,072.00 |
| EisnerAmper Direct Expenses - May 2020 | | 28,132.99 |
| | $ | **316,004.99** |

*Thank you for your payment!*

Please Remit Funding to:

Payee:  Philadelphia Academic Health System, LLC
Bank:  Wells Fargo Bank, NA
ABA Routing #: 121000248
Bank Account #: 4127916021

Exhibit A

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**May 1, 2020 through May 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEES** |
|---|---|---|---|---|
| Ronald Dreskin, CPA | Partner | 184.0 | $ 650.00 | $ 119,600.00 |
| Dion Oglesby | Director | 286.0 | 540.00 | 154,440.00 |
| Solomon Torres | Manager | 202.5 | 320.00 | 64,800.00 |
| **TOTAL HOURS AND FEES** | | | | **338,840.00** |
| **LESS:  VOLUNTARY REDUCTION RELATING TO MIDMONTH CAP** | | | | **(62,040.00)** |
| **GRAND TOTAL** | | **672.5** | **$  411.60** | **$276,800.00** |

\* Rates change annually effective August 1st.
\*\*Fee amount is included in the bill to STC Opco, LLC

Exhibit A

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 05/22/2020 | Oglesby, Dion | Airline,RR,etc | $      95.00 | Train ticket from client |
| 05/28/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | AirTrain ticket to client location |
| 05/28/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train ticket from client to NYC |
| 05/31/2020 | Oglesby, Dion | Airline,RR,etc | 1,620.00 | Monthly train ticket for client |
| | | **Airline,RR,etc Total** | **1,905.00** | |
| 05/18/2020 | Dreskin, Ronald | Hotel | 14,700.00 | Hotel |
| 05/31/2020 | Torres, Solomon | Hotel | 5,360.00 | Rent |
| | | **Hotel Total** | **20,060.00** | |
| 05/04/2020 | Oglesby, Dion | Local Fares | 22.73 | Lyft from client location in Philadelphia |
| 05/04/2020 | Oglesby, Dion | Local Fares | 21.81 | Lyft to client location in Philadelphia |
| 05/05/2020 | Oglesby, Dion | Local Fares | 22.79 | Lyft from client location in Philadelphia |
| 05/05/2020 | Oglesby, Dion | Local Fares | 22.20 | Lyft to client location in Philadelphia |
| 05/05/2020 | Torres, Solomon | Local Fares | 38.46 | Taxis |
| 05/06/2020 | Oglesby, Dion | Local Fares | 19.97 | Lyft from client location in Philadelphia |
| 05/06/2020 | Oglesby, Dion | Local Fares | 22.08 | Lyft to client location in Philadelphia |
| 05/06/2020 | Torres, Solomon | Local Fares | 39.89 | Taxis |
| 05/07/2020 | Oglesby, Dion | Local Fares | 17.95 | Lyft from client location in Philadelphia |
| 05/07/2020 | Oglesby, Dion | Local Fares | 24.07 | Lyft to client location in Philadelphia |
| 05/07/2020 | Torres, Solomon | Local Fares | 42.12 | Taxis |
| 05/08/2020 | Oglesby, Dion | Local Fares | 24.87 | Lyft from client location in Philadelphia |
| 05/08/2020 | Oglesby, Dion | Local Fares | 21.55 | Lyft to client location in Philadelphia |
| 05/08/2020 | Torres, Solomon | Local Fares | 42.05 | Taxis |
