# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | |

### NOTICE OF PUBLICATION OF THE WALL STREET JOURNAL OF NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM, INCLUDING SECTION 503(B)(9) CLAIMS

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# AFFIDAVIT

**STATE OF NEW JERSEY** )
) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Andrew Introne, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): JUN- 19-2020;

ADVERTISER: CENTER CITY HEALTHCARE, LLC;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to
before me this
19 day of June
2020

_____
Notary Public



IAN C MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES
7/18/2023
STATE OF NEW JERSEY

## INDEX TO BUSINESSES

These indexes cite notable references to most parent companies and businesspeople in today's edition. Articles on regional page inserts aren't cited in these indexes.

**A**
Ability Engineering Technology................B1
Albertsons.....................B3
Alphabet........................B4
Amazon.com.............B2,B4
AMC Entertainment...B5
Ant Financial Services Group...........................B12
Apollo Global Management..............B10
Athene Holding..........B10
AT&T........................B4,B5

**B**
Best Buy.........................B1
Biogen..........................B12
Bob's Irresistible Auto Sales............................A8

**C**
Campaign Zero..............A6
Carnival..........................B3
Cerberus Capital Management.................B3
Charles Schwab..........B12
Cinemark Holdings......B5
Cineworld Group.........B5
Coca-Cola......................B4
Couche-Tard.................B1

**D**
Dentsu Group...............B1
Deutsche Bank...........B12
Discover Financial Services........................B1

**E**
Eddie's Collectables... A8

**E\***
E*Trade Financial......B12

**F**
Facebook..........A1,A2,B3,B4
Fidelity Investments..A2
Fifth Third Bancorp..B10
Fillakit...........................A7
French Gerleman Electric........................B6

**G**
General Electric...........A8
General Motors.........B2

**H**
Hammermill Paper.....A8
Hertz Global................B6
Home Depot................B5

**I**
Intel..............................B4
Interpublic Group......B4
Invesco.......................B10

**J**
Johnson & Johnson....B4
JPMorgan Chase........B1

**K**
KAR Auction Services A3
Kroger..................B2,B11

**M**
Marathon Petroleum..B1
McCormick....................B1
McDonald's....................B3
M&P Foreign Cars......B6

**N**
Nike...............................B4
Nixon Peabody...........B1

Norwegian Cruise Line Holdings.....................B3

**P**
Paladina Health.........B6
Prudential...................B10

**R**
Red Robin Gourmet Burgers........................B2
Robinhood Financial..B12
Royal Caribbean Cruises ........................B3

**S**
Santander Consumer USA............................B3
Simon Property Group B2
SoftBank Group........A11
Soupergirl..................A7
Spotify Technology ................A2,B1,B4,B11
Square.......................B12

**T**
Target...........................B1
Taubman Centers.......B2
TD Ameritrade..........B12
T-Mobile US................B4
Twitter..........................B1

**U**
Unilever.......................B1
U.S. Bancorp..............B2

**W - Y**
Walt Disney................B5
Wells Fargo..................B1
Wirecard..............A1,B12
YRC Worldwide..........B5

## INDEX TO PEOPLE

**A**
Aron, Adam..................B5

**B**
Bangsund, Candice...B11
Bezos, Jeff..................B2
Botsoe, Eugene...........B1
Braun, Markus...........A11
Buchanan, Keith........B11

**C**
Chaplin, Jonathan......B4

**E**
Erlinger, Joe................B3

**F**
Flatley, Morgan..........B3

**F**
Fox, Julie....................B11

**G**
Green Aaron, Jameeka ....................................B2

**H**
Harris, Elijah..............B4
Hennigan, Michael.....B1
Hyman, Simeon.........B11

**L**
Lowcock, Joshua........B4

**M**
Marsalek, Jan...........A11
McMullen, Rodney.....B2
Miller, Jonathan........A5

**P**
Polon, Sarah................B1

**R**
Romansky, Lauren......B1

**S**
Sandberg, Sheryl........B4
Sankaran, Vivek..........B3

**T**
Taylor, Johnny.............B2

**W**
Whiteman, Eddie........A1

**Z**
Zuckerberg, Mark.......B4

# BUSINESS & FINANCE

# Stocking Up Lifts Kroger Results

By Jaewon Kang



The company said its sales rose 30% in March and increased more than 20% in April and May.
ERNEST COLEMAN/ZUMA PRESS

Kroger Co. said shoppers are stockpiling less than when the coronavirus pandemic arrived in the U.S., but that sales remain elevated as people cook more at home.

