# EXHIBIT A

**SUMMARY OF BLENDED RATE**

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
| --- | --- | --- | --- |
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 8 | $574.00 | $685.31 |
| Junior Partners | 1 | $464.00 | $450.00 |
| Special Counsel | 1 | $477.00 | $560.00 |
| Senior Associates | 2 | $340.00 | $403.05 |
| Junior Associates | 4 | $292.00 | $309.16 |
| Paralegal | 0 | $243.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $199.00 | $233.94 |
| **Aggregated:** | | **$451.00** | **$528.25** |