# EXHIBIT D

### EXPENSE SUMMARY

37102568.1 06/19/2020

**Expense Summary**

**For the Period from April 1, 2020 through April 30, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (777 pages @ $.10 per page) | | $77.70 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $5,717.85 |
| Messenger Service | Parcels, Inc. | $7.50 |
| Mileage | *See attached chart* | $16.10 |
| Parking | *See attached chart* | $36.00 |
| **Total** | | **$5,855.15** |

---

[1]     These are the costs associated with using the Saul Review Platform ("SRP").  These include setting up the platform, processing data, storing data and preparing it for review, and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

2

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 03/11/20 | John D. Demmy | (1) John D. Demmy | (Mileage) Traveling from Wayne, PA to Philadelphia, PA and back for meeting with client | $16.10 |
| 03/11/20 | Parkway Corp. Centre Square | (1) John D. Demmy | Parking in Philadelphia, PA for meeting with client | $36.00 |
| **TOTAL** | | | | **$52.10** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | | 2561302 |
| 222 N. Sepulveda Blvd. | Invoice Date | | 06/05/20 |
| Suite 900 | Client Number | | 376719 |
| El Segundo, CA 90245 | Matter Number | | 00002 |

Re:    Expenses

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| Date | | Value | |
|---|---|---|---|
| 04/10/20 | Photocopying | 77.70 | |
| | Total Photocopying | | 77.70 |
| 04/20/20 | Mileage; VENDOR: John D. Demmy; 03/11/20; Meeting in Philadelphia with John Dinome, Allen Wilen, Jeffrey Hampton and Mark Minuti regarding possible D&O claims Mileage | 16.10 | |
| | Total Mileage | | 16.10 |
| 04/03/20 | Messenger Service; VENDOR: Parcels Inc; 03/02/20; Hand delivery to Judge Gross | 7.50 | |
| | Total Messenger Service | | 7.50 |
| 04/20/20 | Parking; VENDOR: Parkway Corp. Centre Square; 03/11/20; Parking for John D. Demmy for meeting in Philadelphia with John Dinome, Allen Wilen, Jeffrey Hampton and Mark Minuti regarding possible D&O claims | 36.00 | |
| | Total Parking | | 36.00 |
| 04/26/20 | Processing for April 2020 | 4,907.00 | |
| 04/26/20 | Monthly Storage for April 2020 | 409.60 | |
| 04/26/20 | Project Management Time for April 2020 | 156.25 | |
| 04/26/20 | Tech Time for April 2020 | 195.00 | |
| 04/26/20 | E-discovery Monthly User Fees | 50.00 | |
| | Total E-discovery Processing Usage Fees | | 5,717.85 |
| | CURRENT EXPENSES | | 5,855.15 |

**TOTAL AMOUNT OF THIS  INVOICE**                                        5,855.15