# EXHIBIT F

## PROFESSIONALS' BACKGROUND

## Attorney Biographies

**William E. Manning**, *Partner.* Mr. Manning is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Wilmington, Delaware office. Mr. Manning represents businesses in cases involving contract claims, business torts and claims arising under Delaware's General Corporation Law and alternative entity statutes. In addition, Mr. Manning leads a team representing Delaware's leading

**Mark Minuti**, *Partner.* Mr. Minuti is Vice-Chair of Saul Ewing Arnstein & Lehr's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice and is a Partner in its Wilmington, Delaware office. Mr. Minuti concentrates his practice in bankruptcy law. Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**John D. Demmy**, *Partner.* Mr. Demmy is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office. Mr. Demmy represents debtors, creditors' and ad hoc committees, asset buyers, insurers, and all types of creditors in bankruptcy cases and related litigation matters. Mr. Demmy also handles bankruptcy appeals to the Delaware District Court and to the Court of Appeals for the Third Circuit. Mr. Demmy is also an experience commercial litigator who assist clients with cases in the Delaware Court of Chancery and provides opinions with respect to matters of bankruptcy and Delaware law relating to Delaware entities.

**Jeffrey C. Hampton,** *Partner.* Mr. Hampton is Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders. Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters. In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner.* Mr. Isenberg is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office. Mr. Isenberg

concentrates his practice in bankruptcy and out-of-court workouts. Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**Michelle G. Novick,** *Partner*. Ms. Novick is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Chicago, Illinois office. Ms. Novick concentrates her practice on corporate bankruptcy.

**Joel C. Hopkins,** *Partner*. Mr. Hopkins is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice in its Harrisburg, Pennsylvania office. Mr. Hopkins' business practice includes counseling insurance companies, risk retention groups, producers, self-insureds, third party administrators and policyholders in regulatory, organizational, operational, coverage, claims, bad faith and insolvency issues. Mr. Hopkins regularly counsels business clients on a wide variety of insurance and risk transfer matters, including complicated coverage and program issues relating to mergers and acquisitions. Mr. Hopkins' counsels a diverse group of clients on insurance product development, compliance and evaluation. Mr. Hopkins also creates, reviews and improves claims, coverage and regulatory policies, procedures and manuals, and has participated in numerous expert evaluations of coverage and claim disputes.

**Joe R. Ourth**, *Partner*. Mr. Ourth is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Department in its Chicago, Illinois office. Mr. Ourth represents hospitals, academic medical centers, health care systems, long term care facilities and other health care providers on state regulatory, Medicaid, contracting, and insurance issues.

**Monique B. DiSabatino**, *Partner*. Ms. DiSabatino is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office. Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Paul A. Kasicky,** *Special Counsel*. Mr. Kasicky is Counsel in Saul Ewing Arnstein & Lehr's Business and Finance Practice in its Pittsburgh, Pennsylvania office. Mr. Kasicky focuses his practice primarily on ERISA and tax issues related to employee benefits and executive compensation. Mr. Kasicky's experience includes qualified retirement plans (including ESOPs and multiemployer plans), equity incentive arrangements, VEBAs and 409A deferred compensation considerations.

**Aaron S. Applebaum**, *Associate*. Mr. Applebaum is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office. Mr. Applebaum focuses his practice in commercial bankruptcy and corporate reorganization. Mr. Applebaum represents debtors, creditors, committees and trustees in complex bankruptcy cases. Mr. Applebaum also has experience assisting clients in bankruptcy litigation, including preference and fraudulent conveyance adversary proceedings, declaratory judgment actions and other contested matters arising in the course of adversarial bankruptcy proceedings.

**Shane P. Simon**, *Associate*. Mr. Simon an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Mr. Simon represents clients from a

variety of industries, including health care providers, colleges and universities, and corporations. Mr. Simon also advises clients on compliance with state and federal regulations affecting their day-to-day operations, including fraud and abuse laws, HIPAA, and licensing issues

**Charles E. Davis**, *Associate*.  Mr. Davis an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Wilmington, Delaware office.  Mr. Davis assists with litigation in Delaware courts and advises on fiduciary duty and contract issues under Delaware law.  Mr. Davis also has experience representing corporate fiduciaries in federal district court in litigation asserting fiduciary duty and federal securities law claims.

**Melissa A. Martinez**, *Associate*.  Ms. Martinez is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office.  Ms. Martinez focuses her practice in commercial bankruptcy and corporate reorganization.

**Shannon A. McGuire**, *Associate*.  Ms. McGuire is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Philadelphia, Pennsylvania office.  Ms. McGuire works on a variety of commercial bankruptcy and restructuring matters including litigation involving debtors and creditors' committees.