## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____

In re:                                                                        :        Chapter 11
                                                                                    :
CENTER CITY HEALTHCARE, LLC d/b/a                        :
HAHNEMANN UNIVERSITY HOSPITAL, *et al.,* [1]    :        Case No. 19-11466 (KG)
                                                                                    :
                        Debtors.                                            :        Jointly Administered
_____ :

### NOTICE OF CHANGE IN CONTACT INFORMATION

The undersigned counsel gives notice of a change of contact information as follows.

Pepper Hamilton LLP has combined with Troutman Sanders LLP.  The new firm name is Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"), effective July 1, 2020.  While the office address, phone numbers and facsimile numbers for the undersigned Troutman Pepper attorneys have not changed, such attorneys' email addresses have changed as follows:

1. Marcy McLaughlin Smith:  marcy.smith@troutman.com

2. Francis J. Lawall:  francis.lawall@troutman.com

Dated: July 1, 2020                          */s/ Marcy J. McLaughlin Smith*
        Wilmington, DE                        **TROUTMAN PEPPER HAMILTON SANDERS LLP**
                                                        Marcy J. McLaughlin Smith (DE 6184)
                                                        Hercules Plaza, Suite 510
                                                        1313 N. Market Street, P.O. Box 1709
                                                        Wilmington, Delaware  19899-1709
                                                        Telephone:     (302) 777-6500
                                                        Facsimile:       (302) 421-8390
                                                        E-mail: marcy.smith@troutman.com

                                                        - and -

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Francis J. Lawall (*pro hac vice*)
Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone:   (215) 981-4000
Facsimile:    (215) 981-4750
E-mail:          Francis.lawall@troutman.com

*Counsel for Temple University Health System, Inc.*

**CERTIFICATE OF SERVICE**

      I, Marcy J. McLaughlin Smith, hereby certify that on the 1st day of July, 2020, I caused the foregoing *Notice of Change in Contact Information* to be served on all parties which have entered their appearance via the Court's CM/ECF electronic filing system.

                                          */s/ Marcy J. McLaughlin Smith*
                                          Marcy J. McLaughlin Smith (DE 6184)