# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Center City Healthcare, LLC et al. | ) | Case No. 19-11466 (MFW) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Ref. 1685** |
|  | ) |  |

## NOTICE OF WITHDRAWAL OF MOTION PRO HAC VICE

PLEASE TAKE NOTICE that Frank Napolitano and Charles Huff hereby withdraw the Motion Pro Hac Vice for the Admission of Nicholas J. LePore as it was filed in the incorrect case.

Dated:  July 6, 2020

/s/ Richard A. Barkasy
Richard A. Barkasy (#4683)
Kristi J. Doughty (#3826)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 888-4554
rbarkasy@schnader.com
kdoughty@schnader.com