**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Deadline: July 24, 2020 at 4:00 p.m. |
| ) | Hearing Date: To be determined (if necessary) |

**NOTICE OF STIPULATION GRANTING LIMITED RELIEF FROM
THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY
CLAIM ASSERTED BY RENEE HOLMON, ADMINISTRATRIX
OF THE ESTATE OF ERNEST ALLEN HOLMON**

PLEASE TAKE NOTICE that on July 9, 2020, counsel for the above-captioned debtors (the "Debtors") and counsel for Renee Holmon, Administratrix of the Estate of Ernest Allen Holmon ("Plaintiff"), entered into a **Stipulation Granting Limited Relief from the Automatic Stay with Respect to Personal Injury Claim Asserted by Renee Holmon, Administratrix of the Estate of Ernest Allen Holmon** (the "Stipulation"). Subject to bankruptcy court approval, the Stipulation provides for limited relief from the automatic stay to permit the Plaintiff to proceed against Center City Healthcare, LLC d/b/a Hahnemann University Hospital in connection with the Action (as defined in the Stipulation) solely to the extent of any available insurance.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Court's approval of the Stipulation must be (a) in writing and served on or before **July 24, 2020 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

PLEASE TAKE FURTHER NOTICE THAT if any objections to the Stipulation are filed, and the parties are unable to reach a resolution thereof, a hearing on the Stipulation will be held before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801, at a date and time convenient to the Court.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE STIPULATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 10, 2020                **SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for the Debtors and Debtors in Possession*