## Exhibit A

**Fourth OCP Quarterly Statement**

**Fourth OCP Quarterly Statement**

**For the Period April 1, 2020 through June 30, 2020**

| Professional Name | Compensation & Expenses Paid (4/1/2020-4/30/2020) | Compensation & Expenses Paid (5/1/2020-5/31/2020) | Compensation & Expenses Paid (6/1/2020-6/30/2020) | Aggregate Compensation & Expenses Paid to Date | Description of Services |
|---|---|---|---|---|---|
| 50 Words, LLC | $0.00 | $0.00 | $0.00 | $236,673.00 | Provides crisis communication services. |
| Baratz & Associates, P.A. | $0.00 | $0.00 | $0.00 | $22,775.50 | Provides consulting evaluation and valuation services relating to arrangements with healthcare providers. |
| Bellevue Communications | $0.00 | $0.00 | $0.00 | $75,000.00 | Provides public relations services. |
| Connolly Gallagher LLP | $365.00 | $0.00 | $0.00 | $9,635.69 | Provides local counsel litigation services in matters involving Tenet/Conifer. |
| Conrad O'Brien PC | $369.00 | $123.00 | $0.00 | $16,546.77 | Provides litigation services in matters involving Tenet/Conifer, adjustment claims and other matters. |
| Eckert Seamans Cherin & Mellott, LLC | $15,423.00 | $0.00 | $12,832.50 | $122,631.03 | Provides labor and employment counsel. |
| Germaine Solutions | $0.00 | $0.00 | $0.00 | $0.00 | Provides graduate medical education consulting services. |
| Health Sciences Law Group LLP | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to orphaning and medical staff matters. |

| Professional Name | Compensation & Expenses Paid (4/1/2020-4/30/2020) | Compensation & Expenses Paid (5/1/2020-5/31/2020) | Compensation & Expenses Paid (6/1/2020-6/30/2020) | Aggregate Compensation & Expenses Paid to Date | Description of Services |
|---|---|---|---|---|---|
| Jackson Lewis P.C. | $196.00 | $0.00 | $269.50 | $20,418.50 | Provides litigation services in matters involving government agency claims. |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to workers' compensation claims. |
| Obermayer Rebmann Maxwell & Hippel LLP | $0.00 | $0.00 | $0.00 | $3,000.00 | Provides litigation services in matters involving Drexel University, medical malpractice matters and other matters. |
| Reed Smith LLP | $3,355.90 | $0.00 | $0.00 | $6,715.90 | Provides legal services relating to antitrust matters. |
| Robinson Kirlew & Associates | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to immigration matters. |
| Salem & Green P.C. | $0.00 | $0.00 | $0.00 | $6,211.50 | Provides legal services relating to Medicare matters and matters related to the transfer of residency programs. |
| Suzanne Pritchard, Esq. | $0.00 | $0.00 | $0.00 | $2,320.00 | Provides legal services relating to guardianship matters. |