**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: July 30, 2020 at 4:00 p.m. (ET)** |
| | ) |

**REPORT BY EISNERAMPER LLP OF
COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
PERIOD OF JUNE 1, 2020 THROUGH JUNE 30, 2020**

Exhibit A:     STC OpCo, LLC - Transition Services Summary of Hours by Professionals
                    Transition Services Itemized Expenses

Exhibit B:     CRO Summary of Hours by Professional

Exhibit C:     Non-Transition Services Summary of Compensation by Project Category
                    Summary of Hours by Professionals
                    Summary Description of Services Provided

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Twelfth Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period June 1, 2020 through June 30, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $457,479.78. EisnerAmper incurred $32,337.43, in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

**Fees and Expense Schedule (6/1/2020-6/30/2020)**

| Services | Fees | Expenses | Total |
|---|---|---|---|
| STC Opco, LLC- Transition Services | $ 276,800.00 | $ 32,337.43 | $ 309,137.43 |
| CRO Services | 121,000.00 | - | 121,000.00 |
| Non- Transition Services | 59,679.78 | - | 59,679.78 |
| **Total** | **$ 457,479.78** | **$ 32,337.43** | **$ 489,817.21** |

## <u>EXHIBIT A</u>

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

Exhibit A

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**June 1, 2020 through June 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEES** |
|---|---|---|---|---|
| Ronald Dreskin, CPA | Partner | 176.0 | $ 650.00 | $ 114,400.00 |
| Dion Oglesby | Director | 273.5 | 540.00 | 147,690.00 |
| Solomon Torres | Manager | 203.8 | 320.00 | 65,216.00 |
| **TOTAL HOURS AND FEES** | | | | **327,306.00** |
| **LESS:  VOLUNTARY REDUCTION RELATING TO MIDMONTH CAP** | | | | **(50,506.00)** |
| **GRAND TOTAL** | | **653.3** | **$   423.70** | **$276,800.00** |

\* Rates change annually effective August 1st.
\*\*Fee amount is included in the bill to STC Opco, LLC

