**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |

**CERTIFICATION OF COUNSEL REGARDING**
**STIPULATION BETWEEN DEBTORS AND PENNSYLVANIA**
**ASSOCIATION OF STAFF NURSES AND ALLIED**
**PROFESSIONALS REGARDING THE ASSERTION OF**
**PROOFS OF CLAIM ON BEHALF OF UNION MEMBERS**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby certifies that:

1. On June 11, 2020, the Court entered the *Order (I) Establishing Deadlines for Filing Proofs of Claim, Including Section 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof* [D.I. 1666] (the "**Bar Date Order**"), pursuant to which, *inter alia*, valid proofs of claim must be in writing and signed by the relevant claimant.

2. Following the entry of the Bar Date Order, the Pennsylvania Association of Staff Nurses and Allied Professionals ("**PASNAP**") requested authority, notwithstanding any provisions of the Bar Date Order to the contrary, to assert proofs of claim on behalf of its members to the extent such members authorize it to do so.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

3. The Debtors and counsel to PASNAP have engaged in discussions concerning PASNAP's request and have reached agreement on the terms set forth in the *Stipulation between Debtors and Pennsylvania Association of Staff Nurses and Applied Professionals Regarding the Assertion of Proofs of Claim on behalf of Union Members* (the "**Stipulation**").

4. A copy of the Stipulation is attached as Exhibit 1 to the proposed form of order (the "**Proposed Order**") attached hereto as **Exhibit A.**

5. As expressly reflected in the Stipulation, except to the extent provided therein, all other provisions of the Bar Date Order shall remain in full force and effect.

6. The Debtors have circulated the Proposed Order and Stipulation to counsel to the Official Committee of Unsecured Creditors and the Office of the United States Trustee and have confirmed that the parties have no objection to the Stipulation or the Proposed Order.

[remainder of page left intentionally blank]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order approving the Stipulation at its earliest convenience.

Dated: July 22, 2020       **SAUL EWING ARNSTEIN & LEHR LLP**

           By: */s/ Monique B. DiSabatino*
              Mark Minuti (DE Bar No. 2659)
              Monique B. DiSabatino (DE Bar No. 6027)
              1201 N. Market Street, Suite 2300
              P.O. Box 1266
              Wilmington, DE  19899
              Telephone: (302) 421-6800
              Fax: (302) 421-5873
              mark.minuti@saul.com
              monique.disabatino@saul.com

                 -and-

              Jeffrey C. Hampton
              Adam H. Isenberg
              Centre Square West
              1500 Market Street, 38th Floor
              Philadelphia, PA 19102
              Telephone: (215) 972-7777
              Fax: (215) 972-7725
              jeffrey.hampton@saul.com
              adam.isenberg@saul.com

              *Counsel for the Debtors and Debtors in Possession*