# Exhibit A

# (Proposed Order)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | |
| | ) Jointly Administered |
| Debtors. | ) **Related to Docket Nos. 1666 and ___** |
| | ) |

**ORDER APPROVING STIPULATION BETWEEN DEBTORS
AND PENNSYLVANIA ASSOCIATION OF STAFF NURSES
AND ALLIED PROFESSIONALS REGARDING THE ASSERTION
OF PROOFS OF CLAIM ON BEHALF OF UNION MEMBERS**

Upon consideration of the *Stipulation between Debtors and Pennsylvania Association of Staff Nurses and Applied Professionals Regarding the Assertion of Proofs of Claim on Behalf of Union Members* (the "**Stipulation**")[2] attached hereto as **Exhibit "1"**; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and upon the certification of counsel filed by the Debtors submitting the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Notwithstanding any provision of the Bar Date Order to the contrary, PASNAP shall be permitted to file a single consolidated proof of claim on behalf of PASNAP members

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

who elect to file their respective proofs of claim through PASNAP; provided, however, that any proof of claim filed by PASNAP on behalf of PASNAP members must (i) identify the specific PASNAP members on whose behalf the claim is filed, (ii) identify each PASNAP member's specific claim amount(s), including any asserted priority for such members' claim(s), (iii) contain a statement that PASNAP has authority to assert the claim on behalf of the applicable members, (iv) set forth the basis for any asserted priority status; and (v) identify the specific collective bargaining agreement provisions upon which the claims are premised and calculated.

3. Notwithstanding any provision of this Order or the Stipulation to the contrary, PASNAP members may elect to file a proof of claim on their own behalf and are not required to assert their claims through PASNAP.

4. Except to the extent expressly set forth herein and in the Stipulation, the terms of the Bar Date Order shall remain in full force and effect.

5. The Debtors are authorized to take any and all actions necessary to effectuate the Stipulation.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

7. This Order is effective immediately upon entry.

# EXHIBIT 1

# Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ) | |

**STIPULATION BETWEEN DEBTORS
AND PENNSYLVANIA ASSOCIATION OF STAFF NURSES
AND ALLIED PROFESSIONALS REGARDING THE ASSERTION
OF PROOFS OF CLAIM ON BEHALF OF UNION MEMBERS**

This *Stipulation between Debtors and Pennsylvania Association of Staff Nurses and Applied Professionals Regarding the Assertion of Proofs of Claim on Behalf of Union Members* (the "**Stipulation**") is made and entered into as of the 21st day of July, 2020 between the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") and Pennsylvania Association of Staff Nurses and Allied Professionals ("**PASNAP**," and together with the Debtors, the "**Parties**"), by and through their respective duly authorized undersigned counsel.

**INTRODUCTION**

**WHEREAS**, on June 30 and July 1, 2019 (collectively, the "**Petition Date**"), each Debtor commenced a case (the "**Chapter 11 Cases**") by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**");

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**WHEREAS**, the Debtors are operating their businesses and managing their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

**WHEREAS**, PASNAP's membership includes nurses formerly employed by the Debtors at Hahnemann University Hospital and St. Christopher's Hospital for Children;

**WHEREAS**, on June 11, 2020, the Court entered the *Order (I) Establishing Deadlines for Filing Proofs of Claim, Including Section 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof* [D.I. 1666] (the "**Bar Date Order**"), pursuant to which, *inter alia*, valid proofs of claim must be in writing and signed by the relevant claimant;

**WHEREAS**, consistent with past practice, PASNAP seeks authority to assert proofs of claim on behalf of its members to the extent such members authorize it to do so;

**NOW, THEREFORE**, in consideration of the mutual promises and agreements contained herein, the Parties hereby agree, subject to Bankruptcy Court approval as set forth herein, as follows:

## STIPULATION

1. Each of the Recitals set forth above is incorporated herein by reference.

2. This Stipulation is subject to and conditioned upon the entry of an order of the Court approving this Stipulation (the "**Stipulation Effective Date**"). In the event that the Stipulation Effective Date does not occur, this Stipulation shall be deemed null and void and of no force or effect. In such event, nothing (including the Recitals) contained in this Stipulation, any motion or certification filed seeking an order from the Court approving this Stipulation, or any correspondence or other communications related to the negotiations, drafting or approval of this Stipulation, shall be argued or deemed to be an admission against any Party's interest in any

litigation by and between any parties, and the Parties shall be automatically returned to their respective positions *status quo ante*.

