**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | |
| | ) Jointly Administered |
| Debtors. | ) **Related to Docket Nos. 1666 and 1703** |
| | ) |

**ORDER APPROVING STIPULATION BETWEEN DEBTORS**
**AND PENNSYLVANIA ASSOCIATION OF STAFF NURSES**
**AND ALLIED PROFESSIONALS REGARDING THE ASSERTION**
**OF PROOFS OF CLAIM ON BEHALF OF UNION MEMBERS**

Upon consideration of the *Stipulation between Debtors and Pennsylvania Association of Staff Nurses and Applied Professionals Regarding the Assertion of Proofs of Claim on Behalf of Union Members* (the "**Stipulation**")[2] attached hereto as **Exhibit "1"**; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and upon the certification of counsel filed by the Debtors submitting the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Stipulation is approved.

2.      Notwithstanding any provision of the Bar Date Order to the contrary, PASNAP shall be permitted to file a single consolidated proof of claim on behalf of PASNAP members

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

37164020.5 07/22/2020

who elect to file their respective proofs of claim through PASNAP; provided, however, that any proof of claim filed by PASNAP on behalf of PASNAP members must (i) identify the specific PASNAP members on whose behalf the claim is filed, (ii) identify each PASNAP member's specific claim amount(s), including any asserted priority for such members' claim(s), (iii) contain a statement that PASNAP has authority to assert the claim on behalf of the applicable members, (iv) set forth the basis for any asserted priority status; and (v) identify the specific collective bargaining agreement provisions upon which the claims are premised and calculated.

3.      Notwithstanding any provision of this Order or the Stipulation to the contrary, PASNAP members may elect to file a proof of claim on their own behalf and are not required to assert their claims through PASNAP.

4.      Except to the extent expressly set forth herein and in the Stipulation, the terms of the Bar Date Order shall remain in full force and effect.

5.      The Debtors are authorized to take any and all actions necessary to effectuate the Stipulation.

6.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

7.      This Order is effective immediately upon entry.

**Dated: July 23rd, 2020**
**Wilmington, Delaware**

MARY F. WALRATH
2 **UNITED STATES BANKRUPTCY JUDGE**

37164020.5 07/22/2020