# EXHIBIT A

**(Centurion Sale Report)**

Exhibit A - Centurion Sale Report

|  | | | Payable to/for Benefit of Debtors | Payable to Centurion |
|---|---|---|---|---|
| Radiology Sale | $ | 996,740 | | |
| Live Medical Auction | $ | 1,591,995 | | |
| Timed Instruments and Disposables Auction | $ | 604,775 | | |
| Sales at Centurion Warehouse - March | $ | 2,550 | | |
| Sales at Centurion Warehouse - April | $ | 15,096 | | |
| **Total sale proceeds** | $ | 3,211,156 | | |
| | | | | |
| **Disposition of initial $2,167,650:** | | | | |
| Debtor guaranteed portion* | | | $  1,597,750 | |
| Centurion portion | | | | $  569,900 |
| | | | | |
| **Disposition of amounts above $2,167,650:** | | | | |
| Remaining sale proceeds ($3,211,156 - $2,167,650) | $ | 1,043,506 | | |
| Debtor share (85%) | | | $  886,980 | |
| Centurion share (15%) | | | | $  156,526 |
| | | | | |
| **Totals - Amounts Due to Debtors/Centurion** | | | $  2,484,730 | $  726,426 |

* Paid to MidCap (applied to Credit Agreement balance)