IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,¹ ) | Jointly Administered |
| ) | **Related to Docket No. 1690** |
| Debtors. ) | |

**CERTIFICATION OF NO OBJECTION TO NOTICE OF STIPULATION
GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY
WITH RESPECT TO PERSONAL INJURY CLAIM ASSERTED BY
JA'NIYAH BRODNAX, A MINOR, BY HER PARENTS AND NATURAL
GUARDIANS, DAIYCHELLE ATKINSON AND SEAN BRODNAX**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") hereby certifies that:

1. On July 10, 2020, the *Notice* (the "**Notice**") *of Stipulation Granting Limited Relief From the Automatic Stay With Respect to Personal Injury Claim Asserted by Ja'niyah Brodnax, a Minor, By Her Parents and Natural Guardians, Daiychelle Atkinson and Sean Brodnax* [Docket No. 1690] (the "**Stipulation**") was filed with the Court.

2. Pursuant to the Notice, objections, if any, to the Stipulation were required to have been filed with the Court and served on the undersigned so as to be received on or before July 24, 2020 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

4. Accordingly, the Stipulation may be approved.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached to the Notice and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: July 27, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**

By: /s/ Monique B. DiSabatino
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*