# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from May 1, 2020 through May 31, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center | $478.80 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $745.90 |
| Legal Research | Westlaw | $2,206.78 |
| Overnight Delivery | Federal Express | $36.77 |
| **Total** | | **$3,468.25** |

---

[1]   These are the costs associated with using the Saul Review Platform ("SRP").  These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2566115 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 06/30/20 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 05/11/20 | Docket Entries Billable Matter; VENDOR: Pacer Service Center; 04/06/20; Access to Federal Court dockets and downloading pleadings | 478.80 | |
| | Total Docket Entries | | 478.80 |
| 05/20/20 | Federal Express 05/13/2020 To: Adam Isenberg From: Office Services | 36.77 | |
| | Total Federal Express | | 36.77 |
| 05/27/20 | Monthly Storage for May 2020 | 420.90 | |
| 05/27/20 | Project Management Time for May 2020 | 125.00 | |
| 05/27/20 | Tech Time for May 2020 | 150.00 | |
| 05/27/20 | E-discovery Monthly User Fees | 50.00 | |
| | Total E-discovery Monthly Fees | | 745.90 |
| 05/01/20 | Westlaw Legal Research | 1,237.14 | |
| 05/11/20 | Westlaw Legal Research | 143.00 | |
| 05/11/20 | Westlaw Legal Research | 231.66 | |
| 05/12/20 | Westlaw Legal Research | 451.98 | |
| 05/31/20 | Westlaw Legal Research | 143.00 | |
| | Total Westlaw Legal Research | | 2,206.78 |
| | CURRENT EXPENSES | | 3,468.25 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 3,468.25 |

37247968.1 07/29/2020