**fIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.,* [1] | : | Case No. 19-11466 (MFW) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Objection Deadline**: |
| | : | **August 17, 2020 at 4:00 p.m. (ET)** |
| | : | **Hearing Date**: |
| | : | **TBD** |

**NOTICE OF REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS OF TEMPLE UNIVERSITY HEALTH SYSTEM, INC. AND TEMPLE UNIVERSITY HOSPITAL, INC.**

**PLEASE TAKE NOTICE** that on August 3, 2020, Temple University Health System, Inc. ("Temple Health") and Temple University Hospital, Inc. ("Temple Hospital", and, collectively with Temple Health, "Temple"), by and through their undersigned counsel, filed the *Request for Allowance and Payment of Administrative Expense Claims of Temple University Health System, Inc. and Temple University Hospital, Inc.* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **August 17, 2020 at 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline"). You must also serve a copy of your response or objection upon the undersigned counsel for Temple so as to be received on or prior to the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held at the United States Bankruptcy Court for the District of Delaware before The Honorable Mary F. Walrath, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801 **at a date and time to be determined**.

Dated: August 3, 2020
    Wilmington, DE

*/s/ Marcy J. McLaughlin Smith*
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Marcy J. McLaughlin Smith (DE 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone:   (302) 777-6500
Facsimile:   (302) 421-8390
E-mail:   marcy.smith@troutman.com

- and –

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Francis J. Lawall (*pro hac vice*)
Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone:   (215) 981-4000
Facsimile:   (215) 981-4750
E-mail:   francis.lawall@troutman.com

*Counsel for Temple University Health System, Inc. and Temple University Hospital, Inc.*