# EXHIBIT B

**Temple Health Invoices**

#109072830 v2

 **Temple University Hospital**

Financial Administration

2450 W. Hunting Park Avenue, 2nd Floor
Philadelphia, PA  19129

## Account Summary for Temple University Hospital Residents

**Invoice To:**

| | |
|---|---|
| Theresa DiBenedetto | |
| Assoc. Coordinator of GME | |
| St. Christopher's Hospital | |
| Erie Avenue and Front Street | |
| Philadelphia, PA 19134-1095 | |

**Invoice Date :**  02/03/20

**Payment Due :**  Upon Receipt

**A. PRIOR PAYMENT ACTIVITY**

| | |
|---|---:|
| Jul-19 | 72,830.85 |
| Aug-19 | 78,103.40 |
| Sep-19 | 99,237.73 |
| Oct-19 | 104,192.25 |
| Nov-19 | 104,481.64 |
| **Total Account Balance Before Current Invoice** | **458,845.87** |

**B.  CURRENT MONTHS ACTIVITY**

See attached summary of current December 2019 invoice        **47,960.25**

**C.  OUTSTANDING BALANCE DUE TUH FROM AAHS**        **506,806.12**

| Check Payable To: | Temple University Hospital |
|---|---|
| Remit To: | Cashier Office |
| | Room A131 |
| | 3401 N. Broad Street |
| | Philadelphia, PA  19140 |

If there are any questions, please contact Noelle Stuart at (215) 707-2945