# EXHIBIT C

**Temple Hospital Invoices**

#109072830 v2

 **Temple University Hospital**

Financial Administration

2450 W. Hunting Park Avenue, 2nd Floor
Philadelphia, PA  19129

### Account Summary for Temple University Hospital Residents

**Invoice To:**
Theresa DiBenedetto
Assoc. Coordinator of GME
St. Christopher's Hospital
Erie Avenue and Front Street
Philadelphia, PA 19134-1095

**Invoice Date :** 02/03/20

**Payment Due :** Upon Receipt

**A. PRIOR PAYMENT ACTIVITY**

| | |
|---|---:|
| FY20 AS&T for Neurology Resident (incl 3% increase) - Jul 19 to Sep 19 | 8,081.15 |
| **Total Account Balance Before Current Invoice** | **8,081.15** |

**B. CURRENT MONTHS ACTIVITY**

| | |
|---|---:|
| FY20 AS&T for Neurology Resident (incl 3% increase) - 10/01 - 12/14/19 | **6,587.90** |

**C. OUTSTANDING BALANCE DUE TUH FROM AAHS**           **14,669.05**

**Check Payable To:** Temple University Hospital
**Remit To:** Cashier Office
Room A131
3401 N. Broad Street
Philadelphia, PA  19140

If there are any questions, please contact Noelle Stuart at (215) 707-2945