## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on the 3rd day of August, 2020, I served or caused to be served the foregoing **Request for Allowance and Payment of Administrative Expense Claim of Temple University Health System, Inc. and Temple University Hospital, Inc.** upon the parties who receive CM/ECF notices in the above-captioned cases and upon the parties in the attached service list, in the manner indicated.

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE No. 6184)

#109072830 v2

In Re:  Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No.  19-11466 (MFW)

## SERVICE LIST

**Email and First Class Mail**
*(Debtors' Counsel)*
Saul Ewing Arnstein & Lehr LLP
Attn:  Aaron S. Applebaum, Jeffrey C. Hampton and Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102

**Email and First Class Mail**
*(Debtors' Counsel)*
Saul Ewing Arnstein & Lehr LLP
Attn:  Monique Bair DiSabatino, Mark Minuti
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

**Email and First Class Mail**
*(Debtors' Counsel)*
Saul Ewing Arnstein & Lehr LLP
Attn:  Joel C. Hopkins
Penn National Insurance Plaza
2 N. Second Street, 7th Floor
Harrisburg, PA 17101-1619

**Email and First Class Mail**
Benjamin A. Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King St Ste 2207
Lockbox 35
Wilmington, DE  19899-0035