**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

<u>In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,</u>*et al* .    Case No. 19-11466 (MFW)
Debtors    Reporting Period: May 1, 2020 - May 31, 2020

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Available to the U.S. Trustee upon request | | |
| Schedule of Professional Fees Paid | MOR-1b | Available to the U.S. Trustee upon request | | |
| Copies of bank statements | | Available to the U.S. Trustee upon request | | |
| Cash disbursements journals | | Available to the U.S. Trustee upon request | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | No | | |
| Copies of IRS Form 6123 or payment receipt | | No | | |
| Copies of tax returns filed during reporting period | | No | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____    _____
Signature of Debtor    Date

_____    _____
Signature of Joint Debtor    Date

*/s/ Allen Wilen*    August 5, 2020
_____    _____
Signature of Authorized Individual*    Date

Allen Wilen    Chief Restructuring Officer
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.**  
**Debtors**

Case No. **19-11466 (MFW)**  
Reporting Period: May 1, 2020 - May 31, 2020

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
May 1, 2020 - May 31, 2020

| | 19-11466 | 19-11468 | 19-11478 | 19-11477 | 19-11471 | 19-11474 | 19-11476 | 19-11479 | 19-11467 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. | TPS III of PA, L.L.C. | SCHC Pediatric Associates, L.L.C. | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC | Consolidated Entities Total [1] |
| Beginning Cash Balance - Books | $ 7,302 | $ 280,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ 36,324,226 | $ 36,612,028 |
| Collections [2] | 21,565 | 666,560 | 1,825 | 1,825 | 11,191 | 11,191 | 1,825 | 1,825 | 856,926 | 1,574,734 |
| **Total Receipts** | 21,565 | 666,560 | 1,825 | 1,825 | 11,191 | 11,191 | 1,825 | 1,825 | 856,926 | 1,574,734 |
| Salaries, wages and benefits | (24,398) | (1,067) | - | - | - | - | - | - | (123,935) | (149,400) |
| Post-petition Accounts Payable Reduction | - | (331,980) | - | - | (15,770) | (15,770) | - | - | - | (363,521) |
| Non-controllable expenses | (98,930) | - | - | - | - | - | - | - | (281,441) | (380,371) |
| Total Operating Disbursements | (123,328) | (333,047) | - | - | (15,770) | (15,770) | - | - | (405,376) | (893,291) |
| Restructuring Related Disbursements | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | (2,670,130) | (2,670,130) |
| UST Quarterly Fee | - | - | - | - | - | - | - | - | (846,184) | (846,184) |
| Net Cash Flow | (101,763) | 333,513 | 1,825 | 1,825 | (4,579) | (4,579) | 1,825 | 1,825 | (3,064,763) | (2,834,871) |
| Transfers/Write-Downs | 100,763 | (333,513) | (1,825) | (1,825) | 4,579 | 4,579 | (1,825) | (1,825) | (1,270,869) | (1,501,761) |
| Ending Balance - Books | 6,302 | 280,500 | - | - | - | - | - | - | 31,988,594 | 32,275,396 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ (123,328) | $ (333,047) | $ - | $ - | $ (15,770) | $ (15,770) | $ - | $ - | $ (3,075,505) | $ (3,563,421) |

1 - The remaining five (5) debtors not shown are consolidated into other entities, and therefore, do not report receipts/disbursements. Philadelphia Academic Medical Associates, LLC (19-11469), HPS of PA, L.L.C. (19-11470), St. Christopher's Pediatric Urgent Care Center, L.L.C. (19-11472), SCHC Pediatric Anesthesia Associates, L.L.C. (19-11473), TPS of PA, L.L.C. (19-11475).
2 - For reporting purposes, practice group collections spread evenly among the STC and HUH practice group entities.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*  
Debtors

