**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 27, 2020 at 4:00 p.m. ET** **Hearing Date: TBD if objection filed** |

**ELEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | May 1, 2020 – May 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $72,300.00  (80% of $90,375.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,184.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

7321358

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, primary department or group, year of obtaining relevant license to practice, if applicable | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $825 | 6.7 | $5,527.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $750 | 27.7 | $20,775.00 |
| Brian Coven | Member, Corporate  First Bar Admission: 1982 | $750 | 54.6 | $40,950.00 |
| Charles J. Falletta | Member, Litigation First Bar Admission: 1996 | $575 | 4.7 | $2,702.50 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $595 | 41.3 | $24,573.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $550 | 9.6 | $5,280.00 |
| **Total Fees at Standard Rates** | | | **144.6** | **$99,808.50** |
| **Total Fees After Application of $625 Blended Rate Discount[2]** | | | **144.6** | **$90,375.00** |

[1] Effective October 1, 2019 (*i.e.*, the first date of Sills' new fiscal year), the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $795 to $825; the hourly rate of Boris Mankovetskiy was increased from $725 to $750; the hourly rate of Rachel Brennan was increased from $545 to $595; and the hourly rate of Gregory Kopacz was increased from $525 to $550.  However, as discussed below, Sills' fees for this engagement will remain subject to a $625 blended hourly rate cap.

[2] As noted in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Nunc Pro Tunc to July 15, 2019* [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

7321358

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 77.3 | $58,252.50 |
| Case Administration (104) | 9.6 | $7,255.00 |
| Claims Administration and Objections (105) | 1.6 | $1,190.00 |
| Fee/Employment Applications (107) | 8.7 | $4,785.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 38.4 | $22,848.00 |
| Avoidance Action Litigation (111) | 2.9 | $1,725.50 |
| Plan and Disclosure Statement (113) | 1.4 | $1,050.00 |
| Litigation Consulting (121) | 4.7 | $2,702.50 |
| **Total Fees at Standard Rate** | **144.6** | **$99,808.50** |
| **Total Fees After Application of $625 Blended Rate Discount[3]** | **144.6** | **$90,375.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendors (UnitedLex) | $2,184.00 |
| **TOTAL** | **$2,184.00** |

---

[3] Sills' fees are subject to a $625 blended hourly rate cap.  See Retention Application ¶ 16.

7321358

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 27, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**ELEVENTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020**

Pursuant to sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation*

*and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills

Cummis & Gross P.C. ("Sills") files this *Eleventh Application for Allowance of Compensation*

*for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee*

*of Unsecured Creditors for the Period From May 1, 2020 Through May 31, 2020* (the

"Application").  By the Application, Sills seeks allowance of $72,300.00 (80% of $90,375.00) in

fees for services rendered, *plus* $2,184.00 for reimbursement of actual and necessary expenses

for the period from May 1, 2020 through May 31, 2020 (the "Compensation Period"), for a total

of $74,484.00.

**Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for

7321358

relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for the Compensation Period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third Circuit law, and the Compensation Order.

## Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses during the Compensation Period is

included in **Exhibit A**.

**Summary of Services by Project**

7.      The services Sills rendered during the Compensation Period are generally described below, with a more detailed identification of the actual services provided in **Exhibit A**.

A.      <u>Asset Analysis and Recovery</u>

Fees: $58,252.50;      Total Hours: 77.3

This category includes time spent investigating causes of action against certain non-debtor affiliates and other parties, including time spent: (a) conducting research and analysis regarding potential claims and avoidance actions, including veil-piercing claims, breach of fiduciary duty claims and fraudulent conveyance claims; (b) addressing related discovery issues; (c) analyzing potential assets available for distribution to creditors; and (d) communicating with Debtors' counsel and the Committee's other advisors regarding the foregoing and related issues.

B.      <u>Case Administration</u>

Fees: $7,255.00;      Total Hours: 9.6

This category includes time spent: (a) communicating with the Committee members, (b) attending Committee meetings, (c) communicating with the Committee's other advisors, (d) communicating with Debtors' counsel regarding pending matters, (e) responding to creditor queries, (f) updating the "critical dates" calendar, and (g) addressing matters related to the administration of the Debtors' chapter 11 cases.

C.      <u>Claims Administration and Objection</u>

Fees: $1,190.00;      Total Hours: 1.6

This category includes time spent analyzing claims asserted against the Debtors' estates and potential objections, challenges and counterclaims thereto, including time spent (a) addressing issues relating to the establishment of a "bar date," (b) analyzing a motion seeking

6

7321358

allowance of an alleged administrative expense claim, and (c) communicating with Debtors'
counsel regarding the foregoing.

