**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 27, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**TWELFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM JUNE 1, 2020 THROUGH JUNE 30, 2020**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | June 1, 2020 – June 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $117,515.60  (80% of $146,894.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $5,975.93 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

7403090

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, primary department or group, year of obtaining relevant license to practice, if applicable | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $825 | 5.3 | $4,372.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $750 | 21.8 | $16,350.00 |
| Brian Coven | Member, Corporate First Bar Admission: 1982 | $750 | 23.8 | $17,850.00 |
| Clint Kakstys | Member, Real Estate First Bar Admission: 2004 | $650 | 41.2 | $26,780.00 |
| Charles J. Falletta | Member, Litigation First Bar Admission: 1996 | $575 | 13.9 | $7,992.50 |
| Daniel J. Harris | Of Counsel, Bankruptcy First Bar Admission: 2008 | $625 | 18.2 | $11,375.00 |
| David G. Cherna | Of Counsel, Real Estate First Bar Admission: 1983 | $595 | 34.1 | $20,289.50 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $595 | 41.0 | 24,395.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $550 | 12.9 | $7,095.00 |
| Matthew P. Canini | Associate, Litigation First Bar Admission: 2012 | $425 | 14.4 | $6,120.00 |
| Frank Gonzalez | Paralegal, Litigation First Bar Admission: N/A | $225 | 19.0 | $4,275.00 |
| **Total Fees at Standard Rates** | | | **245.6** | **$146,894.50** |
| **Total Fees at $625 Blended Rate[2]** | | | **245.6** | **$153,500.00** |

[1] Effective October 1, 2019, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions. For instance, the hourly rate of Andrew Sherman was increased from $795 to $825; the hourly rate of Boris Mankovetskiy was increased from $725 to $750; the hourly rate of Rachel Brennan was increased from $545 to $595; and the hourly rate of Gregory Kopacz was increased from $525 to $550. However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Nunc Pro Tunc to July 15, 2019* [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will

7403090

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery (101) | 44.0 | $32,809.50 |
| Asset Disposition (102) | 0.8 | $600.00 |
| Case Administration (104) | 1.5 | $1,025.00 |
| Claims Administration and Objections (105) | 6.0 | $4,442.50 |
| Fee/Employment Applications (107) | 11.1 | $6,105.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 72.3 | $41,300.50 |
| Relief from Stay Proceedings (114) | 1.7 | $1,275.00 |
| Litigation Consulting (121) | 108.2 | $59,337.00 |
| **Total Fees at Standard Rate** | **245.6** | **$146,894.50** |
| **Total Fees at $625 Blended Rate[3]** | **245.6** | **$153,500.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendors (UnitedLex) | $5,920.26 |
| Telephone Toll Charges | $55.67 |
| **TOTAL** | **$5,975.93** |

---

be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

[3] As noted in the Retention Application, "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 27, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

**TWELFTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM JUNE 1, 2020 THROUGH JUNE 30, 2020**

Pursuant to sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation*

*and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills

Cummis & Gross P.C. ("Sills") files this *Twelfth Application for Allowance of Compensation for*

*Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of*

*Unsecured Creditors for the Period From June 1, 2020 Through June 30, 2020* (the

"Application").  By the Application, Sills seeks allowance of $117,515.60 (80% of $146,894.50)

in fees for services rendered, *plus* $5,975.93 for reimbursement of actual and necessary expenses

for the period from June 1, 2020 through June 30, 2020 (the "Compensation Period"), for a total

of $123,491.53.

**Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for

7403090

relief under chapter 11 of the Bankruptcy Code.

2.     On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.     Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.     All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.     The fee statement for the Compensation Period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third Circuit law, and the Compensation Order.

## Actual and Necessary Expenses

6.     Detailed information regarding Sills' expenses during the Compensation Period is

5

7403090

included in **Exhibit A**.

## Summary of Services by Project

7.     The services Sills rendered during the Compensation Period are generally

described below, with a more detailed identification of the actual services provided in **Exhibit A**.

A.     Asset Analysis and Recovery

Fees: $32,809.50;        Total Hours: 44.0

This category includes time spent investigating causes of action against certain non-

debtor affiliates and other parties, including time spent: (a) conducting research and analysis

regarding potential claims and causes of action, including veil-piercing claims, breach of

fiduciary duty claims, unjust enrichment claims, substantive consolidation claims and fraudulent

conveyance claims; (b) addressing related discovery issues; and (c) communicating with

Debtors' counsel and the Committee's other advisors regarding the foregoing and related issues.

