## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 5, 2020 at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served (i) via email to the parties listed on **Exhibit A** and (ii) via first class mail, postage prepaid, to the parties listed on **Exhibit B** attached hereto:

- **Monthly Operating Report for Reporting Period: February 1, 2020 through February 29, 2020 [Docket No. 1724].**

- **Monthly Operating Report for Reporting Period: March 1, 2020 through March 31, 2020 [Docket No. 1725].**

- **Monthly Operating Report for Reporting Period: April 1, 2020 through April 30, 2020 [Docket No. 1726].**

- **Monthly Operating Report for Reporting Period: May 1, 2020 through May 31, 2020 [Docket No. 1727].**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: August 5, 2020

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 5th day of AUGUST, 20 20, by
Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

## **EXHIBIT A**

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                     Served 8/5/2020

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHSCHILD.COM

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

Parties Served:  3

## EXHIBIT B

FOX ROTHSCHILD LLP
ATTN: THOMAS HORAN
919 N MARKET ST, STE 300
WILMINGTON, DE 19899-2323

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BENJAMIN HACKMAN
844 KING ST, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

SILLS CUMMIS & GROSS P.C
ATTN: ANDREW SHERMAN/ BORIS MANKOVETSKIY
THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

Parties Served: 3