**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:  Sept. 9, 2020 at 11:30 a.m. (ET)** **Obj. Deadline:  Aug. 26, 2020 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION AND HEARING**

PLEASE TAKE NOTICE that, on August 12, 2020, Philadelphia Academic Health Holdings, LLC ("PAHH"), Philadelphia Academic Risk Retention Group, LLC ("PARRG"), Front Street Health Properties, LLC ("Front Street"), and Joel Freedman on behalf of himself and the Indemnities[2] (collectively, "Freedman," together with PAHH, PARRG, and Front Street, the "Claimants") filed the *Motion of Philadelphia Academic Health Holdings, Philadelphia Academic Risk Retention Group, LLC, Front Street Health Properties, LLC and Joel Freedman on Behalf of Himself and the Indemnities to Deem Certain Late-Filed Claims as Timely Filed* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] "Indemnities" include Joel Freedman, as an officer, along with his affiliates, partners, employees, and agents, and as an officer of any such affiliate.

Floor, Wilmington, Delaware 19801 on or before **August 26, 2020 at 4:00 p.m.** (**Eastern Time**).

PLEASE TAKE FURTHER NOTICE that, if any objection to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **September 9, 2020 at 11:30 a.m.** (**Eastern Time**).

PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

RLF1 23861450v.1

Dated: August 12, 2020
      Wilmington, Delaware

*/s/ Brendan J. Schlauch*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:    (302) 651-7700
Fax:    (302) 651-7701
Email:  collins@rlf.com
         merchant@rlf.com
         schlauch@rlf.com

-and-

Suzzanne Uhland
Robert Malionek
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906 1308
Email:  suzzanne.uhland@lw.com
        robert.malionek@lw.com

*Counsel for Claimants*

3