**Exhibit 2**

RLF1 23861254v.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
CENTER CITY HEALTHCARE, LLC D/B/A                                :   Case No. 19-11466 (MFW)
HAHNEMANN UNIVERSITY HOSPITAL, *et*                              :
*al.*,[1]                                                        :   (Jointly Administered)
                                                                 :
       Debtors.                :
---------------------------------------------------------------- x

## DECLARATION OF SUZZANNE UHLAND

In support of the Motion of Philadelphia Academic Health Holdings, LLC ("PAHH"), Philadelphia Academic Risk Retention Group, LLC ("PARRG"), Front Street Healthcare Properties, LLC ("Front Street"); and Joel Freedman on behalf of himself and the Indemnities[2] (collectively, "Freedman," together with PAHH, PARRG, and Front Street, the "Claimants") to Deem Certain Late-Filed Claims as Timely Filed, I, Suzzanne Uhland, submit the following Declaration.

1. I am over eighteen (18) years of age, competent to sign this Declaration, and have personal knowledge of the matters set forth in the above-styled lawsuit.

2. I have been leading the legal representation of the Claimants in these Chapter 11 cases since August 2019. The Claimants are affiliates of the Debtor entities and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] "Indemnities" include Joel Freedman, as an officer, along with his affiliates, partners, employees, and agents, and as an officer of any such affiliate.

      have a variety of contractual and other relationships with them. I led the representation of the Claimants after I left my prior firm and joined Latham & Watkins LLP, other than certain matters retained in whole or in part by my prior firm, O'Melveny & Myers LLP.

3.     For matters that I was leading on behalf of the Claimants, I planned to file their proofs of claim by the bar date of 5:00 p.m. (ET) on August 5, 2020. Given my history and understanding of the relationships, I was responsible for reviewing a total of one hundred and twenty-two (122) proofs of claim filed by the Claimants and was the only agent authorized to sign the seventy-nine (79) Proofs of Claim. The number of proofs of claim was large because most of the proofs of claim had to be filed against each of the Debtors.

4.     On August 4, 2020, around 2:30 p.m. (ET) I lost power, internet, cellular, and phone service as a result of Tropical Storm Isaias.

5.     The initial information I obtained by having an out-of-state relative search the website of the utility provider on August 4, 2020, indicated that the outage would last 2-8 hours. But on the morning of August 5, 2020, I was still without electricity, phone service, cellular service, or internet access.

6.     Since I have been working from home due to the coronavirus pandemic, I had to leave my home to find a safe place to charge my phone and tablet while practicing social distancing. I drove for two hours until I found an outdoor mall to charge my phone and tablet. I also tried to obtain a cellular signal, but did not have sufficient signal to connect my laptop.

7. My team had to send me all of the Proofs of Claim in a format that I could open on my tablet, and I had to explain any changes by phone or by marking with my tablet pencil.

8. By midafternoon, I knew that this process was so cumbersome that I would not be able to file all the Proofs of Claim by the Claims Bar Date deadline of 5:00 p.m. (ET). Together with Delaware Counsel, Mark Collins, we decided to request an extension.

9. Mark Collins contacted Debtors' counsel at 3:09 p.m. (ET) to ask for a one-day extension. We did not receive a response on August 5, 2020 or August 6, 2020. On August 7, 2020, Debtors' counsel responded with: "At this time, the Debtors are not at liberty to agree to extend the bar date for anyone."

10. Attached as Exhibit 3 is a true and correct copy of the email exchange between Mark Collins and Debtors' counsel requesting an extension on which I am copied.

11. While I was able to authorize and file some Proofs of Claim by the Claims Bar Date deadline of 5:00 p.m. (ET), some were filed after that time. I was able to authorize and file all Proofs of Claim by 8:33 p.m. (ET) on August 5, 2020.

Dated: August 11, 2020                                /s/ *Suzzanne Uhland*
                                                      Suzzanne Uhland