**Exhibit 3**

-----Original Message-----
From: Minuti, Mark <Mark.Minuti@saul.com>
Sent: Friday, August 7, 2020 9:35 AM
To: Collins, Mark D. <collins@RLF.com>
Cc: Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com>; Uhland, Suzzanne (NY) <Suzzanne.Uhland@lw.com>
Subject: RE: Hahnemann

Mark:

I apologize for the delay in responding.  At this time, the Debtors are not at liberty to agree to extend the bar date for anyone.  Whether or not the Debtors will object to any late filed claims on the basis that they were filed late will be determined during the claim reconciliation process.

Mark Minuti
SAUL EWING ARNSTEIN & LEHR LLP
Mailing: P.O. Box 1266 | Wilmington, DE 19899-1266
Courier: 1201 North Market Street, Suite 2300 | Wilmington, DE 19801
Tel: 302.421.6840 | Cell: 302.545.4911| Fax: 302.421.5873
Mark.Minuti@saul.com | www.saul.com


-----Original Message-----
From: Collins, Mark D. <collins@RLF.com>
Sent: Thursday, August 6, 2020 8:34 PM
To: Minuti, Mark <Mark.Minuti@saul.com>
Cc: Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com>; Suzzanne.Uhland@lw.com
Subject: Re: Hahnemann

**EXTERNAL EMAIL** - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.


Resending with Suzzanne's correct email address.


The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.


> On Aug 6, 2020, at 8:24 PM, Collins, Mark D. <collins@rlf.com> wrote:
>
> Mark, can you please get back to us on this?  I believe we filed all of our claims yesterday, but some were filed after the 5 pm deadline.  Please let us know.

1

\>
> Thanks,
>
> Mark
>
>> On Aug 5, 2020, at 3:09 PM, Collins, Mark D. <collins@rlf.com> wrote:
>>
>> Hi Mark. We are running into timing problems on our end with the interruption of phone and internet service due to the recent storm.  We are doing what we can remotely to try and get our claims on file With Omni, but would appreciate a one day extension of the bar date.  Can you please accommodate this limited request?
>>
>> I can be reached on my cell if you would like to discuss (302-383-5427).
>>
>> Many thanks,
>>
>> Mark

"Saul Ewing Arnstein & Lehr LLP (saul.com) " made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+

This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+