# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: August 24, 2020 at 4:00 p.m. (ET)** |
| | ) |

## REPORT BY EISNERAMPER LLP OF
## COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
## PERIOD OF JULY 1, 2020 THROUGH JULY 31, 2020

Exhibit A:   STC OpCo, LLC - Transition Services Summary of Hours by Professionals
            Transition Services Itemized Expenses

Exhibit B:   CRO Summary of Hours by Professional

Exhibit C:   Non-Transition Services Summary of Compensation by Project Category
            Summary of Hours by Professionals
            Summary Description of Services Provided

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Thirteenth Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period July 1, 2020 through July 31, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $434,284.13. EisnerAmper incurred $29,019.67, in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

37323492.1 08/13/2020

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Fees and Expense Schedule (7/1/2020-7/31/2020)**

| Services | Fees | Expenses | Total |
|---|---|---|---|
| STC Opco, LLC- Transition Services | $ 276,800.00 | $ 29,019.67 | $ 305,819.67 |
| CRO Services | 121,000.00 | - | 121,000.00 |
| Non- Transition Services | 36,484.13 | - | 36,484.13 |
| **Total** | **$ 434,284.13** | **$ 29,019.67** | **$ 463,303.80** |

# **EXHIBIT A**

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**July 1, 2020 through July 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEES** |
|---|---|---|---|---|
| Ronald Dreskin, CPA | Partner | 184.0 | $ 650.00 | $ 119,600.00 |
| Dion Oglesby | Director | 295.5 | 540.00 | 159,570.00 |
| Solomon Torres | Manager | 202.3 | 320.00 | 64,736.00 |
| **TOTAL HOURS AND FEES** | | | | 343,906.00 |
| **LESS: VOLUNTARY REDUCTION RELATING TO MIDMONTH CAP** | | | | (67,106.00) |
| **GRAND TOTAL** | | 681.8 | $ 405.98 | $276,800.00 |

\* Rates change annually effective August 1st.
\*\*Fee amount is included in the bill to STC Opco, LLC

