FILED

2020 AUG 13  AM 9: 14

CLERK
US B............CY COURT
DIS............DELAWARE

**Frank T. Brzozowski, pro-se creditor**
**2357 E. Dauphin Street**
**Philadelphia, PA 19125**
**215-906-3773**
fbrzozow@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : **Chapter 11** |
| | : **Case No. 19-11466 (KG)** |
| **CENTER CITY HEALTHCARE, LLC** | : **Case No. 19-11467** |
| **d/b/a HAHNEMANN UNIVERSITY HOSPITAL,** | : **Case No. 19-11469** |
| et al | : **Case No. 19-11470** |
| | : **Jointly Administered Related to** |
| **Debtors** | : **Docket Nos. 205 and 301** |

## CREDITOR'S MOTION FOR LEAVE OF COURT TO ADD TO THE RECORD

## DOCUMENTS WILLFULLY PRECLUDED BY DEBTORS

Frank T. Brzozowski, pro-se creditor, moves to file <u>Creditor's Motion for Leave of Court</u>

<u>to Add to the Record Documents Willfully Precluded by Debtors</u> and requests to allow out of

time additional evidence into the record.

1.     A Notice of Deadline for Filing Proofs of claim, Including Section 503(b)(9) Claims stated

all Proof of Claim must be filed so as to be received on or before August 5, 2020 at 5:00 pm.

2.     Proofs of claim can also be submitted electronically through Omni's website at the

following web address, www.omniagentsolutions.com/PAHSPOCSubmission, and be clicking

on "Submit a Proof of Claim."

3.    On August 5, 2020, Creditor Mr. Frank T Brzozowski attempted to file Proof of Claims

and attachments in Center City Healthcare LLC, case # 19-11466; in Philadelphia Academic

Health System, case # 19-11467; in Philadelphia Academic Medical Associates, case # 19-

11469; and in HPS of PA LLC, case # 19-11470.

4    The Omni Agent Solutions eClaims Submission Site was extremely difficult; only one

attachment could be submitted and although 25MB of attachments could be submitted, my

attachments that included the costs and Hahnemann medical final reports could not be added to

all claims.  Some of my sole attachments were willfully precluded and not attached.

5.    Evidence of medical malpractice, torts, intentional personal injury, unnecessary medical

treatment, and fraud was barred by the website and could not be attached to my proof of claims.

6.  The entire Proof of Claim package was emailed to the following, but rejected by

PAHS@omnignt.com:

From:  Frank T Brzozowski
       2357 E Dauphin Street
       Philadelphia, PA 19125
       215-906-3773

To:    Center City Healthcare, LLC, et al
       Claims Processing
       c/o Omni Management Group
       5955 DeSoto Avenue, Suite 100
       Woodland Hills, CA 91367

PAHS@omniagnt.com
bosborne@omniagnt.com
paul@omniagnt.com
katie@omniagnt.com
odavis@omniagnt.com
mark.minuti@saul.com
Monique.disabatino@saul.com
Jeffrey.hampton@saul.com
Adam.isenberg@saul.com
Aaron.applebaum@saul.com
asherman@sillscummis.com

bmankovetskiy@saul.com
thoran@foxrothschild.com
fbrzozow@gmail.com

7.  The Court is requested to enter into the record Frank T Brzozowski's documents that were emailed to the aforesaid email addresses that the Omni Agent Solutions eClaims Submission Site rejected and willfully precluded.

WHEREFORE, the Bankruptcy Court of the District of Delaware is requested to grant Creditor Frank T Brzozowski's motion.to file <u>Creditor's Motion for Leave of Court to Add to the Record Documents Willfully Precluded by Debtors</u> and requests to allow out of time additional evidence into the record.

Frank T. Brzozowski, pro-se creditor
2357 E. Dauphin Street
Philadelphia, PA 19125
215-906-3773 cell
fbrzozow@gmail.com

## VERIFICATION

Appellant, Frank T. Brzozowski, pro-se, verifies that the information in this document are true and correct to the best of his knowledge information and belief and subjected to the penalties of 18 USC § 1001 et seq., 18 U.S.C. § 1621, 28 U.S.C. § 1746.

Frank T. Brzozowski, pro-se creditor
2357 E. Dauphin Street
Philadelphia, PA 19125
215-906-3773 cell
fbrzozow@gmail.com

≡ M Gmail   ⌄   🔍 Se   ▼   ⌄   ? ⚙ ⋮⋮⋮

  

43 of 18,419

**Carolyn Cashman** <ccashman@omniagnt.com>   Aug 5, 2020, 10:11 AM (2 days ago)
to PAHS, Brian, Paul, Katie, Olivia, mark.minuti@saul.com, Monique.disabatino@saul.com, Jeffrey.har

Mr. Brzozowski, unfortunately we are unable to accept your proof of claim via email.  As today is the bar date (the last day to timely file a claim) please go <u>here</u> to register on our website and then submit your claim online.  Please note that the deadline to file a claim is 5pm Eastern Time.

