# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Center City Healthcare, LLC
230 North Broad Street
Philadelphia, PA 19102
  **EIN:** 82–2813341
Hahnemann University Hospital

**Chapter:** 11

**Case No.:** 19–11466–MFW

## NOTICE OF HEARING

Frank T. Brzozowski has filed a Motion to Amend Claim.

A hearing regarding this Motion is scheduled for 9/9/20 at 11:30 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801 . Objections are due on or before 9/2/20 .

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 8/17/20

(VAN–401)