# Notice Recipients

| District/Off: 0311−1 | User: leeannem | Date Created: 8/17/2020 |
|---|---|---|
| Case: 19−11466−MFW | Form ID: van401 | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Aaron S. Applebaum | aaron.applebaum@saul.com |
| aty | Adam H. Isenberg | aisenberg@saul.com |
| aty | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| aty | Jeffrey C. Hampton | jeffrey.hampton@saul.com |
| aty | Mark Minuti | mark.minuti@saul.com |
| aty | Monique Bair DiSabatino | monique.disabatino@saul.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Center City Healthcare, LLC | 230 North Broad Street | Philadelphia, PA 19102 | | |
| aty | Joel C. Hopkins | Saul Ewing Arnstein & Lehr LLP | Penn National Insurance Plaza | 2 North Second Street | 7th Floor    Harrisburg, PA 17101−1619 |
| 13661871 | Optum360/UHC | ATTN: CDM/Bankruptcy | 185 Asylum Street | 03B | Hartford, CT 06103 |
| 13662478 | UnitedHealthcare Insurance Company | ATTN: CDM/Bankruptcy | 185 Asylum Street | 03B | Hartford, CT 06103 |

TOTAL: 4