**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket No. 1709** |

**CERTIFICATION OF NO OBJECTION TO FIRST AND FINAL FEE APPLICATION OF CENTURION SERVICE GROUP, LLC, AUCTIONEER TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 25, 2019 THROUGH MAY 31, 2020**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On July 27, 2020, the *First and Final Fee Application of Centurion Service Group, LLC, Auctioneer to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period From November 25, 2019 Through May 31, 2020* (the "**Application**") and the *Notice of First and Final Fee Application of Centurion Services, LLC* (the "**Notice**") [Docket No. 1709] were filed with the Court.

2. Pursuant to the Notice, objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on August 17, 2020 (the "**Objection Deadline**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341], Centurion Service Group, LLC may be paid 100% of its requested fees ($726,426.00).

Dated: August 18, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*