# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from June 1, 2020 through June 30, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| E-discovery Processing /Usage | Saul Ewing Arnstein & Lehr LLP | $1,103.40 |
| Legal Research | Westlaw | $3,603.62 |
| Overnight Delivery | Federal Express | $65.57 |
| **Total** | | **$4,772.59** |



| Philadelphia Academic Health System, LLC | Invoice Number | 2571831 |
| 222 N. Sepulveda Blvd. | Invoice Date | 07/29/20 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 06/10/20 | Federal Express 06/02/2020 To: From: Adam Isenberg | 27.53 | |
| 06/24/20 | Federal Express 06/12/2020 To: Leon Aussprung, Esq From: Monique DiSabatino | 12.68 | |
| 06/24/20 | Federal Express 06/12/2020 To: James J McEldrew, III, Esq From: Monique DiSabatino | 12.68 | |
| 06/24/20 | Federal Express 06/12/2020 To: Daniel Purtell, Esq From: Monique DiSabatino | 12.68 | |
| | Total Federal Express | | 65.57 |
| 06/26/20 | Monthly Storage for June 2020 | 428.40 | |
| 06/26/20 | E-discovery Monthly User Fees | 25.00 | |
| 06/26/20 | E-discovery Analytics Consulting Time | 650.00 | |
| | Total E-discovery Processing Usage Fees | | 1103.40 |
| 06/08/20 | Westlaw Legal Research | 286.20 | |
| 06/09/20 | Westlaw Legal Research | 352.08 | |
| 06/11/20 | Westlaw Legal Research | 143.10 | |
| 06/12/20 | Westlaw Legal Research | 77.22 | |
| 06/12/20 | Westlaw Legal Research | 772.20 | |
| 06/15/20 | Westlaw Legal Research | 77.22 | |
| 06/15/20 | Westlaw Legal Research | 265.00 | |
| 06/16/20 | Westlaw Legal Research | 71.50 | |
| 06/22/20 | Westlaw Legal Research | 143.10 | |
| 06/24/20 | Westlaw Legal Research | 1,201.50 | |
| 06/25/20 | Westlaw Legal Research | 71.50 | |
| 06/26/20 | Westlaw Legal Research | 143.00 | |
| | Total Westlaw Legal Research | | 3,603.62 |
| | CURRENT EXPENSES | | 4,772.59 |

**TOTAL AMOUNT OF THIS INVOICE**                          4,772.59