# EXHIBIT F

## PROFESSIONALS' BACKGROUND

37330666.1 08/19/2020

## Attorney Biographies

**George H. Rahn, Jr.,** *Partner***.**  Mr. Rahn is a partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Mr. Rahn focuses his practice on commercial litigation, including national and international construction matters.  He has handled matters for contractors, engineering firms, owners and surety bond companies in a variety of contexts. Mr. Rahn has also dealt with matters for general contractors, subcontractors, materials and equipment suppliers, owners and others that involved default termination issues, bid awards and protests, payment and performance bond issues, mechanics liens, as well as the prosecution and defense of a variety of matters involving claims for monetary damages.  In addition to his construction-related practice, Mr. Rahn has represented clients in a broad range of matters including antitrust counseling and litigation, breach of contract cases, defamation and insurance coverage disputes, health care-related matters, as well as a variety of personal injury claims.

**Mark Minuti***, Partner.*  Mr. Minuti is Vice-Chair of Saul Ewing Arnstein & Lehr's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice Group and is a Partner in its Wilmington, Delaware office.  Mr. Minuti concentrates his practice in bankruptcy law.  Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware.  Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions.  Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**Timothy W. Callahan***, Partner.*  Mr. Callahan is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Chesterbrook, Pennsylvania office.  Mr. Callahan is general counsel of Saul Ewing Arnstein & Lehr LLP.  Mr. Callahan work includes handling matters involving loss prevention, attorney-client privilege, work product privilege and the unauthorized practice of law.  Mr. Callahan handles commercial litigation, including work for financial institutions and insurance companies, as well as bankruptcy matters.

**John D. Demmy**, *Partner.*  Mr. Demmy is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office.  Mr. Demmy represents debtors, creditors' and ad hoc committees, asset buyers, insurers, and all types of creditors in bankruptcy cases and related litigation matters.  Mr. Demmy also handles bankruptcy appeals to the Delaware District Court and to the Court of Appeals for the Third Circuit.  Mr. Demmy is also an experience commercial litigator who assist clients with cases in the Delaware Court of Chancery and provides opinions with respect to matters of bankruptcy and Delaware law relating to Delaware entities.

**Jeffrey C. Hampton,** *Partner.*  Mr. Hampton is Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy

proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders. Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters. In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner.* Mr. Isenberg is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts. Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**Amy S. Kline,** *Partner.* Ms. Kline is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Ms. Kline has extensive trial experience in federal and state courts, as well as before private arbitration panels. Ms. Kline has particular experience representing insurance and reinsurance companies in complex civil litigation matters. Ms. Kline also represents clients facing large-scale investigations, including responding to governmental investigations.

**John P. Englert,** *Partner.* Mr. Englert is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Practice Group in its Pittsburgh, Pennsylvania office. Mr. Englert has extensive environmental experience. Mr. Engler's experience spans a broad spectrum of environmental matters, ranging from environmental permitting of large and complex energy and industrial facilities to remediation of nuclear facilities and hazardous waste sites.

**Michelle G. Novick,** *Partner.* Ms. Novick is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office. Ms. Novick concentrates her practice on corporate bankruptcy.

**Laura L. Katz,** *Partner.* Ms. Katz is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice Group in its Baltimore, Pennsylvania office. Ms. Katz practices health law and health insurance law and serves as a Patient Care Ombudsman in a healthcare bankruptcy cases

**Monique B. DiSabatino**, *Partner*. Ms. DiSabatino is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office. Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Paul A. Kasicky,** *Counsel.* Mr. Kasicky is Counsel in Saul Ewing Arnstein & Lehr's Business and Finance Practice Group in its Pittsburgh, Pennsylvania office. Mr. Kasicky focuses his practice

2

primarily on ERISA and tax issues related to employee benefits and executive compensation.  Mr. Kasicky's experience includes qualified retirement plans (including ESOPs and multiemployer plans), equity incentive arrangements, VEBAs and 409A deferred compensation considerations.

**Carmen Contreras-Martinez**, *Counsel*.  Ms. Contreras-Martinez is Counsel in Saul Ewing Arnstein & Lehr's Litigation Department in its Miami, Florida office.  Ms. Contreras-Martinez corporate clients who are involved in commercial disputes or facing financial difficulties that require them to restructure or file for bankruptcy.

**Aaron S. Applebaum**, *Associate*.  Mr. Applebaum is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Applebaum focuses his practice in commercial bankruptcy and corporate reorganization. Mr. Applebaum represents debtors, creditors, committees and trustees in complex bankruptcy cases. Mr. Applebaum also has experience assisting clients in bankruptcy litigation, including preference and fraudulent conveyance adversary proceedings, declaratory judgment actions and other contested matters arising in the course of adversarial bankruptcy proceedings.

**Shane P. Simon**, *Associate*.  Mr. Simon an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Mr. Simon represents clients from a variety of industries, including health care providers, colleges and universities, and corporations. Mr. Simon also advises clients on compliance with state and federal regulations affecting their day-to-day operations, including fraud and abuse laws, HIPAA, and licensing issues

**Charles E. Davis**, *Associate*.  Mr. Davis an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Wilmington, Delaware office.  Mr. Davis assists with litigation in Delaware courts and advises on fiduciary duty and contract issues under Delaware law.  Mr. Davis also has experience representing corporate fiduciaries in federal district court in litigation asserting fiduciary duty and federal securities law claims.

**Melissa A. Martinez**, *Associate*.  Ms. Martinez is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Ms. Martinez focuses her practice in commercial bankruptcy and corporate reorganization.

**Shannon A. McGuire**, *Associate*.  Ms. McGuire is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Ms. McGuire works on a variety of commercial bankruptcy and restructuring matters including litigation involving debtors and creditors' committees.