# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Center City Healthcare, LLC
230 North Broad Street
Philadelphia, PA 19102
 **EIN:** 82−2813341
Hahnemann University Hospital

**Chapter:** 11

**Case No.:** 19−11466−MFW

## NOTICE OF HEARING

Frank T. Brzozowski has filed a Motion to Amend Claim.

A hearing regarding this Motion is scheduled for 9/9/20 at 11:30 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801 . Objections are due on or before 9/2/20 .

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 8/17/20

(VAN−401)

```
                          United States Bankruptcy Court
                               District of Delaware
In re:                                                          Case No. 19-11466-MFW
Center City Healthcare, LLC                                     Chapter 11
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: leeannem                Page 1 of 5           Date Rcvd: Aug 17, 2020
                              Form ID: van401               Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
```
db             +Center City Healthcare, LLC,   230 North Broad Street,    Philadelphia, PA 19102-1121
aty             Joel C. Hopkins,   Saul Ewing Arnstein & Lehr LLP,   Penn National Insurance Plaza,
                 2 North Second Street,   7th Floor,   Harrisburg, PA 17101-1619
               +Frank T. Brzozowski,    2357 E Dauphin Street,    Philadelphia, PA 19125-2923
13661871       +Optum360/UHC,    ATTN: CDM/Bankruptcy,   185 Asylum Street,    03B,   Hartford, CT 06103-3408
13662478       +UnitedHealthcare Insurance Company,    ATTN: CDM/Bankruptcy,   185 Asylum Street,    03B,
                 Hartford, CT 06103-3408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2020 at the address(es) listed below:
```
              Aaron S. Applebaum   on behalf of Debtor    Center City Healthcare, LLC aaron.applebaum@saul.com
              Adam H. Isenberg    on behalf of Debtor    Center City Healthcare, LLC aisenberg@saul.com
              Andrew Kelser    on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees,
               Philadelphia and Vicinity akelser@odonoghuelaw.com
              Andrew H. Sherman    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               asherman@sillscummis.com
              Andrew L. Cole    on behalf of Creditor    Sodexo Management, Inc. acole@coleschotz.com,
               pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com
              Benjamin A. Hackman    on behalf of U.S. Trustee    U.S. Trustee benjamin.a.hackman@usdoj.gov
              Boris I. Mankovetskiy    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors bmankovetskiy@sillscummis.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Front Street Healthcare Properties II,
               LLC schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Non-Debtor PAHH Entities
               schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party Joel  Freedman schlauch@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    American Academic Health Systems, LLC
               schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Front Street Healthcare Properties, LLC
               schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Philadelphia Academic Risk Retention
               Group, LLC schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Broad Street Healthcare Properties, LLC
               schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Philadelphia Academic Health Holdings
               LLC schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brett D. Fallon    on behalf of Interested Party    KPC Global brett.fallon@faegredrinker.com,
               tracey.little@faegredrinker.com
              Brett D. Fallon    on behalf of Interested Party    Strategic Global Management, Inc.
               brett.fallon@faegredrinker.com,   tracey.little@faegredrinker.com
              Brian J. Lohan    on behalf of Interested Party Sukhdeep  Singh brian.lohan@arnoldporter.com
              Bryan J Hall    on behalf of Creditor    224 E. 13th Street Realty Corp. bhall@blankrome.com
              Bryan J Hall    on behalf of Creditor    Philadelphia College of Osteopathic Medicine
               bhall@blankrome.com
```

```
District/off: 0311-1                  User: leeannem                 Page 2 of 5                  Date Rcvd: Aug 17, 2020
                                      Form ID: van401                Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Carol E. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General cmomjian@attorneygeneral.gov
        Chantelle D'nae McClamb    on behalf of Creditor    Drexel University mcclambc@ballardspahr.com, ambroses@ballardspahr.com
        Charles A. McCauley III    on behalf of Creditor    Mayflower Laundry and Textile Services, LLC cmccauley@offitkurman.com,  rcovington@offitkurman.com
        Christina J. Pross    on behalf of Creditor    PATHS LLC cpross@mwm-law.com
        Christopher A. Ward    on behalf of Creditor    Vitalant, an Arizona non-profit corporation cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
