# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) **Related to Docket No. 1735** |
| Debtors. | ) |

### CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER APPROVING STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIM ASSERTED BY TAWANA MCKEITHER, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DEBORAH MCKEITHER AND (B) NO OBJECTION TO SAME

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") hereby certifies that:

1. On August 11, 2020, the *Notice* (the "**Notice**") *of Stipulation Granting Limited Relief from the Automatic Stay with Respect to Personal Injury Claim Asserted by Tawana McKeither, Individually and as Administratrix of the Estate of Deborah McKeither* [Docket No. 1735] (the "**Stipulation**") was filed with the Court.

2. Pursuant to the Notice, objections, if any, to the Stipulation were required to have been filed with the Court and served on the undersigned so as to be received on or before August 25, 2020 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

3. Prior to the Objection Deadline, Chubb Ltd. ("**Chubb**") requested that certain language be added to the Stipulation. No other objections or responses were served upon the undersigned or entered on the Court's docket.

4. Counsel to the Debtors and counsel to the Plaintiff (as defined in the Stipulation) have both agreed to the inclusion of Chubb's requested language, and have inserted such language in the revised form of Stipulation attached as Exhibit 1 to the proposed order attached hereto as **Exhibit A** (the "**Proposed Order**").

5. A blackline reflecting the changes made to the Stipulation to reflect Chubb's comments is attached hereto as **Exhibit B**.

[remainder of page left intentionally blank]

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: August 26, 2020 **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*