**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
CENTER CITY HEALTHCARE, LLC D/B/A                        :   Case No. 19-11466 (MFW)
HAHNEMANN UNIVERSITY HOSPITAL, et                        :
al.,                                                     :   (Jointly Administered)
                                                         :
                     Debtors.                            :   Re: Docket No. 1739
-------------------------------------------------------- x
```

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF PHILADELPHIA
ACADEMIC HEALTH HOLDINGS, LLC, PHILADELPHIA ACADEMIC RISK
RETENTION GROUP, LLC, FRONT STREET HEALTH PROPERTIES, LLC AND
JOEL FREEDMAN ON BEHALF OF HIMSELF AND THE INDEMNITIES TO DEEM
LATE-FILED CLAIMS AS TIMELY FILED**

The undersigned hereby certifies that Philadelphia Academic Health Holdings, LLC,

Philadelphia Academic Risk Retention Group, LLC, Front Street Health Properties, LLC, and

Joel Freedman on behalf of himself and the Indemnities (collectively, the "Claimants") have

received no answer, objection or any other responsive pleading with respect to the *Motion of

Philadelphia Academic Health Holdings, LLC, Philadelphia Academic Risk Retention Group,

LLC, Front Street Health Properties, LLC and Joel Freedman on Behalf of Himself and the

Indemnities to Deem Certain Late-Filed Claims as Timely Filed* [Docket No. 1739] (the

"Motion") filed by the Claimants with the United States Bankruptcy Court for the District of

Delaware (the "Court") on August 12, 2020.  The undersigned further certifies that no answer,

objection or other responsive pleading to the Motion has appeared on the Court's docket in the

above-captioned chapter 11 cases.  Pursuant to the *Notice of Motion and Hearing*, filed with the

Motion, any objection or response to the Motion was to be filed no later than August 26, 2020 at

4:00 p.m. (prevailing Eastern Time).

WHEREFORE, the Claimants respectfully request that an order, substantially in the form

attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: August 27, 2020
Wilmington, Delaware


*/s/ Brendan J. Schlauch*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:     (302) 651-7700
Fax:     (302) 651-7701
Email:  collins@rlf.com
         merchant@rlf.com
         schlauch@rlf.com

-and-

Suzzanne Uhland
Robert Malionek
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906 1308
Email:  suzzanne.uhland@lw.com
         robert.malionek@lw.com

*Counsel for Claimants*

RLF1 23753970v.1

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------- x
                                                          :
In re:                                                    :   Chapter 11
                                                          :
CENTER CITY HEALTHCARE, LLC D/B/A                         :   Case No. 19-11466 (MFW)
HAHNEMANN UNIVERSITY HOSPITAL, et                         :
al.,                                                      :   (Jointly Administered)
                                                          :
                    Debtors.                              :   Re: Docket No. 1739
--------------------------------------------------------- x
```

### ORDER GRANTING MOTION OF PHILADELPHIA ACADEMIC HEALTH HOLDINGS, FRONT STREET HEALTH PROPERTIES, LLC AND JOEL FREEDMAN ON BEHALF OF HIMSELF AND THE INDEMNITIES TO DEEM CERTAIN LATE-FILED CLAIMS AS TIMELY FILED

Upon consideration of the Motion of Philadelphia Academic Health Holdings, LLC ("PAHH"), Front Street Health Properties, LLC ("Front Street"); and Joel Freedman on behalf of himself and the Indemnities[1] (collectively, "Freedman," together with PAHH and Front Street, the "Claimants") to Deem Certain Late-Filed Claims as Timely Filed (the "Motion"),[2] and any responses thereto; and the Court having determined that due and proper notice of the Motion having been provided; and it appearing that Court has jurisdiction over this matter; and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Late-Filed Claims set forth on Exhibit 1 to the Motion are deemed timely filed.

---

[1] "Indemnities" include Joel Freedman, as an officer, along with his affiliates, partners, employees, and agents, and as an officer of any such affiliate.

[2] Terms used but not defined herein shall have the meanings ascribed to them in the Motion.

3.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.