**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 1739** |

---

**ORDER GRANTING MOTION OF PHILADELPHIA ACADEMIC HEALTH HOLDINGS, FRONT STREET HEALTH PROPERTIES, LLC AND JOEL FREEDMAN ON BEHALF OF HIMSELF AND THE INDEMNITIES TO DEEM CERTAIN LATE-FILED CLAIMS AS TIMELY FILED**

Upon consideration of the Motion of Philadelphia Academic Health Holdings, LLC ("PAHH"), Front Street Health Properties, LLC ("Front Street"); and Joel Freedman on behalf of himself and the Indemnities[1] (collectively, "Freedman," together with PAHH and Front Street, the "Claimants") to Deem Certain Late-Filed Claims as Timely Filed (the "Motion"),[2] and any responses thereto; and the Court having determined that due and proper notice of the Motion having been provided; and it appearing that Court has jurisdiction over this matter; and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

        1.       The Motion is GRANTED as set forth herein.

        2.       The Late-Filed Claims set forth on Exhibit 1 to the Motion are deemed timely filed.

---

[1] "Indemnities" include Joel Freedman, as an officer, along with his affiliates, partners, employees, and agents, and as an officer of any such affiliate.

[2] Terms used but not defined herein shall have the meanings ascribed to them in the Motion.

RLF1 23930759v.1

    3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: August 28th, 2020**
**Wilmington, Delaware**

                                  */s/ Mary F. Walrath*
                                  **MARY F. WALRATH**
                                  **UNITED STATES BANKRUPTCY JUDGE**

RLF1 23930759v.1