## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: September 21, 2020 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objection filed** |

### NOTICE OF THIRTEENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM JULY 1, 2020 THROUGH JULY 31, 2020</u>

PLEASE TAKE NOTICE THAT on September 1, 2020, Sills Cummis & Gross P.C. ("<u>Sills</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Thirteenth Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2020 through July 31, 2020 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **September 21, 2020 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovertskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.


Dated: September 1, 2020                    **FOX ROTHSCHILD LLP**

                                            */s/ Seth A. Niederman*
                                            Seth A. Niederman (DE No. 4588)
                                            919 North Market Street, Suite 300
                                            Wilmington, DE  19899-2323
                                            Telephone:  (302) 654-7444
                                            Facsimile:  (302) 656-8920
                                            E-mail: sniederman@foxrothschild.com

                                            *Counsel to the Official Committee of*
                                            *Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: September 21, 2020 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

## THIRTEENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | July 1, 2020 – July 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $173,342.00  (80% of $216,677.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $3,458.44 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, primary department or group, year of obtaining relevant license to practice, if applicable | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $825 | 1.2 | $990.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $750 | 19.0 | $14,250.00 |
| Brian Coven | Member, Corporate  First Bar Admission: 1982 | $750 | 56.9 | $42,675.00 |
| Clint Kakstys | Member, Real Estate First Bar Admission: 2004 | $650 | 128.7 | $83,655.00 |
| Charles J. Falletta | Member, Litigation First Bar Admission: 1996 | $575 | 13.4 | $7,705.00 |
| David G. Cherna | Of Counsel, Real Estate First Bar Admission: 1983 | $595 | 30.5 | $18,147.50 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $595 | 40.3 | $23,978.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $550 | 0.9 | $495.00 |
| Matthew P. Canini | Associate, Litigation First Bar Admission: 2012 | $425 | 26.3 | $11,177.50 |
| Frank Gonzalez | Paralegal, Litigation First Bar Admission: N/A | $225 | 81.9 | $18,427.50 |
| **Total Fees at Standard Rates** | | | **399.1** | **$221,501.00** |
| **Total Fees at $625 Blended Rate[2]** | | | **399.1** | **$216,677.50** |

[1] Effective October 1, 2019, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  For instance, the hourly rate of Andrew Sherman was increased from $795 to $825; the hourly rate of Boris Mankovetskiy was increased from $725 to $750; the hourly rate of Rachel Brennan was increased from $545 to $595; and the hourly rate of Gregory Kopacz was increased from $525 to $550.  However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Nunc Pro Tunc to July 15, 2019* [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

7449949

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 392.1 | $216,870.00 |
| Business Operations (103) | 0.9 | $675.00 |
| Case Administration (104) | 2.1 | $1,043.50 |
| Claims Administration and Objections (105) | 3.3 | $2,527.50 |
| Fee/Employment Applications (107) | 0.4 | $220.00 |
| Fee/Employment Objections (108) | 0.2 | $110.00 |
| Plan and Disclosure Statement (113) | 0.1 | $55.00 |
| **Total Fees at Standard Rate** | **399.1** | **$221,501.00** |
| **Total Fees at $625 Blended Rate[3]** | **399.1** | **$216,677.50** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendors (UnitedLex) | $3,458.44 |
| **TOTAL** | **$3,458.44** |

---

[3] As noted in the Retention Application, "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| CENTER CITY HEALTHCARE, LLC, d/b/a | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | |
| | (Jointly Administered) |
| Debtors. | |
| | **Objections Due: September 21, 2020 at 4:00 p.m.** |
| | **Hearing Date: TBD if objection filed** |

**THIRTEENTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020**

Pursuant to sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation*

*and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills

Cummis & Gross P.C. ("Sills") files this *Thirteenth Application for Allowance of Compensation*

*for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee*

*of Unsecured Creditors for the Period From July 1, 2020 Through July 31, 2020* (the

"Application").  By the Application, Sills seeks allowance of $173,342.00 (80% of $216,677.50)

in fees for services rendered, *plus* $3,458.44 for reimbursement of actual and necessary expenses

for the period from July 1, 2020 through July 31, 2020 (the "Compensation Period"), for a total

of $176,800.44.

**Background**

1.     On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for

4

relief under chapter 11 of the Bankruptcy Code.

2.       On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.       Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.       All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.       The fee statement for the Compensation Period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third Circuit law, and the Compensation Order.

### Actual and Necessary Expenses

6.       Detailed information regarding Sills' expenses during the Compensation Period is

5

7449949

included in **Exhibit A**.

**Summary of Services by Project**

7.      The services Sills rendered during the Compensation Period are generally

described below, with a more detailed identification of the actual services provided in **Exhibit A**.

