IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
|  | ) Jointly Administered |
| Debtors. | ) Related to Docket Nos. 1742 and 1744 |

### CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER GRANTING MOTION OF FRANK BRZOZOWSKI FOR LEAVE OF COURT TO ADD TO THE RECORD DOCUMENTS PRECLUDED BY DEBTORS

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On August 12, 2020, Mr. Frank Brzozowski ("**Mr. Brzozowski**") filed the *Creditor's Motion for Leave of Court to Add to the Record Document Willfully Precluded by Debtors* [Docket No. 1742] (the "**Motion**")[2] with the Court.

2. Pursuant to the notice of the Motion [Docket No. 1744], objections to the Motion were to be filed by September 2, 2020 at 4:00 p.m. (prevailing Eastern Time).

3. The Debtors have requested that certain changes be made to the proposed order accompanying the Motion (the "**Proposed Order**") and Mr. Brzozowski has agreed to these changes. No other objections or responses to the Motion were entered on the Court's docket.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

37433429.1 09/04/2020

4. Attached hereto as **Exhibit "A"** is the revised Proposed Order (the "**Revised Order**"), which incorporates the changes requested by the Debtors. Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Proposed Order.

5. The Debtors have confirmed that the Revised Order is acceptable to Mr. Brzozowski.

6. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: September 4, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*