# EXHIBIT A

**Revised Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) ) | Case No. 19-11466 (MFW) Jointly Administered |
| Debtors. | ) ) ) | **Related to Docket Nos. 1742, 1744 and \_\_\_** |

### ORDER GRANTING MOTION OF MOTION OF FRANK BRZOZOWSKI FOR LEAVE OF COURT TO ADD TO THE RECORD DOCUMENTS PRECLUDED BY DEBTORS

Upon consideration of the motion of Mr. Frank T. Brzozowski (the "**Motion**") to add certain documents to his previously filed proofs of claim;[2] and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The documentation attached to the Motion shall be treated as exhibits to each of Mr. Brzozowski's timely-filed proofs of claims, which are: (i) claim 1039 asserted against Center

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

City Healthcare, LLC; (ii) claim 20 asserted against HPS of PA, L.L.C.; (iii) claim 166 against Philadelphia Academic Health System, LLC; and (iv) claim 27 against Philadelphia Academic Medical Associates, LLC (collectively, the "**Claims**").

3. This Order is without prejudice to the rights of the Debtors and any successor entities and any other parties in interest to object to the Claims on any grounds.

4. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.