# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>) |

## NOTICE OF AGENDA FOR TELEPHONIC HEARING SCHEDULED FOR SEPTEMBER 9, 2020 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

> **THIS HEARING WILL BE CONDUCTED VIA COURTCALL**
>
> **Any party that wants to participate in the Hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946). If you do not make timely arrangements, you will not be able to participate in the Hearing.**

**RESOLVED MATTERS:**

1. Motion of Philadelphia Academic Health Holdings, Philadelphia Academic Risk Retention Group, LLC, Front Street Health Properties, LLC and Joel Freeman on Behalf of Himself and the Indemnities to Deem Certain Late-Filed Claims as Timely Filed [Docket No. 1739; filed: 08/12/20]

   Response Deadline: August 26, 2020 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A.  Certification of No Objection [Docket No. 1760; filed: 08/27/20]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

B.     Order Granting Motion of Philadelphia Academic Health Holdings, Front Street Health Properties, LLC and Joel Freeman on Behalf of Himself and the Indemnities to Deem Certain Late-Filed Claims as Timely Filed [Docket No. 1761; signed and docketed: 08/28/20]

Status: On August 28, 2020, the Court entered an order approving this motion.

**CERTIFICATION OF COUNSEL MATTER:**

2.     Creditor's Motion for Leave of Court to Add to the Record Document Willfully Precluded by Debtors filed by Frank T. Brzozowski [Docket No. 1742; filed: 08/12/20]

Response Deadline: September 2, 2020 at 4:00 p.m.

Responses Received:

A.     Informal responses from the Debtors

Related Documents:

A.     Notice of Hearing [Docket No. 1744; filed: 08/17/20]

B.     Certification of Counsel Regarding Revised Proposed Order Granting Motion of Frank Brzozowski for Leave of Court to Add to the Record Documents Precluded By Debtors [Docket No. 1773; filed: 09/04/20]

Status: On September 4, 2020, the Debtors filed a certification of counsel regarding this motion. Accordingly, no hearing is necessary unless the Court has questions or concerns.

Dated: September 4, 2020          **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
       Mark Minuti (DE Bar No. 2659)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE  19899
       Telephone: (302) 421-6800
       Fax: (302) 421-5873
       mark.minuti@saul.com
       monique.disabatino@saul.com

           -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7777
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com

       *Counsel for Debtors and Debtors in Possession*