THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| Debtors. | ) Jointly Administered |
|  | ) Re: Docket No. 1774 |

NOTICE OF AMENDED[2] AGENDA FOR TELEPHONIC HEARING SCHEDULED FOR SEPTEMBER 9, 2020 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

### THE COURT HAS CANCELED THIS HEARING

### THIS HEARING WILL BE CONDUCTED VIA COURTCALL

**Any party that wants to participate in the Hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946). If you do not make timely arrangements, you will not be able to participate in the Hearing.**

**RESOLVED MATTERS:**

1. Motion of Philadelphia Academic Health Holdings, Philadelphia Academic Risk Retention Group, LLC, Front Street Health Properties, LLC and Joel Freeman on Behalf of Himself and the Indemnities to Deem Certain Late-Filed Claims as Timely Filed [Docket No. 1739; filed: 08/12/20]

   Response Deadline: August 26, 2020 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

Responses Received:  None

Related Documents:

A.  Certification of No Objection [Docket No. 1760; filed: 08/27/20]

B.  Order Granting Motion of Philadelphia Academic Health Holdings, Front Street Health Properties, LLC and Joel Freeman on Behalf of Himself and the Indemnities to Deem Certain Late-Filed Claims as Timely Filed [Docket No. 1761; signed and docketed: 08/28/20]

Status: On August 28, 2020, the Court entered an order approving this motion.

## CERTIFICATION OF COUNSEL MATTER:

2.  Creditor's Motion for Leave of Court to Add to the Record Document Willfully Precluded by Debtors filed by Frank T. Brzozowski [Docket No. 1742; filed: 08/12/20]

   Response Deadline:  September 2, 2020 at 4:00 p.m.

   Responses Received:

   A.  Informal responses from the Debtors

   Related Documents:

   A.  Notice of Hearing [Docket No. 1744; filed: 08/17/20]

   B.  Certification of Counsel Regarding Revised Proposed Order Granting Motion of Frank Brzozowski for Leave of Court to Add to the Record Documents Precluded By Debtors [Docket No. 1773; filed: 09/04/20]

   **C.  Order Granting Motion of Frank Brzozowski for Leave of Court to Add to the Record Documents Precluded By Debtors [Docket No. 1775; signed and docketed: 09/08/20]**

   **Status: On September 8, 2020, the Court entered an order approving this motion.**

Dated: September 8, 2020     **SAUL EWING ARNSTEIN & LEHR LLP**

By:  */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*