**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: September 24, 2020 at 4:00 p.m. (ET)** |
| | ) |

**REPORT BY EISNERAMPER LLP OF**
**COMPENSATION EARNED AND EXPENSES INCURRED FOR THE**
**PERIOD OF AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

Exhibit A:   STC OpCo, LLC - Transition Services Summary of Hours by Professionals
            Transition Services Itemized Expenses

Exhibit B:   CRO Summary of Hours by Professional

Exhibit C:   Non-Transition Services Summary of Compensation by Project Category
            Summary of Hours by Professionals
            Summary Description of Services Provided

  EisnerAmper LLP ("**EisnerAmper**") hereby submits this Fourteenth Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period August 1, 2020 through August 31, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $323,314.98. EisnerAmper incurred $26,060.73, in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

**Fees and Expense Schedule (8/1/2020-8/31/2020)**

| Services | Fees | Expenses | Total |
|---|---|---|---|
| STC Opco, LLC- Transition Services | $ 172,800.00 | $ 26,060.73 | $ 198,860.73 |
| CRO Services | 121,000.00 | - | 121,000.00 |
| Non- Transition Services | 29,514.98 | - | 29,514.98 |
| **Total** | **$ 323,314.98** | **$ 26,060.73** | **$ 349,375.71** |

# EXHIBIT A

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**August 1, 2020 through August 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Dion Oglesby | Director | 177.0 | 555.00 |
| Solomon Torres | Manager | 206.3 | 320.00 |
| **GRAND TOTAL** | | **383.3** | |

\* Rates change annually effective August 1st.
\*\*Fee amount is included in the bill to STC Opco, LLC

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---:|---|
| 08/03/2020 | Oglesby, Dion | Airline, RR,etc | $ 90.00 | Train ticket to client to PHL |
| 08/05/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket from client to NYC |
| 08/05/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/06/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket from client to NYC |
| 08/06/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/10/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket from client to NYC |
| 08/10/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/11/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/12/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/13/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/17/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/18/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/19/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/20/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/24/2020 | Oglesby, Dion | Airline, RR,etc | 114.00 | Train ticket from client to NYC |
| 08/24/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/25/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/25/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket from client to NYC |
| 08/26/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket from client to NYC |
| 08/26/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/27/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| 08/27/2020 | Oglesby, Dion | Airline, RR,etc | 114.00 | Train ticket from client to NYC |
| 08/31/2020 | Oglesby, Dion | Airline, RR,etc | 1,620.00 | Monthly train for client located in PHL |
| 08/31/2020 | Oglesby, Dion | Airline, RR,etc | 134.00 | Train ticket from client to NYC |
| 08/31/2020 | Oglesby, Dion | Airline, RR,etc | 90.00 | Train ticket to client to PHL |
| | | **Airline, RR,etc Total** | **3,872.00** | |
| 08/07/2020 | Dreskin, Ronald | Hotel | 7,345.00 | Hotel - July 2020 |
| 08/31/2020 | Torres, Solomon | Hotel | 4,020.00 | Rent |
| | | **Hotel Total** | **11,365.00** | |
| 08/25/2020 | Oglesby, Dion | Local Fares | 33.00 | Curb to client location in PHL |
| 08/25/2020 | Oglesby, Dion | Local Fares | 31.03 | Lyft-from client location in PHL |
| 08/26/2020 | Oglesby, Dion | Local Fares | 28.00 | Curb to client location in PHL |
| 08/26/2020 | Oglesby, Dion | Local Fares | 41.65 | Lyft-from client location in PHL |
| 08/27/2020 | Oglesby, Dion | Local Fares | 28.31 | Curb to client location in PHL |
| 08/27/2020 | Oglesby, Dion | Local Fares | 21.48 | Lyft-from client location in PHL |
| 08/31/2020 | Oglesby, Dion | Local Fares | 31.12 | Curb to client location in PHL |
| 08/31/2020 | Oglesby, Dion | Local Fares | 21.73 | Lyft-from client location in PHL |
| | | **Local Fares Total** | **236.32** | |
| 08/01/2020 | Torres, Solomon | Meals | 90.00 | Meals- Warehouse Team |
| 08/03/2020 | Torres, Solomon | Meals | 65.57 | Meals |
| 08/03/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in PHL |
| 08/03/2020 | Oglesby, Dion | Meals | 6.98 | Lunch in client cafeteria in PHL |
| 08/04/2020 | Torres, Solomon | Meals | 95.36 | Meals |
| 08/05/2020 | Torres, Solomon | Meals | 99.90 | Meals |
| 08/05/2020 | Torres, Solomon | Meals | 17.01 | Meals- Warehouse Team |
| 08/05/2020 | Oglesby, Dion | Meals | 5.79 | Lunch in client cafeteria in PHL |
| 08/05/2020 | Oglesby, Dion | Meals | 7.96 | Lunch in client cafeteria in PHL |
| 08/06/2020 | Torres, Solomon | Meals | 82.84 | Meals |
| 08/07/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 08/10/2020 | Torres, Solomon | Meals | 80.76 | Meals |
| 08/10/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in PHL |
| 08/10/2020 | Oglesby, Dion | Meals | 11.31 | Lunch in client cafeteria in PHL |
| 08/11/2020 | Torres, Solomon | Meals | 74.06 | Meals |
| 08/11/2020 | Oglesby, Dion | Meals | 5.99 | Breakfast in client cafeteria in PHL |
| 08/11/2020 | Oglesby, Dion | Meals | 5.70 | Lunch in client cafeteria in PHL |
| 08/12/2020 | Torres, Solomon | Meals | 118.08 | Meals |
| 08/12/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in PHL |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---:|---|
| 08/12/2020 | Oglesby, Dion | Meals | 6.22 | Lunch in client cafeteria in PHL |
| 08/13/2020 | Torres, Solomon | Meals | 137.02 | Meals |
| 08/13/2020 | Oglesby, Dion | Meals | 5.67 | Breakfast in client cafeteria in PHL |
| 08/14/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 08/16/2020 | Oglesby, Dion | Meals | 8.27 | Lunch in client cafeteria in PHL |
| 08/16/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in PHL |
| 08/16/2020 | Oglesby, Dion | Meals | 11.19 | Lunch in client cafeteria in PHL |
| 08/17/2020 | Torres, Solomon | Meals | 74.08 | Meals |
| 08/17/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in PHL |
| 08/17/2020 | Oglesby, Dion | Meals | 5.92 | Lunch in client cafeteria in PHL |
| 08/18/2020 | Torres, Solomon | Meals | 82.34 | Meals |
| 08/18/2020 | Oglesby, Dion | Meals | 6.32 | Breakfast in client cafeteria in PHL |
| 08/19/2020 | Torres, Solomon | Meals | 93.48 | Meals |
| 08/19/2020 | Oglesby, Dion | Meals | 8.94 | Lunch in client cafeteria in PHL |
| 08/20/2020 | Torres, Solomon | Meals | 87.16 | Meals |
| 08/20/2020 | Oglesby, Dion | Meals | 5.79 | Breakfast in client cafeteria in PHL |
| 08/20/2020 | Oglesby, Dion | Meals | 6.22 | Lunch in client cafeteria in PHL |
| 08/21/2020 | Torres, Solomon | Meals | 207.55 | Meals |
| 08/24/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 08/24/2020 | Oglesby, Dion | Meals | 3.33 | Breakfast in client cafeteria in PHL |
| 08/24/2020 | Oglesby, Dion | Meals | 7.42 | Lunch in client cafeteria in PHL |
| 08/25/2020 | Torres, Solomon | Meals | 132.81 | Meals |
| 08/25/2020 | Oglesby, Dion | Meals | 8.28 | Lunch in client cafeteria in PHL |
| 08/26/2020 | Torres, Solomon | Meals | 55.06 | Meals |
| 08/27/2020 | Torres, Solomon | Meals | 61.20 | Meals |
| 08/27/2020 | Oglesby, Dion | Meals | 9.80 | Lunch in client cafeteria in PHL |
| 08/28/2020 | Torres, Solomon | Meals | 45.23 | Meals |
| | | **Meals Total** | **1,891.68** | |
| 08/01/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 08/03/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 08/04/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/05/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/06/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/07/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 08/10/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 08/11/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/12/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/13/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/14/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 08/16/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 08/17/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/18/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/19/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/20/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/21/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/24/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 08/25/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 08/26/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/27/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 08/28/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| | | **Mileage Total** | **871.16** | |
| 08/31/2020 | Oglesby, Dion | PACER | 158.50 | 1558 pages @.10 cents per page (Jan-August months) |
| | | **PACER Total** | **158.50** | |
| 08/01/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 08/03/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 08/07/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 08/10/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 08/14/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 08/16/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 08/24/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 08/25/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 08/28/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 08/31/2020 | Torres, Solomon | Parking/Tolls | 315.00 | September Parking |
| | | **Parking/Tolls Total** | **620.55** | |
| 08/17/2020 | Torres, Solomon | Telephone | 133.52 | Cellphone 75% |
| | | **Telephone Total** | **133.52** | |
| | | Subtotal | 19,148.73 | |
| | | Administration and Technology Fee | 6,912.00 | |
| | | | $ 26,060.73 | |

