

**CDIMD**
PHYSICIAN CHAMPIONS

September 15, 2020

VP-MA Health Solutions, Inc.
DBA CDIMD
110 Frances King Dr., Suite A-1
Smyrna, TN 37167-5352

Telephone: 615.223.6962
www.cdimd.com

The Honorable Mary F. Walrath
824 North Market Street, 5th Floor
Wilmington, DE 19801

Re:   OBJECTION TO REPORT BY EISNERAMPER LLP OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF AUGUST 1, 2020 THROUGH AUGUST 31, 2020, Case No. 19-11466 (MFW)

Dear Judge Walrath:

I am writing this letter to you on my own as a creditor in Case No. 19-11466, CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al, without the assistance of attorneys who charge over $500/hour to advocate for citizens harmed by bankruptcy proceedings.

While I understand that attorney and other fees are approved by the court and while my objection is long overdue, I object to the exorbitant fees and expenses charged by all involved in managing this tragedy, not just for this month for all the months whereby fees have been approved.

The expenses submitted by Eisenamper are representative of this abuse of unsecured creditors who supported Hahnemann in good faith in their mission to provide healthcare access to the disadvantaged in Philadelphia. I object to Mr. Dion Oglesby being paid at $555.00/hour which, if amortized over a year, grants him $1.1 million in annual income while having negligible overhead. Mr. Solomon Torres' annual income would be $640,000 with similar negligible overhead. Mr. Wilen gets $640.00/hour. I speculate that if you totaled all of the fees charged by these bankruptcy agents that they would settle a majority of the debts of small businesses like mine that are owed sums for the services that we rendered in good faith as to help Hahnemann fulfill is charitable and academic mission.

In addition, Eisenhamper and others have exorbitant fees that abuse the bankruptcy process. For example:

- Solomon Torres submitted a charge of $133.52 for 75% of a cellular telephone bill. Typical rates for 100% of cellular telephone service is $65/month plus taxes and fees with Verizon; I suspect that Mr. Torres wants the court to pay for the purchase of his device that he will keep, thus this should be addressed and reduced.
- Mr. Torres will charge above the GSA per diem for meals, sometimes at $207.55 on a day. I believe that he and others should be limited to the GSA Meals and Incidentals Expenses which is up to $61/day except for travel days whereby this should be $45.75.
- Mr. Oglesby charges multiple one-way trips to Philadelphia at $90.00/day and then has a $1620 bill for monthly train fare in Philadelphia. These need further explanation as to why Mr. Oglesby has multiple fees for fares as in this report.

- A Mr. Ronald Dreskin, whose fees are not mentioned in this submission, has hotel bills of $7,345.00 which, if for 30 days, is over $200.00 day. Today, the Doubletree Hotel in downtown Philadelphia has nondiscounted rooms available for $122.00/day plus taxes and fees; I'm sure that with AAA or the Hahnemann discount (which I used) that he could get lodging at a lower expense. The GSA maximum for Philadelphia (including taxes and fees) is $185.00/day. I strongly urge you to discount these fees to what is allowed by the GSA.

I recognize that these entities likely have court permission to charge what they charge; however, I believe that these fees and expenses by Eisenamper and the all the attorneys and bankruptcy agents involved in this case insult the general public and those owed money in this case and should be strictly monitored and moderated. I cringe that lawyers are paid for one-tenth of an hour at $600/hour just to read an email ($60/message). Do you not feel the same?

I ask for your advocacy in demanding itemized statements and justifications from all agents asking for your approval of their fees and expenses. Please stop this milking of the bankruptcy system by these agents.

I thank you for your consideration of my request.

Respectfully,

James S. Kennedy MD

CC:    Thomas M. Horan, Attorney for the Unsecured Creditors
       c/o Fox Rothschild
       P.O. Box 2323
       Wilmington, DE 19899-2323