# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) Jointly Administered |
| Debtors. | **Re: D.I. 1722** |

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF TEMPLE UNIVERSITY HEALTH SYSTEM, INC. AND TEMPLE UNIVERSITY HOSPITAL, INC.

The undersigned counsel to Temple University Health System, Inc. ("Temple Health") and Temple University Hospital, Inc. ("Temple Hospital", and, collectively with Temple Health, "Temple") hereby certifies as follows:

1. On August 3, 2020, Temple filed the *Request for Allowance and Payment of Administrative Expense Claims of Temple University Health System, Inc. and Temple University Hospital, Inc.* (D.I. 1722) (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The Notice to the Motion established a deadline of August 17, 2020 at 4:00 pm (ET) (the "Objection Deadline") for filing and service of responses to the Motion, which

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Objection Deadline was extended for the above-captioned debtors and debtors in possession (collectively, the "Debtors") to September 8, 2020.

3.  Prior to the Objection Deadline, Temple received informal comments from the Debtors, which comments were resolved by revisions to the proposed form of order filed with the Motion.

4.  Other than the informal response from the Debtors, the undersigned did not receive any other formal or informal response to the Motion. The undersigned further certifies that she has reviewed the docket in these cases and that no response to the Motion appears thereon.

5.  A revised form of order (the "Revised Order") is attached hereto as **Exhibit A**, has been reviewed by the Debtors, and the Debtors do not object to entry of the Revised Order.

6.  Attached hereto as **Exhibit B** is a blackline reflecting the changes between the proposed form of order filed with the Motion and the Revised Order.

WHEREFORE, Temple respectfully requests that the Court enter the Revised Order at the Court's earliest convenience.

Dated: September 25, 2020
Wilmington, DE

/s/ Marcy J. McLaughlin Smith
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Marcy J. McLaughlin Smith (DE 6184)
Hercules Plaza, Suite 510
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware  19899-1709
Telephone:   (302) 777-6500
Facsimile:   (302) 421-8390
E-mail:   marcy.smith@troutman.com

- and –

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Francis J. Lawall (*pro hac vice*)
Two Logan Square

Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
E-mail: Francis.lawall@troutman.com

*Counsel for Temple University Health System, Inc. and Temple University Hospital, Inc.*

3

#109856235 v1