# **EXHIBIT B**

**Redline**

#109856235 v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.,* [1] | : | Case No. 19-11466 (MFW) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: D.I. 1722,** |
| _____ | : | |

## ORDER GRANTING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF TEMPLE UNIVERSITY HEALTH SYSTEM, INC. AND TEMPLE UNIVERSITY HOSPITAL, INC.

Upon the *Request for Allowance and Payment of Administrative Expense Claim of Temple University Health System, Inc. and Temple University Hospital, Inc.* (the "Request")[2] for entry of an order allowing and directing payment of the Administrative Claims pursuant to sections 503(b) and 507(a)(2) of the Bankruptcy Code *and the Certification of Counsel Regarding Order Granting Request for Allowance and Payment of Administrative Expense Claim of Temple University Health System, Inc. and Temple University Hospital, Inc.*; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein are used as defined in the Request.

-1-

#109852253 v2
#109852253 v1
#109852253 v6

States Constitution; and the Court having found that venue of this proceeding and the Request in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Request has been given and that no other or further notice is necessary; and the Court having reviewed and considered the Request, any objections to the Request, the arguments of counsel made, and the evidence proffered or adduced, at any hearing held on the Request; and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief set forth in this Order, IT IS HEREBY ORDERED THAT:

1. The Request is ~~GRANTED~~ granted as set forth herein.

2. Temple Health is hereby granted an administrative priority expense claim in the amount of $~~506,806.12~~387,756.25 related to the Academic Affiliation Agreement between Temple Health and SCHC Pediatric Associates, L.L.C., which shall be paid by the Debtors within ten (10) days of entry of this Order~~.~~ in full satisfaction of any and all post-petition obligations with respect to such Academic Affiliation Agreement and any related residency rotation agreements or other agreements arising in connection therewith.  For avoidance of doubt, this Order resolves and satisfies in full all administrative expense claims asserted by Temple against the Debtors, but shall not affect any rights or claims among or between Temple and STC Opco, LLC or any entity affiliated therewith, including without limitation with respect to contracts that may have been assumed and assigned by the Debtors in connection with the sale of St. Christopher's Hospital for Children.

3. Temple Hospital is hereby granted an administrative priority expense claim in the amount of  $14,669.05 related to that certain Neurology Clinical Rotation Agreement between Temple Hospital and St. Christopher's Healthcare, LLC, which shall be paid by the

Debtors within ten (10) days of entry of this Order in full satisfaction of any and all post-petition obligations with respect to such Neurology Clinical Rotation Agreement.

4. The Court retains exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

#109852253 v2
#109852253 v1
#109852253 v6