# EXHIBIT A

## SUMMARY OF BLENDED RATE

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 7 | $574.00 | $672.81 |
| Junior Partners | 3 | $464.00 | $444.45 |
| Counsel | 2 | $477.00 | $527.24 |
| Senior Associates | 2 | $340.00 | $404.44 |
| Junior Associates | 4 | $292.00 | $269.16 |
| Paralegal | 1 | $243.00 | $245.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $199.00 | $230.72 |
| **Aggregated:** | | **$451.00** | **$487.28** |