# EXHIBIT D

### EXPENSE SUMMARY

## Expense Summary

## For the Period from July 1, 2020 through July 31, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | PA BCCO | $24.00 |
| E-discovery Processing /Usage | Saul Ewing Arnstein & Lehr LLP | $12,572.95 |
| Legal Research | Westlaw and Lexis | $3,083.44 |
| Overnight Delivery | Federal Express | $93.57 |
| **Total** | | **$15,773.96** |



| Philadelphia Academic Health System, LLC | Invoice Number | 2580162 |
| 222 N. Sepulveda Blvd. | Invoice Date | 09/16/20 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 07/08/20 | Federal Express 06/30/2020 To: Margaret E Quinlan, Esq From: Monique DiSabatino | 12.79 | |
| 07/08/20 | Federal Express 06/30/2020 To: Marsha F Santangelo, Esq From: Monique DiSabatino | 12.79 | |
| 07/08/20 | Federal Express 07/01/2020 To: Jeffrey Lessin Mark Richter From: Monique DiSabatino | 12.79 | |
| 07/08/20 | Federal Express 06/19/2020 To: Attn Officer, Managing or Gen From: Mailroom | 27.60 | |
| 07/08/20 | Federal Express 06/19/2020 To: Attn Officer, Managing or Gen From: Mailroom | 27.60 | |
| | Total Federal Express | | 93.57 |
| 07/20/20 | Doc. Retrieval/Case Monitoring - - VENDOR: PA BCCO; 7/2/20 PA BCCO fee / W. Permar | 24.00 | |
| | Total Doc. Retrieval/Case Monitoring | | 24.00 |
| 07/26/20 | Processing for July 2020 | 9,462.00 | |
| 07/26/20 | Monthly Storage for July 2020 | 1,562.20 | |
| 07/26/20 | Project Management Time for July 2020 | 343.75 | |
| 07/26/20 | Tech Time for July 2020 | 405.00 | |
| 07/26/20 | E-discovery Monthly User Fees | 75.00 | |
| 07/26/20 | E-discovery Analytics Consulting Time | 725.00 | |
| | Total E-discovery Processing Usage Fees | | 12,572.95 |
| 07/15/20 | Lexis Legal Research | 47.50 | |
| 07/15/20 | Lexis Legal Research | 237.50 | |
| | Total Lexis Legal Research | | 285.00 |
| 07/07/20 | Westlaw Legal Research | 1,544.00 | |
| 07/14/20 | Westlaw Legal Research | 610.00 | |
| 07/15/20 | Westlaw Legal Research | 204.00 | |
| 07/23/20 | Westlaw Legal Research | 286.00 | |
| 07/27/20 | Westlaw Legal Research | 154.44 | |
| | Total Westlaw Legal Research | | 2,798.44 |
| | CURRENT EXPENSES | | 15,773.96 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 15,773.96 |

37476792.1 09/28/2020