# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) Jointly Administered |
| Debtors. | **Re: D.I. 1792 and 1793** |

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on the 28th day of September, 2020, I served or caused to be served the following documents upon the parties set forth on the attached list via email and I further certify that all ECF participants registered in these cases were served electronically with the below on their dates of filing through the Court's ECF system at their respective email addresses registered with the Court:

- *Certification of Counsel Regarding Oder Granting Request for Allowance and Payment of Administrative Expense Claim of Temple University Health System, Inc. and Temple University Hospital, Inc.* [DI 1792]; and

- *Oder Granting Request for Allowance and Payment of Administrative Expense Claim of Temple University Health System, Inc. and Temple University Hospital, Inc.* [DI 1793].

Dated: September 28, 2020  
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE 6184)
Hercules Plaza, Suite 510
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware  19899-1709
Telephone:     (302) 777-6500
Facsimile:     (302) 421-8390
E-mail:         marcy.smith@troutman.com

- and –

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

#110358612v1.141146.13

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Francis J. Lawall (admitted *pro hac vice*)
Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone:  (215) 981-4000
Facsimile:    (215) 981-4750
E-mail:          francis.lawall@troutman.com

*Counsel for Temple University Health System, Inc. and Temple University Hospital, Inc.*

#110358612v1.141146.13

**In Re: Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.**
**Case No. 19-11466 (MFW)**

**SERVICE LIST**

*(Debtors' Counsel)*
Saul Ewing Arnstein & Lehr LLP
Attn: Jeffrey C. Hampton and Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

*(Debtors' Counsel)*
Saul Ewing Arnstein & Lehr LLP
Attn: Monique Bair DiSabatino, Mark Minuti
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Benjamin A. Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19899-0035

#110358612v1.141146.13