## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Center City Healthcare, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| Hahnemann University Hospital, *et al.,* | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that SULLIVAN · HAZELTINE · ALLINSON LLC, counsel to Laboratory Corporation of America Holdings ("Labcorp") and Monogram Biosciences, Inc. ("Monogram") has relocated its Wilmington, Delaware office and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given to Labcorp and Monogram be given and served upon the undersigned counsel at the address listed below:

William D. Sullivan, Esq.<br>
William A. Hazeltine, Esq.<br>
Elihu E. Allinson, III, Esq.<br>
SULLIVAN · HAZELTINE · ALLINSON LLC<br>
919 North Market Street, Suite 420<br>
Wilmington, DE  19801

Date: September 29, 2020
   Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

 */s/ William D. Sullivan*
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com

*Attorneys for Laboratory Corporation of America Holdings and Monogram Biosciences, Inc.*