# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| REMINGTON OUTDOOR COMPANY, INC., *et al.,*[1] | } } } | Case No. 20-81688-CRJ-11 |
| | } | Chapter 11 |
| | } | |
| Debtor(s). | } | Jointly Administered |

## ORDER APPROVING MOTION TO FILE UNDER SEAL THE DEBTORS' RESPONSE IN OPPOSITION TO MOTION TO CONTINUE SALE HEARING

This case came before the Court on September 29, 2020 upon Motion to File Under Seal the Debtors' Response in Opposition to Motion to Continue Sale Hearing, ECF No. 863, filed by VUONG Holdings, LLC, seeking an Order sealing Exhibit 1 attached to Debtors' Response in Opposition to Motion to Continue Sale Hearing, ECF No. 823.   For cause shown, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Motion to File Under Seal the Debtors' Response in Opposition to Motion to Continue Sale Hearing is **APPROVED**. The Clerk's Office is hereby directed to seal Exhibit 1 which is attached to Debtors' Response in Opposition to Motion to Continue Sale Hearing, ECF No. 823.

Dated this the 30th day of September, 2020.

                                                                                                  /s/ Clifton R. Jessup, Jr.
                                                                                                  Clifton R. Jessup, Jr.
                                                                                                  United States Bankruptcy Judge

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc.(3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.