# Exhibit "A"



# Fox Rothschild LLP
### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | 2604565 |
| Invoice Date | 09/06/20 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/20:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/24/20 | SLATER | AP | RESEARCH ON WHETHER A DEBTOR MAY APPOINT A NEW MANAGER OR DIRECTOR WITHOUT PERMISSION OF THE COURT. | 1.7 | $569.50 |
| 08/24/20 | SLATER | AP | CORRESPONDENCE WITH TOM HORAN. DISCUSSING RESEARCH FINDINGS ON DEBTORS ABILITY TO HIRE NEW MANAGEMENT. | 0.3 | $100.50 |
| 08/25/20 | SLATER | AP | RESEARCH ON WHETHER A DEBTOR MAY APPOINT A NEW MANAGER OR DIRECTOR WITHOUT PERMISSION OF THE COURT. | 0.6 | $201.00 |
| 08/25/20 | SLATER | AP | CORRESPONDENCE WITH TOM HORAN. DISCUSSING RESEARCH FINDINGS ON DEBTORS ABILITY TO HIRE NEW MANAGEMENT. | 0.7 | $234.50 |
| 08/18/20 | HORAN | BO | TELECONFERENCE WITH ANDREW SHERMAN REGARDING DEBTOR CORPORATE GOVERNANCE ISSUES | 0.3 | $192.00 |
| 08/18/20 | HORAN | BO | TELECONFERENCE WITH DEBTOR AND COMMITTEE PROFESSIONALS REGARDING APPOINTMENT OF INDEPENDENT MANAGER FOR PAHS (.7); FOLLOW UP TELECONFERENCE WITH ANDREW SHERMAN AND | 1.0 | $640.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | BORIS MANKOVETSKIY REGARDING SAME (.3) | | |
| 08/19/20 | HORAN | BO | RESEARCH REGARDING AUTHORITY OF DEBTOR TO APPOINT INDEPENDENT MANAGER DURING BANKRUPTCY CASE | 0.7 | $448.00 |
| 08/12/20 | HORAN | FA1 | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION TO FOX ROTHSCHILD ELEVENTH MONTHLY FEE APPLICATION | 0.1 | $64.00 |
| 08/12/20 | HRYCAK | FA1 | CORRESPONDENCE WITH P. BASAS RE: JULY 2020 INVOICE | 0.1 | $25.50 |
| 08/12/20 | HRYCAK | FA1 | PREPARE CERTIFICATE OF NO OBJECTION TO ELEVENTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 08/12/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: PREPARED DRAFT OF CERTIFICATE OF NO OBJECTION TO ELEVENTH MONTHLY FEE APPLICATION OF FOX | 0.1 | $25.50 |
| 08/12/20 | HRYCAK | FA1 | PREPARE AND FILE CERTIFICATE OF NO OBJECTION TO ELEVENTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 08/12/20 | HRYCAK | FA1 | COORDINATE FIRST CLASS MAIL SERVICE OF CNO FOR ELEVENTH MONTHLY FEE APPLICATION WITH RELIABLE | 0.1 | $25.50 |
| 08/17/20 | HRYCAK | FA1 | PREPARE TWELFTH MONTHLY FEE APPLICATION, NOTICE, AND EXHIBIT A TO FEE APPLICATION | 0.6 | $153.00 |
| 08/17/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: PREPARED TWELFTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 08/18/20 | HORAN | FA1 | REVIEW AND REVISE FOX ROTHSCHILD TWELFTH MONTHLY FEE APPLICATION (.2); EMAILS WITH AMANDA HRYCAK REGARDING SAME (.1) | 0.3 | $192.00 |
| 08/18/20 | HRYCAK | FA1 | PREPARE AND FILE TWELFTH MONTHLY FEE APPLICATION | 0.2 | $51.00 |
| 08/18/20 | HRYCAK | FA1 | PREPARE AND SERVE VIA EMAIL TWELFTH MONTHLY FEE APPLICATION TO THOSE PARTIES AS LISTED ON THE CERTIFICATE OF SERVICE | 0.1 | $25.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/18/20 | HRYCAK | FA1 | UPDATE CASE CALENDAR RE: OBJECTION DEADLINE AND CNO DEADLINE FOR TWELFTH MONTHLY APPLICATION | 0.1 | $25.50 |
