# Exhibit "A"

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI#22 - 1920331

RE:  Creditors' Committee

---

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 08/05/20 | AHS | Attend call with BRG re: claims and causes of action. | 0.50 | 412.50 |
| 08/17/20 | AHS | Initial review of draft waterfall re: assets available; emails and call to BRG re: same. | 0.80 | 660.00 |
| 08/04/20 | BM | Analysis regarding potential causes of action against Debtors' D&Os. | 1.10 | 825.00 |
| | | Attend to issues regarding Committee's discovery requests to Debtors in connection with investigation of potential estate-based causes of action. | 0.90 | 675.00 |
| 08/05/20 | BM | Call with MBNF's counsel regarding discovery issues. | 0.30 | 225.00 |
| | | Attend to issues regarding resolution of Debtors' comments to Committee's discovery requests in connection with investigation of potential claims. | 0.80 | 600.00 |
| 08/06/20 | BM | Meet and confer call with Debtors' counsel regarding Committee discovery requests. | 0.40 | 300.00 |
| | | Analysis of documents in connection with investigation of potential estate-based causes of action. | 1.30 | 975.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 2 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/07/20 | BM | Analysis of MBNF's document productions in connection with investigation of potential causes of action. | 1.10 | 825.00 |
| 08/13/20 | BM | Attend to issues regarding document review in connection with investigation of potential D&O claims. | 1.10 | 825.00 |
| 08/14/20 | BM | Analysis regarding potential causes of action against non-debtor affiliates. | 1.20 | 900.00 |
| 08/17/20 | BM | Analysis regarding potential causes of action against Debtors' D&Os. | 0.90 | 675.00 |
| 08/18/20 | BM | Attend to issues regarding discovery requests to the Debtors in connection with investigation of estate-based claims. | 0.90 | 675.00 |
| 08/19/20 | BM | Attend to issues regarding discovery requests to Debtors in connection with investigation of estate-based claims. | 0.90 | 675.00 |
| 08/24/20 | BM | Attend to issues regarding investigation of potential causes of action against MBNF-related entities and Debtors' D&Os. | 1.60 | 1,200.00 |
| 08/25/20 | BM | Analysis regarding objections to MBNF-related entities' privilege log. | 0.60 | 450.00 |
| 08/26/20 | BM | Analysis of documents in connection with investigation of potential estate-based claims. | 1.30 | 975.00 |
| 08/28/20 | BM | Attend to issues regarding investigation of potential causes of action against Debtors' D&Os and affiliated entities. | 0.90 | 675.00 |
| 08/03/20 | BSC | Claims investigation document review. | 4.80 | 3,600.00 |
|  |  | Evaluation of potential alter ego claims. | 2.10 | 1,575.00 |
| 08/04/20 | BSC | Claims investigation document review. | 3.30 | 2,475.00 |
|  |  | Review potential veil piercing claims. | 2.80 | 2,100.00 |
| 08/05/20 | BSC | Claims investigation review. | 3.60 | 2,700.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 3 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  | Assess potential causes of action against debtor affiliates. | 1.20 | 900.00 |
| 08/06/20 | BSC | Review discovery documents. | 2.80 | 2,100.00 |
|  |  | Evaluate potential duty of care breaches. | 0.70 | 525.00 |
| 08/07/20 | BSC | Document review in connection with claims investigation. | 3.10 | 2,325.00 |
| 08/10/20 | BSC | Document review in connection with claims investigation. | 3.40 | 2,550.00 |
| 08/11/20 | BSC | Claims investigation document review. | 2.10 | 1,575.00 |
|  |  | Research and evaluate potential malfeasance claims. | 0.60 | 450.00 |
| 08/12/20 | BSC | Claims investigation, document review. | 2.70 | 2,025.00 |
| 08/17/20 | BSC | Document review for claims investigation. | 4.40 | 3,300.00 |
| 08/18/20 | BSC | Claims investigation document evaluation. | 2.80 | 2,100.00 |
| 08/21/20 | BSC | Analysis of elements of possible causes of action and relief. | 4.20 | 3,150.00 |
| 08/24/20 | BSC | Claims investigation cause of action legal assessment. | 4.20 | 3,150.00 |
| 08/25/20 | BSC | Research potential management malfeasance claims. | 3.70 | 2,775.00 |
|  |  | Claims investigation factual assessment. | 2.20 | 1,650.00 |
| 08/26/20 | BSC | Research and evaluate potential creditor claims and remedies. | 4.40 | 3,300.00 |
| 08/31/20 | BSC | Research elements of potential causes of action. | 3.80 | 2,850.00 |
