# Exhibit C

# List of Additional Equipment

| Manufacturer | Model | Serial Number |
|---|---|---|
| welch Allyn | C100 surgical Illuminator | 100001466 |
| welch Allyn | Spot Vital Sings | N/A |
| Smiths | H-1200 Level 1 | S10002108 |
| Glidescope | video monitor | An162648 |
| Seca | Scale | 5703192083877 |
| Abiomed | Impella Controller | IC2692 |
| Smiths | H-1200 Level 1 | S10002106 |
| Luxtec | Fiberoptics | 1262390 |
| Aquadex | s100 | 267 |
| welch Allyn | C1100 surgical Illuminator | 100-001-460 |
| Karlstorz | xenon 300 | N/A |
| Conmed | system 7500 | 01fgk025 |
| welch Allyn | Spot Vital Sings | N/A |
| Gomco | G180 | 1015 |
| Ultra Pilse | Encore | A1216537 |
| GE | Ohmeda | HDGR52258 |
| GE | Ohmeda | HDDGR51958 |
| Ohio | Infant Warmer | HCCK01384 |
| Sage | Warmer 7937 | 13365-075 |
| Philips | MP5 | DE53796659 |
| Philips | M1019A | ASFH-0017 |
| Datex Ohmeda | Aestiva/5 | N/A |
| Philips | MX800 | DE12516142 |
| Aquadex | s100 | 212 |
| Fisher & Raykel Healthcare | Warmer | 20924000736 |
| Scope Buddy | ECA-100G | SB681010-17 |
| Mega Power | MegaDyne | 184646001 |
| Datex Ohmeda | Aestiva/5 | N/A (Anesthesia Unit) |
| Philips | M1019A | ASDJ-0062 |
| Philips | MX800 | DE12516143 |
| Belmont | FMS2000 | N/A |

| | | |
|---|---|---|
| BK Medical | Ultrasound Scanner 1202 | 5003632 |
| Ohmeda Medical | ENG Ebase S Humid | HDGN51188 |
| Ohmeda Medical | ENG Ebase S Humid | HDGR52243 |
| Maxi move | KMCLUW | 300L07283 |
| Datex Ohmeda | s/5 Avance | M1019PN6100079 |
| Datex Ohmeda | s/5 Avance | M1019PN6100080 |
| Abiomed | Impella Controller | IC2691 |
| Fujifilm | Sonosite | 03X57Q |
| ERBE | Icc300 E UL | F-1887 |
| Datex Ohmeda | s/5 Avance | M1019PN6120047 |
| EZ lift | 498 | 25336 |
| Olympus | OEV143 | A414033 |
| Leica Microsystems | Leica M530 | 290917441 |
| Ecmo | Stockert s5 | N/A |
| Masimo | Radical 7 quantity 3 | N/A |
| Drager | Ti500-1 | N/A |
| Drager | 03800R | AHF04515 |
| Stryker | 1731 Stretcher | 204043063 |
| Ohmeda Medical | Giraffe Incubator | HDHK51318 |
| GE | Giraffe Incubator | HDGV60204 |
| GE | Giraffe Incubator | HDGV60205 |
| Zeiss | Super-lux 40 | Fw0389 |
| Integra Neuro Science | MPM-1 | MMB076002 |
| Philips | Suresihns VM4 | US91930939 |
| Philips | Suresihns VM4 | US91930936 |
| Philips | Suresihns VM4 | US91930935 |
| Philips | Suresihns VM4 | US91930934 |
| Philips | Suresihns VM4 | US91930937 |
| Philips | Suresihns VM4 | US90307626 |
| Datascope | CS300 | S1210117D5 |
| Accuvein | Av400 | Av13290149 |
| Synergetic INC | Codman | 180386 |
| Masimo | Rad 57 Quantity 7 | Misc |
| welch Allyn | 53000 | N/A |

| | | |
|---|---|---|
| BFW | Maxenon | 30144 |
| ERBE | Icc300 | F-1711 |
| Datascope | Accutorr V | A7502056H9 |
| Scale Tronix | 4802D | 4802-Z2009 |
| Zoll | AED Pluss | X09K427490 |
| GE | Mac 5500HD | SGM12094890PA |
| Edwards Lifescience | Vigilancell | VG003454 |
| Zeiss | Superlux300 | LM90F1151B2675 |
| GE | Giraffe Incubator | 400911 |
| Glidescope | Clidescope | PV112445 |
| Philips | Suresings VMF | VS919390938 |
| Philips | Suresings VMF | VS919390942 |
| Philips | Suresings VMF | VS919390940 |
| Maquet | CS300 | ST234731E6 |