# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) **Related to Docket No. 1791** |

## NOTICE OF WITHDRAWAL OF LETTER OBJECTION

NOW COMES James S. Kennedy, M.D. and hereby withdraws his September 15, 2020 letter to the Court [Docket No. 1791] Objecting to the Report by EisnerAmper LLP of Compensation Earned and Expenses Incurred for the Period of August 1, 2020 Through August 31, 2020.

James S. Kennedy, M.D.
VP-MA Health Solutions, Inc.
DBA CDIMD
110 Frances King Drive, Suite A-1
Smyrna, TN 37167-5352
(615) 223-6962
jkennedy@cdimd.com

Dated: September 30, 2020

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

37524111.1