## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: October 19, 2020 at 4:00 p.m. (ET)** |
| | ) |

## REPORT BY EISNERAMPER LLP OF
## COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
## PERIOD OF SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

| | |
|---|---|
| Exhibit A: | STC OpCo, LLC - Transition Services Summary of Hours by Professionals Transition Services Itemized Expenses |
| Exhibit B: | CRO Summary of Hours by Professional |
| Exhibit C: | Non-Transition Services Summary of Compensation by Project Category Summary of Hours by Professionals Summary Description of Services Provided |

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Fifteenth Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period September 1, 2020 through September 30, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $336,887.35. EisnerAmper incurred $24,470.04, in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

**Fees and Expense Schedule (9/1/2020-9/30/2020)**

| Services | Fees | Expenses | Total |
|---|---|---|---|
| STC Opco, LLC- Transition Services | $ 172,800.00 | $ 24,470.04 | $ 197,270.04 |
| CRO Services | 121,000.00 | - | 121,000.00 |
| Non- Transition Services | 43,087.35 | - | 43,087.35 |
| **Total** | **$ 336,887.35** | **$ 24,470.04** | **$ 361,357.39** |

# __EXHIBIT A__

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

Exhibit A

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**September 1, 2020 through September 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Dion Oglesby | Director | 188.0 | $      555.00 |
| Solomon Torres | Manager | 203.2 | 320.00 |
| **GRAND TOTAL** | | **391.2** | |

\* Rates change annually effective August 1st.

\*\*Fee amount is included in the bill to STC Opco, LLC

| Philadelphia Academic Health System, LLC | INVOICE | |
|---|---|---|
| | **Invoice #** | **Date** |
| | TSA - 009 | 10/7/2020 |
| **Bill to:** | | |
| STC OpCo, LLC | | |

| Description | | Amount |
|---|---|---|
| Monthly EisnerAmper Transition Services - September 2020 (09/1/2020 - 09/30/2020) | $ | 172,800.00 |
| EisnerAmper Administration and Technology Fee - September 2020 | | 6,912.00 |
| EisnerAmper Direct Expenses - September 2020 | | 17,558.04 |
| | | |
| | $ | 197,270.04 |

*Thank you for your payment!*

Please Remit Funding to:

