# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,[1] ) | Jointly Administered |
| ) | |
| ) | **Related to Docket No. 1617** |
| Debtors. ) | |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN DEBTORS AND BECKMAN COULTER INC. RESOLVING MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)

The above-referenced debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1. On May 7, 2020, Beckman Coulter Inc. ("**Beckman Coulter**") filed a *Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)* [D.I. 1617] (the "**Motion**"), asserting (i) an administrative expense claim under section 503(b)(1) of the Bankruptcy Code in the amount of $106,699.45 (the **"Post-Petition Claim"**), and (ii) an administrative expense claim under section 503(b)(9) of the Bankruptcy Code in the amount of $94,363.33 (the "**503(b)(9) Claim**").

2. Pursuant to the notice of the Motion [Docket No. 1617], objections to the Motion were to be filed by May 20, 2020 at 4:00 p.m. (prevailing Eastern Time), which deadline was extended for the Debtors to a date to be determined (the "**Objection Deadline**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

3. The Objection Deadline has passed and no formal objections or responses were served upon Beckman Coulter's counsel or entered on the Court's docket.

4. In addition, on September 9, 2019 and May 6, 2020, respectively, Beckman Coulter filed the following proofs of claim against Debtor Center City Healthcare, LLC (collectively, the " **Proofs of Claim**," and together with the Post-Petition Claim and the 503(b)(9) Claim, the "**Asserted Claims**"):

(i) proof of claim no. 215 against Debtor Center City Healthcare, LLC ("**CCH**") in the amount of $277,787.79, the entirety of which was asserted as a general unsecured claim and which includes the same invoices that comprise the 503(b)(9) Claim; and

(ii) proof of claim no. 376 against CCH in the amount of $5,180.38, the entirety of which was asserted as a general unsecured claim.

5. The Debtors and Beckman Coulter engaged in informal discussions, and in resolution of the Motion and the Asserted Claims, have entered into the *Stipulation between Debtors and Beckman Coulter Inc. Resolving Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)* (the "**Stipulation**"), a copy of which is attached as Exhibit 1 to the proposed form of order attached hereto as **Exhibit A** (the "**Proposed Order**"), pursuant to which the parties have agreed on Allowed Claims against CCH, in full satisfaction of the Asserted Claims.

6. We would respectfully request that the Court enter the Proposed Order at its earliest convenience and direct that it be docketed.

[remainder of page left intentionally blank]

Dated: October 19, 2020        **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for the Debtors and Debtors in Possession*