IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) Re: Docket No. 1822 |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Upon the **Certification of Counsel Regarding Omnibus Hearing Date**, dated October 19, 2020, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The following date and time has been scheduled as omnibus hearing in the above-captioned chapter 11 cases:

| Date & Time | Location |
|---|---|
| December 14, 2020 at 11:30 a.m. (Fee Hearing) | U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, DE 19801 |

**Dated: October 19th, 2020**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

37617762.2 10/19/2020