# EXHIBIT A

**SUMMARY OF BLENDED RATE**

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 8 | $574.00 | $671.09 |
| Junior Partners | 3 | $464.00 | $450.34 |
| Counsel | 2 | $477.00 | $456.57 |
| Senior Associates | 5 | $340.00 | $375.53 |
| Junior Associates | 9 | $292.00 | $286.70 |
| Paralegal | 0 | $243.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $199.00 | $242.10 |
| **Aggregated:** | | **$451.00** | **$421.77** |