# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from August 1, 2020 through August 31, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center | $306.70 |
| E-discovery Processing / Usage[1] | Saul Ewing Arnstein & Lehr LLP | $4,538.65 |
| Legal Research | Westlaw and Lexis | $529.10 |
| Overnight Delivery | Federal Express | $61.33 |
| **Total** | | **$5,435.78** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP").  These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |



| Philadelphia Academic Health System, LLC | | Invoice Number | 2583603 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 09/30/20 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 08/17/20 | Docket Entries; VENDOR: Pacer Service Center; 07/07/20; Access to Federal Court dockets and downloading pleadings | 306.70 | |
| | Total Docket Entries | | 306.70 |
| 08/11/20 | Federal Express 07/24/2020 To: Center City Claims Processing From: Mark Minuti | 22.87 | |
| 08/18/20 | Federal Express 08/05/2020 To: Royce Smith, Esq From: Monique DiSabatino | 12.82 | |
| 08/18/20 | Federal Express 08/05/2020 To: Scott A Portner, Esquire From: Monique DiSabatino | 12.82 | |
| 08/18/20 | Federal Express 08/05/2020 To: Ashley M Sullivan, Esq From: Monique DiSabatino | 12.82 | |
| | Total Federal Express | | 61.33 |
| 08/26/20 | Processing for August 2020 | 692.00 | |
| 08/26/20 | Monthly Storage for August 2020 | 1,620.40 | |
| 08/26/20 | Project Management Time for August 2020 | 156.25 | |
| 08/26/20 | Tech Time for August 2020 | 120.00 | |
| 08/26/20 | E-discovery Monthly User Fees | 375.00 | |
| 08/26/20 | E-discovery Analytics Consulting Time | 1,575.00 | |
| | Total Monthly eDiscovery Fees | | 4,538.65 |
| 08/04/20 | Westlaw Legal Research | 71.50 | |
| 08/14/20 | Westlaw Legal Research | 77.22 | |
| 08/18/20 | Westlaw Legal Research | 154.44 | |
| 08/19/20 | Westlaw Legal Research | 154.44 | |
| 08/20/20 | Westlaw Legal Research | 71.50 | |
| | Total Westlaw Legal Research | | 529.10 |
| | CURRENT EXPENSES | | 5,435.78 |

**TOTAL AMOUNT OF THIS INVOICE**                                      5,435.78

37599779.1 10/17/2020