# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Related D.I.** ___ |

### ORDER SHORTENING NOTICE AND OBJECTION PERIODS IN CONNECTION WITH THE EMERGENCY MOTION OF MASTER LANDLORD TO MODIFY THE AUTOMATIC STAY

This matter coming before the Court upon the *Motion of the Master Landlord for Entry of an Order Shortening Notice and Objection Periods in Connection with the Emergency Motion of Master Landlord to Modify the Automatic Stay* (the "Motion to Shorten"), filed by PAHH Bellet MOB, LLC (the "Master Landlord"), for entry of an order (this "Order") shortening the notice and objection periods in connection with the *Emergency Motion of Master Landlord to Modify the Automatic Stay* (the "Motion"),[2] and upon consideration of the First Day Declaration, the Motion, and the record of these chapter 11 cases; and this Court having found that (i) this Court has jurisdiction to consider the Motion to Shorten and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) this Court may enter a final order

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

consistent with Article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C § 157(b)(2)(A), (iv) venue of this Motion to Shorten in this district is proper under 28 U.S.C. §§ 1408 and 1409, and (v) no further or other notice of the Motion to Shorten is required under the circumstances; and this Court having reviewed the Motion to Shorten; and having heard the statements in support of the relief requested in the Motion to Shorten at a hearing before this Court, if any; and having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted in this Order; and this Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED, as set forth in this Order.

2. The hearing to consider the relief requested by the Motion shall be held on [_____] **(prevailing Eastern Time)**.

3. Any objections to the Motion must either be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and served prior to, or presented at, the hearing on [_____] **(prevailing Eastern Time)**.

4.	Within one (1) business day after the entry of this Order, the Debtors shall serve notice of the Motion on the parties stated and in the manner described in the Motion to Shorten.

EAST\177092726.2