## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) <br> ) Jointly Administered <br> ) Re: **Docket No. 1810** <br> ) **Hearing Date: December 14, 2020 at 11:30 a.m.** |
| Debtors. | ) **Objection Deadline: November 10, 2020 at 4:00 p.m.** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on October 2, 2020, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Motion of Debtors for Order (I) Authorizing Supplemental Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2; and (III) Approving Sale and Liquidation of Additional Medical Equipment** [D.I. 1810] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion has already been served upon you.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **November 10, 2020 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 14, 2020 AT 11:30 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801.

  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 20, 2020      **SAUL EWING ARNSTEIN & LEHR LLP**

              By: */s/ Monique B. DiSabatino*
                Mark Minuti (DE Bar No. 2659)
                Monique B. DiSabatino (DE Bar No. 6027)
                1201 N. Market Street, Suite 2300
                P.O. Box 1266
                Wilmington, DE  19899
                Telephone: (302) 421-6800
                Fax: (302) 421-5873
                mark.minuti@saul.com
                monique.disabatino@saul.com

                  -and-

                Jeffrey C. Hampton
                Adam H. Isenberg
                Centre Square West
                1500 Market Street, 38th Floor
                Philadelphia, PA 19102
                Telephone: (215) 972-7777
                Fax: (215) 972-7725
                jeffrey.hampton@saul.com
                adam.isenberg@saul.com

                *Counsel to the Debtors and Debtors in Possession*