# Exhibit "A"



# Fox Rothschild LLP
### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

<u>TAX I.D. NO. 23-1404723</u>

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number ****** |
| SILLS CUMMIS & GROSS | Invoice Date 10/13/20 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/20:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/02/20 | HARRIS | CA | RESEARCH RE: COMPLAINT FOR FRAUDULENT TRANSFER AND BOFD AND EMAILS RE: SAME | 1.5 | $570.00 |
| 09/08/20 | NIEDERMAN | CA | REVIEW AND ANALYZE 9.9 AGENDA | 0.2 | $108.00 |
| 09/08/20 | NIEDERMAN | CA | REVIEW AND ANALYZE AMENDED AGENDA CANCELING 9/9 OMNIBUS HEARING | 0.2 | $108.00 |
| 09/25/20 | NIEDERMAN | CA | REVIEW AND ANALYZE DRAFT COMMON INTEREST INFORMATION SHARING AGREEMENT | 0.3 | $162.00 |
| 09/10/20 | HRYCAK | FA1 | PREPARE CERTIFICATE OF NO OBJECTION TO TWELFTH MONTHLY FEE APPLICATION | 0.2 | $51.00 |

PAYMENT INSTRUCTIONS

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Fox Rothschild LLP | Wells Fargo Bank | Wells Fargo Bank |
| Attn: Accounts Receivable - 73 | 420 Montgomery Street | 420 Montgomery Street |
| 2000 Market Street, 20th Floor | San Francisco, CA 94104 | San Francisco, CA 94104 |
| Philadelphia, PA 19103-3222 | ACH #031000503 | ABA #121000248 |
| | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code:#WFBIUS6S (international wires only) | Swift Code:#WFBIUS6S (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/10/20 | HRYCAK | FA1 | CORRESPONDENCE WITH S. NIEDERMAN AND S. SLATER RE: PREPARED CERTIFICATE OF NO OBJECTION TO TWELFTH MONTHLY APPLICATION | 0.1 | $25.50 |
| 09/10/20 | HRYCAK | FA1 | PREPARE AND FILE CERTIFICATE OF NO OBJECTION TO FOX TWELFTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 09/10/20 | HRYCAK | FA1 | PREPARE AND SERVE VIA EMAIL THOSE PARTIES AS LISTED ON THE CERTIFICATE OF SERVICE THE CERTIFICATE OF NO OBJECTION TO FOX TWELFTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 09/10/20 | NIEDERMAN | FA1 | REVIEW AND ATTENTION TO FILING OF CERTIFICATE OF NO OBJECTION REGARDING THE TWELFTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2020 THROUGH JULY 31, 2020 | 0.2 | $108.00 |
| 09/10/20 | SLATER | FA1 | REVIEW CNO FOR FOX ROTHSCHILD TWELFTH MONTHLY FEE APPLICATION. | 0.2 | $67.00 |
| 09/17/20 | SOLOMON | FA1 | EMAILS WITH M. CHOVANES RE: FOX MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 09/17/20 | SOLOMON | FA1 | REVIEW STATUS OF FOX FEE APPLICATION AND EMAILS WITH M. CHOVANES RE: SAME | 0.3 | $124.50 |
| 09/18/20 | SOLOMON | FA1 | EMAILS W/M. CHOVANES RE: FOX'S 13TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 09/23/20 | SOLOMON | FA1 | CONTINUE DRAFT OF FOX'S 13TH MONTHLY FEE APPLICATION | 0.6 | $249.00 |
| 09/25/20 | CHOVANES | FA1 | REVIEW 13TH MONTHLY FEE APPLICATION (.4) AND TELEPHONE RE QUESTIONS WITH R SOLOMON (.2) | 0.6 | $432.00 |
| 09/25/20 | NIEDERMAN | FA1 | ATTENTION TO THIRTEENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF | 0.2 | $108.00 |

115150806.v1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 1, 2020 THROUGH AUGUST 31, 2020 | | |
| 09/25/20 | SOLOMON | FA1 | DRAFT 13TH MONTHLY FEE STATEMENT OF FOX ROTHSCHILD | 1.1 | $456.50 |
| 09/25/20 | SOLOMON | FA1 | CONFER WITH ACCOUNTING RE: TOTAL FEES PAID TO FOX ROTHSCHILD THROUGH 8/2020 | 0.2 | $83.00 |
| 09/28/20 | CHOVANES | FA1 | TELEPHONE WITH R SOLOMON RE 13TH MONTHLY FEE APP AND PAYMENTS RECEIVED | 0.2 | $144.00 |
| 09/29/20 | NIEDERMAN | FA1 | ATTENTION TO CERT OF NO OBJECTION RE 13TH MONTHLY FEE APPLICATION | 0.1 | $54.00 |
| 09/29/20 | SOLOMON | FA1 | REVISE FOX ROTHSCHILD'S 13TH MONTHLY FEE APPLICATION | 0.6 | $249.00 |
| 09/29/20 | SOLOMON | FA1 | CONFER WITH M. CHOVANES RE: FOX FEE APPLICATION (13TH) | 0.2 | $83.00 |
| 09/30/20 | CHOVANES | FA1 | REVIEW CHANGES TO FEE APPLICATION | 0.2 | $144.00 |
| 09/30/20 | NIEDERMAN | FA1 | REVIEW AND ATTENTION TO FILING OF THIRTEENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 1, 2020 THROUGH AUGUST 31, 2020 | 0.2 | $108.00 |
| 09/30/20 | SOLOMON | FA1 | DRAFT NOTICE - FOX 13TH FEE APPLICATION | 0.2 | $83.00 |
| 09/30/20 | SOLOMON | FA1 | PREPARE AND FILE FOX'S 13TH FEE APPLICATION | 0.3 | $124.50 |
| 09/30/20 | SOLOMON | FA1 | COORDINATE SERVICE OF FOX 13TH FEE APPLICATION | 0.2 | $83.00 |
| 09/01/20 | HRYCAK | FA2 | CORRESPONDENCE WITH G. KOPACZ AND S. NIEDERMAN RE: JULY FEE APPLICATION FOR SILLS CUMMIS & GROSS P.C. | 0.1 | $25.50 |
| 09/01/20 | HRYCAK | FA2 | PREPARE AND FILE JULY FEE APPLICATION FOR SILLS CUMMIS & GROSS | 0.2 | $51.00 |

