# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| Debtors. | ) Jointly Administered |

**NOTICE OF AGENDA FOR TELEPHONIC HEARING SCHEDULED FOR OCTOBER 22, 2020 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

---

**THIS HEARING WILL BE CONDUCTED VIA BOTH ZOOM AND COURTCALL.**

**Any party that wants to participate in the Hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946). If you are planning to speak, please also use Zoom. Zoom connection details are as follows:**

**Topic: Center City Healthcare 19-11466**
**Time: Oct 22, 2020 11:30 AM Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
**https://debuscourts.zoomgov.com/j/1602439989**
**Meeting ID: 160 243 9989**
**Passcode: 093995**

**All parties must still dial in to CourtCall at 1-866-582-6878**

**PLEASE NOTE: AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED COURTCALL, LLC WILL PROVIDE THE AUDIO FOR THE HEARING**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**MATTER GOING FORWARD:**

1. Emergency Motion of Master Landlord to Modify the Automatic Stay [Docket No. 1825; filed: 10/19/20]

    Response Deadline:  October 22, 2020 at 11:30 a.m.

    Responses Received:  None to date

    Related Documents:

    A. Amended Motion of the Master Landlord for Entry of an Order Shortening Notice and Objection Periods in Connection with the Emergency Motion of Master Landlord to Modify the Automatic Stay [Docket No. 1829; filed: 10/19/20]

    B. Order Shortening Notice and Objection Periods in Connection with the Emergency Motion of Master Landlord to Modify the Automatic Stay [Docket No. 1835; signed and docketed: 10/20/20]

    Status: This matter will be going forward.

| | |
|---|---|
| Dated: October 20, 2020 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By:  */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

2