IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Related D.I. 1825 & 1829**<br><br>**Objection Deadline: At the Hearing**<br>**Hearing: October 22, 2020 at 11:30 a.m. (ET)** |

## SHORTENED NOTICE OF EMERGENCY MOTION AND TELEPHONIC AND ZOOM HEARING

**PLEASE TAKE NOTICE** that on October 19, 2020, PAHH Bellet MOB, LLC (the "Master Landlord"), by and through their undersigned counsel, filed the (i) *Emergency Motion of Master Landlord to Modify the Automatic Stay* [D.I. 1825] (the "Emergency Motion"), and (ii) *Amended Motion of the Master Landlord for Entry of an Order Shortening Notice and Objection Periods in Connection with the Emergency Motion of Master Landlord to Modify the Automatic Stay* [D.I. 1829] (the "Motion to Shorten") in the above-captioned chapter 11 cases in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on October 20, 2020, the Court entered an order granting the Motion to Shorten [D.I. 1835] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Order, any objection or response to the Application must be (i) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before, or presented at the hearing scheduled to be held on, October 22, 2020 at 11:30 a.m. prevailing Eastern time** (the "Objection Deadline") and (ii) served no later than the Objection Deadline on the undersigned counsel for the Master Landlord.

**PLEASE TAKE FURTHER NOTICE** that if a response is timely filed or presented and served, you or your attorney must attend the telephonic and ZOOM hearing on the Emergency Motion scheduled to be held before The Honorable Mary F. Walrath, United States Bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801 on **October 22, 2020 at 11:30 a.m. prevailing Eastern time**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE TO THE EMERGENCY MOTION IS TIMELY FILED OR PRESENTED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE AND THE ORDER, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE EMERGENCY MOTION WITHOUT FURTHER NOTICE.**

Dated: October 20, 2020
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@us.dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: Richard.Chesley@us.dlapiper.com

*Counsel to the Master Landlord*