# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| | Jointly Administered |
| Debtors. | **Related D.I. 1825** |

## CERTIFICATION OF COUNSEL REGARDING EMERGENCY ORDER MODIFYING THE AUTOMATIC STAY

I, Stuart M. Brown, an attorney with DLA Piper LLP (US), as counsel to the PAHH Bellet MOB, LLC (the "Master Landlord") in the above-captioned chapter 11 cases, hereby certify the following:

1. On October 19, 2020, the Master Landlord filed an *Emergency Motion of Master Landlord to Modify the Automatic Stay* (the "Motion").[2] Through its Motion, the Master Landlord seeks a modification of the automatic stay for purposes of terminating the Debtors' interest in the Master Lease.

2. Through email communications, the Master Landlord, the Debtors, and the Official Committee of Unsecured Creditors have agreed to certain modifications to the language of the proposed order granting relief to the Master Landlord. Accordingly, the Master Landlord has

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined in this Certification of Counsel shall have the meanings ascribed to them in the Motion.

prepared a revised form of order reflecting these modifications, a copy of which is attached hereto as **Exhibit A** (the "Proposed Order").  A redline of the Proposed Order marked against the proposed form of order filed with the Motion is attached hereto as **Exhibit B**.

**WHEREFORE**, the Master Landlord respectfully requests that the Court enter the Proposed Order, attached hereto as **Exhibit A**, modifying the automatic stay, and grant such other and further relief that the Court deems just and proper.

Dated:  October 21, 2020
        Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@us.dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: Richard.Chesley@us.dlapiper.com

*Counsel to the Master Landlord*