**EXHIBIT B**

**(Redline)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| | Jointly Administered |
| Debtors. | Re: D.I. ___ |

## EMERGENCY ORDER MODIFYING THE AUTOMATIC STAY

Upon the motion (the "Motion")[2] of PAHH Bellet MOB, LLC (the "Master Landlord") for entry of an order (this "Order") modifying the automatic stay so that the Master Landlord may terminate the Debtors' interest in the Master Lease Between PAHH Bellet MOB and St. Christopher's Healthcare, LLC, dated January 11, 2018, which was rejected pursuant to the *Order Approving Stipulation Between Debtors and Master Landlord Regarding Rejection of Leases and Allowed Administrative Expense Claim* [D.I. 1057] (the "Rejection Stipulation"), entered by this Court on November 25, 2019, as more fully described in the Motion; and this Court having found that (i) this Court has jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334, (ii) this Court may enter a final order consistent with Article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C § 157(b)(2)(A), (iv) venue of this Motion in this District is proper under 28 U.S.C. §§

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meaning ascribed to such terms in the Motion.

1408 and 1409, and (v) no further or other notice of the Motion is required under the circumstances; and this Court having reviewed the Motion and any statements in support of the relief requested in the Motion and the record of these Chapter 11 Cases; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in this Order; and this Court having found and determined that the relief sought in the Motion will not prejudice the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.
2. The Master Landlord is hereby relieved from the automatic stay imposed by 11 U.S.C. § 362 and authorized to terminate the Master Lease, effective immediately as of the Order.
3. This Order is without prejudice to any and all other rights of the Master Landlord and its successors and assigns under the Master Lease, if any, with respect to the Lease, all of which are hereby reserved to the extent they survive termination of the Lease and the sale of Bellet under applicable law. The Debtors and their estates expressly reserve and preserve any and all defenses (whether legal or equitable) to any rights and/or claims of the Master Landlord.
4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

| Summary report: Litera® Change-Pro for Word 10.8.2.11 Document comparison done on 10/21/2020 2:40:57 PM ||
|---|---|
| **Style name:** DLAPiper ||
| **Intelligent Table Comparison:** Active ||
| **Original filename:** C:\Users\ls39600\Documents\PAHH-Bellet\Segment 001 of 177091332_2.pdf ||
| **Modified filename:** C:\Users\ls39600\Documents\PAHH-Bellet\Center City - Bellet - Proposed Emergency Order (Automatic Stay).pdf ||
| **Changes:** ||
| Add | 3 |
| Delete | 2 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 5 |