## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case.

On October 20, 2020, at my direction and under my supervision, employees of Reliable caused to be served the following documents by method indicated on the service list attached hereto as Exhibit A:

| Date | Doc | Description |
|---|---|---|
| 10/19/2020 | 1825 | Motion for Relief from Stay (FEE) - Emergency Motion of Master Landlord to Modify the Automatic Stay. Fee Amount $181. Filed by PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC. (Attachments: # 1 Exhibit A - Proposed Order # 2 Certificate of Service) (Brown, Stuart) (Entered: 10/19/2020) |
| 10/19/2020 | 1829 | Amended Motion to Shorten / Amended Motion of the Master Landlord for Entry of an Order Shortening Notice and Objection Periods in Connection with the Emergency Motion of Master Landlord to Modify the Automatic Stay (related document(s)1825) Filed by PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC. (Attachments: # 1 Properly Redacted Document) (Brown, Stuart) (Entered: 10/19/2020) |
| 10/20/2020 | 1835 | Order Shortening Notice and Objection Periods in Connection with the Emergency Motion of Master Landlord to Modify the Automatic Stay (Related Doc # 1825, 1829) Signed on 10/20/2020. (LMC) (Entered: 10/20/2020) |

| Date | Doc # | Description |
|---|---|---|
| 10/20/2020 | 1838 | Notice of Emergency Hearing - Shortened Notice of Emergency Motion and Telephonic and ZOOM Hearing (related document(s)1825, 1829) Filed by PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC. Hearing scheduled for 10/22/2020 at 11:30 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware. (Brown, Stuart) (Entered: 10/20/2020) |

x _L. Heggan_

**Laurie Heggan**

Dated: October 21, 2020

State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 21st day of October 2020, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x _Larry D. Taylor_

LARRY D. TAYLOR
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2022

# EXHIBIT A

**By Electronic Mail**
Albert Einstein Healthcare Network
Attn: Penny J. Rezet
5501 Old York Rd
Philadelphia, PA 19141
rezetp@einstein.edu

**By Electronic Mail**
Arent Fox LLP
Attn: George Angelich/ Phillip Khezri
1301 Ave of the Americans, Fl 42
New York, NY 10019
george.angelich@arentfox.com

**By Electronic Mail**
Ashby & Geddes, P.A.
Attn: Gregory Taylor / Katharina Earle
500 Delaware Ave, 8th Fl.
P.O. Box 1150
Wilmington, DE 19899-1150
gtaylor@ashbygeddes.com

**By Electronic Mail**
Attorney for the City of PA, City of PA Law Depart
Attn: Megan Harper
1401 JFK Building, 5th FL
Philadelphia, PA 19102-1595
Megan.Harper@phila.gov

**By Electronic Mail**
Ballard Spahr LLP
Attn: Tobey M. Daluz
Attn: Chantelle D. McClamb
919 N. Market Street, 11th Floor
Wilmington, DE 19801
daluzt@ballardspahr.com

**By Electronic Mail**
Ballard Spahr LLP
Attn: Vincent J. Marriott
1735 Market Street, 51st Floor
Philadelphia, PA 19103
marriott@ballardspahr.com

**By Electronic Mail**
Barnes & Thornburg LLP
Attn: David Powlen/Kevin Collins
1000 N West St, Ste 1500
Wilimington, DE 19801
david.powlen@btlaw.com

**By Electronic Mail**
Bayard, P.A.
Attn: Justin Alberto/ Sophie Macon
600 N King St, Ste 400
Wilmington, DE 19801
jalberto@bayardlaw.com

**By Electronic Mail**
Berger Law Group, P.C.
kaufmann@bergerlawpc.com

**By Electronic Mail**
Berger Law Group, P.C.
Attn: Phillip Berger/Matthew Kaufmann
919 Conestoga Rd., Bldg. 3, Ste. 114
Rosemont, PA 19010
berger@bergerlawpc.com

**By Electronic Mail**
Biellli & Klauder, LLC
Attn: David Klauder
1204 N King St.
Wilmington, DE 19801
dklauder@bk-legal.com

**By Electronic Mail**
Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17 Fl
San Francisco, CA 94105-3493
schristianson@buchalter.com

