# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Mary F. Walrath**

Calendar Date: 10/22/2020
Calendar Time: 11:30 AM ET

#4

Amended Calendar  Oct 22 2020 7:24AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10918541 | Svetlana Attestatova | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10920448 | Bill Brinkman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10918635 | Stuart M. Brown | (302) 468-5640 ext. | DLA Piper (US), LLP | Creditor, Harrison Street Real Estate / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10917786 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Pepper LLP | Interested Party, Capital One Bank, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10918659 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10919428 | John DiNome | (215) 858-2226 ext. | Center City HealthCare | Debtor, Center City HealthCare / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10918617 | Courtney A. Emerson | (302) 622-4227 ext. | Fox Rothschild LLP | Interested Party, Seth A. Niederman / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10919339 | Mark Minuti | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Center City Healthcare / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10921124 | Matthew Sarna | (302) 468-5700 ext. | DLA Piper (US), LLP | Debtor, Center City Healthcare LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10920445 | Brendan J. Schlauch | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, AAHS, Joel Freedman and Philadelphia Academic Health / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10920450 | Kyle Schmidt | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10918639 | Loren Scolaro | (312) 368-4027 ext. | DLA Piper (US), LLP | Creditor, Harrison Street Real Estate / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10917778 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Capitol One, N.A. / LIVE |

| Center City Healthcare, LLC | 19-11466 | Hearing | 10920444 | Suzzanne S. Uhland | (212) 906-4587 ext. | Latham & Watkins LLP | Interested Party, AAHS, Joel Freedman and Philadelphia Academic Health / LIVE |