**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Case No. 19-11466 (MFW) |
| *et al.*,[1] | ) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) **Re:  Docket Nos. 1250, 1313, 1314 and 1330** |
|  | ) |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED**
**ORDER APPROVING MOTION OF THE UNITED STATES TO**
**LIFT THE AUTOMATIC STAY TO PERMIT SETOFF**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by

and through their undersigned counsel, hereby certify as follows:

1.       On December 27, 2019, the United States of America, on behalf of the Centers

for Medicare & Medicaid Services ("**CMS**") filed the *Motion of the United States to Lift the*

*Automatic Stay to Permit Setoff* [D.I. 1250] (the "**Motion**"), pursuant to which CMS sought

relief from the automatic stay of 11 U.S.C. §362(a) to offset prepetition monies it owes to debtor

Center City Healthcare, LLC d/b/a Hahnemann University Hospital (the "**Debtor**") against

prepetition Medicare overpayments the Debtor owes CMS.

2.       On January 10, 2020, the Debtors filed the *Debtors' Limited Objection to Motion*

*of the United States to Lift the Automatic Stay to Permit Setoff* [D.I. 1313] (the "**Objection**").

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Similarly, on January 10, 2020, the Official Committee of Unsecured Creditors (the "**Committee**"), filed the *Official Committee of Unsecured Creditors' Joinder in the Debtors' Limited Objection to Motion of the United States to Lift the Automatic Stay to Permit Setoff* [D.I. 1314] (the "**Joinder**").  No further objections or responses were filed to the Motion.

3.     On January 17, 2020, the *United States' Reply in Support of Its Motion to Lift the Automatic Stay to Permit Setoff* [D.I. 1330] (the "**Reply**") was filed.

4.     Since the Motion, the Objection, the Joinder and the Reply were filed, CMS, the Debtors and the Committee (collectively, the "**Parties**") have exchanged information and have been working cooperatively to reconcile the respective claims and consensually resolve the Motion.

*5.*     I am pleased to report that the Parties have resolved their disputes and differences related to the Motion pursuant to the terms of the proposed *Order Lifting The Automatic Stay To Permit The United States To Exercise Setoff Rights* (the "**Proposed Order**") attached hereto as **Exhibit A**.

6.     Of course, the Parties are available at the Court's convenience to answer any questions regarding the Proposed Order.

7.     Absent any questions or concerns, we would respectfully request that the Court sign the Proposed Order and direct that it be docketed.

Dated: October 26, 2020          **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*

Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*