**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) | Case No. 19-11466 (KG) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) Obj. Deadline: November 17, 2020 4:00 p.m. Hearing Date: Only if objection is timely filed |

**NINTH MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | September 1, 2020 through September 30, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $52,560.90 (80 % of which is $42,048.72) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the ninth monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

|  |  | Requested | | Approved | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees [80%]** | **Expenses [100%]** | **Fee Holdback** |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |

**TIME AND COMPENSATION BREAKDOWN**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $685.00 | 36.30 | $24,865.50 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar | $580.00 | 28.80 | $16,704.00 |
| William J. Clements | Of Counsel Admitted to Bar | $410.00 | 36.40 | $14,924.00 |
| Zachary J. Schnapp | Bankruptcy & Restructuring Associate Admitted to Bar 2019 | $325.00 | 3.70 | $1,202.50 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $275.00 | 0.60 | $165.00 |
| Lauren Marsh | | $225.00 | 2.40 | $540.00 |
| **TOTALS** | | | **108.20** | **$58,401.00** |
| **BLENDED RATE** | | | | **$539.75** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$5,840.10** |
| **GRAND TOTAL** | | | | **$52,560.90** |

PHIL1 9183949v.1

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | 05 | 107.60 | $58,236.00 |
| Fee/Employment Applications | 07 | 0.60 | $165.00 |
| **TOTAL** | | **108.20** | **$58,401.00** |
| **Minus Agreed Upon Discount (10%)** | | | **-$5,840.10** |
| **GRAND TOTAL** | | | **$52,560.90** |

PHIL1 9183949v.1

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---:|
| No expenses for this period | $0.00 |
| **TOTAL** | **$0.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NINTH MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its ninth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from September 1, 2020 through September 30, 2020. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II. BACKGROUND

2. On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4. On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5. Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from September 1, 2020 through September 30, 2020 (the "Compensation Period"), totaling 108.20 hours of professional time.

6. Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7. The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $52,560.90. Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8. Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period. Attached hereto as Exhibit "B" is an itemized list of expenses incurred during the compensation period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9. Klehr Harrison accordingly seeks allowance of the sum of $52,560.90 in fees and $0.00 in expenses, for a total of $52,560.90.

10. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $52,560.90 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from September 1, 2020 through September 30, 2020; (b) payment in the total amount of $42,048.72, which represents (i) 80% of the total fees billed ($42,048.72) and (ii) 100% of the expenses incurred ($0.00) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated: October 27, 2020  
Wilmington, Delaware

/s/ Domenic E. Pacitti  
Domenic E. Pacitti (DE Bar No. 3989)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 North Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone: (302) 426-1189  
Facsimile: (302) 426-9193  
Email: dpacitti@klehr.com

*Special Counsel to the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATION OF DOMENIC E. PACITTI**

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1. I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2. I have read the foregoing Ninth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from September 1, 2020 through September 30, 2020 and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3. In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6. Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7. None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8. Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2019 are the rates charged to the Debtors in the Application.

9. The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2020            */s/ Domenic E. Pacitti*
        Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

October 12, 2020

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #: 433626
Client #: 19647
Matter #: 0019

For professional services through September 30, 2020:

RE:   Chapter 11

## PROFESSIONAL SERVICES

### Claims Administration and Objections

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/01/20 | FMC | Review numerous emails and correspondence re: dispute between PAHS and Drexel (1.3)/review PAHS comments re: possible claims re: Drexel (1.2) | 2.50 | 580.00 | 1,450.00 |
| 9/02/20 | FMC | Review AAA agreement and other agreements (.8)/correspondence re: prepare for call with clients (.2) | 1.00 | 580.00 | 580.00 |
| 9/02/20 | FMC | Review proofs of claim | .40 | 580.00 | 232.00 |
| 9/03/20 | FMC | Review various contracts, documents and emails re: prepare for call with clients | 1.10 | 580.00 | 638.00 |
| 9/03/20 | FMC | Conference call with J. Dinome, A. Wilen and D. Pacitti re: possible claims against Drexel (.7)/post call follow up of issues and documents (.5) | 1.20 | 580.00 | 696.00 |
| 9/03/20 | FMC | Review various emails and attachments from J. Dinome | .80 | 580.00 | 464.00 |
| 9/03/20 | DEP | Call with F. Correll re: Drexel claims | .30 | 685.00 | 205.50 |
| 9/03/20 | DEP | Call with A. Wilen, J. Dinome and F. Correll re: Drexel issues (.70) / post call follow up with F. Correll on issues raised (.50) | 1.20 | 685.00 | 822.00 |
| 9/03/20 | DEP | Review first batch of emails and related information from client re: Drexel claims | 2.00 | 685.00 | 1,370.00 |
| 9/04/20 | FMC | Review Drexel related documents and emails | 1.10 | 580.00 | 638.00 |
| 9/04/20 | DEP | Review Drexel documents and emails and summarize findings | 5.50 | 685.00 | 3,767.50 |

