**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) Related to Docket No. 340, 936, 1361, 1595 and 1699<br>) |

**NOTICE OF FILING AND SERVICE OF DEBTORS'
FIFTH ORDINARY COURSE PROFESSIONAL QUARTERLY STATEMENT**

**PLEASE TAKE NOTICE** that on August 2, 2019, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, Nunc Pro Tunc to the Petition Date* [Docket No. 340] (the "OCP Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 3(g) of the OCP Order, on November 2, 2020, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), (i) filed the *Debtors' Fifth Ordinary Course Professional Quarterly Statement for the period July 1, 2020 to September 30, 2020* (the "Fifth OCP Quarterly Statement"), which is attached hereto as **Exhibit A**, and (ii) served copies of this Notice and the Fifth OCP Quarterly Statement on the Interested Parties in accordance with the OCP Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the OCP Order.

**PLEASE TAKE FURTHER NOTICE** that any objections to the payments made to the Ordinary Course Professionals, as reflected in the Fifth OCP Quarterly Statement, must be filed with the Court, and at the same time served upon the Interested Parties, on or before **November 16, 2020 at 4:00 p.m. (EST)**.

Dated: November 2, 2020               **SAUL EWING ARNSTEIN & LEHR LLP**

By: /s/ *Monique B. DiSabatino*
    Mark Minuti (DE Bar No. 2659)
    Monique B. DiSabatino (DE Bar No. 6027)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    Telephone: (302) 421-6840
    Fax: (302) 421-5873
    mark.minuti@saul.com
    monique.disabatino@saul.com

             -and-

    Jeffrey C. Hampton
    Adam H. Isenberg
    Melissa A. Martinez
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-7777
    Fax: (215) 972-7725
    jeffrey.hampton@saul.com
    adam.isenberg@saul.com
    melissa.martinez@saul.com

    *Counsel for Debtors and Debtors in Possession*