## Exhibit A

## Fifth OCP Quarterly Statement

## Fifth OCP Quarterly Statement

### For the Period July 1, 2020 through September 30, 2020

| Professional Name | Compensation & Expenses Paid (7/1/2020-7/31/2020) | Compensation & Expenses Paid (8/1/2020-8/31/2020) | Compensation & Expenses Paid (9/1/2020-9/30/2020) | Aggregate Compensation & Expenses Paid to Date |
|---|---|---|---|---|
| 50 Words, LLC | $0.00 | $0.00 | $10,110.00 | $246,783.00 |
| Baratz & Associates, P.A. | $0.00 | $0.00 | $0.00 | $22,775.50 |
| Bellevue Communications | $0.00 | $0.00 | $0.00 | $75,000.00 |
| Connolly Gallagher LLP | $0.00 | $0.00 | $0.00 | $9,635.69 |
| Conrad O'Brien PC | $0.00 | $120.00 | $0.00 | $16,666.77 |
| Eckert Seamans Cherin & Mellott, LLC | $478.50 | $0.00 | $0.00 | $123,109.53 |
| Germaine Solutions | $0.00 | $0.00 | $0.00 | $0.00 |
| Health Sciences Law Group LLP | $0.00 | $0.00 | $0.00 | $0.00 |
| Jackson Lewis P.C. | $759.50 | $0.00 | $0.00 | $21,178.00 |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | $0.00 | $0.00 | $0.00 | $0.00 |
| Obermayer Rebmann Maxwell & Hippel LLP | $0.00 | $0.00 | $0.00 | $3,000.00 |
| Reed Smith LLP | $1,627.50 | $1,680.00 | $0.00 | $10,023.40 |
| Robinson Kirlew & Associates | $0.00 | $0.00 | $0.00 | $0.00 |
| Salem & Green P.C. | $0.00 | $0.00 | $0.00 | $6,211.50 |
| Suzanne Pritchard, Esq. | $0.00 | $0.00 | $0.00 | $2,320.00 |