## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket No. 1839** |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED
PROPOSED ORDER PURSUANT TO 11 U.S.C. § 1121 FURTHER
EXTENDING THE DEBTORS' EXCLUSIVE PERIODS
TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES
THEREON, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to the above-captioned debtors and debtors in possession
(collectively, the "**Debtors**") hereby certifies as follows:

1.      On October 21, 2020, the *Fourth Motion of the Debtors for Entry of an Order
Further Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Votes
Thereon* [D.I. 1839] (the "**Motion**")[2] was filed with the Court.

2.      Pursuant to the notice of the Motion [Docket No. 1839], objections to the Motion
were to be filed by November 4, 2020 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection
Deadline**").

3.      Prior to the Objection Deadline, the Office of the United States Trustee (the
"**UST**") requested that certain changes be made to the original proposed order accompanying the

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St.
Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of
PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care
Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast
Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C.
(5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is
216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Motion (the "**Proposed Order**").   The Debtors agreed to make these changes.   No other objections or responses were served upon the undersigned or entered on the Court's docket.

4.      Attached hereto as **Exhibit "A"** is a revised proposed order that incorporates the changes agreed upon by the Debtors and UST (the "**Revised Order**").

5.      Attached hereto as **Exhibit "A"** is the Revised Order, which incorporates the changes requested by the UST.   Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Proposed Order.

6.      The Debtors have confirmed that the Revised Order is acceptable to the UST.


[remainder of page left intentionally blank]

7.    We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: November 5, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**

By:    /s/ Monique B. DiSabatino
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

37713689.1 11/5/20