# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 5, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A**, and (ii) via first class mail, postage prepaid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1873].**

Dated: November 9, 2020

_____
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 9th day of November, 20 20, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHSCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

| | | |
|---|---|---|
| JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LATHAM & WATKINS LLP<br>MATTHEW J. CARMODY<br>MATT.CARMODY@LW.COM | LATHAM & WATKINS LLP<br>SUZZANNE UHLAND<br>SUZZANNE.UHLAND@LW.COM |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM |
| MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM |
| MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MICHAEL WOLF<br>MICHAEL WOLF<br>MIKEWOLFMD@GMAIL.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PAUL BAILEY<br>PAUL BAILEY<br>MEGAN.RATCHFORD610@GMAIL.COM |
| PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>FRANCIS.LAWALL@TROUTMAN.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MARCY.SMITH@TROUTMAN.COM |
| POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM |
| POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM | RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM |
| RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM |

| | | |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM |

Parties Served:  114

# **EXHIBIT B**

**Center City Healthcare, LLC, et al. - U.S. Mail**   **Served 11/5/2020**

PATIENTS/RESPONSIBLE PARTIES ON THE PATIENT LIST WERE SERVED WITH THIS MAILING.

| | | |
|---|---|---|
| 100 ACRE RANCH LLC<br>707 EASTON RD<br>WILLOW GROVE, PA 19090 | 100 ACRE RANCH LLC<br>ATTN: CLINT EHLERS<br>707 EASTON RD<br>WILLOW GROVE, PA 19090 | 100 ACRE RANCH LLC<br>DBA FASTSIGNS OF WILLOW GROVE<br>707 EASTON RD<br>WILLOW GROVE, PA 19090 |
| 100 ACRE RANCH, LLC DBA FASTSIGNS OF WILLOW G<br>ATTN: CLINT EHLERS<br>707 EASTON RD.<br>WILLOW GROVE, PA 19090 | ABBOTT DIAGNOS<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 | ABBOTT DIAGNOSTICS DIVISION OF ABBOTT LABOR<br>C/O KOHNER, MANN & KAILAS, SC<br>ATTN: ERIC R VON HELMS<br>4650 N PORT WASHINGTON RD<br>MILWAUKEE, WI 53212 |
| ABBOTT DIAGNOSTICS DIVISION OF ABBOTT LABORAT<br>ERIC R. VON HELMS<br>KOHNER, MANN & KAILAS, S.C.<br>4650 N PORT WASHINGTON RD<br>MILWAUKEE, WI 53212 | ABBOTT LABORATORIES<br>75 REMITTANCE DR, STE 1310<br>CHICAGO, IL 60675-1310 | ABBOTT LABORATORIES<br>P.O. BOX 100997<br>ATLANTA, GA 30384-0997 |
| ABBOTT LABORATORIES INC<br>100 ABBOTT PARK RD<br>ABBOT PARK, IL 600654 | ABBOTT LABORATORIES INC<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 | ABBOTT LABORATORIES INC<br>22400 NETWORK PL<br>CHICAGO, IL 60673-1224 |
| ABBOTT LABORATORIES INC<br>C/O KOHNER, MANN & KAILAS, SC<br>ATTN: ERIC R VON HELMS<br>4650 N PORT WASHINGTON RD<br>MILWAUKEE, WI 53212 | ABBOTT LABORATORIES INC<br>P.O. BOX 92679<br>CHICAGO, IL 60675-2679 | ABBOTT LABORATORIES INC<br>ROSS PRODUCTS DIVISION<br>75 REMITTANCE DR, STE 1310<br>CHICAGO, IL 60675-1310 |
