# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) Objection Deadline: November 20, 2020 at 4:00 p.m. (ET) |
| | ) |

## REPORT BY EISNERAMPER LLP OF
## COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
## PERIOD OF OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

Exhibit A:     STC OpCo, LLC - Transition Services Summary of Hours by Professionals
Transition Services Itemized Expenses

Exhibit B:     CRO Summary of Hours by Professional

Exhibit C:     Non-Transition Services Summary of Compensation by Project Category
Summary of Hours by Professionals
Summary Description of Services Provided

    EisnerAmper LLP ("**EisnerAmper**") hereby submits this Sixteenth Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period October 1, 2020 through October 31, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $347,106.05. EisnerAmper incurred $26,921.38, in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

37729036.1 11/10/2020

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Fees and Expense Schedule (9/1/2020-9/30/2020)**

| Services | Fees | Expenses | Total |
|---|---|---|---|
| STC Opco, LLC- Transition Services | $ 172,800.00 | $ 26,921.38 | $ 199,721.38 |
| CRO Services | 121,000.00 | - | 121,000.00 |
| Non- Transition Services | 53,306.05 | - | 53,306.05 |
| **Total** | **$ 347,106.05** | **$ 26,921.38** | **$ 374,027.43** |

# **EXHIBIT A**

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**October 1, 2020 through October 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Dion Oglesby | Director | 185.0 | $ 555.00 |
| Solomon Torres | Manager | 232.0 | 320.00 |
| **GRAND TOTAL** | | **417.0** | |

* Rates change annually effective August 1st.
**Fee amount is included in the bill to STC Opco, LLC

