# EXHIBIT B

**Project Liberty Post-Close Legal Entity Organizational Chart**

37742936.1 11/12/2020



# Project Liberty Post-Close Legal Entity Organization Chart

Notes:
1) MBNF Investments, LLC owned by Freedman family and controlled by Joel Freedman

December 2017

# Project Liberty Post-Close Legal Entity Organization Chart
## Detailed Property Description Inset

| Property Insert | Property Name | Title Premises | New Lot | Proposed Grantee | Address | OPA Account |
|---|---|---|---|---|---|---|
| A | STC Hospital | STC A | STC Lot 1 | Front Street Healthcare Properties, LLC | 160 E. Erie Avenue | 777011735 |
| B | (Nelson Pavilion MOB) | STC A | STC Lot 3 | Front Street Healthcare Properties II, LLC (f.k.a. PAHH Bobst MOB, LLC) | 3647-3669 N. Front Street | 883001100 |
| B | (warehouse) | STC B | STC Lot 4 | Front Street Healthcare Properties II, LLC (f.k.a. PAHH Bobst MOB, LLC) | 3843-3863 D Street | 884460950 |
| C | North Tower, South Tower | HUH I and J | HUH South Lot A | Broad Street Healthcare Properties, LLC | 222-248 N. Broad Street | 772025002 |
| C | (land next to SHSH Building) | HUH L | HUH South Lot F | Broad Street Healthcare Properties, LLC | 221-223 N. 15th Street | 772028498 |
| C | Stiles Alumni Hall | HUH C | HUH North Lot 3 | Broad Street Healthcare Properties, LLC | 325 N. 15th Street | 881038202 |
| D | Martinelli Park | HUH M, N and O | HUH North Lot 1 | Broad Street Healthcare Properties II, LLC (f.k.a. Center City Physician Associates, LLC) | 300-304 N. Broad Street | 885620242 |
| D | (surface parking) | HUH P | HUH South Lot 9 | Broad Street Healthcare Properties II, LLC (f.k.a. Center City Physician Associates, LLC) | 211-213 N. Broad Street | 885467980 |
| E | (redevelopment land/surface parking) (city block) | HUH Q-Y | HUH South Lot D | Broad Street Healthcare Properties III, LLC (f.k.a. St. Christopher's Physician Associates, LLC) | 200-214 N. Broad Street | 885467862 |
| E | SHSH Building (city block) | HUH D and K | HUH South Lot E | Broad Street Healthcare Properties III, LLC (f.k.a. St. Christopher's Physician Associates, LLC) | 201-219 N. 15th Street | 772028496 |
| (i) | New College (city block) | HUH F | HUH South Lot B | PAHH New College MOB, LLC | 225-251 15th Street | 772028502 |
| (ii) | Bellet | HUH A | HUH South Lot 7 | PAHH Bellet MOB, LLC | 1501-1511 N. Race Street | 772027000 |
| (iii) | Broad Street Clinic | HUH H | HUH South Lot 8 | PAHH Broad Street MOB, LLC | 231-233 N. Broad Street | 777011550 |
| (iv) | Myer Feinstein Polyclinic (city block) | HUH E | HUH South Lot C | PAHH Feinstein MOB, LLC | 216-220 N. Broad Street | 772024002 |
| (iv) | Bobst (city block) | HUH G | HUH South Lot C | PAHH Feinstein MOB, LLC | 216-220 N. Broad Street | 772024002 |
| (v) | Wood St. Garage | HUH B | HUH North Lot 2 | PAHH Wood Street Garage, LLC | 306-320 N. Broad Street | 883400102 |
| (vi) | Erie St. Garage | STC A | STC Lot 2 | PAHH Erie Street Garage, LLC | 120 E. Erie Avenue | 883400800 |

April 2018