IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | ) Case No. 19-11466 (MFW) <br> ) Jointly Administered |
| Debtors. | ) Hearing Date: November 30, 2020 at 10:30 a.m. (EST) <br> ) Objection Deadline: November 23, 2020 at 4:00 p.m. (EST) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 12, 2020, the above-referenced debtors and debtors in possession (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") filed the **Joint Motion of the Debtors and the Official Committee of Unsecured Creditors For Approval of Consent Order Regarding Committee Discovery of Debtors and Related Relief Regarding the Application and Waiver of Privileges** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Debtors and the Creditors' Committee, so as to actually be received by or before **November 23, 2020 at 4:00 p.m. (EST)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held on **November 30, 2020 at 10:30 a.m. (EST)**, before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801.

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, PA 19102.

37721339.10 11/12/2020

...

Dated: November 12, 2020
Wilmington, Delaware

| **SAUL EWING ARNSTEIN & LEHR LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| /s/ *Mark Minuti* | /s/ *Seth A. Niederman* |
| Mark Minuti (DE Bar No. 2659) | Seth A. Niederman (No. 4588) |
| Monique B. DiSabatino (DE Bar No. 6027) | 919 North Market Street, Suite 300 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19899 |
| P.O. Box 1266 | Telephone: 302-654-7444 |
| Wilmington, DE 19899 | Facsimile: 302-6568920 |
| Telephone: (302) 421-6800 | Email: sniederman@foxrothschild.com |
| Fax: (302) 421-5873 | |
| mark.minuti@saul.com | - and – |
| monique.disabatino@saul.com | |
| | Andrew H. Sherman (*pro hac vice*) |
| - and – | Boris I. Mankovetskiy (*pro hac vice*) |
| | **SILLS CUMMIS & GROSS P.C.** |
| Jeffrey C. Hampton | One Riverfront Plaza |
| Adam H. Isenberg | Newark, NJ 07102 |
| Centre Square West | Telephone:  973-643-7000 |
| 1500 Market Street, 38th Floor | Facsimile:  973-643-6500 |
| Philadelphia, PA 19102 | Email:  asherman@sillscummis.com |
| Telephone: (215) 972-7777 | bmankovetskiy@sillscummis.com |
| Fax: (215) 972-7725 | |
| jeffrey.hampton@saul.com | *Counsel for the Official Committee* |
| adam.isenberg@saul.com | *of Unsecured Creditors* |
| | |
| *Counsel for the Debtors and Debtors in Possession* | |