# **Exhibit D**

**(Declaration of John Dinome, Esquire)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) |

**DECLARATION OF JOHN DINOME, ESQUIRE**
**IN SUPPORT OF JOINT MOTION OF THE DEBTORS AND**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR APPROVAL OF CONSENT ORDER REGARDING**
**COMMITTEE DISCOVERY OF DEBTORS AND RELATED RELIEF**

I, John DiNome, Esquire, hereby declare as follows:

1. I am the Chief Human Resources Officer and Assistant General Counsel to the above-referenced debtors (the "Debtors"). I have served in these capacities since June, 2018.

2. I submit this Declaration in support of the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Consent Order Regarding Committee Discovery of Debtors and Related Relief Regarding the Application and Waiver of Privileges (the "Joint Motion").

3. My job duties include the development and implementation of system-wide strategic human resources initiatives, labor negotiations, investigations, staff performance evaluations, benefits, training, and all labor and employment related litigation and claims.

4. As part of my duties, I am responsible for enforcing the human resources policies that have been implemented by the debtors and debtors in possession (collectively, the "**Debtors**").

5. One of the Debtors' human resources policies is HR 4.514, titled Use of Information and Technology Systems (the "**Policy**"). A true and accurate copy of the Policy is attached hereto as **Exhibit A**.

6. To the best of my knowledge, the Policy was originally promulgated on January 1, 1993. *Id.* at 1. Over time, it underwent several revisions by Tenet Business Services Corporation ("Tenet"), the prior owner of the Debtors' assets. The most recent revision to the Policy was dated August 18, 2009. *Id.*

7. After acquiring their assets from Tenet, the Debtors continued to maintain and apply the Policy.

8. The stated purpose of the Policy was:

> [t]o ensure [the Debtors'] technology and information systems such as voice-mail, e-mail, computers, associated computer networks, software, the Internet and other related technologies are used for business purposes only, to notify employees that they must refrain from personal use of these systems, to advise employees that all information stored in or transmitted through such systems, as well as the equipment itself is company property and to alert all employees of the privacy and confidentiality limitations inherent in the use of such company systems.

*Id*.

9. The Policy stated that it "governs the use of [the Debtors'] electronic mail (e-mail) and voice mail systems, Internet usage on company systems, computers, computer systems . . . and software resident on any of these systems." *Id*.

10. The Policy also warned that any personal communications may be accessed, viewed, read, or retrieved by the Debtors:

> Employees should not expect privacy with regard to [the Debtors'] information systems. Any communication which is private, confidential or personal should not be placed on [the Debtors'] information systems. Employees should expect that any e-mail or voice mail message that is created, sent or received and that any file in the computer network, in local PCS or on disks located on [the Debtors'] property may be read or listened

> to at any time. [The Debtors] expressly reserves the right to intercept, read, review, access and disclose all e-mail messages, to intercept, listen to, review, access and disclose all voice mail messages and to intercept, read, review, access and disclose all computer files, including, but not limited to Internet usage and Web sites that you have accessed. Every time you use or log on to these devices you are consenting to such action.

*Id.* at 3.

11. The Policy further advised users to "note that it is possible that [the Debtors] could choose to or be compelled to produce e-mail and computer files in litigation." *Id.* Finally, the policy required that employees "[u]tilize the computer and computer networks solely for company business in accordance with this policy." *Id.* at 5.

12. For a period of time after the Debtors acquired their assets from Tenet, certain Tenet employees who were hired by the Debtors (the "**Legacy Employees**"), continued to use email addresses with a Tenet domain name (i.e. john.doe@tenethealth.com), operating over a server provided to the Debtors (the "**Debtors' Servers**") pursuant to a contract with NTT Data Services, LLC ("**NTT**"). New employees of the Debtors, and eventually the Legacy Employees, were issued email addresses under the domain name "americanacademic.com" (i.e., john.doe@americanacademic.com), operating over the Debtors' Servers.

13. The domain name "americanacademic.com" was originally chosen based upon the aspirational goals of Mr. Joel Freedman, the ultimate owner of the Debtors, to acquire other distressed healthcare operations outside of Philadelphia through other entities affiliated with Mr. Freedman under the umbrella of the indirect holding entity, American Academic Health System, LLC ("**AAHS**"). But, the Debtors' businesses failed, no other healthcare operations were established or acquired and, to my knowledge, no entities, other than the Debtors, used the "americanacademic.com" domain name.

14. The emails sent and received using the Debtors' email system are stored on the Debtors' Servers.

15. The Debtors, not AAHS, contracted with and paid NTT to manage the email system and Debtors' Servers on behalf of the Debtors.

16. The Debtors' and NTT's employees have access to emails sent or received using the Debtors' system and/or stored on the Debtors' Servers.

17. Mr. Freedman and Svetlana Attestatova, who represented some or all of the MBNF Non-Debtor Entities (as such term is defined in the Joint Motion) and who also served as the Debtors' General Counsel, were provided with email accounts by the Debtors for the purpose of conducting business relating to the Debtors and performing their duties for the Debtors.

