**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) **Re:  Docket No. 1888** |

**NOTICE OF FILING OF PROPOSED ORDER APPROVING JOINT MOTION
OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS
FROM THE MBNF NON-DEBTOR ENTITIES**

PLEASE TAKE NOTICE that on November 12, 2020, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases and the Official Committee of Unsecured Creditors filed the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities* [Docket No. 1888].

PLEASE TAKE FURTHER NOTICE THAT, attached hereto as **Exhibit A**, is a proposed *Order Approving Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities.*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

Dated: November 13, 2020				**SAUL EWING ARNSTEIN & LEHR LLP**

By:	*/s/ Mark Minuti*
	Mark Minuti (DE Bar No. 2659)
	Monique B. DiSabatino (DE Bar No. 6027)
	1201 N. Market Street, Suite 2300
	P.O. Box 1266
	Wilmington, DE  19899
	Telephone: (302) 421-6800
	Fax: (302) 421-5873
	mark.minuti@saul.com
	monique.disabatino@saul.com

	-and-

	Jeffrey C. Hampton
	Adam H. Isenberg
	Centre Square West
	1500 Market Street, 38th Floor
	Philadelphia, PA 19102
	Telephone: (215) 972-7700
	Fax: (215) 972-7725
	jeffrey.hampton@saul.com
	adam.isenberg@saul.com

	*Counsel for Debtors and Debtors in Possession*

-2-