# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Case No. 19-11466 (MFW) |
| *et al.*,[1] | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) **Objection Deadline: December 3, 2020 at 4:00 p.m.** |
|  | ) **Hearing Date: December 14, 2020 at 11:30 a.m.** |

## NOTICE OF THIRD INTERIM FEE APPLICATION
## OF SAUL EWING ARNSTEIN & LEHR LLP

**PLEASE TAKE NOTICE** that on November 13, 2020, the *Third Interim Fee Application of Saul Ewing Arnstein & Lehr LLP* ("**Saul Ewing**"), *Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2020 through March 31, 2020* (the "**Application**") was filed with the Court. The Application seeks the approval of payment for professional services rendered as counsel to the Debtors in the amount of $915,543.65, together with reimbursement of disbursements in the amount of $18,161.40.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "**Interim Compensation Order**") and must be filed with the Clerk of the Bankruptcy Court and be served upon (i) Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (ii) counsel to the Debtors, Saul Ewing Arnstein & Lehr, LLP, 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899-1266 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffrey.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (iii) the Office United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (iii) counsel to the Official Committee of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Unsecured Creditors, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. [asherman@sillcummis.com] and Boris I. Mankovetskiy, Esq. [bmankovetskiy@sillcummis.com] and (b) Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan, Esq. [thoran@foxrothschild.com]), so as to be received by no later than **December 3, 2020 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Application will be held on **December 14, 2020 at 11:30 a.m.** before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 13, 2020			**SAUL EWING ARNSTEIN & LEHR LLP**

By:	*/s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*