# EXHIBIT A

**SUMMARY OF BLENDED RATE**

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed (2018) *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
|---|---|---|---|
| Senior Partners | 12 | $551.00 | $682.52 |
| Junior Partners | 1 | $434.00 | $449.97 |
| Special Counsel | 1 | $466.00 | $560.00 |
| Senior Associates | 3 | $336.00 | $411.31 |
| Junior Associates | 4 | $279.00 | $317.10 |
| Paralegal | 1 | $233.00 | $320.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $193.00 | $235.00 |
| **Aggregated:** | | **$437.00** | **$516.41** |