# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | 125.00 | $60,312.50 | 111.60 | $60,270.00 |
| Business Operations | 380.00 | $183,350.00 | 367.10 | $237,615.00 |
| Case Administration | 170.00 | $82,025.00 | 117.50 | $63,076.50 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 300.00 | $144,750.00 | 275.10 | $142,718.50 |
| Committee Matters | 25.00 | $12,062.50 | 41.10 | $28,573.50 |
| Creditor Inquiries | 25.00 | $12,062.50 | 12.20 | $5,047.00 |
| Employee Benefits and Pensions | 40.00 | $19,300.00 | 47.60 | $24,039.00 |
| Executory Contracts and Unexpired Leases | 200.00 | $96,500.00 | 197.30 | $96,712.50 |
| Fee/Employment Applications (Objections) | 15.00 | $7,237.50 | 0.00 | $0.00 |
| Fee/Employment Application (Saul Ewing) | 30.00 | $14,475.00 | 16.80 | $4,418.50 |
| Fee/Employment Applications (Other Professionals) | 15.00 | $7,237.50 | 17.90 | $5,649.50 |
| Financing and Cash Collateral | 20.00 | $9,650.00 | 3.10 | $1,424.50 |
| Labor Matters | 70.00 | $33,775.00 | 55.90 | $37,173.50 |
| Litigation: Contested Matters and Adversary Proceedings | 350.00 | $168,875.00 | 292.50 | $183,582.00 |
| Non-Working Travel | 40.00 | $19,300.00 | 31.60 | $20,708.50 |
| Plan and Disclosure Statement | 25.00 | $12,062.50 | 15.50 | $6,962.00 |
| Preparation for and Attendance at Hearing | 90.00 | $43,425.00 | 110.70 | $76,993.00 |
| Relief from Stay and Adequate Protection | 45.00 | $21,712.50 | 33.70 | $19,546.00 |
| UST Reports, Meetings and Issues | 35.00 | $16,887.50 | 21.70 | $10,165.00 |
| Utilities | 9.00 | $4,342.50 | 4.00 | $1,800.00 |
| **TOTAL** | 2009.00 | $969,342.50 | 1772.90 | $1,026,474.50 |
| **Minus Agreed Upon Discount** | | | | **($100,576.60)** |
| **Minus Non-Working Travel** | | | | **($10,354.25)** |
| **GRAND TOTAL** | **1946.00** | | **1772.90** | **$915,543.65** |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period |
|---|---|
| Partner | 9 |
| Counsel | 1 |
| Associate | 4 |
| Paralegal / Paraprofessional | 1 |

2