# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (3,401 pages @ $.10 per page) | | $340.10 |
| Color Photocopying (20 pages @ $.10 per page) | | $2.00 |
| Certificates of Good Standing | Pennsylvania Bureau of Corporations and Charitable Organizations | $280.00 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $540.40 |
| Filing Fees | United States District Court (pro hac motion); Pennsylvania Department of State and Delaware Division of Revenue (UCCs) | $2,443.00 |
| Legal Research | Westlaw | $11,335.60 |
| Meals | *See attached chart* | $1,067.32 |
| Messenger Service | Parcels, Inc. | $105.00 |
| Mileage | *See attached chart* | $545.49 |
| Notary Fees | Louis Bartella | $5.00 |
| Overnight Delivery | Federal Express | $80.09 |
| Parking | *See attached chart* | $321.00 |
| Tolls | *See attached chart* | $13.60 |
| Transcripts | Reliable Copy Service | $1,082.80 |
| **TOTAL** | | **$18,161.40** |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 01/06/20 | Joel C. Hopkins | (1) Joel C. Hopkins | (Mileage) Traveling from Harrisburg, PA to Philadelphia, PA and back for insurance meeting with client | $115.82 |
| 01/06/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for insurance meeting with client | $42.02 |
| 01/22/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for witness preparation | $38.78 |
| 01/21/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for preparing witnesses for hearing | $42.02 |
| 01/30/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for meeting with Committee | $38.23 |
| 03/02/20 | Aaron Applebaum | (1) Aaron Applebaum | (Mileage) Traveling from Glen Mills, PA to Philadelphia, PA and back for hospital walkthrough | $34.27 |
| 03/02/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for preparing witnesses for hearing | $40.60 |
| 03/03/20 | Adam Isenberg | (1) Adam Isenberg | Mileage) Traveling from Elkins Park, PA to Wilmington, DE and back for hearing | $45.05 |
| 03/03/20 | Joel Hopkins | (1) Joel Hopkins | Mileage) Traveling from Harrisburg, PA to Wilmington, DE and back for hearing | $108.10 |
| 03/11/20 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington, DE to Philadelphia, PA and back for meeting with client | $40.60 |
| 12/31/19 | Centre Square Parking | (1) Adam H. Isenberg | Parking in Philadelphia to work on objections to tail insurance motions | $35.00 |
| 01/06/20 | Centre Square Parking | (1) Joel C. Hopkins | Parking in Philadelphia for insurance meeting with client | $36.00 |
| 01/06/20 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for insurance meeting with client | $26.00 |

| | | | | |
|---|---|---|---|---|
| 01/22/20 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for witness preparation | $18.00 |
| 01/06/20 | Pennsylvania Turnpike Commission | (1) Joel C. Hopkins | Tolls traveling from Harrisburg, PA to Philadelphia, PA and back for insurance meeting with client | $13.60 |
| 01/21/20 | Centre Square Parking | (1) Mark Minuti | Parking in Philadelphia, PA for preparing witnesses for hearing | $26.00 |
| 01/30/20 | Centre Square Parking | (1) Mark Minuti | Parking in Philadelphia, PA for meeting with Committee | $36.00 |
| 03/02/20 | Parkway Corp. | (1) Aaron Applebaum | Parking in Philadelphia, PA for hospital walkthrough | $32.00 |
| 03/02/20 | Parkway Corp. Centre Square | (1) Mark Minuti | Parking in Philadelphia, PA for preparing witnesses for hearing | $36.00 |
| 03/03/20 | Colonial Parking Authority | (1) Adam Isenberg | Parking in Philadelphia, PA for hearing | $20.00 |
| 03/03/20 | Colonial Parking Authority | (1) Joel Hopkins | Parking in Philadelphia, PA for hearing | $20.00 |
| 03/11/20 | Parkway Corp. Centre Square | (1) Mark Minuti | Parking in Philadelphia, PA for meeting with client | $36.00 |
| | | | **TOTAL** | **$880.09** |

37614315.2 11/13/2020

| \[ \] | \[ \] | \[ \] | \[ \] | \[ \] |
|---|---|---|---|---|
| **MEALS DETAIL** | | | | |
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 08/20/19 | Urban Café | (12) Jeffrey Hampton, Adam Isenberg, Mark Minuti, John Dinome, John Demmy, Monique DiSabatino, Allen Wilen, Joelle Polesky, Gretchen Santamour, Joseph Catuzzi, Scott Victor, Jacqueline Roe | Breakfast preparing for continued DIP and Tenet's Motion to Compel Hearing | $122.99 |
| 01/06/20 | Pagano's Market | (7) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Albert Mezzaroba, Joel Hopkins, John Dinome, Brian Crocitto) | Lunch meeting regarding St. Christopher issues | $156.80 |
| 01/22/20 | Corner Bakery | (6) Jeffrey Hampton, Adam Isenberg, Mark Minuti, Allen Wilen, John Dinome, Ron Dreskin | Lunch during preparation of witnesses for hearing | $196.16 |
| 01/23/20 | Urban Café | N/A | Breakfast for 1/23 hearing (hearing was cancelled the prior evening and too late to cancel) | $90.00 |
| 01/30/20 | Corner Bakery | (9) Jeffrey Hampton, Adam Isenberg, Mark Minuti, Allen Wilen, John Dinome, Brian Crocitto, Andrew Sherman, Boris Mankovetskiy, Thomas Horan | Lunch meeting with Committee | $272.84 |
| 02/26/20 | Gateway Saladworks | (3) Allen Wilen, Jeffrey Hampton, Adam Isenberg | Lunch meeting with client to prepare for meeting with Committee | $36.53 |
| 03/03/20 | Urban Café | (9) John Dinome, Allen Wilen, Jeffrey Hampton, Mark Minuti, Adam Isenberg, Monique DiSabatino, Melissa Martinez, Joel Hopkins, Linda Ramsey | Breakfast preparing for hearing | $72.00 |
| 03/03/20 | Urban Café | (10) John Dinome, Allen Wilen, Jeffrey Hampton, Mark Minuti, Adam Isenberg, Albert Mezzaroba, Monique DiSabatino, Melissa Martinez, Joel Hopkins, Linda Ramsey | Lunch during break in hearing | $120.00 |
| | | **TOTAL** | | **$1067.32** |

37614315.2 11/13/2020