# EXHIBIT D

## BUDGET AND STAFFING PLANS

## January 2020

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | Expenses | N/A | $0.00 |
| 3 | Asset Sale Disposition | 50 | $24,125.00 |
| 4 | Business Operations | 130 | $62,725.00 |
| 5 | Case Administration | 100 | $48,250.00 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 150 | $72,375.00 |
| 7 | Committee Matters | 5 | $2,412.50 |
| 8 | Creditor Inquiries | 10 | $4,825.00 |
| 9 | Employee Benefits and Pensions | 15 | $7,237.50 |
| 10 | Executory Contracts and Unexpired Leases | 100 | $48,250.00 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,825.00 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,412.50 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,412.50 |
| 14 | DIP Financing and Cash Collateral | 15 | $7,237.50 |
| 15 | Labor Matters | 40 | $19,300.00 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 150 | $72,375.00 |
| 17 | Non-Working Travel | 25 | $12,062.50 |
| 18 | Plan and Disclosure Statement | 10 | $4,825.00 |
| 19 | Preparation for and Attendance at Hearings | 50 | $24,125.00 |
| 20 | Relief from Stay and Adequate Protection | 15 | $7,237.50 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 15 | $7,237.50 |
| 23 | Utilities | 3 | $1,447.50 |
| 24 | Post Confirmation | 0 | $0.00 |
| | Total: | 903 | $435,697.50 |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 9 | $410 per hour to $1025 per hour |
| Counsel | 1 | $395 per hour to $850 per hour |
| Associate | 4 | $260 per hour to $475 per hour |
| Paralegal | 1 | $125 per hour to $370 per hour |

-2-

**February 2020**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | Expenses | N/A | $2,000.00 |
| 3 | Asset Sale Disposition | 50 | $24,125.00 |
| 4 | Business Operations | 150 | $72,375.00 |
| 5 | Case Administration | 35 | $16,887.50 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 100 | $48,250.00 |
| 7 | Committee Matters | 15 | $7,237.50 |
| 8 | Creditor Inquiries | 10 | $4,825.00 |
| 9 | Employee Benefits and Pensions | 15 | $7,237.50 |
| 10 | Executory Contracts and Unexpired Leases | 50 | $24,125.00 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,825.00 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,412.50 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,412.50 |
| 14 | DIP Financing and Cash Collateral | 5 | $2,412.50 |
| 15 | Labor Matters | 25 | $12,062.50 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 50 | $24,125.00 |
| 17 | Non-Working Travel | 5 | $2,412.50 |
| 18 | Plan and Disclosure Statement | 10 | $4,825.00 |
| 19 | Preparation for and Attendance at Hearings | 15 | $7,237.50 |
| 20 | Relief from Stay and Adequate Protection | 20 | $9,650.00 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 10 | $4,825.00 |
| 23 | Utilities | 3 | $1,447.50 |
| 24 | Post Confirmation | 0 | $0.00 |
| | Total: | 588 | $285,710.00 |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 9 | $410 per hour to $1025 per hour |
| Counsel | 1 | $395 per hour to $850 per hour |
| Associate | 4 | $260 per hour to $475 per hour |
| Paralegal | 1 | $125 per hour to $370 per hour |

**March 2020**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | Expenses | N/A | $10,000.00 |
| 3 | Asset Sale Disposition | 25 | $12,062.50 |
| 4 | Business Operations | 100 | $48,250.00 |
| 5 | Case Administration | 35 | $16,887.50 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 50 | $24,125.00 |
| 7 | Committee Matters | 5 | $2,412.50 |
| 8 | Creditor Inquiries | 5 | $2,412.50 |
| 9 | Employee Benefits and Pensions | 10 | $4,825.00 |
| 10 | Executory Contracts and Unexpired Leases | 50 | $24,125.00 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,825.00 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,412.50 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,412.50 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 5 | $2,412.50 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 150 | $72,375.00 |
| 17 | Non-Working Travel | 10 | $4,825.00 |
| 18 | Plan and Disclosure Statement | 5 | $2,412.50 |
| 19 | Preparation for and Attendance at Hearings | 25 | $12,062.50 |
| 20 | Relief from Stay and Adequate Protection | 10 | $4,825.00 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 10 | $4,825.00 |
| 23 | Utilities | 3 | $1,447.50 |
| 24 | Post Confirmation | 0 | $0.00 |
| | Total: | 518 | $259,935.00 |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 9 | $410 per hour to $1025 per hour |
| Counsel | 1 | $395 per hour to $850 per hour |
| Associate | 4 | $260 per hour to $475 per hour |
| Paralegal | 1 | $125 per hour to $370 per hour |

-3-