## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 1888, 1891** |

**EMERGENCY MOTION OF THE MBNF NON-DEBTOR ENTITIES FOR AN ORDER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION <u>AND WAIVER OF PRIVILEGES</u>**

Philadelphia Academic Health Holdings, LLC, American Academic Health System, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, Paladin Healthcare Capital, LLC, MBNF Investments, LLC, Philadelphia Academic Risk Retention Group, LLC, and Joel Freedman (collectively the "<u>MBNF Non-Debtor Entities</u>"), by and through their undersigned counsel, move the Court to extend the deadline for the MBNF Non-Debtor Entities to file a response to (i) the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Non-Debtor Entities* [Docket No. 1888] (the "<u>Joint Motion to Compel</u>") and (ii) the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Consent Order Regarding Committee Discovery of Debtors and for Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 1891] (the "<u>Joint Motion to Approve Consent Order</u>" and together with the Joint Motion to Compel, the "<u>Joint Motions</u>") to December 7, 2020.  In support of the relief requested, the MBNF Non-Debtor Entities respectfully state as follows:

1.      In connection with the Debtors' and the Committee's Joint Investigation, on January 2, 2020, the Committee served a subpoena on the MBNF Non-Debtor Entities containing approximately 40 document requests (the "<u>MBNF 2004 Subpoena</u>").  After an extensive and costly review, the MBNF Non-Debtor Entities produced approximately 42,000 responsive documents to the Committee between April and June 2020.  On August 14, 2020, counsel to the MBNF Non-Debtor Entities provided the Committee with a privilege log.

2.      Over the last four months, the MBNF Non-Debtor Entities have undertaken an extensive effort, at great cost and burden, to respond to the Committee's many questions regarding the MBNF Non-Debtor Entities' privilege assertions.  Indeed, the MBNF Non-Debtor Entities have responded to approximately three letters (and multiple emails) containing over 30 detailed questions about the nuances of the MBNF Non-Debtor Entities' privilege assertions and numerous requests for additional information.  The parties have also had approximately five meet and confer calls in which the MBNF Non-Debtor Entities provided additional information and explained their privilege review process in detail.  The MBNF Non-Debtor Entities also voluntarily (i) revised and updated their privilege log to provide the additional information requested by the Committee; (ii) provided a detailed summary of the scope of representation of all of their outside

counsel identified in the privilege log; and (iii) re-reviewed and produced certain documents identified by the Committee.

3.      On November 12, 2020, notwithstanding the ongoing discussions, the Debtors and the Committee filed the Joint Motion to Compel.  By that motion, the Debtors and the Committee request that the Court order the MBNF Non-Debtor Entities either (i) to produce all documents withheld on the basis of attorney-client privilege or attorney work product or (ii) in the alternative, to submit certain categories of documents to a discovery master.

4.      Also on November 12, 2020, the Debtors and the Committee filed the Joint Motion to Approve Consent Order.  By the Joint Motion to Approve Consent Order, the Debtors and the Committee request approval of the *Consent Order Regarding Production of Documents by Debtors to Official Committee of Unsecured Creditors* (the "Consent Order").[2]  The proposed Consent Order seeks to permit the Debtors to produce potentially privileged emails that were sent from the MBNF Non-Debtor Entities' email accounts using the Debtors' servers.  The Debtors seek to produce these documents to the Committee without providing the MBNF Non-Debtor Entities an opportunity to review those emails for privilege before they are produced.

5.      The MBNF Non-Debtor Entities have incurred significant costs  (totaling well over half a million dollars) to review and produce approximately 42,000 documents, and have also worked in good faith, and continue to work in good faith, to resolve the discovery issues in the Joint Motions.

6.      The Joint Motions and the attached exhibits total more than 150 pages and raise a number of complex privilege issues.  For example, the Joint Motion to Compel challenges

---

[2] A copy of the Consent Order is attached as Exhibit 1 to the proposed order attached to the Joint Motion to Approve of Consent Order as Exhibit A.

the MBNF Non-Debtor Entities' privilege assertions over approximately six different categories

of documents and claims that the MBNF Non-Debtor Entities' privileges have been waived over

approximately 37,500 documents in total.  *See* Joint Motion to Compel at 3–7, Docket No. 1888,

(challenging the MBNF Non-Debtor Entities' privilege assertions over (i) the "Attestatova

Emails," (ii) the "Third Party Communications," (iii) the "Work Product documents," (iv) the

"Non-Attorney Communications," (v) the "Non-Reviewed Documents," and (vi) the "Asserted

Debtor Privilege Documents").  The Joint Motion to Approve Consent Order is equally complex,

implicating a highly fact-specific waiver analysis and other complicated joint-defense and

common interest privilege issues.  *See* Joint Motion to Approve Consent Order at 20–23,

Docket No. 1891.

7.      The Joint Motions set an objection deadline of November 23, 2020, which

is only seven business days after the filing of the Joint Motions.

8.      In light of the length of the Joint Motions and the need to address a number

of distinct and complicated privilege issues, the MBNF Non-Debtor Entities request a short two-

week extension to file their responses to the Joint Motions.

9.      The requested extension will also avoid burdening the Court with having to

review the Joint Motions and the MBNF Non-Debtor Entities' responses over the Thanksgiving

holiday in preparation for a hearing on the morning of November 30, 2020.

10.     The Debtors and the Committee have not consented to the requested

extension, but they have not identified any exigencies that require a response from the MBNF

Non-Debtor Entities within only seven business days from the filing of the Joint Motions. Nor have they identified any prejudice that they will suffer from the requested extension.[3]

11.     The Joint Motions do not need to be set for hearing on November 30, 2020. The Court has set December 14, 2020 as an omnibus hearing in the above-captioned chapter 11 cases, and the Joint Motions can be addressed at that time. Continuing the hearing on the Joint Motions two weeks to the next omnibus hearing and giving the MBNF Non-Debtor Entities additional time to respond will provide the MBNF Non-Debtor Entities the time necessary to thoroughly review the privilege issues and appropriately respond to the Debtors' and the Committee's concerns.

WHEREFORE, the MBNF Non-Debtor Entities respectfully request entry of an order, substantially in the form attached hereto as Exhibit A, extending the Objection Deadline from November 23, 2020 to December 7, 2020, and granting such other and further relief as the Court may deem just and appropriate.

---

[3] In fact, the Committee and the Debtors simply rejected the MBNF Non-Debtor Entities' extension request without raising any urgency in their request or prejudice that would result from the request. *See* Exhibit B, Email from Mark Minuti to William D. Pollak, Jeffrey C. Hampton and copying others dated November 18, 2020.

Dated: November 18, 2020
       Wilmington, Delaware

/s/ Brendan J. Schlauch
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:    (302) 651-7700
Fax:    (302) 651-7701
Email:  collins@rlf.com
        merchant@rlf.com
        schlauch@rlf.com

-and-

Suzzanne Uhland (admitted *pro hac vice*)
Robert Malionek (admitted *pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Tel:    (212) 906-1200
Fax:    (212) 751-4864
Email:  suzzanne.uhland@lw.com
        robert.malionek@lw.com

*Attorneys for MBNF Non-Debtor Entities*