**Exhibit B**

| | |
|---|---|
| **From:** | Minuti, Mark <Mark.Minuti@saul.com> |
| **Sent:** | Wednesday, November 18, 2020 10:21 AM |
| **To:** | Pollak, William David; Hampton, Jeffrey C. |
| **Cc:** | Suzzanne.Uhland@lw.com; Moss, Edward; Andrew Sherman; Boris Mankovetskiy (BMankovetskiy@sillscummis.com); Rachel E. Brennan |
| **Subject:** | RE: Debtors' Joint Motion to Compel |

[EXTERNAL MESSAGE]

Will:

We have discussed your request with the Committee. Given that the discovery issues set forth in the Motions have been discussed and debated for quite some time, neither the Debtors nor the Committee are agreeable to continuing the objection deadline or the hearing date.

**Mark Minuti**
**SAUL EWING ARNSTEIN & LEHR LLP**
Mailing: P.O. Box 1266 | Wilmington, DE 19899-1266
Courier: 1201 North Market Street, Suite 2300 | Wilmington, DE 19801
Tel: 302.421.6840 | Cell: 302.545.4911| Fax: 302.421.5873
Mark.Minuti@saul.com | www.saul.com

---

**From:** Pollak, William David <wpollak@omm.com>
**Sent:** Tuesday, November 17, 2020 5:02 PM
**To:** Minuti, Mark <Mark.Minuti@saul.com>; Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com>
**Cc:** Suzzanne.Uhland@lw.com; Moss, Edward <emoss@omm.com>
**Subject:** Debtors' Joint Motion to Compel

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Mark,

Thanks for your time this afternoon. As discussed, in light of the length of your two motions (over 80-pages in total) and the complex privilege issues involved, the MBNF Non-Debtor Entities request a short 2-week extension of the deadline to respond to December 7th, with the hearing scheduled for December 14. This also avoids burdening the Court with reviewing our motions over the Thanksgiving holiday.

Please let us know if you will consent to our request. As discussed, we would appreciate a response by tomorrow afternoon so that we may submit a request to the Court. Thank you.

Best,
Will

# O'Melveny

**William D. Pollak**

wpollak@omm.com
O:  (212) 728-5994
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~+