IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1906**<br><br>Hearing Date: Nov. 20, 2020 at 3:00 p.m. (ET)<br>Obj. Deadline: Nov. 20, 2020 at 9:00 a.m. (ET) |

## NOTICE OF TELEPHONIC HEARING

PLEASE TAKE NOTICE that, on November 18, 2020, Philadelphia Academic Health Holdings, LLC, American Academic Health System, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, III, LLC, Paladin Healthcare Capital, LLC, MBNF Investments, LLC, Philadelphia Academic Risk Retention Group, LLC and Joel Freedman (collectively, the "MBNF Non-Debtor Entities") filed the *Emergency Motion of the MBNF Non-Debtor Entities for an Order Extending the Time to Respond to (I) the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities and (II) the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Consent Order Regarding Committee Discovery of Debtors and for Related Relief Regarding the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 24335963v.1

*Application and Waiver of Privileges* [Docket No. 1906] (the "Emergency Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Emergency Motion must be made on or before **November 20, 2020 at 9:00 a.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that a telephonic hearing before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, regarding the Emergency Motion is scheduled for **November 20, 2020 at 3:00 p.m. (ET)** (the "Hearing"). Parties wishing to participate in the Hearing must register with COURTCALL, LLC at 866-582-6878.

Dated: November 19, 2020
       Wilmington, Delaware

|  |
|---|
| */s/ Brendan J. Schlauch* |
| Mark D. Collins (No. 2981) |
| Michael J. Merchant (No. 3854) |
| Brendan J. Schlauch (No. 6115) |
| RICHARDS, LAYTON & FINGER, P.A. |
| One Rodney Square |
| 920 North King Street |
| Wilmington, Delaware 19801 |
| Tel:   (302) 651-7700 |
| Fax:  (302) 651-7701 |
| Email: collins@rlf.com |
|           merchant@rlf.com |
|           schlauch@rlf.com |

-and-

Suzzanne Uhland (admitted *pro hac vice*)
Robert Malionek (admitted *pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Tel:   (212) 906-1200
Fax:  (212) 751-4864
Email: suzzanne.uhland@lw.com
         robert.malionek@lw.com

-and-

Edward Moss
William David Pollak
O'MELVENY & MYERS LLP
Time Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
Email: emoss@omm.com
         wpollak@omm.com

*Attorneys for MBNF Non-Debtor Entities*