## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 19th day of November, 2020, he caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing, and that the foregoing is also being served on the parties listed below via email and regular U.S. Mail, or as otherwise indicated.

| | |
|---|---|
| Mark Minuti, Esquire<br>Monique B. DiSabatino, Esquire<br>Saul Ewing Arnstein & Lehr, LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>mark.minuti@saul.com<br>monique.disabatino@saul.com | Jeffrey C. Hampton, Esquire<br>Adam H. Isenberg, Esquire<br>Shannon A. McGuire, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br>melissa.martinez@saul.com<br>shannon.mcguire@sail.com |

    /s/ Jason C. Powell
Jason C. Powell, Esquire (No. 3768)