**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:                                 Chapter _____

                                          Case No. ____-_____ (_____)

Debtor: _____ et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of _____

to represent _____

in this action.

_____

Firm Name:

Address:

Phone:

Email:   (302)650-1572
        jpowell@delawarefirm.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____

Firm Name:

Address:

Phone:

Email:

**ORDER GRANTING MOTION**

     IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105