IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 17, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A**, (ii) via fax to the parties listed in **Exhibit B**, and (iii) via first class mail, postage prepaid, to the parties listed in **Exhibit C** attached hereto:

- **First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to The Debtors for The Period from July 7, 2019 through September 30, 2019 [Docket No. 1902]**

Dated: November 17, 2020

_____
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 17th day of November, 2020, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>VIKRAMA S. CHANDRASHEKAR<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>CAROL E. MOMJIAN<br>PHILLIP.KHEZRI@ARENTFOX.COM | ARENT FOX LLP<br>LANCE GEREN, ESQ.<br>GEORGE.ANGELICH@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>CHRISTOPHER R. MOMJIAN<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>DAVID DEMBE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>LISA M. RHODE<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>BENJAMIN HACKMAN<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>MARRIOTT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>RYAN B. SMITH<br>DALUZT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>LAURA DAVIS JONES<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>TIMOTHY P. CAIRNS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>PATRICIA A CELANO<br>SMACON@BAYARDLAW.COM |
| BAYARD, P.A.<br>PAUL BAILEY<br>JALBERTO@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>FRANCIS J. LAWALL<br>BERGER@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>MARCY J. MCLAUGHLIN<br>KAUFMANN@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>CHRISTOPHER A. WARD<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>JEREMY W. RYAN<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>D. RYAN SLAUGH<br>JMCMAHON@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>R. STEPHEN MCNEILL<br>ACIARDI@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>MARK D. COLLINS<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>MICHAEL J. MERCHANT<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>BRENDAN J. SCHLAUCH<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>ADAM ISENBERG<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>JEFFREY HAMPTON<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>MARK MINUTI<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>MONIQUE DISABATINO<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>NICHOLAS J. LEPORE<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>RICHARD A. BARKASY<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>ANDREW H. SHERMAN<br>LUCE@DUANEMORRIS.COM | DUANE MORRIS LLP<br>ERIC S. GOLDSTEIN<br>JPHITCHINGS@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>BORIS I. MANKOVETSKIY<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>JOSEPH H. HUSTON<br>THORAN@FOXROTHSCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>ROBERT LAPOWSKY<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DARRELL CLARK<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DEBORAH A. REPEROWITZ<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>GRETCHEN M. SANTAMOUR<br>RMALONE@GIBBONSLAW.COM |
| GIBBONS P.C.<br>MARC A. AL<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>TRACEY M. OHM<br>DBARNEY@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>JOELLE E. POLESKY<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>SABRINA L. STREUSAND<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>FREDERICK B. ROSNER<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>JESSICA D. MIKHAILEVICH<br>GFMCDANIEL@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>WILLIAM D. SULLIVAN<br>DCKERRICK@DKHOGAN.COM | HONIGMAN LLP<br>LOUIS CURCIO<br>LLICHTMAN@HONIGMAN.COM | HONIGMAN LLP<br>MATTHEW R. BROOKS<br>TSABLE@HONIGMAN.COM |

