# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Mary F. Walrath
#4

Calendar Date: 11/20/2020
Calendar Time: 03:00 PM ET

Amended Calendar  Nov 20 2020 11:34AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10969115 | Svetlana Attestatova | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10969976 | Stuart M. Brown | (302) 468-5640 ext. | DLA Piper (US), LLP | Creditor, Harrison Street Real Estate / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10969168 | Travis J. Cuomo | (302) 651-7500 ext. | Richards, Layton & Finger, P.A. | Interested Party, Joel Freedman, et al / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10968207 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Pepper LLP | Interested Party, Capital One Bank, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10969174 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10969926 | John D. Demmy | (302) 421-6848 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Center City Healthcare, LLC dba Hahnemann University Hospital / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10968002 | John DiNome | (215) 858-2226 ext. | Center City HealthCare | Debtor, Center City Healthcare, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10968204 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Capital One Bank, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10969456 | Courtney A. Emerson | (302) 622-4227 ext. | Fox Rothschild LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10970522 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10969245 | Benjamin A. Hackman | (302) 573-6491 ext. | Office of the United States Trustee | Trustee, Andrew Vara / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10967997 | Jeffrey Hampton | (215) 972-7118 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Center City Healthcare, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10968045 | Boris I. Mankovetskiy | (973) 643-6494 ext. | Sills Cummis & Gross, P.C. | Creditor, Creditors Committee / LIVE |

CourtConfCal2009

Raymond Reyes ext. 881

| Party | Case | Type | ID | Name | Phone | Firm | Description |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 10967986 | Mark Minuti | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Center City Healthcare, LLC / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10969136 | Edward Moss | (212) 408-2423 ext. | O'Melveny & Myers LLP | Interested Party, Joel Freedman, et al / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10968977 | Alissa K. Piccone | (212) 704-6074 ext. | Troutman Pepper LLP | Interested Party, Capital One Bank, N.A. / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10969154 | William D. Pollak | (212) 408-2423 ext. | O'Melveny & Myers LLP | Interested Party, Joel Freedman, et al / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10969165 | Brendan J. Schlauch | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, Joel Freedman, et al / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10969122 | Kyle Schmidt | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10968034 | Andrew H. Sherman | (973) 643-6982 ext. | Sills Cummis & Gross, P.C. | Creditor, Creditors Committee / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10968206 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Capital One Bank, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10969105 | Suzzanne S. Uhland | (212) 906-4587 ext. | Latham & Watkins LLP | Interested Party, Joel Freedman, et al / LIVE |

CourtConfCal2009