# EXHIBIT 2

**Blackline**

RLF1 24346786v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |

**ORDER GRANTING EMERGENCY MOTION OF THE MBNF NON-DEBTOR ENTITIES FOR AN ORDER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES**

Upon consideration of the emergency motion (the "Emergency Motion")[2] of Philadelphia Academic Health Holdings, LLC, American Academic Health System, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, Paladin Healthcare Capital, LLC, MBNF Investments, LLC, Philadelphia Academic Risk Retention Group, LLC, and Joel Freedman (collectively the "MBNF Non-Debtor Entities") to extend the deadline for the MBNF Non-Debtor Entities to file a response to (i) the Joint Motion to Compel and (ii) the Joint Motion to Approve Consent Order (together with the Joint Motion to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Terms used but not defined herein shall have the meanings ascribed to them in the Emergency Motion.

Compel, the "Joint Motions") to December 7, 2020, and any responses thereto; and the Court having determined that due and proper notice of the Emergency Motion having been provided; and it appearing that Court has jurisdiction over this matter; and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Emergency Motion is GRANTED as set forth herein.

2. The deadline for the MBNF Non-Debtor Entities to file a response (the "Response") to the Joint Motions is extended to December 7, 2020.

3. The deadline to file a reply to the Response is December 18, 2020.

4. The Court will hold a status conference on the Joint Motions, if necessary, on November 30, 2020 at 10:30 a.m. (ET).

5. ~~3.~~ The hearing on the Joint Motions shall be held on ~~_____, 2020 at __:__ _.m~~ January 4, 2021 at 11:30 a.m. (ET).

6. ~~4.~~ This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.