19-11466 mfw

November 13, 2020

**FILED**

2020 NOV 23  AM 11: 02

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

From:
Carol C. Kerr, B.S.N., R.N.
1474 Society Hill Dr.
Bensalem, PA 19020
NIC 7054-X-C-728 468

To:
Center City Healthcare LLC et al
d/b/a Hahnemann Univeristy Hospital
c/o Omni Management Group
5955 DeSoto Ave., Suite 100
Woodland Hills, CA 91367

US Bankruptcy Court for District of Delaware
Case 19-11466 Reference Doc 1873-1
824 N. Market Street
Wilmington, DE 19801

Saul Ewing Arnstein & Lehr LLP
Mark Minuti/Monique DiSabatino
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Dear Sir/Madam:

1. I am in receipt of a mailing from Center City Healthcare LLC et al, d/b/a Hahnemann University Hospital, c/o Omni Management Group, 5955 DeSoto Ave., Suite 100, Woodland Hills, CA 91367 case 19-11466-MFW Doc 1873 11 Pages and Titled "Debtors First Omnibus Objection to Claims etc."

2. This document contains objections to claims, one of which is titled "Duplicate Claims" which are listed in an Exhibit B.  My name appears on Exhibit B with Item #19: Claim Amount: $18,414.51; Duplicate Claim No.(s) to be Disallowed: 734; Surviving Claims No.: 747; Reason for Disallowance: "The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim."

3. I object to being listed on the Duplicate Claims listing because absolutely no documents or explanation has been provided as to what other claim has been filed on my behalf. There is no duplicate claim filed by me.  To my knowledge and belief, only 2 separate and distinct proofs of claim form 410's were filed by me: 1) for a Schedule F unsecured claim of $18,414.51 and 2) Schedule E "PRIORITY" unsecured claim for $4,704.34 for total claims of $23,118.85; These 2 Form 410's were signed and dated by me on July 27, 2020 and contained an attached 6 pages of supporting documentation and other

important attachments.  No other claims have been filed by me or to my knowledge, on my behalf.

4.  Please inform me what the source of both "734" Duplicate Claim is based upon and what "747" Surviving Claim is based upon, and who filed proofs of claim for each????; please provide me with all documentation filed by any entity other than by myself with above mentioned 734 & 747 proofs of claim.

5.  To repeat: I object that my total claim for $23,118.85, consisting of 1) $4,704.34 priority unsecured claim and 2) $18,414.51 listed on Exhibit B #19 unsecured claims are duplicated in any way and should remain as amounts owed to me by Debtor(s).

_Carol C. Kerr_                                    _11/13/2020_

Carol C. Kerr                                    Dated