**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al.*,[1]  ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket Nos. 1871, 1873, 1908, 1922 and 1927** |
| ) | |

**CERTIFICATION OF COUNSEL SUBMITTING ORDER SUSTAINING
DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies that:

1. On November 5, 2020, the *Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1871] (the "Objection")[2] was filed with the Court, by which the Debtors sought the entry of an Order disallowing and/or reassigning each of the claims listed on Exhibits A - D to the proposed order attached thereto (the "Proposed Order"). An unredacted version of the Objection was filed under seal pursuant to the *an Order Authorizing the Debtors to File under Seal the Unredacted Version of the Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1922] (the "Seal Order").

2. Pursuant to the notice of the Objection [D.I. 619], the deadline to respond to the Objection was November 19, 2020 at 4:00 p.m. (the "Objection Deadline").

3. Prior to the Objection Deadline, the Debtors received informal responses to the Objection from Premier Healthcare Solutions, Inc. ("Premier"), Andrea Moore, Kelly Coleman, Candese Combs, and a former patient.[3] In addition, on November 19, 2020, McKesson Corporation and its corporate affiliates, McKesson Plasma & Biologics and McKesson Medical-Surgical Inc. (together "McKesson") filed a response to the Objection [D.I. 1908 (the "McKesson Response"), and on November 23, 2020, Carol Kerr filed a response to the Objection [D.I. 1927] (the "Kerr Response"). Other than these responses, no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. In order to permit the Debtors to work with McKesson to resolve the issues raised in the McKesson Response, the Debtors have removed the claims held by McKesson from the Proposed Order, and will submit a separate order to address such claims upon the resolution of any issues relating to such claims or following any Court ruling on the Objection to such claims.

5. With respect to the remaining responses received in connection with the Objection, the Debtors have resolved or otherwise addressed such responses as follows:

- Premier. Following discussions with Premier, the Debtors have revised the Proposed Order to reflect certain agreed-upon language, which has been approved by Premier.

---

[3] In addition to emailing her response to the Debtors, Ms. Combs appears to have mailed her response to the Objection to the Court. Such response does not yet appear on the Court's docket as of the date of this Certification; however, as described herein, it has been resolved.

- <u>Andrea Moore, Kelly Coleman, Candese Combs and Former Patient</u>:[4] Based on the Debtors' review of evidence demonstrating excusable neglect, the Debtors have agreed to withdraw their objection to Claim Nos. 1189 and 1202 of Andrea Moore, Claim 1147 of Kelly Coleman, Claim 721 of Candese Combs and Claim 733 of the former patient as late-filed claims, and have communicated this resolution to each claimant.

- <u>Carol Kerr</u>: The Debtors have resolved the Kerr Response by explaining to Ms. Kerr that only her duplicate claim has been disallowed and that her surviving claim will remain pending. Following this explanation, Ms. Kerr confirmed that she had no issue with the Objection. No changes to the Proposed Order are thus required.

6. Attached hereto as **Exhibit "A"** is the revised Proposed Order (the "<u>Revised Order</u>"), which removes the claims held by McKesson, Andrea Moore, Kelly Coleman, Candese Combs and the former patient. Attached hereto as **Exhibit "B"** is a redline of the Proposed Order that reflects the changes to the Proposed Order and its accompanying schedules.

7. The Debtors respectfully request that the Court sign the Proposed Order and direct that it be docketed, without further notice or hearing.

[remainder of page left intentionally blank]

---

[4] In accordance with the Seal Order, the Debtors have refrained from identifying the name of the patient but can provide such information to the Court, the Office of the United States Trustee or counsel to the Committee, if requested.

8. Of course, we are available to discuss this matter at the Court's convenience.

Dated: November 24, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Shannon A. McGuire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
shannon.mcguire@saul.com

*Counsel for Debtors and Debtors in Possession*