# EXHIBIT B

**Redline Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket** ~~No~~**Nos. 1871, 1873, 1908, 1922** |
| | ) **and** |

**ORDER SUSTAINING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "**Objection**"),[2] by which the Debtors request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing the Late-Filed Claims, the Duplicate Claims, the Amended Claims and the Insufficient Documentation Claims set forth on **Exhibits A, B and C** attached hereto, and reassigning the Wrong Debtor Claims set forth on **Exhibit D** attached hereto; and upon consideration of the Wilen Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained as set forth herein.

2.      The Late-Filed Claims set forth on the attached **Exhibit A** are hereby disallowed in their entirety.

3.      The Duplicate Claims set forth on the attached **Exhibit B** are hereby disallowed in their entirety.

4.      The Amended Claims set forth on the attached **Exhibit C** are hereby disallowed in their entirety.

5.      The Wrong Debtor Claims set forth on the attached **Exhibit D** are hereby reassigned as a claim against the Debtor listed in the column headed "Modified Debtor."

6.      Claim 68 of Premier Healthcare Solutions, Inc. ("**Premier**") against Philadelphia Academic Health System, LLC ("**PAHS**") shall be an allowed general unsecured claim in the amount of $296,956.96 against PAHS (the "**Allowed Claim**"), which claim shall be treated in accordance with any confirmed plan or plans in these cases.  Other than the Allowed Claim, Premier shall have no other allowed claims against any of the Debtors, whether filed or scheduled. Premier shall not be entitled to any other distributions from any of the Debtors, their estates or any of the Debtors' successors, other than with respect to the Allowed Claim.  Premier shall shall not amend any previously filed claims and shall not assert any additional claims against any of the Debtors.

7.      6.The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with the terms of this Order.

8.      7.To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Debtors are unable to resolve the response, each such Disputed Claim, and the

2

Objection by the Debtors to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

9.    8.Any order entered by the Court regarding the Objection shall be deemed a separate order with respect to each Disputed Claim.

10.    9.This Order is without prejudice to the rights of the Debtors and any successor entities to: (a) object to any Claims on grounds other than as stated in the Objection if any such Claim is reconsidered; and (b) object, on any grounds permitted by law or equity, to any claim, whether filed or not, in these cases.

11.    10.The rights of the Debtors and any successor entities to use any available defenses under section 502 of the Bankruptcy Code, including the assertion of a preference action to set off against or otherwise reduce all or part of any Claim, are preserved.

12.    11.Any stay of this Order pending appeal by any claimant shall only apply to the contested matter that involves the claimant's specific claim and shall not stay the applicability and/or finality of this Order with respect to all other affected claims.

13.    12.To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

14.    13.The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

## **Exhibit A**

**Late-Filed Claims**

| LATE FILED CLAIMS | | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 1. | Allen, Maria | 1170 | $2,518.38 | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 2. | Aponte, Wilma | 720 | $2,404.31 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 3. | Bertoldi, Nicole | 1102 | $7,576 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 4. | Black, Diana A. | 1198 | $6,686 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). The claim is subject to objection on other grounds, as reflected in Exhibit B. |
| 5. | Black, Diana A. | 1229 | $6,686 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 6. | Black, Diana A. | 1231 | no amount | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 7. | Boyd, Kenneth | 717 | $3,085.53 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 8. | Brooks, Denise | 736 | $72.20 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 9. | Carrion, Mildred | 739 | $3,324.28 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 10. | REDACTED | 1118 | $2,076.92 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 11. | Clampffer, Barbara | 738 | $4,697.51 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 12. | Clinkscale, Cecilia A. | 1182 | no amount | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 13. | Coffield, Dianna | 1153 | $2,135.28 | 8/9/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 14. | Coleman, Kelly | 1147 | no amount | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 13. 15. | Combs, Candese Coffield, Dianna | 721 1153 | $100,000 $2,135.28 | 8/6/2020 8/9/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 14. 16. | Cramer, Lois M. | 1142 | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 15. ~~17.~~ REDACTED | 1165 | no amount | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 16. ~~18.~~ REDACTED | 1191 | no amount | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 17. ~~19.~~ Domingo MD, Connie | 723 | $3,743.02 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 18. ~~20.~~ REDACTED | 1186 | $200,000 | 8/13/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 19. ~~21.~~ Faulckes, Marguerite | 719 | $3,852.88 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 20. ~~22.~~ Fennekohl (Winkler), Deanna | 1149 | $4,807.70 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 21. ~~23.~~ Gattuso, Alison | 740 | $12,791.10 | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 22. ~~24.~~ Gattuso, Alison | 741 | $13,650 | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 23. ~~25.~~ Hargrove, Aminah | 1156 | $153,555 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 24. ~~26.~~ Head, Gwendolyn | 1212 | $3,049.47 | 8/14/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 25. ~~27.~~ Heard, Ralph J. | 1173 | $7,000 | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 26. ~~28.~~ Hoppe, Gregory | 1171 | $1,840.89 | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 27. ~~29.~~ Hunter, Joyce | 722 | $3,654.93 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 28. ~~30.~~ Huynh, Hoa | 1133 | $5,076.53 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 29. ~~31.~~ Huynh, Lai | 1180 | $13,678.79 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 30. ~~32.~~ Innovative Medical Specialties | 708 | $2,816.50 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

