# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re:  Docket No. 1929** |

### NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 30, 2020 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

> **WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CONTINUED TO DECEMBER 7, 2020 AT 10:30 A.M.**

> THIS HEARING WILL BE CONDUCTED VIA BOTH ZOOM AND COURTCALL.
>
> **Any party that wants to participate in the Hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).  If you are planning to speak, please also use Zoom.  Zoom connection details are as follows:**
>
> **Topic: Center City Healthcare 19-11466**
> **Time: Nov 30, 2020 10:30 AM Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting**
> **https://debuscourts.zoomgov.com/j/1611348213**
>
> **Meeting ID: 161 134 8213 Passcode: 829478**
>
> **All parties must still dial in to CourtCall at 1-866-582-6878**
>
> **PLEASE NOTE:  AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED COURTCALL, LLC WILL PROVIDE THE AUDIO FOR THE HEARING**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]   **All Amended Agenda items appear in bold.**

**MATTER GOING FORWARD:**

1.  Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities [Docket No. 1888; filed: 11/12/20]

    Response Deadline:  December 7, 2020 at 4:00 p.m.

    Responses Received:  N/A

    Related Documents:

    A.  Notice of Filing of Proposed Order Approving Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities [Docket No. 1892; filed: 11/13/20]

    **Status: The status conference has been continued to December 7, 2020 at 10:30 a.m.**

2.  Joint Motion of the Debtors and the Official Committee of Unsecured Creditors For Approval of Consent Order Regarding Committee Discovery of Debtors and Related Relief Regarding the Application and Waiver of Privileges [Docket No. 1891; filed: 11/12/20]

    Response Deadline:  December 7, 2020 at 4:00 p.m.

    Responses Received:  N/A

    Related Documents:  N/A

    **Status: The status conference has been continued to December 7, 2020 at 10:30 a.m.**

<table>
<tr><td>Dated: November 30, 2020</td><td colspan="2">**SAUL EWING ARNSTEIN & LEHR LLP**</td></tr>
<tr><td></td><td>By:</td><td>/s/ Mark Minuti<br>Mark Minuti (DE Bar No. 2659)<br>Monique B. DiSabatino (DE Bar No. 6027)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE  19899<br>Telephone: (302) 421-6800<br>Fax: (302) 421-5873<br>mark.minuti@saul.com<br>monique.disabatino@saul.com<br><br>-and-<br><br>Jeffrey C. Hampton<br>Adam H. Isenberg<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>Fax: (215) 972-7725<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br><br>*Counsel for Debtors and Debtors in Possession*</td></tr>
</table>