# EXHIBIT A

## SUMMARY OF BLENDED RATE

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 9 | $574.00 | $675.61 |
| Junior Partners | 2 | $464.00 | $449.32 |
| Counsel | 2 | $477.00 | $489.63 |
| Senior Associates | 5 | $340.00 | $371.62 |
| Junior Associates | 10 | $292.00 | $299.43 |
| Paralegal | 0 | $243.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $199.00 | $256.08 |
| **Aggregated:** | | **$451.00** | **$394.81** |