# EXHIBIT D

## EXPENSE SUMMARY

**Expense Summary**

**For the Period from September 1, 2020 through September 30, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Saul Ewing Arnstein & Lehr LLP | $3,877.90 |
| Legal Research | Westlaw and Lexis | $2,397.76 |
| Overnight Delivery | Federal Express | $12.82 |
| **Total** | | **$6,288.48** |



| | | Invoice Number | 2589935 |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2589935 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 10/31/20 |
| Suite 900 | | Client Number | 376719 |
| El Sengudo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 09/26/2020 | Epiq Relativity eDiscovery Costs | 3,877.90 | |
| | Total   Epiq Relativity eDiscovery Costs | | 3,877.90 |
| 09/07/2020 | Westlaw Legal Research | 193.50 | |
| 09/09/2020 | Westlaw Legal Research | 132.50 | |
| 09/15/2020 | Westlaw Legal Research | 308.88 | |
| 09/21/2020 | Westlaw Legal Research | 308.88 | |
| 09/22/2020 | Westlaw Legal Research | 231.66 | |
| 09/25/2020 | Westlaw Legal Research | 888.84 | |
| 09/25/2020 | Lexis Legal Research | 47.50 | |
| 09/28/2020 | Westlaw Legal Research | 286.00 | |
| | Total   Legal Research | | 2,397.76 |
| 09/10/2020 | Federal Express 09/03/20 to: Royce Smith, Esq. From: Monique DiSabatino | 12.82 | |
| | Total   Federal Express | | 12.82 |
| | CURRENT EXPENSES | | 6,288.48 |
| | **TOTAL AMOUNT OF THIS  INVOICE** | | 6,288.48 |