# EXHIBIT F

## PROFESSIONALS' BACKGROUND

## Attorney Biographies

**George H. Rahn, Jr.,** *Partner***.**  Mr. Rahn is a partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Mr. Rahn focuses his practice on commercial litigation, including national and international construction matters.  He has handled matters for contractors, engineering firms, owners and surety bond companies in a variety of contexts. Mr. Rahn has also dealt with matters for general contractors, subcontractors, materials and equipment suppliers, owners and others that involved default termination issues, bid awards and protests, payment and performance bond issues, mechanics liens, as well as the prosecution and defense of a variety of matters involving claims for monetary damages.  In addition to his construction-related practice, Mr. Rahn has represented clients in a broad range of matters including antitrust counseling and litigation, breach of contract cases, defamation and insurance coverage disputes, health care-related matters, as well as a variety of personal injury claims.

**Mark Minuti***, Partner.*  Mr. Minuti is Vice-Chair of Saul Ewing Arnstein & Lehr's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice Group and is a Partner in its Wilmington, Delaware office.  Mr. Minuti concentrates his practice in bankruptcy law.  Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware.  Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions.  Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**Eugene J. Geekie,** *Partner*.  Mr. Geekie is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office.  Mr. Geekie represents clients in a variety of complex commercial and corporate litigation matters.  Mr. Geekie also has an active practice in debt restructurings and corporate reorganizations. Mr. Geekie represents clients across industries including securities and futures/commodities, banking and asset-based lending, construction and real estate development, energy, automotive, food, transportation, and general manufacturing, with significant experience in contentious "business-divorce" cases between equity holders/partners in closely-held corporations and partnerships.

**Jeffrey C. Hampton,** *Partner*.  Mr. Hampton is Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and

equity holders.  Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters.  In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner.*  Mr. Isenberg is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts.  Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**Amy S. Kline,** *Partner.*  Ms. Kline is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Ms. Kline has extensive trial experience in federal and state courts, as well as before private arbitration panels.  Ms. Kline has particular experience representing insurance and reinsurance companies in complex civil litigation matters.  Ms. Kline also represents clients facing large-scale investigations, including responding to governmental investigations.

**John P. Englert,** *Partner.*  Mr. Englert is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Practice Group in its Pittsburgh, Pennsylvania office.  Mr. Englert has extensive environmental experience.  Mr. Engler's experience spans a broad spectrum of environmental matters, ranging from environmental permitting of large and complex energy and industrial facilities to remediation of nuclear facilities and hazardous waste sites.

**Michelle G. Novick,** *Partner.*  Ms. Novick is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office.   Ms. Novick concentrates her practice on corporate bankruptcy.

**Clarence Y. Lee,** *Partner.*  Mr. Lee is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Washington, D.C. office.  Mr. Lee represents insurers in a wide range of insurance coverage counseling and commercial litigation. Mr. Lee provides insurance coverage advice and litigation representation on a variety of insurance issues, including managed care, errors and omissions, hospital liability, general liability, environmental, cyber, technology, director's and officer's liability, professional liability, and architects and engineers' policies.

**Monique B. DiSabatino**, *Partner.*  Ms. DiSabatino is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office.  Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Maxwell J. Bremer,** *Partner.*  Mr. Bremer is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice Group in its Minneapolis, Minnesota office.  Mr. Bremer advises entrepreneurs and established companies on key transactions throughout the business life cycle, from formations and financings to mergers, acquisitions and divestitures. Mr. Bremer works with clients in a variety of industries, including health care IT, medical devices, data analytics, block-chain

technologies, renewable and alternative energies, software, food and agriculture, transportation, and manufacturing.

**Paul A. Kasicky,** *Counsel.*  Mr. Kasicky is Counsel in Saul Ewing Arnstein & Lehr's Business and Finance Practice Group in its Pittsburgh, Pennsylvania office.  Mr. Kasicky focuses his practice primarily on ERISA and tax issues related to employee benefits and executive compensation.  Mr. Kasicky's experience includes qualified retirement plans (including ESOPs and multiemployer plans), equity incentive arrangements, VEBAs and 409A deferred compensation considerations.

