IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket No. 1888 and 1891** |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED ORDER APPOINTING MEDIATOR IN
CONNECTION WITH DISCOVERY DISPUTES**

I, Mark Minuti, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby certify as follows:

1. On November 12, 2020, the Debtors and the Official Committee of Unsecured Creditors (the "Committee") served and filed the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities* [Docket No. 1888], and the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors For Approval of Consent Order Regarding Committee Discovery of Debtors and Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 1891] (collectively, the "Discovery Motions").

2. At a hearing on November 20, 2020, the Court informed the Debtors, the Committee and the MBNF Non-Debtor Entities (as defined in the Discovery Motions) (collectively, the "Parties") that it would appoint a mediator to assist the Parties in attempting

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

to resolve the discovery disputes at issue in the Discovery Motions (the "Discovery Disputes"). The Court direct the Parties to meet and confer in an attempt to agree on a mediator.

3. Pursuant to the Court's directive, the Parties did meet and confer on the selection of a mediator. I am pleased to report that the Parties have agreed, subject to approval of the Court, to have the Honorable Kevin J. Carey (ret.) serve as the mediator in connection with the Discovery Disputes. Judge Carey has agreed to serve as the mediator if approved by the Court.

4. Attached hereto as **Exhibit A** is a proposed form of *Order Appointing Mediator in Connection with Discover Disputes* (the "Proposed Order") which, *inter alia*, operates to appoint Judge Carey as the mediator.

5. The form of the Proposed Order has been approved by counsel to all the Parties and Judge Carey.

6. Of course, we are available to discuss this matter at the Court's convenience. Absent questions or concerns, we would ask that the Court sign the Proposed Order and direct that it be docketed.

7. Assuming the Court signs and dockets the Proposed Order the status conference currently scheduled for December 7, 2020 at 10:30 a.m. ET may be cancelled.

                    Respectfully submitted,

Dated: December 1, 2020       **SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com

*Counsel for Debtors and Debtors in Possession*