## **Exhibit A**

**Late-Filed Claims**

| | LATE FILED CLAIMS | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 1. | Allen, Maria | 1170 | $2,518.38 | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 2. | Aponte, Wilma | 720 | $2,404.31 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 3. | Bertoldi, Nicole | 1102 | $7,576 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 4. | Black, Diana A. | 1198 | $6,686 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). The claim is subject to objection on other grounds, as reflected in Exhibit B. |
| 5. | Black, Diana A. | 1229 | $6,686 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 6. | Black, Diana A. | 1231 | no amount | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 7. | Boyd, Kenneth | 717 | $3,085.53 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 8. | Brooks, Denise | 736 | $72.20 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 9. | Carrion, Mildred | 739 | $3,324.28 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 10. | **REDACTED** | 1118 | $2,076.92 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 11. | Clampffer, Barbara | 738 | $4,697.51 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 12. | Clinkscale, Cecilia A. | 1182 | no amount | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 13. Coffield, Dianna | 1153 | $2,135.28 | 8/9/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 14. Cramer, Lois M. | 1142 | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 15. **REDACTED** | 1165 | no amount | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 16. **REDACTED** | 1191 | no amount | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 17. Domingo MD, Connie | 723 | $3,743.02 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 18. **REDACTED** | 1186 | $200,000 | 8/13/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 19. Faulckes, Marguerite | 719 | $3,852.88 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 20. Fennekohl (Winkler), Deanna | 1149 | $4,807.70 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 21. Gattuso, Alison | 740 | $12,791.10 | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 22. Gattuso, Alison | 741 | $13,650 | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 23. Hargrove, Aminah | 1156 | $153,555 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 24. Head, Gwendolyn | 1212 | $3,049.47 | 8/14/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

37782519.1.docx 11/24/2020

| | LATE FILED CLAIMS | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 25. | Heard, Ralph J. | 1173 | $7,000 | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 26. | Hoppe, Gregory | 1171 | $1,840.89 | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 27. | Hunter, Joyce | 722 | $3,654.93 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 28. | Huynh, Hoa | 1133 | $5,076.53 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 29. | Huynh, Lai | 1180 | $13,678.79 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 30. | Innovative Medical Specialties | 708 | $2,816.50 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 31. | Innovative Medical Specialties | 730 | $2,816.50 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 32. | Innovative Medical Specialties | 1115 | $835.00 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 33. | Innovative Medical Specialties | 1163 | $835.00 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 34. | Johnson, Phyllis | 1179 | $2,000 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 35. | Johnson, Stephen | 715 | $2,923.30 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 36. | Keal, Caitlyn | 1195 | $8,387.24 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

37782519.1.docx 11/24/2020

| | LATE FILED CLAIMS | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 37. | King, Major | 1169 | no amount | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 38. | LCA Collections | 28 | $190.89 | 8/25/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 39. | Manteghi, Alexander | 1158 | $13,650 | 8/13/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 40. | Manteghi, Alexander | 729 | $9,600 | 8/13/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 41. | **REDACTED** | 1152 | $1,838.14 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 42. | Markel, Catherine | 732 | $13,046.35 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 43. | Matthew, Jisha | 1184 | $1,523.36 | 8/12/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 44. | McCollum, Jamie | 1199 | $3,482.52 | 8/25/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 45. | McDermott, Kimberly | 1154 | $8,916.96 | 8/9/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 46. | McLaughlin, Christopher | 1167 | $9,720 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 47. | McMonagle, Mary | 1143 | $16,127.76 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 48. | McMonagle, Mary | 1144 | $6,061.44 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

37782519.1.docx 11/24/2020

| | LATE FILED CLAIMS | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 49. | McMonagle, Mary | 1146 | $8,344.32 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 50. | Meyers, Julie | 737 | $5,204.47 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 51. | Michie, Faith | 1110 | $4,041.65 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 52. | **REDACTED** | 1138 | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 53. | Nichols, Gloria | 716 | $3,352.57 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 54. | Orman-Lubell, Heather | 725 | no amount | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 55. | Ott, Alexis | 1190 | $6,557.73 | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 56. | P&C PHARMA | 742 | $751.55 | 8/24/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 57. | Power Systems Specialists Inc | 1168 | $9,796.24 | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 58. | Riley, Nancy | 1172 | $42,407.68 | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 59. | Rodriguez, Felicia | 1166 | $1,596.97 | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 60. | Smyth, Gina | 1137 | $1,027.29 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

37782519.1.docx 11/24/2020

| LATE FILED CLAIMS | | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 61. | Sullivan, Dorianne | 181 | $2,200 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 62. | Systematech Technical Management Services, Inc. dba InDemand | 1109 | $77,619.71 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 63. | Thomas, Anish | 731 | $2,727.11 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 64. | Thompson, Rochelle | 1176 | no amount | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 65. | Tolbert, Shay | | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 66. | Tronoski Bachert, Michele | 1150 | $3,227.13 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 67. | UMS Lithotripsy Services of Greater Philadelphia, LLC | 1194 | $64,112 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 68. | UMS Mr Fushion Services of Eastern PA, LLC | 1181 | $29,000 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 69. | Vanvoorhis, Rhiannon | 1177 | $4,446.01 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 70. | Venezia, Shaina | 1119 | $4,237.50 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 71. | Watson, Tonya | 724 | $1,568.41 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 72. | Webb, Samyra | 1145 | $3,909.14 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 73. | Wharton, Karen | 183 | $5,520 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). The claim is subject to objection on other grounds, as reflected in Exhibit B. |
| 74. | Wharton, Karen | 1129 | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 75. | **REDACTED** | 1141 | $2,824.03 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 76. | Whiteside, Amecca | 1183 | $305.89 | 8/12/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 77. | Whitt, Antonia | 1175 | $500,000 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 78. | Williams, Malik | | no amount | 8/12/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 79. | Winrow, Marva | 1134 | $6,087.96 | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 80. | Yusen, Anita | 1174 | no amount | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

37782519.1.docx 11/24/2020