**Exhibit B**

**Duplicate Claims**

| | | | Duplicate Claims | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 1. | Arellano, Phillip | Center City Healthcare, LLC | $3,764.30 | 1178 | 829 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 2. | Atlantic Biologicals Corp | Center City Healthcare, LLC | $78,582.18 | 336 | 344 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 3. | Atlantic Biologicals Corporation | Center City Healthcare, LLC | $78,582.18 | 336 | 344 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 4. | Berroa, Gertrudis | Center City Healthcare, LLC | $50,000,000 | 960 | 977 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the debtors is identical to the Surviving Claim. |
| 5. | Bianchi, Mia | Center City Healthcare, LLC | $8,522.40 | 1192 | 161 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 6. | City of Philadelphia/ School District of Philadelphia " | Center City Healthcare, LLC. | $10,255,106.66 | 271 | 270 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Surviving Claim is subject to objection on other grounds as reflected in the Exhibit C. |
| 7. | City of Philadelphia/ School District of Philadelphia " | StChris Care at Northeast Pediatrics, LLC | $5,481.98 | 3 | 4 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 8. | Diana Black | Center City Healthcare, LLC | $6,686 | 1198 | 1229 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Both the Disallowed Claim and the Surviving Claim are subject to objection on other grounds, as reflected in Exhibit A. |

| | **Duplicate Claims** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 9. | Dougherty, Caitlin | Center City Healthcare, LLC | $190,008 | 1117 | 1116 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 10. | Duff Supply Company DBA: Duff Co | Center City Healthcare, LLC, et al. | $298.06 | 279 | 280 | The documentation submitted includes duplicate invoices asserted against the same Debtor with the invoice of the Disallowed Claim incorporated into the Surviving Claim. |
| 11. | Falcone, Diane | Center City Healthcare, LLC | $35,205.74 | 1196 | 1113 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 12. | Head, Gwendolyn | Center City Healthcare, LLC | $3,049.47 | 1164 | 1212 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 13. | Head, Gwendolyn | Center City Healthcare, LLC | $3,049.47 | 1204 | 1212 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 14. | HLM Inc dba Ackers Hardware | Center City Healthcare, LLC | $8,939.86 | 293 | 635 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 15. | HLM Inc dba Ackers Hardware | Center City Healthcare, LLC | $8,939.86 | 56 | 635 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Health System, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC, is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |

| | **Duplicate Claims** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 16. | Innovative Medical Specialties | St. Christopher's Healthcare, LLC. | $2,816.50 | 708 | 730 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Both the Disallowed Claim and the Surviving Claim are subject to objection on other grounds, as reflected in Exhibit A. |
| 17. | Innovative Medical Specialties | Center City Healthcare, LLC | $835.00 | 1115 | 1163 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Both the Disallowed Claim and the Surviving Claim are subject to objection on other grounds, as reflected in Exhibit A. |
| 18. | John F. Scanlan, Inc. | Center City Healthcare, LLC | $2,861.13 | 178 | 776 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 19. | Kerr, Carol | St. Christopher Healthcare, LLC | $18,414.51 | 734 | 747 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 20. | Kulp, Heather | Center City Healthcare, LLC | $6,834.04 | 1016 | 726 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. The Disallowed Claim is also subject to objection on other grounds as reflected in Exhibit D. |
| 21. | **REDACTED** | Center City Healthcare, LLC | no amount | 653 | 1123 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

3

| | **Duplicate Claims** | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Debtor Against Whom Claim is Asserted | Claim Amount ($) | Duplicate Claim No.(s) to be Disallowed | Surviving Claims No. | Reason for Disallowance |
| 22. | Malik, Archana | St. Christopher's Healthcare, LLC. | $19,395.75 | 337 | 338 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 23. | Moody, Tiffany N. | St. Christopher Healthcare, LLC | $1,286 | 430 | 701 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 24. | Moore, Andrea | Center City Healthcare, LLC | $3,73.02 | 1189 | 1202 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 25. | MorseWatchmans, Inc | Center City Healthcare, LLC | $722 | 286 | 522 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 26. | Opto-Systems Inc | Center City Healthcare, LLC | $747.96 | 820 | 300 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 27. | Opto-Systems Inc | Center City Healthcare, LLC | $747.96 | 819 | 300 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 28. | Opto-Systems Inc | St. Christopher Healthcare, LLC | $2,566.88 | 1205 | 299 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher Healthcare, LLC. |

