**Exhibit C**

**Amended Claims**

| | **AMENDED CLAIMS** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. | 100 Acre Ranch LLC | 493 | 496 | $6,494.05 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 2. | 100 Acre Ranch, LLC dba FASTSIGNS of Willow Grove | 106 | 107 | $761.54 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 3. | 100 Acre Ranch, LLC dba FASTSIGNS of Willow Grove | 107 | 108 | $7,255.59 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 4. | Abbott Diagnostics Division of Abbott Laboratories | 175 | 596 | $57,155.14 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 5. | Abbott Diagnostics Division of Abbott Laboratories | 69 | 134 | $128,194.03 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 6. | Abbott Laboratories, Inc. | 70 | 71 | $66,282.36 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 7. | Abbott Laboratories, Inc. | 71 | 125 | $68,832.36 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 8. | Abbott Laboratories, Inc. | 174 | 560 | $75,993 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

| | **AMENDED CLAIMS** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 9. | Abbott Point of Care Inc. | 165 | 557 | $19,950.27 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 10. | Abbott Point of Care, Inc. | 165 | 557 | $19,950.27 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 11. | Adept-Med International, INC. | 180 | 541 | $874.12 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 12. | Agio Brand Solutions, LLC | 153 | 531 | $359.74 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 13. | Agio Brand Solutions, LLC | 154 | 533 | $1,549.80 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 14. | Airgas, USA LLC | 260 | 725 | $444,416.76 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 15. | Alliance HealthCare Services, Inc. | 258 | 287 | $123,433.20 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 16. | **REDACTED** | 192 | 595 | $1,860 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

| | AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 17. | Beckman Coulter, Inc. | 99 | 574 | $81,715.86 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 18. | Biochrom US, Inc | 176 | 92 | $1,028.49 | The Debtor's Books and Records reflect that the Disallowed Claim, once modified to reflect the correct Debtor as St. Christopher Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher Healthcare, LLC. |
| 19. | Boc, Steven F. | 948 | 1162 | $20,000 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 20. | City of Philadelphia/ School District of Philadelphia | 270 | 783 | $10,255,106.66 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 21. | Flores, Victoria | 491 | 657 | $813.52 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 22. | Freedom Specialty Services | 362 | 372 | $1.592.25 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. The Amended Claim is subject to objection on other grounds as reflected in Exhibit D. |
| 23. | Hewlett-Packard Financial Services Company | 227 | 228 | $269,255.81 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

| | **AMENDED CLAIMS** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 24. | Independence Blue Cross, LLC | 54 | 60 | $99,441.00 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 25. | Kulp, Heather | 1011 | 1016, 726 | $6,834 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claims. Claim No. 1016 is subject to objection on other grounds as reflected in Exhibit B and Exhibit D. |
| 26. | Laboratory Corporation of America | 13 | 79 | $228,464.54 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 27. | Laboratory Corporation of America | 47 | 172 | $262,252.79 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 28. | Lauer, Bryon | 76 | 238 | $30,741.13 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. The Surviving Claim is in turn disallowed as set forth herein, since it was amended by claim 256. |
| 29. | Lauer, Bryon | 238 | 256 | $62,053.03 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 30. | Lauer, Bryon | 239 | 257 | $13,650.00 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

| AMENDED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 31. Lauer, Bryon | 240 | 258 | $9,764.86 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 32. Leiters Enterprises | 73 | 74 | $4,639 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 33. Nyce, Margaret | 444 | 459 | $7,373.27 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 34. Pension Fund for Hospital and Healthcare | 51 | 485 | $59,400,090 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 35. Pension Fund for Hospital and Healthcare | 485 | 1086 | $22,599,359 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 36. Perinatal Cardiology Consultants | 25 | 26 | $10,900.85 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 37. Perinatal Cardiology Consultants | 26 | 27 | $10,900.85 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 38. Revint Solutions, LLC | 332 | 952 | $87,657.53 | The Debtors' Books and Records and claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim. |

| AMENDED CLAIMS | | | | |
|---|---|---|---|---|
| Name of Claimant | Amended Claim No. to be Disallowed | Surviving Claim No. | Claim Amount ($) | Reason for Disallowance |
| 39. Saunders Jr., Leon R. | 460 | 464 | $85,929.00 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 40. Shades of Green, Inc. | 59 | 858 | $193,410.73 | The Debtors' Books and Records and claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim. the Surviving Claim is subject to objection on other grounds as reflected in Exhibit D. |
| 41. U.S. Department of Health and Human Services, CMS | 302 | 949 | $3,406,070.37 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 42. United Healthcare Insurance Company | 2 | 383 | $185,646.26 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 43. United Healthcare Insurance Company | 383 | 592 | $213,380.80 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |