**Exhibit D**

**Wrong Debtor Claims**

| | WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 1. | Biochrom US, Inc. | 176 | $1,028.49 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit C. |
| 2. | Freedom Specialty Services | 361 | $4,423.25 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 3. | Freedom Specialty Services | 362 | $1,592.25 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. This claim is also subject to objection on other grounds as reflected in Exhibit C. |
| 4. | Freedom Specialty Services | 363 | $2,490.00 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 5. | Freedom Specialty Services | 364 | $1,969.50 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 6. | Freedom Specialty Services | 365 | $2,293.75 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 7. | Freedom Specialty Services | 367 | $1,970.00 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |

| | **WRONG DEBTOR CLAIMS** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 8. | Freedom Specialty Services | 368 | $2,524.25 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 9. | Freedom Specialty Services | 369 | $1,580.00 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 10. | Freedom Specialty Services | 370 | $1,970.00 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 11. | Freedom Specialty Services | 371 | $1,878.25 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 12. | Freedom Specialty Services | 372 | $1,592.25 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 13. | Freedom Specialty Services | 373 | $2,125.00 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |
| 14. | HLM Inc dba Ackers Hardware | 291 | $1,349.86 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. |

| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
|---|---|---|---|---|---|---|
| | **WRONG DEBTOR CLAIMS** | | | | | |
| 15. | HLM Inc dba Ackers Hardware | 56 | $1,349.86 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 16. | Kulp, Heather | 1016 | $6,834.04 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth in Exhibit B. |
| 17. | Opto-Systems | 299 | $2,566.88 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 18. | Opto-Systems | 1205 | $2,566.88 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 19. | Premier Healthcare Solutions, Inc. | 345 | $296,956.96 | Center City Healthcare, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |

| WRONG DEBTOR CLAIMS ||||||
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 20. Premier Healthcare Solutions, Inc. | 161 | $296,956.96 | St. Christopher's Healthcare, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 21. Premier Healthcare Solutions, Inc. | 2 | $296,956.96 | Philadelphia Academic Medical Associates, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 22. Premier Healthcare Solutions, Inc. | 2 | $296,956.96 | HPS of PA, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 23. Premier Healthcare Solutions, Inc. | 18 | $296,956.96 | SCHC Pediatric Associates, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 24. Premier Healthcare Solutions, Inc. | 1 | $296,956.96 | St. Christopher's Pediatric Urgent Care Center, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |

37782519.1.docx 11/24/2020

| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
|---|---|---|---|---|---|---|
|  | **WRONG DEBTOR CLAIMS** | | | | | |
| 25. | Premier Healthcare Solutions, Inc. | 1 | $296,956.96 | SCHC Pediatric Anesthesia Associates, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 26. | Premier Healthcare Solutions, Inc. | 5 | $296,956.96 | StChris Care at Northeast Pediatrics, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 27. | Premier Healthcare Solutions, Inc. | 25 | $296,956.96 | TPS of PA II, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 28. | Premier Healthcare Solutions, Inc. | 2 | $296,956.96 | TPS of PA III, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 29. | Premier Healthcare Solutions, Inc. | 13 | $296,956.96 | TPS of PA IV, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |

| | WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 30. | Premier Healthcare Solutions, Inc. | 2 | $296,956.96 | TPS of PA V, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 31. | Shades of Green, Inc. | 858 | $193,410.73 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 32. | Shades of Green, Inc. | 59 | $193,410.73 | Center City Healthcare, LLC | St. Christopher Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also submit to objection on other grounds, as set forth in Exhibit B. |
| 33. | SHC Services, Inc. d/b/a Supplemental Healthcare Company | 124 | $149,330.51 | Center City Healthcare, LLC | Philadelphia Academic Health System LLC | Debtors' Books and Records do not support claim against asserted Debtor and relevant contract shows that claim is against Philadelphia Academic Health System LLC. |