## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 1, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served (i) via email to the parties listed in **Exhibit A** and (ii) via first class mail, postage prepaid, to the parties listed in **Exhibit B** attached hereto:

- **Order Sustaining Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1942]**

Dated: December 2, 2020

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 2nd day of December, 20 20, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHSCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LATHAM & WATKINS LLP
MATTHEW J. CARMODY
MATT.CARMODY@LW.COM

LATHAM & WATKINS LLP
SUZZANNE UHLAND
SUZZANNE.UHLAND@LW.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM

MICHAEL WOLF
MICHAEL WOLF
MIKEWOLFMD@GMAIL.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PAUL BAILEY
PAUL BAILEY
MEGAN.RATCHFORD610@GMAIL.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
FRANCIS.LAWALL@TROUTMAN.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MARCY.SMITH@TROUTMAN.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

Parties Served:  114

# **EXHIBIT B**

100 ACRE RANCH LLC
707 EASTON RD
WILLOW GROVE, PA 19090

100 ACRE RANCH LLC
ATTN: CLINT EHLERS
707 EASTON RD
WILLOW GROVE, PA 19090

100 ACRE RANCH LLC
DBA FASTSIGNS OF WILLOW GROVE
707 EASTON RD
WILLOW GROVE, PA 19090

100 ACRE RANCH, LLC DBA FASTSIGNS OF WILLOW G
ATTN: CLINT EHLERS
707 EASTON RD.
WILLOW GROVE, PA 19090

ABBOTT DIAGNOS
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ABBOTT DIAGNOSTICS DIVISION OF ABBOTT LABO
C/O KOHNER MANN & KAILAS SC
ATTN: ERIC R VON HELMS
4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212

ABBOTT DIAGNOSTICS DIVISION OF ABBOTT LABORAT
ERIC R. VON HELMS
KOHNER, MANN & KAILAS, S.C.
4650 N PORT WASHINGTON RD
MILWAUKEE, WISCONSIN 53212

ABBOTT LABORATORIES
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT LABORATORIES
P.O. BOX 100997
ATLANTA, GA 30384-0997

ABBOTT LABORATORIES INC
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ABBOTT LABORATORIES INC
22400 NETWORK PL
CHICAGO, IL 60673-1224

ABBOTT LABORATORIES INC
C/O KOHNER MANN & KAILAS SC
ATTN: ERIC R VON HELMS
4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212

ABBOTT LABORATORIES INC
P.O. BOX 92679
CHICAGO, IL 60675-2679

ABBOTT LABORATORIES INC
ROSS PRODUCTS DIVISION
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT LABORATORIES INC.
100 ABBOTT PARK RD
ABBOT PARK, IL 600654

ABBOTT MEDICAL
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ABBOTT MOLECULAR INC.
ATTN: LEGAL DEPT
1350 E TOUHY AVE
DES PLAINES, IL 60018

ABBOTT MOLECULAR INC.DIV OF ABBOTT LABORA
C/O KOHNER MANN & KAILAS SC
ATTN: ERIC R VON HELMS
4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212

ABBOTT NUTRITION
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ABBOTT NUTRITION
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT NUTRITION
ABBOTT LABORATORIES
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT POINT OF CARE
400 COLLEGE RD E
PRINCETON, NJ 08540

ABBOTT POINT OF CARE INC
C/O KOHNER, MANN & KAILAS, SC
ATTN: ERIC R VON HELMS
4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212

ABBOTT POINT OF CARE INC.
C/O KOHNER, MANN & KAILAS, SC
ATTN: ERIC R VON HELMS
4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212

ADEPT-MED INTERNATIONAL INC
665 PLEASANT VALLEY RD STE, STE C
DIAMOND SPRINGS, CA 95619

ADEPT-MED INTERNATIONAL, INC
ATTN: CASSIE RICE
665 PLEASANT VALLEY RD
DIAMOND SPRINGS, CA 95619

AGIO BRAND SOLUTIONS
1315 WALNUT ST, STE 1132
PHILADELPHIA, PA 19107

AGIO BRAND SOLUTIONS LLC
ATTN: MICHAEL TOLASSI
2929 ARCH ST, STE 1700
PHILADELPHIA, PA 19104

AIRGAS INC
DBA AIRGAS USA LLC
P.O. BOX 802576
CHICAGO, IL 60680-2576

AIRGAS INC
P.O. BOX 802576
CHICAGO, IL 60680-2576

AIRGAS MEDICAL
259 N RADNOR-CHESTER RD, STE 100
RADNOR, PA 19087

AIRGAS SAFETY INC
P.O. BOX 951884
DALLAS, TX 75395-1884

AIRGAS USA INC
P.O. BOX 532609
ATLANTA, GA 30353-2609

Center City Healthcare, LLC, et al. - U.S. Mail                                              Served 12/1/2020

