# Exhibit "A"

Active\110855627.v1-8/13/20

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 1 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI#22 - 1920331

RE:  Creditors' Committee

---

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 08/27/20 | AHS | Address issues re: D&O coverage. | 0.40 | 330.00 |
| 09/09/20 | AHS | Review of memo re: results of initial document review. | 0.80 | 660.00 |
| 09/22/20 | AHS | Calls and emails re: discovery and common interest issues. | 0.40 | 330.00 |
| 09/23/20 | AHS | Review of draft summary of investigation issues and potential claims. | 0.80 | 660.00 |
| | | Review of memo re: common interest and case law and review of applicable cases. | 0.80 | 660.00 |
| 09/25/20 | AHS | Address common interest agreement and potential claims. | 0.60 | 495.00 |
| 09/29/20 | AHS | Review of revised common interest agreement and emails re: same. | 0.60 | 495.00 |
| | | Review of claims investigation memo in advance of Committee meeting. | 1.10 | 907.50 |
| | | Further review of materials in advance of Committee meeting and send out to Committee in advance of call. | 0.80 | 660.00 |
| 09/30/20 | AHS | Attend call with Debtors' counsel re: protection order, common interest agreement. | 0.60 | 495.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 2 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/01/20 | BM | Analysis of issues regarding D&O insurance coverage. | 0.80 | 600.00 |
| 09/02/20 | BM | Analysis regarding MBNF's withholding of documents based on assertions of privilege. | 0.70 | 525.00 |
|  |  | Analysis regarding investigation of estate-based causes of action. | 1.20 | 900.00 |
| 09/03/20 | BM | Analysis regarding response to MBNF entities' privilege log. | 1.10 | 825.00 |
|  |  | Attend to issues regarding Committee's discovery requests to the Debtors. | 0.80 | 600.00 |
| 09/04/20 | BM | Analysis regarding potential causes of actions against non-debtor affiliates. | 1.20 | 900.00 |
| 09/08/20 | BM | Analysis regarding potential causes of action against Debtors' D&Os. | 0.90 | 675.00 |
|  |  | Analysis of issues regarding MBNF's-related entities assertions of common interest privilege with certain third parties. | 0.80 | 600.00 |
|  |  | Analysis regarding potential fraudulent transfer causes of action relating to the Debtors' use and occupancy of certain real estate. | 1.10 | 825.00 |
| 09/09/20 | BM | Analysis of issues regarding D&O insurance coverage. | 0.70 | 525.00 |
|  |  | Attend to issues regarding MBNF's documents withheld from production and assertions of privileges. | 0.80 | 600.00 |
| 09/10/20 | BM | Attend to issues regarding MBNF's entities privilege log and objections thereto. | 1.10 | 825.00 |
| 09/11/20 | BM | Analysis of issues regarding D&O insurance coverage. | 0.40 | 300.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |  |
|---|---|---|
| Page | | 3 |
| Inv# | | 1786885 |
| Date | | 11/01/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Attend to issues regarding Committee's discovery request to Debtors in connection with investigation of potential causes of action. | 0.80 | 600.00 |
| | | Analysis regarding potential claims of the estates relating to real estate tax appeals. | 0.80 | 600.00 |
| | | Analysis regarding investigation of potential causes of action against non-Debtor affiliates. | 1.10 | 825.00 |
| 09/15/20 | BM | Attend to issues regarding discovery disputes with MBNF-related entities. | 1.10 | 825.00 |
| 09/16/20 | BM | Analysis regarding MBNF's response to privilege log deficiency letter. | 0.70 | 525.00 |
| | | Call with O'Melveny regarding MBNF discovery issues. | 1.10 | 825.00 |
| 09/17/20 | BM | Analysis of issues regarding Debtors' formation documents in connection with investigation of potential causes of action. | 1.60 | 1,200.00 |
| | | Analysis regarding Committee's reply to MBNF's response to Committee's privilege log deficiency letter. | 0.80 | 600.00 |
| 09/18/20 | BM | Analysis regarding potential causes of action against Debtors' D&O's and certain non-Debtor affiliates. | 1.10 | 825.00 |
| 09/21/20 | BM | Attend to issues regarding discovery requests to Debtors in connection with investigation of estate-based causes of action. | 1.10 | 825.00 |
| | | Analysis regarding validity of MBNF entities asserted common interest privileges. | 0.90 | 675.00 |
| 09/22/20 | BM | Attend to proposed stipulation governing Debtors' productions in response to Committee's discovery requests. | 0.90 | 675.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER  
ONE RIVERFRONT PLAZA  
NEWARK, NEW JERSEY 07102-5400  
(973) 643-7000**

