# Exhibit "A"

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1786885 |
| Date | 11/01/20 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI#22 - 1920331

RE:  Creditors' Committee

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 10/01/20 | BM | Attend to revisions of proposed stipulation governing production of documents by the Debtors in response to Committee's discovery. | 0.70 | 556.50 |
| | | Analysis regarding objections to MBNF-related entities assertions of attorney client and common interest privileges. | 0.70 | 556.50 |
| 10/06/20 | BM | Analysis regarding MBNF's proposed revisions of stipulation governing Debtors' production of documents. | 0.70 | 556.50 |
| 10/07/20 | BM | Analysis of issues regarding investigation of potential causes of action against non-Debtor affiliates. | 1.20 | 954.00 |
| 10/08/20 | BM | Analysis regarding potential resolution of discovery disputes with MBNF-related entities. | 0.80 | 636.00 |
| 10/09/20 | BM | Analysis regarding motion to compel production of documents from MBNF and Debtors in connection with Committee's investigation of potential estate-based causes of action. | 0.80 | 636.00 |
| | | Analysis regarding potential causes of action against HSRE and certain affiliates. | 1.20 | 954.00 |

# Sills Cummis & Gross

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1786886 |
| Date | 11/25/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/12/20 | BM | Draft correspondence to MBNF regarding discovery disputes. | 0.70 | 556.50 |
| 10/13/20 | BM | Attend to issues regarding potential resolution of discovery disputes with MBNF-related entities. | 0.70 | 556.50 |
| | | Analysis regarding potential causes of action against non-Debtor affiliates and HSRE. | 1.10 | 874.50 |
| 10/14/20 | BM | Analysis regarding discovery requests to HSRE. | 0.80 | 636.00 |
| 10/16/20 | BM | Analysis regarding Debtors' correspondence to MBNF regarding MBNF-related entities alleged joint representation and common interest privileges. | 0.70 | 556.50 |
| | | Call with Debtors' counsel regarding discovery disputes. | 0.60 | 477.00 |
| 10/19/20 | BM | Analysis regarding MBNF's response to Committee's letter regarding privilege issues. | 1.10 | 874.50 |
| | | Call with Debtors' counsel regarding discovery issues in connection with investigation of potential estate-based claims. | 0.40 | 318.00 |
| | | Call with MBNF counsel regarding discovery issues. | 0.90 | 715.50 |
| 10/20/20 | BM | Attend to issues regarding potential resolution of discovery disputes with MBNF and Debtors in connection with investigation of estate-based causes of action. | 1.20 | 954.00 |
| 10/21/20 | BM | Analysis regarding MBNF entities response to Committee's and Debtors' correspondence with respect to discovery disputes. | 0.70 | 556.50 |
| 10/22/20 | BM | Analysis regarding draft proposal to MBNF-related entities and Debtors to establish a process for resolution of discovery disputes. | 0.80 | 636.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1786886 |
| Date | 11/25/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Call with MBNF and Debtors' counsel regarding proposal to establish a process for resolution of discovery disputes. | 0.70 | 556.50 |
| 10/26/20 | BM | Analysis regarding Debtors' proposal for initial production of documents to Committee. | 0.60 | 477.00 |
| 10/27/20 | BM | Analysis regarding R. 2004 subpoena to HSRE. | 0.60 | 477.00 |
| 10/28/20 | BM | Call with Debtors' counsel regarding discovery disputes issues. | 1.10 | 874.50 |
| | | Analysis of MBNF entities proposal to resolve discovery disputes. | 0.60 | 477.00 |
| 10/01/20 | CJF | Review request from Debtors' counsel for copy of privilege log and analyze issues regarding same. | 0.40 | 238.00 |
| | | Review protective order regarding privilege log and prepare email analysis of same. | 0.40 | 238.00 |
| 10/02/20 | CJF | Review e-mail with M. Minuti regarding protective order and sharing of privilege log. | 0.10 | 59.50 |
| 10/05/20 | CJF | Review consent protective order regarding form of acknowledgement/intent to be bound by protective order; analyze issues regarding same. | 0.20 | 119.00 |
| | | Prepare e-mail to M. Minuti, Debtor's counsel, regarding MBNF Non-Debtor Entities' privilege log. | 0.20 | 119.00 |
| | | Prepare e-mail to W. Pollak regarding status of response letter concerning privilege log issues. | 0.10 | 59.50 |
| | | Review and analyze case law regarding privilege log issues. | 2.40 | 1,428.00 |
| 10/12/20 | CJF | Prepare follow up email to W. Pollak regarding response to privilege log issues. | 0.10 | 59.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1786886 |
| Date | 11/25/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/13/20 | CJF | Review e-mail from B. Mankovetskiy to MBNF Non-Debtor's counsel regarding production issues and demand for meet and confer. | 0.10 | 59.50 |
