**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: Dec. 7, 2020 at 4:00 p.m.** |
| | ) **Hearing Date: Dec. 14, 2020 at 11:30 a.m.** |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1902**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period July 7, 2019 to September 30, 2019* [Docket No. 1902] (the "Application"), filed by Klehr Harrison Harvey Branzburg LLP (the "Applicant") on November 17, 2020.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than December 7, 2020 at 4:00 p.m., prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

At the request of the Office of the United States Trustee, the Applicant is including as part of this Certification of No Objection a revised customary rate disclosure as set forth below:

| Category of Timekeeper | Blended Hourly Rate for Firm Excluding Insolvency Professionals | Blended Hourly Rate Billed for this Case |
|---|---|---|
| Partner | $569.00 | $630.00 |
| Counsel | $401.00 | NA |
| Associate | $309.00 | $310.00 |
| Paralegal | $225.00 | $225.00 |
| Other | $110.00 | NA |
| All Timekeepers | $432.00 | $537.00 |

A proposed form of omnibus order approving all of the interim professionals' fees for the including those of Applicant will be submitted in advance of the December 14, 2020, hearing.

Dated:  December 8, 2020
Wilmington, Delaware

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email:  dpacitti@klehr.com
        myurkewicz@klehr.com
        sveghte@klehr.com

*Special Counsel to the Debtors*