**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | |
| | ) Jointly Administered |
| Debtors. | ) Objection Deadline: December 21, 2020 at 4:00 p.m. (ET) |
| | ) |

**REPORT BY EISNERAMPER LLP OF**
**COMPENSATION EARNED AND EXPENSES INCURRED FOR THE**
**PERIOD OF NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

Exhibit A:     STC OpCo, LLC - Transition Services Summary of Hours by Professionals
                 Transition Services Itemized Expenses

Exhibit B:     CRO Summary of Hours by Professional

Exhibit C:     Non-Transition Services Summary of Compensation by Project Category
                 Summary of Hours by Professionals
                 Summary Description of Services Provided

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Seventeenth Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period November 1, 2020 through November 30, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $332,594.85. EisnerAmper incurred $21,252.53, in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Fees and Expense Schedule (11/1/2020-11/30/2020)**

| Services | Fees | Expenses | Total |
|---|---:|---:|---:|
| STC Opco, LLC- Transition Services | $ 172,800.00 | $ 21,252.53 | $ 194,052.53 |
| CRO Services | 121,000.00 | - | 121,000.00 |
| Non- Transition Services | 38,794.85 | - | 38,794.85 |
| **Total** | **$ 332,594.85** | **$ 21,252.53** | **$ 353,847.38** |

# **EXHIBIT A**

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

Exhibit A

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**November 1, 2020 through November 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Dion Oglesby | Director | 176.0 | $ 555.00 |
| Solomon Torres | Manager | 182.0 | 320.00 |
| **GRAND TOTAL** | | **358.0** | |

\* Rates change annually effective August 1st.
\*\*Fee amount is included in the bill to STC Opco, LLC

