**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[2] ) | |
| ) | Jointly Administered |
| Debtors. ) | **Objection Deadline: December 21, 2020 at 4:00 p.m. (ET)** |
| ) | |

**NOTICE OF REPORT BY EISNERAMPER LLP OF
COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
PERIOD OF NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

On December 9, 2020, the **Report by EisnerAmper LLP, of Compensation Earned and Expenses Incurred for the Period of November 1, 2020 through November 30, 2020** (the "**Report**") was filed with the Court. The Report seeks the approval of payment for professionals services rendered to the Debtors in the amount of $332,594.85, together with reimbursement of expenses in the amount of $21,252.53.

On August 2, 2019, the *Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, A Chief Restructuring Officer, An Interim System CEO and Additional Personnel, and (II) the Designation of Allen Wilen as Chief Restructuring Officer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors,* Nunc Pro Tunc *to the Petition Date* [Docket No. 338] (the "**Retention Order**").

On February 13, 2020, the *Supplemental Declaration in Support of Debtors' Motion for Entry of an Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, A Chief Restructuring Officer, An Interim System CEO and Additional Personnel, and (II) the Designation of Allen Wilen as Chief Restructuring Officer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors,* Nunc Pro Tunc *to the Petition Date* [Docket No. 1406] was filed with the Court.

Pursuant to the Retention Order, you are required to file a response (the "**Response**"), if any, to the Report with the Clerk of the United States Bankruptcy Court for the District of Delaware, 24 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **December 21, 2020 at 4:00 p.m. (prevailing Eastern Time)** (the "**Response Deadline**").

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

At the same time, you must also serve a copy of the Response upon the applicant so as to be received by the Response Deadline.

Dated:  December 9, 2020
Iselin, NJ 08830

**EISNERAMPER LLP**

*/s/ Allen Wilen*
Allen Wilen
111 Wood Avenue South
Iselin, NJ 08830
Telephone: (732) 243-7386
allen.wilen@eisneramper.com