# EXHIBIT A

## INDEX OF PROFESSIONALS' FEE APPLICATIONS

## DEBTORS' PROFESSIONALS

I.    **SAUL EWING ARNSTEIN & LEHR LLP (Counsel to Debtors)**

Third Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2020 through March 31, 2020 [Docket No. 1893; filed: 11/13/20]

i.    Certification of No Objection for Third Interim Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1953; filed: 12/04/20]

Related Documents:

A.    Seventh Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2020 through January 31, 2020 [Docket No. 1568; filed: 04/09/20]

i.    Certification of No Objection for Seventh Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1612; filed: 05/01/20]

B.    Eighth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2020 through February 29, 2020 [Docket No. 1613; filed: 05/05/20]

i.    Certification of No Objection for Eighth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1640; filed: 05/27/20]

C.    Ninth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2020 through March 31, 2020 [Docket No. 1638; filed: 05/27/20]

i.    Certification of No Objection for Ninth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1672; filed: 06/17/20]

II.     **KLEHR HARRISON HARVEY BRANZBURG LLP (Special Counsel to Debtors)**

First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from July 7, 2019 through September 30, 2019 [Docket No. 1902; filed: 11/17/20]

i.      Certification of No Objection for First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1961; filed: 12/08/20]

Related Documents:

A.      First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from June 30, 2019 through July 31, 2019 [Docket No. 1274; filed: 01/02/20]

i.      Certification of No Objection for First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1408; filed: 02/14/20]

B.      Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from August 1, 2019 through August 31, 2019 [Docket No. 1275; filed: 01/02/20]

i.      Certification of No Objection for Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1409; filed: 02/14/20]

C.      Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from September 1, 2019 through September 30, 2019 [Docket No. 1276; filed: 01/02/20]

i.      Certification of No Objection for Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1410; filed: 02/14/20]

## COMMITTEE'S PROFESSIONALS

III.    **SILLS CUMMIS & GROSS P.C. (Counsel to the Official Committee of Unsecured Creditors)**

Third Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from January 1, 2020 through March 31, 2020 [Docket No. 1896; filed: 11/13/20]

       i.      Certification of No Objection for Third Quarterly Application of Sills Cummis & Gross P.C. [Docket No. 1956; filed: 12/07/20]

          Related Documents:

        A.     Seventh Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2020 through January 31, 2020 [Docket No. 1483; filed: 03/18/20]

              i.      Certification of No Objection for Seventh Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1567; filed: 04/08/20]

        B.     Eighth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2020 through February 29, 2020 [Docket No. 1624; filed: 05/14/20]

              i.      Certification of No Objection for Eighth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1658; filed: 06/04/20]

        C.     Ninth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2020 through March 31, 2020 [Docket No. 1625; filed: 05/14/20]

              i.      Certification of No Objection for Ninth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1659; filed: 06/04/20]

## IV.   FOX ROTHSCHILD LLP (Delaware Counsel to the Official Committee of Unsecured Creditors)

Third Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period January 1, 2020 through March 31, 2020 [Docket No. 1886; filed: 11/12/20]

       i.      Certification of No Objection for Third Interim Fee Application of Fox Rothschild LLP [Docket No. 1955; filed: 12/07/20]

          Related Documents:

        A.     Sixth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the Period January 1, 2020 through January 31, 2020 [Docket No. 1434; filed: 02/27/20]

    i.    Certification of No Objection for Sixth Monthly Fee Application of Fox Rothschild LLP [Docket No. 1489; filed: 03/19/20]

B.    Seventh Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period February 1, 2020 through February 29, 2020 [Docket No. 1504; filed: 03/25/20]

    i.    Certification of No Objection for Seventh Monthly Fee Application of Fox Rothschild LLP [Docket No. 1585; filed: 04/17/20]

C.    Eighth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period March 1, 2020 through March 31, 2020 [Docket No. 1589; filed: 04/17/20]

    i.    Certification of No Objection for Eighth Monthly Fee Application of Fox Rothschild LLP [Docket No. 1623; filed: 05/14/20]

## V.    BERKELEY RESEARCH GROUP, LLC (Financial Advisor to the Official Committee of Unsecured Creditors)

Third Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from January 1, 2020 through March 31, 2020 [Docket No. 1897; filed: 11/17/20]

    i.    Certification of No Objection for Third Interim Application of Berkeley Research Group, LLC [Docket No. 1963; filed: 12/09/20]

    Related Documents:

A.    Fifth Monthly Fee Application of Berkeley Research Group, LLC Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from January 1, 2020 through February 29, 2020 [Docket No. 1544; filed: 04/01/20]

    i.    Certification of No Objection for Fifth Monthly Application of Berkeley Research Group, LLC [Docket No. 1600; filed: 04/22/20]

B.    Sixth Monthly Fee Application of Berkeley Research Group, LLC Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from March 1, 2020 through March 31, 2020 [Docket No. 1634; filed: 05/22/20]

      i.    Certification of No Objection for Seventh Monthly Application of Berkeley Research Group, LLC [Docket No. 1667; filed: 06/12/20]

37637603.1 12/10/2020