**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) Re: D.I. 1888, 1891, 1970 |
| | ) |

**RESERVATION OF RIGHTS OF MASTER LANDLORDS**
**REGARDING THE JOINT MOTION TO COMPEL DOCUMENTS FROM**
**NON-DEBTOR FREEDMAN ENTITIES AND THE JOINT MOTION REGARDING**
**THE APPLICATION AND WAIVER OF PRIVILEGES**

HSREP VI Holding, LLC and its affiliates[2] (collectively, "Master Landlords"), by and

through their counsel, DLA Piper LLP (US), submit this reservation of rights in response to the

Debtors' and Official Committee of Unsecured Creditors' *Joint Motion to Compel Documents*

*from the MBNF Non-Debtor Freedman Entities*[3] (the "Motion to Compel") [D.I. 1888] and the

Joint Motion for an Order Regarding the Application and Waiver of Privileges (the "Privileges

Motion" and collectively, the "Discovery Motions") [D.I. 1891], filed with this Court November

12, 2020.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    The relevant affiliates are as follows: HSRE-PAHH I, LLC, PAHH New College MOB, LLC, PAHH Bellet MOB, LLC, PAHH Wood Street Garage, LLC, PAHH Erie Street Garage, LLC, PAHH Feinstein MOB, LLC, and PAHH Broad Street MOB, LLC, each, a Delaware limited liability company.

[3]    These "Non-Debtor Freedman Entities" are described in the Discovery Motions as Joel Freedman, MBNF Investments, LLC, American Academic Health System, LLC, Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, and Paladin Healthcare Capital, LLC.

The Discovery Motions have been referred to mediation [D.I. 1943] and the Master Landlords believe that they should be involved in the mediation process to protect their rights and assert privileges or protections to which they are entitled. Failure to involve the Master Landlords in the mediation would risk rendering the mediation futile and warrant further proceedings on the motions because not all interests would be represented.

In an abundance of caution and for the avoidance of any doubt whatsoever, Master Landlords file this Reservation of Rights to reserve and not waive any protections and privileges any may hold with regard to documents referenced in the Discovery Motions.  The Master Landlords, or any of them, may be party to one or more joint defense, common interest and confidentiality agreements, or other similar agreements preserving privileges and confidentiality, with one or more of the Non-Debtor Freedman Entities.  Furthermore, to the extent that a privilege or protection held by any Master Landlord is questioned because a non-party to the Discovery Motions holds the privilege or protection, each Master Landlord does not waive but preserves such privileges and protections.  Finally, to the extent the Court determines documents protected by such asserted common interests or agreements—whether in the context of the Discovery Motions or other propounded discovery requests—the Master Landlords do not waive any such privilege or protection and agree to be bound by any final order entered by the Court.

The Master Landlords reserve the right to amend and/or supplement this Reservation of Rights and to assert any other rights and objections.  The Master Landlords further reserve the protections afforded by and right to seek remedies under and relating to any agreements to which Non-Debtor Freedman Entities are a party, under the Bankruptcy Code, or pursuant to other applicable rule or law.  This reservation includes, but is not limited to, the right to raise

additional or amended arguments, objections, or reservations of rights concerning the relief

requested in the Discovery Motions as may be warranted.

WHEREFORE, the Master Landlords respectfully request that the Court recognize their

rights and other protections recognized by law, which are not waived.

Dated:   December 11, 2020
         Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile:  (302) 394-2341
Email: Stuart.Brown@dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone:  (312) 368-4000
Facsimile:   (312) 236-7516
Email: Richard.Chesley@dlapiper.com

*Counsel to HSREP VI Holding, LLC*

EAST\177904987.1