**CERTIFICATE OF SERVICE**

I, Stuart M. Brown, hereby certify that on this 11th day of December, 2020, I caused a true and correct copy of the foregoing *Reservation of Rights of Master Landlords Regarding the Joint Motion to Compel Documents from Non-Debtor Freedman Entities and the Joint Motion Regarding the Application and Waiver of Privileges* to be served upon the parties listed below via email.

Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

Jeffrey C. Hampton
Adam H. Isenberg
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

Seth A. Niederman (No. 4588)
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: sniederman@foxrothschild.com

Andrew H. Sherman (pro hac vice)
Boris I. Mankovetskiy (pro hac vice)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com

                                                              /s/ *Stuart M. Brown*
                                                              Stuart M. Brown (DE#4050)