**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered **Re:  Docket Nos. 1886, 1893, 1896, 1897 and 1902** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS
ORDER APPROVING THIRD INTERIM FEE APPLICATIONS OF CERTAIN
OF THE DEBTORS' AND OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' PROFESSIONALS AND THE FIRST INTERIM FEE
APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1.      Certain professionals retained by the Debtors and certain of the professionals retained by the Official Committee of Unsecured Creditors appointed in these chapter 11 cases (collectively, the "**Applicants**") filed third interim fee requests and a first interim fee request for allowance of compensation and reimbursement of expenses on an interim basis (the "**Interim Fee Applications**").

2.      The hearing with respect to the Interim Fee Applications is scheduled for December 14, 2020.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

3.      No responses were received by the Applicants prior to the Interim Fee Applications' respective objection deadlines.

4.      Attached hereto as **Exhibit 1** is a proposed *Omnibus Order Approving Third Interim Fee Applications of Certain of the Debtors' and Official Committee of Unsecured Creditors' Professionals and the First Interim Application of Klehr Harrison Harvey Branzburg LLP* (the "**Proposed Order**").

5.      The undersigned counsel for the Debtors is available to respond to any questions the Court may have regarding the Proposed Order.  Absent questions, the undersigned counsel respectfully requests that the Court sign the Proposed Order and direct that it be docketed.

Dated: December 11, 2020                    SAUL EWING ARNSTEIN & LEHR LLP


By:      */s/ Monique B. DiSabatino*
         Mark Minuti (DE Bar No. 2659)
         Monique B. DiSabatino (DE Bar No. 6027)
         1201 N. Market Street, Suite 2300
         P.O. Box 1266
         Wilmington, DE  19899
         Telephone: (302) 421-6800
         Fax: (302) 421-5873
         mark.minuti@saul.com
         monique.disabatino@saul.com

                  -and-

         Jeffrey C. Hampton
         Adam H. Isenberg
         Centre Square West
         1500 Market Street, 38th Floor
         Philadelphia, PA 19102
         Telephone: (215) 972-7777
         Fax: (215) 972-7725
         jeffrey.hampton@saul.com
         adam.isenberg@saul.com

         *Counsel for Debtors and Debtors in Possession*