# EXHIBIT 1

# Proposed Omnibus Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 1886, 1893, 1896, 1897, 1902 and ___** |

**OMNIBUS ORDER APPROVING THIRD INTERIM FEE APPLICATIONS
OF CERTAIN OF THE DEBTORS' AND OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' PROFESSIONALS AND THE FIRST INTERIM
APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP**

Upon consideration of the third interim fee applications and the first interim fee application (the "**Interim Fee Applications**") of certain of the professionals retained by the above-captioned debtors and debtors-in-possession in these chapter 11 cases and certain of the professionals retained by the Official Committee of Unsecured Creditors appointed in these chapter 11 cases (each an "**Applicant**" and, collectively, the "**Applicants**"), for allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred during the periods set forth on the fee chart attached hereto as **Exhibit A**; and pursuant to, *inter alia*, sections 330(a) and 331 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Court having reviewed the Interim Fee Applications; and it appearing that the relief requested by the Interim Fee Applications of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

37819880.2 12/11/2020

2

Applicants on the attached fee chart is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

IT IS HEREBY ORDERED THAT:

1.     The fees and expenses requested in the Interim Fee Applications (as set forth on the fee chart attached to this Order as **Exhibit A**) are hereby allowed.

2.     The Debtors are hereby authorized to promptly pay each Applicant (as set forth on the fee chart attached to this Order as **Exhibit A**) all allowed amounts of fees and expenses approved by this Order.

**EXHIBIT A**

**Fee Chart**

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | Total |
|---|---|---|---|---|---|---|---|
| **Saul Ewing Arnstein & Lehr LLP (Counsel to the Debtors) (Docket No. 1893)** | *(Interim)* 01/01/20 – 03/31/20 | $915,543.65 | $18,161.40 | $0.00 | $915,543.65 | $18,161.40 | $933,705.05 |
| **Klehr Harrison Harvey Branzburg LLP (Special Counsel to the Debtors) (Docket No. 1902)** | *(Interim)* 07/01/19 – 09/30/19 | $76,776.30 | $159.00 | $0.00 | $76,776.30 | $159.00 | $76,935.30 |
| **Sills Cummis & Gross, P.C. (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 1896)** | *(Interim)* 01/01/20 – 03/31/20 | $166,437.50 | $2,955.40 | $0.00 | $166,437.50 | $2,955.40 | $169,392.90 |
| **Fox Rothschild LLP (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 1886)** | *(Interim)* 01/01/20 – 03/31/20 | $26,790.50 | $892.45 | $0.00 | $26,790.50 | $892.45 | $27,682.95 |
| **Berkeley Research Group, LLC (Financial Advisor to the Official Committee of Unsecured Creditors) (Docket No. 1897)** | *(Interim)* 01/01/20 – 03/31/20 | $14,197.50 | $0.00 | $0.00 | $14,197.50 | $0.00 | $14,197.50 |
| **TOTAL** | | **$1,199,745.45** | **$22,168.25** | **$0.00** | **$1,199,745.45** | **$22,168.25** | **$1,221,913.70** |