# EXHIBIT A

**Fee Chart**

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | Total |
|---|---|---|---|---|---|---|---|
| **Saul Ewing Arnstein & Lehr LLP** (Counsel to the Debtors) (Docket No. 1893) | *(Interim)* 01/01/20 – 03/31/20 | $915,543.65 | $18,161.40 | $0.00 | $915,543.65 | $18,161.40 | $933,705.05 |
| **Klehr Harrison Harvey Branzburg LLP** (Special Counsel to the Debtors) (Docket No. 1902) | *(Interim)* 07/01/19 – 09/30/19 | $76,776.30 | $159.00 | $0.00 | $76,776.30 | $159.00 | $76,935.30 |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 1896) | *(Interim)* 01/01/20 – 03/31/20 | $166,437.50 | $2,955.40 | $0.00 | $166,437.50 | $2,955.40 | $169,392.90 |
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 1886) | *(Interim)* 01/01/20 – 03/31/20 | $26,790.50 | $892.45 | $0.00 | $26,790.50 | $892.45 | $27,682.95 |
| **Berkeley Research Group, LLC** (Financial Advisor to the Official Committee of Unsecured Creditors) (Docket No. 1897) | *(Interim)* 01/01/20 – 03/31/20 | $14,197.50 | $0.00 | $0.00 | $14,197.50 | $0.00 | $14,197.50 |
| **TOTAL** | | **$1,199,745.45** | **$22,168.25** | **$0.00** | **$1,199,745.45** | **$22,168.25** | **$1,221,913.70** |