**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 1965** |

**NOTICE OF AMENDED[2] AGENDA FOR TELEPHONIC AND VIDEO HEARING SCHEDULED FOR DECEMBER 14, 2020 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELED**

**THIS HEARING WILL BE CONDUCTED VIA BOTH ZOOM AND COURTCALL.**

**Any party that wants to participate in the Hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946). If you are planning to speak, please also use Zoom. Zoom connection details are as follows:**

**Topic: Center City Healthcare 19-11466**
**Time: Dec 14, 2020 11:30 AM Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
**https://debuscourts.zoomgov.com/j/1601760371**

**Meeting ID: 160 176 0371; Passcode: 402532**

**All parties must still dial in to CourtCall at 1-866-582-6878**

**PLEASE NOTE: AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED COURTCALL, LLC WILL PROVIDE THE AUDIO FOR THE HEARING**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

**RESOLVED MATTERS:**

1.  Motion of Debtors for Order (I) Authorizing Supplemental Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2; and (III) Approving Sale and Liquidation of Additional Medical Equipment [Docket No. 1810; filed: 10/02/20]

    Response Deadline:  November 10, 2020 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Notice of Hearing [Docket No. 1831; filed: 10/20/20]

    B.  Certification of No Objection [Docket No. 1884; filed: 11/11/20]

    C.  Order (I) Authorizing Supplemental Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2; and (III) Approving Sale and Liquidation of Additional Medical Equipment [Docket No. 1885; signed and docketed: 11/12/20]

    Status: On November 12, 2020, the Court entered an order approving this motion.

2.  Fourth Motion of the Debtors for Entry of an Order Further Extending the Debtors' Exclusivity Periods to File a Chapter 11 Plan and Solicit Votes Thereon [Docket No. 1839; filed: 10/21/20]

    Response Deadline:  November 4, 2020 at 4:00 p.m.

    Responses Received:  Informal comments from the Office of the United States Trustee

    Related Documents:

    A.  Certification of Counsel Regarding (A) Revised Proposed Order Pursuant to 11 U.S.C. § 1121 Further Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon, and (B) No Objection to Same [Docket No. 1874; filed: 11/05/20]

    B.  Order Pursuant to 11 U.S.C. § 1121 Further Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon [Docket No. 1876; signed and docketed: 11/06/20]

    Status: On November 12, 2020, the Court entered an order approving this motion.

3. Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1872; filed: 11/05/20]

    Response Deadline:  November 19, 2020 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [Docket No. 1919; filed: 11/20/20]

    B.  Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1922; signed and docketed: 11/23/20)

    Status:  On November 23, 2020, the Court entered an order approving this motion.

4. Fourth Motion of the Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 1877; filed: 11/06/20]

    Response Deadline:  November 20, 2020 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [Docket No. 1925; filed: 11/23/20]

    B.  Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 1928; signed and docked: 11/24/20]

    Status:  On November 24, 2020, the Court entered an order approving this motion.

**CONTINUED MATTER:**

5. **[FILED UNDER SEAL]** Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1871; filed: 11/05/20]

    Response Deadline:  November 19, 2020 at 4:00 p.m.

    Responses Received:

    A.  Informal response from Premier Healthcare Solutions, Inc.

- B. Informal response from Andrea Moore

- C. Informal response from Kelly Coleman

- D. Informal response from Candese Combs

- E. Informal response from a former patient

- F. Response of McKesson Corporation and Its Affiliates [Docket No. 1908; filed: 11/19/20]

- G. Response of Carol C. Kerr [Docket No. 1927; filed: 11/23/20]

Related Documents:

- A. **[REDACTED]** Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1873; filed: 11/05/20]

- B. **[FILED UNDER SEAL]** Certification of Counsel Submitting Order Sustaining Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1930; filed: 11/24/20]

- C. **[REDACTED]** Certification of Counsel Submitting Order Sustaining Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1931; filed: 11/24/20]

- D. **[FILED UNDER SEAL]** Order Sustaining Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1941; signed and docketed: 12/01/20]

- E. **[REDACTED]** Order Sustaining Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1942; signed and docketed: 12/01/20]

Status: On December 1, 2020, the Court entered an order sustaining the omnibus claim objection as to all claims other than the claims of McKesson Corporation and Its Affiliates ("McKesson"). The claims filed by McKesson are the only open matters and are continued to a date to be determined.

**FEE APPLICATIONS:**

6. Certification of Counsel Regarding Proposed Omnibus Order Approving Third Interim Fee Applications of Certain of the Debtors' and Official Committee of Unsecured Creditors' Professionals and the First Interim Application of Klehr Harrison Harvey Branzburg LLP **[Docket No. 1972; filed: 12/11/20]**

   Response Deadline:   See index of the fee applications attached as Exhibit A.

   Responses Received:  None

   Related Documents:

   A. **Omnibus Order Approving Third Interim Fee Applications of Certain of the Debtors' and Official Committee of Unsecured Creditors' Professionals and the First Interim Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1973; signed and docketed: 12/11/20]**

   **Status:  On December 11, 2020, the Court entered an order approving the interim fee applications.**

Dated: December 11, 2020            **SAUL EWING ARNSTEIN & LEHR LLP**

                                    By:   */s/ Monique B. DiSabatino*
                                          Mark Minuti (DE Bar No. 2659)
                                          Monique B. DiSabatino (DE Bar No. 6027)
                                          1201 N. Market Street, Suite 2300
                                          P.O. Box 1266
                                          Wilmington, DE  19899
                                          Telephone: (302) 421-6800
                                          Fax: (302) 421-5873
                                          mark.minuti@saul.com
                                          monique.disabatino@saul.com

                                          -and-

                                          Jeffrey C. Hampton
                                          Adam H. Isenberg
                                          Centre Square West
                                          1500 Market Street, 38th Floor
                                          Philadelphia, PA 19102
                                          Telephone: (215) 972-7777
                                          Fax: (215) 972-7725
                                          jeffrey.hampton@saul.com
                                          adam.isenberg@saul.com

                                          *Counsel for Debtors and Debtors in Possession*