# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>Re: Docket Nos. 1888, 1891, 1906, 1916, 1923, 1940 & 1970 |

**CERTIFICATION OF COUNSEL REGARDING ORDER FURTHER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF <u>REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES</u>**

The undersigned hereby certifies as follows:

1. On November 18, 2020, Philadelphia Academic Health Holdings, LLC, American Academic Health System, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, Paladin Healthcare Capital, LLC, MBNF Investments, LLC, Philadelphia Academic Risk Retention Group, LLC, and Joel Freedman (collectively the "<u>MBNF Non-Debtor Entities</u>") filed the *Emergency Motion of the MBNF Non-Debtor Entities for an Order Extending the Time to Respond to (I) the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 24451647v.2

*MBNF Non-Debtor Entities and (II) the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Consent Order Regarding Committee Discovery of Debtors and for Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 1906] (the "Emergency Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On November 20, 2020, the above-captioned debtors and debtors-in-possession (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee" and together with the Debtors and the MBNF Non-Debtor Entities, the "Parties") jointly filed the *Joint Response of Debtors and Official Committee of Unsecured Creditors to Emergency Motion of the MBNF Non-Debtor Entities For an Order Extending the Time to Respond To (I) The Joint Motion Of The Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents From the MBNF Non-Debtor Entities and (II) The Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Consent Order Regarding Committee Discovery of Debtors and For Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 1916] (the "Response").

3. Further, on November 20, 2020, the Court held an emergency hearing (the "Emergency Hearing") to consider the Emergency Motion and the Response.

4. On November 23, 2020, the Court entered an order [Docket No. 1923] granting the relief requested in the Emergency Motion and extending the deadline for the MBNF Non-Debtor Entities to file a response to (i) the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities* [Docket No. 1888] and (ii) the *Joint Motion of the Debtors and the Official Committee of*

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Emergency Motion.

*Unsecured Creditors for Approval of Consent Order Regarding Committee Discovery of Debtors and for Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 1891] (together, the "Joint Motions") to December 7, 2020.

5. At the Emergency Hearing, the Court also informed the Parties that it would appoint a mediator to assist the Parties in attempting to resolve the discovery disputes at issue in the Joint Motions. Pursuant to the Court's directive, the Parties selected the Honorable Kevin J. Carey (ret.) to serve as the mediator (the "Mediator"). On December 1, 2020, the Court entered an order [Docket No. 1940] appointing the Mediator.

6. In connection with the appointment of the Mediator, the parties agreed to extend the deadline for the MBNF Non-Debtor Entities to file a response to the Joint Motions to December 14, 2020.

7. On December 3, 2020, the Parties held an introductory call with the Mediator. At the request of the Mediator, the Debtors and the Committee agreed to further extend the deadline for the MBNF Non-Debtor Entities to file a response to the Joint Motions to December 18, 2020, and on December 11, 2020, the Court entered an order [Docket No. 1970] extending the deadline for the MBNF Non-Debtor Entities to file a response to the Joint Motions to December 18, 2020.

8. Following further discussions among the Parties, the Debtors and the Committee agreed to further extend the deadline for the MBNF Non-Debtor Entities to file a response to the Joint Motions to December 23, 2020, with further extensions possible if the Parties make progress in the mediation. A proposed form of order (the "Proposed Order") reflecting the amended deadline for the MBNF Non-Debtor Entities to file a response to the Joint Motions is attached hereto as **Exhibit 1**.

3

RLF1 24451647v.2

9. The Proposed Order has been circulated to counsel to the Debtors and the Committee, and the aforementioned parties have not objected to entry of the Proposed Order.

WHEREFORE, the MBNF Non-Debtor Entities respectfully request that the Proposed Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

Dated: December 18, 2020
      Wilmington, Delaware

      */s/ Brendan J. Schlauch*
      Mark D. Collins (No. 2981)
      Michael J. Merchant (No. 3854)
      Brendan J. Schlauch (No. 6115)
      RICHARDS, LAYTON & FINGER, P.A.
      One Rodney Square
      920 North King Street
      Wilmington, Delaware 19801
      Tel:   (302) 651-7700
      Fax:  (302) 651-7701
      Email: collins@rlf.com
             merchant@rlf.com
             schlauch@rlf.com

      -and-

      Suzzanne Uhland (admitted *pro hac vice*)
      Robert Malionek (admitted *pro hac vice*)
      LATHAM & WATKINS LLP
      885 Third Avenue
      New York, New York 10022-4834
      Tel:   (212) 906-1200
      Fax:  (212) 751-4864
      Email: suzzanne.uhland@lw.com
             robert.malionek@lw.com

      *Attorneys for MBNF Non-Debtor Entities*