# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>Re: Docket Nos. 1888, 1891, 1906, 1916, 1923, 1940 & 1970 |

**ORDER FURTHER EXTENDING THE MBNF NON-DEBTOR ENTITIES' TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE <u>APPLICATION AND WAIVER OF PRIVILEGES</u>**

The Court having entered the *Order Granting Emergency Motion of the MBNF Non-Debtor Entities for an Order Extending the Time to Respond to (I) the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities and (II) the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Consent Order Regarding Committee Discovery of Debtors and for Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 1906]; and the Court having entered the *Order Appointing Mediator in Connection with Discovery Disputes* [Docket No. 1940]; and the Court having entered the *Order Extending the MBNF Non-Debtor Entities' Time to Respond to (I) the Joint Motion of the Debtors and the Official Committee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities and (II) the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Consent Order Regarding Committee Discovery of Debtors and for Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 1970]; and it appearing that Court has jurisdiction over this matter; and the relief granted herein being in the best interests of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation thereon, and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The deadline for the MBNF Non-Debtor Entities to file a response to (i) the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities* [Docket No. 1888] and (ii) the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Consent Order Regarding Committee Discovery of Debtors and for Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 1891] is extended to December 23, 2020.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: December 21st, 2020**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**