# Exhibit 1

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket No. ___** |
| | ) |

### ORDER SUSTAINING DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the *Debtors' Second Omnibus Objection to Claims (Substantive)*

*Pursuant to Section 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and*

*3007, and Local Rule 3007-1* (the "**Objection**"),[2] by which the Debtors request the entry of an

order pursuant to section 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003,

and 3007, and Local Rule 3007-1, disallowing the No Liability Claims set forth on **Exhibit A**

attached hereto and modifying the Misclassified Claims and the Modified Amounts Claims set

forth on **Exhibits B** and **C** attached hereto, respectively; and upon consideration of the Wilen

Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under

the circumstances; and sufficient cause appearing therefor,

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained.

2.      The No Liability Claims set forth on the attached **Exhibit A** under the heading "Claim No." are hereby disallowed in their entirety.

3.      The Misclassified Claims are modified to reflect the correct priority status of the claims (or portions of the claims) as reflected under the heading "Modified Priority Status" on the attached **Exhibit B**.

4.      The Modified Amount Claims are modified to reflect the correct amount as reflected under the heading "Modified Claim Amount ($)" on the attached **Exhibit C**.

5.      The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with the terms of this Order.

6.      To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Debtors are unable to resolve the response, each such Disputed Claim, and the Objection by the Debtors to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

7.      Any order entered by the Court regarding the Objection shall be deemed a separate order with respect to each Disputed Claim.

8.      This Order is without prejudice to the rights of the Debtors and any successor entities to: (a) object to any Claims on grounds other than as stated in the Objection if any such Claim is reconsidered; and (b) object, on any grounds permitted by law or equity, to any claim, whether filed or not, in these cases.

9.     The rights of the Debtors and any successor entities to use any available defenses under section 502 of the Bankruptcy Code, including the assertion of a preference action to set off against or otherwise reduce all or part of any Claim, are preserved.

10.     Any stay of this Order pending appeal by any claimant shall only apply to the contested matter that involves the claimant's specific claim and shall not stay the applicability and/or finality of this Order with respect to all other affected claims.

11.     To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

12.     The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

## Exhibit A

**No Liability Claims**

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Priority | 503(b)(9) | Unsecured | Total | |
| 1. | Dawkins, Treva S. | 513 | Center City Healthcare, LLC | $- | $- | $- | $1,185.00 | $1,185.00 | The asserted claim is not reflected in the Debtors' books and records. Documentation attached to claim also indicates that claimant owes amounts to the Debtors. |
| 2. | Estate of Alise Adams-Allen | 87 | Philadelphia Academic Health System, LLC | $- | $- | $- | $20,000,000.00 | $20,000,000.00 | Complaint accompanying proof of claim (which does not name the Debtors) and Debtors' records reflect that cause of action arose in 2017, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 3. | **[Redacted]** | 394 | Center City Healthcare, LLC | $- | $- | $- | $20,000.00 | $20,000.00 | The asserted claim is not reflected in the Debtors' books and records and insufficient documentation in support of the claim has been provided. |

**No Liability Claims**

| | | | Filed Claim Amount ($) | | | | | |
|---|---|---|---|---|---|---|---|---|
| **No Liability Claims** | | | | | | | | |
| **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Secured** | **Priority** | **503(b)(9)** | **Unsecured** | **Total** | **Reason for Disallowance** |
| 4. Gray, Juanita | 849 | Center City Healthcare, LLC | $- | $- | $- | $2,500,000.00 | $2,500,000.00 | Complaint accompanying proof of claim (which does not name the Debtors) and Debtors' records reflect that cause of action arose in 2016, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 5. Heverly, Nick | 654 | Center City Healthcare, LLC | $- | $1,469.00 | $- | $1,469.00 | $1,469.00 | The asserted claim is not reflected in the Debtors' books and records. Documentation attached to claim is an invoice reflecting amounts owed by claimant to the Debtors. This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |
| 6. Jones, Alana | 507 | Center City Healthcare, LLC | $- | $- | $- | $2,065.98 | $2,065.98 | The asserted claim is not reflected in the Debtors' books and records. Documentation attached to claim also indicates that claimant owes amounts to its insurer, and does not reflect any obligation of the Debtors. |

