## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 10, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A**, (ii) via fax to the parties listed in **Exhibit B**, and (iii) via first class mail, postage prepaid, to the parties listed in **Exhibit C** attached hereto:

- **Notice of Agenda for Telephonic and Video Hearing Scheduled for December 14, 2020 at 11:30 A.M. (Prevailing Eastern Time) Before the Honorable Mary F. Walrath, U.S. Bankruptcy Court Judge [Docket No. 1965].**

Dated: December 10, 2020

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                                      } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 10th day of December, 2020, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

100 ACRE RANCH LLC
186@FASTSIGNS.COM

100 ACRE RANCH, LLC DBA FASTSIGNS OF WILLOW C
CLINT.EHLERS@FASTSIGNS.COM

ABBOTT DIAGNOSTICS DIVISION OF ABBOTT LABORA
EVONHELMS@KMKSC.COM

ABBOTT LABORATORIES INC
EVONHELMS@KMKSC.COM

ABBOTT MOLECULAR INC.DIV OF ABBOTT LABORATO
EVONHELMS@KMKSC.COM

ABBOTT POINT OF CARE INC
EVONHELMS@KMKSC.COM

ABBOTT POINT OF CARE INC.
EVONHELMS@KMKSC.COM

ADEPT-MED INTERNATIONAL, INC
CASSIE.RICE@ADEPTMED.COM

AGIO BRAND SOLUTIONS LLC
MICHAEL.TOLASSI@AGIOBRANDSOLUTIONS.COM

AIRGAS USA LLC
AMANDA.DOPIERALSKI@AIRGAS.COM

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ALEXIS OTT
EMAIL REDACTED

ALLIANCE HEALTHCARE SERVICES, INC.
LMCKEEVER@ALLIANCEHEALTHCARESERVICES-US.

AMECCA WHITESIDE
EMAIL REDACTED

AMINAH HARGROVE
EMAIL REDACTED

ANDREA MOORE
EMAIL REDACTED

ANITA YUSEN
SYUSEN@SYUSEN.COM

ANTONIA WHITT
EMAIL REDACTED

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATLANTIC BIOLOGICALS CORP
ARSUPPORT@ATLANTICBIOLOGICALS.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BECKMAN COULTER INC
LMARTIN@BERNSTEINLAW.COM

BECKMAN COULTER, INC.
JLEE08@BECKMAN.COM

BECKMAN COULTER, INC.
LMARTIN@BERNSTEINLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BERNADETTE SHEEHAN
EMAIL REDACTED

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BIOCHROM US, INC.
MRODRIGUES@HARVARDBIOSCIENCE.COM

BRYON LAUER
EMAIL REDACTED

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CAITLIN DOUGHERTY
EMAIL REDACTED

CAITLYN KEAL
EMAIL REDACTED

CANDESE COMBS
EMAIL REDACTED

CATHERINE MARKEL
EMAIL REDACTED

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

CITY OF PHILADELPHIA / SCHOOL DISTRICT OF PHILA
MEGAN.HARPER@PHILA.GOV

CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHILAI
MEGAN.HARPER@PHILA.GOV

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

CONNIE DOMINGO, MD
EMAIL REDACTED

DEANNA FENNEKOHL
EMAIL REDACTED

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DIANA A BLACK
EMAIL REDACTED

DIANA A. BLACK
EMAIL REDACTED

DIANA BLACK
EMAIL REDACTED

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

DUFF SUPPLY COMPANY
SKIRKLAND@DUFFCO.COM

DUFF SUPPLY COMPANY DBA: DUFF CO
GDUFFINE@DUFFCO.COM

DUFF SUPPLY COMPANY DBA: DUFF CO.
GDUFFINE@DUFFCO.COM

FELICIA RODRIQUEZ
EMAIL REDACTED

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHSCHILD.COM

FREEDOM SPECIALTY SERVICES
LDOMINGO@FREEDOMSSI.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GERTRUDIS BERROA, ADMINISTRATRIX
THOMAS.BOSWORTH@KLINESPECTER.COM

