**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 22, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via email to the parties listed in **Exhibit A** and (ii) via first class mail, postage prepaid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1984].**

On December 23, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via email to the parties listed in **Exhibit C** attached hereto:

- **Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1984].**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: December 29, 2020

_____
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 29th day of December, 20 20, by
Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before
me.

_____
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

# EXHIBIT A

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHSCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

Center City Healthcare, LLC, et al. - Service List to e-mail Recipients                    Served 12/22/2020

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LATHAM & WATKINS LLP
MATTHEW J. CARMODY
MATT.CARMODY@LW.COM

LATHAM & WATKINS LLP
SUZZANNE UHLAND
SUZZANNE.UHLAND@LW.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM

MICHAEL WOLF
MICHAEL WOLF
MIKEWOLFMD@GMAIL.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PAUL BAILEY
PAUL BAILEY
MEGAN.RATCHFORD610@GMAIL.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
FRANCIS.LAWALL@TROUTMAN.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MARCY.SMITH@TROUTMAN.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

Parties Served:  114

# **<u>EXHIBIT B</u>**

**Center City Healthcare, LLC, et al. - U.S. Mail**                                    **Served 12/22/2020**

7 CURRENT AND FORMER RESIDENTS WERE SERVED. THE NAMES AND ADDRESSES OF THESE PARTIES HAVE NOT BEEN INCLUDED HEREIN DUE TO CONFIDENTIAL NATURE OF SUCH INFORMATION.

ABBOTT LABORATORIES INC.
C/O KOHNER, MANN & KAILAS, S.C.
ATTN: ERIC R. VON HELMS
4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212

ABBOTT LABORATORIES INC.
C/O KOHNER, MANN & KAILAS, S.C.
ATTN: ERIC R. VON HELMS
4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212

ATIF ABDALLA
ADDRESS REDACTED

ATLANTIC SWITCH AND GENERATOR, LLC
ATTN: HANK BEVILLARD
4108 SYLON BLVD
HAINESPORT, NJ 08036

BORTON-LAWSON
613 BALTIMORE DR, SUITE 300
WILKES-BARRE, PA 18702

BORTON-LAWSON ENGINEERING, INC.
ATTN: BORTON LAWSON
613 BALTIMORE DR, STE 300
WILKES-BARRE, PA 18702

BRYON LAUER
ADDRESS REDACTED

BRYON LAUER
ADDRESS REDACTED

BRYON LAUER
ADDRESS REDACTED

BUCKS COUNTY FIRE SAFETY SERVICES INC
BUCKS COUNTY FIRE
31 MAIN ST
FALLSINGTON

CAPITAL VALVE SERVICE INC
DENNIS JOSEPH MANNING
2525 ORTHODOX ST
PHILADELPHIA, PA 19137

CAPITAL VALVE SVC INC
ATTN: DENNIS JOSEPH MANNING
2525 ORTHODOX ST
PHILADELPHIA, PA 19137

CARMEN BURGOS
ADDRESS REDACTED

CCJ PHYSICS, LLC
ADDRESS REDACTED

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

DUFF SUPPLY COMPANY DBA: DUFF CO
ATTN: GEOFFREY M DUFFINE
201 EAST LAFAYETTE ST
NORRISTOWN, PA 19401

ENDO-THERAPEUTICS, INC.
ATTN: TANIA CEFARATTI
15251 ROOSEVELT BLVD. STE 204
CLEARWATER, FL 33760

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

H&H RESEARCH INC.
ATTN: JACQUELINE NAUGHTON
650 N WAVLERY ST
DEARBORN, MI 48128

H.C.A.S.OF FLORIDA INC
2855 S. CONGRESS AVE, STE A & B
DELRAY BEACH, FL 33445

INNOVATIVE MEDICAL SPECIALTIES
ATTN: ROBERT DAVID SCARBOROUGH, JR
6165 MONROE AVE
ELDERSBURG, MD 21784

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

MARCI PACKER AND STEVEN PACKER
C/O MESSA & ASSOCIATES
ATTN: JUSTIN GROEN
123 S 22ND ST
PHILADELPHIA, PA 19103

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NONIN MEDICAL INC.
ATTN: RHONDA HOENSCHEID
13700 1ST AVE N
PLYMOUTH, MN 55441

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PERSONAL INJURY [458] REDACTED PER COURT ORD
ADDRESS REDACTED

PERSONAL INJURY [526] REDACTED PER COURT ORD
C/O JEFFREY R LESSIN

PERSONAL INJURY CLAIM 437 REDACTED PER COU
ADDRESS REDACTED

PERSONAL INJURY CLAIM 849 REDACTED PER COURT
ADDRESS REDACTED

PERSONAL INJURY CLAIM 87 REDACTED PER COURT
ADDRESS REDACTED

PIEZOSURGERY. INCORPORATED
REBECCA FRY
850 MICHIGAN AVE, STE 200
COLUMBUS, OH 43215

QUINTRON INSTRUMENT COMPANY, INC.
ATTN: ERIC HAMILTON
2208 S 38TH ST
MILWAUKEE, WI 53215

SANDBOX MEDICAL, LLC
ATTN: READ MCCARTY
50 CORPORATE PARK DR, STE 750
PEMBROKE, MA 02359

SHADES OF GREEN, INC.
JOHN A TORRENTE, ESQUIRE
BEGLEY, CARLIN & MANDIO, LLP
680 MIDDLETOWN BLVD
P.O. BOX 308
LANGHORNE, PA  19047

