# Exhibit "B"

## Preserved Causes of Action

1. Any and all Causes of Action or other rights to recovery or avoidance, including without limitation the Non-Debtor Real Estate Litigation, against any of the MBNF Non-Debtor Parties.

2. Any and all Causes of Action or other rights to recovery or avoidance against HSRE.

3. Any and all Causes of Action or other rights to recovery or avoidance in connection with, or arising under, any academic affiliation agreement to which any Debtor was a party as of the Petition Date.

4. Any and all Causes of Action or other rights to recovery or avoidance against any Person listed in Part 2 (List Certain Transfers Made Before Filing for Bankruptcy) of any Debtor's Schedules arising under sections 544, 547, 548, 549, 550 and 551 of the Bankruptcy Code.

5. Any and all Causes of Action or other rights to recovery or avoidance, against or with respect to any Person, arising from the Debtors' failure to have or maintain occurrence-based coverage for medical malpractice claims.

6. Any and all Causes of Action or other rights to recovery or avoidance against any payor (including but not limited to any private insurers) and any Governmental Unit including but not limited to the Centers for Medicare & Medicaid Services, the Department of Health and Human Services, the City of Philadelphia, the Commonwealth of Pennsylvania, the State of Delaware, the State of New Jersey.

7. Any and all Causes of Action or other rights to recovery against STC OpCo.

8. Any and all Causes of Action or other rights to recovery against the Center for Neurological and Neurodevelopmental Health and any successors and assigns.

9. Any and all Causes of Action or other rights against and with respect to any insurance agreements, coverage, refunds, audits, retro-adjustments and the like.

10. Any and all Causes of Action against any director, officer, employee or agent of any Paladin Entity.

11. Any and all Causes of Action or other rights against and/or with respect to HPP and/or the HPP Assets.