**Exhibit "C"**

**<u>Schedule of Assumed Contracts and Leases</u>**

(To be provided or included in Plan Supplement)