## Exhibit "B"

### Estimated Range of General Unsecured Claims

(To be provided)

37812817.7 12/30/2020