# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from October 1, 2020 through October 31, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| E-discovery Processing /Usage | Saul Ewing Arnstein & Lehr LLP | $10,364.04 |
| Filing Fees | United States Bankruptcy Court (sale motion) | $181.00 |
| Legal Research | Westlaw and Lexis | $14,339.12 |
| Overnight Delivery | Federal Express | $65.20 |
| **Total** | | **$24,949.36** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2596044 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 11/30/20 |
| Suite 900 | | Client Number | 376719 |
| El Sengudo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 10/20/20 | Filing Fees - - VENDOR: United States Bankruptcy Court 10/2/20 fee for sale motion | 181.00 | |
| | Total Filing Fees | | 181.00 |
| 10/07/20 | Federal Express 09/29/2020 To: Adam Isenberg From: Mailroom | 32.60 | |
| 10/07/20 | Federal Express 09/29/2020 To: Jeffrey Hampton From: Mailroom | 32.60 | |
| | Total Federal Express | | 65.20 |
| 10/26/20 | Relativity Processing for October 2020 | 90.00 | |
| 10/26/20 | Relativity Monthly Storage for October 2020 | 3,137.60 | |
| 10/26/20 | Relativity Tiffing/Branding/OCR for October 2020 | 3,043.94 | |
| 10/26/20 | Epiq Project Management Time for October 2020 | 1,812.50 | |
| 10/26/20 | Epiq Tech Time for October 2020 | 1,905.00 | |
| 10/26/20 | Relativity eDiscovery Monthly User Fees | 375.00 | |
| | Total Relativity Monthly Fees | | 10,364.04 |
| 10/01/20 | Westlaw Legal Research | 71.50 | |
| 10/05/20 | Westlaw Legal Research | 220.32 | |
| 10/08/20 | Westlaw Legal Research | 738.18 | |
| 10/08/20 | Westlaw Legal Research | 645.00 | |
| 10/09/20 | Westlaw Legal Research | 770.04 | |
| 10/09/20 | Westlaw Legal Research | 1,030.50 | |
| 10/09/20 | Westlaw Legal Research | 636.00 | |
| 10/10/20 | Westlaw Legal Research | 1,126.98 | |
| 10/10/20 | Westlaw Legal Research | 3,934.00 | |
| 10/11/20 | Westlaw Legal Research | 726.30 | |
| 10/11/20 | Westlaw Legal Research | 683.00 | |
| 10/12/20 | Westlaw Legal Research | 561.50 | |
| 10/12/20 | Westlaw Legal Research | 77.22 | |
| 10/12/20 | Westlaw Legal Research | 1,067.58 | |
| 10/12/20 | Westlaw Legal Research | 108.00 | |
| 10/12/20 | Lexis Legal Research | 237.50 | |
| 10/17/20 | Westlaw Legal Research | 429.00 | |
| 10/19/20 | Westlaw Legal Research | 71.50 | |
| 10/20/20 | Westlaw Legal Research | 357.50 | |
| 10/21/20 | Westlaw Legal Research | 204.00 | |
| 10/27/20 | Westlaw Legal Research | 143.00 | |

| | | |
|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2596044 |
| 00002 | Expenses | Page 2 |
| 11/30/20 | | |

| | | |
|---|---|---:|
| 10/28/20 | Westlaw Legal Research | 357.50 |
| 10/29/20 | Westlaw Legal Research | 71.50 |
| 10/29/20 | Westlaw Legal Research | 71.50 |
| | Total Legal Research | 14,339.12 |
| | CURRENT EXPENSES | 24,949.36 |
| | **TOTAL AMOUNT OF THIS INVOICE** | 24,949.36 |

37827354.1 12/31/2020