## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JANUARY 19, 2021 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

## WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELED

**CONTINUED MATTERS:**

1. Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities [Docket No. 1888; filed: 11/12/20]

    Response Deadline: December 14, 2020 at 4:00 p.m.; extended to January 20, 2021 for the MBNF Non-Debtor Entities

    Responses Received:

    A.   Reservation of Rights of Master Landlords [Docket No. 1971; filed: 12/11/20]

    Related Documents:

    B.   Notice of Filing of Proposed Order Approving Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities [Docket No. 1892; filed: 11/13/20]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2

    C.    Order Appointing Mediator in Connection with Discovery Disputes [Docket No. 1943; signed and docketed: 12/01/20]

    Status: This matter is continued to January 27, 2021 at 10:30 a.m.

2.    Joint Motion of the Debtors and the Official Committee of Unsecured Creditors For Approval of Consent Order Regarding Committee Discovery of Debtors and Related Relief Regarding the Application and Waiver of Privileges [Docket No. 1891; filed: 11/12/20]

    Response Deadline:  December 14, 2020 at 4:00 p.m.; extended to January 20, 2021 for the MBNF Non-Debtor Entities

    Responses Received:

    A.    Reservation of Rights of Master Landlords [Docket No. 1971; filed: 12/11/20]

    Related Documents:

    B.    Order Appointing Mediator in Connection with Discovery Disputes [Docket No. 1943; signed and docketed: 12/01/20]

    Status: This matter is continued to January 27, 2021 at 10:30 a.m.

| | |
|---|---|
| Dated: January 7, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*