# EXHIBIT A



# Abbott

Abbott Laboratories Inc
6200 Bee Cave Road Bldg Two, Ste 100
Austin TX 78746

For Inquiries: 1-800-654-6910 (Accounts Receivable)
1-855-478-5833 (Customer Service)
Bill To: 1000015052

HAHNEMANN UNIV HOSP
ATTN: ACCOUNTS PAYABLE
PO 42487
PHILADELPHIA PA 19101-2487

| Remit To: | Abbott Laboratories Inc |
|---|---|
| | 22400 Network Place |
| | Chicago IL 60673-1224 |

## INVOICE
Confidential  -  **DUPLICATE**

Our GLN: 5414734000017
Payer: 1000015052

Sold To: 1000011703
HAHNEMANN UNIV HOSP
230 N BROAD ST
PHILADELPHIA PA 19102-1121

Ship To: 1000011703
HAHNEMANN UNIV HOSP
230 N BROAD ST
PHILADELPHIA PA 19102-1121

Our Remit To GLN: 5414734000123
Our Tax ID: 36-4184946

Page: 1/1

| INVOICE #: 9009039961 | INV. DATE: 06/28/2019 | TERMS: Net 30 DAYS |
|---|---|---|
| ORDER: 8010333675 | SHIP DATE: 06/28/2019 | PURCHASE ORDER: 032D457169 |
| SHIP TERMS: Hand Carry | SHIP VIA: Hand Carry | BILL OF LADING: Hand Carry |

| LINE # | MATERIAL/MODEL # | Sales Person | UM | QTY | TAX | PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|---|
| 10 | 100085394 | S Juarez | EA | 1.000 | 0.00 | 4,175.00 | 4,175.00 |
| | 19AGFN-756 | | | | | | |
| | URGNT,R5000,19MM,AR,WR | | | | | | |
| | Numbers: | | | | | | |
| | 7848 | | | | | | |

Currency: USD

SubTotal: 4,175.00
Total Tax: 0.00
Invoice Total: 4,175.00

The above amount is due as per the terms of the invoice

General Invoice Discount/Rebate/Price Reduction/Warranty Disclosure for Buyers

The prices for items reflected on this invoice may include discounts, credits, warranty credits or other price reductions, and may be subject to subsequent rebates or other price reductions or adjustments (collectively Reductions in Price). The items reflected in this invoice may also be part of a bundled sale arrangement, whereby the receipt of goods at a reduced or no charge is conditioned upon the purchase of other goods reflected in this and/or another invoice or document. Buyer may have an obligation to report, in its cost reports or claims submitted for reimbursement, and provide to federal or state agencies, information concerning any Reductions in Price, pursuant to 42 U.S.C. 1320a-7b(b)(3)(A) (the discount exception to the Anti-Kickback Statute (AKS)), 42 C.F.R. 1001.952(h) (the discount safe harbor to the AKS), 42 C.F.R 1001.952(g)(the warranty safe harbor to the AKS), other federal or state laws and/or agreements with third-party payers. Buyer may contact Abbott Laboratories Inc. to request additional detailed information which Buyer may need to comply with such obligations. Buyer should retain this invoice and any other documentation regarding Reductions in Price from Abbott Laboratories Inc. and make such information available to federal or state health care programs upon request and as required by law or regulation.

# Abbott

Abbott Laboratories Inc
6300 Bee Cave Road Bldg Two, Ste 100
Austin TX 78746

For Inquiries:   1-800-654-6910 (Accounts Receivable)
                 1-855-478-5833 (Customer Service)
Bill To:   1000015052

HAHNEMANN UNIV HOSP
ATTN: ACCOUNTS PAYABLE
PO BOX 2487
PHILADELPHIA PA 19101-2487

| Remit To: | Abbott Laboratories Inc |
|---|---|
| | 22400 Network Place |
| | Chicago IL 60673-1224 |

## INVOICE
Confidential - **DUPLICATE**

Our GLN:    5414734000017
Payer:      1000015052
Sold To:    1000011703
            HAHNEMANN UNIV HOSP
            230 N BROAD ST
            PHILADELPHIA PA 19102-1121

