EXHIBIT B



July 10, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number 788279913229.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | B.KEISAR | Delivery location: | PHILADELPHIA, PA |
| Service type: | FedEx 2Day | Delivery date: | Jul 9, 2019 10:25 |
| Special Handling: | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 788279913229 | Ship date: | Jul 5, 2019 |
| | | Weight: | 2.0 lbs/0.9 kg |

| Recipient: | Shipper: |
|---|---|
| PHILADELPHIA, PA US | Roseville, MN US |

| Reference | 8017656916 |
|---|---|
| Purchase order number: | 032D-454306001 |
| Invoice number | 7007752088 |

Thank you for choosing FedEx.