## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 7, 2021, he caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing, and that the foregoing is also being served on the parties listed below via regular e-mail and U.S. Mail:

| | |
|---|---|
| Mark Minuti, Esquire<br>Monique B. DiSabatino, Esquire<br>Saul Ewing Arnstein & Lehr LLP<br>P.O. Box 1266<br>Wilmington, DE 19899<br>mark.minuti@saul.com<br>monique.disabatino@saul.com | Jeffrey C. Hampton, Esquire<br>Adam H. Isenberg, Esquire<br>Melissa A. Martinez, Esquire<br>Shannon A. McGuire, Esquire<br>Saul Ewing Arnstein & Lehr LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br>melissa.martinez@saul.com<br>shannon.mcguire@saul.com |

  /s/ Jason C. Powell
Jason C. Powell, Esquire (No. 3768)