IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) Re: D.I. 2014 |
| | ) |

**DECLARATION IN SUPPORT OF ABBOTT LABORATORIES INC.
RESPONSE IN OPPOSITION TO
DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)
PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1.**

I, Gary L. Kennedy Jr., declare as follows:

1. I am an adult resident of Illinois and a Director for Corporate Credit for Abbott Laboratories, Inc. ("Abbott"). In that capacity, I have access to and non-exclusive custody and control over its books and records pertaining to the transactions from which the claims of Abbott and its divisions, against Debtors arise. In preparation of this declaration, I have reviewed those books and records. Based on that review I have personal knowledge of the facts set forth herein. If the Court, or a party were to call upon me to do so, I could and would competently testify to these facts under oath.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are, Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (16 17); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); StChris Care at Northeast Pediatrics, L.L.C. (4056): TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C. (5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, Fourth Floor, Philadelphia, Pennsylvania 19102

1

2. I make this declaration on personal knowledge in support of Abbott Laboratories Inc.'s Response (the "Response") in Opposition to Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Doc. No. 1984).

3. Claim 125 of Abbott in Debtors' bankruptcy, as amended, includes copies of the three invoices that make up the $6,763.00 amount of the 503(b)(9) Claim. True and correct copies of the invoices that make up the 503(b)(9) Claim are attached to the Response as Exhibit A.

4. The 503(b)(9) Claim consists of invoice 9009039961, dated June 28, 2019 for $4,175.00; invoice 9009045515, dated June 29, 2019 for $2,400.00; and invoice 9009057495, dated July 2, 2019 for $188.00.

5. Invoice 9009039961 and invoice 9009045515 were both "handy carry" invoices for deliveries of goods, through trunk supplies of Abbott's sales representatives, which were delivered to Debtors the same day as the orders were made by Debtors. For invoice 9009039961, the goods were delivered on the June 28, 2019 date stated on the invoice. For invoice 9009045515, the goods were delivered on June 14, 2019 and invoiced on June 29, 2019.

6. The goods described on invoice 9009057495 were delivered via Federal Express to Debtors on July 5, 2019. A true and correct copy of the delivery receipt for invoice 9009057495 is attached as Exhibit B to the Response.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

1-7-21
Date

_Gary L. Kennedy, Jr._
Gary L. Kennedy, Jr.