**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: January 21, 2021 at 4:00 p.m. (ET)** |
| | ) |

**REPORT BY EISNERAMPER LLP OF**
**COMPENSATION EARNED AND EXPENSES INCURRED FOR THE**
**PERIOD OF DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

Exhibit A:   STC OpCo, LLC - Transition Services Summary of Hours by Professionals
Transition Services Itemized Expenses

Exhibit B:   CRO Summary of Hours by Professional

Exhibit C:   Non-Transition Services Summary of Compensation by Project Category
Summary of Hours by Professionals
Summary Description of Services Provided

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Eighteenth Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period December 1, 2020 through December 31, 2020 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $353,275.48. EisnerAmper incurred $10,635.24, in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Fees and Expense Schedule (12/1/2020-12/31/2020)**

| Services | Fees | Expenses | Total |
|---|---|---|---|
| STC Opco, LLC- Transition Services | $ 150,120.00 | $ 10,635.24 | $ 160,755.24 |
| CRO Services | 121,000.00 | - | 121,000.00 |
| Non- Transition Services | 82,155.48 | - | 82,155.48 |
| **Total** | **$ 353,275.48** | **$ 10,635.24** | **$ 363,910.72** |

# **EXHIBIT A**

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

Exhibit A

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**December 1, 2020 through December 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Dion Oglesby | Director | 160.0 | $ 555.00 |
| Solomon Torres | Manager | 118.0 | 320.00 |
| **GRAND TOTAL** | | **278.0** | |

\* Rates change annually effective August 1st.
\*\*Fee amount is included in the bill to STC Opco, LLC

| Philadelphia Academic Health System, LLC | | INVOICE | |
|---|---|---|---|
| | | **Invoice #** | **Date** |
| | | TSA - 012 | 01/7/2021 |
| **Bill to:** STC OpCo, LLC | | | |
| **Description** | | | **Amount** |
| Monthly EisnerAmper Transition Services - December 2020 (12/1/2020 - 12/31/2020) -D. Oglesby @ 160 Hours & S. Torres @ 118 Hours | | $ | 150,120.00 |
| EisnerAmper Administration and Technology Fee - December 2020 | | | 6,004.80 |
| EisnerAmper Direct Expenses - December 2020 | | | 4,630.44 |
| | | | |
| | | $ | 160,755.24 |
| | *Thank you for your payment!* | | |
| Please Remit Funding to: | | | |
| | Payee: Philadelphia Academic Health System, LLC | | |

