## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>                                Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket Nos. 1982, 1983, 1984, 2021, 2023, 2024, and 2031**<br>) |

**CERTIFICATION OF COUNSEL SUBMITTING SUPPLEMENTAL
ORDER SUSTAINING DEBTORS' SECOND OMNIBUS OBJECTION
TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(b)
AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AS TO
<u>CLAIM 64 OF THE ADVISORY BOARD COMPANY ONLY</u>**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") hereby certifies that:

1.      On December 22, 2020, the *Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 1984] (the "<u>Objection</u>")[2] was filed with the Court, by which the Debtors sought entry of the proposed order attached thereto (a) disallowing certain claims for which the Debtors' books and records reflect no liability, (b) modifying the priority status of certain claims and (c) modifying the amount of certain claims.  An unredacted

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

37970131.2 01/20/2021

version of the Objection was filed under seal, as permitted by the *Order Authorizing the Debtors to File under Seal the Unredacted Version of the Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2021].

2. Pursuant to the notice of the Objection [D.I. 1984], the deadline to respond to the Objection was January 7, 2021 at 4:00 p.m., which deadline was extended for The Advisory Board ("TAB") to January 20, 2021 at 4:00 p.m. (together, the "Objection Deadline").

3. Prior to the Objection Deadline, the Debtors received an informal response to the Objection from TAB. In addition, on January 7, 2021, Abbott Laboratories Inc. ("Abbott") filed a response to the Objection [D.I. 2014, 2015]. Other than these responses, no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. On January 11, 2021, the Debtors filed, under seal, a *Certification of Counsel Submitting Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2023] (the "Certification of Counsel"), which submitted to the Court a proposed order resolving all claims subject to the Objection, other than the claims filed by Abbott and TAB. A redacted version of the Certification of Counsel is filed at Docket No. 2024.

5. On January 19, 2021, the Debtors filed a *Certification of Counsel Submitting Supplemental Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(B) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claim 125 of Abbott Laboratories Inc. Only* [D.I. 2031], which submitted to the Court an agreed proposed order resolving Abbott's response to the Objection.

6. The Debtors and TAB have now resolved TAB's informal response to the Objection, as reflected in the proposed order attached hereto as **Exhibit 1** (the "Proposed Order"). The Debtors have confirmed that the relief requested in the Proposed Order is acceptable to TAB.

7. The Debtors respectfully request that the Court sign the Proposed Order and direct that it be docketed, without further notice or hearing.

8. Of course, we are available to discuss this matter at the Court's convenience.

Dated: January 20, 2021

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ Monique B. DiSabatino
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*