**Exhibit A**

**No Liability Claims**

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Priority | 503(b)(9) | Unsecured | Total | |
| 1. | Dawkins, Treva S. | 513 | Center City Healthcare, LLC | $- | $- | $- | $1,185.00 | $1,185.00 | The asserted claim is not reflected in the Debtors' books and records. Documentation attached to claim also indicates that claimant owes amounts to the Debtors. |
| 2. | Estate of Alise Adams-Allen | 87 | Philadelphia Academic Health System, LLC | $- | $- | $- | $20,000,000.00 | $20,000,000.00 | Complaint accompanying proof of claim (which does not name the Debtors) and Debtors' records reflect that cause of action arose in 2017, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 3. | REDACTED | 394 | Center City Healthcare, LLC | $- | $- | $- | $20,000.00 | $20,000.00 | The asserted claim is not reflected in the Debtors' books and records and insufficient documentation in support of the claim has been provided. |

Table header: **No Liability Claims**

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Priority | 503(b)(9) | Unsecured | Total | |
| **No Liability Claims** | | | | | | | | | |
| 4. | Gray, Juanita | 849 | Center City Healthcare, LLC | $- | $- | $- | $2,500,000.00 | $2,500,000.00 | Complaint accompanying proof of claim (which does not name the Debtors) and Debtors' records reflect that cause of action arose in 2016, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 5. | Heverly, Nick | 654 | Center City Healthcare, LLC | $- | $1,469.00 | $- | $1,469.00 | $1,469.00 | The asserted claim is not reflected in the Debtors' books and records. Documentation attached to claim is an invoice reflecting amounts owed by claimant to the Debtors. This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |
| 6. | Jones, Alana | 507 | Center City Healthcare, LLC | $- | $- | $- | $2,065.98 | $2,065.98 | The asserted claim is not reflected in the Debtors' books and records. Documentation attached to claim also indicates that claimant owes amounts to its insurer, and does not reflect any obligation of the Debtors. |

| | | | | No Liability Claims | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | **Reason for Disallowance** |
| | | | **Secured** | **Priority** | **503(b)(9)** | **Unsecured** | **Total** | |
| 7. | **REDACTED** | 5 | St. Christopher's Pediatric Urgent Care Center, LLC | $- | $- | $- | $300,000.00 | $300,000.00 | Claim indicates that it is for goods sold; however, the Debtors' records do not reflect any amounts due to claimant and no supporting documentation is attached. |
| 8. | **REDACTED** | 14 | St. Christopher's Pediatric Urgent Care Center, LLC | $- | $- | $- | $300,000.00 | $300,000.00 | Claim appears to be related to claims 5 and 6; no documentation is attached to support claim and Debtors' records do not reflect any amounts owed to claimant for goods sold. |
| 8. | **REDACTED** | 6 | St. Christopher's Pediatric Urgent Care Center, LLC | $- | $- | $- | $500,000.00 | $500,000.00 | Claim indicates that it is for goods sold; however, the Debtors' records do not reflect any amounts due to claimant and no supporting documentation is attached. |
| 9. | Knight, Danielle | 67 | St. Christopher's Healthcare, LLC | $- | Unliquidated | $- | $50,000,001,000,000.00 | $50,000,001,000,000.00 | The asserted claim is not reflected in the Debtors' books and records and insufficient documentation in support of the claim or its asserted priority status has been provided. This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |

37815887.6 01/08/2021

| | | | | No Liability Claims | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | **Reason for Disallowance** |
| | | | **Secured** | **Priority** | **503(b)(9)** | **Unsecured** | **Total** | |
| 10. Knight, Danielle | 68 | St. Christopher's Healthcare, LLC | $- | Unliquidated | $- | $50,000,001,000,000.00 | $50,000,001,000,000.00 | The asserted claim is not reflected in the Debtors' books and records and insufficient documentation in support of the claim or its asserted priority status has been provided.  This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |
| 11. Lauer, Bryon | 256 | St. Christopher's Healthcare, LLC | $- | $62,053.03 | $- | $- | $62,053.03 | Documentation attached to claim shows that contributions were made to deferred compensation plan.  Such amounts are not property of the Debtors' estates and claimant's rights to such amounts are subject to the terms of the relevant plan. |
| 12. Lauer, Bryon | 257 | St. Christopher's Healthcare, LLC | $- | $13,650.00 | $- | $- | $13,650.00 | Documentation attached to claim shows that contributions were made to 401(k) plan.  Such amounts are not property of the Debtors' estates and claimant's rights to such amounts are subject to the terms of the relevant plan. |

