**Exhibit B**

**Misclassified Claims**

| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Misclassified Claims ||||||| Modified Priority Status ||||| Reason for Modification |
| | | | | Filed Claim Amount ($) and Priority Status |||||| Modified Priority Status |||||| |
| | | | | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | |
| 1 | Abdalla, Atif | 618 | St. Christopher's Healthcare, LLC | | $9,706.70 | $9,706.70 | | | $9,706.70 | | $9,706.70 | | | | $9,706.70 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. Claim re-classified as priority based on Debtors' records. |
| 2 | Atlantic Switch and Generator, LLC | 152 | Center City Healthcare, LLC | | | $11,277.23 | | $13,921.56 | $25,198.79 | | | | | $25,198.79 | $25,198.79 | Not entitled to section 503(b)(9) status since claim is based on services, not goods and Debtors' records do not support such status. |
| 3 | Borton-Lawson Engineering, Inc. | 144 | Center City Healthcare, LLC | | | $185,000.00 | | | $185,000.00 | | | | | $185,000.00 | $185,000.00 | Not entitled to section 503(b)(9) status since claim is based on services, not goods, and Debtors' records do not support such status. |
| 4 | Bucks County Fire Safety Services Inc. | 45 | SCHC Pediatric Associates, L.L.C. | | | $46.96 | | | $46.96 | | | | $46.96 | | $46.96 | Not entitled to section 503(b)(9) status since claim is based on services, not goods, and Debtors' records do not support such status. Claim re-classified to administrative status given that this was a post-petition invoice. |

| | | | | Misclassified Claims | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | |
| **Creditor Name** | **Claim No.** | **Debtor against Whom Claim is Filed** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Reason for Modification** |
| 5 Burgos, Carmen | 427 | St. Christopher's Healthcare, LLC | | | $2,823.56 | | | $2,823.56 | | | | | $2,823.56 | $2,823.56 | Not entitled to section 503(b)(9) status since no evidence that the goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. |
| 6 Capital Valve SVC Inc | 670 | St. Christopher's Healthcare, LLC | | | 14,129.00 | | | $14,129.00 | | | | | $14,129.00 | $14,129.00 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date, and $5,226 of the claim amount is on account of services, not goods. |
| 7 CCJ Physics, LLC | 1 | Center City Healthcare, LLC | | $48,717.00 | | | | $48,717.00 | | | | | $48,717.00 | $48,717.00 | Not entitled to 507(a)(4) priority since the asserted claim is based on a staffing agreement and not on account of wages of an employee of the Debtors. |
| 8 Duff Supply Company DBA: Duff Co | 280 | Center City Healthcare, LLC | | $2,266.43 | | | $28,324.57 | $30,591.00 | | | | | $30,591.00 | $30,591.00 | Not entitled to section 507(a)(8) priority status as creditor is not a governmental unit. |
| 9 Endo-Therapeutics, Inc. | 112 | St. Christopher's Healthcare, LLC | | | $3,449.45 | | $243.30 | $3,692.75 | | | | | $3,692.75 | $3,692.75 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. |

37815887.6 01/08/2021

| | | | | Misclassified Claims | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | |
| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Reason for Modification |
| 10 | H&H Research Inc. | 29 | St. Christopher's Healthcare, LLC | | | $3,395.03 | | | $3,395.03 | | | | | $3,395.03 | $3,395.03 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date. |
| 11 | H.C.A.S. OF FLORIDA INC | 255 | Center City Healthcare, LLC | | | $30,640.38 | | | $30,640.38 | | | | | $30,640.38 | $30,640.38 | Not entitled to section 503(b)(9) status since claim is based on services, not goods and Debtors' records do not support such status. |
| 12 | Heverly, Nick | 654 | Center City Healthcare, LLC | | $1,469.00 | | | | $1,469.00 | | | | | $1,469.00 | $1,469.00 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability). |
| 13 | Innovative Medical Specialties | 708 | St. Christopher's Healthcare, LLC | | | $2,816.50 | | | $2,816.50 | | | | | $2,816.50 | $2,816.50 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. |
| 14 | Knight, Danielle | 67 | St. Christopher's Healthcare, LLC | Unliquidated | | | | $50,000,001,000,000.00 | $50,000,001,000,000.00 | | | | | $50,000,001,000,000.00 | $50,000,001,000,000.00 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability). |

