**Exhibit A**

**Misclassified Claim**

| | | | | **Misclassified Claim** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Filed Claim Amount ($) and Priority Status** | | | | | | **Modified Priority Status** | | | | | |
| **Creditor Name** | **Claim No.** | **Debtor against Whom Claim is Filed** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Secured** | **Priority** | **Section 503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Reason for Modification** |
| 1 | Abbott Laboratories Inc. | 125 | Philadelphia Academic Health System, LLC | | | $6,763 | $2,550.00 | $59,519.36 | $68,832.36 | | | $6,575 | $2,738 | $59,519.36 | $68,832.36 | Portion of the requested 503(b)(9) claim is not entitled to 503(b)(9) status, and instead is entitled to administrative expense status as the supporting invoice is on account of a post-petition transaction. |