**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 1982, 1983, 1984, 2021,** |
| | ) **2023, 2024, 2031 and 2034** |
| | ) |

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' SECOND**
**OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO**
**SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE,**
**BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**
<u>**AS TO CLAIM 64 OF THE ADVISORY BOARD COMPANY ONLY**</u>

Upon consideration of the *Debtors' Second Omnibus Objection to Claims (Substantive)*

*Pursuant to Section 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and*

*3007, and Local Rule 3007-1* (the "**Objection**");[2] and upon consideration of the Wilen

Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; and due and adequate notice of the Objection having been given under the

circumstances; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained as set forth herein.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

37970149.3 01/20/2021

2.      The Modified Amount Claim set forth on **Exhibit A** attached hereto is hereby modified to reflect the correct amount of the claim reflected under the heading "Modified Claim Amount."

3.      The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with the terms of this Order.

4.      This Order is without prejudice to the rights of the Debtors and any successor entities to: (a) object to the Modified Amount Claim on any substantive or non-substantive grounds, other than as stated in the Objection; and (b) object, on any grounds permitted by law or equity, to any other claim, whether filed or not, in these cases.

5.      The rights of the Debtors and any successor entities to use any available defenses under section 502 of the Bankruptcy Code, other than as stated in the Objection, including the assertion of a preference action to set off against or otherwise reduce all or part of the Modified Amount Claim, are preserved.

6.      To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

7.      The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

**Dated: January 21st, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

2

9437370v1
37970149.3 01/20/2021