## Exhibit A

**Modified Amount Claim**

| Modified Amount Claim | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Debtor against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Modified Claim Amount ($) | | | | |
| Creditor Name | Claim No. | | | Secured | Priority | Section 503(b)(9) | Unsecured | Total | Secured | Priority | Section 503(b)(9) | Unsecured | Total | Reason for Modification |
| 1. | The Advisory Board Company | 64 | Philadelphia Academic Healthy System, LLC | $- | $- | $- | $583,677.00 | $583,677.00 | $- | $- | $- | $471,594.12 | $471,594.12 | The modified amount reflects a post-petition payment and a further reduction agreed upon by the parties. |