# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JANUARY 27, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

> **WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELED**

**RESOLVED MATTER:**

1. **[FILED UNDER SEAL]** Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1982; filed: 12/22/20]

    Response Deadline: January 7, 2021 at 4:00 p.m. Extended to January 20, 2021 for The Advisory Board.

    Responses Received:

    A. Informal Response from The Advisory Board

    B. Abbott Laboratories Inc.'s Response [Docket No. 2014; filed: 01/07/21]

    C. Declaration in Support of Abbott Laboratories Inc.'s Response [Docket No. 2015; filed: 01/07/21]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Related Documents:

D. **[REDACTED]** Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1984; filed: 12/22/20]

E. **[FILED UNDER SEAL]** Certification of Counsel Submitting Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2023; filed: 01/11/21]

F. **[REDACTED]** Certification of Counsel Submitting Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2024; filed: 01/11/21]

G. Notice of Submission of Proofs of Claim [Docket No. 2025; filed: 01/11/21]

H. Certification of Counsel Submitting Supplemental Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claim 125 of Abbott Laboratories Inc. Only [Docket No. 2031; filed: 01/19/21]

I. Certification of Counsel Submitting Supplemental Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claim 64 of The Advisory Board Company Only [Docket No. 2034; filed: 01/20/21]

J. **[REDACTED]** Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2037; signed and docketed: 01/21/21]

K. **[FILED UNDER SEAL]** Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2038; signed and docketed: 01/21/21]

L. Supplemental Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claim 125 of Abbott Laboratories Inc. Only [Docket No. 2039; signed and docketed: 01/21/21]

M. Supplemental Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code,

       Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claim 64 of The Advisory Board Company Only [Docket No. 2040; signed and docketed: 01/21/21]

       Status: On January 21, 2021, the Court entered orders sustaining the omnibus claim objection.

2. Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 1983; filed: 12/22/20]

    Response Deadline:  January 7, 2021 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.    Certification of No Objection [Docket No. 2020; filed: 01/08/21]

    B.    Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2021; signed and docketed: 01/11/21]

    Status: On January 11, 2021, the Court entered an order approving this motion.

**CONTINUED MATTERS:**

3. Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities [Docket No. 1888; filed: 11/12/20]

    Response Deadline:  December 14, 2020 at 4:00 p.m.; extended to February 11, 2021 for the MBNF Non-Debtor Entities

    Responses Received:

    A.    Reservation of Rights of Master Landlords [Docket No. 1971; filed: 12/11/20]

    Related Documents:

    B.    Notice of Filing of Proposed Order Approving Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities [Docket No. 1892; filed: 11/13/20]

    C.    Order Appointing Mediator in Connection with Discovery Disputes [Docket No. 1943; signed and docketed: 12/01/20]

    Status: This matter is continued to February 18, 2021 at 10:30 a.m.

4.    Joint Motion of the Debtors and the Official Committee of Unsecured Creditors For Approval of Consent Order Regarding Committee Discovery of Debtors and Related Relief Regarding the Application and Waiver of Privileges [Docket No. 1891; filed: 11/12/20]

    Response Deadline: December 14, 2020 at 4:00 p.m.; extended to February 11, 2021 for the MBNF Non-Debtor Entities

    Responses Received:

    A.    Reservation of Rights of Master Landlords [Docket No. 1971; filed: 12/11/20]

    Related Documents:

    B.    Order Appointing Mediator in Connection with Discovery Disputes [Docket No. 1943; signed and docketed: 12/01/20]

    Status: This matter is continued to February 18, 2021 at 10:30 a.m.

|  |  |
|---|---|
| Dated: January 21, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |
|  | By: <u>/s/ Mark Minuti</u> |
|  | Mark Minuti (DE Bar No. 2659) |
|  | Monique B. DiSabatino (DE Bar No. 6027) |
|  | 1201 N. Market Street, Suite 2300 |
|  | P.O. Box 1266 |
|  | Wilmington, DE  19899 |
|  | Telephone: (302) 421-6800 |
|  | Fax: (302) 421-5873 |
|  | mark.minuti@saul.com |
|  | monique.disabatino@saul.com |
|  |  |
|  | -and- |
|  |  |
|  | Jeffrey C. Hampton |
|  | Adam H. Isenberg |
|  | Centre Square West |
|  | 1500 Market Street, 38th Floor |
|  | Philadelphia, PA 19102 |
|  | Telephone: (215) 972-7777 |
|  | Fax: (215) 972-7725 |
|  | jeffrey.hampton@saul.com |
|  | adam.isenberg@saul.com |
|  |  |
|  | *Counsel for Debtors and Debtors in Possession* |

37897254.1 01/21/2021