**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 16, 2021 at 4:00 p.m. ET** |

**SIXTEENTH MONTHLY FEE APPLICATION OF**
**FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Sixteenth Monthly Period: | November 1, 2020 through November 30, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Sixteenth Monthly Period: | $10,215.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Sixteenth Monthly Period: | $112.80 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

118864535

This is a(n):__X__ Monthly ____ Interim ____ Final Fee Application

This is Fox Rothschild's sixteenth monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.40 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Fourth Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Fifth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Sixth Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Seventh Monthly [D.I. 1504] | 3/25/2020 | $7,050.00 | $113.75 | 4/17/2020 [D.I. 1585] | $7,050.00 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,375.20 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $4,318.80 | $40.80 |
| Eleventh Monthly [D.I. 1705] | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 [D.I. 1737] | $1,318.40 | $111.60 |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,052.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $4,046.80 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $0.00 | 1/25/20 | $5,028.00 | $0.00 |
| Fifteenth Monthly [D.I. ] | 1/25/21 | $8,633.00 | $10.80 | Pending | Pending | Pending |
| | **TOTAL:** | **$195,511.50** | **$8,192.22** | | **$182,331.20** | **$8,181.42** |

118864535

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Michael G. Menkowitz | Partner – Admitted to PA Bar in 1990; Joined Fox Rothschild in 1990 | $885 | 0.7 | $619.50 |
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $720 | 2.2 | $1,584.00 |
| Seth N. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $540 | $10.1 | $5,454.00 |
| Courtney Emerson | Associate – Admitted to DE Bar in  ; Joined Fox Rothschild in | $405 | 1.1 | $445.50 |
| Katelyn Crawford | Associate – Admitted to DE Bar in  ; Joined Fox Rothschild in | $370 | 0.8 | $296.00 |
| Jesse M. Harris | Associate – Admitted to PA Bar in 2017; Joined Fox Rothschild in 2017 | $335 | 0.1 | $33.50 |
| Robin I. Solomon | Paralegal since 1982; Joined Fox Rothschild in 1987 | $415 | 3.9 | $1,618.50 |
| Joseph DiStanislao | Paralegal since  ; Joined Fox Rothschild in 2004 | $405 | 0.3 | $121.50 |
| **TOTALS** | | | **19.3** | **$10,215.00** |
| **Total Blended Rate** | | $529.27 | | |

118864535

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 8.3 | $4,431.00 |
| CH | COURT HEARINGS | 2.3 | $930.50 |
| EA1 | EMPLOYMENT APPLICATION OF FOX ROTHSCHILD LLP | 0.2 | $83.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 4.4 | $2,468.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.3 | $1,121.00 |
| MC | MEETINGS OF CREDITORS | 1.0 | $712.50 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.2 | $108.00 |
| PL | PLAN | 0.6 | $361.00 |

118864535

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $30.60 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $6.90 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $26.10 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $25.50 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $23.70 |
| TOTAL EXPENSES | $112.80 |

118864535

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>                  Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 16, 2021 at 4:00 p.m. ET** |

## SIXTEENTH MONTHLY FEE APPLICATION OF
## FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
## <u>NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020</u>

Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of

Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-

possession (the "<u>Debtors</u>"), submits its sixteenth Monthly Fee Application (the

"<u>Application</u>"), pursuant to sections 330(a), and 331 of title 11 of the United States Code

(the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local</u>

<u>Rules</u>"), and this Court's Order Establishing Procedures for Compensation and

Reimbursement of Expenses of Professionals, entered August 2, 2019 (the "<u>Interim</u>

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

118864535

Compensation Order")[4] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the sixteenth monthly application period from November 1, 2020 through November 30, 2020  (the "Compensation Period") in the amount of $10,327.80 (the "Monthly Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $112.80 (the "Monthly Expense Amount") incurred during the sixteenth monthly application period. In support of this Application, Fox Rothschild respectfully represents:

## I.    Jurisdiction

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.    Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.    Background

3.    On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.    On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

118864535

Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

5.     By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective nunc pro tunc to July 17, 2019 (the "Retention Order") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

## III.     Summary of Application for the Compensation Period

6.     By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

7.     During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of

9

compensation received for services rendered in these cases.

