**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x
:
In re: : Chapter 11
:
CENTER CITY HEALTHCARE, LLC D/B/A : Case No. 19-11466 (MFW)
HAHNEMANN UNIVERSITY HOSPITAL, *et* :
*al.*, : (Jointly Administered)
:
       Debtors. : **Re: Docket Nos. 2051 & 2052**
------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

       I, Brendan J. Schlauch, hereby certify that on the 27th day of January, 2021, I caused copies of the following documents to be served upon the parties on the attached service list in the manner indicated.

- *Certification of Counsel Regarding Order Further Extending the Time to Respond to (I) the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities and (II) the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Consent Order Regarding Committee Discovery of Debtors and for Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 2051]

- *Order Further Extending the MBNF Non-Debtor Entities' Time to Respond to (I) the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities and (II) the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Consent Order Regarding Committee Discovery of Debtors and for Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 2052]

                                           */s/ Brendan J. Schlauch*
                                           Brendan J. Schlauch (No. 6115)

## SERVICE LIST

*Via Email*

| | |
|---|---|
| Albert Einstein Healthcare Network<br>Albert Einstein Healthcare Network<br>Attn: Penny J. Rezet<br>5501 Old York Rd<br>Philadelphia, PA 19141<br>rezetp@einstein.edu | Medline Industries, Inc.<br>Arent Fox LLP<br>Attn: George Angelich/ Phillip Khezri<br>1301 Ave of the Americans, Fl 42<br>New York, NY 10019<br>george.angelich@arentfox.com<br>phillip.khezri@arentfox.com |
| Capital One<br>Ashby & Geddes, P.A.<br>Attn: Gregory Taylor / Katharina Earle<br>500 Delaware Ave, 8th Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br>gtaylor@ashbygeddes.com<br>kearle@ashbygeddes.com | City of Philadelphia<br>Attorney for the City of PA, City of PA Law Depart<br>Attn: Megan Harper<br>1401 JFK Building, 5th FL<br>Philadelphia, PA 19102-1595<br>Megan.Harper@phila.gov |
| Drexel University<br>Ballard Spahr LLP<br>Attn: Vincent J. Marriott<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>marriott@ballardspahr.com | Drexel University<br>Ballard Spahr LLP<br>Attn: Tobey M. Daluz<br>Attn: Chantelle D. McClamb<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>daluzt@ballardspahr.com<br>mcclambc@ballardspahr.com |
| Counsel for Roche Diagnostics Corporation<br>Barnes & Thornburg LLP<br>Attn: David Powlen/Kevin Collins<br>1000 N West St, Ste 1500<br>Wilimington, DE 19801<br>david.powlen@btlaw.com<br>kevin.collins@btlaw.com | AAMC and ECFMG<br>Bayard, P.A.<br>Attn: Justin Alberto/ Sophie Macon<br>600 N King St, Ste 400<br>Wilmington, DE 19801<br>jalberto@bayardlaw.com<br>smacon@bayardlaw.com |
| Suzanne Richards/Pamela Saechow<br>Berger Law Group, P.C.<br>Attn: Phillip Berger/Matthew Kaufmann<br>919 Conestoga Rd., Bldg. 3, Ste. 114<br>Rosemont, PA 19010<br>berger@bergerlawpc.com<br>kaufmann@bergerlawpc.com | Suzanne Richards/Pamela Saechow<br>Biellli & Klauder, LLC<br>Attn: David Klauder<br>1204 N King St.<br>Wilmington, DE 19801<br>dklauder@bk-legal.com |

