# EXHIBIT D

**EXPENSE SUMMARY**

37949414.2 01/28/2021

## Expense Summary

## For the Period from November 1, 2020 through November 30, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $12,202.11 |
| Legal Research | Westlaw | $2,305.20 |
| Teleconferencing | CourtCall LLC | $45.00 |
| Transcript | Reliable Copy Service - DE | $103.55 |
| **Total** | | **$14,655.86** |

---

[1] These are the costs associated with using the Saul Review Platform ("<u>SRP</u>").  These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |



| Philadelphia Academic Health System, LLC | Invoice Number | 2601909 |
| 222 N. Sepulveda Blvd. | Invoice Date | 12/30/20 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 11/26/2020 | Epiq Relativity eDiscovery Costs | 12,202.11 | |
| | Total   Epiq Relativity eDiscovery Costs | | 12,202.11 |
| 11/03/2020 | Teleconferencing; VENDOR: Courtcall LLC; 10/22/20; Appearance for Mark Minuti | 22.50 | |
| 11/03/2020 | Teleconferencing; VENDOR: Courtcall LLC; 10/22/20; Appearance for John DiNome | 22.50 | |
| | Total   Teleconferencing | | 45.00 |
| 11/03/2020 | Westlaw Legal Research | 71.50 | |
| 11/05/2020 | Westlaw Legal Research | 386.10 | |
| 11/06/2020 | Westlaw Legal Research | 77.22 | |
| 11/08/2020 | Westlaw Legal Research | 231.66 | |
| 11/09/2020 | Westlaw Legal Research | 506.52 | |
| 11/10/2020 | Westlaw Legal Research | 71.50 | |
| 11/12/2020 | Westlaw Legal Research | 227.50 | |
| 11/17/2020 | Westlaw Legal Research | 204.00 | |
| 11/18/2020 | Westlaw Legal Research | 77.22 | |
| 11/24/2020 | Westlaw Legal Research | 77.22 | |
| 11/29/2020 | Westlaw Legal Research | 220.32 | |
| 11/30/2020 | Westlaw Legal Research | 154.44 | |
| | Total   Westlaw Legal Research | | 2,305.20 |
| 11/17/2020 | Transcript; VENDOR: Reliable Copy Service - DE; 10/22/20 hearing transcript | 103.55 | |
| | Total   Transcript | | 103.55 |
| | CURRENT EXPENSES | | 14,655.86 |

**TOTAL AMOUNT OF THIS INVOICE**          14,655.86

37933295.1 01/27/2021