# EXHIBIT F

## PROFESSIONALS' BACKGROUND

## Attorney Biographies

**Joseph F. O'Dea, Jr.,** *Partner*. Mr. O'Dea is a partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Mr. O'Dea handles complex, high-exposure litigation for organizations in a variety of industries. Mr. O'Dea has 30 years of experience representing Fortune 500 companies and privately held, global concerns in industries ranging from defense/aerospace, manufacturing to environmental services.

**Mark Minuti***, Partner*. Mr. Minuti is Vice-Chair of Saul Ewing Arnstein & Lehr's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice Group and is a Partner in its Wilmington, Delaware office. Mr. Minuti concentrates his practice in bankruptcy law. Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**John D. Demmy**, *Partner.* Mr. Demmy is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office. Mr. Demmy represents debtors, creditors' and ad hoc committees, asset buyers, insurers, and all types of creditors in bankruptcy cases and related litigation matters. Mr. Demmy also handles bankruptcy appeals to the Delaware District Court and to the Court of Appeals for the Third Circuit. Mr. Demmy is also an experience commercial litigator who assist clients with cases in the Delaware Court of Chancery and provides opinions with respect to matters of bankruptcy and Delaware law relating to Delaware entities.

**Jeffrey C. Hampton,** *Partner*. Mr. Hampton is Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders. Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters. In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner*.  Mr. Isenberg is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts.  Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**Amy S. Kline,** *Partner.*  Ms. Kline is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Ms. Kline has extensive trial experience in federal and state courts, as well as before private arbitration panels.  Ms. Kline has particular experience representing insurance and reinsurance companies in complex civil litigation matters.  Ms. Kline also represents clients facing large-scale investigations, including responding to governmental investigations.

**John P. Englert,** *Partner*.  Mr. Englert is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Practice Group in its Pittsburgh, Pennsylvania office.  Mr. Englert has extensive environmental experience.  Mr. Engler's experience spans a broad spectrum of environmental matters, ranging from environmental permitting of large and complex energy and industrial facilities to remediation of nuclear facilities and hazardous waste sites.

**Richard T. Frazier,** *Partner.*  Mr. Frazier is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice and Health Law Practice Group in its Philadelphia, Pennsylvania office.  Mr. Frazier is engaged in a diverse health law and tax practice.  Mr. Frazier advises hospitals and related entities, ancillary healthcare providers, and joint venture arrangements.  Mr. Frazier has been actively involved in the planning and implementation of numerous hospital mergers and acquisitions as well as corporate restructurings, alternative healthcare delivery systems, and joint ventures.

**William W. Warren, Jr.,** *Partner.*  Mr. Warren is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Department and the Construction and Government Contracts practices in its  Harrisburg, Pennsylvania office.  Mr. Warren has worked extensively on governmental procurement of technology, equipment, commodities and services, and public, nonprofit and private construction programs, and as a commercial litigator in the federal Middle District of Pennsylvania, and in a wide variety of state administrative law matters.  Mr. Warren represents technology vendors, design firms, and contractors in state construction and technology procurement contract negotiations and dispute resolution processes.  He also represents school districts, counties, cities, municipalities and authorities in contracting and construction matters.

**Michelle G. Novick,** *Partner*.  Ms. Novick is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office.   Ms. Novick concentrates her practice on corporate bankruptcy.

**Clarence Y. Lee,** *Partner.*  Mr. Lee is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Washington, D.C. office.  Mr. Lee represents insurers in a wide range of insurance coverage counseling and commercial litigation. Mr. Lee provides insurance coverage advice and litigation representation on a variety of insurance issues, including managed care, errors and omissions, hospital liability, general liability, environmental, cyber, technology, director's and officer's liability, professional liability, and architects and engineers' policies.

**Matthew M. Haar,** *Partner.* Mr. Haar is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Harrisburg, Pennsylvania office. Mr. Haar focuses his practice on corporate and commercial litigation with an emphasis on complex insurance and reinsurance litigation, including cases regarding bad faith and extra-contractual liability. Mr. Haar has represented both insurance companies and insureds in a wide variety of insurance related litigations, including complex coverage and contractual disputes, antitrust matters, bad faith actions, and rehabilitations and liquidations.

