# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR ROCHE DIAGNOSTICS CORPORATION**

**PLEASE TAKE NOTICE** that David M. Powlen and Kevin G. Collins of Barnes & Thornburg LLP hereby withdraw their appearance as counsel to Roche Diagnostics Corporation ("Roche") in the above-captioned bankruptcy cases and hereby respectfully request that the Clerk of the Court, or any claims or noticing agent appointed in the case, remove them from the electronic and paper noticing matrix for the case.

**PLEASE FURTHER TAKE NOTICE** that the following law firm substitutes its appearance as counsel to Roche:

**FAEGRE DRINKER BIDDLE & REATH LLP**

| | |
|---|---|
| Ian J. Bambrick. Esq.<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel.: (302) 467-4200<br>Fax.: (302) 467-4201<br>ian.bambrick@faegredrinker.com | Jay Jaffe, Esq.<br>Kayla Britton, Esq.<br>600 E. 96th Street, Suite 600<br>Indianapolis, Indiana 46240<br>Tel.: (317) 569-9600<br>Fax: (317) 569-4800<br>Jay.Jaffe@faegredrinker.com<br>Kayla.Britton@faegredrinker.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

US.131212617.01

**PLEASE TAKE FURTHER NOTICE** that Faegre Drinker Biddle & Reath LLP ("Faegre Drinker") will appear in the above-captioned bankruptcy cases. Pursuant to Bankruptcy Rules 2002, 9007, and 9010, Roche respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon Faegre Drinker at the above addresses.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed with regard to the above-referenced bankruptcy proceeding.

Dated: January 29, 2021

| *Incoming Counsel:* | *Withdrawing Counsel:* |
|---|---|
| */s/ Ian J. Bambrick* | */s/ Kevin G. Collins* |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | **BARNES & THORNBURG LLP** |
| Ian J. Bambrick (Del. Bar. No. 5455) | David M. Powlen (DE Bar No. 4978) |
| 222 Delaware Avenue, Suite 1410 | Kevin G. Collins (DE Bar No. 5149) |
| Wilmington, DE 19801 | 1000 N. West Street, Suite 1500 |
| Tel.: (302) 467-4200 | Wilmington, DE 19801 |
| Fax.: (302) 467-4201 | Telephone: (302) 300-3434 |
| ian.bambrick@faegredrinker.com | Facsimile: (302) 300-3456 |
| | Email: david.powlen@btlaw.com |
| -and- | Email: kevin.collins@btlaw.com |
| Jay Jaffe, Esq. (*pro hac vice* pending) | |
| Kayla Britton, Esq. (*pro hac vice* pending) | |
| 600 E. 96th Street, Suite 600 | |
| Indianapolis, Indiana 46240 | |
| Tel.: (317) 569-9600 | |
| Fax: (317) 569-4800 | |
| Jay.Jaffe@faegredrinker.com | |
| Kayla.Britton@faegredrinker.com | |