IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |

**CERTIFICATION OF COUNSEL REGARDING
CONSENT ORDER REGARDING PRODUCTION
OF DOCUMENTS BY THE DEBTORS**

I, Mark Minuti, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby certify as follows:

1. The Debtors and the Official Committee of Unsecured Creditors (the "Committee") are in the process of conducting an investigation (the "Investigation") of potential claims and causes of action that may exist in the Debtors' chapter 11 cases. In connection with the Investigation, the Committee served requests for production on both the MBNF Non-Debtor Entities (as defined in the Discovery Motions noted below) and the Debtors pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. LR 2004-1.

2. On November 12, 2020, the Debtors and Committee served and filed the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities* [Docket No. 1888], and the *Joint Motion of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

38029463.1 2/3/21

*the Debtors and the Official Committee of Unsecured Creditors For Approval of Consent Order Regarding Committee Discovery of Debtors and Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 1891] (collectively, the "Discovery Motions") to resolve certain discovery disputes (the "Discovery Disputes") among the Debtors and the Committee on the one hand and the MBNF Non-Debtor Entities on the other hand.

3. On December 1, 2020, the Court entered the *Order Appointing Mediator in Connection with Discovery Disputes* [Docket No. 1943], appointing the Honorable Kevin J. Carey (ret.) as mediator in connection with the Discovery Disputes.

4. With Judge Carey's help, the Debtors, the Committee and the MBNF Non-Debtor Entities (collectively, the "Parties") have resolved certain of the Discovery Disputes and have agreed upon a protocol for resolving other Discovery Disputes in connection with the anticipated, agreed upon mediation of alleged claims and causes of action discovered during the Investigation.

5. As part of the resolution of the Parties' Discovery Disputes, the Parties have agreed, *inter alia*, to the consensual discovery process set forth in the proposed order (the "Proposed Order") attached hereto as **Exhibit A**.

6. The form of the Proposed Order has been approved by counsel to each of the Parties.

7. Of course, we are available to discuss this matter at the Court's convenience. Absent questions or concerns, we would ask that the Court sign the Proposed Order and direct that it be docketed.

                        Respectfully submitted,

Dated: February 3, 2021           **SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com

*Counsel for Debtors and Debtors in Possession*