## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: February 18, 2021 at 4:00 p.m. (ET)** |
| | ) |

### REPORT BY EISNERAMPER LLP OF
### COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
### PERIOD OF JANUARY 1, 2021 THROUGH JANUARY 31, 2021

Exhibit A:   STC OpCo, LLC - Transition Services Summary of Hours by Professionals
Transition Services Itemized Expenses

Exhibit B:   CRO Summary of Hours by Professional

Exhibit C:   Non-Transition Services Summary of Compensation by Project Category
Summary of Hours by Professionals
Summary Description of Services Provided

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Nineteenth Monthly Report of Compensation Earned and Expenses Incurred (the **"Report"**) for the period January 1, 2021 through January 31, 2021 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $262,827.80. EisnerAmper incurred $4,602.75, in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Fees and Expense Schedule (1/1/2021-1/31/2021)**

| Services | Fees | Expenses | Total |
|---|---:|---:|---:|
| STC Opco, LLC- Transition Services | $ 51,840.00 | $ 4,602.75 | $ 56,442.75 |
| CRO Services | 121,000.00 | - | 121,000.00 |
| Non- Transition Services | 89,987.80 | - | 89,987.80 |
| **Total** | **$ 262,827.80** | **$ 4,602.75** | **$ 267,430.55** |

# EXHIBIT A

**STC OpCo-Transition Services - Summary of Hours by Professional
and Itemized Expenses**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional- Transition Services**
**January 1, 2021 through January 31, 2021**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Dion Oglesby | Director | 96.0 | $ 540.00 |
| **GRAND TOTAL** | | **96.0** | |

* Rates change annually effective August 1st.
**Fee amount is included in the bill to STC Opco, LLC

| Philadelphia Academic Health System, LLC | | INVOICE | |
|---|---|---|---|
| | | **Invoice #** | **Date** |
| | | TSA - 013 | 02/4/2021 |
| **Bill to:** | | | |
| STC OpCo, LLC | | | |
| **Description** | | | **Amount** |
| Monthly EisnerAmper Transition Services - January 2020 (1/1/2021 - 1/31/2021) - D. Oglesby @ 96 Hours | | $ | 51,840.00 |
| EisnerAmper Administration and Technology Fee - January 2021 | | | 2,073.60 |
| EisnerAmper Direct Expenses - January 2021 | | | 2,529.15 |
| | | | |
| | | $ | 56,442.75 |
| | *Thank you for your payment!* | | |
| <u>Please Remit Funding to:</u> | | | |
| | Payee:  Philadelphia Academic Health System, LLC | | |
| | Bank:  Wells Fargo Bank, NA | | |
| | ABA Routing #: 121000248 | | |
| | Bank Account #: 4127916021 | | |

