**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket No. 2044** |
| ) | |

**CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER SUSTAINING DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies that:

1. On January 22, 2021, the *Debtors' Third Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2044] (the "Objection")[2] was filed with the Court, by which the Debtors sought entry of the proposed order attached thereto (the "Proposed Order") (a) disallowing certain claims that were filed after the General Bar Date, (b) disallowing certain duplicative claims, (c) disallowing certain amended claims, and (d) reassigning certain claims to the correct Debtor.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2.  Pursuant to the notice of the Objection [D.I. 2044], the deadline to respond to the Objection was February 5, 2021, at 4:00 p.m., which deadline was extended for the Pennsylvania Department of Revenue ("PDOR") to February 10, 2021 at 4:00 p.m. and for Laboratory Corporation of America ("LabCorp") to February 12, 2021 at 4:00 p.m. (together, the "Objection Deadline").

3.  Prior to the Objection Deadline, the Debtors received informal responses to the Objection from PDOR, LabCorp and Melvin Wagstaff, a former employee of the Debtors. Other than these responses, no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.  The Debtors have removed the claims of PDOR and LabCorp from the Proposed Order while the Debtors work with such parties to address their questions regarding the Objection. The Debtors will submit a separate order to address such parties' claims upon the resolution of any issues relating to such claims or following any Court ruling on the Objection to such claims.

5.  Furthermore, in resolution of Mr. Wagstaff's informal response to the Objection, the Debtors have removed Mr. Wagstaff's claim from the Proposed Order.

6.  Attached hereto as **Exhibit "1"** is the revised Proposed Order (the "Revised Order"), which removes the claims held by PDOR, LabCorp and Mr. Wagstaff. Attached hereto as **Exhibit "2"** is a redline of the Proposed Order that reflects the changes to the Proposed Order and its accompanying schedules.

7.  The Debtors respectfully request that the Court sign the Proposed Order and direct that it be docketed, without further notice or hearing.

8.  Of course, we are available to discuss this matter at the Court's convenience.

Dated: February 8, 2021                    **SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Shannon A. McGuire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
shannon.mcguire@saul.com

*Counsel for Debtors and Debtors in Possession*