# EXHIBIT 2

**Redline Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket No. —— 2044** |
| | ) |

**ORDER SUSTAINING DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
(NON-SUBSTANTIVE) PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Debtors' Third Omnibus Objection to Claims (Non-Substantive)*

*Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and*

*Local Rule 3007-1* (the "**Objection**"),[2] by which the Debtors request the entry of an order pursuant

to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local

Rule 3007-1, disallowing the Late-Filed Claims, the Duplicate Claims and the Amended Claims

set forth on **Exhibits A, B and C** attached hereto, and reassigning the Wrong Debtor Claims set

forth on **Exhibit D** attached hereto; and upon consideration of the Wilen Declaration; and it

appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

and due and adequate notice of the Objection having been given under the circumstances; and

sufficient cause appearing therefor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1.　　　The Objection is sustained as set forth herein.

2.　　　The Late-Filed Claims set forth on the attached **Exhibit A** are hereby disallowed in their entirety.

3.　　　The Duplicate Claims set forth on the attached **Exhibit B** are hereby disallowed in their entirety.

4.　　　The Amended Claims set forth on the attached **Exhibit C** are hereby disallowed in their entirety.

5.　　　The Wrong Debtor Claims set forth on the attached **Exhibit D** are hereby reassigned as a claim against the Debtor listed in the column headed "Modified Debtor."

6.　　　The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with the terms of this Order.

7.　　　To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Debtors are unable to resolve the response, each such Disputed Claim, and the Objection by the Debtors to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

8.　　　Any order entered by the Court regarding the Objection shall be deemed a separate order with respect to each Disputed Claim.

9.　　　This Order is without prejudice to the rights of the Debtors and any successor entities to: (a) object to any Claims on grounds other than as stated in the Objection if any such Claim is reconsidered; and (b) object, on any grounds permitted by law or equity, to any claim, whether filed or not, in these cases.

10.     The rights of the Debtors and any successor entities to use any available defenses under section 502 of the Bankruptcy Code, including the assertion of a preference action to set off against or otherwise reduce all or part of any Claim, are preserved.

11.     Any stay of this Order pending appeal by any claimant shall only apply to the contested matter that involves the claimant's specific claim and shall not stay the applicability and/or finality of this Order with respect to all other affected claims.

12.     To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

13.     The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

37896638.8 37896638.9.docx 02/08/2021

## Exhibit A

**Late-Filed Claims**

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| Name of Claimant | Claim Number | Claim Amount ($) | Date Claim Filed | Reason for Disallowance |
| 1. Bailey, Menissah | 1193 | $3,712.97 | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 2. Black, Diana A | 1139 | no amount specified | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 3. Electronic Microscopy Sciences | 756 | $241.81 | 12/23/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 4. Probo Medical f/k/a Trisonics | 1241 | $14,682.60 | 11/2/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 5. Roccia, Kimberly | 1242 | no amount specified | 12/28/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| ~~6.~~ ~~TVR Communications~~ | ~~1240~~ | ~~$2,987.63~~ | ~~11/19/2020~~ | ~~The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET).~~ |
| 6. ~~7.~~ ~~Wagstaff, Melvin R.~~ TVR Communications | ~~1155~~1240 | ~~$7,346.74~~ $2,987.63 | ~~8/10/2020~~11/19/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

## Exhibit B

**Duplicate Claims**

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 1. Arledge Electronics, Inc. | St. Christopher's Healthcare, LLC. | no amount specified | 277 | 379 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 2. Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 137 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Health System, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 3. Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 20 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Medical Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 4. Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 56 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 5. Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 14 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 6. Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 52 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS II of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 7. Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 17 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS III of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 8. Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 29 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS IV of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

37896638.8 37896638.9.docx 02/08/2021

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 9. | Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 17 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS V of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 10. | Commonwealth of Pennsylvania | TPS V of PA, LLC | $2,448.60 | 30 | 14 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 11. | Commonwealth of Pennsylvania | StChris Care at Northeast Pediatrics, LLC | $4,248.98 | 29 | 16 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 12. | Commonwealth of Pennsylvania | SCHC Pediatric Associates, LLC | $112,475.62 | 86 | 51 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 13. | Commonwealth of Pennsylvania | St. Christopher's Healthcare, LLC | $424,183.55 | 710 | 538 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 14. | Commonwealth of Pennsylvania | Center City Healthcare, LLC | $1,686.045.14 | 1121 | 876 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 15. | Doughterty, Caitlin | Center City Healthcare, LLC | $19,008 | 1161 | 1116 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

