# EXHIBIT 1

**Proposed Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related to Docket Nos. 2045 and ____** |

### ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the *Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "**Objection**"),[2] by which the Debtors request the entry of an order pursuant to sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing the No Liability Claims set forth on **Exhibit A** attached hereto and modifying the Misclassified Claims, the Modified Amount and Classification Claims and the Modified Amount Claims set forth on **Exhibits B, C and D** attached hereto; and upon consideration of the Wilen Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained as set forth herein.

2.      The No Liability Claims set forth on the attached **Exhibit A** under the heading "Claim No." are hereby disallowed in their entirety.

3.      The Misclassified Claims are modified to reflect the correct priority status of the claims (or portions of the claims) as reflected under the heading "Modified Priority Status" on the attached **Exhibit B**.

4.      The Modified Amount and Classification Claims are modified to reflect the correct priority status of the claims (or portions of the claims) and the correct amount as reflected under the heading "Modified Claim Amount ($) and Priority Status" on the attached **Exhibit C**.

5.      The Modified Amount Claims are modified to reflect the correct amount as reflected under the heading "Modified Claim Amount ($)" on the attached **Exhibit D**.

6.      The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with the terms of this Order.

7.      To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Debtors are unable to resolve the response, each such Disputed Claim, and the Objection by the Debtors to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

8.      Any order entered by the Court regarding the Objection shall be deemed a separate order with respect to each Disputed Claim.

9.      This Order is without prejudice to the rights of the Debtors and any successor entities to: (a) object to any Claims on grounds other than as stated in the Objection if any such

Claim is reconsidered; and (b) object, on any grounds permitted by law or equity, to any claim, whether filed or not, in these cases.

10.    The rights of the Debtors and any successor entities to use any available defenses under section 502 of the Bankruptcy Code, including the assertion of a preference action to set off against or otherwise reduce all or part of any Claim, are preserved.

11.    Any stay of this Order pending appeal by any claimant shall only apply to the contested matter that involves the claimant's specific claim and shall not stay the applicability and/or finality of this Order with respect to all other affected claims.

12.    To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

13.    The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

## Exhibit A

**No Liability Claims**

| | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 1 | Childs, Michael | 928 | Center City Healthcare, LLC | $1,500.00 | $1,000,000,000.00 | - | - | - | $1,500.00 | The asserted claim is not reflected in the Debtors' books and records and no documentation in support of the claim has been provided. Claim is also subject to further objection on other grounds (*see* Exhibit C (Modified Amount and Classification Claims)). |
| 2 | Nguzen, Francis | 247 | St. Christopher's Healthcare, LLC | $5,000.00 | - | $5,000.00 | | - | $5,000.00 | The asserted claim is not reflected in the Debtors' books and records and no documentation in support of the claim has been provided. |
| 3 | Perinatal Cardiology Consultants | 27 | Center City Healthcare, LLC | $10,900.85 | - | $7,204.04 | - | - | $10,900.85 | The asserted claim was satisfied in connection with the assumption of the Perinatal Cardiology Services Agreement through the payment of the cure amount of $10,900.85 on 12/16/2020. |
| 4 | RealMed Corporation | 11 | Philadelphia Academic Health System, LLC | - | - | $13,534.10 | - | $108,281.92 | $121,816.02 | Claimant's claim was satisfied upon the assumption and assignment of the Agreement for Eligibility Verification and Revenue Cycle Services to STC OpCo, LLC with a $0.00 cure amount, as reflected in Docket No. 1219. Claim is also subject to further objection on other grounds (*see* Exhibit B (misclassified)). |
| 5 | Rydal Square, L.P. | 2 | Philadelphia Academic Health System, LLC | - | - | - | $30,781.08 | $37,562.35 | $68,343.43 | Claimant's claim was satisfied upon the assumption and assignment of the lease agreement to STC OpCo, LLC with a $8,117.41 cure amount, as reflected in Docket No. 1219, which amount was paid on 12/16/2020. |
| 6 | Rydal Square, L.P. | 4 | St. Christopher's Healthcare, LLC | - | - | - | $30,781.08 | $37,562.35 | $68,343.43 | Claimant's claim was satisfied upon the assumption and assignment of the lease agreement to STC OpCo, LLC with a $8,117.41 cure amount, as reflected in Docket No. 1219, which amount was paid on 12/16/2020. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 | Sloan, Germaine | 96 | Philadelphia Academic Health System, LLC | - | - | - | - | - | $0.00 | The claim does not assert any liability. The Debtors' books and records do not reflect a claim for this claimant. No documentation in support of the claim has been provided. |
| 8 | Stericycle, Inc | 67 | Philadelphia Academic Health System, LLC | - | - | - | - | $264,042.70 | $264,042.70 | Debtor does not have any further liability to claimant pursuant to court approved stipulation at D.I. 1656. |
| 9 | Stericycle, Inc | 311 | Center City Healthcare, LLC | - | - | - | - | $7,000.60 | $7,000.60 | Debtor does not have any further liability to claimant pursuant to court approved stipulation at D.I. 1656. |

37969688.6 02/08/2021

## Exhibit B

**Misclassified Claims**

| | | | | Filed Claim Amount ($) and Priority Status | | | | | Modified Priority Status | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor against Whom Claim is Filed** | **Priority** | **Secured** | **503(b)(9)** | **Unsecured** | **Total** | **Priority** | **Secured** | **503(b)(9)** | **Unsecured** | **Total** | **Reason for Modification** |
| 1 | Bacterin International Inc | 675 | St. Christopher's Healthcare, LLC | $20,560.00 | - | $20,560.00 | $6,120.00 | $47,240.00 | - | - | $20,560.00 | $26,680 | $47,240.00 | Claimant's support for section 507(a)(2) priority claim is based on its section 503(b)(9) claim. Claimant is not entitled to two separate priority statuses for the same claim. |
| 2 | Holland Square Group, LLC | 114 | Philadelphia Academic Health System, LLC | $13,650.00 | - | | $518,298.30 | $531,948.30 | - | - | - | $531,948.30 | $531,948.30 | Claimant is not entitled to assert a priority wage claim under section 507(a)(4). Claim is for fees allegedly owed under services agreement, under which the claimant is responsible for paying wages to its employees, not the Debtors. |
| 3 | RealMed Corporation | 11 | Philadelphia Academic Health System, LLC | - | - | $13,534.10 | $108,281.92 | $121,816.02 | - | - | - | $121,816.02 | $121,816.02 | Not entitled to an administrative claim under section 503(b)(9) because claim is based on services. Claim is subject to further objection on other grounds (*see* Exhibit A (no liability)). |

**Misclassified Claims**

**Exhibit C**

**Modified Amount and Classification Claims**

| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Filed Claim Amount ($) and Priority Status | | | | | | Modified Claim Amount ($) and Priority Status | | | | | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| 1 | Cardinal Health 414, LLC | 887 | Center City Healthcare, LLC | $36,838.19 | $5,148.53 | $36,838.19 | - | $32,639.08 | $111,463.99 | - | - | - | - | $106,315.46 | $106,315.46 | Not entitled to section 503(b)(9) status since no evidence that goods were received within the 20-day period before the Petition Date. Debtors' books and records do not support any other priority status. As agreed with claimant, total claim amount is reduced by secured claim amount. |
| 2 | Childs, Michael | 928 | Center City Healthcare, LLC | $1,500.00 | $1,000,000,000.00 | - | - | - | $1,500.00 | - | - | - | - | $1,500.00 | $1,500.00 | Debtors' books and records do not support a secured claim or a priority claim. Claim is also subject to further objection on other grounds (*see* Exhibit A (no liability)). |

**Modified Amount and Classification Claims**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Harvard Cardiovascular, Inc | 15 | Philadelphia Academic Health System, LLC | $13,650.00 | - | - | - | $54,376.00 | $68,026.00 | - | - | - | - | $4,859.00 | $4,859.00 | Not entitled to priority wage claim under section 507(a)(4). Claim is for fees allegedly owed under services agreement under which claimant provided on-call physicians for the Debtors in exchange for a fee. Per the agreement, the claimant is solely responsible for compensating the physicians, which are not considered employees of the Debtors. Claim amount also reduced based on Debtors' books and records. |
| 4 | Sun Nuclear Corporation | 650 | Center City Healthcare, LLC | - | - | $13,463.00 | - | - | $13,463.00 | - | - | - | - | $1,211.00 | $1,211.00 | Claim is not entitled to section 503(b)(9) status since there is no evidence that goods were received by the Debtors within the 20-day period before the Petition Date. Claim amount also reduced based on Debtors' books and records. |

37969688.6 02/08/2021

## **Exhibit D**

**Modified Amount Claims**

| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Modified Claim Amount ($) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | Section 503(b)(9) | Unsecured | Total | Priority | Secured | Section 503(b)(9) | Unsecured | Total | Reason for Modification |
| 1 | Solid Waste Services Inc. | 391 | Center City Healthcare, LLC | - | - | - | $296,299.30 | $296,299.30 | - | - | - | $151,051.61 | $151,051.61 | Claim amount reduced to reflect Debtors' books and records. |
| 2 | ThyssenKrupp Elevator Corp. | 5 | Philadelphia Academic Health System, LLC | - | - | - | $342,294.83 | $342,294.83 | - | - | - | $341,946.93 | $341,946.93 | Claim amount reduced to reflect Debtors' books and records. |

**Modified Amount Claims**