# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket Nos. 2045**<br>) |

## CERTIFICATION OF COUNSEL SUBMITTING ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies that:

1. On January 22, 2021, the *Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2045] (the "Objection")[2] was filed with the Court, by which the Debtors sought entry of the proposed order attached thereto (the "Proposed Order") (a) disallowing certain claims for which the Debtors' books and records reflect no liability; (b) modifying the priority status of certain claims; (c) modifying both the priority status and amount of certain claims; and (d) modifying the amount of certain claims.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

38045388.3 02/11/2021

2. Pursuant to the notice of the Objection [D.I. 2045], the deadline to respond to the Objection was February 5, 2021 at 4:00 p.m. (the "Objection Deadline").

3. Prior to the Objection Deadline, the Debtors received an informal response to the Objection from Radiation Oncologists, PA. In addition, the Debtors have received an informal response from Harvard Cardiovascular, Inc.[3] Other than these responses, no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. In order to permit the Debtors to work with Radiation Oncologists, PA and Harvard Cardiovascular, Inc. to resolve their questions regarding the Objection, the Debtors have removed their claims from the Proposed Order and will submit a separate order to address the claims upon the resolution of any issues relating to such claims or following any Court ruling on the Objection to such claims.

5. Attached hereto as **Exhibit "1"** is the revised Proposed Order (the "Revised Order"), which removes the claims held by Radiation Oncologists, PA and Harvard Cardiovascular, Inc. Attached hereto as **Exhibit "2"** is a redline of the Proposed Order that reflects the changes to the Proposed Order and its accompanying schedules.

6. The Debtors respectfully request that the Court sign the Proposed Order and direct that it be docketed, without further notice or hearing.

---

[3] The response received from Harvard Cardiovascular, Inc. appears to have also been mailed to the Court via first class mail, which is why it was not received prior to the Objection Deadline. Accordingly, the Debtors anticipate that the response may be docketed at some point in the future.

7. Of course, we are available to discuss this matter at the Court's convenience.

| | |
|---|---|
| Dated: February 11, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |

*/s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*