**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br>**Re: Docket No. 2044**<br>Hearing Date: March 8, 2021 at 10:30 a.m. |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM FOR THE
DEBTORS' THIRD OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT
TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1
FOR HEARING ON MARCH 8, 2021**

PLEASE TAKE NOTICE that on February 12, 2021, counsel for the above-captioned debtors, delivered to Chambers copies of the proofs of claim that are being objected to, along with all of the attachments to said proofs of claim, that are the subject of the hearing scheduled for March 8, 2021 at 10:30 a.m. relating to the following claim objection:

> **Debtors' Third Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** [Docket No. 2044; filed: 01/22/21]

Copies of said proofs of claim may be requested from the undersigned counsel.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2

| | |
|---|---|
| Dated: February 12, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | By: */s/ Monique B. DiSabatino* |
| | Mark Minuti (DE Bar No. 2659) |
| | Monique B. DiSabatino (DE Bar No. 6027) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE  19899 |
| | Telephone: (302) 421-6800 |
| | Fax: (302) 421-5873 |
| | mark.minuti@saul.com |
| | monique.disabatino@saul.com |
| | |
| | -and- |
| | |
| | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| | Centre Square West |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |