**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 18, 2021**
**AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE**
**THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

---

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELED**

---

**CONTINUE MATTERS:**

1.      Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities [Docket No. 1888; filed: 11/12/20]

Response Deadline:  December 14, 2020 at 4:00 p.m.; extended to March 1, 2021 for the MBNF Non-Debtor Entities

Responses Received:

A.      Reservation of Rights of Master Landlords [Docket No. 1971; filed: 12/11/20]

Related Documents:

B.      Notice of Filing of Proposed Order Approving Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Documents from the MBNF Non-Debtor Entities [Docket No. 1892; filed: 11/13/20]

C.      Order Appointing Mediator in Connection with Discovery Disputes [Docket No. 1943; signed and docketed: 12/01/20]

Status: This matter is continued to the omnibus hearing scheduled for March 8, 2021 at 10:30 a.m.

2.      Joint Motion of the Debtors and the Official Committee of Unsecured Creditors For Approval of Consent Order Regarding Committee Discovery of Debtors and Related Relief Regarding the Application and Waiver of Privileges [Docket No. 1891; filed: 11/12/20]

Response Deadline:  December 14, 2020 at 4:00 p.m.; extended to March 1, 2021 for the MBNF Non-Debtor Entities

Responses Received:

A.      Reservation of Rights of Master Landlords [Docket No. 1971; filed: 12/11/20]

Related Documents:

B.      Order Appointing Mediator in Connection with Discovery Disputes [Docket No. 1943; signed and docketed: 12/01/20]

Status: This matter is continued to the omnibus hearing scheduled for March 8, 2021 at 10:30 a.m.

37985267.1 02/16/2021

Dated: February 16, 2021          **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
       Mark Minuti (DE Bar No. 2659)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE  19899
       Telephone: (302) 421-6800
       Fax: (302) 421-5873
       mark.minuti@saul.com
       monique.disabatino@saul.com

       -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7777
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com

       *Counsel for Debtors and Debtors in Possession*