**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 2044 & 2081** |
| | ) |

**CERTIFICATION OF COUNSEL SUBMITTING SUPPLEMENTAL
PROPOSED ORDER SUSTAINING DEBTORS' THIRD OMNIBUS OBJECTION
TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(b)
AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AS TO
CLAIMS OF PENNSYLVANIA DEPARTMENT OF REVENUE AND LABORATORY
<u>CORPORATION OF AMERICA ONLY</u>**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") hereby certifies that:

1.      On December 22, 2021, the *Debtors' Third Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2044] (the "<u>Objection</u>")[2] was filed with the Court, by which the Debtors sought entry of the proposed order attached thereto (a) disallowing certain claims that were filed after the General Bar Date, (b) disallowing certain duplicative claims, (c) disallowing certain amended claims, and (d) reassigning certain claims to the correct Debtor.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2.      Pursuant to the notice of the Objection [D.I. 2044], the deadline to respond to the Objection was February 5, 2021 at 4:00 p.m., which deadline was extended for the Pennsylvania Department of Revenue ("PDOR") to February 10, 2021 at 4:00 p.m. and for Laboratory Corporation of America ("LabCorp") to February 12, 2021 at 4:00 p.m. (together, the "Objection Deadline").

3.      Prior to the Objection Deadline, the Debtors received informal responses to the Objection from PDOR, LabCorp and Melvin Wagstaff, a former employee of the Debtors.  Other than these responses, no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.      On February 8, 2021, the Debtors filed a *Certification of Counsel Submitting Proposed Order Sustaining Debtors' Third Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2081] (the "First Certification of Counsel"), which submitted to the Court a proposed order resolving all claims subject to the Objection, other than the claims filed by PDOR and LabCorp.  As discussed in the First Certificate of Counsel, Melvin Wagstaff's claim was resolved and removed from the Objection.

5.      Since the filing of the First Certification of Counsel, LabCorp has confirmed that it does not dispute the relief sought in the Objection with respect to its claim.  In addition, following discussions with PDOR, the Debtors have resolved PDOR's concerns with the Objection through changes that are reflected in the proposed order attached hereto as **Exhibit 1** (the "Proposed Order").  The Debtors have confirmed that the Proposed Order is acceptable to PDOR.

6.      The Debtors respectfully request that the Court sign the Proposed Order and direct that it be docketed, without further notice or hearing.

38055634.2 02/17/2021

7.     Of course, we are available to discuss this matter at the Court's convenience.

Dated: February 17, 2021

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/  Monique B. DiSabatino*

Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*

38055634.2 02/17/2021