## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Obj. Deadline: March 10, 2021 4:00 p.m.** |
|  | ) | **Hearing Date: Only if objection is timely filed** |

### TENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | October 1, 2020 through October 31, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $45,264.15 (80 % of which is $36,211.32) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $124.68 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the tenth monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | Fee Holdback |
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | |
|---|---|---|---|---|---|---|
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |

## TIME AND COMPENSATION BREAKDOWN
## OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $685.00 | 19.60 | $13,426.00 |
| Gregory G. Gosfield | Real Estate & Finance Partner Admitted to Bar 1979 | $680.00 | 22.20 | $15,096.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $580.00 | 10.30 | $5,974.00 |
| William J. Clements | Litigation Of Counsel Admitted to Bar 2000 | $410.00 | 33.50 | $13,735.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal 1997 | $275.00 | 7.50 | $2,062.00 |
| **TOTALS** | | | **93.10** | **$50,293.50** |
| **BLENDED RATE** | | | | **$540.20** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$5,029.35** |
| **GRAND TOTAL** | | | | **$45,264.15** |

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | 05 | 53.40 | $34,988.50 |
| Fee/Employment Applications | 07 | 7.20 | $1,980.00 |
| Litigation Consulting | 18 | 32.50 | $13,325.00 |
| **TOTAL** | | **93.10** | **$50,293.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$5,029.35** |
| **GRAND TOTAL** | | | **$45,264.15** |

### EXPENSE SUMMARY
### OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Express Delivery | $121.68 |
| Pacer | $3.00 |
| **TOTAL** | **$124.68** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**TENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON**
**HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its tenth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from October 1, 2020 through October 31, 2020. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.    BACKGROUND

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from October 1, 2020 through October 31, 2020 (the "Compensation Period"), totaling 93.10 hours of professional time.

6.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $45,264.15.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $124.68 during the Compensation period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $45,264.15 in fees and $124.68 in expenses, for a total of $45,388.83.

10.      The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $45,264.15 and reimbursement of actual and necessary expenses incurred in the sum of $124.68 for the period from October 1, 2020 through October 31, 2020; (b) payment in the total amount of $36,336.00, which represents (i) 80% of the total fees billed ($36,211.32) and (ii) 100% of the expenses incurred ($124.68) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated: February 17, 2021          */s/ Domenic E. Pacitti*
Wilmington, Delaware              Domenic E. Pacitti (DE Bar No. 3989)
                                  **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                  919 North Market Street, Suite 1000
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 426-1189
                                  Facsimile: (302) 426-9193
                                  Email:  dpacitti@klehr.com

                                  *Special Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) | Chapter 11 |

)

In re: ) Chapter 11

)

CENTERCITY HEALTHCARE, LLC d/b/a ) Case No. 19-11466 (KG)
HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] )

)

Debtors. ) (Jointly Administered)

)

---

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing Tenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from October 1, 2020 through October 31, 2020 and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.       In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.       I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.       Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.       None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.       Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2019 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2021                          _/s/ Domenic E. Pacitti_____
                                                                        Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

November 10, 2020

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #:      435372
Client #:        19647
Matter #:        0019

_____

For professional services through October 31, 2020:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/07/20 | DEP | Review and summarize various Drexel documents and emails | 4.00 | 685.00 | 2,740.00 |
| 10/01/20 | FMC | Prepare for call with clients re: Drexel claims | .80 | 580.00 | 464.00 |
| 10/01/20 | FMC | Conference call with clients re: additional information on Drexel issues | 1.50 | 580.00 | 870.00 |
| 10/01/20 | FMC | Post call review of issues and next steps | .50 | 580.00 | 290.00 |
| 10/01/20 | DEP | Conference call with clients re: additional information on Drexel issues and review of issues (1.50) / draft notes of meeting (.50) | 2.00 | 685.00 | 1,370.00 |
| 10/02/20 | FMC | Review issues with Drexel and Hahnemann dispute | .30 | 580.00 | 174.00 |
| 10/02/20 | FMC | Review issues with Hahnemann acquisition and Drexel contracts | .30 | 580.00 | 174.00 |
| 10/03/20 | FMC | Review issues with Drexel comments with Tenet | .50 | 580.00 | 290.00 |
| 10/05/20 | FMC | Review issues with Hahnemann and Drexel contracts | .30 | 580.00 | 174.00 |
| 10/06/20 | FMC | Prepare for conference call with G. Gosfield, W. Clements and D. Pacitti | .50 | 580.00 | 290.00 |
| 10/06/20 | FMC | Conference call with W. Clements, G. Gosfield and D. Pacitti re: contracts with Drexel, etc. | 1.00 | 580.00 | 580.00 |
| 10/06/20 | FMC | Review closing checklist from purchasing from Tenet/review estoppel certificate with Drexel | .50 | 580.00 | 290.00 |

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

November 10, 2020
Invoice #: 435372

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/06/20 | DEP | Call with F. Correll re: review of issues to research and information to gather | .60 | 685.00 | 411.00 |
| 10/06/20 | WJC | Conference call with G. Gosfield, F. Correll and D. Pacitti regarding Klehr due diligence with respect to leasing issues and other matters for analysis of potential claims against Drexel | 1.00 | 410.00 | 410.00 |
| 10/06/20 | GGG | Analysis of issues relating to Drexel space | 1.30 | 680.00 | 884.00 |
| 10/07/20 | FMC | Review issues with purchase of Hahnemann | .40 | 580.00 | 232.00 |
| 10/07/20 | MKH | Update case calendar re upcoming objection deadlines | .30 | 275.00 | 82.50 |
| 10/07/20 | GGG | Analysis of documents for Drexel claims | 1.30 | 680.00 | 884.00 |
| 10/08/20 | GGG | Analysis of potential Drexel claims | 1.50 | 680.00 | 1,020.00 |
| 10/09/20 | GGG | Analysis of affiliation agreement for Drexel claims | 1.00 | 680.00 | 680.00 |
| 10/12/20 | FMC | Review issues with Drexel Tenet contracts and emails | .20 | 580.00 | 116.00 |
| 10/12/20 | GGG | Review pertinent Drexel contracts under academic affiliation agreements | .40 | 680.00 | 272.00 |
| 10/13/20 | GGG | Analysis of Academe Affixation Agreement and 5 amendments | 2.30 | 680.00 | 1,564.00 |
| 10/14/20 | DEP | Call with F. Correll re: update on open items for claim review | .20 | 685.00 | 137.00 |
| 10/15/20 | GGG | Prepare memo of potential claims relating to Drexel | 3.20 | 680.00 | 2,176.00 |
| 10/16/20 | DEP | Review documents and work on claim analysis and issues | 4.50 | 685.00 | 3,082.50 |
| 10/16/20 | GGG | Analysis of potential claims against Drexel | 2.40 | 680.00 | 1,632.00 |
| 10/19/20 | FMC | Review issues with possible Drexel claims and audit | .20 | 580.00 | 116.00 |
| 10/19/20 | GGG | Analysis of Drexel leases | 2.10 | 680.00 | 1,428.00 |
| 10/20/20 | FMC | Review issues with possible claims against Drexel | .30 | 580.00 | 174.00 |
| 10/20/20 | GGG | Leases analysis | 1.80 | 680.00 | 1,224.00 |
| 10/26/20 | FMC | Review issues with possible claims against Drexel | .30 | 580.00 | 174.00 |
| 10/27/20 | FMC | Review issues with various Hahnemann leases | .20 | 580.00 | 116.00 |
| 10/27/20 | FMC | Prepare for call with team re: possible claims against Drexel | .50 | 580.00 | 290.00 |
| 10/27/20 | FMC | Review email from J. Dinome/review attachment from Eisner re: pre-bankruptcy investigation | .70 | 580.00 | 406.00 |
| 10/27/20 | FMC | Conference call with Hahnemann team re: report/call with Eisner re: same | 1.00 | 580.00 | 580.00 |
| 10/27/20 | FMC | Review issues with possible claims and monetizing same | .30 | 580.00 | 174.00 |
| 10/27/20 | DEP | Review draft memo form W,. Clements re: analysis of claims objections (.50) / conference call with clients re: background info on analysis of claims objections (1.30) | 1.80 | 685.00 | 1,233.00 |
| 10/27/20 | GGG | Analysis of lease obligations to and from Drexel | 2.70 | 680.00 | 1,836.00 |
| 10/28/20 | DEP | Research and review case law re: POC objections and analysis | 3.00 | 685.00 | 2,055.00 |

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

November 10, 2020
Invoice #: 435372

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/29/20 | DEP | Review documents and memo and work on additional theories and claims objections | 3.50 | 685.00 | 2,397.50 |
| 10/30/20 | GGG | Analysis of Drexel liabilities under leases | 2.20 | 680.00 | 1,496.00 |

**Task Total:** $ 34,988.50

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/05/20 | MKH | Draft KHHB Seventh Monthly Fee Application for April 2020 | 1.10 | 275.00 | 302.50 |
| 10/07/20 | MKH | Revise and finalize KHHB's Seventh Monthly Fee Application for April 2020/Notice/Charts/Certification/Exhibit s for filing and efile same with Bankruptcy Court | 1.10 | 275.00 | 302.50 |
| 10/07/20 | MKH | Draft KHHB's Eighth Monthly Fee Application for August 2020/ Notice/ Charts/Certification/Exhibits; prepare email to D. Pacitti for review | 1.40 | 275.00 | 385.00 |
| 10/07/20 | MKH | Revise and finalize KHHB Eighth Monthly Fee Application for August 2020/Notice/Charts/Certification/Exhibit s for filing and efile same with Bankruptcy Court | 1.20 | 275.00 | 330.00 |
| 10/27/20 | MKH | Draft and finalize Ninth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period September 1, 2020 to September 30, 2020/Notice/Charts/Certification/Exhibit s for filing and efile same with Bankruptcy Court | 2.10 | 275.00 | 577.50 |
| 10/27/20 | MKH | Update case calendar re objection deadlines | .30 | 275.00 | 82.50 |

**Task Total:** $ 1,980.00

**Litigation Consulting**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/20 | WJC | Planning and preparing for call with R. Dreskin, including emails from and to F. Correll and D. Pacitti | .50 | 410.00 | 205.00 |
| 10/01/20 | WJC | Call with consultant R. Dreskin and client | 1.50 | 410.00 | 615.00 |
| 10/01/20 | WJC | Call with F. Correll and D. Pacitti regarding analysis of claims | .10 | 410.00 | 41.00 |
| 10/01/20 | WJC | Reviewing emails in connection with review and analysis of potential claims against Drexel | 4.90 | 410.00 | 2,009.00 |
| 10/02/20 | WJC | Reviewing documents and emails in connection with analyzing potential claims against Drexel | 3.50 | 410.00 | 1,435.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/12/20 | WJC | Reviewing emails and documents in connection with potential claims against Drexel | 1.50 | 410.00 | 615.00 |
| 10/14/20 | WJC | Drafting, reviewing and revising memorandum regarding potential claims against Drexel | 3.50 | 410.00 | 1,435.00 |
| 10/15/20 | WJC | Drafting, reviewing and revising memorandum regarding potential claims against Drexel | 4.20 | 410.00 | 1,722.00 |
| 10/16/20 | WJC | Reviewing emails and documents for potential claims against Drexel | 2.50 | 410.00 | 1,025.00 |
| 10/20/20 | WJC | Reviewing emails and documents for analysis of potential claims against Drexel | 2.60 | 410.00 | 1,066.00 |
| 10/26/20 | WJC | Analyzing documents and contracts for potential claims against Drexel | 3.60 | 410.00 | 1,476.00 |
| 10/26/20 | WJC | Drafting, reviewing and revising updated memorandum regarding potential claims against Drexel | 2.20 | 410.00 | 902.00 |
| 10/27/20 | WJC | Conference call with Eisner personnel regarding analysis of AAA, Drexel relationship and potential claims against Drexel | 1.10 | 410.00 | 451.00 |
| 10/27/20 | WJC | Preparing for conference call with Eisner, including reviewing analysis of AAA and Drexel relationship | .80 | 410.00 | 328.00 |

| | |
|---|---|
| **Task Total:** | **$ 13,325.00** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 50,293.50** |
| 10% Discount | $ -5,029.35 |
| **NET PROFESSIONAL SERVICES** | **$ 45,264.15** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Pacitti, Domenic E. | Partner | 19.60 | 685.00 | 13,426.00 |
| Gosfield, Gregory G. | Partner | 22.20 | 680.00 | 15,096.00 |
| Correll, Francis M. | Partner | 10.30 | 580.00 | 5,974.00 |
| Clements, William J. | Of-Counsel | 33.50 | 410.00 | 13,735.00 |
| Hughes, Melissa K. | Paralegal | 7.50 | 275.00 | 2,062.50 |
| **TOTALS** | | **93.10** | | **$ 50,293.50** |

# EXHIBIT B

## DISBURSEMENTS

| Description | Amount |
| --- | ---: |
| Express Delivery | 121.68 |
| Pacer | 3.00 |

|  | TOTAL DISBURSEMENTS | $ 124.68 |
| --- | --- | ---: |
|  | TOTAL THIS INVOICE | $ 45,388.83 |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-135-65989 | Sep 29, 2020 | 1707-9064-2 | 3 of 3 |

**Ship Date:** Sep 24, 2020     **Cust. Ref.:** 19647.0019/DEP     Ref.#2:
**Payor:** Shipper     Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.25% to this shipment.
- Distance Based Pricing, Zone 2
- We calculated your charges based on a dimensional weight of 16.0 lbs, 17 in x 13 in x 10 in, using a dimensional factor of 139.
- Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Frank Correll | |
| Tracking ID | 771618993068 | KLEHR HARRISON HARVEY | 428 Ithan Rd | |
| Service Type | FedEx Standard Overnight | 919 N. Market Street | WAYNE PA 19087 US | |
| Package Type | Customer Packaging | WILMINGTON DE 19801 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Actual Weight | 12.0 lbs, 5.4 kgs | Transportation Charge | | 52.32 |
| Rated Weight | 16.0 lbs, 7.3 kgs | Grace Discount | | -1.05 |
| Delivered | Sep 25, 2020 14:11 | Automation Bonus Discount | | -5.23 |
| Svc Area | A1 | Fuel Surcharge | | 1.65 |
| Signed by | see above | Residential Delivery | | 4.65 |
| FedEx Use | 000000000/1283/02 | **Total Charge** | **USD** | **$52.34** |

**Ship Date:** Sep 24, 2020     **Cust. Ref.:** 99999.0001     Ref.#2:
**Payor:** Shipper     Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.25% to this shipment.
- Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Vince Sciortino | |
| Tracking ID | 771619989996 | KLEHR HARRISON HARVEY | Klehr, Harrison, Harvey, Branz | |
| Service Type | FedEx Standard Overnight | 919 N. Market Street | 1835 Market St | |
| Package Type | FedEx Box | WILMINGTON DE 19801 US | PHILADELPHIA PA 19103 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | Transportation Charge | | 35.58 |
| Delivered | Sep 25, 2020 12:02 | Grace Discount | | -0.71 |
| Svc Area | A1 | Automation Bonus Discount | | -3.56 |
| Signed by | C.COVID | Fuel Surcharge | | 1.02 |
| FedEx Use | 000000000/1283/_ | **Total Charge** | **USD** | **$32.33** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$154.01** |
| **Total FedEx Express** | **USD** | **$154.01** |

1272-01-00-0007315-0001-0011707

10/13/2020

PACER: CSO Billing History

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 18305.0022 | 51 | 0 | $5.10 |
| 18305.0026 | 2 | 0 | $0.20 |
| 184290005 | 97 | 0 | $9.70 |
| 18533-0029 | 41 | 0 | $4.10 |
| 18601-0007 | 30 | 0 | $3.00 |
| 18613.0003 | 30 | 0 | $3.00 |
| 18886-0002 | 6 | 0 | $0.60 |
| 18889.0001 | 462 | 0 | $46.20 |
| 19002/0005 | 24 | 0 | $2.40 |
| 19087.0005 | 18 | 0 | $1.80 |
| 19087.0005/CBB | 52 | 0 | $5.20 |
| 19089 | 2 | 0 | $0.20 |
| 19089-0036 | 4 | 0 | $0.40 |
| 19089.0040 | 6 | 0 | $0.60 |
| 19269-0003 | 11 | 0 | $1.10 |
| 19367-0006 | 3 | 0 | $0.30 |
| 19370.0001 | 81 | 0 | $8.10 |
| 19518.0003 | 3 | 0 | $0.30 |
| 19567.0001 | 5 | 0 | $0.50 |
| 19621.0001 | 180 | 0 | $18.00 |
| 19647.0019 | 30 | 0 | $3.00 |
| 19664.0001 | 101 | 0 | $10.10 |
| 19667 | 20 | 0 | $2.00 |
| 19667-0006 | 85 | 0 | $8.50 |
| 19667-0100 | 18 | 0 | $1.80 |

| Grand Total: | 29715 pages | | $2,971.50 |
|---|---|---|---|
| | 0 audio files ($2.40 ea) | | $0.00 |
| | | | $2,971.50 |