**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Obj. Deadline: March 10, 2021 4:00 p.m.** |
|  | ) **Hearing Date: Only if objection is timely filed** |

**ELEVENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | November 1, 2020 through November 30, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $23,475.15 (80 % of which is $18,780.12) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,017.03 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the eleventh monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | Fee Holdback |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |

**TIME AND COMPENSATION BREAKDOWN**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $685.00 | 5.10 | $3,493.50 |
| Gregory G. Gosfield | Real Estate & Finance Partner Admitted to Bar 1979 | $680.00 | 19.80 | $13,464.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $580.00 | 4.80 | $2,784.00 |
| William J. Clements | Litigation Of Counsel Admitted to Bar 2000 | $410.00 | 9.70 | $3,977.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal 1997 | $275.00 | 8.60 | $2,365.00 |
| **TOTALS** | | | **48.00** | **$26,083.50** |
| **BLENDED RATE** | | | | **$543.40** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$2,608.35** |
| **GRAND TOTAL** | | | | **$23,475.15** |

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | 05 | 36.90 | $22,693.50 |
| Fee/Employment Applications | 07 | 8.60 | $2,365.00 |
| Litigation Consulting | 18 | 2.50 | $1,025.00 |
| **TOTAL** | | **48.00** | **$26,083.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$2,608.35** |
| **GRAND TOTAL** | | | **$23,475.15** |

**EXPENSE SUMMARY**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Special Copy | $974.55 |
| Conference Call Charges | $42.48 |
| **TOTAL** | **$1,017.03** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ELEVENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its eleventh monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from November 1, 2020 through November 30, 2020. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.    BACKGROUND

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from November 1, 2020 through November 30, 2020 (the "Compensation Period"), totaling 48.00 hours of professional time.

6.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $23,475.15.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $1,017.03 during the Compensation period.  Attached hereto as Exhibit "B" is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $23,475.15 in fees and $1,017.03 in expenses, for a total of $24,492.18.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $23,475.15 and reimbursement of actual and necessary expenses incurred in the sum of $1,017.03 for the period from November 1, 2020 through November 30, 2020; (b) payment in the total amount of $19,797.15, which represents (i) 80% of the total fees billed ($18,780.12) and (ii) 100% of the expenses incurred ($1,017.03) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated: February 17, 2021          */s/ Domenic E. Pacitti*
Wilmington, Delaware              Domenic E. Pacitti (DE Bar No. 3989)
                                  **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                  919 North Market Street, Suite 1000
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 426-1189
                                  Facsimile: (302) 426-9193
                                  Email:  dpacitti@klehr.com

                                  *Special Counsel to the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing Eleventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from November 1, 2020 through November 30, 2020 and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2019 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2021

*/s/ Domenic E. Pacitti*

Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



**KLEHR HARRISON HARVEY BRANZBURG** LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

December 7, 2020

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #:      437057
Client #:        19647
Matter #:        0019

For professional services through November 30, 2020:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 11/02/20 | FMC | Emails with J. Dinome re: team call | .20 | 580.00 | 116.00 |
| 11/02/20 | FMC | Review issues with Drexel compliance with contracts | .30 | 580.00 | 174.00 |
| 11/02/20 | FMC | Prepare for call by reviewing Eisner Powerpoints and notes | .80 | 580.00 | 464.00 |
| 11/02/20 | FMC | Conference call with client team re: status of investigation into claims and next steps | .50 | 580.00 | 290.00 |
| 11/02/20 | FMC | Review issues with claims against Drexel and Drexel proofs of claim | .40 | 580.00 | 232.00 |
| 11/02/20 | WJC | Preparing for, participating in and drafting and forwarding notes of conference call with client regarding potential claims against Drexel | 1.10 | 410.00 | 451.00 |
| 11/05/20 | FMC | Review issues with Drexel letters | .20 | 580.00 | 116.00 |
| 11/05/20 | WJC | Reviewing documents produced and forwarded by client for analysis of potential claims against Drexel | 1.20 | 410.00 | 492.00 |
| 11/09/20 | FMC | Review issues with possible Drexel claims | .20 | 580.00 | 116.00 |
| 11/09/20 | GGG | Chart Drexel lease requirements (.60); chart Drexel lease structures for obligations (.60) | 1.20 | 680.00 | 816.00 |
| 11/10/20 | GGG | Analysis of Drexel master lease issues (2.0)/preparing of summary memo and compilation of Drexel Leases and rents (3.7) | 5.70 | 680.00 | 3,876.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/11/20 | WJC | Reviewing emails and other documents for memorandum evaluating potential claims against Drexel | 2.60 | 410.00 | 1,066.00 |
| 11/12/20 | FMC | Review issues with Drexel leases | .20 | 580.00 | 116.00 |
| 11/12/20 | FMC | Prepare for call with A. Perno and Drexel team | .40 | 580.00 | 232.00 |
| 11/12/20 | FMC | Conference call with A. Perno and team re: Drexel leased space | 1.00 | 580.00 | 580.00 |
| 11/12/20 | DEP | Review documents to prepare for Perno call (1.20) / Call with clients and A. Perno re: leases and claim issues (1.0) | 2.20 | 685.00 | 1,507.00 |
| 11/12/20 | WJC | Reviewing memorandum from G. Gosfield regarding potential lease related claims | .80 | 410.00 | 328.00 |
| 11/12/20 | WJC | Reviewing memorandum from G. Gosfield in preparation for telephone interview regarding potential lease related claims | .50 | 410.00 | 205.00 |
| 11/12/20 | WJC | Telephone interview with witness (Perno) regarding potential lease related claims against Drexel | 1.00 | 410.00 | 410.00 |
| 11/12/20 | GGG | Reconciliation and refinement of lease provisions and obligations | 2.80 | 680.00 | 1,904.00 |
| 11/16/20 | GGG | Analysis of Leases issues | 4.10 | 680.00 | 2,788.00 |
| 11/17/20 | GGG | Analysis and summary Lease issues (1.0); revisions to summary memo (2.2) | 3.20 | 680.00 | 2,176.00 |
| 11/18/20 | GGG | Finalize and circulate Drexel Claims memo | 2.80 | 680.00 | 1,904.00 |
| 11/23/20 | DEP | Update call with J. Dinome | .40 | 685.00 | 274.00 |
| 11/24/20 | DEP | Review and comment on memo re: potential claims re: leases | 2.50 | 685.00 | 1,712.50 |
| 11/27/20 | FMC | Review memo re: leases, possible claims and attachments to Drexel proofs of claim | .60 | 580.00 | 348.00 |

**Task Total:** **$ 22,693.50**

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/13/20 | MKH | Review case docket; draft and prepare CNO re Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 through April 30, 2020 for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |

19647: Philadelphia Academic Health System, LLC

0019: Chapter 11

December 7, 2020

Invoice #: 437057

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/13/20 | MKH | Review case docket; draft and prepare CNO re Eighth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 through August 31, 2020 for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |
| 11/13/20 | MKH | Compile all monthly fee applications and CNOs in preparation for preparing interims | 1.00 | 275.00 | 275.00 |
| 11/16/20 | MKH | Draft First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period July 7, 2019 to September 30, 2019 | 1.80 | 275.00 | 495.00 |
| 11/16/20 | MKH | Prepare chart listing all fees and expenses, monthly applications filed and related CNOs for each | 1.20 | 275.00 | 330.00 |
| 11/17/20 | MKH | Revise and prepare First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period July 7, 2019 to September 30, 2019/Notice/Charts/Certification for filing and efile same with Bankruptcy Court | 1.20 | 275.00 | 330.00 |
| 11/17/20 | MKH | Draft First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period July 7, 2019 to September 30, 2019/Notice/Charts/Certification; prepare email to D. Pacitti attaching same for review | 1.70 | 275.00 | 467.50 |
| 11/17/20 | MKH | Update case calendar re upcoming hearing and objection deadline | .30 | 275.00 | 82.50 |

Task Total:                                                            $ 2,365.00

**Litigation Consulting**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/20/20 | WJC | Reviewing documents and work product regarding leased space issues for evaluation of potential claims against Drexel | 2.50 | 410.00 | 1,025.00 |

Task Total:                                                            $ 1,025.00

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

December 7, 2020
Invoice #: 437057

| | | |
|---|---|---|
| **TOTAL PROFESSIONAL SERVICES** | | **$ 26,083.50** |
| 10% Discount | | $ -2,608.35 |
| **NET PROFESSIONAL SERVICES** | | **$ 23,475.15** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Pacitti, Domenic E. | Partner | 5.10 | 685.00 | 3,493.50 |
| Gosfield, Gregory G. | Partner | 19.80 | 680.00 | 13,464.00 |
| Correll, Francis M. | Partner | 4.80 | 580.00 | 2,784.00 |
| Clements, William J. | Of-Counsel | 9.70 | 410.00 | 3,977.00 |
| Hughes, Melissa K. | Paralegal | 8.60 | 275.00 | 2,365.00 |
| **TOTALS** | | **48.00** | | **$ 26,083.50** |

# EXHIBIT B

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

December 7, 2020
Invoice #: 437057

**DISBURSEMENTS**

| Description | Amount |
| --- | --- |
| Special Copy | 974.55 |
| Conference Call Charges | 42.48 |

|  | TOTAL DISBURSEMENTS | $ 1,017.03 |
| --- | --- | --- |
|  | TOTAL THIS INVOICE | $ 24,492.18 |



**Please note that our address has changed**

**Bill To:**
Klehr Harrison Harvey Branzburg & Ellers LLP
Attn: Lauren Marsh
1835 Market Street
Suite 1400
Philadelphia, PA 19103
USA

**Requested By:**
Lauren Marsh
Klehr Harrison Harvey Branzburg & Ellers LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 174238 | **Sales Contact:** | Matthew Felten (mfelten@transperfect.com) |
| **Invoice Date:** | 09/24/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 10/24/2020 | | |
| **Contract #:** | **DM0190721** | **Purchase Order #:** | 19647.0019 |
| **Case Name:** | 19647.0019 | **Matter #:** | 19647.0019 |
| **Requested Date:** | 09/21/2020 | | |

**Project Notes:**
Requested by: Lauren Marsh
Date: 9/21/2020
CM#: 19647.0019

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1 | Bind** | | | | |
| 1" Ring Binder | 1.00 | Each | 5.000 | 5.00 |
| 1x1 | | | | |
| 3" Ring Binder | 2.00 | Each | 15.000 | 30.00 |
| 2x1 | | | | |
| 4" Ring Binder | 6.00 | Each | 20.000 | 120.00 |
| 6x1 | | | | |
| Custom Tabs | 12.00 | Each | 0.750 | 9.00 |
| 12x1 | | | | |
| Printing Two Sided W/Assembly | 8,204.00 | Page | 0.090 | 738.36 |
| x1 (Slip sheets 1,283) | | | | |

| | |
|---|---|
| **Total to Bill This Contract:** | US$902.36 |
| **Tax Amount:** | US$72.19 |
| **Total Amount Due:** | **US$974.55** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

**PAYMENT INSTRUCTIONS**                    Please note, TransPerfect always prefers to receive payments electronically whenever possible.

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

Wire Transfer Details:
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

Please reference the Contract # DM0190721 and Invoice # 174238 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



**Due Date: 2020-10-24**

Dear Lauren Marsh,

Your TransPerfect Legal Solutions Invoice 174238 is attached to this email as a PDF file. Please let us know if you have any questions regarding this invoice.

We accept the following payment methods:

- Electronic Funds Transfer (EFT)
- Check
- Credit Card (You may now pay this invoice securely online by clicking the Pay Invoice button below)

Pay Invoice # 174238

| | |
|---|---|
| **Invoice #:** | 174238 |
| **Invoice Date:** | 2020-09-24 |
| **Contract #:** | DM0190721 |
| **Purchase Order #:** | 19647.0019 |
| **Case Name:** | 19647.0019 |
| **Matter #:** | 19647.0019 |
| **Sales Contact:** | Joseph Previtera (jprevitera@transperfect.com) |

For billing inquiries, address changes, or email contact changes, please email invoices@transperfect.com.

Ready to go paperless? If you are currently receiving paper invoices and prefer to switch to email invoices only, please email paperless@transperfect.com.

TransPerfect
T +1 212.689.5555
www.transperfect.com

| CLIENT MATTER | | |
|---|---|---|
| **996-0001** 20996-0001 | | |

| | | |
|---|---|---|
| Date: **10/28/20**<br>Time: 11:23 AM | Moderator: **Domenic Pacitti** | Service: Readyconference Plus Audio |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 5 | 0.030 | 86 | 2.58 |
| Call Total: 3.78 | Sub Total Pre-Tax: 2.58 | | Taxes and Surcharges: 1.20 | |

| CLIENT MATTER | | |
|---|---|---|
| **995-0005** NB | | |

| | | |
|---|---|---|
| Date: **11/08/20**<br>Time: 5:28 PM | Moderator: **Lisa Lori** | Service: Readyconference Plus Audio |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 145 | 4.35 |
| Call Total: 6.78 | Sub Total Pre-Tax: 4.35 | | Taxes and Surcharges: 2.43 | |

| CLIENT MATTER | | |
|---|---|---|
| **9-9** NB | | |

| | | |
|---|---|---|
| Date: **11/09/20**<br>Time: 10:59 AM | Moderator: **Edward Kuna** | Service: Readyconference Plus Audio |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 120 | 3.60 |
| Call Total: 5.61 | Sub Total Pre-Tax: 3.60 | | Taxes and Surcharges: 2.01 | |

| CLIENT MATTER | | |
|---|---|---|
| **911-0245** 03911-0245 | | |

| | | |
|---|---|---|
| Date: **11/03/20**<br>Time: 4:27 PM | Moderator: **Gregory G. Gosfield** | Service: Readyconference Plus Audio |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 5 | 0.030 | 105 | 3.15 |
| Call Total: 4.90 | Sub Total Pre-Tax: 3.15 | | Taxes and Surcharges: 1.75 | |

| CLIENT MATTER | | |
|---|---|---|
| **8467-0503** | | |

| | | |
|---|---|---|
| Date: **10/28/20**<br>Time: 10:56 AM | Moderator: **Alison Besser** | Service: Readyconference Plus Audio |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 7 | 0.030 | 284 | 8.52 |
| Call Total: 13.26 | Sub Total Pre-Tax: 8.52 | | Taxes and Surcharges: 4.74 | |

| CLIENT MATTER | | |
|---|---|---|
| **76-0001** 19647-0001 | | |

| | | |
|---|---|---|
| Date: **10/27/20**<br>Time: 11:56 AM | Moderator: **Francis M. Correll Jr.** | Service: Readyconference Plus Audio |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 9 | 0.030 | 449 | 13.47 |
| Call Total: 20.96 | Sub Total Pre-Tax: 13.47 | | Taxes and Surcharges: 7.49 | |

| | | |
|---|---|---|
| Date: **11/02/20**<br>Time: 1:55 PM | Moderator: **Francis M. Correll Jr.** | Service: Readyconference Plus Audio |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 7 | 0.030 | 461 | 13.83 |
| Call Total: 21.52 | Sub Total Pre-Tax: 13.83 | | Taxes and Surcharges: 7.69 | |