# EXHIBIT "A"

| DATE | Item | | Charge Amount | Credit Amount | Running Balance |
|---|---|---|---|---|---|
| 5/31/2019 | Starting Balance | | | | $262,125.86 |
| 6/4/2019 | Late Payment Charge | | $1,945.70 | | $264,071.56 |
| 6/25/2019 | Late Payment Charge | | $171.85 | | $264,243.41 |
| 7/5/2019 | ELECTRIC SERVICE | 05/31/19 07/01/19 | $235,653.06 | | $499,896.47 |
| 7/30/2019 | Bnkrptcy Pre Filing Cr | | | $492,294.75 | $7,601.72 |
| 8/5/2019 | ELECTRIC SERVICE | 07/01/19 07/31/19 | $276,973.36 | | $284,575.08 |
| 8/26/2019 | Payment | | | $100,000.00 | $184,575.08 |
| 8/28/2019 | Returned Electronic Check | | $100,000.00 | | $284,575.08 |
| 8/30/2019 | Payment | | | $100,000.00 | $184,575.08 |
| 9/3/2019 | ELECTRIC SERVICE | 07/31/19 08/30/19 | $229,785.36 | | $414,360.44 |
| 9/5/2019 | Returned Electronic Check | | $100,000.00 | | $514,360.44 |
| 10/2/2019 | Payment | | | $100,000.00 | $414,360.44 |
| 10/3/2019 | ELECTRIC SERVICE | 08/30/19 09/30/19 | $195,831.84 | | $610,192.28 |
| 10/16/2019 | Payment | | | $50,000.00 | $560,192.28 |
| 10/25/2019 | Payment | | | $75,000.00 | $485,192.28 |
| 11/1/2019 | ELECTRIC SERVICE | 09/30/19 10/29/19 | $170,656.10 | | $655,848.38 |
| 11/14/2019 | Payment | | | $250,000.00 | $405,848.38 |
| 11/22/2019 | Payment | | | $60,000.00 | $345,848.38 |
| 12/2/2019 | ELECTRIC SERVICE | 10/29/19 11/27/19 | $172,515.12 | | $518,363.50 |
| 12/3/2019 | Payment | | | $60,000.00 | $458,363.50 |
| 12/9/2019 | Payment | | | $60,000.00 | $398,363.50 |
| 12/13/2019 | Payment | | | $30,000.00 | $368,363.50 |
| 1/3/2020 | ELECTRIC SERVICE | 11/27/19 01/03/20 | $187,508.98 | | $555,872.48 |
| 1/14/2020 | Payment | | | $75,000.00 | $480,872.48 |
| 1/23/2020 | Payment | | | $75,000.00 | $405,872.48 |
| 1/28/2020 | Payment | | | $75,000.00 | $330,872.48 |
| 1/30/2020 | Payment | | | $75,000.00 | $255,872.48 |
| 2/3/2020 | ELECTRIC SERVICE | 01/03/20 02/03/20 | $172,107.55 | | $427,980.03 |
| 2/7/2020 | Payment | | | $75,000.00 | $352,980.03 |
| 2/24/2020 | Payment | | | $75,000.00 | $277,980.03 |
| 3/3/2020 | ELECTRIC SERVICE | 02/03/20 03/03/20 | $147,274.49 | | $425,254.52 |
| 3/10/2020 | ELECTRIC SERVICE | 03/03/20 03/08/20 | $19,766.45 | | $445,020.97 |
| 3/10/2020 | Deposit Applied | | | $102,468.10 | $342,552.87 |
| 6/12/2020 | Final Balance | | | | $342,552.87 |