# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **CENTER CITY HEALTHCARE, LLC** d/b/a **HAHNEMANN UNIVERSITY HOSPITAL**, *et al.*, | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Hearing Date: Mar. 8, 2021 @ 10:30 a.m. |
| | ) Objection Deadline: Mar. 1, 2021 @ 4 p.m. |

## NOTICE OF HEARING ON APPLICATION OF PECO ENERGY COMPANY FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

**PLEASE TAKE NOTICE** that on February 16, 2021, PECO Energy Company ("PECO"), by and through its counsel, filed its *Application For Allowance and Payment of Administrative Expenses* (the "Administrative Expense Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Administrative Expense Application must be filed with the Bankruptcy Court on or before **March 1, 2021 at 4:00 p.m.** prevailing Eastern Time (the "Objection Deadline"). You must also serve a copy of your response or objection upon the undersigned counsel for PECO so as to be received on or prior to the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE ADMINISTRATIVE EXPENSE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

**PLEASE TAKE FURTHER NOTICE** that if objections are timely filed, a hearing with respect to the Motion will be held at the Bankruptcy Court before The Honorable Mary F. Walrath, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801, on **March 8, 2021 @ 10:30 a.m.** (prevailing Eastern Time).

Dated: February 17, 2021

        McCARTER & ENGLISH, LLP

        */s/ William F. Taylor, Jr.*
        William F. Taylor, Jr. (#2936)
        Renaissance Centre
        405 North King Street, 8th Floor
        Wilmington, DE 19801
        wtaylor@mccarter.com

        and

        LAW FIRM OF RUSSELL R. JOHNSON III, PLC
        Russell R. Johnson III (VSB No. 31468)
        John M. Craig (VSB No. 32977)
        2258 Wheatlands Drive
        Manakin-Sabot, Virginia 23103
        Phone: (804) 749-8861
        Facsimile: (804) 749-8862
        Email: russell@russelljohnsonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, I caused a true and correct copy of the *Application of PECO Energy Company For Allowance and Payment of Administrative Expenses* to be served by email on the parties referenced below.

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
mark.minuti@saul.com, monique.disabatino@saul.com
Debtors' Counsel

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Leher LLP
jeffrey.hampton@saul.com, adam.isenberg@saul.com, aaron.applebaum@saul.com
Debtors' Counsel

Thomas M. Horan
Cozen O'Conner
thoran@cozen.com
Creditor Committee Counsel

Boris I. Mankovetskiy
Andrew H. Sherman
Sills, Cummis & Gross P.C.
bmankovetskiy@sillscummis.com, asherman@sillscummis.com
Creditor Committee Counsel

Seth A. Niederman
Fox Rothschild LLP
sniederman@foxrothschild.com
Creditor Committee Counsel

Benjamin A. Hackman
Office of the United States Trustee
benjamin.a.hackman@usdoj.gov