# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **CENTER CITY HEALTHCARE, LLC** d/b/a **HAHNEMANN UNIVERSITY HOSPITAL,** *et al.*, | ) Case No. 19-11466 (MFW) |
|  | ) **(Jointly Administered)** |
| **Debtors.** | ) |
|  | ) **RE: D.I. _____** |

## ORDER GRANTING APPLICATION OF PECO ENERGY COMPANY FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

This matter comes before the Court upon the *Application of PECO Energy Company For Allowance and Payment of Administrative Expenses* (the "Application") filed by PECO Energy Company ("PECO"), a post-petition creditor in the above-captioned bankruptcy proceeding, for the entry of an order holding that the unpaid post-petition debt owed by the Debtors to PECO in the amount of $342,552.87 for post-petition utility goods/services provided and billed by PECO to March 8, 2020 but not paid by the Debtors is a lawful Chapter 11 administrative expense pursuant to 11 U.S.C. § 503(b)(1)(A), and consequently shall be given priority status pursuant to 11 U.S.C. § 507(a)(2). There being due and sufficient notice of the relief requested, the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein, it is therefore

**ORDERED** that the Application is granted, and PECO has an allowed administrative expense claim in the amount $342,552.87.

ME1 35717088v.1

**IT IS FURTHER ORDERED** that the Debtors are hereby ordered to make full payment to PECO in the amount of $342,552.87 within ten (10) business days of the entry of this Order.