# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, I caused a true and correct copy of the *Application of PECO Energy Company For Allowance and Payment of Administrative Expenses* to be served by email on the parties referenced below.

                                            */s/ William F. Taylor, Jr.*
                                            William F. Taylor, Jr. (#2936)

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
Email:  mark.minuti@saul.com, monique.disabatino@saul.com
Debtors' Counsel

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Leher LLP
Email:  jeffrey.hampton@saul.com, adam.isenberg@saul.com, aaron.applebaum@saul.com
Debtors' Counsel

Thomas M. Horan
Cozen O'Conner
Email:  thoran@cozen.com
Creditor Committee Counsel

Boris I. Mankovetskiy
Andrew H. Sherman
Sills, Cummis & Gross P.C.
Email:  bmankovetskiy@sillscummis.com, asherman@sillscummis.com
Creditor Committee Counsel

Seth A. Niederman
Fox Rothschild LLP
Email:  sniederman@foxrothschild.com
Creditor Committee Counsel

Benjamin A. Hackman
Office of the United States Trustee
Email: benjamin.a.hackman@usdoj.gov