# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **CENTER CITY HEALTHCARE, LLC** | ) Case No. 19-11466 (MFW) |
| **d/b/a HAHNEMANN UNIVERSITY** | ) |
| **HOSPITAL,** *et al.*, | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Hearing Date: Mar. 8, 2021 @ 10:30 a.m. |
| | ) Objection Deadline: Mar. 1, 2021 @ 4 p.m. |

## APPLICATION OF PECO ENERGY COMPANY
## FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

PECO Energy Company ("PECO"), by counsel, a creditor in the above-captioned, jointly-administered bankruptcy proceeding, for its *Application For Allowance and Payment of Administrative Expenses* (the "Administrative Expense Application") states as follows:

### Procedural Facts

1. On June 30, 2019 (the "Petition Date"), the Debtors commenced their cases under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") that are now pending with this Court.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2. The Debtors' chapter 11 bankruptcy cases are being jointly administered.

3. On July 1, 2019, the Debtors filed the *Motion of the Debtors For Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment To Utility Companies, (II) Establishing Procedures For Resolving Objections By Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service* (the "Utility Motion") (Docket No. 12).

1