**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>Hearing Date:  March 8, 2021 at 10:30 a.m.<br>Objection Deadline:  March 1, 2021 at 4:00 p.m. |

**MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO**
**FEDERAL BANKRUPTCY RULE 2004 AND LOCAL BANKRUPTCY**
**RULE 2004-1 AUTHORIZING EXAMINATION OF WAYNE**
**MOVING AND STORAGE COMPANY OF NEW JERSEY, INC. AND**
**COMPELLING PRODUCTION OF RELEVANT DOCUMENTS**

The debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby move (the "**Motion**"), pursuant to Section 105(a) of tile 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2004-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for an Order authorizing the examination of Wayne Moving and Storage Company of New Jersey, Inc. including (i) production of documents responsive to the requests (the "**Requests**"), attached as <u>Exhibit 1</u> to the Proposed Order, which is attached hereto as **Exhibit A**  and (ii) examination of persons who may be designated to testify to the matters set forth in the topics attached to the

---

[1]　The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, PA  19102.

-2-

Proposed Order as Exhibit 2 (the" Topics"). In support of the relief requested, the Debtors respectfully state as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Rule 9013–1(f) of the Local Rules, the Debtors consent to the entry of a final order by the Court in connection with this matter to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution. Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are sections 105(a) of the Bankruptcy Code, Bankruptcy Rule 2004, and Local Rule 2004-1.

**FACTUAL BACKGROUND**

3. Prior to its bankruptcy filings on June 30 and July 1, 2019 (collectively, the "**Petition Date**"), the Debtors' business primarily consisted of operating two hospitals in Philadelphia, Pennsylvania – Hahnemann University Hospital ("**Hahnemann**") and St. Christopher's Hospital for Children ("**St. Christopher's**").

4. Upon information and belief, prior to and after the Petition Date, and as reflected on an invoice dated February 25, 2020 attached hereto as **Exhibit B**, one or more of the Debtors stored medical or other supplies or property ("**Supplies**") at a warehouse facility in Pennsauken, New Jersey (the "**NJ Warehouse**") owned and operated by Wayne Moving and Storage of New Jersey, Inc. ("**Wayne Moving and Storage**").

5. After the Petition Date, Debtors learned that the Supplies were no longer located in the NJ Warehouse and that they had apparently been removed without the Debtors' consent or knowledge, and without Court approval.

6. The Debtors have undertaken good faith efforts to contact Wayne Moving and Storage to discuss the Supplies, their removal, and their current whereabouts, with no success. Wayne Moving and Storage has not responded.

## RELIEF REQUESTED

7. The Debtors accordingly request the Court to approve and enter the Proposed Order substantially in the form attached hereto as **Exhibit A** pursuant to Bankruptcy Rule 2004 under Local Rule 2004-1 authorizing the examination of Wayne Moving and Storage Company of New Jersey, Inc. including (i) production of documents responsive to the requests attached to the Proposed Order as Exhibit 1, and (ii) examination of persons who may be designated to testify to the matters set forth in the topics attached to the Proposed Order as Exhibit 2.

## BASIS FOR RELIEF REQUESTED

8. Bankruptcy Rule 2004 provides that, on the motion of any party in interest, the Court may order an examination of, and the production of documentary evidence by, any entity concerning any matter relating "to the acts, conduct, or property or to the liabilities and financial condition of the debtors, or to any matter which may affect the administration of the debtor's estate . . . ." Fed.R.Bankr.P. 2004(b); see also In re Teleglobe Communications Corp., 493 F.3d 345, 354, n.6 (3d Cir. 2007). The goals of Rule 2004 examinations include "discovering assets, examining transactions, and determining whether wrongdoing has occurred." In re Wash Mutual, Inc., 408 B.R. 45, 50 (Bankr. D. Del. 2009) (quoting In re Enron Corp., 281 B.R. 836, 840 (Bankr. S.D.N.Y. 2002)); see In re Recoton Corp., 307 B.R. 751, 755 (S.D.N.Y. 2004).

9. The Proposed Order directs Wayne Moving and Storage to appear for an examination to explain the whereabout and disposition of the Supplies. Because the Supplies were property of the Debtors' estate, those Supplies necessarily "affect the administration of the debtor's estate," Fed.R.Bank.P. 2004(b), and Rule 2004 would thereby permit an interested party like the Debtors to conduct an examination of the Supplies' last-known possessor, Wayne Moving and Storage. Fed.R.Bankr.P. 2004(b); Teleglobe Communications, 493 F.3d at 354 n.6. Such a request would fit squarely within the goals of Rule 2004 which include "discovering assets, examining transactions, and determining whether wrongdoing has occurred." Wash Mutual, Inc., 408 B.R. at 50 (quoting Enron, 281 B.R. at 840).

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2004-1

10. Consistent with Local Rule 2004-1(b), counsel have undertaken good faith efforts to meet and confer with Wayne Moving and Storage. Counsel has called Wayne Moving and Storage and left a voicemail message with its Vice President and General Manager (Chris Swanson) and has sent letters to its corporate addresses requesting information. No response was received. Accordingly, no conference was held as required by Local Rule 2004-1(a).

### NO PRIOR REQUEST

11. No previous motion for the relief requested herein has been made to this or any other Court.

### NOTICE

12. Notice of this Motion has been provided to: (i) the Office of the United States Trustee; (ii) the Official Committee of Unsecured Creditors; (iii) Wayne Moving and Storage of New Jersey, Inc.; and (iv) any party that has requested notice pursuant to Bankruptcy Rule 2002.

In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

**WHEREFORE**, for the foregoing reasons, the Debtors respectfully request entry of an order, substantially in the formed attached hereto as **Exhibit A**, and/or grant such other and further relief as is just and proper.

Dated:  February 22, 2021          **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ John D. Demmy*
       Mark Minuti (DE Bar No. 2659)
       John D. Demmy (DE Bar No. 2802)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE  19899
       Telephone: (302) 421-6800
       Fax: (302) 421-5873
       mark.minuti@saul.com
       john.demmy@saul.com
       monique.disabatino@saul.com

              -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       A. Mayer Kohn
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7777
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       mayer.kohn@saul.com

       *Counsel for Debtors and Debtors in Possession*

-5-

38094552.2 02/22/2021