# Exhibit B

**Invoice from Wayne Moving and Storage Dated February 25, 2020**



**Wayne Moving & Storage Company of New Jersey, Inc.**
400 Griffith Morgan Lane
Pennsauken, NJ 08110
Phone: (856) 665-7557  Fax: (856) 665-3799

# INVOICE

Date: 2/25/2020

| BILL TO |
|---|
| Accounts Payable<br>Hahnemann Univeristy Hospital<br>P.O. Box 42487<br><br>Philadelphia, PA  19101 |

Page: 1 of 1

| CONTRACT NBR | SHIPPER | STORAGE DATES | LOT NBR | ACCOUNT |
|---|---|---|---|---|
| 10019135 | HAHNEMANN UNIVERSITY H | FROM: 02/01/2020  TO: 02/28/2020 | 855-007011 | 3612 |

| INVOICE NBR | TYPE | DESCRIPTION OF CHARGES | QTY | RATE | MULTI | DOCUMENT AMOUNT |
|---|---|---|---|---|---|---|
| 456908 | Invoice | Storage Invoice | | | | 96.00 |
| | | Monthly Storage - Skids | 8.00 | 12.00 | EA | 96.00 |

Payment is due upon receipt of this document, please remit to the address listed above.

We Accept:





| TOTAL DUE |
|---|
| 96.00 |