# EXHIBIT D

## EXPENSE SUMMARY

**Expense Summary**

**For the Period from December 1, 2020 through December 31, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center | $292.50 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $4,365.30 |
| Legal Research | Westlaw | $5,179.36 |
| Outside Reproduction | Exela Enterprise Solutions Inc.; Reliable Copy Service | $849.39 |
| Teleconferencing | CourtCall LLP | $90.00 |
| Transcript | Reliable Copy Service - DE | $159.50 |
| **Total** | | **$10,936.05** |

---

[1]     These are the costs associated with using the Saul Review Platform ("SRP").  These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |



SAUL EWING
ARNSTEIN
& LEHR LLP

| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2608833 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 02/08/21 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 12/26/2020 | Epiq Relativity eDiscovery Costs | 4,365.30 | |
| | Total   Epiq Relativity eDiscovery Costs | | 4,365.30 |
| 12/10/20 | Outside Reproduction - - VENDOR: Exela Enterprise Solutions Inc. 9/28/2020 Scan and create bookmarks and flashdrive / | 723.64 | |
| 12/28/20 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 12/10/20; Copying and delivery of fee application binder to Judge Walrath | 125.75 | |
| | Total Outside Reproduction | | 849.39 |
| 12/03/20 | Teleconferencing; VENDOR: Courtcall LLC; 11/20/20; Telephonic Court appearance for M. Minuti | 22.50 | |
| 12/03/20 | Teleconferencing; VENDOR: Courtcall LLC; 11/20/20; Telephonic Court appearance for J. Demmy | 22.50 | |
| 12/03/20 | Teleconferencing; VENDOR: Courtcall LLC; 11/20/20; Telephonic Court appearance for J. Dinome | 22.50 | |
| 12/03/20 | Teleconferencing; VENDOR: Courtcall LLC; 11/20/20; Telephonic Court appearance for J. Hampton | 22.50 | |
| | Total Teleconferencing | | 90.00 |
| 12/01/20 | Doc. Retrieval/Case Monitoring; VENDOR: Pacer Service Center; 10/07/20; Access to Federal Court dockets and downloading pleadings | 292.50 | |
| | Total Doc. Retrieval/Case Monitoring | | 292.50 |
| 12/08/20 | Transcript; VENDOR: Reliable Copy Service - DE; 11/20/20 Hearing Transcript | 159.50 | |
| | Total Transcript | | 159.50 |
| 12/01/20 | Westlaw Legal Research | 77.22 | |
| 12/03/20 | Westlaw Legal Research | 77.22 | |
| 12/04/20 | Westlaw Legal Research | 77.22 | |
| 12/05/20 | Westlaw Legal Research | 71.50 | |
| 12/07/20 | Westlaw Legal Research | 77.22 | |
| 12/07/20 | Westlaw Legal Research | 527.04 | |
| 12/08/20 | Westlaw Legal Research | 143.10 | |
| 12/08/20 | Westlaw Legal Research | 1,176.66 | |
| 12/09/20 | Westlaw Legal Research | 100.44 | |
| 12/10/20 | Westlaw Legal Research | 529.74 | |
| 12/11/20 | Westlaw Legal Research | 143.10 | |
| 12/15/20 | Westlaw Legal Research | 231.66 | |

376719                Philadelphia Academic Health System, LLC, et. al          Invoice Number  2608833
00002                 Expenses                                                   Page 2
02/08/21

| 12/15/20 | Westlaw Legal Research | 231.66 | |
| 12/16/20 | Westlaw Legal Research | 1,483.92 | |
| 12/17/20 | Westlaw Legal Research | 231.66 | |
| | Total Westlaw Legal Research | | 5,179.36 |
| | CURRENT EXPENSES | | 10,936.05 |

**TOTAL AMOUNT OF THIS  INVOICE**                                                          10,936.05