**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED ORDER APPOINTING MEDIATOR IN
CONNECTION WITH CLAIMS BY AND BETWEEN THE
DEBTORS' ESTATES AND THE MBNF NON-DEBTOR ENTITIES**

I, Mark Minuti, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby certify as follows:

1. As the Court may recall, the Debtors and the Official Committee of Unsecured Creditors (the "Committee") are in the process of conducting an investigation (the "Investigation") of potential claims and causes of action against the MBNF Non-Debtor Entities (as defined in the Discovery Motions noted below) in the Debtors' chapter 11 cases. In connection with the Investigation, the Committee served requests for production on both the MBNF Non-Debtor Entities and the Debtors pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. LR 2004-1.

2. On November 12, 2020, the Debtors and Committee served and filed the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*of Documents from the MBNF Non-Debtor Entities* [Docket No. 1888], and the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors For Approval of Consent Order Regarding Committee Discovery of Debtors and Related Relief Regarding the Application and Waiver of Privileges* [Docket No. 1891] (collectively, the "Discovery Motions") to resolve certain discovery disputes (the "Discovery Disputes") among the Debtors and the Committee on the one hand and the MBNF Non-Debtor Entities on the other hand.

3. On December 1, 2020, the Court entered the *Order Appointing Mediator in Connection with Discovery Disputes* [Docket No. 1943], appointing the Honorable Kevin J. Carey (ret.) as mediator in connection with the Discovery Disputes.

4. With Judge Carey's guidance and assistance, the Debtors, the Committee and the MBNF Non-Debtor Entities (collectively, the "Parties") resolved certain of the Discovery Disputes and have agreed upon a protocol for resolving other Discovery Disputes.

5. With the resolution of the Discovery Disputes, the Debtors and the Committee are continuing to move forward to complete the Investigation. Based upon the Investigation to date, however, the Debtors and the Committee assert that they have identified certain meaningful claims and causes of action that the Debtors' estates have against certain of the MBNF Non-Debtor Entities (the "Estate Claims"). The MBNF Non-Debtor Entities deny and dispute the Estate Claims.

6. Meanwhile, certain of the MBNF Non-Debtor Entities have asserted claims and causes of action against the Debtors, including the claims set forth in the following claim numbers (collectively, the "MBNF Non-Debtor Entities' Claims," and together with the Estate Claims, as the "Competing Claims"):

| Debtor | Case No. | Claim Nos. |
|---|---|---|
| Center City Healthcare, LLC | 19-11466 (MFW) | 1033, 1040, 1046, 1048, 1050, 1060, 1067, 1072 – 1076 and 1087 |
| Philadelphia Academic Health System, LLC | 19-11467 (MFW) | 158 – 160, 162, 164, 165, 167, 169, 171 – 175, 177 - 179 |
| St. Christopher's Healthcare, LLC | 19-11468 (MFW) | 663, 672, 673, 678, 679, 682, 685, 686 – 688, 692 and 695 |
| Philadelphia Academic Medical Associates, LLC | 19-11469 (MFW) | 23 – 26, 28, 30 – 34 |
| HPS of PA, L.L.C. | 19-11470 (MFW) | 18, 19, 21, 22, 23, 25 - 27 |
| SCHC Pediatric Associates, L.L.C. | 19-11471 (MFW) | 71, 73, 75, 77, 78, 80 and 83 |
| St. Christopher's Pediatric Urgent Care Center, L.L.C. | 19-11472 (MFW) | 24 – 28, 30 – 32 |
| SCHC Pediatric Anesthesia Associates, L.L.C. | 19-11473 (MFW) | 17 – 22, 24 and 25 |
| StChris Care at Northeast Pediatrics, L.L.C. | 19-11474 (MFW) | 19 – 24, 26, 27 |
| TPS of PA, L.L.C. | 19-11475 (MFW) | 19 – 24, 26 and 27 |
| TPS II of PA, L.L.C. | 19-11476 (MFW) | 55 – 60, 62 and 63 |
| TPS III of PA, L.L.C. | 19-11477 (MFW) | 20 – 25, 27 and 28 |
| TPS IV of PA, L.L.C. | 19-11478 (MFW) | 33 – 37, 39 and 40 |
| TPS V of PA, L.L.C. | 19-11479 (MFW) | 20 – 25, 27 and 28 |

7.  The Debtors and the Committee dispute, deny and, if necessary, will object to the MBNF Non-Debtor Entities' Claims.

8. Subject to Court approval, and in an attempt to save costs and avoid protracted litigation, the Parties have agreed to mediate the Competing Claims and have agreed that Judge Carey should serve as the mediator in connection with the Competing Claims. Subject to Court approval, Judge Carey has agreed to serve as the mediator in connection with the Competing Claims.

9. Attached hereto as **Exhibit A** is a proposed order (the "Proposed Order") appointing Judge Carey as mediator in connection with the Competing Claims.

10. The form of the attached Proposed Order has been reviewed and approved by counsel to each of the Parties and Judge Carey.

11. Of course, the Parties are available to discuss this matter at the Court's convenience. Absent any questions or concerns, the Parties respectfully request that the Court sign the attached Proposed Order and direct that it be docketed.

Respectfully submitted,

Dated: February 23, 2021        **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com

*Counsel for Debtors and Debtors in Possession*