UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al* ,    Case No. 19-11466 (MFW)
Debtors    Reporting Period: January 1, 2021 - January 31, 2021

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Available to the U.S. Trustee upon request | | |
| Schedule of Professional Fees Paid | MOR-1b | Available to the U.S. Trustee upon request | | |
| Copies of bank statements | | Available to the U.S. Trustee upon request | | |
| Cash disbursements journals | | Available to the U.S. Trustee upon request | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | No | | |
| Copies of IRS Form 6123 or payment receipt | | No | | |
| Copies of tax returns filed during reporting period | | No | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____    2/24/2021
Signature of Debtor    Date

_____    _____
Signature of Joint Debtor    Date

_____    _____
Signature of Authorized Individual*    Date

Allen Wilen    Chief Restructuring Officer
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*  
Debtors

Case No. 19-11466 (MFW)  
Reporting Period: January 1, 2021 - January 31, 2021

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**  
January 1, 2021 - January 31, 2021

| | 19-11466 Center City Healthcare, LLC | 19-11468 St. Christopher's Healthcare, LLC | 19-11478 TPS IV of PA, L.L.C. | 19-11477 TPS III of PA, L.L.C. | 19-11471 SCHC Pediatric Associates, L.L.C. | 19-11474 StChris Care at Northeast Pediatrics, L.L.C. | 19-11476 TPS II of PA, L.L.C. | 19-11479 TPS V of PA, L.L.C. | 19-11467 Philadelphia Academic Health System, LLC | Consolidated Entities Total [1] |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance - Books [3] | $ 5,302 | $ 280,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ 35,910,912 | $ 36,196,713 |
| Collections | 27,508 | 21,571 | 641 | 641 | 6,797 | 6,797 | 641 | 641 | 10,738 | 75,975 |
| **Total Receipts** | 110,841 | 21,571 | 641 | 641 | 6,797 | 6,797 | 641 | 641 | 10,738 | 159,308 |
| Salaries, wages and benefits | (25,196) | (9,876) | - | - | - | - | - | - | (56,633) | (91,705) |
| Post-petition Accounts Payable Reduction | - | - | - | - | - | - | - | - | - | - |
| Non-controllable expenses | (235,422) | (409,456) | - | - | - | - | - | - | - | (644,878) |
| Total Operating Disbursements | (260,618) | (419,332) | - | - | - | - | - | - | (56,633) | (736,583) |
| *Restructuring Related Disbursements* | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | - | - |
| UST Quarterly Fee | - | - | - | - | - | - | - | - | - | - |
| Net Cash Flow | (149,777) | (397,761) | 641 | 641 | 6,797 | 6,797 | 641 | 641 | (45,895) | (577,275) |
| Transfers/Write-Downs | 146,408 | 392,392 | (641) | (641) | (6,797) | (6,797) | (641) | (641) | (637,878) | (115,236) |
| Ending Balance - Books | 1,933 | 275,131 | - | - | - | - | - | - | 35,227,139 | 35,504,202 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ (260,618) | $ (419,332) | $ - | $ - | $ - | $ - | $ - | $ - | $ (56,633) | $ (736,583) |

1 - The remaining five (5) debtors not shown are consolidated into other entities, and therefore, do not report receipts/disbursements. Philadelphia Academic Medical Associates, LLC (19-11469), HPS of PA, L.L.C. (19-11470), St. Christopher's Pediatric Urgent Care Center, L.L.C. (19-11472), SCHC Pediatric Anesthesia Associates, L.L.C. (19-11473), TPS of PA, L.L.C. (19-11475).  
2 - For reporting purposes, practice group collections spread evenly among the STC and HUH practice group entities.  
3 - Non-patient specific receipts are being deposited to a PAHS bank acount.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***             Case No. 19-11466 (MFW)
Debtors             Reporting Period: January 1, 2021 - January 31, 2021

**Schedule of Debtor Bank Account Balances**

| Bank Account | Bank | Account Holder | Account Name | Beginning Account Balance | Deposits | Disbursements | Ending Account Balance |
|---|---|---|---|---|---|---|---|
| 4834 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Voluntary Benefits | $696 | $0 | $0 | $696 |
| 5202 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Merchant Credit Card Deposits | 3,091 | 5,928 | (7,238) | 1,781 |
| 5981 | WELLS FARGO BANK, N.A. | Center City Healthcare | Non-Government Account | - | 27,508 | (25,508) | 2,000 |
| 6021 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Concentration Account | 35,906,846 | 75,875 | (769,077) | 35,213,645 |
| 6048 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Dental Claims Self-Funding | 278 | - | - | 278 |
| 6070 | WELLS FARGO BANK, N.A. | Center City Healthcare | Payroll Account | 500 | - | - | 500 |
| 6096 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Payroll Account | 280,500 | - | - | 280,500 |
| **Total** | | | | **$38,492,753** | **$213,554** | **($906,066)** | **$35,499,401** |
| | | | | $4,802 | | Petty Cash | $4,802 |
| | | | Total | **$38,497,554** | | **Total** | **$35,504,202** |

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*  
Debtors

Case No. 19-11466 (MFW)  
Reporting Period: January 1, 2021 - January 31, 2021

## STATEMENT OF OPERATIONS
(Consolidated Income Statement)[1]

| REVENUES | January 2021 | Cumulative Filing to Date |
|---|---:|---:|
| Revenues | - | $915,792,417 |
| Less: Reductions | - | (801,734,846) |
| Net Revenue | $ - | $114,057,571 |
| **OPERATING EXPENSES** | | |
| Salaries, wages and benefits | 91,705 | $111,952,497 |
| Supplies expense | - | 23,774,521 |
| Other controllable expenses [2] | - | 91,539,331 |
| Non-controllable expenses [3] | 644,878 | 41,995,209 |
| Midcap term loan | - | 1,597,750 |
| Total Operating Expenses | 736,583 | 270,859,308 |
| Net Profit (Loss) Before Other Income & Expenses | ($736,583) | ($156,801,737) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Revenue [4] | 83,333 | $42,939,342 |
| Proceeds from Equipment Sale [5] | - | 1,597,750 |
| Proceeds from Tenet Contribution | - | 2,800,000 |
| Proceeds from sale of STC (Net) | - | 14,609,471 |
| Other Non-Operating Income [6] | 41,979 | 906,597 |
| Other Non-Operating Income [7] | (41,979) | (8,342,714) |
| Interest Expense | - | 2,855,203 |
| Net Profit (Loss) Before Reorganization Items | ($653,250) | ($105,460,664) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | - | $6,973,252 |
| Professional Fees - Escrow | - | 9,639,105 |
| U. S. Trustee Quarterly Fees | - | 2,846,456 |
| Total Reorganization Expenses | - | $19,458,813 |
| Net Profit (Loss) | ($653,250) | ($124,919,477) |

1 - The unconsolidated Statements of Income (unaudited) are provided subsequent to the continuation sheet.  
2 - See #1 on attached Continuation Sheet.  
3 - Excludes Professional and UST Fees. See #2 on attached Continuation Sheet.  
4 - Other Revenue from July 2019 - December 2019. See #3 on attached Continuation Sheet  
5 - Additional proceeds for miscellaneous asset sales offset against the HSRE administrative expense claim.  
6 - Accounts Receivable in excess of what was accrued on debtors books and records due to the transition of accounting systems post-sale of STC.  
7 - Consists of the write-down of balance sheet accounts that occurred in January 2020, as well as the collection of supplemental and unallocated cash items.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***     Case No. 19-11466 (MFW)
Debtors     Reporting Period: January 1, 2021 - January 31, 2021

**STATEMENT OF OPERATIONS - continuation sheet**

| Ref | BREAKDOWN OF "OTHER" CATEGORY | January 2021 | Cumulative Filing to Date |
|---|---|---:|---:|
| 1 | **Other Controllable Expenses** | | |
| | Administrative Claims | - | $962,777 |
| | 1199 Pension and Benefits | - | 39,546 |
| | 2019 OCE (See 2019 MORs) | - | 90,537,008 |
| | **Total Other Controllable Expenses** | **-** | **$91,539,331** |
| 2 | **Non-Controllable Expenses** | | |
| | Insurance - RRG | - | $2,400,000 |
| | Conifer Fee | - | 480,000 |
| | Tenet/Conifer Extension Fees | 200,000 | 930,257 |
| | Conifer Cash Collection Fee | - | 389,534 |
| | NEXCOR CAM CHARGE | - | 482,349 |
| | Insurance Costs | 242,298 | 868,464 |
| | Cost Report Preparation | - | 40,176 |
| | Other Employment Related Costs | - | 8,074 |
| | Medical Claims | 59,515 | 383,203 |
| | Professional Fees | - | $6,973,252 |
| | Shutdown / Maint./Utilites (not Nexcor) | - | 823,939 |
| | Administrative Claims | 51,940 | 2,136,579 |
| | OMNI / Noticing / Publication / Solitication | 58,692 | 2,043,754 |
| | US Trustee | - | 2,846,456 |
| | Tail Coverage/MedMal | - | 6,281,638 |
| | HSRE | - | 1,259,385 |
| | Board Fees | 50,000 | 215,000 |
| | 2019 NCE (See 2019 MORs) | - | 23,259,930 |
| | **Total Non-Controllable Expenses** | **$662,446** | **$51,821,990** |
| 3 | **Other Revenue - Pre-January 2020** | | |
| | 8727 REV - CAPITATION & | - | $240,888 |
| | 8904 RENTAL REVENUE | - | 10,875 |
| | 8905 OTHER REV-PARKING L | - | 614,614 |
| | 8908 SUB-LEASE INCOME | - | 78,199 |
| | 8913 RESIDENCY PROGRAM R | - | 604,026 |
| | 8946 VENDING MACHINES CO | - | 44,641 |
| | 8955 OTHER INCOME MED RE | - | 50,280 |
| | 8975 MISC REVENUE | 83,333 | 15,588,600 |
| | 8909 INCOME RELATED INTI | - | 9,704,895 |
| | 8910 NURSING SCHOOL TUIT | - | 170,159 |
| | 8916 CAFETERIA REVENUE | - | 642,342 |
| | 8970 OTHER REV-SHARED RI | - | 7,544 |
| | 8980 OTHER REVENUES | - | 13,497,034 |
| | 8921 MISC REV UNRESTRICT | - | 29,162 |
| | 8972 MANAGEMENT FEES REV | - | 1,656,086 |
| | **Total Other Revenue** | **-** | **$42,788,561** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***     Case No. 19-11466 (MFW)
**Debtors**     Reporting Period: January 1, 2021 - January 31, 2021

**Statements of Income (unaudited)** [1]
**January 1, 2021 - January 31, 2021**

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. [2] | TPS III of PA, L.L.C. [2] | SCHC Pediatric Associates, L.L.C. [3] | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. [2] | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC [4] | Consolidated Entities Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Net patient revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other revenue | 83,333 | - | - | - | - | - | - | - | - | 83,333 |
| Net revenue | 83,333 | - | - | - | - | - | - | - | - | 83,333 |
| Operating charges: | | | | | | | | | | |
| Salaries, wages and benefits | 25,196 | 9,876 | - | - | - | - | - | - | 56,633 | 91,705 |
| Supplies expense | - | - | - | - | - | - | - | - | - | - |
| Other controllable expenses | - | - | - | - | - | - | - | - | - | - |
| Non-controllable expenses | 235,422 | 409,456 | - | - | - | - | - | - | - | 644,878 |
| Total operating expenses | 260,618 | 419,332 | - | - | - | - | - | - | 56,633 | 736,583 |
| EBITDA | (177,285) | (419,332) | - | - | - | - | - | - | (56,633) | (653,250) |
| Non-Operating Income | - | - | - | - | - | - | - | - | - | - |
| **PRE-TAX INCOME** | $ (177,285) | $ (419,332) | $ - | $ - | $ - | $ - | $ - | $ - | $ (56,633) | $ (653,250) |

**Notes**
1 - The balance sheets and statements of income presented herein reflect the unadjusted operations of Philadelphia Academic Health System, LLC ("PAHS"). Only 9 of the 14 debtor entities are shown in the consolidated financials. The other debtor entities roll up to the listed debtor entities, explained in the below notes. As of January 2020, due to the loss of debtors internal accounting system, financial statements are reported on a modified cash basis.
2 - TPS of PA, L.L.C. does not report financials; however, has leasehold interests reported on respective subsidiary entities.
3 - Includes consolidated subsidiary debtor entities: St. Christopher's Pediatric Urgent Care Center, L.L.C. and SCHC Pediatric Anesthesia Associates, L.L.C.
4 - Includes consolidated subsidiary debtor entities HPS of PA L.L.C. and Philadelphia Academic Medical Associates.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,**  Case No. 19-11466 (MFW)
**Debtors**  Reporting Period: January 1, 2021 - January 31, 2021

**BALANCE SHEET**
**(Consolidated)**

**ASSETS**

| CURRENT ASSETS | January 2021 |
|---|---|
| Unrestricted Cash and Equivalents | $35,504,202.33 |
| Accounts Receivable (Net) | 55,085.11 |
| *TOTAL CURRENT ASSETS* | **$35,559,287.44** |
| **TOTAL ASSETS** | **$35,559,287.44** |

**LIABILITIES AND OWNER EQUITY**

| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | January 2021 |
|---|---|
| Accounts payable [1] | $1,451,340.97 |
| Accrued Liabilities - Employee Obligations | 1,616,118.00 |
| *TOTAL POSTPETITION LIABILITIES* | **$3,067,458.97** |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) - See continuation schedule #2* | |
| Accounts payable | $150,579,443.84 |
| Accrued Expenses - Employee Obligations | 18,698,796.01 |
| Accrued Liabilities - Other [2] | 28,009,182.74 |
| Patient credit balances | 10,565,463.00 |
| Due to PAHH | 604,838.00 |
| Priority Unsecured Debt - Taxes | 578,928.10 |
| *TOTAL PRE-PETITION LIABILITIES* | **$209,036,651.69** |
| | |
| *TOTAL LIABILITIES* | **$212,104,110.66** |
| **OWNER EQUITY** | |
| Capital surplus | $96,522,038.00 |
| *Retained earnings* | *(272,413,611.22)* |
| *Additions* | *0.00* |
| Profit (loss) | (653,250.00) |
| *NET OWNER EQUITY* | **($176,544,823.22)** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$35,559,287.44** |

*Notes:*

1 - Unconsolidated Balance Sheet (unaudited) provided on the subsequent pages.

2 - Accrued Liabilities - Other is adjusted as of January 2020. Remaining accruals include city and state hospital assessments, medicare/medicaid payment accruals, and taxes.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*  Case No. 19-11466 (MFW)
Debtors                                                                                                                                                            Reporting Period: January 1, 2021 - January 31, 2021

**PRE-PETITION LIABILITIES - Continuation schedule**

*PRE-PETITION LIABILITIES*

| Debtor | Accounts Payable | Other Accrued | Accrued Employee Obligations | Credit Balances | Due to PAHH | Taxes Owed | TOTAL |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | $ 96,372,782 | $ 22,862,718 | $ 6,094,015 | $ 4,230,647 | $ - | $ 576,298 | $ 130,136,460 |
| St. Christopher's Healthcare, LLC | 13,518,058 | 4,985,832 | 3,316,599 | 2,753,801 | 604,838 | 1,258 | 25,180,386 |
| TPS IV of PA, L.L.C. | 10,449,439 | - | - | 647,602 | - | - | 11,097,041 |
| TPS III of PA, L.L.C. | 320,529 | - | - | 8,508 | - | - | 329,037 |
| SCHC Pediatric Associates, L.L.C. | 14,404,220 | 56,933 | - | 2,558,475 | - | 1,372 | 17,021,000 |
| StChris Care at Northeast Pediatrics, L.L.C. | 266,441 | 291 | - | 127,761 | - | - | 394,493 |
| TPS II of PA, L.L.C. | 393,914 | 61,635 | - | 76,343 | - | - | 531,892 |
| TPS V of PA, L.L.C. | 461,429 | 440 | - | 162,326 | - | - | 624,195 |
| Philadelphia Academic Health System, LLC | 14,392,633 | 41,334 | - | - | - | - | 14,433,967 |
| Accrued Payroll: Physicians Groups | - | - | 9,288,182 | - | - | - | 9,288,182 |
| Less: Pre-Petition Payroll Paid Post-Petition | - | - | - | - | - | - | - |
| **Total** | **150,579,444** | **28,009,183** | **18,698,796** | **10,565,463** | **604,838** | **578,928** | **209,036,652** |

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*  
Debtors

Case No. 19-11466 (MFW)  
Reporting Period: January 1, 2021 - January 31, 2021

**Balance Sheets (unaudited)** [1,5]  
As of January 31, 2021

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. [2] | TPS III of PA, L.L.C. [2] | SCHC Pediatric Associates, L.L.C. [3] | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. [2] | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC [4] | Consolidated Entities Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Cash and cash equivalents | | | | | | | | | | |
| Unrestricted cash | $ 1,933 | $ 275,131 | $ - | $ - | $ - | $ - | $ - | $ - | $ 35,227,139 | $ 35,504,202 |
| Accounts Receivable - 2020 | 12,590 | (73,754) | 84,057 | 42,930 | - | - | - | - | (10,738) | 55,085 |
| Inventory [6] | - | - | - | - | - | - | - | - | - | - |
| Prepaid expenses | - | - | - | - | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - | - | - | - | - |
| Total current assets | 14,523 | 201,377 | 84,057 | 42,930 | - | - | - | - | 35,216,401 | 35,559,287 |
| Purchased assets - unallocated | | | | | | | | | | |
| Property and equipment [7] | - | - | - | - | - | - | - | - | - | - |
| Less: accumulated depreciation | - | - | - | - | - | - | - | - | - | - |
| Property and equipment, net | - | - | - | - | - | - | - | - | - | - |
| Other assets | | | | | | | | | | |
| Philadelphia Academic Risk Retention Group, LLC | - | - | - | - | - | - | - | - | - | - |
| Due from Philadelphia Academic Health Holdings, LLC | - | - | - | - | - | - | - | - | - | - |
| Other intangibles and deferred assets | - | - | - | - | - | - | - | - | - | - |
| Accumulated amortization | - | - | - | - | - | - | - | - | - | - |
| **TOTAL ASSETS** | $ 14,523 | $ 201,377 | $ 84,057 | $ 42,930 | $ - | $ - | $ - | $ - | $ 35,216,401 | $ 35,559,287 |
| **LIABILITIES AND EQUITY** | | | | | | | | | | |
| **Post-Petition** | | | | | | | | | | |
| Accounts payable | 1,052,864 | 398,477 | - | - | - | - | - | - | - | 1,451,341 |
| Accrued liabilities/expenses | | | | | | | | | | - |
| Employee Obligations [6] | 1,544,127 | - | - | - | - | - | - | - | 71,991 | 1,616,118 |
| Short term debt | - | - | - | - | - | - | - | - | - | - |
| Total Post-Petition Liabilities | 2,596,991 | 398,477 | - | - | - | - | - | - | 71,991 | 3,067,459 |
| **Pre-Petition** | | | | | | | | | | |
| Accounts payable - Pre-petition [5] | 96,372,782 | 13,518,058 | 10,449,439 | 320,529 | 14,404,220 | 266,441 | 393,914 | 461,429 | 14,392,633 | 150,579,444 |
| Patient credit balances | 4,230,647 | 2,753,801 | 647,602 | 8,508 | 2,558,475 | 127,761 | 76,343 | 162,326 | - | 10,565,463 |
| Accrued liabilities/expenses | | | | | | | | | | |
| Employee Obligations [6] | 6,094,015 | 3,316,599 | 1,158,085 | 43,441 | 7,191,434 | 133,811 | 584,831 | 176,579 | - | 18,698,796 |
| Other [7] | 23,376,454 | 5,049,652 | - | - | 58,305 | 291 | 61,635 | 440 | 41,334 | 28,588,111 |
| Intercompany | 13,865,683 | (127,424,052) | 10,354,883 | 1,231,084 | 45,156,448 | (108,233) | (2,353,840) | (1,461,217) | 61,344,082 | 604,838 |
| Due to PAHH | - | - | - | - | - | - | - | - | - | - |
| Total Pre-Petition liabilities | 143,939,581 | (102,785,942) | 22,610,010 | 1,603,562 | 69,368,882 | 420,070 | (1,237,117) | (660,443) | 75,778,049 | 209,036,652 |
| **Total liabilities** | 146,536,571 | (102,387,465) | 22,610,010 | 1,603,562 | 69,368,882 | 420,070 | (1,237,117) | (660,443) | 75,850,040 | 212,104,111 |
| **EQUITY** | | | | | | | | | | |
| Capital surplus | 44,142,262 | 46,129,259 | 2,214,190 | 403,277 | 2,620,965 | 185,750 | 773,229 | 53,106 | - | 96,522,038 |
| Retained earnings | (190,487,026) | 56,878,915 | (24,740,143) | (1,963,909) | (71,989,847) | (605,820) | 463,888 | 607,337 | (40,577,006) | (272,413,611) |
| Profit (loss) | (177,285) | (419,332) | - | - | - | - | - | - | (56,633) | (653,250) |
| **TOTAL EQUITY** | (146,522,049) | 102,588,842 | (22,525,953) | (1,560,632) | (69,368,882) | (420,070) | 1,237,117 | 660,443 | (40,633,639) | (176,544,823) |
| **TOTAL LIABILITIES & EQUITY** | $ 14,523 | $ 201,377 | $ 84,057 | $ 42,930 | $ - | $ - | $ - | $ - | $ 35,216,401 | $ 35,559,287 |

*Notes*

1 - The balance sheets and statements of income presented herein reflect the unadjusted operations of Philadelphia Academic Health System, LLC ("PAHS"). Only 9 of the 14 debtor entities are shown in the consolidated financials. The debtor entities not listed roll up to the listed debtor entities, explained in the below notes.  
2 - TPS of PA, L.L.C. does not report financials; however, has leasehold interests reported on respective subsidiary entities.  
3 - SCHC Pediatric Associates, L.L.C. includes consolidated subsidiary debtor entities: St. Christopher's Pediatric Urgent Care Center, L.L.C. and SCHC Pediatric Anesthesia Associates, L.L.C.  
4 - Includes consolidated subsidiary debtor entities HPS of PA L.L.C. and Philadelphia Academic Medical Associates.  
5 - Includes prior period AP Adjustment totalling $6.824MM.  
6 - Accrued employee obligations are comprised mostly of union dues, pension, PTO and benefit accruals.  
7 - Accrued Liabilities - Other is adjusted as of January 2020. Remaining accruals include city and state hospital assessments, medicare/medicaid payment accruals, and taxes, including priority unsecured tax debt. Accruals are subject to change pending a confirmation of the assessment values.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***        **Case No. 19-11466 (MFW)**
Debtors        **Reporting Period: January 1, 2021 - January 31, 2021**

### SUMMARY OF UNPAID POSTPETITION DEBTS

| Type | Number of Days Past Due | | | | |
|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $0 | $0 | $0 | $1,451,341 | $1,451,341 |

| In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* | Case No. 19-11466 (MFW) |
|---|---|
| Debtors | Reporting Period: January 1, 2021 - January 31, 2021 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | December 2020 | January 2021 |
|---|---:|---:|
| Total Accounts Receivable at the beginning of the reporting period | $130,868 | $47,727 |
| + Amounts billed during the period | 0 | 0 |
| + STC Straddle Payment | 0 | 0 |
| + Additional HUH A/R Additions | 0 | 0 |
| + Collections Expected | 77,946 | 83,333 |
| - Amounts collected during the period | (161,087) | (75,975) |
| Total Accounts Receivable at the end of the reporting period | $47,727 | $55,085 |

| Accounts Receivable Aging | December 2020 | January 2021 |
|---|---:|---:|
| 0 - 30 days old | 0.00 | 0 |
| 31 - 60 days old | 0 | 0 |
| 61 - 90 days old | 0 | 0 |
| 91+ days old | 47,727 | 55,085 |
| **Total Accounts Receivable** | **47,727** | **55,085** |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. |  | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

3 - Pass through taxpayer. No return needs to be filed.