## EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Re: D.I. \_\_\_** |

## ORDER MODIFYING THE AUTOMATIC STAY

Upon the motion (the "<u>Motion</u>")[2] of PAHH New College MOB, LLC, PAHH Bellet MOB, LLC,[3] PAHH Wood Street Garage, LLC, PAHH Feinstein MOB, LLC, PAHH Erie Street Garage, LLC, and PAHH Broad Street MOB, LLC (collectively, the "<u>Master Landlords</u>") for entry of an order (this "<u>Order</u>") modifying the automatic stay so that the Master Landlords may terminate the Debtors' interest in the Master Leases, which were rejected pursuant to the *Order Approving Stipulation Between Debtors and Master Landlord Regarding Rejection of Leases and Allowed Administrative Expense Claim* [D.I. 1057] (the "<u>Rejection Stipulation</u>"), entered by this Court on November 25, 2019, as more fully described in the Motion; and this Court having found that (i) this Court has jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334, (ii) this Court may enter a final order consistent with Article

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined in this Order shall have the respective meaning ascribed to such terms in the Motion.

[3] PAHH Bellet MOB, LLC was previously granted relief from the stay by the *Emergency Order Modifying the Automatic Stay* entered by this Court on October 22, 2020 [D.I. 1851].

III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (iv) venue of this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409, and (v) no further or other notice of the Motion is required under the circumstances; and this Court having reviewed the Motion and any statements in support of the relief requested in the Motion and the record of these Chapter 11 Cases; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in this Order; and this Court having found and determined that the relief sought in the Motion will not prejudice the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Master Landlords are hereby relieved from the automatic stay imposed by 11 U.S.C. § 362 and authorized to terminate the Master Leases, effective immediately as of the date of entry of this Order.

3. This Order is without prejudice to any and all other rights of the Master Landlords and their successors and assigns under the Master Leases and the ML Guarantees, if any, with respect to the Master Leases, all of which are hereby reserved to the extent they survive termination of the Master Leases and the sale of Master Lease Properties under applicable law. The Debtors and their estates expressly reserve and preserve any and all defenses (whether legal or equitable) to any rights and/or claims of the Master Landlords.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.