# CERTIFICATE OF SERVICE

I, Stuart M. Brown, Esquire, do hereby certify that, on this 26th day of February, 2021, I caused a true and correct copy of the *Motion of Master Landlords to Modify the Automatic Stay* to be served on the following parties in the manner indicated below.

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)

**VIA EMAIL**
Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

**VIA EMAIL**
Jeffrey C. Hampton
Adam H. Isenberg
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 19102

**VIA HAND DELIVERY**
Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

**VIA EMAIL**
Thomas M. Horan
Cozen O'Connor
1201 N. Market St, Suite 1001
Wilmington, DE 19801

**VIA EMAIL**
Boris I. Mankovetskiy
Andrew H. Sherman
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

**VIA EMAIL**
Seth A. Niederman
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899