**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket No. 2045** |
| | ) |

**CERTIFICATION OF COUNSEL SUBMITTING ORDER SUSTAINING**
**DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)**
**PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE,**
**BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel to the above-captioned debtors and debtors-in-possession

(collectively, the "Debtors") hereby certifies that:

1.       On January 22, 2021, the *Debtors' Fourth Omnibus Objection to Claims*

*(Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules*

*3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2045] (the "Objection")[2] was filed with the

Court, by which the Debtors sought entry of the proposed order attached thereto (the "Proposed

Order") (a) disallowing certain claims for which the Debtors' books and records reflect no liability;

(b) modifying the priority status of certain claims; (c) modifying both the priority status and

amount of certain claims; and (d) modifying the amount of certain claims.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2.      Pursuant to the notice of the Objection [D.I. 2045], the deadline to respond to the Objection was February 5, 2021 at 4:00 p.m. (the "Objection Deadline").

3.      Prior to the Objection Deadline, the Debtors received an informal response to the Objection from Radiation Oncologists, PA.  In addition, the Debtors received an informal response from Harvard Cardiovascular, Inc.[3]  Other than these responses, no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.      On February 11, 2021, the Debtors filed a *Certification of Counsel Submitting Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(B) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2086] (the "Original COC").  The Original COC submitted to the Court a proposed order (the "Original Proposed Order") that removed the claims of Radiation Oncologists, PA and Harvard Cardiovascular, Inc. to permit the Debtors to work with both parties to resolve their questions regarding the Objection.

5.      Since the filing of the Original COC, the Debtors have engaged in further discussions with Cardinal Health 414, LLC regarding the Debtors' objection to its claim (the "Cardinal Health Claim"), which was included in the Original Proposed Order.  Through these discussions, the Debtors have determined that Claim No. 887 should likewise be removed from the Original Proposed Order while the parties continue their discussions.

6.      On March 3, 2021, the Debtors filed a notice of withdrawal of the Original COC [D.I. 2133] so that the Debtors could submit to the Court a revised proposed order that removes

---

[3]      The response received from Harvard Cardiovascular, Inc. appears to have also been mailed to the Court via first class mail, which is why it was not received prior to the Objection Deadline.  The Debtors anticipate that the response may be docketed at some point in the future if it is received by the Court.

38045388.5 03/03/2021

the Cardinal Health Claim, in addition to the claims of Radiation Oncologists, PA and Harvard Cardiovascular, Inc.

7.      To this end, attached hereto as **Exhibit "1"** is a revised Proposed Order (the "Revised Order"), which removes the claims held by Radiation Oncologists, PA[4], Harvard Cardiovascular, Inc., and Cardinal Health 414, LLC.  Attached hereto as **Exhibit "2"** is a redline of the Proposed Order that reflects the changes to the Proposed Order and its accompanying schedules.[5]

8.      The Debtors respectfully request that the Court sign the Proposed Order and direct that it be docketed, without further notice or hearing.


[remainder of page left intentionally blank]

---

[4]      On March 2, 2021, the Debtors filed a certification of counsel submitting a proposed order to resolve the claim of Radiation Oncologists, PA only [D.I. 2131].

[5]      The only change between the Original Proposed Order and the Revised Order submitted herewith is the removal of the Cardinal Health Claim.

38045388.5 03/03/2021

9.      Of course, we are available to discuss this matter at the Court's convenience.

Dated: March 3, 2021

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/  Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*

38045388.5 03/03/2021