**Exhibit A**

**Late-Filed Claims**

| | LATE FILED CLAIMS | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 1. | Bailey, Menissah | 1193 | $3,712.97 | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 2. | Black, Diana A | 1139 | no amount specified | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 3. | Electronic Microscopy Sciences | 756 | $241.81 | 12/23/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 4. | Probo Medical f/k/a Trisonics | 1241 | $14,682.60 | 11/2/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 5. | Roccia, Kimberly | 1242 | no amount specified | 12/28/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 6. | TVR Communications | 1240 | $2,987.63 | 11/19/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |