**Exhibit B**

**Duplicate Claims**

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | Debtor Against Whom Claim is Asserted | Claim Amount ($) | Duplicate Claim No.(s) to be Disallowed | Surviving Claims No. | Reason for Disallowance |
| 1. Arledge Electronics, Inc. | St. Christopher's Healthcare, LLC. | no amount specified | 277 | 379 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 2. Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 137 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Health System, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 3. Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 20 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Medical Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 4. Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 56 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

| | **Duplicate Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 5. | Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 14 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 6. | Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 52 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS II of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 7. | Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 17 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS III of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 8. | Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 29 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS IV of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

| | | | | | **Duplicate Claims** |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 9. | Burkey, Brooke | St. Christopher's Healthcare, LLC. | $13,512 | 17 | 561 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS V of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 10. | Commonwealth of Pennsylvania | TPS V of PA, LLC | $2,448.60 | 30 | 14 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 11. | Commonwealth of Pennsylvania | StChris Care at Northeast Pediatrics, LLC | $4,248.98 | 29 | 16 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 12. | Commonwealth of Pennsylvania | SCHC Pediatric Associates, LLC | $112,475.62 | 86 | 51 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 13. | Commonwealth of Pennsylvania | St. Christopher's Healthcare, LLC | $424,183.55 | 710 | 538 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 14. | Commonwealth of Pennsylvania | Center City Healthcare, LLC | $1,686.045.14 | 1121 | 876 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 15. | Doughterty, Caitlin | Center City Healthcare, LLC | $19,008 | 1161 | 1116 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 16. | Fish Heads Aquarium SVC LLC | St. Christopher's Healthcare, LLC. | $7,830 | 275 | 431 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

37896638.9.docx 02/08/2021

| | **Duplicate Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 17. | Funaro, Dominic | Philadelphia Academic Health System, LLC | $3,566 | 23 | 22 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Surviving Claim is subject to objection on other grounds, as reflected in Exhibit D. |
| 18. | Kerr, Carol | St. Christopher's Healthcare, LLC. | $18,414.51 | 728 | 747 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 19. | Khalsa, Amrit | Philadelphia Academic Health System, LLC | $41,666 | 141 | 142 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Surviving Claim is subject to objection on other grounds as reflected in Exhibit D. |
| 20. | Marpac, Inc. | St. Christopher's Healthcare, LLC. | $2,677.50 | 60 | 210 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 21. | Med One Capital Funding, LLC. | Center City Healthcare, LLC | $21,362.29 | 267 | 123 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 22. | Pak, Anna | Center City Healthcare, LLC | $7,901.57 | 658 | 351 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

37896638.9.docx 02/08/2021

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 23. Pak, Anna | Philadelphia Academic Health System, LLC | $7,901.57 | 108 | 351 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Health System, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 24. Pak, Anna | Philadelphia Academic Medical Associates, LLC | $7,901.57 | 11 | 351 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Medical Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 25. Pak, Anna | SCHC Pediatric Associates, LLC | $7,901.57 | 34 | 351 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 26. Patient Telephone Supply, LLC | St. Christopher's Healthcare, LLC. | $500.20 | 78 | 286 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC, is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 27. Richardson, Patti A. | Philadelphia Academic Health System, LLC | $30,486.20 | 60 | 107 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Surviving Claim is subject to objection on other grounds, as reflected in Exhibit D. |

37896638.9.docx 02/08/2021

| | **Duplicate Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 28. | Transcat | Center City Healthcare, LLC | $4,803.92 | 342 | 341 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 29. | W.W. Grainger, Inc. | Philadelphia Academic Health System, LLC | $63,309.97 | 88 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Health System, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 30. | W.W. Grainger, Inc. | Philadelphia Academic Medical Associates, LLC | $63,309.97 | 3 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Medical Associates, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 31. | W.W. Grainger, Inc. | HPS of PA, LLC | $63,309.97 | 3 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against HPS of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 32. | W.W. Grainger, Inc. | SCHC Pediatric Associates, LLC | $63,309.97 | 24 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Associates, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |

37896638.9.docx 02/08/2021

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 33. W.W. Grainger, Inc. | St. Christopher's Pediatric Urgent Care Center, LLC | $63,309.97 | 3 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against St. Christopher's Pediatric Urgent Care Center, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 34. W.W. Grainger, Inc. | SCHC Pediatric Anesthesia Associates, LLC | $63,309.97 | 4 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Anesthesia Associates, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 35. W.W. Grainger, Inc. | StChris Care of Northeast Pediatrics, LLC | $63,309.97 | 7 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against StChris Care of Northeast Pediatrics, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 36. W.W. Grainger, Inc. | TPS of PA, LLC | $63,309.97 | 2 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |

37896638.9.docx 02/08/2021

| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
|---|---|---|---|---|---|---|
| | | | | **Duplicate Claims** | | |
| 37. | W.W. Grainger, Inc. | TPS II of PA, LLC | $63,309.97 | 34 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS II of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 38. | W.W. Grainger, Inc. | TPS III of PA, LLC | $63,309.97 | 4 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS III of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 39. | W.W. Grainger, Inc. | TPS IV of PA, LLC | $63,309.97 | 16 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS IV of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 40. | W.W. Grainger, Inc. | TPS V of PA, LLC | $63,309.97 | 4 | 447 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS V of PA, LLC, once modified to reflect the correct Debtor as Center City Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against Center City Healthcare, LLC. |
| 41. | Water Revenue Bureau | St. Christopher's Healthcare, LLC. | $2,414.79 | 133 | 134 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

37896638.9.docx 02/08/2021