**Exhibit C**

**Amended Claims**

| | AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Amended Claim No. to be Disallowed | Surviving Claim No. | Claim Amount ($) | Reason for Disallowance |
| 1. | ARAMARK Uniform & Career Apparel, LLC | 195 | 884 | $12,328.26 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 2. | bioLytical Laboratories, Inc. | 32 | 7 | $1,159.30 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 3. | Burkey, Brooke | 136 | 137 | $13,512 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds, as reflected in Exhibit D. |
| 4. | Burkey, Brooke | 559 | 561 | $13,512 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds, as reflected in Exhibit D. |
| 5. | Burkey, Brooke | 13 | 14 | $13,512 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds, as reflected in Exhibit D. |
| 6. | Burkey, Brooke | 19 | 20 | $13,512 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds, as reflected in Exhibit D. |

| | | AMENDED CLAIMS | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Amended Claim No. to be Disallowed | Surviving Claim No. | Claim Amount ($) | Reason for Disallowance |
| 7. | Burkey, Brooke | 55 | 56 | $13,512 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds, as reflected in Exhibit D. |
| 8. | Coleman, Kelly | 1147 | 1239 | no amount specified | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 9. | Cura Surgical | 44 | 45 | $2,277.93 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 10. | Cura Surgical | 45 | 46 | $2,277.93 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 11. | DeAngelis, Mario | 40 | 72 | $22,000 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is also subject to objection on other grounds as reflected Exhibit D. |
| 12. | Department of Treasury - Internal Revenue Service | 8 | 1243 | $20,489.65 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 13. | Drucker, Dale | 351 | 519 | $13,650 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |

| | AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 14. | Eagles Dispatch, LLC | 9 | 35 | $13,148.26 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 15. | Euler Hermes Agent for Companie Gene | 352 | 324 | $617,111.48 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 16. | Eurofins Viracor | 27 | 102 | $31,582 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 17. | Hall, Thomas | 32 | 80 | $11,699 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 18. | Hanger Prosthetics & Orthotics, Inc. dba Hanger Clinic | 317 | 579 | $60,028.06 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 19. | HealthShare Exchange of Southeastern Pennsylvania, Inc. | 164 | 602 | $48,364 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 20. | HealthShare Exchange of Southeastern Pennsylvania, Inc. | 86 | 294 | $24,181 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 21. | Liofilchem, Inc. | 25 | 26 | $1,605 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |

| | **AMENDED CLAIMS** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 22. | Masimo | 78 | 125 | $22,598.66 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 23. | Monterey Medical Solutions, Inc. | 66 | 72 | $52,335 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 24. | Monterey Medical Solutions, Inc. | 72 | 859 | $52,335 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 25. | Monterey Medical Solutions, Inc. | 133 | 139 | $39,600 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 26. | Pega Medical, Inc. | 524 | 525 | $5,350 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 27. | Richards, Suzanne | 30 | 156 | $11,535,864.37 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 28. | Roman, Leslie | 417 | 454 | $2,347.46 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 29. | Saechow, Pamela | 31 | 155 | $9,229,166.67 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |

| AMENDED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 30. SOC Telemed | 30 | 33 | $14,875 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 31. State of the Art Medical Products, Inc. | 11 | 39 | $1,368.73 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |