**Exhibit D**

**Wrong Debtor Claims**

| | | | | WRONG DEBTOR CLAIMS | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 1. | Abbott Diagnostics Division of Abbott Laboratories Inc. | 134 | $128,194.03 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 2. | Abbott Laboratories Inc. | 125 | $68,832.36 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 3. | Abbott Vascular Division of Abbott Laboratories Inc. | 44 | $77,755.00 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 4. | AmeriWater LLC | 26 | $3,011 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 5. | Arledge Electronics, Inc. | 277 | no amount specified | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 6. | Arrow International Inc. | 8 | $157,450.45 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 7. | Arrow International Inc. | 17 | $17,520.64 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| | **WRONG DEBTOR CLAIMS** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 8. | Beckel, Nikki | 97 | $2,729.45 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 9. | Bromedicon, LLC | 33 | $156,568.00 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 10. | Bullock, Dawn M. | 93 | no amount specified | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 11. | Burkey, Brooke | 137 | $13,512 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 12. | Burkey, Brooke | 20 | $13,512 | Philadelphia Academic Medical Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 13. | Burkey, Brooke | 56 | $13,512 | SCHC Pediatric Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 14. Burkey, Brooke | 14 | $13,512 | TPS of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 15. Burkey, Brooke | 52 | $13,512 | TPS II of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 16. Burkey, Brooke | 17 | $13,512 | TPS III of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 17. Burkey, Brooke | 29 | $13,512 | TPS IV of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |
| 18. Burkey, Brooke | 17 | $13,512 | TPS V of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim does not support assertion of claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit B to the Objection. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 19. Confalone, Megan | 115 | $15,164 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 20. CooperSurgical, Inc. | 3 | $5,706.52 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 21. CooperSurgical, Inc. | 4 | $3,933.58 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 22. CuraScript SD | 35 | $436.50 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 23. Cuyler, Ratasha | 126 | no amount specified | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 24. DeAngelis, Mario | 72 | $18,774 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 25. Dell Marketing, L.P. | 51 | $2,099.52 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 26. Diagnostica Stago, Inc. | 146 | $61,433.62 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| | **WRONG DEBTOR CLAIMS** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 27. | Discount Two Way Radio Corporation | 6 | $1,644.07 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 28. | Empire Genomics, LLC | 20 | $2,375 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 29. | Eurofins Viracor | 28 | $250 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds, as set forth on Exhibit C to the Objection. |
| 30. | Fugarolas, Keri | 140 | $6,020 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 31. | Funaro, Dominic | 22 | $3,566 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 32. | GP Energy Products LLC | 1 | $69,057.75 | Philadelphia Academic Medical Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 33. | Hall, Thomas | 80 | $11,699 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| | **WRONG DEBTOR CLAIMS** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 34. | Harvard Cardiovascular, Inc. | 15 | $68,026 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 35. | HLM Inc dba Ackers Hardware | 56 | $8,939.86 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 36. | Kersten, Hans Bruno | 65 | $24,614.70 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 37. | Khalsa, Amrit | 142 | $41,666 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 38. | KLS Martin L.P. | 42 | $90,792.64 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 39. | Koenigsberg DO, Robert | 90 | $16,650 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 40. | Kwon, Michael | 118 | $13,650 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 41. | Kwon, Michael | 119 | $14,333.47 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| | **WRONG DEBTOR CLAIMS** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 42. | Lite Tech, Inc. | 83 | $2,539.33 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 43. | LRD Graphics Inc T/A Fels Printing | 290 | 42,275.41 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 44. | Mayflower Laundry and Textile Services, LLC | 45 | $456,883.47 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 45. | Med One Capital Funding, LLC | 267 | $21,362.29 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 46. | Medical Doctor Associates, LLC | 24 | $24,851.51 | Philadelphia Academic Health System, LLC | SCHC Pediatric Associates, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 47. | Mercer, Candice | 89 | $3,815 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 48. | Monogram Biosciences | 14 | $21,560 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 49. | Morales, Elva | 132 | $5,742.80 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 50. Mossabeb, Roschanak | 98 | $12,037.04 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 51. Moy, Cynthia | 112 | $5,680 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 52. Niblock, Julie | 116 | $12,994.80 | Philadelphia Academic Health System, LLC | SCHC Pediatric Associates, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 53. Novamed USA Inc. | 53 | $1,285 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 54. Pak MD, Anna | 658 | $7,901 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim also is subject to objection on other grounds as reflected in Exhibit B. |
| 55. Pak MD, Anna | 108 | $7,901 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim also is subject to objection on other grounds as reflected in Exhibit B. |
| 56. Pak MD, Anna | 11 | $7,901 | Philadelphia Academic Medical Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |

37896638.9.docx 02/08/2021

| | **WRONG DEBTOR CLAIMS** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 57. | Pak MD, Anna | 34 | $7,901 | SCHC Pediatric Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 58. | Pantisano, Marianne | 180 | $14,872 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 59. | Patel, Priya | 111 | $8,228.91 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 60. | Patient Telephone Supply, LLC | 78 | $500.20 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is subject to objection on other grounds as reflected in Exhibit B. |
| 61. | Pennoni Associates Inc. | 377 | $534 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 62. | Pennoni Associates Inc. | 378 | $1,265 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 63. | Philadelphia Urosurgical Associates, PC | 37 | $57,937.50 | Philadelphia Academic Health System, LLC | TPS IV of PA, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| | **WRONG DEBTOR CLAIMS** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 64. | Pierre-Louis, Jessy | 102 | no amount specified | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 65. | PolyMedics Innovations Inc | 10 | $5,928.18 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 66. | Rhein, April P. | 86 | no amount specified | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 67. | Richardson, Patti A. | 107 | $13,486.20 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 68. | Rogers, Candace | 143 | $2,000 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 69. | Roy, Lisy | 110 | $11,185 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 70. | Schuettge, Anna | 122 | $1,227.23 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 71. | Sizewise Rentals, LLC | 251 | $1,680 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| | **WRONG DEBTOR CLAIMS** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 72. | Small, Dawn S. | 154 | $4,149.84 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 73. | Stinson, Kelsey | 176 | $13,967.75 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 74. | Suture Express Inc. | 36 | $5,917.13 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 75. | Taylor, Daniel R. | 91 | $29,814 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 76. | Tazhibi, Golshid | 145 | $21,409.73 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 77. | Teleflex Medical Incorporated | 7 | $24,347.20 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 78. | Teleflex Medical Incorporated | 16 | $30,736.39 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 79. | Thomas, Angela | 170 | no amount specified | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| | WRONG DEBTOR CLAIMS | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 80. Treacy, Erin | 76 | $15,000 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 81. Trebelev MD, Alexander | 82 | $22,731 | Philadelphia Academic Health System, LLC | TPS IV of PA, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 82. Trebelev MD, Alexander | 83 | $22,500 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 83. Trebelev MD, Alexander | 84 | $22,730.80 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 84. Union Surgical, LLC | 131 | $1,230 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 85. USOC Medical | 38 | $24,560 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 86. Veksler MD, Ekaterina | 41 | $25,000 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 87. Villafana Ph.D., Theodore | 184 | $7,020 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |

| | WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 88. | W.W. Grainger, Inc. | 88 | $63,309.97 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 89. | W.W. Grainger, Inc. | 3 | $63,309.97 | Philadelphia Academic Medical Associates, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 90. | W.W. Grainger, Inc. | 3 | $63,309.97 | HPS of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 91. | W.W. Grainger, Inc. | 24 | $63,309.97 | SCHC Pediatric Associates, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 92. | W.W. Grainger, Inc. | 3 | $63,309.97 | St. Christopher's Pediatric Urgent Care Center, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 93. | W.W. Grainger, Inc. | 4 | $63,309.97 | SCHC Pediatric Anesthesia Associates, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |

| WRONG DEBTOR CLAIMS ||||||
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 94. W.W. Grainger, Inc. | 7 | $63,309.97 | StChris Care of Northeast Pediatrics, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 95. W.W. Grainger, Inc. | 2 | $63,309.97 | TPS of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 96. W.W. Grainger, Inc. | 34 | $63,309.97 | TPS II of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 97. W.W. Grainger, Inc. | 4 | $63,309.97 | TPS III of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 98. W.W. Grainger, Inc. | 16 | $63,309.97 | TPS IV of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 99. W.W. Grainger, Inc. | 4 | $63,309.97 | TPS V of PA, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. The claim is also subject to objection on other grounds as reflected in Exhibit B. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 100 Wesolowski, Deborah L. | 59 | $13,430.40 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 101 Wharton, Karen | 54 | $5,520 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 102 Wolf, Michael Jacob | 150 | $11,050.55 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 103 Wolf, Michael Jacob | 151 | $13,650 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 104 Yoon, Jeein | 95 | $10,954.03 | Philadelphia Academic Health System, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 105 Zebrower MD, Marcus J. | 18 | $8,250 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 106 Zebrower MD, Marcus J. | 19 | $29,633 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |