## Exhibit A

## Duplicate Claims

| | **Duplicate Claims** | | | | | |
|---|---|---|---|---|---|---|
| | Name of Claimant | Debtor Against Whom Claim is Asserted | Claim Amount ($) | Duplicate Claim No.(s) to be Disallowed | Surviving Claims No. | Reason for Disallowance |
| 1. | Pennsylvania Department of Revenue | Center City Healthcare, LLC | 1,545,825.99 | 853 | 1105 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 2. | Pennsylvania Department of Revenue | SCHC Pediatric Associates, LLC | 10,272.54 | 85 | 46 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 3. | Pennsylvania Department of Revenue | StChris Care at Northeast Pediatrics, LLC | 724.59 | 14 | 28 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 4. | Pennsylvania Department of Revenue | StChris Care at Northeast Pediatrics, LLC | 724.59 | 30 | 28 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |