## Exhibit B

## Amended Claims

38055859.3 02/17/2021

| | **AMENDED CLAIMS** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. | Pennsylvania Department of Revenue | 9 | 710 | $2,980,726.39 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is subject to further objection, as set forth herein. |
| 2. | Pennsylvania Department of Revenue | 710 | 1105 | $1,544,113.51 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 3. | Pennsylvania Department of Revenue | 11 | 445 | $680,905.41 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. The Surviving Claim is subject to further objection, as set forth herein. |
| 4. | Pennsylvania Department of Revenue | 445 | 530 and 704 | $475,037.37 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. Claim 704 is subject to further objection, as set forth herein. |
| 5. | Pennsylvania Department of Revenue | 704 | 530 | $475,037.37 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |
| 6. | Pennsylvania Department of Revenue | 1 | 46 and 85 | $5,966.21 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. Claim 85 is subject to further objection, as set forth in Exhibit B. |
| 7. | Pennsylvania Department of Revenue | 1 | 11 and 29 | $933.68 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. Claim 29 is subject to further objection, as set forth herein. |

| AMENDED CLAIMS | | | | |
|---|---|---|---|---|
| Name of Claimant | Amended Claim No. to be Disallowed | Surviving Claim No. | Claim Amount ($) | Reason for Disallowance |
| 8. Pennsylvania Department of Revenue | 29 | 11 | $956.53 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the Surviving Claim. |

2