## Exhibit C

**Wrong Debtor Claims**

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 1. Laboratory Corporation of America | 79 | $236,488.90 | Philadelphia Academic Health System, LLC | Center City Healthcare, LLC | Debtors' Books and Records and/or documentation attached to claim do not support assertion of the claim against the asserted Debtor. |