## Exhibit A

**No Liability Claims**

| | | | No Liability Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Reason for Disallowance** |
| 1 | Childs, Michael | 928 | Center City Healthcare, LLC | $1,500.00 | $1,000,000,000.00 | - | - | - | $1,500.00 | The asserted claim is not reflected in the Debtors' books and records and no documentation in support of the claim has been provided. Claim is also subject to further objection on other grounds (*see* Exhibit C (Modified Amount and Classification Claims)). |
| 2 | Nguzen, Francis | 247 | St. Christopher's Healthcare, LLC | $5,000.00 | - | $5,000.00 | | - | $5,000.00 | The asserted claim is not reflected in the Debtors' books and records and no documentation in support of the claim has been provided. |
| 3 | Perinatal Cardiology Consultants | 27 | Center City Healthcare, LLC | $10,900.85 | - | $7,204.04 | - | - | $10,900.85 | The asserted claim was satisfied in connection with the assumption of the Perinatal Cardiology Services Agreement through the payment of the cure amount of $10,900.85 on 12/16/2020. |
| 4 | RealMed Corporation | 11 | Philadelphia Academic Health System, LLC | - | - | $13,534.10 | - | $108,281.92 | $121,816.02 | Claimant's claim was satisfied upon the assumption and assignment of the Agreement for Eligibility Verification and Revenue Cycle Services to STC OpCo, LLC with a $0.00 cure amount, as reflected in Docket No. 1219. Claim is also subject to further objection on other grounds (*see* Exhibit B (misclassified)). |
| 5 | Rydal Square, L.P. | 2 | Philadelphia Academic Health System, LLC | - | - | - | $30,781.08 | $37,562.35 | $68,343.43 | Claimant's claim was satisfied upon the assumption and assignment of the lease agreement to STC OpCo, LLC with a $8,117.41 cure amount, as reflected in Docket No. 1219, which amount was paid on 12/16/2020. |
| 6 | Rydal Square, L.P. | 4 | St. Christopher's Healthcare, LLC | - | - | - | $30,781.08 | $37,562.35 | $68,343.43 | Claimant's claim was satisfied upon the assumption and assignment of the lease agreement to STC OpCo, LLC with a $8,117.41 cure amount, as reflected in Docket No. 1219, which amount was paid on 12/16/2020. |

| 7 | Sloan, Germaine | 96 | Philadelphia Academic Health System, LLC | - | - | - | - | - | $0.00 | The claim does not assert any liability. The Debtors' books and records do not reflect a claim for this claimant. No documentation in support of the claim has been provided. |
| 8 | Stericycle, Inc | 67 | Philadelphia Academic Health System, LLC | - | - | - | - | $264,042.70 | $264,042.70 | Debtor does not have any further liability to claimant pursuant to court approved stipulation at D.I. 1656. |
| 9 | Stericycle, Inc | 311 | Center City Healthcare, LLC | - | - | - | - | $7,000.60 | $7,000.60 | Debtor does not have any further liability to claimant pursuant to court approved stipulation at D.I. 1656. |

37969688.7 03/03/2021