**Exhibit B**

**Misclassified Claims**

| | | | | Misclassified Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Filed Claim Amount ($) and Priority Status | | | | | Modified Priority Status | | | | | Reason for Modification |
| | | | | Priority | Secured | 503(b)(9) | Unsecured | Total | Priority | Secured | 503(b)(9) | Unsecured | Total | |
| 1 | Bacterin International Inc | 675 | St. Christopher's Healthcare, LLC | $20,560.00 | - | $20,560.00 | $6,120.00 | $47,240.00 | - | - | $20,560.00 | $26,680 | $47,240.00 | Claimant's support for section 507(a)(2) priority claim is based on its section 503(b)(9) claim. Claimant is not entitled to two separate priority statuses for the same claim. |
| 2 | Holland Square Group, LLC | 114 | Philadelphia Academic Health System, LLC | $13,650.00 | - | | $518,298.30 | $531,948.30 | - | - | - | $531,948.30 | $531,948.30 | Claimant is not entitled to assert a priority wage claim under section 507(a)(4). Claim is for fees allegedly owed under services agreement, under which the claimant is responsible for paying wages to its employees, not the Debtors. |
| 3 | RealMed Corporation | 11 | Philadelphia Academic Health System, LLC | - | - | $13,534.10 | $108,281.92 | $121,816.02 | - | - | - | $121,816.02 | $121,816.02 | Not entitled to an administrative claim under section 503(b)(9) because claim is based on services. Claim is subject to further objection on other grounds (*see* Exhibit A (no liability)). |