**Exhibit D**

**Modified Amount Claims**

| | | | | Modified Amount Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Filed Claim Amount ($) | | | | | Modified Claim Amount ($) | | | | Reason for Modification |
| | | | | Priority | Secured | Section 503(b)(9) | Unsecured | Total | Priority | Secured | Section 503(b)(9) | Unsecured | Total | |
| 1 | Solid Waste Services Inc. | 391 | Center City Healthcare, LLC | - | - | - | $296,299.30 | $296,299.30 | - | - | - | $151,051.61 | $151,051.61 | Claim amount reduced to reflect Debtors' books and records. |
| 2 | ThyssenKrupp Elevator Corp. | 5 | Philadelphia Academic Health System, LLC | - | - | - | $342,294.83 | $342,294.83 | - | - | - | $341,946.93 | $341,946.93 | Claim amount reduced to reflect Debtors' books and records. |