3

## Exhibit A

## Misclassified Claims

38101255.3 03/02/2021

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Misclassified Claims** | | | | | | | | | | | | | | |
| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Filed Claim Amount ($) and Priority Status | | | | | Modified Priority Status | | | | | | | Reason for Modification |
| | | | | Priority | Secured | 503(b)(9) | Unsecured | Total | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | | |
| 1 | Radiation Oncologists, PA | 125 | Center City Healthcare, LLC | $13,650 | - | $2,500 | $6,350 | $22,500 | - | - | - | $5,000 | $17,500 | $22,500 | | Not entitled to section 503(b)(9) since claim is based on services, not goods.<br><br>Not entitled to priority wage claim under section 507(a)(4). Claim is for fees allegedly owed under services agreement under which claimant provided a program director in exchange for a fee. Per the agreement, the claimant is solely responsible for compensating the program director, not the Debtors.<br><br>Claim documentation and discussions with claimant demonstrate that claimant has a valid administrative expense claim, as reflected herein. |