IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |

**NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR MARCH 8, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELED**

**RESOLVED MATTER:**

1. Fifth Motion of the Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 2030; filed: 01/15/21]

   Response Deadline: January 29, 2021 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A. Certification of No Objection [Docket No. 2066; filed: 02/01/21]

   B. Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 2069; signed and docketed: 02/02/21]

   Status: On February 2, 2021, the Court entered an order approving this motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2.  Debtors' Third Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2044; filed: 01/22/21]

    Response Deadline: February 5, 2021 at 4:00 p.m. Extended for the Pennsylvania Department of Revenue ("PDOR") to February 10, 2021 at 4:00 p.m. and for Laboratory Corporation of America ("LabCorp") to February 12, 2021 at 4:00 p.m.

    Responses Received:

    A.  Informal response from PDOR

    B.  Informal response from LabCorp

    C.  Informal response from Melvin Wagstaff

    Related Documents:

    D.  Certification of Counsel Submitting Proposed Order Sustaining Debtors' Third Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2081; filed: 02/08/21]

    E.  Notice of Submission of Proofs of Claim [Docket No. 2088; filed: 02/12/21]

    F.  Certification of Counsel Submitting Supplemental Proposed Order Sustaining Debtors' Third Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claims of Pennsylvania Department of Revenue and Laboratory Corporation of America Only [Docket No. 2096; filed: 02/17/21]

    G.  Order Sustaining Debtors' Third Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2137; signed and docketed: 03/04/21]

    H.  Supplemental Order Sustaining Debtors' Third Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claim of Pennsylvania Department of Revenue and Laboratory Corporation of America Only [Docket No. 2138; signed and docketed: 03/04/21]

    Status: On March 4, 2021, the Court entered orders sustaining the omnibus claim objections.

3. Motion of the Debtors for an Order Pursuant to Federal Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Authorizing Examination of Wayne Moving and Storage Company of New Jersey, Inc. and Compelling Production of Relevant Documents [Docket No. 2112; filed: 02/22/21]

    Response Deadline:  March 1, 2021 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [Docket No. 2132; filed: 03/03/21]

    B.  Order Granting Motion of the Debtors for an Order Pursuant to Federal Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Authorizing Examination of Wayne Moving and Storage Company of New Jersey, Inc. and Compelling Production of Relevant Documents [Docket No. 2136; signed and docketed: 03/04/21]

    Status: On March 4, 2021, the Court entered an order approving this motion.

**CONTINUED MATTER:**

4.  Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities [Docket No. 1888; filed: 11/12/20]

    Response Deadline:  December 14, 2020 at 4:00 p.m.; extended to April 9, 2021 for the MBNF Non-Debtor Entities

    Responses Received:

    A.  Reservation of Rights of Master Landlords [Docket No. 1971; filed: 12/11/20]

    Related Documents:

    B.  Notice of Filing of Proposed Order Approving Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities [Docket No. 1892; filed: 11/13/20]

    C.  Order Appointing Mediator in Connection with Discovery Disputes [Docket No. 1943; signed and docketed: 12/01/20]

    Status: This matter is continued to the April 16, 2021 omnibus hearing.

5. Joint Motion of the Debtors and the Official Committee of Unsecured Creditors For Approval of Consent Order Regarding Committee Discovery of Debtors and Related Relief Regarding the Application and Waiver of Privileges [Docket No. 1891; filed: 11/12/20]

   Response Deadline:  December 14, 2020 at 4:00 p.m.; extended to April 9, 2021 for the MBNF Non-Debtor Entities

   Responses Received:

   A. Reservation of Rights of Master Landlords [Docket No. 1971; filed: 12/11/20]

   Related Documents:

   B. Order Appointing Mediator in Connection with Discovery Disputes [Docket No. 1943; signed and docketed: 12/01/20]

   Status: This matter is continued to the April 16, 2021 omnibus hearing.

6. Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2045; filed: 01/22/21]

   Response Deadline:  February 5, 2021 at 4:00 p.m.

   Responses Received:

   A. Informal response from Radiation Oncologists, PA

   B. Informal response from Cardinal Health 414, LLC

   C. Response from Harvard Cardiovascular, Inc. [Not Docketed]

   Related Documents:

   D. Notice of Submission of Proofs of Claim [Docket No. 2089; filed: 02/12/21]

   E. Certification of Counsel Submitting Supplemental Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claims of Radiation Oncologists, PA Only [Docket No. 2131; filed: 03/02/21]

   F. Certification of Counsel Submitting Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2134; filed: 03/03/21]

   G. Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules

                3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2139; signed and docketed: 03/04/21]

      H.      Supplemental Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claims of Radiation Oncologists, PA Only [Docket No. 2140; signed and docketed: 03/04/21]

    Status: On March 4, 2021, the Court entered orders sustaining the omnibus claim objections as to all claims other than the claims of Harvard Cardiovascular, Inc. ("Harvard") and Cardinal Health 414, LLC ("Cardinal Health"). The claims filed by Harvard and Cardinal Health are the only open matters and are continued to the April 16, 2021 omnibus hearing.

7.    Application of PECO Energy Company for Allowance and Payment of Administrative Expenses [Docket No. 2101; filed: 02/17/21]

    Response Deadline: March 1, 2021 at 4:00 p.m.; extended to April 9, 2021 for the Debtors

    Responses Received: None to date

    Related Documents:

      A.      Supplement (corrected first page) to Application of PECO Energy Company for Allowance and Payment of Administrative Expenses [Docket No. 2103; filed: 02/18/21]

    Status: This matter is continued to the April 16, 2021 omnibus hearing.

| | |
|---|---|
| Dated: March 4, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*