## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) Case No. 19-11466 (MFW) ) |
| Debtors. | ) Jointly Administered ) ) **Objection Deadline: March 24, 20201 at 4:00 p.m. (EST)** ) **Hearing Date: April 16, 2021 at 11:30 a.m. (EST)** ) |

### COVER SHEET TO THE FIRST AND FINAL SUPPLEMENTAL FEE APPLICATION OF CENTURION SERVICE GROUP, LLC, AUCTIONEER TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| Name of Applicant: | Centurion Service Group, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Initial Retention: | November 29, 2019 |
| Date of Supplemental Retention: | November 12, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $27,673.06 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $5,700.00 |

This is a(n): ___ monthly       ____ interim   **X** final application.

Prior Applications:  July 27, 2020 [D.I. 1709].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: March 24, 20201 at 4:00 p.m. (EST)** |
| | **Hearing Date: April 16, 2021 at 11:30 a.m. (EST)** |

### FIRST AND FINAL SUPPLEMENTAL APPLICATION OF CENTURION SERVICES, LLC, AUCTIONEER TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Centurion Service Group, LLC ("**Centurion**" or "**Applicant**"), auctioneer to the debtors and debtors-in-possession (the "**Debtors**"), hereby submits its first and final supplemental fee application (the "**Application**") for allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred.

### JURISDICTION

1.    The United States Bankruptcy Court for the District of Delaware (the "**Court**") has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b), and Centurion confirms its consent pursuant to Local Rule 9013-1(f) to the entry of a final order by the Court in connection with this Application to the extent that it is later

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief requested herein are sections 105(a), 327(a), 328(a) and 1107 of title 11 of the United States Code (11 U.SC. §§ 101-1532 as amended, the "**Bankruptcy Code**"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

## <u>INTRODUCTION</u>

4.      On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").  The Debtors have been operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases.

5.      On July 15, 2019, the Office of the United States Trustee (the "**UST**") appointed the Official Committee of Unsecured Creditors of Center City Healthcare d/b/a Hahnemann University Hospital, *et al*. (the "**Committee**") pursuant to section 1102 of the Bankruptcy Code.

6.      On August 2, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "**Interim Compensation Order**"), which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in the Chapter 11 Cases.

## RETENTION OF CENTURION

7.      When this case commenced, the Debtors owned various medical equipment, furniture and inventory located at the buildings known as the "North" and "South" Towers on North Broad Street in Philadelphia, Pennsylvania (the "**Hahnemann Main Premises**"), as well as certain other leased real estate in Center City, Philadelphia (collectively, the "**Hahnemann Auxiliary Premises**").

8.      Due to the closure of Hahnemann University Hospital ("**Hahnemann**"), the Debtors no longer required the medical equipment, furniture or inventory located at the Hahnemann Main Premises or Hahnemann Auxiliary Premises (collectively, the "**Auction Assets**"). As a result, Debtors determined to sell the Auction Assets for the benefit of the Debtors' estates and creditors.

9.      To aid in obtaining competitive offers from potential purchasers of the Auction Assets, the Debtors elected to retain Centurion as auctioneer to sell the Auction Assets, pursuant to the terms and conditions of an Auction Engagement Agreement dated October 30, 2019 between Debtors and Centurion (the "**Centurion Engagement Agreement**"), a copy of which was attached as Exhibit D to the *Motion of Debtors for Order (I) Authorizing Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2; and (III) Approving Sale and Liquidation of Certain Medical Equipment, Furniture and Inventory* [D.I. 923] (the "**Prior Retention**").

10.     The basic economic terms of the Prior Retention approved by the Court, [D.I. 1062], were as follows: (i) Centurion made a "guaranteed" up-front payment to the Debtors, in advance of the sale, in the amount of $1,597,750 and (ii) all amounts realized from the sale in excess of $2,167,650 were shared by the Debtors and Centurion pursuant to the following formula:  85% (Debtors) and 15% (Centurion).

11.     Centurion duly completed the sale, after which the Court approved Centurion's first and final fee application by Order dated September 4, 2020 [D.I. 1772].

12.     After issuing payment to Centurion, STC OpCo, LLC, the purchaser of St. Christopher's Hospital for Children pursuant to Court Order entered September 27, 2019 [D.I. 795], informed the Debtors that it had in its possession certain items of medical equipment ("**Additional Equipment**") that belonged to the Debtors.  The Debtors were not previously aware of this equipment, which was not included either in the sale of certain assets to STC OpCo, LLC that closed as of December 15, 2019 or the auction sale conducted by Centurion pursuant to the Prior Retention.

13.     On October 2, 2020, Debtors filed a *Motion of Debtors for Order (I) Authorizing Supplemental Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2, and (III) Approving Sale and Liquidation of Additional Medical Equipment* ("**Supplemental Retention Motion**") [D.I. 1810] seeking authority to again retain Centurion, on a supplemental basis, to sell the Additional Equipment pursuant to an Auction Engagement Agreement ("**Centurion Supplemental Engagement Agreement**").

14.     Under the terms of the Centurion Supplemental Engagement Agreement, net proceeds from the sale of the Additional Equipment were to be shared eighty-five percent (85%) to the Debtors and fifteen percent (15%) to Centurion and Centurion was to be reimbursed for actual and necessary expenses related to the sale of the Additional Equipment.

15.     The Court granted Debtors' Supplemental Retention Motion on November 12, 2020 [D.I. 1885].

## PROFESSIONAL SERVICES RENDERED

16.     Starting on December 1, 2020, Centurion held an online auction.  Among other things, Centurion:

      a.  Prepared an auction catalog and list of the Additional Equipment, organizing the Additional Equipment into lots;

      b.  Advertised and marketed the sale of the Additional Equipment;

      c.  Facilitated competitive bidding and private sales of the Additional Equipment;

      d.  Conducted an auction of the Additional Equipment; and

      e.  Facilitated and supervised the removal of the Additional Equipment by the purchasers.

17.     As reflected in Centurion's Settlement Statement, Centurion received total net proceeds of $184,487.08 in exchange for the Additional Equipment it was able to sell.  A true and correct copy of Centurion's Settlement Statement is attached hereto as **Exhibit A**.

18.     Under the terms of the Centurion Supplemental Engagement Agreement, and as described above, Centurion is entitled to the following compensation: (a) fifteen percent of the net proceeds, or $27,673.06; and (b) reimbursement for $5,700.00 in (trucking expenses incurred to move the Additional Equipment from its location in Philadelphia to Centurion's warehouse in Texas).

## COMPLIANCE WITH RULES AND GUIDELINES

19.     Centurion believes that this Application substantially complies with the Local Rules and the U.S. Trustee guidelines for fee applications. To the extent there has not been material compliance with any guidelines or rules, Centurion respectfully requests a waiver of such guidelines or rules.

## NOTICE

20.     In compliance with the Interim Compensation Order, notice of this Application and any order entered hereon will be provided to: (i) Debtors, Center City Healthcare, LLC, 216 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (ii) counsel to the Debtors, Saul Ewing Arnstein & Lehr, LLP, 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899-1266  (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffrey.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (iii) the Office United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); (iv) counsel to the Official Committee of Unsecured Creditors, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. [asherman@sillcummis.com] and Boris I. Mankovetskiy, Esq. [bmankovetskiy@sillcummis.com]; (v) Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman, Esq. [sniederman@foxrothschild.com]); and (vi) all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002.  Given the nature of the relief requested, no further notice should be required.

21.     No prior request for the relief sought by this Application has been made to this or any other court.

## CONCLUSION

22.     Centurion submits that the supplemental services provided to the Debtors were necessary and appropriate given the complexity of these Chapter 11 Cases, the issues involved,

the nature and extent of services provided, and the cost of comparable services outside of bankruptcy. Accordingly, Centurion submits that approval of the compensation sought is appropriate and should be approved.

WHEREFORE, Centurion respectfully requests that the Court enter an Order, substantially in the form of the Proposed Order attached hereto as **Exhibit B**, (i) allowing and authorizing payment of final compensation in the amount of $27,673.06 to Centurion for services rendered as auctioneer on behalf of the Debtors and (ii) allowing and authorizing reimbursement in the amount of $5,700.00 for costs incurred as auctioneer on behalf of the Debtors; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: March 4, 2021                                      CENTURION SERVICE GROUP, LLC


                                                    By: _/s/ Ross Ettin_____
                                                        Name: Ross Ettin
                                                        Title: President

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Case No. 19-11466 (MFW) |
| *et al.*,[1] | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) |
|  | ) |

## <u>DECLARATION OF ROSS ETTIN</u>

1.      I am the President of Centurion Service Group, LLC ("**Centurion**").

2.      I have read the foregoing application of Centurion for allowance of compensation and reimbursement of expenses and know the contents thereof.  The same are true and correct to the best of my knowledge, information and belief.

3.      There is no agreement or understanding between Centurion and any other person for a division of compensation as Debtors' auctioneer.

4.      No division prohibited by the Bankruptcy Code will be made by Centurion.

5.      No agreement prohibited by Title 18, Section 155 has been made.

*/s/ Ross Ettin*
Ross Ettin

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.