# EXHIBIT A

# (Centurion Settlement Statement)



Centurion Service Group  
3325 Mount Prospect Road  
Franklin Park, IL 60131  
Phone: (708) 761-6655  
Fax: (708) 343-7100  
www.centurionservice.com

Sale Date: December 1, 2020

Seller ID: 4818  
Hahnemann Hospital  
Erik Tivin  
230 North Broad Street  
Philadelphia, PA 19102

# Settlement Statement

| Centurion ID | Description | Price | Seller % | Seller $ |
|---|---|---:|---:|---:|
| 4818200149 | SS TABLE | 35.00 | 85.00 | 29.75 |
| 4818200150 | DRAGER ISOLETTE TI500 INFANT INCUBATOR | 1,100.00 | 85.00 | 935.00 |
| 4818200151 | X-RAY SHIELD | 475.00 | 85.00 | 403.75 |
| 4818200152 | PHILIPS SURESIGNS VM4 PATIENT MONITOR | 400.00 | 85.00 | 340.00 |
| 4818200153 | PHILIPS SURESIGNS VM4 PATIENT MONITOR | 400.00 | 85.00 | 340.00 |
| 4818200154 | PHILIPS SURESIGNS VM4 PATIENT MONITOR | 400.00 | 85.00 | 340.00 |
| 4818200155 | PHILIPS SURESIGNS VM4 PATIENT MONITOR | 400.00 | 85.00 | 340.00 |
| 4818200156 | PHILIPS SURESIGNS VM4 PATIENT MONITOR | 400.00 | 85.00 | 340.00 |
| 4818200157 | PHILIPS SURESIGNS VM4 PATIENT MONITOR | 400.00 | 85.00 | 340.00 |
| 4818200158 | PHILIPS SURESIGNS VM4 PATIENT MONITOR | 400.00 | 85.00 | 340.00 |
| 4818200159 | SCALE-TRONIX DIGITAL INFANT SCALE | 25.00 | 85.00 | 21.25 |
| 4818200160 | INTEGRA NEUROSCIENCES MPM-1 PATIENT MONITOR ON ROLLING STAND | 12.50 | 85.00 | 10.63 |
| 4818200161 | GE GIRAFFE OMNIBED INFANT INCUBATOR | 1,900.00 | 85.00 | 1,615.00 |
| 4818200162 | DATASCOPE CS300 AUTOMATED COUNTERPULSATION BALLOON PUMP | 800.00 | 85.00 | 680.00 |
| 4818200163 | ERBE ICC 300 ESU SYSTEM | 1,400.00 | 85.00 | 1,190.00 |
| 4818200164 | GE MAC 5500 HD ECG/EKG MACHINE ON CART | 1,250.00 | 85.00 | 1,062.50 |
| 4818200165 | BFW MAXENON LIGHT SOURCE ON ROLLING STAND | 25.00 | 85.00 | 21.25 |
| 4818200166 | DATASCOPE PASSPORT 2 PATIENT MONITOR ON ROLLING STAND | 300.00 | 85.00 | 255.00 |
| 4818200167 | WELCH ALLYN 53000 PATIENT MONITOR ON ROLLING STAND | 50.00 | 85.00 | 42.50 |
| 4818200168 | EDWARDS LIFESCIENCES VIGILANCE II PATIENT MONITOR ON ROLLING STAND | 25.00 | 85.00 | 21.25 |
| 4818200169 | GE GIRAFFE OMNIBED INFANT INCUBATOR | 1,900.00 | 85.00 | 1,615.00 |
| 4818200170 | GE GIRAFFE OMNIBED INFANT INCUBATOR | 1,900.00 | 85.00 | 1,615.00 |
| 4818200171 | GE GIRAFFE OMNIBED INFANT INCUBATOR | 1,900.00 | 85.00 | 1,615.00 |
| 4818200172 | OHMEDA IWS 4400 INFANT WARMER WITH SCALE-TRONIX 4002 SCALE | 300.00 | 85.00 | 255.00 |
| 4818200173 | CODMAN MALIS CMC V ESU SYSTEM WITH FOOTSWITCHES & IRRIGATION MODULE ON CART | 3,750.00 | 85.00 | 3,187.50 |
| 4818200174 | CONMED SYSTEM 7500 ESU SYSTEM WITH FOOTSWITCH ON CART | 250.00 | 85.00 | 212.50 |
| 4818200175 | ARJO-HUNTLEIGH MAXI MOVE PATIENT LIFT | 225.00 | 85.00 | 191.25 |
| 4818200176 | OHMEDA GIRAFFE OMNIBED INFANT INCUBATOR | 1,900.00 | 85.00 | 1,615.00 |
| 4818200177 | GLIDESCOPE PORTABLE GVL VIDEO LARYNGOSCOPE WITH REUSABLE 60 DEGREE C HANDPIECE (REF 0570-0185) | 3,500.00 | 85.00 | 2,975.00 |
| 4818200178 | SECA DIGITAL PATIENT SCALE | 5.00 | 85.00 | 4.25 |
| 4818200179 | ERBE ICC 300 ESU SYSTEM ON CART | 1,500.00 | 85.00 | 1,275.00 |
| 4818200180 | LUXTEC SERIES 1900 LIGHT SOURCE ON ROLLING STAND | 6.25 | 85.00 | 5.31 |
| 4818200182 | SONOSITE EDGE PORTABLE X-RAY MACHINE WITH 2 PROBES (P21X/5-1MHZ- L25X/13-6MHZ) (SERIAL# 03X57Q) (DOM. 6/2014) | 5,750.00 | 85.00 | 4,887.50 |



Centurion Service Group
3325 Mount Prospect Road
Franklin Park, IL 60131
Phone: (708) 761-6655
Fax: (708) 343-7100
www.centurionservice.com

Sale Date: December 1, 2020

Seller ID: 4818
Hahnemann Hospital
Erik Tivin
230 North Broad Street
Philadelphia, PA 19102

# Settlement Statement

| Centurion ID | Description | Price | Seller % | Seller $ |
|---|---|---:|---:|---:|
| 4818200183 | BK MEDICAL FLEX FOCUS 500 ULTRASOUND MACHINE | 4,500.00 | 85.00 | 3,825.00 |
| 4818200184 | OHMEDA GIRAFFE OMNIBED INFANT INCUBATOR | 1,900.00 | 85.00 | 1,615.00 |
| 4818200187 | CARL ZEISS OPMI 11 SURGICAL MICROSCOPE TO INCLUDE SINGLE MOUNT BINOCULAR WITH EYEPIECES BOTH (10X) BOTTOM LENSE (F 250) WITH SUPER-LUX 40 LIGHT SOURCE ON S21 STAND | 1,700.00 | 85.00 | 1,445.00 |
| 4818200188 | CARL ZEISS OPMI CS-I SURGICAL MICROSCOPE TO INCLUDE DUAL MOUNT BINOCULARS WITH EYEPIECES BOTH (10X/22B) BOTTOM LENSE (F 400) WITH 2 SUPERLUX 300 LIGHT SOURCE & MULTI-FUNCTION FOOTSWITCH ON S4 STAND | 650.00 | 85.00 | 552.50 |
| 4818200189 | LEICA M530 NEUROSURGICAL MICROSCOPE TO INCLUDE TRIPLE HEAD BINOCULARS WITH EYEPIECES ALL (10X/21) BOTTOM LENSE- HD C100 CAMERA CONTROL UNIT & MONITOR ON STAND | 55,500.00 | 85.00 | 47,175.00 |
| 4818200190 | ACCUVEIN AV400 VEINVIEWER ON ROLLING STAND | 500.00 | 85.00 | 425.00 |
| 4818200191 | KARL STORZ 20133020 XENON 300 LIGHT SOURCE ON CART | 350.00 | 85.00 | 297.50 |
| 4818200192 | COMPUTER CART | 40.00 | 85.00 | 34.00 |
| 4818200193 | ABIOMED (REF# 0042-0000-US) IMPELLA CONTROLLER ON ROLLING STAND | 1,100.00 | 85.00 | 935.00 |
| 4818200194 | ABIOMED (REF# 0042-0000-US) IMPELLA CONTROLLER ON ROLLING STAND | 1,100.00 | 85.00 | 935.00 |
| 4818200195 | EDWARDS LIFESCIENCES VIGILEO PATIENT MONITOR ON ROLLING STAND | 25.00 | 85.00 | 21.25 |
| 4818200196 | FISHER & PAYKEL COSYCOT INFANT WARMER WITH SMART SCALE | 425.00 | 85.00 | 361.25 |
| 4818200197 | WELCH ALLYN CL 100 LIGHT SOURCE | 100.00 | 85.00 | 85.00 |
| 4818200198 | LUXTEC SERIES 9000 LIGHT SOURCE ON ROLLING STAND | 50.00 | 85.00 | 42.50 |
| 4818200199 | BELMONT FMS 2000 RAPID INFUSER ON ROLLING STAND | 10.00 | 85.00 | 8.50 |
| 4818200200 | GE GIRAFFE INFANT WARMER | 3,375.00 | 85.00 | 2,868.75 |
| 4818200201 | DATEX-OHMEDA S/5 AVANCE ANESTHESIA MACHINE WITH (3.30 SOFTWARE VERSION) DATEX-OHMEDA MONITOR & MODULE RACK (M-PRESTN- M-CAIO- M-REC-) | 5,250.00 | 85.00 | 4,462.50 |
| 4818200202 | DATEX-OHMEDA S/5 AVANCE ANESTHESIA MACHINE WITH (3.30 SOFTWARE VERSION) DATEX-OHMEDA MONITOR & MODULE RACK (M-PRESTN- M-CAIO- M-REC- M-BIS) | 5,250.00 | 85.00 | 4,462.50 |
| 4818200203 | DATEX-OHMEDA S/5 AVANCE ANESTHESIA MACHINE WITH (3.30 SOFTWARE VERSION) DATEX-OHMEDA MONITOR & MODULE RACK (M-PRESTN- M-REC- M-BIS- M-COP) | 5,250.00 | 85.00 | 4,462.50 |
| 4818200204 | DATEX-OHMEDA AESTIVA/5 ANESTHESIA MACHINE WITH (7900 SMARTVENT- 4.8 PSV PRO SOFTWARE VERSION)- MODULE RACK (PRESS- C.O.- BIS)- PHILIPS INTELLIVUE G5-M1019A GAS MODULE & PHILIPS INTELLIVUE MX800 MONITOR | 5,375.00 | 85.00 | 4,568.75 |



Centurion Service Group  
3325 Mount Prospect Road  
Franklin Park, IL 60131  
Phone: (708) 761-6655  
Fax: (708) 343-7100  
www.centurionservice.com

Sale Date: December 1, 2020

Seller ID: 4818  
Hahnemann Hospital  
Erik Tivin  
230 North Broad Street  
Philadelphia, PA 19102

# Settlement Statement

| Centurion ID | Description | Price | Seller % | Seller $ |
|---|---|---:|---:|---:|
| 4818200205 | PHILIPS INTELLIVUE MP5 PATIENT MONITOR | 900.00 | 85.00 | 765.00 |
| 4818200206 | DATEX-OHMEDA AESTIVA/5 ANESTHESIA MACHINE WITH (7900 SMARTVENT- 4.8 SOFTWARE VERSION)- MODULE RACK (PRESS- PRESS- M3012A)- PHILIPS INTELLIVUE G5-M1019A GAS MODULE & PHILIPS INTELLIVUE MX800 MONITOR | 5,375.00 | 85.00 | 4,568.75 |
| 4818200207 | DATEX-OHMEDA S/5 AVANCE ANESTHESIA MACHINE WITH 3.30 SOFTWARE VERSION) DATEX-OHMEDA MONITOR & MODULE RACK (M-PRESN- M-P- M-CAIO- M-REC) | 5,250.00 | 85.00 | 4,462.50 |
| 4818200208 | OLYMPUS ENDOSCOPY CART | 150.00 | 85.00 | 127.50 |
| 4818200219 | EZ LIFT 498 PATIENT LIFT | 100.00 | 85.00 | 85.00 |
| 4818200220 | GE GIRAFFE OMNIBED INFANT INCUBATOR | 1,900.00 | 85.00 | 1,615.00 |
| 4818200221 | WELCH ALLYN SPOT VITAL SIGN MONITOR ON ROLLING STAND | 100.00 | 85.00 | 85.00 |
| 4818200222 | WELCH ALLYN SPOT VITAL SIGN MONITOR ON ROLLING STAND | 100.00 | 85.00 | 85.00 |
| 4818200223 | ETHICON ENDO-SURGERY- INC. GEN 11 GENERATOR ON CART (SERIAL#:1111135609) (100-240V- 50/60HZ- 500VA- T5AL 250V) (DOM:8/2011) | 2,875.00 | 85.00 | 2,443.75 |
| 4818200224 | GLIDESCOPE (REF# 0574-0195) SPECTRUM LOPRO S4 HANDPIECE | 30.00 | 85.00 | 25.50 |
| 4818200225 | GLIDESCOPE (REF# 0574-0195) SPECTRUM LOPRO S4 HANDPIECE | 30.00 | 85.00 | 25.50 |
| 4818200226 | GLIDESCOPE (REF# 0574-0195) SPECTRUM LOPRO S4 HANDPIECE | 30.00 | 85.00 | 25.50 |
| 4818200227 | GLIDESCOPE (REF# 0574-019) SPECTRUM LOPRO S3 HANDPIECE | 30.00 | 85.00 | 25.50 |
| 4818200228 | GLIDESCOPE (REF# 0574-019) SPECTRUM LOPRO S3 HANDPIECE | 30.00 | 85.00 | 25.50 |
| 4818200229 | GLIDESCOPE (REF# 0574-019) SPECTRUM LOPRO S3 HANDPIECE | 30.00 | 85.00 | 25.50 |
| 4818200230 | GLIDESCOPE VIDEO MONITOR ON ROLLING STAND | 3,250.00 | 85.00 | 2,762.50 |
| 4818200231 | PARKS 811-B DOPPLER ON ROLLING STAND | 125.00 | 85.00 | 106.25 |
| 4818200232 | DATASCOPE IABP DOPPLER ON ROLLING STAND | 100.00 | 85.00 | 85.00 |
| 4818200234 | DATASCOPE CS 300 AUTOMATED COUNTERPULSATION BALLOON PUMP | 900.00 | 85.00 | 765.00 |
| 4818200235 | MEGADYNE MEGA POWER 1000 ESU SYSTEM WITH MINIVAC SMOKE EVACUATOR ON CART | 1,125.00 | 85.00 | 956.25 |
| 4818200236 | MEDIVATORS SCOPE BUDDY ENDOSCOPIC FLUSHING PUMP | 60.00 | 85.00 | 51.00 |
| 4818200237 | LOT OF IV POLES | 75.00 | 85.00 | 63.75 |
| 4818200238 | STOCKERT S5 BLOOD PERFUSION SYSTEM WITH 3 ROLLING PUMPS- LPM (60-02-15) PUMP CONTROL- SECHRIST AIR-OXYGEN MIXER- & DETAX-OHMEDA TEC 7 SEVOFLURANE VAPORIZER | 16,750.00 | 85.00 | 14,237.50 |



Centurion Service Group
3325 Mount Prospect Road
Franklin Park, IL 60131
Phone: (708) 761-6655
Fax: (708) 343-7100
www.centurionservice.com

Sale Date: December 1, 2020

Seller ID: 4818
Hahnemann Hospital
Erik Tivin
230 North Broad Street
Philadelphia, PA 19102

# Settlement Statement

| Centurion ID | Description | Price | Seller % | Seller $ |
|---|---|---:|---:|---:|
| 4818200239 | COHERENT ULTRA PULSE ENCORE LASER SYSTEM WITH FOOTSWITCH (VOLTAGE: 100-120V~- FREQUENCY: 50/60MHZ- INPUT: 20A) (DOM. 1/2001) (WITH KEY) | 5,750.00 | 85.00 | 4,887.50 |
| 4818200240 | R. WOLF 2352 BIPOLAR GENERATOR | 3.33 | 85.00 | 2.83 |
| 4818200241 | STRYKER CORE POWERED INSTRUMENT DRIVER WITH FOOTSWITCH | 1,375.00 | 85.00 | 1,168.75 |
| 4818200242 | GYRUS ACMI G400 WORKSTATION ESU SYSTEM | 75.00 | 85.00 | 63.75 |
| 4818200243 | SS TABLE | 150.00 | 85.00 | 127.50 |
| 4818200244 | SS TABLE | 175.00 | 85.00 | 148.75 |
| 4818200245 | DRAGER AIR-OXYGEN BLENDER | 100.00 | 85.00 | 85.00 |
| 4818200246 | WELCH ALLYN CL 100 LIGHT SOURCE | 50.00 | 85.00 | 42.50 |
| 4818200247 | SAGE 7937 MEDIA WARMER | 25.00 | 85.00 | 21.25 |
| 4818200248 | GIVEN IMAGING PILLCAM RECORDER | 25.00 | 85.00 | 21.25 |
| 4818200249 | STRYKER 1731 STRETCHER | 250.00 | 85.00 | 212.50 |
| 4818200250 | PHILIPS SURESIGNS VM4 PATIENT MONITOR | 400.00 | 85.00 | 340.00 |
| 4818200251 | PHILIPS SURESIGNS VM4 PATIENT MONITOR | 400.00 | 85.00 | 340.00 |
| 4818200252 | DATASCOPE ACCUTORR V PATIENT MONITOR | 200.00 | 85.00 | 170.00 |
| 4818200253 | ZOLL AED+PLUS AED | 50.00 | 85.00 | 42.50 |
| 4818200258 | HALL SURGAIRTOME TWO DRILL | 300.00 | 85.00 | 255.00 |
| 4818200259 | ALOKA UST-5713T ULTRASOUND PROBE | 25.00 | 85.00 | 21.25 |
| 4818200269 | STRYKER THE MILL BONE MILL SET | 1,300.00 | 85.00 | 1,105.00 |
| 4818200270 | LOT OF STRYKER BATTERY PACKS | 200.00 | 85.00 | 170.00 |
| 4818200271 | LOT OF STRYKER BATTERY PACKS | 175.00 | 85.00 | 148.75 |
| 4818200272 | ZIMMER HALL MICRO 100 DRILL SET | 325.00 | 85.00 | 276.25 |
| 4818200273 | HALL MICRO 100 SAGITTAL SAW SET | 175.00 | 85.00 | 148.75 |
| 4818200274 | STRYKER SYSTEM 7 7208 SAGITTAL SAW | 550.00 | 85.00 | 467.50 |
| 4818200275 | STRYKER SYSTEM 7 7207 STERNUM SAW WITH BLADE GUARD | 550.00 | 85.00 | 467.50 |
| 4818200276 | STRYKER SYSTEM 7 7207 STERNUM SAW WITH BLADE GUARD | 550.00 | 85.00 | 467.50 |
| 4818200277 | HALL MICRO 100 SAGITTAL SAW SET | 175.00 | 85.00 | 148.75 |
| 4818200278 | HALL MICRO 100 SAGITTAL SAW SET | 150.00 | 85.00 | 127.50 |
| 4818200279 | HALL MICRO 100 SAGITTAL SAW SET | 175.00 | 85.00 | 148.75 |
| 4818200280 | STRYKER CD3 CORDLESS DRIVER SET | 275.00 | 85.00 | 233.75 |
| 4818200281 | HALL POWERPRO MAX PRO5100M MODULAR DRILL SET | 225.00 | 85.00 | 191.25 |
| 4818200282 | ZIMMER DERMATOME SET | 60.00 | 85.00 | 51.00 |
| 4818200283 | ZIMMER DERMATOME SET | 1,500.00 | 85.00 | 1,275.00 |
| 4818200284 | ZIMMER DERMATOME SET | 1,500.00 | 85.00 | 1,275.00 |
| 4818200285 | ZIMMER DERMATOME SET | 1,500.00 | 85.00 | 1,275.00 |
| 4818200286 | HALL SURGAIRTOME TWO DRILL | 300.00 | 85.00 | 255.00 |
| 4818200287 | HALL SURGAIRTOME TWO DRILL | 300.00 | 85.00 | 255.00 |
| 4818200288 | HALL SURGAIRTOME TWO DRILL | 300.00 | 85.00 | 255.00 |



Centurion Service Group
3325 Mount Prospect Road
Franklin Park, IL 60131
Phone: (708) 761-6655
Fax: (708) 343-7100
www.centurionservice.com

Sale Date: December 1, 2020

Seller ID: 4818
Hahnemann Hospital
Erik Tivin
230 North Broad Street
Philadelphia, PA 19102

# Settlement Statement

| Centurion ID | Description | Price | Seller % | Seller $ |
|---|---|---|---|---|
| 4818200181 | CHF SOLUTIONS AQUADEX FLEX FLOW PUMP ON ROLLING STAND | Passed 0 | Passed | |
| 4818200185 | LEVEL 1 H-1200 FLUID WARMER ON ROLLING STAND | Passed 0 | Passed | |
| 4818200186 | LEVEL 1 H-1200 FLUID WARMER ON ROLLING STAND | Passed 0 | Passed | |
| 4818200233 | CHF SOLUTIONS AQUADEX FLEX FLOW PUMP ON ROLLING STAND | Passed 0 | Passed | |

|  | Totals | CSG % of Expenses | Seller | CSG |
|---|---|---|---|---|
| **Subtotal :** | 184,487.08 | | 156,814.02 | 27,673.06 |
| **Total Due after Shared Expenses :** | 184,487.08 | | 156,814.02 | 27,673.06 |
| **Trucking Reimbursement :** | 5,700.00 | 15.0000 | 5,700.00 | |
| **Grand Total after All Expenses :** | 178,787.08 | | 151,114.02 | 27,673.06 |