**EXHIBIT B**

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket Nos. __** |

**ORDER GRANTING FIRST AND FINAL SUPPLEMENTAL APPLICATION
OF CENTURION SERVICES GROUP, LLC, AUCTIONEER TO THE DEBTORS,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the first and final supplemental application (the "**Application**")[2] of Centurion Service Group, LLC ("**Centurion**"), seeking entry of an order authorizing compensation for services rendered and reimbursement of expenses incurred as auctioneer to the above-captioned debtors and debtors in possession (the "**Debtors**"); and this Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and in consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b)(2); and venue of this proceeding and the Application being proper in this Court pursuant

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

-2-

to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided; and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Application is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Application is approved on a final basis, as set forth herein.

2. Compensation to Centurion for professional services rendered is allowed on a final basis, in the amount of $27,673.06 to Centurion for services rendered as auctioneer on behalf of the Debtors and reimbursement in the amount of $5,700.00 for trucking costs incurred on behalf of the Debtors.

3. Centurion shall not seek further compensation from the Debtors for professional services rendered pursuant to Centurion's Supplemental Retention or the Centurion Supplemental Engagement Letter or reimbursement for any expenses incurred.

4. To the extent that the Application fails to comply with Local Rule 2016-2, any such non-compliance is non-material and is hereby waived.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

6. Notwithstanding any Bankruptcy Rule or Local Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

-3-

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.