## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
|  | (Jointly Administered) |
| Debtors. | **Objections Due: March 25, 2021 at 4:00 p.m. ET** |

### EIGHTEENTH MONTHLY FEE APPLICATION OF
### FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
### EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
### CREDITORS FOR THE PERIOD
### JANUARY 1, 2021 THROUGH JANUARY 31, 2021

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Eighteenth Monthly Period: | January 1, 2021 through January 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Eighteenth Monthly Period: | $6,272.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Eighteenth Monthly Period: | $33.60 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

This is a(n):  X  Monthly _____ Interim ____ Final Fee Application

This is Fox Rothschild's Eighteenth monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.40 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Fourth Monthly [D.I. 1170] | 12/16/19 | $14,9011.40 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,9011.40 | $1,064.35 |
| Fifth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Sixth Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Seventh Monthly [D.I. 1504] | 3/25/2020 | $7,050.00 | $113.75 | 4/17/2020 [D.I. 1585] | $7,050.00 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,375.20 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $4,318.80 | $40.80 |
| Eleventh Monthly [D.I. 1705] | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 [D.I. 1737] | $1,318.40 | $111.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,052.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $4,046.80 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $0.00 | 1/25/20 [D.I. 2048] | $5,028.00 | $0.00 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $33.60 | 2/17/21 [D.I. 2104] | $6,906.40 | $33.60 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $8,172.00 | $112.80 |
| Seventeenth Monthly ][D.I.   ] | 3/3/21 | $10,764.50 | $10.80 | Pending | Pending | Pending |
| | **TOTAL:** | **$214,117.00** | **$8,305.02** | | **$197,409.60** | **$8,305.20** |

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Michael G. Menkowitz | Partner – Admitted to PA Bar in 1990; Joined Fox Rothschild in 1990 | $885 | 0.3 | $265.50 |
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $720 | 1.6 | $1,152.00 |
| Seth N. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $540 | 7.3 | $3,942.00 |
| Robin I. Solomon | Paralegal since 1982; Joined Fox Rothschild in 1987 | $415 | 2.2 | $913.00 |
| **TOTALS** | | | **11.4** | **$6,272.50** |
| **Total Blended Rate** | | $550.22 | | |

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Task | Description | Hours | Total |
|------|-------------|------:|------:|
| CA | CASE ADMINISTRATION | 6.6 | $3,667.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 4.2 | $2,281.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.6 | $324.00 |

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|-------:|
| POSTAGE CHARGES | $12.00 |
| PUBLICATION/RESEARCH/JENKINS LAW LIBRARY | $21.60 |

TOTAL EXPENSES    $33.60

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>         Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: March 25, 2021 at 4:00 p.m. ET** |

**EIGHTEENTH MONTHLY FEE APPLICATION OF
FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD
<u>JANUARY 1, 2021 THROUGH JANUARY 31, 2021</u>**

Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of

Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession

(the "<u>Debtors</u>"), submits its Eighteenth Monthly Fee Application (the "<u>Application</u>"), pursuant to

sections 330(a), and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016

of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District

of Delaware (the "<u>Local Rules</u>"), and this Court's Order Establishing Procedures for

Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

"Interim Compensation Order")[4] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Eighteenth monthly application period from January 1, 2021 through January 31, 2021  (the "Compensation Period") in the amount of $6,272.50 (the "Monthly Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $33.60 (the "Monthly Expense Amount") incurred during the Eighteenth monthly application period. In support of this Application, Fox Rothschild respectfully represents:

## I.      Jurisdiction

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.      Background

3.      On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.      On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis &

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

Gross P.C. and Fox Rothschild as its counsel.

5.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc</u> <u>pro</u> <u>tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

## III.    Summary of Application for the Compensation Period

6.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

7.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8.      Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as <u>Exhibit</u> <u>A</u>.

9.      Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $6,272.50 and its total expenses are $33.60.

10.      Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $5,018.00 is payable to Fox Rothschild, together with 100% of requested costs in the amount of $33.60.

### A.      Summary of Services Rendered by Fox Rothschild During the Compensation Period

11.      This Application is the eighteenth monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12.      Attached as Exhibit A are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13.      During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $415 to $885 per hour. The professional services performed by Fox Rothschild on behalf of the Committee during the Compensation Period required an aggregate expenditure of 11.4 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $550.22.

14.      The fees charged by Fox Rothschild as set forth in Exhibit A are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

15.     All entries itemized in Fox Rothschild's time records comply with the requirements set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in Exhibit A is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "Task Code"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in Exhibit A are presented chronologically within each Task Code category.

16.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

### B. Actual and Necessary Expenses of Fox Rothschild

18.     Pursuant to Local Rule 2016-2(e), attached as Exhibit A are Fox Rothschild's

itemized records detailing expenses incurred on behalf of the Committee during the Compensation Period.

19.     Fox Rothschild has not incurred any expenses during the Compensation Period. These charges are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.     The Requested Compensation Should be Allowed

20.     The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

21.     Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets

forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
>> (A) the time spent on such services;
>>
>> (B) the rates charged for such services;
>>
>> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>>
>> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>>
>> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>>
>> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to

the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

### D.    Reservation

25.    To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.    Notice

26.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington,

DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

## V.  Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $6,272.50 and reimbursement of costs in the amount of $33.60; (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $5,051.60 (80% of $6,272.50 plus 100% of costs in the amount of $33.60); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: March 4, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*

# Exhibit "A"



# Fox Rothschild LLP
## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number       ****** |
| SILLS CUMMIS & GROSS | Invoice Date       03/03/21 |
| ONE RIVERFRONT PLAZA | Client Number       189087 |
| NEWARK, NJ 07102 | Matter Number       00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/05/21 | MENKOWITZ | CA | REVIEW PLAN SUMMARY | 0.2 | $177.00 |
| 01/05/21 | NIEDERMAN | CA | ANALYSIS OF PLAN AND DISCLOSURE STATEMENT | 2.0 | $1,080.00 |
| 01/07/21 | NIEDERMAN | CA | REVIEW STATUS OF INT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES AND REVIEW OF CORRESPONDENCE TO CHAMBERS RE ADJOURNMENT OF SAME | 0.3 | $162.00 |
| 01/07/21 | NIEDERMAN | CA | REVIEW CERTIFICATION OF COUNSEL REGARDING ORDER FURTHER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE | 0.3 | $162.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES AND PROPOSED ORDER RE SAME | | |
| 01/07/21 | NIEDERMAN | CA | REVIEW NOTICE OF STATUS CONFERENCE FILED BY HEALTHCARE REAL ESTATE PARTNERS, LLC | 0.2 | $108.00 |
| 01/07/21 | NIEDERMAN | CA | REVIEW AND ANALYZE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING AND DIRECTING THE EXAMINATION OF HARRISON STREET REAL ESTATE, LLC AND RELATED ENTITIES BY PRODUCTION OF DOCUMENTS AND DEPOSITION(S) | 0.4 | $216.00 |
| 01/08/21 | NIEDERMAN | CA | REVIEW REVISED DRAFT OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING AND DIRECTING THE EXAMINATION OF HARRISON STREET REAL ESTATE, LLC AND RELATED ENTITIES BY PRODUCTION OF DOCUMENTS AND DEPOSITION(S) | 0.4 | $216.00 |
| 01/11/21 | NIEDERMAN | CA | REVIEW PROPOSED ORDER SUSTAINING DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT | 0.2 | $108.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | | |
| 01/14/21 | NIEDERMAN | CA | REVIEW MATTERS SET FOR HEARING ON 1/19 | 0.3 | $162.00 |
| 01/15/21 | NIEDERMAN | CA | REVIEW MOTION TO EXTEND THE TIME PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS (FIFTH MOTION) FILED BY CENTER CITY HEALTHCARE, LLC | 0.2 | $108.00 |
| 01/19/21 | NIEDERMAN | CA | REVIEW AND ANALYZE DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020 | 0.2 | $108.00 |
| 01/19/21 | NIEDERMAN | CA | REVIEW CERTIFICATION OF COUNSEL SUBMITTING SUPPLEMENTAL ORDER SUSTAINING DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AS TO CLAIM 125 OF ABBOTT LABORATORIES INC. ONLY | 0.2 | $108.00 |
| 01/20/21 | MENKOWITZ | CA | REVIEW DISCOVERY ISSUES RE: STATUS | 0.1 | $88.50 |
| 01/20/21 | NIEDERMAN | CA | REVIEW CERTIFICATION OF COUNSEL SUBMITTING SUPPLEMENTAL ORDER SUSTAINING DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AS TO CLAIM 64 OF THE ADVISORY BOARD COMPANY ONLY | 0.2 | $108.00 |
| 01/21/21 | NIEDERMAN | CA | REVIEW ORDER SUSTAINING DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, | 0.2 | $108.00 |

120222676.v1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | 3003, AND 3007, AND LOCAL RULE 3007-1 | | |
| 01/25/21 | NIEDERMAN | CA | REVIEW CERTIFICATE OF NO OBJECTION REGARDING THE FOURTEENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020 | 0.2 | $108.00 |
| 01/26/21 | NIEDERMAN | CA | REVIEW CERT OF COUNSEL AND PROPOSED ORDER FURTHER EXTENDING THE MBNF NON-DEBTOR ENTITIES TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES | 0.2 | $108.00 |
| 01/27/21 | NIEDERMAN | CA | REVIEW ORDER FURTHER EXTENDING THE MBNF NON-DEBTOR ENTITIES' TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE | 0.1 | $54.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | APPLICATION AND WAIVER OF PRIVILEGES | | |
| 01/28/21 | NIEDERMAN | CA | REVIEW AND ANALYZE DRAFT OF STIPULATION REGARDING THE PRODUCTION OF DOCUMENTS IN CONNECTION WITH MEDIATION | 0.3 | $162.00 |
| 01/28/21 | NIEDERMAN | CA | REVIEW AND ANALYZE CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS BY DEBTORS TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 0.4 | $216.00 |
| 01/06/21 | CHOVANES | FA1 | REVIEW AND REVISE PRO FORMA FOR JANUARY MONTHLY FEE APPLICATION | 0.5 | $360.00 |
| 01/22/21 | SOLOMON | FA1 | CONFER WITH M. CHOVANES RE: STATUS OF MONTHLY FEE STATEMENTS AND REVIEW RELATED INVOICES TO PREPARE OUTSTANDING FEE STATEMENTS | 0.5 | $207.50 |
| 01/24/21 | CHOVANES | FA1 | REVIEW AND REVISE INVOICES FOR OCTOBER AND NOVEMBER AND MONTHLY FEE APPLICATIONS FOR SAME | 1.1 | $792.00 |
| 01/24/21 | SOLOMON | FA1 | DRAFT FOX MONTHLY FEE APPLICATIONS FOR OCTOBER AND NOVEMBER | 0.8 | $332.00 |
| 01/24/21 | SOLOMON | FA1 | DRAFT CNO/FOX 14TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 01/25/21 | NIEDERMAN | FA1 | REVIEW FIFTEENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020 | 0.2 | $108.00 |
| 01/25/21 | NIEDERMAN | FA1 | REVIEW SIXTEENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020 | 0.2 | $108.00 |

120222676.v1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 01/25/21 | SOLOMON | FA1 | DRAFT CERTIFICATES OF SERVICE/15TH AND 16TH FOX FEE APPLICATIONS | 0.2 | $83.00 |
| 01/26/21 | SOLOMON | FA1 | PREPARE AND FILE FOX'S 15TH/16TH MONTHLY FEE APPLICATIONS | 0.5 | $207.50 |
| 01/07/21 | NIEDERMAN | PC | ANALYSIS OF OBJECTION TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007 AND LOCAL RULE 3007-1 ALONG WITH DECLARATION IN SUPPORT OF ABBOTT LABORATORIES INC. RESPONSE IN OPPOSITION TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS | 0.4 | $216.00 |
| 01/22/21 | NIEDERMAN | PC | REVIEW OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 (FOURTH). FILED BY CENTER CITY HEALTHCARE, LLC | 0.2 | $108.00 |
| | | | **TOTAL** | **11.4** | **$6,272.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| CA | CASE ADMINISTRATION | 6.6 | $3,667.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 4.2 | $2,281.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.6 | $324.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|-----------|-------|-------|------|-------|
| M. G. MENKOWITZ | PARTNER | 0.3 | $885.00 | $265.50 |
| M. B. CHOVANES | PARTNER | 1.6 | $720.00 | $1,152.00 |
| S. A. NIEDERMAN | PARTNER | 7.3 | $540.00 | $3,942.00 |
| R. I. SOLOMON | PARALEGAL | 2.2 | $415.00 | $913.00 |
| | TOTAL | 11.4 | | $6,272.50 |

120222676.v1

TOTAL PROFESSIONAL SERVICES          $6,272.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $12.00 |
| PUBLICATION/RESEARCH JENKINS LAW LIBRARY DBA JENKINS DOCUMENT DELIVERY SERVICE | $21.60 |

TOTAL EXPENSES          $33.60

TOTAL AMOUNT OF THIS INVOICE          $6,306.10

PRIOR BALANCE DUE          $9,595.90

**TOTAL BALANCE DUE UPON RECEIPT          $15,902.00**

**OUTSTANDING INVOICES PRIOR TO 03/03/21**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|---|---|---|---|---|---|
| 01/16/20 | 2486820 | $30.00 | 08/10/20 | 2590743 | $263.00 |
| 05/05/20 | 2542611 | $593.80 | 09/06/20 | 2604565 | $1,014.30 |
| 06/03/20 | 2556489 | $1,079.70 | 10/13/20 | 2661342 | $6,285.50 |
| 07/03/20 | 2570531 | $329.60 | | | |

**TOTAL PRIOR BALANCES DUE          $9,595.90**

120222676.v1