# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that on March 4, 2021 a true and correct copy of the following documents was served by First Class Mail to the parties on the attached service list:

1. *Seventeenth Monthly Application of Fox Rothschild LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2020 through December 31, 2020;*

2. *Eighteenth Monthly Application of Fox Rothschild LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period January 1, 2021 through January 31, 2021; and*

3. *Nineteenth Monthly Application of Fox Rothschild LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period February 1, 2021 through February 28, 2021l*

Dated:  March 4, 2021                    **FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## **Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>230 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |