**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related to Docket Nos. 2100 and 2147** |

**ORDER APPROVING STIPULATION BETWEEN DEBTORS AND**
**VARIAN MEDICAL SYSTEMS REGARDING ALLOWED CLAIMS**

Upon consideration of the *Stipulation between Debtors and Varian Medical Systems Regarding Allowed Claims* (the "**Stipulation**")[2] attached hereto as **Exhibit "1"**; and the Court having jurisdiction over the matters raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

1. The Stipulation is approved.

2. Varian shall have an allowed administrative expense claim against CCH in the amount of $51,182.23 (the "**Allowed Administrative Expense Claim**") on account of, and in full resolution of, the Asserted Admin Claim, which amount shall be paid within five (5) business days following the Stipulation Effective Date.

3. On account of, and in full satisfaction of Claim 843, Varian shall have an allowed general unsecured claim against CCH in the amount of $145,976.02 (the "**Allowed Unsecured Claim**," and together with the Allowed Administrative Expense Claim, the "**Allowed Claims**"), which amount shall be paid in accordance with the terms of any confirmed chapter 11 plan or plans in these cases.

4. Other than the Allowed Claims, Varian shall have no other allowed claims against any of the Debtors, whether filed or scheduled, including, but not limited to, claims arising under the Maintenance Agreement and/or the Invoices. Varian shall not be entitled to any distributions from any of the Debtors, their estates or any of the Debtors' successors, other than on account of the Allowed Claims. Varian shall not amend any previously filed claims and shall not assert any additional claims against any of the Debtors on account of pre-petition or post-petition periods. This provision does not apply to any services and/or equipment requested or purchased by the Debtors following the date of the Stipulation.

5. The Debtors are authorized to take any and all actions necessary to effectuate the Stipulation.

6.  This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

7.  This Order is effective immediately upon entry.

Dated: March 4th, 2021  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

38013223.2 03/04/2021