# EXHIBIT A

**Summary of Blended Rate**

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
|---|---|---|---|
| Senior Partners | 14 | $574.00 | $680.88 |
| Junior Partners | 1 | $464.00 | $450.00 |
| Special Counsel | 2 | $477.00 | $555.06 |
| Senior Associates | 2 | $340.00 | $394.04 |
| Junior Associates | 4 | $292.00 | $281.52 |
| Paralegal | 0 | $243.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $199.00 | $237.73 |
| **Aggregated:** | | **$451.00** | **$534.14** |