# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | 70.00 | $33,550.00 | 41.70 | $26,602.00 |
| Business Operations | 360.00 | $172,350.00 | 283.90 | $190,065.50 |
| Case Administration | 105.00 | $50,268.75 | 81.00 | $45,966.00 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 150.00 | $71,812.50 | 77.70 | $42,011.00 |
| Committee Matters | 15.00 | $7,181.25 | 27.90 | $19,519.00 |
| Creditor Inquiries | 15.00 | $7,181.25 | 7.20 | $3,454.00 |
| Employee Benefits and Pensions | 30.00 | $14,362.50 | 21.50 | $12,133.00 |
| Executory Contracts and Unexpired Leases | 65.00 | $31,193.75 | 43.20 | $25,070.50 |
| Fee/Employment Applications (Objections) | 15.00 | $7,181.25 | 0.00 | $0.00 |
| Fee/Employment Application (Saul Ewing) | 30.00 | $14,362.50 | 38.70 | $10,513.50 |
| Fee/Employment Applications (Other Professionals) | 15.00 | $7,181.25 | 24.90 | $10,218.00 |
| Financing and Cash Collateral | 20.00 | $9,650.00 | 0.00 | $0.00 |
| Labor Matters | 15.00 | $7,181.25 | 2.80 | $1,892.00 |
| Litigation: Contested Matters and Adversary Proceedings | 440.00 | $210,162.50 | 466.20 | $253,991.50 |
| Non-Working Travel | 0.00 | $0.00 | 0.00 | $0.00 |
| Plan and Disclosure Statement | 25.00 | $11,893.75 | 10.10 | $4,717.00 |
| Preparation for and Attendance at Hearing | 15.00 | $7,181.25 | 1.60 | $1,216.00 |
| Relief from Stay and Adequate Protection | 15.00 | $7,181.25 | 29.20 | $17,605.00 |
| UST Reports, Meetings and Issues | 20.00 | $9,537.50 | 12.50 | $5,990.00 |
| Utilities | 0.00 | $0.00 | 0.00 | $0.00 |
| TOTAL | 1420.00 | $679,412.50 | 1170.10 | $670,964.00 |
| **Minus Agreed Upon Discount** | | | | **($67,096.40)** |
| **GRAND TOTAL** | **1420.00** | **$679,412.51** | **1170.10** | **$603,867.60** |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 14 |
| Counsel | 2 |
| Associate | 4 |
| Paralegal / Paraprofessional | 1 |