# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

37614493.1 03/05/2021

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (770 pages @ $.10 per page) | | $77.70 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $478.80 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $7,567.15 |
| Legal Research | Westlaw | $5,810.40 |
| Messenger Service | Parcels, Inc. | $7.50 |
| Mileage | *See attached chart* | $16.10 |
| Overnight Delivery | Federal Express | $102.34 |
| Parking | *See attached chart* | $36.00 |
| **TOTAL** | | **$14,095.99** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 03/11/20 | John D. Demmy | (1) John D. Demmy | (Mileage) Traveling from Wayne, PA to Philadelphia, PA and back for meeting with client | $16.10 |
| 03/11/20 | Parkway Corp. Centre Square | (1) John D. Demmy | Parking in Philadelphia, PA for meeting with client | $36.00 |
| | | | **TOTAL** | **$52.10** |