## **CERTIFICATE OF SERVICE**

I hereby certify that in addition to the notice and service provided through the Court's ECF system, on March 5, 2021, I caused a true and correct copy of the *Amended Application of PECO Energy Company For Allowance and Payment of Administrative Expenses* to be served by email on:

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. B.x 1266
Wilmington, Delaware 19899
Email: mark.minuti@saul.com
            monique.disabatino@saul.com
*Debtors' Counsel*

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Leher LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102
Email:  jeffrey.hampton@saul.com
             adam.isenberg@saul.com
             aaron.applebaum@saul.com
*Debtors' Counsel*

Thomas M. Horan
Cozen O'Conner
1201 North Market Street, Suite 1001
Wilmington, Delaware 19801
Email:  thoran@cozen.com
*Creditor Committee Counsel*

Boris I. Mankovetskiy
Andrew H. Sherman
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Email: bmankovetskiy@sillscummis.com
             asherman@sillscummis.com
*Creditor Committee Counsel*

Seth A. Niederman
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, Delaware 19899
Email:  sniederman@foxrothschild.com
*Creditor Committee Counsel*

Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, Delaware 19801
Email: benjamin.a.hackman@usdoj.gov

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)