**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | |
| *et al.*,[3] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER CONFIRMING THAT THE
## AUTOMATIC STAY DOES NOT APPLY WITH
## RESPECT TO THE FILING OF AN ADVERSARY COMPLAINT

Upon the motion (the "**Motion**") of Tenet Business Services Corporation ("**Tenet**") for entry of an order (the "**Order**") (i) confirming that the automatic stay does not apply with respect to the filing of an adversary complaint, the form of which is attached to the Motion as **Exhibit B** (the "**Adversary Complaint**"), against Center City Healthcare, LLC (d/b/a Hahnemann University Hospital) ("**Center City**"), one of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), or, (ii) in the alternative, to the extent such relief is required, granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Tenet to file the Adversary Complaint; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that Tenet's notice of the Motion and

---

[3]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED, as set forth herein.

2.      [The automatic stay does not preclude Tenet's filing or prosecution of the Adversary Complaint against Center City.] **OR** [The automatic stay is lifted to allow Tenet to file and prosecute the Adversary Complaint against Center City.]

3.      Notwithstanding anything in the Bankruptcy Rules or the Local Rules, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

4.      The Court shall retain exclusive jurisdiction to hear any matters or disputes arising from or relating to this Order.


Dated: _____

                                              _____
                                              The Honorable Mary F. Walrath
                                              United States Bankruptcy Judge

2