## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: March 19, 2021 at 4:00 p.m. (ET)** |
| | ) |

### REPORT BY EISNERAMPER LLP OF
### COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
### PERIOD OF FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

Exhibit A:        CRO Summary of Hours by Professional

Exhibit B:        Non-Transition Services Summary of Compensation by Project Category
                  Summary of Hours by Professionals
                  Summary Description of Services Provided

EisnerAmper LLP ("**EisnerAmper**") hereby submits this *Twentieth Monthly Report of Compensation Earned and Expenses Incurred* (the "**Report**") for the period February 1, 2021 through February 28, 2021 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $269,699.85. EisnerAmper incurred $0.00 in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]        The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

**Fees and Expense Schedule (2/1/2021-2/28/2021)**

| Services | Fees | Expenses | Total |
|---|---|---|---|
| CRO Services | $   121,000.00 | - | $   121,000.00 |
| Non- Transition Services | 148,699.85 | - | 148,699.85 |
| **Total** | **$   269,699.85** | **$            -** | **$   269,699.85** |

# **EXHIBIT A**

**CRO Summary of Hours by Professional**

Exhibit A

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**February 1, 2021 through February 28, 2021**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 144.3 | $ 655.00 |
| **GRAND TOTAL** | | **144.3** | |

* Rates change annually effective August 1st.

# **EXHIBIT B**

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**February 1, 2021 through February 28, 2021**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 34.7 | $ 555.00 | $ 19,258.50 |
| Jay Lindenberg, CPA/CFF, CIRA | Director | 13.3 | 555.00 | 7,381.50 |
| Adeola Akinrinade | Director | 98.1 | 540.00 | 52,974.00 |
| Steven Biscello, CPA | Director | 13.5 | 540.00 | 7,290.00 |
| Susannah Prill, CPA | Sr. Manager | 97.5 | 410.00 | 39,975.00 |
| Robert Trenk | Manager | 60.9 | 350.00 | 21,315.00 |
| Michael Bentivegna, CPA | Manager | 56.4 | 310.00 | 17,484.00 |
| Helen Boateng, CPA | Staff II | 2.0 | 285.00 | 570.00 |
| Robert Champion, CPA | Staff II | 15.5 | 265.00 | 4,107.50 |
| Henry Vargas, CPA | Staff II | 1.0 | 260.00 | 260.00 |
| Giselle Ramirez | Staff I | 11.6 | 155.00 | 1,798.00 |
| Amanda Sarwan-Jones | Paraprofessional | 15.0 | 155.00 | 2,325.00 |
| DelMarie Velazquez | Paraprofessional | 1.5 | 135.00 | 202.50 |
| **TOTAL HOURS AND FEES** | | | | 174,941.00 |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | (26,241.15) |
| **GRAND TOTAL** | | **421.0** | **$ 353.21** | **$148,699.85** |

* Rates change annually effective August 1st.

| Professionals | Sum of Hours | Sum of Amount |
|---|---|---|
| **Akinrinade, Adeola** | **98.1** | **$ 52,974.00** |
| Case Administration | 6.6 | 3,564.00 |
| Claims Admin & Objections | 91.5 | 49,410.00 |
| **Bentivegna, Michael** | **56.4** | **17,484.00** |
| Case Administration | 13.6 | 4,216.00 |
| Claims Admin & Objections | 23.6 | 7,316.00 |
| Consulting | 9.3 | 2,883.00 |
| Preferences | 9.9 | 3,069.00 |
| **Bisciello, Steven** | **13.5** | **7,290.00** |
| Case Administration | 7.0 | 3,780.00 |
| Claims Admin & Objections | 3.0 | 1,620.00 |
| Consulting | 3.5 | 1,890.00 |
| **Boateng, Helen** | **2.0** | **570.00** |
| Accounting/Auditing | 2.0 | 570.00 |
| **Champion, Robert** | **15.5** | **4,107.50** |
| Consulting | 15.5 | 4,107.50 |
| **Lindenberg, Jay** | **13.3** | **7,381.50** |
| Asset Analysis & Recovery | 0.4 | 222.00 |
| Claims Admin & Objections | 2.6 | 1,443.00 |
| Data Analysis | 1.8 | 999.00 |
| Tax Issues | 8.5 | 4,717.50 |
| **Pederson, William** | **34.7** | **19,258.50** |
| Case Administration | 1.8 | 999.00 |
| Claims Admin & Objections | 2.7 | 1,498.50 |
| Consulting | 12.2 | 6,771.00 |
| Operating Reports | 3.0 | 1,665.00 |
| Plan & Disclosure Statements | 13.8 | 7,659.00 |
| Tax Issues | 1.2 | 666.00 |
| **Prill, Susannah** | **97.5** | **39,975.00** |
| Accounting/Auditing | 8.1 | 3,321.00 |
| Case Administration | 1.6 | 656.00 |
| Claims Admin & Objections | 47.9 | 19,639.00 |
| Consulting | 16.8 | 6,888.00 |
| Operating Reports | 8.1 | 3,321.00 |
| Preferences | 13.9 | 5,699.00 |
| Tax Issues | 1.1 | 451.00 |
| **Ramirez, Giselle** | **11.6** | **1,798.00** |
| Claims Admin & Objections | 11.6 | 1,798.00 |
| **Sarwan-Jones, Amanda** | **15.0** | **2,325.00** |
| Claims Admin & Objections | 15.0 | 2,325.00 |
| **Trenk, Robert** | **60.9** | **21,315.00** |
| Accounting/Auditing | 3.9 | 1,365.00 |
| Business Analysis | 12.0 | 4,200.00 |
| Case Administration | 0.6 | 210.00 |

| | | |
|---|---|---|
| Claims Admin & Objections | 24.7 | 8,645.00 |
| Consulting | 1.7 | 595.00 |
| Operating Reports | 18.0 | 6,300.00 |
| **Vargas, Henry** | **1.0** | **260.00** |
| Preferences | 1.0 | 260.00 |
| **Velazquez, DelMarie** | **1.5** | **202.50** |
| Fee/Employment Application | 1.5 | 202.50 |
| **Grand Total** | **421.0  $** | **174,941.00** |