## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, am employed in the county of Los Angeles, State of California. I hereby certify that on March 4, 2021, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A**, (ii) via fax to the parties listed in **Exhibit B**, and (iii) via first class mail, postage prepaid, to the parties listed in **Exhibit C** attached hereto:

- **Notice of Agenda for Video Hearing Scheduled for March 8, 2021 at 10:30 A.M. (Prevailing Eastern Time) Before the Honorable Mary F. Walrath, U.S. Bankruptcy Court Judge [Docket No. 2141].**

Dated: March 8, 2021

Jorge Rodriguez
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                                    } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 8ᵗʰ day of March, 2021, by Jorge Rodriguez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients                                    Served 3/4/2021

ALAN GELB, ESQ.
AGELBLAW@YAHOO.COM

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BAYARD, PA
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORP
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA DEPT OF LABOR AND INDUS
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FAEGRE DRINKER BIDDLE & REATH LLP
IAN J. BAMBRICK
IAN.BAMBRICK@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
JAY.JAFFE@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
KAYLA BRITTON
KAYLA.BRITTON@FAEGREDRINKER.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHSCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P.C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

**Center City Healthcare, LLC, et al. - Service List to e-mail Recipients**

| | | |
|---|---|---|
| HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM |
| JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM |
| LATHAM & WATKINS LLP<br>MATTHEW J. CARMODY<br>MATT.CARMODY@LW.COM | LATHAM & WATKINS LLP<br>SUZZANNE UHLAND<br>SUZZANNE.UHLAND@LW.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM |
| MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM |
| MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC<br>DLEIGH@RQN.COM |
| MICHAEL WOLF<br>MICHAEL WOLF<br>MIKEWOLFMD@GMAIL.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PAUL BAILEY<br>PAUL BAILEY<br>MEGAN.RATCHFORD610@GMAIL.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>FRANCIS.LAWALL@TROUTMAN.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MARCY.SMITH@TROUTMAN.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM |
| RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM |

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

U.S. DEPT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

Parties Served:  115

# **EXHIBIT B**

FREEDMAN & LORRY, P.C.
215-925-7516

OFFICE OF THE ATTORNEY GENERAL
717-787-8242

Parties Served:  2

# **EXHIBIT C**

**Center City Healthcare, LLC, et al. - U.S. Mail**

AMRIT KHALSA
ADDRESS REDACTED

ANNA PAK
ADDRESS REDACTED

ARAMARK UNIFORM & CAREER APPAREL, LLC
C/O HAWLEY TROXELL ENNIS & HAWLEY, LLP
ATTN: SHEILA R. SCHWAGER
P.O. BOX 1617
BOISE, ID 83701

ARLEDGE ELECTRONICS, INC.
668 ALLOWAY-WOODSTOWN RD
PILESGROVE, NJ 08098

BACTERIN INTERNATIONAL INC
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN: ALLISON YAGER
525 W MONROE ST
CHICAGO, IL 60661

BACTERIN INTERNATIONAL INC
DEPT CH 16872
PALATINE, IL 60055

BACTERIN INTERNATIONAL, INC.
ERIN MICHAELIS
664 CRUISER LN
BELGRADE, MT 59714

BET INVESTMENTS, INC.
ATTN: GREGORY F. GAMBEL, JR
200 DRYDEN RD, STE 2000
DRESHER, PA 19025

BIOLYTICAL LABORATORIES INC.
ATTN: SIMONE MARTINS DA ROCHA
1108-13351 COMMERCE PKWY
RICHMOND, BC V6V 2X7
CANADA

BROOKE BURKEY
ADDRESS REDACTED

BROOKE BURKEY
ADDRESS REDACTED

CAITLIN DOUGHERTY
ADDRESS REDACTED

CARDINAL HEALTH 414, LLC
ERIN GAPINSKI, SENIOR COUNSEL
7000 CARDINAL PLACE
DUBLIN, OH 43017

CARDINAL HEALTH 414, LLC
ERIN L. GAPINSKI
7000 CARDINAL PLACE
DUBLIN, OH 43017

CAROL KERR
ADDRESS REDACTED

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

COMMONWEALTH OF PENNSYLVANIA
ATTN: DEPARTMENT OF REVENUE
ATTN: BUREAU OF COMPLIANCE
P.O. BOX 280946
HARRISBURG, PA 17128

COMMONWEALTH OF PENNSYLVANIA
ATTN: NICOLE AMOLSCH
ATTN: DEPARTMENT OF REVENUE
ATTN: BUREAU OF COMPLIANCE
P.O. BOX 280946
HARRISBURG, PA 17128

CURA SURGICAL
ATTN: CHRISTINE PLZAK
2571 KANEVILLE CT
GENEVA, IL 60134

DALE E DRUCKER
ADDRESS REDACTED

DEPARTMENT OF THE TREASURY
C/O INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101

DIANA A BLACK
ADDRESS REDACTED

DOMINIC M FUNARO
ADDRESS REDACTED

EAGLES DISPATCH LLC
C/O DANIELLE FRIEDMAN LAW FIRM PC
ATTN: DANIELLE FRIEDMAN, ESQ
2301 CHURCH ST
PHILADELPHIA, PA 19124

ELECTRON MICROSCOPY SCIENCES
ATTN: KIM MCMICHAEL
1560 INDUSTRY RD
P.O. BOX 550
HATFIELD, PA 19440

EULER HERMES AGENT FOR COMPAGNIE GENERA
C/O EULER HERMES N A
ATTN: SUSAN HORN
800 RED BROOK BLVD
OWINGS MILLS, MD 21117

EUROFINS VIRACOR
ATTN: JESSICA N RODRIGUEZ
951 NW TECHNOLOGY DR
LEES SUMMIT, MO 64086

FISH HEADS AQUARIUM SVC LLC
ATTN: BRUNO P MAEGERLE
105 KATHYS LN
EGG HARBOR TOWNSHIP, NJ 08234

FRANCIS NGUZEN
ADDRESS REDACTED

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

GERMAINE SLOAN
ADDRESS REDACTED

GERMAINE SLOAN
ADDRESS REDACTED

**Center City Healthcare, LLC, et al. - U.S. Mail**

HANGER, INC.
ATTN: BRITTANY J NELSON
3000 K ST NW, STE 6000
WASHINGTON, DC 20007

HARVARD CARDIOVASCULAR, INC
MANOJ KHANDELWAL
362 SPRAGUE RD
NARBERTH, PA 19072

HEALTHSHARE EXCHANGE OF SOUTHEASTERN PE
ATTN: DON REED, SVP & COO
190 N INDEPENDENCE MALL WEST STE 701
PHILADELPHIA, PA 19106

HOLLAND SQUARE GROUP, LLC
C/O SHERIN AND LODGEN LLP
ATTN: JOHN LA LIBERTE
101 FEDERAL ST
BOSTON, MA 02110

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JP MASCARO AND SONS
ATTN: STEVEN MEDAGLIA
2650 AUDOBON RD
19403 AUDOBON, PA 19403

KELLY COLEMAN
ADDRESS REDACTED

KIMBERLY ROCCIA
ADDRESS REDACTED

LESLIE ROMAN
ADDRESS REDACTED

LIOFILCHEM, INC.
ATTN: KENNETH SIPIN
465 WAVERLEY OAKS RD, STE 317
WALTHAM, MA 02452

MARIO DEANGELIS
ADDRESS REDACTED

MARPAC INC
ATTN: JENNIFER SCOTT
8430 WASHINGTON PL NE
ALBUQUERQUE, NM 87113

MASIMO
ATTN: NICK KHAMVONG
52 DISCOVERY
IRVINE, CA 92618

MED ONE CAPITAL FUNDING, LLC
ATTN: DAVID H LEIGH, ESQ
RAY QUINNEY & NEBEKER PC
36 S STATE ST, STE 1400
SALT LAKE CITY UT 84111

MED ONE CAPITAL FUNDING, LLC
C/O RAY QUINNEY & NEBEKER P.C.
ATTN: DAVID H LEIGH, ESQ
36 S STATE ST, STE 1400
SALT LAKE CITY, UT 84111

MELVIN R. WAGSTAFF
ADDRESS REDACTED

MENISSAH BAILEY
ADDRESS REDACTED

MICHAEL CHILDS
ADDRESS REDACTED

MONTEREY MEDICAL SOLUTIONS INC
ATTN: WENDY J FARQUHAR
1130 FREMONT BLVD, STE 105-302
SEASIDE, CA 93955

MONTEREY MEDICAL SOLUTIONS, INC
ATTN: WENDY J FARQUHAR
1130 FREMONT BLVD, STE 105-302
SEASIDE, CA 93955

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQ
HARRISBURG, PA 17120

PA DEPARTMENT OF REVENUE
ATTN: PATRICK M MILLER
BANKRUPTCY DIVISION
P.O. BOX 280946
HARRISBURG, PA 17128

PA DEPARTMENT OF REVENUE
ATTN: PATRICK M MILLER
P.O. BOX 280946
BANKRUPTCY DIVISION
HARRISBURG, PA 17128

PA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
ATTN: PATRICK MILLER
P.O. BOX 280946
HARRISBURG, PA 17128

PA DEPARTMENT OF REVENUE
P.O. BOX 280946
BANKRUPTCY DIVISION
HARRISBURG, PA, 17128

PAMELA SAECHOW
ADDRESS REDACTED

**Center City Healthcare, LLC, et al. - U.S. Mail**

PATIENT TELEPHONE SUPPLY, LLC
ATTN: JESSICA BANDELE
P.O. BOX 84372
BATON ROUGE, LA 70884

PATTI A. RICHARDSON
ADDRESS REDACTED

PEGA MEDICAL INC.
ATTN: CYNTHIA AYVAZIAN
1111 AUTOROUTE CHOMEDEY (A-13)
LAVAL, QC H7W 5
CANADA

PENNSYLVANIA ASSOC OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY DIVISION
P.O. BOX 280946
HARRISBURG, PA 17128

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
P.O. BOX 280946
HARRISBURG, PA 17128

PENNSYLVANIA DEPT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, PA 17120

PERINATAL CARDIOLOGY CONSULTANTS
ATTN: SHARON R. WEIL-CHALKER, MD
127 W CHESTER PIKE
HAVERTOWN, PA 19083

PROBO MEDICAL
ATTN: NATASHA BISEL
9715 KINCAID DR, STE 1000
FISHERS, IN 46037

RADIATION ONCOLOGISTS, PA
ATTN: JON F STRASSER, MD
4701 OGLETOWN-STANTON RD STE, STE 1110
NEWARK, DE 19713

RADIATION ONCOLOGISTS, PA
P.O. BOX 4460
GREENVILLE, DE 19807

REALMED CORPORATION
ATTN: PAUL BROGAN
510 E 96TH ST, STE 400
INDIANAPOLIS, IN 46240

REALMED CORPORATION
C/O AVAILITY LLC
ATTN: LEGAL DEPT
5555 GATE PKWY, STE 110
JACKSONVILLE, FL 32256

RYDAL SQUARE, L.P.
ATTN: JEFFREY KURTZMAN, ESQ.
401 S 2ND ST, STE 200
PHILADELPHIA, PA 19147

RYDAL SQUARE, L.P.
C/O BET INVESTMENTS, INC
ATTN: GREGORY F. GAMBEL, JR
200 DRYDEN RD, STE 2000
DRESHER, PA 19025

SOC TELEMED
C/O TELE-PHYSICIANS, PC
ATTN: MYRA CORONADO
P.O. BOX 785667
PHILADELPHIA, PA 19178

SOLID WASTE SERVICES INC
ATTN: STEVE MEDAGLIA
P.O. BOX 7250
AUDUBON, PA 19407

ST. MARY MEDICAL CENTER
1201 LANGHORNE-NEWTOWN RD
LANGHORNE, PA 19047

ST. MARY'S MEDICAL CTR
1201 LANGHORNE-NEWTOWN RD
LANGHORNE, PA 19047

STATE OF THE ART MEDICAL PRODUCTS, INC.
ATTN: BILL D'ADDATO
41 CANFIELD RD
CEDAR GROVE, NJ 07009

STERICYCLE
ATTN: KRISTINA BAHNS
7734 S 133RD ST
OMAHA, NE 68138

STERICYCLE INC
P.O. BOX 6575
CAROL STREAM, IL 60197-6575

STERICYCLE, INC
ATTN: JOHN RYAN
4010 COMMERCIAL AVE
NORTHBROOK, IL 60062

SUN NUCLEAR CORPORATION
3275 SUNTREE BLVD
MELBOURNE, FL 32940

SUZANNE RICHARDS
ADDRESS REDACTED

THYSSENKRUPP ELEVATOR CORP.
ATTN: D. PARK SMITH
250 CHERRY SPRINGS RD, STE 200
HUNT, TX 78024

TOM HALL
ADDRESS REDACTED

TRANSCAT
COMMERCIAL COLLECTION CORP OF NY
ATTN: JOSHUA MICHAEL GOLBA
34 SEYMOUR ST
TONAWANDA, NY 14150

TVR COMMUNICATIONS
ATTN: ERINE PEREZ
1979 MARCUS AVE, STE 226
LAKE SUCCESS, NY 11042

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

**Center City Healthcare, LLC, et al. - U.S. Mail**

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

WATER REVENUE BUREAU
C/O CITY OF PHILADELPHIA LAW-TAX & REVENUE U
ATTN: PAMELA ELCHERT THURMOND
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

WW GRAINGER INC
ATTN: MARCIA HECK
401 S WRIGHT RD, W4E C37
JANESVILLE, WI 53546

Parties Served: 103