

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/08/2021

Omni Agent Solutions Inc
Ste 100
5955 De Soto Ave
Woodland Hills Ca 91367

Re: St Christopher's Healthcare LLC

Re:  19-11468DE01

Dear Claims Agent:

On 07/15/2019, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 16.  This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3