# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Objection Deadline: March 25, 2021 at 4:00 p.m.** |
| | ) **Hearing Date: April 16, 2021 at 10:30 a.m.** |

## DREXEL UNIVERSITY'S REQUEST FOR
## ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Drexel University ("Drexel"), by and through its undersigned counsel, hereby files this request (the "Request") for entry of an order granting the allowance and payment of Drexel's administrative expense claim in the amount of $2,832,770.63, pursuant to sections 503(b) and 507(a)(2) of title 11 of the United States Code (the "Bankruptcy Code"). In support of the Request, Drexel respectfully states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 &1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (B), & (O).

2. The statutory bases for the relief requested herein are 11 U.SC. §§ 503(b) and 507(a)(2).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatrics Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**BACKGROUND**

3.   On July 1, 2019 (the "Petition Date"), Center City Healthcare, LLC ("Hahnemann"), St. Christopher's Healthcare, LLC ("St. Chris"), and SCHC Pediatric Associates, L.L.C. ("SCHC") and certain of their affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  Drexel was a party to various agreements (the "Agreements") with Hahnemann, St. Chris, and SCHC, including an Academic Affiliation Agreement (the "AAA"), pursuant to which Hahnemann, St. Chris, and SCHC paid Drexel fees and costs for certain services provided.

4.   On the Petition Date, the Debtors also filed a number of first day motions with the Court, including the *Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital and (B) Scheduling a Final Hearing* [D.I. 15] (the "Closure Motion").  Pursuant to the Closure Motion, the Debtors sought to implement a plan for the closure of Hahnemann University Hospital ("HUH").

5.   On July 16, 2019, the Debtors filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief* [D.I. 205] seeking to establish bidding procedures and the scheduling of a hearing on the sale of

2

substantially all of the assets of St. Christopher's HealthCare, LLC, SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHS Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., and TPS V of PA, L.L.C. (the "St. Chris Assets").

6. Due to a number of objections to the Closure Motion, the Court did not rule on the relief requested in the Closure Motion. Ultimately, after winding down the operations at HUH by transitioning the services provided to other providers, the Debtors closed HUH. Ultimately, the Debtors rejected the Agreements related to HUH

7. The Debtors conducted a sale process and auction for the St Chris Assets. On December 16, 2019, the Debtors closed the sale of the St. Chris Assets. *See* D.I. 1196. Upon the closing of the sale of the St. Chris Assets, the Debtors rejected certain Agreements related to the St. Chris Assets for services that Drexel provided to the Debtors.

8. After the Petition Date, and prior to rejection, Drexel continued to perform services for the Debtors under the Agreements between Drexel and the Debtors, pending the closure of Hahnemann and the sale of St. Chris. These services were necessary for the continued operation of (a) Hahnemann pending its orderly wind down, and (b) St. Chris, pending the sale of the St. Chris Assets. Attached hereto as Exhibit A is a list of the Agreements under which Drexel continued to provide services to the Debtors and a description of the nature of the services so provided. The following chart summarizes the amounts unpaid after the Petition Date, but prior to the rejection of the Agreements, for such services:

| Debtor | Agreement | Month of Services | Amount |
|---|---|---|---|
| Hahnemann | AAA | July & August 2019 | $2,051,557.50 |
| Hahnemann | Pathology | July 2019 | $82,872.40 |
| Hahnemann | Clinical Pathology | July & August 2019 | $41,666.66 |
| Hahnemann | Emergency Department | July & August 2019 | $463,519.00 |
| Hahnemann | Sleep Services | July 2019 | $28,082.56 |

3

| Hahnemann | Residency Teaching Agreement | July 2019 | $2,500.00 |
| Hahnemann | Trauma Coverage | July 2019 | $7,875.00 |
| Hahnemann | Bariatric Lease | July & August 2019 | $400.00 |
| Hahnemann | Physician Participation Agreement | August 2019 | $4,521.25 |
| Hahnemann | Wood St Garage PECO Bill | July-Nov 2019 | $46,203.92 |
| St. Chris | Residency Teaching Agreement | July 2019 | $5,833.33 |
| St. Chris | Muscle Biopsy | July 2019 | $900.00 |
| St. Chris | Radiation Safety | July-Sept 2019 | $7,848.60 |
| St. Chris | Dr. Bhandari Employment | July-Oct 2019 | $25,730.64 |
| St. Chris | Dr. Tarazi Employment | July-Dec 2019 | $3,712.98 |
| St. Chris | Research Coordinator (Ferreira) | July-Sept 2019 | $146.79 |
| SCHC | Clinical Services Agreement (Turchi) | July-Nov 2019 | $59,400.00 |
| **Total** | | | $2,832,770.63 |

9. Copies of the unpaid invoices for services rendered after the Petition Date are attached hereto as Exhibit B. Accordingly, Drexel asserts an administrative claim in the amount of $2,832,770.63 (the "Administrative Claim"). Drexel asserts that the Administrative Claim is entitled to administrative expense priority pursuant to sections 507(a)(2) and 503(b) of the Bankruptcy Code because it is an actual, necessary cost of preserving the Debtors' estates.[2]

## BASIS FOR RELIEF REQUESTED

10. By this Motion, Drexel seeks entry of an order granting the allowance and payment of Drexel's Administrative Claim.

11. Section 503(b)(1)(A) provides, in relevant part, that "[a]fter notice and a hearing, there shall be allowed administrative expenses … including the actual, necessary costs and expenses of preserving the estate." 11 U.S.C. § 503(b)(1)(A). To establish an administrative claim under section 503(b)(1)(A), there must be a postpetition transaction between the claimant and the estate and a benefit to the estate. *In re Women's First Healthcare, Inc.*, 332 B.R. 115,

---

[2] On August 3, 2020, Drexel filed Proof of Claim No. 864 against Hahnemann and Proof of Claim No. 533 against St. Chris for unpaid services rendered pursuant to the Agreements prior to the Petition Date and damages resulting from the rejection of the Agreements. On August 4, 2020 Drexel filed Proof of Claim No. 135 against Philadelphia Academic Health System, LLC for unpaid services rendered prior to the Petition Date and damages resulting from the rejection of the Agreements.

121 (Bankr. D. Del. 2005). "To be eligible for administrative expense priority, a post-petition transaction need not involve the exchange of money or formation of a contract…. Indeed, a claimant's performance of a pre-petition contract, and a debtor's acceptance of that performance can establish a post-petition transaction." *In re Goody's Family Clothing, Inc.*, 401 B.R. 656, 671 (D. Del. 2009). Accordingly, where a nondebtor party confers a postpetition benefit upon the bankruptcy estate, the nondebtor party holds an administrative expense claim to the extent of the postpetition benefit conferred. *See Sharon Steel Corp. v. Nat'l Fuel Gas Dist. Corp.*, 872 F.2d 36 (3d Cir. 1989).

12. Section 507(a) of the Bankruptcy Code provides that administrative expense claims that are allowed pursuant to section 503(b) of the Bankruptcy Code are given first priority with respect to order of payment  11 U.S.C. § 507(a).

13. Pursuant to the Agreements, Drexel continued to provide services to Hahnemann post-petition as the Debtors wound down the operations of HUH, enabling the Debtors to conduct an orderly closure of HUH. Similarly, Drexel continued to provide services pursuant to the Agreements to St. Chris and SCHC post-petition, which enabled the Debtors to conduct the sale of the St. Chris Assets and maximize the value of the St. Chris Assets. These services included programs for clinical and classroom education for the training of future physicians and other health professionals; anatomic, molecular and clinical pathology services; physicians to provide services to Hahnemann's emergency department, sleep services clinic, trauma department, bariatric department; and physicians to lead various hospital departments.

14. The continued services provided by Drexel directly benefitted the Debtors and their estates by enabling the Debtors to ensure services to patients and conduct an orderly transition of such services to other providers while winding down the operations at HUH.

Further, Drexel's continued provision of services enabled the Debtors to maximize the value of the St. Chris Assets. Therefore, the Administrative Claim is an actual and necessary cost of preserving the Debtors' estates and the Court should allow the Administrative Claim.

### **RESERVATION OF RIGHTS**

15. Drexel reserves all rights with respect to the Administrative Claim, including, but not limited to, the right to amend, update or supplement this Request at any time and in any respect. Drexel does not waive any claims against the Debtors that may arise in these cases or the right to file additional requests for allowance and payment with respect thereto. Drexel also reserves all rights of setoff and recoupment.

### **NOTICE**

16. Notice of this Request has been provided to the following parties and/or counsel (if known): (a) the Debtors; (b) the Office of the United States Trustee for the District of Delaware; and (c) those parties requesting notice pursuant to Federal Rule of Bankruptcy Procedure 2002. Drexel submits that, considering the nature of the relief requested, no other or further notice is necessary.

WHEREFORE, Drexel respectfully requests that the Court enter an order granting the allowance and payment of Drexel's administrative expense claim, and granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: March 11, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Tobey M. Daluz*<br>Tobey M. Daluz (No. 3939)<br>Chantelle D. McClamb (No. 5978)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 252-4465<br>Fax: (302) 252-4466 |

daluzt@ballardspahr.com
mcclambc@ballardspahr.com

and

Vincent J. Marriott III, Esq.*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax: (215) 864-8999
marriott@ballardspahr.com

(*admitted pro hac vice)
*Counsel for Drexel University*