**EXHIBIT A**

| Debtor | Agreement | Description of Services |
|---|---|---|
| Hahnemann | AAA | Drexel provided Hahnemann with programs for clinical and classroom education for the training of future physicians and other health professionals |
| Hahnemann | Pathology | Drexel provided anatomic and molecular pathology services to Hahnemann, including facilities, equipment, laboratory space and personnel |
| Hahnemann | Clinical Pathology | Drexel provided physicians to provide clinical pathology services for Hahnemann |
| Hahnemann | Emergency Department | Drexel provided physicians to treat patients in the emergency department on a 24-hour per day, every day of the year basis |
| Hahnemann | Sleep Services | Drexel provided physicians and other staff for sleep study services at Hahnemann's clinic |
| Hahnemann | Residency Teaching Agreement | Drexel agreed to provide oral and maxillofacial surgery teaching and supervision in connection with the AAA |
| Hahnemann | Trauma Coverage | Drexel provided physicians with specialties in trauma surgery to provide services at Hahnemann |
| Hahnemann | Bariatric Lease | Drexel provided physicians with bariatric and gastrointestinal surgery experience to provide services at Hahnemann's clinic |
| Hahnemann | Physician Participation Agreement | Drexel provided physicians eligible to provide services to patients covered by insurance plans |
| Hahnemann | Wood St Garage PECO Bill | Drexel and Hahnemann each paid a portion of the monthly electric bill for 1416 Wood Street |
| St.Chris | Residency Teaching Agreement | Drexel agreed to provide oral and maxillofacial surgery teaching and supervision |
| St.Chris | Muscle Biopsy | Drexel physicians performed biopsy services |
| St.Chris | Radiation Safety | Drexel provided services to ensure safety precautions regarding radiation services |
| St.Chris | Dr. Bhandari Employment | Doctor employed by Drexel to treat patients and conduct research at St. Chris in connection with the AAA |
| St.Chris | Dr. Tarazi Employment | Doctor employed by Drexel to treat patients and conduct research at St. Chris regarding Fetal Alcohol Syndrome |
| St.Chris | Research Coordinator (Ferreira) | Nurse coordinator provided by Drexel to coordinate research services |
| SCHC | Clinical Services Agreement (Turchi) | Doctor employed by Drexel to serve as clinical director and section chief for SCHC Pediatric Associates LLC |