**<u>EXHIBIT B</u>**

 

# INVOICE

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

**DATE:** September 1, 2019
**INVOICE #** 0919Tarazi
**FOR:** *SCHC Ferreira & Tate*

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| SCHC Ferreira - FY20 SEP YTD | $          147 |
| SCHC Tate - FY20 SEP YTD | |
| | |
| **TOTAL DUE** | **$          147** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact David Logan at
215-762-3500 or email @ dpl25@drexel.edu





Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA 19102
Phone 215 762-3500  Fax 215 762-2621

**DATE:** August 31, 2019
**INVOICE #** 0819
**FOR:** *HUH Bariatric*

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| HUH Bariatric - FY20 AUGUST YTD | $ 200 |
| **TOTAL DUE** | $ 200 |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact David Logan at
215-762-3500 or email @ dpl25@drexel.edu

 **DREXEL UNIVERSITY** College of Medicine

# INVOICE

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

| | |
|---|---|
| **DATE:** | July 30, 2019 |
| **INVOICE #** | 0719 |
| **FOR:** | *HUH Bariatric* |

**Bill To:**

Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| HUH Bariatric - FY20 JULY YTD | $            200 |
| **TOTAL DUE** | **$            200** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact David Logan at
215-762-3500 or email @ dpl25@drexel.edu



**DREXEL UNIVERSITY**
College of
**Medicine**

# INVOICE

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

| | |
|---|---|
| **DATE:** | July 1, 2019 |
| **INVOICE #** | 0719AAA |
| **FOR:** | *Affiliation* |
| | *Agreement* |

**Bill To:**

Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Administrative Services and Teaching (AS&T) | $ 950,878 |
| General Department Support | $ 191,397 |
| Program Support | $ 123,833 |
| Cancer Program | $ 139,417 |
| Research | $ 83,333 |
| Other Coverage | $ 8,333 |
| | |
| Support Services | $ (87,820) |
| Anesthesia Education Payment | $ (41,667) |
| **TOTAL DUE** | $ 1,367,705 |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact Tony Esposito at
(215) 762-1504 or email @ ame79@drexel.edu


**DREXEL UNIVERSITY**
College of
**Medicine**

# INVOICE

Office of the Dean and Administration

245 N 15th Street MS 400

Philadelphia, PA  19102

Phone 215 762-3500  Fax 215 762-2621

| | |
|---|---|
| **DATE:** | August 1, 2019 |
| **INVOICE #** | 0819AAA |
| **FOR:** | *Affiliation* |
| | *Agreement* |

**Bill To:**

Philadelphia Academic Health System, LLC

Hahnemann University Hospital

Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Administrative Services and Teaching (AS&T) | $ 475,439 |
| General Department Support | $ 95,698 |
| Program Support | $ 61,917 |
| Cancer Program | $ 69,708 |
| Research | $ 41,667 |
| Other Coverage | $ 4,167 |
| | |
| Support Services | $ (43,910) |
| Anesthesia Education Payment | $ (20,833) |
| **TOTAL DUE** | **$ 683,852** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact Tony Esposito at
(215) 762-1504 or email @ ame79@drexel.edu

 

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

| **DATE:** | July 1, 2019 |
| **INVOICE #** | 2020-07JulCov |
| **FOR:** | *Clinical Pathology* |
| | *Coverage Services* |

**Bill To:**

Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Pathology Services for the Month of July 2019 | |
| Clinical Pathology On-Call Coverage | $          20,833.33 |
| | |
| **TOTAL DUE** | **$          20,833.33** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact Tony Esposito at
(215) 762-1504 or email @ ame79@drexel.edu

 

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

**DATE:** August 1, 2019
**INVOICE #** 2020-08AugCov
**FOR:** *Clinical Pathology*
*Coverage Services*

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Pathology Services for the Month of August 2019 | |
| Clinical Pathology On-Call Coverage | $ 20,833.33 |
| **TOTAL DUE** | **$ 20,833.33** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact Tony Esposito at
(215) 762-1504 or email @ ame79@drexel.edu

  

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

**DATE:** July 1, 2019
**INVOICE #** 0719
**FOR:** *ED Services Agreement*

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Emergency Medicine Department Services for the Month of July 2019 | $        231,759.50 |
| **TOTAL DUE** | **$        231,759.50** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact Tony Esposito at
(215) 762-1504 or email @ ame79@drexel.edu





Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

**DATE:**        August 1, 2019
**INVOICE #**              0819
**FOR:**        *ED Services*
                *Agreement*

**Bill To:**

Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Emergency Medicine Department Services for the Month of August 2019 | $          231,759.50 |
| **TOTAL DUE** | **$          231,759.50** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact Tony Esposito at
(215) 762-1504 or email @ ame79@drexel.edu

 

**INVOICE**

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

**DATE:** July 1, 2019
**INVOICE #** 0719OMFSHUH
**FOR:** *OMFS   Residency Agreement*

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Residency Teaching Agreement at Hahnemann University Hospital Oral Maxillofacial Surgery for the month of July | $                2,500 |
| **TOTAL DUE** | **$                2,500** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact Tony Esposito at
(215) 762-1504 or email @ ame79@drexel.edu

 **DREXEL UNIVERSITY** College of Medicine

 **INVOICE**

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

**DATE:** July 1, 2019
**INVOICE #** 0719OMFSSCHC
**FOR:** *OMFS  Residency Agreement*

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT | |
|---|---|---|
| Residency Teaching Agreement at St Christopher's Hospital for Children Oral Maxillofacial Surgery for the month of July | $ | 5,833 |
| | | |
| **TOTAL DUE** | **$** | **5,833** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact Tony Esposito at
(215) 762-1504 or email @ ame79@drexel.edu

 

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

**DATE:** August 12, 2019
**INVOICE #** 2020-07July
**FOR:** *Pathology Services*

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Pathology Services for the Month of July 2019 | |
| | |
| Anatomical Pathology | $ 61,687.07 |
| Flow Cytometry | $ 17,588.96 |
| Molecular Medicine | $ 3,596.37 |
| **TOTAL DUE** | **$ 82,872.40** |

**Make all checks payable to Drexel University**
If you have any questions concerning this invoice, contact Tony Esposito at
(215) 762-1504 or email @ ame79@drexel.edu





Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

| | |
|---|---|
| **DATE:** | August 12, 2019 |
| **INVOICE #** | 073119-SL |
| **FOR:** | *Sleep Lab Services* |

**Bill To:**

Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Sleep Lab Services<br>  for the Month of July 2019 | $          28,082.56 |
| **TOTAL DUE** | **$          28,082.56** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact Tony Esposito at
(215) 762-1504 or email @ ame79@drexel.edu

 **DREXEL UNIVERSITY** College of Medicine

 # INVOICE

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

| | |
|---|---|
| **DATE:** | July 1, 2019 |
| **INVOICE #** | 0719HUHTRAUMA |
| **FOR:** | *HUH Trauma Coverage* |

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Trauma Coverage at Hahnemann University Hospital for the month of July | $ 7,875 |
| **TOTAL DUE** | **$ 7,875** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact Tony Esposito at (215) 762-1504 or email @ ame79@drexel.edu

 

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

**DATE:** August 1, 2019
**INVOICE #** 0819
**FOR:** *Phys Part Agreement*

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Physician Participitation Agreement - FY20 August YTD | $            4,521 |
| | |
| **TOTAL DUE** | **$          4,521** |

**Make all checks payable to Drexel University**
If you have any questions concerning this invoice, contact David Logan at
215-762-3500 or email @ dpl25@drexel.edu



**FY20** **Outside Services**
**EM  MUSCLES & NERVES**
**115417-6276-1553**

| Date | Invoice No. | Referring Party | Patient Name | Service | Price | Payment | Due | Date |
|---|---|---|---|---|---|---|---|---|
| 7/29/2019 | MN-2020-01 | Aria Jefferson Health | ▮ | Muscle | 900.00 | ▮ | 900.00 | |
| | | | | **Total:** | **$ 900.00** | **$ -** | **$ 900.00** | |

Per case                   $900.00  Muscle - Sural Nerve - Skin

 

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

| | |
|---|---|
| **DATE:** | September 30, 2019 |
| **INVOICE #** | 0919 |
| **FOR:** | *SCHC Radiation Safety* |

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT | |
|---|---|---|
| SCHC Radiation Safety - FY20 SEP YTD | $ | 7,849 |
| | | |
| **TOTAL DUE** | **$** | **7,849** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact David Logan at
215-762-3500 or email @ dpl25@drexel.edu

# DREXEL UNIVERSITY

| Electric Invoice | Billing Period From: 07/12/2019 To: 08/12/2019  31 Days | Billing Date: 09/09/2019 |
|---|---|---|

**Login to Your Account at www.EMS3.com** - *see back of bill for instructions*

EMS UserID: 1452-001000
Password: OLLY7147
**Service Address:**

BROAD & WOOD ST
PHILADELPHIA PA  19102

**Billing Address:**

AMERIPARK RC 30431200
233 PEACHTREE STREET NE HARRIS,
ATLANTA GA 30303

Current Charge: $5,918.02

**Total Charge:** **$5,918.02**
**Payment Due Date:** September 30, 2019

## Meter Information

| Mtr. ID | Serial # | Pres. Read | Date | Prev. Read | Date | Mult. | kWh |
|---|---|---|---|---|---|---|---|
| 1 | 17856599 | 3058 | 08/12 | 2647 | 07/12 | 240.0000 | 98640 |

## Current Charge Itemization
**Electric**

| | | |
|---|---|---|
| 98640 kWh@ | 0.0599961 | $5,918.02 |

Base Charge: $5,918.02

Electric Subtotal: $5,918.02

## Other Account Information

Billing Rate: Elec@Cost
Billed kWh:  98640

Next Scheduled Reading: September 11, 2019
Avg. Daily Use: 3181.9

Current Charge: $5,918.02

Prepared by Energy Management Systems

Detach and return this portion of the bill with your payment. Make sure EMS 1452-001000 is on your check.

# DREXEL UNIVERSITY

| Electric Invoice | Billing Period From: 07/12/2019 To: 08/12/2019  31 Days | Billing Date: 09/09/2019 |
|---|---|---|

MAKE CHECK PAYABLE TO:
 DREXEL UNIVERSITY

Remit Payment To:

DREXEL UNIVERSITY
UNIVERSITY HOUSING
ATTN BUDGET COORDINATOR
101 NORTH 34TH ST
PHILADELPHIA PA  19104

**Total Charge:** **$5,918.02**
**Payment Due Date:** September 30, 2019

**Amount Enclosed: $** _____

**EMS 1452-001000**
AMERIPARK RC 30431200
Unit: 1

ID:14111901.arptele.0909:1742-A190812A:D7

# DREXEL UNIVERSITY

| **Electric Invoice** | Billing Period From: 11/07/2019 To: 12/12/2019  35 Days | Billing Date: 01/07/2020 |
|---|---|---|

**Login to Your Account at www.EMS3.com** - *see back of bill for instructions*

EMS UserID: 1452-001000
Password: OLLY7147
**Service Address:**

BROAD & WOOD ST
PHILADELPHIA PA  19102

**Billing Address:**

AMERIPARK RC 30431200
233 PEACHTREE STREET NE HARRIS,
ATLANTA GA 30303

| | |
|---|---|
| Current Charge: | $3,574.50 |
| **Total Charge:** | **$3,574.50** |
| **Payment Due Date:** | **January 28, 2020** |

### Meter Information

| Mtr. ID | Serial # | Pres. Read | Date | Prev. Read | Date | Mult. | kWh |
|---|---|---|---|---|---|---|---|
| 1 | 17856599 | 4446 | 12/12 | 4205 | 11/07 | 240.0000 | 57840 |

### Current Charge Itemization
**Electric**

| | | | |
|---|---|---|---|
| | 57840 kWh @ | 0.0617998 | $3,574.50 |
| Base Charge: | | | $3,574.50 |
| Electric Subtotal: | | | $3,574.50 |
| Current Charge: | | | $3,574.50 |

### Other Account Information

| | |
|---|---|
| Billing Rate: Elec@Cost | Next Scheduled Reading: January 14, 2020 |
| Billed kWh:  57840 | Avg. Daily Use: 1652.6 |

Prepared by Energy Management Systems

Detach and return this portion of the bill with your payment. Make sure EMS 1452-001000 is on your check.

# DREXEL UNIVERSITY

| **Electric Invoice** | Billing Period From: 11/07/2019 To: 12/12/2019  35 Days | Billing Date: 01/07/2020 |
|---|---|---|

MAKE CHECK PAYABLE TO:
 DREXEL UNIVERSITY

Remit Payment To:

DREXEL UNIVERSITY
UNIVERSITY HOUSING
ATTN BUDGET COORDINATOR
101 NORTH 34TH ST
PHILADELPHIA PA  19104

| | |
|---|---|
| **Total Charge:** | **$3,574.50** |
| **Payment Due Date:** | **January 28, 2020** |

**Amount Enclosed: $** _____

**EMS 1452-001000**
AMERIPARK RC 30431200
Unit: 1

ID:14111901.arptele.0107:1511-A191212A:D7

# DREXEL UNIVERSITY

| Electric Invoice | Billing Period From: 11/07/2019 To: 12/12/2019  35 Days | Billing Date: 01/07/2020 |
|---|---|---|

**Login to Your Account at www.EMS3.com** - *see back of bill for instructions*

EMS UserID: 1452-002000
Password: QHSJ1704
**Service Address:**

BROAD & WOOD ST
PHILADELPHIA PA  19102

**Billing Address:**

CLEARWIRE PROPERTY SERVICES
PO BOX 183098
COLUMBUS OH  43218

| | |
|---|---|
| Current Charge: | $95.60 |

| **Total Charge:** | **$95.60** |
|---|---|
| Payment Due Date: | **January 28, 2020** |

## Meter Information

| Mtr. ID | Serial # | Pres. Read | Date | Prev. Read | Date | Mult. | kWh |
|---|---|---|---|---|---|---|---|
| 2 | 08122061 | 141449 | 12/12 | 139902 | 11/07 | 1.0000 | 1547 |

## Current Charge Itemization
**Electric**

| | | | |
|---|---|---|---|
| 1547 kWh@ | | 0.0617998 | $95.60 |
| | Base Charge: | | $95.60 |
| | Electric Subtotal: | | $95.60 |
| | Current Charge: | | $95.60 |

## Other Account Information

| | |
|---|---|
| Billing Rate:  Elec@Cost | Next Scheduled Reading: January 14, 2020 |
| Billed kWh:  1547 | Avg. Daily Use: 44.2 |

Prepared by Energy Management Systems

Detach and return this portion of the bill with your payment. Make sure EMS 1452-002000 is on your check.

---

# DREXEL UNIVERSITY

| Electric Invoice | Billing Period From: 11/07/2019 To: 12/12/2019  35 Days | Billing Date: 01/07/2020 |
|---|---|---|

MAKE CHECK PAYABLE TO:
 DREXEL UNIVERSITY

Remit Payment To:

DREXEL UNIVERSITY
UNIVERSITY HOUSING
ATTN BUDGET COORDINATOR
101 NORTH 34TH ST
PHILADELPHIA PA  19104

| **Total Charge:** | **$95.60** |
|---|---|
| **Payment Due Date:** | **January 28, 2020** |

**Amount Enclosed: $** _____

**EMS 1452-002000**
CLEARWIRE PROPERTY SERVICES
Unit: 2

ID:14111901.arptele.0107:1511-A191212A:D7

# DREXEL UNIVERSITY

| Electric Invoice | Billing Period From: 10/10/2019 To: 11/07/2019  28 Days | Billing Date: 12/11/2019 |

**Login to Your Account at www.EMS3.com** - *see back of bill for instructions*

EMS UserID: 1452-001000
Password: OLLY7147
**Service Address:**

BROAD & WOOD ST
PHILADELPHIA PA  19102

**Billing Address:**

AMERIPARK RC 30431200
233 PEACHTREE STREET NE HARRIS,
ATLANTA GA 30303

Current Charge: $5,460.94

**Total Charge:** **$5,460.94**
**Payment Due Date:** **January 1, 2020**

## Meter Information

| Mtr. ID | Serial # | Pres. Read | Date | Prev. Read | Date | Mult. | kWh |
|---------|----------|-----------|------|-----------|------|-------|-----|
| 1 | 17856599 | 4205 | 11/07 | 3833 | 10/10 | 240.0000 | 89280 |

## Current Charge Itemization
Electric

| | | | |
|---|---|---|---|
| 89280 kWh@ | | 0.0611664 | $5,460.94 |

Base Charge: $5,460.94

Electric Subtotal: $5,460.94

## Other Account Information

| | |
|---|---|
| Billing Rate: Elec@Cost | Next Scheduled Reading: December 11, 2019 |
| Billed kWh:  89280 | Avg. Daily Use: 3188.6 |

Current Charge: $5,460.94

Prepared by Energy Management Systems

Detach and return this portion of the bill with your payment. Make sure EMS 1452-001000 is on your check.

# DREXEL UNIVERSITY

| Electric Invoice | Billing Period From: 10/10/2019 To: 11/07/2019  28 Days | Billing Date: 12/11/2019 |

**Total Charge:** **$5,460.94**
**Payment Due Date:** **January 1, 2020**

MAKE CHECK PAYABLE TO:
DREXEL UNIVERSITY

Remit Payment To:

DREXEL UNIVERSITY
UNIVERSITY HOUSING
ATTN BUDGET COORDINATOR
101 NORTH 34TH ST
PHILADELPHIA PA  19104

**Amount Enclosed: $** _____

**EMS 1452-001000**
AMERIPARK RC 30431200
Unit: 1

ID:14111901.arptele.1211:1546-A191107A:D7

# DREXEL UNIVERSITY

| Electric Invoice | Billing Period From: 10/10/2019 To: 11/07/2019  28 Days | Billing Date: 12/11/2019 |
|---|---|---|

**Login to Your Account at www.EMS3.com** - *see back of bill for instructions*

EMS UserID: 1452-002000
Password: QHSJ1704

**Service Address:**

BROAD & WOOD ST
PHILADELPHIA PA  19102

**Billing Address:**

CLEARWIRE PROPERTY SERVICES
PO BOX 183098
COLUMBUS OH  43218

| | |
|---|---|
| Current Charge: | $82.76 |

| **Total Charge:** | **$82.76** |
|---|---|
| **Payment Due Date:** | **January 1, 2020** |

## Meter Information

| Mtr. ID | Serial # | Pres. Read | Date | Prev. Read | Date | Mult. | kWh |
|---|---|---|---|---|---|---|---|
| 2 | 08122061 | 139902 | 11/07 | 138549 | 10/10 | 1.0000 | 1353 |

## Current Charge Itemization
### Electric

| | | |
|---|---|---|
| 1353 kWh@ | 0.0611664 | $82.76 |
| **Base Charge:** | | **$82.76** |
| **Electric Subtotal:** | | **$82.76** |
| **Current Charge:** | | **$82.76** |

## Other Account Information

| | |
|---|---|
| Billing Rate: Elec@Cost | Next Scheduled Reading: December 11, 2019 |
| Billed kWh: 1353 | Avg. Daily Use: 48.3 |

Prepared by Energy Management Systems

Detach and return this portion of the bill with your payment. Make sure EMS 1452-002000 is on your check.

# DREXEL UNIVERSITY

| Electric Invoice | Billing Period From: 10/10/2019 To: 11/07/2019  28 Days | Billing Date: 12/11/2019 |
|---|---|---|

MAKE CHECK PAYABLE TO:
DREXEL UNIVERSITY

Remit Payment To:

DREXEL UNIVERSITY
UNIVERSITY HOUSING
ATTN BUDGET COORDINATOR
101 NORTH 34TH ST
PHILADELPHIA PA  19104

| **Total Charge:** | **$82.76** |
|---|---|
| **Payment Due Date:** | **January 1, 2020** |

**Amount Enclosed: $** _____

**EMS 1452-002000**
CLEARWIRE PROPERTY SERVICES
Unit: 2

ID:14111901.arptele.1211:1546-A191107A:D7

# DREXEL UNIVERSITY

**Electric Invoice** | Billing Period From: 09/11/2019 To: 10/10/2019  29 Days | Billing Date: 11/04/2019

**Login to Your Account at www.EMS3.com** - *see back of bill for instructions*

EMS UserID: 1452-001000
Password: OLLY7147
**Service Address:**

BROAD & WOOD ST
PHILADELPHIA PA  19102

**Billing Address:**

AMERIPARK RC 30431200
233 PEACHTREE STREET NE HARRIS,
ATLANTA GA 30303

**Current Charge:** $5,538.51

**Total Charge:** **$5,538.51**
**Payment Due Date:** **November 25, 2019**

## Meter Information

| Mtr. ID | Serial # | Pres. Read | Date | Prev. Read | Date | Mult. | kWh |
|---|---|---|---|---|---|---|---|
| 1 | 17856599 | 3833 | 10/10 | 3452 | 09/11 | 240.0000 | 91440 |

## Current Charge Itemization
### Electric

| | | | |
|---|---|---|---|
| 91440 kWh@ | 0.0605699 | | $5,538.51 |
| **Base Charge:** | | | $5,538.51 |
| **Electric Subtotal:** | | | $5,538.51 |
| **Current Charge:** | | | **$5,538.51** |

## Other Account Information

Billing Rate: Elec@Cost
Billed kWh:  91440

Next Scheduled Reading: November 8, 2019
Avg. Daily Use: 3153.1

Prepared by Energy Management Systems

Detach and return this portion of the bill with your payment. Make sure EMS 1452-001000 is on your check.

---

# DREXEL UNIVERSITY

**Electric Invoice** | Billing Period From: 09/11/2019 To: 10/10/2019  29 Days | Billing Date: 11/04/2019

MAKE CHECK PAYABLE TO:
 DREXEL UNIVERSITY

Remit Payment To:

DREXEL UNIVERSITY
UNIVERSITY HOUSING
ATTN BUDGET COORDINATOR
101 NORTH 34TH ST
PHILADELPHIA PA  19104

**Total Charge:** **$5,538.51**
**Payment Due Date:** **November 25, 2019**

**Amount Enclosed:  $** _____

**EMS 1452-001000**
AMERIPARK RC 30431200
Unit: 1

ID:14111901.arptele.1104:1538-A191010A:D7

**PECO**

An Exelon Company

Page 1 of 2

| | |
|---|---|
| **Name:** | DREXEL UNIVERSITY |
| **Account Number:** | 22111-01401 |
| **Phone Number:** | 999-999-9999 |
| **Service Address:** | 1416 Wood St, Philadelphia |

**Emergency and Repair**

 **800-841-4141**

This is the number to call to report power outages, gas leaks or odors, and safety hazards related to PECO Equipment.



PECO ELECTRIC DELIVERY

ELECTRIC
**$2,723.87**

TAXES & FEES

**ELECTRIC SUPPLY**
**Constellation NewEnergy**
1001 Louisiana St.
Suite 2300
Houston TX 77002
844-636-3749

You will receive a separate invoice from your supplier.

## Billing Summary

| | |
|---|---|
| Bill Date | 09/27/2019 |

Thank you for your payment of $2,785.19 on 09/16/2019

**Current Period Charges**

| | |
|---|---|
| Electric | $2,723.87 |
| **Total New Charges** | **$2,723.87** |
| **Total Amount Due on 10/15/2019** | **$2,723.87** |

**General Information**
**Next scheduled meter reading:** 10/30/2019

**1-800-494-4000**

If you have any questions or concerns, please call 800-494-4000 before the due date. Si tiene alguna pregunta, favor de llamar al numero 1-800-494-4000 antes de la fecha de vencimiento.

**peco.com/service**
**Customer Self Service - Manage Your Account 24/7**
Start, stop and move your service

## Account Representative

Your major account rep is **BRITNEE SANSEVERINO**. If you have any questions about this bill please contact us at **215-841-5257** or by writing **PECO, 2301 Market St, S10-1, Philadelphia, PA 19103-1380**.

 Online: **peco.com**     In Person: **2301 Market St., Philadelphia, PA 19103**     By Phone: **215-841-5257**

---

**PECO**
An Exelon Company

2301 Market Street
Philadelphia, PA 19103-1380

**Pay Today!**
 peco.com/ebill
Go paperless: receive and pay your bill online.

Return only this portion with your check made payable to PECO. Please write your account number on your check.

☐ Enroll in Automatic Payment. *Complete form on reverse side.*
☐ Pledge a donation to MEAF. *Complete form on reverse side.*

| **Account # 22111-01401** |  **877-432-9384** |
|---|---|

Pay by phone, a convenience fee will apply.

| **Please pay this amount by 10/15/2019** | **$2,723.87** |
|---|---|
| **Payment Amount** | $ |

0105059 01 AB 0.409  **AUTO   T0 0 8890 19104-281641   -C32-B1-P05064-I

DREXEL UNIVERSITY
ATTN BUDGET COORDINATOR
UNIV HOUSING DBS ONE CTR
3141 CHESTNUT ST
PHILADELPHIA, PA 19104-2816

PECO - Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629



**PECO**
An Exelon Company

Page 2 of 2

**Account Number: 22111-01401**

## Meter Information

| Read Dates | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Difference | Multiplier X | Total Usage |
|---|---|---|---|---|---|---|---|---|
| 08/28-09/27 | 019475074 | General Service | Power Factor | Actual | Actual | 0.904 | | 0.904 |
| 08/28-09/27 | 019475074 | General Service | Pk kW | Actual | Actual | 0.1820 | 2,400 | 436.80 |
| 08/28-09/27 | 019475074 | General Service | Tot kWh | Actual | Actual | 105.9900 | 2,400 | 254,376 |
| 08/28-09/27 | 019475074 | General Service | GS Off Pk kW | Actual | Actual | 0.1810 | 2,400 | 434.40 |
| 08/28-09/27 | 019475074 | General Service | On Pk Kw | Actual | Actual | 0.1820 | 2,400 | 436.80 |

Distribution kW - Measured : 437.0        Total kWh Used: 254,376



### Electric High Tension Service >500kW

**Service Period 08/28/2019 to 09/27/2019 - 30 days**

| | | |
|---|---|---|
| **PECO ELECTRIC DELIVERY** | | **$2,841.79** |
| Customer Charge | | 353.73 |
| Distribution Charges | 437 kW X 4.89000 | 2,136.93 |
| Distribution Charges | 254,376 kWh X -0.00074 | -188.24 |
| Energy Eff & Nonbypassable Trans | 461 kW X 1.17000 | 539.37 |
| **TAXES & FEES** | | **-$117.92** |
| Federal Tax Adjustment | | -117.65 |
| State Tax Adjustment | | -0.27 |
| **Total Current Charges** | | **$2,723.87** |

### Your Usage Profile
ANNUAL ELECTRIC USAGE

**peco.com/smartideas**
Save energy and money



| Period | Usage | Avg Daily Usage | Days | Avg Daily Temp |
|---|---|---|---|---|
| Current Month | 254,376 | 8,479.2 | 30 | 73 |
| Last Month | 264,156 | 9,108.8 | 29 | 78 |
| Last Year | 263,620 | 8,787.3 | 30 | 74 |

**Avg kWh per Month**    271,050
**Total Annual kWh Usage**    3,252,603

### Message Center

**From PECO:**
5.90% estimated Gross Receipts Tax of $160.71 included in new charges.

Your estimated electric price to compare adder is $0.00657 per kWh, which includes ancillary charges and the purchased generation adjustment but excludes energy and capacity. This may change monthly. For more information and supplier offers visit PAPowerSwitch.com.

Your electric energy supplier will provide a separate bill.

### Shopping Information Box

When shopping for a competitive electric/natural gas supplier, please provide the following:

**Account Number: 22111-01401**
**Electric Rate:** Electric High Tension Service >500kW

If you are purchasing the energy you use from a competitive supplier, it is important to understand the terms of your contract and expiration date.

8890-32-0105059-0001-0001-0001934





**Statement Number:** 15900933201
**Customer Number:** 7283476-52867
**Invoice Number:** 15829680201

**Drexel University - 2211101401**
**1416 Wood St, PHILADELPHIA, PA 19102-0000**
Account ID: **8176310**
Read Dates: **08/28/2019 - 09/27/2019**





Tax Charges
748.34

Total New Charges
**$12,683.66**

Contract Charges
11,935.32

## SITE DETAILED CHARGES

|  | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Contract Charges** | | | |
| Energy-Fixed Price | 254,376.00 KWH | $0.0469200 | $11,935.32 |
| **Subtotal Contract Charges** | | | **$11,935.32** |
| **Tax Charges** | | | |
| County Sales Tax | 11,935.32 EXEMPT | | $0.00 |
| Gross Receipts Tax | 11,935.32 | $0.0626993 | $748.34 |
| State Sales Tax | 11,935.32 EXEMPT | | $0.00 |
| **Subtotal Tax Charges** | | | **$748.34** |
| **Total New Charges** | | | **$12,683.66** |

 DREXEL UNIVERSITY
College of
Medicine

 **INVOICE**

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

| | |
|---|---|
| **DATE:** | October 1, 2019 |
| **INVOICE #** | 1019Bhandari |
| **FOR:** | *Bhandari PEA* |

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Dr. Bhandari PEA - October 2019 | $            9,509 |
| | |
| **TOTAL DUE** | **$            9,509** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact David Logan at
215-762-3500 or email @ dpl25@drexel.edu



# INVOICE

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

**DATE:** September 1, 2019
**INVOICE #** 0919Bhandari
**FOR:** *Bhandari PEA*

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Dr. Bhandari PEA - September 2019 | $              2,076 |
| | |
| **TOTAL DUE** | **$              2,076** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact David Logan at
215-762-3500 or email @ dpl25@drexel.edu

 

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

| | |
|---|---|
| **DATE:** | August 1, 2019 |
| **INVOICE #** | 0819Bhandari |
| **FOR:** | *Bhandari PEA* |

**Bill To:**

Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Dr. Bhandari PEA - August 2019 | $          2,118 |
| | |
| **TOTAL DUE** | **$          2,118** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact David Logan at
215-762-3500 or email @ dpl25@drexel.edu





Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

| | |
|---|---|
| **DATE:** | July 1, 2019 |
| **INVOICE #** | 0719Bhandari |
| **FOR:** | *Bhandari PEA* |

**Bill To:**

Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Dr. Bhandari PEA - July 2019 | $            12,027 |
| **TOTAL DUE** | **$            12,027** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact David Logan at
215-762-3500 or email @ dpl25@drexel.edu

 DREXEL UNIVERSITY
College of
Medicine

 **INVOICE**

Office of the Dean and Administration
245 N 15th Street MS 400
Philadelphia, PA  19102
Phone 215 762-3500  Fax 215 762-2621

**DATE:** February 1, 2020
**INVOICE #** 0220Tarazi
**FOR:** *Tarazi FASD*

**Bill To:**
Philadelphia Academic Health System, LLC
Hahnemann University Hospital
Philadelphia, PA 19102

| DESCRIPTION | AMOUNT |
|---|---|
| Dr. Tarazi FASD - FY20 FEB YTD | $            3,713 |
| **TOTAL DUE** | **$            3,713** |

**Make all checks payable to Drexel University**

If you have any questions concerning this invoice, contact David Logan at
215-762-3500 or email @ dpl25@drexel.edu

# Drexel University
## I n v o i c e

*Sponsored Program Management*
*Research Accounting Services*
*1505 Race Street- MS -1056*
*Philadelphia, PA 19102*

| To: | St. Christopher's Pediatric Associates<br>3601 A Street<br>Philadelphia, PA 19134<br>Attn: Chris Perry<br>email: Christopher1.Perry@tenethealth,com | Date: | November 6, 2019 |
|---|---|---|---|
| | | Invoice # | 260547-37 |
| | | Budget: | $579,359.61 |
| Re: | SCHC Pediatrics Associates, LLC Program | PI:<br>Budget Period: | Renee Turchi<br>5/11/16 - 01/31/20 |

**_Amount_**

**_Payment Schedule_**

**Performance of Service -July. ' 19**          $11,880.00

**(R.Turchi - timesheet - attached)**

=========

**_AMOUNT DUE THIS INVOICE:_**     **_$11,880.00_**

Brianna Thompson
Research Accountant

*Remit Payment to:*
*Drexel University*
*TD  Bank*
*PO Box 95000-1090*
*Philadelphia, Pa 19195-1090*
*Reference the invoice number on payment and include remittance copy.*

For questions regarding this invoice, contact Brianna Thompson @ 215-895-1074 or
bnt34@drexel.edu

# Drexel University
## I n v o i c e

*Sponsored Program Management*
*Research Accounting Services*
*1505 Race Street- MS -1056*
*Philadelphia, PA 19102*

| To: | St. Christopher's Pediatric Associates | Date: | November 6, 2019 |
|---|---|---|---|
| | 3601 A Street | | |
| | Philadelphia, PA 19134 | Invoice # | 260547-38 |
| | Attn: Chris Perry | | |
| | email: Christopher1.Perry@tenethealth,com | Budget: | $579,359.61 |
| Re: | | PI: | Renee Turchi |
| | SCHC Pediatrics Associates, LLC Program | Budget Period: | 5/11/16 - 01/31/20 |

| | **Amount** |
|---|---|
| **Payment Schedule** | |
| **Performance of Service -Aug. ' 19** | $11,880.00 |
| **(R.Turchi - timesheet - attached)** | |
| | ═══════════ |
| ***AMOUNT DUE THIS INVOICE:*** | ***$11,880.00*** |

Brianna Thompson
Research Accountant

*Remit Payment to:*
*Drexel University*
*TD Bank*
*PO Box 95000-1090*
*Philadelphia, Pa 19195-1090*
*Reference the invoice number on payment and include remittance copy.*

For questions regarding this invoice, contact Brianna Thompson @ 215-895-1074 or
bnt34@drexel.edu

# Drexel University
## I n v o i c e

*Sponsored Program Management*
*Research Accounting Services*
*1505 Race Street- MS -1056*
*Philadelphia, PA 19102*

| | | | |
|---|---|---|---|
| To: | St. Christopher's Pediatric Associates<br>3601 A Street<br>Philadelphia, PA 19134<br>Attn: Chris Perry<br>email: Christopher1.Perry@tenethealth.com | Date:<br><br>Invoice #<br><br>Budget: | November 6, 2019<br><br>260547-39<br><br>$579,359.61 |
| Re: | <br>SCHC Pediatrics Associates, LLC Program | PI:<br>Budget Period: | Renee Turchi<br>5/11/16 - 01/31/20 |

|  | _**Amount**_ |
|---|---|
| _**Payment Schedule**_ | |
| **Performance of Service -Sep. ' 19** | $11,880.00 |
| **(R.Turchi - timesheet - attached)** | |

**AMOUNT DUE THIS INVOICE:**     $11,880.00

Brianna Thompson
Research Accountant

*Remit Payment to:*
*Drexel University*
*TD Bank*
*PO Box 95000-1090*
*Philadelphia, Pa 19195-1090*
*Reference the invoice number on payment and include remittance copy.*

For questions regarding this invoice, contact Brianna Thompson @ 215-895-1074 or
bnt34@drexel.edu

# Drexel University
## I n v o i c e

*Sponsored Program Management*
*Research Accounting Services*
*1505 Race Street- MS -1056*
*Philadelphia, PA 19102*

| | | | |
|---|---|---|---|
| To: | St. Christopher's Pediatric Associates<br>3601 A Street<br>Philadelphia, PA 19134<br>Attn: Chris Perry<br>email: Christopher1.Perry@tenethealth,com | Date:<br><br>Invoice #<br><br>Budget: | March 2, 2020<br><br>260547-40<br><br>$579,359.61 |
| Re: | | PI: | Renee Turchi |
| | SCHC Pediatrics Associates, LLC Program | Budget Period: | 5/11/16 - 01/31/20 |

|  | _**Amount**_ |
|---|---|
| **_Payment Schedule_** | |
| **Performance of Service -Oct. ' 19** | $11,880.00 |
| **(R.Turchi - October timesheet - attached)** | |
| | ═══════════ |
| **_AMOUNT DUE THIS INVOICE:_** | **_$11,880.00_** |

Brianna Thompson
Research Accountant

*Remit Payment to:*
*Drexel University*
**TD Bank**
*PO Box 95000-1090*
*Philadelphia, Pa 19195-1090*
*Reference the invoice number on payment and include remittance copy.*

For questions regarding this invoice, contact Brianna Thompson @ 215-895-1074 or
bnt34@drexel.edu

# Drexel University
## Invoice

*Sponsored Program Management*
*Research Accounting Services*
*1505 Race Street- MS -1056*
*Philadelphia, PA 19102*

| | | | |
|---|---|---|---|
| To: | St. Christopher's Pediatric Associates<br>3601 A Street<br>Philadelphia, PA 19134<br>Attn: Chris Perry<br>email: Christopher1.Perry@tenethealth,com | Date:<br><br>Invoice #<br><br>Budget: | March 2, 2020<br><br>260547-39<br><br>$579,359.61 |
| Re: | SCHC Pediatrics Associates, LLC Program | PI:<br>Budget Period: | Renee Turchi<br>5/11/16 - 01/31/20 |

**_Amount_**

**_Payment Schedule_**

**Performance of Service -Nov. ' 19**          $11,880.00

**(R.Turchi - November timesheet - attached)**

——————————

**_AMOUNT DUE THIS INVOICE:_**        **_$11,880.00_**

_Brianna Thompson_

Brianna Thompson
Research Accountant

*Remit Payment to:*
*Drexel University*
*TD Bank*
*PO Box 95000-1090*
*Philadelphia, Pa 19195-1090*
*Reference the invoice number on payment and include remittance copy.*

For questions regarding this invoice, contact Brianna Thompson @ 215-895-1074 or
bnt34@drexel.edu