**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) |
| *et al.*,[1] | ) (Jointly Administered) |
| Debtors. | ) |

**NOTICE OF DREXEL UNIVERSITY'S REQUEST FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

PLEASE TAKE NOTICE that on March 11, 2021, Drexel University ("Drexel"), by and through its undersigned counsel, filed *Drexel University's Request for Allowance and Payment of Administrative Expense Claim* (the "Request") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any response or objection to the relief sought in the Request must be filed with the Bankruptcy Court on or before **March 25, 2021 at 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline"). You must also serve a copy of your response or objection upon the undersigned counsel for Drexel so as to be received on or prior to the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE REQUEST WITHOUT FURTHER NOTICE OR HEARING.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Request will be held at the United States Bankruptcy Court for the District of Delaware before The Honorable Mary F. Walrath, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801 on **April 16, 2021 at 10:30 a.m. prevailing Eastern Time**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatrics Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated:  March 11, 2021
Wilmington, Delaware

Respectfully submitted,

*/s/ Tobey M. Daluz*
Tobey M. Daluz (No. 3939)
Chantelle D. McClamb (No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801
Tel: (302) 252-4465
Fax: (302) 252-4466
daluzt@ballardspahr.com
mcclambc@ballardspahr.com

and

Vincent J. Marriott III, Esq.*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax: (215) 864-8999
marriott@ballardspahr.com
(*admitted pro hac vice*)

*Counsel for Drexel University*