## CERTIFICATE OF SERVICE

I, Tobey M. Daluz, Esquire, do hereby certify that, on this 11th day of March 2021, I caused a true and correct copy of the *Drexel University's Request for Allowance and Payment of Administrative Expense Claim*, to be served on all parties receiving notice via CM/ECF in the above-captioned cases and upon the addresses on listed below via first class mail.

*/s/ Tobey M. Daluz*
Tobey M. Daluz

## VIA FIRST CLASS MAIL

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 19102

Office of the United States Trustee
Attn: Benjamin A. Hackman
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Seth Niederman
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899-2323

Boris I. Mankovetskiy
Andrew H. Sherman
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102