IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 12, 2021, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via first class mail, postage prepaid, to the parties listed in **Exhibit B** attached hereto:

- **Second Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from October 1, 2019 through November 30, 2019 [Docket No. 2183].**

- **Third Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from December 1, 2019 through February 29, 2020 [Docket No. 2184].**

Dated: March 16, 2021

/s/ Randy Lowry
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 16th day of March, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALAN GELB, ESQ.<br>AGELBLAW@YAHOO.COM | ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM |
| ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM | ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM |
| ATTORNEY FOR THE CITY OF PA<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV | BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM | BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BAYARD, PA<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM | BIELLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM |
| BUCHALTER, A PROFESSIONAL CORP<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM | CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM |
| COMMONWEALTH OF PA DEPT OF LABOR AND INDUS<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM | DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM |
| DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM |
| DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | FAEGRE DRINKER BIDDLE & REATH LLP<br>IAN J. BAMBRICK<br>IAN.BAMBRICK@FAEGREDRINKER.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>JAY.JAFFE@FAEGREDRINKER.COM | FAEGRE DRINKER BIDDLE & REATH LLP<br>KAYLA BRITTON<br>KAYLA.BRITTON@FAEGREDRINKER.COM | FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM |
| FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHSCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM | GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM |
| GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM |
| GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM |
| HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM |

| | | |
|---|---|---|
| HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM |
| JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM |
| LATHAM & WATKINS LLP<br>MATTHEW J. CARMODY<br>MATT.CARMODY@LW.COM | LATHAM & WATKINS LLP<br>SUZZANNE UHLAND<br>SUZZANNE.UHLAND@LW.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM |
| MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM |
| MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC<br>DLEIGH@RQN.COM |
| MICHAEL WOLF<br>MICHAEL WOLF<br>MIKEWOLFMD@GMAIL.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PAUL BAILEY<br>PAUL BAILEY<br>MEGAN.RATCHFORD610@GMAIL.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>FRANCIS.LAWALL@TROUTMAN.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MARCY.SMITH@TROUTMAN.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM |
| RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM |

| | | |
|---|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM |
| SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM |
| STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM |
| STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM |
| SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | U.S. DEPT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM |
| UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM |
| WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM | | |

Parties Served:  115

# **EXHIBIT B**

| | | |
|---|---|---|
| CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQ<br>HARRISBURG, PA 17120 | PENNSYLVANIA ASSOC OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, PA 17120 |
| ST. MARY'S MEDICAL CTR<br>1201 LANGHORNE-NEWTOWN RD<br>LANGHORNE, PA 19047 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | UNITED STATES DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 |

Parties Served: 12