# EXHIBIT D

**EXPENSE SUMMARY**

38204768.2 03/17/2021

## Expense Summary

## For the Period from January 1, 2021 through January 31, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $5,387.94 |
| Legal Research | Westlaw | $2,878.28 |
| Overnight Delivery | Federal Express | $148.04 |
| **Total** | | **$8,414.26** |

---

[1]  These are the costs associated with using the Saul Review Platform ("SRP").  These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |



SAUL EWING ARNSTEIN & LEHR LLP

| | | |
|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | 2612487 |
| 222 N. Sepulveda Blvd. | Invoice Date | 02/25/21 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 01/26/21 | Epiq Relativity eDiscovery Costs | 5,387.94 | |
| | Total   Epiq Relativity eDiscovery Costs | | 5,387.94 |
| 01/07/21 | Federal Express 12/28/2020 To: Adam Isenberg From: Louis Bartella | 47.13 | |
| 01/07/21 | Federal Express 12/30/2020 To: Adam Isenberg From: Louis Bartella | 43.79 | |
| 01/14/21 | Federal Express 01/04/2021 To: Suzzanne Uhland, Esq From: Mark Minuti | 13.40 | |
| 01/27/21 | Federal Express 01/20/2021 To: Adam Isenberg From: Louis Bartella | 43.72 | |
| | Total Federal Express | | 148.04 |
| 01/13/21 | Westlaw Legal Research | 86.00 | |
| 01/20/21 | Westlaw Legal Research | 185.76 | |
| 01/21/21 | Westlaw Legal Research | 159.00 | |
| 01/21/21 | Westlaw Legal Research | 895.32 | |
| 01/22/21 | Westlaw Legal Research | 464.40 | |
| 01/24/21 | Westlaw Legal Research | 92.88 | |
| 01/25/21 | Westlaw Legal Research | 159.00 | |
| 01/25/21 | Westlaw Legal Research | 557.28 | |
| 01/26/21 | Westlaw Legal Research | 185.76 | |
| 01/27/21 | Westlaw Legal Research | 92.88 | |
| | Total Westlaw Legal Research | | 2,878.28 |
| | CURRENT EXPENSES | | 8,414.26 |

**TOTAL AMOUNT OF THIS INVOICE**   8,414.26

38159913.1 03/16/2021