# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, ) | |
| *et al.*,[1] ) | (Jointly Administered) |
| Debtors. ) | |

## STIPULATION BETWEEN THE DEBTORS AND DREXEL UNIVERSITY REGARDING THE OBJECTION DEADLINE AND HEARING ON DREXEL UNIVERSITY'S REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Center City Healthcare, LLC d/b/a Hahnemann University Hospital and certain of its affiliates, (collectively, the "Debtors") and Drexel University ("Drexel"), by and through their respective counsel, hereby enter into this stipulation and stipulate and agree as follows:

1. On March 11, 2021, Drexel filed *Drexel University's Request for Allowance and Payment of Administrative Expense Claim* [D.I. 2178] (the "Request"). The deadline for filing objections to the Request is currently March 25, 2021 at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). The hearing on the Request is currently scheduled for April 16, 2021 at 10:30 a.m. prevailing Eastern Time (the "Hearing").

2. The Debtors and Drexel stipulate and agree that the Objection Deadline is hereby extended to May 10, 2021 at 4:00 p.m. prevailing Eastern Time and that the Hearing is continued to May 17, 2021 at 10:30 a.m. prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatrics Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| Counsel for Drexel | Counsel for the Debtors |
|---|---|
| */s/ Chantelle D. McClamb* | */s/ Domenic E. Pacitti* |
| Tobey M. Daluz (No. 3939) | Domenic E. Pacitti (DE Bar No. 3989) |
| Chantelle D. McClamb (No. 5978) | KLEHR HARRISON HARVEY BRANZBURG LLP |
| BALLARD SPAHR LLP | 919 Market Street, Suite 1000 |
| 919 N. Market Street, 11th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | Telephone: (302) 426-1189 |
| Tel: (302) 252-4465 | Facsimile: (302) 426-9193 |
| Fax: (302) 252-4466 | Email: dpacitti@klehr.com |
| Email: daluzt@ballardspahr.com | |
| mcclambc@ballardspahr.com | |

and

Vincent J. Marriott III, Esq.*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax: (215) 864-8999
Email: marriott@ballardspahr.com

(**admitted pro hac vice*)