**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) Case No. 19-11466 (MFW) ) ) |
| Debtors. | ) Jointly Administered |
| | ) Related to Docket Nos. 2045, 2139, 2140 and 2157 |

**CERTIFICATION OF COUNSEL SUBMITTING SUPPLEMENTAL ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AS TO CLAIM OF HARVARD CARDIOVASCULAR, INC. ONLY**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies that:

1. On January 22, 2021, the *Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2045] (the "Objection")[2] was filed with the Court, by which the Debtors sought entry of the proposed order attached thereto (a) disallowing certain claims for which the Debtors' books and records reflect no liability; (b) modifying the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

priority status of certain claims; (c) modifying both the priority status and amount of certain claims; and (d) modifying the amount of certain claims.

2. Pursuant to the notice of the Objection [D.I. 2045], the deadline to respond to the Objection was February 5, 2021 at 4:00 p.m. (the "Objection Deadline").

3. Prior to the Objection Deadline, the Debtors received informal responses to the Objection from Harvard Cardiovascular, Inc. ("HCI"),[3] Radiation Oncologists, PA and Cardinal Health 414, LLC ("Cardinal Health"). Other than these responses, no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. On March 3, 2021, the Debtors filed a *Certification of Counsel Submitting Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2134], submitting a proposed order to the Court resolving all claims subject to the Objection, other than the claims filed by HCI, Radiation Oncologists, PA, and Cardinal Health. Such order was entered by the Court on March 4, 2021 [D.I. 2139].

5. On March 2, 2021, the Debtors filed a *Certification of Counsel Submitting Supplemental Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claims of Radiation Oncologists, PA Only* [D.I. 2131], submitting a proposed order to the Court resolving the claim filed by Radiation Oncologists, PA. Such order was entered on March 4, 2021 [D.I. 2140].

---

[3] HCI also mailed a letter response to the Objection to the Court, which was entered on the docket on March 5, 2021 at Docket No. 2157.

6. The Debtors have now resolved the issues raised by HCI, as reflected in the proposed order attached hereto as **Exhibit 1** (the "Proposed Order"). The Debtors have confirmed that the Proposed Order is acceptable to HCI.

7. The Debtors respectfully request that the Court sign the Proposed Order and direct that it be docketed, without further notice or hearing.

8. Of course, we are available to discuss this matter at the Court's convenience.

Dated: March 31, 2021

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*