# EXHIBIT 1

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) Related to Docket Nos. 2045, 2139, 2140, 2157, and ____ |

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AS TO CLAIMS OF HARVARD CARDIOVASCULAR, INC. ONLY**

Upon consideration of the *Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2045] (the "**Objection**");[2] and upon consideration of the Wilen Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained as set forth herein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

2.  The Misclassified Claims are modified to reflect the correct priority status of the claims (or portions of the claims) as reflected under the heading "Modified Priority Status" on the attached **Exhibit A**.

3.  The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with the terms of this Order.

4.  This Order is without prejudice to the rights of the Debtors and any successor entities to: (a) object to any Claims on grounds other than as stated in the Objection if any such Claim is reconsidered; and (b) object, on any grounds permitted by law or equity, to any claim, whether filed or not, in these cases.

5.  The rights of the Debtors and any successor entities to use any available defenses under section 502 of the Bankruptcy Code, including the assertion of a preference action to set off against or otherwise reduce all or part of any Claim, are preserved.

6.  To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

7.  The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

## Exhibit A

## Misclassified Claims

| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| | **Misclassified Claims** | | | | | | | | | | | | | | | |
| 1 | Harvard Cardiovascular, Inc. | 15 | Philadelphia Academic Health System, LLC | $13,650 | - | - | - | $54,376 | $68,026 | - | - | - | - | $68,026 | $68,026 | Not entitled to priority wage claim under section 507(a)(4). Claim is for fees allegedly owed under services agreement under which claimant provided on-call physicians for the Debtors in exchange for a fee. Per the agreement, the claimant is solely responsible for compensating the physicians, which are not considered employees of the Debtors. Modified claim status reflects negotiations with claimant and Debtors' books and records. |