## Exhibit A

## Misclassified Claims

| | | | | Filed Claim Amount ($) and Priority Status | | | | | | Modified Priority Status | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Misclassified Claims** | | | | | | | | | | | | | | | |
| | **Creditor Name** | **Claim No.** | **Debtor against Whom Claim is Filed** | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | **Reason for Modification** |
| 1 | Harvard Cardiovascular, Inc. | 15 | Philadelphia Academic Health System, LLC | $13,650 | - | - | - | $54,376 | $68,026 | - | - | - | - | $68,026 | $68,026 | Not entitled to priority wage claim under section 507(a)(4). Claim is for fees allegedly owed under services agreement under which claimant provided on-call physicians for the Debtors in exchange for a fee. Per the agreement, the claimant is solely responsible for compensating the physicians, which are not considered employees of the Debtors. Modified claim status reflects negotiations with claimant and Debtors' books and records. |