**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: April 29, 2021 at 4:00 p.m. Hearing Date: TBD if objection filed** |

**SEVENTEENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | November 1, 2020 – November 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $70,700.00  (80% of $88,375.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,639.70 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

121486805.v1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $895 | 20.5 | $18,347.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $795 | 34.1 | $27,109.50 |
| Charles J. Falletta | Member, Litigation First Bar Admission: 1996 | $595 | 14.4 | $8,568.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $650 | 68.0 | $44,200.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $625 | 4.4 | $2,750.00 |
| **Total Fees at Standard Rates** | | | **141.4** | **$100,975.00** |
| **Total Fees After Application of $625 Blended Rate Discount[2]** | | | **141.4** | **$88,375.00** |

---

[1] Effective October 1, 2020, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $825 to $895; the hourly rate of Boris Mankovetskiy was increased from $750 to $795; the hourly rate of Charles Falletta was increased from $575 to $595; the hourly rate of Rachel Brennan was increased from $595 to $650; and the hourly rate of Gregory Kopacz was increased from $550 to $625. However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

121486805.v1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 113.8 | $80,699.00 |
| Case Administration (104) | 6.8 | $5,448.00 |
| Claims Administration and Objections (105) | 1.2 | $920.00 |
| Fee/Employment Applications (107) | 3.5 | $2,187.50 |
| Fee/Employment Objections (108) | 0.3 | $187.50 |
| Plan and Disclosure Statement (113) | 15.8 | $11,533.00 |
| **Total Fees at Standard Rate** | **141.4** | **$100,975.00** |
| **Total Fees at $625 Blended Rate[1]** | **141.4** | **$88,375.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Lexis | $60.99 |
| Litigation Support Vendors (UnitedLex) | $1,516.51 |
| Telephone Toll Charges | $62.20 |
| **TOTAL** | **$1,639.70** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

121486805.v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: April 29, 2021 at 4:00 p.m.** |
| | **Hearing Date: TBD if objection filed** |

**SEVENTEENTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

Pursuant to sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Seventeenth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From November 1, 2020 Through November 30, 2020* (the "Application"), seeking allowance of $70,700.00 (80% of $88,375.00) in fees for services rendered, *plus* $1,639.70 for reimbursement of actual and necessary expenses for the period from November 1, 2020 through November 30, 2020 (the "Compensation Period"), for a total of $72,339.70.

## Background

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for

4

relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

**Compensation Paid and Its Source**

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the Compensation Period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

**Fee Statements**

5.      The fee statement for the Compensation Period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, applicable Third Circuit law, and the Compensation Order.

**Actual and Necessary Expenses**

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

121486805.v1

## Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $80,699.00;      Total Hours: 113.8

This category includes time spent investigating causes of action against certain non-debtor affiliates and other parties, including time spent: (a) preparing a motion to compel production of discovery materials from certain non-debtor entities and conducting related research and analysis, (b) preparing a response to a motion by certain non-debtor entities seeking to extend their time to respond to the motion to compel production of discovery materials and conducting related research and analysis, (c) attending a related hearing, (d) preparing discovery requests and a subpoena and conducting related analysis, (e) analyzing and revising a proposed stipulation and consent order governing certain discovery issues, (f) reviewing documents and communications produced in response to discovery requests, (g) analyzing various discovery and privilege issues, (h) analyzing issues related to the Debtors' D&O insurance policies, and (i) communicating with Debtors' counsel and counsel for certain non-debtor entities regarding the foregoing and related issues.

B.      Case Administration

Fees: $5,448.00;      Total Hours: 6.8

This category includes time spent: (a) communicating with the Committee members, preparing updates to the Committee members, and attending Committee meetings, (b) communicating with Debtors' counsel regarding pending matters, (c) attending court proceedings, (d) analyzing governance issues, and (e) updating the "critical dates" calendar.

C.      Claims Administration and Objection

Fees: $920.00;      Total Hours: 1.2

This category includes time spent: (a) analyzing the Debtors' first omnibus objection to

claims and a response filed thereto; and (b) analyzing the Debtors' motion to settle certain claims.

D.     Fee/Employment Applications

Fees: $2,187.50;          Total Hours: 3.5

This category includes time spent preparing Sills' third interim fee application and addressing other fee application issues.

E.     Fee/Employment Objections

Fees: $187.50;          Total Hours: 0.3

This category includes time spent reviewing and analyzing the fee applications of the Debtors' professionals.

F.     Plan and Disclosure Statement

Fees: $11,533.00;          Total Hours: 15.8

This category includes time spent: (a) drafting a proposed plan term sheet and conducting related analysis, (b) reviewing and revising the proposed order approving the disclosure statement, and (c) communicating with the Debtors' advisors and the Committee members regarding the foregoing and related issues.

## Conclusion

7.     Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests that an allowance be made to Sills for the sums of $70,700.00 (80% of $88,375.00) as compensation, *plus* $1,639.70 for reimbursement of actual

121486805.v1

and necessary expenses, for a total of $72,339.70, and that such amounts be authorized for

payment.

Dated: April 8, 2021                        Respectfully submitted,
Wilmington, Delaware

                                            /s/ Seth A. Niederman
                                            Seth A. Niederman (DE Bar No. 4588)
                                            **FOX ROTHSCHILD LLP**
                                            919 North Market Street, Suite 300
                                            Wilmington, DE 19899
                                            Telephone: 302-654-7444
                                            Facsimile: 302-295-2013
                                            Email: sniederman@foxrothschild.com

                                            - and -

                                            Andrew H. Sherman (*pro hac vice*)
                                            Boris I. Mankovetskiy (*pro hac vice*)
                                            **SILLS CUMMIS & GROSS P.C.**
                                            One Riverfront Plaza
                                            Newark, NJ 07102
                                            Telephone:  973-643-7000
                                            Facsimile:  973-643-6500
                                            Email:  asherman@sillscummis.com
                                                    bmankovetskiy@sillscummis.com

                                            *Counsel for the Official Committee*
                                            *of Unsecured Creditors*

121486805.v1

## **<u>VERIFICATION</u>**

STATE OF NEW JERSEY   )
          ) SS:
COUNTY OF MORRIS    )

    Andrew H. Sherman, after being duly sworn according to law, deposes and says:

    a)   I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

    b)   I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

    c)   I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

    d)   I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

          */s/ Andrew H. Sherman*
          Andrew H. Sherman

# Exhibit "A"

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 1 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI#22 - 1920331

RE:  Creditors' Committee

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 11/02/20 | AHS | Review of email from counsel to Freedman parties and follow up calls and emails with counsel for Debtors. | 0.30 | 268.50 |
| 11/03/20 | AHS | Attend call with Debtors' counsel re: discovery and plan issues. | 1.10 | 984.50 |
| | | Address issues re: motion to compel discovery issues and response to email from Freedman entities. | 0.60 | 537.00 |
| 11/04/20 | AHS | Call with Debtors' counsel re: discovery issues. | 0.20 | 179.00 |
| 11/06/20 | AHS | Call with counsel for Debtors re: discovery and investigation and send documents as requested. | 0.40 | 358.00 |
| | | Review and revise motion to compel discovery. | 0.90 | 805.50 |
| | | Send motion to compel discovery to Fox and Committee for review and comment and emails re: same. | 0.30 | 268.50 |
| 11/09/20 | AHS | Call with counsel for Debtors re: discovery issues. | 0.60 | 537.00 |
| | | Review of Debtors' draft motion to approve consent order. | 1.10 | 984.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/20 | AHS | Review and revise joint motions to compel discovery from Freedman parties. | 1.60 | 1,432.00 |
| | | Call with counsel for Debtors re: discovery motion issues. | 0.30 | 268.50 |
| 11/11/20 | AHS | Review motion to compel discovery and motion to approve order and send to Committee for review and comment. | 0.80 | 716.00 |
| 11/12/20 | AHS | Review and revise final versions of motions, call with Debtors' counsel and have filed. | 0.70 | 626.50 |
| 11/13/20 | AHS | Call with counsel to HSRE re: discovery issues and follow up re: same. | 0.50 | 447.50 |
| 11/16/20 | AHS | Email from counsel to Debtors re: discovery proposal from Freedman parties. | 0.30 | 268.50 |
| 11/17/20 | AHS | Review of settlement proposal re: discovery issues, emails re: same and consider request for adjournment. | 0.80 | 716.00 |
| | | Call with Debtors' counsel re: discovery issues for Freedman entities. | 0.50 | 447.50 |
| 11/18/20 | AHS | Emails re: discovery motion and settlement proposal for Freedman entities. | 0.30 | 268.50 |
| 11/19/20 | AHS | Review and revise draft response to extension motion and add case law re: burden of proof on privilege issues. | 2.10 | 1,879.50 |
| 11/20/20 | AHS | Attend hearing re: motion for extension of time re: motion to compel. | 0.60 | 537.00 |
| | | Review of form of order, emails re: same and email from counsel to Freedman entities. | 0.60 | 537.00 |
| | | Call with counsel for Debtors in advance of hearing. | 0.30 | 268.50 |
| | | Review of pleadings in advance of hearing. | 0.40 | 358.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/23/20 | AHS | Review of discovery proposal from counsel to Freedman entities and emails re: same. | 0.70 | 626.50 |
| 11/25/20 | AHS | Call with counsel for Debtors re: outstanding discovery issues and review of draft document. | 0.90 | 805.50 |
| 11/30/20 | AHS | Calls with Debtors counsel and emails re: discovery order, adjournment and mediator. | 0.60 | 537.00 |
| 11/02/20 | BM | Analysis regarding motion to compel discovery productions from MBNF related entities. | 0.80 | 636.00 |
| | | Analysis regarding discovery requests to HSRE and its affiliates. | 0.70 | 556.50 |
| 11/03/20 | BM | Call with Debtors counsel regarding discovery issues. | 1.10 | 874.50 |
| | | Attend to revisions of discovery requests to HSRE. | 0.60 | 477.00 |
| 11/04/20 | BM | Analysis regarding MBNF entities' proposed resolution of discovery disputes. | 0.70 | 556.50 |
| | | Analysis of topics regarding R.2004 examination of HSRE and its affiliates. | 0.80 | 636.00 |
| 11/06/20 | BM | Analysis and revisions regarding motion to compel discovery from MBNF entities. | 1.40 | 1,113.00 |
| | | Analysis regarding notice of circumstances to D&O carriers. | 0.70 | 556.50 |
| 11/09/20 | BM | Analysis regarding joint motions to compel discovery from MBNF entities. | 1.20 | 954.00 |
| | | Call with Debtors' counsel regarding discovery issues. | 0.80 | 636.00 |
| 11/10/20 | BM | Analysis and revisions of draft motions to compel productions from MBNF entities. | 0.80 | 636.00 |
| | | Attend to revisions of joint motions to compel discovery from MBNF entities. | 0.80 | 636.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11/11/20 | BM | Analysis and revisions of draft joint motions to compel discovery from MBNF. | 0.80 | 636.00 |
| | | Attend to revisions of proposed consent order governing discovery between Debtors and Committee. | 0.60 | 477.00 |
| | | Analysis regarding notice of circumstances to D&O carriers. | 0.80 | 636.00 |
| 11/12/20 | BM | Analysis regarding revisions of draft joint motions to compel discovery from MBNF. | 0.70 | 556.50 |
| | | Call with Debtors' counsel regarding discovery issues. | 0.60 | 477.00 |
| | | Analysis of issues regarding joint motions to compel discovery from MBNF. | 0.60 | 477.00 |
| | | Analysis regarding declaration in support of joint motion to approve entry of consent order governing Debtors' productions of documents to Committee. | 0.30 | 238.50 |
| 11/13/20 | BM | Call with Debtors and HSRE counsel regarding R.2004 examination of HSRE. | 0.50 | 397.50 |
| | | Attend to proposed forms of orders granting joint motions to compel discovery from MBNF. | 0.40 | 318.00 |
| 11/16/20 | BM | Analysis regarding Debtors' proposed stipulation regarding potential resolution of discovery disputes with MBNF. | 0.70 | 556.50 |
| 11/17/20 | BM | Attend to revisions of proposed stipulation regarding potential resolution of discovery disputes with MBNF. | 0.80 | 636.00 |
| 11/18/20 | BM | Attend to revisions of proposed stipulation regarding potential resolution of discovery disputes with MBNF. | 0.80 | 636.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/19/20 | BM | Call with Debtors and HSRE counsel regarding discovery issues. | 0.50 | 397.50 |
| | | Analysis regarding notice of circumstances to D&O carriers. | 0.60 | 477.00 |
| 11/20/20 | BM | Attend to issues regarding potential resolution of discovery disputes with MBNF. | 0.70 | 556.50 |
| | | Analysis regarding HSRE's letter response to proposed consensual R.2004 examination process. | 0.40 | 318.00 |
| 11/23/20 | BM | Analysis regarding MBNF's revised proposal to resolve discovery disputes. | 0.70 | 556.50 |
| 11/24/20 | BM | Attend to proposed form of mediation order regarding MBNF discovery. | 0.40 | 318.00 |
| 11/25/20 | BM | Attend to revisions of proposed stipulation resolving discovery disputes with MBNF. | 0.70 | 556.50 |
| 11/30/20 | BM | Attend to issues regarding selection of mediator and continuation of status conference with Court. | 0.30 | 238.50 |
| 11/02/20 | CJF | Review e-mails from Debtor's counsel and MBNF Non-Debtor entities' counsel regarding status of response to proposal resolving privilege issue. | 0.20 | 119.00 |
| 11/03/20 | CJF | Exchange e-mails and analyze issues regarding motion to compel discovery. | 0.40 | 238.00 |
| | | Prepare e-mail to and review e-mail from S. Niederman regarding local Delaware bankruptcy court practice and procedure. | 0.30 | 178.50 |
| | | Analyze issues regarding motion to compel and review correspondence and research regarding same. | 1.90 | 1,130.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 6 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/04/20 | CJF | Review e-mail from M. Minuti, Debtor's counsel, to W. Pollak, MBNF Non-Debtor Entities' counsel regarding impasse between the parties concerning privilege and discovery issues. | 0.10 | 59.50 |
| | | Analyze issues regarding motion to compel strategy. | 0.70 | 416.50 |
| | | Research regarding motion to compel. | 2.70 | 1,606.50 |
| | | Review e-mail from Debtors' counsel regarding meet and confer telephone conference. | 0.10 | 59.50 |
| 11/05/20 | CJF | Review and revise motion to compel and analyze issues regarding same; research regarding same. | 4.80 | 2,856.00 |
| 11/06/20 | CJF | Review and revise draft motion to compel against MBNF Non-Debtor Entities; research regarding same; analyze issues regarding same. | 2.60 | 1,547.00 |
| 11/09/20 | CJF | Review draft motion of debtors and Committee regarding application and waiver of privileges. | 0.60 | 357.00 |
| 11/02/20 | REB | Review and revise HSRE 2004 subpoena. | 2.90 | 1,885.00 |
| 11/03/20 | REB | Call with team re: discovery issues. | 0.30 | 195.00 |
| | | Call with Debtors re: discovery issues. | 1.10 | 715.00 |
| | | Research re: motion to compel issues. | 1.20 | 780.00 |
| 11/04/20 | REB | Research re: motion to compel issues. | 4.10 | 2,665.00 |
| | | Draft motion for MBNF Non-debtor Entities to compel production of certain withheld documents. | 4.40 | 2,860.00 |
| 11/05/20 | REB | Research in connection with motion to compel. | 4.60 | 2,990.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Draft motion to compel documents from MBNF entities. | 6.20 | 4,030.00 |
| | | Review documents, emails and other information in connection with motion to compel, including such documents as are cited in the motion and necessary for the background and other sections thereof. | 3.10 | 2,015.00 |
| 11/09/20 | REB | Call with Debtors re: discovery issues. | 0.70 | 455.00 |
| | | Review and revise motion to compel. | 1.10 | 715.00 |
| 11/10/20 | REB | Review motion for consent order received from Debtors. | 2.20 | 1,430.00 |
| | | Review and revise motion to compel consistent with updates from internal discussions and discussions with Debtors. | 3.60 | 2,340.00 |
| | | Review and revise motion for consent order. | 2.60 | 1,690.00 |
| 11/12/20 | REB | Review and revise joint motions re: discovery issues. | 3.60 | 2,340.00 |
| | | Call with Debtors re: discovery issues. | 0.30 | 195.00 |
| 11/13/20 | REB | Draft proposed order re: motion to compel. | 0.30 | 195.00 |
| | | Search document database in connection with investigation. | 0.30 | 195.00 |
| 11/16/20 | REB | Review and revise proposed discovery stipulation. | 1.60 | 1,040.00 |
| 11/17/20 | REB | Review and revise proposed stipulation. | 1.20 | 780.00 |
| | | Call with Debtors re: proposed stipulation regarding MBNF Discovery issues, | 0.50 | 325.00 |
| | | Call with M. Minuti re: proposed stipulation regarding MBNF Discovery issues, | 0.50 | 325.00 |
| | | Review and revise proposed stipulation regarding MBNF Discovery issues, | 2.30 | 1,495.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/18/20 | REB | Review and revise proposed discovery stipulation. | 1.60 | 1,040.00 |
| 11/19/20 | REB | Review and revise reply to MBNF request for extension of time to reply to discovery motions. | 2.20 | 1,430.00 |
| 11/20/20 | REB | Review cases in connection with claims investigation. | 1.20 | 780.00 |
| | | Attend hearing re MBNF emergency motion re: discovery issues. | 0.50 | 325.00 |
| 11/23/20 | REB | Review proposed revised discovery stipulation. | 1.40 | 910.00 |
| 11/25/20 | REB | Review and revise discovery stipulation. | 1.40 | 910.00 |
| | | Call with Debtors re: discovery issues. | 0.30 | 195.00 |
| 11/30/20 | REB | Review cases in connection with investigation of Freedman entities. | 2.30 | 1,495.00 |
| | | **TASK TOTAL 101** | **113.80** | **80,699.00** |

## 104 - CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/03/20 | AHS | Email to Committee re: discovery and plan issues. | 0.30 | 268.50 |
| 11/06/20 | AHS | Attend Committee meeting re: plan, investigation and claim issues. | 0.60 | 537.00 |
| 11/13/20 | AHS | Email to Committee re: motions to compel discovery. | 0.20 | 179.00 |
| 11/03/20 | BM | Prepare a status update for the Committee. | 0.60 | 477.00 |
| 11/06/20 | BM | Attend telephonic Committee meeting. | 0.60 | 477.00 |
| 11/09/20 | BM | Analysis regarding proposed revised settlement term sheet with respect to governance issues. | 0.40 | 318.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 11/13/20 | BM | Prepare a status update for Committee. | 0.30 | 238.50 |
| 11/17/20 | BM | Call with Debtors' counsel regarding pending matters. | 0.60 | 477.00 |
| 11/18/20 | BM | Analysis regarding MBNF's emergency motion to extend response deadline. | 0.40 | 318.00 |
| 11/19/20 | BM | Analysis regarding response to MBNF's motion to extend time to object to motions to compel. | 0.80 | 636.00 |
| 11/20/20 | BM | Call with Debtors' counsel regarding pending matters. | 0.40 | 318.00 |
| | | Attend telephonic Court conference regarding MBNF' motion to extend response deadline. | 0.60 | 477.00 |
| 11/25/20 | BM | Call with Debtors' counsel regarding pending matters. | 0.60 | 477.00 |
| 11/14/20 | GAK | Update case calendar. | 0.20 | 125.00 |
| | | Emails to A. Sherman and B. Mankovetskiy regarding upcoming hearings and related issues. | 0.20 | 125.00 |
| | | **TASK TOTAL 104** | **6.80** | **5,448.00** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | |
|---|---|---|---|---|
| 11/05/20 | BM | Analysis regarding first omnibus objection to claims. | 0.40 | 318.00 |
| 11/20/20 | BM | Analysis regarding McKesson's response to omnibus objection to claims. | 0.40 | 318.00 |
| 11/23/20 | BM | Analysis regarding omnibus objection to claims. | 0.20 | 159.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/25/20 | GAK | Review Debtors' motion to settle claims and email A. Sherman regarding same. | 0.20 | 125.00 |
| | | **TASK TOTAL 105** | **1.20** | **920.00** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/20 | GAK | Work on interim fee application. | 2.00 | 1,250.00 |
| 11/12/20 | GAK | Update interim fee application to incorporate comments of A. Sherman and email local counsel regarding same. | 0.40 | 250.00 |
| 11/16/20 | GAK | Attention to fee application issues. | 0.30 | 187.50 |
| 11/25/20 | GAK | Attention to fee application issues. | 0.10 | 62.50 |
| 11/28/20 | GAK | Attention to fee application issues in response to queries from A. Sherman. | 0.70 | 437.50 |
| | | **TASK TOTAL 107** | **3.50** | **2,187.50** |

**108 - FEE/EMPLOYMENT OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/20 | GAK | Review Debtors' professional's fee applications. | 0.30 | 187.50 |
| | | **TASK TOTAL 108** | **0.30** | **187.50** |

**113 - PLAN AND DISCLOSURE STATEMENT**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/05/20 | AHS | Review and revise plan term sheet. | 0.90 | 805.50 |
| | | Send plan term sheet to Committee for review and comment. | 0.20 | 179.00 |
| 11/09/20 | AHS | Emails with Committee member re: plan term sheet. | 0.30 | 268.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 11 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/19/20 | AHS | Call with counsel for Debtors and HSRE re: discovery issues. | 0.50 | 447.50 |
| 11/03/20 | BM | Analysis regarding proposed plan term sheet. | 1.10 | 874.50 |
| 11/04/20 | BM | Analysis and revisions regarding proposed plan term sheet. | 0.80 | 636.00 |
| 11/05/20 | BM | Analysis regarding proposed plan term sheet. | 0.70 | 556.50 |
| 11/09/20 | BM | Attend to issues regarding draft plan term sheet. | 0.70 | 556.50 |
| 11/12/20 | BM | Analysis of issues regarding plan of liquidation. | 0.70 | 556.50 |
| 11/17/20 | BM | Attend to issues regarding plan of liquidation. | 0.70 | 556.50 |
| 11/19/20 | BM | Analysis regarding plan of liquidation issues. | 0.80 | 636.00 |
| 11/02/20 | REB | Draft preliminary plan term sheet. | 4.30 | 2,795.00 |
| 11/03/20 | REB | Draft preliminary plan term sheet. | 4.10 | 2,665.00 |
| | | **TASK TOTAL 113** | **15.80** | **11,533.00** |
| | | **TOTAL FEES** | **141.40** | **$100,975.00** |
| | | Attorney Fees at Blended Rate of $625 | | |
| | | **TOTAL FEES** | **141.40** | **$88,375.00** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 113.80 | 80,699.00 |
| | 104 | Case Administration | 6.80 | 5,448.00 |
| | 105 | Claims Administration and Objections | 1.20 | 920.00 |
| | 107 | Fee/Employment Applications | 3.50 | 2,187.50 |
| | 108 | Fee/Employment Objections | 0.30 | 187.50 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 12 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| 113 | Plan and Disclosure Statement | 15.80 | | 11,533.00 |
| | **TOTAL FEES** | **141.40** | | **$100,975.00** |
| | Attorney Fees at Blended Rate of $625 | | | |
| | **TOTAL FEES** | **141.40** | | **$88,375.00** |

**FEE RECAP**

| | | | | |
|---|---|---|---|---|
| AHS | Andrew H. Sherman | 20.50 | $895 | 18,347.50 |
| BM | Boris Mankovetskiy | 34.10 | $795 | 27,109.50 |
| CJF | Charles J. Falletta | 14.40 | $595 | 8,568.00 |
| REB | Rachel E. Brennan | 68.00 | $650 | 44,200.00 |
| GAK | Gregory A. Kopacz | 4.40 | $625 | 2,750.00 |
| | **TOTAL FEES** | **141.40** | | **$100,975.00** |
| | Attorney Fees at Blended Rate of $625 | | | |
| | **TOTAL FEES** | **141.40** | | **$88,375.00** |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---|
| 10/19/20 | BM | Telephone Toll Charges | 20.68 |
| 10/19/20 | BM | Telephone Toll Charges | 7.19 |
| 11/03/20 | BM | Telephone Toll Charges | 1.85 |
| 11/04/20 | CJF | Lexis | 8.71 |
| 11/05/20 | CJF | Lexis | 26.15 |
| 11/06/20 | BM | Telephone Toll Charges | 9.98 |
| 11/06/20 | CJF | Lexis | 17.42 |
| 11/19/20 | REB | Lexis | 8.71 |
| 11/20/20 | BM | Telephone Toll Charges | 22.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 13 |
| Inv# | 1788821 |
| Date | 12/29/20 |
| 08650118.000001 | - AHS |

| | | | | |
|---|---|---|---|---|
| 11/23/20 | CJF | Litigation Support Vendors (UnitedLex project hosting, etc.) | | 1,516.51 |
| | | **TOTAL DISBURSEMENTS** | | **$1,639.70** |

## DISBURSEMENT RECAP

| | |
|---|---|
| Litigation Support Vendors (UnitedLex) | 1,516.51 |
| Telephone Toll Charges | 62.20 |
| Lexis | 60.99 |
| **TOTAL DISBURSEMENTS** | **$1,639.70** |
| **TOTAL THIS INVOICE** | **$90,014.70*** |

*Total includes fees at ***Blended Rate***.  Per Retention Application, lesser of fees at *Standard Rates* (**$100,975.00**) and fees at *Blended Rate* of $625 (**$88,375.00**) apply.