## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: April 29, 2021 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**EIGHTEENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | December 1, 2020 – December 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $38,650.00  (80% of $48,312.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,346.16 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $895 | 11.4 | $10,203.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $795 | 20.8 | $16,536.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $650 | 37.8 | $24,570.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $625 | 7.3 | $4,562.50 |
| **Total Fees at Standard Rates** | | | **77.3** | **$55,871.50** |
| **Total Fees After Application of $625 Blended Rate Discount[2]** | | | **77.3** | **$48,312.50** |

[1] Effective October 1, 2020, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $825 to $895; the hourly rate of Boris Mankovetskiy was increased from $750 to $795; the hourly rate of Rachel Brennan was increased from $595 to $650; and the hourly rate of Gregory Kopacz was increased from $550 to $625. However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 55.0 | $38,592.00 |
| Case Administration (104) | 4.8 | $3,385.00 |
| Claims Administration and Objections (105) | 9.3 | $8,229.50 |
| Fee/Employment Applications (107) | 6.0 | $3,750.00 |
| Plan and Disclosure Statement (113) | 2.2 | $1,915.00 |
| **Total Fees at Standard Rate** | **77.3** | **$55,871.50** |
| **Total Fees at $625 Blended Rate[1]** | **77.3** | **$48,312.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendors (UnitedLex) | $1,297.82 |
| Telephone Toll Charges | $48.34 |
| **TOTAL** | **$1,346.16** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: April 29, 2021 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**EIGHTEENTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Eighteenth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From December 1, 2020 Through December 31, 2020* (the "Application"), seeking allowance of $38,650.00 (80% of $48,312.50) in fees, *plus* $1,346.16 for reimbursement of actual and necessary expenses, for a total of $39,996.16.

## Background

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of

121487611.v1

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A.      Asset Analysis and Recovery (Fees: $38,592.00; Total Hours: 55.0)

This category includes time spent investigating, pursuing and mediating causes of action

against certain non-debtor affiliates and other parties, including time spent: (a) preparing for and attending mediation sessions, (b) drafting a mediation statement and conducting related research and analysis, (c) reviewing and analyzing the mediation statements of opposing counsel and drafting a reply thereto, (d) researching and analyzing related issues, (e) analyzing issues related to the Debtors' D&O insurance policies and drafting a notice of claim letter to the Debtor's insurance carriers and the MBNF parties, (f) addressing discovery issues, and (g) communicating with the mediator, the Committee members and opposing counsel regarding the foregoing and related issues.

B.    <u>Case Administration</u> (Fees: $3,385.00; Total Hours: 4.8)

This category includes time spent: (a) communicating with the Committee members, preparing updates to the Committee members, and attending Committee meetings, (b) communicating with the Committee's financial advisor regarding pending matters, (c) analyzing governance issues, and (d) analyzing court pleadings and updating the "critical dates" calendar.

C.    <u>Claims Administration and Objection</u> (Fees: $8,229.50; Total Hours: 9.3)

This category includes time spent: (a) analyzing omnibus claim objections, (b) addressing issues related to the potential resolution of certain claims, and (c) communicating with Debtors' counsel, the Committee members and other parties regarding the foregoing and related issues.

D.    <u>Fee/Employment Applications</u> (Fees: $3,750.00; Total Hours: 6.0)

This category includes time spent preparing Sills' September, October and November fee applications and addressing other fee application issues.

E.    <u>Plan and Disclosure Statement</u> (Fees: $1,915.00; Total Hours: 2.2)

This category includes time spent reviewing the Debtors' plan and disclosure statement and communicating with Debtors' counsel and the Committee's financial advisor regarding

related issues.

## Conclusion

7.      Sills submits that the amounts sought are fair and reasonable given (a) the
complexity of these cases, (b) the time expended, (c) the nature and extent of the services
rendered, (d) the value of such services, and (e) the costs of comparable services other than in a
case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $38,650.00
(80% of $48,312.50) as compensation, *plus* $1,346.16 for reimbursement of actual and necessary
expenses, for a total of $39,996.16, and that such amounts be authorized for payment.

Dated: April 8, 2021                    Respectfully submitted,
Wilmington, Delaware

                                        /s/ Seth A. Niederman
                                        Seth A. Niederman (DE Bar No. 4588)
                                        **FOX ROTHSCHILD LLP**
                                        919 North Market Street, Suite 300
                                        Wilmington, DE 19899
                                        Telephone: 302-654-7444
                                        Facsimile: 302-295-2013
                                        Email: sniederman@foxrothschild.com

                                        - and -

                                        Andrew H. Sherman (*pro hac vice*)
                                        Boris I. Mankovetskiy (*pro hac vice*)
                                        **SILLS CUMMIS & GROSS P.C.**
                                        One Riverfront Plaza
                                        Newark, NJ 07102
                                        Telephone:  973-643-7000
                                        Facsimile:  973-643-6500
                                        Email:  asherman@sillscummis.com
                                                bmankovetskiy@sillscummis.com

                                        *Counsel for the Official Committee*
                                        *of Unsecured Creditors*

## **<u>VERIFICATION</u>**

STATE OF NEW JERSEY      )
                              ) SS:
COUNTY OF MORRIS         )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                           */s/ Andrew H. Sherman*
                            Andrew H. Sherman

# Exhibit "A"

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1790471 |
| Date | 01/27/21 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI#22 - 1920331

RE:  Creditors' Committee

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 12/01/20 | BM | Attend to proposed form of mediation order and mediation issues regarding MBNF discovery. | 1.20 | 954.00 |
| 12/03/20 | BM | Attend initial call with mediator regarding MBNF discovery issues. | 0.70 | 556.50 |
| | | Analysis regarding legal issues list for MBNF discovery mediator. | 0.60 | 477.00 |
| 12/04/20 | BM | Analysis regarding legal issues letter to mediator in connection with MBNF discovery mediation. | 0.60 | 477.00 |
| 12/07/20 | BM | Analysis of MBNF's initial submissions to mediator. | 0.70 | 556.50 |
| | | Analysis of issues regarding R. 2004 examination of HSRE. | 0.80 | 636.00 |
| 12/08/20 | BM | Attend to issues regarding document requests to HSRE. | 0.70 | 556.50 |
| 12/09/20 | BM | Analysis regarding discovery requests to HSRE. | 0.60 | 477.00 |
| | | Analysis regarding MBNF's revisions of draft joint letter to mediator. | 0.40 | 318.00 |
| 12/10/20 | BM | Attend to revisions letter to mediator. | 0.50 | 397.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1790471 |
| Date | 01/27/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/11/20 | BM | Attend to joint letter to mediator. | 0.40 | 318.00 |
| | | Call with MBNF and Debtors' counsel regarding mediation issues. | 0.40 | 318.00 |
| | | Analysis regarding reservation of rights of Master Landlords in connection with joint motions to compel discovery from MBNF entities. | 0.20 | 159.00 |
| 12/14/20 | BM | Analysis regarding MBNF entities' mediation statement and accompanying documents. | 1.20 | 954.00 |
| | | Analysis regarding draft notice of claims letter to MBNF parties and D&O insurance carriers. | 1.70 | 1,351.50 |
| 12/15/20 | BM | Attend to issues regarding R. 2004 examination of HSRE. | 0.60 | 477.00 |
| | | Analysis and revisions of draft claims letter to MBNF parties. | 1.30 | 1,033.50 |
| 12/16/20 | BM | Analysis regarding D&O claims letter. | 1.10 | 874.50 |
| 12/17/20 | BM | Call with mediator and parties regarding MBNF discovery mediation issues. | 0.70 | 556.50 |
| | | Analysis regarding draft D&O claims letter. | 0.80 | 636.00 |
| 12/18/20 | BM | Call with Debtors' counsel regarding discovery issues. | 0.70 | 556.50 |
| | | Call with mediator regarding MBNF discovery. | 0.80 | 636.00 |
| | | Analysis regarding revised document requests to HSRE. | 0.70 | 556.50 |
| 12/19/20 | BM | Analysis regarding response to MBNF entities' mediation statement. | 0.80 | 636.00 |
| 12/28/20 | BM | Analysis and revisions regarding draft D&O claims letter. | 0.70 | 556.50 |
| 12/29/20 | BM | Analysis regarding draft D&O claims letter. | 0.70 | 556.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1790471 |
| Date | 01/27/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/01/20 | REB | Draft email to Committee re: discovery update. | 0.80 | 520.00 |
| 12/03/20 | REB | Review cases in connection with investigation. | 2.10 | 1,365.00 |
| 12/04/20 | REB | Review letter to mediator and provide comments re: same. | 1.90 | 1,235.00 |
| 12/10/20 | REB | Review and revise letter to mediator. | 1.10 | 715.00 |
| 12/11/20 | REB | Call with MBNF Non-Debtor Entities re: letter. | 0.70 | 455.00 |
| | | Follow up call with Debtors re:list. | 0.30 | 195.00 |
| 12/13/20 | REB | Review debtors' draft notice of circumstance. | 1.30 | 845.00 |
| | | Review MBNF Non-Debtor Entities' mediation statement. | 1.60 | 1,040.00 |
| 12/14/20 | REB | Review and revise draft claim letter. | 5.30 | 3,445.00 |
| 12/16/20 | REB | Review and revise draft claims letter. | 2.30 | 1,495.00 |
| | | Call with Debtors re: claims letter. | 0.90 | 585.00 |
| | | Review documents in connection with upcoming mediation call. | 0.80 | 520.00 |
| 12/17/20 | REB | Mediation call with mediator, MBNF Non-Debtor Entities, and Debtors. | 0.70 | 455.00 |
| 12/18/20 | REB | Pre-mediation call with Debtors. | 0.90 | 585.00 |
| | | Review cases and documents in connection with upcoming mediation call. | 1.10 | 715.00 |
| | | Review and revise HSRE document request. | 1.50 | 975.00 |
| | | Review and revise reply to MBNF Non-Debtor Entity mediation statement. | 1.90 | 1,235.00 |
| | | Mediation call with Judge Carey and Debtors. | .80 | 520.00 |
| 12/21/20 | REB | Review cases in connection with claims investigation. | 1.30 | 845.00 |
| 12/23/20 | REB | Call with A. Isenberg re: HSRE issues. | 0.20 | 130.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1790471 |
| Date | 01/27/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Revise HSRE document request list in connection with 2004 subpoena | 1.40 | 910.00 |
| 12/28/20 | REB | Review and revise MBNF Non-Debtor Entity claims letter. | 2.20 | 1,430.00 |
| 12/29/20 | REB | Review and revise claims/demand letter. | 4.30 | 2,795.00 |
| | | **TASK TOTAL 101** | **55.00** | **38,592.00** |

**104 - CASE ADMINISTRATION**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/11/20 | AHS | Committee meeting re: mediation and plan issues. | 0.50 | 447.50 |
| 12/14/20 | AHS | Review of governance term sheet. | 0.20 | 179.00 |
| 12/07/20 | BM | Call with BRG regarding pending matters. | 0.40 | 318.00 |
| 12/15/20 | BM | Analysis regarding proposed governance modifications term sheet. | 0.40 | 318.00 |
| 12/02/20 | GAK | Review notice regarding upcoming hearing and email A. Sherman regarding same. | 0.10 | 62.50 |
| 12/04/20 | GAK | Update case calendar. | 0.10 | 62.50 |
| 12/08/20 | GAK | Update case calendar. | 0.10 | 62.50 |
| 12/11/20 | GAK | Review Debtors' stipulation with the Pennsylvania Department of Human Services and email A. Sherman regarding same. | 0.20 | 125.00 |
| | | Review notice regarding upcoming hearing and stipulation regarding response deadline of MBNF parties to Joint Motion. | 0.20 | 125.00 |
| 12/21/20 | GAK | Review order extending the MBNF Non-Debtor Entities response deadline and email A. Sherman regarding same. | 0.10 | 62.50 |
| 12/28/20 | GAK | Review notices regarding upcoming hearings. | 0.10 | 62.50 |
| 12/11/20 | REB | Call with Committee re: cause updates. | 0.40 | 260.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1790471 |
| Date | 01/27/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/17/20 | REB | Draft update letter to Committee regarding investigation and mediation. | 1.00 | 650.00 |
| | | Review and summarize governance issues term sheet for Committee email. | 1.00 | 650.00 |
| | | **TASK TOTAL 104** | **4.80** | **3,385.00** |

**105 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/03/20 | AHS | Call with counsel for Debtors re: mediation issues. | 0.20 | 179.00 |
| | | Prepare for and attend call with Judge Carey re: discovery mediation. | 0.90 | 805.50 |
| 12/07/20 | AHS | Review of comments to mediation letter and emails re: same. | 0.30 | 268.50 |
| 12/11/20 | AHS | Call with counsel for Debtors and counsel Freedman entities re: discovery and mediation issues. | 0.70 | 626.50 |
| | | Follow up emails re: mediation issues and letter to Judge Carey. | 0.20 | 179.00 |
| 12/14/20 | AHS | Review and revise notice of circumstances re: claims against Freedman entities. | 2.20 | 1,969.00 |
| 12/16/20 | AHS | Call with counsel for Debtors re: mediation and Freedman issues. | 1.00 | 895.00 |
| 12/17/20 | AHS | Attend mediation call with mediator, Freedman entities and Debtors. | 0.70 | 626.50 |
| 12/18/20 | AHS | Attend mediation call with Judge Carey and counsel for Debtors. | 0.80 | 716.00 |
| | | Attend call with counsel for Debtors re: mediation issues. | 0.90 | 805.50 |
| 12/21/20 | AHS | Call with Committee member re: letter to carrier. | 0.20 | 179.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1790471 |
| Date | 01/27/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | Call with counsel for Debtors re: mediation issues, discovery issues and emails with mediator re: same. | 0.30 | 268.50 |
| 12/22/20 | AHS | Review of claim objection motion and emails re: same. | 0.30 | 268.50 |
| 12/01/20 | BM | Analysis regarding omnibus objection to claims. | 0.40 | 318.00 |
| 12/24/20 | GAK | Review second omnibus claim objection and email A. Sherman regarding same. | 0.20 | 125.00 |
| | | **TASK TOTAL 105** | **9.30** | **8,229.50** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12/03/20 | GAK | Draft September fee application. | 2.40 | 1,500.00 |
| 12/04/20 | GAK | Finalize September fee application for filing. | 0.30 | 187.50 |
| | | Work on October fee application. | 1.90 | 1,187.50 |
| | | Email local counsel regarding fee application issues. | 0.10 | 62.50 |
| 12/14/20 | GAK | Review order approving third interim fee application and draft email to A. Sherman regarding same. | 0.30 | 187.50 |
| 12/29/20 | GAK | Attention to November fee application. | 0.20 | 125.00 |
| 12/30/20 | GAK | Review CNOs and fee applications and prepare email to A. Sherman regarding payment obligations. | 0.80 | 500.00 |
| | | **TASK TOTAL 107** | **6.00** | **3,750.00** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 7 |
| Inv# | | 1790471 |
| Date | | 01/27/21 |
| 08650118.000001 | | - AHS |

### 113 - PLAN AND DISCLOSURE STATEMENT

| | | | | |
|---|---|---|---|---|
| 12/07/20 | AHS | Call with BRG re: plan financial analysis. | 0.40 | 358.00 |
| 12/26/20 | AHS | Call with Debtors' counsel re: plan update. | 0.20 | 179.00 |
| 12/30/20 | AHS | Initial review of plan and disclosure statement as filed by Debtors. | 1.40 | 1,253.00 |
| 12/31/20 | GAK | Review plan and disclosure statement. | 0.20 | 125.00 |
| | | **TASK TOTAL 113** | **2.20** | **1,915.00** |
| | | **TOTAL FEES** | **77.30** | **$55,871.50** |
| | | Attorney Fees at Blended Rate of $625 | | |
| | | **TOTAL FEES** | **77.30** | **$48,312.50** |

### TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 55.00 | 38,592.00 |
| | 104 | Case Administration | 4.80 | 3,385.00 |
| | 105 | Claims Administration and Objections | 9.30 | 8,229.50 |
| | 107 | Fee/Employment Applications | 6.00 | 3,750.00 |
| | 113 | Plan and Disclosure Statement | 2.20 | 1,915.00 |
| | | **TOTAL FEES** | **77.30** | **$55,871.50** |
| | | Attorney Fees at Blended Rate of $625 | | |
| | | **TOTAL FEES** | **77.30** | **$48,312.50** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1790471 |
| Date | 01/27/21 |
| 08650118.000001 | - AHS |

---

## FEE RECAP

| | | | | | |
|---|---|---|---|---|---|
| AHS | Andrew H. Sherman | 11.40 | $895 | 10,203.00 |
| BM | Boris Mankovetskiy | 20.80 | $795 | 16,536.00 |
| REB | Rachel E. Brennan | 37.80 | $650 | 24,570.00 |
| GAK | Gregory A. Kopacz | 7.30 | $625 | 4,562.50 |
| | **TOTAL FEES** | **77.30** | | **$55,871.50** |
| | Attorney Fees at Blended Rate of $625 | | | |
| | **TOTAL FEES** | **77.30** | | **$48,312.50** |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 10/22/20 | AHS | Telephone Toll Charges (Court Call) | 22.50 |
| 11/20/20 | AHS | Telephone Toll Charges (Court Call) | 22.50 |
| 12/07/20 | BM | Telephone Toll Charges | 3.34 |
| 12/14/20 | CJF | Litigation Support Vendors (UnitedLex hosting) | 1,297.82 |
| | | **TOTAL DISBURSEMENTS** | **$1,346.16** |

## DISBURSEMENT RECAP

| | | |
|---|---|---|
| Litigation Support Vendors | | 1,297.82 |
| Telephone Toll Charges | | 48.34 |
| **TOTAL DISBURSEMENTS** | | **$1,346.16** |
| **TOTAL THIS INVOICE** | | **$49,658.66*** |

*Total includes fees at **Blended Rate**. Per Retention
Application, lesser of fees at *Standard Rates* (**$55,871.50**)
and fees at *Blended Rate* of $625 (**$48,312.50**) apply.