**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: April 29, 2021 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**NINETEENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**<u>PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | January 1, 2021 – January 31, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | $45,200.00  (80% of $56,500.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,297.82 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $895 | 13.9 | $12,440.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $795 | 28.8 | $22,896.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $650 | 44.2 | $28,730.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $625 | 3.5 | $2,187.50 |
| **Total Fees at Standard Rates** | | | **90.4** | **$66,254.00** |
| **Total Fees After Application of $625 Blended Rate Discount[2]** | | | **90.4** | **$56,500.00** |

[1] Effective October 1, 2020, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $825 to $895; the hourly rate of Boris Mankovetskiy was increased from $750 to $795; the hourly rate of Rachel Brennan was increased from $595 to $650; and the hourly rate of Gregory Kopacz was increased from $550 to $625.   However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 60.1 | $42,289.50 |
| Case Administration (104) | 3.6 | $2,823.50 |
| Claims Administration and Objections (105) | 13.1 | $11,624.50 |
| Fee/Employment Applications (107) | 2.7 | $1,687.50 |
| Fee/Employment Objections (108) | 0.2 | $125.00 |
| Plan and Disclosure Statement (113) | 10.7 | $7,704.00 |
| **Total Fees at Standard Rate** | **90.4** | **$66,254.00** |
| **Total Fees at $625 Blended Rate[1]** | **90.4** | **$56,500.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendors (UnitedLex) | $1,297.82 |
| **TOTAL** | **$1,297.82** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: April 29, 2021 at 4:00 p.m.** |
| | **Hearing Date: TBD if objection filed** |

**NINETEENTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy

Procedure 2016 (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice

and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement*

*of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross

P.C. ("Sills") files this *Nineteenth Application for Allowance of Compensation for Services*

*Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of*

*Unsecured Creditors for the Period From January 1, 2021 Through January 31, 2021* (the

"Application"), seeking allowance of $45,200.00 (80% of $56,500.00) in fees, *plus* $1,297.82 for

reimbursement of actual and necessary expenses, for a total of $46,497.82.

## **Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for

relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of

121488724.v1
121488724.v1

Unsecured Creditors (the "Committee") [D.I. 182].

3.    The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.    All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.    The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6.    Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A.    <u>Asset Analysis and Recovery</u> (Fees: $42,289.50; Total Hours: 60.1)

This category includes time spent investigating, pursuing and mediating causes of action

against certain non-debtor affiliates and other parties, including time spent: (a) preparing for and attending mediation calls and addressing related issues, (b) drafting a rule 2004 motion and conducting related research and analysis, (c) addressing discovery disputes, drafting a related demand letter, drafting a related stipulation, and conducting related research, analysis and negotiations, (d) drafting a notice of claim letter to the Debtors' insurance carriers, and (e) communicating with Debtors' counsel, the mediator, the Committee members and MBNF's counsel regarding the foregoing and related issues.

B.      Case Administration (Fees: $2,823.50; Total Hours: 3.6)

This category includes time spent: (a) communicating with the Committee members and preparing updates to the Committee members, (b) communicating with the Committee's financial advisor and the Debtors' advisors regarding pending matters, (c) analyzing governance issues, and (d) analyzing court pleadings and updating the "critical dates" calendar.

C.      Claims Administration and Objection (Fees: $11,624.50; Total Hours: 13.1)

This category includes time spent: (a) analyzing omnibus claim objections, (b) addressing discovery, mediation and other issues related to disputes with HSRE, and (c) communicating with Debtors' counsel, HSRE's counsel, the mediator, and the Committee members regarding the foregoing and related issues.

D.      Fee/Employment Applications (Fees: $1,687.50; Total Hours: 2.7)

This category includes time spent preparing Sills' November fee application.

E.      Fee/Employment Objections (Fees: $125.00; Total Hours: 0.2)

This category includes time spent reviewing the Debtors' professionals' fee applications.

F.      Plan and Disclosure Statement (Fees: $7,704.00; Total Hours: 10.7)

This category includes time spent reviewing and analyzing the Debtors' plan, disclosure

statement and motion to extend their exclusivity periods and communicating with Debtors'

counsel and the Committee regarding the foregoing and related issues.

<u>**Conclusion**</u>

7.       Sills submits that the amounts sought are fair and reasonable given (a) the

complexity of these cases, (b) the time expended, (c) the nature and extent of the services

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a

case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $45,200.00

(80% of $56,500.00) as compensation, *plus* $1,297.82 for reimbursement of actual and necessary

expenses, for a total of $46,497.82, and that such amounts be authorized for payment.

Dated: April 8, 2021
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
              bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

121488724.v1
121488724.v1

### **VERIFICATION**

STATE OF NEW JERSEY       )
                                ) SS:
COUNTY OF MORRIS         )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a)       I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b)       I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d)       I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                 */s/ Andrew H. Sherman*
                                  Andrew H. Sherman

# Exhibit "A"

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1791564 |
| Date | 02/16/21 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI#22 - 1920331

RE:  Creditors' Committee

---

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 01/04/21 | AHS | Review of final claim letter re: D&O issues. | 0.20 | 179.00 |
| 01/04/21 | BM | Attend to issues regarding discovery requests to HSRE. | 0.60 | 477.00 |
| | | Analysis regarding demand letter to MBNF-related entities. | 0.80 | 636.00 |
| 01/05/21 | BM | Analysis regarding MBNF's proposal for settlement of discovery disputes. | 0.70 | 556.50 |
| 01/06/21 | BM | Call with Debtors' counsel regarding discovery issues. | 0.40 | 318.00 |
| | | Analysis regarding revisions of settlement proposal on discovery disputes with MBNF. | 0.90 | 715.50 |
| 01/07/21 | BM | Attend to issues regarding mediation of discovery disputes with MBNF. | 1.10 | 874.50 |
| | | Analysis regarding draft R. 2004 motion with respect to HSRE. | 0.80 | 636.00 |
| 01/11/21 | BM | Call with Debtors' counsel regarding HSRE discovery issues. | 0.40 | 318.00 |
| | | Analysis regarding revised R. 2004 motion with respect to HSRE. | 0.60 | 477.00 |
| 01/12/21 | BM | Call with HSRE counsel regarding discovery issues. | 0.30 | 238.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1791564 |
| Date | 02/16/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/13/21 | BM | Attend to issues regarding mediation of discovery disputes with MBNF. | 0.80 | 636.00 |
| | | Analysis regarding potential causes of action against MBNF-related entities. | 0.60 | 477.00 |
| 01/17/21 | BM | Analysis regarding MBNF open issues list in connection with discovery mediation. | 0.30 | 238.50 |
| 01/18/21 | BM | Attend continued mediation of discovery disputes with MBNF. | 2.60 | 2,067.00 |
| | | Call with Debtors' and MBNF's counsel regarding mediation issues. | 0.40 | 318.00 |
| | | Analysis regarding revisions of proposed discovery stipulation with MBNF-related entities. | 1.10 | 874.50 |
| | | Analysis regarding potential causes of action against HSRE and its affiliates. | 0.90 | 715.50 |
| 01/19/21 | BM | Analysis regarding potential remedies against related non-debtor special purpose entities holding title to certain real property and proceeds thereof. | 0.70 | 556.50 |
| | | Analysis regarding proposed revised stipulation resolving discovery disputes with MBNF. | 0.70 | 556.50 |
| 01/20/21 | BM | Call with Debtors' counsel regarding discovery issues. | 0.50 | 397.50 |
| | | Analysis regarding revisions to proposed stipulation resolving discovery disputes with MBNF. | 0.80 | 636.00 |
| 01/21/21 | BM | Attend call with mediator regarding MBNF discovery disputes. | 0.30 | 238.50 |
| | | Attend to issues regarding proposed stipulation resolving discovery disputes. | 0.70 | 556.50 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1791564 |
| Date | 02/16/21 |
| 08650118.000001   - AHS | |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/25/21 | BM | Call with Debtors' counsel regarding MBNF discovery mediation issues. | 0.60 | 477.00 |
| | | Analysis regarding proposed revised stipulation with MBNF regarding resolution of discovery disputes. | 0.80 | 636.00 |
| | | Attend to revisions of proposed MBNF discovery stipulation. | 0.60 | 477.00 |
| 01/26/21 | BM | Analysis regarding MBNF's proposed revisions of discovery stipulation. | 0.60 | 477.00 |
| 01/27/21 | BM | Attend to revisions of discovery stipulation with MBNF. | 0.70 | 556.50 |
| | | Call with Debtors' counsel regarding MBNF mediation issues. | 0.40 | 318.00 |
| | | Analysis regarding revisions of proposed discovery consent order with Debtors. | 0.40 | 318.00 |
| 01/28/21 | BM | Attend to revisions of MBNF discovery stipulation and consent order with Debtors. | 0.80 | 636.00 |
| 01/05/21 | REB | Review and comment on MBNF proposed discovery stipulation. | 1.90 | 1,235.00 |
| 01/06/21 | REB | Review revised mediation stipulation. | 1.30 | 845.00 |
| | | Call with Debtors' re: MBNF proposal. | 0.70 | 455.00 |
| | | Review and revise proposed MBNF mediation proposal. | 1.30 | 845.00 |
| 01/07/21 | REB | Review and comment on HSRE 2004 motion. | 3.60 | 2,340.00 |
| 01/08/21 | REB | Review and revise HSRE 2004 motion. | 1.60 | 1,040.00 |
| 01/11/21 | REB | Call with Debtors re: HSRE discovery issues. | 0.50 | 325.00 |
| | | Review HSRE discovery motion and email team re: same. | 0.40 | 260.00 |
| 01/12/21 | REB | Review revised language in proposed HSRE order. | 0.30 | 195.00 |
| 01/17/21 | REB | Review MBNF issues list. | 0.70 | 455.00 |

# SILLS CUMMIS & GROSS
#### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1791564 |
| Date | 02/16/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/18/21 | REB | Follow up review of documents after mediation call. | 0.60 | 390.00 |
| | | Mediation call with Debtors and MBNF entities. | 2.60 | 1,690.00 |
| | | Review issues list and draft stipulations in advance of mediation call. | 1.10 | 715.00 |
| 01/19/21 | REB | Review cases re investigation issues. | 2.40 | 1,560.00 |
| | | Review and revise MBNF proposed stipulation. | 2.30 | 1,495.00 |
| 01/20/21 | REB | Review and reply to email from Debtors re: proposed stipulation. | 0.60 | 390.00 |
| | | Draft email to Committee re: proposed stipulation with MBNF entities. | 0.80 | 520.00 |
| | | Review revised stipulation circulated by Debtors re: discovery issues. | 0.60 | 390.00 |
| | | Call with Debtors re: discovery issues and stipulation related thereto. | 0.80 | 520.00 |
| 01/21/21 | REB | Call with Judge Carey re: proposed discovery stipulation. | 0.30 | 195.00 |
| | | Review notice letters to and from MBNF entities. | 0.50 | 325.00 |
| 01/25/21 | REB | Review and revise MBNF proposed stipulation. | 1.70 | 1,105.00 |
| | | Review and revise MNF proposed stipulation. | 1.60 | 1,040.00 |
| | | Internal call re: MBNF proposed stipulation. | 0.20 | 130.00 |
| | | Call with Debtors re: MMBNF stipulation markup. | 0.60 | 390.00 |
| | | Calls with M. Minuti re: MBNF proposed stipulation revisions. | 0.30 | 195.00 |
| | | Revise proposed stipulation consistent with group call. | 1.10 | 715.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1791564 |
| Date | 02/16/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Further revise proposed stipulation re: follow up comments. | 0.60 | 390.00 |
| 01/26/21 | REB | Review proposal in advance of call with Judge Carey. | 0.30 | 195.00 |
| | | Call with Judge Carey re: MBNF stipulation. | 0.40 | 260.00 |
| 01/27/21 | REB | Review and email comments to A. Sherman and B. Mankovetskiy re: MBNF comments to discovery proposal. | 1.50 | 975.00 |
| | | Review discovery proposal comments from Debtors. | 0.30 | 195.00 |
| | | Call with Debtors re: revised proposed discovery stipulation. | 0.40 | 260.00 |
| | | Mediation call with all parties re: discovery stipulation. | 0.40 | 260.00 |
| 01/28/21 | REB | Review and revise discovery stipulation and consent order. | 2.90 | 1,885.00 |
| | | Review revised stipulation and consent order. | 0.60 | 390.00 |
| 01/29/21 | REB | Review final stipulation and consent order circulated to Judge Carey. | 0.20 | 130.00 |
| | | **TASK TOTAL 101** | **60.10** | **42,289.50** |

## 104 - CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/07/21 | AHS | Email to Committee re: HSRE discovery issues. | 0.30 | 268.50 |
| 01/21/21 | AHS | Call with BRG re: upcoming Committee meeting and financial issues. | 0.40 | 358.00 |
| | | Call with counsel for Debtors re: presentation to committee. | 0.20 | 179.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1791564 |
| Date | 02/16/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/13/21 | BM | Analysis regarding notice of claims letter delivered to Debtors by MBNF-related entities. | 0.70 | 556.50 |
| 01/21/21 | BM | Call with BRG regarding pending matters. | 0.30 | 238.50 |
| | | Analysis regarding revised proposed governance term sheet and related documents. | 0.90 | 715.50 |
| 01/07/21 | GAK | Review notice regarding adjournment of hearing and email A. Sherman regarding same. | 0.10 | 62.50 |
| 01/10/21 | GAK | Update case calendar. | 0.10 | 62.50 |
| 01/22/21 | GAK | Review notice regarding upcoming hearing and adjournment of Motion to Compel and email A. Sherman regarding same. | 0.20 | 125.00 |
| 01/27/21 | GAK | Update case calendar. | 0.10 | 62.50 |
| 01/07/21 | REB | Draft email to Committee re: HSRE 2004 Motion. | 0.30 | 195.00 |
| | | **TASK TOTAL 104** | **3.60** | **2,823.50** |

**105 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/04/21 | AHS | Review and revise email to HSRE re: outstanding discovery. | 0.30 | 268.50 |
| 01/06/21 | AHS | Review of revised proposal from Freedman entities re: discovery and call with counsel for Debtors re: same. | 0.80 | 716.00 |
| 01/08/21 | AHS | Review HSRE discovery motion and proposed changes. | 0.60 | 537.00 |
| 01/11/21 | AHS | Call with counsel for HSRE re: discovery issues. | 0.20 | 179.00 |
| | | Call with counsel for Debtors re: HSRE discovery and mediation issues. | 0.50 | 447.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1791564 |
| Date | 02/16/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/12/21 | AHS | Call with counsel for Debtors and counsel for HSRE re: HSRE discovery issues. | 0.50 | 447.50 |
| | | Call with counsel for Debtors re: HSRE discovery issues. | 0.30 | 268.50 |
| 01/18/21 | AHS | Call with counsel for Debtors in advance of mediation call re: MBNF discovery. | 0.40 | 358.00 |
| | | Attend mediation call with Judge Carey, counsel for Debtors and counsel for MBNF parties. | 2.60 | 2,327.00 |
| | | Follow up call with counsel for Debtors re: mediation issues and discovery. | 0.70 | 626.50 |
| | | Call with counsel for MBNF parties and counsel for Debtors re: mediation issues. | 0.40 | 358.00 |
| 01/19/21 | AHS | Review of revised mediation proposal re: discovery, emails re: same and revisions to same. | 0.70 | 626.50 |
| 01/20/21 | AHS | Review of revised discovery procedures re: mediation. | 0.40 | 358.00 |
| | | Email to Committee re: mediation issues. | 0.30 | 268.50 |
| 01/21/21 | AHS | Attend mediation with Judge Carey. | 0.30 | 268.50 |
| | | Follow up with counsel for Debtors re: mediation and next steps. | 0.30 | 268.50 |
| 01/25/21 | AHS | Review of revised mediation document, revisions to same. | 0.40 | 358.00 |
| | | Call with counsel for Debtors re: discovery issues and follow up re: same. | 0.60 | 537.00 |
| 01/26/21 | AHS | Mediation call with Judge Carey and counsel for Debtors. | 0.40 | 358.00 |
| 01/27/21 | AHS | Review of revised form of mediation proposal and call with mediator re: same. | 0.80 | 716.00 |

# SILLS CUMMIS & GROSS
#### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1791564 |
| Date | 02/16/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/28/21 | AHS | Review of final versions of discovery stipulation and emails re: same. | 0.60 | 537.00 |
| 01/07/21 | BM | Analysis regarding second omnibus objection to claims. | 0.40 | 318.00 |
| | | Analysis regarding responses to Debtors' second omnibus objection to claims. | 0.60 | 477.00 |
| | | **TASK TOTAL 105** | **13.10** | **11,624.50** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/05/21 | GAK | Work on November fee application. | 2.50 | 1,562.50 |
| 01/12/21 | GAK | Draft email to A. Sherman regarding fee application. | 0.20 | 125.00 |
| | | **TASK TOTAL 107** | **2.70** | **1,687.50** |

**108 - FEE/EMPLOYMENT OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/12/21 | GAK | Review EisnerAmper fee report and email A. Sherman regarding same. | 0.10 | 62.50 |
| 01/28/21 | GAK | Review Debtors' professionals fee statements and email A. Sherman regarding same. | 0.10 | 62.50 |
| | | **TASK TOTAL 108** | **0.20** | **125.00** |

**113 - PLAN AND DISCLOSURE STATEMENT**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/04/21 | AHS | Call with J. Hampton re: plan and priority claim issues and send document as requested. | 0.30 | 268.50 |
| 01/05/21 | AHS | Email to Committee re: plan and disclosure and summary thereof. | 0.40 | 358.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1791564 |
| Date | 02/16/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/04/21 | BM | Analysis of issues regarding Debtors' proposed plan and disclosure statement. | 1.20 | 954.00 |
| 01/05/21 | BM | Analysis regarding modifications of Debtors' proposed plan of liquidation. | 1.10 | 874.50 |
| 01/18/21 | BM | Analysis regarding revisions of proposed plan and disclosure statement. | 0.90 | 715.50 |
| 01/20/21 | BM | Attend to issues regarding plan of liquidation and projected waterfall analysis. | 0.80 | 636.00 |
| 01/22/21 | GAK | Review Debtors' motion to extend removal period and omnibus claim objection. | 0.10 | 62.50 |
| 01/04/21 | REB | Review and summarize Debtors' plan and DS. | 5.90 | 3,835.00 |
| | | **TASK TOTAL 113** | **10.70** | **7,704.00** |
| | | **TOTAL FEES** | **90.40** | **$66,254.00** |
| | | Attorney Fees at Blended Rate of $625 | | |
| | | **TOTAL FEES** | **90.40** | **$56,500.00** |

## TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 60.10 | 42,289.50 |
| 104 | Case Administration | 3.60 | 2,823.50 |
| 105 | Claims Administration and Objections | 13.10 | 11,624.50 |
| 107 | Fee/Employment Applications | 2.70 | 1,687.50 |
| 108 | Fee/Employment Objections | 0.20 | 125.00 |
| 113 | Plan and Disclosure Statement | 10.70 | 7,704.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1791564 |
| Date | 02/16/21 |
| 08650118.000001   - AHS | |

| | | | | |
|---|---|---|---|---|
| **TOTAL FEES** | | **90.40** | | **$66,254.00** |
| Attorney Fees at Blended Rate of $625 | | | | |
| **TOTAL FEES** | | **90.40** | | **$56,500.00** |

**FEE RECAP**

| | | | | | |
|---|---|---|---|---|---|
| AHS | Andrew H. Sherman | 13.90 | $895 | 12,440.50 |
| BM | Boris Mankovetskiy | 28.80 | $795 | 22,896.00 |
| REB | Rachel E. Brennan | 44.20 | $650 | 28,730.00 |
| GAK | Gregory A. Kopacz | 3.50 | $625 | 2,187.50 |
| | **TOTAL FEES** | **90.40** | | **$66,254.00** |
| | Attorney Fees at Blended Rate of $625 | | | |
| | **TOTAL FEES** | **90.40** | | **$56,500.00** |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---|
| 01/25/21 | CJF | Litigation Support Vendors (UnitedLex project hosting) | 1,297.82 |
| | | **TOTAL DISBURSEMENTS** | **$1,297.82** |

**DISBURSEMENT RECAP**

| | |
|---|---|
| Litigation Support Vendors | 1,297.82 |
| **TOTAL DISBURSEMENTS** | **$1,297.82** |
| **TOTAL THIS INVOICE** | **$57,797.82*** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$66,254.00**) and fees at *Blended Rate* of $625 (**$56,500.00**) apply.