**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: April 29, 2021 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**NINETEENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | January 1, 2021 – January 31, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | $45,200.00  (80% of $56,500.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,297.82 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $895 | 13.9 | $12,440.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $795 | 28.8 | $22,896.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $650 | 44.2 | $28,730.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $625 | 3.5 | $2,187.50 |
| **Total Fees at Standard Rates** | | | **90.4** | **$66,254.00** |
| **Total Fees After Application of $625 Blended Rate Discount[2]** | | | **90.4** | **$56,500.00** |

---

[1] Effective October 1, 2020, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $825 to $895; the hourly rate of Boris Mankovetskiy was increased from $750 to $795; the hourly rate of Rachel Brennan was increased from $595 to $650; and the hourly rate of Gregory Kopacz was increased from $550 to $625.   However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

121488724.v1
121488724.v1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 60.1 | $42,289.50 |
| Case Administration (104) | 3.6 | $2,823.50 |
| Claims Administration and Objections (105) | 13.1 | $11,624.50 |
| Fee/Employment Applications (107) | 2.7 | $1,687.50 |
| Fee/Employment Objections (108) | 0.2 | $125.00 |
| Plan and Disclosure Statement (113) | 10.7 | $7,704.00 |
| **Total Fees at Standard Rate** | **90.4** | **$66,254.00** |
| **Total Fees at $625 Blended Rate[1]** | **90.4** | **$56,500.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendors (UnitedLex) | $1,297.82 |
| **TOTAL** | **$1,297.82** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

121488724.v1
121488724.v1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: April 29, 2021 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

## NINETEENTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Nineteenth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2021 Through January 31, 2021* (the "Application"), seeking allowance of $45,200.00 (80% of $56,500.00) in fees, *plus* $1,297.82 for reimbursement of actual and necessary expenses, for a total of $46,497.82.

### Background

1.     On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.     On July 15, 2019, the United States Trustee appointed the Official Committee of

121488724.v1
121488724.v1

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

## Summary of Services by Project

A.      Asset Analysis and Recovery (Fees: $42,289.50; Total Hours: 60.1)

This category includes time spent investigating, pursuing and mediating causes of action

5

against certain non-debtor affiliates and other parties, including time spent: (a) preparing for and attending mediation calls and addressing related issues, (b) drafting a rule 2004 motion and conducting related research and analysis, (c) addressing discovery disputes, drafting a related demand letter, drafting a related stipulation, and conducting related research, analysis and negotiations, (d) drafting a notice of claim letter to the Debtors' insurance carriers, and (e) communicating with Debtors' counsel, the mediator, the Committee members and MBNF's counsel regarding the foregoing and related issues.

B.      Case Administration (Fees: $2,823.50; Total Hours: 3.6)

This category includes time spent: (a) communicating with the Committee members and preparing updates to the Committee members, (b) communicating with the Committee's financial advisor and the Debtors' advisors regarding pending matters, (c) analyzing governance issues, and (d) analyzing court pleadings and updating the "critical dates" calendar.

C.      Claims Administration and Objection (Fees: $11,624.50; Total Hours: 13.1)

This category includes time spent: (a) analyzing omnibus claim objections, (b) addressing discovery, mediation and other issues related to disputes with HSRE, and (c) communicating with Debtors' counsel, HSRE's counsel, the mediator, and the Committee members regarding the foregoing and related issues.

D.      Fee/Employment Applications (Fees: $1,687.50; Total Hours: 2.7)

This category includes time spent preparing Sills' November fee application.

E.      Fee/Employment Objections (Fees: $125.00; Total Hours: 0.2)

This category includes time spent reviewing the Debtors' professionals' fee applications.

F.      Plan and Disclosure Statement (Fees: $7,704.00; Total Hours: 10.7)

This category includes time spent reviewing and analyzing the Debtors' plan, disclosure

121488724.v1
121488724.v1

statement and motion to extend their exclusivity periods and communicating with Debtors'

counsel and the Committee regarding the foregoing and related issues.

## <u>Conclusion</u>

7.      Sills submits that the amounts sought are fair and reasonable given (a) the

complexity of these cases, (b) the time expended, (c) the nature and extent of the services

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a

case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $45,200.00

(80% of $56,500.00) as compensation, *plus* $1,297.82 for reimbursement of actual and necessary

expenses, for a total of $46,497.82, and that such amounts be authorized for payment.

Dated: April 8, 2021
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

## **VERIFICATION**

STATE OF NEW JERSEY      )
                                ) SS:
COUNTY OF MORRIS           )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                        */s/ Andrew H. Sherman*
                        Andrew H. Sherman

# Exhibit "A"

### SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI#22 - 1920331

RE:  Creditors' Committee

---

**For legal services rendered:**

## 101 - ASSET ANALYSIS AND RECOVERY

| | | | | |
|---|---|---|---|---|
| 02/01/21 | BM | Analysis regarding revised proposed discovery stipulation with MBNF and consent order with Debtors. | 0.60 | 477.00 |
| | | Analysis regarding HSRE-related discovery issues. | 0.60 | 477.00 |
| 02/02/21 | BM | Attend to final revisions of MBNF discovery stipulation and HSRE issues. | 0.60 | 477.00 |
| 02/03/21 | BM | Attend to issues regarding mediation with MBNF. | 1.10 | 874.50 |
| | | Attend to issues regarding document review process for additional productions from MBNF and Debtors. | 0.60 | 477.00 |
| 02/05/21 | BM | Analysis regarding proposed form of order and certification of counsel with respect to appointment of mediator for MBNF-related claims. | 0.60 | 477.00 |
| | | Attend to issues regarding review of MBNF's supplemental document productions. | 0.60 | 477.00 |
| 02/08/21 | BM | Attend to issues regarding processing of MBNF's additional document productions. | 0.30 | 238.50 |
| 02/09/21 | BM | Analysis regarding MBNF's privilege log downgrades. | 0.70 | 556.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/10/21 | BM | Attend to issues regarding document review of MBNF's additional productions. | 0.60 | 477.00 |
| 02/11/21 | BM | Attend to issues regarding document review of MBNF's supplemental productions and downgraded privilege log. | 0.90 | 715.50 |
| 02/15/21 | BM | Analysis regarding MBNF's supplemental document productions. | 0.80 | 636.00 |
| | | Analysis regarding potential actions with respect to real estate holdings on non-Debtor affiliates. | 0.90 | 715.50 |
| 02/16/21 | BM | Analysis regarding proposed agreement regarding HSRE document productions. | 0.70 | 556.50 |
| | | Attend to issues regarding Debtors' document productions. | 0.80 | 636.00 |
| | | Calls with HSRE and Debtors' counsel regarding HSRE document productions. | 0.50 | 397.50 |
| | | Attend to proposed revisions of draft letter agreement with HSRE regarding discovery. | 0.40 | 318.00 |
| 02/17/21 | BM | Attend call with mediator regarding MBNF discovery. | 0.40 | 318.00 |
| 02/19/21 | BM | Attend call with mediator regarding MBNF discovery issues. | 0.40 | 318.00 |
| | | Attend to issues regarding HSRE discovery. | 0.70 | 556.50 |
| | | Call with mediator regarding MBNF discovery. | 0.30 | 238.50 |
| 02/22/21 | BM | Attend call with mediator regarding MBNF discovery issues. | 0.30 | 238.50 |
| 02/23/21 | BM | Attend to issues regarding review of MBNF's supplemental document productions. | 0.80 | 636.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 3 |
| Inv# | | 1793047 |
| Date | | 03/10/21 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Attend to issues regarding Debtors' document productions. | 0.60 | 477.00 |
| 02/24/21 | BM | Attend to issues regarding HSRE discovery. | 0.40 | 318.00 |
| | | Analysis regarding MBNF's supplemental document productions. | 0.80 | 636.00 |
| | | Attend to issues regarding mediation of claims between the Debtors and MBNF-related entities. | 0.60 | 477.00 |
| 02/26/21 | BM | Attend mediation call regarding MBNF and HSRE productions. | 0.20 | 159.00 |
| | | Analysis regarding proposed revised letter agreement governing HSRE discovery. | 0.40 | 318.00 |
| 02/01/21 | REB | Review and revise consent order and discovery stipulation and emails in connection therewith. | 4.10 | 2,665.00 |
| 02/02/21 | REB | Review revised changes to discovery stipulation. | 0.60 | 390.00 |
| 02/03/21 | REB | Call with group re: discovery production process. | 0.40 | 260.00 |
| | | Internal calls re: upcoming document production and review process. | 1.20 | 780.00 |
| 02/04/21 | REB | Review prior search terms in connection with MBNF production in preparation for additional productions. | 0.80 | 520.00 |
| 02/05/21 | REB | Review COC and proposed order re: mediation and draft email to Committee re: same. | 0.90 | 585.00 |
| | | Draft email to Committee re: mediation proposed order. | 0.20 | 130.00 |
| 02/08/21 | REB | Calls with C. Falletta re: document review status. | 0.50 | 325.00 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/09/21 | REB | Review and revise search terms for new production and review documents in connection with same. | 3.40 | 2,210.00 |
| 02/10/21 | REB | Review documents produced by MBNF Entities in connection with upcoming call and internal document review. | 2.70 | 1,755.00 |
| 02/11/21 | REB | Review documents and materials in preparation for Center City call re: investigation and discovery issues. | 2.70 | 1,755.00 |
| | | Internal call re: discovery issues and investigation updates. | 0.90 | 585.00 |
| | | Review document production with outside counsel from MBNF Non-Debtor Entities. | 2.10 | 1,365.00 |
| 02/15/21 | REB | Call with W. Pollak re: document production updates. | 0.20 | 130.00 |
| | | Review documents produced by MBNF Entities in connection with investigation. | 2.20 | 1,430.00 |
| | | Review additional documents produced by MBNF Entities re: investigation of causes of action. | 3.80 | 2,470.00 |
| 02/16/21 | REB | Call with C. Falletta re: document production and upload issues. | 0.30 | 195.00 |
| | | Review and revise HSRE Document letter. | 0.50 | 325.00 |
| | | Internal call re: document production and strategy. | 0.30 | 195.00 |
| | | Call with Debtors, MBNF Parties and HSRE re: discovery stipulation issues. | 0.20 | 130.00 |
| | | Call with Debtors re: discovery stipulation issues. | 0.20 | 130.00 |
| | | Review documents in connection with MBNF investigation. | 3.90 | 2,535.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Review and revise modified HSRE letter re: document production. | 0.90 | 585.00 |
| 02/17/21 | REB | Respond to emails re: HSRE letter re: production. | 0.60 | 390.00 |
| | | Mediation call re: production updates. | 0.50 | 325.00 |
| | | Call with internal review team re: document review and strategy. | 0.40 | 260.00 |
| | | Review documents produced by the MBNF Entities in connection with investigation. | 3.60 | 2,340.00 |
| 02/18/21 | REB | Review documents produced from MBNF Entities re: investigation. | 1.40 | 910.00 |
| 02/19/21 | REB | Mediation call re: samples reviewed to date. | 0.30 | 195.00 |
| | | Review documents produced by MBNF parties in connection with investigation. | 1.30 | 845.00 |
| 02/22/21 | REB | Mediation call re: document production and next steps. | 0.40 | 260.00 |
| 02/24/21 | REB | Call with Center City review team re: investigation updates. | 0.30 | 195.00 |
| 02/26/21 | REB | Mediation update call with HSRE. | 0.30 | 195.00 |
| | | Review documents from MBNF entities in connection with mediation and additional discovery requests. | 0.60 | 390.00 |
| | | **TASK TOTAL 101** | **59.90** | **41,429.00** |

## 104 - CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/05/21 | AHS | Review of proposed order re: mediation and email to Committee re: same. | 0.30 | 268.50 |
| 02/11/21 | AHS | Review of BRG presentation to Committee and emails re: same. | 0.30 | 268.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 6 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/26/21 | AHS | Attend mediation call re: discovery documents. | 0.30 | 268.50 |
| 02/12/21 | BM | Call with BRG regarding financial update. | 0.20 | 159.00 |
| | | Attend telephonic Committee meeting. | 0.40 | 318.00 |
| 02/04/21 | GAK | Review notice regarding upcoming hearing and email A. Sherman regarding same. | 0.10 | 62.50 |
| 02/13/21 | GAK | Update case calendar. | 0.10 | 62.50 |
| 02/21/21 | GAK | Review Debtors' proposed stipulation of Del. Surgeons and email A. Sherman regarding same. | 0.10 | 62.50 |
| | | Review notice regarding upcoming hearing and email A. Sherman regarding same. | 0.10 | 62.50 |
| | | Review Debtors' proposed stipulation with Varian Medical and email A. Sherman regarding same. | 0.10 | 62.50 |
| 02/26/21 | GAK | Review Debtors' Rule 2004 Motion and email A. Sherman regarding same. | 0.10 | 62.50 |
| 02/12/21 | REB | Prepare presentation in advance of committee call on discovery dispute update. | 1.60 | 1,040.00 |
| | | Pre-call with BRG in advance of Committee call re: case updates. | 0.20 | 130.00 |
| | | Call with Committee re case updates, including litigation and plan updates. | 0.60 | 390.00 |
| | | Follow up notes re: committee call updates. | 0.40 | 260.00 |
| | | **TASK TOTAL 104** | **4.90** | **3,477.50** |

## 105 - CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | |
|---|---|---|---|---|
| 02/01/21 | AHS | Review of mediation document and emails re: same. | 0.80 | 716.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 02/02/21 | AHS | Review of mediation document and emails re: same. | 0.30 | 268.50 |
| | | Emails re: finalizing mediation document and next steps. | 0.30 | 268.50 |
| 02/03/21 | AHS | Call with mediator and follow up re: same. | 0.40 | 358.00 |
| 02/16/21 | AHS | Calls with counsel for Debtors, HSRE and Freedman entities re: document production issues. | 0.80 | 716.00 |
| 02/17/21 | AHS | Call with mediator; review of documents re: same and follow up call re: mediation issues. | 0.80 | 716.00 |
| 02/19/21 | AHS | Mediation call re: discovery issues and follow up re: same. | 0.50 | 447.50 |
| 02/22/21 | AHS | Mediation call re: discovery issues. | 0.40 | 358.00 |
| 02/11/21 | BM | Analysis regarding projected distribution scenarios. | 0.40 | 318.00 |
| 02/17/21 | BM | Analysis regarding stipulation allowing Gift of Life claim. | 0.20 | 159.00 |
| 02/26/21 | BM | Analysis regarding MBNF's response to Debtors' notice of claims and demand letter; and MBNF's proposed notice of R. 2004 subpoena. | 1.10 | 874.50 |
| 02/21/21 | GAK | Review admin expense claim motion filed by Peco Energy and email A. Sherman regarding same. | 0.10 | 62.50 |
| | | **TASK TOTAL 105** | **6.10** | **5,262.50** |

## 107 - FEE/EMPLOYMENT APPLICATIONS

| | | | | |
|---|---|---|---|---|
| 02/02/21 | GAK | Communications with debtors counsel and team regarding fee application issues. | 0.40 | 250.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/03/21 | GAK | Communications with team regarding fee application issues. | 0.10 | 62.50 |
| 02/13/21 | GAK | Prepare December fee application. | 1.70 | 1,062.50 |
| | | **TASK TOTAL 107** | **2.20** | **1,375.00** |

**108 - FEE/EMPLOYMENT OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/21/21 | GAK | Review Debtors' fee applications. | 0.10 | 62.50 |
| 02/26/21 | GAK | Review Debtors' professionals' fee applications and email A. Sherman regarding same. | 0.20 | 125.00 |
| | | **TASK TOTAL 108** | **0.30** | **187.50** |

**110 - LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION)**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/11/21 | ACS | Document review introduction conference led by R. Brennan and C. Falletta. | 0.90 | 292.50 |
| 02/12/21 | ACS | Review of documents related to Freedman investigation. | 1.30 | 422.50 |
| 02/15/21 | ACS | Document review for Freedman investigation. | 2.10 | 682.50 |
| 02/16/21 | ACS | Freedman investigation document review. | 0.40 | 130.00 |
| 02/17/21 | ACS | Document review related to the Freedman investigation. | 1.60 | 520.00 |
| | | Check in conference regarding the Freedman investigation document review. | 0.40 | 130.00 |
| 02/18/21 | ACS | Document review related to the Freedman investigation. | 1.20 | 390.00 |
| 02/19/21 | ACS | Document review relating to the Freedman investigation. | 0.80 | 260.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 02/21/21 | ACS | Document review related to Freedman investigation. | 0.40 | 130.00 |
| 02/22/21 | ACS | Document review related to Freedman investigation. | 0.80 | 260.00 |
| 02/23/21 | ACS | Document review related to Freedman investigation. | 2.20 | 715.00 |
| 02/24/21 | ACS | Document review related to Freedman investigation. | 2.30 | 747.50 |
| | | Check in conference led by R. Brennan and C. Falletta. | 0.30 | 97.50 |
| 02/25/21 | ACS | Document review related to Freedman investigation. | 2.10 | 682.50 |
| 02/26/21 | ACS | Document review related to the Freedman investigation. | 2.40 | 780.00 |
| 02/28/21 | ACS | Document review regarding Freedman investigation. | 0.30 | 97.50 |
| 02/10/21 | AYB | Review internal memoranda and further documentation in preparation for introductory call discussing document review assignment. | 0.50 | 162.50 |
| 02/11/21 | AYB | Conference with C. Falletta and R. Brennan regarding document review assignment and overview of case. | 0.90 | 292.50 |
| 02/15/21 | AYB | Correspondence regarding scheduling of call regarding document review. | 0.20 | 65.00 |
| 02/17/21 | AYB | Follow up conference with R. Brennan and C. Falletta regarding document review for potential causes of action. | 0.40 | 130.00 |
| 02/18/21 | AYB | Review of documents for potential causes of action. | 0.70 | 227.50 |
| 02/19/21 | AYB | Document review for potential causes of action. | 2.70 | 877.50 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 10 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/22/21 | AYB | Document review for potential causes of action. | 3.20 | 1,040.00 |
| 02/23/21 | AYB | Document review for potential causes of action. | 3.40 | 1,105.00 |
| 02/24/21 | AYB | Document review for potential causes of action. | 5.90 | 1,917.50 |
| | | Follow up conference call with R. Brennan and C. Falletta regarding status of document review for potential causes of action. | 0.40 | 130.00 |
| 02/25/21 | AYB | Document review for potential causes of action. | 5.30 | 1,722.50 |
| 02/26/21 | AYB | Document review for potential causes of action. | 4.80 | 1,560.00 |
| | | **TASK TOTAL 110** | **47.90** | **15,567.50** |

**113 - PLAN AND DISCLOSURE STATEMENT**

| | | | | |
|------|------|-------------|-------|--------|
| 02/11/21 | BM | Analysis regarding revisions of Debtors' proposed plan of liquidation. | 1.10 | 874.50 |
| | | **TASK TOTAL 113** | **1.10** | **874.50** |

**121 - LITIGATION CONSULTING**

| | | | | |
|------|------|-------------|-------|--------|
| 02/03/21 | CJF | Review emails with M. Minuti, debtors' counsel, regarding production of documents. | 0.10 | 59.50 |
| | | Analyze issues regarding additional documents from MBNF Non-Debtor entities and Debtors for review. | 0.30 | 178.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 11 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Review certification of counsel regarding debtors' production consent order and discovery stipulation with debtors and MBNF entities. | 0.40 | 238.00 |
| 02/06/21 | CJF | Review letter and emails from MBNF's counsel regarding production of new documents. | 0.20 | 119.00 |
| | | Prepare e-mail to UnitedLex regarding MBNF's production of new documents. | 0.20 | 119.00 |
| | | Attend to MBNF's production of PAHH-16 new documents. | 0.80 | 476.00 |
| 02/08/21 | CJF | Review e-mails from and prepare e-mails to M. Carpenter, UnitedLex, regarding processing and searching of new production. | 0.20 | 119.00 |
| | | Analyze issues regarding prior search terms and strategy concerning searches of new MBNF produced documents. | 0.60 | 357.00 |
| | | Analyze issues regarding review of prior batches of MBNF documents. | 0.40 | 238.00 |
| | | Analyze issues regarding second level review of hot documents. | 0.30 | 178.50 |
| 02/09/21 | CJF | Prepare e-mails to and review e-mails from M. Carpenter, UnitedLex, regarding processing of MBNF Non-Debtor Entities' most recent document production and search term hit reports. | 0.20 | 119.00 |
| | | Analyze search term hit results report regarding proposed search terms. | 1.40 | 833.00 |
| 02/10/21 | CJF | Analyze issues regarding updated search term hit report and review plan. | 0.70 | 416.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 12 |
| Inv# | | 1793047 |
| Date | | 03/10/21 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Prepare e-mails to and review e-mails from M. Carpenter, UnitedLex, regarding batching of documents for review and additional review team members. | 0.20 | 119.00 |
| | | Exchange e-mails with document review team regarding kickoff meeting and review assignments. | 0.20 | 119.00 |
| | | Analyze issues regarding review protocol for review of additional MBNF Non-Debtor documents. | 0.90 | 535.50 |
| | | Exchange e-mails with R. Hofer, UnitedLex, regarding credentials for review team members and issues regarding same. | 0.20 | 119.00 |
| 02/11/21 | CJF | Review Sills Review coding panel regarding new review and analyze issues regarding same. | 0.30 | 178.50 |
| | | Exchange and review multiple e-mails with M. Carpenter, UnitedLex, regarding revisions to coding panel, document batching, and document review. | 0.30 | 178.50 |
| | | Telephone conference with M. Carpenter, UnitedLex, regarding revisions to coding panel. | 0.20 | 119.00 |
| | | Review organizational chart, overview memorandum of investigation and debtors' demand letter regarding document review protocol. | 0.60 | 357.00 |
| | | Attend review team kickoff meeting. | 0.90 | 535.50 |
| | | Analyze issues regarding document review protocol. | 0.30 | 178.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 13 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/15/21 | CJF | Prepare e-mail to review team regarding status of document review and reporting concerning same. | 0.20 | 119.00 |
| | | Review e-mails from and prepare e-mails to C. Mears, counsel for debtors, regarding production of documents. | 0.10 | 59.50 |
| | | Exchange e-mails and Teams call with D. Cherna regarding Relativity review issue. | 0.20 | 119.00 |
| | | Analyze issues regarding MBNF production update. | 0.10 | 59.50 |
| | | Review memorandum regarding discovery dispute update. | 0.20 | 119.00 |
| 02/16/21 | CJF | Analyze issues regarding review strategy and logistics of reviewing and storing debtors' production of documents. | 0.40 | 238.00 |
| | | Analyze issues regarding debtors' production and efficiencies regarding same. | 0.30 | 178.50 |
| | | Prepare e-mails to review e-mails from C. Mears, Debtors' counsel, regarding review platform, file size, and e-discovery vendor for debtors' production. | 0.20 | 119.00 |
| 02/17/21 | CJF | Review e-mails from C. Mears, Debtors' counsel, regarding document production and FTP site transfer protocol. | 0.20 | 119.00 |
| | | Attend document review team meeting regarding status update. | 0.40 | 238.00 |
| 02/18/21 | CJF | Exchange e-mails with UnitedLex regarding access to Relativity for document review team member. | 0.10 | 59.50 |
| 02/22/21 | CJF | Review status of document review. | 0.40 | 238.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 14 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Analyze issues regarding potential technical issues with missing data in previously withheld documents produced by MBNF. | 0.60 | 357.00 |
| | | Exchange e-mails with M. Carpenter, UnitedLex, regarding potential technical issues with debtor's production of previously withheld documents. | 0.10 | 59.50 |
| | | Analyze issues regarding technical issues with documents in document review batches. | 0.20 | 119.00 |
| | | Exchange e-mails with M. Carpenter, UnitedLex, regarding htm files and strategy for removing from review batches. | 0.20 | 119.00 |
| 02/23/21 | CJF | Exchange e-mails with M. Carpenter, UnitedLex, regarding password protected documents in review batches and update to coding panel. | 0.20 | 119.00 |
| 02/24/21 | CJF | Attend meeting with document review team regarding review status, updates, and strategy. | 0.30 | 178.50 |
| 02/11/21 | CK | Review team meeting with R. Brennan et al. | 0.70 | 472.50 |
| 02/17/21 | CK | Review team meeting with R. Brennan et al. | 0.30 | 202.50 |
| 02/20/21 | CK | Review background materials and memoranda regarding investigation and potential causes of action. | 1.70 | 1,147.50 |
| 02/21/21 | CK | Review document production and analyze potential causes of action. | 2.10 | 1,417.50 |
| 02/24/21 | CK | Team meeting to discuss findings with R. Brennan et al. | 0.20 | 135.00 |
| 02/26/21 | CK | Review document production and analyze potential causes of action. | 0.70 | 472.50 |
| | | Continue to review document production and analyze potential causes of action. | 1.80 | 1,215.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 15 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 02/27/21 | CK | Review document production and analyze potential causes of action. | 1.60 | 1,080.00 |
| 02/28/21 | CK | Review document production and analyze potential causes of action. | 0.70 | 472.50 |
| 02/08/21 | DGC | Exchange emails with R. Brennan regarding review of documents. | 0.10 | 62.50 |
| 02/10/21 | DGC | Exchange emails with R. Brennan and C. Faletta; review of Memorandum and other documents. | 1.90 | 1,187.50 |
| 02/11/21 | DGC | Conference call with Sills team to discuss litigation strategy. | 0.90 | 562.50 |
| 02/13/21 | DGC | Review of documents to analyze potential claims. | 2.40 | 1,500.00 |
| 02/15/21 | DGC | Telephone conference with C. Falletta regarding technical issues; review documents to analyze potential claims. | 0.40 | 250.00 |
| 02/16/21 | DGC | Review of documents to analyze potential claims. | 0.80 | 500.00 |
| 02/17/21 | DGC | Conference call with Sills team regarding review of documents and Relativity. | 0.40 | 250.00 |
| 02/18/21 | DGC | Review of documents. | 1.40 | 875.00 |
| 02/19/21 | DGC | Review of documents regarding potential claims. | 2.40 | 1,500.00 |
| 02/22/21 | DGC | Exchange emails with C. Falletta | 0.10 | 62.50 |
| 02/23/21 | DGC | Review documents and emails to analyze potential claims. | 2.60 | 1,625.00 |
| 02/26/21 | DGC | Review of documents. | 0.60 | 375.00 |
| | | **TASK TOTAL 121** | **38.10** | **23,873.50** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 16 |
| Inv# | 1793047 |
| Date | 03/10/21 |
| 08650118.000001 | - AHS |

| | | | |
|---|---|---:|---:|
| **TOTAL FEES** | | **160.50** | **$92,047.00** |
| Attorney Fees at Blended Rate of $625 | | | |
| **TOTAL FEES** | | **160.50** | **$100,312.50** |

## TASK CODE SUMMARY

| | | | |
|---|---|---:|---:|
| 101 | Asset Analysis and Recovery | 59.90 | 41,429.00 |
| 104 | Case Administration | 4.90 | 3,477.50 |
| 105 | Claims Administration and Objections | 6.10 | 5,262.50 |
| 107 | Fee/Employment Applications | 2.20 | 1,375.00 |
| 108 | Fee/Employment Objections | 0.30 | 187.50 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 47.90 | 15,567.50 |
| 113 | Plan and Disclosure Statement | 1.10 | 874.50 |
| 121 | Litigation Consulting | 38.10 | 23,873.50 |
| | **TOTAL FEES** | **160.50** | **$92,047.00** |
| | Attorney Fees at Blended Rate of $625 | | |
| | **TOTAL FEES** | **160.50** | **$100,312.50** |

## FEE RECAP

| | | | | |
|---|---|---:|---:|---:|
| AHS | Andrew H. Sherman | 5.20 | $895 | 4,654.00 |
| BM | Boris Mankovetskiy | 20.60 | $795 | 16,377.00 |
| CK | Clint Kakstys | 9.80 | $675 | 6,615.00 |
| CJF | Charles J. Falletta | 14.30 | $595 | 8,508.50 |
| DGC | David G. Cherna | 14.00 | $625 | 8,750.00 |
| REB | Rachel E. Brennan | 45.50 | $650 | 29,575.00 |
| GAK | Gregory A. Kopacz | 3.20 | $625 | 2,000.00 |
| ACS | Anna C. Singer | 19.50 | $325 | 6,337.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | | |
|---|---|---|---|---|---|
| | | | Page | | 17 |
| | | | Inv# | | 1793047 |
| | | | Date | | 03/10/21 |
| | | | 08650118.000001 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| AYB | Ariel Y. Brown | | 28.40 | $325 | 9,230.00 |
| | **TOTAL FEES** | | **160.50** | | **$92,047.00** |
| | Attorney Fees at Blended Rate of $625 | | | | |
| | **TOTAL FEES** | | **160.50** | | **$100,312.50** |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 02/22/21 | CJF | Litigation Support Vendors (UnitedLex – document review management, project management, hosting) | 2,238.32 |
| | | **TOTAL DISBURSEMENTS** | **$2,238.32** |

## DISBURSEMENT RECAP

| | |
|---|---|
| Litigation Support Vendors (UnitedLex) | 2,238.32 |
| **TOTAL DISBURSEMENTS** | **$2,238.32** |
| **TOTAL THIS INVOICE** | **$94,285.32** |

*Total includes fees at *Standard Rates*.  Per Retention Application, lesser of fees at *Standard Rates* (**$92,047.00**) and fees at *Blended Rate* of $625 (**$100,312.50**) apply.