**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: May 3, 2021 4:00 p.m.** |
| | ) **Hearing Date: Only if objection is timely filed** |

**FOURTEENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON**
**HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | February 1, 2021 through February 28, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $12,523.95 (80 % of which is $10,019.16) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the fourteenth monthly fee application filed in this case.

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |
| Twelfth Monthly Filed 2/17/2021 DI No. 2099 | 12/1/2020-12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly Filed 2/22/2021 DI No. 2115 | 1/1/2021-1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |

**TIME AND COMPENSATION BREAKDOWN**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $700.00 | 2.10 | $1.470.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $600.00 | 5.30 | $3,180.00 |
| William J. Clements | Litigation - Of Counsel Admitted to Bar 2000 | $425.00 | 15.90 | $6,757.50 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal 1997 | $285.00 | 8.80 | $2,508.00 |
| **TOTALS** | | | **32.10** | **$13,915.50** |
| **BLENDED RATE** | | | | **$433.50** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$1,391.55** |
| **GRAND TOTAL** | | | | **$12,523.95** |

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | CL/05 | 23.30 | $11,407.50 |
| Fee/Employment Applications | FE/07 | 8.80 | $2,508.00 |
| **TOTAL** | | **32.10** | **$13,915.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$1,391.55** |
| **GRAND TOTAL** | | | **$12,523.95** |

**EXPENSE SUMMARY**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| There were no expenses for this period. | N/A |
| **TOTAL** | **$0.00** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### FOURTEENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its fourteenth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from February 1, 2021 through February 28, 2021. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.    BACKGROUND

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from February 1, 2021 through February 28, 2021 (the "Compensation Period"), totaling 32.10 hours of professional time.

6.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $12,523.95.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $12,523.95 in fees and $0.00 in expenses, for a total of $12,523.95.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $12,523.95 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from February 1, 2021 through February 28, 2021; (b) payment in the total amount of $10,019.16, which represents (i) 80% of the total fees billed ($10,019.16) and (ii) 100% of the expenses incurred ($0.00) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated: April 12, 2021                    */s/ Domenic E. Pacitti*
Wilmington, Delaware                 Domenic E. Pacitti (DE Bar No. 3989)
                                     **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                     919 North Market Street, Suite 1000
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 426-1189
                                     Facsimile: (302) 426-9193
                                     Email:  dpacitti@klehr.com

                                     *Special Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing Fourteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from February 1, 2021 through February 28, 2021 and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2021 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2021                           _____/s/ Domenic E. Pacitti_____
                                                     Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

March 3, 2021

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

|  |  |
|---|---|
| Invoice #: | 443424 |
| Client #: | 19647 |
| Matter #: | 0019 |

For professional services through February 28, 2021:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/01/21 | WJC | Email from D. Pacitti regarding potential Rule 2004 information requests | .10 | 425.00 | 42.50 |
| 2/03/21 | WJC | Email from F. Correll regarding potential 2004 information request to Drexel | .10 | 425.00 | 42.50 |
| 2/04/21 | FMC | Review issues with Drexel discovery | .20 | 600.00 | 120.00 |
| 2/04/21 | FMC | Review updated analysis and exhibits | .20 | 600.00 | 120.00 |
| 2/04/21 | WJC | Legal research regarding bankruptcy rules of procedure pertaining to 2004 information requests and examination | .70 | 425.00 | 297.50 |
| 2/04/21 | WJC | Reviewing Rule 2004 requests, related motion and court orders relating to Rule 2004 requests from PAHS bankruptcy | .70 | 425.00 | 297.50 |
| 2/04/21 | WJC | Drafting, reviewing and revising Rule 2004 requests to Drexel pertaining to potential lease claims and potential service overcharge claims | .80 | 425.00 | 340.00 |
| 2/04/21 | WJC | Revising analysis regarding potential claims against Drexel | .60 | 425.00 | 255.00 |
| 2/04/21 | WJC | Reviewing, analyzing and compiling into single PDF file exhibits to analysis regarding potential claims against Drexel | .90 | 425.00 | 382.50 |
| 2/04/21 | WJC | Emails from and to D. Pacitti, including emails forwarding 2004 request, updated analysis and exhibits | .20 | 425.00 | 85.00 |
| 2/05/21 | FMC | Prepare for call | .40 | 600.00 | 240.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/05/21 | FMC | Conference call with debtor's counsel and J. Dinome re: possible claims against Drexel and issues with same | 1.00 | 600.00 | 600.00 |
| 2/05/21 | FMC | Post call review of issues and next steps | .30 | 600.00 | 180.00 |
| 2/05/21 | DEP | Call with client and company counsel on Drexel issues | .60 | 700.00 | 420.00 |
| 2/05/21 | WJC | Reviewing emails produced by company regarding potential claims against Drexel | 1.80 | 425.00 | 765.00 |
| 2/05/21 | WJC | Reviewing Drexel proofs of claim | 1.20 | 425.00 | 510.00 |
| 2/05/21 | WJC | Reviewing and comparing Academic Affiliation Agreement (AAA) in comparison to Drexel's proof of claims for potential offsets or claims against Drexel | 1.10 | 425.00 | 467.50 |
| 2/08/21 | FMC | Review issues with possible claims and follow up with A. Perno | .30 | 600.00 | 180.00 |
| 2/08/21 | FMC | Review spreadsheet from J. Dinome re: various litigation and incidents | .20 | 600.00 | 120.00 |
| 2/08/21 | WJC | Emails from and to D. Pacitti and F. Correll regarding conference call with client pertaining to additional steps in investigating claims against Drexel | .20 | 425.00 | 85.00 |
| 2/08/21 | WJC | Reviewing email communications produced by client for possible addition to analysis potential claims against Drexel, including for analysis of viability of claims | 2.60 | 425.00 | 1,105.00 |
| 2/10/21 | FMC | Review issues with lease creep claims and call with A. Perno | .30 | 600.00 | 180.00 |
| 2/11/21 | FMC | Review email from J. Dinome re: lease information | .30 | 600.00 | 180.00 |
| 2/11/21 | FMC | Prepare for conference call with A. Perno/review report, etc. | .60 | 600.00 | 360.00 |
| 2/11/21 | FMC | Conference call with A. Perno, J. Dinome, D. Pacitti and W. Clements re: lease creep and prior investigation re: same | 1.00 | 600.00 | 600.00 |
| 2/11/21 | FMC | Post call review of lease issues | .20 | 600.00 | 120.00 |
| 2/11/21 | FMC | Review issues with additional lease charges | .30 | 600.00 | 180.00 |
| 2/11/21 | DEP | Call with A. Perno re: follow up on lease issues | 1.50 | 700.00 | 1,050.00 |
| 2/11/21 | WJC | Preparing for conference call regarding potential lease related claims against Drexel | .50 | 425.00 | 212.50 |
| 2/11/21 | WJC | Conference call regarding potential lease claims against Drexel | .60 | 425.00 | 255.00 |
| 2/11/21 | WJC | Emails from and to D. Pacitti and F .Correll re: analysis | .20 | 425.00 | 85.00 |
| 2/11/21 | WJC | Research regarding commercial leases, particularly additional lease charges | .80 | 425.00 | 340.00 |
| 2/16/21 | WJC | Reviewing documents forwarded by client for updating analysis regarding potential claims against Drexel, specifically, lease related claims | 2.80 | 425.00 | 1,190.00 |

**Task Total:** **$ 11,407.50**

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/11/21 | MKH | Draft Tenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP (Klehr Harrison) as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period October 1, 2020 to October 31, 2020, Notice, Charts, Exhibits, and Certification | 1.20 | 285.00 | 342.00 |
| 2/11/21 | MKH | Draft Eleventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period November 1, 2020 to November 30, 2020, Notice, Charts, Exhibits, and Certification | .80 | 285.00 | 228.00 |
| 2/17/21 | MKH | Revise and finalize Tenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP (Klehr Harrison) as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period October 1, 2020 to October 31, 2020, Notice, Charts, Exhibits, Certification for filing and efile same with Bankruptcy Court | 1.10 | 285.00 | 313.50 |
| 2/17/21 | MKH | Revise and finalize Eleventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period November 1, 2020 to November 30, 2020, Notice, Charts, Exhibits, and Certification for filing and efile same with Bankruptcy Court | 1.10 | 285.00 | 313.50 |
| 2/17/21 | MKH | Draft and finalize Twelfth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2020 through December 31, 2020, Notice, Charts, Exhibits and Certification for filing and efile same with Bankruptcy Court | 1.60 | 285.00 | 456.00 |
| 2/17/21 | MKH | Draft Thirteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from January 1, 2021 through January 31, 2021, Notice, Charts, Exhibits and Certification | 1.10 | 285.00 | 313.50 |
| 2/19/21 | MKH | Compile all time entries and expenses in preparation for interim fee applications for April 16, 2021 fee hearing | 1.30 | 285.00 | 370.50 |
| 2/22/21 | MKH | Revise and prepare Thirteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period January 1, 2021 to January 31, 2021, Notice, Exhibits, Charts and Certification for filing and efile same with Bankruptcy Court | .60 | 285.00 | 171.00 |

|  |  |
|---|---|
| **Task Total:** | **$ 2,508.00** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 13,915.50** |
| 10% Discount | $ -1,391.55 |
| **NET PROFESSIONAL SERVICES** | **$ 12,523.95** |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 2.10 | 700.00 | 1,470.00 |
| Correll, Francis M. | Partner | 5.30 | 600.00 | 3,180.00 |
| Clements, William J. | Of-Counsel | 15.90 | 425.00 | 6,757.50 |
| Hughes, Melissa K. | Paralegal | 8.80 | 285.00 | 2,508.00 |
| **TOTALS** |  | **32.10** |  | **$ 13,915.50** |

|  |  |
|---|---|
| **TOTAL THIS INVOICE** | **$ 12,523.95** |

# EXHIBIT B

DISBURSEMENTS

| Description | Amount |
|---|---|
| No disbursements this month. | |
| TOTAL DISBURSEMENTS | $0.00 |