**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) **Objection Deadline: April 27, 2021 at 4:00 p.m.**<br>) **Hearing Date: To be determined (if necessary)** |

**NOTICE OF STIPULATION BETWEEN DEBTORS AND
BECKMAN COULTER, INC. REGARDING ALLOWED CLAIMS**

      PLEASE TAKE NOTICE that on April 12, 2021, counsel for the above-captioned debtors (the "**Debtors**") and counsel for Beckman Coulter, Inc. ("**Beckman**") entered into a *Stipulation between Debtors and Beckman Coulter, Inc. Regarding Allowed Claims* (the "**Stipulation**"). Pursuant to the Stipulation, the Debtors and Beckman have agreed, among other things, upon the allowance of a general unsecured claim against Debtor St. Christopher's Healthcare, LLC ("**SCH**") in the aggregate amount of $121,607.34, and a section 503(b)(9) claim against SCH in the amount of $16,092.01, in full satisfaction of the Asserted SCH Claims (as defined in the Stipulation).

      PLEASE TAKE FURTHER NOTICE that objections, if any, to the Court's approval of the Stipulation must be (a) in writing and served on or before **April 27, 2021 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "**Objection Deadline**"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

      PLEASE TAKE FURTHER NOTICE THAT if any objections to the Stipulation are filed, and the parties are unable to reach a resolution thereof, a hearing on the Stipulation will be held before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801, at a date and time convenient to the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE STIPULATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 13, 2021					**SAUL EWING ARNSTEIN & LEHR LLP**

By:	*/s/ Monique B. DiSabatino*
	Mark Minuti (DE Bar No. 2659)
	Monique B. DiSabatino (DE Bar No. 6027)
	1201 N. Market Street, Suite 2300
	P.O. Box 1266
	Wilmington, DE  19899
	Telephone: (302) 421-6800
	Fax: (302) 421-5873
	mark.minuti@saul.com
	monique.disabatino@saul.com

	-and-

	Jeffrey C. Hampton
	Adam H. Isenberg
	Jorge Garcia
	Centre Square West
	1500 Market Street, 38th Floor
	Philadelphia, PA 19102
	Telephone: (215) 972-7777
	Fax: (215) 972-7725
	jeffrey.hampton@saul.com
	adam.isenberg@saul.com
	jorge.garcia@saul.com

	*Counsel for the Debtors and Debtors in Possession*