**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] ) | Case No. 19-11466 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Re: Docket Nos. 2142, 2152, 2158, 2159, 2183 and 2184** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING FOURTH INTERIM FEE APPLICATIONS OF SAUL EWING ARNSTEIN & LEHR LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, THE SECOND AND THIRD INTERIM APPLICATIONS OF KLEHR HARRISON HARVEY BRANZBURG LLP AND THE FIRST AND FINAL SUPPLEMENTAL FEE APPLICATION OF CENTURION SERVICE GROUP, LLC**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. Certain professionals retained by the Debtors and certain of the professionals retained by the Official Committee of Unsecured Creditors appointed in these chapter 11 cases (collectively, the "**Applicants**") filed fee application requests. Saul Ewing Arnstein & Lehr LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP filed their fourth interim fee applications, Klehr Harrison Harvey Branzburg LLP filed its second and third interim fee applications, and Centurion Service Group, LLC filed its first and final supplemental fee application (together, the "**Fee Applications**").

2. The hearing with respect to the Fee Applications is scheduled for April 16, 2021.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

38341265.1 04/13/2021

3. No responses were received by the Applicants prior to the Fee Applications' respective objection deadlines.

4. Attached hereto as **Exhibit 1** is a proposed *Omnibus Order Approving Fourth Interim Fee Applications of Saul Ewing Arnstein & Lehr LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Second and Third Interim Applications of Klehr Harrison Harvey Branzburg LLP and the First and Final Supplemental Fee Application of Centurion Service Group, LLC* (the "**Proposed Order**").

5. The undersigned counsel for the Debtors is available to respond to any questions the Court may have regarding the Proposed Order. Absent questions, the undersigned counsel respectfully requests that the Court sign the Proposed Order and direct that it be docketed.

Dated: April 13, 2021               SAUL EWING ARNSTEIN & LEHR LLP

                                 By:   */s/ Monique B. DiSabatino*
                                       Mark Minuti (DE Bar No. 2659)
                                       Monique B. DiSabatino (DE Bar No. 6027)
                                       1201 N. Market Street, Suite 2300
                                       P.O. Box 1266
                                       Wilmington, DE  19899
                                       Telephone: (302) 421-6800
                                       Fax: (302) 421-5873
                                       mark.minuti@saul.com
                                       monique.disabatino@saul.com

                                               -and-

                                       Jeffrey C. Hampton
                                       Adam H. Isenberg
                                       Centre Square West
                                       1500 Market Street, 38th Floor
                                       Philadelphia, PA 19102
                                       Telephone: (215) 972-7777
                                       Fax: (215) 972-7725
                                       jeffrey.hampton@saul.com
                                       adam.isenberg@saul.com

                                       *Counsel for Debtors and Debtors in Possession*