**EXHIBIT A**

**Fee Chart**

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | TOTAL |
|---|---|---|---|---|---|---|---|
| **Saul Ewing Arnstein & Lehr LLP** (Counsel to the Debtors) (Docket No. 2152) | *(Interim)* 04/01/20 – 06/30/20 | **$603,867.60** | **$14,095.99** | **$0.00** | **$603,867.60** | **$14,095.99** | **$617,963.59** |
| **Klehr Harrison Harvey Branzburg LLP** (Special Counsel to the Debtors) (Docket No. 2183) | *(Interim)* 10/01/19 – 11/30/19 | **$21,001.05** | **$0.00** | **$0.00** | **$21,001.05** | **$0.00** | **$21,001.05** |
| **Klehr Harrison Harvey Branzburg LLP** (Special Counsel to the Debtors) (Docket No. 2184) | *(Interim)* 12/01/19 – 02/29/20 | **$3,222.45** | **$0.00** | **$0.00** | **$3,222.45** | **$0.00** | **$3,222.45** |
| **Centurion Service Group, LLC** (Auctioneer to the Debtors) (Docket No. 2142) | *(Supplemental First and Final)* | **$27,673.06** | **$5,700.00** | **$0.00** | **$27,673.06** | **$5,700.00** | **$33,373.06** |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 2158) | *(Interim)* 04/01/20 – 06/30/20 | **$300,269.50** | **$8,936.29** | **$0.00** | **$300,269.50** | **$8,936.29** | **$309,205.79** |
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 2159) | *(Interim)* 04/01/20 – 06/30/20 | **$10,015.50** | **$718.25** | **$0.00** | **$10,015.50** | **$718.25** | **$10,733.75** |
| **TOTAL** | | **$966,049.16** | **$29,450.53** | **$0.00** | **$966,049.16** | **$29,450.53** | **$995,499.69** |

38302304.2 04/13/2021