# EXHIBIT A

## INDEX OF PROFESSIONALS' FEE APPLICATIONS

## DEBTORS' PROFESSIONALS

### I.    SAUL EWING ARNSTEIN & LEHR LLP (Counsel to Debtors)

Fourth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 through June 30, 2020 [Docket No. 2152; filed: 03/05/21]

i.    Certification of No Objection for Fourth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2212; filed: 03/26/21]

Related Documents:

A.    Tenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 through April 30, 2020 [Docket No. 1677; filed: 06/22/20]

     i.    Certification of No Objection for Tenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1701; filed: 07/21/20]

B.    Eleventh Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 through May 31, 2020 [Docket No. 1716; filed: 07/30/20]

     i.    Certification of No Objection for Eleventh Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1751; filed: 08/20/20]

C.    Twelfth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 through June 30, 2020 [Docket No. 1748; filed: 08/19/20]

     i.    Certification of No Objection for Twelfth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 1778; filed: 09/09/20]

**II.    KLEHR HARRISON HARVEY BRANZBURG LLP (Special Counsel to Debtors)**

1.    Second Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from October 1, 2019 through November 30, 2019 [Docket No. 2183; filed: 03/12/21]

        i.    Certification of No Objection for Second Interim Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2231; filed: 04/06/21]

        Related Documents:

        A.    Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from October 1, 2019 through October 31, 2019 [Docket No. 1277; filed: 01/02/20]

            i.    Certification of No Objection for Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1411; filed: 02/14/20]

        B.    Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from November 1, 2019 through November 30, 2019 [Docket No. 1278; filed: 01/02/20]

            i.    Certification of No Objection for Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1412; filed: 02/14/20]

2.    Third Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from December 1, 2019 through February 29, 2020 [Docket No. 2184; filed: 03/12/21]

        i.    Certification of No Objection for Third Interim Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2232; filed: 04/06/21]

        Related Documents:

        A.    Combined Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from December 1, 2019 through February 29, 2020 [Docket No. 1549; filed: 04/02/20]

        i.      Certification of No Objection for Combined Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 1799; filed: 09/29/20]

**III.    CENTURION SERVICE GROUP, LLC (Auctioneer to the Debtors)**

First and Final Supplemental Fee Application of Centurion Service Group, LLC, Auctioneer to the Debtors, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 2142; filed: 03/04/21]

i.    Certification of No Objection for First and Final Supplemental Fee Application of Centurion Service Group, LLC [Docket No. 2211; filed: 03/25/21]

## COMMITTEE'S PROFESSIONALS

**IV.    SILLS CUMMIS & GROSS P.C. (Counsel to the Official Committee of Unsecured Creditors)**

Fourth Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from April 1, 2020 through June 30, 2020 [Docket No. 2158; filed: 03/08/21]

i.    Certification of No Objection for Fourth Quarterly Application of Sills Cummis & Gross P.C. [Docket No. 2225; filed: 03/31/21]

    Related Documents:

A.    Tenth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2020 through April 30, 2020 [Docket No. 1664; filed: 06/10/20]

        i.    Certification of No Objection for Tenth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1683; filed: 07/01/20]

B.    Eleventh Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2020 through May 31, 2020 [Docket No. 1732; filed: 08/07/20]

        i.    Certification of No Objection for Eleventh Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1762; filed: 08/28/20]

C.    Twelfth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for

Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2020 through June 30, 2020 [Docket No. 1733; filed: 08/07/20]

     i.     Certification of No Objection for Twelfth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 1763; filed: 08/28/20]

**V.    FOX ROTHSCHILD LLP (Delaware Counsel to the Official Committee of Unsecured Creditors)**

Fourth Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period April 1, 2020 through June 30, 2020 [Docket No. 2159; filed: 03/08/21]

i.     Certification of No Objection for Fourth Interim Fee Application of Fox Rothschild LLP [Docket No. 2226; filed: 03/31/21]

     Related Documents:

A.     Ninth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period April 1, 2020 through April 30, 2020 [Docket No. 1627; filed: 05/15/20]

     i.     Certification of No Objection for Ninth Monthly Fee Application of Fox Rothschild LLP [Docket No. 1661; filed: 06/05/20]

B.     Tenth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period May 1, 2020 through May 31, 2020 [Docket No. 1670; filed: 06/16/20]

     i.     Certification of No Objection for Tenth Monthly Fee Application of Fox Rothschild LLP [Docket No. 1687; filed: 07/07/20]

C.     Eleventh Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period June 1, 2020 through June 30, 2020 [Docket No. 1705; filed: 07/22/20]

     i.     Certification of No Objection for Eleventh Monthly Fee Application of Fox Rothschild LLP [Docket No. 1737; filed: 08/12/20]

38047199.1 04/14/2021