**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) **Re: Docket No. 2263** |

**NOTICE OF <u>AMENDED</u>[2] AGENDA FOR VIDEO HEARING SCHEDULED FOR**
**APRIL 16, 2021 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE**
**<u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELED**

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsfuiurDIuEk51fsHgDmAc3KTnctQ98rc

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 4:00 P.M. (ET) ON APRIL 15, 2021**

**<u>RESOLVED MATTERS</u>:**

1.      Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities [Docket No. 1888; filed: 11/12/20]

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     **All Amended Agenda items appear in bold.**

Response Deadline:  December 14, 2020 at 4:00 p.m.; extended for the MBNF Non-Debtor Entities.

Responses Received:

A.      Reservation of Rights of Master Landlords [Docket No. 1971; filed: 12/11/20]

Related Documents:

B.      Notice of Filing of Proposed Order Approving Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Compel Production of Documents from the MBNF Non-Debtor Entities [Docket No. 1892; filed: 11/13/20]

C.      Order Appointing Mediator in Connection with Discovery Disputes [Docket No. 1943; signed and docketed: 12/01/20]

Status: This matter was resolved by stipulation among the parties.

2.      Joint Motion of the Debtors and the Official Committee of Unsecured Creditors For Approval of Consent Order Regarding Committee Discovery of Debtors and Related Relief Regarding the Application and Waiver of Privileges [Docket No. 1891; filed: 11/12/20]

Response Deadline:  December 14, 2020 at 4:00 p.m.; extended for the MBNF Non-Debtor Entities

Responses Received:

A.      Reservation of Rights of Master Landlords [Docket No. 1971; filed: 12/11/20]

Related Documents:

B.      Order Appointing Mediator in Connection with Discovery Disputes [Docket No. 1943; signed and docketed: 12/01/20]

Status: This matter was resolved by stipulation among the parties.

3.      Motion of Master Landlords to Modify the Automatic Stay [Docket No. 2127; filed: 02/26/21]

Response Deadline:  March 12, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 2190; filed: 03/15/21

38370280.1 04/15/2021

B.      Order Modifying the Automatic Stay [Docket No. 2191; signed and docketed: 03/16/21]

Status: On March 16, 2021, the Court entered an order approving this motion.

## CONTINUED MATTERS:

4.      Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2045; filed: 01/22/21]

Response Deadline:  February 5, 2021 at 4:00 p.m.

Responses Received:

A.      Informal response from Cardinal Health 414, LLC

B.      Informal response from Radiation Oncologists, PA

C.      Response from Harvard Cardiovascular, Inc. [Docket No. 2157; filed: 03/05/21]

Related Documents:

D.      Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2139; signed and docketed: 03/04/21]

E.      Supplemental Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claims of Radiation Oncologists, PA Only [Docket No. 2140; signed and docketed: 03/04/21]

F.      Supplemental Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claim of Harvard Cardiovascular, Inc. Only [Docket No. 2222; signed and docketed: 03/31/21]

Status:  On March 4, 2021, the Court entered orders sustaining the omnibus claim objection as to all claims other than the claims of Harvard Cardiovascular, Inc. ("Harvard") and Cardinal Health 414, LLC ("Cardinal Health").  On March 31, 2021, the Court entered an order sustaining the omnibus claim objection as to the claim of Harvard.  The claim filed by Cardinal Health is the only open matter and is continued to a date to be determined.

5.    Application of PECO Energy Company for Allowance and Payment of Administrative Expenses [Docket No. 2101; filed: 02/17/21]

Response Deadline:  March 1, 2021 at 4:00 p.m.; extended to May 10, 2021 for the Debtors.

Responses Received:

A.    Informal response from the Debtors

Related Documents:

B.    Supplement (corrected first page) to Application of PECO Energy Company for Allowance and Payment of Administrative Expenses [Docket No. 2103; filed: 02/18/21]

C.    Amended Application of PECO Energy Company for Allowance and Payment of Administrative Expenses [Docket No. 2154; filed: 03/05/21]

Status: This matter is continued to the May 17, 2021 omnibus hearing.

6.    Drexel University's Request for Allowance and Payment of Administrative Expense Claim [Docket No. 2178; filed: 03/11/21]

Response Deadline:  March 25, 2021 at 4:00 p.m.; extended to May 10, 2021 for the Debtors.

Responses Received:

A.    Informal response from the Debtors

Related Documents:  None to date

Status: This matter is continued to the May 17, 2021 omnibus hearing.

**CONTESTED MATTER GOING FORWARD:**

7.    Motion of Tenet Business Services Corporation for an Order (I) Confirming that the Automatic Stay Does Not Apply, or (II) in the Alternative, Granting Relief from the Automatic Stay [Docket No. 2162; filed: 03/08/21]

Response Deadline:  March 22, 2021 at 4:00 p.m.

Responses Received:

A.    Response of the Debtors [Docket No. 2199; filed: 03/22/21]

Related Documents:  None

**Status: This matter is continued to the May 17, 2021 omnibus hearing.**

**FEE APPLICATIONS:**

8.      Certification of Counsel Regarding Proposed Omnibus Order Approving Fourth Interim Fee Applications of Saul Ewing Arnstein & Lehr LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Second and Third Interim Applications of Klehr Harrison Harvey Branzburg LLP and the First and Final Supplemental Fee Application of Centurion Service Group, LLC [Docket No. 2256; filed: 04/13/21]

Response Deadline:    See index of the fee applications attached as Exhibit A.

Responses Received:  None

Related Documents:

A.      Omnibus Order Approving Fourth Interim Fee Applications of Saul Ewing Arnstein & Lehr LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Second and Third Interim Applications of Klehr Harrison Harvey Branzburg LLP and the First and Final Supplemental Fee Application of Centurion Service Group, LLC [Docket No. 2262; signed and docketed: 04/14/21]

Status:  On April 14, 2021, the Court entered an order approving the fee applications.

Dated: April 15, 2021

**SAUL EWING ARNSTEIN & LEHR LLP**

By:    /s/ Mark Minuti
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*