# EXHIBIT A

## SUMMARY OF BLENDED RATE

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 11 | $590.00 | $710.66 |
| Junior Partners | 3 | $470.00 | $471.10 |
| Counsel | 1 | $489.00 | $585.00 |
| Senior Associates | 6 | $353.00 | $356.62 |
| Junior Associates | 7 | $296.00 | $311.88 |
| Paralegal | 1 | $248.00 | $225.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $206.00 | $263.48 |
| **Aggregated:** | | **$467.00** | **$444.79** |