# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from February 1, 2021 through February 28, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center | $241.20 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $12,917.04 |
| Legal Research | Westlaw | $3,403.64 |
| Outside Reproduction | Reliable Copy Service – DE | $52.15 |
| **Total** | | **$16,614.03** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2618414 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 03/31/21 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 02/25/2021 | Epiq Relativity eDiscovery Costs | 12,917.04 | |
| | Total Epiq Relativity eDiscovery Costs | | 12,917.04 |
| 02/08/21 | Docket Entries; VENDOR: Pacer Service Center; Access to Federal Court dockets and downloading pleadings | 241.20 | |
| | Total Docket Entries | | 241.20 |
| 02/08/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 01/12/21; Copying of certifications, claim objections and orders and delivery to Clerk of the Court and Chambers | 52.15 | |
| | Total Outside Reproduction | | 52.15 |
| 02/05/21 | Westlaw Legal Research | 344.00 | |
| 02/09/21 | Westlaw Legal Research | 92.88 | |
| 02/11/21 | Westlaw Legal Research | 92.88 | |
| 02/12/21 | Westlaw Legal Research | 357.48 | |
| 02/12/21 | Westlaw Legal Research | 436.32 | |
| 02/15/21 | Westlaw Legal Research | 872.64 | |
| 02/19/21 | Westlaw Legal Research | 557.28 | |
| 02/25/21 | Westlaw Legal Research | 464.40 | |
| 02/26/21 | Westlaw Legal Research | 185.76 | |
| | Total Westlaw Legal Research | | 3,403.64 |
| | CURRENT EXPENSES | | 16,614.03 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 16,614.03 |

38313183.1 04/16/2021