**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | ) Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al.*,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket Nos. 404 and 642** |
| ) | |

## SECOND SUPPLEMENTAL DECLARATION OF MONIQUE B. DISABATINO PURSUANT TO BANKRUPTCY RULE 2014(a)

MONIQUE B. DISABATINO hereby declares:

1. I am a partner in the law firm of Saul Ewing Arnstein & Lehr LLP ("**SEAL**"). I have personal knowledge of the facts stated in this declaration (the "**Supplemental Declaration**") except as expressly stated herein.

2. This Supplemental Declaration is submitted in furtherance of the application of the above-captioned debtors (the "**Debtors**") pursuant to section 327(a) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014 of the Federal Rules of Bankruptcy Procedure, for authority to retain SEAL as counsel to the Debtors [Docket No. 227] (the "**Retention Application**").

3. On June 30, 2019 and July 1, 2019, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of the Bankruptcy Code. The Debtors operate their

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

38363540.1 04/20/2021

businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. On July 17, 2019, the Debtors filed the Retention Application. Attached to the Retention Application was my declaration in support thereof (the "**Initial Declaration**"). As more specifically stated therein, I disclosed in the Initial Declaration that SEAL previously represented, currently represents, and may represent certain parties in interest in matters totally unrelated to these chapter 11 cases. The Court approved the Retention Application by an order entered on August 8, 2019 [Docket No. 404].

5. The Initial Declaration remains true and correct.

6. On September 5, 2019, the Debtors filed the *First Supplemental Declaration of Monique B. DiSabatino Pursuant to Bankruptcy Rule 2014(a)* [D.I. 642] (the "**First Supplemental Declaration**"), through which SEAL disclosed that it was engaged to represent Beazley Insurance Company, Cigna Healthspring, Fonemed LLC and Wa-Spok, in matters wholly unrelated to the Debtors' cases.

7. Recently, SEAL was engaged to represent Intact Specialty Solutions, which is a group of insurance companies that includes Atlantic Specialty Insurance Company, a creditor and party in interest in the Debtors' cases, in matters wholly unrelated to the Debtors' cases.

8. SEAL will continue to supplement its disclosure as additional creditors, equity holders, or parties in interest are identified in these cases.

9. Based upon information available to me, I continue to believe that SEAL is a "disinterested person" within the meaning of the Bankruptcy Code with respect to the matters upon which SEA&L is to be engaged in these chapter 11 cases.

3

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2021

/s/ Monique B. DiSabatino
Monique B. DiSabatino
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6806
monique.disabatino@saul.com