Shawn Williams
909 W Penn Pines Blvd
Aldan PA 19018
Chapter 11
Case No# 19-11466 (MFW)



I strongly object. I received this notice after 04/06/2021. I began as a patient in 2016 the problem arose between 2019 & 2020.

I respectfully ask the court to reconsider and reissue my claim. I did not file a liability claim. I filed a fraud / personal injury / negligence claim against Center city health care. With that being said I do find the hospital negligent for my injuries.

Shawn Williams
4-16-2021

Shawn Williams
323 W Indiana Av
Phila, PA 19133

United States Bankruptcy Court
District of Delaware
824 W. Market Street
Wilmington, Delaware 19801

PHILADELPHIA PA 190
16 APR 2021 PM 7 L

19801-302499

