# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,¹ | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 2205 and 2207** |
| | ) |

**CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER SUSTAINING DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies that:

1. On March 23, 2021, the *Debtors' Sixth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2207] (the "Objection")² was filed with the Court, by which the Debtors sought the entry of an Order disallowing and/or reassigning each of the claims listed on Exhibits A - D to the proposed order attached thereto (the "Proposed Order"). An unredacted version of the Objection was filed under seal [D.I. 2205] pursuant to the *Order Authorizing the Debtors to File under Seal the Unredacted Version of the Debtors' Sixth Omnibus Objection to*

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2238] (the "Seal Order").

2. Pursuant to the notice of the Objection [D.I. 2207], the deadline to respond to the Objection was April 6, 2021 at 4:00 p.m. (the "Objection Deadline").

3. The Objection Deadline passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. On April 20, 2021, after the Objection Deadline passed, a response to the Objection (the "Response") by Mr. Shawn Williams (the "Claimant") was filed on the docket [D.I. 2280].

5. In order to give the Debtors and the Claimant an opportunity to discuss the Response, the Claimant's claim has been removed from the Proposed Order.

6. Attached hereto as **Exhibit "1"** is the revised Proposed Order (the "Revised Order"), which removes the Claimant's claim. Attached hereto as **Exhibit "2"** is a redline of the Proposed Order that reflects the changes to the Proposed Order and its accompanying schedules.

7. The Debtors respectfully request that the Court sign the Proposed Order and direct that it be docketed, without further notice or hearing.

[remainder of page left intentionally blank]

8. Of course, we are available to discuss this matter at the Court's convenience.

| | |
|---|---|
| Dated: April 21, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |

<u>/s/ Monique B. DiSabatino</u>
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*