**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket No. 2202, 2204, 2237 and 2280** |
| ) | |

**CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER SUSTAINING DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies that:

1. On March 23, 2021, the *Debtors' Fifth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2204] (the "Objection")[2] was filed with the Court, by which the Debtors sought entry of the proposed order attached thereto (the "Proposed Order") (a) disallowing certain claims that were filed after the General Bar Date, (b) disallowing certain duplicative claims, (c) disallowing certain amended claims, (d) reassigning certain claims to the correct Debtor, and (e) disallowing certain unsupported claims. An unredacted version of the Objection was filed under seal [D.I. 2202] pursuant to the *Order Authorizing the Debtors' to*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*File under Seal the Unredacted Version of the Debtors' Fifth Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2237] (the "Seal Order").

2.     Pursuant to the notice of the Objection [D.I. 2204], the deadline to respond to the Objection was April 6, 2021, at 4:00 p.m. (the "Objection Deadline").

3.     Prior to the Objection Deadline, the Debtors received an informal response to the Objection from Garda CL Atlantic, Inc. ("Garda CL"). On April 20, 2021, after the Objection Deadline had passed, a response to the Objection (the "Response") by Mr. Shawn Williams ("Mr. Williams") was filed on the docket [D.I. 2280]. No other formal or informal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.     In resolution of Garda CL's informal response to the Objection, and based on discussions between the Debtors and the claimant, the Debtors have removed Garda CL's claims from the Proposed Order. Additionally, in order to give the Debtors and Mr. Williams an opportunity to discuss the Response, Mr. Williams' claim has been removed from the Proposed Order.

5.     Attached hereto as **Exhibit "1"** is the revised Proposed Order (the "Revised Order"), which removes Garda CL's and Mr. Williams' claims. Attached hereto as **Exhibit "2"** is a redline of the Proposed Order that reflects the changes to the Proposed Order and its accompanying schedules.

6.     The Debtors respectfully request that the Court sign the Proposed Order and direct that it be docketed, without further notice or hearing.

7. Of course, we are available to discuss this matter at the Court's convenience.

| | |
|---|---|
| Dated: April 22, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |

<u>/s/  Monique B. DiSabatino</u>
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Shannon A. McGuire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
shannon.mcguire@saul.com

*Counsel for Debtors and Debtors in Possession*

3