# EXHIBIT 2

**Redline Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 2202, 2204 and ~~2246~~____** |
| | ) |

**ORDER SUSTAINING DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(NON-SUBSTANTIVE) PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY**
**CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Debtors' Fifth Omnibus Objection to Claims (Non-Substantive)*

*Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and*

*Local Rule 3007-1* (the "**Objection**"),[2] by which the Debtors request the entry of an order pursuant

to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local

Rule 3007-1, disallowing the Late-Filed Claims, the Duplicate Claims, the Amended Claims and

the Insufficient Documentation Claims set forth on **Exhibits A**, **B**, **C and E** attached hereto,

reassigning the Wrong Debtor Claims set forth on **Exhibit D** attached hereto; and upon

consideration of the Wilen Declaration; and it appearing that the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having

been given under the circumstances; and sufficient cause appearing therefor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained.

2.      The Late-Filed Claims set forth on the attached **Exhibit A** are hereby disallowed in their entirety.

3.      The Duplicate Claims set forth on the attached **Exhibit B** are hereby disallowed in their entirety.

4.      The Amended Claims set forth on the attached **Exhibit C** are hereby disallowed in their entirety.

5.      The Wrong Debtor Claims set forth on the attached **Exhibit D** are hereby reassigned as a claim against the Debtor listed in the column headed "Modified Debtor."

6.      The Insufficient Documentation Claims set forth on the attached **Exhibit E** are hereby disallowed in their entirety.

7.      The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with the terms of this Order.

8.      To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Debtors are unable to resolve the response, each such Disputed Claim, and the Objection by the Debtors to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

9.      Any order entered by the Court regarding the Objection shall be deemed a separate order with respect to each Disputed Claim.

10.      This Order is without prejudice to the rights of the Debtors and any successor entities to: (a) object to any Claims on grounds other than as stated in the Objection if any such

Claim is reconsidered; and (b) object, on any grounds permitted by law or equity, to any claim, whether filed or not, in these cases.

11.     The rights of the Debtors and any successor entities to use any available defenses under section 502 of the Bankruptcy Code, including the assertion of a preference action to set off against or otherwise reduce all or part of any Claim, are preserved.

12.     Any stay of this Order pending appeal by any claimant shall only apply to the contested matter that involves the claimant's specific claim and shall not stay the applicability and/or finality of this Order with respect to all other affected claims.

13.     To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

14.     The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

38231089.8 38231089.9.docx 04/21/2021

## Exhibit A

**Late-Filed Claims**

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 1.    **REDACTED** | 1246 | no amount | 2/5/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 2.    **REDACTED** | 1245 | $3,000.00 | 1/26/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

## Exhibit B

**Duplicate Claims**

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| ~~1.~~ ~~Garda CL Atlantic, Inc.~~ | ~~St. Christopher's Healthcare, LLC~~ | ~~$6,145.41~~ | ~~655~~ | ~~180~~ | ~~Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim.~~ |
| 1. ~~2.~~ GE Precision Healthcare LLC | Center City Healthcare, LLC | $7,660.77 | 821 | 90 and 91 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to some of the documentation attached to each of the Surviving Claims. |
| 2. ~~3.~~ Schuettge, Anna | St. Christopher's Healthcare, LLC | $1,227.23 | 122 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 3. ~~4.~~ Schuettge, Anna | Center City Healthcare, LLC | $1,227.23 | 852 | 528 | "The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against |
| 4. ~~5.~~ Schuettge, Anna | Philadelphia Academic Medical Associates, LLC | $1,227.23 | 13 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Medical Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 5. 6. Schuettge, Anna | HPS of PA, LLC | $1,227.23 | 11 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against HPS of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 6. 7. Schuettge, Anna | TPS II of PA, LLC | $1,227.23 | 49 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS II of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 7. 8. Schuettge, Anna | TPS III of PA, LLC | $1,227.23 | 14 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS III of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 8. 9. Schuettge, Anna | TPS IV of PA, LLC | $1,227.23 | 25 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS IV of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

38231089.8 38231089.9.docx 04/21/2021

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 9. 0. Schuettge, Anna | TPS IV of PA, LLC | $1,227.23 | 26 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS IV of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 10. 1. Schuettge, Anna | SCHC Pediatric Associates, LLC | $1,227.23 | 48 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 11. 2. Schuettge, Anna | SCHC Pediatric Anesthesia Associates, LLC | $1,227.23 | 12 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Associates, LLC, once modified to reflect the correct Debtor as SCHC Pediatric Anesthesia Associates, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 12. 3. Schuettge, Anna | StChris Care of Northeast Pediatrics, LLC | $1,227.23 | 15 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against StChris Care of Northeast Pediatrics, LLC, once modified to reflect the correct Debtor as SCHC Pediatric Anesthesia Associates, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

38231089.8 38231089.9.docx 04/21/2021

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 13. 4. Schuettge, Anna | TPS of PA, LLC | $1,227.23 | 11 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS of PA, LLC, once modified to reflect the correct Debtor as SCHC Pediatric Anesthesia Associates, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 14. 5. Schuettge, Anna | St. Christopher's Pediatric Urgent Care Center, LLC | $1,227.23 | 19 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against St. Christopher's Pediatric Urgent Care Center, LLC, once modified to reflect the correct Debtor as SCHC Pediatric Anesthesia Associates, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 15. 6. Thompson, Cohen | St. Christopher's Healthcare, LLC | $150,000 | 471 | 299 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |

## Exhibit C

**Amended Claims**

| AMENDED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. Roche Diagnostics Corporation | 382 | 1244 | $139,144.42 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 2. Roche Diagnostics Corporation | 181 | 758 | $8,648.05 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

## Exhibit D

**Wrong Debtor Claims**

| | | | | | | |
|---|---|---|---|---|---|---|
| | **WRONG DEBTOR CLAIMS** | | | | | |
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 1. | EBSCO Industries, Inc. | 1140 | $60,541.47 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 2. | Kieran McKenna Flooring, Inc. | 70 | $20,188.00 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 3. | Schuettge, Anna | 852 | $1,227.23 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 4. | Schuettge, Anna | 13 | $1,227.23 | Philadelphia Academic Medical Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 5. | Schuettge, Anna | 11 | $1,227.23 | HPS of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 6. | Schuettge, Anna | 49 | $1,227.23 | TPS II of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 7. | Schuettge, Anna | 14 | $1,227.23 | TPS III of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |

| | | | WRONG DEBTOR CLAIMS | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 8. | Schuettge, Anna | 25 | $1,227.23 | TPS IV of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 9. | Schuettge, Anna | 26 | $1,227.23 | TPS IV of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 10. | Schuettge, Anna | 48 | $1,227.23 | SCHC Pediatric Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 11. | Schuettge, Anna | 12 | $1,227.23 | SCHC Pediatric Anesthesia Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 12. | Schuettge, Anna | 15 | $1,227.23 | StChris Care of Northeast Pediatrics, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 13. | Schuettge, Anna | 11 | $1,227.23 | TPS of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 14. Schuettge, Anna | 19 | $1,227.23 | St. Christopher's Pediatric Urgent Care Center, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |

**<u>Exhibit E</u>**

**Insufficient Documentation Claims**

| Insufficient Documentation Claims | | | | |
|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. | REDACTED | St. Christopher's Healthcare, LLC | 620 | $1,500,000.00 | Claim is not reflected in Debtors' Books and Records and the claim does not attach any documentation to establish prima facie validity.  Following discussions, the claimant indicated that he did not have any documents to support this claim and would withdraw the claim. |
| 2. | REDACTED | Center City Healthcare, LLC | 441 | $8,000 | Claim is not reflected in Debtors' Books and Records and the claim does not attach any documentation to establish prima facie validity.  Discussions with the Claimant have indicated that claimant does not intend to pursue this claim. |
| 3. | REDACTED | Center City Healthcare, LLC | 840 | $500,000.00 | Claim is not reflected in Debtors' Books and Records, the Claimant has not responded to Debtors' repeated requests for supporting documentation, and the claim does not attach any documentation to establish prima facie validity. |
| 4. | REDACTED | Philadelphia Academic Health System, LLC | 133 | $10,000,00.00 | Claim is not reflected in Debtors' Books and Records and the claim does not attach sufficient documentation to establish prima facie validity. Claimant's counsel has further indicated that the Claimant no longer wishes to pursue this claim. |
| 5. | REDACTED | St. Christopher's Healthcare, LLC | 245 | $50,000.00 | Claim is not reflected in Debtors' Books and Records, the Claimant has not responded to Debtors' repeated requests for supporting documentation, and the claim does not attach any documentation to establish prima facie validity. |

| Insufficient Documentation Claims | | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 6. | **REDACTED** | St. Christopher's Healthcare, LLC | 246 | $50,000.00 | Claim is not reflected in Debtors' Books and Records, the Claimant has not responded to Debtors' repeated requests for supporting documentation, and the claim does not attach any documentation to establish prima facie validity. |
| 7. | **REDACTED** | Center City Healthcare, LLC | 958 | $10,000,000.00 | Claim is not reflected in Debtors' Books and Records, the Claimant has not responded to Debtors' repeated requests for supporting documentation, and the claim does not attach sufficient documentation to establish prima facie validity. |
| 8. | **REDACTED** | Center City Healthcare, LLC | 841 | $500,000.00 | Claim is not reflected in Debtors' Books and Records, the Claimant has not responded to Debtors' repeated requests for supporting documentation, and the claim does not attach any documentation to establish prima facie validity. |
| ~~9.~~ | ~~**REDACTED**~~ | ~~Center City Healthcare, LLC~~ | ~~569~~ | ~~$500,000~~ | ~~Claim is not reflected in Debtors' Books and Records, the Claimant has not responded to Debtors' repeated requests for supporting documentation, and the claim does not attach sufficient documentation to establish prima facie validity. Claim is also subject to objection on other grounds, as reflected in the Debtors' 6th omnibus objection, because the claim is premised on an alleged cause of action that arose prior to the Debtors' acquisition of the hospitals.~~ |