**Exhibit A**

**No Liability Claims**

| | **No Liability Claims** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 1 | Biocompatibles, Inc. | 639 | Center City Healthcare, LLC | $- | $- | $- | $- | $165,000.00 | $165,000.00 | Claimant's claim was satisfied upon the assumption and assignment of the parties' contract to STC OpCo, LLC in connection with the sale of substantially all assets of St. Christopher's Healthcare, LLC and certain of its affiliates, as reflected in Docket No. 1219. |
| 2 | Global Healthcare Exchange, LLC | 50 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $56,823.42 | $56,823.42 | Claim was paid in connection with critical trade agreement by wire payment made on 1/15/2020 (Transaction No. TRN#200115202483). |