**Exhibit B**

**Misclassified Claims**

| | | | | Filed Claim Amount ($) and Priority Status | | | | | Modified Priority Status | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Priority | Secured | 503(b)(9) | Unsecured | Total | Priority | Secured | 503(b)(9) | Unsecured | Total | Reason for Modification |
| | | | | | | | | **Misclassified Claims** | | | | | | |
| 1 | Benco Dental Supply Co. | 87 | St. Christopher's Healthcare, LLC | $12,138.15 | $- | $12,138.15 | $78,315.53 | $102,591.83 | $- | $- | $12,138.15 | $90,453.68 | $102,591.83 | Claim documents and Debtors' books and records reflect support only for 503(b)(9) status and not any other priority status. |
| 2 | CooperSurgical, Inc. | 3 | Philadelphia Academic Health System, LLC[1] | $- | Not specified | $- | $5,706.52 | $5,706.52 | $- | $- | $- | $5,706.52 | $5,706.52 | Claim documents and Debtors' books and records do not reflect support for a secured claim. |
| 3 | CooperSurgical, Inc. | 4 | Philadelphia Academic Health System, LLC[2] | $- | Not specified | $- | $3,933.58 | $3,933.58 | $- | $- | $- | $3,933.58 | $3,933.58 | Claim documents and Debtors' books and records do not reflect support for a secured claim. |
| 4 | CooperSurgical, Inc. | 12 | St. Christopher's Healthcare, LLC | $- | Not specified | $- | $3,258.49 | $3,258.49 | $- | $- | $- | $3,258.49 | $3,258.49 | Claim documents and Debtors' books and records do not reflect support for a secured claim. |
| 5 | GE Precision Healthcare LLC | 90 | Center City Healthcare, LLC | $- | $- | $- | $200,312.37 | $200,312.37 | $- | $- | $3,830.40 | $196,481.97 | $ 200,312.37 | Modified claim reflects agreed resolution with claimant as to appropriate priority status of claim. |

---

[1] This claim has been reassigned to Center City Healthcare, LLC, pursuant to *Order Sustaining Debtors' Third Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(B) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2137].

[2] This claim has been reassigned to Center City Healthcare, LLC, pursuant to *Order Sustaining Debtors' Third Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(B) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2137].