# Exhibit C

**Modified Amount and Classification Claims**

| | | | | Filed Claim Amount ($) and Priority Status | | | | | Modified Claim Amount ($) and Priority Status | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Priority | Secured | Admin. | Unsecured | Total | Priority | Secured | Admin. | Unsecured | Total | Reason for Modification |
| | **Modified Amount and Classification Claims** | | | | | | | | | | | | | |
| 1 | Temple University Hospital, Inc | 163 | St. Christopher's Healthcare, LLC | $- | $- | $14,669.05 | $23,537.34 | $38,206.39 | $- | $- | $- | $23,537.34 | $23,537.34 | The administrative expense portion of this claim, in the amount of $14,669.05, was already allowed pursuant to Court order [D.I. 1793], and such amount was paid on 9/30/2020 by wire 0930I1B7031R025045. |
| 2 | Temple University Hospital, Inc | 19 | SCHC Pediatric Associates, L.L.C. | $- | $- | $506,806.12 | $829,716.58 | $1,336,522.70 | $- | $- | $- | $829,716.58 | $829,716.58 | Claimant's post-petition administrative claims were resolved and allowed pursuant to a Court order entered on 9/28/2020 [D.I. 1793] and such agreed amounts were paid on 9/30/2020 by wire 0930I1B7031R025045. |