**Exhibit D**

**Modified Amount Claims**

| | | | | **Modified Amount Claims** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | **Filed Claim Amount ($)** | | | | | **Modified Claim Amount ($)** | | | | Reason for Modification |
| | | | | Priority | Secured | Section 503(b)(9) | Unsecured | Total | Priority | Secured | Section 503(b)(9) | Unsecured | Total | |
| 1 | GP Energy Products LLC | 1 | St. Christopher's Healthcare LLC | $- | $- | $- | $69,057.75 | $69,057.75 | $- | $- | $- | $57,433.14 | $57,433.14 | The claim is reduced, with the agreement of the claimant, to remove disputed financing charges. |
| 2 | Spok, Inc | 218 | Center City Healthcare, LLC | $- | $- | $- | $39,444.92 | $39,444.92 | $- | $- | $- | $30,964.79 | $30,964.79 | Asserted claim amount is based on a pro-rata calculation (1/1/19 - 6/30/19 = $39,444.92). Modification reflects corrected pro-rata figure (1/1/19 - 6/30/19 = $30,964.79). |
| 3 | USA-Clean, Inc. | 289 | Center City Healthcare, LLC | $- | $- | $- | $42,610.00 | $42,610.00 | $- | $- | $- | $900.01 | $900.01 | Of the total asserted claim, $41,709.99 relates to invoices directed to Sodexo Operations, LLC and not to a Debtor entity. Only the remaining balance, in the amount of $900.01, relates to invoices directed to the Debtors. |