## Exhibit A

**Late-Filed Claims**

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 1. **REDACTED** | 1246 | no amount | 2/5/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 2. **REDACTED** | 1245 | $3,000.00 | 1/26/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |