**Exhibit B**

**Duplicate Claims**

| | **Duplicate Claims** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 1. | GE Precision Healthcare LLC | Center City Healthcare, LLC | $7,660.77 | 821 | 90 and 91 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to some of the documentation attached to each of the Surviving Claims. |
| 2. | Schuettge, Anna | St. Christopher's Healthcare, LLC | $1,227.23 | 122 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 3. | Schuettge, Anna | Center City Healthcare, LLC | $1,227.23 | 852 | 528 | "The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Center City Healthcare, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against |
| 4. | Schuettge, Anna | Philadelphia Academic Medical Associates, LLC | $1,227.23 | 13 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against Philadelphia Academic Medical Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 5. | Schuettge, Anna | HPS of PA, LLC | $1,227.23 | 11 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against HPS of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

| | **Duplicate Claims** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 6. | Schuettge, Anna | TPS II of PA, LLC | $1,227.23 | 49 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS II of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 7. | Schuettge, Anna | TPS III of PA, LLC | $1,227.23 | 14 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS III of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 8. | Schuettge, Anna | TPS IV of PA, LLC | $1,227.23 | 25 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS IV of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 9. | Schuettge, Anna | TPS IV of PA, LLC | $1,227.23 | 26 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS IV of PA, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

| Duplicate Claims | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 10. Schuettge, Anna | SCHC Pediatric Associates, LLC | $1,227.23 | 48 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Associates, LLC, once modified to reflect the correct Debtor as St. Christopher's Healthcare, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 11. Schuettge, Anna | SCHC Pediatric Anesthesia Associates, LLC | $1,227.23 | 12 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against SCHC Pediatric Associates, LLC, once modified to reflect the correct Debtor as SCHC Pediatric Anesthesia Associates, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 12. Schuettge, Anna | StChris Care of Northeast Pediatrics, LLC | $1,227.23 | 15 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against StChris Care of Northeast Pediatrics, LLC, once modified to reflect the correct Debtor as SCHC Pediatric Anesthesia Associates, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 13. Schuettge, Anna | TPS of PA, LLC | $1,227.23 | 11 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against TPS of PA, LLC, once modified to reflect the correct Debtor as SCHC Pediatric Anesthesia Associates, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |

| | **Duplicate Claims** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 14. | Schuettge, Anna | St. Christopher's Pediatric Urgent Care Center, LLC | $1,227.23 | 19 | 528 | The Debtor's Books and Records reflect that the Duplicate Claim originally asserted against St. Christopher's Pediatric Urgent Care Center, LLC, once modified to reflect the correct Debtor as SCHC Pediatric Anesthesia Associates, LLC (as reflected in Exhibit D to the Objection), is identical to the Surviving Claim asserted against St. Christopher's Healthcare, LLC. |
| 15. | Thompson, Cohen | St. Christopher's Healthcare, LLC | $150,000 | 471 | 299 | The Debtor's Books and Records reflect that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |