**Exhibit C**

**Amended Claims**

| | **AMENDED CLAIMS** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. | Roche Diagnostics Corporation | 382 | 1244 | $139,144.42 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 2. | Roche Diagnostics Corporation | 181 | 758 | $8,648.05 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |