**Exhibit D**

**Wrong Debtor Claims**

| | | | | | | |
|---|---|---|---|---|---|---|
| | **WRONG DEBTOR CLAIMS** | | | | | |
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 1. | EBSCO Industries, Inc. | 1140 | $60,541.47 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 2. | Kieran McKenna Flooring, Inc. | 70 | $20,188.00 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor. |
| 3. | Schuettge, Anna | 852 | $1,227.23 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 4. | Schuettge, Anna | 13 | $1,227.23 | Philadelphia Academic Medical Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 5. | Schuettge, Anna | 11 | $1,227.23 | HPS of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 6. | Schuettge, Anna | 49 | $1,227.23 | TPS II of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 7. | Schuettge, Anna | 14 | $1,227.23 | TPS III of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |

| | **WRONG DEBTOR CLAIMS** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 8. | Schuettge, Anna | 25 | $1,227.23 | TPS IV of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor. This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 9. | Schuettge, Anna | 26 | $1,227.23 | TPS IV of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor. This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 10. | Schuettge, Anna | 48 | $1,227.23 | SCHC Pediatric Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor. This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 11. | Schuettge, Anna | 12 | $1,227.23 | SCHC Pediatric Anesthesia Associates, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor. This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 12. | Schuettge, Anna | 15 | $1,227.23 | StChris Care of Northeast Pediatrics, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor. This claim is also subject to objection on other grounds as reflected in Exhibit B. |
| 13. | Schuettge, Anna | 11 | $1,227.23 | TPS of PA, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor. This claim is also subject to objection on other grounds as reflected in Exhibit B. |

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| 14. Schuettge, Anna | 19 | $1,227.23 | St. Christopher's Pediatric Urgent Care Center, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records and documentation attached to claim do not support assertion of the claim against the asserted Debtor.  This claim is also subject to objection on other grounds as reflected in Exhibit B. |