**Exhibit E**

**Insufficient Documentation Claims**

| | **Insufficient Documentation Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. | **REDACTED** | St. Christopher's Healthcare, LLC | 620 | $1,500,000.00 | Claim is not reflected in Debtors' Books and Records and the claim does not attach any documentation to establish prima facie validity. Following discussions, the claimant indicated that he did not have any documents to support this claim and would withdraw the claim. |
| 2. | **REDACTED** | Center City Healthcare, LLC | 441 | $8,000 | Claim is not reflected in Debtors' Books and Records and the claim does not attach any documentation to establish prima facie validity. Discussions with the Claimant have indicated that claimant does not intend to pursue this claim. |
| 3. | **REDACTED** | Center City Healthcare, LLC | 840 | $500,000.00 | Claim is not reflected in Debtors' Books and Records, the Claimant has not responded to Debtors' repeated requests for supporting documentation, and the claim does not attach any documentation to establish prima facie validity. |
| 4. | **REDACTED** | Philadelphia Academic Health System, LLC | 133 | $10,000,00.00 | Claim is not reflected in Debtors' Books and Records and the claim does not attach sufficient documentation to establish prima facie validity. Claimant's counsel has further indicated that the Claimant no longer wishes to pursue this claim. |
| 5. | **REDACTED** | St. Christopher's Healthcare, LLC | 245 | $50,000.00 | Claim is not reflected in Debtors' Books and Records, the Claimant has not responded to Debtors' repeated requests for supporting documentation, and the claim does not attach any documentation to establish prima facie validity. |

| | **Insufficient Documentation Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 6. | **REDACTED** | St. Christopher's Healthcare, LLC | 246 | $50,000.00 | Claim is not reflected in Debtors' Books and Records, the Claimant has not responded to Debtors' repeated requests for supporting documentation, and the claim does not attach any documentation to establish prima facie validity. |
| 7. | **REDACTED** | Center City Healthcare, LLC | 958 | $10,000,000.00 | Claim is not reflected in Debtors' Books and Records, the Claimant has not responded to Debtors' repeated requests for supporting documentation, and the claim does not attach sufficient documentation to establish prima facie validity. |
| 8. | **REDACTED** | Center City Healthcare, LLC | 841 | $500,000.00 | Claim is not reflected in Debtors' Books and Records, the Claimant has not responded to Debtors' repeated requests for supporting documentation, and the claim does not attach any documentation to establish prima facie validity. |