# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) **Re: Docket Nos. 2255 and 2299**<br>) |

## ORDER APPROVING STIPULATION BETWEEN DEBTORS AND BECKMAN COULTER, INC. REGARDING ALLOWED CLAIMS

Upon consideration of the *Stipulation between Debtors and Beckman Coulter, Inc. Regarding Allowed Claims* (the "**Stipulation**"),[1] attached hereto as **Exhibit "1"**; and the Court having jurisdiction over the matters raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

38328830.3 04/29/2021

1. The Stipulation is approved.

2. On account of, and in full satisfaction of, the Asserted SCH Claims, Beckman shall have allowed claims, as follows:

    a. Claim 572 shall be an allowed claim against SCH in the total amount of $55,983.49, the entirety of which shall be a general unsecured claim.

    b. Claim 574 shall be an allowed claim against SCH in the amount of $81,715.86, $16,092.01 of which shall be an administrative expense claim under section 503(b)(9) of the Bankruptcy Code, and $65,623.85 of which shall be a general unsecured claim.

3. Other than the Allowed Claims, Beckman shall have no other allowed claims against any of the Debtors, whether filed or scheduled, including, but not limited to, claims arising under the Lease Agreements. Beckman shall not be entitled to any distributions from any of the Debtors, their estates or any of the Debtors' successors, other than on account of the Allowed Claims. Beckman shall not amend any previously filed claims and shall not assert any additional claims against any of the Debtors on account of pre-petition or post-petition periods.

4. The Debtors and their claims agent are authorized to take any and all actions necessary to effectuate the Stipulation.

5. This Court shall retain jurisdiction over the Parties with respect to all matters arising from or related to the implementation of this Order.

6. This Order is effective immediately upon entry.

Dated: April 29th, 2021  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

38328830.3 04/29/2021