# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al.*,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket No. 340, 936, 1361, 1595, 1699, 1870, and 2062** |
| ) | |

## NOTICE OF FILING AND SERVICE OF DEBTORS' SEVENTH ORDINARY COURSE PROFESSIONAL QUARTERLY STATEMENT

**PLEASE TAKE NOTICE** that on August 2, 2019, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, Nunc Pro Tunc to the Petition Date* [Docket No. 340] (the "OCP Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 3(g) of the OCP Order, on April 29, 2021, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), (i) filed the *Debtors' Seventh Ordinary Course Professional Quarterly Statement for the period January 1, 2021 to March 31, 2021* (the "Seventh OCP Quarterly Statement"), which is attached hereto as **Exhibit A**, and (ii) served copies of this Notice and the Seventh OCP Quarterly Statement on the Interested Parties in accordance with the OCP Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the OCP Order.

38424091.1.docx 04/29/2021

**PLEASE TAKE FURTHER NOTICE** that any objections to the payments made to the Ordinary Course Professionals, as reflected in the Seventh OCP Quarterly Statement, must be filed with the Court, and at the same time served upon the Interested Parties, on or before **May 13, 2021 at 4:00 p.m. (EST)**.

Dated: April 29, 2021

                                         **SAUL EWING ARNSTEIN & LEHR LLP**

                          By: */s/ Monique B. DiSabatino*
                               Mark Minuti (DE Bar No. 2659)
                               Monique B. DiSabatino (DE Bar No. 6027)
                               1201 N. Market Street, Suite 2300
                               P.O. Box 1266
                               Wilmington, DE 19899
                               Telephone: (302) 421-6840
                               Fax: (302) 421-5873
                               mark.minuti@saul.com
                               monique.disabatino@saul.com

                                       -and-

                               Jeffrey C. Hampton
                               Adam H. Isenberg
                               Melissa A. Martinez
                               Centre Square West
                               1500 Market Street, 38th Floor
                               Philadelphia, PA 19102
                               Telephone: (215) 972-7777
                               Fax: (215) 972-7725
                               jeffrey.hampton@saul.com
                               adam.isenberg@saul.com
                               melissa.martinez@saul.com

                               *Counsel for Debtors and Debtors in Possession*