IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | |
| *et al.*,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF GREGORY F. PESCE

**PLEASE TAKE NOTICE** that Kirkland & Ellis LLP (together with its affiliated entity Kirkland & Ellis International LLP, collectively, "K&E") and Pachulski Stang Ziehl & Jones LLP ("PSZJ") are counsel for Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC ("Tenet and Conifer") in the above captioned cases.

**PLEASE TAKE FURTHER NOTICE** that, on or around July 1, 2019, Gregory F. Pesce, Esquire, of K&E, appeared on behalf of the Tenet and Conifer in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Tenet and Conifer hereby gives notice of the withdrawal of the appearance of Gregory F. Pesce, Esquire.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

DOCS_DE:233752.3 35893/001

**PLEASE TAKE FURTHER NOTICE** that Tenet and Conifer also requests that Gregory F. Pesce, Esquire be removed from all service lists in the above-captioned chapter 11 cases, including the Court's CM/ECF electronic notification list effective immediately.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel from K&E and PSZJ will continue as counsel to Tenet and Conifer.

| | |
|---|---|
| Dated: April 30, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| |       tcairns@pszjlaw.com |
| | |
| | -and- |
| | |
| | KIRKLAND & ELLIS LLP |
| | Stephen C. Hackney, P.C. |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: stephen.hackney@kirkland.com |
| |       gregory.pesce@kirkland.com |
| | |
| | -and- |
| | |
| | KIRKLAND & ELLIS LLP |
| | Nicole L. Greenblatt, P.C. |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: nicole.greenblatt@kirkland.com |
| | |
| | *Counsel to Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC* |