**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2243** |

**CERTIFICATE OF NO OBJECTION REGARDING THE NINETEENTH
MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
<u>JANUARY 1, 2021 THROUGH JANUARY 31, 2021</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Nineteenth Monthly Fee Application of Sills Cummis & Gross P.C. ("<u>Sills</u>") for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period January 1, 2021 through January 31, 2021 (the "<u>Application</u>") [D.I. 2243], filed on April 8, 2021. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than April 29, 2021 at 4:00 p.m. ET.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Pursuant to this Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on August 2, 2019 (the "Interim Compensation Order") [D.I. 341], the Debtors are authorized and directed to pay Sills $46,497.82 (the sum of $45,200.00, which represents 80% of the fees for the period January 1, 2021 through January 31, 2021, and $1,297.82 which represents 100% of the expenses requested in the Application for the same period) upon the filing of this certification and without the need of a court order.

Dated: May 3, 2021                                      Respectfully submitted,

                                                        /s/ Seth A. Niederman
                                                        Seth A. Niederman (No. 4588)
                                                        **FOX ROTHSCHILD LLP**
                                                        919 North Market Street, Suite 300
                                                        Wilmington, DE 19899-2323
                                                        Telephone: (302) 654-7444
                                                        Facsimile: (302) 656-8920
                                                        E-mail: sniederman@foxrothschild.com

                                                        -and-

                                                        Andrew H. Sherman (admitted *pro hac vice*)
                                                        Boris I. Mankovetskiy (admitted *pro hac vice*)
                                                        **SILLS CUMMIS & GROSS P.C.**
                                                        One Riverfront Plaza
                                                        Newark, NJ 07102
                                                        Telephone: (973) 643-7000
                                                        Facsimile: (973) 643-6500
                                                        Email: asherman@sillscummis.com
                                                                bmankovetskiy@sillscummis.com


                                                        *Counsel to the Official Committee of*
                                                        *Unsecured Creditors*