**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: May 24, 2021 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**TWENTY FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | March 1, 2021 – March 31, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | $70,375.20  (80% of $87,969.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,375.47 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $895 | 1.5 | $1,342.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $795 | 12.9 | $10,255.50 |
| Clint Kakstys | Member, Real Estate First Bar Admission: 2004 | $675 | 28.3 | $19,102.50 |
| Charles Falletta | Member, Litigation First Bar Admission: 1996 | $595 | 6.0 | $3,570.00 |
| David Cherna | Of Counsel, Real Estate First Bar Admission: 1983 | $625 | 0.2 | $125.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $650 | 6.2 | $4,030.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $625 | 6.6 | $4,125.00 |
| Anna Singer | Associate, Litigation First Bar Admission: 2020 | $325 | 40.4 | $13,130.00 |
| Ariel Brown | Associate, Litigation First Bar Admission: 2018 | $325 | 38.9 | $12,642.50 |
| Frank Gonzalez | Paralegal, Litigation First Bar Admission: N/A | $235 | 83.6 | $19,646.00 |
| **Total Fees at Standard Rates** | | | **224.6** | **$87,969.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **224.6** | **$107,771.00** |

---

[1] Effective October 1, 2020, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $825 to $895; the hourly rate of Boris Mankovetskiy was increased from $750 to $795; the hourly rate of Rachel Brennan was increased from $595 to $650; and the hourly rate of Gregory Kopacz was increased from $550 to $625.  However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 212.0 | $78,924.00 |
| Case Administration (104) | 0.4 | $304.00 |
| Claims Administration and Objections (105) | 4.3 | $3,423.50 |
| Fee/Employment Applications (107) | 4.8 | $3,000.00 |
| Fee/Employment Objections (108) | 0.6 | $375.00 |
| Plan and Disclosure Statement (113) | 0.4 | $358.00 |
| Relief from Stay Proceedings (114) | 2.1 | $1,584.50 |
| **Total Fees at Standard Rate** | **224.6** | **$87,969.00** |
| **Total Fees at $625 Blended Rate[1]** | **224.6** | **$107,771.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendors (UnitedLex) | $2,375.47 |
| **TOTAL** | **$2,375.47** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
|  | **Objections Due: May 24, 2021 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**TWENTY FIRST APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Twenty First Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From March 1, 2021 Through March 31, 2021* (the "Application"), seeking allowance of $70,375.20 (80% of $87,969.00) in fees, *plus* $2,375.47 for reimbursement of actual and necessary expenses, for a total of $72,750.67.

### Background

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

## Summary of Services by Project

A.      Asset Analysis and Recovery (Fees: $78,924.00; Total Hours: 212.0)

This category includes time spent investigating causes of action against certain non-

debtor affiliates and other parties, including time spent: (a) reviewing tens of thousands of documents produced by the Debtors and the MBNF/Freedman non-debtor entities in response to discovery requests, (b) conducting related analysis, (c) addressing discovery, privilege log and other related issues, and (d) communicating with Debtors' counsel and other discovery team members regarding the foregoing and related issues.

B.    <u>Case Administration</u> (Fees: $304.00; Total Hours: 0.4)

This category includes time spent communicating with creditors regarding pending matters, analyzing court pleadings and updating the "critical dates" calendar.

C.    <u>Claims Administration and Objection</u> (Fees: $3,423.50; Total Hours: 4.3)

This category includes time spent: (a) analyzing omnibus claim objections and responses thereto, (b) analyzing motions seeking payment of alleged administrative expense claims, (c) addressing discovery and mediation issues, and (d) communicating with Debtors' counsel and the Committee's financial advisor regarding the foregoing and related issues.

D.    <u>Fee/Employment Applications</u> (Fees: $3,000.00; Total Hours: 4.8)

This category includes time spent preparing Sills' fourth interim fee application.

E.    <u>Fee/Employment Objections</u> (Fees: $375.00; Total Hours: 0.6)

This category includes time spent reviewing the Debtors' professionals' fee applications.

F.    <u>Plan and Disclosure Statement</u> (Fees: $358.00; Total Hours: 0.4)

This category includes time spent communicating with Debtors' counsel regarding plan issues.

G.    <u>Relief from Stay Proceedings</u> (Fees: $1,584.50; Total Hours: 2.1)

This category includes time spent analyzing motions seeking stay relief, responses thereto and related stipulations.

**Conclusion**

7.      Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $70,375.20 (80% of $87,969.00) as compensation, *plus* $2,375.47 for reimbursement of actual and necessary expenses, for a total of $72,750.67, and that such amounts be authorized for payment.

Dated: May 3, 2021
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

122368006.v1

## **VERIFICATION**

STATE OF NEW JERSEY     )
                               ) SS:
COUNTY OF MORRIS        )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                  */s/ Andrew H. Sherman*
                                    Andrew H. Sherman

# Exhibit "A"

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1795955 |
| Date | 04/23/21 |
| 08650118.000001 | - AHS |

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Tom Arnst, Committee Chair
Conifer Health Solutions
3560 Dallas Parkway
Frisco, TX  75034

FEI#22 - 1920331

RE:  Creditors' Committee

**For legal services rendered:**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| **101 - ASSET ANALYSIS AND RECOVERY** | | | | |
| 03/01/21 | ACS | Document review regarding Freedman investigation. | 1.60 | 520.00 |
| 03/02/21 | ACS | Document review regarding Freedman investigation. | 1.80 | 585.00 |
| 03/03/21 | ACS | Document review related to Freedman investigation. | 1.30 | 422.50 |
| 03/04/21 | ACS | Document review regarding Freedman investigation. | 1.80 | 585.00 |
| 03/05/21 | ACS | Document review related to Freedman investigation. | 1.70 | 552.50 |
| 03/07/21 | ACS | Document review related to the Freedman investigation. | 0.40 | 130.00 |
| 03/08/21 | ACS | Document review related to Freedman investigation. | 2.10 | 682.50 |
| 03/09/21 | ACS | Document review related to Freedman investigation. | 1.60 | 520.00 |
| 03/10/21 | ACS | Document review related to Freedman investigation. | 1.40 | 455.00 |
| | | Conference checking in regarding document review relating to Freedman investigation. | 0.30 | 97.50 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1795955 |
| Date | 04/23/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/11/21 | ACS | Document review related to Freedman investigation. | 1.40 | 455.00 |
| 03/12/21 | ACS | Document review related to the Freedman investigation. | 2.40 | 780.00 |
| 03/15/21 | ACS | Document review related to the Freedman investigation. | 2.40 | 780.00 |
| 03/16/21 | ACS | Document review related to the Freedman investigation. | 2.40 | 780.00 |
| 03/17/21 | ACS | Document review regarding Freedman investigation. | 2.20 | 715.00 |
| 03/20/21 | ACS | Document review related to Freedman investigation. | 0.50 | 162.50 |
| 03/21/21 | ACS | Document review relating to Freedman investigation. | 0.50 | 162.50 |
| 03/22/21 | ACS | Document review relating to Freedman investigation. | 1.90 | 617.50 |
| 03/23/21 | ACS | Document review relating to Freedman investigation. | 2.80 | 910.00 |
| 03/24/21 | ACS | Document review related to Freedman investigation. | 1.50 | 487.50 |
| | | Conference regarding document review. | 0.20 | 65.00 |
| 03/25/21 | ACS | Document review related to Freedman investigation. | 1.90 | 617.50 |
| 03/26/21 | ACS | Document review related to Freedman investigation. | 2.60 | 845.00 |
| 03/29/21 | ACS | Document review related to Freedman investigation. | 1.80 | 585.00 |
| 03/30/21 | ACS | Document review relating to Freedman investigation. | 0.80 | 260.00 |
| 03/31/21 | ACS | Document review related to Freedman investigation. | 1.10 | 357.50 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1795955 |
| Date | 04/23/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 03/01/21 | AYB | Document review for potential causes of action. | 3.00 | 975.00 |
| 03/18/21 | AYB | Document review for potential causes of action. | 2.60 | 845.00 |
| | | Document review for potential causes of action. | 2.70 | 877.50 |
| 03/20/21 | AYB | Review of documents for possible causes of action. | 1.50 | 487.50 |
| 03/22/21 | AYB | Document review for potential causes of action. | 4.30 | 1,397.50 |
| | | Review of documents for possible causes of action. | 3.80 | 1,235.00 |
| 03/23/21 | AYB | Review of documents for potential causes of action. | 5.40 | 1,755.00 |
| 03/24/21 | AYB | Conference with R. Brennan and C. Falletta for status of review of documents for possible causes of action. | 0.50 | 162.50 |
| | | Review of documents for potential causes of action. | 4.60 | 1,495.00 |
| 03/25/21 | AYB | Review of documents for possible causes of action. | 5.20 | 1,690.00 |
| 03/26/21 | AYB | Review of documents for possible causes of action. | 4.60 | 1,495.00 |
| 03/29/21 | AYB | Review of documents for possible causes of action. | 0.70 | 227.50 |
| 03/01/21 | BM | Attend to final letter agreement with HSRE regarding document productions. | 0.60 | 477.00 |
| 03/08/21 | BM | Analysis of issues regarding MBNF's supplemental document productions. | 0.90 | 715.50 |
| | | Attend to issues regarding HSRE document productions. | 0.60 | 477.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1795955 |
| Date | 04/23/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/16/21 | BM | Analysis regarding MBNF's document productions. | 1.20 | 954.00 |
| 03/18/21 | BM | Attend to issues regarding Debtors' productions of documents pursuant to consent order. | 0.80 | 636.00 |
| 03/22/21 | BM | Attend to issues regarding MBNF's and Debtors' document productions. | 0.90 | 715.50 |
| 03/24/21 | BM | Analysis regarding MBNF's supplemental document productions. | 1.10 | 874.50 |
| 03/26/21 | BM | Analysis regarding MBNF's and Debtors' document productions. | 0.90 | 715.50 |
| 03/30/21 | BM | Analysis regarding MBNF's and Debtors' supplemental document productions. | 1.40 | 1,113.00 |
| 03/01/21 | CJF | Review status of document review regarding review of formerly withheld privileged documents of non-debtors. | 0.30 | 178.50 |
| | | Review documents with technical issues and analyze issues regarding same. | 0.20 | 119.00 |
| 03/03/21 | CJF | Review status of downloading debtors' production. | 0.10 | 59.50 |
| 03/05/21 | CJF | Review email and letter from H. Liberman regarding MBNF non-debtor production of documents PAHH-017, PAHH--018, and PAHH-019. | 0.10 | 59.50 |
| 03/08/21 | CJF | Analyze issues regarding status of document review. | 0.20 | 119.00 |
| | | Exchange e-mails with M. Carpenter, UnitedLex, regarding uploading, searching, and batching PAHH-017, PAHH-018, and PAHH-019 for review. | 0.20 | 119.00 |
| | | Review status of document review and prepare summary regarding same. | 0.30 | 178.50 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1795955 |
| Date | 04/23/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| | | Prepare saved search of hot documents and exchange emails with R. Brennan regarding same. | 0.30 | 178.50 |
| | | Attend to uploading productions PAHH-017, PAHH-018, and PAHH-019. | 0.40 | 238.00 |
| 03/10/21 | CJF | Analyze issues regarding document review and review issues. | 0.60 | 357.00 |
| | | Prepare e-mail to and review e-mail from M. Carpenter, UnitedLex, regarding review batches from most recent production by MBNF. | 0.20 | 119.00 |
| 03/12/21 | CJF | Analyze issues and create saved search of documents with technical issues. | 0.30 | 178.50 |
| 03/19/21 | CJF | Review production from debtors' counsel and attend to same. | 0.30 | 178.50 |
| 03/22/21 | CJF | Exchange e-mails with M. Carpenter, UnitedLex, regarding loading of debtors' documents into Relativity. | 0.20 | 119.00 |
| | | Prepare e-mail to C. Mears, debtor's counsel, regarding overlay file included in debtors' document production. | 0.10 | 59.50 |
| | | Analyze issues regarding overlay file included in debtors' document production. | 0.20 | 119.00 |
| | | Review debtors' production of additional documents and attend to same. | 0.30 | 178.50 |
| | | Review e-mail and telephone conference with M. Carpenter regarding overlay file from debtors' counsel. | 0.20 | 119.00 |
| 03/23/21 | CJF | Analyze issues regarding document review. | 0.20 | 119.00 |
| 03/24/21 | CJF | Prepare e-mail to M. Carpenter, UnitedLex, regarding PAHH-20 production and loading and batching of documents for review. | 0.10 | 59.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---:|
| Page | 6 |
| Inv# | 1795955 |
| Date | 04/23/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---:|---:|
| | | Prepare PAHH-20 production for loading and batching of documents for review. | 0.20 | 119.00 |
| | | Review updated privilege log and attend to same. | 0.20 | 119.00 |
| | | Analyze issues regarding status of document review. | 0.30 | 178.50 |
| | | Microsoft Teams meeting with review team regarding review status. | 0.30 | 178.50 |
| 03/29/21 | CJF | Review status of document review team. | 0.20 | 119.00 |
| 03/05/21 | CK | Review document production and analyze potential causes of action. | 1.70 | 1,147.50 |
| | | Continue to review document production and analyze potential causes of action. | 1.20 | 810.00 |
| 03/06/21 | CK | Review document production and analyze potential causes of action. | 1.10 | 742.50 |
| | | Additional review of document production and analysis of potential causes of action. | 0.60 | 405.00 |
| 03/07/21 | CK | Review of document production and analysis of potential causes of action. | 2.30 | 1,552.50 |
| 03/10/21 | CK | Review team meeting with R. Brennan et al. | 0.30 | 202.50 |
| 03/11/21 | CK | Review document production and analyze potential causes of action. | 2.30 | 1,552.50 |
| | | Continue to review document production and analyze potential causes of action. | 1.90 | 1,282.50 |
| | | Additional review of document production and analysis of potential causes of action. | 0.80 | 540.00 |
| 03/12/21 | CK | Review of document production and analysis of potential causes of action. | 2.30 | 1,552.50 |
| | | Continue review of document production and analysis of potential causes of action. | 2.10 | 1,417.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 7 |
| Inv# | 1795955 |
| Date | 04/23/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/13/21 | CK | Review document production and analyze potential causes of action. | 0.80 | 540.00 |
| 03/19/21 | CK | Review document production and analyze potential causes of action. | 2.60 | 1,755.00 |
| 03/20/21 | CK | Review document production and analyze potential causes of action. | 1.80 | 1,215.00 |
| 03/21/21 | CK | Review document production and analyze potential causes of action. | 1.30 | 877.50 |
| | | Additional review of document production and analysis of potential causes of action. | 1.90 | 1,282.50 |
| | | Further document production review and analysis of potential causes of action. | 1.20 | 810.00 |
| 03/23/21 | CK | Review document production and analyze potential causes of action. | 0.50 | 337.50 |
| 03/24/21 | CK | Team meeting with R. Brennan et al. | 0.20 | 135.00 |
| 03/28/21 | CK | Review document production and analyze potential causes of action. | 1.40 | 945.00 |
| 03/24/21 | DGC | Sills Team conference call regarding legal issues. | 0.20 | 125.00 |
| 02/08/21 | FG | Telephone conference with R. Brennan related to protocol for document review. | 0.20 | 47.00 |
| 02/09/21 | FG | Review document review protocol in anticipation of reviewing newly found batches of documents. | 1.50 | 352.50 |
| 02/11/21 | FG | Telephone conference with R. Brennan, C. Falletta and document review team regarding review protocol for newly produced documents seeking possible causes of action on behalf of the Creditors' Committee. | 1.10 | 258.50 |
| | | Review documents to determine causes of action post-bankruptcy on behalf of the Creditors' Committee and categorize same. | 2.00 | 470.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 8 |
| Inv# | 1795955 |
| Date | 04/23/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/17/21 | FG | Telephone conference with R. Brennan, C. Falletta and document review team regarding findings in the document review to date. | 0.40 | 94.00 |
| | | Review document production for possible causes of action and categorize same. | 3.20 | 752.00 |
| 02/18/21 | FG | Review and categorize documents related to pre-asset sale agreement due diligence and letters of intent. | 5.60 | 1,316.00 |
| 02/19/21 | FG | Review document production and categorize documents related to pre asset sale agreement due diligence. | 3.40 | 799.00 |
| 02/22/21 | FG | Review document production and categorize documents related to pre asset sale agreement and acquisition of PropCos and OpCos. | 4.70 | 1,104.50 |
| 02/23/21 | FG | Review document production and categorize documents related to pre asset sale agreement and acquisition of PropCos and OpCos. | 4.20 | 987.00 |
| 02/24/21 | FG | Review document production for possible causes of action and categorize same. | 3.60 | 846.00 |
| 03/01/21 | FG | Review post-bankruptcy document review and determine possible causes of action on behalf of the Creditors' Committee and categorize same. | 1.30 | 305.50 |
| 03/02/21 | FG | Review post-bankruptcy document review and determine possible causes of action on behalf of the Creditors' Committee and categorize same. | 2.40 | 564.00 |
| 03/03/21 | FG | Review and categorize documents in post-bankruptcy document productions and determine possible causes of action on behalf of the Creditors' Committee. | 4.40 | 1,034.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 9 |
| Inv# | 1795955 |
| Date | 04/23/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/09/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 2.90 | 681.50 |
| 03/10/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 3.60 | 846.00 |
| | | Participate in status Teams meeting with R. Brennan and C. Falletta. | 0.30 | 70.50 |
| 03/11/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 6.50 | 1,527.50 |
| 03/12/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 4.90 | 1,151.50 |
| 03/19/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 5.10 | 1,198.50 |
| 03/22/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 3.20 | 752.00 |
| 03/23/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 3.80 | 893.00 |
| 03/24/21 | FG | Participate in Teams meeting with R. Brennan and C. Falletta regarding findings in document review. | 0.20 | 47.00 |
| | | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 4.80 | 1,128.00 |
| 03/25/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 1.40 | 329.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 10 |
| Inv# | | 1795955 |
| Date | | 04/23/21 |
| 08650118.000001 | | - AHS |

| **DATE** | **ATTY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 03/26/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 2.40 | 564.00 |
| 03/29/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 2.90 | 681.50 |
| 03/30/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 2.90 | 681.50 |
| 03/31/21 | FG | Review post-bankruptcy document production to determine post-bankruptcy causes of action; categorize documents. | 0.70 | 164.50 |
| 03/08/21 | REB | Review MBNF cover letter and email internally re: same. | 0.70 | 455.00 |
| | | Call with F. Gonzalez re: review of documents produced in connection with mediation discovery stipulation. | 0.30 | 195.00 |
| | | Calls with C. Falletta re: review of documents produced in connection with mediation discovery stipulation. | 0.50 | 325.00 |
| | | Review of documents produced in connection with mediation discovery stipulation. | 0.80 | 520.00 |
| 03/09/21 | REB | Review documents in connection with investigation. | 1.70 | 1,105.00 |
| 03/10/21 | REB | Call with review team re: review of documents produced pursuant to stipulation with Freedman entities. | 0.30 | 195.00 |
| 03/15/21 | REB | Review documents produced by MBNF Non-Debtor Entities. | 1.40 | 910.00 |
| 03/23/21 | REB | Review email from MBNF entities re: production. | 0.20 | 130.00 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 11 |
| Inv# | 1795955 |
| Date | 04/23/21 |
| 08650118.000001   - AHS | |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 03/24/21 | REB | Prepare for and attend internal discovery call. | 0.30 | 195.00 |
| | | **TASK TOTAL 101** | **212.00** | **78,924.00** |

**104 - CASE ADMINISTRATION**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 03/26/21 | AHS | Call from creditor re: status update. | 0.20 | 179.00 |
| 03/07/21 | GAK | Review PECO Motion for administrative expense claim and email A. Sherman regarding same. | 0.10 | 62.50 |
| 03/14/21 | GAK | Review Debtors' Rule 2004 examination request and email A. Sherman regarding same. | 0.10 | 62.50 |
| | | **TASK TOTAL 104** | **0.40** | **304.00** |

**105 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 03/10/21 | AHS | Call with counsel for Debtors re: mediation and discovery issues. | 0.50 | 447.50 |
| 03/11/21 | AHS | Review of administrative claim motion by Drexel and follow up with BRG. | 0.40 | 358.00 |
| 03/05/21 | BM | Analysis regarding PECO's amended motion to compel payment of administrative claim. | 0.30 | 238.50 |
| 03/08/21 | BM | Analysis regarding responses to omnibus claims objections. | 0.70 | 556.50 |
| | | Analysis regarding Tenet's claims regarding reconciliation of accounts receivable under APA. | 0.80 | 636.00 |
| 03/11/21 | BM | Analysis regarding Drexel's motion for allowance and payment of administrative expenses. | 0.70 | 556.50 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 12 |
| Inv# | 1795955 |
| Date | 04/23/21 |
| 08650118.000001 | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/23/21 | BM | Analysis regarding 5th and 6th omnibus claims objections. | 0.40 | 318.00 |
| 03/14/21 | GAK | Review Drexel's Motion for Payment of Admin Claim and email A. Sherman regarding same. | 0.10 | 62.50 |
| | | Review Debtors' proposed stipulation with Philadelphia Urosurgical Associates and email A. Sherman regarding same. | 0.10 | 62.50 |
| 03/27/21 | GAK | Review Debtors' omnibus claim objections and email A. Sherman regarding same. | 0.30 | 187.50 |
| | | **TASK TOTAL 105** | **4.30** | **3,423.50** |

**107 - FEE/EMPLOYMENT APPLICATIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/21 | GAK | Work on interim fee application. | 2.00 | 1,250.00 |
| 03/07/21 | GAK | Work on 4th interim fee application. | 2.60 | 1,625.00 |
| 03/08/21 | GAK | Finalize 4th interim fee application for filing. | 0.20 | 125.00 |
| | | **TASK TOTAL 107** | **4.80** | **3,000.00** |

**108 - FEE/EMPLOYMENT OBJECTIONS**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/07/21 | GAK | Review Debtors' interim fee application and email A. Sherman regarding same. | 0.10 | 62.50 |
| 03/14/21 | GAK | Review Debtors' fee applications and email A. Sherman regarding same. | 0.30 | 187.50 |
| 03/22/21 | GAK | Review Debtors' January fee application and email A. Sherman regarding same. | 0.20 | 125.00 |
| | | **TASK TOTAL 108** | **0.60** | **375.00** |

# SILLS CUMMIS & GROSS
#### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 13 |
| Inv# | | 1795955 |
| Date | | 04/23/21 |
| 08650118.000001 | | - AHS |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **113 - PLAN AND DISCLOSURE STATEMENT** | | | | |
| 03/29/21 | AHS | Follow up with Debtors' counsel re: plan issues, discovery issues and mediation issues. | 0.20 | 179.00 |
| 03/31/21 | AHS | Emails with counsel for Debtors re: plan issues, claims and avoidance actions. | 0.20 | 179.00 |
| | | **TASK TOTAL 113** | **0.40** | **358.00** |
| **114 - RELIEF FROM STAY PROCEEDINGS** | | | | |
| 03/09/21 | BM | Analysis regarding Tenet's motion for stay relief. | 0.90 | 715.50 |
| 03/22/21 | BM | Analysis regarding Debtors' response to Tenet's motion for stay relief. | 0.70 | 556.50 |
| 03/07/21 | GAK | Review Landlords' motion to modify stay and email A. Sherman regarding same. | 0.20 | 125.00 |
| 03/14/21 | GAK | Review Tenet Business Service's motion seeking stay relief and email A. Sherman regarding same. | 0.20 | 125.00 |
| 03/27/21 | GAK | Review proposed stipulation granting stay relief re: personal injury claims and email A. Sherman regarding same. | 0.10 | 62.50 |
| | | **TASK TOTAL 114** | **2.10** | **1,584.50** |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Page | | 14 |
| Inv# | | 1795955 |
| Date | | 04/23/21 |
| 08650118.000001 | | - AHS |

| | | |
|---|---|---|
| Attorney Fees at Standard Rates | 141.00 | $68,323.00 |
| Paralegal Fees at Standard Rate | 83.60 | 19,646.00 |
| **TOTAL FEES at Standard Rates** | **224.60** | **$87,969.00** |
| Attorney Fees at Blended Rate of $625 | 141.00 | $88,125.00 |
| Paralegal Fees at Standard Rate | 83.60 | 19,646.00 |
| **TOTAL FEES at Blended Rate** | **224.60** | **$107,771.00** |

## TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 212.00 | 78,924.00 |
| 104 | Case Administration | 0.40 | 304.00 |
| 105 | Claims Administration and Objections | 4.30 | 3,423.50 |
| 107 | Fee/Employment Applications | 4.80 | 3,000.00 |
| 108 | Fee/Employment Objections | 0.60 | 375.00 |
| 113 | Plan and Disclosure Statement | 0.40 | 358.00 |
| 114 | Relief from Stay Proceedings | 2.10 | 1,584.50 |

| | | |
|---|---|---|
| Attorney Fees at Standard Rates | 141.00 | $68,323.00 |
| Paralegal Fees at Standard Rate | 83.60 | 19,646.00 |
| **TOTAL FEES at Standard Rates** | **224.60** | **$87,969.00** |
| Attorney Fees at Blended Rate of $625 | 141.00 | $88,125.00 |
| Paralegal Fees at Standard Rate | 83.60 | 19,646.00 |
| **TOTAL FEES at Blended Rate** | **224.60** | **$107,771.00** |

## FEE RECAP

| | | | | |
|---|---|---|---|---|
| AHS | Andrew H. Sherman | 1.50 | $895 | 1,342.50 |
| BM | Boris Mankovetskiy | 12.90 | $795 | 10,255.50 |
| CK | Clint Kakstys | 28.30 | $675 | 19,102.50 |
| CJF | Charles J. Falletta | 6.00 | $595 | 3,570.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | |
|---|---|---|---|---|
| | | Page | | 15 |
| | | Inv# | | 1795955 |
| | | Date | | 04/23/21 |
| | | 08650118.000001 | | - AHS |

| | | | | | |
|---|---|---|---|---|---|
| DGC | David G. Cherna | 0.20 | $625 | 125.00 |
| REB | Rachel E. Brennan | 6.20 | $650 | 4,030.00 |
| GAK | Gregory A. Kopacz | 6.60 | $625 | 4,125.00 |
| ACS | Anna C. Singer | 40.40 | $325 | 13,130.00 |
| AYB | Ariel Y. Brown | 38.90 | $325 | 12,642.50 |
| FG | Frank Gonzalez | 83.60 | $235 | 19,646.00 |

|  |  |  |
|---|---|---|
| Attorney Fees at Standard Rates | 141.00 | $68,323.00 |
| Paralegal Fees at Standard Rate | 83.60 | 19,646.00 |
| **TOTAL FEES at Standard Rates** | **224.60** | **$87,969.00** |
| Attorney Fees at Blended Rate of $625 | 141.00 | $88,125.00 |
| Paralegal Fees at Standard Rate | 83.60 | 19,646.00 |
| **TOTAL FEES at Blended Rate** | **224.60** | **$107,771.00** |

## DISBURSEMENT DETAIL

| | | | | |
|---|---|---|---|---|
| 03/22/21 | CJF | Litigation Support Vendors (UnitedLex project management) | | 2,375.47 |
| | | **TOTAL DISBURSEMENTS** | | **$2,375.47** |

## DISBURSEMENT RECAP

| | | |
|---|---|---|
| Litigation Support Vendors (UnitedLex) | | 2,375.47 |
| **TOTAL DISBURSEMENTS** | | **$2,375.47** |
| **TOTAL THIS INVOICE** | | **$90,344.47*** |

*Total includes fees at **Standard Rates**.  Per Retention Application, lesser of fees at *Standard Rates* (**$87,969.00**) and fees at *Blended Rate* of $625 (**$107,771.00**)** apply.

**includes paralegal fees at standard rates