| 05/11/2020 | Oglesby, Dion | Local Fares | 21.02 | Lyft from client location in Philadelphia |
| 05/11/2020 | Oglesby, Dion | Local Fares | 21.56 | Lyft to client location in Philadelphia |
| 05/12/2020 | Oglesby, Dion | Local Fares | 22.41 | Lyft from client location in Philadelphia |
| 05/12/2020 | Oglesby, Dion | Local Fares | 20.87 | Lyft to client location in Philadelphia |
| 05/13/2020 | Oglesby, Dion | Local Fares | 22.19 | Lyft from client location in Philadelphia |
| 05/13/2020 | Oglesby, Dion | Local Fares | 22.29 | Lyft to client location in Philadelphia |
| 05/13/2020 | Torres, Solomon | Local Fares | 16.27 | Taxis |
| 05/14/2020 | Oglesby, Dion | Local Fares | 23.98 | Lyft from client location in Philadelphia |
| 05/14/2020 | Oglesby, Dion | Local Fares | 22.26 | Lyft to client location in Philadelphia |
| 05/18/2020 | Oglesby, Dion | Local Fares | 23.93 | Lyft to client location in Philadelphia |
| 05/18/2020 | Oglesby, Dion | Local Fares | 21.26 | Lyft from client location in Philadelphia |
| 05/19/2020 | Oglesby, Dion | Local Fares | 22.17 | Lyft to client location in Philadelphia |
| 05/20/2020 | Oglesby, Dion | Local Fares | 22.22 | Lyft to client location in Philadelphia |
| 05/20/2020 | Oglesby, Dion | Local Fares | 20.32 | Lyft from client location in Philadelphia |
| 05/21/2020 | Oglesby, Dion | Local Fares | 22.27 | Lyft to client location in Philadelphia |
| 05/21/2020 | Oglesby, Dion | Local Fares | 23.69 | Lyft from client location in Philadelphia |
| 05/26/2020 | Oglesby, Dion | Local Fares | 20.76 | Lyft to client location in Philadelphia |
| 05/26/2020 | Oglesby, Dion | Local Fares | 22.62 | Lyft from client location in Philadelphia |
| 05/27/2020 | Oglesby, Dion | Local Fares | 20.99 | Lyft to client location in Philadelphia |
| 05/27/2020 | Oglesby, Dion | Local Fares | 22.48 | Lyft from client location in Philadelphia |
| 05/27/2020 | Torres, Solomon | Local Fares | 41.12 | Taxis |
| 05/28/2020 | Oglesby, Dion | Local Fares | 22.05 | Lyft to client location in Philadelphia |
| 05/28/2020 | Oglesby, Dion | Local Fares | 20.42 | Lyft from client location in Philadelphia |
| 05/28/2020 | Torres, Solomon | Local Fares | 40.93 | Taxis |
| | | **Local Fares Total** | **942.62** | |
| 05/01/2020 | Dreskin, Ronald | Meals | 94.70 | Meals groceries |
| 05/03/2020 | Dreskin, Ronald | Meals | 66.14 | Meals groceries |
| 05/04/2020 | Oglesby, Dion | Meals | 6.22 | Breakfast in client cafeteria in |
| 05/04/2020 | Oglesby, Dion | Meals | 7.86 | Lunch in client cafeteria in Philadelphia |
| 05/04/2020 | Torres, Solomon | Meals | 94.62 | Meals |
| 05/04/2020 | Torres, Solomon | Meals | 63.79 | Meals |
| 05/05/2020 | Oglesby, Dion | Meals | 5.68 | Breakfast in client cafeteria in |
| 05/05/2020 | Oglesby, Dion | Meals | 5.39 | Lunch in client cafeteria in Philadelphia |
| 05/05/2020 | Dreskin, Ronald | Meals | 62.52 | Meals groceries |

Exhibit A

| Date | Professional | Expense | Amount | Narrative |
|------|-------------|---------|--------|-----------|
| 05/05/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 05/06/2020 | Oglesby, Dion | Meals | 6.75 | Breakfast in client cafeteria in |
| 05/06/2020 | Oglesby, Dion | Meals | 5.39 | Lunch in client cafeteria in Philadelphia |
| 05/06/2020 | Dreskin, Ronald | Meals | 5.27 | Meals lunch |
| 05/06/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 05/07/2020 | Oglesby, Dion | Meals | 4.29 | Breakfast in client cafeteria in |
| 05/07/2020 | Oglesby, Dion | Meals | 5.57 | Lunch in client cafeteria in Philadelphia |
| 05/07/2020 | Dreskin, Ronald | Meals | 87.70 | Meals dinner |
| 05/07/2020 | Torres, Solomon | Meals | 27.78 | Meals |
| 05/08/2020 | Oglesby, Dion | Meals | 6.22 | Breakfast in client cafeteria in |
| 05/08/2020 | Dreskin, Ronald | Meals | 96.41 | Meals groceries |
| 05/08/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 05/10/2020 | Dreskin, Ronald | Meals | 105.43 | Meals groceries |
| 05/10/2020 | Dreskin, Ronald | Meals | 5.92 | Meals lunch |
| 05/10/2020 | Dreskin, Ronald | Meals | 48.87 | Meals lunch |
| 05/11/2020 | Oglesby, Dion | Meals | 6.22 | Breakfast in client cafeteria in |
| 05/11/2020 | Oglesby, Dion | Meals | 7.86 | Lunch in client cafeteria in Philadelphia |
| 05/11/2020 | Dreskin, Ronald | Meals | 22.74 | Meals dinner |
| 05/11/2020 | Torres, Solomon | Meals | 73.03 | Meals |
| 05/12/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in |
| 05/12/2020 | Oglesby, Dion | Meals | 7.86 | Lunch in client cafeteria in Philadelphia |
| 05/12/2020 | Dreskin, Ronald | Meals | 63.49 | Meals groceries |
| 05/12/2020 | Torres, Solomon | Meals | 29.87 | Meals |
| 05/13/2020 | Oglesby, Dion | Meals | 6.98 | Breakfast in client cafeteria in |
| 05/13/2020 | Oglesby, Dion | Meals | 6.35 | Lunch in client cafeteria in Philadelphia |
| 05/13/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 05/14/2020 | Oglesby, Dion | Meals | 6.22 | Breakfast in client cafeteria in |
| 05/14/2020 | Torres, Solomon | Meals | 88.04 | Meals |
| 05/15/2020 | Dreskin, Ronald | Meals | 113.30 | Meals groceries |
| 05/15/2020 | Torres, Solomon | Meals | 86.14 | Meals |
| 05/17/2020 | Dreskin, Ronald | Meals | 111.36 | Meals groceries |
| 05/18/2020 | Oglesby, Dion | Meals | 6.22 | Breakfast in client cafeteria in |
| 05/18/2020 | Oglesby, Dion | Meals | 7.86 | Lunch in client cafeteria in Philadelphia |
| 05/18/2020 | Torres, Solomon | Meals | 61.74 | Meals |
| 05/19/2020 | Oglesby, Dion | Meals | 6.75 | Breakfast in client cafeteria in |
| 05/19/2020 | Oglesby, Dion | Meals | 4.31 | Lunch in client cafeteria in Philadelphia |
| 05/19/2020 | Torres, Solomon | Meals | 30.85 | Meals |
| 05/20/2020 | Oglesby, Dion | Meals | 6.75 | Breakfast in client cafeteria in |
| 05/20/2020 | Oglesby, Dion | Meals | 7.96 | Lunch in client cafeteria in Philadelphia |
| 05/20/2020 | Torres, Solomon | Meals | 87.65 | Meals |
| 05/21/2020 | Oglesby, Dion | Meals | 10.29 | Lunch in client cafeteria in Philadelphia |
| 05/21/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in |
| 05/21/2020 | Torres, Solomon | Meals | 58.94 | Meals |
| 05/22/2020 | Dreskin, Ronald | Meals | 24.59 | Meals lunch |
| 05/22/2020 | Torres, Solomon | Meals | 142.21 | Meals |
| 05/24/2020 | Dreskin, Ronald | Meals | 13.43 | Meals lunch |
| 05/25/2020 | Dreskin, Ronald | Meals | 13.38 | Meals lunch |
| 05/26/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in |
| 05/26/2020 | Torres, Solomon | Meals | 38.59 | Meals |
| 05/27/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in |
| 05/27/2020 | Oglesby, Dion | Meals | 13.66 | Lunch in client cafeteria in Philadelphia |
| 05/27/2020 | Torres, Solomon | Meals | 55.52 | Meals |
| 05/28/2020 | Oglesby, Dion | Meals | 8.69 | Breakfast in client cafeteria in |
| 05/28/2020 | Torres, Solomon | Meals | 36.91 | Meals |
| 05/29/2020 | Torres, Solomon | Meals | 70.08 | Meals |
| | | **Meals Total** | **2,204.05** | |
| | | | | |
| 05/01/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/02/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/03/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/04/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |

Exhibit A

| Date | Professional | Expense | Amount | Narrative |
|------|-------------|---------|--------|-----------|
| 05/04/2020 | Torres, Solomon | Mileage | 80.04 | Mileage- 138 miles |
| 05/05/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/06/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/07/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/08/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/08/2020 | Torres, Solomon | Mileage | 74.24 | Mileage- 128 miles |
| 05/09/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/10/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/11/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/11/2020 | Torres, Solomon | Mileage | 80.04 | Mileage- 138 miles |
| 05/12/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/12/2020 | Torres, Solomon | Mileage | 11.60 | Mileage- 20 miles |
| 05/13/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/14/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/14/2020 | Torres, Solomon | Mileage | 11.60 | Mileage- 20 miles |
| 05/15/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/15/2020 | Torres, Solomon | Mileage | 85.84 | Mileage- 148 miles |
| 05/16/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/17/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/18/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/18/2020 | Torres, Solomon | Mileage | 80.04 | Mileage- 138 miles |
| 05/19/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/19/2020 | Torres, Solomon | Mileage | 11.60 | Mileage- 20 miles |
| 05/20/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/20/2020 | Torres, Solomon | Mileage | 11.60 | Mileage- 20 miles |
| 05/21/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/21/2020 | Torres, Solomon | Mileage | 11.60 | Mileage- 20 miles |
| 05/22/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/22/2020 | Torres, Solomon | Mileage | 11.60 | Mileage- 20 miles |
| 05/23/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/23/2020 | Torres, Solomon | Mileage | 85.84 | Mileage- 148 miles |
| 05/24/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/25/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/26/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/26/2020 | Torres, Solomon | Mileage | 80.04 | Mileage- 138 miles |
| 05/27/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/29/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| 05/29/2020 | Torres, Solomon | Mileage | 85.84 | Mileage- 148 miles |
| 05/30/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Christopher |
| | | **Mileage Total** | **990.64** | |
| 05/01/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 05/01/2020 | Torres, Solomon | Parking/Tolls | 315.00 | May Parking |
| 05/04/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 05/06/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 05/08/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 05/08/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 05/11/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 05/12/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 05/14/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 05/15/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 05/16/2020 | Torres, Solomon | Parking/Tolls | 123.68 | Telephone |
| 05/18/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 05/20/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 05/22/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 05/23/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 05/26/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 05/29/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 05/29/2020 | Dreskin, Ronald | Parking/Tolls | 17.00 | Parking/Tolls parking |
| 05/29/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |

| Date | Professional | Expense | Amount | Narrative |
|------|--------------|---------|--------|-----------|
| 05/30/2020 | Torres, Solomon | Parking/Tolls | 315.00 | June Parking |
| | | **Parking/Tolls Total** | **1,338.28** | |
| 05/02/2020 | Dreskin, Ronald | Supplies | 175.06 | Supplies |
| 05/20/2020 | Dreskin, Ronald | Supplies | 42.58 | Supplies |
| 05/22/2020 | Dreskin, Ronald | Supplies | 136.59 | Supplies |
| 05/26/2020 | Dreskin, Ronald | Supplies | 118.95 | Supplies |
| 05/29/2020 | Dreskin, Ronald | Supplies | 219.22 | Supplies |
| | | **Supplies Total** | **692.40** | |
| | | **Total Expenses** | **$ 28,132.99** | |

| | |
|---|---|
| **Airline,RR,etc Total** | **1,905.00** |
| **Hotel Total** | **20,060.00** |
| **Local Fares Total** | **942.62** |
| **Meals Total** | **2,204.05** |
| **Mileage Total** | **990.64** |
| **Parking/Tolls Total** | **1,338.28** |
| **Supplies Total** | **692.40** |
| **Total Expenses** | **28,132.99** |
| **Plus: Admin Fee** | **11,072.00** |
| **Grand Total** | **$ 39,204.99** |

## EXHIBIT B

**CRO Summary of Hours by Professional**

Exhibit B

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**May 1, 2020 through May 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 158.0 | $           640.00 |
| **GRAND TOTAL** | | **158.0** | |

\* Rates change annually effective August 1st.

# **EXHIBIT C**

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

37077434.1

Exhibit C

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**May 1, 2020 through May 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 0.5 | $ 540.00 | $ 270.00 |
| Steven Bisciello | Director | 2.5 | 540.00 | 1,350.00 |
| Hristos Georgiou | Manager | 12.0 | 400.00 | 4,800.00 |
| Andrew Still, CPA, CFE | Manager | 126.5 | 320.00 | 40,480.00 |
| Henry Vargas, CPA | Staff II | 26.7 | 255.00 | 6,808.50 |
| DelMarie Velazquez | Paraprofessional | 2.5 | 130.00 | 325.00 |
| **TOTAL HOURS AND FEES** | | | | **54,033.50** |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | **(8,105.03)** |
| **GRAND TOTAL** | | **170.7** | **$ 269.06** | **$45,928.48** |

* Rates change annually effective August 1st.

Exhibit C

| Work Code | Sum of Hours | Sum of Fees |
|---|---|---|
| **Business Analysis** | **168.2** | **$ 53,708.50** |
| Andrew Still | 126.5 | 40,480.00 |
| Henry Vargas | 26.7 | 6,808.50 |
| Hristos Georgiou | 12 | 4,800.00 |
| Steven Bisciello | 2.5 | 1,350.00 |
| William Pederson | 0.5 | 270.00 |
| **Fee/Employment** | **2.5** | **325.00** |
| DelMarie Velazquez | 2.5 | 325.00 |
| **Grand Total** | **170.7** | **$ 54,033.50** |