The biggest U.S. supermarket operator said Thursday that it expects sales to taper and consumer demand to moderate as restrictions ease across the country in coming months. People are also starting to make impulse purchases again, said Chief Executive Rodney McMullen.

"People are starting to move up in terms of quality level in what they buy," Mr. McMullen said in an interview. He said sales at supermarket delis and bakeries are improving as some consumers return to work and start packing lunches.

Kroger said its sales rose 30% in March and increased more than 20% in April and May. Consumers especially bought paper, cleaning and shelf-stable products during the initial phase of the pandemic.

They are now buying more produce, protein and store-branded products as they continue to eat meals at home, Kroger said.

The Cincinnati-based grocer's sales at stores open at least 15 months, excluding fuel, rose 19% for the quarter ended May 23, compared with a year earlier. Kroger's profit increased 57% to $1.21 billion, beating expectations of $876 million.

Despite higher sales, Cincinnati-based Kroger didn't reaffirm its guidance for the year, saying the pandemic has raised many unknowns, such as how consumer behavior would change and how much it would need to invest in its business.

Shares were off 3% at $31.81 on Thursday.

Mr. McMullen said Kroger is heightening efforts to promote diversity, with listening sessions among employees. The chain is looking at ways to carry more products made by black founders and businesses, he said.

Kroger and other grocery chains are generating higher sales as a result of a rise in demand for staples such as meat, pasta and other packaged goods.

Americans continue to cook more because of stay-at-home orders and restaurants that remain closed.

Shoppers are also ordering more groceries online, as they avoid going to stores and make bigger purchases. Kroger's digital sales rose 92%.

Stronger consumer demand has resulted in empty shelves, purchase limits and fewer promotions, forcing grocers to modify their operations.

They have simplified their business to focus on their bestsellers, leaning on restaurant distributors to keep these items in stock. As stockpiling cooled, food supply has improved, industry executives said.

Kroger and other food retailers are juggling new expenses related to the virus that include higher wages and cleaning fees. They have also adjusted operating hours, secured protective gear for employees and installed plexiglass in their stores. Delivery, which is becoming a more popular mode of grocery shopping, is also less profitable than in-store shopping.

Kroger said it has spent more than $830 million on additional pay and health services for its employees, including free testing for Covid-19, the disease caused by the new coronavirus. It has also hired more than 100,000 additional workers.

As a category, grocers have recorded healthy sales in their latest quarters. Walmart Inc.'s same-store sales increased 10%. Koninklijke Ahold Delhaize NV, which owns the Stop & Shop and Giant grocery chains, said its U.S. business reported a 14% increase in same-store sales.

Overall, Kroger's total sales rose 14% to $42 billion, from $37 billion a year earlier.

After adjustments, Kroger reported a profit of $1.22 a share. Kroger said it contributed $236 million to multiemployer pension plans for employees.

---

## Taubman Fights Effort by Simon To Scrap Landlords' Merger Deal

By Esther Fung

Mall owner **Taubman Centers** Inc. is fighting back to retain the $3.6 billion deal it had with **Simon Property Group**, arguing that the coronavirus pandemic doesn't allow buyers to walk away because they "no longer like the deal they made."

"This is a classic case of buyer's remorse," Taubman said in a court filing Wednesday, in response to Simon's lawsuit to break the deal.

Taubman has asked for an expedited hearing to prevent Simon's attempt to "run out the clock" on the transaction, which would cause "irreparable harm" to its shareholders.

A Simon spokesman said the pandemic has disproportionately affected Taubman compared with others in the retail real-estate industry and that the agreement gives it the right to terminate the deal.

"Nowhere in its extensive legal filing does Taubman seriously contest that it was not disproportionately impacted," said the Simon spokesman, adding that Simon Property looks forward to proving its case in court. The agreement was signed on Feb. 9, when Simon knew "full well that there was a pandemic raging in the world," Taubman said.

Taubman added that it isn't disproportionately affected by the pandemic and that Simon has mischaracterized its right to end the agreement.

Simon told its shareholders that it is unable to predict the pandemic's impact on its own financial results, let alone claim that the pandemic's impact on Taubman's earnings potential is amplified, Taubman said.

Taubman also disputed Simon's claims that it had violated the proposed transaction by failing to take timely action to lay off staff or cut executive compensation to reduce expenses. Taubman said it has honored the deal's covenants by sticking to its "ordinary course" of business.

Simon last week said it is terminating the deal, in what is yet another sign of the severe pressure the retail sector and mall industry are grappling with during the pandemic.

Simon cited the pandemic's impact on Taubman for its decision. Customers at Taubman's City Creek Center mall in Salt Lake City.
RICK BOWMER/ASSOCIATED PRESS

---

## More Firms Celebrate Juneteenth

Continued from page B1

"If that [MLK Day] only has a 40% uptake, I can't imagine this is going to be significantly larger going forward," said Johnny C. Taylor Jr., CEO of the Society for Human Resource Management, about Juneteenth. "You may see a one-year spike."

Providing employees a paid holiday can generate goodwill but can carry some financial cost. Ms. Romansky said some are opting to award employees an additional floating holiday—days that are separate from vacation time and are used to observe a holiday for which the company doesn't close—rather than observing Juneteenth specifically.

Juneteenth's roots date to 1865 after the end of the Civil War, but observation of the holiday gained popularity outside Texas during the Great Migration in the late 19th and early 20th centuries. The day took on greater significance in the 1960s and later years through the Civil Rights and Black Power movements.

Growing up in Dallas, Valecia Battle looked forward to her family's annual Juneteenth gatherings, which often included a barbecue, a softball tournament and the celebration of her older sister's birthday. During college, she says, the day evolved into an opportunity for personal reflection.

Ms. Battle, now a third-year associate at law firm Boies Schiller Flexner LLP in New York, usually returns to Texas to celebrate with family. This year, she sent an email to her managing partner suggesting Juneteenth become a firmwide holiday, but discovered the firm was already discussing the move—and ultimately made it a holiday—after recent social actions nationwide.

"It felt great for my firm to acknowledge something we'd already been celebrating for years, for decades," she said.

Other employers are marking Juneteenth. **U.S. Bancorp** will close its offices and branches at 1 p.m. In an email to staff, **Amazon.com** Inc. Chief Executive Jeff Bezos wrote that he would be canceling meetings Friday and urged others to do the same. **General Motors** Co. will stop its North American production lines and observe eight minutes and 46 seconds of silence on each shift, representing the length of time that Mr. Floyd lay prone with his neck under the knee of a Minneapolis police officer.

Some people say granting a holiday is little more than a gesture. "Not that I don't believe that it should be, but I think these companies need to do more," said Jameeka Green Aaron, chief information officer of West Coast operations for United Legwear & Apparel Co., citing high-level job opportunities. The company is recognizing Juneteenth as a holiday.

Carlos Moore, managing partner at a branch of the Cochran Firm in Grenada, Miss., said that while he typically sends a company email or posts on social media his recognition of Juneteenth, it has been a normal workday. After a friend in New York told him her firm would close on the holiday, he reconsidered.

Mr. Moore then decided to make Juneteenth a permanent paid holiday at his law firm. All of his roughly dozen employees have also volunteered to participate in a community event, he said. "If I'm going to be at a minority-led firm, and I'm the managing partner, I can close my office."

---

ADVERTISEMENT

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

## BANKRUPTCIES

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

In re:                        Chapter 7
Q'MAX AMERICA, INC.,     Case No.
et al.¹                   20-60030-CML
         Debtors.        (Jointly Administered)

NOTICE OF PROPOSED SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

PLEASE TAKE NOTICE that, on May 24, each of the Debtors filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code and commenced the Chapter 7 Cases.

PLEASE TAKE FURTHER NOTICE that, on June 4, 2020 Christopher R. Murray, the Chapter 7 Trustee ("Trustee") filed a motion ("Motion")² with the United States Bankruptcy Court for the Southern District of Texas, Victoria Division ("Bankruptcy Court") seeking, among other things, entry of the Bid Procedures Order: (i) approving bid procedures for the sale of the Debtors' assets, (ii) approving entry into the Stalking Horse Asset Purchase Agreement and bid protections, (iii) scheduling an auction for, and a hearing to approve, the sale of the Debtors' assets, (iv) approving the form and manner of the notice of the sale, auction and the sale hearing, (v) approving certain procedures related to the assumption and assignment of certain executory contracts and unexpired leases in connection with the sale, and (vi) granting related relief and the Sale Order: (i) approving the Stalking Horse Asset Purchase Agreement or such other asset purchase agreement(s) submitted by any Successful Bidder(s), (ii) approving the sale of the Debtors' assets free and clear of liens, claims, interests and encumbrances, (iii) authorizing the assumption and assignment of certain executory contracts and interests in unexpired leases and (iv) granting related relief.

PLEASE TAKE FURTHER NOTICE that, on June 5, 2020, the Bankruptcy Court entered the Bid Procedures Order [Dkt. No. 94]. Pursuant to the Bid Procedures Order, the Trustee is authorized to enter into the Stalking Horse Agreement.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bid Procedures Order if one more or more Qualified Bids (other than the Stalking Horse Purchase Agreement) for the Acquired Assets and/or two or more Qualified Bids for any other group of Assets are submitted by the Bid Deadline the Trustee will commence the Auction on **June 25, 2020 at 10:00 a.m. (Prevailing Central Time)** via Zoom or other electronic or virtual platform. Any party that wishes to take part in this process and submit a bid for the Assets must submit a bid in accordance with the Bid Procedures Order by **12:00 p.m. (Prevailing Central Time) on June 23, 2020**. All interested or potentially interested parties should carefully read the Bid Procedures and the Bid Procedures Order.

PLEASE TAKE FURTHER NOTICE, that the Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder(s) at the Auction, free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), will be held before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, Victoria Division, Courtroom 401, 515 Rusk, Houston, Texas 77002 on **July 1, 2020 at 1:00 p.m. prevailing central time**.

PLEASE TAKE FURTHER NOTICE THAT the objections to the Sale(s), if any, must be filed and served so as to be actually received by the following parties: (i) counsel for the Trustee, Chamberlain Hrdlicka, Attn Jarrod B. Martin, 1200 Smith Street, Suite 1400, Houston, Texas 77002; (ii) counsel for the Stalking Horse Buyer, O'Melveny & Myers LLP, Attn. Matthew L. Hinker, Times Square, 7 Times Square, New York, NY 10036; (iii) counsel for Encina Business Credit LLC, Attn: Kyung S. Lee PLLC, Attn. Kyung S. Lee, 4723 Oakshire Dr., Apt. B, Houston, TX 77027, and Riemer Braunstein LLP, Attn: Donald E. Rothman, 100 Cambridge Street, 22nd Floor, Boston, MA 02114 and (iv) counsel for HSBC, Norton Rose Fulbright LLP, Attn. Louis Strubeck, 2200 Ross Avenue, Suite 3600, Dallas, TX 75201 on or before **5:00 p.m. (Prevailing Central Time) on June 26, 2020**.

ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE AND SERVE A SALE OBJECTION ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE BID PROCEDURES ORDER MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE ASSETS TO THE SUCCESSFUL BIDDER(S) FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS EFFECTED THEREUNDER.

PLEASE TAKE FURTHER NOTICE that this notice is subject to the terms of the Motion and Bid Procedures Order controlling in the event of any conflict, and the Trustee encourages parties in interest to review such documents in their entirety. Parties interested in receiving more information may make a written request to counsel for the Trustee.

DATED: June 15, 2020, Respectfully submitted, Chamberlain Hrdlicka, By: /s/ Jarrod B. Martin, Jarrod B. Martin, Texas Bar No. 24070221, 1200 Smith Street, Suite 1400, Houston, Texas 77002; P: 713-658-1818, F: 713-658-2553, E: Jarrod.Martin@chamberlainlaw.com, **Attorneys for Christopher Murray, Chapter 7 Trustee**

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Q'Max America Inc. (2319) and Anchor Drilling Fluids USA, LLC (5395).
² Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

---

## BANKRUPTCIES

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: CENTER CITY HEALTHCARE, LLC           Chapter 11
d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,¹   Case No. 19-11466 (MFW)
         Debtors.                              (Jointly Administered)

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM, INCLUDING SECTION 503(b)(9) CLAIMS**

PLEASE TAKE NOTICE that on June 30, 2019 and July 1, 2019 (the "**Petition Date**"), Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C. (together, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "**Bankruptcy Code**").

PLEASE TAKE FURTHER NOTICE that, on June 11, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Court**"), having jurisdiction over the Debtors' chapter 11 cases, entered an order (the "**Bar Date Order**")² establishing:

**Bar Date: August 5, 2020 at 5:00 p.m. (ET)** as the deadline for all persons or entities, including Governmental Units (as such term is defined in section 101(27) of the Bankruptcy Code), to file proofs of claim based on claims against any Debtor that arose prior to the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within twenty (20) days before the Petition Date (each, a "**Section 503(b)(9) Claim**").

**Rejection Damages Bar Date:** Any persons or entities, other than Governmental Units (as such term is defined in section 101(27) of the Bankruptcy Code), that assert a claim that arises from the rejection of an executory contract or unexpired lease must file a proof of claim based on such rejection by the later of (i) the Bar Date or (ii) the date that is thirty (30) days following service of notice of the effective date of such rejection (unless the order authorizing such rejection provides otherwise).

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions ("**Omni**"), by telephone at (866) 662-2281, or by email at PAHS@omniagnt.com, (ii) contact the Debtors' attorneys, Saul Ewing Arnstein & Lehr LLP, Attn: Monique B. DiSabatino, Esq., by email (monique.disabatino@saul.com) or telephone (302) 421-6800, or (iii) visit the case website maintained by Omni at https://omniagt.com/centercityhealthcare. Please note that Omni is not permitted to give you legal advice. Omni cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Schedules, the Bar Date Order and other filings in these cases free of charge at https://omniagt.com/centercityhealthcare or on the Court's electronic docket for a fee at http://ecf.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.
² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bar Date Order.

---

### BUSINESS OPPORTUNITIES

"CARES ACT - Rare opportunity to acquire Significant NOLs (eight figures).
You can amend your Tax returns (2014-2019).
ROI ranges from 45%-88% & Immediate.
IRC Sections 382 & 704d do not apply.
SERIOUS INQUIRES ONLY
Please call 310-736-9122 or Email:
NOLBUSINESSOPPORTUNITY20192020@gmail.com

### FOR SALE
Frame.com
Domain Name only,
Operating Website, or Both
CONTACT
s@frame.com

### COMMERCIAL REAL ESTATE


INVESTMENT OPPORTUNITY
7.5% to 10% Returns
Secured By First Trust Deed
Tenant Backed By State Contract
50% LTV
Please Call (310) 490-8004

### THE WALL STREET JOURNAL.
NOTABLE COMMERCIAL PROPERTIES
EVERY WEDNESDAY
(800) 366-3975
sales.realestate@wsj.com
For more information visit:
wsj.com/classifieds
© 2020 Dow Jones & Company, Inc.
All Rights Reserved.



### THE WALL STREET JOURNAL.
# THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

© 2020 Dow Jones & Company, Inc. All Rights Reserved.      DOW JONES