Exhibit A

| Date | Professional | Expense | Amount | Narrative |
|------|-------------|---------|--------|-----------|
| 06/02/2020 | Oglesby, Dion | Airline,RR,etc | $ 90.00 | Train ticket from client to NYC |
| 06/03/2020 | Oglesby, Dion | Airline,RR,etc | 99.00 | Train ticket from client to NYC |
| 06/09/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 06/10/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 06/11/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 06/15/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 06/16/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 06/17/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 06/18/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 06/18/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket from client to NYC |
| 06/25/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 06/26/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 06/29/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 06/29/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket from client to NYC |
| 06/30/2020 | Oglesby, Dion | Airline,RR,etc | 56.00 | Train ticket to client location in Philadelphia |
| 06/30/2020 | Oglesby, Dion | Airline,RR,etc | 1,620.00 | Monthly train ticket |
| | | **Airline,RR,etc Total** | **2,945.00** | |
| 06/18/2020 | Dreskin, Ronald | Hotel | 7,840.00 | Hotel |
| 06/30/2020 | Torres, Solomon | Hotel | 4,154.00 | July Rent |
| | | **Hotel Total** | **11,994.00** | |
| 06/02/2020 | Oglesby, Dion | Local Fares | 16.02 | Lyft from client location in Philadelphia |
| 06/02/2020 | Oglesby, Dion | Local Fares | 20.78 | Lyft to client location in Philadelphia |
| 06/03/2020 | Oglesby, Dion | Local Fares | 24.52 | Lyft from client location in Philadelphia |
| 06/03/2020 | Oglesby, Dion | Local Fares | 20.91 | Lyft to client location in Philadelphia |
| 06/04/2020 | Oglesby, Dion | Local Fares | 23.47 | Lyft from client location in Philadelphia |
| 06/04/2020 | Oglesby, Dion | Local Fares | 23.05 | Lyft to client location in Philadelphia |
| 06/08/2020 | Oglesby, Dion | Local Fares | 20.35 | Lyft from client location in Philadelphia |
| 06/08/2020 | Oglesby, Dion | Local Fares | 20.91 | Lyft to client location in Philadelphia |
| 06/09/2020 | Oglesby, Dion | Local Fares | 21.85 | Lyft from client location in Philadelphia |
| 06/09/2020 | Oglesby, Dion | Local Fares | 18.81 | Lyft to client location in Philadelphia |
| 06/10/2020 | Oglesby, Dion | Local Fares | 19.96 | Lyft from client location in Philadelphia |
| 06/10/2020 | Oglesby, Dion | Local Fares | 19.94 | Lyft to client location in Philadelphia |
| 06/11/2020 | Oglesby, Dion | Local Fares | 21.13 | Lyft from client location in Philadelphia |
| 06/15/2020 | Oglesby, Dion | Local Fares | 20.44 | Lyft to client location in Philadelphia |
| 06/15/2020 | Oglesby, Dion | Local Fares | 20.85 | Lyft from client location in Philadelphia |
| 06/16/2020 | Oglesby, Dion | Local Fares | 22.53 | Lyft to client location in Philadelphia |
| 06/16/2020 | Oglesby, Dion | Local Fares | 21.38 | Lyft to client location in Philadelphia |
| 06/17/2020 | Oglesby, Dion | Local Fares | 20.68 | Lyft from client location in Philadelphia |
| 06/17/2020 | Oglesby, Dion | Local Fares | 20.84 | Lyft to client location in Philadelphia |
| 06/18/2020 | Oglesby, Dion | Local Fares | 21.86 | Lyft to client location in Philadelphia |
| 06/18/2020 | Oglesby, Dion | Local Fares | 23.43 | Lyft from client location in Philadelphia |
| 06/22/2020 | Oglesby, Dion | Local Fares | 34.44 | Curb to client location in Philadelphia |
| 06/22/2020 | Oglesby, Dion | Local Fares | 21.56 | Lyft from client location in Philadelphia |
| 06/23/2020 | Oglesby, Dion | Local Fares | 32.34 | Curb to client location in Philadelphia |
| 06/23/2020 | Oglesby, Dion | Local Fares | 39.30 | Lyft from client location in Philadelphia |
| 06/24/2020 | Oglesby, Dion | Local Fares | 38.30 | Lyft from client location in Philadelphia |
| 06/24/2020 | Oglesby, Dion | Local Fares | 27.39 | Lyft to client location in Philadelphia |
| 06/25/2020 | Oglesby, Dion | Local Fares | 22.16 | Lyft from client location in Philadelphia |
| 06/25/2020 | Oglesby, Dion | Local Fares | 22.01 | Lyft to client location in Philadelphia |
| 06/26/2020 | Oglesby, Dion | Local Fares | 26.04 | Curb to client location in Philadelphia |
| 06/29/2020 | Oglesby, Dion | Local Fares | 30.84 | Curb to client location in Philadelphia |
| 06/29/2020 | Oglesby, Dion | Local Fares | 20.46 | Lyft from client location in Philadelphia |
| 06/30/2020 | Oglesby, Dion | Local Fares | 29.94 | Curb to client location in Philadelphia |
| 06/30/2020 | Oglesby, Dion | Local Fares | 22.31 | Lyft from client location in Philadelphia |
| | | **Local Fares Total** | **810.80** | |
| 06/01/2020 | Dreskin, Ronald | Meals | 71.75 | Meals dinner |
| 06/01/2020 | Dreskin, Ronald | Meals | 5.39 | Meals lunch at St. Chris |
| 06/01/2020 | Ronald Dreskin | Meals | 24.53 | Meal |
| 06/01/2020 | Torres, Solomon | Meals | 77.81 | Meal |

Exhibit A

| Date | Professional | Expense | Amount | Narrative |
|------|-------------|---------|--------|-----------|
| 06/02/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 06/02/2020 | Oglesby, Dion | Meals | 8.61 | Lunch in client cafeteria in Philadelphia |
| 06/02/2020 | Ronald Dreskin | Meals | 20.45 | Supplies |
| 06/02/2020 | Torres, Solomon | Meals | 8.00 | Meal |
| 06/03/2020 | Oglesby, Dion | Meals | 9.14 | Lunch in client cafeteria in Philadelphia |
| 06/03/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 06/03/2020 | Dreskin, Ronald | Meals | 34.01 | Meals dinner |
| 06/03/2020 | Torres, Solomon | Meals | 8.00 | Meal |
| 06/04/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 06/04/2020 | Oglesby, Dion | Meals | 8.07 | Lunch in client cafeteria in Philadelphia |
| 06/04/2020 | Torres, Solomon | Meals | 8.00 | Meal |
| 06/05/2020 | Dreskin, Ronald | Meals | 30.33 | Meals lunch |
| 06/05/2020 | Torres, Solomon | Meals | 128.96 | Meal |
| 06/06/2020 | Dreskin, Ronald | Meals | 37.41 | Meals dinner |
| 06/08/2020 | Oglesby, Dion | Meals | 8.82 | Lunch in client cafeteria in Philadelphia |
| 06/08/2020 | Oglesby, Dion | Meals | 6.96 | Breakfast in client cafeteria in Philadelphia |
| 06/08/2020 | Torres, Solomon | Meals | 26.20 | Meal |
| 06/09/2020 | Oglesby, Dion | Meals | 7.51 | Breakfast in client cafeteria in Philadelphia |
| 06/09/2020 | Oglesby, Dion | Meals | 6.57 | Lunch in client cafeteria in Philadelphia |
| 06/09/2020 | Dreskin, Ronald | Meals | 116.33 | Meals groceries |
| 06/09/2020 | Torres, Solomon | Meals | 89.42 | Meal |
| 06/10/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 06/10/2020 | Oglesby, Dion | Meals | 8.61 | Lunch in client cafeteria in Philadelphia |
| 06/10/2020 | Torres, Solomon | Meals | 41.90 | Meal |
| 06/11/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 06/11/2020 | Oglesby, Dion | Meals | 6.22 | Lunch in client cafeteria in Philadelphia |
| 06/11/2020 | Torres, Solomon | Meals | 83.90 | Meal |
| 06/12/2020 | Torres, Solomon | Meals | 8.00 | Meal |
| 06/13/2020 | Torres, Solomon | Meals | 58.75 | Meal |
| 06/15/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 06/15/2020 | Dreskin, Ronald | Meals | 93.68 | Meal |
| 06/15/2020 | Torres, Solomon | Meals | 8.00 | Meal |
| 06/16/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 06/16/2020 | Oglesby, Dion | Meals | 6.35 | Lunch in client cafeteria in Philadelphia |
| 06/16/2020 | Torres, Solomon | Meals | 35.68 | Meal |
| 06/17/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 06/17/2020 | Oglesby, Dion | Meals | 7.53 | Lunch in client cafeteria in Philadelphia |
| 06/17/2020 | Torres, Solomon | Meals | 8.00 | Meal |
| 06/18/2020 | Oglesby, Dion | Meals | 5.89 | Breakfast in client cafeteria in Philadelphia |
| 06/18/2020 | Oglesby, Dion | Meals | 6.22 | Lunch in client cafeteria in Philadelphia |
| 06/18/2020 | Torres, Solomon | Meals | 8.00 | Meal |
| 06/22/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 06/22/2020 | Torres, Solomon | Meals | 75.23 | Meal |
| 06/23/2020 | Oglesby, Dion | Meals | 8.82 | Lunch in client cafeteria in Philadelphia |
| 06/23/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 06/23/2020 | Torres, Solomon | Meals | 65.57 | Meal |
| 06/24/2020 | Oglesby, Dion | Meals | 10.00 | Lunch in client cafeteria in Philadelphia |
| 06/24/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 06/24/2020 | Torres, Solomon | Meals | 154.45 | Meal |
| 06/25/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 06/25/2020 | Oglesby, Dion | Meals | 6.22 | Lunch in client cafeteria in Philadelphia |
| 06/25/2020 | Dreskin, Ronald | Meals | 71.08 | Meals dinner |
| 06/25/2020 | Torres, Solomon | Meals | 26.00 | Meal |
| 06/26/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 06/26/2020 | Oglesby, Dion | Meals | 14.87 | Lunch in Philadelphia while at client |
| 06/26/2020 | Torres, Solomon | Meals | 46.29 | Meal |
| 06/27/2020 | Dreskin, Ronald | Meals | 182.27 | Meals groceries |
| 06/29/2020 | Oglesby, Dion | Meals | 5.46 | Breakfast in client cafeteria in Philadelphia |
| 06/29/2020 | Oglesby, Dion | Meals | 7.43 | Lunch in client cafeteria in Philadelphia |
| 06/29/2020 | Torres, Solomon | Meals | 57.79 | Meal |
| 06/30/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 06/30/2020 | Oglesby, Dion | Meals | 7.43 | Lunch in client cafeteria in Philadelphia |
| 06/30/2020 | Torres, Solomon | Meals | 67.54 | Meal |
| | | **Meals Total** | **2,019.67** | |

Exhibit A

| Date | Professional | Expense | Amount | Narrative |
|------|-------------|---------|--------|-----------|
| 06/01/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/01/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 06/02/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/02/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/03/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/03/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/04/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/04/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/05/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/05/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| 06/06/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/07/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/08/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/08/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 06/09/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/09/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/10/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/10/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/11/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/11/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/12/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/12/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| 06/13/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/14/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/15/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/15/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| 06/16/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/16/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/17/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/17/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/18/2020 | Dreskin, Ronald | Mileage | 5.80 | Mileage roundtrip to St. Chris |
| 06/18/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/19/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/19/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 06/20/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/20/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/21/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/21/2020 | Dreskin, Ronald | Mileage | 155.44 | Mileage roundtrip to Stamford |
| 06/21/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/22/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/22/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| 06/23/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/23/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/24/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/24/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/25/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/25/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 06/26/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/26/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| 06/27/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/28/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |

| Date | Professional | Expense | Amount | Narrative |
|------|-------------|---------|--------|-----------|
| 06/28/2020 | Dreskin, Ronald | Mileage | 155.44 | Mileage roundtrip to Stamford |
| 06/29/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage roundtrip to St. Chris |
| 06/29/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 6/30/2020 | Dreskin, Ronald | Mileage | 5.80 | Mileage roundtrip to St. Chris |
| 06/30/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| | | **Mileage Total** | **1,505.68** | |
| 06/01/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 06/02/2020 | Dreskin, Ronald | Parking/Tolls | 50.00 | Parking/Tolls parking |
| 06/03/2020 | Dreskin, Ronald | Parking/Tolls | 21.00 | Parking/Tolls parking |
| 06/05/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/05/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 06/08/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/08/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 06/09/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/10/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/11/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/12/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 06/15/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/15/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 06/16/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/17/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/18/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/19/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 06/26/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/26/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 06/27/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/29/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 06/30/2020 | Torres, Solomon | Parking/Tolls | 315.00 | July Parking |
| | | **Parking/Tolls Total** | **1,064.60** | |
| 06/04/2020 | Dreskin, Ronald | Supplies | 209.97 | Supplies |
| 06/08/2020 | Dreskin, Ronald | Supplies | 150.00 | Supplies |
| 06/10/2020 | Dreskin, Ronald | Supplies | 168.44 | Supplies |
| 06/15/2020 | Dreskin, Ronald | Supplies | 135.09 | Supplies |
| | | **Supplies Total** | **663.50** | |
| 06/17/2020 | Torres, Solomon | Telephone | 262.18 | Cellphone 2 months |
| | | **Telephone Total** | **262.18** | |
| | | **Total Expenses** | **21,265.43** | |
| | | **Administration and Technology Fee** | **11,072.00** | |
| | | | **$ 32,337.43** | |

| | |
|---|---|
| **Airline,RR,etc Total** | **2,945.00** |
| **Hotel Total** | **11,994.00** |
| **Local Fares Total** | **810.80** |
| **Meals Total** | **2,019.67** |
| **Mileage Total** | **1,505.68** |
| **Parking/Tolls Total** | **1,064.60** |
| **Supplies Total** | **663.50** |
| **Telephone Total** | **262.18** |
| **Total Expenses** | **21,265.43** |
| **Administration and Technology Fee** | **11,072.00** |

# **EXHIBIT B**

**CRO Summary of Hours by Professional**

Exhibit B

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**June 1, 2020 through June 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 146.4 | $ 640.00 |
| **GRAND TOTAL** | | **146.4** | |

* Rates change annually effective August 1st.

# **EXHIBIT C**

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

Exhibit C

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**June 1, 2020 through June 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 3.9 | $ 540.00 | $ 2,106.00 |
| Steven Bisciello, CPA | Manager | 1.5 | 540.00 | 810.00 |
| Sheldon Orlov, CPA | Manager | 1.0 | 540.00 | 540.00 |
| Andrew Still, CPA, CFE | Manager | 183.3 | 320.00 | 58,656.00 |
| Robert Champion, Jr., CPA | Staff II | 0.5 | 295.00 | 147.50 |
| Henry Vargas, CPA | Staff II | 25.1 | 255.00 | 6,400.50 |
| Michael Swain | Staff I | 2.5 | 220.00 | 550.00 |
| Richard DePiano | Staff I | 3.3 | 205.00 | 676.50 |
| DelMarie Velazquez | Paraprofessional | 2.5 | 130.00 | 325.00 |
| **TOTAL HOURS AND FEES** | | | | **70,211.50** |
| **LESS:  15 % VOLUNTARY REDUCTION** | | | | **(10,531.73)** |
| **GRAND TOTAL** | | **223.6** | **$ 266.90** | **$59,679.78** |

* Rates change annually effective August 1st.

Exhibit C    Case 19-11466-MFW    Doc 1700    Filed 07/20/20    Page 13 of 13

| Work Code | Sum of Hours | Sum of Fees |
|---|---:|---:|
| **Business Analysis** | **167.7** | **$53,345.00** |
| Andrew Still | 160.1 | 51,232.00 |
| Henry Vargas | 0.3 | 76.50 |
| Michael Swain | 2.5 | 550.00 |
| Richard DePiano | 3.3 | 676.50 |
| Steven Bisciello | 1.5 | 810.00 |
| **Consulting** | **24.7** | **8,111.50** |
| Andrew Still | 23.2 | 7,424.00 |
| Robert Champion Jr. | 0.5 | 147.50 |
| Sheldon Orlov | 1.0 | 540.00 |
| **Fee/Employment Application** | **2.5** | **325.00** |
| DelMarie Velazquez | 2.5 | 325.00 |
| **Preferences/Analysis** | **28.7** | **8,430.00** |
| Henry Vargas | 24.8 | 6,324.00 |
| William Pederson | 3.9 | 2,106.00 |
| **Grand Total** | **223.6** | **$70,211.50** |