3. Notwithstanding any provision of the Bar Date Order to the contrary, PASNAP shall be permitted to file a single consolidated proof of claim on behalf of PASNAP members who elect to file their respective proofs of claim through PASNAP; provided, however, that any proof of claim filed by PASNAP on behalf of PASNAP members must (i) identify the specific PASNAP members on whose behalf the claim is filed, (ii) identify each PASNAP member's specific claim amount(s), including any asserted priority for such members' claim(s), (iii) contain a statement that PASNAP has authority to assert the claim on behalf of the applicable members, (iv) set forth the basis for any asserted priority status; and (v) identify the specific collective bargaining agreement provisions upon which the claims are premised and calculated.

4. Notwithstanding any provision of this Stipulation to the contrary, PASNAP members may elect to file a proof of claim on their own behalf and are not required to assert their claims through PASNAP.

5. Except to the extent expressly set forth herein, the terms of the Bar Date Order shall remain in full force and effect.

6. The Parties are authorized to take any and all actions necessary to effectuate this Stipulation.

7. This Stipulation is the entire agreement between the Parties with respect to the subject matter hereof.  This Stipulation supersedes any and all agreements, whether written or oral, that may have previously existed between the Parties with respect to the matters set forth herein.  No statements, promises, or representations have been made by any Party to any other,

3

or relied upon, and no consideration has been offered, promised, expected or held out other than as expressly provided for herein.

8. The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation; provided, however, that the Debtors' authorization is subject to Bankruptcy Court approval and this Stipulation shall become effective upon the order approving this Stipulation becoming a Final Order.

9. In the event of any ambiguity in this Stipulation, no inferences shall be drawn against any Party on the basis of authorship of this Stipulation.

10. This Stipulation shall be governed by and construed in accordance with the Bankruptcy Code and, where not inconsistent, the laws of the State of Delaware, without regard to the conflict of laws' principles thereof. This Stipulation shall be binding upon and inure to the benefit of the Parties and their respective successors, assignees, designees, agents, attorneys and representatives.

11. This Stipulation may be executed in one or more counterparts, including by facsimile and/or electronic mail, each of which when so executed shall be deemed to be an original, and all of which, when taken together, shall constitute one and the same Stipulation.

12. The Parties acknowledge and agree that the Court shall retain jurisdiction over all disputes concerning or related to the subject matter of this Stipulation.

**IN WITNESS WHEREOF**, the Parties by and through their duly authorized respective counsel hereby execute this Stipulation as of the date first written above, intending to be legally bound.

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **LAW OFFICES OF MITCHELL J. MALZBERG, ESQ.** |
| | |
| */s/ Monique B. DiSabatino*  | */s/ Mitchell Malzberg*  |
| Mark Minuti (DE Bar No. 2659) | Mitchell Malzberg |
| Monique Bair DiSabatino (DE Bar No. 6027) | P.O. Box 5122 |
| 1201 N. Market Street, Suite 2300 | 6 E. Main Street, Suite 7 |
| P.O. Box 1266 | Clinton, New Jersey 08809 |
| Wilmington, DE 19899-1266 | Telephone: (908) 323-2958 |
| Telephone: (302) 421-6800 | Fax: (908) 933-0808 |
| Fax: (302) 421-5873 | mmalzberg@mjmalzberglaw.com |
| mark.minuti@saul.com | |
| monique.disabatino@saul.com | *Counsel to Pennsylvania Association of Staff Nurses and Allied Professionals* |

      -and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*