Case No. 19-11466 (MFW)  
Reporting Period: May 1, 2020 - May 31, 2020

**Schedule of Debtor Bank Account Balances**

| Bank Account | Bank | Account Holder | Account Name | Beginning Account Balance | Deposits | Disbursements | Ending Account Balance |
|---|---|---|---|---|---|---|---|
| 4834 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Voluntary Benefits | $1,000 | $84 | $0 | $1,084 |
| 5202 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Merchant Credit Card Deposits | 6,945 | 12,997 | (19,942) | - |
| 5981 | WELLS FARGO BANK, N.A. | Center City Healthcare | Non-Government Account | - | 3,122,678 | (3,122,678) | - |
| 5998 | WELLS FARGO BANK, N.A. | Front Street Healthcare Properties | | - | | | |
| 6004 | WELLS FARGO BANK, N.A. | Broad Street Healthcare Properties | | - | | | |
| 6005 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Non-Government Account | - | 749,561 | (749,561) | - |
| 6021 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Concentration Account | 33,201,590 | 4,729,259 | (5,944,533) | 31,986,316 |
| 6030 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Benefits Claim Self-Funding | 3,113,241 | 854,445 | (3,967,686) | - |
| 6039 | WELLS FARGO BANK, N.A. | Center City Healthcare | Operating Account | - | - | - | - |
| 6048 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Dental Claims Self-Funding | 1,451 | - | (257) | 1,194 |
| 6054 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Operating Account | - | 1,750 | (1,750) | - |
| 6062 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | | | | | |
| 6063 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Master Deposit Account | - | 4,012,875 | (4,012,875) | - |
| 6070 | WELLS FARGO BANK, N.A. | Center City Healthcare | Payroll Account | 2,500 | 103,894 | (104,894) | 1,500 |
| 6071 | WELLS FARGO BANK, N.A. | Center City Healthcare | Government Deposit Account | - | - | - | - |
| 6096 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Payroll Account | 280,500 | - | - | 280,500 |
| 6097 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Government Deposit Account | - | 54,797 | (54,797) | - |
| 8873 | WELLS FARGO BANK, N.A. | Philadelphia Academic Medical Associates | Operating Account | - | 2,438 | (2,438) | - |
| 9146 | WELLS FARGO BANK, N.A. | TPS V of PA | Non-Government Account | - | 4,015 | (4,015) | - |
| 9310 | WELLS FARGO BANK, N.A. | St. Chris Care At Northeast Pediatrics | Government Account | - | - | - | - |
| 9328 | WELLS FARGO BANK, N.A. | St. Chris Care At Northeast Pediatrics | Non-Government Account | - | 1,682 | (1,682) | - |
| 9336 | WELLS FARGO BANK, N.A. | TPS of PA | Government Account | - | - | - | - |
| 9344 | WELLS FARGO BANK, N.A. | TPS of PA | Non-Government Account | - | - | - | - |
| 9351 | WELLS FARGO BANK, N.A. | TPS II of PA | Government Account | - | 25,458 | (25,458) | - |
| 9369 | WELLS FARGO BANK, N.A. | TPS II of PA | Non-Government Account | - | 6,740 | (6,740) | - |
| 9377 | WELLS FARGO BANK, N.A. | TPS III of PA | Government Account | - | - | - | - |
| 9385 | WELLS FARGO BANK, N.A. | TPS III of PA | Non-Government Account | - | 2,764 | (2,764) | - |
| 9393 | WELLS FARGO BANK, N.A. | TPS IV of PA | Government Account | - | - | - | - |
| 9401 | WELLS FARGO BANK, N.A. | TPS IV of PA | Non-Government Account | - | 96,686 | (96,686) | - |
| 9419 | WELLS FARGO BANK, N.A. | TPS V of PA | Government Account | - | - | - | - |
| 9500 | WELLS FARGO BANK, N.A. | HPS of PA | Government Account | - | - | - | - |
| 9518 | WELLS FARGO BANK, N.A. | HPS of PA | Non-Government Account | - | 9,352 | (9,352) | - |
| 9526 | WELLS FARGO BANK, N.A. | SCHC Pediatric Associates | Government Account | - | 84 | (84) | - |
| 9534 | WELLS FARGO BANK, N.A. | SCHC Pediatric Associates | Non-Government Account | (0) | 26,268 | (26,268) | (0) |
| 9542 | WELLS FARGO BANK, N.A. | St. Christopher's Pediatric Urgent Care | Government Account | - | - | - | - |
| 9559 | WELLS FARGO BANK, N.A. | St. Christopher's Pediatric Urgent Care | Non-Government Account | - | 1,629 | (1,629) | - |
| 9567 | WELLS FARGO BANK, N.A. | SCHC Pediatric Anesthesia Associates | Government Account | - | - | - | - |
| 9575 | WELLS FARGO BANK, N.A. | SCHC Pediatric Anesthesia Associates | Non-Government Account | - | 12,960 | (12,960) | - |
| **Total** | | | | **$36,607,226** | **$13,832,417** | **($18,169,049)** | **$32,270,594** |
| | | | | | | Petty Cash | $4,802 |
| | | | | | | **Total** | **$32,275,396** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***     Case No. 19-11466 (MFW)
Debtors     Reporting Period: May 1, 2020 - May 31, 2020

## STATEMENT OF OPERATIONS
(Consolidated Income Statement)[1]

| REVENUES | May 2020 | 2020 Filing to Date |
|---|---:|---:|
| Revenues | $ - | $915,792,417 |
| Less: Reductions | - | (801,734,846) |
| Net Revenue | $ - | $114,057,571 |
| **OPERATING EXPENSES** | | |
| Salaries, wages and benefits | 149,400 | $110,925,000 |
| Supplies expense | - | 23,774,521 |
| Other controllable expenses (See #1 on attached Continuation Sheet) | - | 90,605,026 |
| Non-controllable expenses (less Professional and UST Fees) ( Continuation Sheet) | 380,371 | 33,840,989 |
| Midcap term loan | - | 1,597,750 |
| Total Operating Expenses | 529,771 | 260,743,286 |
| Net Profit (Loss) Before Other Income & Expenses | ($529,771) | ($146,685,715) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Revenue (See #3 on attached Continuation Sheet) | - | $42,788,558 |
| Proceeds from Equipment Sale | - | 1,597,750 |
| Proceeds from Tenet Contribution | - | 2,800,000 |
| Proceeds from sale of STC (Net) | - | 14,609,471 |
| Other Non-Operating Income | 856,926 | (23,472,294) |
| Interest Expense | - | 2,855,203 |
| All Other "Income and Expenses" | - | - |
| Net Profit (Loss) Before Reorganization Items | $327,155 | ($111,531,603) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $977,761 | $3,168,671 |
| Professional Fees - Escrow | - | 8,639,105 |
| U. S. Trustee Quarterly Fees | 846,184 | 2,844,181 |
| Total Reorganization Expenses | $1,823,946 | $14,651,956 |
| Net Profit (Loss) | ($1,496,790) | ($126,183,559) |

1 - The unconsolidated Statements of Income (unaudited) are provided subsequent to the continuation sheet.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*  Case No. 19-11466 (MFW)
Debtors    Reporting Period: May 1, 2020 - May 31, 2020

**STATEMENT OF OPERATIONS - continuation sheet**

| Ref | BREAKDOWN OF "OTHER" CATEGORY | May 2020 | Cumulative Filing to Date |
|---|---|---|---|
| 1 | **Non-Controllable Expenses** | | |
| | Insurance - RRG | - | $2,400,000 |
| | Conifer Fee | - | 260,000 |
| | Conifer Cash Collection Fee | - | 389,534 |
| | NEXCOR CAM CHARGE | - | 482,349 |
| | Insurance Costs | - | 604,866 |
| | Other Employment Related Costs | 7,337 | 7,337 |
| | Medical Claims | 227,384 | 227,384 |
| | Professional Fees | 977,761 | 4,719,406 |
| | Shutdown / Maint./Utilites (not Nexcor) | 17,154 | 761,936 |
| | Administrative Claims | 93,441 | 1,141,030 |
| | OMNI / Noticing / Publication / Solitication | - | 612,304 |
| | US Trustee | 846,184 | 1,767,673 |
| | Tail Coverage/MedMal | - | 2,700,904 |
| | HSRE | 35,054 | 1,061,433 |
| | **Total Non-Controllable Expenses** | **$2,204,316** | **$17,136,156** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital**, *et al.*
**Debtors**

Case No. 19-11466 (MFW)
Reporting Period: May 1, 2020 - May 31, 2020

**Statements of Income (unaudited)** [1]
May 1, 2020 - May 31, 2020

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. [3] | TPS III of PA, L.L.C. [3] | SCHC Pediatric Associates, L.L.C. [4] | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. [3] | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC [5] | Consolidated Entities Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Net patient revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net revenue | - | - | - | - | - | - | - | - | - | - |
| Operating charges: | | | | | | | | | | |
| Salaries, wages and benefits | 24,398 | 1,067 | - | - | - | - | - | - | 123,935 | 149,400 |
| Supplies expense | - | - | - | - | - | - | - | - | - | - |
| Other controllable expenses | - | - | - | - | - | - | - | - | - | - |
| Non-controllable expenses | 98,930 | - | - | - | - | - | - | - | 2,105,386 | 2,204,316 |
| Total operating expenses | 123,328 | 1,067 | - | - | - | - | - | - | 2,229,321 | 2,353,716 |
| EBITDA | (123,328) | (1,067) | - | - | - | - | - | - | (2,229,321) | (2,353,716) |
| Supplemental Cash | - | - | - | - | - | - | - | - | 856,926 | 856,926 |
| **PRE-TAX INCOME** | $ (123,328) | $ (1,067) | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,372,395) | $ (1,496,790) |

**Notes**

1 - The balance sheets and statements of income presented herein reflect the unadjusted operations of Philadelphia Academic Health System, LLC ("PAHS"). Only 9 of the 14 debtor entities are shown in the consolidated financials. The other debtor entities roll up to the listed debtor entities, explained in the below notes. As of January 2020, due to the loss of debtors internal accounting system, financial statements are reported on a modified cash basis.

2 - Intercompany transactions are subject to offsetting revenue and expense elimination between affiliates.

3 - TPS of PA, L.L.C. does not report financials; however, has leasehold interests reported on respective subsidiary entities.

4 - Includes consolidated subsidiary debtor entities: St. Christopher's Pediatric Urgent Care Center, L.L.C. and SCHC Pediatric Anesthesia Associates, L.L.C.

5 - Includes consolidated subsidiary debtor entities HPS of PA L.L.C. and Philadelphia Academic Medical Associates.

6 - Includes supplemental payments received.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.**  Case No. 19-11466 (MFW)
**Debtors**  Reporting Period: May 1, 2020 - May 31, 2020

### BALANCE SHEET
### (Consolidated)

**ASSETS**

| CURRENT ASSETS | May 2020 |
|---|---|
| Unrestricted Cash and Equivalents | $32,275,395.85 |
| Accounts Receivable (Net) | 1,421,588.78 |
| *TOTAL CURRENT ASSETS* | **$33,696,984.63** |
| **TOTAL ASSETS** | **$33,696,984.63** |

**LIABILITIES AND OWNER EQUITY**

| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | May 2020 |
|---|---|
| Accounts payable [1] | $1,987,017.62 |
| Accrued Liabilities - Employee Obligations | 1,616,075.68 |
| Short term debt | 163,645.00 |
| *TOTAL POSTPETITION LIABILITIES* | **$3,766,738.30** |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) - See continuation schedule #2* | |
| Accounts payable | $150,579,443.84 |
| Accrued Liabilities - Employee Obligations | 18,698,838.33 |
| Accrued Liabilities - Other [2] | 28,009,182.74 |
| Patient credit balances | 10,565,463.00 |
| Due to PAHH | 604,838.00 |
| Priority Unsecured Debt - Taxes | 578,928.10 |
| *TOTAL PRE-PETITION LIABILITIES* | **$209,036,694.01** |
| | |
| *TOTAL LIABILITIES* | **$212,803,432.31** |
| **OWNER EQUITY** | |
| Capital surplus | $96,522,038.00 |
|   *Retained earnings* | (233,508,248.48) |
|   *Additions* | 0.00 |
| Profit (loss) | (42,120,237.20) |
| *NET OWNER EQUITY* | **($179,106,447.68)** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$33,696,984.63** |

*Notes:*
1 - Unconsolidated Balance Sheet (unaudited) provided on the subsequent pages.
2 - Accrued Liabilities - Other is adjusted as of January 2020. Remaining accruals include city and state hospital assessments, medicare/medicaid payment accruals, and taxes.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*   Case No. 19-11466 (MFW)

Debtors   Reporting Period: May 1, 2020 - May 31, 2020

**PRE-PETITION LIABILITIES - Continuation schedule**

*PRE-PETITION LIABILITIES*

| Debtor | Accounts Payable | Other Accrued | Accrued Employee Obligations | Credit Balances | Due to PAHH | Taxes Owed | TOTAL |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | $ 96,372,782 | $ 22,862,718 | $ 6,094,015 | $ 4,230,647 | $ - | $ 576,298 | $ 130,136,460 |
| St. Christopher's Healthcare, LLC | 13,518,058 | 4,985,832 | 3,316,599 | 2,753,801 | 604,838 | 1,258 | 25,180,386 |
| TPS IV of PA, L.L.C. | 10,449,439 | - | - | 647,602 | - | - | 11,097,041 |
| TPS III of PA, L.L.C. | 320,529 | - | - | 8,508 | - | - | 329,037 |
| SCHC Pediatric Associates, L.L.C. | 14,404,220 | 56,933 | - | 2,558,475 | - | 1,372 | 17,021,000 |
| StChris Care at Northeast Pediatrics, L.L.C. | 266,441 | 291 | - | 127,761 | - | - | 394,493 |
| TPS II of PA, L.L.C. | 393,914 | 61,635 | - | 76,343 | - | - | 531,892 |
| TPS V of PA, L.L.C. | 461,429 | 440 | - | 162,326 | - | - | 624,195 |
| Philadelphia Academic Health System, LLC | 14,392,633 | 41,334 | - | - | - | - | 14,433,967 |
| Accrued Payroll: Physicians Groups | - | - | 9,288,224 | - | - | - | 9,288,224 |
| Less: Pre-Petition Payroll Paid Post-Petition | - | - | - | - | - | - | - |
| **Total** | **150,579,444** | **28,009,183** | **18,698,838** | **10,565,463** | **604,838** | **578,928** | **209,036,694** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***     Case No. 19-11466 (MFW)
**Debtors**     Reporting Period: May 1, 2020 - May 31, 2020

**Balance Sheets (unaudited)** [1,5]
**As of May 31, 2020**

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. [2] | TPS III of PA, L.L.C. [2] | SCHC Pediatric Associates, L.L.C. [3] | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. [2] | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC [4] | Consolidated Entities Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | | | | |
| Cash and cash equivalents | | | | | | | | | | |
|   Unrestricted cash | $ 6,302 | $ 280,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ 31,988,594 | $ 32,275,396 |
| Accounts receivable, net | 581,850 | 631,294 | 116,364 | 85,701 | - | - | 6,379 | - | - | 1,421,589 |
| Total current assets | 588,152 | 911,794 | 116,364 | 85,701 | - | - | 6,379 | - | 31,988,594 | 33,696,985 |
| **TOTAL ASSETS** | **$ 588,152** | **$ 911,794** | **$ 116,364** | **$ 85,701** | **$ -** | **$ -** | **$ 6,379** | **$ -** | **$ 31,988,594** | **$ 33,696,985** |
| **LIABILITIES AND EQUITY** | | | | | | | | | | |
| Accounts payable - Pre-petition [6] | 96,372,782 | 13,518,058 | 10,449,439 | 320,529 | 14,404,220 | 266,441 | 393,914 | 461,429 | 14,392,633 | 150,579,444 |
| Accounts payable - Post-petition | - | - | - | - | 282,060 | 661,608 | - | 666 | 1,042,683 | 1,987,018 |
| Patient credit balances | 4,230,647 | 2,753,801 | 647,602 | 8,508 | 2,558,475 | 127,761 | 76,343 | 162,326 | - | 10,565,463 |
| Accrued liabilities | | | | | | | | | | - |
|   Employee Obligations [7] | 7,638,142 | 3,316,599 | 1,158,085 | 43,441 | 7,191,434 | 133,811 | 584,831 | 176,579 | 71,991 | 20,314,914 |
|   Other [8] | 23,439,016 | 4,987,090 | - | - | 58,305 | 291 | 61,635 | 440 | 41,334 | 28,588,111 |
| Short term debt | 163,645 | - | - | - | - | - | - | - | - | 163,645 |
| **Total current liabilities** | 131,844,232 | 24,575,548 | 12,255,127 | 372,478 | 24,494,494 | 1,189,912 | 1,116,723 | 801,440 | 15,548,641 | 212,198,594 |
| Intercompany | 13,865,684 | (128,028,891) | 10,354,883 | 1,231,084 | 45,156,448 | (108,234) | (2,353,839) | (1,461,217) | 61,344,082 | - |
| Due to PAHH | - | 604,838 | - | - | - | - | - | - | - | 604,838 |
| **Total Long-Term liabilities** | 13,865,684 | (127,424,053) | 10,354,883 | 1,231,084 | 45,156,448 | (108,234) | (2,353,839) | (1,461,217) | 61,344,082 | 604,838 |
| **Total liabilities** | 145,709,916 | (102,848,505) | 22,610,010 | 1,603,562 | 69,650,942 | 1,081,678 | (1,237,116) | (659,777) | 76,892,723 | 212,803,432 |
| **EQUITY** | | | | | | | | | | |
| Capital surplus | 44,142,262 | 46,129,259 | 2,214,190 | 403,277 | 2,620,965 | 185,750 | 773,229 | 53,106 | - | 96,522,038 |
| Retained earnings | (182,983,879) | 67,529,170 | (23,892,757) | (1,909,024) | (69,955,991) | (1,134,156) | 470,267 | 734,338 | (22,366,217) | (233,508,248) |
| Profit (loss) | (6,280,146) | (9,566,151) | (815,078) | (12,114) | (2,647,896) | (133,273) | - | (127,667) | (22,537,912) | (42,120,237) |
| **TOTAL EQUITY** | (145,121,763) | 104,092,278 | (22,493,645) | (1,517,861) | (69,982,922) | (1,081,679) | 1,243,496 | 659,777 | (44,904,129) | (179,106,448) |
| **TOTAL LIABILITIES & EQUITY** | **$ 588,153** | **$ 1,243,773** | **$ 116,364** | **$ 85,701** | **$ (331,980)** | **$ -** | **$ 6,380** | **$ -** | **$ 31,988,594** | **$ 33,696,985** |

*Notes*

1 - The balance sheets and statements of income presented herein reflect the unadjusted operations of Philadelphia Academic Health System, LLC ("PAHS"). Only 9 of the 14 debtor entities are shown in the consolidated financials. The debtor entities not listed roll up to the listed debtor entities, explained in the below notes.

2 - TPS of PA, L.L.C. does not report financials; however, has leasehold interests reported on respective subsidiary entities.

3 - SCHC Pediatric Associates, L.L.C. includes consolidated subsidiary debtor entities: St. Christopher's Pediatric Urgent Care Center, L.L.C. and SCHC Pediatric Anesthesia Associates, L.L.C.

4 - Includes consolidated subsidiary debtor entities HPS of PA L.L.C. and Philadelphia Academic Medical Associates.

5 - As a result of the sale, the debtor lost access to it's primary accounting system. Estate has put forth its best effort to create financial statements for the entity going forward.

6 - Includes prior period AP Adjustment totalling $6.824MM.

7 - Accrued employee obligations are comprised mostly of union dues, pension, PTO and benefit accruals.

8 - Accrued Liabilities - Other is adjusted as of January 2020. Remaining accruals include city and state hospital assessments, medicare/medicaid payment accruals, and taxes. Accruals are subject to change pending a confirmation of the assessment values.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*  Case No. 19-11466 (MFW)
Debtors  Reporting Period: May 1, 2020 - May 31, 2020

### SUMMARY OF UNPAID POSTPETITION DEBTS

| Type | Number of Days Past Due | | | | |
|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $0 | $0 | $0 | $1,987,018 | $1,987,018 |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*  
Debtors

Case No. 19-11466 (MFW)  
Reporting Period: May 1, 2020 - May 31, 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | April 2020 | May 2020 |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $4,215,995 | $2,145,063 |
| + Amounts billed during the period | 0 | 0.00 |
| - Amounts collected during the period | (2,070,932) | (723,475) |
| Total Accounts Receivable at the end of the reporting period | $2,145,063 | $1,421,588 |

| Accounts Receivable Aging | April 2020 | May 2020 |
|---|---|---|
| 0 - 30 days old | 0 | 0.00 |
| 31 - 60 days old | 0 | 0.00 |
| 61 - 90 days old | 0 | 0.00 |
| 91+ days old | 2,145,063 | 1,421,588 |
| **Total Accounts Receivable** | **2,145,063** | **1,421,588** |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. |  | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. |  | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

3 - Pass through taxpayer.  No return needs to be filed.