      D.     <u>Fee/Employment Applications</u>

      Fees: $4,785.00;     Total Hours: 8.7

This category includes time spent preparing Sills' February and March fee applications.

      E.     <u>Litigation (Other than Avoidance Action Litigation)</u>

      Fees: $22,848.00;     Total Hours: 38.4

This category includes time spent reviewing documents produced in response to
discovery requests, conducting related research and preparing a related memorandum.

      F.     <u>Avoidance Action Litigation</u>

      Fees: $1,725.50;     Total Hours: 2.9

This category includes time spent reviewing documents produced in response to
discovery requests.

      G.     <u>Plan and Disclosure Statement</u>

      Fees: $1,050.00;     Total Hours: 1.4

This category includes time spent analyzing issues related to the projected "waterfall"
under the Debtors' potential chapter 11 plan.

      H.     <u>Litigation Consulting</u>

      Fees: $2,702.50;     Total Hours: 4.7

This category includes time spent addressing issues related to a document production
related to a Committee investigation.

<strong><u>Conclusion</u></strong>

      8.     Sills submits that the amounts sought are fair and reasonable given (a) the
complexity of these cases, (b) the time expended, (c) the nature and extent of the services

7

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests that an allowance be made to Sills for the sums of $72,300.00 (80% of $90,375.00) as compensation, *plus* and $2,184.00 for reimbursement of actual and necessary expenses, for a total of $74,484.00, and that such amounts be authorized for payment.

Dated: August 7, 2020
Wilmington, Delaware

Respectfully submitted,

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

7321358

## **VERIFICATION**

STATE OF NEW JERSEY       )
                                  ) SS:
COUNTY OF MORRIS           )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

# Exhibit "A"

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1777129 |
| Date | 06/16/20 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI # 22-1920331

Re:    Creditors' Committee

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 05/05/20 | AHS | Review of draft waterfall. | 0.30 | 247.50 |
| | | Call with Debtors' professionals re: draft waterfall. | 1.10 | 907.50 |
| 05/06/20 | AHS | Attend call with BRG to discuss waterfall issues. | 0.80 | 660.00 |
| 05/13/20 | AHS | Attend call with counsel for Debtors re: diligence and affirmative claim issues. | 1.10 | 907.50 |
| 05/28/20 | AHS | Analysis of potential claims against Freedman entities. | 0.40 | 330.00 |
| 05/05/20 | BM | Attend to issues regarding discovery with MBNF-related entities. | 0.70 | 525.00 |
| | | Analysis regarding investigation of potential causes of action of the estates against third parties. | 0.80 | 600.00 |
| | | Analysis of issues regarding investigation of potential causes of action against non-debtor affiliates. | 1.20 | 900.00 |
| 05/06/20 | BM | Attend to issues regarding investigation of potential claims against non-debtor affiliates. | 1.30 | 975.00 |
| 05/07/20 | BM | Attend to issues regarding discovery from MBNF-related entities. | 0.80 | 600.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1777129 |
| Date | 06/16/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Analysis regarding investigation of potential causes of action against certain non-debtor affiliates. | 1.60 | 1,200.00 |
| 05/08/20 | BM | Analysis regarding investigation of potential causes of action against non-debtor affiliates. | 1.80 | 1,350.00 |
| 05/13/20 | BM | Attend to issues regarding investigation of potential D&O claims. | 1.70 | 1,275.00 |
| 05/15/20 | BM | Attend to issues regarding discovery from MBNF-related entities. | 1.10 | 825.00 |
| 05/20/20 | BM | Attend to issues regarding discovery with MBNF-related entities. | 0.80 | 600.00 |
| | | Attend to issues regarding investigation of potential estate-based causes of action. | 1.40 | 1,050.00 |
| 05/21/20 | BM | Attend to issues regarding investigation of potential causes of action against non-Debtor affiliates. | 1.70 | 1,275.00 |
| 05/22/20 | BM | Call with Paladin's counsel regarding document productions. | 0.70 | 525.00 |
| | | Analysis regarding investigation of potential D&O claims. | 1.20 | 900.00 |
| 05/27/20 | BM | Attend to issues regarding investigation of potential claims against non-debtor affiliates. | 1.10 | 825.00 |
| 05/28/20 | BM | Analysis regarding investigation of potential causes of action against non-debtor affiliates. | 1.10 | 825.00 |
| 05/04/20 | BSC | Review discovery documents in relation to potential causes of action. | 1.80 | 1,350.00 |
| | | Research and analysis regarding potential causes of action. | 3.10 | 2,325.00 |
| 05/05/20 | BSC | Legal research, document review and analysis concerning possible causes of action. | 2.20 | 1,650.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 3 |
| Inv# | 1777129 |
| Date | 06/16/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 05/06/20 | BSC | Research and analysis relating to causes of action. | 4.20 | 3,150.00 |
| 05/07/20 | BSC | Research regarding possible causes of action. | 4.10 | 3,075.00 |
| 05/08/20 | BSC | Research and analyze possible alternative and cumulative causes of action. | 5.20 | 3,900.00 |
| 05/11/20 | BSC | Review and evaluate potential claims. | 2.70 | 2,025.00 |
| 05/12/20 | BSC | Research relating to possible causes of action. | 3.30 | 2,475.00 |
| 05/15/20 | BSC | Research and analysis regarding possible breach of duty claims. | 1.90 | 1,425.00 |
| 05/18/20 | BSC | Legal research of Delaware law regarding potential claims against LLC manager. | 2.20 | 1,650.00 |
| 05/19/20 | BSC | Legal research regarding potential direct or derivative claims against LLC manager. | 2.70 | 2,025.00 |
| 05/22/20 | BSC | Research Delaware and bankruptcy law relating to exculpation and claims that may be actionable against LLC managers. | 4.20 | 3,150.00 |
| 05/26/20 | BSC | Research regarding potential veil piercing claim. | 1.30 | 975.00 |
| 05/27/20 | BSC | Research and analyze law regarding potential causes of action. | 5.50 | 4,125.00 |
| 05/28/20 | BSC | Research and evaluate law regarding fiduciary duty claims. | 3.70 | 2,775.00 |
|  |  | Review and evaluate Paladin acquisition in relation to claims investigation. | 2.80 | 2,100.00 |
| 05/29/20 | BSC | Legal research with respect to potential fiduciary duty claims. | 3.70 | 2,775.00 |
|  |  | **TASK TOTAL 101** | **77.30** | **58,252.50** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1777129 |
| Date | 06/16/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **104 - CASE ADMINISTRATION** | | | | |
| 05/08/20 | AHS | Attend Committee meeting. | 0.90 | 742.50 |
| | | Follow up after Committee meeting re: next steps. | 0.30 | 247.50 |
| | | Review of documents to prepare for Committee meeting. | 0.80 | 660.00 |
| | | Call with BRG to prepare for Committee meeting. | 0.30 | 247.50 |
| 05/21/20 | AHS | Call with creditors re: case status and potential affirmative claims. | 0.30 | 247.50 |
| 05/01/20 | BM | Attend to issues regarding financial condition of the estates and winddown issues. | 1.10 | 825.00 |
| 05/04/20 | BM | Attend to issues regarding waterfall analysis. | 0.70 | 525.00 |
| 05/05/20 | BM | Call with Debtors' counsel regarding pending matters. | 1.10 | 825.00 |
| 05/06/20 | BM | Call with BRG regarding pending matters. | 0.80 | 600.00 |
| 05/08/20 | BM | Attend telephonic Committee meeting. | 0.80 | 600.00 |
| 05/12/20 | BM | Call with Debtors' counsel regarding pending matters. | 0.90 | 675.00 |
| 05/13/20 | BM | Call with Debtors' counsel regarding pending matters. | 0.90 | 675.00 |
| 05/05/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 05/13/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 05/16/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 05/18/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 05/23/20 | GAK | Review upcoming hearing agenda and update case calendar. | 0.10 | 55.00 |
| 05/26/20 | GAK | Update case calendar. | 0.10 | 55.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 5 |
| Inv# | | 1777129 |
| Date | | 06/16/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/27/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| | | **TASK TOTAL 104** | **9.60** | **7,255.00** |

**105 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/11/20 | AHS | Call with Debtors' counsel re: bar date and claim issues. | 0.40 | 330.00 |
| 05/11/20 | BM | Call with Debtors' counsel regarding claims administration issues. | 0.40 | 300.00 |
| 05/12/20 | BM | Attend to bar date issues. | 0.60 | 450.00 |
| 05/07/20 | GAK | Review motion for allowance of administrative expense claim. | 0.20 | 110.00 |
| | | **TASK TOTAL 105** | **1.60** | **1,190.00** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/05/20 | GAK | Work on February fee application. | 2.70 | 1,485.00 |
| | | Work on March Fee Application. | 2.40 | 1,320.00 |
| | | Incorporate comments of A. Sherman into February fee application. | 0.40 | 220.00 |
| 05/07/20 | GAK | Update fee application based on comments of A. Sherman and revised invoice. | 0.90 | 495.00 |
| 05/14/20 | GAK | Emails with A. Sherman regarding fee applications. | 0.20 | 110.00 |
| | | Finalize February fee application for filing. | 0.20 | 110.00 |
| | | Finalize March fee application for filing. | 0.30 | 165.00 |
| 05/21/20 | GAK | Review proposed order approving fee application. | 0.10 | 55.00 |
| 05/27/20 | GAK | Attention to fee applications. | 0.90 | 495.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1777129 |
| Date | 06/16/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/28/20 | GAK | Attention to fee application. | 0.60 | 330.00 |
| | | **TASK TOTAL 107** | **8.70** | **4,785.00** |

## 110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/05/20 | REB | Call with B. Mankovetskiy and B. Coven re: MBNF production issues. | 1.80 | 1,071.00 |
| 05/06/20 | REB | Calls with B. Coven re: MBNF investigation issues. | 1.80 | 1,071.00 |
| | | Calls with B. Mankovetskiy and B. Coven re: investigation of MBNF entities. | 0.80 | 476.00 |
| 05/07/20 | REB | Calls with B. Coven re: MBNF investigation. | 1.10 | 654.50 |
| | | Research re: claims and causes of action in connection with MBNF investigation. | 2.60 | 1,547.00 |
| | | Draft memorandum re: MBNF entities investigation. | 2.40 | 1,428.00 |
| 05/08/20 | REB | Calls with B. Coven re: revision of memo regarding litigation strategy with respect to production from Freedman entities. | 2.40 | 1,428.00 |
| | | Calls with B. Mankovetskiy re: memo regarding litigation strategy with respect to production from Freedman entities. | 0.80 | 476.00 |
| | | Revise memo regarding litigation strategy with respect to production from Freedman entities. | 2.20 | 1,309.00 |
| 05/12/20 | REB | Update investigation memorandum re: comments from B. Mankovetskiy and B. Coven. | 4.40 | 2,618.00 |
| 05/13/20 | REB | Review documents from MBNF production re: leases. | 0.80 | 476.00 |
| 05/20/20 | REB | Review MBNF discovery documents and update outline re: same. | 3.70 | 2,201.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 7 |
| Inv# | | 1777129 |
| Date | | 06/16/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 05/21/20 | REB | Review MBNF production. | 3.90 | 2,320.50 |
| 05/27/20 | REB | Review MBNF production and internal emails re: same. | 2.60 | 1,547.00 |
| 05/28/20 | REB | Call with B. Coven re: MBNF investigation. | 0.80 | 476.00 |
| | | Review recent document production. | 1.10 | 654.50 |
| | | Call with B. Coven re: certain documents in recent document production. | 0.40 | 238.00 |
| | | Review MBNF documents. | 3.40 | 2,023.00 |
| 05/29/20 | REB | Review document production from MBNF entities. | 1.40 | 833.00 |
| | | **TASK TOTAL 110** | **38.40** | **22,848.00** |

## 111 - AVOIDANCE ACTION LITIGATION

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 05/05/20 | REB | Reviewed MBNF follow-up production documents. | 2.90 | 1,725.50 |
| | | **TASK TOTAL 111** | **2.90** | **1,725.50** |

## 113 - PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 05/05/20 | BM | Analysis regarding waterfall issues. | 0.80 | 600.00 |
| 05/06/20 | BM | Attend to issues regarding Debtors' projected waterfall. | 0.60 | 450.00 |
| | | **TASK TOTAL 113** | **1.40** | **1,050.00** |

## 121 - LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 05/02/20 | CJF | Review e-mails and letter from W. Pollak regarding fifth production of documents. | 0.20 | 115.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1777129 |
| Date | 06/16/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | Exchange emails with UnitedLex regarding loading fifth production of documents and credential for same. | 0.20 | 115.00 |
| 05/06/20 | CJF | Review document production regarding technical issues with metadata and attachments. | 0.20 | 115.00 |
| | | Analyze issues regarding technical and threading issues with latest document production. | 0.30 | 172.50 |
| | | Prepare e-mail to W. Pollack regarding technical issues with document production metadata and status of productions. | 0.20 | 115.00 |
| 05/07/20 | CJF | Prepare e-mail to W. Pollak regarding missing email attachments and threading issues with productions. | 0.20 | 115.00 |
| | | Review e-mail to W. Pollak regarding production of additional transactional documents. | 0.10 | 57.50 |
| 05/13/20 | CJF | Prepare follow up emails to W. Pollack regarding production issues. | 0.10 | 57.50 |
| 05/14/20 | CJF | Review e-mail from W. Pollack regarding additional transactional documents, privilege claw back and addressing technical issues with prior productions. | 0.10 | 57.50 |
| 05/15/20 | CJF | Prepare e-mail to UnitedLex regarding replacement images and supplemental productions. | 0.30 | 172.50 |
| | | Analyze issues regarding follow up with W. Pollak and strategy for obtaining additional documents. | 0.40 | 230.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1777129 |
| Date | 06/16/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | Prepare e-mails to and review e-mails from W. Pollack regarding download link to production. | 0.10 | 57.50 |
| 05/19/20 | CJF | Prepare follow up email to W. Pollak regarding status of productions and request for conference call. | 0.10 | 57.50 |
| 05/20/20 | CJF | Exchange e-mails with W. Pollak regarding status of document production. | 0.20 | 115.00 |
| 05/22/20 | CJF | Telephone conference with W. Pollack and E. Grossman regarding status of document production. | 0.80 | 460.00 |
| | | Analyze issues regarding document review strategy and obtaining documents from debtors. | 0.30 | 172.50 |
| 05/23/20 | CJF | Prepare email to W. Pollak regarding status of next rolling production. | 0.10 | 57.50 |
| 05/24/20 | CJF | Review e-mails from W. Pollak regarding next rolling production and attend to same. | 0.40 | 230.00 |
| 05/25/20 | CJF | Exchange e-mails with UnitedLex regarding processing of next rolling production. | 0.20 | 115.00 |
| 05/28/20 | CJF | Analyze issues regarding family relationship in documents produced. | 0.20 | 115.00 |
| | | **TASK TOTAL 121** | **4.70** | **2,702.50** |
| | | **TOTAL FEES** | **144.60** | **$99,808.50** |
| | | **TOTAL FEES at Blended Rate of $625** | **144.60** | **$90,375.00** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1777129 |
| Date | 06/16/20 |
| 08650118.000001 | - AHS |

## TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 77.30 | 58,252.50 |
| 104 | Case Administration | 9.60 | 7,255.00 |
| 105 | Claims Administration and Objections | 1.60 | 1,190.00 |
| 107 | Fee/Employment Applications | 8.70 | 4,785.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 38.40 | 22,848.00 |
| 111 | Avoidance Action Litigation | 2.90 | 1,725.50 |
| 113 | Plan and Disclosure Statement | 1.40 | 1,050.00 |
| 121 | Litigation Consulting | 4.70 | 2,702.50 |
| | **TOTAL FEES** | **144.60** | **$99,808.50** |
| | **TOTAL FEES at Blended Rate of $625** | **144.60** | **$90,375.00** |

## FEE RECAP

| | | | | |
|---|---|---|---|---|
| AHS | Andrew H. Sherman | 6.70 | $825 | 5,527.50 |
| BM | Boris Mankovetskiy | 27.70 | $750 | 20,775.00 |
| BSC | Brian S. Coven | 54.60 | $750 | 40,950.00 |
| CJF | Charles J. Falletta | 4.70 | $575 | 2,702.50 |
| REB | Rachel E. Brennan | 41.30 | $595 | 24,573.50 |
| GAK | Gregory A. Kopacz | 9.60 | $550 | 5,280.00 |
| | **TOTAL FEES** | **144.60** | | **$99,808.50** |
| | **TOTAL FEES at Blended Rate of $625** | **144.60** | | **$90,375.00** |

# Sills Cummis & Gross

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 11 |
| Inv# | 1777129 |
| Date | 06/16/20 |
| 08650118.000001 | - AHS |

## DISBURSEMENT DETAIL

| 05/24/20 | CJF | Litigation Support Vendors (UnitedLex project management) | 2,184.00 |
|---|---|---|---|
| | | **TOTAL DISBURSEMENTS** | **$2,184.00** |

## DISBURSEMENT RECAP

| | | |
|---|---|---|
| Litigation Support Vendors (UnitedLex) | | 2,184.00 |
| **TOTAL DISBURSEMENTS** | | **$2,184.00** |
| **TOTAL THIS INVOICE** | | **$92,559.00\*** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$99,808.50**) and fees at *Blended Rate* of $625 (**$90,375.00**) apply.