B.     Asset Disposition

Fees: $600.00;          Total Hours: 0.8

This category includes time spent addressing post-closing sale issues.

C.     Case Administration

Fees: $1,025.00;        Total Hours: 1.5

This category includes time spent: (a) communicating with Debtors' counsel regarding

pending matters, and (b) updating the "critical dates" calendar.

D.     Claims Administration and Objection

Fees: $4,442.50;        Total Hours: 6.0

This category includes time spent analyzing claims asserted against the Debtors' estates

and potential objections, challenges and counterclaims thereto, including time spent (a)

addressing issues relating to the establishment of a "bar date," (b) analyzing setoff issues and a

6

related consent order resolving certain claims, and (c) communicating with Debtors' counsel and the Committee members regarding the foregoing and other claim issues.

E.      Fee/Employment Applications

Fees: $6,105.00;        Total Hours: 11.1

This category includes time spent preparing Sills' April, May and third interim fee applications.

F.      Litigation (Other than Avoidance Action Litigation)

Fees: $41,300.50;        Total Hours: 72.3

This category includes time spent reviewing documents produced in response to discovery requests, conducting related research and drafting a related memorandum.

G.      Relief from Stay Proceedings

Fees: $1,275.00;        Total Hours: 1.7

This category includes time spent addressing issues related to the resolution of a motion seeking relief from the automatic stay.

H.      Litigation Consulting

Fees: $59,337.00;        Total Hours: 108.2

This category includes time spent addressing issues and reviewing documents related to a document production related to a Committee investigation of potential claims and causes of action.

## Conclusion

8.      Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

7

7403090

**WHEREFORE**, Sills requests that an allowance be made to Sills for the sums of $117,515.60 (80% of $146,894.50) as compensation, *plus* and $5,975.93 for reimbursement of actual and necessary expenses, for a total of $123,491.53, and that such amounts be authorized for payment.

Dated: August 7, 2020
Wilmington, Delaware

Respectfully submitted,

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

8

7403090

## **<u>VERIFICATION</u>**

STATE OF NEW JERSEY      )
                                    ) SS:
COUNTY OF MORRIS         )

           Andrew H. Sherman, after being duly sworn according to law, deposes and says:

           a)       I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

           b)       I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

           c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

           d)       I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                    */s/ Andrew H. Sherman*
                                    Andrew H. Sherman

# Exhibit "A"

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI # 22-1920331

Re:    Creditors' Committee

**For legal services rendered:**

| <u>DATE</u> | <u>ATTY</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 06/26/20 | AHS | Attend call with counsel for Debtors re: discovery issues and claim issues. | 1.00 | 825.00 |
| | | Call with BRG re: discovery and potential causes of action. | 0.80 | 660.00 |
| 06/02/20 | BM | Attend to issues regarding investigation of potential estate-based causes of action. | 1.20 | 900.00 |
| 06/03/20 | BM | Attend to issues regarding investigation of potential estate-based causes of action. | 1.30 | 975.00 |
| 06/04/20 | BM | Attend to issues regarding collection of remaining assets and winddown of the estates. | 0.90 | 675.00 |
| 06/05/20 | BM | Attend to issues regarding investigation of potential causes of action against MBNF-related entities. | 1.30 | 975.00 |
| 06/08/20 | BM | Attend to issues regarding investigation of potential estate-based causes of action. | 1.30 | 975.00 |
| 06/09/20 | BM | Attend to issues regarding investigation of potential D&O claims. | 1.70 | 1,275.00 |
| 06/10/20 | BM | Attend to issues regarding Debtors' organizational documents. | 0.80 | 600.00 |
| 06/11/20 | BM | Analysis regarding potential causes of action against Debtors' D&Os. | 1.30 | 975.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/15/20 | BM | Attend to issues regarding discovery requests to the Debtors in connection with investigation of potential causes of action. | 1.10 | 825.00 |
| 06/18/20 | BM | Attend to issues regarding investigation of potential D&O claims. | 0.90 | 675.00 |
| 06/19/20 | BM | Analysis regarding investigation of potential estate-based claims. | 1.20 | 900.00 |
| 06/23/20 | BM | Attend to issues regarding discovery from MBNF-related entities. | 0.80 | 600.00 |
| 06/25/20 | BM | Analysis of issues regarding investigation of potential D&O claims. | 1.20 | 900.00 |
| 06/26/20 | BM | Attend to issues regarding investigation of potential D&O claims. | 1.30 | 975.00 |
| 06/01/20 | BSC | Investigation of potential debtor causes of action. | 1.30 | 975.00 |
| | | Research and evaluate potential fraudulent transfer remedy against non-debtor affiliates. | 1.10 | 825.00 |
| 06/02/20 | BSC | Research and analysis of possible unjust enrichment claims against non-debtor affiliates. | 1.30 | 975.00 |
| 06/03/20 | BSC | Research potential substantive consolidation with non-debtor affiliate. | 1.40 | 1,050.00 |
| 06/05/20 | BSC | Analyze veil piercing elements. | 1.40 | 1,050.00 |
| 06/08/20 | BSC | Research veil piercing remedy against debtor affiliates. | 1.30 | 975.00 |
| 06/09/20 | BSC | Research case law on adequacy of capitalization in relation to claims investigation. | 1.20 | 900.00 |
| | | Background research regarding opco/propco structuring in connection with potential claims analysis. | 3.20 | 2,400.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/10/20 | BSC | Attend to claims investigation review. | 1.40 | 1,050.00 |
| 06/11/20 | BSC | Document review regarding potential claims. | 1.60 | 1,200.00 |
| 06/12/20 | BSC | Research and analysis of potential substantive consolidation claim. | 1.20 | 900.00 |
| 06/15/20 | BSC | Document review and research regarding potential claims by debtor. | 2.20 | 1,650.00 |
| 06/18/20 | BSC | Investigation of potential D&O claims. | 0.60 | 450.00 |
| 06/25/20 | BSC | Document review and research relating to claims investigation. | 2.70 | 2,025.00 |
| 06/26/20 | BSC | Legal research and analysis of potential causes of action. | 1.30 | 975.00 |
| 06/30/20 | BSC | Claims investigation review. | 0.60 | 450.00 |
| 06/24/20 | REB | Review document production in connection with investigation. | 2.10 | 1,249.50 |
| | | **TASK TOTAL 101** | **44.00** | **32,809.50** |

**102 - ASSET DISPOSITION**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/05/20 | BM | Attend to issues regarding post-closing reconciliations under STC APA. | 0.80 | 600.00 |
| | | **TASK TOTAL 102** | **0.80** | **600.00** |

**104 - CASE ADMINISTRATION**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/15/20 | BM | Call with Debtors' counsel regarding pending matters. | 0.30 | 225.00 |
| 06/26/20 | BM | Call with Debtors' counsel regarding pending matters. | 0.70 | 525.00 |
| 06/10/20 | GAK | Update case calendar. | 0.10 | 55.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/11/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 06/14/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 06/22/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 06/23/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| | | **TASK TOTAL 104** | **1.50** | **1,025.00** |

**105 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/09/20 | AHS | Review of proposed bar date order and email to Committee re: same. | 0.60 | 495.00 |
| 06/12/20 | AHS | Call with counsel for Freedman parties re: discovery issues. | 0.50 | 412.50 |
| | | Follow up re: claim issues. | 0.20 | 165.00 |
| 06/15/20 | AHS | Call with Debtors' counsel re: document production from Freedman entities and issues relating to resolution of claims. | 0.50 | 412.50 |
| 06/16/20 | AHS | Call with creditor re: plan and distribution issues. | 0.20 | 165.00 |
| 06/25/20 | AHS | Emails re: CMS setoff issues. | 0.20 | 165.00 |
| 06/26/20 | AHS | Review and revise order re: CMS setoff issues. | 0.50 | 412.50 |
| 06/05/20 | BM | Analysis of issues regarding CMS's setoff claims. | 0.70 | 525.00 |
| 06/10/20 | BM | Attend to the proposed form of bar date order. | 0.60 | 450.00 |
| 06/26/20 | BM | Attend to revisions of proposed consent order with CMS. | 0.70 | 525.00 |
| 06/09/20 | GAK | Review the Debtors' proposed bar date order and draft email to the Committee members regarding same. | 1.30 | 715.00 |
| | | **TASK TOTAL 105** | **6.00** | **4,442.50** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|

### 107 - FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/20 | GAK | Work on April fee application. | 2.30 | 1,265.00 |
| 06/09/20 | GAK | Update April fee application based on revised invoice. | 0.70 | 385.00 |
| 06/10/20 | GAK | Various communications with A. Sherman and local counsel regarding April fee application. | 0.20 | 110.00 |
| 06/11/20 | GAK | Draft proposed email to opposing counsel regarding fee applications. | 0.80 | 440.00 |
| | | Review CNOs and fee orders in connection with fee applications. | 0.40 | 220.00 |
| 06/25/20 | GAK | Work on May fee application. | 2.60 | 1,430.00 |
| 06/26/20 | GAK | Work on Third interim fee application. | 0.80 | 440.00 |
| 06/15/20 | GAK | Work on interim fee application. | 3.30 | 1,815.00 |
| | | **TASK TOTAL 107** | **11.10** | **6,105.00** |

### 110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/20 | AHS | Call with T. Horan to coordinate investigation issues and potential claims. | 0.40 | 330.00 |
| 06/10/20 | AHS | Address issues re: production of documents from Freedman entities and claim issues. | 0.40 | 330.00 |
| 06/09/20 | DJH | Call with R. Brennan regarding claims investigation. | 1.30 | 812.50 |
| | | Review documents following call with R. Brennan regarding investigation. | 0.50 | 312.50 |
| | | Review background materials in connection with investigation preparations. | 0.50 | 312.50 |
| 06/10/20 | DJH | Review background material and first day declaration in preparation for document | 1.20 | 750.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | review. | | |
| 06/17/20 | DJH | Review and analyze claims investigation documents. | 1.40 | 875.00 |
| 06/18/20 | DJH | Review documents in connection with claims investigation. | 3.70 | 2,312.50 |
| 06/19/20 | DJH | Review documents in connection with claims investigation. | 3.20 | 2,000.00 |
| 06/22/20 | DJH | Review documents in connection with claims investigation. | 1.70 | 1,062.50 |
| 06/24/20 | DJH | Review documents in connection with claims investigation. | 1.30 | 812.50 |
| 06/26/20 | DJH | Review documents in connection with claims investigation. | 1.00 | 625.00 |
| 06/29/20 | DJH | Review documents in connection with claims investigation. | 2.40 | 1,500.00 |
| 06/09/20 | MPC | Review correspondence from C. Falletta regarding review. | 0.10 | 42.50 |
| 06/11/20 | MPC | Call regarding document review. | 0.80 | 340.00 |
| 06/24/20 | MPC | Review of documents to investigate potential claims. | 0.80 | 340.00 |
| 06/25/20 | MPC | Review documents to investigate potential claims. | 1.90 | 807.50 |
| 06/26/20 | MPC | Review documents to investigate potential claims. | 0.60 | 255.00 |
| 06/27/20 | MPC | Review documents to investigate claims. | 5.20 | 2,210.00 |
| 06/28/20 | MPC | Review documents to investigate claims. | 4.20 | 1,785.00 |
| 06/30/20 | MPC | Review documents to investigate potential claims. | 0.80 | 340.00 |
| 06/01/20 | REB | Review MBNF Production. | 1.90 | 1,130.50 |
| 06/02/20 | REB | Review documents in MBNF document production. | 3.40 | 2,023.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/05/20 | REB | Call with B. Coven re: MBNF documents and acquisition issues. | 1.20 | 714.00 |
| 06/08/20 | REB | Call re: document production review and strategy. | 1.40 | 833.00 |
| | | Draft production review strategy memo. | 0.80 | 476.00 |
| 06/09/20 | REB | Call with D. Harris re: pending investigation of MBNF entities. | 1.80 | 1,071.00 |
| | | Update discovery memo re: recent document review and search terms list. | 4.40 | 2,618.00 |
| 06/10/20 | REB | Call with B. Coven re: MBNF investigation issues. | 0.90 | 535.50 |
| | | Call with C. Falletta  re: MBNF investigation and discovery issues. | 1.10 | 654.50 |
| | | Draft overview memo re: discovery and investigation of MBNF entities. | 1.90 | 1,130.50 |
| | | Update investigation memo and search term list re: MBNF entities investigation. | 1.20 | 714.00 |
| 06/11/20 | REB | Research re: MBNF investigation and topic list. | 3.60 | 2,142.00 |
| | | Call with MBNF discovery team re: investigation. | 1.40 | 833.00 |
| 06/12/20 | REB | Call with B. Coven re: updates to search term list. | 0.50 | 297.50 |
| | | Update search term list and memo. | 0.60 | 357.00 |
| | | Call re: production and review issues. | 1.30 | 773.50 |
| 06/15/20 | REB | Review search term list and discovery questions re: MBNF production. | 1.20 | 714.00 |
| | | Draft discovery documents for Debtor entities. | 4.30 | 2,558.50 |
| 06/16/20 | REB | Revise discovery documents for Debtor entities. | 2.40 | 1,428.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | Review documents in connection with investigation of MBNF claims. | 3.60 | 2,142.00 |
| | | **TASK TOTAL 110** | **72.30** | **41,300.50** |

**114 - RELIEF FROM STAY PROCEEDINGS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/04/20 | BM | Attend to issues regarding resolution of CMS's stay relief motion. | 0.80 | 600.00 |
| 06/25/20 | BM | Attend to issues regarding proposed resolution of CMS's motion to lift stay. | 0.90 | 675.00 |
| | | **TASK TOTAL 114** | **1.70** | **1,275.00** |

**121 - LITIGATION CONSULTING**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/04/20 | CJF | Review e-mails and letter from W. Pollak regarding additional production of documents. | 0.10 | 57.50 |
| | | Prepare emails to and review e-mails from UnitedLex regarding additional rolling production of documents and preparation of same. | 0.20 | 115.00 |
| | | Analyze issues regarding document review protocol and search terms. | 0.40 | 230.00 |
| 06/05/20 | CJF | Exchange e-mails regarding document review team and document review protocol. | 0.30 | 172.50 |
| 06/08/20 | CJF | Telephone conference regarding document review protocol for reviewing produced documents. | 1.40 | 805.00 |
| 06/09/20 | CJF | Analyze issues regarding document review team and review of produced documents. | 0.20 | 115.00 |
| | | Review e-mails from W. Pollak regarding next rolling production and attend to same. | 0.60 | 345.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/10/20 | CJF | Review MBNF discovery memorandum and analyze same. | 0.90 | 517.50 |
| | | Analyze issues with R. Brennan regarding review protocol and strategy concerning same. | 1.20 | 690.00 |
| | | Review saved searches for review team and revise same. | 0.90 | 517.50 |
| 06/11/20 | CJF | Analyze issues regarding issues for review protocol and batching of documents. | 0.40 | 230.00 |
| | | Prepare e-mails to and review e-mails from UnitedLex regarding access for document review team. | 0.10 | 57.50 |
| | | Review investigation overview memorandum. | 0.30 | 172.50 |
| | | Document review team meeting regarding review protocol. | 1.40 | 805.00 |
| | | Analyze issues regarding composition of review team. | 0.10 | 57.50 |
| | | Review status of Relativity database and processing of latest production (PAHH-10). | 0.20 | 115.00 |
| | | Review and revise searches for review team. | 0.20 | 115.00 |
| 06/12/20 | CJF | Review email from H. Liberman forwarding revised production letter with corrected bates number ranges. | 0.10 | 57.50 |
| | | Telephone conference with W. Pollak regarding document production and case status. | 0.70 | 402.50 |
| | | Telephone conference with UnitedLex regarding searches for review team, review panel, and batching. | 1.20 | 690.00 |
| | | Analyze issue regarding document review strategy. | 0.20 | 115.00 |
| | | Review updated version of CCH search terms. | 0.10 | 57.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/15/20 | CJF | Prepare e-mail to UnitedLex regarding additional rolling production and prepare same. | 0.30 | 172.50 |
| | | Review and exchange emails regarding coding panel and search terms for review batches. | 0.20 | 115.00 |
| | | Review emails from H. Liberman regarding additional production of documents. | 0.10 | 57.50 |
| 06/17/20 | CJF | Exchange e-mails with UnitedLex and R. Brennan regarding status of searches and batching documents for review team. | 0.20 | 115.00 |
| | | Prepare e-mail to review team regarding status of review batches. | 0.10 | 57.50 |
| | | Analyze issues regarding document review protocol. | 0.30 | 172.50 |
| 06/22/20 | CJF | Prepare e-mail to review team regarding review progress and review reporting. | 0.20 | 115.00 |
| 06/26/20 | CJF | Analyze issues regarding accessing American Academic emails and confidentiality/claw back protocol regarding same. | 0.40 | 230.00 |
| | | Exchange e-mails with M. Minuti regarding accessing American Academic emails. | 0.10 | 57.50 |
| 06/29/20 | CJF | Review status of document review and completed batches. | 0.70 | 402.50 |
| | | Review e-mail from and prepare e-mail to M. Minuti regarding American Academic emails. | 0.10 | 57.50 |
| 06/11/20 | CK | Review background memoranda regarding potential claims. | 0.20 | 130.00 |
| | | Conference with review team regarding project overview and analysis of potential claims. | 1.30 | 845.00 |
| 06/18/20 | CK | Review document production and analyze potential claims and causes of action. | 1.70 | 1,105.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 11 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/19/20 | CK | Review document production and analyze potential claims and causes of action. | 4.10 | 2,665.00 |
| 06/20/20 | CK | Analysis of real estate transaction structural issues, including price allocation and lease provisions. | 0.70 | 455.00 |
| | | Review document production and analyze potential claims and causes of action. | 5.60 | 3,640.00 |
| 06/21/20 | CK | Review document production and analyze potential claims and causes of action. | 2.30 | 1,495.00 |
| | | Review document production and analyze potential claims and causes of action. | 2.20 | 1,430.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.50 | 975.00 |
| | | Review and analysis of draft joint venture agreement for owner of real estate portfolio. | 1.10 | 715.00 |
| 06/22/20 | CK | Review document production and analyze potential claims and causes of action. | 1.80 | 1,170.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.30 | 845.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.50 | 975.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.70 | 1,105.00 |
| 06/23/20 | CK | Review document production and analyze potential claims and causes of action. | 1.70 | 1,105.00 |
| 06/24/20 | CK | Review document production and analyze potential claims and causes of action. | 1.40 | 910.00 |
| | | Review document production and analyze potential claims and causes of action. | 2.50 | 1,625.00 |
| | | Review document production and analyze potential claims and causes of action. | 2.80 | 1,820.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 12 |
| Inv# | | 1779182 |
| Date | | 07/17/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|------:|-------:|
| | | Review document production and analyze potential claims and causes of action. | 1.90 | 1,235.00 |
| 06/25/20 | CK | Review document production and analyze potential claims and causes of action. | 2.70 | 1,755.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.20 | 780.00 |
| 06/12/20 | DGC | Review of Memoranda for background information. | 0.60 | 357.00 |
| 06/15/20 | DGC | Review of background Memoranda. | 1.60 | 952.00 |
| 06/17/20 | DGC | Review of documents. | 1.90 | 1,130.50 |
| 06/18/20 | DGC | Review of documents. | 2.20 | 1,309.00 |
| | | Telephone conference with R. Brennan regarding review of documents. | 0.20 | 119.00 |
| 06/19/20 | DGC | Review of documents. | 1.90 | 1,130.50 |
| 06/22/20 | DGC | Review of documents. | 3.60 | 2,142.00 |
| 06/23/20 | DGC | Review of Documents. | 3.20 | 1,904.00 |
| | | Review of Documents. | 2.60 | 1,547.00 |
| 06/24/20 | DGC | Review of documents. | 4.20 | 2,499.00 |
| 06/25/20 | DGC | Review of documents | 1.90 | 1,130.50 |
| 06/26/20 | DGC | Review of Documents. | 5.20 | 3,094.00 |
| 06/29/20 | DGC | Review of Documents. | 3.40 | 2,023.00 |
| 06/30/20 | DGC | Review of Documents. | 1.60 | 952.00 |
| 06/22/20 | FG | Review documents related to the Propco and Opco category and code same in Relativity database. | 4.90 | 1,102.50 |
| 06/24/20 | FG | Review document production and categorize IT issues related documents pursuant to memoranda in anticipation of filing an action as per C. Falletta. | 2.30 | 517.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 13 |
| Inv# | | 1779182 |
| Date | | 07/17/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Review document production and categorize Opco and Propco related documents pursuant to memoranda in anticipation of filing an action as per C. Falletta. | 3.40 | 765.00 |
| 06/25/20 | FG | Review production documents for possible claims against entities in bankruptcy proceedings. | 2.80 | 630.00 |
| 06/26/20 | FG | Review production documents and categorize back up documents for possible causes of action. | 0.80 | 180.00 |
| 06/29/20 | FG | Review document production to determine possible causes of action. | 0.70 | 157.50 |
| 06/30/20 | FG | Review document production and isolate possible causes of action. | 1.70 | 382.50 |
| | | Review document production and categorize documents related to IT issues and overdue payments. | 2.40 | 540.00 |
| | | **TASK TOTAL 121** | **108.20** | **59,337.00** |
| | | **TOTAL FEES** | **245.60** | **$146,894.50** |
| | | **TOTAL FEES at Blended Rate of $625** | **245.60** | **$153,500.00** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 44.00 | 32,809.50 |
| | 102 | Asset Disposition | 0.80 | 600.00 |
| | 104 | Case Administration | 1.50 | 1,025.00 |
| | 105 | Claims Administration and Objections | 6.00 | 4,442.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 14 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---:|---:|
| 107 | Fee/Employment Applications | | 11.10 | 6,105.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | | 72.30 | 41,300.50 |
| 114 | Relief from Stay Proceedings | | 1.70 | 1,275.00 |
| 121 | Litigation Consulting | | 108.20 | 59,337.00 |
| | **TOTAL FEES** | | **245.60** | **$146,894.50** |
| | **TOTAL FEES at Blended Rate of $625** | | **245.60** | **$153,500.00** |

**FEE RECAP**

| | | | | |
|---|---|---:|---:|---:|
| AHS | Andrew H. Sherman | 5.30 | $825 | 4,372.50 |
| BM | Boris Mankovetskiy | 21.80 | $750 | 16,350.00 |
| BSC | Brian S. Coven | 23.80 | $750 | 17,850.00 |
| CK | Clint Kakstys | 41.20 | $650 | 26,780.00 |
| CJF | Charles J. Falletta | 13.90 | $575 | 7,992.50 |
| DJH | Daniel J. Harris | 18.20 | $625 | 11,375.00 |
| DGC | David G. Cherna | 34.10 | $595 | 20,289.50 |
| REB | Rachel E. Brennan | 41.00 | $595 | 24,395.00 |
| GAK | Gregory A. Kopacz | 12.90 | $550 | 7,095.00 |
| MPC | Matthew P. Canini | 14.40 | $425 | 6,120.00 |
| FG | Frank Gonzalez | 19.00 | $225 | 4,275.00 |
| | **TOTAL FEES** | **245.60** | | **$146,894.50** |
| | **TOTAL FEES at Blended Rate of $625** | **245.60** | | **$153,500.00** |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---:|
| 05/06/20 | AHS | Telephone Toll Charges | 5.40 |
| 05/08/20 | AHS | Telephone Toll Charges | 26.90 |
| 05/11/20 | AHS | Telephone Toll Charges | 2.53 |
| 06/05/20 | CJF | Telephone Toll Charges | 3.24 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 15 |
| Inv# | 1779182 |
| Date | 07/17/20 |
| 08650118.000001 | - AHS |

| | | | |
|---|---|---|---|
| 06/11/20 | CJF | Telephone Toll Charges | 17.60 |
| 06/22/20 | CJF | Litigation Support Vendors (UnitedLex – document review management, project management, etc.) | 5,920.26 |
| | | **TOTAL DISBURSEMENTS** | **$5,975.93** |

**DISBURSEMENT RECAP**

| | |
|---|---|
| Litigation Support Vendors (UnitedLex) | 5,920.26 |
| Telephone Toll Charges | 55.67 |
| **TOTAL DISBURSEMENTS** | **$5,975.93** |
| **TOTAL THIS INVOICE** | **$152,870.43*** |

*Total includes fees at *Standard Rate*.  Per Retention Application, lesser of fees at *Standard Rates* (**$146,894.50**) and fees at *Blended Rate* of $625 (**$153,500.00**) apply.