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 07/01/2020 | Oglesby, Dion | Airline,RR,etc | $ 80.00 | Train ticket to client location in Philadelphia |
| 07/02/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/06/2020 | Oglesby, Dion | Airline,RR,etc | 56.00 | Train ticket to client location in Philadelphia |
| 07/07/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/09/2020 | Oglesby, Dion | Airline,RR,etc | 56.00 | Train ticket to client location in Philadelphia |
| 07/09/2020 | Oglesby, Dion | Airline,RR,etc | 56.00 | Train ticket from client to NYC |
| 07/13/2020 | Oglesby, Dion | Airline,RR,etc | 56.00 | Train ticket to client location in Philadelphia |
| 07/14/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/15/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/16/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/17/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/20/2020 | Oglesby, Dion | Airline,RR,etc | 56.00 | Train ticket to client location in Philadelphia |
| 07/21/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/22/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/23/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train ticket from client to NYC |
| 07/23/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/27/2020 | Oglesby, Dion | Airline,RR,etc | 56.00 | Train ticket to client location in Philadelphia |
| 07/28/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/28/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train ticket from client to NYC |
| 07/29/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/30/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location in Philadelphia |
| 07/30/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train ticket from client to NYC |
| 07/31/2020 | Oglesby, Dion | Airline,RR,etc | 1,620.00 | Monthly train to client location in Philadelphia |
|  |  | **Airline,RR,etc Total** | **3,458.00** |  |
| 07/31/2020 | Torres, Solomon | Hotel | 4,154.00 | August Rent |
|  |  | **Hotel Total** | **4,154.00** |  |
| 07/01/2020 | Oglesby, Dion | Local Fares | 26.45 | Lyft to client location in Philadelphia |
| 07/01/2020 | Oglesby, Dion | Local Fares | 21.32 | Lyft to client location in Philadelphia |
| 07/02/2020 | Oglesby, Dion | Local Fares | 21.34 | Lyft to client location in Philadelphia |
| 07/02/2020 | Oglesby, Dion | Local Fares | 21.53 | Lyft to client location in Philadelphia |
| 07/06/2020 | Oglesby, Dion | Local Fares | 22.98 | Lyft to client location in Philadelphia |
| 07/06/2020 | Oglesby, Dion | Local Fares | 31.44 | Curb to client location in Philadelphia |
| 07/07/2020 | Oglesby, Dion | Local Fares | 20.29 | Lyft to client location in Philadelphia |
| 07/09/2020 | Oglesby, Dion | Local Fares | 23.05 | Lyft to client location in Philadelphia |
| 07/09/2020 | Oglesby, Dion | Local Fares | 31.74 | Curb to client location in Philadelphia |
| 07/10/2020 | Torres, Solomon | Local Fares | 18.16 | Taxi |
| 07/13/2020 | Oglesby, Dion | Local Fares | 25.83 | Lyft to client location in Philadelphia |
| 07/13/2020 | Oglesby, Dion | Local Fares | 31.14 | Curb to client location in Philadelphia |
| 07/14/2020 | Oglesby, Dion | Local Fares | 20.56 | Lyft to client location in Philadelphia |
| 07/14/2020 | Oglesby, Dion | Local Fares | 22.96 | Lyft to client location in Philadelphia |
| 07/15/2020 | Oglesby, Dion | Local Fares | 20.99 | Lyft to client location in Philadelphia |
| 07/15/2020 | Oglesby, Dion | Local Fares | 23.40 | Lyft to client location in Philadelphia |
| 07/16/2020 | Oglesby, Dion | Local Fares | 22.04 | Lyft to client location in Philadelphia |
| 07/17/2020 | Oglesby, Dion | Local Fares | 27.54 | Curb to client location in Philadelphia |
| 07/20/2020 | Oglesby, Dion | Local Fares | 20.81 | Lyft to client location in Philadelphia |
| 07/20/2020 | Oglesby, Dion | Local Fares | 24.42 | Lyft to client location in Philadelphia |
| 07/21/2020 | Oglesby, Dion | Local Fares | 24.05 | Lyft to client location in Philadelphia |
| 07/21/2020 | Oglesby, Dion | Local Fares | 31.74 | Curb to client location in Philadelphia |
| 07/21/2020 | Dreskin, Ronald | Local Fares | 22.41 | Local Fares uber |
| 07/21/2020 | Dreskin, Ronald | Local Fares | 19.50 | Local Fares uber |
| 07/22/2020 | Oglesby, Dion | Local Fares | 22.87 | Lyft to client location in Philadelphia |
| 07/22/2020 | Oglesby, Dion | Local Fares | 306.90 | Lyft from client location to NYC |
| 07/22/2020 | Dreskin, Ronald | Local Fares | 39.83 | Local Fares uber |
| 07/23/2020 | Oglesby, Dion | Local Fares | 23.55 | Lyft to client location in Philadelphia |
| 07/23/2020 | Oglesby, Dion | Local Fares | 24.84 | Curb to client location in Philadelphia |
| 07/23/2020 | Dreskin, Ronald | Local Fares | 39.83 | Local Fares uber |
| 07/27/2020 | Oglesby, Dion | Local Fares | 31.44 | Curb to client location in Philadelphia |
| 07/27/2020 | Oglesby, Dion | Local Fares | 24.40 | Lyft to client location in Philadelphia |
| 07/28/2020 | Oglesby, Dion | Local Fares | 23.91 | Lyft to client location in Philadelphia |
| 07/28/2020 | Oglesby, Dion | Local Fares | 26.94 | Curb to client location in Philadelphia |
| 07/28/2020 | Torres, Solomon | Local Fares | 12.85 | Taxi |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 07/29/2020 | Oglesby, Dion | Local Fares | 22.37 | Lyft to client location in Philadelphia |
| 07/30/2020 | Oglesby, Dion | Local Fares | 35.94 | Curb to client location in Philadelphia |
| 07/30/2020 | Oglesby, Dion | Local Fares | 23.27 | Lyft to client location in Philadelphia |
| | | **Local Fares Total** | **1,234.63** | |
| 05/30/2020 | Dreskin, Ronald | Meals | 24.53 | Dinner |
| 06/01/2020 | Dreskin, Ronald | Meals | 71.75 | Dinner |
| 06/01/2020 | Dreskin, Ronald | Meals | 5.39 | Lunch at St. Chris |
| 06/03/2020 | Dreskin, Ronald | Meals | 34.01 | Dinner |
| 06/05/2020 | Dreskin, Ronald | Meals | 30.33 | Lunch |
| 06/06/2020 | Dreskin, Ronald | Meals | 37.41 | Dinner |
| 06/09/2020 | Dreskin, Ronald | Meals | 116.33 | Groceries |
| 06/15/2020 | Dreskin, Ronald | Meals | 93.68 | Meals |
| 06/25/2020 | Dreskin, Ronald | Meals | 71.08 | Dinner |
| 06/27/2020 | Dreskin, Ronald | Meals | 182.27 | Groceries |
| 06/30/2020 | Dreskin, Ronald | Meals | 6.35 | Lunch at St. Chris |
| 07/01/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 07/01/2020 | Oglesby, Dion | Meals | 9.47 | Lunch in client cafeteria in Philadelphia |
| 07/01/2020 | Torres, Solomon | Meals | 309.92 | Meals |
| 07/02/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 07/02/2020 | Oglesby, Dion | Meals | 9.01 | Lunch in client cafeteria in Philadelphia |
| 07/02/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 07/03/2020 | Dreskin, Ronald | Meals | 200.08 | Groceries |
| 07/04/2020 | Dreskin, Ronald | Meals | 60.22 | Lunch |
| 07/05/2020 | Dreskin, Ronald | Meals | 37.17 | Lunch |
| 07/06/2020 | Oglesby, Dion | Meals | 8.82 | Lunch in client cafeteria in Philadelphia |
| 07/06/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 07/06/2020 | Torres, Solomon | Meals | 80.37 | Meals |
| 07/07/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 07/07/2020 | Oglesby, Dion | Meals | 9.14 | Lunch in client cafeteria in Philadelphia |
| 07/07/2020 | Dreskin, Ronald | Meals | 5.38 | Breakfast |
| 07/07/2020 | Dreskin, Ronald | Meals | 81.16 | Dinner |
| 07/07/2020 | Torres, Solomon | Meals | 64.44 | Meals |
| 07/08/2020 | Torres, Solomon | Meals | 79.50 | Meals |
| 07/09/2020 | Oglesby, Dion | Meals | 9.36 | Lunch in client cafeteria in Philadelphia |
| 07/09/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 07/09/2020 | Dreskin, Ronald | Meals | 16.35 | Lunch |
| 07/09/2020 | Dreskin, Ronald | Meals | 19.49 | Lunch |
| 07/09/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 07/10/2020 | Dreskin, Ronald | Meals | 5.87 | Lunch |
| 07/12/2020 | Dreskin, Ronald | Meals | 32.74 | Lunch |
| 07/12/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 07/13/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 07/13/2020 | Oglesby, Dion | Meals | 8.14 | Lunch in client cafeteria in Philadelphia |
| 07/13/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 07/14/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 07/14/2020 | Oglesby, Dion | Meals | 10.53 | Lunch in client cafeteria in Philadelphia |
| 07/14/2020 | Torres, Solomon | Meals | 54.00 | Meals |
| 07/15/2020 | Oglesby, Dion | Meals | 5.99 | Breakfast in client cafeteria in Philadelphia |
| 07/15/2020 | Oglesby, Dion | Meals | 7.61 | Lunch in client location in Philadelphia |
| 07/15/2020 | Torres, Solomon | Meals | 97.30 | Meals |
| 07/16/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 07/16/2020 | Oglesby, Dion | Meals | 7.94 | Lunch in client cafeteria in Philadelphia |
| 07/16/2020 | Torres, Solomon | Meals | 266.46 | Meals |
| 07/17/2020 | Dreskin, Ronald | Meals | 3.88 | Coffee |
| 07/17/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 07/17/2020 | Oglesby, Dion | Meals | 11.09 | Lunch while at client location in Philadelphia |
| 07/17/2020 | Torres, Solomon | Meals | 49.96 | Meals |
| 07/19/2020 | Dreskin, Ronald | Meals | 110.55 | Dinner |
| 07/20/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 07/20/2020 | Torres, Solomon | Meals | 65.52 | Meals |
| 07/20/2020 | Torres, Solomon | Meals | 203.43 | Meals- Team Dinner |
| 07/21/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 07/21/2020 | Oglesby, Dion | Meals | 12.90 | Lunch in client cafeteria in Philadelphia |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 07/21/2020 | Torres, Solomon | Meals | 65.63 | Meals |
| 07/22/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 07/22/2020 | Oglesby, Dion | Meals | 7.61 | Lunch in client cafeteria in Philadelphia |
| 07/22/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 07/22/2020 | Torres, Solomon | Meals | 524.00 | Meals- Team Dinner |
| 07/23/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 07/23/2020 | Torres, Solomon | Meals | 121.89 | Meals |
| 07/24/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 07/26/2020 | Dreskin, Ronald | Meals | 139.00 | Dinner |
| 07/27/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in Philadelphia |
| 07/27/2020 | Oglesby, Dion | Meals | 9.59 | Lunch in client cafeteria in Philadelphia |
| 07/27/2020 | Dreskin, Ronald | Meals | 155.13 | Dinner |
| 07/27/2020 | Torres, Solomon | Meals | 80.13 | Meals |
| 07/28/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in Philadelphia |
| 07/28/2020 | Oglesby, Dion | Meals | 6.57 | Lunch in client cafeteria in Philadelphia |
| 07/28/2020 | Torres, Solomon | Meals | 67.46 | Meals |
| 07/29/2020 | Oglesby, Dion | Meals | 7.10 | Lunch in client cafeteria in Philadelphia |
| 07/29/2020 | Torres, Solomon | Meals | 67.82 | Meals |
| 07/30/2020 | Oglesby, Dion | Meals | 5.99 | Breakfast in client cafeteria in Philadelphia |
| 07/30/2020 | Oglesby, Dion | Meals | 6.61 | Lunch in client cafeteria in Philadelphia |
| 07/30/2020 | Dreskin, Ronald | Meals | 64.09 | Dinner |
| 07/30/2020 | Dreskin, Ronald | Meals | 16.32 | Lunch |
| 07/30/2020 | Torres, Solomon | Meals | 88.96 | Meals |
| 07/31/2020 | Torres, Solomon | Meals | 66.60 | Meals |
| | | **Meals Total** | **4,264.92** | |
| 06/01/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/02/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/03/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/04/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/05/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/06/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/07/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/08/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/09/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/10/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/11/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/12/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/13/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/14/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/15/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/16/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/17/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/18/2020 | Dreskin, Ronald | Mileage | 5.80 | Mileage rt to St. Chris |
| 06/19/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/20/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/21/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/21/2020 | Dreskin, Ronald | Mileage | 155.44 | Mileage rt to Stamford |
| 06/22/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/23/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/24/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 06/25/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/26/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/27/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/28/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/28/2020 | Dreskin, Ronald | Mileage | 155.44 | Mileage rt to Stamford |
| 06/29/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 06/30/2020 | Dreskin, Ronald | Mileage | 5.80 | Mileage rt to St. Chris |
| 07/01/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/01/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 07/02/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/02/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| 07/03/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/04/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/05/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/06/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/06/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 07/07/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/07/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 07/08/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/08/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 07/09/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/09/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| 07/10/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/13/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/14/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 07/15/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 07/16/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| 07/18/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/19/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/20/2020 | Dreskin, Ronald | Mileage | 155.44 | Mileage rt to stamford |
| 07/20/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 07/21/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/21/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 07/22/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/22/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 07/23/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/23/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 07/24/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/24/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| 07/25/2020 | Dreskin, Ronald | Mileage | 155.44 | Mileage rt to stamford |
| 07/26/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 07/27/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/27/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 07/28/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/28/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 07/29/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/29/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 07/30/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/30/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 07/31/2020 | Dreskin, Ronald | Mileage | 9.28 | Mileage rt to St. Chris |
| 07/31/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| | | **Mileage Total** | **1,894.28** | |
| 06/02/2020 | Dreskin, Ronald | Parking/Tolls | 50.00 | Parking/Tolls parking |
| 06/03/2020 | Dreskin, Ronald | Parking/Tolls | 21.00 | Parking/Tolls parking |
| 06/05/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/08/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/09/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/10/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/11/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/15/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/16/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/17/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/18/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 06/26/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 06/27/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 07/02/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 07/02/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 07/06/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 07/06/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 07/07/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 07/09/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 07/14/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 07/16/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 07/17/2020 | Dreskin, Ronald | Parking/Tolls | 8.00 | Parking/Tolls parking |
| 07/20/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 07/23/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 07/24/2020 | Dreskin, Ronald | Parking/Tolls | 25.00 | Parking/Tolls parking |
| 07/24/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 07/26/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 07/28/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 07/30/2020 | Dreskin, Ronald | Parking/Tolls | 37.00 | Parking/Tolls parking |
| 07/31/2020 | Torres, Solomon | Parking/Tolls | 315.00 | August Parking |
| | | **Parking/Tolls Total** | **1,319.60** | |
| 05/31/2020 | Dreskin, Ronald | Supplies | 20.45 | Supplies |
| 06/04/2020 | Dreskin, Ronald | Supplies | 209.97 | Supplies |
| 06/08/2020 | Dreskin, Ronald | Supplies | 150.00 | Supplies |
| 06/10/2020 | Dreskin, Ronald | Supplies | 168.44 | Supplies |
| 06/15/2020 | Dreskin, Ronald | Supplies | 135.09 | Supplies |
| 07/06/2020 | Dreskin, Ronald | Supplies | 11.87 | Supplies |
| 07/17/2020 | Dreskin, Ronald | Supplies | 122.09 | Supplies |
| 07/21/2020 | Dreskin, Ronald | Supplies | 228.80 | Supplies |
| 07/23/2020 | Dreskin, Ronald | Supplies | 168.34 | Supplies |
| 07/30/2020 | Dreskin, Ronald | Supplies | 271.15 | Supplies |
| | | **Supplies Total** | **1,486.20** | |
| 07/18/2020 | Torres, Solomon | Telephone | 136.04 | Telephone |
| | | **Telephone Total** | **136.04** | |
| | | **Total Expense** | 17,947.67 | |
| | | **Administration and Technology Fee** | 11,072.00 | |
| | | | **$ 29,019.67** | |

| | | |
|---|---|---|
| | **Airline,RR,etc Total** | 3,458.00 |
| | **Hotel Total** | 4,154.00 |
| | **Local Fares Total** | 1,234.63 |
| | **Meals Total** | 4,264.92 |
| | **Mileage Total** | 1,894.28 |
| | **Parking/Tolls Total** | 1,319.60 |
| | **Supplies Total** | 1,486.20 |
| | **Telephone Total** | 136.04 |
| | **Total Expense** | 17,947.67 |
| | **Administration and Technology Fee** | 11,072.00 |
| | | **$ 29,019.67** |

# **EXHIBIT B**

**CRO Summary of Hours by Professional**

Exhibit B

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**July 1, 2020 through July 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 150.5 | $ 640.00 |
| **GRAND TOTAL** | | **150.5** | |

* Rates change annually effective August 1st.

# **EXHIBIT C**

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

Exhibit C

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**July 1, 2020 through July 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 6.2 | $ 540.00 | $ 3,348.00 |
| Andrew Still, CPA, CFE | Manager | 120.0 | 320.00 | 38,400.00 |
| Henry Vargas, CPA | Staff II | 1.0 | 255.00 | 255.00 |
| Richard DePiano | Staff I | 2.9 | 205.00 | 594.50 |
| DelMarie Velazquez | Paraprofessional | 2.5 | 130.00 | 325.00 |
| **TOTAL HOURS AND FEES** | | | | 42,922.50 |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | (6,438.38) |
| **GRAND TOTAL** | | 132.6 | $ 275.14 | $36,484.13 |

\* Rates change annually effective August 1st.

Exhibit C

| Professionals | Sum of Hours | Sum of Fees |
|---|---|---|
| **Business Analysis** | **122.5** | **$ 39,263.50** |
| Andrew Still | 116.5 | 37,280.00 |
| Henry Vargas | 1 | 255.00 |
| Richard DePiano | 2.9 | 594.50 |
| William Pederson | 2.1 | 1,134.00 |
| **Business Operations** | **4.1** | **2,214.00** |
| William Pederson | 4.1 | 2,214.00 |
| **Consulting** | **3.5** | **1,120.00** |
| Andrew Still | 3.5 | 1,120.00 |
| **Fee/Emplyment Application** | **2.5** | **325.00** |
| DelMarie Velazquez | 2.5 | 325.00 |
| **Grand Total** | **132.6** | **$ 42,922.50** |