Thank you, Carolyn

Carolyn Cashman
**Omni Agent Solutions**
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: 818-906-8300 x131
Fax: 818-783-2737



# M Gmail

Frank Brzozowski <fbrzozow@gmail.com>

## Proof of Claim submission confirmation in the matter of Center City Healthcare, LLC, et al.

4 messages

documentsend@omniagnt.com <documentsend@omniagnt.com>
Reply-To: opsteam@omniagnt.com
To: fbrzozow@gmail.com

Wed, Aug 5, 2020 at 3:33 PM



Your proof of claim in the matter of Center City Healthcare, LLC, et al. (case # 19-11466) claim has been successfully submitted as follows:

Your Claim Number(s):

| Case Number | Debtor | Claim Number |
|---|---|---|
| 19-11466 | Center City Healthcare, LLC, et al. | 1039 |

Creditor Name: Frank T. Brzozowski

As the designated claims agent in this matter, Omni Agent Solutions is responsible for maintaining the official court docket. In most cases your claim will appear on the official court docket within 24-48 hours of submission.

Click here to go to the official Proof of Claims docket.

Click here to submit another claim.

If you or someone you know did not initiate this claim submittal, you should contact us immediately at contact@omniagnt.com.

documentsend@omniagnt.com <documentsend@omniagnt.com>
Reply-To: opsteam@omniagnt.com
To: fbrzozow@gmail.com

Wed, Aug 5, 2020 at 3:47 PM



Your proof of claim in the matter of Center City Healthcare, LLC, et al. (case # 19-11466) claim has been successfully submitted as follows:

**Case Number**   **Debtor**   **Claim Number**
19-11470      HPS of PA, L.L.C. 20

Creditor Name: Frank T Brzozowski

[Quoted text hidden]

---

documentsend@omniagnt.com <documentsend@omniagnt.com>
Reply-To: opsteam@omniagnt.com
To: fbrzozzow@gmail.com                                    Wed, Aug 5, 2020 at 4:22 PM



Your proof of claim in the matter of Center City Healthcare, LLC, et al. (case # 19-11466) claim has been successfully submitted as follows:

**Your Claim Number(s):**

**Case Number**   **Debtor**   **Claim Number**
19-11467      Philadelphia Academic Health System, LLC 166
[Quoted text hidden]

---

documentsend@omniagnt.com <documentsend@omniagnt.com>
Reply-To: opsteam@omniagnt.com
To: fbrzozzow@gmail.com                                    Wed, Aug 5, 2020 at 4:45 PM



Your proof of claim in the matter of Center City Healthcare, LLC, et al. (case # 19-11466) claim has been successfully submitted as follows:

**Your Claim Number(s):**

**Case Number**   **Debtor**   **Claim Number**
19-11469      Philadelphia Academic Medical Associates, LLC 27

[Quoted text hidden]

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number | 19-11469 |

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:    Identify the Claim

**1. Who is the current creditor?**

FRANK T. BRZOZOWSKI

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

FRANK T BRZOZOWSKI
Name

2357 EAST DAUPHIN STREET
Number    Street

PHILADELPHIA         PA        19125
City                State        ZIP Code

Contact phone  215-906-3773

Contact email  FBRZOZOW@GMAIL.COM

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City                State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
        MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

**6.** **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7.** **How much is the claim?**    $_____ 200,000.00 . Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

PERSONAL INJURY, MEDICAL MALPRACTICE, TORTS, FRAUD

**9.** **Is all or part of the claim secured?**

☑ No

☐ Yes.    The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:    PERSONAL INJURY, MEDICAL MALPACTICE, FRAUD

Basis for perfection:    ATTACHED PHOTOS AND MEDICAL RECORDS

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____ 200,000.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____ 200,000.00

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
| | ☐ Yes. *Check one:* | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   08/04/2020
                   MM / DD / YYYY

FRANK T  BRZOZOWSKI                *Frank T Brzozowski*
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | FRANK T BRZOZOWSKI | | |
| | First name | Middle name | Last name |
| Title | PLAINTIFF | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2357 EAST DAUPHIN STREET | | |
| | Number        Street | | |
| | PHILADELPHIA, PA 19125 | | |
| | City | State        ZIP Code | |
| Contact phone | 215-906-3773 | Email FBRZOZOW@GMAIL.COM | |

**With:**

**Address:**

Hospital Course

**When:**

Within 5 to 7 days

**Comments:**

Dear Mr. Brzozowski,

You were admitted to Hahnemann Hospital with a submassive bilateral pulmonary embolism. A CAT scan demonstrated that you had a large clot burden in the major vessels of your lungs. You were given medication to break up these blood clots called catheter directed thrombolysis. An ultrasound of your lower legs was negative for deep venous thrombosis at this time. After the thrombolysis, you were started on oral anticoagulation treatment to prevent further clot formation. You subsequently developed skin bruising because of the anticoagulation. The anticoagulation was stopped, you were given a blood transfusion, and you had an inferior vena cava (IVC) filter placed to prevent further clots while you were off anticoagulation. When your hemoglobin was stable, you were started back on oral anticoagulation. You are now requiring subcutaneous lovenox until your INR is therapeutic. Your skilled nursing facility will be able to titrate your warfarin medication to attain the desired INR goal of 2-3. At this time, it will be appropriate to stop the lovenox.

Please follow up with the Drexel heme-onc doctors at your scheduled appointment. Here, you can discuss your current anticoagulation, need for long term anticoagulation, and whether or not you can have your IVC filter removed. An appointment can be scheduled with Drexel Interventional Radiology to remove your IVC filter when it is clear that you can tolerate your oral anticoagulation without further clotting or bleeding.

While hospitalized, you experienced new onset seizures. You were evaluated by neurology and had an EEG to confirm seizure activity. You were placed on anti-seizure medication. You were slowly tapered off your carbamazepine and continued on keppra and lyrica to prevent seizure and treat your trigeminal neuralgia. You had some constipation while admitted and were treated with stool-softeners and pro-motility agents. You have some urinary retention and we started you on flomax to promote strong urinary stream. You have worked with physical therapy while hospitalized to improve your strength.

Your blood cell levels have improved, your bruising resolving, your vitals are stable, and your presenting symptoms have resolved. We believe you are safe to transition to a skilled nursing facility for next steps in medical management. Please attend all pre-scheduled follow up appointments for continued care and medication adjustments. If you experience increased chest pain, shortness of breath, or loss of consciousness in the future, please return to the emergency department.

Please follow up with your primary care provider at your scheduled appointment. Here, you will discuss appropriate cancer screening tests, such as a screening colonoscopy. A fecal occult blood test was negative during this admission.

Please follow up with your neurology appointment to discuss your seizure medications. An appointment has been made for you.

Please call Hahnemann Hospital medical records department if you would like to access your medical records.

Upon discharge from the skilled nursing facility, please come to the 1427 Drexel walk-in INR clinic to check your INR weekly. You will be given educational materials regarding warfarin. These materials are included.

Name BRZOZOWSKI, FRANK

MRN 1055359
FIN 80969330

10/09/2018 15:27:31
2 of 20

# * Final Report *

**Order Comment**
ORDERED AS: CT Head or Brain W/O Contrast

**REPORT**
HISTORY: 62-year-old male with bilateral PEs, prior to TPA administration.

COMPARISON: MRI brain dated February 1, 2018.

TECHNIQUE: CT of the head was performed. Base to the vertex without contrast administration. Multiplanar reconstructions were performed and reviewed. Adaptive Iterative Dose Reduction (AIDR) and iMalogiX dose check software were used to reduce radiation dose to the patient.

FINDINGS:
There is no visible soft tissue injury or skull fracture. There is no acute intracranial hemorrhage, midline shift, mass effect, intra-axial or extra-axial fluid collection. There is preservation of the gray-white matter differentiation. The ventricles and sulci are unremarkable. The basal cisterns are patent. The dural sinuses are hyperattenuating, likely secondary to contrast from prior exam. There is an ovoid focus of hypoattenuation at the base of the right cerebral hemisphere as seen on series 2 image #14 felt consistent with a prominent perivascular space.

The orbital contents are unremarkable bilaterally. There is mucosal thickening involving the maxillary sinus floors bilaterally. Such demonstrates intrinsic increased density bilaterally, most likely representing calcification. There is also minimal mucosal thickening identified of the anterior ethmoidal air cells bilaterally. There are postsurgical changes of left orbital floor repair, with metallic suture, and related orbital floor plate. The remaining partially visualized bones of the face and skull base are unremarkable.

IMPRESSION:
1. No evidence of hemorrhage or stroke.
2. Bilateral maxillary and ethmoid sinus opacification, most likely secondary to chronic sinusitis.

This study was evaluated and report approved and/or evaluated by the attending radiologist, Robert Koenigsberg, D.O.

NOTE: This information has been disclosed to you from records whose confidentiality is protected by State Law and/or Federal Regulation. You may NOT release this information WITHOUT prior written authorization from the patient. A general authorization does not suffice for the purpose of redisclosure of this information

Printed by:    HALBHERR RN, CYNTHIA
Printed on:    10/23/2018 11:39 EDT

CT Head or Brain w/o Contrast
* Final Report *

BRZOZOWSKI, FRANK - I055359

IMAGE
This document has an image

Completed Action List:
* Order by SHUSTERMAN MD, IGOR on September 27, 2018 12:14 EDT
* VERIFY by KOENIGSBERG DO, ROBERT A on September 27, 2018 16:57 EDT

Result type:            CT Head or Brain w/o Contrast
Result date:            September 27, 2018 16:57 EDT
Result status:          Auth (Verified)
Result title:           CT Head or Brain W/O Contrast
Performed by:           KOENIGSBERG DO, ROBERT A on September 27, 2018 13:20 EDT
Verified by:            KOENIGSBERG DO, ROBERT A on September 27, 2018 16:57 EDT
Encounter info:         80069330, HAH, 1 - Inpatient, 09/27/2018 - 10/09/2018
Contributor system:     HAH_PACS_URL

CT Abdomen And Pelvis W/O Contrast
* Final Report *

BRZOZOWSKI, FRANK - 1055359

## * Final Report *

**Order Comment**
ORDERED AS: CT Abdomen And Pelvis W/O Contrast

**REPORT**
HISTORY: Recently thrombolysis for pulmonary embolism. Evaluate for retroperitoneal hemorrhage.

COMPARISON: CT abdomen/pelvis on 1/6/2017.

TECHNIQUE: CT of the abdomen/pelvis was performed without intravenous or enteric contrast. Multiplanar reconstructions were performed and reviewed. Adaptive Iterative Dose Reduction (AIDR) and iMalogiX dose check software were used to reduce radiation dose to the patient.

FINDINGS: There are dependent changes in both lung bases. No focal consolidation is seen. The heart is normal in size. The liver is normal in size and morphology. There is a stable 3.2 cm cyst near the hepatic dome. The gallbladder is distended with hyperdense material, consistent with vicarious excretion of intravenous contrast. There is no biliary ductal dilation. The pancreas, spleen, and adrenal glands are unremarkable. Both kidneys demonstrate excretion of contrast and are otherwise unremarkable. The urinary bladder is partially distended with excreted contrast. The prostate and seminal vesicles are unremarkable.

Residual enteric contrast is noted in the stomach and proximal colon. The stomach is partially distended and grossly unremarkable. The small and large bowel are normal in wall thickness and caliber. The appendix is normal. Colonic diverticulosis is most prominent in the descending and sigmoid colon. A small umbilical hernia is present. There is no ascites, free air, or lymphadenopathy.

The abdominal aorta is normal in caliber with moderate atherosclerotic calcification. There are moderate degenerative changes of the thoracolumbar spine and mild degenerative changes of both hips. Superficial soft tissues demonstrate infiltration of the right lateral flank, left posterolateral flank, and right groin, likely representing contusions.

IMPRESSION:
1. No evidence of retroperitoneal hemorrhage, as clinically questioned.
2. Superficial soft tissue contusions of the right lateral flank, left posterolateral flank, and right groin. No discrete hematoma.
3. Colonic diverticulosis.
4. Stable hepatic cyst.

This study was evaluated and report approved and/or evaluated by the attending radiologist, Steven Herman, M.D.

CT Abdomen And Pelvis W/O Contrast
* Final Report *

BRZOZOWSKI, FRANK - 1055359

NOTE:  This information has been disclosed to you from records whose
confidentiality is protected by State Law and/or Federal Regulation.
You may NOT release this information WITHOUT prior written
authorization from the patient.  A general authorization does not
suffice for the purpose of redisclosure of this information

IMAGE
This document has an image

Completed Action List:
* Order by KUMAR MD, PALLAVI on September 28, 2018 13:46 EDT
* VERIFY by HERMAN MD, STEVEN D on September 28, 2018 17:26 EDT

Result type:          CT Abdomen And Pelvis W/O Contrast
Result date:          September 28, 2018 17:26 EDT
Result status:        Auth (Verified)
Result title:         CT Abdomen And Pelvis W/O Contrast
Performed by:         HERMAN MD, STEVEN D on September 28, 2018 14:58 EDT
Verified by:          HERMAN MD, STEVEN D on September 28, 2018 17:26 EDT
Encounter info:       80969330, HAH, 1 - Inpatient, 09/27/2018 - 10/09/2018
Contributor system:   HAH_PACS_URL

CT Abdomen And Pelvis W/O Contrast
* Final Report *

BRZOZOWSKI, FRANK - 1055359

# * Final Report *

**Order Comment**
ORDERED AS: CT Abdomen And Pelvis W/O Contrast

**REPORT**
PATIENT HISTORY: Other+r/o hemorrhage

COMPARISON: CT of the abdomen and pelvis performed on September 28, 2018

TECHNIQUE: Unenhanced CT of the abdomen and pelvis was performed from lung bases to the proximal femurs. Multiplanar reconstructions were created and all images were reviewed. Adaptive Iterative Dose Reduction (AIDR) and iMalogiX dose check software were used to reduce radiation dose to the patient.

FINDINGS:
The heart is normal in size, noting decreased attenuation of the blood pool, likely sequela of anemia. Bibasilar emphysematous changes and dependent changes of the lung bases are again seen.

There is redemonstration of a 2.8 cm left hepatic cyst. The gallbladder/biliary tree, pancreas, spleen, adrenal glands and kidneys are stable. The urinary bladder, prostate and seminal vesicles are unremarkable.

*[handwritten: Stable compared to cts on 12/17]*

Note is made that evaluation of the hollow organs is markedly degraded in the absence of enteric contrast. However, no dilated loops of bowel are seen to suggest obstruction. There is redemonstration of colonic diverticulosis predominantly involving the descending and sigmoid colon without evidence of diverticulitis. A stable umbilical fat-containing hernia is again seen. There is no free air or free fluid. There is no lymphadenopathy.

Note is made that evaluation for hemorrhage is markedly degraded in the absence of intravenous contrast. However, there is no stranding surrounding the psoas muscles to suggest retroperitoneal hemorrhage. An IVC filter is unchanged in position. There is moderate calcified atherosclerotic plaque of the abdominal aorta and its branches. Diffuse osteopenia is again seen. Multilevel degenerative changes of the spine are again noted. There is interval increase soft tissue stranding in the right lateral abdominal wall. There is redemonstration of stranding in the left posterior lateral flank, unchanged since prior examination.

IMPRESSION:
Markedly degraded examination in the absence of intravenous contrast. However, no gross evidence of retroperitoneal hemorrhage. Interval increased soft tissue stranding in the right lateral abdominal wall. Otherwise stable findings as described above.

Printed by:    HALBHERR RN, CYNTHIA
Printed on:    10/23/2018 11:37 EDT

CT Abdomen And Pelvis W/O Contrast
* Final Report *

BRZOZOWSKI, FRANK - 1055359

This study was evaluated and report approved and/or evaluated by the
attending radiologist, Shaoxiong Zhang, M.D..

NOTE:  This information has been disclosed to you from records whose
confidentiality is protected by State Law and/or Federal Regulation.
You may NOT release this information WITHOUT prior written
authorization from the patient.  A general authorization does not
suffice for the purpose of redisclosure of this information

IMAGE
This document has an image

Completed Action List:
* Order by VENGRENYUK MD, MARIYA on October 03, 2018 14:14 EDT
* VERIFY by ZHANG MD, SHAOXIONG on October 03, 2018 19:37 EDT

| | |
|---|---|
| Result type: | CT Abdomen And Pelvis W/O Contrast |
| Result date: | October 03, 2018 19:37 EDT |
| Result status: | Auth (Verified) |
| Result title: | CT Abdomen And Pelvis W/O Contrast |
| Performed by: | ZHANG MD, SHAOXIONG on October 03, 2018 18:31 EDT |
| Verified by: | ZHANG MD, SHAOXIONG on October 03, 2018 19:37 EDT |
| Encounter info: | 80969330, HAH, 1 - Inpatient, 09/27/2018 - 10/09/2018 |
| Contributor system: | HAH_PACS_URL |

Discharge Summary
* Final Report *

BRZOZOWSKI, FRANK - 1055359

## * Final Report *

### H-Discharge Summary

DATE OF ADMISSION:  9/27/2018.

DATE OF DISCHARGE:  10/9/2018.

CONSULTATIONS:  Medical intensive care unit, Neurology, University Pulmonology, hematology-oncology.

PROCEDURES:  Retrievable IVC filter by IR.

PRIMARY DIAGNOSES:  Acute submassive unprovoked pulmonary embolism, new onset seizures.

SECONDARY DIAGNOSES:  Trigeminal neuralgia, type 2 diabetes mellitus, hypertension, hyperlipidemia, constipation, back spasm, and urinary retention.

DISCHARGE MEDICATIONS:
1.  Atorvastatin 40 mg oral tablet 1 tablet once daily.
2.  Bacitracin, neomycin, polymyxin B topical ointment 1 application topical 4 times daily.
3.  Bisacodyl 15 mg oral enteric-coated tablet 1 tablet oral daily as needed for constipation.
4.  Cyclobenzaprine 5 mg oral tablet 1 tablet twice daily as needed for spasm.
5.  Enoxaparin 100 mg per mL subcutaneous solution 130 mg subcutaneous every 12 hours.  Continue Lovenox and warfarin until goal of INR 2-3 has been reached.
6.  Ferrous sulfate 325 mg oral tablet 1 tablet once a day.
7.  Keppra 500 mg oral tablet 1 tablet twice daily.
8.  Multivitamin 1 tablet once a day.
9.  Zofran 4 mg oral tablet disintegrating 1 tablet every 8 hours as needed for nausea and vomiting.
10.  Pregabalin 50 mg oral capsule 1 capsule every 12 hours.
11.  Tamsulosin 0.4 mg oral capsule 1 capsule nightly at bedtime.
12.  Warfarin 7.5 mg oral tablet 1 tablet daily.  Adjust warfarin dose for goal INR of 2-3, can stop Lovenox when goal is reached.

DISCHARGE INSTRUCTIONS:  The patient was asked to follow up with primary care at Drexel 1427 Vine Clinic to check INR weekly.  The patient was asked to follow up with Dr. Keino Johnson on Wednesday, October 17 at 1:45 p.m.  The patient was asked to follow up with Dr. Kristine Ward on 11/5/2018 at 4:15 p.m.  The patient was asked to follow up with neurology on Wednesday 10/31 at 8:00 a.m.

HOSPITAL COURSE:  The patient is a 62-year-old male with past medical history as above, who was admitted to the medical ICU on September 27th for submassive pulmonary embolism.  In the ED, the patient was tachycardic, short of breath and had bilateral pitting edema.  CTA of the chest showed bilateral lobar and segmental filling defects consistent with acute PE.  Ultrasound Doppler of the bilateral lower extremity showed no evidence of DVT.  EKG showed S1Q3T3 and incomplete right bundle-branch block.  Troponin showed transient increase up

Printed by:   BROOKS, MADIHA
Printed on:   10/24/2018 11:48 EDT

Discharge Summary
* Final Report *

BRZOZOWSKI, FRANK - 1055359

to a max of 0.843 and BNP was normal. The patient was directly taken to IR for catheter-directed thrombolysis on September 22nd followed by TPA and heparin. IR placed catheter, was removed on September 28th and the patient was started on heparin drip and then transitioned to Eliquis. Echocardiogram showed no evidence of right heart strain. The patient admitted to falling on the day of hospital presentation and CTA of the abdomen and pelvis was obtained on September 28th and showed no evidence of retroperitoneal hematoma, only showed superficial soft tissue contusions of the right lateral flank, left posterolateral flank and right groin and no discrete hematoma. On October 1st, the patient began to develop worsening ecchymosis on his back and upper extremities and hemoglobin dropped from 7.7 to 6.9. This drop in hemoglobin was suspected to be due to heparin and/or Eliquis. The patient's anticoagulation was held on October 1st and the patient was then transfused 1 unit of packed red blood cells and hemoglobin responded to 8.5. Repeat ultrasound Dopplers of the bilateral lower extremity showed no evidence of DVT and the patient subsequently had an IVC filter placed by IR on October 2nd. During course of hospitalization, the patient had 3 episodes of witnessed generalized seizure that lasted no more than a minute each. Neurology was consulted and the patient was placed on Keppra 500 mg twice a day and put on a 24-hour continuous EEG monitor. MRI of the brain on September 28th showed no evidence of acute intracranial abnormalities. EEG results showed localization-related epilepsy with the potential seizure focus in the left temporal lobe and neuro recommended to continue with Keppra. After stabilization in the medical ICU, the patient was safe for transfer to the general medical floor. Hematology/oncology was consulted for the unprovoked pulmonary embolism and hematology/oncology recommended the patient to follow up outpatient for hypercoagulable workup along with an outpatient colonoscopy. Hematology/oncology also agreed to keep the PTT goal range lower while the patient was being bridged to Coumadin for acute submassive PE. While on the floor, the patient continued to be bridged with Lovenox to warfarin with a goal INR 2-3. Over the next couple of days on the general medical floor, the patient's ecchymosis on back and flank were resolving. It was recommended that after the patient was successfully bridged to Coumadin with an INR of between 2-3, the patient was to schedule an appointment with Drexel interventional radiology to have his IVC filter retrieved. The patient was then discharged to skilled nursing facility.

David Bernstein, M.D.

Dictated by Radha S. Patel, M.D.

TR:RSP/IN
DD:10/10/2018 19:23 EDT
DT:10/11/2018 07:23 EDT
Dictation ID: 25632814/Confirmation #: 022796
R:

Authenticated by DAVID A BERNSTEIN MD [09237] on 10/11/2018 at 09:31:35
DGS*Discharge Summary*

Discharge Summary
* Final Report *

BRZOZOWSKI, FRANK - 1055359

**Signature Line**
Electronically Signed on 10/11/2018 09:31 EDT

BERNSTEIN MD, DAVID A
_____

**Completed Action List:**
* Perform by BERNSTEIN MD, DAVID A on October 11, 2018 06:25 EDT
* Sign by BERNSTEIN MD, DAVID A on October 11, 2018 09:31 EDTRequested on October 11, 2018 07:28 EDT
* VERIFY by BERNSTEIN MD, DAVID A on October 11, 2018 09:31 EDT


Result type:          **Discharge Summary**
Result date:          **October 10, 2018 19:23 EDT**
Result status:        **Modified**
Result title:         **H-Discharge Summary**
Performed by:         **BERNSTEIN MD, DAVID A on October 11, 2018 06:25 EDT**
Verified by:          **BERNSTEIN MD, DAVID A on October 11, 2018 09:31 EDT**
Encounter info:       **80969330, HAH, 1 - Inpatient, 09/27/2018 - 10/09/2018**
Contributor system:   **HAH_TRANS**


Printed by:      **BROOKS, MADIHA**
Printed on:      **10/24/2018 11:48 EDT**

Hahnemann University HOSPITAL

Return Mail Purposes Only
PO Box 96-113
Birmingham, AL 35283-0913
CHANGE SERVICE REQUESTED

Customer Service 1-833-887-8687
Monday – Friday 8:30AM to 5:00PM

#BWNHDKX
#8678790000340018#
FRANK BRZOZOWSKI
2357 E DAUPHIN ST
PHILADELPHIA PA 19125-2923

STATEMENT:                                        Page: 1 of 3

November 29, 2018

**FRANK BRZOZOWSKI**

Patient Reference Number:                    080969330
Hospital Code:                               32D
Payment Due Date:                            Due Upon Receipt

Dates of Service:              09/27/2018 – 10/09/2018
Message ID:                                  PFSSTM1

Primary Insurance:
HEALTH PARTNERS MA

---

*We are writing today to collect on a balance that you owe for services provided at Hahnemann University Hospital. Any information you provide to us will be used for the purpose of collecting on this balance.*

## Account Summary

| | |
|---|---|
| Total Charges | $414,945.25 |
| Adjustments | $401,607.12 |
| Paid by Insurance | $13,317.13 |
| Already Paid by Patient | $0.00 |
| **Amount you owe now** | **$21.00** |

PAY ONLINE: www.hahnemannhospital.com/PayMyBill

Page 1
· Account Summary
· Payment Stub
· Phone Number

Page 2
· Important Information
· Payment Options
· How To Reach Us
· Changes To Personal Information

Page 3
· Understanding Your Statement
· Itemized Details

---

Detach and return bottom portion with payment. Please make checks or money orders payable in U.S. funds to Hahnemann University Hospital and include your patient reference number.

November 29, 2018

**FRANK BRZOZOWSKI**

Patient Reference Number:                    080969330
Payment Due Date:                            Due Upon Receipt

Date(s) of Service:            09/27/2018 – 10/09/2018

Phone: Hahnemann University Hospital
      Customer Service 1-833-887-8687
      Monday – Friday 8:30AM to 5:00PM
PAY ONLINE: www.hahnemannhospital.com/PayMyBill

| DUE DATE | AMOUNT YOU OWE |
|---|---|
| Due Upon Receipt | $21.00 |

Q0889735 8678790000034001

☐ Please check box if address above is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Q0889735 8678790000034001 652805



Hahnemann University Hospital
PO BOX 781009
PHILADELPHIA PA 19178-0974

0781009 0809693330 000002100 2

3/4/19
$21.00

YQW5MQX

## Understanding Your Statement

| | |
|---|---|
| A | The services you requested during your stay at the Hospital |
| B | Total dollar amount charged by the Hospital for services delivered |
| C | Total statement charges on your account |
| D | The dollar amount reduced due to an insurance contractual adjustment or other discount |
| E | The amount paid by one or more insurance companies to the Hospital on behalf of their patient |
| F | The amount already paid to the Hospital by the patient or their guarantor |
| G | The amount due from the patient as indicated on the provider bill or statement |

| Dates of Activity | **A** Item Description / Activity | **B** Charges |
|---|---|---|
| 09/27/2018 – 10/01/2018 | SPECIAL CARE UNIT-ICU/CCU | $75,575.00 |
| 09/27/2018 – 10/09/2018 | LABORATORY SERVICES | $60,979.91 |
| 09/27/2018 – 09/28/2018 | EKG SERVICES | $6,642.87 |
| 09/27/2018 – 10/03/2018 | DIAGNOSTIC/THERAPEUTIC IMAGING | $192,228.72 |
| 09/27/2018 – 10/08/2018 | PHARMACY | $19,612.63 |
| 09/27/2018 – 10/02/2018 | SUPPLIES | $7,685.71 |
| 09/28/2018 – 09/30/2018 | EEG SERVICES | $22,192.72 |
| 09/27/2018 – 09/27/2018 | EMERGENCY ROOM | $6,456.77 |
| 10/01/2018 – 10/01/2018 | SPECIAL NURSING SERVICES | $5,359.31 |
| 10/02/2018 – 10/08/2018 | ROOM & NURSING CARE | $73,581.00 |
| 10/01/2018 – 10/01/2018 | BLOOD BANK | $1,222.67 |
| 10/03/2018 – 10/08/2018 | PHYSICAL MEDICINE & REHAB | $3,207.94 |

| | | |
|---|---|---|
| C | Total Charges | $414,945.25 |
| D | Account Adjustments | $401,607.12 |
| E | Paid by Insurance | $13,317.13 |
| F | Paid by Patient | $0.00 |
| G | Remaining Balance | $21.00 |

## Thank you for choosing
## Hahnemann University Hospital!

Amount you owe now .........$21.00


















Gmail - 19-11469

# M Gmail

Frank Brzozowski <fbrzozow@gmail.com>

---

## 19-11469
4 messages

---

**Frank Brzozowski** <fbrzozow@gmail.com>                                    Wed, Aug 5, 2020 at 9:18 AM
To: PAHS@omniagnt.com, bosborne@omniagnt.com, paul@omniagnt.com, katie@omniagnt.com, odavis@omniagnt.com,
mark.minuti@saul.com, Monique.disabalino@saul.com, Jeffrey.hampton@saul.com, Adam.isenberg@saul.com,
Aaron.applebaum@saul.com, asherman@sillscummis.com, bmankovetskiy@saul.com, thoran@foxrothschild.com, Frank
Brzozowski <fbrzozow@gmail.com>

From:   Frank T Brzozowski

       2357 E Dauphin Street
       Philadelphia, PA 19125
       215-906-3773

To:     Center City Healthcare, LLC, et al
       Claims Processing
       c/o Omni Management Group
       5955 DeSoto Avenue, Suite 100
       Woodland Hills, CA 91367

Re:     Philadelphia Academic Medical Associates, LLC d/b/a Hahnemann University Hospital, et al,  U.S. Bankruptcy
Court for the District of Delaware, Case no 19-11469

 Proof of Claim form 410 of Frank T Brzozowski creditor/claimant

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Wed, Aug 5, 2020 at 9:19 AM
To: fbrzozow@gmail.com



### Address not found

Your message wasn't delivered to **odavis@omniagnt.com**
because the address couldn't be found, or is unable to receive
mail.

The response from the remote server was:

550 5.1.1 <odavis@omniagnt.com>: Recipient address rejected: User unknown

Final-Recipient: rfc822; odavis@omniagnt.com

Action: failed
Status: 5.1.1
Remote-MTA: dns; mx1-us1.ppe-hosted.com. (148.163.129.50, the server for the
domain omniagnt.com.)
Diagnostic-Code: smtp; 550 5.1.1 <odavis@omniagnt.com>: Recipient address rejected: User unknown
Last-Attempt-Date: Wed, 05 Aug 2020 06:19:07 -0700 (PDT)


———— Forwarded message ————
From: Frank Brzozowski <fbrzozow@gmail.com>
To: PAHS@omniagnt.com, bosborne@omniagnt.com, paul@omniagnt.com, katie@omniagnt.com,
odavis@omniagnt.com, mark.minuti@saul.com, Monique.disabatino@saul.com, Jeffrey.hampton@saul.com,
Adam.isenberg@saul.com, Aaron.applebaum@saul.com, asherman@sillscummis.com, bmankovetskiy@saul.com,
thoran@foxrothschild.com, Frank Brzozowski <fbrzozow@gmail.com>
Cc:
Bcc:
Date: Wed, 5 Aug 2020 09:18:55 -0400
Subject: 19-11469

From:    Frank T Brzozowski

         2357 E Dauphin Street
         Philadelphia, PA 19125
         215-906-3773

To:      Center City Healthcare, LLC, et al
         Claims Processing
         c/o Omni Management Group
         5955 DeSoto Avenue, Suite 100
         Woodland Hills, CA 91367

Re:      Philadelphia Academic Medical Associates, LLC d/b/a Hahnemann University Hospital, et al, U.S. Bankruptcy
Court for the District of Delaware, Case no 19-11469

   Proof of Claim form 410 of Frank T Brzozowski creditor/claimant

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                   Wed, Aug 5, 2020 at 9:19 AM
To: fbrzozow@gmail.com




## Address not found

Your message wasn't delivered to **bmankovetskiy@saul.com**
because the address couldn't be found, or is unable to receive
mail.

**LEARN MORE**
⚠ *This link will take you to a third-party site*


The response from the remote server was:

550 Invalid Recipient - https://community.mimecast.com/docs/DOC-1369#550 [VQGhsU40O-Wz0S73tUSfng.us240]

Gmail - 19-11469

Final-Recipient: rfc822; bmankovetskiy@saul.com
Action: failed
Status: 5.0.0
Remote-MTA: dns; us-smtp-inbound-1.mimecast.com. (205.139.110.177, the server
for the domain saul.com.)
Diagnostic-Code: smtp; 550 Invalid Recipient - https://community.mimecast.com/docs/DOC-1369#550 [VQGhsU40O-Wz0S73tUSfng.us240]
Last-Attempt-Date: Wed, 05 Aug 2020 06:19:08 -0700 (PDT)

---------- Forwarded message ----------
From: Frank Brzozowski <fbrzozow@gmail.com>
To: PAHS@omniagnt.com, bosborne@omniagnt.com, paul@omniagnt.com, katie@omniagnt.com,
odavis@omniagnt.com, mark.minuti@saul.com, Monique.disabatino@saul.com, Jeffrey.hampton@saul.com,
Adam.isenberg@saul.com, Aaron.applebaum@saul.com, asherman@sillscummis.com, bmankovetskiy@saul.com,
thoran@foxrothschild.com, Frank Brzozowski <fbrzozow@gmail.com>
Cc:
Bcc:
Date: Wed, 5 Aug 2020 09:18:55 -0400
Subject: 19-11469

From:   Frank T Brzozowski

        2357 E Dauphin Street
        Philadelphia, PA 19125
        215-906-3773

To:     Center City Healthcare, LLC, et al
        Claims Processing
        c/o Omni Management Group
        5955 DeSoto Avenue, Suite 100
        Woodland Hills, CA 91367

Re:     Philadelphia Academic Medical Associates, LLC d/b/a Hahnemann University Hospital, et al,  U.S. Bankruptcy
Court for the District of Delaware, Case no 19-11469

   Proof of Claim form 410 of Frank T Brzozowski creditor/claimant

---

**Frank Brzozowski** <fbrzozow@gmail.com>                                       Wed, Aug 5, 2020 at 9:45 AM
To: Mail Delivery Subsystem <mailer-daemon@googlemail.com>

[Quoted text hidden]
    [Quoted text hidden]
        [Quoted text hidden]

**11 attachments**

                        **1538330618854.jpg**
                        35K





**1538694077216.jpg**
43K



**1538694192208.jpg**
51K



**1538694386688.jpg**
43K



**1539043354193.jpg**
18K

**1539043582015.jpg**
21K





**1539043810125.jpg**
**14K**



**IMG_20180930_140155_hdr.jpg**
**514K**



**IMG_20180930_140528.jpg**
**497K**

**19-11466 Philadelphia Academic Medical Associates LLC.pdf**
**3110K**

**2020-08-05_061543 Hahnemann Final Reports.pdf**
**14822K**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

CENTER CITY HEALTHCARE, LLC
d/b/a HAHNEMANN UNIVERSITY HOSPITAL,
    et al

Debtors

: Chapter 11
: Case No. 19-11466 (KG)
: Case No. 19-11467
: Case No. 19-11469
: Case No. 19-11470
: Jointly Administered Related to
: Docket Nos. 205 and 301

### CREDITOR'S CERTIFICATE OF SERVICE

Frank T. Brzozowski, pro-se creditor, certifies that the **CREDITOR'S MOTION FOR LEAVE OF COURT TO ADD TO THE RECORD DOCUMENTS WILLFULLY PRECLUDED BY DEBTORS** was filed and served upon the following by email by Saturday, August 8, 2020, to:

PAHS@omniagnt.com
paul@omniagnt.com
mark.minuti@saul.com
Adam.isenberg@saul.com
Monique.disabatino@saul.com
thoran@foxrothschild.com

bosborne@omniagnt.com
katie@omniagnt.com
Jeffrey.hampton@saul.com
Aaron.applebaum@saul.com
asherman@sillscummis.com
fbrzozow@gmail.com

Frank T. Brzozowski, pro-se creditor, certifies that the **CREDITOR'S MOTION FOR LEAVE OF COURT TO ADD TO THE RECORD DOCUMENTS WILLFULLY PRECLUDED BY DEBTORS** was filed and served upon the following by first class mail by Saturday, August 8, 2020, to:

U.S. Bankruptcy Clerk's Office
District of Delaware
824 Market Street, 3rd fl.
Wilmington, DE 19801

Center City Healthcare, LLC, et al
Claims Processing
c/o Omni Management Group
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367

Frank T. Brzozowski, pro-se creditor
2357 E. Dauphin Street
Philadelphia, PA 19125
215-906-3773
fbrzozow@gmail.com

**Frank T. Brzozowski, pro-se creditor**
**2357 E. Dauphin Street**
**Philadelphia, PA 19125**
**215-906-3773**
**fbrzozow@gmail.com**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **CENTER CITY HEALTHCARE, LLC** | : Case No. 19-11469 |
| **d/b/a HAHNEMANN UNIVERSITY HOSPITAL,** | : |
| et al | : |
| | : Jointly Administered Related to |
| Debtors | : Docket Nos. 205 and 301 |

### ORDER

AND NOW  this _____ day of _____, 2020,

In case no 19-11469, Frank T. Brzozowski, pro-se, <u>CREDITOR'S MOTION FOR LEAVE OF</u>

<u>COURT TO ADD TO THE RECORD DOCUMENTS WILLFULLY PRECLUDED BY</u>

<u>DEBTORS</u>  is granted.


_____
                                                                        J.