        Christopher A. Ward    on behalf of Creditor    BioCare, Inc., an Arizona for-profit corporation cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
        Christopher Dean Loizides    on behalf of Creditor    Global Neurosciences Institute, LLC loizides@loizides.com
        Christopher R. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General crmomjian@attorneygeneral.gov
        Claiborne S. Newlin    on behalf of Creditor    Philadelphia Hospital and Healthcare Employees - District 1199C Training and Upgrading Fund cnewlin@markowitzandrichman.com, kbrookes@markowitzandrichman.com
        Claiborne S. Newlin    on behalf of Creditor    Pennsylvania Association of Staff Nurses and Allied Professionals cnewlin@markowitzandrichman.com,  kbrookes@markowitzandrichman.com
        Curtis S. Miller    on behalf of Interested Party    Accreditation Council for Graduate Medical Education csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
        Dale E. Barney    on behalf of Creditor    Veolia Energy Philadelphia, Inc. dbarney@gibbonslaw.com
        Daniel K. Hogan    on behalf of Creditor    Hayes Locum, LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,
        Darrell W. Clark    on behalf of Creditor    Cerner Corporation dclark@stinson.com, cscott@stinson.com
        David Dembe    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General ddembe@attorneygeneral.gov
        David L. Campbell    on behalf of Creditor    Vizient, Inc. dcampbell@uplawtx.com, epierce@uplawtx.com
        David M. Klauder    on behalf of Interested Party Achintya  Moulick dklauder@bk-legal.com
        David M. Klauder    on behalf of Creditor Corinthia  Shields dklauder@bk-legal.com
        David M. Klauder    on behalf of Creditor    Suzanne Richards & Pamela Saechow dklauder@bk-legal.com
        David P. Primack    on behalf of Creditor    Crothall Healthcare, Inc. dprimack@mdmc-law.com, scarney@mdmc-law.com
        David Ryan Slaugh    on behalf of Interested Party    Ad Hoc Committee of Hahnemann Residents and Fellows rslaugh@potteranderson.com,  bankruptcy@potteranderson.com;nrainey@potteranderson.com
        David W. Carickhoff    on behalf of Interested Party    Certain Physicians Under the Philadelphia Academic Health System Physician Practice Plan dcarickhoff@archerlaw.com
        David W. Carickhoff    on behalf of Creditor    Former Physician Group dcarickhoff@archerlaw.com
        Deirdre M. Richards    on behalf of Creditor    LEAF Capital Funding LLC drichards@finemanlawfirm.com
        Deirdre M. Richards    on behalf of Creditor    Rydal Square, L.P. drichards@finemanlawfirm.com
        Dennis A. Meloro    on behalf of Creditor    3M Company melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
        Dennis A. Meloro    on behalf of Health Care Ombudsman    Suzanne Koenig, as Patient Care Ombudsman melorod@gtlaw.com,  bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
        Domenic E. Pacitti    on behalf of Spec. Counsel    Klehr Harrison Harvey Branzburg LLP dpacitti@klehr.com
        Drew  McGehrin    on behalf of Creditor    The Chubb Companies dsmcgehrin@duanemorris.com
        E. Todd Sable    on behalf of Interested Party    SBJ Group Inc. tsable@honigman.com
        Elihu Ezekiel Allinson, III    on behalf of Creditor    Urology for Children, LLC ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
        Eric S. Goldstein    on behalf of Creditor    The Advisory Board Company egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com,  bankruptcy@goodwin.com
        Frank T Brzozowski    fbrzozow@gmail.com
        Frederick B. Rosner    on behalf of Creditor    Medline Industries, Inc. rosner@teamrosner.com
        Garvan F. McDaniel    on behalf of Creditor    Beckman Coulter, Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com,
        George P. Angelich    on behalf of Creditor    Medline Industries, Inc. angelich.george@arentfox.com,  beth.brownstein@arentfox.com;phillip.khezri@arentfox.com
        GianClaudio  Finizio    on behalf of Interested Party    Peoples Capital and Leasing Corp. gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
        Gregory A. Taylor    on behalf of Interested Party    Capital One, N.A. gtaylor@ashbygeddes.com
        Gregory Francis Pesce    on behalf of Creditor    Conifer Revenue Cycle Solutions, LLC gregory.pesce@kirkland.com,  ecf-9b7a1a52c6e8@ecf.pacerpro.com
        Gregory Francis Pesce    on behalf of Creditor    Tenet Business Services Corp. gregory.pesce@kirkland.com,  ecf-9b7a1a52c6e8@ecf.pacerpro.com
        Gregory Joseph Flasser    on behalf of Interested Party    UnitedHealthcare Insurance Company gflasser@bayardlaw.com
        Gregory Joseph Flasser    on behalf of Interested Party    Attorneys for The Advisory Board Company gflasser@bayardlaw.com
        Holly M Smith    on behalf of Interested Party    Watts Restoration Company, Inc. HMeganSmith@gsbblaw.com
        Howard A. Cohen    on behalf of Creditor    Veolia Energy Philadelphia, Inc. hcohen@gibbonslaw.com

```
District/off: 0311-1              User: leeannem                 Page 3 of 5                     Date Rcvd: Aug 17, 2020
                                  Form ID: van401                Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jarret P. Hitchings   on behalf of Creditor   Albert Einstein Healthcare Network jphitchings@duanemorris.com
          Jason A. Gibson   on behalf of Creditor   Medline Industries, Inc. gibson@teamrosner.com
          Jason A. Gibson   on behalf of Interested Party   Cooper University Healthcare gibson@teamrosner.com
          Jeffrey Kurtzman   on behalf of Creditor   Rydal Square, L.P. kurtzman@kurtzmansteady.com
          Jeffrey C. Hampton   on behalf of Debtor   Center City Healthcare, LLC jeffrey.hampton@saul.com
          Jeffrey R Barber   on behalf of Creditor   Ensemble RCM, LLC d/b/a Ensemble Health Partners jbarber@joneswalker.com
          Jeffrey R. Waxman   on behalf of Creditor   Herman Goldner Co., Inc. jwaxman@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
          Jeremy William Ryan   on behalf of Interested Party   Ad Hoc Committee of Hahnemann Residents and Fellows jryan@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com
          Jeremy William Ryan   on behalf of Interested Party   SBJ Group Inc. jryan@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com
          Jody C. Barillare   on behalf of Creditor   General Healthcare Resources, LLC jody.barillare@morganlewis.com,  lori.gibson@morganlewis.com
          Joelle E. Polesky   on behalf of Creditor   MidCap Financial Trust jpolesky@stradley.com, tmitchell@stradley.com
          Joelle E. Polesky   on behalf of Creditor   MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) jpolesky@stradley.com,  tmitchell@stradley.com
          Joelle E. Polesky   on behalf of Creditor   MidCap Funding H Trust jpolesky@stradley.com, tmitchell@stradley.com
          John Henry Schanne, II   on behalf of Interested Party   Temple University Health System, Inc. schannej@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
          John T. Carroll, III   on behalf of Creditor   NG 1500 Market St. LLC jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com
          Joseph H. Huston, Jr.   on behalf of Interested Party   TOWER HEALTH SERVICES jhh@stevenslee.com
          Joseph J. McMahon, Jr.   on behalf of Interested Party   St. Christopher's Hospital for Children Medical Staff jmcmahon@ciardilaw.com
          Joseph M. Barry   on behalf of Interested Party Sukhdeep  Singh bankfilings@ycst.com
          Judy D. Thompson   on behalf of Creditor   Sodexo, Inc. jdt@jdthompsonlaw.com
          Julia Bettina Klein   on behalf of Creditor   Premier, Inc. klein@kleinllc.com
          Julia Bettina Klein   on behalf of Creditor   AmeriHealth HMO, Keystone Health Plan East and QCC Insurance Company klein@kleinllc.com
          Justin R. Alberto   on behalf of Creditor   Association of American Medical Colleges jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
          Justin R. Alberto   on behalf of Creditor   Educational Commission for Foreign Medical Graduates jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
          Kate R. Buck   on behalf of Creditor   PECO Energy Company kbuck@mccarter.com
          Kate R. Buck   on behalf of Creditor   Atlantic City Energy Company kbuck@mccarter.com
          Katharina Earle   on behalf of Interested Party   Capital One, N.A. kearle@ashbygeddes.com
          Kevin G. Collins   on behalf of Creditor   Roche Diagnostics Corporation kevin.collins@btlaw.com, pgroff@btlaw.com;Tabitha.davis@btlaw.com
          Kristi JoLynn Doughty   on behalf of Creditor   St. Agnes MOB, LLC kdoughty@schnader.com
          Kristi JoLynn Doughty   on behalf of Creditor   Pennsylvania Department of Revenue kdoughty@schnader.com
          Lance Michael Geren   on behalf of Creditor   Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
          Lance Michael Geren   on behalf of Creditor   Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
          Laura Davis Jones   on behalf of Creditor   Conifer Revenue Cycle Solutions, LLC ljones@pszjlaw.com,  efile1@pszjlaw.com
          Laura Davis Jones   on behalf of Creditor   Tenet Business Services Corp. ljones@pszjlaw.com, efile1@pszjlaw.com
          Laura Davis Jones   on behalf of Creditor   Tenet Business Services Corp. ljones@pszjlaw.com
          Laura Davis Jones   on behalf of Creditor   Conifer Revenue Cycle Solutions, LLC ljones@pszjlaw.com
          Lawrence A. Lichtman   on behalf of Interested Party   SBJ Group Inc. LLichtman@honigman.com
          Louis A. Curcio   on behalf of Interested Party   Capital One, N.A. louis.curcio@troutman.com, john.murphy@troutman.com
          Marc Stephen Casarino   on behalf of Creditor   SpecialtyCare, Inc. casarinom@whiteandwilliams.com,  debankruptcy@whiteandwilliams.com
          Marc Stephen Casarino   on behalf of Creditor   SpecialtyCare IOM Services, LLC casarinom@whiteandwilliams.com,  debankruptcy@whiteandwilliams.com
          Marcus Scott Sacks   on behalf of Creditor   UNITED STATES OF AMERICA marcus.s.sacks@usdoj.gov
          Marcy J. McLaughlin Smith   on behalf of Interested Party   Temple University Health System, Inc. and Temple University Hospital, Inc. Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

```
District/off: 0311-1           User: leeannem              Page 4 of 5            Date Rcvd: Aug 17, 2020
                               Form ID: van401             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Marcy J. McLaughlin Smith   on behalf of Interested Party   Temple University Health System, Inc. Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com
        Marita Erbeck   on behalf of Interested Party   Thomas Jefferson University marita.erbeck@dbr.com
        Marita Erbeck   on behalf of Interested Party   Thomas Jefferson University Hospitals, Inc. marita.erbeck@dbr.com
        Mark Minuti   on behalf of Debtor   St. Christopher's Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   St. Christopher's Pediatric Urgent Care Center, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   HPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   Philadelphia Academic Health System, LLC mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   TPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   TPS V of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   Philadelphia Academic Medical Associates, LLC mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   TPS III of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   TPS II of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   TPS IV of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   Center City Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   SCHC Pediatric Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   SCHC Pediatric Anesthesia Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor   StChris Care at Northeast Pediatrics, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark D. Collins   on behalf of Interested Party Joel Freedman rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins   on behalf of Interested Party   American Academic Health Systems, LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins   on behalf of Interested Party   Philadelphia Academic Risk Retention Group, LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins   on behalf of Interested Party   Philadelphia Academic Health Holdings LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins   on behalf of Interested Party   Front Street Healthcare Properties, LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Megan N. Harper   on behalf of Creditor   City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov
        Michael Comrie Heyden, Jr.   on behalf of Interested Party   Amicus Curiae mheyden@grsm.com
        Michael G. Busenkell   on behalf of Interested Party   District 1199C National Union of Health Care Employees, AFSCME mbusenkell@gsbblaw.com
        Monica Mathews Reynolds   on behalf of Interested Party   Watts Restoration Company, Inc. mreynolds@cwolaw.com
        Monique Bair DiSabatino   on behalf of Debtor   Center City Healthcare, LLC monique.disabatino@saul.com, robyn.warren@saul.com
        Natasha M. Songonuga   on behalf of Interested Party   Hackensack Meridian Health nsongonuga@gibbonslaw.com
        Nicholas J. LePore, III   on behalf of Creditor Frank Napolitano nlepore@schnader.com
        Nicholas J. LePore, III   on behalf of Creditor Charles Huff nlepore@schnader.com
        Nicholas J. LePore, III   on behalf of Interested Party   Commonwealth of Pennsylvania Department of Health nlepore@schnader.com
        Paige Noelle Topper   on behalf of Interested Party   Accreditation Council for Graduate Medical Education ptopper@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
        Pamela Elchert Thurmond   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, pelchertthurmond@gmail.com
        Patrick A. Jackson   on behalf of Creditor   Gift of Life Donor Program, Greater Delaware Valley Society Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
        Patrick A. Jackson   on behalf of Interested Party   Thomas Jefferson University Hospitals, Inc. Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
        Patrick A. Jackson   on behalf of Interested Party   Thomas Jefferson University Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
        Pearl Pham   on behalf of Creditor   PHILADELPHIA GAS WORKS pearl.pham@pgworks.com
        Phillip Khezri   on behalf of Creditor   Medline Industries, Inc. pkhezri@lowenstein.com
        R. Stephen McNeill   on behalf of Interested Party   Ad Hoc Committee of Hahnemann Residents and Fellows bankruptcy@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
        R. Stephen McNeill   on behalf of Interested Party   SBJ Group Inc. bankruptcy@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
        Reliable Companies   gmatthews@reliable-co.com

```
District/off: 0311-1           User: leeannem              Page 5 of 5                 Date Rcvd: Aug 17, 2020
                               Form ID: van401             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard A. Barkasy   on behalf of Creditor Charles  Huff rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Interested Party    Commonwealth of Pennsylvania Department of Health rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Creditor Frank  Napolitano rbarkasy@schnader.com
          Rick S. Miller   on behalf of Creditor    ThyssenKrupp Elevator Corporation rmiller@ferryjoseph.com, mstucky@ferryjoseph.com
          Ryan B Smith   on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General rbsmith@attorneygeneral.gov
          Sabrina L. Streusand   on behalf of Creditor    NTT Data Services streusand@slollp.com, prentice@slollp.com
          Shawn M. Christianson   on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
          Sophie E. Macon   on behalf of Creditor    Association of American Medical Colleges smacon@bayardlaw.com, kmccloskey@bayardlaw.com
          Sophie E. Macon   on behalf of Creditor    Educational Commission for Foreign Medical Graduates smacon@bayardlaw.com, kmccloskey@bayardlaw.com
          Stephanie A. Fox   on behalf of Creditor    Coloplast Corp. saf@maronmarvel.com, kkw@maronmarvel.com
          Stuart M. Brown   on behalf of Interested Party    PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
          Stuart M. Brown   on behalf of Interested Party    Harrison Street Real Estate, LLC and its affiliates stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
          Susan  Murray   on behalf of Creditor    Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund smurray@freedmanlorry.com
          Suzzanne  Uhland   on behalf of Interested Party Joel  Freedman suzzanne.uhland@lw.com
          Suzzanne  Uhland   on behalf of Interested Party    American Academic Health Systems, LLC suzzanne.uhland@lw.com
          Suzzanne  Uhland   on behalf of Interested Party    Philadelphia Academic Health Holdings LLC suzzanne.uhland@lw.com
          Thomas D. Bielli   on behalf of Interested Party Achintya  Moulick tbielli@bk-legal.com, acarrillo@bk-legal.com
          Thomas M. Horan   on behalf of Creditor Committee    Official Committee of Unsecured Creditors thoran@foxrothschild.com, mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
          Timothy  Swanson   on behalf of Creditor    DaVita, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
          Timothy  Swanson   on behalf of Interested Party    Renal Treatment Centers-Northeast, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
          Timothy P. Cairns   on behalf of Creditor    Conifer Revenue Cycle Solutions, LLC tcairns@pszjlaw.com
          Timothy P. Cairns   on behalf of Creditor    Tenet Business Services Corp. tcairns@pszjlaw.com
          Tobey M. Daluz   on behalf of Creditor    Drexel University daluzt@ballardspahr.com, ambroses@ballardspahr.com
          U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV
          Vikrama S. Chandrashekar   on behalf of Creditor    Renal Treatment Centers-Northeast, Inc. vika.chandrashekar@moyewhite.com, pamela.thede@moyewhite.com
          Vikrama S. Chandrashekar   on behalf of Creditor    DaVita, Inc. vika.chandrashekar@moyewhite.com, pamela.thede@moyewhite.com
          Vincent J Marriott, III   on behalf of Creditor    Drexel University marriott@ballardspahr.com
          William D. Sullivan   on behalf of Creditor    Laboratory Corporation of America Holdings wdsecfnotices@sha-llc.com
          William D. Sullivan   on behalf of Creditor    Monogram Biosciences, Inc. wdsecfnotices@sha-llc.com
          William F. Taylor, Jr.   on behalf of Creditor    Atlantic City Energy Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.   on behalf of Creditor    Constellation New Energy - Gas Division, LLC bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.   on behalf of Creditor    PECO Energy Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William F. Taylor, Jr.   on behalf of Creditor    Cerner Corporation bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

                                                                                                        TOTAL: 179