A.      <u>Asset Analysis and Recovery</u>

Fees: $216,870.00;      Total Hours: 392.1

This category includes time spent investigating causes of action against certain non-

debtor affiliates and other parties, including time spent: (a) conducting research and analysis

regarding potential claims and causes of action, including fraud, breach of fiduciary duty and

alter ego claims; (b) drafting a related memorandum; (c) propounding discovery requests and

addressing related issues, including drafting a related stipulation with the Debtors; (d) reviewing

documents produced in response to discovery requests and addressing privilege issues; and (e)

communicating with Debtors' counsel and the Committee's other advisors regarding the

foregoing and related issues.

B.      <u>Business Operations</u>

Fees: $675.00;      Total Hours: 0.9

This category includes time spent analyzing issues regarding intercompany transfers.

C.      <u>Case Administration</u>

Fees: $1,043.50;      Total Hours: 2.1

This category includes time spent: (a) communicating with the Committee's other

advisors regarding pending matters, (b) attending Committee meetings, and (c) updating the

"critical dates" calendar.

D.      <u>Claims Administration and Objection</u>

Fees: $2,527.50;      Total Hours: 3.3

6

This category includes time spent analyzing claims asserted against the Debtors' estates and potential objections, challenges and counterclaims thereto, including time spent (a) analyzing potential objections and counterclaims to certain landlord claims, (b) analyzing a proposed stipulation regarding certain proofs of claims, and (c) communicating with Debtors' counsel and the Committee's other advisors regarding the foregoing and other issues.

E.      Fee/Employment Applications

        Fees: $220.00;        Total Hours: 0.4

This category includes time spent addressing issues related to Sills' fee applications.

F.      Fee/Employment Objections

        Fees: $110.00;        Total Hours: 0.2

This category includes time spent reviewing the Debtors' professionals fee applications.

G.      Plan and Disclosure Statement

        Fees: $55.00;         Total Hours: 0.1

This category includes time spent analyzing the Debtors' motion to extend its exclusivity periods.

## Conclusion

8.      Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests that an allowance be made to Sills for the sums of $173,342.00 (80% of $216,677.50) as compensation, *plus* and $3,458.44 for reimbursement of actual and necessary expenses, for a total of $176,800.44, and that such amounts be authorized for payment.

7449949

Dated: September 1, 2020                    Respectfully submitted,
Wilmington, Delaware

                                            */s/ Seth A. Niederman*
                                            Seth A. Niederman (DE Bar No. 4588)
                                            **FOX ROTHSCHILD LLP**
                                            919 North Market Street, Suite 300
                                            Wilmington, DE 19899
                                            Telephone: 302-654-7444
                                            Facsimile: 302-656-8920
                                            Email: sniederman@foxrothschild.com

                                            - and -

                                            Andrew H. Sherman (*pro hac vice*)
                                            Boris I. Mankovetskiy (*pro hac vice*)
                                            **SILLS CUMMIS & GROSS P.C.**
                                            One Riverfront Plaza
                                            Newark, NJ 07102
                                            Telephone:  973-643-7000
                                            Facsimile:  973-643-6500
                                            Email:  asherman@sillscummis.com
                                                    bmankovetskiy@sillscummis.com

                                            *Counsel for the Official Committee*
                                            *of Unsecured Creditors*

8

### <u>VERIFICATION</u>

STATE OF NEW JERSEY      )
                           ) SS:
COUNTY OF MORRIS         )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                    */s/ Andrew H. Sherman*
                                      Andrew H. Sherman

7449949

# Exhibit A

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI#22 - 1920331

RE:  Creditors' Committee

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 07/16/20 | AHS | Call with Debtors' counsel re: investigation issues and follow up with BRG re: same. | 0.50 | 412.50 |
| 07/01/20 | BM | Analysis regarding supplemental discovery requests to Debtors in connection with Committee's investigation of potential claims. | 1.20 | 900.00 |
| 07/02/20 | BM | Attend to issues regarding investigation of potential estate-based causes of action. | 1.10 | 825.00 |
| | | Attend to supplemental document requests to Debtors in connection with Committee's investigation of potential claims. | 0.90 | 675.00 |
| 07/06/20 | BM | Attend to issues regarding review and analysis of MBNF's document productions. | 0.80 | 600.00 |
| | | Analysis regarding potential causes of action against D&Os and other third parties. | 1.10 | 825.00 |
| 07/07/20 | BM | Analysis of issues regarding potential intercompany claims arising from real estate leases. | 0.90 | 675.00 |
| 07/10/20 | BM | Attend to discovery issues in connection with Committee's investigation of potential estate-based causes of action. | 0.80 | 600.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 1781633 |
| Date | | 08/21/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/13/20 | BM | Attend to issues regarding investigation of potential causes of action against MBNF-related entities. | 1.30 | 975.00 |
| 07/14/20 | BM | Attend to issues regarding Committee's investigation of potential estate-based claims. | 1.30 | 975.00 |
| 07/16/20 | BM | Attend to issues regarding review of MBNF-related parties document productions and privilege issues. | 1.10 | 825.00 |
| 07/20/20 | BM | Attend to issues regarding investigation of potential causes of action against former insiders. | 1.10 | 825.00 |
| | | Attend to issues regarding deficiencies in discovery productions from MBNF. | 0.70 | 525.00 |
| 07/21/20 | BM | Attend to proposed revised stipulation governing Debtors' productions of documents in response to Committee's discovery requests. | 0.80 | 600.00 |
| 07/28/20 | BM | Attend to issues regarding MBNF's document productions in response to Committee's discovery requests. | 0.80 | 600.00 |
| 07/30/20 | BM | Attend to issues regarding investigation of potential estate-based causes of action. | 1.20 | 900.00 |
| 07/02/20 | BSC | D&O claims investigation research. | 3.60 | 2,700.00 |
| 07/06/20 | BSC | Claims investigation document review. | 4.30 | 3,225.00 |
| | | Analyze potential fraud claims relating to opco structuring. | 2.60 | 1,950.00 |
| 07/07/20 | BSC | Document review and evaluation relating to possible alter ego claims. | 3.40 | 2,550.00 |
| 07/08/20 | BSC | Review and evaluate potential improper conduct claims regarding financial structure. | 2.80 | 2,100.00 |
| | | Claims investigation document review. | 3.90 | 2,925.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---:|
| Page | | 3 |
| Inv# | | 1781633 |
| Date | | 08/21/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 07/09/20 | BSC | Document review and research regarding claims based on financial structuring. | 3.10 | 2,325.00 |
| 07/10/20 | BSC | Review discovery documents. | 2.30 | 1,725.00 |
| 07/13/20 | BSC | Claims investigation document review. | 2.90 | 2,175.00 |
| 07/17/20 | BSC | Claims investigation review. | 2.80 | 2,100.00 |
| 07/20/20 | BSC | Review potential causes of action. | 1.60 | 1,200.00 |
| 07/27/20 | BSC | Claims investigation document review. | 2.40 | 1,800.00 |
| 07/28/20 | BSC | Claims investigation document review. | 4.20 | 3,150.00 |
| 07/29/20 | BSC | Review of financial information. | 3.20 | 2,400.00 |
| 07/30/20 | BSC | Review discovery documents. | 4.10 | 3,075.00 |
| | | Examine possible capitalization deficiencies. | 2.60 | 1,950.00 |
| 07/31/20 | BSC | Research relating to manager's duty of care. | 3.40 | 2,550.00 |
| | | Claims investigation document review relating to possible management malfeasance. | 3.70 | 2,775.00 |
| 07/01/20 | CJF | Telephone conference with M. Minuti regarding collection and review of American Academic email. | 0.60 | 345.00 |
| | | Prepare summary of telephone conference with M. Minuti concerning American Academic email collection and production. | 0.20 | 115.00 |
| 07/02/20 | CJF | Analyze issues regarding second level document review. | 0.10 | 57.50 |
| 07/03/20 | CJF | Analyze issues regarding technical issue with review batches. | 0.10 | 57.50 |
| 07/06/20 | CJF | Analyze issues regarding second level review of hot documents and American Academic emails. | 1.10 | 632.50 |
| | | Prepare quality control saved searches regarding review team results and analyze issues regarding same. | 0.80 | 460.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 4 |
| Inv# | | 1781633 |
| Date | | 08/21/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Prepare e-mail to and review e-mail from UnitedLex regarding new search terms from American Academic and search of same. | 0.20 | 115.00 |
| | | Prepare e-mail to and review e-mail from UnitedLex regarding technical issue with document batches. | 0.20 | 115.00 |
| | | Review status of document review and revise spreadsheet regarding same. | 0.60 | 345.00 |
| 07/07/20 | CJF | Analyze issues regarding updated search term hit reports and review of additional documents. | 0.30 | 172.50 |
| | | Prepare e-mails to and review e-mails from D. Peters, UnitedLex, regarding revisions to search of new search terms, updated hit report, and search of non-batched documents. | 0.30 | 172.50 |
| | | Analyze issues regarding review team questions concerning review protocol. | 0.40 | 230.00 |
| | | Analyze issues regarding review of hot documents, new search terms, and review of same. | 0.60 | 345.00 |
| 07/08/20 | CJF | Prepare e-mail to UnitedLex regarding QC review panel for second level review of documents. | 0.20 | 115.00 |
| | | Analyze issues regarding search term hit reports and additional documents for review. | 0.20 | 115.00 |
| | | Prepare e-mail to D. Peters, UnitedLex, regarding batching for review additional documents hitting on new search terms. | 0.10 | 57.50 |
| 07/11/20 | CJF | Review emails and letter from H. Liberman, regarding production PAHH-12. | 0.20 | 115.00 |
| | | Attend to download of PAHH-12 production and prepare same. | 0.40 | 230.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/13/20 | CJF | Prepare e-mail to and review e-mail from D. Peters, UnitedLex, regarding loading production PAHH-012 into Relativity. | 0.20 | 115.00 |
| | | Review status of document review and analyze issues regarding same. | 0.40 | 230.00 |
| 07/14/20 | CJF | Exchange e-mails with D. Peters of UnitedLex, and H. Liberman, counsel for MBNF Non-Debtor Entities, regarding password issues with production 12. | 0.20 | 115.00 |
| 07/15/20 | CJF | Exchange e-mails with D. Peters, UnitedLex, regarding PAHH-12 production and attend to same. | 0.30 | 172.50 |
| 07/16/20 | CJF | Analyze issues regarding status of document review. | 0.20 | 115.00 |
| 07/17/20 | CJF | Analyze issues regarding production PAHH-12 and review strategy concerning same. | 0.20 | 115.00 |
| | | Review team meeting regarding status of review. | 0.70 | 402.50 |
| | | Prepare e-mail to D. Peters, UnitedLex, regarding setting up review batches for additional documents. | 0.20 | 115.00 |
| 07/20/20 | CJF | Review status of document review and prepare summary regarding same. | 0.60 | 345.00 |
| | | Review email from Mr. Minuti regarding stipulation governing production from the Debtors to the Committee. | 0.10 | 57.50 |
| 07/23/20 | CJF | Analyze issues regarding potential property tax refunds claim. | 0.10 | 57.50 |
| 07/28/20 | CJF | Prepare e-mail to D. Peters, UnitedLex, regarding documents withheld for privilege and strategy concerning same. | 0.20 | 115.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/29/20 | CJF | Prepare e-mail to MBNF Non-Debtor Entities' counsel regarding production of documents and missing board meeting minutes. | 0.20 | 115.00 |
| | | Analyze issues regarding MBNF Non-Debtor Entities' production of documents and missing board meeting minutes. | 0.30 | 172.50 |
| | | Analyze issues regarding status of productions and due date for privilege log. | 0.30 | 172.50 |
| 07/30/20 | CJF | Prepare e-mails to and review e-mail from M. Minuti regarding status of document production and status of stipulation governing production of documents. | 0.20 | 115.00 |
| | | Analyze issues regarding document review. | 1.20 | 690.00 |
| 07/31/20 | CJF | Analyze issues regarding second level quality control review and searches concerning same. | 1.20 | 690.00 |
| 07/01/20 | CK | Review document production and analyze potential claims and causes of action. | 0.50 | 325.00 |
| | | Review document production and analyze potential claims and causes of action. | 2.20 | 1,430.00 |
| | | Review document production and analyze potential claims and causes of action. | 0.80 | 520.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.50 | 975.00 |
| 07/02/20 | CK | Review document production and analyze potential claims and causes of action. | 0.50 | 325.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.50 | 975.00 |
| | | Review document production and analyze potential claims and causes of action. | 0.70 | 455.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.20 | 780.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 7 |
| Inv# | | 1781633 |
| Date | | 08/21/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Review document production and analyze potential claims and causes of action. | 2.30 | 1,495.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.80 | 1,170.00 |
| 07/03/20 | CK | Review document production and analyze potential claims and causes of action. | 0.70 | 455.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.10 | 715.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.20 | 780.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.90 | 1,235.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.70 | 1,105.00 |
| 07/08/20 | CK | Review document production and analyze potential claims and causes of action. | 1.30 | 845.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.80 | 1,170.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.70 | 1,105.00 |
| 07/09/20 | CK | Review document production and analyze potential claims and causes of action. | 1.70 | 1,105.00 |
| | | Review document production and analyze potential claims and causes of action. | 0.90 | 585.00 |
| 07/10/20 | CK | Review document production and analyze potential claims and causes of action. | 1.40 | 910.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.80 | 1,170.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.20 | 780.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Review document production and analyze potential claims and causes of action. | 1.70 | 1,105.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.30 | 845.00 |
| 07/11/20 | CK | Review document production and analyze potential claims and causes of action. | 0.60 | 390.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.40 | 910.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.70 | 1,105.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.50 | 975.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.10 | 715.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.30 | 845.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.40 | 910.00 |
| 07/12/20 | CK | Review document production and analyze potential claims and causes of action. | 2.20 | 1,430.00 |
| | | Review document production and analyze potential claims and causes of action. | 0.80 | 520.00 |
| | | Review document production and analyze potential claims and causes of action. | 0.90 | 585.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.00 | 650.00 |
| | | Review document production and analyze potential claims and causes of action. | 2.10 | 1,365.00 |
| 07/13/20 | CK | Review document production and analyze potential claims and causes of action. | 0.60 | 390.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/14/20 | CK | Review document production and analyze potential claims and causes of action. | 2.40 | 1,560.00 |
| | | Review document production and analyze potential claims and causes of action. | 2.10 | 1,365.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.10 | 715.00 |
| 07/15/20 | CK | Review document production and analyze potential claims and causes of action. | 0.80 | 520.00 |
| 07/16/20 | CK | Review document production and analyze potential claims and causes of action. | 1.50 | 975.00 |
| | | Review document production and analyze potential claims and causes of action. | 0.70 | 455.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.10 | 715.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.30 | 845.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.40 | 910.00 |
| 07/17/20 | CK | Review document production and analyze potential claims and causes of action. | 1.50 | 975.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.20 | 780.00 |
| | | Team meeting with R. Brennan et al. regarding interim results of document production review. | 0.70 | 455.00 |
| 07/19/20 | CK | Review document production and analyze potential claims and causes of action. | 1.20 | 780.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.30 | 845.00 |
| | | Review document production and analyze potential claims and causes of action. | 1.50 | 975.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---:|
| Page | | 10 |
| Inv# | | 1781633 |
| Date | | 08/21/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---:|---:|
| | | Review document production and analyze potential claims and causes of action. | 2.80 | 1,820.00 |
| 07/20/20 | CK | Confer with R. Brennan regarding document production findings. | 0.20 | 130.00 |
| | | Review document production and analyze potential causes of action. | 1.90 | 1,235.00 |
| | | Further review of document production and analysis of potential causes of action. | 1.60 | 1,040.00 |
| 07/21/20 | CK | Review document production and analyze potential causes of action. | 1.50 | 975.00 |
| | | Further review of document production and analysis of potential causes of action. | 2.50 | 1,625.00 |
| | | Continue to review document production and analyze potential causes of action. | 2.10 | 1,365.00 |
| | | Additional review and analysis of document production. | 1.90 | 1,235.00 |
| 07/22/20 | CK | Review document production and analyze potential causes of action. | 2.70 | 1,755.00 |
| | | Continue to review document production and analyze potential causes of action. | 1.70 | 1,105.00 |
| 07/23/20 | CK | Review document production and analyze potential causes of action. | 2.70 | 1,755.00 |
| | | Continue to review document production and analyze potential causes of action. | 2.80 | 1,820.00 |
| 07/24/20 | CK | Review document production and analyze potential causes of action. | 2.30 | 1,495.00 |
| | | Continue to review document production and analyze potential causes of action. | 2.50 | 1,625.00 |
| | | Additional review of document production and analysis of potential causes of action. | 1.10 | 715.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 11 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/25/20 | CK | Review document production and analyze potential causes of action. | 1.70 | 1,105.00 |
| 07/26/20 | CK | Review document production and analyze potential causes of action. | 0.70 | 455.00 |
| 07/27/20 | CK | Review document production and analyze potential causes of action. | 2.70 | 1,755.00 |
| | | Continue to review document production and analyze potential causes of action. | 2.10 | 1,365.00 |
| | | Further review of document production and analysis of potential causes of action. | 2.30 | 1,495.00 |
| | | Review additional materials from document production and analyze potential causes of action. | 2.50 | 1,625.00 |
| | | Additional review of document production and analysis of potential causes of action. | 1.40 | 910.00 |
| 07/28/20 | CK | Review document production and analyze potential causes of action. | 2.80 | 1,820.00 |
| | | Continue to review document production and analyze potential causes of action. | 2.40 | 1,560.00 |
| 07/29/20 | CK | Review document production and evaluate potential causes of action. | 2.50 | 1,625.00 |
| | | Continue to review document production and evaluate potential causes of action. | 2.40 | 1,560.00 |
| 07/31/20 | CK | Review document production and analyze potential causes of action. | 2.20 | 1,430.00 |
| | | Further review of document production and analysis of potential causes of action. | 1.90 | 1,235.00 |
| 07/01/20 | DGC | Review of Documents. | 1.30 | 773.50 |
| 07/02/20 | DGC | Review of Documents. | 2.60 | 1,547.00 |
| 07/03/20 | DGC | Review of documents. | 1.40 | 833.00 |
| 07/05/20 | DGC | Review of Documents | 0.70 | 416.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---:|
| Page | | 12 |
| Inv# | | 1781633 |
| Date | | 08/21/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---:|
| | | Review of documents. | 1.30 | 773.50 |
| 07/06/20 | DGC | Review of Documents. | 2.90 | 1,725.50 |
| 07/07/20 | DGC | Review of Documents. | 2.30 | 1,368.50 |
| 07/08/20 | DGC | Review of documents. | 1.10 | 654.50 |
| 07/14/20 | DGC | Review of documents. | 1.40 | 833.00 |
| 07/15/20 | DGC | Review of documents; telephone conference with R. Brennan regarding review of 2016 documents. | 2.90 | 1,725.50 |
| 07/16/20 | DGC | Review of documents. | 3.10 | 1,844.50 |
| 07/17/20 | DGC | Conference call with document review team. | 0.70 | 416.50 |
| 07/20/20 | DGC | Review of documents in connection with the investigation of potential causes of action. | 1.40 | 833.00 |
| 07/21/20 | DGC | Review of documents to investigate possible causes of action. | 0.30 | 178.50 |
| 07/22/20 | DGC | Review of documents to investigate possible causes of action. | 1.60 | 952.00 |
| 07/23/20 | DGC | Review of documents to investigate possible causes of action. | 1.10 | 654.50 |
| 07/27/20 | DGC | Review of documents to determine possible causes of action. | 0.70 | 416.50 |
| 07/28/20 | DGC | Review of documents to determine possible causes of action; telephone conference with R. Brennan regarding same. | 1.40 | 833.00 |
| 07/29/20 | DGC | Review of documents to determine potential causes of action. | 1.10 | 654.50 |
| 07/31/20 | DGC | Review of documents to determine potential causes of action. | 1.20 | 714.00 |
| 07/01/20 | FG | Analyze document production for improvement initiative documents and determining cause of action post bankruptcy in anticipation of possible action. | 6.30 | 1,417.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 13 |
| Inv# | | 1781633 |
| Date | | 08/21/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/20 | FG | Review document production for possible causes of action post bankruptcy. | 4.20 | 945.00 |
| 07/06/20 | FG | Review document production and categorize billing and collection documents and searching for possible causes of action post bankruptcy. | 1.80 | 405.00 |
| | | Review documents from production related to viability and under funding and billing and search for possible causes of action for post bankruptcy filing. | 2.20 | 495.00 |
| 07/07/20 | FG | Review document production for documents related to IT issues for possible causes of action post bankruptcy. | 3.10 | 697.50 |
| 07/08/20 | FG | Review documents related to billing and collections and seek possible causes of action post bankruptcy. | 6.20 | 1,395.00 |
| 07/09/20 | FG | Analyze document production regarding billing and collections documents and determining cause of action post bankruptcy in anticipation of possible action. | 6.90 | 1,552.50 |
| 07/10/20 | FG | Analyze document production and determining cause of action post bankruptcy in anticipation of possible action. | 5.10 | 1,147.50 |
| 07/13/20 | FG | Review document production regarding possible Philadelphia hospitals acquisition by Drexel University. | 4.30 | 967.50 |
| 07/14/20 | FG | Review document production regarding pre January 2018 acquisition financial due diligence. | 4.80 | 1,080.00 |
| 07/15/20 | FG | Review document production regarding possible causes of action post bankruptcy. | 2.60 | 585.00 |
| 07/16/20 | FG | Review document production regarding possible causes of action post bankruptcy. | 3.90 | 877.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 14 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/20/20 | FG | Review and categorize documents in document production; determine possible causes of action post bankruptcy; conference with R. Brennan regarding board meeting minutes in production. | 4.20 | 945.00 |
| 07/21/20 | FG | Review document production to determine whether there are any cause of action and categorize documents. | 1.70 | 382.50 |
| 07/22/20 | FG | Review document production and categorize same; determine possible causes of action post bankruptcy. | 1.60 | 360.00 |
| 07/23/20 | FG | Review document production for possible causes of action post bankruptcy; categorize documents. | 1.30 | 292.50 |
| 07/24/20 | FG | Review document production and categorize same; search for possible causes of action post bankruptcy. | 1.40 | 315.00 |
| 07/28/20 | FG | Review document production and categorize documents; determine possible cause of action post bankruptcy. | 6.30 | 1,417.50 |
| 07/29/20 | FG | Review document production and categorize documents; determine possible cause of action post bankruptcy. | 4.60 | 1,035.00 |
| | | Review document production and tag documents as redacted. | 1.40 | 315.00 |
| 07/30/20 | FG | Participate in conference with document review team for guidance, progress, status and issues borne out of the review thus far. | 1.00 | 225.00 |
| | | Review document production and categorize documents; determine possible cause of action post bankruptcy. | 2.90 | 652.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 15 |
| Inv# | | 1781633 |
| Date | | 08/21/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/31/20 | FG | Review documents in production for possible causes of action post bankruptcy. | 2.30 | 517.50 |
| | | Review internal memorandum and organizational chart to confirm entity roles after conference with review team. | 1.10 | 247.50 |
| 07/01/20 | MPC | Review documents to research potential claims. | 1.10 | 467.50 |
| 07/02/20 | MPC | Review documents to research potential claims. | 0.40 | 170.00 |
| 07/04/20 | MPC | Review documents to investigate potential claims. | 3.60 | 1,530.00 |
| 07/05/20 | MPC | Review documents to investigate potential claims. | 3.10 | 1,317.50 |
| 07/12/20 | MPC | Review documents for potential claims. | 2.70 | 1,147.50 |
| 07/14/20 | MPC | Review documents for potential claims. | 5.20 | 2,210.00 |
| 07/15/20 | MPC | Review documents to research potential claims. | 0.40 | 170.00 |
| 07/16/20 | MPC | Review documents to research potential claims. | 2.90 | 1,232.50 |
| 07/17/20 | MPC | Call with team regarding the review for documents to investigate claims. | 0.50 | 212.50 |
| 07/23/20 | MPC | Review documents to research potential claims. | 3.30 | 1,402.50 |
| 07/29/20 | MPC | Review documents for potential claims. | 3.10 | 1,317.50 |
| 07/02/20 | REB | Review MBNF document production. | 4.60 | 2,737.00 |
| 07/06/20 | REB | Call with review team re: document review next-steps. | 1.30 | 773.50 |
| | | Call with B. Coven re: document review. | 0.60 | 357.00 |
| | | Call with B. Coven re: document production. | 1.60 | 952.00 |
| | | Review documents in MBNF production in connection with investigation. | 4.30 | 2,558.50 |

# Sills Cummis & Gross

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 16 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/07/20 | REB | Call with C. Falletta and B. Mankovetskiy re: document review in connection with investigation. | 0.50 | 297.50 |
| 07/08/20 | REB | Call with B. Coven re: investigation update. | 0.80 | 476.00 |
| | | Review documents in MBNF production re: possible causes of action and update memo re: same. | 4.10 | 2,439.50 |
| 07/10/20 | REB | Review documents from B. Coven and F. Gonzalez re: MBNF production. | 0.60 | 357.00 |
| 07/14/20 | REB | Review MBNF production and review and update memo re: same. | 4.20 | 2,499.00 |
| 07/15/20 | REB | Call with C. Falletta re: investigation of certain causes of action. | 0.30 | 178.50 |
| | | Review and synthesize information from documents in connection with investigation of causes of action. | 2.70 | 1,606.50 |
| 07/16/20 | REB | Review and synthesize information from documents in connection with investigation of causes of action. | 3.40 | 2,023.00 |
| | | Update memo re: causes of action and investigation overview. | 1.10 | 654.50 |
| 07/17/20 | REB | Call with B. Coven re: investigation updates. | 0.60 | 357.00 |
| | | Call with review team re: investigation updates. | 0.80 | 476.00 |
| | | Email B. Coven re: investigation updates and highlights. | 0.80 | 476.00 |
| | | Review documents in connection with investigation of possible causes of action. | 1.60 | 952.00 |
| 07/20/20 | REB | Follow up calls with review team regarding investigation of potential causes of action. | 0.60 | 357.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 17 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/21/20 | REB | Review and revise discovery stipulation with Debtors. | 1.60 | 952.00 |
| 07/28/20 | REB | Discuss CCH production with review team and implement changes in review panel regarding new searches. | 0.70 | 416.50 |
| 07/29/20 | REB | Call with C. Falletta re: MBNF production and follow up issues. | 0.30 | 178.50 |
| | | Draft email re: MBNF production and follow up issues. | 0.40 | 238.00 |
| 07/30/20 | REB | Call with review team re: investigation updates and analysis of causes of action. | 1.10 | 654.50 |
| 07/31/20 | REB | Call with B. Coven re: investigation update and strategy and follow up re: same. | 0.90 | 535.50 |
| | | **TASK TOTAL 101** | **392.10** | **216,870.00** |

**103 - BUSINESS OPERATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/15/20 | BM | Attend to issues regarding analysis of intercompany transfers. | 0.90 | 675.00 |
| | | **TASK TOTAL 103** | **0.90** | **675.00** |

**104 - CASE ADMINISTRATION**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/17/20 | BM | Call with BRG regarding pending matters. | 0.40 | 300.00 |
| 07/17/20 | FG | Participate in conference with document review team and R. Brennan regarding overall picture emerging from document review and upcoming events. | 0.70 | 157.50 |
| 07/28/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 07/30/20 | GAK | Update case calendar. | 0.10 | 55.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 18 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/16/20 | REB | Attend Committee call re: update from July 15th hearing and case updates. | 0.80 | 476.00 |
| | | **TASK TOTAL 104** | **2.10** | **1,043.50** |

**105 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/20 | AHS | Call with counsel for Debtors and address document production issues. | 0.30 | 247.50 |
| 07/17/20 | AHS | Call with BRG re: investigation issues. | 0.40 | 330.00 |
| 07/15/20 | BM | Analysis regarding Debtors' real estate leasing structure and potential claims arising therefrom. | 1.20 | 900.00 |
| 07/21/20 | BM | Attend to Debtors' stipulation with PASNAP regarding proofs of claims. | 0.30 | 225.00 |
| 07/28/20 | BM | Analysis regarding potential objections and counterclaims with respect to Master Landlords' asserted claims. | 1.10 | 825.00 |
| | | **TASK TOTAL 105** | **3.30** | **2,527.50** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/31/20 | GAK | Attention to fee application issues. | 0.40 | 220.00 |
| | | **TASK TOTAL 107** | **0.40** | **220.00** |

**108 - FEE/EMPLOYMENT OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/17/20 | GAK | Review Debtors' OCP's fee statements. | 0.10 | 55.00 |
| 07/21/20 | GAK | Review Eisner fee statement | 0.10 | 55.00 |
| | | **TASK TOTAL 108** | **0.20** | **110.00** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 19 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | **113 - PLAN AND DISCLOSURE STATEMENT** | | |
| 07/09/20 | GAK | Analysis of order extending the Debtors' exclusivity deadlines under section 1121 of the Bankruptcy Code. | 0.10 | 55.00 |
| | | **TASK TOTAL 113** | **.10** | **55.00** |
| | | **TOTAL FEES** | **399.10** | **$221,501.00** |
| | | Attorney Fees at Blended Rate of $625 | 317.20 | $198,250.00 |
| | | Paralegal Fees at Standard Rate | 81.90 | 18,427.50 |
| | | **TOTAL FEES** | **399.10** | **$216,677.50** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 392.10 | 216,870.00 |
| | 103 | Business Operations | 0.90 | 675.00 |
| | 104 | Case Administration | 2.10 | 1,043.50 |
| | 105 | Claims Administration and Objections | 3.30 | 2,527.50 |
| | 107 | Fee/Employment Applications | 0.40 | 220.00 |
| | 108 | Fee/Employment Objections | 0.20 | 110.00 |
| | 113 | Plan and Disclosure Statement | .10 | 55.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 20 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | | AMOUNT |
|---|---|---|---|---|---|
| | | **TOTAL FEES** | **399.10** | | **$221,501.00** |
| | | Attorney Fees at Blended Rate of $625 | 317.20 | | $198,250.00 |
| | | Paralegal Fees at Standard Rate | 81.90 | | 18,427.50 |
| | | **TOTAL FEES** | **399.10** | | **$216,677.50** |
| **FEE RECAP** | | | | | |
| | AHS | Andrew H. Sherman | 1.20 | $825 | 990.00 |
| | BM | Boris Mankovetskiy | 19.00 | $750 | 14,250.00 |
| | BSC | Brian S. Coven | 56.90 | $750 | 42,675.00 |
| | CK | Clint Kakstys | 128.70 | $650 | 83,655.00 |
| | CJF | Charles J. Falletta | 13.40 | $575 | 7,705.00 |
| | DGC | David G. Cherna | 30.50 | $595 | 18,147.50 |
| | REB | Rachel E. Brennan | 40.30 | $595 | 23,978.50 |
| | GAK | Gregory A. Kopacz | 0.90 | $550 | 495.00 |
| | MPC | Matthew P. Canini | 26.30 | $425 | 11,177.50 |
| | FG | Frank Gonzalez (paralegal) | 81.90 | $225 | 18,427.50 |
| | | **TOTAL FEES** | **399.10** | | **$221,501.00** |
| | | Attorney Fees at Blended Rate of $625 | 317.20 | | $198,250.00 |
| | | Paralegal Fees at Standard Rate | 81.90 | | 18,427.50 |
| | | **TOTAL FEES** | **399.10** | | **$216,677.50** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 21 |
| Inv# | 1781633 |
| Date | 08/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **DISBURSEMENT DETAIL** | | | | |
| 07/26/20 | CJF | Litigation Support Vendors (UnitedLex – project management, technical time and hosting) | | 3,458.44 |
| | | **TOTAL DISBURSEMENTS** | | **$3,458.44** |
| | | | | |
| **DISBURSEMENT RECAP** | | | | |
| | | Litigation Support Vendors (UnitedLex) | | 3,458.44 |
| | | **TOTAL DISBURSEMENTS** | | **$3,458.44** |
| | | **TOTAL THIS INVOICE** | | **$220,135.94*** |

*Total includes fees at ***Blended Rate***.  Per Retention Application, lesser of fees at *Standard Rates* (**$221,501.00**) and fees at *Blended Rate* of $625 (**$216,677.50**)** apply.

**includes paralegal fees at standard rates