|  |  |
|---|---|
| Airline, RR,etc Total | $ 3,872.00 |
| Hotel Total | 11,365.00 |
| Local Fares Total | 236.32 |
| Meals Total | 1,891.68 |
| Mileage Total | 871.16 |
| PACER Total | 158.50 |
| Parking/Tolls Total | 620.55 |
| Telephone Total | 133.52 |
| Subtotal | 19,148.73 |
| Administration and Technology Fee | 6,912.00 |
| | $ 26,060.73 |

# **EXHIBIT B**

**CRO Summary of Hours by Professional**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**August 1, 2020 through August 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 150.5 | $ 640.00 |
| **GRAND TOTAL** | | **150.5** | |

* Rates change annually effective August 1st.

# **EXHIBIT C**

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

Exhibit C  Case 19-11466-MFW   Doc 1786   Filed 09/14/20   Page 11 of 11

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**August 1, 2020 through August 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 5.0 | $ 555.00 | $ 2,775.00 |
| Amy Fitzgerald, CPA | Manager | 10.4 | 340.00 | 3,536.00 |
| Andrew Still, CPA, CFE | Manager | 82.2 | 330.00 | 27,126.00 |
| Henry Vargas, CPA | Staff II | 1.5 | 260.00 | 390.00 |
| Richard DePiano | Staff I | 2.6 | 215.00 | 559.00 |
| DelMarie Velazquez | Paraprofessional | 2.5 | 135.00 | 337.50 |
| **TOTAL HOURS AND FEES** | | | | 34,723.50 |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | (5,208.53) |
| **GRAND TOTAL** | | **104.2** | **$ 283.25** | **$29,514.98** |

* Rates change annually effective August 1st.