| 08/05/20 | HORAN | FA2 | REVIEW OMNI MANAGEMENT FEE STATEMENT FOR JUNE 2020 | 0.1 | $64.00 |
| 08/07/20 | HORAN | FA2 | REVIEW SILLS CUMMIS MAY AND JUNE FEE APPLICATIONS (.3); EMAILS WITH GREG KOPACZ AND ROBIN SOLOMON REGARDING SAME (.1) | 0.4 | $256.00 |
| 08/07/20 | SOLOMON | FA2 | DRAFT NOTICE RE: 11TH AND 12TH MONTHLY FEE STATEMENTS OF SILLS CUMMIS | 0.3 | $124.50 |
| 08/07/20 | SOLOMON | FA2 | PREPARE AND FILE 11TH/12TH MONTHLY FEE STATEMENTS OF SILLS CUMMIS AND COORDINATE SERVICE OF SAME | 0.5 | $207.50 |
| 08/13/20 | HORAN | FA2 | REVIEW EISNERAMPER JULY 2020 MONTHLY STAFFING REPORT | 0.1 | $64.00 |
| 08/22/20 | HORAN | FA2 | REVIEW OMNI JULY FEE STATEMENT | 0.1 | $64.00 |
| 08/28/20 | HORAN | FA2 | REVIEW DOCKET AND CERTIFICATES OF NO OBJECTION TO SILL CUMMIS ELEVENTH AND TWELFTH MONTHLY FEE APPLICATIONS | 0.1 | $64.00 |
| 08/28/20 | HRYCAK | FA2 | CORRESPONDENCE WITH G. KOPACZ, A. SHERMAN AND B. MANKOVETSKIY RE: CONFIRMATION OF NO INFORMAL OBJECTIONS TO ELEVENTH AND TWELFTH MONTHLY APPLICATIONS TO FILE CERTIFICATIONS OF NO OBJECTION | 0.1 | $25.50 |
| 08/19/20 | HORAN | MC | REVIEW COMMITTEE EMAIL UPDATE ON CASE | 0.1 | $64.00 |
| 08/21/20 | HORAN | MC | ATTEND COMMITTEE MEETING | 1.1 | $704.00 |
| 08/03/20 | HORAN | PC | REVIEW TEMPLE UNIVERSITY ADMINISTRATIVE EXPENSE REQUEST | 0.1 | $64.00 |
| 08/05/20 | HORAN | PC | REVIEW EMAILS FROM FRANK BRZOZOWSKI AND OMNI MANAGEMENT REGARDING PROOF OF CLAIM | 0.1 | $64.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/14/20 | HORAN | PC | REVIEW JOEL FREEDMAN MOTION TO DEEM CLAIMS TIMELY FILED | 0.2 | $128.00 |
| 08/05/20 | HORAN | TR | REVIEW MONTHLY OPERATING REPORTS | 0.2 | $128.00 |
| | | | **TOTAL** | **10.8** | **$5,071.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---|---|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 3.3 | $1,105.50 |
| BO | BUSINESS OPERATIONS | 2.0 | $1,280.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 2.0 | $664.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 1.7 | $869.50 |
| MC | MEETINGS OF CREDITORS | 1.2 | $768.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.4 | $256.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.2 | $128.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| T.M. HORAN | PARTNER | 5.0 | $640.00 | $3,200.00 |
| S. SLATER | ASSOCIATE | 3.3 | $335.00 | $1,105.50 |
| A.M. HRYCAK | PARALEGAL | 1.7 | $255.00 | $433.50 |
| R. I. SOLOMON | PARALEGAL | 0.8 | $415.00 | $332.00 |
| | TOTAL | 10.8 | | $5,071.00 |

TOTAL PROFESSIONAL SERVICES  $5,071.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| OUTSIDE VENDOR COPIES RELIABLE COPY SERVICE, INC. Mail Out Services; Envelopes; Postage | $6.90 |
| OUTSIDE VENDOR COPIES RELIABLE COPY SERVICE, INC. | $1.55 |

TOTAL EXPENSES  $8.45

TOTAL AMOUNT OF THIS INVOICE  $5,079.45