| 08/05/20 | CJF | Review e-mails from and prepare e-mail to A. Kine, Debtors' counsel, regarding production of documents from the Debtors. | 0.10 | 57.50 |
|  |  | Telephone conference with W. Pollack, counsel for MBNF Non-Debtor entities document production and status of same. | 0.30 | 172.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  |
|---|---|---|
| Page | | 4 |
| Inv# | | 1783001 |
| Date | | 09/21/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Review e-mail from and prepare e-mail to W. Pollack, regarding meet and confer concerning MBNF Non-Debtor entities' document production. | 0.10 | 57.50 |
| | | Review search term hit reports form Debtor's counsel and analyze issues regarding same. | 0.20 | 115.00 |
| | | Telephone conference with A. Kline, Debtor's counsel, regarding production of Debtor's documents. | 0.60 | 345.00 |
| 08/15/20 | CJF | Review production PAHH-13 and PAHH-14 from MBNF Non-Debtor entities and attend to processing of same. | 0.60 | 345.00 |
| 08/17/20 | CJF | Analyze issues regarding privilege log and recent document production and strategy concerning same. | 0.60 | 345.00 |
| 08/18/20 | CJF | Review e-mail from MBNF non-debtor's counsel regarding privilege log. | 0.10 | 57.50 |
| | | Exchange e-mails with N. O'Rourke, UnitedLex, regarding privilege downgrade images and batching of PAHH-13 and PAHH-14 productions. | 0.20 | 115.00 |
| 08/26/20 | CJF | Analyze issues regarding draft letter to MBNF Non-Debtor's counsel concerning privilege log. | 0.20 | 115.00 |
| 08/01/20 | CK | Continue to review document production and analyze potential causes of action. | 1.40 | 910.00 |
| | | Additional review of document production and analysis of potential causes of action. | 0.90 | 585.00 |
| | | Review document production and analyze potential causes of action. | 2.70 | 1,755.00 |
| 08/02/20 | CK | Review document production and analyze potential causes of action. | 1.60 | 1,040.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 5 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/03/20 | CK | Review document production and analyze potential causes of action. | 2.20 | 1,430.00 |
|  |  | Continue to review document production and analyze potential causes of action. | 0.90 | 585.00 |
| 08/04/20 | CK | Review document production and analyze potential causes of action. | 2.90 | 1,885.00 |
| 08/05/20 | CK | Review document production and analyze potential causes of action. | 1.90 | 1,235.00 |
|  |  | Continue to review document production and analyze potential causes of action. | 1.80 | 1,170.00 |
| 08/07/20 | CK | Review document production and analyze potential causes of action. | 2.90 | 1,885.00 |
|  |  | Continue to review document production and analyze potential causes of action. | 2.10 | 1,365.00 |
|  |  | Further review of document production and analysis of potential causes of action. | 2.60 | 1,690.00 |
| 08/08/20 | CK | Review document production and analyze potential causes of action. | 2.90 | 1,885.00 |
|  |  | Continue to review document production and analyze potential causes of action. | 2.70 | 1,755.00 |
|  |  | Further review of document production and analysis of potential causes of action. | 2.40 | 1,560.00 |
| 08/09/20 | CK | Review document production and analyze potential causes of action. | 2.20 | 1,430.00 |
|  |  | Continue to review document production and analyze potential causes of action. | 1.70 | 1,105.00 |
| 08/11/20 | CK | Review document production and analyze potential causes of action. | 0.70 | 455.00 |
| 08/12/20 | CK | Review document production and analyze potential causes of action. | 2.70 | 1,755.00 |
| 08/13/20 | CK | Review document production and analyze potential causes of action. | 1.80 | 1,170.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 6 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
|  |  | Continue to review document production and analyze potential causes of action. | 1.70 | 1,105.00 |
|  |  | Further review of document production and analysis of potential causes of action. | 1.10 | 715.00 |
|  |  | Team meeting with R. Brennan and others to discuss document review matters and potential causes of action. | 0.20 | 130.00 |
| 08/14/20 | CK | Review document production and evaluate potential causes of action. | 0.60 | 390.00 |
| 08/04/20 | DGC | Review documents to analyze potential causes of action. | 1.60 | 952.00 |
| 08/07/20 | DGC | Review of documents for potential causes of action. | 3.40 | 2,023.00 |
| 08/09/20 | DGC | Review of documents to determine possible causes of action. | 1.00 | 595.00 |
| 08/11/20 | DGC | Review of documents to determine possible causes of action. | 1.40 | 833.00 |
| 08/13/20 | DGC | Review of documents to determine possible causes of action. | 1.10 | 654.50 |
| 08/14/20 | DGC | Review of documents to determine possible causes of action. | 0.40 | 238.00 |
| 08/03/20 | FG | Review documents produced post bankruptcy and identify plausible causes of action. | 4.20 | 945.00 |
| 08/04/20 | FG | Review documents produced post bankruptcy and identify plausible causes of action. | 5.60 | 1,260.00 |
| 08/05/20 | FG | Review documents produced post bankruptcy and identify plausible causes of action. | 3.70 | 832.50 |
| 08/06/20 | FG | Review documents produced post bankruptcy and identify plausible causes of action. | 5.90 | 1,327.50 |
| 08/07/20 | FG | Review documents produced post bankruptcy and identify plausible causes of action. | 2.90 | 652.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 7 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/11/20 | FG | Review documents to determine post bankruptcy causes of action and categorize same. | 5.90 | 1,327.50 |
| 08/12/20 | FG | Review documents to determine post bankruptcy causes of action and categorize same. | 6.10 | 1,372.50 |
| 08/13/20 | FG | Review documents to determine post bankruptcy causes of action and categorize same; participate in conference regarding status of document review and findings with R. Brennan. | 1.90 | 427.50 |
| 08/14/20 | FG | Review documents to determine post bankruptcy causes of action and categorize same. | 6.90 | 1,552.50 |
| 08/13/20 | MPC | Review documents to investigate claims. | 0.80 | 340.00 |
|  |  | Follow up call regarding document review. | 0.60 | 255.00 |
| 08/04/20 | REB | Review documents in connection with certain causes of action. | 1.40 | 833.00 |
| 08/05/20 | REB | Call with CCH team and A. Kline re: discovery process. | 0.50 | 297.50 |
|  |  | Follow up re: call with CCH team and A. Kline re: discovery process. | 0.60 | 357.00 |
|  |  | Review MBNF production re: causes of action in connection with investigation. | 2.80 | 1,666.00 |
|  |  | Review MBNF production re: financial information in connection with investigation. | 2.20 | 1,309.00 |
| 08/06/20 | REB | Call with A. Kline re: discovery update. | 0.30 | 178.50 |
|  |  | Review email from review team re: discovery updates. | 0.50 | 297.50 |
| 08/07/20 | REB | Review database documents in connection with investigation of certain causes of action. | 2.20 | 1,309.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 8 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/10/20 | REB | Review documents in connection with certain causes of action. | 3.10 | 1,844.50 |
| 08/11/20 | REB | Review document production in connection with certain causes regarding investigation. | 3.20 | 1,904.00 |
|  |  | Review documents re: investigation of claims. | 1.20 | 714.00 |
| 08/12/20 | REB | Review documents in connection with investigation of certain claims and causes of action. | 1.10 | 654.50 |
| 08/13/20 | REB | Review documents in connection with investigation of certain claims and causes of action. | 1.90 | 1,130.50 |
|  |  | Call with review team re: investigation updates. | 0.30 | 178.50 |
| 08/14/20 | REB | Review and comment on search term list from A. Kline. | 0.40 | 238.00 |
|  |  | Review documents produced by MBNF entities in connection with certain internal document review questions. | 1.10 | 654.50 |
| 08/15/20 | REB | Review cover letter and privilege log from MBNF entities. | 0.60 | 357.00 |
| 08/17/20 | REB | Call re: cover letter and privilege log from MBNF entities. | 0.60 | 357.00 |
|  |  | Review cover letter and privilege log from MBNF entities in advance of call re: same. | 0.60 | 357.00 |
|  |  | Email A. Kline re: search term list update. | 0.20 | 119.00 |
| 08/18/20 | REB | Draft letter to MBNF entities re: privilege log and review privilege log re: same. | 0.80 | 476.00 |
| 08/21/20 | REB | Call with B. Coven re: investigation issues. | 0.40 | 238.00 |
| 08/25/20 | REB | Draft reply letter to MBNF Non-Debtor Entity privilege log. | 2.20 | 1,309.00 |
| 08/17/20 | TSN | E-mails with B. Mankovetskiy regarding D&O policies. | 0.20 | 130.00 |

**SILLS CUMMIS & GROSS**

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

|  |  |  |
|---|---|---|
| Page | | 9 |
| Inv# | | 1783001 |
| Date | | 09/21/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/28/20 | TSN | E-mails with B. Mankovetskiy regarding review D&O policies. | 0.20 | 130.00 |
| 08/31/20 | TSN | E-mail from B. Mankevetskiy regarding D&O policies. | 0.10 | 65.00 |
| | | Analyze Travelers D&O policy. | 1.70 | 1,105.00 |
| | | Analyze Starr excess policy. | 0.90 | 585.00 |
| | | Prepare e-mail analyzing D&O coverage. | 1.20 | 780.00 |
| | | **TASK TOTAL 101** | **213.10** | **125,657.00** |

**103 - BUSINESS OPERATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/17/20 | AHS | Calls with counsel for Debtors re: corporate governance issues. | 0.40 | 330.00 |
| | | Further analysis re: corporate governance issues and have research conducted. | 1.40 | 1,155.00 |
| 08/18/20 | AHS | Calls with counsel for Debtors and newly appointed interdependent manager of PAHS re: appointment and Committee issues. | 0.90 | 742.50 |
| | | Call with T. Horan re: independent manager and document production issues. | 0.80 | 660.00 |
| | | Review of case law and analysis re: independent manager issues. | 0.80 | 660.00 |
| | | Email to Committee re: status update and governance issues. | 0.40 | 330.00 |
| 08/19/20 | AHS | Review of case law re: newly appointed independent manager issues and change post petition. | 0.70 | 577.50 |
| 08/20/20 | AHS | Calls with Debtors' counsel re: independent manager issues. | 0.30 | 247.50 |
| | | Analysis and review of case law re: independent manager issues. | 1.10 | 907.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 10 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/21/20 | AHS | Call with counsel for Debtors re: governance issues. | 0.30 | 247.50 |
|  |  | Review of case law and further analysis re: governance issues. | 1.40 | 1,155.00 |
| 08/27/20 | BM | Attend to issues regarding analysis of intercompany transfers. | 0.70 | 525.00 |
|  |  | **TASK TOTAL 103** | **9.20** | **7,537.50** |

**104 - CASE ADMINISTRATION**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/14/20 | AHS | Calls with Debtors' counsel re: governance issues. | 0.80 | 660.00 |
|  |  | Analysis regarding governance issues and next steps. | 0.70 | 577.50 |
| 08/20/20 | AHS | Review of draft waterfall and calls with BRG re: same. | 0.40 | 330.00 |
|  |  | Review of revised waterfall and have sent to Committee for review. | 0.30 | 247.50 |
| 08/21/20 | AHS | Attend Committee call re: corporate governance and investigation issues. | 1.10 | 907.50 |
| 08/26/20 | AHS | Calls and address issues with T. Horan leaving Fox to Cozen. | 0.70 | 577.50 |
| 08/31/20 | AHS | Call with Debtors' counsel re: governance issues and review of email re: same. | 0.80 | 660.00 |
| 08/03/20 | BM | Call with Debtors' counsel regarding pending matters. | 0.80 | 600.00 |
|  |  | Analysis regarding Debtors' data privacy incident. | 0.70 | 525.00 |
| 08/14/20 | BM | Analysis of issues regarding the estates' balance sheet and potential waterfall scenarios. | 0.90 | 675.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 11 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  | Analysis of issues regarding appointment of additional director to PAHS board. | 0.80 | 600.00 |
| 08/17/20 | BM | Analysis of issues regarding post-petition changes to debtors' governing body, director compensation arrangements and potential objections thereto. | 1.40 | 1,050.00 |
|  |  | Attend to issues regarding the estates' balance sheet and projected distributions scenarios. | 0.80 | 600.00 |
|  |  | Call with Debtors' counsel regarding pending matters. | 0.60 | 450.00 |
|  |  | Call with BRG regarding pending matters. | 0.30 | 225.00 |
| 08/18/20 | BM | Call with Debtors' counsel and M. Jacoby regarding corporate governance issues. | 0.40 | 300.00 |
|  |  | Prepare status update for Committee. | 0.60 | 450.00 |
| 08/19/20 | BM | Analysis regarding potential challenge to the modification of the composition of PAHS' board of directors. | 1.20 | 900.00 |
| 08/20/20 | BM | Analysis regarding debtors' balance sheet and potential waterfall scenarios. | 0.60 | 450.00 |
| 08/21/20 | BM | Analysis regarding potential resolution of issues relating to changes to PHS board of directors. | 0.70 | 525.00 |
|  |  | Call with Debtors' counsel regarding corporate governance issues. | 0.40 | 300.00 |
| 08/09/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 08/15/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 08/18/20 | GAK | Review notice regarding upcoming hearing. | 0.10 | 55.00 |
| 08/19/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 08/14/20 | LFH | Conferences with A. Sherman and B. Mankovetskiy regarding independent director issues. | 0.30 | 187.50 |

**SILLS CUMMIS & GROSS**

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

|  |  |
|---|---|
| Page | 12 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  | Analyze independent director issues. | 0.40 | 250.00 |
| 08/16/20 | LFH | Prepare summary of corporate authority and governance issues. | 2.30 | 1,437.50 |
|  |  | Review and analyze first day affidavit with respect to corporate structure issues. | 0.30 | 187.50 |
|  |  | Research and analyze corporate authority and governance issues. | 2.60 | 1,625.00 |
| 08/17/20 | LFH | Research corporate governance issues. | 0.70 | 437.50 |
|  |  | Analyze corporate governance issues. | 0.90 | 562.50 |
| 08/18/20 | LFH | Prepare analysis of corporate governance and bankruptcy issues. | 0.60 | 375.00 |
|  |  | Confer with B. Mankovetskiy regarding corporate governance issues. | 0.20 | 125.00 |
|  |  | Research issues relating to corporate authority in bankruptcy context. | 3.40 | 2,125.00 |
|  |  | Analyze corporate governance issues. | 0.40 | 250.00 |
| 08/19/20 | LFH | Confer with B. Mankovetskiy regarding corporate authority issues. | 0.20 | 125.00 |
|  |  | Prepare analysis of corporate authority in bankruptcy issues. | 2.30 | 1,437.50 |
|  |  | Revise analysis of corporate authority in bankruptcy issues. | 1.20 | 750.00 |
| 08/21/20 | LFH | Prepare analysis of administrative expense and ordinary course payment issues. | 0.60 | 375.00 |
|  |  | Research and analyze administrative expense and ordinary course payment issues. | 0.40 | 250.00 |
|  |  | **TASK TOTAL 104** | **32.20** | **22,330.00** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 13 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **105 - CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | |
| 08/03/20 | AHS | Call with Debtors' counsel re: HIPPA breach issues. | 0.50 | 412.50 |
| 08/13/20 | AHS | Call with counsel for Debtors re: discovery and causes of action. | 1.30 | 1,072.50 |
| 08/12/20 | BM | Analysis regarding Freedman-related entities' motion to allow late filing of proofs of claim. | 0.60 | 450.00 |
| 08/04/20 | GAK | Review Temple University's Admin Expense Claim Motion. | 0.10 | 55.00 |
| 08/12/20 | GAK | Review Joel Freedman's motion to allow late-filed claim. | 0.10 | 55.00 |
| 08/20/20 | LFH | Revise analysis of administrative expense allowance issues under section 503(c)(2). | 0.60 | 375.00 |
| | | Research and analyze administrative claim allowance under 503(c)(3). | 2.10 | 1,312.50 |
| | | Prepare analysis of administrative expense allowance issues under section 503(c)(2). | 1.40 | 875.00 |
| | | **TASK TOTAL 105** | **6.70** | **4,607.50** |
| **107 - FEE/EMPLOYMENT APPLICATIONS** | | | | |
| 08/03/20 | GAK | Work on June fee application. | 0.90 | 495.00 |
| 08/04/20 | GAK | Work on June fee application. | 1.90 | 1,045.00 |
| 08/05/20 | GAK | Work on June fee application. | 0.80 | 440.00 |
| 08/07/20 | GAK | Finalize May and June fee applications for filing. | 0.30 | 165.00 |
| 08/20/20 | GAK | Attention to July fee application. | 0.80 | 440.00 |
| 08/25/20 | GAK | Work on July fee application. | 1.90 | 1,045.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 14 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/28/20 | GAK | Work on July fee application. | 0.70 | 385.00 |
|  |  | **TASK TOTAL 107** | **7.30** | **4,015.00** |

**112 - MEETINGS OF CREDITORS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/21/20 | REB | Call with Committee re: case and investigation updates. | 1.00 | 595.00 |
|  |  | **TASK TOTAL 112** | **1.00** | **595.00** |

|  |  |  |
|---|---|---|
| **TOTAL FEES** | **269.50** | **$164,742.00** |
| Attorney Fees at Blended Rate of $625 | 226.40 | $141,500.00 |
| Paralegal Fees at Standard Rate | 43.10 | 9,697.50 |
| **TOTAL FEES** | **269.50** | **$151,197.50** |

## TASK CODE SUMMARY

| Code | Description | Hours | Amount |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 213.10 | 125,657.00 |
| 103 | Business Operations | 9.20 | 7,537.50 |
| 104 | Case Administration | 32.20 | 22,330.00 |
| 105 | Claims Administration and Objections | 6.70 | 4,607.50 |
| 107 | Fee/Employment Applications | 7.30 | 4,015.00 |
| 112 | Meetings of Creditors | 1.00 | 595.00 |

## SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

|  |  |
|---|---|
| Page | 15 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

|  | | | |
|---|---:|---:|---:|
| **TOTAL FEES** | **269.50** | | **$164,742.00** |
| Attorney Fees at Blended Rate of $625 | 226.40 | | $141,500.00 |
| Paralegal Fees at Standard Rate | 43.10 | | 9,697.50 |
| **TOTAL FEES** | **269.50** | | **$151,197.50** |

**FEE RECAP**

| | | | | |
|---|---|---:|---:|---:|
| AHS | Andrew H. Sherman | 16.40 | $825 | 13,530.00 |
| BM | Boris Mankovetskiy | 26.80 | $750 | 20,100.00 |
| BSC | Brian S. Coven | 62.90 | $750 | 47,175.00 |
| CK | Clint Kakstys | 44.60 | $650 | 28,990.00 |
| TSN | Thomas S. Novak | 4.30 | $650 | 2,795.00 |
| CJF | Charles J. Falletta | 3.10 | $575 | 1,782.50 |
| LFH | Lucas F. Hammonds | 20.90 | $625 | 13,062.50 |
| DGC | David G. Cherna | 8.90 | $595 | 5,295.50 |
| REB | Rachel E. Brennan | 29.20 | $595 | 17,374.00 |
| GAK | Gregory A. Kopacz | 7.90 | $550 | 4,345.00 |
| MPC | Matthew P. Canini | 1.40 | $425 | 595.00 |
| FG | Frank Gonzalez | 43.10 | $225 | 9,697.50 |
| | **TOTAL FEES** | **269.50** | | **$164,742.00** |
| | Attorney Fees at Blended Rate of $625 | 226.40 | | $141,500.00 |
| | Paralegal Fees at Standard Rate | 43.10 | | 9,697.50 |
| | **TOTAL FEES** | **269.50** | | **$151,197.50** |

**DISBURSEMENT DETAIL**

| | | | | |
|---|---|---|---|---:|
| 07/17/20 | REB | Telephone Toll Charges | | 7.31 |
| 08/05/20 | CJF | Telephone Toll Charges | | 1.07 |
| 08/05/20 | BM  | Telephone Toll Charges | | 4.30 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 16 |
| Inv# | 1783001 |
| Date | 09/21/20 |
| 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| 08/06/20 | REB | Telephone Toll Charges | | 1.58 |
| 08/16/20 | LFH | Lexis | | 330.07 |
| 08/18/20 | LFH | Lexis | | 36.71 |
| 08/19/20 | LFH | Lexis | | 17.61 |
| 08/19/20 | LFH | Lexis | | 18.35 |
| 08/20/20 | LFH | Lexis | | 220.05 |
| 08/23/20 | CJF | Litigation Support Vendors (UnitedLex – project management, hosting, etc.) | | 3,028.23 |
| | | **TOTAL DISBURSEMENTS** | | **$3,665.28** |

**DISBURSEMENT RECAP**

| | |
|---|---|
| Litigation Support Vendors (UnitedLex) | 3,028.23 |
| Telephone Toll Charges | 14.26 |
| Lexis | 622.79 |
| **TOTAL DISBURSEMENTS** | **$3,665.28** |
| **TOTAL THIS INVOICE** | **$154,862.78*** |
| **Less Credit from June Invoice**[1] | *($994.50)* |
| **TOTAL NOW DUE:** | **$153,868.28*** |

*Total includes fees at ***Blended Rate***. Per Retention Application, lesser of fees at *Standard Rates* (**$164,742.00**) and fees at *Blended Rate* of $625 (**$151,197.50**)** apply.

**includes paralegal fees at standard rates

---

[1] Paralegal fees were included in the Blended Rate calculation of the bill for June resulting in Standard Rates of $146,894.50 being the lesser amount. When recalculated with a Blended Rate for attorney fees and standard rate for paralegal fees, the Blended Rate of $145,900.00 would apply as the lesser amount, resulting in a difference of $994.50.