Payee:  Philadelphia Academic Health System, LLC

Bank:  Wells Fargo Bank, NA

ABA Routing #: 121000248

Bank Account #: 4127916021

Exhibit A

| Date | Professional | Expense | Amount | Narrative |
|------|-------------|---------|--------|-----------|
| 09/01/2020 | Oglesby, Dion | Airline,RR,etc | $ 1,620.00 | Monthly train for client |
| 09/01/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location |
| 09/02/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client location |
| 09/03/2020 | Oglesby, Dion | Airline,RR,etc | 134.00 | Round trip train ticket from client to NYC |
| 09/08/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client |
| 09/09/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client |
| 09/10/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client |
| 09/14/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client |
| 09/15/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client |
| 09/16/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client |
| 09/17/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client |
| 09/21/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket from client to NYC |
| 09/21/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train client in Philadelphia. Not duplicate |
| 09/22/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client |
| 09/23/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client |
| 09/24/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client |
| 09/24/2020 | Oglesby, Dion | Airline,RR,etc | 134.00 | Round trip train ticket from client to NYC |
| 09/28/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 09/28/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train ticket to client |
| 09/29/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 09/29/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train client in Philadelphia. Not duplicate |
| 09/30/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train client in Philadelphia. Not duplicate |
| 09/30/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train from client to NYC. Not duplicate |
| 09/30/2020 | Oglesby, Dion | Airline,RR,etc | 960.00 | October monthly train to client |
| | | **Airline,RR,etc Total** | **4,672.00** | |
| 09/30/2020 | Dreskin, Ronald | Hotel | 3,675.00 | Hotel |
| 09/30/2020 | Torres, Solomon | Hotel | 4,154.00 | Hotel |
| | | **Hotel Total** | **7,829.00** | |
| 09/01/2020 | Oglesby, Dion | Local Fares | 27.06 | Curb to client location in Philadelphia |
| 09/01/2020 | Oglesby, Dion | Local Fares | 40.85 | Lyft from client location in Philadelphia |
| 09/02/2020 | Oglesby, Dion | Local Fares | 27.69 | Curb to client location in Philadelphia |
| 09/02/2020 | Oglesby, Dion | Local Fares | 21.60 | Lyft from client location in Philadelphia |
| 09/03/2020 | Oglesby, Dion | Local Fares | 32.38 | Curb to client location in Philadelphia |
| 09/03/2020 | Oglesby, Dion | Local Fares | 25.69 | Lyft from client location in Philadelphia |
| 09/08/2020 | Oglesby, Dion | Local Fares | 36.75 | Curb to client location in Philadelphia |
| 09/08/2020 | Oglesby, Dion | Local Fares | 20.61 | Lyft from client location in Philadelphia |
| 09/09/2020 | Oglesby, Dion | Local Fares | 33.00 | Curb to client location in Philadelphia |
| 09/09/2020 | Oglesby, Dion | Local Fares | 21.52 | Lyft from client location in Philadelphia |
| 09/10/2020 | Oglesby, Dion | Local Fares | 21.70 | Lyft from client location in Philadelphia |
| 09/10/2020 | Oglesby, Dion | Local Fares | 244.41 | Lyft from client location in Philadelphia |
| 09/10/2020 | Oglesby, Dion | Local Fares | 32.69 | Curb to client location in Philadelphia |
| 09/14/2020 | Oglesby, Dion | Local Fares | 29.88 | Curb to client location in Philadelphia |
| 09/14/2020 | Oglesby, Dion | Local Fares | 21.79 | Lyft from client location in Philadelphia |
| 09/15/2020 | Oglesby, Dion | Local Fares | 33.94 | Curb to client location in Philadelphia |
| 09/15/2020 | Oglesby, Dion | Local Fares | 21.26 | Lyft from client location in Philadelphia |
| 09/16/2020 | Oglesby, Dion | Local Fares | 21.52 | Lyft from client location in Philadelphia |
| 09/16/2020 | Oglesby, Dion | Local Fares | 26.44 | Curb to client location in Philadelphia |
| 09/21/2020 | Oglesby, Dion | Local Fares | 29.56 | Curb to client location in Philadelphia |
| 09/21/2020 | Oglesby, Dion | Local Fares | 32.71 | Lyft from client location in Philadelphia |
| 09/22/2020 | Oglesby, Dion | Local Fares | 23.68 | Lyft from client location in Philadelphia |
| 09/22/2020 | Oglesby, Dion | Local Fares | 35.19 | Curb to client location in Philadelphia |
| 09/23/2020 | Oglesby, Dion | Local Fares | 26.65 | Lyft from client location in Philadelphia |
| 09/23/2020 | Oglesby, Dion | Local Fares | 27.21 | Lyft to client location in Philadelphia |
| 09/24/2020 | Oglesby, Dion | Local Fares | 22.06 | Lyft from client location in Philadelphia |
| 09/24/2020 | Oglesby, Dion | Local Fares | 24.70 | Lyft to client location in Philadelphia |
| 09/28/2020 | Oglesby, Dion | Local Fares | 22.70 | Lyft from client location in Philadelphia |
| 09/28/2020 | Oglesby, Dion | Local Fares | 23.19 | Lyft to client location in Philadelphia |
| 09/29/2020 | Oglesby, Dion | Local Fares | 24.38 | Lyft to client location in Philadelphia |
| 09/29/2020 | Oglesby, Dion | Local Fares | 14.84 | Lyft from client location in Philadelphia |

Exhibit A

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 09/29/2020 | Oglesby, Dion | Local Fares | 24.38 | Lyft to client location in Philadelphia |
| 09/30/2020 | Oglesby, Dion | Local Fares | 23.38 | Lyft from client location in Philadelphia |
| 09/30/2020 | Oglesby, Dion | Local Fares | 31.60 | Lyft to client location in Philadelphia |
| | | **Local Fares Total** | **1,127.01** | |
| 09/01/2020 | Oglesby, Dion | Meals | 5.04 | Breakfast in client cafeteria in Philadelphia |
| 09/01/2020 | Oglesby, Dion | Meals | 21.97 | Lunch with Linda lunch in client cafeteria |
| 09/01/2020 | Torres, Solomon | Meals | 92.36 | Meals |
| 09/02/2020 | Oglesby, Dion | Meals | 4.72 | Breakfast in client cafeteria in Philadelphia |
| 09/02/2020 | Oglesby, Dion | Meals | 8.34 | Lunch in client cafeteria in Philadelphia |
| 09/02/2020 | Torres, Solomon | Meals | 36.76 | Meals |
| 09/03/2020 | Oglesby, Dion | Meals | 4.72 | Breakfast in client cafeteria in Philadelphia |
| 09/03/2020 | Oglesby, Dion | Meals | 8.19 | Lunch in client cafeteria in Philadelphia |
| 09/03/2020 | Torres, Solomon | Meals | 64.16 | Meals |
| 09/08/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 09/08/2020 | Oglesby, Dion | Meals | 10.78 | Lunch in client cafeteria in Philadelphia |
| 09/08/2020 | Torres, Solomon | Meals | 87.96 | Meals |
| 09/09/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 09/09/2020 | Torres, Solomon | Meals | 43.76 | Meals |
| 09/10/2020 | Oglesby, Dion | Meals | 6.47 | Lunch in client cafeteria in Philadelphia |
| 09/10/2020 | Oglesby, Dion | Meals | 6.10 | Breakfast in client cafeteria in Philadelphia |
| 09/10/2020 | Torres, Solomon | Meals | 76.70 | Meals |
| 09/11/2020 | Torres, Solomon | Meals | 93.36 | Meals |
| 09/12/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 09/14/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 09/14/2020 | Oglesby, Dion | Meals | 6.78 | Lunch in client cafeteria in Philadelphia |
| 09/15/2020 | Oglesby, Dion | Meals | 4.72 | Breakfast in client cafeteria in Philadelphia |
| 09/15/2020 | Oglesby, Dion | Meals | 7.31 | Lunch in client cafeteria in Philadelphia |
| 09/15/2020 | Torres, Solomon | Meals | 65.52 | Meals |
| 09/16/2020 | Oglesby, Dion | Meals | 5.57 | Breakfast in client cafeteria in Philadelphia |
| 09/16/2020 | Oglesby, Dion | Meals | 6.45 | Lunch in client cafeteria in Philadelphia |
| 09/16/2020 | Torres, Solomon | Meals | 323.66 | Meals |
| 09/17/2020 | Oglesby, Dion | Meals | 8.83 | Lunch in client cafeteria in Philadelphia |
| 09/17/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 09/17/2020 | Torres, Solomon | Meals | 49.56 | Meals |
| 09/18/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 09/21/2020 | Oglesby, Dion | Meals | 5.57 | Breakfast in client cafeteria in Philadelphia |
| 09/21/2020 | Oglesby, Dion | Meals | 13.22 | Lunch in client cafeteria in Philadelphia |
| 09/21/2020 | Torres, Solomon | Meals | 18.00 | Meals |
| 09/22/2020 | Oglesby, Dion | Meals | 6.47 | Lunch in client cafeteria in Philadelphia |
| 09/22/2020 | Torres, Solomon | Meals | 76.36 | Meals |
| 09/23/2020 | Oglesby, Dion | Meals | 4.72 | Breakfast in client cafeteria in Philadelphia |
| 09/23/2020 | Oglesby, Dion | Meals | 4.18 | Lunch in client cafeteria in Philadelphia |
| 09/23/2020 | Torres, Solomon | Meals | 73.25 | Meals |
| 09/24/2020 | Oglesby, Dion | Meals | 8.19 | Lunch in client cafeteria in Philadelphia |
| 09/24/2020 | Torres, Solomon | Meals | 180.88 | Meals |
| 09/25/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 09/28/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 09/28/2020 | Oglesby, Dion | Meals | 5.37 | Lunch in client cafeteria in Philadelphia |
| 09/29/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 09/29/2020 | Torres, Solomon | Meals | 67.90 | Meals |
| 09/30/2020 | Oglesby, Dion | Meals | 4.72 | Breakfast in client cafeteria in Philadelphia |
| 09/30/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| | | **Meals Total** | **1,582.12** | |
| 09/01/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 09/02/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 09/03/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| 09/05/2020 | Torres, Solomon | Mileage | 148.48 | Mileage |
| 09/07/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 09/08/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |

Exhibit A

| Date | Professional | Expense | Amount | Narrative |
|------|-------------|---------|--------|-----------|
| 09/09/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 09/10/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 09/11/2020 | Torres, Solomon | Mileage | 85.84 | Mileage |
| 09/13/2020 | Torres, Solomon | Mileage | 74.24 | Mileage |
| 09/14/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 09/15/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 09/16/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 09/17/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 09/18/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 09/21/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 09/22/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 09/23/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 09/24/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| 09/25/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 09/29/2020 | Torres, Solomon | Mileage | 80.04 | Mileage |
| 09/30/2020 | Torres, Solomon | Mileage | 11.60 | Mileage |
| | | **Mileage Total** | **1,150.72** | |
| 09/17/2020 | Torres, Solomon | Misc. | 275.40 | Book supplies for team |
| | | **Misc. Total** | **275.40** | |
| 09/01/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 09/03/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 09/05/2020 | Torres, Solomon | Parking/Tolls | 67.90 | Tolls |
| 09/07/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 09/11/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 09/13/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 09/14/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 09/15/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 09/16/2020 | Torres, Solomon | Parking/Tolls | 32.00 | Parking |
| 09/18/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 09/21/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 09/25/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 09/29/2020 | Torres, Solomon | Parking/Tolls | 33.95 | Tolls |
| 09/30/2020 | Torres, Solomon | Parking/Tolls | 315.00 | Monthly Parking |
| | | **Parking/Tolls Total** | **788.35** | |

Exhibit A

| Date | Professional | Expense | Amount | Narrative |
|------|-------------|---------|--------|-----------|
| 09/19/2020 | Torres, Solomon | Telephone | 133.44 | Cellphone @75% |
| | | **Telephone Total** | **133.44** | |
| | | **Total Expenses** | **17,558.04** | |
| | | **Administration and Technology Fee** | **6,912.00** | |
| | | | **$ 24,470.04** | |
| | | **Airline,RR,etc Total** | **4,672.00** | |
| | | **Hotel Total** | **7,829.00** | |
| | | **Local Fares Total** | **1,127.01** | |
| | | **Meals Total** | **1,582.12** | |
| | | **Mileage Total** | **1,150.72** | |
| | | **Misc. Total** | **275.40** | |
| | | **Parking/Tolls Total** | **788.35** | |
| | | **Telephone Total** | **133.44** | |
| | | **Total Expenses** | **17,558.04** | |
| | | **Administration and Technology Fee** | **6,912.00** | |
| | | | **$ 24,470.04** | |

# EXHIBIT B

**CRO Summary of Hours by Professional**

Exhibit B

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**September 1, 2020 through September 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 162.4 | $        655.00 |
| **GRAND TOTAL** | | **162.4** | |

* Rates change annually effective August 1st.

# EXHIBIT C

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

Exhibit C

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**September 1, 2020 through September 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Robert Katz, CPA | M. Director | 6.5 | $ 580.00 | $    3,770.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 10.5 | 555.00 | 5,827.50 |
| Susannah Prill, CPA | Sr. Manager | 2.1 | 410.00 | 861.00 |
| Andrew Still, CPA, CFE | Manager | 119.2 | 330.00 | 39,336.00 |
| Richard DePiano | Staff I | 2.6 | 215.00 | 559.00 |
| DelMarie Velazquez | Paraprofessional | 2.5 | 135.00 | 337.50 |
| **TOTAL HOURS AND FEES** | | | | **50,691.00** |
| **LESS:  15 % VOLUNTARY REDUCTION** | | | | **(7,603.65)** |
| **GRAND TOTAL** | | **143.4** | **$  300.47** | **$43,087.35** |

* Rates change annually effective August 1st.

| Professionals | Sum of Hours | Sum of Fees |
|---|---|---|
| **Andrew Still** | **119.2** | **$ 39,336.00** |
|    Claims Admin & Objections | 52.6 | 17,358.00 |
|    Consulting | 66.6 | 21,978.00 |
| **DelMarie Velazquez** | **2.5** | **337.50** |
|    Fee/Employment | 2.5 | 337.50 |
| **Richard DePiano** | **2.6** | **559.00** |
|    Business Analysis | 2.6 | 559.00 |
| **Robert Katz** | **6.5** | **3,770.00** |
|    Claims Admin & Objections | 6.5 | 3,770.00 |
| **Susannah Prill** | **2.1** | **861.00** |
|    Claims Admin & Objections | 2.1 | 861.00 |
| **William Pederson** | **10.5** | **5,827.50** |
|    Claims Admin & Objections | 6.7 | 3,718.50 |
|    Consulting | 3.0 | 1,665.00 |
|    Data Analysis | 0.8 | 444.00 |
| **Grand Total** | **143.4** | **$ 50,691.00** |