115150806.v1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/01/20 | HRYCAK | FA2 | PREPARE AND SERVE JULY 2020 SILLS CUMMIS & GROSS FEE APPLICATION TO THOSE PARTIES AS LISTED ON THE COS | 0.1 | $25.50 |
| 09/01/20 | HRYCAK | FA2 | RETRIEVE TIME STAMPED JULY 2020 FEE APPLICATION FOR SILLS CUMMIS & GROSS AND CIRCULATE TO G. KOPACZ AND S. NIEDERMAN | 0.1 | $25.50 |
| 09/01/20 | NIEDERMAN | FA2 | ATTENTION TO THIRTEENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020 | 0.3 | $162.00 |
| 09/25/20 | SOLOMON | FA2 | REVIEW DOCKET RE: CNOS NEEDED FOR OTHER PROFESSIONALS | 0.3 | $124.50 |
| 09/29/20 | SOLOMON | FA2 | EMAIL TO SILLS CUMMIS RE: CNO FOR 13TH FEE APPLICATION AND REVIEW RESPONSE TO SAME | 0.2 | $83.00 |
| 09/29/20 | SOLOMON | FA2 | REVIEW DOCKET AND DRAFT CNO FOR SILLS CUMMIS 13TH MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 09/30/20 | NIEDERMAN | FA2 | REVIEW AND ATTENTION TO FILING OF FOURTEENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH AUGUST 31, 2020 | 0.2 | $108.00 |
| 09/30/20 | SOLOMON | FA2 | DRAFT NOTICE OF SILLS 14TH FEE APPLICATION | 0.2 | $83.00 |
| 09/30/20 | SOLOMON | FA2 | PREPARE AND FILE SILLS 14TH MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 09/30/20 | SOLOMON | FA2 | COORDINATE SERVICE OF SILLS 14TH FEE APPLICATION | 0.2 | $83.00 |

115150806.v1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/30/20 | SOLOMON | FA2 | PREPARE/FILE CNO RE: 13TH MONTHLY FEE APPLICATION OF SILLS CUMMIS | 0.3 | $124.50 |
| 09/30/20 | SOLOMON | FA2 | EMAIL FROM SILLS CUMMIS RE: 14TH MONTHLY FEE APPLICATION AND RESPOND TO SAME | 0.2 | $83.00 |
| 09/29/20 | MENKOWITZ | MC | REVIEW MATERIALS FOR COMMITTEE MEETING | 0.3 | $265.50 |
| 09/30/20 | MENKOWITZ | MC | ATTEND COMMITTEE CALL | 0.9 | $796.50 |
| 09/30/20 | NIEDERMAN | MC | CONFER WITH CO-COUNSEL RE PARTICIPATION AND SCHEDULING OF REGULAR COMMITTEE MEETINGS | 0.1 | $54.00 |
| | | | **TOTAL** | **13.0** | **$6,285.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---|---|
| CA | CASE ADMINISTRATION | 2.2 | $948.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 6.5 | $2,994.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 3.0 | $1,227.50 |
| MC | MEETINGS OF CREDITORS | 1.3 | $1,116.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. G. MENKOWITZ | PARTNER | 1.2 | $885.00 | $1,062.00 |
| M. B. CHOVANES | PARTNER | 1.0 | $720.00 | $720.00 |
| S. A. NIEDERMAN | PARTNER | 2.0 | $540.00 | $1,080.00 |
| J. HARRIS | ASSOCIATE | 1.5 | $380.00 | $570.00 |
| S. SLATER | ASSOCIATE | 0.2 | $335.00 | $67.00 |
| A.M. HRYCAK | PARALEGAL | 1.0 | $255.00 | $255.00 |
| R. I. SOLOMON | PARALEGAL | 6.1 | $415.00 | $2,531.50 |
| | TOTAL | 13.0 | | $6,285.50 |

TOTAL AMOUNT OF THIS INVOICE     $6,285.50

115150806.v1