**By Electronic Mail**
Ciardi Ciardi & Astin
Attn: Albert Ciardi
One Commerce Square, Ste 3500
2005 Market St
Philadelphia, PA 19103
aciardi@ciardilaw.com

**By Electronic Mail**
Ciardi Ciardi & Astin
Attn: Daniel Astin/ Joseph McMahon
1204 N. King St
Wilmington, DE 19801
jmcmahon@ciardilaw.com

**By Electronic Mail**
Commonwealth of PA, Dept of Labor and Industry
Collection Support Unit
Attn: Deb Secrest
651 Boas St, Rm 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

**By Electronic Mail**
Denton US, LLP
Attn: Oscar Pinkas/ Lauren Macksoud
1221 Ave of the Americans
New York, NY 10020
oscar.pinkas@dentons.com

**By Electronic Mail**
DLA Piper LLP
Attn: Richard A. Chesley
444 W Lake St, Ste 900
Chicago, IL 60606
richard.chesley@dlapiper.com

**By Electronic Mail**
DLA Piper LLP
Attn: Stuart M. Brown
1201 N Market St, Ste 2100
Wilmington, DE 19801
stuart.brown@dlapiper.com

**By Electronic Mail**
Drexel University College of Medicine
c/o Cozen O'Connor
Attn: Stephen A. Cozen, Esq.
One Liberty Place
1650 Market St, Ste 2800
Philadelphia, PA 19103
scozen@cozen.com

**By Electronic Mail**
Drinker Biddle & Reath LLP
Attn: Marita S. Erbeck
600 Campus Dr
Florham Park, NJ 07932-1047
marita.erbeck@dbr.com

**By Electronic Mail**
Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621
patrick.jackson@dbr.com

**By Electronic Mail**
Duane Morris LLP
Attn: Jarret Hitchings
222 Delaware Ave, Ste 1600
Wilmington, DE 19801-1659
jphitchings@duanemorris.com

**By Electronic Mail**
Duane Morris LLP
Attn: Mairi V. Luce
30 S 17th St
Philadelphia, PA 19103-4196
luce@duanemorris.com

**By Electronic Mail**
Fineman Krekstein & Harris, PC
Attn: Deirdre M. Richards
1300 N. King St
Wilmington, DE 19801
drichards@finemanlawfirm.com

**By Electronic Mail**
Fox Rothschild LLP
Attn: Thomas Horan
919 N Market St, Ste 300
Wilmington, DE 19899-2323
thoran@foxrothschild.com

**By Electronic Mail**
Gellert Scali Busenkell & Brown, LLC
Attn: Michael Busenkell
1201 N Orange St, Ste 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com

**By Electronic Mail**
Gibbons P.C.
Attn: Dale E. Barney
One Gateway Center
Newark, NJ 07102-5310
dbarney@gibbonslaw.com

**By Electronic Mail**
Gibbons P.C.
Attn: Howard A. Cohen
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761
hcohen@gibbonslaw.com

| | |
|---|---|
| **By Electronic Mail**<br>Gibbons P.C.<br>Attn: N Songonuga/ R Malone/ D Crapo<br>300 Delaware Ave, Ste 1015<br>Wilmington, DE 19801-1761<br>nsongonuga@gibbonslaw.com | **By Electronic Mail**<br>Greenberg Traurig, LLP<br>Attn: Dennis A. Meloro<br>The Nemours Building<br>1007 N Orange St, Ste 1200<br>Wilmington, DE 19801<br>MeloroD@gtlaw.com |
| **By Electronic Mail**<br>Greenberg Traurig, LLP<br>Attn: Nancy A. Peterman<br>77 W Wacker Dr, Ste 3100<br>Chicago, IL 60601<br>petermann@gtlaw.com | **By Electronic Mail**<br>Hogan & McDaniel<br>Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick<br>1311 Delaware Ave<br>Wilmington, DE 19805<br>dkhogan@dkhogan.com |
| **By Electronic Mail**<br>Honigman LLP<br>Attn: E Todd Sable/ Lawrence A.Lichtman<br>2290 First National Building<br>660 Woodward Ave<br>Detroit, MI 48226<br>tsable@honigman.com | **By Electronic Mail**<br>JD Thompson Law<br>C/O Sodexo, Inc.<br>Attn: Judy D. Thompson<br>P.O. Box 33127<br>Charlotte, NC 28233<br>jdt@jdthompsonlaw.com |
| **By Electronic Mail**<br>Jeffer Mangels Butler & Mithcell LLP<br>Attn: Marianne S. Martin<br>1900 Ave of the Stars, 7th FL<br>Los Angeles, CA 90067<br>mmartin@jmbm.com | **By Electronic Mail**<br>Jones Walker LLP<br>Attn: Jeffrey R. Barber<br>190 E Capitol St, Ste 800<br>P.O. Box 427<br>Jackson, MS 39205-0427<br>jbarber@joneswalker.com |
| **By Electronic Mail**<br>Kirkland & Ellis LLP<br>Attn: Nicole Greenblatt<br>601 Lexington Ave<br>New York, NY 10022<br>nicole.greenblatt@kirkland.com | **By Electronic Mail**<br>Kirkland & Ellis LLP<br>Attn: Stephen Hackney/Gregory Pesce<br>300 N LaSalle<br>Chicago, IL 60654<br>stephen.hackney@kirkland.com |
| **By Electronic Mail**<br>Kurtzman, Steady, LLC.<br>Attn: Jeffrey Kurtzman<br>401 S 2nd St, Ste 200<br>Philadelphia, PA 19147<br>kurtzman@kurtzmansteady.com | **By Electronic Mail**<br>Latham & Watkins LLP<br>Attn: Suzzanne Uhland<br>Attn: Matthew J. Carmody<br>885 3rd Ave<br>New York, NY 10022-4834<br>suzzanne.uhland@lw.com |
| **By Electronic Mail**<br>Law Offices of Mitchell J. Malzberg, LLC<br>Attn: Mitchell J. Malzberg<br>P.O. Box 5122<br>6 E Main St, Ste 7<br>Clinton, NJ 08809<br>mmalzberg@mjmalzberglaw.com | **By Electronic Mail**<br>Markowitz & Richman<br>Attn: Jonathan Walters, Esquire<br>123 South Broad St, Ste 2020<br>Philadelphia, PA 19109<br>jwalters@markowitzandrichman.com |

| | |
|---|---|
| **By Electronic Mail**<br>Markowitz and Richman<br>Attn: Claiborne S. Newlin<br>123 S Broad St, Ste 2020<br>Philadelphia, PA 19109<br>cnewlin@markowitzandrichman.com | **By Electronic Mail**<br>Maron Marvel Bradley Anderson & Tardy, LLC.<br>Attn: Stephanie A. Fox<br>1201 N Market St, Ste 900<br>Wilmington, DE 19801<br>saf@maronmarvel.com |
| **By Electronic Mail**<br>Mattleman Weinroth & Miller, P.C<br>Attn: Christina Pross<br>200 Continental Drive, Ste 215<br>Newark, DE 19713<br>cpross@mwm-law.com | **By Electronic Mail**<br>McCarter & English, LLP<br>Attn: William F. Taylor<br>Renaissance Centre<br>405 N King St, 8th Fl<br>Wilmington, DE 19801<br>wtaylor@mccarter.com |
| **By Electronic Mail**<br>Med One Capital Funding, LLC.<br>c/o Ray Quinney & Nebecker, P.C<br>Attn: David H. Leigh<br>36 S State St, 14th FL<br>Salt Lake City, UT 84111<br>dleigh@rqn.com | **By Electronic Mail**<br>Moye White LLP<br>Attn: Timothy M. Swanson/Vikrama S. Chandrashekar<br>1400 16th St, 6th Fl<br>Denver, CO 80202<br>tim.swanson@moyewhite.com |
| **By Electronic Mail**<br>O'Donoghue & O'Donoghue LLP<br>Attn: Lance Geren, Esq.<br>325 Chestnut St, Ste 600<br>Philadelphia, PA 19106<br>lgeren@odonoghuelaw.com | **By Electronic Mail**<br>Office of Attorney General<br>Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith<br>The Phoenix Building<br>1600 Arch St, 3rd Fl<br>Philadelphia, PA 19103<br>cmomjian@attorneygeneral.gov |
| **By Electronic Mail**<br>Office of the United States Attorney<br>for the District of Delaware<br>Attn: David C. Weiss, Esquire<br>Hercules Building<br>1313 N Market St<br>Wilmington, DE 19801<br>usade.ecfbankruptcy@usdoj.gov | **By Electronic Mail**<br>Office of The United States Trustee<br>Attn: Benjamin Hackman<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519<br>benjamin.a.hackman@usdoj.gov |
| **By Electronic Mail**<br>Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones/Timothy Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com | **By Electronic Mail**<br>Pearlman & Miranda, LLC.<br>Attn: Patricia A Celano<br>110 Edison Pl, Ste 301<br>Newark, NJ 07102<br>pcelano@pearlmanmiranda.com |
| **By Electronic Mail**<br>Pepper Hamilton, LLP<br>Attn: Francis J. Lawall<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>francis.lawall@troutman.com | **By Electronic Mail**<br>Pepper Hamilton, LLP<br>Attn: Marcy McLaughlin Smith<br>1313 N Market St, P.O. Box 1709<br>Hercules Plaza, Ste 5100<br>Wilmington, DE 19899-1709<br>marcy.smith@troutman.com |

**By Electronic Mail**
Polsinelli P.C
Attn: Christopher A. Ward
222 Delaware Ave, Ste 1101
Wilmington, DE 19801
cward@polsinelli.com

**By Electronic Mail**
Richards Layton & Finger, PA
Attn: M. Collins/ M Merchant/ B Schlauch
One Rodney Square
920 N King St
Wilmington, DE 19801
collins@rlf.com

**By Electronic Mail**
Saul Ewing Arnstein & Lehr LLP
Attn: Mark Minuti/Monique DiSabatino
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com

**By Electronic Mail**
Schnader Harrison Segal & Lewis LLP
Attn: Richard A. Barkasy
824 N. Market St, Ste 800
Wilmington, DE 19801
rbarkasy@schnader.com

**By Electronic Mail**
Sills Cummis & Gross P.C
Attn: Andrew Sherman/ Boris Mankovetskiy
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com

**By Electronic Mail**
Stevens & Lee, P.C.
Attn: Robert Lapowsky
620 Freedom Business Ctr, Ste 200
King of Prussia, PA 19406
rl@stevenslee.com

**By Electronic Mail**
Stoel Rives LLP
Attn: Marc A. Al
33 S 6th St, Ste 4200
Minneapolis, MN 55402
marc.al@stoel.com

**By Electronic Mail**
Potter Anderson & Corroon LLP
Attn: Jeremy W. Ryan
1313 North Market St, 6th Fl
P.O. Box 951
Wilmington, DE 19899
jryan@potteranderson.com

**By Electronic Mail**
Saul Ewing Arnstein & Lehr LLP
Attn: Jeffrey Hampton/Adam Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jeffrey.hampton@saul.com

**By Electronic Mail**
Schnader Harrison Segal & Lewis LLP
Attn: Nicholas J. LePore
1600 Market St, Ste 3600
Philadelphia, PA 19103-7286
nlepore@schnader.com

**By Electronic Mail**
Shipman & Goodwin LLP
Attn: Eric S. Goldstein
One Constitution Plaza
Hartford, CT 06103-1919
egoldstein@goodwin.com

**By Electronic Mail**
Stevens & Lee, P.C.
Attn: Joseph H. Huston
919 N Market St, Ste 1300
Wilmington, DE 19801
jhh@stevenslee.com

**By Electronic Mail**
Stinson LLP
Attn: Darrell Clark/ Tracey Ohm
1775 Pennsylvania Ave NW, Ste 800
Washington, D.C 20006
darrell.clark@stinson.com

**By Electronic Mail**
Stradley Ronan Stevens & Young LLP
Attn: Deborah A. Reperowitz
100 Park Avenue, Suite 2000
New York, NY 10017
dreperowitz@stradley.com

**By Electronic Mail**
Stradley, Ronon, Stevens & Young, LLP
Attn: Gretchen M. Santamour
2005 Market St, Ste 2600
Philadelphia, PA 19103
gsantamour@stradley.com

**By Electronic Mail**
Stradley, Ronon, Stevens & Young, LLP
Attn: Joelle E. Polesky
1000 N West St, Ste 1279
Wilmington, DE 19801
jpolesky@stradley.com

**By Electronic Mail**
Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S Mopac Expressway, Ste 320
Austin, TX 78746
streusand@slollp.com

**By Electronic Mail**
Sullivan, Hazeltine, Allison, LLC.
Attn: William D. Sullivan
919 N Market St, Ste 420
Wilmington, DE 19801
bsullivan@sha-llc.com

**By Electronic Mail**
The Rosner Law Gorup LLC
Attn: Frederick B. Rosner
824 N Market St, Ste 810
Wilmington, DE 19801
rosner@teamrosner.com

**By Electronic Mail**
Troutman Sanders LLP
Attn: Louis A. Curcio
Attn: Jessica Mikhailevich
875 Third Ave
New York, NY 10022
louis.curcio@troutman.com

**By Electronic Mail**
Troutman Sanders LLP
Attn: Matthew R. Brooks
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308
matthew.brooks@troutman.com

**By Electronic Mail**
U.S. Department of Justice
Attn: Marc Sacks
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-875
marcus.s.sacks@usdoj.gov

**By Electronic Mail**
Underwood Perkins, P.C.
Attn: David Campbell/ Eli Pierce
Two Lincoln Centre
5420 LBJ Fwy, Ste 1900
Dallas, TX 75240
dcampbell@uplawtx.com

**By Electronic Mail**
White and Williams LLP
Attn: Amy E. Vulpio
1650 Market St, 18th Fl
Philadelphia, PA 19103
vulpioa@whiteandwilliams.com

**By Electronic Mail**
White and Williams LLP
Attn: Marc S. Casarino
600 N King St, Ste 800
Wilmington, DE 19899-0709
casarinom@whiteandwilliams.com

**By Electronic Mail**
Willig, Williams & Davidson
Attn: Jessica Kolansky
1845 Walnut St, 24th Fl
Philadelphia, PA 19103
jkolansky@wwdlaw.com

**By Electronic Mail**

**By Electronic Mail**

| | |
|---|---|
| **By First Calss Mail**<br>City of Philadelphia<br>Attn: Law Dept<br>1515 Arch St, 17th Fl<br>Philadelphia, PA 19102 | **By First Calss Mail**<br>Freedman & Lorry, P.C.<br>C/o Susan A. Murray<br>Attn: Training & Upgrading Fund<br>1601 Market St, Ste 1500<br>Philadelphia, PA 19103 |
| **By First Calss Mail**<br><br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **By First Calss Mail**<br>International Brotherhood of<br>Electrical Workers, Local 98<br>1701 Spring Garden St<br>Philadelphia, PA 19130 |
| **By First Calss Mail**<br>Healthcare Employees, AFSCME, AFL-CIO<br>1319 Locust St<br>Philadelphia, PA 19107 | **By First Calss Mail**<br>Healthcare Employees, District 1199C<br>1319 Locust St<br>Philadelphia, PA 19107 |
| **By First Calss Mail**<br>Office of the Attorney General<br>Attn: Josh Shapiro, Esquire<br>Attn: Bankruptcy Dept<br>16th Fl, Strawberry Square<br>Harrisburg, PA 17120 | **By First Calss Mail**<br>Pennsylvania Association of<br>Staff Nurses and Allied Professionals<br>1 Fayette Street, Suite 475<br>Conshohocken, PA 19428 |
| Pennsylvania Department of Health<br>Attn: Dr. Rachel Levine<br>Health and Welfare Building<br>625 Forester St, 8th FL W<br>Harrisburg, OA 17120 | St. Mary Medical Center<br>1201 Langhorne-Newtown Rd<br>Langhorne, PA 19047 |

| | |
|---|---|
| **By First Calss Mail** | **By First Calss Mail** |
| United States Department of Justice | United States Department of Justice |
| 950 Pennsylvania Ave, NW | Attn: Civil Division |
| Washington, DC  20530-0001 | 1100 L St, NW, 10030 |
| | Washington, DC  20005 |