| | | | | | |
|---|---|---|---|---|---|
| 19647: Philadelphia Academic Health System, LLC | | | | | October 12, 2020 |
| 0019: Chapter 11 | | | | | Invoice #: 433626 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 9/08/20 | FMC | Review issues with possible claims against Drexel (.2)/review documents and emails (.2) | .40 | 580.00 | 232.00 |
| 9/09/20 | FMC | Review issues with PAHS emails | .30 | 580.00 | 174.00 |
| 9/09/20 | FMC | Review issues with Drexel claims | .30 | 580.00 | 174.00 |
| 9/10/20 | FMC | Work on Drexel document review and potential Drexel claims | .50 | 580.00 | 290.00 |
| 9/11/20 | FMC | Review emails from client and review attachments (emails and documents) | 1.00 | 580.00 | 580.00 |
| 9/11/20 | WJC | Reviewing materials forwarded by F. Correll for litigation analysis | 1.40 | 410.00 | 574.00 |
| 9/12/20 | FMC | Review issues in dispute in Drexel litigation (1.0)/review various emails and documents and schedules re: same (.5) | 1.50 | 580.00 | 870.00 |
| 9/12/20 | WJC | Email from F. Correll regarding scheduling issues | .10 | 410.00 | 41.00 |
| 9/14/20 | DEP | Work on potential claims analysis | 4.00 | 685.00 | 2,740.00 |
| 9/14/20 | WJC | Reviewing emails and other materials forwarded by F. Correll | 1.80 | 410.00 | 738.00 |
| 9/15/20 | FMC | Review PAHS task list, list of contracts and summary prepared by PAHS | 1.20 | 580.00 | 696.00 |
| 9/15/20 | FMC | Review drafts of dispute resolution assignment between Drexel and PAHS and review emails relating to same | .60 | 580.00 | 348.00 |
| 9/15/20 | FMC | Review emails relating to disputes with Drexel on staffing | .30 | 580.00 | 174.00 |
| 9/15/20 | FMC | Prepare for conference call with clients | .30 | 580.00 | 174.00 |
| 9/15/20 | FMC | Conference call re: status and background on disputes | .30 | 580.00 | 174.00 |
| 9/15/20 | DEP | Call with F. Correll re issues raised in Drexel document review | .30 | 685.00 | 205.50 |
| 9/15/20 | DEP | Review agreements, emails and documents for Drexel claims issues and formulate strategy & issues | 3.80 | 685.00 | 2,603.00 |
| 9/15/20 | WJC | Preparing for conference call and conference call with F. Correll and D. Pacitti relating to analysis of potential litigation claims against Drexel | .40 | 410.00 | 164.00 |
| 9/15/20 | WJC | Reviewing contracts and addenda thereto in connection with analysis of potential claims against Drexel | .80 | 410.00 | 328.00 |
| 9/16/20 | FMC | Review documents relating to potential claims | .30 | 580.00 | 174.00 |
| 9/17/20 | FMC | Work on Drexel potential claims analysis | .40 | 580.00 | 232.00 |
| 9/17/20 | WJC | Emails from and to F. Correll | .20 | 410.00 | 82.00 |
| 9/17/20 | WJC | Brief review of database of emails relating to potential litigation matter against Drexel to ensure operability and access | .30 | 410.00 | 123.00 |
| 9/17/20 | WJC | Analyzing contracts and communications pertaining to potential dispute between AAHS and Drexel | 4.80 | 410.00 | 1,968.00 |
| 9/18/20 | FMC | Review issues with possible claims and causes of action | .30 | 580.00 | 174.00 |

| | | | | | |
|---|---|---|---|---|---|
| 19647: Philadelphia Academic Health System, LLC | | | | | October 12, 2020 |
| 0019: Chapter 11 | | | | | Invoice #: 433626 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/18/20 | WJC | Drafting, reviewing and revising memorandum to F. Correll and D. Pacitti analyzing contracts, communications and potential claims pertaining to AAHS and Drexel | 5.10 | 410.00 | 2,091.00 |
| 9/18/20 | L M | Telephone call with W. Clements re: printing .pst file (.3) / email Reliable and Transperfect for quotes re: printing (.7) | 1.00 | 225.00 | 225.00 |
| 9/21/20 | FMC | Emails with S. Voit re: emergency department contract | .20 | 580.00 | 116.00 |
| 9/21/20 | FMC | Review and revise internal memo with W. Clements re: possible claims re: Drexel (1.7)/review issues with dispute resolution process (.3) | 1.50 | 580.00 | 870.00 |
| 9/21/20 | FMC | Review open issues re: possible claims | .50 | 580.00 | 290.00 |
| 9/21/20 | WJC | Drafting, reviewing and revising memorandum regarding contract and prospective claims against Drexel | 2.80 | 410.00 | 1,148.00 |
| 9/21/20 | WJC | Reviewing comments and questions of F. Correll with respect to items in memorandum regarding contract and potential claims against Drexel | .50 | 410.00 | 205.00 |
| 9/21/20 | WJC | Responding to certain of F. Correll's comments and questions pertaining to items in memorandum regarding contract and potential claims against Drexel | .60 | 410.00 | 246.00 |
| 9/21/20 | WJC | Reviewing and analyzing emergency room contract with respect to its relationship to main AAA contract | .80 | 410.00 | 328.00 |
| 9/22/20 | FMC | Review issues and impact of dispute resolution provision in bankruptcy | .30 | 580.00 | 174.00 |
| 9/22/20 | FMC | Work on issues re: possible Drexel claims | .30 | 580.00 | 174.00 |
| 9/22/20 | FMC | Review open issues (.5)/review memo on possible claims and analysis of claims (1.0) | 2.00 | 580.00 | 1,160.00 |
| 9/22/20 | WJC | Emails from and to F. Correll | .10 | 410.00 | 41.00 |
| 9/22/20 | WJC | Preparing for telephone call with F. Correll regarding potential claims against Drexel University | .60 | 410.00 | 246.00 |
| 9/22/20 | WJC | Telephone call with F. Correll regarding potential claims against Drexel | .60 | 410.00 | 246.00 |
| 9/22/20 | L M | Telephone call with B. Clements re: printed emails | .40 | 225.00 | 90.00 |
| 9/22/20 | ZJS | Researched and wrote a memo for F. Correll and D. Pacitti as it pertained to two legal questions in the Hahnemann bankruptcy. | 3.70 | 325.00 | 1,202.50 |
| 9/23/20 | FMC | Review memo re: dispute resolution process in agreement | .30 | 580.00 | 174.00 |
| 9/23/20 | FMC | Review issues with Drexel's proof of claim and Drexel's alleged damages | .50 | 580.00 | 290.00 |
| 9/23/20 | FMC | Review documents re: sums due from Drexel | .40 | 580.00 | 232.00 |
| 9/23/20 | FMC | Prepare for call with J. Dinome and S. Voit (.4)/conference call with J. Dinome and S. Voit (.6) | 1.00 | 580.00 | 580.00 |
| 9/23/20 | FMC | Review emails from S. Voit Counsel opinion | .50 | 580.00 | 290.00 |

| | | | | | |
|---|---|---|---|---|---|
| 19647: Philadelphia Academic Health System, LLC | | | | | October 12, 2020 |
| 0019: Chapter 11 | | | | | Invoice #: 433626 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/23/20 | FMC | Work on Drexel issues | .30 | 580.00 | 174.00 |
| 9/23/20 | DEP | Call with F. Correll re: open issues in claims analysis | .40 | 685.00 | 274.00 |
| 9/23/20 | DEP | Call with J. Dinome and S. Voight and F. Correll re: Drexel claims and issues | .60 | 685.00 | 411.00 |
| 9/23/20 | WJC | Reviewing Drexel's proof of claim and comparison with potential damages recovery from claims against Drexel | .50 | 410.00 | 205.00 |
| 9/24/20 | FMC | Review issues with review of Drexel emails | .30 | 580.00 | 174.00 |
| 9/24/20 | FMC | Review issues with Drexel possible claims | .30 | 580.00 | 174.00 |
| 9/25/20 | FMC | Review issues with Drexel emails and contracts | .40 | 580.00 | 232.00 |
| 9/25/20 | DEP | Review agreements, emails and documents for Drexel claims issues and formulate open issues list and areas of further inquiry | 6.00 | 685.00 | 4,110.00 |
| 9/25/20 | WJC | Reviewing documents, emails and other materials in connection with potential claims against Drexel | 4.00 | 410.00 | 1,640.00 |
| 9/27/20 | DEP | Review documents and pleadings and work on potential claims analysis | 4.00 | 685.00 | 2,740.00 |
| 9/28/20 | FMC | Review 2 binders re: Hahnemann transaction documents | .70 | 580.00 | 406.00 |
| 9/28/20 | FMC | Review issues with PAHS internal emails re: claims | .30 | 580.00 | 174.00 |
| 9/28/20 | DEP | Review and summarize agreements, emails and documents for Drexel claims issues | 6.00 | 685.00 | 4,110.00 |
| 9/28/20 | WJC | Reviewing contracts and schedules relating to potential claims against Drexel | 2.20 | 410.00 | 902.00 |
| 9/28/20 | WJC | Reviewing emails for analysis of potential claims against Drexel | 2.80 | 410.00 | 1,148.00 |
| 9/29/20 | FMC | Review issues with claims against Drexel | .30 | 580.00 | 174.00 |
| 9/29/20 | WJC | Reviewing emails provided by client regarding potential claims against Drexel | 3.60 | 410.00 | 1,476.00 |
| 9/29/20 | L M | Search client emails for reference to R. Dreskin | 1.00 | 225.00 | 225.00 |
| 9/30/20 | FMC | Review issues with possible claims against Drexel | .30 | 580.00 | 174.00 |
| 9/30/20 | FMC | Review information on R. Dreskin | .30 | 580.00 | 174.00 |
| 9/30/20 | FMC | Prepare for conference call with R. Dreskin (.3)/prepare list of questions re: his review of Drexel personnel, etc. (.7) | 1.00 | 580.00 | 580.00 |
| 9/30/20 | FMC | Review issues with possible claims | .40 | 580.00 | 232.00 |
| 9/30/20 | FMC | Review email and attached Eisner preliminary report | .40 | 580.00 | 232.00 |
| 9/30/20 | FMC | Review email from S. Attestatova to R. Dreskin/review attachment | .50 | 580.00 | 290.00 |
| 9/30/20 | DEP | Review additional information from client re: Drexel claims analysis | 1.50 | 685.00 | 1,027.50 |
| 9/30/20 | DEP | Call with F. Correll re: issues to discuss with client (.30) / review outline from W. Clements (.40) | .70 | 685.00 | 479.50 |

| | | 19647: Philadelphia Academic Health System, LLC | | | October 12, 2020 |
|---|---|---|---|---|---|
| | | 0019: Chapter 11 | | | Invoice #: 433626 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/20 | WJC | Drafting, reviewing and revising outline of questions for interview with R. Dreskin | 2.30 | 410.00 | 943.00 |
| 9/30/20 | WJC | Emails from and to F. Correll and D. Pacitti regarding witness interview with R. Dreskin | .10 | 410.00 | 41.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Task Total: | | | $ 58,236.00 |

Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/29/20 | MKH | Review case docket; draft and prepare CNO re Combined Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2019 through February 29, 2020 for filing and efile same with Bankruptcy Court | .60 | 275.00 | 165.00 |

| | | | |
|---|---|---|---|
| Task Total: | | | $ 165.00 |
| TOTAL PROFESSIONAL SERVICES | | | $ 58,401.00 |
| 10% Discount | | | $ -5,840.10 |
| NET PROFESSIONAL SERVICES | | | $ 52,560.90 |

SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 36.30 | 685.00 | 24,865.50 |
| Correll, Francis M. | Partner | 28.80 | 580.00 | 16,704.00 |
| Clements, William J. | Of-Counsel | 36.40 | 410.00 | 14,924.00 |
| Schnapp, Zachary J | Associate | 3.70 | 325.00 | 1,202.50 |
| Hughes, Melissa K. | Paralegal | .60 | 275.00 | 165.00 |
| Marsh, Lauren | Paralegal | 2.40 | 225.00 | 540.00 |
| TOTALS | | 108.20 | | $ 58,401.00 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 52,560.90 |

# EXHIBIT B

## DISBURSEMENTS

| Description | Amount |
|---|---:|
| No disbursements this month. | |
| TOTAL DISBURSEMENTS | $0.00 |