| ABBOTT MEDICAL<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 | ABBOTT MOLECULAR INC.<br>ATTN: LEGAL DEPT<br>1350 E TOUHY AVE<br>DES PLAINES, IL 60018 | ABBOTT MOLECULAR INC.DIV OF ABBOTT LABORAT<br>C/O KOHNER, MANN & KAILAS, SC<br>ATTN: ERIC R VON HELMS<br>4650 N PORT WASHINGTON RD<br>MILWAUKEE, WI 53212 |
| ABBOTT NUTRITION<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 | ABBOTT NUTRITION<br>75 REMITTANCE DR, STE 1310<br>CHICAGO, IL 60675-1310 | ABBOTT NUTRITION<br>ABBOTT LABORATORIES<br>75 REMITTANCE DR, STE 1310<br>CHICAGO, IL 60675-1310 |
| ABBOTT POINT OF CARE<br>400 COLLEGE RD E<br>PRINCETON, NJ 08540 | ABBOTT POINT OF CARE INC<br>C/O KOHNER, MANN & KAILAS, SC<br>ATTN: ERIC R VON HELMS<br>4650 N PORT WASHINGTON RD<br>MILWAUKEE, WI 53212 | ABBOTT POINT OF CARE INC.<br>C/O KOHNER, MANN & KAILAS, SC<br>ATTN: ERIC R VON HELMS<br>4650 N PORT WASHINGTON RD<br>MILWAUKEE, WI 53212 |
| ADEPT-MED INTERNATIONAL, INC<br>665 PLEASANT VALLEY RD STE, STE C<br>DIAMOND SPRINGS, CA 95619 | ADEPT-MED INTERNATIONAL, INC<br>ATTN: CASSIE RICE<br>665 PLEASANT VALLEY RD<br>DIAMOND SPRINGS, CA 95619 | AGIO BRAND SOLUTIONS<br>1315 WALNUT ST, STE 1132<br>PHILADELPHIA, PA 19107 |
| AGIO BRAND SOLUTIONS LLC<br>ATTN: MICHAEL TOLASSI<br>2929 ARCH ST, STE 1700<br>PHILADELPHIA, PA 19104 | AIRGAS INC<br>DBA AIRGAS USA LLC<br>P.O. BOX 802576<br>CHICAGO, IL 60680-2576 | AIRGAS INC<br>P.O. BOX 802576<br>CHICAGO, IL 60680-2576 |
| AIRGAS MEDICAL<br>259 N RADNOR-CHESTER RD, STE 100<br>RADNOR, PA 19087 | AIRGAS SAFETY INC<br>P.O. BOX 951884<br>DALLAS, TX 75395-1884 | AIRGAS, USA LLC<br>259 N RADNOR-CHESTER RD, STE 100<br>RADNOR, PA 19087 |

| | | |
|---|---|---|
| AIRGAS, USA LLC<br>ATTN: AMANDA DOPIERALSKI<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131 | AIRGAS, USA LLC<br>P.O. BOX 532609<br>ATLANTA, GA 30353-2609 | AIRGAS, USA LLC<br>P.O. BOX 802576<br>CHICAGO, IL 60680-2576 |
| ALEXANDER MANTEGHI<br>ADDRESS REDACTED | ALEXIS M OTT<br>7 PLYMOUTH COURT<br>BORDENTOWN, NJ 08505 | ALEXIS OTT<br>ADDRESS REDACTED |
| ALISON GATTUSO<br>ADDRESS REDACTED | ALLIANCE HEALTHCARE SERVICES, INC<br>ATTN: BRENT M. CHAFFEE<br>P.O. BOX 19532<br>IRVINE, CA 92623 | ALLIANCE HEALTHCARE SERVICES, INC<br>ATTN: BRIAN M. CHAFFEE<br>P.O. BOX 19532<br>IRVINE, CA 92623 |
| ALLIANCE HEALTHCARE SERVICES, INC<br>DBA ALLIANCE HEALTHCARE RADIOLOGY<br>ATTN: CONTRACTS ADMIN DEPT<br>18201 VON KARMAN, STE 600<br>IRVINE, CA 92612 | ALLIANCE HEALTHCARE SERVICES, INC<br>DBA ALLIANCE IMAGING INC<br>P.O. BOX 19532<br>IRVINE, CA 92623 | ALLIANCE HEALTHCARE SERVICES, INC<br>P.O. BOX 96485<br>CHICAGO, IL 60693-6485 |
| AMECCA WHITESIDE<br>ADDRESS REDACTED | AMINAH HARGROVE<br>ADDRESS REDACTED | AMINAH HARGROVE<br>ADDRESS REDACTED |
| ANDREA MOORE<br>ADDRESS REDACTED | ANISH THOMAS<br>ADDRESS REDACTED | ANISH V THOMAS<br>ADDRESS REDACTED |
| ANTONIA WHITT<br>ADDRESS REDACTED | ARCHANA MALIK<br>ADDRESS REDACTED | ARCHANA MALIK, M.D.<br>14 DOGWOOD RD<br>MOORESTOWN, NJ 08057 |
| ARCHANA MALIK, M.D.<br>ADDRESS REDACTED | ATLANTIC BIOLOGICALS CORP<br>ABC P.O. BOX<br>P.O. BOX 533014<br>ATLANTA, GA 30353-3014 | ATLANTIC BIOLOGICALS CORP<br>ATTN: ELIZABETH BALLINGER MILANA<br>20101 NE 16 PL<br>MIAMI, FL 33179 |
| BARBARA CLAMPFFER<br>ADDRESS REDACTED | BECKMAN COULTER, INC<br>250 S KRAEMER BLVD<br>BREA, CA 92821 | BECKMAN COULTER, INC<br>250 SOUTH KRAEMER BLVD<br>BREA, CA 92821 |
| BECKMAN COULTER, INC<br>ATTN: JOSHUA LEE<br>250 S. KRAEMER BLVD. - D1.NW.03<br>BREA, CA 92821 | BECKMAN COULTER, INC<br>C/O BERNSTEIN-BURKLEY, P.C.<br>707 GRANT ST<br>PITTSBURGH, PA 15219 | BECKMAN COULTER, INC<br>C/O BERNSTEIN-BURKLEY, P.C.<br>707 GRANT ST<br>STE 2200<br>PITTSBURGH, PA 15219 |
| BECKMAN COULTER, INC<br>C/O BERNSTEIN-BURKLEY, P.C.<br>ATTN: LARA S MARTIN<br>707 GRANT ST, STE 2200<br>PITTSBURGH, PA 15219 | BECKMAN COULTER, INC<br>DEPT CH 10164<br>PALATINE, IL 60055-0164 | BERNADETTE SHEEHAN<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| BIOCHROM US<br>84 OCTOBER HILL RD<br>HOLLISTON, MA 01746-1388 | BIOCHROM US, INC<br>84 OCTOBER HILL RD<br>HOLLISTON, MA 01746-1388 | BIOCHROM US, INC<br>ATTN: ACCOUNTS RECEIVABLE<br>84 OCTOBER HILL RD<br>HOLLISTON, MA 01746 |
| BRYON J LAUER<br>ADDRESS REDACTED | BRYON LAUER<br>ADDRESS REDACTED | BRYON LAUER<br>ADDRESS REDACTED |
| BRYON LAUER, MD<br>ADDRESS REDACTED | BRYON LAUER, MD<br>ADDRESS REDACTED | CAITLIN DOUGHERTY<br>ADDRESS REDACTED |
| CAITLIN DOUGHERTY<br>ADDRESS REDACTED | CAITLYN KEAL<br>853 N TAYLOR ST<br>PHILADELPHIA, PA 19130 | CAITLYN KEAL<br>ADDRESS REDACTED |
| CANDESE COMBS<br>ADDRESS REDACTED | CANDESE COMBS<br>ADDRESS REDACTED | CANDESE COMBS<br>C/O LAW OFFICES OF ROBERT T. VANCE JR.<br>ATTN: ROBERT VANCE, ESQ.<br>100 S BROAD ST, STE 1525<br>PHILADELPHIA, PA 19110 |
| CAROL KERR<br>ADDRESS REDACTED | CATHERINE MARKEL<br>ADDRESS REDACTED | CHRISTOPHER MCLAUGHLIN<br>ADDRESS REDACTED |
| CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 | CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHILADE<br>ATTN: MEGAN HARPER<br>1401 JFK BLVD, 5TH FL<br>PHILADELPHIA, PA 19102 | CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHIL<br>C/O CITY OF PHILADELPHIA LAW-TAX & REVENUE U<br>ATTN: MEGAN HARPER<br>1401 JFK BLVD, 5TH FL<br>PHILADELPHIA, PA 19102 |
| CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHILADE<br>C/O CITY OF PHILADELPHIA LAW-TAX & REVENUE UNIT<br>ATTN: MEGAN HARPER<br>1401 JFK BLVD, 5TH FL.<br>PHILADELPHIA, PA 19102 | CONNIE DOMINGO, MD<br>ADDRESS REDACTED | DEANNA FENNEKOHL<br>ADDRESS REDACTED |
| DEANNA FENNEKOHL<br>ADDRESS REDACTED | DENISE BROOKS<br>ADDRESS REDACTED | DIANA A BLACK<br>ADDRESS REDACTED |
| DIANA A. BLACK<br>ADDRESS REDACTED | DIANA BLACK<br>ADDRESS REDACTED | DIANA BLACK<br>C/O CENTER CITY HEALTHCARE<br>230 N BROAD ST<br>PHILADELPHIA, PA 19102 |
| DIANE FALCONE<br>ADDRESS REDACTED | DIANNA COFFIELD<br>ADDRESS REDACTED | DORIANNE SULLIVAN<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| DUFF SUPPLY COMPANY<br>DBA DUFF CO<br>ATTN: GEOFFREY M DUFFINE<br>201 EAST LAFAYETTE ST<br>NORRISTOWN, PA 19401 | DUFF SUPPLY COMPANY<br>DBA DUFF CO<br>ATTN: GEOFFREY M. DUFFINE<br>201 EAST LAFAYETTE ST<br>NORRISTOWN, PA 19401 | FAITH MICHIE<br>ADDRESS REDACTED |
| FELICIA RODRIGUEZ<br>ADDRESS REDACTED | FELICIA RODRIQUEZ<br>ADDRESS REDACTED | FOOT & ANKLE CENTER OF PHILADELPHIA, LLC<br>ATTN: STEVEN BOC, DPM<br>235 N BROAD ST, STE 300<br>PHILADELPHIA, PA 19102 |
| FOOT & ANKLE CENTER OF PHILADELPHIA, LLC<br>ATTN: STEVEN F BOC, DPM<br>235 N BROAD ST, STE 300<br>PHILADELPHIA, PA 19107 | FOOT & ANKLE CENTER OF PHILADELPHIA, LLC (DR. B<br>ATTN: STEVEN F BOC, DPM<br>235 N BROAD ST, STE 300<br>PHILADELPHIA, PA 19107 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 |
| FREEDOM SPECIALTY SERVICES<br>ATTN: CHRISTINA MAHON<br>1000 DELSEA DR, BLDG C UNIT 2<br>WESTVILLE, NJ 08093 | FREEDOM SPECIALTY SERVICES<br>ATTN: CHRISTINA MAHON<br>1000 DELSEA DR, BLDG C, UNIT 2<br>WESTVILLE, NJ 08093 | FREEDOM SPECIALTY SERVICES<br>ATTN: CHRISTINA MAYHON<br>1000 DELSEA DR, BLDG C UNIT 2<br>WESTVILLE, NJ 08093 |
| FREEDOM SPECIALTY SVC INC<br>1000 DELSEA DR, BLDG C, STE 2<br>WESTVILLE, NJ 08093 | GERTRUDIS BERROA, ADMINISTRATRIX<br>C/O KLINE & SPECTER, PC<br>ATTN: THOMAS E BOSWORTH<br>1525 LOCUST ST<br>PHILADELPHIA, PA 19102 | GINA SMYTH<br>ADDRESS REDACTED |
| GLORIA NICHOLS<br>ADDRESS REDACTED | GREGORY HOPPE<br>ADDRESS REDACTED | GWENDOLYN HEAD<br>ADDRESS REDACTED |
| GWENDOLYN HEAD<br>ADDRESS REDACTED | HEATHER KULP<br>ADDRESS REDACTED | HEATHER KULP<br>ADDRESS REDACTED |
| HEATHER ORMAN-LUBELL<br>ADDRESS REDACTED | HEATHER ORMAN-LUBELL<br>ADDRESS REDACTED | HEATHER ORMAN-LUBELL<br>ADDRESS REDACTED |
| HEATHER ORMAN-LUBELL<br>ADDRESS REDACTED | HEATHER ORMAN-LUBELL MD<br>ADDRESS REDACTED | HEATHER ORMAN-LUBELL MD<br>ADDRESS REDACTED |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>ATTN: DIANE MORGAN<br>200 CONNELL DR, STE 5000<br>BERKELY HEIGHTS, NJ  07922 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>ATTN: DIANE MORGAN<br>200 CONNELL DR.<br>STE 5000<br>BERKELY HEIGHTS, NJ  07922 | HEWLETT-PACKARD FINANCIAL SERVICES COMPAI<br>ATTN: DIR OF OPERATIONS, AMERICAS<br>200 CONNELL DR, STE 5000<br>BERKELEY HEIGHTS, NJ 07922 |
| HLM INC<br>DBA ACKERS HARDWARE<br>400B HUNTINGDON PIKE<br>ROCKLEDGE, PA 19046 | HLM INC<br>DBA ACKERS HARDWARE<br>ATTN: HAROLD DRAEDIGER<br>400B HUNTINGDON PIKE<br>ROCKLEDGE, PA 19046 | HLM INC<br>DBA ACKERS HARDWARE<br>ATTN: HAROLD PRAEDIGER<br>400B HUNTINGDON PIKE<br>ROCKLEDGE, PA 19046 |

| | | |
|---|---|---|
| HLM INC<br>DBA ACKERS HARDWARE<br>ATTN: HAROLD PRAEDIGER<br>400B HUNTINGTON PIKE<br>ROCKLEDGE, PA 19046 | HOA HUYNH<br>ADDRESS REDACTED | IBC-INDEPENDENCE BLUE CROSS<br>DEPARTMENT PROVIDER AUDIT @154<br>1901 MARKET ST<br>PHILADELPHIA, PA 19103-1480 |
| INNOVATIVE MEDICAL SPECIALTIES<br>6165 MONROE AVE<br>ELDERSBURG, MD 21784 | INNOVATIVE MEDICAL SPECIALTIES<br>6165 MONROE AVE<br>ELEDERSBURG, MD 21784 | INNOVATIVE MEDICAL SPECIALTIES<br>ATTN: ROBERT DAVID SCARBOROUGH, JR<br>6165 MONROE AVE<br>ELDERSBURG, MD 21784 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | JAMIE MCCOLLUM<br>ADDRESS REDACTED |
| JESSLY SAMUEL<br>ADDRESS REDACTED | JISHA MATHEW<br>ADDRESS REDACTED | JISHA MATTHEW<br>ADDRESS REDACTED |
| JOHN F. SCANLAN, INC<br>1238 BELMONT AVE<br>PHILADELPHIA, PA 19104 | JOHN F. SCANLAN, INC<br>ATTN: REGINA KNECHT<br>1238-46 BELMONT AVE<br>PHILADELPHIA, PA  19104 | JOHN F. SCANLAN, INC<br>ATTN: REGINA KNECHT<br>1238-46 BELMONT AVE<br>PHILADELPHIA, PA 19104 |
| JOYCE HUNTER<br>ADDRESS REDACTED | JULIE MEYERS<br>ADDRESS REDACTED | KAREN WHARTON<br>ADDRESS REDACTED |
| KATHLEEN RAMBO<br>ADDRESS REDACTED | KATHLEEN RAMBO<br>ADDRESS REDACTED | KELLY COLEMAN<br>ADDRESS REDACTED |
| KELLY COLEMAN<br>ADDRESS REDACTED | KENNETH BOYD<br>ADDRESS REDACTED | KENNETH BOYD<br>C/O BISHOP DORFMAN KROUPA & BISHOP PC<br>ATTN: WILLIAM BISHOP, ESQ.<br>1617 JFK BLVD, STE 1290<br>PHILADELPHIA, PA 19103-1811 |
| KIMBERLY MCDERMOTT<br>ADDRESS REDACTED | KIMBERLY MCDERMOTT<br>ADDRESS REDACTED | KIMBERLY MCDERMOTT<br>ADDRESS REDACTED |
| LABORATORY CORPORATION OF AMERICA<br>ATTN: LAW DEPT<br>430 SOUTH SPRING ST<br>BURLINGTON, NC 27215 | LABORATORY CORPORATION OF AMERICA<br>C/O JOHNSON LEGAL NETWORK, PLLC<br>ATTN: KAREN L WHITMER<br>535 WELLINGTON WY, STE 380<br>LEXINGTON, KY 40503 | LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 12140<br>BURLINGTON, NC 27216-2140 |
| LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 12190<br>BURLINGTON, NC 27216-2190 | LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 2240<br>BURLINGTON, NC 27216-2240 | LAI HUYNH<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| LAI HUYNH<br>ADDRESS REDACTED | LCA CALLECTIONS<br>ATTN: MONICA MCNAIR<br>258 VOLLKORN RD<br>MAGNOLIA, DE, 19962 | LCA CALLECTIONS<br>P.O. BOX 2240<br>BURLINGTON, NC 27216 |
| LEITERS ENTERPRISES<br>ATTN: WADE WILSON / BRYANNA GUENTERT<br>13796 COMPARK BLVD<br>ENGLEWOOD, CO 80112 | LEON SAUNDERS<br>ADDRESS REDACTED | LOIS M CRAMER<br>1901 JOHN F KENNEDY BLVD, APT 2520<br>PHILADELPHIA, PA 19103 |
| MAJOR KING<br>ADDRESS REDACTED | MALIK WILLIAMS<br>ADDRESS REDACTED | MARGARET NYCE<br>ADDRESS REDACTED |
| MARGUERITE FAULCKES<br>ADDRESS REDACTED | MARIA ALLEN<br>ADDRESS REDACTED | MARVA WINROW<br>ADDRESS REDACTED |
| MARY MCMONAGLE<br>ADDRESS REDACTED | MARY MCMONAGLE<br>ADDRESS REDACTED | MCKESSON CORP<br>DBA MCKESSON MEDICAL IMAGING CO<br>5995 WINDWARD PKWY<br>ALPHARETTA, GA 30005 |
| MCKESSON CORP<br>P.O. BOX 841838<br>DALLAS, TX 75284-1838 | MCKESSON CORP & ITS SUBSIDARIES<br>12748 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | MCKESSON CORPORATION<br>ATTN: STEPHANIE HAMPTON<br>6651 GATE PARTWAY<br>JACKSONVILLE, FL 32256 |
| MCKESSON CORPORATION<br>C/O BUCHALTER PC<br>ATTN: JEFFREY GARFINKLE<br>18400 VON KARMAN AVE, STE 800<br>IRVINE, CA 92612 | MCKESSON CORPORATION<br>C/O BUCHALTER, PC<br>ATTN: JEFFREY K. GARFINKLE, ESQ.<br>18400 VON KARMAN AVE, STE 800<br>IRVINE, CA 92612 | MCKESSON CORPORATION<br>C/O BUCHALTER, PC<br>ATTN: JEFFREY K.GARFINKLE<br>18400 VON KARMAN AVE, STE 800<br>IRVINE, CA 92612 |
| MCKESSON CORPORATION<br>C/O MCKESSON MEDICAL SURGICAL, INC<br>ATTN: STEPHANIE HAMPTON<br>6651 GATE PARTWAY<br>JACKSONVILLE, FL 32256 | MCKESSON CORPORATION<br>DBA MCKESSON SPECIALTY DISTRIB<br>P.O. BOX 841838<br>DALLAS, TX 75284-1838 | MCKESSON CORPORATION AND ITS AFFILIATES<br>ATTN: JEFFREY GARFINKLE<br>18400 VON KARMAN AVE, STE 800<br>IRVINE, CA 92612 |
| MCKESSON CORPORATION AND ITS AFFILIATES<br>ATTN: JOHN CRUMRINE<br>2975 EVERGREEN DR<br>DULUTH GA 30019 | MCKESSON CORPORATION AND ITS AFFILIATES<br>ATTN: JOHN CRUMRINE<br>2975 EVERGREEN DR<br>DULUTH, GA 30019 | MCKESSON CORPORATION AND ITS AFFILIATES<br>ATTN: STEPHANIE HAMPTON<br>6651 GATE PARTWAY<br>JACKSONVILLE, FL 32256 |
| MCKESSON CORPORATION AND ITS AFFILIATES<br>C/O BUCHALTER PC<br>ATTN: JEFFREY GARFINKLE<br>18400 VON KARMAN AVE, STE 800<br>IRVINE, CA 92612 | MCKESSON CORPORATION AND ITS AFFILIATES<br>C/O JOHN CRUMRINE<br>2975 EVERGREEN DR<br>DULUTH GA 30019 | MCKESSON CORPORATION AND ITS AFFILIATES<br>C/O JOHN CRUMRINE<br>2975 EVERGREEN DR<br>DULUTH GA 30019 |
| MCKESSON CORPORATION AND ITS AFFILIATES<br>C/O MCKESSON MEDICAL-SURGICAL INC<br>ATTN: STEPHANIE HAMPTON<br>6651 GATE PARTWAY<br>JACKSONVILLE, FL 32256 | MIA BIANCHI<br>6 BIRCH ST<br>PENNINGTON, NJ 08034 | MIA BIANCHI<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| MICHELE TRONOSKI<br>ADDRESS REDACTED | MICHELE TRONOSKI BACHERT<br>ADDRESS REDACTED | MILDRED CARRION<br>ADDRESS REDACTED |
| MORSEWATCHMANS, INC<br>2 MORSE RD<br>OXFORD, CT 06478 | MORSEWATCHMANS, INC<br>ATTN: DONNA L BUTLER<br>2 MORSE RD<br>OXFORD, CT 06478 | MORSEWATCHMANS, INC<br>ATTN: DONNA L BUTLER<br>2 MORSE RD<br>OXFORD, CT 06478 |
| NANCY RILEY<br>ADDRESS REDACTED | NANCY RILEY<br>ADDRESS REDACTED | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NICOLE BERTOLDI<br>ADDRESS REDACTED | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 |
| OPTO-SYSTEMS<br>ATTN: LINDA LACROIX<br>120 TERRY DR<br>NEWTOWN, PA 18940 | OPTO-SYSTEMS<br>P.O. BOX 1187<br>120 TERRY DR<br>NEWTOWN, PA 18940 | OPTO-SYSTEMS INC<br>P.O. BOX 1187<br>120 TERRY DR<br>NEWTOWN, PA 18940 |
| OPTO-SYSTEMS INC<br>P.O. BOX 1187<br>120 TERRY DR<br>NEWTOWN, PA 18940-1988 | P&C PHARMA<br>955 CONGRESS PARK DR<br>DAYTON, OH 45459 | P&C PHARMA<br>ATTN: J D'SILVA<br>714 E MONUMENT AVE<br>DAYTON, OH 45402 |
| P&C PHARMA<br>PATIENTS & CONSUMER PHARM CO<br>955 CONGRESS PARK DR<br>DAYTON, OH 45459 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 |
| PENSION FUND FOR HOSPITAL AND<br>HEALTH CARE EMPLOYEES<br>PHILADELPHIA AND VICINITY<br>AND LAVENE DEVALIA, EXEC DIR<br>1319 LOCUST ST, 3RD FL<br>PHILADELPHIA, PA 19107 | PENSION FUND FOR HOSPITAL AND HEALTH CARE EM<br>C/O O'DONOGHUE & O'DONOGHUE LLP<br>ATTN: LANCE GEREN<br>325 CHESTNUT ST, STE 600<br>PHILADELPHIA, PA 19106 | PENSION FUND FOR HOSPITAL AND HEALTH CARE<br>PHILADELPHIA AND VICINITY<br>AND LAVENE DEVALIA, EXEC DIR<br>1319 LOCUST ST, 3RD FL<br>PHILADELPHIA, PA 19107 |
| PENSION FUND FOR HOSPITAL AND HEALTH CARE EM<br>ATTN: LANCE GEREN<br>325 CHESTNUT ST, STE 600<br>PHILADELPHIA, PA 19106 | PENSION FUND FOR HOSPITAL AND HEALTHCARE EM<br>ATTN: LAVERNE DEVALIA<br>1319 LOCUST ST, 3RD FL<br>PHILADELPHIA, PA 19107 | PENSION FUND FOR HOSPITAL AND HEALTHCARE<br>ATTN: LAVERNE DEVALIA<br>1319 LOCUST ST, STE 300<br>PHILADELPHIA, PA 19107 |
| PENSION FUND FOR HOSPITAL AND HEALTHCARE EM<br>ATTN: MICHAEL BUSENKELL<br>1201 N ORANGE ST, 3RD FL<br>WILMINGTON, DE 19801 | PENSION FUND FOR HOSPITAL AND HEALTHCARE EM<br>ATTN: MICHAEL BUSENKELL<br>1201 N ORANGE ST, STE 300<br>WILMINGTON, DE 19801 | PENSION FUND FOR HOSPITAL AND HEALTHCARE<br>C/O GELLERT SCALI BUSENKELL & BROWN LLC<br>ATTN: MICHAEL BUSENKELL<br>1201 N ORANGE ST, 3RD FL<br>WILMINGTON, DE 19801 |
| PENSION FUND FOR HOSPITAL AND HEALTHCARE EM<br>C/O GELLERT SCALI BUSENKELL & BROWN LLC<br>ATTN: MICHAEL BUSENKELL<br>1201 N ORANGE ST, STE 300<br>WILMINGTON, DE 19801 | PENSION FUND FOR HOSPITAL AND HEALTHCARE EM<br>C/O GSBB LAW<br>ATTN: MICHAEL BUSENKELL<br>1201 N MARKET ST, 3RD FL<br>WILMINGTON, DE 19801 | PENSION FUND FOR HOSPITAL AND HEALTHCARE<br>C/O GSBB LAW<br>ATTN: MICHAEL BUSENKELL<br>1201 N ORANGE ST, 3RD FL<br>WILMINGTON, DE 19801 |

| | | |
|---|---|---|
| PENSION FUND FOR HOSPITAL AND HEALTHCARE EM<br>C/O GSBB LAW<br>ATTN: MICHAEL BUSENKELL<br>1201 N ORANGE ST, STE 300<br>WILMINGTON, DE 19801 | PERINATAL CARDIOLOGY CONSULT CORP<br>ATTN: SHARON WEIL MD<br>ST CHRISTOPHERS<br>115 BRENT DR<br>WALLINGFORD, PA 19086 | PERINATAL CARDIOLOGY CONSULTANTS<br>127 WEST CHESTER PIKE<br>HAVERTOWN, PA 19083 |
| PERINATAL CARDIOLOGY CONSULTANTS<br>ATTN: SHARON R. WEIL-CHALKER, MD<br>127 W CHESTER PIKE<br>HAVERTOWN, PA 19083 | PERINATAL CARDIOLOGY CONSULTANTS<br>ATTN: SHARON WEIL MD<br>115 BRENT DR<br>WALLINGFORD, PA 19086 | PHYLLIS JOHNSON<br>ADDRESS REDACTED |
| POWER SYSTEMS SPECIALISTS INC<br>P.O. BOX 1216<br>103 RTE 6<br>MILFORD, PA 18337 | PREMIER HEALTHCARE SOLUTIONS<br>5882 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | PREMIER HEALTHCARE SOLUTIONS<br>ATTN: KELLEY MASKERI<br>5882 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 |
| PREMIER HEALTHCARE SOLUTIONS, INC<br>ATTN: DAVID KLATSKY<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE, NC 28277 | PREMIER HEALTHCARE SOLUTIONS, INC<br>ATTN: DAVID KLATSKY / LAURA BINI<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE, NC 28277 | PREMIER HEALTHCARE SOLUTIONS, INC<br>C/O JEFFER MANGELS BUTLER & MITCHELL, LLP<br>ATTN: MARIANNE S. MARTIN / JESSICA NEWMAN<br>1900 AVE OF THE STARS, 17TH FL<br>LOS ANGELES, CA 90067 |
| PREMIER HEALTHCARE SOLUTIONS, INC<br>C/O JEFFER MANGELS BUTLER & MITCHELL, LLP<br>ATTN: MARIANNE S. MARTIN / JESSICA NEWMAN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 99067 | PREMIER HEALTHCARE SOLUTIONS, INC<br>C/O JEFFER MANGELS BUTLER & MITCHELL, LLP<br>ATTN: MARIANNE S. MARTIN / JESSICA NEWMAN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 | RALPH J HEARD<br>6200 EASTWICK AVE 306<br>PHILADELPHIA, PA 19142 |
| RHIANNON VANVOORHIS<br>ADDRESS REDACTED | ROCHELLE THOMPSON<br>ADDRESS REDACTED | SAMYRA WEBB<br>ADDRESS REDACTED |
| SAMYRA WEBB<br>ADDRESS REDACTED | SHADES OF GREEN, INC<br>1777 S PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067 | SHADES OF GREEN, INC<br>ATTN: JOHN A TORRENTE<br>1777 S PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067 |
| SHADES OF GREEN, INC<br>ATTN: JOHN A TORRENTE<br>BEGLEY, CARLIN & MANDIO, LLP<br>680 MIDDLETOWN BLVD<br>P.O. BOX 308<br>LANGHORNE, PA 19047 | SHADES OF GREEN, INC<br>ATTN: MICHAEL DINARDO<br>1777 S PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067 | SHADES OF GREEN, INC<br>C/O BEGLEY CARLIN MANDIO LLP<br>ATTN: JOHN A TORRENTE<br>680 MIDDLETOWN BLVD<br>P.O. BOX 308<br>LANGHORNE, PA 19047 |
| SHAINA VENEZIA<br>ADDRESS REDACTED | SHAY TOLBERT<br>ADDRESS REDACTED | SHAY TOLBERT<br>ADDRESS REDACTED |
| SHC SERVICES, INC<br>1640 W REDSTONE CENTER DR, STE 200<br>PARK CITY, UT 84098 | SHC SERVICES, INC<br>DBA SUPPLEMENTAL HEALTHCARE COMPANY<br>1640 W REDSTONE CENTER DR, STE 200<br>PARK CITY, UT 84098 | SHC SERVICES, INC<br>DBA SUPPLEMENTAL HEALTHCARE COMPANY<br>ATTN: OJE USIFO LONGE<br>2 RIVERWAY, STE 300<br>HOUSTON, TX 77056 |
| SHC SERVICES, INC<br>P.O. BOX 677896<br>DALLAS, TX 75267 | SINEM SAKARCAN<br>ADDRESS REDACTED | SINEM SAKARCAN<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ST CHRISTOPHER'S HOSPITAL<br>VICTORIA FLORES<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 | ST. MARY MEDICAL CENTER<br>1201 LANGHORNE-NEWTOWN RD<br>LANGHORNE, PA 19047 | STEPHEN JOHNSON<br>ADDRESS REDACTED |
| STEPHEN JOHNSON<br>ADDRESS REDACTED | SYSTEMATCH TECHNICAL MGMT SVC<br>555 ANDOVER PARK W, STE 201<br>TUKWILA, WA 98188 | SYSTEMATCH TECHNICAL MGMT SVC<br>DBA INDEMAND INTERPRETING<br>555 ANDOVER PARK W, STE 201<br>TUKWILA, WA 98188 |
| SYSTEMATECH TECHNICAL MANAGEMENT SERVICES,<br>DBA INDEMAND<br>AMN HEALTHCARE, INC.<br>ATTN: LEGAL<br>12400 HIGH BLUFF DR<br>SAN DIEGO, CA 92130 | SYSTEMATECH TECHNICAL MANAGEMENT SERVICES,<br>DBA INDEMAND INTERPRETING<br>555 ANDOVER PARK W, STE 201<br>TUKWILA, WA 98188 | SYSTEMATECH TECHNICAL MANAGEMENT SERVIC<br>DBA INDEMAND INTERPRETING<br>555 ANDOVER PARK WEST, STE 201<br>TUKWILA, WA 98188 |
| TIFFANY MOODY<br>ADDRESS REDACTED | TIFFANY MOODY<br>ADDRESS REDACTED | TIFFANY N. MOODY<br>ADDRESS REDACTED |
| TONYA WATSON<br>ADDRESS REDACTED | U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>C/O DEP'T OF JUSTICE CIVIL DIVISION<br>ATTN: MARC S. SACKS<br>1100 L ST., NW<br>WASHINGTON, DC 20005 | U.S. DEPARTMENT OF HEALTH AND HUMAN SERVIC<br>C/O OFFICE OF PROGRAM OPERATIONS & LOCAL E<br>ATTN: MARTIE ANN POLASKI<br>801 MARKET ST, STE 9400<br>PHILADELPHIA, PA 19107 |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>MARC S. SACKS, DEP'T OF JUSTICE CIVIL DIVISION<br>1100 L ST., NW<br>WASHINGTON, DC 20005 | UMS LITHOTRIPSY SERVICES OF GREATER PHILADELP<br>1700 W PARK DR, STE 410<br>WESTBOROUGH, MA 01581 | UMS LITHOTRIPSY SERVICES OF GREATER PHILAD<br>ATTN: RICHARD BURNAP<br>1700 W PARK DR, STE 410<br>WESTBOROUGH, MA 01581 |
| UMS LITHOTRIPSY SVC OF GREATER<br>PHILADELPHIA LLC<br>1700 W PARK DR, STE 410<br>WESTBOROUGH, MA 01581 | UMS MR FUSION SERVICES OF EASTERN PA, LLC<br>1700 W PARK DR, STE 410<br>WESTBOROUGH, MA 01581 | UMS MR FUSION SERVICES OF EASTERN PA, LLC<br>UMS MR FUSION SERVICES OF EASTERN<br>ATTN: RICHARD BURNAP<br>1700 W PARK DR<br>STE 410<br>WESTBOROUGH, MA 01581 |
| UMS MR FUSION SVC EASTERN PA LLC<br>1700 WEST PARK DR, STE 410<br>WESTBOROUGH, MA 01581 | UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 |
| UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTN: CDM / BANKRUPTCY<br>185 ASYLUM ST, 03B<br>HARTFORD, CT 06103 | UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTN: CDM/BANKRUPTCY / JAYSON RONNING<br>185 ASYLUM ST 03B<br>HARTFORD, CT 06103 | UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTN: CDM/BANKRUPTCY / PRIYA MUTHU<br>185 ASYLUM ST, 03B<br>HARTFORD, CT 06103 |
| UNITEDHEALTHCARE INSURANCE COMPANY<br>C/O CDM/BANKRUPTCY<br>ATTN: JAY A RONNING<br>185 ASYLUM ST - 03B<br>HARTFORD, CT 06103 | UNITEDHEALTHCARE INSURANCE COMPANY<br>CDM BANKRUPTCY<br>ATTN: JAYSON RONNING<br>185 ASYLUM ST - 03B<br>HARTFORD, CT 06103 | UNITEDHEALTHCARE SERVICES, INC.<br>ATTN: PRIYA MUTHU<br>185 ASYLUM ST<br>HARTFORD, CT 06103 |
| WILMA APONTE<br>ADDRESS REDACTED | WILMA APONTE<br>ADDRESS REDACTED | WILMINGTON UNIVERSITY<br>ATTN: DEAN<br>320 N DUPONT HWY<br>NEW CASTLE, DE 18720 |

Parties Served: 297