| Philadelphia Academic Health System, LLC | INVOICE | |
|---|---|---|
| | **Invoice #**  TSA - 010 | **Date**  11/6/2020 |
| **Bill to:**  STC OpCo, LLC | | |
| **Description** | | **Amount** |
| Monthly EisnerAmper Transition Services - October 2020 (10/1/2020 - 10/31/2020) | $ | 172,800.00 |
| EisnerAmper Administration and Technology Fee - October 2020 | | 6,912.00 |
| EisnerAmper Direct Expenses - October 2020 | | 20,009.38 |
| | $ | **199,721.38** |
| *Thank you for your payment!* | | |
| Please Remit Funding to: | | |
| Payee:  Philadelphia Academic Health System, LLC | | |
| Bank:  Wells Fargo Bank, NA | | |
| ABA Routing #: 121000248 | | |
| Bank Account #: 4127916021 | | |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---:|---|
| 10/01/2020 | Oglesby, Dion | Airline,RR,etc | $ 90.00 | Train to client in Philadelphia. No duplicate |
| 10/05/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train from client to NYC. Not duplicate |
| 10/05/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 10/06/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 10/06/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 10/07/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 10/08/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 10/08/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 10/12/2020 | Oglesby, Dion | Airline,RR,etc | 134.00 | Train from client to NYC. Not duplicate |
| 10/12/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 10/13/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 10/13/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 10/14/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 10/14/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 10/15/2020 | Oglesby, Dion | Airline,RR,etc | 134.00 | Train from client to NYC. Not duplicate |
| 10/15/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 10/26/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 10/26/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 10/27/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 10/27/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 10/28/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 10/28/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 10/29/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 10/29/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| | | **Airline,RR,etc Total** | **2,272.00** | |
| 10/05/2020 | Dreskin, Ronald | Hotel | 7,595.00 | Hotel |
| 10/11/2020 | Dreskin, Ronald | Hotel | 213.46 | Hotel stay in Philadelphia |
| 10/12/2020 | Dreskin, Ronald | Hotel | 213.46 | Hotel stay in Philadelphia |
| 10/30/2020 | Torres, Solomon | Hotel | 4,335.00 | November Rent |
| | | **Hotel Total** | **12,356.92** | |
| 10/01/2020 | Oglesby, Dion | Local Fares | 23.25 | Lyft from client location in Philadelphia |
| 10/01/2020 | Oglesby, Dion | Local Fares | 43.90 | Lyft to client location in Philadelphia |
| 10/05/2020 | Oglesby, Dion | Local Fares | 23.76 | Lyft from client location in Philadelphia |
| 10/05/2020 | Oglesby, Dion | Local Fares | 25.19 | Lyft to client location in Philadelphia |
| 10/06/2020 | Oglesby, Dion | Local Fares | 23.31 | Lyft from client location in Philadelphia |
| 10/06/2020 | Oglesby, Dion | Local Fares | 28.11 | Lyft to client location in Philadelphia |
| 10/07/2020 | Oglesby, Dion | Local Fares | 22.87 | Lyft from client location in Philadelphia |
| 10/07/2020 | Oglesby, Dion | Local Fares | 25.14 | Lyft to client location in Philadelphia |
| 10/08/2020 | Oglesby, Dion | Local Fares | 24.63 | Lyft from client location in Philadelphia |
| 10/08/2020 | Oglesby, Dion | Local Fares | 24.40 | Lyft to client location in Philadelphia |
| 10/12/2020 | Oglesby, Dion | Local Fares | 32.69 | Curb to client location in Philadelphia |
| 10/12/2020 | Oglesby, Dion | Local Fares | 22.70 | Lyft from client location in Philadelphia |
| 10/13/2020 | Oglesby, Dion | Local Fares | 24.16 | Lyft to client location in Philadelphia |
| 10/13/2020 | Oglesby, Dion | Local Fares | 23.34 | Lyft from client location in Philadelphia |
| 10/14/2020 | Oglesby, Dion | Local Fares | 22.87 | Lyft from client location in Philadelphia |
| 10/14/2020 | Oglesby, Dion | Local Fares | 23.95 | Lyft to client location in Philadelphia |
| 10/15/2020 | Oglesby, Dion | Local Fares | 26.55 | Lyft from client location in Philadelphia |
| 10/15/2020 | Oglesby, Dion | Local Fares | 23.90 | Lyft to client location in Philadelphia |
| 10/26/2020 | Oglesby, Dion | Local Fares | 35.81 | Curb to client location in Philadelphia |
| 10/26/2020 | Oglesby, Dion | Local Fares | 21.86 | Lyft from client location in Philadelphia |
| 10/27/2020 | Oglesby, Dion | Local Fares | 23.90 | Lyft from client location in Philadelphia |
| 10/27/2020 | Oglesby, Dion | Local Fares | 24.79 | Lyft to client location in Philadelphia |
| 10/28/2020 | Oglesby, Dion | Local Fares | 24.01 | Lyft from client location in Philadelphia |
| 10/28/2020 | Oglesby, Dion | Local Fares | 24.45 | Lyft to client location in Philadelphia |
| 10/29/2020 | Oglesby, Dion | Local Fares | 30.00 | Lyft from client location in Philadelphia |
| 10/29/2020 | Oglesby, Dion | Local Fares | 45.37 | Lyft to client location in Philadelphia |
| | | **Local Fares Total** | **694.91** | |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---:|---|
| 10/01/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 10/01/2020 | Oglesby, Dion | Meals | 14.52 | Lunch in client cafeteria in Philadelphia |
| 10/01/2020 | Torres, Solomon | Meals | 96.72 | Meals |
| 10/02/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 10/05/2020 | Oglesby, Dion | Meals | 4.72 | Breakfast in client cafeteria in Philadelphia |
| 10/05/2020 | Oglesby, Dion | Meals | 11.32 | Lunch in client cafeteria in Philadelphia |
| 10/05/2020 | Torres, Solomon | Meals | 25.00 | Meals |
| 10/06/2020 | Oglesby, Dion | Meals | 4.72 | Lunch in client cafeteria in Philadelphia |
| 10/06/2020 | Oglesby, Dion | Meals | 6.45 | Lunch in client cafeteria in Philadelphia |
| 10/06/2020 | Torres, Solomon | Meals | 122.26 | Meals |
| 10/07/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 10/07/2020 | Oglesby, Dion | Meals | 4.83 | Lunch in client cafeteria in Philadelphia |
| 10/07/2020 | Torres, Solomon | Meals | 49.70 | Meals |
| 10/08/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 10/08/2020 | Oglesby, Dion | Meals | 12.82 | Lunch in client cafeteria in Philadelphia |
| 10/08/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 10/12/2020 | Oglesby, Dion | Meals | 4.72 | Breakfast in client cafeteria in Philadelphia |
| 10/12/2020 | Oglesby, Dion | Meals | 7.10 | Lunch in client cafeteria in Philadelphia |
| 10/12/2020 | Torres, Solomon | Meals | 16.51 | Meals |
| 10/13/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 10/13/2020 | Oglesby, Dion | Meals | 11.74 | Lunch in client cafeteria in Philadelphia |
| 10/13/2020 | Torres, Solomon | Meals | 255.39 | Meals |
| 10/14/2020 | Oglesby, Dion | Meals | 5.25 | Breakfast in client cafeteria in Philadelphia |
| 10/14/2020 | Oglesby, Dion | Meals | 2.79 | Lunch in client cafeteria in Philadelphia |
| 10/14/2020 | Dreskin, Ronald | Meals | 15.01 | Meals lunch |
| 10/14/2020 | Torres, Solomon | Meals | 124.64 | Meals |
| 10/15/2020 | Oglesby, Dion | Meals | 4.72 | Breakfast in client cafeteria in Philadelphia |
| 10/15/2020 | Oglesby, Dion | Meals | 9.69 | Lunch in client cafeteria in Philadelphia |
| 10/15/2020 | Dreskin, Ronald | Meals | 95.55 | Meals lunch meeting |
| 10/15/2020 | Torres, Solomon | Meals | 94.60 | Meals |
| 10/16/2020 | Torres, Solomon | Meals | 26.60 | Meals |
| 10/19/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 10/20/2020 | Torres, Solomon | Meals | 98.88 | Meals |
| 10/21/2020 | Torres, Solomon | Meals | 117.05 | Meals |
| 10/22/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 10/23/2020 | Torres, Solomon | Meals | 58.10 | Meals |
| 10/26/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |
| 10/26/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 10/27/2020 | Oglesby, Dion | Meals | 6.23 | Breakfast in client cafeteria in Philadelphia |
| 10/27/2020 | Torres, Solomon | Meals | 201.87 | Blum Meal |
| 10/28/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |
| 10/28/2020 | Torres, Solomon | Meals | 93.44 | Meals |
| 10/29/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |
| 10/29/2020 | Torres, Solomon | Meals | 59.12 | Meals |
| 10/30/2020 | Torres, Solomon | Meals | 128.52 | Meals |
| | | **Meals Total** | **1,864.15** | |
| 10/01/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/02/2020 | Dreskin, Ronald | Mileage | 154.86 | Mileage roundtrip to Stamford |
| 10/02/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 10/05/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 10/06/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/07/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/08/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 10/09/2020 | Dreskin, Ronald | Mileage | 154.86 | Mileage roundtrip to Stamford |
| 10/12/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 10/13/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/14/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/15/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/16/2020 | Dreskin, Ronald | Mileage | 154.86 | Mileage roundtrip to Stamford |
| 10/16/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 10/19/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 10/20/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/21/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/22/2020 | Torres, Solomon | Mileage | 26.10 | 45 miles |
| 10/23/2020 | Dreskin, Ronald | Mileage | 154.86 | Mileage roundtrip to Stamford |
| 10/23/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 10/26/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 10/27/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/28/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/29/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/30/2020 | Dreskin, Ronald | Mileage | 154.86 | Mileage roundtrip to Stamford |
| 10/30/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 10/31/2020 | Torres, Solomon | Mileage | 74.24 | 128 miles |
| | | **Mileage Total** | **1,654.16** | |
| 10/08/2020 | Torres, Solomon | Misc. | 413.25 | 4 Tripods for screening |
| | | **Misc. Total** | **413.25** | |
| 10/19/2020 | Torres, Solomon | Telephone | 133.44 | Cell phone at @75% |
| | | **Telephone Total** | **133.44** | |
| 10/02/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 10/05/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 10/08/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 10/12/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 10/16/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 10/19/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 10/23/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 10/26/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 10/30/2020 | Torres, Solomon | Tolls/Parking | 315.00 | Monthly Parking |
| 10/31/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| | | **Tolls/Parking Total** | **620.55** | |

| | |
|---|---|
| **Total Expenses** | 20,009.38 |
| **Administration and Technology Fee** | 6,912.00 |
| | **$ 26,921.38** |

| | |
|---|---|
| **Airline,RR,etc Total** | 2,272.00 |
| **Hotel Total** | 12,356.92 |
| **Local Fares Total** | 694.91 |
| **Meals Total** | 1,864.15 |
| **Mileage Total** | 1,654.16 |
| **Misc. Total** | 413.25 |
| **Telephone Total** | 133.44 |
| **Tolls/Parking Total** | 620.55 |
| **Total Expenses** | 20,009.38 |
| **Administration and Technology Fee** | 6,912.00 |
| | **$ 26,921.38** |

# EXHIBIT B

**CRO Summary of Hours by Professional**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**October 1, 2020 through October 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 142.6 | $ 655.00 |
| **GRAND TOTAL** | | **142.6** | |

\* Rates change annually effective August 1st.

# **EXHIBIT C**

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

37729036.1 11/10/2020

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**October 1, 2020 through October 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Robert Katz, CPA | M. Director | 0.4 | $ 580.00 | $ 232.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 4.3 | 555.00 | 2,386.50 |
| Sheldon Orlov, CPA | Director | 12.5 | 535.00 | 6,687.50 |
| Susannah Prill, CPA | Sr. Manager | 16.6 | 410.00 | 6,806.00 |
| Andrew Still, CPA, CFE | Manager | 130.5 | 330.00 | 43,065.00 |
| Henry Vargas, CPA | Staff II | 11.9 | 260.00 | 3,094.00 |
| Richard DePiano | Staff I | 0.8 | 215.00 | 172.00 |
| DelMarie Velazquez | Paraprofessional | 2.0 | 135.00 | 270.00 |
| **TOTAL HOURS AND FEES** | | | | **62,713.00** |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | **(9,406.95)** |
| **GRAND TOTAL** | | **179.0** | **$ 297.80** | **$53,306.05** |

* Rates change annually effective August 1st.

Exhibit C    Case 19-11466-MFW    Doc 1881    Filed 11/10/20    Page 13 of 13

| Professionals | Sum of Hours | Sum of Fees |
|---|---|---|
| **Andrew Still** | **130.5** | **$ 43,065.00** |
| Consulting | 130.5 | 43,065.00 |
| **DelMarie Velazquez** | **2.0** | **270.00** |
| Fee/Employment Application | 2.0 | 270.00 |
| **Henry Vargas** | **11.9** | **3,094.00** |
| Claims Admin & Objections | 11.9 | 3,094.00 |
| **Richard DePiano** | **0.8** | **172.00** |
| Business Analysis | 0.8 | 172.00 |
| **Robert Katz** | **0.4** | **232.00** |
| Claims Admin & Objections | 0.4 | 232.00 |
| **Sheldon Orlov** | **12.5** | **6,687.50** |
| Consulting | 12.5 | 6,687.50 |
| **Susannah Prill** | **16.6** | **6,806.00** |
| Claims Admin & Objections | 12.1 | 4,961.00 |
| Consulting | 4.5 | 1,845.00 |
| **William Pederson** | **4.3** | **2,386.50** |
| Consulting | 0.5 | 277.50 |
| Data Analysis | 0.2 | 111.00 |
| Operating Reports | 3.2 | 1,776.00 |
| Projections, Etc. | 0.4 | 222.00 |
| **Grand Total** | **179.0** | **$ 62,713.00** |