18. Like my own email account and the email accounts for all employees of Debtor Philadelphia Academic Health System, LLC, Mr. Freedman and Ms. Attestatova's Debtor-provided email accounts used the "americanacademic.com" domain name.

19. These email accounts utilized and are stored on the Debtors' email system and the Debtors' Servers. Accordingly, the Debtors are currently in possession, custody, and control of Mr. Freedman and Ms. Attestatova's emails sent and received using the Debtors' email system and Debtors' Servers.

20. The Policy applied to Mr. Freedman and Ms. Attestatova's use of the Debtors' email system and servers.

21. Mr. Freedman and Ms. Attestatova were, at all times relevant to the issues raised in the Joint Motion, aware of the Policy and its application to their use of the Debtors' email system and servers. In fact, I worked directly with Mr. Freedman and Ms. Attestatova to draft proposed

-5-

updates and changes to the Policy, but due to other pressing matters, the Policy was never changed or updated.

22. The Debtors were permitted by the Policy to intercept, read, review, access, and disclose any and all emails sent or received by Mr. Freedman or Ms. Attestatova using the Debtors' email system and the Debtors' Servers.

23. Mr. Freedman and Ms. Attestatova also maintain different email accounts using a different email system and servers that are owned by the MBNF Non-Debtor Entities. Those email accounts use a different domain name: "pldn.com."

24. The Policy does not apply to those non-Debtor-owned email accounts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 12, 2020

*/s/ John DiNome*
John DiNome, Esquire

**Exhibit A**

**Policy**

| Hahnemann University Hospital | **Human Resources Policy** | **No.** | HR 4.514 |
|---|---|---|---|
| | **Title:**<br><br>**USE OF INFORMATION AND TECHNOLOGY SYSTEMS** | **Page** | 1 of 6 |
| | | **Revised/Review Date:** | 08/18/2009<br>01/31/2007<br>01/31/2006<br>09/01/2004 |
| | | **Original Date:** | 01-01-1993 |

**PURPOSE**

To ensure Tenet's technology and information systems such as voice-mail, e-mail, computers, associated computer networks, software, the Internet and other related technologies are used for business purposes only, to notify employees that they must refrain from personal use of these systems, to advise employees that all information stored in or transmitted through such systems, as well as the equipment itself is company property and to alert all employees of the privacy and confidentiality limitations inherent in the use of such company systems.

**POLICY**

This policy governs the use of Tenet's electronic mail (e-mail) and voice mail systems, Internet usage on company systems, computers, computer systems (sometimes referred to collectively as "information systems" in this policy) and software resident on any of these systems.

Computers, including portable computers, computer files, terminals, Internet-connected terminals, the e-mail system, the voice-mail system and software furnished to employees are Tenet property and intended for business use only. These information systems, together with the Internet, assist Tenet in conducting business internally and externally. The equipment which makes up these systems together with the data stored in the systems, are and remain at all times, the property of Tenet whether they are located in your home, at a remote location or in the office. As such, all messages or information created, sent, received or stored in the systems as well as all information and materials downloaded into Tenet systems are and remain the property of Tenet. Employees should not use a password, access a file, or retrieve any stored communication without

| Hahnemann University Hospital | **Human Resources Policy** | **No.** | HR 4.514 |
|---|---|---|---|
| | **Title:** USE OF INFORMATION AND TECHNOLOGY SYSTEMS | **Page** | 2 of 6 |
| | | **Revised/Review Date:** | 08/18/2009 01/31/2007 01/31/2006 09/01/2004 |
| | | **Original Date:** | 01-01-1993 |

authorization. To ensure compliance with this policy, computer and e-mail usage may be monitored.

Tenet strives to maintain a workplace free of harassment and sensitive to the diversity of its employees. Therefore, Tenet prohibits the use of voice-mail, computers and the e-mail and Internet systems in ways that are disruptive, offensive to others, or harmful to morale. Further, employees are expressly prohibited from abusing Tenet's information systems.

Examples of inappropriate use of the information systems include, but are not limited to, the following:

(a) threatening or harassing other employees;

(b) using obscene or abusive language;

(c) creating, displaying or transmitting offensive or derogatory images messages or cartoons regarding sex, race, religion, color, national original, marital status, age over 40, physical or mental disability, medical condition or sexual orientation or which in any way violate Tenet's policy prohibiting employment discrimination and harassment in employment;

(d) creating, displaying or transmitting "Junk mail" such as cartoons, gossip or "joke of the day" messages;

(e) creating, displaying or transmitting "chain letters"; and

| Hahnemann University Hospital | **Human Resources Policy** | No. | HR 4.514 |
|---|---|---|---|
| | Title: <br><br> **USE OF INFORMATION AND TECHNOLOGY SYSTEMS** | Page | 3 of 6 |
| | | **Revised/Review Date:** <br> 08/18/2009 <br> 01/31/2007 <br> 01/31/2006 <br> 09/01/2004 | |
| | | **Original Date:** 01-01-1993 | |

(f) soliciting or proselytizing others for commercial ventures or for religious, charitable or political causes. This includes "for sale" and "for rent" messages or any other personal notices.

Employees should not expect privacy with regard to Tenet's information systems. Any communication which is private, confidential or personal should not be placed on Tenet's information systems. Employees should expect that any e-mail or voice mail message that is created, sent or received and that any file in the computer network, in local PCS or on disks located on Tenet property may be read or listened to at any time. Tenet expressly reserves the right to intercept, read, review, access and disclose all e-mail messages, to intercept, listen to, review, access and disclose all voice mail messages and to intercept, read, review, access and disclose all computer files, including, but not limited to Internet usage and Web sites that you have accessed. Every time you use or log on to these devices you are consenting to such action. The reasons include without limitation, to investigate wrongdoing, to determine whether security breaches have occurred, to monitor compliance with policies and to obtain work product needed by other employees.

Deleting e-mail messages and computer files does not necessarily mean that there are not copies on the network or in storage or that the information cannot be retrieved. Accordingly, nothing should be written in a computer file or in e-mail that you would not put in a traditional hard copy document. Please note that it is possible that Tenet could choose to or be compelled to produce e-mail and computer files in litigation.

Tenet purchases and licenses the use of various computer software for business purposes and does not own the copyright to this software or its related documentation. Unless authorized by your Information Systems Director or

| Hahnemann University Hospital | **Human Resources Policy** | **No.** HR 4.514 |
|---|---|---|
| | **Title:** USE OF INFORMATION AND TECHNOLOGY SYSTEMS | **Page** 4 of 6 |
| | | **Revised/Review Date:** 08/18/2009 01/31/2007 01/31/2006 09/01/2004 |
| | | **Original Date:** 01-01-1993 |

Department Manager, Tenet does not have the right to produce such software for use on more than one computer.

It is our policy that we acquire software through legitimate means and respect agreements concerning the use and copying of software. Employees must not borrow, "bootleg" or copy Tenet-licensed software for personal use or utilize it outside the limits of the license agreement negotiated by Tenet. You may not use any personally-acquired software on our computers without the express approval of an Information Systems Director or Department.

Security of our information systems is a priority and the responsibility of all employees. Each employee must log off the PC he or she uses when away from the PC for extended periods and at the end of each workday. Computer log-on IDs and passwords for network access, e-mail, voice mail and other applications should never be revealed to anyone unless requested by authorized Tenet personnel. Caution should be taken that such requests for user ID and password information are in fact coming from authorized Tenet personnel.

Employees should notify their immediate supervisor, the Information Services Department or any member of management upon learning of violations of this policy. The information age makes it difficult to cover every possible emerging technology adequately as to its capacity for abuse. Employees are expected to use good judgment in using any Tenet provided business tool. While not all inclusive, any breach of the guidelines, statement or spirit of this policy, unless specifically authorized in writing by an authorized manager, may result in disciplinary action up to and including termination of employment.

**PROCEDURE**

| | Human Resources Policy | No. | HR 4.514 |
|---|---|---|---|
| Hahnemann University Hospital | **Title:**<br><br>USE OF INFORMATION AND TECHNOLOGY SYSTEMS | **Page** | 5 of 6 |
| | | **Revised/Review Date:**<br>08/18/2009<br>01/31/2007<br>01/31/2006<br>09/01/2004 | |
| | | **Original Date:** 01-01-1993 | |

*Employees*

1. Report any violations or potential problems with communication on voice-mail, on e-mail or use of other software to the department manager, Human Resources, or Administration.
2. Utilize the computer and computer networks solely for company business in accordance with this policy.

*Supervisors*

1. Report any violations or potential problems to Administration and Human Resources for appropriate corrective action with employees.
2. Assist Administration and/or Human Resources with any investigations pertaining to misuse of computers, software and networks.

*Facility Human Resources*

1. Assist Supervisors and/or Administration with investigations of misuse of computers, software and networks.
2. Assist Supervisors with corrective action pertaining to the misuse of computers, software and networks.

**APPROVALS**

**Medical Executive Committee Approval:**


**Administrative Approval:**

---

*Hahnemann University Hospital*
OUR EMPLOYEES ARE OUR MOST VALUABLE RESOURCE

| | **Human Resources Policy** | No. | HR 4.514 |
|---|---|---|---|
| Hahnemann University Hospital | **Title:**<br><br>**USE OF INFORMATION AND TECHNOLOGY SYSTEMS** | Page | 6 of 6 |
| | | **Revised/Review Date:**<br>08/18/2009<br>01/31/2007<br>01/31/2006<br>09/01/2004 | |
| | | **Original Date:** 01-01-1993 | |

_____

**Michael P. Halter**
**Chief Executive Officer**