| | | |
|---|---|---|
| JD THOMPSON LAW<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>DAVID L. CAMPBELL<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>ELI D. PIERCE<br>JBARBER@JONESWALKER.COM |
| KIRKLAND & ELLIS LLP<br>AMY E. VULPIO<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>JESSICA KOLANSKY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>MARC S. CASARINO<br>GREGORY.PESCE@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LATHAM & WATKINS LLP<br>LANCE GEREN, ESQ.<br>SUZZANNE.UHLAND@LW.COM | LATHAM & WATKINS LLP<br>LAUREN MACKSOUD<br>MATT.CARMODY@LW.COM |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>LAURA DAVIS JONES<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>LAWRENCE A. LICHTMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>LOUIS CURCIO<br>CNEWLIN@MARKOWITZANDRICHMAN.COM |
| MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>LISA M. RHODE<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>MAIRI V. LUCE<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>MARC A. AL<br>WTAYLOR@MCCARTER.COM |
| MED ONE CAPITAL FUNDING, LLC.<br>MARCUS.S.SACKS@USDOJ.GOV | MICHAEL WOLF<br>MARCY J. MCLAUGHLIN<br>MIKEWOLFMD@GMAIL.COM | MOYE WHITE LLP<br>MARITA S. ERBECK<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>MARK MINUTI<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>VINCENT J. MARRIOTT<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CHANTELLE D. MCCLAMB<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>MATTHEW J. CARMODY<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>MATTHEW R. BROOKS<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>MEGAN HARPER<br>RBSMITH@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>MICHAEL BUSENKELL<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>PAUL BAILEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>DENNIS A. MELORO<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP<br>MICHAEL J. MERCHANT<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>MICHAEL WOLF<br>TCAIRNS@PSZJLAW.COM | PAUL BAILEY<br>MITCHELL J. MALZBERG<br>MEGAN.RATCHFORD610@GMAIL.COM |
| PEARLMAN & MIRANDA, LLC.<br>MMARTIN@JMBM.COM<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>MONIQUE DISABATINO<br>FRANCIS.LAWALL@TROUTMAN.COM | PEPPER HAMILTON, LLP<br>NICOLE GREENBLATT<br>MARCY.SMITH@TROUTMAN.COM |
| POLSINELLI P.C<br>NICHOLAS J. LEPORE<br>CWARD@POLSINELLI.COM | POTTER ANDERSON & CORROON LLP<br>NATASHA M. SONGONUGA<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>OSCAR PINKAS<br>RMCNEILL@POTTERANDERSON.COM |
| POTTER ANDERSON & CORROON LLP<br>PATRICK A. JACKSON<br>RSLAUGH@POTTERANDERSON.COM | RICHARDS LAYTON & FINGER, PA<br>NANCY A. PETERMAN<br>MERCHANT@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>PATRICIA A CELANO<br>COLLINS@RLF.COM |
| RICHARDS LAYTON & FINGER, PA<br>PHILLIP KHEZRI<br>SCHLAUCH@RLF.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>DEB SECREST<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>PETER C. HUGHES,<br>ADAM.ISENBERG@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>RICHARD A. BARKASY<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>RYAN B. SMITH<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>PENNY J. REZET<br>NLEPORE@SCHNADER.COM |

| | | |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. CHESLEY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ROBERT LAPOWSKY<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ROBERT K. MALONE<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>R. STEPHEN MCNEILL<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>D. RYAN SLAUGH<br>RL@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>FREDERICK B. ROSNER<br>JHH@STEVENSLEE.COM |
| STINSON LLP<br>BRENDAN J. SCHLAUCH<br>TRACEY.OHM@STINSON.COM | STINSON LLP<br>STEPHANIE A. FOX<br>DARRELL.CLARK@STINSON.COM | STOEL RIVES LLP<br>SHAWN M. CHRISTIANSON<br>MARC.AL@STOEL.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>STEPHEN A. COZEN, ESQ.<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>SOPHIE E. MACON<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>STEPHEN C. HACKNEY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>STUART M. BROWN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>SUZZANNE UHLAND<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>THOMAS HORAN<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>TIMOTHY M. SWANSON<br>MATTHEW.BROOKS@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>TIMOTHY P. CAIRNS<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>TRACEY M. OHM<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>E TODD SABLE<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>USADE.ECFBANKRUPTCY@USDOJ.GOV<br>EPIERCE@UPLAWTX.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>VIKRAMA S. CHANDRASHEKAR<br>CASARINOM@WHITEANDWILLIAMS.COM | WILLIG, WILLIAMS & DAVIDSON<br>WILLIAM F. TAYLOR<br>JKOLANSKY@WWDLAW.COM |

Parties Served: 114

# **EXHIBIT B**

| | |
|---|---|
| FREEDMAN & LORRY, P.C. | OFFICE OF THE ATTORNEY GENERAL |
| 215-925-7516 | 717-787-8242 |

Parties Served:  2

# **EXHIBIT C**

| | | |
|---|---|---|
| CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 |
| PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | ST. MARY MEDICAL CENTER<br>1201 LANGHORNE-NEWTOWN RD<br>LANGHORNE, PA 19047 | UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC  20530-0001 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN:  CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC  20005 | | |

Parties Served: 10