| | | | LATE FILED CLAIMS | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 31. 33. | Innovative Medical Specialties | 730 | $2,816.50 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 32. 34. | Innovative Medical Specialties | 1115 | $835.00 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 33. 35. | Innovative Medical Specialties | 1163 | $835.00 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 34. 36. | Johnson, Phyllis | 1179 | $2,000 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 35. 37. | Johnson, Stephen | 715 | $2,923.30 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 36. 38. | Keal, Caitlyn | 1195 | $8,387.24 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 37. 39. | King, Major | 1169 | no amount | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 38. 40. | LCA Collections | 28 | $190.89 | 8/25/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 39. 41. | Manteghi, Alexander | 1158 | $13,650 | 8/13/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 40. 42. | Manteghi, Alexander | 729 | $9,600 | 8/13/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 41. 43. | REDACTED | 1152 | $1,838.14 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 42. 44. | Markel, Catherine | 732 | $13,046.35 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 43. 45. | Matthew, Jisha | 1184 | $1,523.36 | 8/12/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 44. 46. | McCollum, Jamie | 1199 | $3,482.52 | 8/25/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 45. 47. | McDermott, Kimberly | 1154 | $8,916.96 | 8/9/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

| LATE FILED CLAIMS | | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Claim Amount ($) | Date Claim Filed | Reason for Disallowance |
| 46. 48. | McLaughlin, Christopher | 1167 | $9,720 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 47. 49. | McMonagle, Mary | 1143 | $16,127.76 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 48. 50. | McMonagle, Mary | 1144 | $6,061.44 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 49. 51. | McMonagle, Mary | 1146 | $8,344.32 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 50. 52. | Meyers, Julie | 737 | $5,204.47 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 51. 53. | Michie, Faith | 1110 | $4,041.65 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 52. 54. | REDACTED | 1138 | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 55. | Moore, Andrea | 1189 | $3,373.02 | 8/18/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). The claim is subject to objection on other grounds, as reflected in Exhibit B. |
| 56. | Moore, Andrea | 1202 | $3,373.02 | 8/21/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 53. 57. | Nichols, Gloria | 716 | $3,352.57 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 54. 58. | Orman-Lubell, Heather | 725 | no amount | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 55. 59. | Ott, Alexis | 1190 | $6,557.73 | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 56. 60. | P&C PHARMA | 742 | $751.55 | 8/24/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 61. | REDACTED | 733 | $500,000 | 8/17/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

4

| | | Name of Claimant | Claim Number | Claim Amount ($) | Date Claim Filed | Reason for Disallowance |
|---|---|---|---|---|---|---|
| | | **LATE FILED CLAIMS** | | | | |
| 57. | 62. | Power Systems Specialists Inc. | 1168 | $9,796.24 | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 58. | 63. | Riley, Nancy | 1172 | $42,407.68 | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 59. | 64. | Rodriguez, Felicia | 1166 | $1,596.97 | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 60. | 65. | Smyth, Gina | 1137 | $1,027.29 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 61. | 66. | Sullivan, Dorianne | 181 | $2,200 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 62. | 67. | Systematech Technical Management Services, Inc. dba InDemand | 1109 | $77,619.71 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 63. | 68. | Thomas, Anish | 731 | $2,727.11 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 64. | 69. | Thompson, Rochelle | 1176 | no amount | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 65. | 70. | Tolbert, Shay | | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 66. | 71. | Tronoski Bachert, Michele | 1150 | $3,227.13 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 67. | 72. | UMS Lithotripsy Services of Greater Philadelphia, LLC | 1194 | $64,112 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 68. | 73. | UMS Mr Fushion Services of Eastern PA, LLC | 1181 | $29,000 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

37442072.5 11/13/2020
37442072.6 11/23/2020

| LATE FILED CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Date Claim Filed | Reason for Disallowance |
| 69. 74. | Vanvoorhis, Rhiannon | 1177 | $4,446.01 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 70. 75. | Venezia, Shaina | 1119 | $4,237.50 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 71. 76. | Watson, Tonya | 724 | $1,568.41 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 72. 77. | Webb, Samyra | 1145 | $3,909.14 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 73. 78. | Wharton, Karen | 183 | $5,520 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). The claim is subject to objection on other grounds, as reflected in Exhibit B. |
| 74. 79. | Wharton, Karen | 1129 | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 75. 80. | REDACTED | 1141 | $2,824.03 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 76. 81. | Whiteside, Amecca | 1183 | $305.89 | 8/12/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 77. 82. | Whitt, Antonia | 1175 | $500,000 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 78. 83. | Williams, Malik | | no amount | 8/12/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 79. 84. | Winrow, Marva | 1134 | $6,087.96 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 80. 85. | Yusen, Anita | 1174 | no amount | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

37442072.5 11/13/2020
37442072.6 11/23/2020

## Exhibit B

**Duplicate Claims**

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 1. Arellano, Phillip | Center City Healthcare, LLC | $3,764.30 | 1178 | 829 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 2. Atlantic Biologicals Corp | Center City Healthcare, LLC | $78,582.18 | 336 | 344 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 3. Atlantic Biologicals Corporation | Center City Healthcare, LLC | $78,582.18 | 336 | 344 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 4. Berroa, Gertrudis | Center City Healthcare, LLC | $50,000,000 | 960 | 977 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the debtors is identical to the Surviving Claim. |
| 5. Bianchi, Mia | Center City Healthcare, LLC | $8,522.40 | 1192 | 161 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 6. City of Philadelphia/ School District of Philadelphia " | Center City Healthcare, LLC. | $10,255,106.66 | 271 | 270 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Surviving Claim is subject to objection on other grounds as reflected in the Exhibit C. |
| 7. City of Philadelphia/ School District of Philadelphia " | StChris Care at Northeast Pediatrics, LLC | $5,481.98 | 3 | 4 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

| | **Duplicate Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 8. | Diana Black | Center City Healthcare, LLC | $6,686 | 1198 | 1229 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Both the Disallowed Claim and the Surviving Claim are subject to objection on other grounds, as reflected in Exhibit A. |
| 9. | Dougherty, Caitlin | Center City Healthcare, LLC | $190,008 | 1117 | 1116 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 10. | Duff Supply Company DBA: Duff Co | Center City Healthcare, LLC, et al. | $298.06 | 279 | 280 | The documentation submitted includes duplicate invoices asserted against the same Debtor with the invoice of the Disallowed Claim incorporated into the Surviving Claim. |
| 11. | Falcone, Diane | Center City Healthcare, LLC | $35,205.74 | 1196 | 1113 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 12. | Head, Gwendolyn | Center City Healthcare, LLC | $3,049.47 | 1164 | 1212 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 13. | Head, Gwendolyn | Center City Healthcare, LLC | $3,049.47 | 1204 | 1212 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 14. | HLM Inc dba Ackers Hardware | Center City Healthcare, LLC | $8,939.86 | 293 | 635 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 15. | HLM Inc dba Ackers Hardware | Center City Healthcare, LLC | $8,939.86 | 56 | 635 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Health System, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 16. | Innovative Medical Specialties | St. Christopher's Healthcare, LLC. | $2,816.50 | 708 | 730 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Both the Disallowed Claim and the Surviving Claim are subject to objection on other grounds, as reflected in Exhibit A. |
| 17. | Innovative Medical Specialties | Center City Healthcare, LLC | $835.00 | 1115 | 1163 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Both the Disallowed Claim and the Surviving Claim are subject to objection on other grounds, as reflected in Exhibit A. |
| 18. | John F. Scanlan, Inc. | Center City Healthcare, LLC | $2,861.13 | 178 | 776 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 19. | Kerr, Carol | St. Christopher Healthcare, LLC | $18,414.51 | 734 | 747 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 20. | Kulp, Heather | Center City Healthcare, LLC | $6,834.04 | 1016 | 726 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. The Disallowed Claim is also subject to objection on other grounds as reflected in Exhibit D. |
| 21. | REDACTED | Center City Healthcare, LLC | no amount | 653 | 1123 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 22. | Malik, Archana | St. Christopher's Healthcare, LLC. | $19,395.75 | 337 | 338 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 23. | McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 138 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Health Systems, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 24. | McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 21 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Medical Associates, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 25.  McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 15 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against HPS of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 26.  McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 57 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Associates, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 27.  McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 22 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against St. Christopher's Pediatric Urgent Care Center, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 28.  McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 14 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Anesthesia Associates, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 29.  McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 18 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against StChris Care at Northeast Pediatrics, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 30.    McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 15 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against StChris Care at TPS of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 31.    McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 54 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against StChris Care at TPS II of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 32.    McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 19 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against StChris Care at TPS III of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 33.    McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 31 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against StChris Care at TPS V of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 34.    McKesson Corporation and its affiliates | Center City Healthcare, LLC | $145,946.15 | 18 | 918 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against StChris Care at TPS V of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 23. ~~5.~~ ~~3~~ Moody, Tiffany N. | St. Christopher Healthcare, LLC | $1,286 | 430 | 701 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 24. ~~6.~~ ~~3~~ Moore, Andrea | Center City Healthcare, LLC | $3,73.02 | 1189 | 1202 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. ~~The Disallowed Claim and Surviving Claim are subject to objection on other grounds, as reflected in Exhibit A.~~ |
| 25. ~~7.~~ ~~3~~ MorseWatchmans, Inc | Center City Healthcare, LLC | $722 | 286 | 522 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 26. ~~8.~~ ~~3~~ Opto-Systems Inc | Center City Healthcare, LLC | $747.96 | 820 | 300 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 27. ~~9.~~ ~~3~~ Opto-Systems Inc | Center City Healthcare, LLC | $747.96 | 819 | 300 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 28. ~~0.~~ ~~4~~ Opto-Systems Inc | St. Christopher Healthcare, LLC | $2,566.88 | 1205 | 299 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher Healthcare, LLC. |
| 29. ~~1.~~ ~~4~~ Pension Fund for Hospital and Health Care Employees, Philadelphia and Vicinity | Center City Healthcare, LLC, et al. | 59,400,090 | 21 | 51 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the debtors is identical to the Surviving Claim. Surviving Claim is subjected to objection on other grounds as reflected in Exhibit C. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 30. ~~2.~~  4 | Premier Healthcare Solutions, Inc. | Center City Healthcare, LLC | $296,956.96 | 345 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 31. ~~3.~~  4 | Premier Healthcare Solutions, Inc. | St. Christopher's Healthcare, LLC | $296,956.96 | 161 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 32. ~~4.~~  4 | Premier Healthcare Solutions, Inc. | Philadelphia Academic Medical Associates, LLC | $296,956.96 | 2 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 33. ~~5.~~  4 | Premier Healthcare Solutions, Inc. | HPS of PA, LLC | $296,956.96 | 2 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 34. ~~6.~~  4 | Premier Healthcare Solutions, Inc. | SCHC Pediatric Associates, LLC | $296,956.96 | 18 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 35. ~~7.~~  4 | Premier Healthcare Solutions, Inc. | St. Christopher's Pediatric Urgent Care Center, LLC | $296,956.96 | 1 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |

8

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| _36._ _8._  4 | Premier Healthcare Solutions, Inc. | SCHC Pediatric Anesthesia Associates, LLC | $296,956.96 | 1 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| _37._ _9._  4 | Premier Healthcare Solutions, Inc. | StChris Care at Northeast Pediatrics, LLC | $296,956.96 | 5 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| _38._ _0._  5 | Premier Healthcare Solutions, Inc. | TPS of PA, LLC | $296,956.96 | 1 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| _39._ _1._  5 | Premier Healthcare Solutions, Inc. | TPS II of PA, LLC | $296,956.96 | 25 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| _40._ _2._  5 | Premier Healthcare Solutions, Inc. | TPS III of PA, LLC | $296,956.96 | 2 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| _41._ _3._  5 | Premier Healthcare Solutions, Inc. | TPS IV of PA, LLC | $296,956.96 | 13 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 42. ~~4.~~ ~~5~~  Premier Healthcare Solutions, Inc. | TPS V of PA, LLC | $296,956.96 | 2 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 43. ~~5.~~ ~~5~~  Rambo, Kathleen | St. Christopher's Healthcare, LLC. | $6,752.27 | 735 | 397 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 44. ~~6.~~ ~~5~~  Sakarcan, Sinem | Center City Healthcare, LLC | $3,412 | 1114 | 1197 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 45. ~~7.~~ ~~5~~  Samuel, Jessly | Center City Healthcare, LLC | no amount | 1148 | 1159 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Both the Disallowed Claim and the Surviving Claim are  subject to objection on other grounds, as reflected in Exhibit A. |
| 46. ~~8.~~ ~~5~~  Shades of Green, Inc. | Center City Healthcare, LLC | $193,410.73 | 858 | 626 | The Debtor's Books and Records reflect that the Duplicate Claim, once modified to reflect the correct Debtor as St. Christopher Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher Healthcare, LLC. |
| 47. ~~9.~~ ~~5~~  Shades of Green, Inc. | Center City Healthcare, LLC | $193,410.73 | 59 | 626 | The Debtor's Books and Records reflect that the Duplicate Claim, once modified to reflect the correct Debtor as St. Christopher Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher Healthcare, LLC. |
| 48. ~~0.~~ ~~6~~  Sheehan, Bernadette | Center City Healthcare, LLC | $3,539 | 1151 | 731 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 49. 1. 6 Wharton, Karen | Philadelphia Academic Medical Associates, LLC | $5,520 | 183 | 54 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Disallowed Claim is subject to objection on other grounds, as reflected in Exhibit A. |
| 50. 2. 6 Wharton, Karen | Philadelphia Academic Medical Associates, LLC | $5,520 | 185 | 54 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

11

**<u>Exhibit C</u>**

**Amended Claims**

| | AMENDED CLAIMS | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. 100 Acre Ranch LLC | 493 | 496 | $6,494.05 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 2. 100 Acre Ranch, LLC dba FASTSIGNS of Willow Grove | 106 | 107 | $761.54 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 3. 100 Acre Ranch, LLC dba FASTSIGNS of Willow Grove | 107 | 108 | $7,255.59 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 4. Abbott Diagnostics Division of Abbott Laboratories | 175 | 596 | $57,155.14 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 5. Abbott Diagnostics Division of Abbott Laboratories | 69 | 134 | $128,194.03 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 6. Abbott Laboratories, Inc. | 70 | 71 | $66,282.36 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 7. Abbott Laboratories, Inc. | 71 | 125 | $68,832.36 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 8. Abbott Laboratories, Inc. | 174 | 560 | $75,993 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

| | AMENDED CLAIMS | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 9. Abbott Point of Care Inc. | 165 | 557 | $19,950.27 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 10. Abbott Point of Care, Inc. | 165 | 557 | $19,950.27 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 11. Adept-Med International, INC. | 180 | 541 | $874.12 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 12. Agio Brand Solutions, LLC | 153 | 531 | $359.74 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 13. Agio Brand Solutions, LLC | 154 | 533 | $1,549.80 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 14. Airgas, USA LLC | 260 | 725 | $444,416.76 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 15. Alliance HealthCare Services, Inc. | 258 | 287 | $123,433.20 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 16. **REDACTED** | 192 | 595 | $1,860 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| AMENDED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 17. Beckman Coulter, Inc. | 99 | 574 | $81,715.86 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 18. Biochrom US, Inc | 176 | 92 | $1,028.49 | The Debtor's Books and Records reflect that the Disallowed Claim, once modified to reflect the correct Debtor as St. Christopher Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher Healthcare, LLC. |
| 19. Boc, Steven F. | 948 | 1162 | $20,000 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 20. City of Philadelphia/ School District of Philadelphia | 270 | 783 | $10,255,106.66 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 21. Flores, Victoria | 491 | 657 | $813.52 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 22. Freedom Specialty Services | 362 | 372 | $1.592.25 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. The Amended Claim is subject to objection on other grounds as reflected in Exhibit D. |
| 23. Hewlett-Packard Financial Services Company | 227 | 228 | $269,255.81 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| AMENDED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 24. | Independence Blue Cross, LLC | 54 | 60 | $99,441.00 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 25. | Kulp, Heather | 1011 | 1016, 726 | $6,834 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claims. Claim No. 1016 is subject to objection on other grounds as reflected in Exhibit B and Exhibit D. |
| 26. | Laboratory Corporation of America | 13 | 79 | $228,464.54 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 27. | Laboratory Corporation of America | 47 | 172 | $262,252.79 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 28. | Lauer, Bryon | 76 | 238 | $30,741.13 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim.  The Surviving Claim is in turn disallowed as set forth herein, since it was amended by claim 256. |
| 29. | Lauer, Bryon | 238 | 256 | $62,053.03 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 30. | Lauer, Bryon | 239 | 257 | $13,650.00 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| | AMENDED CLAIMS | | | |
|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |

| | Name of Claimant | Amended Claim No. to be Disallowed | Surviving Claim No. | Claim Amount ($) | Reason for Disallowance |
|---|---|---|---|---|---|
| 31. | Lauer, Bryon | 240 | 258 | $9,764.86 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 32. | Leiters Enterprises | 73 | 74 | $4,639 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 33. | Nyce, Margaret | 444 | 459 | $7,373.27 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 34. | Pension Fund for Hospital and Healthcare | 51 | 485 | $59,400,090 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 35. | Pension Fund for Hospital and Healthcare | 485 | 1086 | $22,599,359 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 36. | Perinatal Cardiology Consultants | 25 | 26 | $10,900.85 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 37. | Perinatal Cardiology Consultants | 26 | 27 | $10,900.85 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 38. | Revint Solutions, LLC | 332 | 952 | $87,657.53 | The Debtors' Books and Records and claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim. |

5

| | AMENDED CLAIMS | | | |
|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 39. | Saunders Jr., Leon R. | 460 | 464 | $85,929.00 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 40. | Shades of Green, Inc. | 59 | 858 | $193,410.73 | The Debtors' Books and Records and claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim. the Surviving Claim is subject to objection on other grounds as reflected in Exhibit D. |
| 41. | U.S. Department of Health and Human Services, CMS | 302 | 949 | $3,406,070.37 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 42. | United Healthcare Insurance Company | 2 | 383 | $185,646.26 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 43. | United Healthcare Insurance Company | 383 | 592 | $213,380.80 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

6

**<u>Exhibit D</u>**

**Wrong Debtor Claims**

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 1. Biochrom US, Inc. | 176 | $1,028.49 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit C. |
| 2. Freedom Specialty Services | 361 | $4,423.25 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 3. Freedom Specialty Services | 362 | $1,592.25 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit C. |
| 4. Freedom Specialty Services | 363 | $2,490.00 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 5. Freedom Specialty Services | 364 | $1,969.50 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 6. Freedom Specialty Services | 365 | $2,293.75 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |

| | Name of Claimant | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| 7. | Freedom Specialty Services | 367 | $1,970.00 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 8. | Freedom Specialty Services | 368 | $2,524.25 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 9. | Freedom Specialty Services | 369 | $1,580.00 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 10. | Freedom Specialty Services | 370 | $1,970.00 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 11. | Freedom Specialty Services | 371 | $1,878.25 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 12. | Freedom Specialty Services | 372 | $1,592.25 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |

| | Name of Claimant | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| 13. | Freedom Specialty Services | 373 | $2,125.00 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 14. | HLM Inc dba Ackers Hardware | 291 | $1,349.86 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 15. | HLM Inc dba Ackers Hardware | 56 | $1,349.86 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 16. | Kulp, Heather | 1016 | $6,834.04 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also subject to objection on other grounds, as set forth in Exhibit B. |
| ~~17.~~ | ~~McKesson Corporation and its affiliates~~ | ~~138~~ | ~~$145,946.15~~ | ~~Philadelphia Academic Health System, LLC~~ | ~~Center City Healthcare, LLC~~ | ~~Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B.~~ |
| ~~18.~~ | ~~McKesson Corporation and its affiliates~~ | ~~21~~ | ~~$145,946.15~~ | ~~Philadelphia Academic Medical Associates, LLC~~ | ~~Center City Healthcare, LLC~~ | ~~Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the~~ |

37442072.5 11/13/2020
37442072.6 11/23/2020

| WRONG DEBTOR CLAIMS | | | | | | |
|---|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| | | | | | | asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 19. | McKesson Corporation and its affiliates | 15 | $145,946.15 | HPS of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 20. | McKesson Corporation and its affiliates | 57 | $145,946.15 | SCHC Pediatric Associates, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 21. | McKesson Corporation and its affiliates | 22 | $145,946.15 | St. Christopher's Pediatric Urgent Care Center, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 22. | McKesson Corporation and its affiliates | 14 | $145,946.15 | SCHC Pediatric Anesthesia Associates, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 23. | McKesson Corporation and its affiliates | 18 | $145,946.15 | StChris Care at Northeast Pediatrics, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 24. | McKesson Corporation and its affiliates | 15 | $145,946.15 | TPS of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 25. | McKesson Corporation and its affiliates | 54 | $145,946.15 | TPS II of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 26. | McKesson Corporation and its affiliates | 19 | $145,946.15 | TPS III of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 27. | McKesson Corporation and its affiliates | 31 | $145,946.15 | TPS IV of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 28. | McKesson Corporation and its affiliates | 18 | $145,946.15 | TPS V of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 17. 29 | Opto-Systems | 299 | $2,566.88 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 18. 30 | Opto-Systems | 1205 | $2,566.88 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 19. 31 | Premier Healthcare Solutions, Inc. | 345 | $296,956.96 | Center City Healthcare, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 20. 32 | Premier Healthcare Solutions, Inc. | 161 | $296,956.96 | St. Christopher's Healthcare, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 21. 33 | Premier Healthcare Solutions, Inc. | 2 | $296,956.96 | Philadelphia Academic Medical Associates, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 22. ~~34~~ ⫶ | Premier Healthcare Solutions, Inc. | 2 | $296,956.96 | HPS of PA, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 23. ~~35~~ ⫶ | Premier Healthcare Solutions, Inc. | 18 | $296,956.96 | SCHC Pediatric Associates, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 24. ~~36~~ ⫶ | Premier Healthcare Solutions, Inc. | 1 | $296,956.96 | St. Christopher's Pediatric Urgent Care Center, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 25. ~~37~~ ⫶ | Premier Healthcare Solutions, Inc. | 1 | $296,956.96 | SCHC Pediatric Anesthesia Associates, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 26. ~~38~~ ⫶ | Premier Healthcare Solutions, Inc. | 5 | $296,956.96 | StChris Care at Northeast Pediatrics, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 27. ~~39~~ | Premier Healthcare Solutions, Inc. | 25 | $296,956.96 | TPS of PA II, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 28. ~~40~~ | Premier Healthcare Solutions, Inc. | 2 | $296,956.96 | TPS of PA III, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 29. ~~41~~ | Premier Healthcare Solutions, Inc. | 13 | $296,956.96 | TPS of PA IV, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 30. ~~42~~ | Premier Healthcare Solutions, Inc. | 2 | $296,956.96 | TPS of PA V, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 31. ~~43~~ | Shades of Green, Inc. | 858 | $193,410.73 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |

37442072.5 11/13/2020
37442072.6 11/23/2020

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 32. ~~44~~ | Shades of Green, Inc. | 59 | $193,410.73 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 33. ~~45~~ | SHC Services, Inc. d/b/a Supplemental Healthcare Company | 124 | $149,330.51 | Center City Healthcare, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and relevant contract shows that claim is against Philadelphia Academic Health System LLC. |

9