**Carmen Contreras-Martinez,** *Counsel*.  Ms. Contreras-Martinez is Counsel in Saul Ewing Arnstein & Lehr's Litigation Department in its Miami, Florida office.  Ms. Contreras-Martinez corporate clients who are involved in commercial disputes or facing financial difficulties that require them to restructure or file for bankruptcy.

**Carolyn A. Pellegrini,** *Counsel*.  Ms. Pellegrini is Counsel in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Ms. Pellegrini assists employers with labor and employment disputes and other sensitive matters affecting their professional relationships with their employees. Ms. Pellegrini represents clients in federal and state employment litigation and arbitration, including matters involving Title VII, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family Medical Leave Act, the Fair Labor Standards Act and the National Labor Relations Act.

**Shane P. Simon,** *Associate*.  Mr. Simon is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Mr. Simon represents clients from a variety of industries, including health care providers, colleges and universities, and corporations. Mr. Simon also advises clients on compliance with state and federal regulations affecting their day-to-day operations, including fraud and abuse laws, HIPAA, and licensing issues.

**Allison L. Burdette,** *Associate*.  Ms. Burdette is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Pittsburgh, Pennsylvania office.  Ms. Burdette advises clients on matters involving investigations by state and federal government agencies, including litigation and regulatory enforcement.

**Jordan D. Rosenfeld,** *Associate*.  Mr. Rosenfeld is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Baltimore, Maryland office.  Mr. Rosenfeld assists clients with complex commercial litigation. Mr. Rosenfeld also represents insurers in a variety of matters, including coverage and related cybersecurity and data privacy issues.

**Douglas A. Sampson,** *Associate*.  Mr. Sampson is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Baltimore, Maryland office.  Mr. Sampson assists with a variety of matters involving commercial litigation, real estate and telecommunications.

**Joseph D. Sweeny,** *Associate*.  Mr. Sweeny is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Chicago, Illinois office.  Mr. Sweeny maintains a general litigation practice with a focus on defending clients in white collar investigations.

**Melissa A. Martinez**, *Associate*.   Ms. Martinez is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.   Ms. Martinez focuses her practice in commercial bankruptcy and corporate reorganization.

**Jillian K. Walton**, *Associate*.   Ms. Walton an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Pittsburgh, Pennsylvania office.  Ms. Walton maintains a general litigation practice and handles a variety of matters for individuals, companies, and institutions of higher education involved in complex commercial disputes in state and federal courts. Ms. Walton also handles higher education matters, including conducting an internal investigation connected to compliance concerns, and cybersecurity matters, including internal investigations relating to business email compromise and cybersecurity risks relating to an IT service provider's negligent performance.

**Christie R. McGuinness**, *Associate*.   Ms. McGuinness is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its New York, New York office.   Ms. McGuinness maintains a general litigation practice.

**John A. Marty**, *Associate*.   Mr. Marty is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Pittsburgh, Pennsylvania office.   Mr. Marty maintains a general litigation practice and handles a variety of matters involving complex commercial disputes.

**Carolyn M. Toll**, *Associate*.   Ms. Toll is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Ms. Toll maintains a general litigation practice and handles a variety of matters involving complex commercial disputes.

**Shannon A. McGuire**, *Associate*.   Ms. McGuire is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.   Ms. McGuire works on a variety of commercial bankruptcy and restructuring matters including litigation involving debtors and creditors' committees.

**Rebecca R. Starner**, *Associate*.   Ms. Starner is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Princeton, New Jersey office.  Ms. Starner maintains a general litigation practice and handles a variety of matters involving complex commercial disputes.

**Zachary B. Kizitaff**, *Associate*.   Mr. Kizitaff is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.   Mr. Kizitaff maintains a general litigation practice and handles a variety of matters involving complex commercial disputes.