| | | **Duplicate Claims** | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 29. | Pension Fund for Hospital and Health Care Employees, Philadelphia and Vicinity | Center City Healthcare, LLC, et al. | 59,400,090 | 21 | 51 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the debtors is identical to the Surviving Claim. Surviving Claim is subjected to objection on other grounds as reflected in Exhibit C. |
| 30. | Premier Healthcare Solutions, Inc. | Center City Healthcare, LLC | $296,956.96 | 345 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 31. | Premier Healthcare Solutions, Inc. | St. Christopher's Healthcare, LLC | $296,956.96 | 161 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 32. | Premier Healthcare Solutions, Inc. | Philadelphia Academic Medical Associates, LLC | $296,956.96 | 2 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 33. | Premier Healthcare Solutions, Inc. | HPS of PA, LLC | $296,956.96 | 2 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 34. | Premier Healthcare Solutions, Inc. | SCHC Pediatric Associates, LLC | $296,956.96 | 18 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |

| | | | Duplicate Claims | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 35. | Premier Healthcare Solutions, Inc. | St. Christopher's Pediatric Urgent Care Center, LLC | $296,956.96 | 1 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 36. | Premier Healthcare Solutions, Inc. | SCHC Pediatric Anesthesia Associates, LLC | $296,956.96 | 1 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 37. | Premier Healthcare Solutions, Inc. | StChris Care at Northeast Pediatrics, LLC | $296,956.96 | 5 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 38. | Premier Healthcare Solutions, Inc. | TPS of PA, LLC | $296,956.96 | 1 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 39. | Premier Healthcare Solutions, Inc. | TPS II of PA, LLC | $296,956.96 | 25 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 40. | Premier Healthcare Solutions, Inc. | TPS III of PA, LLC | $296,956.96 | 2 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |

37782519.1.docx 11/24/2020

| | **Duplicate Claims** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 41. | Premier Healthcare Solutions, Inc. | TPS IV of PA, LLC | $296,956.96 | 13 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 42. | Premier Healthcare Solutions, Inc. | TPS V of PA, LLC | $296,956.96 | 2 | 68 | The Debtor's Books and Records reflect that the Disallowed Claim, once asserted against the correct debtor as Philadelphia Academic Health System, LLC, is a duplicate of the Surviving Claim. |
| 43. | Rambo, Kathleen | St. Christopher's Healthcare, LLC. | $6,752.27 | 735 | 397 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 44. | Sakarcan, Sinem | Center City Healthcare, LLC | $3,412 | 1114 | 1197 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 45. | Samuel, Jessly | Center City Healthcare, LLC | no amount | 1148 | 1159 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Both the Disallowed Claim and the Surviving Claim are subject to objection on other grounds, as reflected in Exhibit A. |
| 46. | Shades of Green, Inc. | Center City Healthcare, LLC | $193,410.73 | 858 | 626 | The Debtor's Books and Records reflect that the Duplicate Claim, once modified to reflect the correct Debtor as St. Christopher Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher Healthcare, LLC. |
| 47. | Shades of Green, Inc. | Center City Healthcare, LLC | $193,410.73 | 59 | 626 | The Debtor's Books and Records reflect that the Duplicate Claim, once modified to reflect the correct Debtor as St. Christopher Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher Healthcare, LLC. |

37782519.1.docx 11/24/2020

| | **Duplicate Claims** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 48. | Sheehan, Bernadette | Center City Healthcare, LLC | $3,539 | 1151 | 731 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 49. | Wharton, Karen | Philadelphia Academic Medical Associates, LLC | $5,520 | 183 | 54 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Disallowed Claim is subject to objection on other grounds, as reflected in Exhibit A. |
| 50. | Wharton, Karen | Philadelphia Academic Medical Associates, LLC | $5,520 | 185 | 54 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

37782519.1.docx 11/24/2020