AIRGAS USA LLC
ATTN: AMANDA DOPIERALSKI
6055 ROCKSIDE WOODS BLVD
INDEPENDENCE, OH 44131

AIRGAS USA LLC
P.O. BOX 802576
CHICAGO, IL 60680-2576

AIRGAS USA, LLC
259 N RADNOR-CHESTER RD, STE 100
RADNOR, PA 19087

ALEXANDER MANTEGHI
ADDRESS REDACTED

ALEXANDER MANTEGHI DO
ADDRESS REDACTED

ALEXANDER MANTEGHI, D.O.
1524 N HANCOCK ST
PHILADLPHIA, PA 19122

ALEXIS M OTT
7 PLYMOUTH COURT
BORDENTOWN, NJ 08505

ALEXIS OTT
ADDRESS REDACTED

ALISON GATTUSO
ADDRESS REDACTED

ALISON L GATTUSO DO
ADDRESS REDACTED

ALISON L GATTUSO DO
ADDRESS REDACTED

ALLIANCE HEALTHCARE SERVICES INC
DBA ALLIANCE IMAGING INC
P.O. BOX 19532
IRVINE, CA 92623

ALLIANCE HEALTHCARE SERVICES INC
P.O. BOX 96485
CHICAGO, IL 60693-6485

ALLIANCE HEALTHCARE SERVICES, INC.
ATTN: BRENT M. CHAFFEE
P.O. BOX 19532
IRVINE, CA 92623

ALLIANCE HEALTHCARE SERVICES, INC.
ATTN: BRIAN M. CHAFFEE
P.O. BOX 19532
IRVINE, CA 92623

ALLIANCE HEALTHCARE SERVICES, INC. D/B/A ALLIAN
ATTN: CONTRACTS ADMIN DEPT
18201 VON KARMAN, STE 600
IRVINE, CA 92612

AMECCA WHITESIDE
ADDRESS REDACTED

AMINAH HARGROVE
ADDRESS REDACTED

AMINAH HARGROVE
ADDRESS REDACTED

ANDREA MOORE
ADDRESS REDACTED

ANISH THOMAS
ADDRESS REDACTED

ANISH V THOMAS
ADDRESS REDACTED

ANITA YUSEN
7 STEEPLECHASE LN
BLUE BELL, PA 19422

ANTONIA WHITT
ADDRESS REDACTED

ARCHANA MALIK
ADDRESS REDACTED

ARCHANA MALIK MD
ADDRESS REDACTED

ARCHANA MALIK, M.D.
14 DOGWOOD RD
MOORESTOWN, NJ 08057

ATLANTIC BIOLOGICALS
ABC P.O. BOX
P.O. BOX 533014
ATLANTA, GA 30353-3014

ATLANTIC BIOLOGICALS CORP
ABC P.O. BOX
P.O. BOX 533014
ATLANTA, GA 30353-3014

ATLANTIC BIOLOGICALS CORP
ATTN: ELIZABETH BALLINGER MILANA
20101 NE 16 PL
MIAMI, FL 33179

BARBARA CLAMPFFER
ADDRESS REDACTED

BECKMAN COULTER INC
250 SOUTH KRAEMER BLVD
BREA, CA 92821

BECKMAN COULTER INC
C/O BERNSTEIN-BURKLEY PC
ATTN: LARA S MARTIN
707 GRANT ST, STE 2200
PITTSBURGH, PA 15219

BECKMAN COULTER INC
DEPT CH 10164
PALATINE, IL 60055-0164

BECKMAN COULTER, INC
250 S KRAEMER BLVD
BREA, CA 92821

BECKMAN COULTER, INC.
ATTN: JOSHUA LEE
250 S. KRAEMER BLVD. - D1.NW.03
BREA, CA 92821

BECKMAN COULTER, INC.
C/O BERNSTEIN-BURKLEY, P.C.
707 GRANT ST
PITTSBURGH, PA 15219

BECKMAN COULTER, INC.
C/O BERNSTEIN-BURKLEY, P.C.
707 GRANT ST
STE 2200
PITTSBURGH, PA 15219

BERNADETTE SHEEHAN
ADDRESS REDACTED

BIOCHROM US
84 OCTOBER HILL RD
HOLLISTON, MA 01746

BIOCHROM US INC
84 OCTOBER HILL RD
HOLLISTON, MA 01746

BIOCHROM US, INC.
ATTN: ACCOUNTS RECEIVABLE
84 OCTOBER HILL RD
HOLLISTON, MA 01746

BRYON J LAUER
ADDRESS REDACTED

BRYON LAUER
ADDRESS REDACTED

BRYON LAUER
ADDRESS REDACTED

BRYON LAUER, MD
ADDRESS REDACTED

BRYON LAUER, MD
ADDRESS REDACTED

CAITLIN DOUGHERTY
ADDRESS REDACTED

CAITLIN DOUGHERTY
ADDRESS REDACTED

CAITLYN KEAL
853 N TAYLOR ST
PHILADELPHIA, PA 19130

CAITLYN KEAL
ADDRESS REDACTED

CAROL KERR
ADDRESS REDACTED

CATHERINE MARKEL
ADDRESS REDACTED

CHRISTOPHER MCLAUGHLIN
ADDRESS REDACTED

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CITY OF PHILADELPHIA / SCHOOL DISTRICT OF PHILAD
ATTN: MEGAN HARPER
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHIL
C/O CITY OF PHILADELPHIA LAW-TAX & REVENUE I
ATTN: MEGAN HARPER
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHILAD
C/O CITY OF PHILADELPHIA LAW-TAX & REVENUE UNIT
ATTN: MEGAN HARPER
1401 JFK BLVD, 5TH FL.
PHILADELPHIA, PA 19102

CONNIE DOMINGO, MD
ADDRESS REDACTED

DEANNA FENNEKOHL
ADDRESS REDACTED

DEANNA FENNEKOHL
ADDRESS REDACTED

DENISE BROOKS
ADDRESS REDACTED

DENISE BROOKS
ADDRESS REDACTED

DIANA A BLACK
ADDRESS REDACTED

DIANA A. BLACK
ADDRESS REDACTED

DIANA BLACK
ADDRESS REDACTED

DIANA BLACK
C/O CENTER CITY HEALTHCARE
230 N BROAD ST
PHILADELPHIA, PA 19102

DIANE FALCONE
ADDRESS REDACTED

DIANNA COFFIELD
ADDRESS REDACTED

DORIANNE SULLIVAN
ADDRESS REDACTED

DUFF SUPPLY COMPANY
ATTN: SCOTT KIRKLAND
PO BOX 618
NORRISTOWN, PA 19404

DUFF SUPPLY COMPANY DBA: DUFF CO
ATTN: GEOFFREY M DUFFINE
201 EAST LAFAYETTE ST
NORRISTOWN, PA 19401

DUFF SUPPLY COMPANY DBA: DUFF CO.
ATTN: GEOFFREY M. DUFFINE
201 EAST LAFAYETTE ST
NORRISTOWN, PA 19401

FAITH MICHIE
ADDRESS REDACTED

FELICIA RODRIGUEZ
ADDRESS REDACTED

FELICIA RODRIQUEZ
ADDRESS REDACTED

FOOT & ANKLE CENTER OF PHILADELPHIA, LLC
ATTN: STEVEN BOC, DPM
235 N BROAD ST, STE 300
PHILADELPHIA, PA 19102

FOOT & ANKLE CENTER OF PHILADELPHIA, LLC
ATTN: STEVEN F BOC, DPM
235 N BROAD ST, STE 300
PHILADELPHIA, PA 19107

FOOT & ANKLE CENTER OF PHILADELPHIA, LLC (DR. B
ATTN: STEVEN F BOC, DPM
235 N BROAD ST, STE 300
PHILADELPHIA, PA 19107

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

FREEDOM SPECIALTY SERVICES
ATTN: CHRISTINA MAHON
1000 DELSEA DR, BLDG C UNIT 2
WESTVILLE, NJ 08093

FREEDOM SPECIALTY SERVICES
ATTN: CHRISTINA MAHON
1000 DELSEA DR, BLDG C, UNIT 2
WESTVILLE, NJ 08093

FREEDOM SPECIALTY SERVICES
ATTN: CHRISTINA MAYHON
1000 DELSEA DR, BLDG C UNIT 2
WESTVILLE, NJ 08093

FREEDOM SPECIALTY SVC INC
1000 DELSEA DR, BLDG C, STE 2
WESTVILLE, NJ 08093

GERTRUDIS BERROA, ADMINISTRATRIX
C/O KLINE & SPECTER PC
ATTN: THOMAS E BOSWORTH
1525 LOCUST ST
PHILADELPHIA, PA 19102

GERTRUDIS BERROA, ADMINISTRATRIX
THOMAS E. BOSWORTH, ESQUIRE
KLINE & SPECTER, P.C.
1525 LOCUST ST
PHILADELPHIA, PA 19102

GINA SMYTH
ADDRESS REDACTED

GLORIA NICHOLS
ADDRESS REDACTED

GREGORY HOPPE
ADDRESS REDACTED

GWENDOLYN HEAD
ADDRESS REDACTED

GWENDOLYN HEAD
ADDRESS REDACTED

HEATHER KULP
ADDRESS REDACTED

HEATHER KULP
ADDRESS REDACTED

HEATHER ORMAN-LUBELL
ADDRESS REDACTED

HEATHER ORMAN-LUBELL
ADDRESS REDACTED

HEATHER ORMAN-LUBELL MD
1324 STONEY RIVER DR
MAPLE GLEN, PA 19446

HEATHER ORMAN-LUBELL MD
ADDRESS REDACTED

HEATHER ORMAN-LUBELL MD
ADDRESS REDACTED

HEATHER ORMAN-LUBELL,
ADDRESS REDACTED

HEATHER ORMAN-LUBELL,
ADDRESS REDACTED

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATTN: DIANE MORGAN
200 CONNELL DR, STE 5000
BERKELY HEIGHTS, NJ   07922

HEWLETT-PACKARD FINANCIAL SERVICES COMPA
ATTN: DIANE MORGAN
200 CONNELL DR.
STE 5000
BERKELY HEIGHTS, NJ  07922

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATTN: DIR OF OPERATIONS, AMERICAS
200 CONNELL DR, STE 5000
BERKELEY HEIGHTS, NJ 07922

HLM INC DBA ACKERS HARDWARE
400B HUNTINGDON PIKE
ROCKLEDGE, PA 19046

HLM INC DBA ACKERS HARDWARE
ATTN: HAROLD DRAEDIGER
400B HUNTINGDON PIKE
ROCKLEDGE, PA 19046

HLM INC DBA ACKERS HARDWARE
ATTN: HAROLD PRAEDIGER
400B HUNTINGDON PIKE
ROCKLEDGE, PA 19046

HLM INC DBA ACKERS HARDWARE
ATTN: HAROLD PRAEDIGER
400B HUNTINGTON PIKE
ROCKLEDGE, PA 19046

HOA HUYNH
ADDRESS REDACTED

IBC-INDEPENDENCE BLUE CROSS
DEPARTMENT PROVIDER AUDIT @154
1901 MARKET ST
PHILADELPHIA, PA 19103-1480

INNOVATIVE MEDICAL SPECIALTIES
6165 MONROE AVE
ELDERSBURG, MD 21784

INNOVATIVE MEDICAL SPECIALTIES
6165 MONROE AVE
ELEDERSBURG, MD 21784

INNOVATIVE MEDICAL SPECIALTIES
ATTN: ROBERT DAVID SCARBOROUGH, JR
6165 MONROE AVE
ELDERSBURG, MD 21784

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JAMIE MCCOLLUM
ADDRESS REDACTED

JESSLY SAMUEL
ADDRESS REDACTED

JISHA MATHEW
ADDRESS REDACTED

JISHA MATTHEW
ADDRESS REDACTED

JOHN F SCANLAN INC
1238 BELMONT AVE
PHILADELPHIA, PA 19104

JOHN F. SCALAN, INC
ATTN: REGINA KNECHT
1238-46 BELMONT AVE
PHILADELPHIA, PA 19104

JOHN F. SCANLAN, INC
ATTN: REGINA KNECHT
1238-46 BELMONT AVE
PHILADELPHIA, PA  19104

JOYCE HUNTER
ADDRESS REDACTED

JULIE MEYERS
ADDRESS REDACTED

KAREN WHARTON
ADDRESS REDACTED

KATHLEEN RAMBO
ADDRESS REDACTED

KATHLEEN RAMBO
ADDRESS REDACTED

KENNETH BOYD
ADDRESS REDACTED

KENNETH BOYD
C/O BISHOP DORFMAN KROUPA & BISHOP PC
ATTN: WILLIAM BISHOP, ESQ.
1617 JFK BLVD, STE 1290
PHILADELPHIA, PA 19103-1811

KIMBERLY MCDERMOTT
ADDRESS REDACTED

KIMBERLY MCDERMOTT
ADDRESS REDACTED

KIMBERLY MCDERMOTT
ADDRESS REDACTED

LABORATORY CORPORATION OF AMERICA
ATTN: LAW DEPT
430 SOUTH SPRING ST
BURLINGTON, NC 27215

LABORATORY CORPORATION OF AMERICA
C/O JOHNSON LEGAL NETWORK, PLLC
ATTN: KAREN L WHITMER
535 WELLINGTON WAY, STE 380
LEXINGTON, KY 40503

LABORATORY CORPORATION OF AMERICA
P.O. BOX 12140
BURLINGTON, NC 27216-2140

LABORATORY CORPORATION OF AMERICA
P.O. BOX 12190
BURLINGTON, NC 27216-2190

LABORATORY CORPORATION OF AMERICA
P.O. BOX 2240
BURLINGTON, NC 27216-2240

LAI HUYNH
ADDRESS REDACTED

LAI HUYNH
ADDRESS REDACTED

LCA CALLECTIONS
ATTN: MONICA MCNAIR
258 VOLLKORN RD
MAGNOLIA, DE, 19962

LCA CALLECTIONS
P.O. BOX 2240
BURLINGTON, NC 27216

LEITERS ENTERPRISES
ATTN: WADE WILSON / BRYANNA GUENTERT
13796 COMPARK BLVD
ENGLEWOOD, CO 80112

LEON SAUNDERS
ADDRESS REDACTED

LOIS CRAMER
ADDRESS REDACTED

LOIS M CRAMER
1901 JOHN F KENNEDY BLVD, APT 2520
PHILADELPHIA, PA 19103

MAJOR KING
ADDRESS REDACTED

MALIK WILLIAMS
ADDRESS REDACTED

MARGARET NYCE
ADDRESS REDACTED

MARGUERITE FAULCKES
ADDRESS REDACTED

MARIA ALLEN
ADDRESS REDACTED

MARVA WINROW
ADDRESS REDACTED

MARY MCMONAGLE
ADDRESS REDACTED

MARY MCMONAGLE
ADDRESS REDACTED

MIA BIANCHI
6 BIRCH ST
PENNINGTON, NJ 08034

MIA BIANCHI
ADDRESS REDACTED

MICHELE TRONOSKI
ADDRESS REDACTED

MICHELE TRONOSKI BACHERT
ADDRESS REDACTED

MILDRED CARRION
ADDRESS REDACTED

MORSE WATCHMANS INC
2 MORSE RD
OXFORD, CT 06478

MORSEWATCHMANS INC
2 MORSE RD
OXFORD, CT 06478

MORSEWATCHMANS, INC
ATTN: DONNA L BUTLER
2 MORSE RD
OXFORD, CT 06478

MORSEWATCHMANS, INC
ATTN: DONNA L. BUTLER
2 MORSE RD
OXFORD, CT  06478

MS CECILIA A CLINKSCALE
ADDRESS REDACTED

NANCY RILEY
ADDRESS REDACTED

NANCY RILEY
ADDRESS REDACTED

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NICOLE BERTOLDI
ADDRESS REDACTED

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OPTO-SYSTEMS
ATTN: LINDA LACROIX
120 TERRY DR
NEWTOWN, PA 18940

OPTO-SYSTEMS
P.O. BOX 1187
120 TERRY DR
NEWTOWN, PA 18940

OPTO-SYSTEMS INC
P.O. BOX 1187
120 TERRY DR
NEWTOWN, PA 18940

P&C PHARMA
955 CONGRESS PARK DR
DAYTON, OH 45459

P&C PHARMA
ATTN: J D'SILVA
714 E MONUMENT AVE
DAYTON, OH 45402

P&C PHARMA
PATIENTS & CONSUMER PHARM CO
955 CONGRESS PARK DR
DAYTON, OH 45459

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PENSION FUND FOR HOSPITAL AND
HEALTH CARE EMPLOYEES
PHILADELPHIA AND VICINITY
AND LAVENE DEVALIA, EXEC DIR
1319 LOCUST ST, 3RD FL
PHILADELPHIA, PA 19107

PENSION FUND FOR HOSPITAL AND HEALTH CARE EM
C/O O'DONOGHUE & O'DONOGHUE LLP
ATTN: LANCE GEREN
325 CHESTNUT ST, STE 600
PHILADELPHIA, PA 19106

PENSION FUND FOR HOSPITAL AND HEALTH CARE EM
ATTN: LANCE GEREN
325 CHESTNUT ST, STE 600
PHILADELPHIA, PA 19106

PENSION FUND FOR HOSPITAL AND HEALTHCARE
ATTN: LAVERNE DEVALIA
1319 LOCUST ST, 3RD FL
PHILADELPHIA, PA 19107

PENSION FUND FOR HOSPITAL AND HEALTHCARE EM
ATTN: LAVERNE DEVALIA
1319 LOCUST ST, STE 300
PHILADELPHIA, PA 19107

PENSION FUND FOR HOSPITAL AND HEALTHCARE EM
ATTN: MICHAEL BUSENKELL
1201 N ORANGE ST, 3RD FL
WILMINGTON, DE 19801

PENSION FUND FOR HOSPITAL AND HEALTHCARE
ATTN: MICHAEL BUSENKELL
1201 N ORANGE ST, STE 300
WILMINGTON, DE 19801

PENSION FUND FOR HOSPITAL AND HEALTHCARE EM
ATTN: MICHAEL BUSENKELL ESQ
1201 N ORANGE ST, 3RD FL
WILMINGTON, DE 19801

PENSION FUND FOR HOSPITAL AND HEALTHCARE EM
C/O GELLERT SCALI BUSENKELL & BROWN LLC
ATTN: MICHAEL BUSENKELL
1201 N ORANGE ST, 3RD FL
WILMINGTON, DE 19801

PENSION FUND FOR HOSPITAL AND HEALTHCARE
C/O GELLERT SCALI BUSENKELL & BROWN LLC
ATTN: MICHAEL BUSENKELL, ESQUIRE
1201 N ORANGE ST, STE 300
WILMINGTON, DE 19801

PENSION FUND FOR HOSPITAL AND HEALTHCARE EM
C/O GSBB LAW
ATTN: MICHAEL BUSENKELL, ESQ
1201 N MARKET ST, 3RD FL
WILMINGTON, DE 19801

PENSION FUND FOR HOSPITAL AND HEALTHCARE EM
C/O GSBB LAW
ATTN: MICHAEL BUSENKELL, ESQ
1201 N ORANGE ST, 3RD FL
WILMINGTON, DE 19801

PENSION FUND FOR HOSPITAL AND HEALTHCARE
C/O GSBB LAW
ATTN: MICHAEL BUSENKELL, ESQUIRE
1201 N ORANGE ST, STE 300
WILMINGTON, DE 19801

PENSION FUND FOR HOSPITAL AND HEALTHCARE EM
MICHAEL BUSENKELL, ESQUIRE
1201 N ORANGE ST, 3RD FL
WILMINGTON, DE 19801

PERINATAL CARDIOLOGY CONSULT CORP
ATTN: SHARON WEIL MD
ST CHRISTOPHERS
115 BRENT DR
WALLINGFORD, PA 19086

PERINATAL CARDIOLOGY CONSULTANTS
127 WEST CHESTER PIKE
HAVERTOWN, PA 19083

PERINATAL CARDIOLOGY CONSULTANTS
ATTN: SHARON R. WEIL-CHALKER, MD
127 W CHESTER PIKE
HAVERTOWN, PA 19083

PERINATAL CARDIOLOGY CONSULTANTS
ATTN: SHARON WEIL MD
115 BRENT DR
WALLINGFORD, PA 19086

PHILLIP ARELLANO
ADDRESS REDACTED

PHILLIP ARELLANO
ADDRESS REDACTED

PHYLLIS JOHNSON
ADDRESS REDACTED

POWER SYSTEMS INC
5700 CASEY DR
KNOXVILLE, TN 37909

POWER SYSTEMS SPECIALISTS INC
ATTN: DAVID NAPLES
P.O BOX 1216
103 RTE 6
MILFORD, PA 18337

POWER SYSTEMS SPECIALISTS INC
P.O. BOX 1216
103 RTE 6
MILFORD, PA 18337

PREMIER HEALTHCARE SOLUTIONS
5882 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PREMIER HEALTHCARE SOLUTIONS
ATTN: KELLEY MASKERI
5882 COLLECTIONS CTR DR
CHICAGO, IL 60693

PREMIER HEALTHCARE SOLUTIONS, INC
ATTN: DAVID KLATSKY
13034 BALLANTYNE CORPORATE PL
CHARLOTTE, NC 28277

PREMIER HEALTHCARE SOLUTIONS, INC
ATTN: DAVID KLATSKY / LAURA BINI
13034 BALLANTYNE CORPORATE PL
CHARLOTTE, NC 28277

PREMIER HEALTHCARE SOLUTIONS, INC
C/O JEFFER MANGELS BUTLER & MITCHELL, LLP
ATTN: MARIANNE S. MARTIN / JESSICA NEWMAN
1900 AVE OF THE STARS, 17TH FL
LOS ANGELES, CA 90067

PREMIER HEALTHCARE SOLUTIONS, INC
C/O JEFFER MANGELS BUTLER & MITCHELL, LLP
ATTN: MARIANNE S. MARTIN / JESSICA NEWMAN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 99067

PREMIER HEALTHCARE SOLUTIONS, INC
C/O JEFFER MANGELS BUTLER & MITCHELL, LLP
ATTN: MARIANNE S. MARTIN / JESSICA NEWMAN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067

RALPH J HEARD
6200 EASTWICK AVE 306
PHILADELPHIA, PA 19142

REVINT SOLUTIONS, LLC
6900 DALLAS PKWY, LEVEL 3
PLANO, TX 75024

REVINT SOLUTIONS, LLC
ATTN: JOHN ROGER DAVIS
6900 DALLAS PKWY, LVL 3
PLANO, TX 75024

RHIANNON VANVOORHIS
ADDRESS REDACTED

ROCHELLE THOMPSON
ADDRESS REDACTED

SAMYRA WEBB
ADDRESS REDACTED

SAMYRA WEBB
ADDRESS REDACTED

SHADES OF GREEN INC
1777 S PENNSYLVANIA AVE
MORRISVILLE, PA 19067

SHADES OF GREEN INC
ATTN: MICHAEL DINARDO
1777 S PENNSYLVANIA AVE
MORRISVILLE, PA 19067

SHADES OF GREEN INC
C/O BEGLEY CARLIN MANDIO LLP
ATTN: JOHN A TORRENTE
680 MIDDLETOWN BLVD
P.O. BOX 308
LANGHORNE, PA 19047

SHADES OF GREEN, INC.
ATTN: JOHN A. TORRENTE, ESQUIRE
1777 S PENNSYLVANIA AVE
MORRISVILLE, PA 19067

SHADES OF GREEN, INC.
JOHN A TORRENTE, ESQUIRE
BEGLEY, CARLIN & MANDIO, LLP
680 MIDDLETOWN BLVD
P.O. BOX 308
LANGHORNE, PA  19047

SHAINA VENEZIA
ADDRESS REDACTED

SHAY TOLBERT
ADDRESS REDACTED

SHAY TOLBERT
ADDRESS REDACTED

SHC SERVICES, INC, SUPPLEMENTAL HEALTH CARE
ATTN: OJE USIFO LONGE
2 RIVERWAY, STE 300
HOUSTON, TX 77056

SHC SERVICES, INC.
1640 W REDSTONE CENTER DR, STE 200
PARK CITY, UT 84098

SHC SERVICES, INC.
DBA SUPPLEMENTAL HEALTHCARE COMPANY
1640 W REDSTONE CENTER DR, STE 200
PARK CITY, UT 84098

SHC SERVICES, INC.
P.O. BOX 677896
DALLAS, TX 75267

SINEM SAKARCAN
ADDRESS REDACTED

SINEM SAKARCAN
ADDRESS REDACTED

ST CHRISTOPHER'S HOSPITAL
VICTORIA FLORES
160 E ERIE AVE
PHILADELPHIA, PA 19134

ST. MARY MEDICAL CENTER
1201 LANGHORNE-NEWTOWN RD
LANGHORNE, PA 19047

STEPHEN JOHNSON
ADDRESS REDACTED

STEPHEN JOHNSON
ADDRESS REDACTED

STEVEN F BOC
ADDRESS REDACTED

STEVEN F BOC
ADDRESS REDACTED

STEVEN F BOC
C/O CIBIK & CATALDO, PC
ATTN: MICHAEL A CATALDO
1500 WALNUT ST, STE 900
PHILADELPHIA, PA 19102

STEVEN F. BOC
ADDRESS REDACTED

SYSTEMATCH TECHNICAL MGMT SVC
555 ANDOVER PARK W, STE 201
TUKWILA, WA 98188

SYSTEMATCH TECHNICAL MGMT SVC
DBA INDEMAND INTERPRETING
555 ANDOVER PARK W, STE 201
TUKWILA, WA 98188

SYSTEMATECH TECHNICAL MANAGEMENT SERVICES I
DBA INDEMAND INTERPRETING
555 ANDOVER PARK WEST, STE 201
TUKWILA, WA 98188

SYSTEMATECH TECHNICAL MANAGEMENT SERVIC
DBA INDEMAND INTERPRETING
555 ANDOVER PARK W, STE 201
TUKWILA, WA 98188

SYSTEMATECH TECHNICAL MANAGEMENT SERVICES,
DBA INDEMAND INTERPRETING
555 ANDOVER PARK WEST, STE 201
TUKWILA, WA 98188

SYSTEMATECH TECHNICAL MANAGEMENT SERVICES,
AMN HEALTHCARE, INC.
ATTN: LEGAL
12400 HIGH BLUFF DR
SAN DIEGO, CA 92130

TIFFANY MOODY
ADDRESS REDACTED

TIFFANY MOODY
ADDRESS REDACTED

TIFFANY N. MOODY
ADDRESS REDACTED

TONYA WATSON
ADDRESS REDACTED

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
C/O DEP'T OF JUSTICE CIVIL DIVISION
ATTN: MARC S. SACKS
1100 L ST., NW
WASHINGTON, DC 20005

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
C/O OFFICE OF PROGRAM OPERATIONS & LOCAL ENG
ATTN: MARTIE ANN POLASKI
801 MARKET ST, STE 9400
PHILADELPHIA, PA 19107

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVIC
MARC S. SACKS, DEP'T OF JUSTICE CIVIL DIVISION
1100 L ST., NW
WASHINGTON, DC 20005

UMS LITHOTRIPSY SERVICES OF GREATER PHILADEL
ATTN: RICHARD BURNAP
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

UMS LITHOTRIPSY SERVICES OF GREATER PHILADEL
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

UMS LITHOTRIPSY SVC OF GREATER
PHILADELPHIA LLC
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

UMS LITHOTRIPSY SVCS OF GREATER
LOS ANGELES LLC
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

UMS MR FUSION SERVICES OF EASTERN
1700 WEST PARK DR, STE 410
WESTBOROUGH, MA 01581

UMS MR FUSION SERVICES OF EASTERN PA LLC
UMS MR FUSION SERVICES OF EASTERN
ATTN: RICHARD BURNAP
1700 W PARK DR
STE 410
WESTBOROUGH, MA 01581

UMS MR FUSION SERVICES OF EASTERN PA, LLC
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

UMS MR FUSION SVC EASTERN PA LLC
1700 WEST PARK DR, STE 410
WESTBOROUGH, MA 01581

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITEDHEALTHCARE INSURANCE COMPANY
ATTN: CDM / BANKRUPTCY
185 ASYLUM ST, 03B
HARTFORD, CT 06103

UNITEDHEALTHCARE INSURANCE COMPANY
ATTN: CDM/BANKRUPTCY / JAYSON RONNING
185 ASYLUM ST 03B
HARTFORD, CT 06103

UNITEDHEALTHCARE INSURANCE COMPANY
ATTN: CDM/BANKRUPTCY / PRIYA MUTHU
185 ASYLUM ST, 03B
HARTFORD, CT 06103

UNITEDHEALTHCARE INSURANCE COMPANY
C/O CDM/BANKRUPTCY
ATTN: JAY A RONNING
185 ASYLUM ST - 03B
HARTFORD, CT 06103

UNITEDHEALTHCARE INSURANCE COMPANY
CDM BANKRUPTCY
ATTN: JAYSON RONNING
185 ASYLUM ST - 03B
HARTFORD, CT 06103

UNITEDHEALTHCARE SERVICES, INC.
ATTN: PRIYA MUTHU
185 ASYLUM ST
HARTFORD, CT 06103

VICTORIA FLORES
ADDRESS REDACTED

VICTORIA FLORES
ADDRESS REDACTED

VICTORIA FLORES
C/O ST CHRISTOPHER'S HOSPITAL
160 E ERIE AVE
PHILADELPHIA, PA 19134

WILMA APONTE
ADDRESS REDACTED

WILMA APONTE
ADDRESS REDACTED

Parties Served: 303