|  |  |
|---|---|
| Page | 4 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
|  |  | Analysis regarding investigation of potential D&O claims. | 1.10 | 825.00 |
| 09/23/20 | BM | Attend to issues regarding Debtors' D&O insurance policies coverage. | 0.80 | 600.00 |
|  |  | Analysis regarding investigation of potential estate-based causes of action against Debtors' insiders. | 1.20 | 900.00 |
|  |  | Analysis regarding validity of MBNF-related entities assertions of common interest privileges. | 0.70 | 525.00 |
| 09/24/20 | BM | Attend to issues regarding Committee's discovery requests to Debtors in connection with investigation of estate-based causes of action. | 1.20 | 900.00 |
|  |  | Analysis regarding potential causes of action against D&Os and non-debtor affiliates. | 1.30 | 975.00 |
|  |  | Attend to issues regarding potential recovery of tax appeal refunds from certain landlords. | 0.80 | 600.00 |
|  |  | Analysis regarding proposed draft common interest agreement between Committee in Debtors in connection with claims investigation. | 1.20 | 900.00 |
| 09/25/20 | BM | Analysis regarding investigation of potential estate-based causes of action against MBNF-related entities. | 1.40 | 1,050.00 |
|  |  | Attend to revisions of proposed stipulation governing document productions and common interest agreement with the Debtors. | 1.70 | 1,275.00 |
| 09/29/20 | BM | Analysis regarding investigation of estate-based causes of action. | 2.10 | 1,575.00 |
| 09/30/20 | BM | Attend to issues reading Committee's discovery requests to Debtors. | 1.30 | 975.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 5 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/01/20 | BSC | Claims investigation document review. | 0.80 | 600.00 |
| 09/04/20 | BSC | Research relating to potential actual fraud claims. | 1.20 | 900.00 |
| 09/08/20 | BSC | Claims investigation document review and research relating to potential causes of action. | 0.80 | 600.00 |
| 09/09/20 | BSC | Review debtor lease obligations in connection with potential claims analysis. | 0.70 | 525.00 |
| 09/11/20 | BSC | Analyze Tenet acquisition financings. | 0.80 | 600.00 |
| 09/25/20 | BSC | Claims investigation analysis. | 0.80 | 600.00 |
| 09/16/20 | CHN | Research regarding availability of owner financial disclosures in connection with hospital license change of ownership applications. | 0.50 | 282.50 |
| 09/01/20 | CJF | Analyze issues regarding draft letter to MBNF Non-Debtor's counsel concerning privilege log. | 0.40 | 230.00 |
| 09/02/20 | CJF | Review Center City Investigation Overview memorandum and analyze issues regarding same. | 0.70 | 402.50 |
|  |  | Revise letter to MBNF Non-Debtor's counsel regarding privilege log deficiencies and request for meet and confer. | 1.10 | 632.50 |
|  |  | Review and analyze privilege log regarding deficiencies. | 2.30 | 1,322.50 |
|  |  | Research regarding discoverability of settlement communications on privilege log. | 0.60 | 345.00 |
| 09/04/20 | CJF | Review and finalize letter to MBNF Non-Debtor Entities' counsel regarding privilege log deficiencies. | 0.40 | 230.00 |
|  |  | Prepare e-mail to MBNF Non-Debtor Entities' counsel regarding privilege log deficiencies. | 0.10 | 57.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 6 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/09/20 | CJF | Review e-mail from W. Pollak, MBNF Non-Debtor Entities' counsel, regarding privilege log issues and meet and confer. | 0.10 | 57.50 |
| 09/10/20 | CJF | Prepare e-mail to W. Pollak regarding meet and confer concerning privilege log. | 0.10 | 57.50 |
| 09/11/20 | CJF | Review e-mail from and prepare e-mail to W. Pollak, MBNF Non-Debtor Entities' counsel, regarding privilege log meet and confer. | 0.20 | 115.00 |
| 09/15/20 | CJF | Telephone conference with E. Moss, counsel for MBNF Non-Debtor Entities, regarding privilege log and meet and confer issues. | 0.20 | 115.00 |
|  |  | Analyze issues regarding meet and confer concerning privilege log issues. | 0.20 | 115.00 |
| 09/16/20 | CJF | Analyze issues regarding meet and confer and privilege log issues. | 0.40 | 230.00 |
|  |  | Prepare for and attend telephone conference with MBNF Non-Debtor's counsel regarding privilege log issues and meet and confer. | 1.70 | 977.50 |
|  |  | Review and revise letter to MBNF Non-Debtors' counsel regarding privilege log follow up issues. | 0.60 | 345.00 |
| 09/17/20 | CJF | Revise and analyze issues regarding follow up letter to MBNF Non-Debtor Entities' counsel concerning privilege log. | 0.70 | 402.50 |
| 09/23/20 | CJF | Analyze issues regarding scope of document review and strategy concerning same. | 0.30 | 172.50 |
| 09/24/20 | CJF | Review and analyze memorandum and case law regarding common interest privilege and joint defense privilege. | 2.90 | 1,667.50 |
|  |  | Analyze issues regarding Common Interest Agreement with Debtors. | 0.30 | 172.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 7 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  | Review and revise proposed Common Interest Agreement with Debtors. | 1.30 | 747.50 |
| 09/15/20 | CK | Confer with B. Coven regarding potential causes of action. | 0.50 | 325.00 |
|  |  | Analysis of lease issues. | 0.30 | 195.00 |
| 09/16/20 | CK | Review document production and analyze lease issues. | 2.70 | 1,755.00 |
| 09/17/20 | CK | Analyze and summarize potential causes of action. | 1.90 | 1,235.00 |
|  |  | Continue to analyze and summarize potential causes of action. | 1.50 | 975.00 |
| 09/24/20 | CK | Review and analysis of property tax issues and related documentation. | 1.60 | 1,040.00 |
| 09/13/20 | DJH | Review detailed correspondence from B. Coven regarding claims investigation and potential claims. | 1.20 | 750.00 |
| 09/14/20 | DJH | Draft and revise memo to Committee regarding claims investigation. | 2.60 | 1,625.00 |
|  |  | Conduct legal research regarding potential claims for Committee memo. | 0.60 | 375.00 |
|  |  | Call with B. Coven regarding claims investigation. | 0.50 | 312.50 |
|  |  | Call with R. Brennan regarding status of claims investigation. | 0.30 | 187.50 |
| 09/15/20 | DJH | Review case law in connection with claims investigation. | 2.40 | 1,500.00 |
|  |  | Draft and revise memo to Committee regarding status of claims investigation. | 1.90 | 1,187.50 |
| 09/16/20 | DJH | Correspond with B. Coven regarding claims investigation. | 0.50 | 312.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 8 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  | Update memorandum following claims investigation. | 0.40 | 250.00 |
| 09/17/20 | DJH | Calls with B. Coven regarding claims investigation. | 1.60 | 1,000.00 |
|  |  | Review and revise Committee memorandum regarding claims investigation. | 1.80 | 1,125.00 |
| 09/18/20 | DJH | Update Committee memorandum regarding claims investigation. | 3.70 | 2,312.50 |
| 09/22/20 | GH | Further research regarding waiver issues. | 0.70 | 507.50 |
| 09/25/20 | GH | Telephone conference with C. Falletta regarding privilege issues. | 0.30 | 217.50 |
| 09/27/20 | GH | E-Mails with A. Sherman regarding joint interest privilege cases. | 0.30 | 217.50 |
| 09/01/20 | REB | Research re: issues in connection with potential causes of action and email B. Coven re: same. | 0.90 | 535.50 |
|  |  | Call with C. Falletta re: letter in response to privilege log. | 0.40 | 238.00 |
| 09/02/20 | REB | Call with B. Coven re: causes of action outline. | 0.30 | 178.50 |
|  |  | Calls with C. Falletta re: privilege log issues. | 0.20 | 119.00 |
| 09/03/20 | REB | Review and revise reply letter to MBNF entities re: privilege log. | 0.70 | 416.50 |
| 09/09/20 | REB | Call with A. Cowie re: investigation update. | 0.30 | 178.50 |
|  |  | Call with B. Coven re: investigation updates. | 0.50 | 297.50 |
| 09/10/20 | REB | Call with B. Coven re: investigation issues. | 0.40 | 238.00 |
| 09/15/20 | REB | Call with C. Falletta re: investigation plan. | 0.50 | 297.50 |
|  |  | Review letter from MBNF entities. | 0.40 | 238.00 |
| 09/16/20 | REB | Draft email to B. Mankovetskiy and C. Falletta re: September 15th email from MBNF Non-Debtor entities. | 1.20 | 714.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 9 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  | Call with B. Mankovetskiy and C. Falletta re: letter from MBNF entities in advance of MBNF Entities call. | 0.40 | 238.00 |
|  |  | Prepare for call with MBNF entities re: production issues. | 0.80 | 476.00 |
|  |  | Call with MBNF entities re: discovery and production issues. | 0.90 | 535.50 |
|  |  | Draft reply letter to MBNF entities in response to September 15th letter and September 16th call. | 1.70 | 1,011.50 |
|  |  | Call with B. Coven re: ASA follow up issues. | 0.80 | 476.00 |
| 09/17/20 | REB | Call with C. Falletta re: MBNF reply letter. | 0.90 | 535.50 |
|  |  | Review and revise reply letter to MBNF entities. | 0.60 | 357.00 |
| 09/18/20 | REB | Call with D. Harris re: investigation memo. | 0.20 | 119.00 |
|  |  | Call with B. Coven re: investigation memo. | 0.60 | 357.00 |
| 09/23/20 | REB | Calls with B. Coven re: discovery issues. | 1.10 | 654.50 |
|  |  | Call with B. Coven and B. Mankovetskiy re: investigation update memo. | 1.50 | 892.50 |
| 09/25/20 | REB | Review and revise investigation overview memo for Committee. | 3.10 | 1,844.50 |
|  |  | Research in connection with investigation overview memo. | 2.10 | 1,249.50 |
| 09/27/20 | REB | Review and revise investigation overview memo for Committee. | 2.60 | 1,547.00 |
| 09/28/20 | REB | Review and research issues in connection with claims investigation memo for Committee. | 4.10 | 2,439.50 |
|  |  | Draft updated claims investigation memo for Committee. | 6.30 | 3,748.50 |
| 09/29/20 | REB | Review and revise committee memo: claims investigation update. | 1.40 | 833.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 10 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  | Review revised version of investigation memo. | 0.30 | 178.50 |
| 09/01/20 | TSN | Review e-mail from B. Mankovetskiy regarding tail endorsements. | 0.10 | 65.00 |
| 09/09/20 | TSN | Review e-mail from B. Mankovetskiy regarding excess policies. | 0.20 | 130.00 |
| 09/11/20 | TSN | Review e-mail from B. Mankovetskiy with tail endorsement. | 0.20 | 130.00 |
| 09/23/20 | TSN | Review tail endorsements, review AIG excess policy, prepare emails to B. Mankovetskiy regarding coverage. | 2.60 | 1,690.00 |
|  |  | **TASK TOTAL 101** | **131.10** | **87,359.00** |

**104 - CASE ADMINISTRATION**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/27/20 | AHS | Address issues re: retention of DE counsel and email to Committee re: same. | 0.60 | 495.00 |
| 09/01/20 | AHS | Emails and calls re: Drexel issues and D&O policies. | 0.40 | 330.00 |
| 09/02/20 | AHS | Committee meeting re: status update and follow up with M. Menkowitz and T. Horan re: same. | 0.80 | 660.00 |
|  |  | Email from counsel to Debtors re: governance issues and follow up emails to Committee re: same. | 0.70 | 577.50 |
| 09/03/20 | AHS | Call with counsel for Debtors re: investigation and governance issues and follow up re: same. | 0.60 | 495.00 |
| 09/25/20 | AHS | Email to Committee re: upcoming meeting. | 0.20 | 165.00 |
|  |  | Review and analysis of financial information as circulated by counsel for Debtors. | 0.60 | 495.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 11 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/27/20 | AHS | Call from Debtors' counsel re: governance and discovery issues and follow up emails re: same. | 0.80 | 660.00 |
|  |  | Review common interest and send as requested. | 0.60 | 495.00 |
| 09/30/20 | AHS | Prepare for Committee meeting re: investigation issues. | 0.20 | 165.00 |
|  |  | Attend Committee meeting re: investigation issues. | 0.90 | 742.50 |
| 09/02/20 | BM | Analysis regarding resolution of disputes regarding Debtors' corporate governance issues. | 0.80 | 600.00 |
| 09/21/20 | BM | Analysis regarding CMS recoupment claims. | 1.10 | 825.00 |
|  |  | Analysis regarding update of Debtors' balance sheet. | 0.40 | 300.00 |
| 09/22/20 | BM | Respond to creditors' inquiries regarding case status. | 0.40 | 300.00 |
|  |  | Attend to issues regarding Debtors' governance changes. | 0.70 | 525.00 |
| 09/23/20 | BM | Attend to issues regarding Debtors' governance changes. | 0.60 | 450.00 |
| 09/30/20 | BM | Attend to issues regarding Debtors' governance changes. | 0.40 | 300.00 |
| 09/07/20 | GAK | Review agenda for upcoming hearing. | 0.10 | 55.00 |
| 09/11/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 09/15/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 09/28/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 09/30/20 | GAK | Update case calendar. | 0.10 | 55.00 |
| 09/02/20 | REB | Status update call with Committee. | 0.40 | 238.00 |
|  |  | **TASK TOTAL 104** | **11.70** | **9,093.00** |

## SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 12 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| **105 - CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | |
| 09/02/20 | AHS | Follow up on pleadings as forwarded by M. Menkowitz re: investigation. | 0.20 | 165.00 |
| 09/04/20 | AHS | Review and revise letter re: production issues by Freedman entities. | 0.70 | 577.50 |
| | | Call with counsel for Debtors re: investigation and document production and follow up re: same. | 0.60 | 495.00 |
| 09/15/20 | AHS | Review of CMS setoff proposed form of order and follow up with BRG re: same. | 0.40 | 330.00 |
| 09/16/20 | AHS | Internal calls and review of issues re: open discovery relating to Freedman entities. | 0.70 | 577.50 |
| 09/21/20 | AHS | Call with Debtors' counsel re: governance and discovery issues. | 1.00 | 825.00 |
| | | Review of case law re: common interest privilege. | 1.80 | 1,485.00 |
| 09/24/20 | AHS | Review common interest agreement. | 0.50 | 412.50 |
| 09/01/20 | BM | Analysis regarding Drexel claims and potential counterclaims. | 1.10 | 825.00 |
| 09/09/20 | BM | Attend to issues regarding claims reconciliation process. | 0.70 | 525.00 |
| 09/15/20 | BM | Analysis regarding CMS claims and proposed setoff. | 1.10 | 825.00 |
| 09/30/20 | BM | Analysis regarding CMS claims and proposed setoff. | 0.90 | 675.00 |
| 09/18/20 | GH | Analysis of privilege issue. | 0.70 | 507.50 |
| | | Research regarding privilege issues. | 3.70 | 2,682.50 |
| 09/21/20 | GH | Research joint client privilege. | 1.80 | 1,305.00 |
| | | Research common interest privilege. | 2.10 | 1,522.50 |
| | | Research waiver issues. | 1.20 | 870.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 13 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  | Telephone conference with B. Mankovetskiy regarding principle issues. | 0.40 | 290.00 |
| 09/22/20 | GH | Further research regarding joint client privilege. | 0.80 | 580.00 |
|  |  | Further research regarding common interest privilege. | 1.20 | 870.00 |
|  |  | Analysis of privilege issues. | 0.80 | 580.00 |
|  |  | E-Mail to A. Sherman and B. Mankovetskiy regarding investigation issues. | 0.30 | 217.50 |
|  |  | Begin drafting Memorandum regarding privilege issues. | 2.70 | 1,957.50 |
| 09/23/20 | GH | Continuing research regarding privilege issues. | 1.80 | 1,305.00 |
|  |  | Work on privilege memo. | 2.80 | 2,030.00 |
| 09/24/20 | GH | Email to A. Sherman and B. Mankovetskiy regarding privilege. | 0.10 | 72.50 |
|  |  | Telephone conference with B. Mankovetskiy regarding privilege. | 0.20 | 145.00 |
|  |  | Email to C. Falletta regarding privilege. | 0.10 | 72.50 |
| 09/30/20 | REB | Call with Committee re: investigation and discovery update. | 1.00 | 595.00 |
|  |  | **TASK TOTAL 105** | **31.40** | **23,320.00** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/20 | GAK | Draft email to A. Sherman regarding amounts owed. | 0.80 | 440.00 |
|  |  | Finalize July fee application for filing. | 0.50 | 275.00 |
| 09/23/20 | GAK | Attention to fee application. | 0.30 | 165.00 |
| 09/28/20 | GAK | Work on August fee application. | 2.40 | 1,320.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 14 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/29/20 | GAK | Communications with A. Sherman regarding fee application issues. | 0.10 | 55.00 |
| 09/30/20 | GAK | Finalize August fee application for filing. | 0.40 | 220.00 |
|  |  | **TASK TOTAL 107** | **4.50** | **2,475.00** |
|  |  | **TOTAL FEES** | **178.70** | **$122,247.00** |
|  |  | Attorney Fees at Blended Rate of $625 |  |  |
|  |  | **TOTAL FEES** | **178.70** | **$111,687.50** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 131.10 | 87,359.00 |
| | 104 | Case Administration | 11.70 | 9,093.00 |
| | 105 | Claims Administration and Objections | 31.40 | 23,320.00 |
| | 107 | Fee/Employment Applications | 4.50 | 2,475.00 |
| | | **TOTAL FEES** | **178.70** | **$122,247.00** |
| | | Attorney Fees at Blended Rate of $625 | | |
| | | **TOTAL FEES** | **178.70** | **$111,687.50** |

**FEE RECAP**

| | | | | |
|---|---|---|---|---|
| | AHS | Andrew H. Sherman | 19.20 | $825 | 15,840.00 |
| | BM | Boris Mankovetskiy | 46.60 | $750 | 34,950.00 |
| | BSC | Brian S. Coven | 5.10 | $750 | 3,825.00 |
| | GH | George R. Hirsch | 22.00 | $725 | 15,950.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |  |  |
|---|---|---|---|
| Page | | | 15 |
| Inv# | | | 1786885 |
| Date | | | 11/01/20 |
| 08650118.000001 | | | - AHS |

| | | | | | |
|---|---|---|---|---|---:|
| CK | Clint Kakstys | | 8.50 | $650 | 5,525.00 |
| TSN | Thomas S. Novak | | 3.10 | $650 | 2,015.00 |
| CJF | Charles J. Falletta | | 14.60 | $575 | 8,395.00 |
| DJH | Daniel J. Harris | | 17.50 | $625 | 10,937.50 |
| CHN | Charles H. Newman | | 0.50 | $565 | 282.50 |
| REB | Rachel E. Brennan | | 36.60 | $595 | 21,777.00 |
| GAK | Gregory A. Kopacz | | 5.00 | $550 | 2,750.00 |
| | **TOTAL FEES** | | **178.70** | | **$122,247.00** |
| | Attorney Fees at Blended Rate of $625 | | | | |
| | **TOTAL FEES** | | **178.70** | | **$111,687.50** |

## DISBURSEMENT DETAIL

| | | | | |
|---|---|---|---|---:|
| 08/13/20 | REB | Telephone Toll Charges | | 1.84 |
| 08/17/20 | BM | Telephone Toll Charges | | 2.96 |
| 09/02/20 | CJF | Lexis | | 81.29 |
| 09/11/20 | BSC | Fed Ex | | 39.89 |
| 09/13/20 | DJH | Lexis | | 40.64 |
| 09/14/20 | DJH | Lexis | | 13.55 |
| 09/16/20 | DJH | Lexis | | 13.55 |
| 09/18/20 | GH | Lexis | | 14.48 |
| 09/18/20 | GH | Lexis | | 7.24 |
| 09/18/20 | GH | Lexis | | 338.67 |
| 09/20/20 | CJF | Litigation Support Vendors (UnitedLex, project hosting, etc.) | | 1,348.34 |
| 09/21/20 | GH | Lexis | | 162.56 |
| 09/22/20 | GH | Lexis | | 7.24 |
| 09/22/20 | GH | Lexis | | 67.73 |
| 09/23/20 | GH | Lexis | | 162.56 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---:|
| Page | 16 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---:|
| 09/25/20 | DJH | | Lexis | 13.55 |
| | | **TOTAL DISBURSEMENTS** | | **$2,316.09** |

**DISBURSEMENT RECAP**

| | |
|---|---:|
| Litigation Support Vendors (UnitedLex) | 1,348.34 |
| Telephone Toll Charges | 4.80 |
| Fed Ex | 39.89 |
| Lexis | 923.06 |
| **TOTAL DISBURSEMENTS** | **$2,316.09** |
| **TOTAL THIS INVOICE** | **$114,003.59\*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$122,247.00**) and fees at *Blended Rate* of $625 (**$111,687.50**) apply.