| 10/19/20 | CJF | Telephone conference with MBNF Non-Debtor Entities' counsel and Debtor's counsel regarding privilege and discovery issues. | 1.20 | 714.00 |
| | | Review letter from MBNF Non-Debtor Entities' counsel regarding responses to letter concerning privilege log issues and edits to consent order governing production of documents by Debtors; review e-mail from M. Minuti, Debtors' counsel, regarding same. | 0.30 | 178.50 |
| | | Review e-mail from MBNF Non-Debtor Entities' counsel regarding supplemental production of document and attend to same. | 0.20 | 119.00 |
| 10/20/20 | CJF | Exchange e-mails with D. Peters, UnitedLex, regarding processing of MBNF Non-Debtor Entities' privilege downgrade documents. | 0.20 | 119.00 |
| 10/21/20 | CJF | Exchange e-mails with D. Peters, UnitedLex, regarding status of MBNF Non-Debtor Entities' most recent production and availability in Relativity. | 0.10 | 59.50 |
| | | Review e-mail from W. Pollak regarding proposal to resolve outstanding discovery issues and appointment of special master; analyze issues regarding same. | 0.40 | 238.00 |
| 10/22/20 | CJF | Review email from M. Minuti and Wi. Pollak regarding meet and confer concerning privilege issues; analyze issues regarding strategy concerning same. | 0.20 | 119.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1786886 |
| Date | 11/25/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---:|---:|
| | | Telephone conference with Debtors' counsel regarding meet and confer concerning privilege issues. | 0.40 | 238.00 |
| | | Telephone conference with MBNF Non-Debtor Entities' counsel concerning privilege log issue meet and confer. | 0.40 | 238.00 |
| 10/26/20 | CJF | Review e-mail from and prepare e-mail to Debtors' counsel regarding document production and procedures regarding same. | 0.20 | 119.00 |
| 10/27/20 | CJF | Exchange e-mails with Debtors' counsel and UnitedLex regarding protocol for production of Debtors' documents. | 0.20 | 119.00 |
| | | Review e-mails with counsel for MBNF Non-Debtor Entities and Debtors regarding continued meet and confer on privilege issues. | 0.10 | 59.50 |
| 10/28/20 | CJF | Review e-mail from UnitedLex regarding invoicing and review same. | 0.10 | 59.50 |
| | | Review e-mail and proposal from MBNF Non-Debtor Entities' counsel regarding privilege log counter-proposal and Debtor's counsel's response regarding same. | 0.30 | 178.50 |
| 10/29/20 | CJF | Review e-mail from Debtors' counsel regarding counter-proposal to MBNF Non-Debtor Entities' counsel concerning privileged documents. | 0.10 | 59.50 |
| 10/05/20 | REB | Review and follow up re: Debtors' memo re: possible causes of action. | 1.30 | 845.00 |
| | | Call with B. Mankovetskiy re: Debtors' memo re: causes of action. | 0.50 | 325.00 |
| 10/06/20 | REB | Call with Debtors re: investigation update. | 1.00 | 650.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1786886 |
| Date | 11/25/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| | | Review Debtors' memo re: investigation update and other documents in advance of call with Debtors re: investigation update. | 0.90 | 585.00 |
| 10/07/20 | REB | Review documents in connection with claims investigation memo. | 0.80 | 520.00 |
| 10/18/20 | REB | Review email from counsel to MBNF Entities re; production issues. | 0.80 | 520.00 |
| 10/19/20 | REB | Call with Debtors re: production issues. | 0.60 | 390.00 |
| | | Review email from counsel to MBNF Entities re: production issues and review cases cited therein. | 1.30 | 845.00 |
| | | Call with counsel for Debtors and MBNF Non-Debtor Entities re: production issues. | 1.20 | 780.00 |
| | | Call with Debtors re: follow up discovery issues. | 0.70 | 455.00 |
| 10/21/20 | REB | Follow up research re: investigation and discovery issues. | 0.80 | 520.00 |
| | | Review and respond to email from W. Pollak re: investigation and discovery issues. | 1.60 | 1,040.00 |
| | | Review documents in connection with investigation and potential causes of action. | 1.20 | 780.00 |
| 10/22/20 | REB | Call with Debtor re: discovery dispute issues. | 0.40 | 260.00 |
| | | Draft email re: follow up to MBNF Non-Debtor Entities' proposal. | 0.60 | 390.00 |
| | | Call with MBNF Non-Debtor Entities and Debtors re: discovery issues. | 0.50 | 325.00 |
| 10/28/20 | REB | Review and revise discovery stipulation. | 2.30 | 1,495.00 |
| | | Call with Debtors re: discovery stipulation. | 1.10 | 715.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1786886 |
| Date | 11/25/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/29/20 | REB | Review email from Debtors re: discovery issues. | 0.80 | 520.00 |
| | | **TASK TOTAL 101** | **46.20** | **32,381.00** |

**104 - CASE ADMINISTRATION**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/20 | AHS | Email to Committee re: CMS stip and discovery issues. | 0.40 | 358.00 |
| 10/12/20 | AHS | Review of governance term sheet and call with Debtors' counsel re: same. | 0.50 | 447.50 |
| 10/20/20 | AHS | Email to Committee re: governance issues and follow up emails re: same. | 0.60 | 537.00 |
| | | Review of further revised governance term sheet. | 0.40 | 358.00 |
| 10/21/20 | AHS | Calls with counsel for Debtors re: governance term sheet and follow up re: same. | 0.60 | 537.00 |
| 10/01/20 | BM | Attend to revisions of proposed common interest agreement with the Debtors. | 0.70 | 556.50 |
| | | Prepare update report for Committee.. | 0.60 | 477.00 |
| 10/06/20 | BM | Call with Debtors' counsel regarding pending matters. | 0.60 | 477.00 |
| 10/12/20 | BM | Analysis regarding proposed settlement term sheet to resolve Debtors' governance issues. | 0.90 | 715.50 |
| | | Call with Debtors' counsel regarding pending matters. | 0.60 | 477.00 |
| 10/13/20 | BM | Attend to issues regarding potential resolution of Debtors' governance issues. | 0.40 | 318.00 |
| 10/20/20 | BM | Attend to proposed revised settlement term sheet with respect to Debtors' governance issues. | 0.40 | 318.00 |
| 10/21/20 | BM | Attend telephonic Committee meeting. | 0.60 | 477.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1786886 |
| Date | 11/25/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Call with Debtors' counsel regarding pending matters. | 0.60 | 477.00 |
| 10/27/20 | BM | Analysis regarding proposed revised governance term sheet. | 0.60 | 477.00 |
| 10/04/20 | GAK | Update case calendar. | 0.10 | 62.50 |
| 10/13/20 | GAK | Update case calendar. | 0.20 | 125.00 |
| 10/14/20 | GAK | Update case calendar. | 0.10 | 62.50 |
| 10/21/20 | REB | Committee call re: case and discovery updates. | 0.60 | 390.00 |
| | | **TASK TOTAL 104** | **9.50** | **7,647.50** |

### 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/20 | AHS | Email re: protective order and privilege log issues. | 0.30 | 268.50 |
| 10/06/20 | AHS | Attend call with Debtors' counsel re: discovery and potential claims. | 1.00 | 895.00 |
| 10/07/20 | AHS | Address issues re: investigation and email to Fox and BRG re: same. | 0.30 | 268.50 |
| 10/12/20 | AHS | Call with counsel for Debtors re: discovery and causes of action. | 0.70 | 626.50 |
| | | Review and revise email to counsel for Freedman parties re: discovery issues and asserted privilege. | 0.30 | 268.50 |
| 10/13/20 | AHS | Follow up on issues re: common interest research and email to counsel for Debtors re: discovery issues. | 0.80 | 716.00 |
| 10/16/20 | AHS | Call with Debtors' counsel re: outstanding discovery. | 0.70 | 626.50 |
| | | Review of email from Debtors' counsel re: outstanding discovery and call with DE counsel re: same. | 0.80 | 716.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 9 |
| Inv# | | 1786886 |
| Date | | 11/25/20 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/19/20 | AHS | Attend call with counsel for Freedman entities re: discovery issues. | 1.10 | 984.50 |
| | | Follow up call with counsel for Debtors re: Freedman discovery issues. | 0.80 | 716.00 |
| | | Review of governance/mediation term sheet and email to Committee re: same. | 0.60 | 537.00 |
| | | Call with counsel for Debtors re: Freedman discovery issues. | 0.60 | 537.00 |
| 10/20/20 | AHS | Call with Debtors' counsel re: investigation and governance issues and follow up emails re: same. | 0.80 | 716.00 |
| 10/21/20 | AHS | Review of discovery proposal from Freedman entities and emails re: same. | 0.70 | 626.50 |
| 10/22/20 | AHS | Call with counsel for Debtors re: discovery issues. | 0.40 | 358.00 |
| | | Review of discovery proposal and call with counsel for Freedman entities re: same. | 0.70 | 626.50 |
| 10/27/20 | AHS | Review of financial analysis as prepared by BRG. | 0.60 | 537.00 |
| | | Call with BRG re: financial analysis. | 0.50 | 447.50 |
| 10/28/20 | AHS | Review of discovery stipulation as proposed by counsel for Freedman entities. | 0.60 | 537.00 |
| | | Call with counsel for Debtors re: proposed discovery stipulation and emails re: same. | 1.10 | 984.50 |
| 10/29/20 | AHS | Review of email re: discovery issues with Freedman entities. | 0.30 | 268.50 |
| 10/16/20 | BM | Attend to revisions of proposed stipulation with CMS. | 0.40 | 318.00 |
| | | **TASK TOTAL 105** | **14.10** | **12,579.50** |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1786886 |
| Date | 11/25/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **113 - PLAN AND DISCLOSURE STATEMENT** | | | | |
| 10/21/20 | AHS | Call with Committee member and analysis of issues re: same. | 0.40 | 358.00 |
| | | Analysis of exclusivity issues and call with counsel for Debtors re: same. | 0.80 | 716.00 |
| 10/27/20 | AHS | Emails with Committee members re: exclusivity issues. | 0.40 | 358.00 |
| 10/21/20 | BM | Analysis regarding Debtors' motion to extend exclusivity and potential objections thereto. | 0.80 | 636.00 |
| 10/28/20 | BM | Analysis regarding a plan of liquidation term sheet. | 0.80 | 636.00 |
| 10/29/20 | BM | Analysis regarding draft plan term sheet. | 1.10 | 874.50 |
| 10/29/20 | REB | Research re: plan issues. | 2.30 | 1,495.00 |
| | | Draft plan term sheet. | 2.10 | 1,365.00 |
| 10/30/20 | REB | Research re: plan classification issues. | 3.10 | 2,015.00 |
| | | **TASK TOTAL 113** | **11.80** | **8,453.50** |
| | | | | |
| **114 - RELIEF FROM STAY PROCEEDINGS** | | | | |
| 10/20/20 | AHS | Review of motion to terminate lease. | 0.60 | 537.00 |
| | | Review and revise form of order re: lease termination by master landlord. | 0.50 | 447.50 |
| 10/21/20 | AHS | Emails re: form of order for lease termination motion and review of same. | 0.30 | 268.50 |
| 10/22/20 | AHS | Attend hearing re: lift stay motion. | 0.60 | 537.00 |
| 10/01/20 | BM | Attend to proposed revisions of stay relief consent order with CMS. | 0.80 | 636.00 |
| 10/20/20 | BM | Analysis regarding Master Landlords' motion for stay relief to terminate lease. | 0.80 | 636.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 11 |
| Inv# | 1786886 |
| Date | 11/25/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/21/20 | BM | Attend to issues regarding resolution of HSRE's stay relief motion. | 0.80 | 636.00 |
| 10/22/20 | BM | Attend telephonic hearing on HSRE stay motion and case status report. | 0.50 | 397.50 |
| | | **TASK TOTAL 114** | **4.90** | **4,095.50** |
| | | **TOTAL FEES** | **86.50** | **$65,157.00** |
| | | Attorney Fees at Blended Rate of $625 | | |
| | | **TOTAL FEES** | **86.50** | **$54,062.50** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 46.20 | 32,381.00 |
| | 104 | Case Administration | 9.50 | 7,647.50 |
| | 105 | Claims Administration and Objections | 14.10 | 12,579.50 |
| | 113 | Plan and Disclosure Statement | 11.80 | 8,453.50 |
| | 114 | Relief from Stay Proceedings | 4.90 | 4,095.50 |
| | | **TOTAL FEES** | **86.50** | **$65,157.00** |
| | | Attorney Fees at Blended Rate of $625 | | |
| | | **TOTAL FEES** | **86.50** | **$54,062.50** |

**FEE RECAP**

| | | | | | |
|---|---|---|---|---|---|
| | AHS | Andrew H. Sherman | 19.80 | $895 | 17,721.00 |
| | BM | Boris Mankovetskiy | 31.40 | $795 | 24,963.00 |
| | CJF | Charles J. Falletta | 8.40 | $595 | 4,998.00 |
| | REB | Rachel E. Brennan | 26.50 | $650 | 17,225.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | 12 |
| Inv# | 1786886 |
| Date | 11/25/20 |
| 08650118.000001 | - AHS |

| | | | | | |
|---|---|---|---:|---|---:|
| GAK | Gregory A. Kopacz | | 0.40 | $625 | 250.00 |
| | **TOTAL FEES** | | **86.50** | | **$65,157.00** |
| | Attorney Fees at Blended Rate of $625 | | | | |
| | **TOTAL FEES** | | **86.50** | | **$54,062.50** |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---:|
| 10/22/20 | BM | Hearing by Phone | 22.50 |
| 10/26/20 | CJF | Litigation Support Vendors (UnitedLex project hosting, etc.) | 2,608.34 |
| | | **TOTAL DISBURSEMENTS** | **$2,630.84** |

## DISBURSEMENT RECAP

| | |
|---|---:|
| Litigation Support Vendors (UnitedLex) | 2,608.34 |
| Telephone Toll Charges | 22.50 |
| **TOTAL DISBURSEMENTS** | **$2,630.84** |
| **TOTAL THIS INVOICE** | **$56,693.34*** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$65,157.00**) and fees at *Blended Rate* of $625 (**$54,062.50**) apply.