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 11/02/2020 | Oglesby, Dion | Airline,RR,etc | $ 134.00 | Train from client to NYC. Not duplicate |
| 11/02/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 11/03/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 11/03/2020 | Oglesby, Dion | Airline,RR,etc | 134.00 | Train to client in Philadelphia. No duplicate |
| 11/04/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 11/04/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 11/05/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 11/05/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 11/09/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train to client in Philadelphia. No duplicate |
| 11/09/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train from client to NYC. Not duplicate |
| 11/11/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 11/11/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 11/12/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 11/12/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train from client to NYC. Not duplicate |
| 11/16/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 11/16/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train to client in Philadelphia. No duplicate |
| 11/17/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 11/17/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 11/18/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 11/18/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 11/19/2020 | Oglesby, Dion | Airline,RR,etc | 134.00 | Train from client to NYC. Not duplicate |
| 11/19/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 11/23/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train to client in Philadelphia. No duplicate |
| 11/23/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train from client to NYC. Not duplicate |
| 11/24/2020 | Oglesby, Dion | Airline,RR,etc | 134.00 | Train from client to NYC. Not duplicate |
| 11/24/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 11/30/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. No duplicate |
| 11/30/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train from client to NYC. Not duplicate |
| | | **Airline,RR,etc Total** | **2,864.00** | |
| 11/16/2020 | Dreskin, Ronald | Hotel | 605.12 | Hotel stay in Philadelphia |
| 11/23/2020 | Dreskin, Ronald | Hotel | 605.12 | Hotel stay in Philadelphia |
| 11/26/2020 | Dreskin, Ronald | Hotel | 302.56 | Hotel stay in Philadelphia |
| 11/30/2020 | Torres, Solomon | Hotel | 4,154.00 | December Rent |
| | | **Hotel Total** | **5,666.80** | |
| 11/16/2020 | Oglesby, Dion | Local Fares | 27.34 | Lyft to client location in Philadelphia |
| 11/17/2020 | Oglesby, Dion | Local Fares | 23.18 | Curb to client location in Philadelphia |
| 11/17/2020 | Oglesby, Dion | Local Fares | 23.18 | Lyft from client location in Philadelphia |
| 11/18/2020 | Oglesby, Dion | Local Fares | 23.72 | Lyft from client location in Philadelphia |
| 11/18/2020 | Oglesby, Dion | Local Fares | 24.08 | Lyft to client location in Philadelphia |
| 11/19/2020 | Oglesby, Dion | Local Fares | 23.94 | Lyft from client location in Philadelphia |
| 11/19/2020 | Oglesby, Dion | Local Fares | 24.24 | Lyft to client location in Philadelphia |
| 11/23/2020 | Oglesby, Dion | Local Fares | 23.86 | Lyft from client location in Philadelphia |
| 11/23/2020 | Oglesby, Dion | Local Fares | 24.06 | Lyft to client location in Philadelphia |
| 11/24/2020 | Oglesby, Dion | Local Fares | 23.73 | Lyft from client location in Philadelphia |
| 11/24/2020 | Oglesby, Dion | Local Fares | 24.08 | Lyft to client location in Philadelphia |
| 11/30/2020 | Oglesby, Dion | Local Fares | 21.70 | Lyft from client location in Philadelphia |
| 11/30/2020 | Oglesby, Dion | Local Fares | 24.91 | Lyft to client location in Philadelphia |
| | | **Local Fares Total** | **312.02** | |
| 11/02/2020 | Torres, Solomon | Meals | 24.63 | Meals |
| 11/03/2020 | Torres, Solomon | Meals | 145.42 | Meals |
| 11/04/2020 | Torres, Solomon | Meals | 98.88 | Meals |
| 11/05/2020 | Torres, Solomon | Meals | 87.00 | Meals |
| 11/06/2020 | Torres, Solomon | Meals | 92.05 | Meals |
| 11/09/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 11/09/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 11/10/2020 | Torres, Solomon | Meals | 93.20 | Meals |
| 11/11/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |
| 11/11/2020 | Torres, Solomon | Meals | 328.70 | Meals |
| 11/12/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |
| 11/12/2020 | Torres, Solomon | Meals | 77.90 | Meals |
| 11/13/2020 | Torres, Solomon | Meals | 76.44 | Meals |
| 11/17/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |
| 11/17/2020 | Torres, Solomon | Meals | 241.46 | Meals |
| 11/18/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |
| 11/18/2020 | Torres, Solomon | Meals | 187.80 | Meals |
| 11/19/2020 | Torres, Solomon | Meals | 139.88 | Meals |
| 11/20/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 11/23/2020 | Torres, Solomon | Meals | 48.39 | Meals |
| 11/24/2020 | Torres, Solomon | Meals | 482.52 | Meals |
| 11/25/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 11/26/2020 | Dreskin, Ronald | Meals | 156.65 | Dinner |
| 11/30/2020 | Dreskin, Ronald | Meals | 802.55 | Dinner |
| 11/30/2020 | Torres, Solomon | Meals | 45.48 | Meals |
| | | **Meals Total** | **3,173.90** | |
| 11/02/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 11/02/2020 | Dreskin, Ronald | Mileage | 154.86 | Mileage roundtrip to Philadelphia |
| 11/04/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 11/05/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 11/06/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 11/09/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 11/09/2020 | Dreskin, Ronald | Mileage | 154.86 | Mileage roundtrip to Stamford |
| 11/10/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 11/12/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 11/13/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 11/14/2020 | Torres, Solomon | Mileage | 74.24 | 128 miles |
| 11/16/2020 | Dreskin, Ronald | Mileage | 154.86 | Mileage roundtrip to Stamford |
| 11/18/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 11/20/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 11/21/2020 | Torres, Solomon | Mileage | 74.24 | 128 miles |
| 11/23/2020 | Torres, Solomon | Mileage | 74.24 | 128 miles |
| 11/23/2020 | Dreskin, Ronald | Mileage | 154.86 | Mileage roundtrip to Stamford |
| 11/24/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 11/25/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 11/30/2020 | Torres, Solomon | Mileage | 85.84 | 148 miles |
| 11/30/2020 | Dreskin, Ronald | Mileage | 154.86 | Mileage roundtrip to Stamford |
| | | **Mileage Total** | **1,495.82** | |
| 11/19/2020 | Torres, Solomon | Telephone | 133.44 | Cell phone at @75% |
| | | **Telephone Total** | **133.44** | |
| 11/02/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 11/06/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 11/09/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 11/14/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 11/18/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 11/18/2020 | Dreskin, Ronald | Tolls/Parking | 37.00 | Parking |
| 11/21/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 11/23/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 11/26/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| 11/27/2020 | Dreskin, Ronald | Tolls/Parking | 37.00 | Parking |
| 11/30/2020 | Torres, Solomon | Tolls/Parking | 315.00 | Monthly Parking |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 11/30/2020 | Torres, Solomon | Tolls/Parking | 33.95 | Tolls |
| | | **Tolls/Parking Total** | **694.55** | |
| | | **Total Expenses** | **14,340.53** | |
| | | **Administration and Technology Fee** | **6,912.00** | |
| | | **Grand Total** | **$ 21,252.53** | |

| | |
|---|---|
| **Airline,RR,etc Total** | $ 2,864.00 |
| **Hotel Total** | 5,666.80 |
| **Local Fares Total** | 312.02 |
| **Meals Total** | 3,173.90 |
| **Mileage Total** | 1,495.82 |
| **Telephone Total** | 133.44 |
| **Tolls/Parking Total** | 694.55 |
| **Total Expenses** | 14,340.53 |
| **Administration and Technology Fee** | 6,912.00 |
| **Grand Total** | $ 21,252.53 |

# **EXHIBIT B**

**CRO Summary of Hours by Professional**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**November 1, 2020 through November 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 140.5 | $ 655.00 |
| **GRAND TOTAL** | | **140.5** | |

* Rates change annually effective August 1st.

# **EXHIBIT C**

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

Exhibit C    Case 19-11466-MFW    Doc 1962    Filed 12/09/20    Page 11 of 12

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**November 1, 2020 through November 30, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Robert Katz, CPA | M. Director | 4.3 | $ 580.00 | $ 2,494.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 5.8 | 555.00 | 3,219.00 |
| Susannah Prill, CPA | Sr. Manager | 22.3 | 410.00 | 9,143.00 |
| Andrew Still, CPA, CFE | Manager | 82.3 | 330.00 | 27,159.00 |
| Henry Vargas, CPA | Staff II | 1.0 | 260.00 | 260.00 |
| Richard DePiano | Staff I | 14.4 | 215.00 | 3,096.00 |
| DelMarie Velazquez | Paraprofessional | 2.0 | 135.00 | 270.00 |
| **TOTAL HOURS AND FEES** | | | | 45,641.00 |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | (6,846.15) |
| **GRAND TOTAL** | | 132.1 | $ 293.68 | **$38,794.85** |

* Rates change annually effective August 1st.

Exhibit C  Case 19-11466-MFW    Doc 1962    Filed 12/09/20    Page 12 of 12

| Professionals | Sum of Hours | Sum of Amount |
|---|---:|---:|
| **DePiano, Richard** | **14.4** | **$ 3,096.00** |
|    Business Analysis | 14.4 | 3,096.00 |
| **Katz, Robert** | **4.3** | **2,494.00** |
|    Claims Admin & Objections | 4.3 | 2,494.00 |
| **Pederson, William** | **5.8** | **3,219.00** |
|    Business Analysis | 2.2 | 1,221.00 |
|    Claims Admin & Objections | 3.6 | 1,998.00 |
| **Prill, Susannah** | **22.3** | **9,143.00** |
|    Claims Admin & Objections | 22.3 | 9,143.00 |
| **Still, Andrew** | **82.3** | **27,159.00** |
|    Claims Admin & Objections | 52.1 | 17,193.00 |
|    Consulting | 30.2 | 9,966.00 |
| **Vargas, Henry** | **1.0** | **260.00** |
|    Claims Admin & Objections | 1.0 | 260.00 |
| **Velazquez, DelMarie** | **2.0** | **270.00** |
|    Fee/Employment | 2.0 | 270.00 |
| **Grand Total** | **132.1** | **$ 45,641.00** |