2

| No Liability Claims | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Reason for Disallowance |
| | | | Secured | Priority | 503(b)(9) | Unsecured | Total | |
| 7. [Redacted] | 5 | St. Christopher's Pediatric Urgent Care Center, LLC | $- | $- | $- | $300,000.00 | $300,000.00 | Claim indicates that it is for goods sold; however, the Debtors' records do not reflect any amounts due to claimant and no supporting documentation is attached. |
| 8. [Redacted] | 14 | St. Christopher's Pediatric Urgent Care Center, LLC | $- | $- | $- | $300,000.00 | $300,000.00 | Claim appears to be related to claims 5 and 6; no documentation is attached to support claim and Debtors' records do not reflect any amounts owed to claimant for goods sold. |
| 8. [Redacted] | 6 | St. Christopher's Pediatric Urgent Care Center, LLC | $- | $- | $- | $500,000.00 | $500,000.00 | Claim indicates that it is for goods sold; however, the Debtors' records do not reflect any amounts due to claimant and no supporting documentation is attached. |
| 9. Knight, Danielle | 67 | St. Christopher's Healthcare, LLC | $- | Unliquidated | $- | $50,000,001,000,000.00 | $50,000,001,000,000.00 | The asserted claim is not reflected in the Debtors' books and records and insufficient documentation in support of the claim or its asserted priority status has been provided. This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |

3

| No Liability Claims | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | **Reason for Disallowance** |
| | | | **Secured** | **Priority** | **503(b)(9)** | **Unsecured** | **Total** | |
| 10.  Knight, Danielle | 68 | St. Christopher's Healthcare, LLC | $- | Unliquidated | $- | $50,000,001,000,000.00 | $50,000,001,000,000.00 | The asserted claim is not reflected in the Debtors' books and records and insufficient documentation in support of the claim or its asserted priority status has been provided.  This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |
| 11.  Lauer, Bryon | 256 | St. Christopher's Healthcare, LLC | $- | $62,053.03 | $- | $- | $62,053.03 | Documentation attached to claim shows that contributions were made to deferred compensation plan.  Such amounts are not property of the Debtors' estates and claimant's rights to such amounts are subject to the terms of the relevant plan. |
| 12.  Lauer, Bryon | 257 | St. Christopher's Healthcare, LLC | $- | $13,650.00 | $- | $- | $13,650.00 | Documentation attached to claim shows that contributions were made to 401(k) plan.  Such amounts are not property of the Debtors' estates and claimant's rights to such amounts are subject to the terms of the relevant plan. |

37889553.1 12/22/2020

| No Liability Claims | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Reason for Disallowance |
| | | | Secured | Priority | 503(b)(9) | Unsecured | Total | |
| 13. Lauer, Bryon | 258 | St. Christopher's Healthcare, LLC | $- | $9,764.00 | $- | $- | $9,764.00 | Documentation attached to claim shows that contributions were made to 401(k) plan. Such amounts are not property of the Debtors' estates and claimant's rights to such amounts are subject to the terms of the relevant plan. |
| 14. Lee, Thermuthis Ballard | 188 | Center City Healthcare, LLC | $- | $- | $- | $3,200.00 | $3,200.00 | The asserted claim is not reflected in the Debtors' books and records. Documentation attached to claim also indicates that claimant owes amounts *to the Debt*ors. |
| 15. McKeither, Tawana, Indiv. & as Administratrix of the Estate of Deborah McKeither | 130 | Philadelphia Academic Health System, LLC | $- | $- | $- | $4,000,000.00 | $4,000,000.00 | Per the Court-approved stipulation [D.I. 1759], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |

| No Liability Claims | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | **Reason for Disallowance** |
| | | | **Secured** | **Priority** | **503(b)(9)** | **Unsecured** | **Total** | |
| 16. McKeither, Tawana, Indiv. & as Administratrix of the Estate of Deborah McKeither | 18 | Philadelphia Academic Medical Associates, LLC | $- | $- | $- | $4,000,000.00 | $4,000,000.00 | Per the Court-approved stipulation [D.I. 1759], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |
| 17. McKeither, Tawana, Indiv. & as Administratrix of the Estate of Deborah McKeither | 888 | Center City Healthcare, LLC | $- | $- | $- | $4,000,000.00 | $4,000,000.00 | Per the Court-approved stipulation [D.I. 1759], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |
| 18. Packer, Marci and Steven | 437 | Center City Healthcare, LLC | $- | $- | $- | $4,000,000.00 | $4,000,000.00 | Complaint accompanying proof of claim (which does not name the Debtors) and Debtors' records reflect that cause of action arose in 2016, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |

| No Liability Claims | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Reason for Disallowance |
| | | | Secured | Priority | 503(b)(9) | Unsecured | Total | |
| 19. Packer, Marci and Steven | 560 | Center City Healthcare, LLC | $- | $- | $- | In excess of $4,000,000.00 | In excess of $4,000,000.00 | Claim is based on Complaint that does not name the Debtors and, according to the Debtors' records, is based on cause of action that arose in 2016, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 20. Palmer-Mosley, Yuri, Palmer, India and Bailey, Luron | 120 | Philadelphia Academic Health System, LLC | $- | $- | $- | $100,000,000.00 | $100,000,000.00 | Per the Court-approved stipulation [D.I. 1798], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |
| 21. Palmer-Mosley, Yuri, Palmer, India and Bailey, Luron | 526 | St. Christopher's Healthcare, LLC | $- | $- | $- | $100,000,000.00 | $100,000,000.00 | Per the Court-approved stipulation [D.I. 1798], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |

37889553.1 12/22/2020

| No Liability Claims | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | **Reason for Disallowance** |
| | | | **Secured** | **Priority** | **503(b)(9)** | **Unsecured** | **Total** | |
| 22. Palmer-Mosley, Yuri, Palmer, India and Bailey, Luron | 12 | Philadelphia Academic Medical Associates, LLC | $- | $- | $- | $100,000,000.00 | $100,000,000.00 | Per the Court-approved stipulation [D.I. 1798], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |
| 23. **[Redacted]** | 20 | St. Christopher's Pediatric Urgent Care Center, LLC | $- | $- | $709.16 | $- | $709.16 | The asserted claim is not reflected in the Debtors' books and records. Documentation attached to claim is an invoice reflecting amounts owed by claimant to the Debtors. This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |
| 24. Shields, Corinthia | 130 | Center City Healthcare, LLC | $- | $- | $- | $1,000,000.00 | $1,000,000.00 | Per the Court-approved stipulation [D.I. 755], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |

37889553.1 12/22/2020

| No Liability Claims | | | | | | | |
|---|---|---|---|---|---|---|---|
| Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | Reason for Disallowance |
| | | | Secured | Priority | 503(b)(9) | Unsecured | Total | |
| 25. Voelker, Kira and David, on behalf of K. V. | 458 | St. Christopher's Healthcare, LLC | $- | $- | $- | $40,000,000.00 | $40,000,000.00 | Per the Court-approved stipulation [D.I. 1771], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |
| 26. Welsh, Kelly A. | 552 | Center City Healthcare, LLC | $507.00 | $507.00 | $507.00 | $507.00 | $507.00 | The asserted claim is not reflected in the Debtors' books and records and insufficient documentation in support of the claim or its asserted priority status has been provided.  This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |
| 27. Wojcik, Guy F. | 408 | Center City Healthcare, LLC | $- | $- | $3,500.00 | $- | $3,500.00 | The asserted claim is not reflected in the Debtors' books and records and insufficient documentation in support of the claim or its asserted priority status has been provided.  This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |

9

**Exhibit B**

**Misclassified Claims**

| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | |
| 1 | Abbott Laboratories Inc. | 125 | Philadelphia Academic Health System, LLC | | | $6,763.00 | $2,550.00 | $59,519.36 | $68,832.36 | | | | $2,550.00 | $66,282.36 | $68,832.36 | Not entitled to section 503(b)(9) status since evidence shows goods were not received within the 20-day period before the Petition Date. |
| 2 | Abdalla, Atif | 618 | St. Christopher's Healthcare, LLC | | $9,706.70 | $9,706.70 | | | $9,706.70 | | $9,706.70 | | | | $9,706.70 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. Claim re-classified as priority based on Debtors' records. |
| 3 | Atlantic Switch and Generator, LLC | 152 | Center City Healthcare, LLC | | | $11,277.23 | | $13,921.56 | $25,198.79 | | | | | $25,198.79 | $25,198.79 | Not entitled to section 503(b)(9) status since claim is based on services, not goods and Debtors' records do not support such status. |
| 4 | Borton-Lawson Engineering, Inc. | 144 | Center City Healthcare, LLC | | | $185,000.00 | | | $185,000.00 | | | | | $185,000.00 | $185,000.00 | Not entitled to section 503(b)(9) status since claim is based on services, not goods, and Debtors' records do not support such status. |

| | | | **Misclassified Claims** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Filed Claim Amount ($) and Priority Status** | | | | | | **Modified Priority Status** | | | | | |
| **Creditor Name** | **Claim No.** | **Debtor against Whom Claim is Filed** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Reason for Modification** |
| 5 | Bucks County Fire Safety Services Inc. | 45 | SCHC Pediatric Associates, L.L.C. | | | $46.96 | | | $46.96 | | | | $46.96 | | $46.96 | Not entitled to section 503(b)(9) status since claim is based on services, not goods, and Debtors' records do not support such status. Claim re-classified to administrative status given that this was a post-petition invoice. |
| 6 | Burgos, Carmen | 427 | St. Christopher's Healthcare, LLC | | | $2,823.56 | | | $2,823.56 | | | | | $2,823.56 | $2,823.56 | Not entitled to section 503(b)(9) status since no evidence that the goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. |
| 7 | Capital Valve SVC Inc | 670 | St. Christopher's Healthcare, LLC | | | 14,129.00 | | | $14,129.00 | | | | | $14,129.00 | $14,129.00 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date, and $5,226 of the claim amount is on account of services, not goods. |
| 8 | CCJ Physics, LLC | 1 | Center City Healthcare, LLC | | $48,717.00 | | | | $48,717.00 | | | | | $48,717.00 | $48,717.00 | Not entitled to 507(a)(4) priority since the asserted claim is based on a staffing agreement and not on account of wages of an employee of the Debtors. |

37889553.1 12/22/2020

| | | | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Misclassified Claims** | | | | | | | | | | | | | | | |
| **Creditor Name** | **Claim No.** | **Debtor against Whom Claim is Filed** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Reason for Modification** |
| 9 | Duff Supply Company DBA: Duff Co | 280 | Center City Healthcare, LLC | | $2,266.43 | | | $28,324.57 | $30,591.00 | | | | | $30,591.00 | $30,591.00 | Not entitled to section 507(a)(8) priority status as creditor is not a governmental unit. |
| 10 | Endo-Therapeutics, Inc. | 112 | St. Christopher's Healthcare, LLC | | | $3,449.45 | | $243.30 | $3,692.75 | | | | | $3,692.75 | $3,692.75 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. |
| 11 | H&H Research Inc. | 29 | St. Christopher's Healthcare, LLC | | | $3,395.03 | | | $3,395.03 | | | | | $3,395.03 | $3,395.03 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date. |
| 12 | H.C.A.S.OF FLORIDA INC | 255 | Center City Healthcare, LLC | | | $30,640.38 | | | $30,640.38 | | | | | $30,640.38 | $30,640.38 | Not entitled to section 503(b)(9) status since claim is based on services, not goods and Debtors' records do not support such status. |
| 13 | Heverly, Nick | 654 | Center City Healthcare, LLC | | $1,469.00 | | | | $1,469.00 | | | | | $1,469.00 | $1,469.00 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability). |

3

| | | | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Reason for Modification |
| 14 Innovative Medical Specialties | 708 | St. Christopher's Healthcare, LLC | | | $2,816.50 | | | $2,816.50 | | | | | $2,816.50 | $2,816.50 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. |
| 15 Knight, Danielle | 67 | St. Christopher's Healthcare, LLC | | Unliquidated | | | $50,000,001,000,000.00 | $50,000,001,000,000.00 | | | | | $50,000,001,000,000.00 | $50,000,001,000,000.00 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability). |
| 16 Knight, Danielle | 68 | St. Christopher's Healthcare, LLC | | Unliquidated | | | $50,000,001,000,000.00 | $50,000,001,000,000.00 | | | | | $50,000,001,000,000.00 | $50,000,001,000,000.00 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability). |
| 17 Nonin Medical Inc. | 114 | St. Christopher's Healthcare, LLC | | | $1,467.72 | | $752.76 | $2,220.48 | | | | | $2,220.48 | $2,220.48 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. |
| 18 Piezosurgery. Incorporated | 15 | Center City Healthcare, LLC | | $317.84 | | | $3,973.00 | $4,290.84 | | | | | $4,290.84 | $4,290.84 | Not entitled to section 507(a)(8) priority status as creditor is not a governmental unit. |

**Misclassified Claims**

| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | |
| 19 | QuinTron Instrument Company, Inc. | 179 | St. Christopher's Healthcare, LLC | | | $267.48 | | | $267.48 | | | | | $267.48 | $267.48 | Not entitled to section 503(b)(9) status since proof of delivery is outside the 20-day period before the Petition Date. |
| 20 | [Redacted] | 20 | St. Christopher's Pediatric Urgent Care Center, LLC | | | $709.16 | | | $709.16 | | | | | $709.16 | $709.16 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability)). |
| 21 | Sandbox Medical, LLC | 129 | St. Christopher's Healthcare, LLC | | | $124.40 | | $2,191.07 | $2,315.47 | | | | | $2,315.47 | $2,315.47 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. |
| 22 | Shades of Green, Inc. | 626 | St. Christopher's Healthcare, LLC | | $5,108.48 | | | $188,302.25 | $193,410.73 | | | | | $193,410.73 | $193,410.73 | Not entitled to section 507(a)(8) priority status as creditor is not a governmental unit. |

| | | | | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Misclassified Claims** | | | | | | | | | | | | | | | | |
| **Creditor Name** | **Claim No.** | **Debtor against Whom Claim is Filed** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Reason for Modification** | |
| 23 | Standard Chair of Gardner | 259 | St. Christopher's Healthcare, LLC | | $1,671.31 | $1,671.31 | | | $1,671.31 | | | | | $1,671.31 | $1,671.31 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. Not entitled to priority status, as there is insufficient evidence to support such status and Debtors' records do not support such status. |
| 24 | Stoney Croft Converters, Inc. | 564 | Center City Healthcare, LLC | | | $3,489.75 | | | $3,489.75 | | | | | $3,489.75 | $3,489.75 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date. |
| 25 | Teleradiology Solutions PC | 173 | Center City Healthcare, LLC, | | | $18,288.00 | | | $18,288.00 | | | | | $18,288.00 | $18,288.00 | Not entitled to section 503(b)(9) status since claim is based on services, not goods, and Debtors' records do not support such status. |
| 26 | Welsh, Kelly A. | 552 | Center City Healthcare, LLC | $507.00 | $507.00 | $507.00 | | $507.00 | $507.00 | | | | | $507.00 | $507.00 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability). |

| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | |
| 27 | Wojcik, Guy F. | 408 | Center City Healthcare, LLC | | | $3,500.00 | | | $3,500.00 | | | | | $3,500.00 | $3,500.00 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability). |

**Misclassified Claims**

**Exhibit C**

**Modified Amount Claims**

| Modified Amount Claims | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Modified Claim Amount ($) | | | | Reason for Modification |
| | | | | Secured | Priority | Section 503(b)(9) | Unsecured | Total | Secured | Priority | Section 503(b)(9) | Unsecured | Total | |
| 1. | The Advisory Board Company | 64 | Philadelphia Academic Healthy System, LLC | $- | $- | $- | $583,677.00 | $583,677.00 | $- | $- | $- | $389,119.00 | $389,119.00 | The asserted claim includes $194,559 on account of invoices 0001123680 and 0001123695 (the "Post-Petition Invoices"). Pursuant to the Court-approved stipulation [D.I. 1575], the Post-Petition Invoices were resolved in exchange for payment of $91,463.38, which amount was paid to the claimant by wire on April 15, 2020. Accordingly, the Post-Petition Invoices must be reduced from the claim. |