GIBBONS P.C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

GWENDOLYN HEAD
EMAIL REDACTED

HEATHER KULP
EMAIL REDACTED

HEATHER ORMAN-LUBELL
EMAIL REDACTED

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
DIANE.MORGAN@HPE.COM

HLM INC DBA ACKERS HARDWARE
ACKERSHARDWARE@COMCAST.NET

HOA HUYNH
EMAIL REDACTED

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

INNOVATIVE MEDICAL SPECIALTIES
INNOVATIVEMED@HOTMAIL.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP
MMARTIN@JMBM.COM

JISHA MATTHEW
EMAIL REDACTED

JOHN F. SCALAN, INC
RKNECHT@JOHNFSCALAN.COM

JOHN F. SCANLAN, INC
RKNECTH@JOHNFSCANLAN.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

JOYCE HUNTER
EMAIL REDACTED

KATHLEEN RAMBO
EMAIL REDACTED

KELLY COLEMAN
EMAIL REDACTED

KENNETH BOYD
EMAIL REDACTED

KIMBERLY MCDERMOTT
EMAIL REDACTED

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LABORATORY CORPORATION OF AMERICA
KWHITMER@LEXLAW.US

LATHAM & WATKINS LLP
MATTHEW J. CARMODY
MATT.CARMODY@LW.COM

LATHAM & WATKINS LLP
SUZZANNE UHLAND
SUZZANNE.UHLAND@LW.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

LCA CALLECTIONS
MONICA.MCNAIR08@GMAIL.COM

LEITERS ENTERPRISES
WADE.WILSON@LEITERS.COM

LEON SAUNDERS
EMAIL REDACTED

LOIS M CRAMER
FRONTVISOR1@COMCAST.NET

MAJOR KING
EMAIL REDACTED

MARIA ALLEN
EMAIL REDACTED

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MARY MCMONAGLE
EMAIL REDACTED

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MCKESSON CORPORATION
JGARFINKLE@BUCHALTER.COM

MCKESSON CORPORATION
STEPHANIE.HAMPTON@MCKESSON.COM

MCKESSON CORPORATION AND ITS AFFILIATES
JGARFINKLE@BUCHALTER.COM

MCKESSON CORPORATION AND ITS AFFILIATES
JOHN.CRUMRINE@MCKESSON.COM

MCKESSON CORPORATION AND ITS AFFILIATES
STEPHANIE.HAMPTON@MCKESSON.COM

MCKESSON MEDICAL-SURGICAL, INC.
STEPHANIE.HAMPTON@MCKESSON.COM

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM

MIA BIANCHI
MBIANCHI0801@GMAIL.COM

MICHAEL WOLF
MICHAEL WOLF
MIKEWOLFMD@GMAIL.COM

MICHELE TRONOSKI BACHERT
EMAIL REDACTED

MORSEWATCHMANS, INC
ACCTDEPT@MORSEWATCHMAN.COM

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients                          Served 12/10/2020

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

MS CECILIA A CLINKSCALE
EMAIL REDACTED

NANCY RILEY
EMAIL REDACTED

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

OPTO-SYSTEMS
LLACROIX@OPTOSYSTEMS.COM

P&C PHARMA
JOE.DSILVA@PANDCPHARMA.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PAUL BAILEY
PAUL BAILEY
MEGAN.RATCHFORD610@GMAIL.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PENSION FUND FOR HOSPITAL AND HEALTH CARE E
LGEREN@ODONOGHUELAW.COM

PENSION FUND FOR HOSPITAL AND HEALTH CARE E
IGEREN@ODONOGHUELAW.COM

PENSION FUND FOR HOSPITAL AND HEALTHCARE EN
DEVALIA@1199CFUNDS.ORG

PENSION FUND FOR HOSPITAL AND HEALTHCARE EN
LDEVALIA@1199CFUNDS.ORG

PENSION FUND FOR HOSPITAL AND HEALTHCARE EN
MBUSENKELL@GSBBLAW.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
FRANCIS.LAWALL@TROUTMAN.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MARCY.SMITH@TROUTMAN.COM

PERINATAL CARDIOLOGY CONSULTANTS
SHARON.WEIL@CHALKER.NET

PHILLIP ARELLANO
EMAIL REDACTED

PHYLLIS JOHNSON
EMAIL REDACTED

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

POWER SYSTEMS SPECIALISTS INC
WAK@P-S-S.COM

PREMIER HEALTHCARE SOLUTIONS, INC
LAURI_BINI@PREMIERINC.COM

PREMIER HEALTHCARE SOLUTIONS, INC
MMARTIN@JMBM.COM

RALPH J HEARD
RALPHHEARD@STU.ALL.COM

REVINT SOLUTIONS, LLC
CONTRACTS@REVINTSOLUTIONS.COM

REVINT SOLUTIONS, LLC
DAVID.SMITH@REVINTSOLUTIONS.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAMYRA WEBB
EMAIL REDACTED

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHADES OF GREEN INC
JTORRENTE@BEGLEYCARLIN.COM

SHADES OF GREEN INC
MIKE@SHADESOFGREENPA.COM

SHADES OF GREEN, INC.
JTORRENTE@BEGLEYCARLIN.COM

SHADES OF GREEN, INC.
MIKE@SHADESOFGREENPA.COM

SHAINA VENEZIA
EMAIL REDACTED

SHAY TOLBERT
EMAIL REDACTED

SHAY TOLBERT
EMAIL REDACTED

SHC SERVICES, INC.
OLONGE@SHCCARES.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

SINEM SAKARCAN
EMAIL REDACTED

ST CHRISTOPHER'S HOSPITAL
SEBA3404@GMAIL.COM

STEPHEN JOHNSON
EMAIL REDACTED

STEVEN F BOC
MCATALDO@CCPCLAW.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

SYSTEMATECH TECHNICAL MANAGEMENT SERVICES
MATTHEW.LEUNG@AMNHEALTHCARE.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TIFFANY MOODY
EMAIL REDACTED

TIFFANY N. MOODY
EMAIL REDACTED

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICE
MARCUS.S.SACKS@USDOJ.GOV

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICE
MARTIEANN.POLASKI@CMS.HHS.GOV

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UMS LITHOTRIPSY SERVICES OF GREATER PHILADEI
RBURNNAP@UMS-USA.COM

UMS MR FUSION SERVICES OF EASTERN PA LLC
RBURNAP@UMS-USA.COM

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

UNITEDHEALTHCARE INSURANCE COMPANY
JAYSON_RONNING@UHC.COM

UNITEDHEALTHCARE INSURANCE COMPANY
PRIYA_MUTHU@UHC.COM

UNITEDHEALTHCARE SERVICES, INC.
PRIYA_MUTHU@UHC.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                                 **Served 12/10/2020**

VICTORIA FLORES
EMAIL REDACTED

VICTORIA FLORES
SEBA3404@GMAIL.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

WILMA APONTE
EMAIL REDACTED

Parties Served:  231

# **EXHIBIT B**

**Center City Healthcare, LLC, et al. -  Service List to Facsimile Recipients**

FREEDMAN & LORRY, P.C.
215-925-7516

OFFICE OF THE ATTORNEY GENERAL
717-787-8242

Parties Served:  2

# EXHIBIT C

13 PATIENTS/RESPONSIBLE PARTIES ON THE PATIENT LIST WERE SERVED WITH THIS MAILING.

100 ACRE RANCH LLC
707 EASTON RD
WILLOW GROVE, PA 19090

100 ACRE RANCH LLC
DBA FASTSIGNS OF WILLOW GROVE
707 EASTON RD
WILLOW GROVE, PA 19090

ABBOTT DIAGNOS
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ABBOTT LABORATORIES
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT LABORATORIES
P.O. BOX 100997
ATLANTA, GA 30384-0997

ABBOTT LABORATORIES INC
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ABBOTT LABORATORIES INC
22400 NETWORK PL
CHICAGO, IL 60673-1224

ABBOTT LABORATORIES INC
P.O. BOX 92679
CHICAGO, IL 60675-2679

ABBOTT LABORATORIES INC
ROSS PRODUCTS DIVISION
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT LABORATORIES INC.
100 ABBOTT PARK RD
ABBOT PARK, IL 600654

ABBOTT MEDICAL
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ABBOTT MOLECULAR INC.
ATTN: LEGAL DEPT
1350 E TOUHY AVE
DES PLAINES, IL 60018

ABBOTT NUTRITION
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ABBOTT NUTRITION
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT NUTRITION
ABBOTT LABORATORIES
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

ABBOTT POINT OF CARE
400 COLLEGE RD E
PRINCETON, NJ 08540

ADEPT-MED INTERNATIONAL INC
665 PLEASANT VALLEY RD STE, STE C
DIAMOND SPRINGS, CA 95619

AGIO BRAND SOLUTIONS
1315 WALNUT ST, STE 1132
PHILADELPHIA, PA 19107

AIRGAS INC
DBA AIRGAS USA LLC
P.O. BOX 802576
CHICAGO, IL 60680-2576

AIRGAS INC
P.O. BOX 802576
CHICAGO, IL 60680-2576

AIRGAS MEDICAL
259 N RADNOR-CHESTER RD, STE 100
RADNOR, PA 19087

AIRGAS SAFETY INC
P.O. BOX 951884
DALLAS, TX 75395-1884

AIRGAS USA INC
P.O. BOX 532609
ATLANTA, GA 30353-2609

AIRGAS USA LLC
P.O. BOX 802576
CHICAGO, IL 60680-2576

AIRGAS USA, LLC
259 N RADNOR-CHESTER RD, STE 100
RADNOR, PA 19087

ALEXANDER MANTEGHI
ADDRESS REDACTED

ALEXANDER MANTEGHI DO
ADDRESS REDACTED

ALEXANDER MANTEGHI, D.O.
1524 N HANCOCK ST
PHILADLPHIA, PA 19122

ALEXIS M OTT
7 PLYMOUTH COURT
BORDENTOWN, NJ 08505

ALISON GATTUSO
ADDRESS REDACTED

ALISON L GATTUSO DO
ADDRESS REDACTED

ALISON L GATTUSO DO
ADDRESS REDACTED

ALLIANCE HEALTHCARE SERVICES INC
DBA ALLIANCE IMAGING INC
P.O. BOX 19532
IRVINE, CA 92623

ALLIANCE HEALTHCARE SERVICES INC
P.O. BOX 96485
CHICAGO, IL 60693-6485

ALLIANCE HEALTHCARE SERVICES, INC. D/B/A ALLIAN
ATTN: CONTRACTS ADMIN DEPT
18201 VON KARMAN, STE 600
IRVINE, CA 92612

AMINAH HARGROVE
ADDRESS REDACTED

ANISH THOMAS
ADDRESS REDACTED

ANISH V THOMAS
ADDRESS REDACTED

ANITA YUSEN
7 STEEPLECHASE LN
BLUE BELL, PA 19422

ARCHANA MALIK
ADDRESS REDACTED

ARCHANA MALIK MD
ADDRESS REDACTED

ARCHANA MALIK, M.D.
14 DOGWOOD RD
MOORESTOWN, NJ 08057

ATLANTIC BIOLOGICALS
ABC P.O. BOX
P.O. BOX 533014
ATLANTA, GA 30353-3014

ATLANTIC BIOLOGICALS CORP
ABC P.O. BOX
P.O. BOX 533014
ATLANTA, GA 30353-3014

BARBARA CLAMPFFER
ADDRESS REDACTED

BECKMAN COULTER INC
250 SOUTH KRAEMER BLVD
BREA, CA 92821

BECKMAN COULTER INC
DEPT CH 10164
PALATINE, IL 60055-0164

BECKMAN COULTER, INC
250 S KRAEMER BLVD
BREA, CA 92821

BIOCHROM US
84 OCTOBER HILL RD
HOLLISTON, MA 01746

BIOCHROM US INC
84 OCTOBER HILL RD
HOLLISTON, MA 01746

BRYON J LAUER
ADDRESS REDACTED

BRYON LAUER
ADDRESS REDACTED

BRYON LAUER, MD
ADDRESS REDACTED

BRYON LAUER, MD
ADDRESS REDACTED

CAITLYN KEAL
853 N TAYLOR ST
PHILADELPHIA, PA 19130

CANDESE COMBS
ADDRESS REDACTED

CANDESE COMBS
C/O LAW OFFICES OF ROBERT T. VANCE JR.
ATTN: ROBERT VANCE, ESQ.
100 S BROAD ST, STE 1525
PHILADELPHIA, PA 19110

CAROL KERR
ADDRESS REDACTED

CHRISTOPHER MCLAUGHLIN
ADDRESS REDACTED

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

DEANNA FENNEKOHL
ADDRESS REDACTED

DENISE BROOKS
ADDRESS REDACTED

DENISE BROOKS
ADDRESS REDACTED

DIANA BLACK
C/O CENTER CITY HEALTHCARE
230 N BROAD ST
PHILADELPHIA, PA 19102

DIANE FALCONE
ADDRESS REDACTED

DIANNA COFFIELD
ADDRESS REDACTED

**Center City Healthcare, LLC, et al. - U.S. Mail**

DORIANNE SULLIVAN
ADDRESS REDACTED

FAITH MICHIE
ADDRESS REDACTED

FELICIA RODRIGUEZ
ADDRESS REDACTED

FOOT & ANKLE CENTER OF PHILADELPHIA, LLC
ATTN: STEVEN BOC, DPM
235 N BROAD ST, STE 300
PHILADELPHIA, PA 19102

FOOT & ANKLE CENTER OF PHILADELPHIA, LLC
ATTN: STEVEN F BOC, DPM
235 N BROAD ST, STE 300
PHILADELPHIA, PA 19107

FOOT & ANKLE CENTER OF PHILADELPHIA, LLC (DF
ATTN: STEVEN F BOC, DPM
235 N BROAD ST, STE 300
PHILADELPHIA, PA 19107

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

FREEDOM SPECIALTY SVC INC
1000 DELSEA DR, BLDG C, STE 2
WESTVILLE, NJ 08093

GINA SMYTH
ADDRESS REDACTED

GLORIA NICHOLS
ADDRESS REDACTED

GREGORY HOPPE
ADDRESS REDACTED

GWENDOLYN HEAD
ADDRESS REDACTED

HEATHER ORMAN-LUBELL
ADDRESS REDACTED

HEATHER ORMAN-LUBELL MD
ADDRESS REDACTED

HEATHER ORMAN-LUBELL MD
ADDRESS REDACTED

HEATHER ORMAN-LUBELL MD
ADDRESS REDACTED

HEATHER ORMAN-LUBELL,
ADDRESS REDACTED

HEATHER ORMAN-LUBELL,
ADDRESS REDACTED

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATTN: DIR OF OPERATIONS, AMERICAS
200 CONNELL DR, STE 5000
BERKELEY HEIGHTS, NJ 07922

IBC-INDEPENDENCE BLUE CROSS
DEPARTMENT PROVIDER AUDIT @154
1901 MARKET ST
PHILADELPHIA, PA 19103-1480

INNOVATIVE MEDICAL SPECIALTIES
6165 MONROE AVE
ELDERSBURG, MD 21784

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JAMIE MCCOLLUM
ADDRESS REDACTED

JESSLY SAMUEL
ADDRESS REDACTED

JISHA MATHEW
ADDRESS REDACTED

JOHN F SCANLAN INC
1238 BELMONT AVE
PHILADELPHIA, PA 19104

JOHN F. SCALAN, INC
ATTN: REGINA KNECHT
1238-46 BELMONT AVE
PHILADELPHIA, PA 19104

JOHN F. SCANLAN, INC
ATTN: REGINA KNECHT
1238-46 BELMONT AVE
PHILADELPHIA, PA  19104

JULIE MEYERS
ADDRESS REDACTED

KAREN WHARTON
ADDRESS REDACTED

KATHLEEN RAMBO
ADDRESS REDACTED

KELLY COLEMAN
ADDRESS REDACTED

Center City Healthcare, LLC, et al. - U.S. Mail                                           Served 12/10/2020

KENNETH BOYD
C/O BISHOP DORFMAN KROUPA & BISHOP PC
ATTN: WILLIAM BISHOP, ESQ.
1617 JFK BLVD, STE 1290
PHILADELPHIA, PA 19103-1811

KIMBERLY MCDERMOTT
ADDRESS REDACTED

KIMBERLY MCDERMOTT
ADDRESS REDACTED

LABORATORY CORPORATION OF AMERICA
ATTN: LAW DEPT
430 SOUTH SPRING ST
BURLINGTON, NC 27215

LABORATORY CORPORATION OF AMERICA
P.O. BOX 12140
BURLINGTON, NC 27216-2140

LABORATORY CORPORATION OF AMERICA
P.O. BOX 12190
BURLINGTON, NC 27216-2190

LABORATORY CORPORATION OF AMERICA
P.O. BOX 2240
BURLINGTON, NC 27216-2240

LAI HUYNH
ADDRESS REDACTED

LAI HUYNH
ADDRESS REDACTED

LCA CALLECTIONS
P.O. BOX 2240
BURLINGTON, NC 27216

LOIS CRAMER
ADDRESS REDACTED

MALIK WILLIAMS
ADDRESS REDACTED

MARGARET NYCE
ADDRESS REDACTED

MARGUERITE FAULCKES
ADDRESS REDACTED

MARVA WINROW
ADDRESS REDACTED

MCKESSON CORP
DBA MCKESSON MEDICAL IMAGING CO
5995 WINDWARD PKWY
ALPHARETTA, GA 30005

MCKESSON CORP
P.O. BOX 841838
DALLAS, TX 75284-1838

MCKESSON CORP & ITS SUBSIDIARIES
12748 COLLECTIONS CTR DR
CHICAGO, IL 60693

MCKESSON CORPORATION
DBA MCKESSON SPECIALTY DISTRIB
P.O. BOX 841838
DALLAS, TX 75284-1838

MIA BIANCHI
ADDRESS REDACTED

MICHELE TRONOSKI
ADDRESS REDACTED

MILDRED CARRION
ADDRESS REDACTED

MORSE WATCHMANS INC
2 MORSE RD
OXFORD, CT 06478

MORSEWATCHMANS INC
2 MORSE RD
OXFORD, CT 06478

NANCY RILEY
ADDRESS REDACTED

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NICOLE BERTOLDI
ADDRESS REDACTED

OPTO-SYSTEMS
P.O. BOX 1187
120 TERRY DR
NEWTOWN, PA 18940

OPTO-SYSTEMS INC
P.O. BOX 1187
120 TERRY DR
NEWTOWN, PA 18940

P&C PHARMA
955 CONGRESS PARK DR
DAYTON, OH 45459

P&C PHARMA
PATIENTS & CONSUMER PHARM CO
955 CONGRESS PARK DR
DAYTON, OH 45459

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

Center City Healthcare, LLC, et al. - U.S. Mail                                                                                    Served 12/10/2020

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PENSION FUND FOR HOSPITAL AND
HEALTH CARE EMPLOYEES
PHILADELPHIA AND VICINITY
AND LAVENE DEVALIA, EXEC DIR
1319 LOCUST ST, 3RD FL
PHILADELPHIA, PA 19107

PENSION FUND FOR HOSPITAL AND HEALTH CARE
ATTN: LANCE GEREN
325 CHESTNUT ST, STE 600
PHILADELPHIA, PA 19106

PENSION FUND FOR HOSPITAL AND HEALTHCARE EM
ATTN: LAVERNE DEVALIA
1319 LOCUST ST, 3RD FL
PHILADELPHIA, PA 19107

PERINATAL CARDIOLOGY CONSULT CORP
ATTN: SHARON WEIL MD
ST CHRISTOPHERS
115 BRENT DR
WALLINGFORD, PA 19086

PERINATAL CARDIOLOGY CONSULTANTS
127 WEST CHESTER PIKE
HAVERTOWN, PA 19083

PERINATAL CARDIOLOGY CONSULTANTS
ATTN: SHARON WEIL MD
115 BRENT DR
WALLINGFORD, PA 19086

PHILLIP ARELLANO
ADDRESS REDACTED

POWER SYSTEMS INC
5700 CASEY DR
KNOXVILLE, TN 37909

POWER SYSTEMS SPECIALISTS INC
P.O. BOX 1216
103 RTE 6
MILFORD, PA 18337

PREMIER HEALTHCARE SOLUTIONS
5882 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PREMIER HEALTHCARE SOLUTIONS
ATTN: KELLEY MASKERI
5882 COLLECTIONS CTR DR
CHICAGO, IL 60693

RHIANNON VANVOORHIS
ADDRESS REDACTED

ROCHELLE THOMPSON
ADDRESS REDACTED

SAMYRA WEBB
ADDRESS REDACTED

SHADES OF GREEN INC
1777 S PENNSYLVANIA AVE
MORRISVILLE, PA 19067

SHC SERVICES, INC, SUPPLEMENTAL HEALTH CARE
ATTN: OJE USIFO LONGE
2 RIVERWAY, STE 300
HOUSTON, TX 77056

SHC SERVICES, INC.
DBA SUPPLEMENTAL HEALTHCARE COMPANY
1640 W REDSTONE CENTER DR, STE 200
PARK CITY, UT 84098

SHC SERVICES, INC.
P.O. BOX 677896
DALLAS, TX 75267

ST. MARY MEDICAL CENTER
1201 LANGHORNE-NEWTOWN RD
LANGHORNE, PA 19047

STEPHEN JOHNSON
ADDRESS REDACTED

STEVEN F BOC
ADDRESS REDACTED

STEVEN F BOC
ADDRESS REDACTED

STEVEN F. BOC
ADDRESS REDACTED

SYSTEMATCH TECHNICAL MGMT SVC
555 ANDOVER PARK W, STE 201
TUKWILA, WA 98188

SYSTEMATCH TECHNICAL MGMT SVC
DBA INDEMAND INTERPRETING
555 ANDOVER PARK W, STE 201
TUKWILA, WA 98188

SYSTEMATECH TECHNICAL MANAGEMENT SERVIC
DBA INDEMAND INTERPRETING
555 ANDOVER PARK WEST, STE 201
TUKWILA, WA 98188

SYSTEMATECH TECHNICAL MANAGEMENT SERVICES,
DBA INDEMAND INTERPRETING
555 ANDOVER PARK W, STE 201
TUKWILA, WA 98188

SYSTEMATECH TECHNICAL MANAGEMENT SERVICES,
DBA INDEMAND INTERPRETING
555 ANDOVER PARK WEST, STE 201
TUKWILA, WA 98188

TONYA WATSON
ADDRESS REDACTED

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
C/O OFFICE OF PROGRAM OPERATIONS & LOCAL ENG
ATTN: MARTIE ANN POLASKI
801 MARKET ST, STE 9400
PHILADELPHIA, PA 19107

UMS LITHOTRIPSY SERVICES OF GREATER PHILADELP
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

UMS LITHOTRIPSY SVC OF GREATER
PHILADELPHIA LLC
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

**Center City Healthcare, LLC, et al. - U.S. Mail**                                                                                        Served 12/10/2020

UMS LITHOTRIPSY SVCS OF GREATER
LOS ANGELES LLC
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

UMS MR FUSION SERVICES OF EASTERN
1700 WEST PARK DR, STE 410
WESTBOROUGH, MA 01581

UMS MR FUSION SERVICES OF EASTERN PA LLC
UMS MR FUSION SERVICES OF EASTERN
ATTN: RICHARD BURNAP
1700 W PARK DR
STE 410
WESTBOROUGH, MA 01581

UMS MR FUSION SERVICES OF EASTERN PA, LLC
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

UMS MR FUSION SVC EASTERN PA LLC
1700 WEST PARK DR, STE 410
WESTBOROUGH, MA 01581

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

VICTORIA FLORES
ADDRESS REDACTED

WILMA APONTE
ADDRESS REDACTED

WILMINGTON UNIVERSITY
ATTN: DEAN
320 N DUPONT HWY
NEW CASTLE, DE 18720

Parties Served: 175