ST. MARY MEDICAL CENTER
1201 LANGHORNE-NEWTOWN RD
LANGHORNE, PA 19047

STANDARD CHAIR OF GARDNER
ATTN: STEVEN K OSTROFF
1 S MAIN ST
GARDNER, MA 01440

STONEY CROFT CONVERTERS, INC
DBA ALL TEK LABELI
ATTN: ANN MARIE HOLBERT
364 SHARROTTS RD
STATEN ISLAND, NY 10309

TAWANA MCKEITHER, INDIV & AS ADMIN EST DEBORA
ADDRESS REDACTED

TELERADIOLOGY SOLUTIONS PC
ATTN: DR. ARJUN KALYAPUR
22 LANFAIR RD, UNIT 6
ARDMORE, PA, 19003

THE ADVISORY BOARD COMPANY
C/O SHIPMAN & GOODWIN LLP
ATTN: ERIC GOLDSTEIN
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

YP-M,  INDIA PALMER AND LURON BAILEY
C/O BIELLI & KLAUDER, LLC
ATTN: THOMAS D. BIELLI
1500 WALNUT ST, STE 900
PHILADELPHIA, PA  19102

Parties Served: 48

# **EXHIBIT C**

**Center City Healthcare, LLC, et al. - Service List to e-mail Recipients**

| | | |
|---|---|---|
| ABBOTT LABORATORIES INC.<br>EVONHELMS@KMKSC.COM | ABBOTT LABORATORIES INC.<br>EVONHELMS@KMKSC.COM | ATIF ABDALLA<br>EMAIL ADDRESS REDACTED |
| ATLANTIC SWITCH AND GENERATOR, LLC<br>HANKB@ATLANTICSWITCH.COM | BORTON-LAWSON<br>ASPEICHER@BORTON-LAWSON.COM | BORTON-LAWSON ENGINEERING, INC.<br>ASPEICHER@BORTON-LAWSON.COM |
| BRYON LAUER<br>EMAIL ADDRESS REDACTED | BRYON LAUER<br>EMAIL ADDRESS REDACTED | BRYON LAUER<br>EMAIL ADDRESS REDACTED |
| BUCKS COUNTY FIRE SAFETY SERVICES INC<br>BUCKSCOUNTYFIRE@AOL.COM | CAPITAL VALVE SERVICE INC<br>CAPITALVALVE@VERIZON.NET | CAPITAL VALVE SVC INC<br>CAPITALVALVE@VERIZON.NET |
| CARMEN BURGOS<br>EMAIL ADDRESS REDACTED | CCJ PHYSICS, LLC<br>EMAIL ADDRESS REDACTED | DUFF SUPPLY COMPANY DBA: DUFF CO<br>GDUFFINE@DUFFCO.COM |
| ENDO-THERAPEUTICS, INC.<br>TCEFARATTI@ENDOTHERAPEUTICS.COM | H&H RESEARCH INC.<br>INFO@NONO-ARMHELPER.COM | H.C.A.S.OF FLORIDA INC<br>BILLING@CALL4HEALTH.COM |
| INNOVATIVE MEDICAL SPECIALTIES<br>INNOVATIVEMED@HOTMAIL.COM | MARCI PACKER AND STEVEN PACKER<br>JGROEN@MESSALAW.COM | NONIN MEDICAL INC.<br>ACCOUNTS.RECEIVABLE@NONIN.COM |
| PATIENT [507] REDACTED PER COURT ORDER, DKT 7<br>EMAIL ADDRESS REDACTED | PATIENT [513] REDACTED PER COURT ORDER, DKT 7<br>EMAIL ADDRESS REDACTED | PATIENT [513] REDACTED PER COURT ORDER, DKT 7<br>EMAIL ADDRESS REDACTED |
| PATIENT [552] REDACTED PER COURT ORDER, DKT 7<br>EMAIL ADDRESS REDACTED | PATIENT [654] REDACTED PER COURT ORDER, DKT 7<br>EMAIL ADDRESS REDACTED | PATIENT 408 REDACTED PER COURT ORDER, DKT 72<br>EMAIL ADDRESS REDACTED |
| PATIENT 67 REDACTED PER COURT ORDER, DKT 72<br>EMAIL ADDRESS REDACTED | PATIENT 68 REDACTED PER COURT ORDER, DKT 72<br>EMAIL ADDRESS REDACTED | PERSONAL INJURY [458] REDACTED PER COURT ORI<br>EMAIL ADDRESS REDACTED |
| PERSONAL INJURY [526] REDACTED PER COURT ORI<br>EMAIL ADDRESS REDACTED | PERSONAL INJURY CLAIM 437 REDACTED PER COUR<br>EMAIL ADDRESS REDACTED | PERSONAL INJURY CLAIM 849 REDACTED PER COUR<br>EMAIL ADDRESS REDACTED |
| PERSONAL INJURY CLAIM 87 REDACTED PER COURT<br>EMAIL ADDRESS REDACTED | PIEZOSURGERY. INCORPORATED<br>R.FRY@PIEZOSURGERY.US | QUINTRON INSTRUMENT COMPANY, INC.<br>ACCOUNTING@QUINTRON-USA.COM |
| SANDBOX MEDICAL, LLC<br>ORDERS@SANDBOXMEDICAL.COM | SHADES OF GREEN, INC.<br>JTORRENTE@BEGLEYCARLIN.COM | STANDARD CHAIR OF GARDNER<br>STEVEO@STANDARDCHAIR.COM |
| STONEY CROFT CONVERTERS, INC<br>AMHOBERT@ALLTEK1.COM | TAWANA MCKEITHER, INDIV & AS ADMIN EST DEBOR<br>EMAIL ADDRESS REDACTED | TELERADIOLOGY SOLUTIONS PC<br>FINANCE@TELRADSOL.COM |
| THE ADVISORY BOARD COMPANY<br>EGOLDSTEIN@GOODWIN.COM | YP-M,  INDIA PALMER AND LURON BAILEY<br>TBIELLI@BK-LEGAL.COM | |

Parties Served:  44