Page: 1/2

Ship To:    1000011703
            HAHNEMANN UNIV HOSP
            230 N BROAD ST
            PHILADELPHIA PA 19102-1121

Our Remit To GLN:  5414734000123
Our Tax ID:        36-4184946

| INVOICE: | 9009045515 | INV. DATE: | 06/29/2019 | TERMS: | Net 30 DAYS | | |
|---|---|---|---|---|---|---|---|
| SALES ORDER: | 6010319689 | SHIP DATE: | 06/26/2019 | PURCHASE ORDER: | SFAI06142019 POPENDING | | |
| SHIP TERMS: | Hand Carry | SHIP VIA: | Hand Carry | BILL OF LADING: | Hand Carry | | |
| LINE # | MATERIAL/MODEL # | Sales Person | UM | QTY | TAX | PRICE | TOTAL PRICE |
| 10 | 1-LEAD TRIAL SYS<br>1-LEAD TRIAL SYS | S<br>McCormick/Wilcox<br>Group | EA | 1.000 | 0.00 | 2,400.00 | 2,400.00 |
| | List Prices: $1850/1 Lead, $550/1 Header | | | | | | |
| 20 | 600044289<br>3032ANS | S<br>McCormick/Wilcox<br>Group | EA | 1.000 | | | |
| | Kit, NCS EPG Trial, Artemis 3.7<br>Serial Numbers:<br>19050051 | | | | | | |
| 30 | 600037094<br>3066ANS | S<br>McCormick/Wilcox<br>Group | EA | 1.000 | | | |
| | LD 66cm TRI DP PCMR HR NMI G3 PR BSI<br>Serial Numbers: | | | | | | |

General Invoice Discount/Rebate/Price Reduction/Warranty Disclosure for Buyers

The prices for items reflected on this invoice may include discounts, credits, warranty credits or other price reductions, and may be subject to subsequent rebates or other price reductions or adjustments (collectively Reductions in Price). The items reflected in this invoice may also be part of a bundled sale arrangement, whereby the receipt of goods at a reduced or no charge is conditioned upon the purchase of other goods reflected in this and/or another invoice or document. Buyer may have an obligation to report, in its cost reports or claims submitted for reimbursement, and provide to federal or state agencies, information concerning any Reductions in Price pursuant to 42 U.S.C. 1320a-7b(b)(3)(A) (the discount exception to the Anti-Kickback Statute (AKS)), 42 C.F.R. 1001.952(h) (the discount safe harbor to the AKS), 42 C.F.R 1001.952(g)(the warranty safe harbor to the AKS), other federal or state laws, and/or agreements with third-party payers. Buyer may contact Abbott Laboratories Inc. to request additional detailed information which Buyer may need to comply with such obligations. Buyer should retain this invoice and any other documentation regarding Reductions in Price from Abbott Laboratories Inc. and make such information available to federal or state health care program upon request and as required by law or regulation.



# Abbott

Abbott Laboratories Inc
6300 ... Cave Road Bldg Two, Ste 100
Austin ... 78746

For Inquiries:   1-800-654-6910 (Accounts Receivable)
                 1-855-478-5833 (Customer Service)
Bill To:  1000015052

HAHNEMANN UNIV HOSP
ATTN: ACCOUNTS PAYABLE
PO ... 2487
PHILADELPHIA PA  19101-2487

Remit To:  Abbott Laboratories Inc
           22400 Network Place
           Chicago IL  60673-1224

## INVOICE
Confidential  -  **DUPLICATE**

Our GLN:   5414734000017
Payer:     1000015052                                    Page: 2/2

Sold To:   1000011703
           HAHNEMANN UNIV HOSP
           230 N BROAD ST
           PHILADELPHIA PA  19102-1121

Ship To:   1000011703
           HAHNEMANN UNIV HOSP
           230 N BROAD ST
           PHILADELPHIA PA  19102-1121

Our Remit To GLN:   5414734000123
Our Tax ID:         36-4184946

| INVOICE #: 9009045515 | INV. DATE: 06/29/2019 | TERMS: Net 30 DAYS |
|---|---|---|
| ORDER: 6010319689 | SHIP DATE: 06/28/2019 | PURCHASE ORDER: SFA#06142019 POPENDING |
| SHIP TERMS: Hand Carry | SHIP VIA: Hand Carry | BILL OF LADING: Hand Carry |

| LINE # | MATERIAL/MODEL # | Sales Person | UM | QTY | TAX | PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|---|
|  | 100149444  3013ANS | S McCormick/Wilcox Group | EA | 1.000 |  |  |  |

... Multi Lead TrialCable (MLTC),SCS_O
... Numbers :
...  376

Currency:   USD                                     SubTotal:    2,400.00
                                                    Total Tax:       0.00
                                                    Invoice Total: 2,400.00

The above amount is due as per the terms of the invoice.

Date of service: 06/14/2019   Dr: PROKOP, WES   Rep: Dennis Kennedy
Loc ... ris



# Abbott

## INVOICE

Abbott Laboratories Inc
6300 Bee Cave Road Bldg Two, Ste 100
Austin TX 78746

For Inquiries: 1-800-654-6910 (Accounts Receivable)
1-855-478-5833 (Customer Service)
1000015052

| | |
|---|---|
| Our GLN: | 5414734000017 |
| Payer: | 1000015052 |
| Sold To: | 1000011703 |
| | HAHNEMANN UNIV HOSP |
| | 230 N BROAD ST |
| | PHILADELPHIA PA 19102-1121 |

Page: 1/1

HAHNEMANN UNIV HOSP
ACCOUNTS PAYABLE
42487
PHILADELPHIA PA 19101-2487

| | |
|---|---|
| Ship To: | 1000017561 / 10013778 |
| | HAHNEMANN UNIV HOSP |
| | 1400 RACE ST |
| | PHILADELPHIA PA 19102-1401 |

Remit To: Abbott Laboratories Inc
22400 Network Place
Chicago IL 60673-1224

Our Remit To GLN:   5414734000123
Our Tax ID:          36-4184946

| INVOICE: | 9009057495 | INV. DATE: | 07/02/2019 | TERMS: | Net 30 DAYS |
|---|---|---|---|---|---|
| ORDER: | 7007752068 | SHIP DATE: | 03/27/2019 | PURCHASE ORDER: | 032D-454308001 |
| TERMS: | standard | SHIP VIA: | FEDEX 2ND | BILL OF LADING: | 788279013229 |

| MATERIAL/MODEL # | Sales Person | UM | QTY | TAX | PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 100087048 406501 | R Rector | BX | 4.000 | 0.00 | 47.00 | 188.00 |

SLV W/HEMO 60CM
Numbers: 6900808

Currency:   USD

SubTotal:   188.00
Total Tax:    0.00
Invoice Total: 188.00

The above amount is due as per the terms of the invoice.

General Invoice Discount/Rebate/Price Reduction/Warranty Disclosure for Buyers
The prices for items reflected on this invoice may include discounts, credits, warranty credits or other price reductions, and may be subject to subsequent rebates or other price reductions or adjustments (collectively Reductions in Price). The items reflected in this invoice may also be part of a bundled sale arrangement, whereby the receipt of goods at a reduced or no charge is conditioned upon the purchase of other goods reflected in this and/or another invoice or document. Buyer may have an obligation to report, in its cost reports or claims submitted for reimbursement, and provide to federal or state agencies, information concerning any Reductions in Price, pursuant to 42 U.S.C. 1320a-7b(b)(3)(A) (the discount exception to the Anti-Kickback Statute (AKS)), 42 C.F.R. 1001.952(h) (the discount safe harbor to the AKS), 42 C.F.R 1001.952(g) (the warranty safe harbor to the AKS), other federal or state laws and/or agreements with third-party payers. Buyer may contact Abbott Laboratories Inc. to request additional detailed information which Buyer may need to comply with such obligations. Buyer should retain this invoice and any other documentation regarding Reductions in Price from Abbott Laboratories Inc. and make such information available to federal or state health care programs upon request and as required by law or regulation.