5

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 12/01/2020 | Oglesby, Dion | Airline,RR,etc | $ 90.00 | Train from client to NYC. Not duplicate |
| 12/01/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. Not duplicate |
| 12/02/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. Not duplicate |
| 12/02/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 12/03/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. Not duplicate |
| 12/03/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 12/07/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 12/07/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. Not duplicate |
| 12/08/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 12/08/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. Not duplicate |
| 12/09/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 12/09/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. Not duplicate |
| 12/10/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 12/10/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. Not duplicate |
| 12/14/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train from client to NYC. Not duplicate |
| 12/14/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. Not duplicate |
| 12/15/2020 | Oglesby, Dion | Airline,RR,etc | 90.00 | Train to client in Philadelphia. Not duplicate |
| 12/21/2020 | Oglesby, Dion | Airline,RR,etc | 114.00 | Train to client in Philadelphia. Not duplicate |
| 12/21/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train from client to NYC. Not duplicate |
| 12/22/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train from client to NYC. Not duplicate |
| 12/22/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train to client in Philadelphia. Not duplicate |
| 12/23/2020 | Oglesby, Dion | Airline,RR,etc | 95.00 | Train to client in Philadelphia. Not duplicate |
| 12/23/2020 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train from client to NYC. Not duplicate |
| 12/28/2020 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train from client to NYC. Not duplicate |
| 12/28/2020 | Oglesby, Dion | Airline,RR,etc | 89.00 | Train to client in Philadelphia. Not duplicate |
| 12/29/2020 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train to client in Philadelphia. Not duplicate |
| 12/29/2020 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train from client to NYC. Not duplicate |
| 12/30/2020 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train to client in Philadelphia. Not duplicate |
| 12/30/2020 | Oglesby, Dion | Airline,RR,etc | 156.00 | Train from client to NYC. Not duplicate |
| | | **Airline,RR,etc Total** | **2,774.00** | |
| 12/01/2020 | Oglesby, Dion | Local Fares | 24.77 | Lyft from client location in Philadelphia |
| 12/01/2020 | Oglesby, Dion | Local Fares | 23.02 | Lyft to client location in Philadelphia |
| 12/02/2020 | Oglesby, Dion | Local Fares | 23.54 | Lyft from client location in Philadelphia |
| 12/02/2020 | Oglesby, Dion | Local Fares | 23.13 | Lyft to client location in Philadelphia |
| 12/03/2020 | Oglesby, Dion | Local Fares | 23.28 | Lyft to client location in Philadelphia |
| 12/03/2020 | Oglesby, Dion | Local Fares | 25.07 | Lyft from client location in Philadelphia |
| 12/07/2020 | Oglesby, Dion | Local Fares | 23.54 | Lyft from client location in Philadelphia |
| 12/07/2020 | Oglesby, Dion | Local Fares | 22.96 | Lyft to client location in Philadelphia |
| 12/08/2020 | Oglesby, Dion | Local Fares | 25.12 | Lyft from client location in Philadelphia |
| 12/08/2020 | Oglesby, Dion | Local Fares | 23.54 | Lyft to client location in Philadelphia |
| 12/09/2020 | Oglesby, Dion | Local Fares | 20.91 | Lyft to client location in Philadelphia |
| 12/09/2020 | Oglesby, Dion | Local Fares | 24.01 | Lyft from client location in Philadelphia |
| 12/10/2020 | Oglesby, Dion | Local Fares | 24.11 | Lyft from client in Philadelphia. Not duplicated |
| 12/10/2020 | Oglesby, Dion | Local Fares | 24.11 | Lyft to client in Philadelphia. Not duplicated |
| 12/14/2020 | Oglesby, Dion | Local Fares | 25.30 | Lyft from client location in Philadelphia |
| 12/14/2020 | Oglesby, Dion | Local Fares | 24.19 | Lyft to client location in Philadelphia |
| 12/15/2020 | Oglesby, Dion | Local Fares | 22.87 | Lyft from client location in Philadelphia |
| 12/15/2020 | Oglesby, Dion | Local Fares | 24.07 | Lyft to client location in Philadelphia |
| 12/21/2020 | Oglesby, Dion | Local Fares | 23.10 | Lyft from client location in Philadelphia |
| 12/21/2020 | Oglesby, Dion | Local Fares | 26.05 | Lyft to client location in Philadelphia |
| 12/22/2020 | Oglesby, Dion | Local Fares | 24.08 | Lyft to client location in Philadelphia |
| 12/22/2020 | Oglesby, Dion | Local Fares | 23.52 | Lyft from client location in Philadelphia |
| 12/23/2020 | Oglesby, Dion | Local Fares | 23.91 | Lyft from client location in Philadelphia |
| 12/23/2020 | Oglesby, Dion | Local Fares | 24.03 | Lyft to client location in Philadelphia |
| 12/28/2020 | Oglesby, Dion | Local Fares | 23.15 | Lyft from client location in Philadelphia |
| 12/28/2020 | Oglesby, Dion | Local Fares | 24.01 | Lyft to client location in Philadelphia |
| 12/29/2020 | Oglesby, Dion | Local Fares | 24.20 | Lyft from client location in Philadelphia |
| 12/29/2020 | Oglesby, Dion | Local Fares | 24.01 | Lyft to client location in Philadelphia |
| 12/30/2020 | Oglesby, Dion | Local Fares | 24.03 | Lyft to client location in Philadelphia |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 12/30/2020 | Oglesby, Dion | Local Fares | 27.34 | Lyft from client location in Philadelphia |
| | | **Local Fares Total** | **718.97** | |
| 12/01/2020 | Torres, Solomon | Meals | 34.37 | Meals |
| 12/02/2020 | Oglesby, Dion | Meals | 4.19 | Breakfast in client cafeteria in Philadelphia |
| 12/02/2020 | Torres, Solomon | Meals | 45.47 | Meals |
| 12/03/2020 | Torres, Solomon | Meals | 75.96 | Meals |
| 12/04/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 12/07/2020 | Torres, Solomon | Meals | 67.90 | Meals |
| 12/08/2020 | Torres, Solomon | Meals | 53.92 | Meals |
| 12/09/2020 | Oglesby, Dion | Meals | 5.04 | Breakfast in client cafeteria in Philadelphia |
| 12/09/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 12/10/2020 | Torres, Solomon | Meals | 123.82 | Meals |
| 12/11/2020 | Torres, Solomon | Meals | 8.00 | Meals |
| 12/15/2020 | Oglesby, Dion | Meals | 5.90 | Breakfast in client cafeteria in Philadelphia |
| | | **Meals Total** | **440.57** | |
| 12/01/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 12/02/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 12/03/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 12/04/2020 | Torres, Solomon | Mileage | 85.84 | 148 miles |
| 12/07/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 12/08/2020 | Torres, Solomon | Mileage | 11.60 | 20 miles |
| 12/09/2020 | Torres, Solomon | Mileage | 11.60 | 21 miles |
| 12/10/2020 | Torres, Solomon | Mileage | 11.60 | 22 miles |
| 12/11/2020 | Torres, Solomon | Mileage | 80.04 | 138 miles |
| 12/12/2020 | Torres, Solomon | Mileage | 148.48 | 256 miles |
| | | **Mileage Total** | **464.00** | |
| 12/11/2020 | Torres, Solomon | Telephone | 63.15 | Telephone prorated |
| | | **Telephone Total** | **63.15** | |
| 12/04/2020 | Torres, Solomon | Tolls/Expeses | 33.95 | Tolls |
| 12/07/2020 | Torres, Solomon | Tolls/Expeses | 33.95 | Tolls |
| 12/11/2020 | Torres, Solomon | Tolls/Expeses | 33.95 | Tolls |
| 12/12/2020 | Torres, Solomon | Tolls/Expeses | 67.90 | Tolls |
| | | **Tolls/Expeses Total** | **169.75** | |
| | | **Total Expenses** | **4,630.44** | |
| | | **Administration and Technology Fee** | **6,004.80** | |
| | | **Grand Total** | **$ 10,635.24** | |

| | |
|---|---|
| **Airline,RR,etc Total** | 2,774.00 |
| **Local Fares Total** | 718.97 |
| **Meals Total** | 440.57 |
| **Mileage Total** | 464.00 |
| **Telephone Total** | 63.15 |
| **Tolls/Expeses Total** | 169.75 |
| **Total Expenses** | 4,630.44 |
| **Administration and Technology Fee** | 6,004.80 |
| **Grand Total** | $ 10,635.24 |

# EXHIBIT B

**CRO Summary of Hours by Professional**

Exhibit B

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**December 1, 2020 through December 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 163.6 | $ 655.00 |
| **GRAND TOTAL** | | **163.6** | |

\* Rates change annually effective August 1st.

# **EXHIBIT C**

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

Exhibit C

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**December 1, 2020 through December 31, 2020**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Robert Katz, CPA | M. Director | 8.3 | $ 580.00 | $ 4,814.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 0.4 | 555.00 | 222.00 |
| Adeola Akinrinade | Director | 24.0 | 540.00 | 12,960.00 |
| Steven Biscello, CPA | Director | 4.5 | 540.00 | 2,430.00 |
| Susannah Prill, CPA | Sr. Manager | 65.7 | 410.00 | 26,937.00 |
| Amy Fitzgerald, CPA | Manager | 1.1 | 340.00 | 374.00 |
| Andrew Still, CPA, CFE | Manager | 89.8 | 330.00 | 29,634.00 |
| Michael Bentivegna, CPA | Manager | 31.9 | 310.00 | 9,889.00 |
| Robert Champion, CPA | Manager | 9.5 | 295.00 | 2,802.50 |
| Richard DePiano | Staff I | 29.4 | 215.00 | 6,321.00 |
| DelMarie Velazquez | Paraprofessional | 2.0 | 135.00 | 270.00 |
| **TOTAL HOURS AND FEES** | | | | 96,653.50 |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | (14,498.03) |
| **GRAND TOTAL** | | 266.6 | $ 308.16 | $82,155.48 |

* Rates change annually effective August 1st.

Exhibit C    Case 19-11466-MFW    Doc 2022    Filed 01/11/21    Page 12 of 12

| Professionals | Sum of Hours | Sum of Amount |
|---|---:|---:|
| **Akinrinade, Adeola** | **24.0** | **$ 12,960.00** |
| Claims Admin & Objections | 24.0 | 12,960.00 |
| **Bentivegna, Michael** | **31.9** | **9,889.00** |
| Claims Admin & Objections | 31.9 | 9,889.00 |
| **Bisciello, Steven** | **4.5** | **2,115.00** |
| Claims Admin & Objections | 4.5 | 2,115.00 |
| **Champion, Robert** | **9.5** | **2,802.50** |
| Claims Admin & Objections | 9.5 | 2,802.50 |
| **DePiano, Richard** | **29.4** | **6,321.00** |
| Business Analysis | 29.4 | 6,321.00 |
| **Fitzgerald, Amy** | **1.1** | **374.00** |
| Claims Admin & Objections | 1.1 | 374.00 |
| **Katz, Robert** | **8.3** | **4,814.00** |
| Claims Admin & Objections | 8.3 | 4,814.00 |
| **Pederson, William** | **0.4** | **222.00** |
| Business Analysis | 0.4 | 222.00 |
| **Prill, Susannah** | **65.7** | **26,937.00** |
| Claims Admin & Objections | 65.7 | 26,937.00 |
| **Still, Andrew** | **89.8** | **29,634.00** |
| Claims Admin & Objections | 89.8 | 29,634.00 |
| **Velazquez, DelMarie** | **2.0** | **270.00** |
| Fee/Employment Application | 2.0 | 270.00 |
| **Grand Total** | **266.6** | **$ 96,338.50** |