37815887.6 01/08/2021

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Priority | 503(b)(9) | Unsecured | Total | |
| | **No Liability Claims** | | | | | | | | |
| 13. | Lauer, Bryon | 258 | St. Christopher's Healthcare, LLC | $- | $9,764.00 | $- | $- | $9,764.00 | Documentation attached to claim shows that contributions were made to 401(k) plan. Such amounts are not property of the Debtors' estates and claimant's rights to such amounts are subject to the terms of the relevant plan. |
| 14. | Lee, Thermuthis Ballard | 188 | Center City Healthcare, LLC | $- | $- | $- | $3,200.00 | $3,200.00 | The asserted claim is not reflected in the Debtors' books and records. Documentation attached to claim also indicates that claimant owes amounts *to the Debt*ors. |
| 15. | McKeither, Tawana, Indiv. & as Administratrix of the Estate of Deborah McKeither | 130 | Philadelphia Academic Health System, LLC | $- | $- | $- | $4,000,000.00 | $4,000,000.00 | Per the Court-approved stipulation [D.I. 1759], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |

5

| | | | | No Liability Claims | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | **Reason for Disallowance** |
| | | | **Secured** | **Priority** | **503(b)(9)** | **Unsecured** | **Total** | |
| 16. McKeither, Tawana, Indiv. & as Administratrix of the Estate of Deborah McKeither | 18 | Philadelphia Academic Medical Associates, LLC | $- | $- | $- | $4,000,000.00 | $4,000,000.00 | Per the Court-approved stipulation [D.I. 1759], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |
| 17. McKeither, Tawana, Indiv. & as Administratrix of the Estate of Deborah McKeither | 888 | Center City Healthcare, LLC | $- | $- | $- | $4,000,000.00 | $4,000,000.00 | Per the Court-approved stipulation [D.I. 1759], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |
| 18. Packer, Marci and Steven | 437 | Center City Healthcare, LLC | $- | $- | $- | $4,000,000.00 | $4,000,000.00 | Complaint accompanying proof of claim (which does not name the Debtors) and Debtors' records reflect that cause of action arose in 2016, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |

| | | | No Liability Claims | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Filed Claim Amount ($) | | | | Reason for Disallowance |
| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Secured | Priority | 503(b)(9) | Unsecured | Total | |
| 19. | Packer, Marci and Steven | 560 | Center City Healthcare, LLC | $- | $- | $- | In excess of $4,000,000.00 | In excess of $4,000,000.00 | Claim is based on Complaint that does not name the Debtors and, according to the Debtors' records, is based on cause of action that arose in 2016, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 20. | Palmer-Mosley, Yuri, Palmer, India and Bailey, Luron | 120 | Philadelphia Academic Health System, LLC | $- | $- | $- | $100,000,000.00 | $100,000,000.00 | Per the Court-approved stipulation [D.I. 1798], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |
| 21. | Palmer-Mosley, Yuri, Palmer, India and Bailey, Luron | 526 | St. Christopher's Healthcare, LLC | $- | $- | $- | $100,000,000.00 | $100,000,000.00 | Per the Court-approved stipulation [D.I. 1798], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |

7

37815887.6 01/08/2021

| | | | | No Liability Claims | | | | |
|---|---|---|---|---|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | **Reason for Disallowance** |
| | | | **Secured** | **Priority** | **503(b)(9)** | **Unsecured** | **Total** | |
| 22. Palmer-Mosley, Yuri, Palmer, India and Bailey, Luron | 12 | Philadelphia Academic Medical Associates, LLC | $- | $- | $- | $100,000,000.00 | $100,000,000.00 | Per the Court-approved stipulation [D.I. 1798], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |
| 23. **REDACTED** | 20 | St. Christopher's Pediatric Urgent Care Center, LLC | $- | $- | $709.16 | $- | $709.16 | The asserted claim is not reflected in the Debtors' books and records. Documentation attached to claim is an invoice reflecting amounts owed by claimant to the Debtors. This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |
| 24. Shields, Corinthia | 130 | Center City Healthcare, LLC | $- | $- | $- | $1,000,000.00 | $1,000,000.00 | Per the Court-approved stipulation [D.I. 755], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |

8

37815887.6 01/08/2021

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Priority | 503(b)(9) | Unsecured | Total | |
|  | **No Liability Claims** |
| 25. | Voelker, Kira and David, on behalf of K. V. | 458 | St. Christopher's Healthcare, LLC | $- | $- | $- | $40,000,000.00 | $40,000,000.00 | Per the Court-approved stipulation [D.I. 1771], this claimant has waived all claims against the Debtors' estates and will look strictly to insurance, if any, for any recovery in connection with these claims. |
| 26. | Welsh, Kelly A. | 552 | Center City Healthcare, LLC | $507.00 | $507.00 | $507.00 | $507.00 | $507.00 | The asserted claim is not reflected in the Debtors' books and records and insufficient documentation in support of the claim or its asserted priority status has been provided. This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |
| 27. | Wojcik, Guy F. | 408 | Center City Healthcare, LLC | $- | $- | $3,500.00 | $- | $3,500.00 | The asserted claim is not reflected in the Debtors' books and records and insufficient documentation in support of the claim or its asserted priority status has been provided. This claim is also subject to objection on other grounds (see Exhibit B (misclassified)). |

37815887.6 01/08/2021