3

| | | | | Misclassified Claims | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | |
| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Reason for Modification |
| 15 | Knight, Danielle | 68 | St. Christopher's Healthcare, LLC | Unliquidated | | | | $50,000,001,000,000.00 | $50,000,001,000,000.00 | | | | | $50,000,001,000,000.00 | $50,000,001,000,000.00 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability). |
| 16 | Nonin Medical Inc. | 114 | St. Christopher's Healthcare, LLC | | | $1,467.72 | | $752.76 | $2,220.48 | | | | | $2,220.48 | $2,220.48 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. |
| 17 | Piezosurgery. Incorporated | 15 | Center City Healthcare, LLC | | $317.84 | | | $3,973.00 | $4,290.84 | | | | | $4,290.84 | $4,290.84 | Not entitled to section 507(a)(8) priority status as creditor is not a governmental unit. |
| 18 | QuinTron Instrument Company, Inc. | 179 | St. Christopher's Healthcare, LLC | | | $267.48 | | | $267.48 | | | | | $267.48 | $267.48 | Not entitled to section 503(b)(9) status since proof of delivery is outside the 20-day period before the Petition Date. |
| 19 | **REDACTED** | 20 | St. Christopher's Pediatric Urgent Care Center, LLC | | $709.16 | | | | $709.16 | | | | | $709.16 | $709.16 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability)). |

| | | | | Misclassified Claims | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | |
| **Creditor Name** | **Claim No.** | **Debtor against Whom Claim is Filed** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Reason for Modification** |
| 20 Sandbox Medical, LLC | 129 | St. Christopher's Healthcare, LLC | | | $124.40 | | $2,191.07 | $2,315.47 | | | | | $2,315.47 | $2,315.47 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. |
| 21 Shades of Green, Inc. | 626 | St. Christopher's Healthcare, LLC | | $5,108.48 | | | $188,302.25 | $193,410.73 | | | | | $193,410.73 | $193,410.73 | Not entitled to section 507(a)(8) priority status as creditor is not a governmental unit. |
| 22 Standard Chair of Gardner | 259 | St. Christopher's Healthcare, LLC | | $1,671.31 | $1,671.31 | | | $1,671.31 | | | | | $1,671.31 | $1,671.31 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date and Debtors' records do not support such status. Not entitled to priority status, as there is insufficient evidence to support such status and Debtors' records do not support such status. |
| 23 Stoney Croft Converters, Inc. | 564 | Center City Healthcare, LLC | | | $3,489.75 | | | $3,489.75 | | | | | $3,489.75 | $3,489.75 | Not entitled to section 503(b)(9) status since no evidence that goods were received during 20-day period before the Petition Date. |

5

37815887.6 01/08/2021

| | | | | Misclassified Claims | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | |
| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Secured | Priority | Section 503(b)(9) | Admin. | Unsecured | Total | Reason for Modification |
| 24 | Teleradiology Solutions PC | 173 | Center City Healthcare, LLC, | | | $18,288.00 | | | $18,288.00 | | | | | $18,288.00 | $18,288.00 | Not entitled to section 503(b)(9) status since claim is based on services, not goods, and Debtors' records do not support such status. |
| 25 | Welsh, Kelly A. | 552 | Center City Healthcare, LLC | $507.00 | $507.00 | $507.00 | | $507.00 | $507.00 | | | | | $507.00 | $507.00 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability). |
| 26 | Wojcik, Guy F. | 408 | Center City Healthcare, LLC | | | $3,500.00 | | | $3,500.00 | | | | | $3,500.00 | $3,500.00 | No basis for asserted priority status is reflected in the claim or in Debtors' books and records. This claim is also subject to objection on other grounds (see Exhibit A (no liability). |

37815887.6 01/08/2021