8.      Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as Exhibit A.

9.      Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $10,215.00 and its total expenses are $112.80.

10.      Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $8,172.00 is payable to Fox Rothschild, together with 100% of requested costs in the amount of $112.80.

**A.      Summary of Services Rendered by Fox Rothschild During the Compensation Period**

11.      This Application is the sixteenth monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12.      Attached as Exhibit A are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13.      During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $370 to $885 per hour. The professional services performed by Fox Rothschild on behalf

10

of the Committee during the Compensation Period required an aggregate expenditure of

119.3 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals.

Fox Rothschild's blended hourly rate for services provided during the Compensation

Period is $529.27.

14.    The fees charged by Fox Rothschild as set forth in <u>Exhibit</u> <u>A</u> are billed in

accordance with Fox Rothschild's existing billing rates and procedures in effect during

the Compensation Period.

15.    All entries itemized in Fox Rothschild's time records comply with the

requirements set forth in Local Rule 2016-2, including, without limitation, (i) the

utilization of project categories, (ii) a description of each activity or service that each

individual performed, and (iii) the number of hours (in increments of one-first of an hour)

spent by each individual providing the services. Each project category in <u>Exhibit</u> <u>A</u> is

organized in accordance with Fox Rothschild's internal system of project category or

work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild

did not bill time or expenses for that Task Code during the Compensation Period, but

may bill time for that Task Code in the future. In accordance with Local Rule 2016-

2(d)(x), all activity descriptions in <u>Exhibit</u> <u>A</u> are presented chronologically within each

Task Code category.

16.    The professional services performed by Fox Rothschild were necessary

and appropriate to the administration of these cases. The professional services performed

by Fox Rothschild were in the best interests of the Committee and other parties in

interest. Compensation for the foregoing services as requested is commensurate with the

complexity, importance, and time-sensitive nature of the problems, issues, or tasks

118864535

involved. The professional services were performed expeditiously and efficiently.

17.     In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the

complexity of the cases; (b) the time expended; (c) the nature and extent of the services

rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the

bankruptcy field; and (f) the costs of comparable services other than in a case under the

Bankruptcy Code.

**B**.     **Actual and Necessary Expenses of Fox Rothschild**

18.     Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit</u> <u>A</u> are Fox

Rothschild's itemized records detailing expenses incurred on behalf of the Committee

during the Compensation Period.

19.     Fox Rothschild has not incurred any expenses during the Compensation

Period. These charges are generally intended to cover Fox Rothschild's direct costs

incurred in representing the Committee, which costs are not incorporated in any respect

into Fox Rothschild's hourly billing rates. The effect of including such expenses as part

of the hourly billing rates would impose that cost upon clients who do not require

extensive photocopying and other facilities and services.  Only clients who actually use

services of the types set forth in <u>Exhibit</u> <u>A</u> are separately charged for such services. Fox

Rothschild has made every effort to minimize its expenses in these cases. The actual

expenses incurred in providing professional services were necessary, reasonable, and

tailored to serve the needs of the Committee.

**C.     The Requested Compensation Should be Allowed**

20.     The professional time expended by the firm, the value of said time in fees,

118864535

and the value of the actual expenses incurred by the firm were actual, reasonable, and

necessary. In all respects, the firm's fees and expenses meet the standards for allowance

under Bankruptcy Code section 330, as well as the standards that govern the review and

allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs.,

Inc., 19 F.3d 833 (3d Cir. 1994).

21.     Bankruptcy Code section 331 provides for interim compensation of

professionals and incorporates the substantive standards of section 330 of the Bankruptcy

Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section

330 of the Bankruptcy Code provides that a court may award a professional employed

under section 1103 of the Bankruptcy Code "reasonable compensation for actual,

necessary services rendered . . . and reimbursement for actual, necessary expenses."

11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for

the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to
> be awarded ... the court shall consider the nature, the
> extent, and the value of such services, taking into account
> all relevant factors, including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the
> administration of, or beneficial at the time at which
> the service was rendered toward the completion of,
> a case under this title;
>
> (D) whether the services were performed within a
> reasonable amount of time commensurate with the
> complexity, importance, and nature of the problem,
> issue, or task addressed;
>
> (E) with respect to a professional person, whether

13

the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

**D.     Reservation**

25.     To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered

118864535

or expenses incurred during the Compensation Period, Fox Rothschild reserves the right

to request additional compensation for such services and reimbursement of such expenses

in a future application.

## IV.    Notice

26.    Notice of this Application will be served upon: (a) the Debtors, Center

City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen

Wilen, CRO [allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul

Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE

19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino,

Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia,

PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H.

Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee,

District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE

19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d)

Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street,

Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.

[gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE

19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

## V.    Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an

order: (i) allowing interim compensation for professional services rendered during the

Compensation Period in the amount of $10,215.00 and reimbursement of costs in the

amount of $112.80; (ii) allowing such compensation for professional services rendered

118864535

and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $8,248.80 (80% of $10,215.00 plus 100% of costs in the amount of $112.80); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated:  January 26, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

# Exhibit "A"



# Fox Rothschild LLP
## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number ****** |
| SILLS CUMMIS & GROSS | Invoice Date 12/18/20 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/20:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/03/20 | NIEDERMAN | AP | ATTENTION TO CO-COUNSEL INQUIRIES RE FORM OF MOTION TO COMPEL TO BE FILED IN DELAWARE | 0.4 | $216.00 |
| 11/04/20 | NIEDERMAN | AP | REVIEW NOTICE OF RULE 2004 EXAMINATIONS OF HARRISON STREET REAL ESTATE, LLC AND RELATED ENTITIES AND SERVICE OF SUBPOENA | 0.4 | $216.00 |
| 11/05/20 | NIEDERMAN | AP | REVISE TOPICS FOR RULE 2004 EXAMINATION | 0.3 | $162.00 |
| 11/06/20 | NIEDERMAN | AP | ANALYSIS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO COMPEL PRODUCTION OF INAPPROPRIATELY WITHHELD DOCUMENTS BY THE MBNF NON-DEBTOR ENTITIES AND CONFER WITH CO-COUNSEL RE SAME | 1.2 | $648.00 |
| 11/06/20 | NIEDERMAN | AP | CONFER WITH COUNSEL RE: MEET AND CONFER RELATED TO 2004 EXAM REQUEST FOR HSRE | 0.2 | $108.00 |
| 11/06/20 | NIEDERMAN | AP | ATTENTION TO MOTION TO EXTEND THE TIME PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS (FOURTH MOTION) | 0.2 | $108.00 |
| 11/06/20 | NIEDERMAN | AP | REVIEW AND REVISE DECLARATION OF SETH A. NIEDERMAN IN SUPPORT OF | 0.5 | $270.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS MOTION TO COMPEL PRODUCTION OF INAPPROPRIATELY WITHHELD DOCUMENTS BY THE MBNF NON-DEBTOR ENTITIES | | |
| 11/11/20 | NIEDERMAN | AP | REVIEW AND REVISE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES | 0.8 | $432.00 |
| 11/11/20 | NIEDERMAN | AP | REVIEW AND REVISE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES | 0.7 | $378.00 |
| 11/12/20 | NIEDERMAN | AP | REVIEW REVISED DRAFT OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND SUPPORTING DECLARATION | 0.4 | $216.00 |
| 11/12/20 | NIEDERMAN | AP | ATTEND MEET AND CONFER WITH COUNSEL FOR DEBTORS RE THIRD PARTY DISCOVERY MOTIONS | 0.2 | $108.00 |
| 11/12/20 | NIEDERMAN | AP | REVIEW REVISED DRAFT OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES | 0.3 | $162.00 |
| 11/13/20 | NIEDERMAN | AP | ATTEND MEET AND CONFER WITH COUNSEL FOR HSRE RE 2004 EXAM | 0.6 | $324.00 |

118823361.v2

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/18/20 | NIEDERMAN | AP | REVIEW AND ANALYZE EMERGENCY MOTION OF THE MBNF NON-DEBTOR ENTITIES FOR AN ORDER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES | 0.2 | $108.00 |
| 11/19/20 | NIEDERMAN | AP | REVIEW NOTICE OF HEARING AND DEADLINE TO OBJECT TO EMERGENCY MOTION OF THE MBNF NON-DEBTOR ENTITIES FOR AN ORDER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES | 0.3 | $162.00 |
| 11/19/20 | NIEDERMAN | AP | REVIEW AND REVISE JOINT RESPONSE OF DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMERGENCY MOTION OF THE MBNF NON-DEBTOR ENTITIES FOR AN ORDER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL | 0.5 | $270.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGE | | |
| 11/19/20 | SOLOMON | AP | REVIEW/CALENDAR RE: JOINT MOTION OF COMMITTEE AND DEBTOR FOR APPROVAL OF CONSENT ORDER (RE: MBNF NON-DEBTOR ENTITIES-DISCOVERY) | 0.3 | $124.50 |
| 11/20/20 | EMERSON | AP | CORRESPONDENCE WITH S. NIEDERMAN RE: HEARING ON EMERGENCY MOTION | 0.1 | $40.50 |
| 11/20/20 | NIEDERMAN | AP | REVIEW OF PROPOSED ORDER GRANTING EMERGENCY MOTION OF THE MBNF NON-DEBTOR ENTITIES FOR AN ORDER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES AND CORRESPONDENCE RE SAME | 0.3 | $162.00 |
| 11/20/20 | NIEDERMAN | AP | REVIEW OF CORRESPONDENCE SENT ON BEHALF OF HSREP VI HOLDING, LLC AND AFFILIATES RE 2004 EXAM AND SUBPOENA | 0.2 | $108.00 |
| 11/30/20 | NIEDERMAN | AP | REVIEW EMAILS RE: 11/30 | 0.2 | $108.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OMNIBUS HEARING AND ADJOURNMENT OF SAME IN CONNECTION WITH MEDIATOR APPOINTMENT | | |
| 11/19/20 | EMERSON | CH | CORRESPONDENCE WITH S. NIEDERMAN RE: 11/20 HEARING ON EMERGENCY MOTION; SET UP COURTCALL | 0.3 | $121.50 |
| 11/20/20 | EMERSON | CH | ATTEND TELEPHONIC HEARING ON EMERGENCY MOTION OF MBNF NON DEBTORS FOR ORDER EXTENDING TIME TO RESPOND | 0.7 | $283.50 |
| 11/24/20 | NIEDERMAN | CH | ATTENTION TO STATUS OF MATTERS SCHEDULED FOR HEARING 11.30 | 0.2 | $108.00 |
| 11/29/20 | CRAWFORD | CH | PREPARE FOR HEARING ON 11/30/20 | 0.3 | $111.00 |
| 11/30/20 | CRAWFORD | CH | CORRESPONDENCE WITH S.NIEDERMAN AND CO-COUNSEL REGARDING PREPARATION FOR HEARING ON 11/30/20 | 0.5 | $185.00 |
| 11/30/20 | DISTANISLAO | CH | SCHEDULE COURTCALL FOR 11/30/2020 | 0.3 | $121.50 |
| 11/02/20 | SOLOMON | EA1 | EMAILS WITH M. SWEET RE: POSSIBLE ADDITIONAL DISCLOSURES | 0.2 | $83.00 |
| 11/02/20 | CHOVANES | FA1 | REVIEW FEES APPROVED AND UNPAID AND PREPARE EMAIL RE SAME TO M MENKOWITZ | 0.5 | $360.00 |
| 11/02/20 | SOLOMON | FA1 | PREPARE SUMMARY OF FOX ROTHSCHILD FEES | 1.0 | $415.00 |
| 11/02/20 | SOLOMON | FA1 | TELEPHONE FROM M. CHOVANES RE: FOX FEES | 0.2 | $83.00 |
| 11/03/20 | CHOVANES | FA1 | EMAILS REGARDING PAYMENT OF 11TH - 13TH MONTHLY FEE APPLICATIONS | 0.4 | $288.00 |
| 11/10/20 | CHOVANES | FA1 | EMAILS WITH M MENKOWITZ, R SOLOMON AND S NIEDERMAN RE FILING THIRD INTERIM FEE APPLICATION (.3); REVIEW OF INTERIM COMPENSATION ORDER (.1) AND EMAIL TO S NEIDERMANN RE SAME (.1) | 0.6 | $432.00 |
| 11/10/20 | NIEDERMAN | FA1 | EMAILS WITH M. CHOVANES RE INTERIM FEE PROCEDURES | 0.2 | $108.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/11/20 | CHOVANES | FA1 | REVIEW AND REVISE THIRD INTERIM FEE APPLICATION (JAN-MAR 2020) | 0.4 | $288.00 |
| 11/12/20 | NIEDERMAN | FA1 | REVIEW THIRD INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JANUARY 1, 2020 THROUGH MARCH 31, 2020 | 0.3 | $162.00 |
| 11/12/20 | SOLOMON | FA1 | DRAFT CERTIFICATE OF SERVICE - FOX 3RD INTERIM FEE APPLICATION | 0.2 | $83.00 |
| 11/12/20 | SOLOMON | FA1 | FINAL REVISIONS TO FOX'S 3RD INTERIM FEE APPLICATION | 0.3 | $124.50 |
| 11/12/20 | SOLOMON | FA1 | PREPARE, FILE AND COORDINATE SERVICE OF FOX'S 3RD INTERIM FEE APPLICATION | 0.3 | $124.50 |
| 11/13/20 | NIEDERMAN | FA2 | REVIEW THIRD QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH MARCH 31, 2020 | 0.4 | $216.00 |
| 11/13/20 | SOLOMON | FA2 | DRAFT NOTICE OF SILLS CUMMIS 3RD INTERIM FEE APPLICATION | 0.2 | $83.00 |
| 11/13/20 | SOLOMON | FA2 | PREPARE AND FILE SILLS CUMMIS 3RD INTERIM FEE APPLICATION AND COORDINATE SERVICE OF SAME | 0.4 | $166.00 |
| 11/13/20 | SOLOMON | FA2 | DRAFT CERTIFICATE OF SERVICE/SILLS CUMMIS 3RD INTERIM FEE APPLICATION AND FILE SAME | 0.2 | $83.00 |
| 11/16/20 | CHOVANES | FA2 | EMAIL TO A SHERMAN RE FILING OF QUARTERLY (THIRD INTERIM) FEE APP FOR BRG AND SILLS CUMMIS | 0.3 | $216.00 |

118823361.v2

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/16/20 | NIEDERMAN | FA2 | ATTENTION TO BRG'S 3RD INTERIM FEE APPLICATION | 0.2 | $108.00 |
| 11/17/20 | SOLOMON | FA2 | DRAFT COS-BRG INTERIM FEE APPLICATION | 0.2 | $83.00 |
| 11/17/20 | SOLOMON | FA2 | PREPARE, FILE AND COORDINATE SERVICE OF BRG INTERIM FEE APPLICATION | 0.4 | $166.00 |
| 11/06/20 | MENKOWITZ | MC | ATTEND COMMITTEE CALL | 0.5 | $442.50 |
| 11/06/20 | NIEDERMAN | MC | ATTEND CREDITORS' COMMITTEE MEETING | 0.5 | $270.00 |
| 11/05/20 | NIEDERMAN | PC | BRIEF REVIEW OF DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | 0.2 | $108.00 |
| 11/06/20 | HARRIS | PL | STRATEGY RE: CREDITOR STANDING LANGUAGE IN CONFIRMATION ORDER | 0.2 | $76.00 |
| 11/06/20 | MENKOWITZ | PL | REVIEW TERM SHEET | 0.2 | $177.00 |
| 11/06/20 | NIEDERMAN | PL | ANALYSIS OF ORDER PURSUANT TO 11 U.S.C. § 1121 FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON | 0.2 | $108.00 |
| | | | **TOTAL** | **19.3** | **$10,215.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---|---|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 8.3 | $4,431.00 |
| CH | COURT HEARINGS | 2.3 | $930.50 |
| EA1 | EMPLOYMENT APPLICATION OF FOX ROTHSCHILD LLP | 0.2 | $83.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 4.4 | $2,468.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.3 | $1,121.00 |
| MC | MEETINGS OF CREDITORS | 1.0 | $712.50 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.2 | $108.00 |
| PL | PLAN | 0.6 | $361.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. G. MENKOWITZ | PARTNER | 0.7 | $885.00 | $619.50 |
| M. B. CHOVANES | PARTNER | 2.2 | $720.00 | $1,584.00 |
| S. A. NIEDERMAN | PARTNER | 10.1 | $540.00 | $5,454.00 |
| K. CRAWFORD | ASSOCIATE | 0.8 | $370.00 | $296.00 |
| C. A. EMERSON | ASSOCIATE | 1.1 | $405.00 | $445.50 |
| J. HARRIS | ASSOCIATE | 0.2 | $380.00 | $76.00 |
| J. DISTANISLAO | PARALEGAL | 0.3 | $405.00 | $121.50 |
| R. I. SOLOMON | PARALEGAL | 3.9 | $415.00 | $1,618.50 |
| | TOTAL | 19.3 | | $10,215.00 |

TOTAL PROFESSIONAL SERVICES        $10,215.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $30.60 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $6.90 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $26.10 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $25.50 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $23.70 |

TOTAL EXPENSES        $112.80

TOTAL AMOUNT OF THIS INVOICE        $10,327.80

PRIOR BALANCE DUE        $9,595.90

**TOTAL BALANCE DUE UPON RECEIPT        $19,923.70**

**OUTSTANDING INVOICES PRIOR TO 12/18/20**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|---|---|---|---|---|---|
| 01/16/20 | 2486820 | $30.00 | 08/10/20 | 2590743 | $263.00 |
| 05/05/20 | 2542611 | $593.80 | 09/06/20 | 2604565 | $1,014.30 |
| 06/03/20 | 2556489 | $1,079.70 | 10/13/20 | 2661342 | $6,285.50 |
| 07/03/20 | 2570531 | $329.60 | | | |

**TOTAL PRIOR BALANCES DUE        $9,595.90**

118823361.v2



# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number ****** |
| SILLS CUMMIS & GROSS | Invoice Date 12/18/20 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $10,327.80 |
| PRIOR BALANCE DUE | $9,595.90 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$19,923.70** |

PAYMENT INSTRUCTIONS

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Make Payable to Fox Rothschild LLP: | Wells Fargo Bank | Wells Fargo Bank |
| Fox Rothschild LLP | 420 Montgomery Street | 420 Montgomery Street |
| Attn: Accounts Receivable - 73 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| 2000 Market Street, 20th Floor | ACH #031000503 | ABA #121000248 |
| Philadelphia, PA 19103-3222 | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code:#WFBIUS6S (international wires only) | Swift Code:#WFBIUS6S (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.