| | |
|---|---|
| Attorney for Oracle America,Inc.<br>Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson<br>55 Second St, 17 Fl<br>San Francisco, CA 94105-3493<br>schristianson@buchalter.com | St Christophers Hospital for Children Medical Staff<br>Ciardi Ciardi & Astin<br>Attn: Daniel Astin/ Joseph McMahon<br>1204 N. King St<br>Wilmington, DE 19801<br>jmcmahon@ciardilaw.com |
| St Christophers Hospital for Children Medical Staff<br>Ciardi Ciardi & Astin<br>Attn: Albert Ciardi<br>One Commerce Square, Ste 3500<br>2005 Market St<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com | Dept of PA, Dept of Labor and Industry<br>Commonwealth of PA, Dept of Labor and Industry<br>Collection Support Unit<br>Attn: Deb Secrest<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us |
| AAMC, ECFMG<br>Denton US, LLP<br>Attn: Oscar Pinkas/ Lauren Macksoud<br>1221 Ave of the Americans<br>New York, NY 10020<br>oscar.pinkas@dentons.com<br>lauren.macksoud@dentons.com | American Academic Health Systems, LLC.<br>Dilworth Paxson<br>phughes@dilworthlaw.com |
| Harrison Street Real Estate, LLC.<br>DLA Piper LLP<br>Attn: Stuart M. Brown<br>1201 N Market St, Ste 2100<br>Wilmington, DE 19801<br>stuart.brown@dlapiper.com | Harrison Street Real Estate, LLC.<br>DLA Piper LLP<br>Attn: Richard A. Chesley<br>444 W Lake St, Ste 900<br>Chicago, IL 60606<br>richard.chesley@dlapiper.com |
| Counsel for Drexel<br>Drexel University College of Medicine<br>c/o Cozen O'Connor<br>Attn: Stephen A. Cozen, Esq.<br>One Liberty Place<br>1650 Market St, Ste 2800Philadelphia, PA 19103<br>scozen@cozen.com | Gift of Life Donor Program, Greater DE Valley Societ<br>Drinker Biddle & Reath LLP<br>Attn: Patrick A. Jackson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621<br>patrick.jackson@dbr.com |
| Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.<br>Drinker Biddle & Reath LLP<br>Attn: Marita S. Erbeck<br>600 Campus Dr<br>Florham Park, NJ 07932-1047<br>marita.erbeck@dbr.com | Albert Einstein Healthcare Network<br>Duane Morris LLP<br>Attn: Mairi V. Luce<br>30 S 17th St<br>Philadelphia, PA 19103-4196<br>luce@duanemorris.com |

| | |
|---|---|
| Albert Einstein Healthcare Network<br>Duane Morris LLP<br>Attn: Jarret Hitchings<br>222 Delaware Ave, Ste 1600<br>Wilmington, DE 19801-1659<br>jphitchings@duanemorris.com | LEAF Capital Funding, LLC.<br>Fineman Krekstein & Harris, PC<br>Attn: Deirdre M. Richards<br>1300 N. King St<br>Wilmington, DE 19801<br>drichards@finemanlawfirm.com |
| Counsel of Official Committee of Unsecured Creditors<br>Fox Rothschild LLP<br>Attn: Thomas Horan<br>919 N Market St, Ste 300<br>Wilmington, DE 19899-2323<br>thoran@foxrothschild.com | Counsel to District 1199C<br>Gellert Scali Busenkell & Brown, LLC<br>Attn: Michael Busenkell<br>1201 N Orange St, Ste 300<br>Wilmington, DE 19801<br>mbusenkell@gsbblaw.com |
| Veolia Energy Philadelphia, Inc.<br>Gibbons P.C.<br>Attn: Howard A. Cohen<br>300 Delaware Ave, Ste 1015<br>Wilmington, DE 19801-1761<br>hcohen@gibbonslaw.com | Veolia Engery Philadelphia, Inc.<br>Gibbons P.C.<br>Attn: Dale E. Barney<br>One Gateway Center<br>Newark, NJ 07102-5310<br>dbarney@gibbonslaw.com |
| Hackensack Meridian Health<br>Gibbons P.C.<br>Attn: N Songonuga/ R Malone/ D Crapo<br>300 Delaware Ave, Ste 1015<br>Wilmington, DE 19801-1761<br>nsongonuga@gibbonslaw.com<br>rmalone@gibbonslaw.com<br>dcrapo@gibbonslaw.com | Patient Care Ombudsman<br>Greenberg Traurig, LLP<br>Attn: Dennis A. Meloro<br>The Nemours Building<br>1007 N Orange St, Ste 1200<br>Wilmington, DE 19801<br>MeloroD@gtlaw.com |
| Patient Care Ombudsman<br>Greenberg Traurig, LLP<br>Attn: Nancy A. Peterman<br>77 W Wacker Dr, Ste 3100<br>Chicago, IL 60601<br>petermann@gtlaw.com | Hayes Locum, LLC.<br>Hogan & McDaniel<br>Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick<br>1311 Delaware Ave<br>Wilmington, DE 19805<br>dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com |
| SBJ Group Inc<br>Honigman LLP<br>Attn: E Todd Sable/ Lawrence A.Lichtman<br>2290 First National Building<br>660 Woodward Ave<br>Detroit, MI 48226<br>tsable@honigman.com<br>llichtman@honigman.com | Sodexo, Inc.<br>JD Thompson Law<br>C/O Sodexo, Inc.<br>Attn: Judy D. Thompson<br>P.O. Box 33127<br>Charlotte, NC 28233<br>jdt@jdthompsonlaw.com |

| | |
|---|---|
| Counsel for Premier, Inc.<br>Jeffer Mangels Butler & Mithcell LLP<br>Attn: Marianne S. Martin<br>1900 Ave of the Stars, 7th FL<br>Los Angeles, CA 90067<br>mmartin@jmbm.com | Ensemble RCM d/b/a Ensemble Health Partners<br>Jones Walker LLP<br>Attn: Jeffrey R. Barber<br>190 E Capitol St, Ste 800<br>P.O. Box 427<br>Jackson, MS 39205-0427<br>jbarber@joneswalker.com |
| Conifer Revenue Cycle Solutions, LLC, Tenet Business<br>Kirkland & Ellis LLP<br>Attn: Nicole Greenblatt<br>601 Lexington Ave<br>New York, NY 10022<br>nicole.greenblatt@kirkland.com | Conifer Revenue Cycle Solutions, LLC, Tenet Business Service Corp<br>Kirkland & Ellis LLP<br>Attn: Stephen Hackney/Gregory Pesce<br>300 N LaSalle<br>Chicago, IL 60654<br>stephen.hackney@kirkland.com<br>gregory.pesce@kirkland.com |
| Rydal Square L.P<br>Kurtzman, Steady, LLC.<br>Attn: Jeffrey Kurtzman<br>401 S 2nd St, Ste 200<br>Philadelphia, PA 19147<br>kurtzman@kurtzmansteady.com | Joel Freedman, American Academic Health Systems, LLC, and Philadelphia Academic Health Holdings LLC (collectively, the "Interested Parties")<br>Latham & Watkins LLP<br>Attn: Suzzanne Uhland<br>Attn: Matthew J. Carmody<br>885 3rd Ave<br>New York, NY 10022-4834<br>suzzanne.uhland@lw.com<br>matt.carmody@lw.com |
| Pennsylvania Association of Staff Nurses and Professi<br>Law Offices of Mitchell J. Malzberg, LLC<br>Attn: Mitchell J. Malzberg<br>P.O. Box 5122<br>6 E Main St, Ste 7<br>Clinton, NJ 08809<br>mmalzberg@mjmalzberglaw.com | Counsel to certain of the union<br>Markowitz & Richman<br>Attn: Jonathan Walters, Esquire<br>123 South Broad St, Ste 2020<br>Philadelphia, PA 19109<br>jwalters@markowitzandrichman.com |
| Pennsylvania Association of Staff Nurses and Allied P<br>Markowitz and Richman<br>Attn: Claiborne S. Newlin<br>123 S Broad St, Ste 2020<br>Philadelphia, PA 19109<br>cnewlin@markowitzandrichman.com | Coloplast Corp.<br>Maron Marvel Bradley Anderson & Tardy, LLC.<br>Attn: Stephanie A. Fox<br>1201 N Market St, Ste 900<br>Wilmington, DE 19801<br>saf@maronmarvel.com |

| | |
|---|---|
| PATHS LLC.<br>Mattleman Weinroth & Miller, P.C<br>Attn: Christina Pross<br>200 Continental Drive, Ste 215<br>Newark, DE 19713<br>cpross@mwm-law.com | Cerner Corporation<br>McCarter & English, LLP<br>Attn: William F. Taylor<br>Renaissance Centre<br>405 N King St, 8th Fl<br>Wilmington, DE 19801<br>wtaylor@mccarter.com |
| Med One Capital Funding, LLC.<br>Med One Capital Funding, LLC.<br>c/o Ray Quinney & Nebecker, P.C<br>Attn: David H. Leigh<br>36 S State St, 14th FL<br>Salt Lake City, UT 84111<br>dleigh@rqn.com | Renal Treatment Centers-Northeast, Inc.<br>DaVita, Inc.<br>Moye White LLP<br>Attn: Timothy M. Swanson/Vikrama S. Chandrashekar<br>1400 16th St, 6th Fl<br>Denver, CO 80202<br>tim.swanson@moyewhite.com<br>Vika.Chandrashekar@moyewhite.com |
| Counsel to certain of the union (1199)<br>O'Donoghue & O'Donoghue LLP<br>Attn: Lance Geren, Esq.<br>325 Chestnut St, Ste 600<br>Philadelphia, PA 19106<br>lgeren@odonoghuelaw.com | CommonWealth of PA<br>Office of Attorney General<br>Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith<br>The Phoenix Building<br>1600 Arch St, 3rd Fl<br>Philadelphia, PA 19103<br>cmomjian@attorneygeneral.gov<br>crmomjian@attorneygeneral.gov<br>ddembe@attorneygeneral.gov<br>lrhode@attorneygeneral.gov<br>rbsmith@attorneygeneral.gov |
| United States Attorney - Delaware<br>Office of the United States Attorney for the District of Delaware<br>Attn: David C. Weiss, Esquire<br>Hercules Building<br>1313 N Market StWilmington, DE 19801<br>usade.ecfbankruptcy@usdoj.gov | United States Trustee<br>Office of The United States Trustee<br>Attn: Benjamin Hackman<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519<br>benjamin.a.hackman@usdoj.gov |
| Conifer Revenue Cycle Solutions, LLC,<br>Tenet Business Service Corp<br>Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones/Timothy Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com | Hackensack Meridian Health<br>Pearlman & Miranda, LLC.<br>Attn: Patricia A Celano<br>110 Edison Pl, Ste 301<br>Newark, NJ 07102<br>pcelano@pearlmanmiranda.com |

| | |
|---|---|
| Temple University Health System, Inc.<br>Pepper Hamilton, LLP<br>Attn: Francis J. Lawall<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>lawallf@pepperlaw.com | Temple University Health System, Inc.<br>Pepper Hamilton, LLP<br>Attn: Marcy J. McLaughlin<br>1313 N Market St, P.O. Box 1709<br>Hercules Plaza, Ste 5100<br>Wilmington, DE 19899-1709<br>mclaughlinm@pepperlaw.com |
| BioCare, Inc.<br>Polsinelli P.C<br>Attn: Christopher A. Ward<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801<br>cward@polsinelli.com | Counsel for the Ad Hoc Committee of Hahnemann Residents and Fellows<br>Potter Anderson & Corroon LLP<br>Attn: Jeremy W. Ryan/R. Stephen McNeill/D. Ryan Slaugh<br>1313 North Market St, 6th Fl<br>P.O. Box 951<br>Wilmington, DE 19899<br>jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>rslaugh@potteranderson.com |
| Joel Freedman American Academic Health Systems, LLC.<br>Richards Layton & Finger, PA<br>Attn: M. Collins/ M Merchant/ B Schlauch<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>collins@rlf.com<br>merchant@rlf.com<br>schlauch@rlf.com | Counsel for Debtors<br>Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti/Monique DiSabatino<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE  19899<br>mark.minuti@saul.com<br>monique.disabatino@saul.com |
| Counsel for Debtors<br>Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton/Adam Isenberg<br>Attn: Aaron Applebaum<br>Centre Square West<br>1500 Market Street, 38th FloorPhiladelphia, PA 19102<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br>aaron.applebaum@saul.com | Commonwealth of Pennsylvania<br>Department of Health<br>Schnader Harrison Segal & Lewis LLP<br>Attn: Richard A. Barkasy<br>824 N. Market St, Ste 800<br>Wilmington, DE 19801<br>rbarkasy@schnader.com |
| Commonwealth of Pennsylvania<br>Department of Health<br>Schnader Harrison Segal & Lewis LLP<br>Attn: Nicholas J. LePore<br>1600 Market St, Ste 3600<br>Philadelphia, PA 19103-7286<br>nlepore@schnader.com | Counsel for The Advisory Board Company<br>Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>egoldstein@goodwin.com |

RLF1 24338323v.1

| | |
|---|---|
| Counsel of Official Committee of Unsecured Creditors<br>Sills Cummis & Gross P.C<br>Attn: Andrew Sherman/ Boris Mankovetskiy<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com | Tower Health Services<br>Stevens & Lee, P.C.<br>Attn: Joseph H. Huston<br>919 N Market St, Ste 1300<br>Wilmington, DE 19801<br>jhh@stevenslee.com |
| Tower Health Services<br>Stevens & Lee, P.C.<br>Attn: Robert Lapowsky<br>620 Freedom Business Ctr, Ste 200<br>King of Prussia, PA 19406<br>rl@stevenslee.com | Cerner Corporation<br>Stinson LLP<br>Attn: Darrell Clark/ Tracey Ohm<br>1775 Pennsylvania Ave NW, Ste 800<br>Washington, D.C 20006<br>darrell.clark@stinson.com<br>tracey.ohm@stinson.com |
| Counsel for ThermaSolutions, Inc.<br>Stoel Rives LLP<br>Attn: Marc A. Al<br>33 S 6th St, Ste 4200<br>Minneapolis, MN 55402<br>marc.al@stoel.com | Counsel to MidCap Funding IV Trust<br>Stradley Ronan Stevens & Young LLP<br>Attn: Deborah A. Reperowitz<br>100 Park Avenue, Suite 2000<br>New York, NY 10017<br>dreperowitz@stradley.com |
| MidCap Financial Trust, MidCap Funding IV Trust<br>Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky<br>1000 N West St, Ste 1279<br>Wilmington, DE 19801<br>jpolesky@stradley.com | MidCap Financial Trust, MidCap Funding IV Trust<br>Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour<br>2005 Market St, Ste 2600<br>Philadelphia, PA 19103<br>gsantamour@stradley.com |
| NTT Data Services<br>Streusand, Landon, Ozburn & Lemmon, LLP<br>Attn: Sabrina L. Streusand<br>1801 S Mopac Expressway, Ste 320<br>Austin, TX 78746<br>streusand@slollp.com | Laboratory Corporation of America<br>Sullivan, Hazeltine, Allison, LLC.<br>Attn: William D. Sullivan<br>901 N Market St, Ste 1300<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com |
| Medline Industries, Inc.<br>The Rosner Law Gorup LLC<br>Attn: Frederick B. Rosner<br>824 N Market St, Ste 810<br>Wilmington, DE 19801<br>rosner@teamrosner.com | Capital One<br>Troutman Sanders LLP<br>Attn: Louis A. Curcio<br>Attn: Jessica Mikhailevich<br>875 Third Ave<br>New York, NY 10022<br>louis.curcio@troutman.com<br>jessica.mikhailevich@troutman.com |

RLF1 24338323v.1

| | |
|---|---|
| Capital One<br>Troutman Sanders LLP<br>Attn: Matthew R. Brooks<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308<br>matthew.brooks@troutman.com | USA<br>U.S. Department of Justice<br>Attn: Marc Sacks<br>Civil Division<br>P.O. Box 875<br>Ben Franklin StationWashington, DC 20044-875<br>marcus.s.sacks@usdoj.gov |
| Counsel for Vizient, Inc.<br>Underwood Perkins, P.C.<br>Attn: David Campbell/ Eli Pierce<br>Two Lincoln Centre<br>5420 LBJ Fwy, Ste 1900<br>Dallas, TX 75240<br>dcampbell@uplawtx.com<br>epierce@uplawtx.com | SpecialtyCare, Inc.<br>White and Williams LLP<br>Attn: Marc S. Casarino<br>600 N King St, Ste 800<br>Wilmington, DE 19899-0709<br>casarinom@whiteandwilliams.com |
| SpecialtyCare, Inc.<br>White and Williams LLP<br>Attn: Amy E. Vulpio<br>1650 Market St, 18th FL<br>Philadelphia, PA 19103<br>vulpioa@whiteandwilliams.com | Counsel to District 1199C<br>Willig, Williams & Davidson<br>Attn: Jessica Kolansky<br>1845 Walnut St, 24th Fl<br>Philadelphia, PA 19103<br>jkolansky@wwdlaw.com |

*Via First Class Mail*

| | |
|---|---|
| City of Philadelphia<br>City of Philadelphia<br>Attn: Law Dept<br>1515 Arch St, 17th Fl<br>Philadelphia, PA  19102 | Philadelphia Hospital and Healthcare Employees<br>Freedman & Lorry, P.C.<br>c/o Susan A. Murray<br>Attn: Training & Upgrading Fund<br>1601 Market St, Ste 1500<br>Philadelphia, PA 19103 |
| Internal Revenue Service<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | The Debtors' Unions<br>International Brotherhood of Electrical Workers, Local 98<br>1701 Spring Garden St<br>Philadelphia, PA 19130 |
| The Debtors' Unions<br>National Union of Hospital and Healthcare Employees, District 1199C<br>1319 Locust St<br>Philadelphia, PA 19107 | The Debtors' Unions<br>National Union of Hospital and Healthcare Employees, AFSCME, AFL-CIO<br>1319 Locust St<br>Philadelphia, PA 19107 |

| | |
|---|---|
| Office of the Attorney General (PA)<br>Office of the Attorney General<br>Attn: Josh Shapiro, Esquire<br>Attn: Bankruptcy Dept<br>16th Fl, Strawberry Square<br>Harrisburg, PA 17120 | The Debtors' Unions<br>Pennsylvania Association of<br>Staff Nurses and Allied Professionals<br>1 Fayette Street, Suite 475<br>Conshohocken, PA 19428 |
| Pennsylvania Department of Health<br>Attn: Dr. Rachel Levine<br>Health and Welfare Building<br>625 Forester St, 8th FL W<br>Harrisburg, OA 17120 | United States Department of Justice<br>United States Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC  20530-0001 |
| United States Department of Justice<br>United States Department of Justice<br>Attn:  Civil Division<br>1100 L St, NW, 10030<br>Washington, DC  20005 | |