**Alexander R. Bilus,** *Partner.* Mr. Haar is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Mr. Bilus assists clients who are facing complex commercial litigation or who need legal advice on issues involving cybersecurity and data privacy, particularly in the higher education and financial services industries. Mr. Bilus' cybersecurity and data privacy experience includes responding to potential data breaches and providing advice on compliance with the European Union's General Data Protection Regulation.

**Monique B. DiSabatino**, *Partner.* Ms. DiSabatino is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office. Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Patrick M. Hromisin,** *Counsel.* Mr. Hromisin is Counsel in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Mr. Hromisin assists clients with white collar, compliance, and complex commercial litigation matters, including representations through trial, arbitration, mediation and negotiations with prosecutors and regulators. Mr. Hromisin represents institutions of higher education, insurance, health care and energy companies.

**Shane P. Simon**, *Associate.* Mr. Simon is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Mr. Simon represents clients from a variety of industries, including health care providers, colleges and universities, and corporations. Mr. Simon also advises clients on compliance with state and federal regulations affecting their day-to-day operations, including fraud and abuse laws, HIPAA, and licensing issues.

**Allison L. Burdette**, *Associate.* Ms. Burdette is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Pittsburgh, Pennsylvania office. Ms. Burdette advises clients on matters involving investigations by state and federal government agencies, including litigation and regulatory enforcement.

**Jordan D. Rosenfeld**, *Associate.* Mr. Rosenfeld is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Baltimore, Maryland office. Mr. Rosenfeld assists clients with complex commercial litigation. Mr. Rosenfeld also represents insurers in a variety of matters, including coverage and related cybersecurity and data privacy issues.

**Douglas A. Sampson**, *Associate.* Mr. Sampson is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Baltimore, Maryland office. Mr. Sampson assists with a variety of matters involving commercial litigation, real estate and telecommunications.

**Joseph D. Sweeny**, *Associate*.  Mr. Sweeny is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Chicago, Illinois office.  Mr. Sweeny maintains a general litigation practice with a focus on defending clients in white collar investigations.

**Melissa A. Martinez**, *Associate*.  Ms. Martinez is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Ms. Martinez focuses her practice in commercial bankruptcy and corporate reorganization.

**Jillian K. Walton**, *Associate*.  Ms. Walton an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Pittsburgh, Pennsylvania office.  Ms. Walton maintains a general litigation practice and handles a variety of matters for individuals, companies, and institutions of higher education involved in complex commercial disputes in state and federal courts. Ms. Walton also handles higher education matters, including conducting an internal investigation connected to compliance concerns, and cybersecurity matters, including internal investigations relating to business email compromise and cybersecurity risks relating to an IT service provider's negligent performance.

**Christie R. McGuinness**, *Associate*.  Ms. McGuinness is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its New York, New York office.  Ms. McGuinness maintains a general litigation practice.

**John A. Marty**, *Associate*.  Mr. Marty is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Pittsburgh, Pennsylvania office.  Mr. Marty maintains a general litigation practice and handles a variety of matters involving complex commercial disputes.

**Carolyn M. Toll**, *Associate*.  Ms. Toll is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Ms. Toll maintains a general litigation practice and handles a variety of matters involving complex commercial disputes.

**Shannon A. McGuire**, *Associate*.  Ms. McGuire is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Ms. McGuire works on a variety of commercial bankruptcy and restructuring matters including litigation involving debtors and creditors' committees.

**Rebecca R. Starner**, *Associate*.  Ms. Starner is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Princeton, New Jersey office.  Ms. Starner maintains a general litigation practice and handles a variety of matters involving complex commercial disputes.

**Zachary B. Kizitaff**, *Associate*.  Mr. Kizitaff is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Mr. Kizitaff maintains a general litigation practice and handles a variety of matters involving complex commercial disputes.

**Andrew Rudolph**, *Associate*.  Mr. Rudolph is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office.  Mr. Rudolph works on a variety of commercial bankruptcy and restructuring matters including litigation involving debtors and creditors' committees.