| Date | Professional | Expense | Amount | Narrative |
|---|---|---|---|---|
| 01/04/2021 | Oglesby, Dion | Airline,RR,etc | $ 101.00 | Train from client to NYC. Not duplicate. |
| 01/04/2021 | Oglesby, Dion | Airline,RR,etc | 89.00 | Train to client in Philadelphia. No duplicate. |
| 01/05/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train from client to NYC. Not duplicate. |
| 01/05/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train to client in Philadelphia. No duplicate. |
| 01/06/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train from client to NYC. Not duplicate. |
| 01/06/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train to client in Philadelphia. No duplicate. |
| 01/07/2021 | Oglesby, Dion | Airline,RR,etc | 89.00 | Train to client in Philadelphia. No duplicate. |
| 01/07/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train from client to NYC. Not duplicate. |
| 01/11/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train to client in Philadelphia. No duplicate. |
| 01/11/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train from client to NYC. Not duplicate. |
| 01/12/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train to client in Philadelphia. No duplicate. |
| 01/12/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train from client to NYC. Not duplicate. |
| 01/13/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train to client in Philadelphia. No duplicate. |
| 01/13/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train from client to NYC. Not duplicate. |
| 01/14/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train to client in Philadelphia. No duplicate. |
| 01/14/2021 | Oglesby, Dion | Airline,RR,etc | 101.00 | Train from client to NYC. Not duplicate. |
| | | **Airline,RR,etc Total** | **1,592.00** | |
| 01/04/2021 | Oglesby, Dion | Local Fares | 25.26 | Lyft from client location in Philadelphia |
| 01/04/2021 | Oglesby, Dion | Local Fares | 24.20 | Lyft to client location in Philadelphia |
| 01/05/2021 | Oglesby, Dion | Local Fares | 23.52 | Lyft from client location in Philadelphia |
| 01/05/2021 | Oglesby, Dion | Local Fares | 23.99 | Lyft to client location in Philadelphia |
| 01/06/2021 | Oglesby, Dion | Local Fares | 26.40 | Lyft to client location in Philadelphia |
| 01/06/2021 | Oglesby, Dion | Local Fares | 30.33 | Lyft from client location in Philadelphia |
| 01/07/2021 | Oglesby, Dion | Local Fares | 25.30 | Lyft from client location in Philadelphia |
| 01/07/2021 | Oglesby, Dion | Local Fares | 24.13 | Lyft to client location in Philadelphia |
| 01/11/2021 | Oglesby, Dion | Local Fares | 25.01 | Lyft from client location in Philadelphia |
| 01/11/2021 | Oglesby, Dion | Local Fares | 24.20 | Lyft to client location in Philadelphia |
| 01/12/2021 | Oglesby, Dion | Local Fares | 24.77 | Lyft from client location in Philadelphia |
| 01/12/2021 | Oglesby, Dion | Local Fares | 22.97 | Lyft to client location in Philadelphia |
| 01/13/2021 | Oglesby, Dion | Local Fares | 25.28 | Lyft from client location in Philadelphia |
| 01/13/2021 | Oglesby, Dion | Local Fares | 24.03 | Lyft to client location in Philadelphia |
| 01/14/2021 | Oglesby, Dion | Local Fares | 25.57 | Lyft to client location in Philadelphia |
| 01/14/2021 | Oglesby, Dion | Local Fares | 24.13 | Lyft from client location in Philadelphia |
| | | **Local Fares Total** | **399.09** | |
| 01/05/2021 | Oglesby, Dion | Meals | 7.61 | Breakfast in client cafeteria in Philadelphia |
| 01/07/2021 | Oglesby, Dion | Meals | 7.72 | Breakfast in client cafeteria in Philadelphia |
| 01/12/2021 | Oglesby, Dion | Meals | 4.83 | Breakfast in client cafeteria in Philadelphia |
| | | **Meals Total** | **20.16** | |
| 12/18/2020 | Dreskin, Ronald | Mileage | 154.28 | Mileage roundtrip to Philadelphia |
| 12/26/2020 | Dreskin, Ronald | Mileage | 154.28 | Mileage roundtrip to Philadelphia |
| 01/05/2021 | Dreskin, Ronald | Mileage | 154.28 | Mileage roundtrip to Philadelphia |
| | | **Mileage Total** | **462.84** | |
| 01/08/2021 | Dreskin, Ronald | Postage & Messenger | 16.62 | Postage & Messenger |
| 01/08/2021 | Dreskin, Ronald | Postage & Messenger | 21.82 | Postage & Messenger |
| 01/11/2021 | Dreskin, Ronald | Postage & Messenger | 16.62 | Postage & Messenger |
| | | **Postage & Messenger Total** | **55.06** | |
| | | **Total Expenses** | **2,529.15** | |
| | | **Administration and Technology Fee** | **2,073.60** | |
| | | **Grand Total** | **$ 4,602.75** | |

# **EXHIBIT B**

**CRO Summary of Hours by Professional**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**January 1, 2021 through January 31, 2021**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 153.2 | $ 655.00 |
| **GRAND TOTAL** | | **153.2** | |

* Rates change annually effective August 1st.

# **EXHIBIT C**

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

38044925.1 02/08/2021

Exhibit C　　Case 19-11466-MFW　Doc 2080　Filed 02/08/21　Page 10 of 11

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**January 1, 2021 through January 31, 2021**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 6.6 | $ 555.00 | $ 3,663.00 |
| Jay Lindenberg, CPA/CFF, CIRA | Director | 11.4 | 555.00 | 6,327.00 |
| Adeola Akinrinade | Director | 69.8 | 540.00 | 37,692.00 |
| Steven Biscello, CPA | Director | 9.0 | 540.00 | 4,860.00 |
| Julia Bennetsen | Director | 0.9 | 540.00 | 486.00 |
| Tyler Tracewski | Sr. Manager | 4.3 | 485.00 | 2,085.50 |
| Susannah Prill, CPA | Sr. Manager | 98.7 | 410.00 | 40,467.00 |
| Vincent Occhino | Manager | 3.0 | 360.00 | 1,080.00 |
| David Venanzi | Staff II | 0.3 | 295.00 | 88.50 |
| Helen Boateng | Staff II | 28.0 | 295.00 | 8,260.00 |
| Giselle Ramirez | Staff I | 2.8 | 155.00 | 434.00 |
| Amanda Sarwan-Jones | Paraprofessional | 1.0 | 155.00 | 155.00 |
| DelMarie Velazquez | Paraprofessional | 2.0 | 135.00 | 270.00 |
| **TOTAL HOURS AND FEES** | | | | 105,868.00 |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | (15,880.20) |
| **GRAND TOTAL** | | **237.8** | **$ 378.42** | **$89,987.80** |

* Rates change annually effective August 1st.

Exhibit C　　Case 19-11466-MFW    Doc 2080    Filed 02/08/21    Page 11 of 11

| Professionals | Sum of Hours | Sum of Amount |
|---|---:|---:|
| **Akinrinade, Adeola** | **69.8** | **$ 37,692.00** |
| Claims Admin & Objections | 66.3 | 35,802.00 |
| Consulting | 3.0 | 1,620.00 |
| Operating Reports | 0.5 | 270.00 |
| **Bennetsen, Julia** | **0.9** | **486.00** |
| Claims Admin & Objections | 0.9 | 486.00 |
| **Bisciello, Steven** | **9.0** | **4,860.00** |
| Consulting | 9.0 | 4,860.00 |
| **Boateng, Helen** | **28.0** | **8,260.00** |
| Consulting | 28.0 | 8,260.00 |
| **Lindenberg, Jay** | **11.4** | **6,327.00** |
| Claims Admin & Objections | 9.9 | 5,494.50 |
| Data Analysis | 0.7 | 388.50 |
| Tax Issues | 0.8 | 444.00 |
| **Occhino, Vincent** | **3.0** | **1,080.00** |
| Client Meeting | 1.5 | 540.00 |
| Tax Issues | 1.5 | 540.00 |
| **Pederson, William** | **6.6** | **3,663.00** |
| Operating Reports | 2.0 | 1,110.00 |
| Telephone Calls | 4.6 | 2,553.00 |
| **Prill, Susannah** | **98.7** | **40,467.00** |
| Business Analysis | 4.7 | 1,927.00 |
| Claims Admin & Objections | 72.2 | 29,602.00 |
| Consulting | 7.5 | 3,075.00 |
| Operating Reports | 12.0 | 4,920.00 |
| Tax Issues | 1.1 | 451.00 |
| Telephone Calls | 1.2 | 492.00 |
| **Ramirez, Giselle** | **2.8** | **434.00** |
| Claims Admin & Objections | 2.8 | 434.00 |
| **Sarwan-Jones, Amanda** | **1.0** | **155.00** |
| Claims Admin & Objections | 1.0 | 155.00 |
| **Tracewski, Tyler** | **4.3** | **2,085.50** |
| Business Analysis | 2.8 | 1,358.00 |
| Consulting | 1.5 | 727.50 |
| **Velazquez, DelMarie** | **2.0** | **270.00** |
| Fee/Employment Application | 2.0 | 270.00 |
| **Venanzi Jr., David** | **0.3** | **88.50** |
| Claims Admin & Objections | 0.3 | 88.50 |
| **Grand Total** | **237.8** | **$ 105,868.00** |