37896638.8 37896638.9.docx 02/08/2021

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 16. | Fish Heads Aquarium SVC LLC | St. Christopher's Healthcare, LLC. | $7,830 | 275 | 431 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 17. | Funaro, Dominic | Philadelphia Academic Health System, LLC | $3,566 | 23 | 22 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Surviving Claim is subject to objection on other grounds, as reflected in Exhibit D. |
| 18. | Kerr, Carol | St. Christopher's Healthcare, LLC. | $18,414.51 | 728 | 747 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 19. | Khalsa, Amrit | Philadelphia Academic Health System, LLC | $41,666 | 141 | 142 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Surviving Claim is subject to objection on other grounds, as reflected in Exhibit D. |
| 20. | Marpac, Inc. | St. Christopher's Healthcare, LLC. | $2,677.50 | 60 | 210 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 21. | Med One Capital Funding, LLC. | Center City Healthcare, LLC | $21,362.29 | 267 | 123 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

37896638.8 37896638.9.docx 02/08/2021

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 22. Pak, Anna | Center City Healthcare, LLC | $7,901.57 | 658 | 351 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 23. Pak, Anna | Philadelphia Academic Health System, LLC | $7,901.57 | 108 | 351 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Health System, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 24. Pak, Anna | Philadelphia Academic Medical Associates, LLC | $7,901.57 | 11 | 351 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Medical Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 25. Pak, Anna | SCHC Pediatric Associates, LLC | $7,901.57 | 34 | 351 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 26. Patient Telephone Supply, LLC | St. Christopher's Healthcare, LLC. | $500.20 | 78 | 286 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

37896638.8 37896638.9.docx 02/08/2021

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 27.          ~~Pennsylvania Department of Revenue~~ | ~~Center City Healthcare, LLC~~ | ~~1,545,825.99~~ | ~~853~~ | ~~1105~~ | ~~Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim.~~ |
| 28.          ~~Pennsylvania Department of Revenue~~ | ~~SCHC Pediatric Associates, LLC~~ | ~~10,272.54~~ | ~~85~~ | ~~46~~ | ~~Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim.~~ |
| 29.          ~~Pennsylvania Department of Revenue~~ | ~~StChris Care at Northeast Pediatrics, LLC~~ | ~~724.59~~ | ~~14~~ | ~~115~~ | ~~Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim.~~ |
| 30.          ~~Pennsylvania Department of Revenue~~ | ~~StChris Care at Northeast Pediatrics, LLC~~ | ~~724.59~~ | ~~28~~ | ~~115~~ | ~~Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim.~~ |
| 27. ~~3 1.~~ | Richardson, Patti A. | Philadelphia Academic Health System, LLC | $30,486.20 | 60 | 107 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Surviving Claim is  subject to objection on other grounds, as reflected in Exhibit D. |
| 28. ~~3 2.~~ | Transcat | Center City Healthcare, LLC | $4,803.92 | 342 | 341 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 29. ~~3 3.~~ | W.W. Grainger, Inc. | Philadelphia Academic Health System, LLC | $63,309.97 | 88 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Health System, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| <u>30.</u> ~~4.~~ W.W. Grainger, Inc. | Philadelphia Academic Medical Associates, LLC | $63,309.97 | 3 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Medical Associates, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| <u>31.</u> ~~5.~~ W.W. Grainger, Inc. | HPS of PA, LLC | $63,309.97 | 3 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against HPS of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| <u>32.</u> ~~6.~~ W.W. Grainger, Inc. | SCHC Pediatric Associates, LLC | $63,309.97 | 24 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Associates, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| <u>33.</u> ~~7.~~ W.W. Grainger, Inc. | St. Christopher's Pediatric Urgent Care Center, LLC | $63,309.97 | 3 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against St. Christopher's Pediatric Urgent Care Center, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |

~~37896638.8~~ 37896638.9.docx 02/08/2021

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 34. ~~8.~~ W.W. Grainger, Inc. | SCHC Pediatric Anesthesia Associates, LLC | $63,309.97 | 4 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Anesthesia Associates, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 35. ~~9.~~ W.W. Grainger, Inc. | StChris Care of Northeast Pediatrics, LLC | $63,309.97 | 7 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against StChris Care of Northeast Pediatrics, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 36. ~~0.~~ W.W. Grainger, Inc. | TPS of PA, LLC | $63,309.97 | 2 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 37. ~~1.~~ W.W. Grainger, Inc. | TPS II of PA, LLC | $63,309.97 | 34 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS II of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |

~~37896638.8~~ 37896638.9.docx 02/08/2021

| | | Duplicate Claims | | | | |
|---|---|---|---|---|---|---|
| | | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |

| | | Name of Claimant | Debtor Against Whom Claim is Asserted | Claim Amount ($) | Duplicate Claim No.(s) to be Disallowed | Surviving Claims No. | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 38. 2. | 4 | W.W. Grainger, Inc. | TPS III of PA, LLC | $63,309.97 | 4 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS III of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 39. 3. | 4 | W.W. Grainger, Inc. | TPS IV of PA, LLC | $63,309.97 | 16 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS IV of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 40. 4. | 4 | W.W. Grainger, Inc. | TPS V of PA, LLC | $63,309.97 | 4 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS V of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 41. 5. | 4 | Water Revenue Bureau | St. Christopher's Healthcare, LLC. | $2,414.79 | 133 | 134 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

37896638.8 37896638.9.docx 02/08/2021

**Exhibit C**

**Amended Claims**

| | AMENDED CLAIMS | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. ARAMARK Uniform & Career Apparel, LLC | 195 | 884 | $12,328.26 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 2. bioLytical Laboratories, Inc. | 32 | 7 | $1,159.30 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 3. Burkey, Brooke | 136 | 137 | $13,512 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds, as reflected in Exhibit D. |
| 4. Burkey, Brooke | 559 | 561 | $13,512 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds, as reflected in Exhibit D. |
| 5. Burkey, Brooke | 13 | 14 | $13,512 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds, as reflected in Exhibit D. |
| 6. Burkey, Brooke | 19 | 20 | $13,512 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds, as reflected in Exhibit D. |

| AMENDED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 7. | Burkey, Brooke | 55 | 56 | $13,512 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds, as reflected in Exhibit D. |
| 8. | Coleman, Kelly | 1147 | 1239 | no amount specified | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 9. | Cura Surgical | 44 | 45 | $2,277.93 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 10. | Cura Surgical | 45 | 46 | $2,277.93 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 11. | DeAngelis, Mario | 40 | 72 | $22,000 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds as reflected Exhibit D. |
| 12. | Department of Treasury - Internal Revenue Service | 8 | 1243 | $20,489.65 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 13. | Drucker, Dale | 351 | 519 | $13,650 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |

37896638.8 37896638.9.docx 02/08/2021

| AMENDED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 14. | Eagles Dispatch, LLC | 9 | 35 | $13,148.26 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 15. | Euler Hermes Agent for Companie Gene | 352 | 324 | $617,111.48 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 16. | Eurofins Viracor | 27 | 102 | $31,582 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 17. | Hall, Thomas | 32 | 80 | $11,699 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 18. | Hanger Prosthetics & Orthotics, Inc. dba Hanger Clinic | 317 | 579 | $60,028.06 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 19. | HealthShare Exchange of Southeastern Pennsylvania, Inc. | 164 | 602 | $48,364 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 20. | HealthShare Exchange of Southeastern Pennsylvania, Inc. | 86 | 294 | $24,181 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 21. | Liofilchem, Inc. | 25 | 26 | $1,605 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |

| AMENDED CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Amended Claim No. to be Disallowed | Surviving Claim No. | Claim Amount ($) | Reason for Disallowance |
| 22. | Masimo | 78 | 125 | $22,598.66 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 23. | Monterey Medical Solutions, Inc. | 66 | 72 | $52,335 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 24. | Monterey Medical Solutions, Inc. | 72 | 859 | $52,335 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 25. | Monterey Medical Solutions, Inc. | 133 | 139 | $39,600 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 26. | Pega Medical, Inc. | 524 | 525 | $5,350 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 27. | Pennsylvania Department of Revenue | 9 | 710 | $2,980,726.39 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is subject to further objection, as set forth herein. |
| 28. | Pennsylvania Department of Revenue | 710 | 1105 | $1,544,113.51 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 29. | Pennsylvania Department of Revenue | 11 | 445 | $680,905.41 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the |

| | AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| | | | | | Surviving Claim. The Surviving Claim is subject to further objection, as set forth herein. |
| 30. | Pennsylvania Department of Revenue | 445 | 530 and 704 | $475,037.37 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. Claim 704 is subject to further objection, as set forth herein. |
| 31. | Pennsylvania Department of Revenue | 704 | 530 | $475,037.37 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 32. | Pennsylvania Department of Revenue | 1 | 46 and 85 | $5,966.21 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. Claim 85 is subject to further objection, as set forth in Exhibit B. |
| 33. | Pennsylvania Department of Revenue | 1 | 11 and 29 | $933.68 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. Claim 29 is subject to further objection, as set forth herein. |
| 26. 34. ~~3~~ | ~~Pennsylvania Department of Revenue~~ Pega Medical, Inc. | 29524 | 11525 | $956.53 5,350 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 27. 35. ~~3~~ | Richards, Suzanne | 30 | 156 | $11,535,864.37 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |

| AMENDED CLAIMS | | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 28. ~~6.~~ | ~~3~~ Roman, Leslie | 417 | 454 | $2,347.46 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 29. ~~7.~~ | ~~3~~ Saechow, Pamela | 31 | 155 | $9,229,166.67 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 30. ~~8.~~ | ~~3~~ SOC Telemed | 30 | 33 | $14,875 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 31. ~~9.~~ | ~~3~~ State of the Art Medical Products, Inc. | 11 | 39 | $1,368.73 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |

6

**Exhibit D**

**Wrong Debtor Claims**

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 1. | Abbott Diagnostics Division of Abbott Laboratories Inc. | 134 | $128,194.03 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 2. | Abbott Laboratories Inc. | 125 | $68,832.36 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 3. | Abbott Vascular Division of Abbott Laboratories Inc. | 44 | $77,755.00 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 4. | AmeriWater LLC | 26 | $3,011 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 5. | Arledge Electronics, Inc. | 277 | no amount specified | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 6. | Arrow International Inc. | 8 | $157,450.45 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 7. | Arrow International Inc. | 17 | $17,520.64 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 8. | Beckel, Nikki | 97 | $2,729.45 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 9. | Bromedicon, LLC | 33 | $156,568.00 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 10. | Bullock, Dawn M. | 93 | no amount specified | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 11. | Burkey, Brooke | 137 | $13,512 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |

37896638.8 37896638.9.docx 02/08/2021

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 12. | Burkey, Brooke | 20 | $13,512 | Philadelphia Academic Medical Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 13. | Burkey, Brooke | 56 | $13,512 | SCHC Pediatric Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 14. | Burkey, Brooke | 14 | $13,512 | TPS of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 15. | Burkey, Brooke | 52 | $13,512 | TPS II of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |

3

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 16. | Burkey, Brooke | 17 | $13,512 | TPS III of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 17. | Burkey, Brooke | 29 | $13,512 | TPS IV of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 18. | Burkey, Brooke | 17 | $13,512 | TPS V of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor.  The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 19. | Confalone, Megan | 115 | $15,164 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 20. | CooperSurgical, Inc. | 3 | $5,706.52 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 21. | CooperSurgical, Inc. | 4 | $3,933.58 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 22. | CuraScript SD | 35 | $436.50 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 23. | Cuyler, Ratasha | 126 | no amount specified | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 24. | DeAngelis, Mario | 72 | $18,774 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 25. | Dell Marketing, L.P. | 51 | $2,099.52 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 26. | Diagnostica Stago, Inc. | 146 | $61,433.62 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

5

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 27. | Discount Two Way Radio Corporation | 6 | $1,644.07 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 28. | Empire Genomics, LLC | 20 | $2,375 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 29. | Eurofins Viracor | 28 | $250 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit C to the Objection. |
| 30. | Fugarolas, Keri | 140 | $6,020 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 31. | Funaro, Dominic | 22 | $3,566 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 32. | GP Energy Products LLC | 1 | $69,057.75 | Philadelphia Academic Medical Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 33. | Hall, Thomas | 80 | $11,699 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 34. | Harvard Cardiovascular, Inc. | 15 | $68,026 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 35. | HLM Inc dba Ackers Hardware | 56 | $8,939.86 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 36. | Kersten, Hans Bruno | 65 | $24,614.70 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 37. | Khalsa, Amrit | 142 | $41,666 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| WRONG DEBTOR CLAIMS | | | | | | |
|---|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 38. | KLS Martin L.P. | 42 | $90,792.64 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 39. | Koenigsberg DO, Robert | 90 | $16,650 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 40. | Kwon, Michael | 118 | $13,650 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 41. | Kwon, Michael | 119 | $14,333.47 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 41. 42. | Laboratory Corporation of America Kwon, Michael | 79 119 | $236,488.90 $14,333.47 | Philadelphia Academic Health System, LLC | Center City St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

37896638.8 37896638.9.docx 02/08/2021

| | | | | WRONG DEBTOR CLAIMS | | |
|---|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 42. | 43. | Lite Tech, Inc. | 83 | $2,539.33 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 43. | 44. | LRD Graphics Inc T/A Fels Printing | 290 | 42,275.41 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 44. | 45. | Mayflower Laundry and Textile Services, LLC | 45 | $456,883.47 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 45. | 46. | Med One Capital Funding, LLC | 267 | $21,362.29 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 46. | 47. | Medical Doctor Associates, LLC | 24 | $24,851.51 | Philadelphia Academic Health System, LLC | SCHC Pediatric Associates, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

9

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 47. ~~48.~~ | Mercer, Candice | 89 | $3,815 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 48. ~~49.~~ | Monogram Biosciences | 14 | $21,560 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 49. ~~50.~~ | Morales, Elva | 132 | $5,742.80 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 50. ~~51.~~ | Mossabeb, Roschanak | 98 | $12,037.04 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 51. ~~52.~~ | Moy, Cynthia | 112 | $5,680 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 52. ~~53.~~ | Niblock, Julie | 116 | $12,994.80 | Philadelphia Academic Health System, LLC | SCHC Pediatric Associates, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| WRONG DEBTOR CLAIMS | | | | | | |
|---|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 53. 54. | Novamed USA Inc. | 53 | $1,285 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 54. 55. | Pak MD, Anna | 658 | $7,901 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim also is subject to objection on other grounds as reflected in Exhibit B. |
| 55. 56. | Pak MD, Anna | 108 | $7,901 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim also is subject to objection on other grounds as reflected in Exhibit B. |
| 56. 57. | Pak MD, Anna | 11 | $7,901 | Philadelphia Academic Medical Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 57. 58. | Pak MD, Anna | 34 | $7,901 | SCHC Pediatric Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |

37896638.8 37896638.9.docx 02/08/2021

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 58. 59. Pantisano, Marianne | 180 | $14,872 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 59. 60. Patel, Priya | 111 | $8,228.91 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 60. 61. Patient Telephone Supply, LLC | 78 | $500.20 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is subject to objection on other grounds as reflected in Exhibit B. |
| 61. 62. Pennoni Associates Inc. | 377 | $534 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 62. 63. Pennoni Associates Inc. | 378 | $1,265 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

37896638.8 37896638.9.docx 02/08/2021

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 63. 64. | Philadelphia Urosurgical Associates, PC | 37 | $57,937.50 | Philadelphia Academic Health System, LLC | TPS IV of PA, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 64. 65. | Pierre-Louis, Jessy | 102 | no amount specified | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 65. 66. | PolyMedics Innovations Inc | 10 | $5,928.18 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 66. 67. | Rhein, April P. | 86 | no amount specified | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 67. 68. | Richardson, Patti A. | 107 | $13,486.20 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 68. 69. | Rogers, Candace | 143 | $2,000 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

13

| WRONG DEBTOR CLAIMS | | | | | | |
|---|---|---|---|---|---|---|
| Name of Claimant | | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 69. | 70. | Roy, Lisy | 110 | $11,185 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 70. | 71. | Schuettge, Anna | 122 | $1,227.23 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 71. | 72. | Sizewise Rentals, LLC | 251 | $1,680 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 72. | 73. | Small, Dawn S. | 154 | $4,149.84 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 73. | 74. | Stinson, Kelsey | 176 | $13,967.75 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

14

| WRONG DEBTOR CLAIMS | | | | | | |
|---|---|---|---|---|---|---|
| Name of Claimant | | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 74. | 75. | Suture Express Inc. | 36 | $5,917.13 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 75. | 76. | Taylor, Daniel R. | 91 | $29,814 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 76. | 77. | Tazhibi, Golshid | 145 | $21,409.73 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 77. | 78. | Teleflex Medical Incorporated | 7 | $24,347.20 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 78. | 79. | Teleflex Medical Incorporated | 16 | $30,736.39 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 79. | 80. | Thomas, Angela | 170 | no amount specified | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

37896638.8 37896638.9.docx 02/08/2021

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 80. 81. | Treacy, Erin | 76 | $15,000 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 81. 82. | Trebelev MD, Alexander | 82 | $22,731 | Philadelphia Academic Health System, LLC | TPS IV of PA, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 82. 83. | Trebelev MD, Alexander | 83 | $22,500 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 83. 84. | Trebelev MD, Alexander | 84 | $22,730.80 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 84. 85. | Union Surgical, LLC | 131 | $1,230 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 85. 86. | USOC Medical | 38 | $24,560 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 86. ~~87.~~ | Veksler MD, Ekaterina | 41 | $25,000 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 87. ~~88.~~ | Villafana Ph.D., Theodore | 184 | $7,020 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 88. ~~89.~~ | W.W. Grainger, Inc. | 88 | $63,309.97 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 89. ~~90.~~ | W.W. Grainger, Inc. | 3 | $63,309.97 | Philadelphia Academic Medical Associates, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 90. ~~91.~~ | W.W. Grainger, Inc. | 3 | $63,309.97 | HPS of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 91. ~~92.~~ | W.W. Grainger, Inc. | 24 | $63,309.97 | SCHC Pediatric Associates, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |

~~37896638.8~~ 37896638.9.docx 02/08/2021

| WRONG DEBTOR CLAIMS | | | | | | |
|---|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 92. | 93. | W.W. Grainger, Inc. | 3 | $63,309.97 | St. Christopher's Pediatric Urgent Care Center, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 93. | 94. | W.W. Grainger, Inc. | 4 | $63,309.97 | SCHC Pediatric Anesthesia Associates, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 94. | 95. | W.W. Grainger, Inc. | 7 | $63,309.97 | StChris Care of Northeast Pediatrics, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 95. | 96. | W.W. Grainger, Inc. | 2 | $63,309.97 | TPS of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 96. | 97. | W.W. Grainger, Inc. | 34 | $63,309.97 | TPS II of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 97. | 98. | W.W. Grainger, Inc. | 4 | $63,309.97 | TPS III of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |

37896638.8 37896638.9.docx 02/08/2021

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 98. 99. | W.W. Grainger, Inc. | 16 | $63,309.97 | TPS IV of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 99. 10 0. | W.W. Grainger, Inc. | 4 | $63,309.97 | TPS V of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 100. 1. 10 | Wesolowski, Deborah L. | 59 | $13,430.40 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 101. 2. 10 | Wharton, Karen | 54 | $5,520 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 102. 3. 10 | Wolf, Michael Jacob | 150 | $11,050.55 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 103. 4. 10 | Wolf, Michael Jacob | 151 | $13,650 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 104. 5. | 10 | Yoon, Jeein | 95 | $10,954.03 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 105. 6. | 10 | Zebrower MD, Marcus J. | 18 | $8,250 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 106. 7. | 10 | Zebrower MD, Marcus J. | 19 | $29,633 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |