# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline:** May 26, 2021 4:00 p.m. |
| | ) **Hearing Date:** Only if objection is timely filed |

**FIFTEENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | March 1, 2021 through March 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $10,853.55 (80 % of which is $8,682.84) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the fifteenth monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

|  |  | Requested | | Approved | |  |
| --- | --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees [80%]** | **Expenses [100%]** | **Fee Holdback** |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly Filed 2/17/2021 DI No. 2099 | 12/1/2020-12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly Filed 2/22/2021 DI No. 2115 | 1/1/2021-1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly Filed 4/12/2021 DI No. 2251 | 2/1/2021-2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |

**TIME AND COMPENSATION BREAKDOWN**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner<br>Admitted to Bar 1987 | $700.00 | 8.40 | $5,880.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner<br>Admitted to Bar 1987 | $600.00 | 2.80 | $1,680.00 |
| William J. Clements | Litigation - Of Counsel<br>Admitted to Bar 2000 | $425.00 | 1.40 | $595.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal 1997 | $285.00 | 13.70 | $3,904.50 |
| **TOTALS** | | | 26.30 | **$12,059.50** |
| **BLENDED RATE** | | | | **$458.53** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$1,205.95** |
| **GRAND TOTAL** | | | | **$10,853.55** |

PHIL1 9183949v.1

## COMPENSATION BY PROJECT CATEGORY
## MARCH 1, 2021 THROUGH MARCH 31, 2021

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Case Administration | CS/04 | 0.30 | $85.50 |
| Claims Administration and Objections | CL/05 | 12.60 | $8,155.00 |
| Fee/Employment Applications | FE/07 | 12.00 | $3,420.00 |
| Financing | FI/09 | 1.40 | $399.00 |
| **TOTAL** | | **26.30** | **$12,059.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$1,205.95** |
| **GRAND TOTAL** | | | **$10,853.55** |

**EXPENSE SUMMARY**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| There were no expenses for this period. | N/A |
| **TOTAL** | **$0.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) | Case No. 19-11466 (KG) |
| Debtors. | ) ) | (Jointly Administered) |

**FIFTEENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its fifteenth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from March 1, 2021 through March 31, 2021. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

### I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

### II. BACKGROUND

2. On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4. On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5. Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from March 1, 2021 through March 31, 2021 (the "Compensation Period"), totaling 26.30 hours of professional time.

6. Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7. The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $10,853.55. Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8. Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period. Attached hereto as Exhibit "B" is an itemized list of expenses incurred during the compensation period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9. Klehr Harrison accordingly seeks allowance of the sum of $10,853.55 in fees and $0.00 in expenses, for a total of $10,853.55.

10. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $10,853.55 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from March 1, 2021 through March 31, 2021; (b) payment in the total amount of $8,682.84, which represents (i) 80% of the total fees billed ($8,682.84) and (ii) 100% of the expenses incurred ($0.00) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated: May 4, 2021  
Wilmington, Delaware

      /s/ Domenic E. Pacitti  
Domenic E. Pacitti (DE Bar No. 3989)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 North Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone: (302) 426-1189  
Facsimile: (302) 426-9193  
Email: dpacitti@klehr.com

*Special Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1. I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2. I have read the foregoing Fifteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from March 1, 2021 through March 31, 2021 and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3. In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6. Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7. None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8. Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2021 are the rates charged to the Debtors in the Application.

9. The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2021                     /s/ Domenic E. Pacitti
                                                          Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

April 15, 2021

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #: 445111
Client #: 19647
Matter #: 0019

For professional services through March 31, 2021:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

### Case Administration

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/12/21 | MKH | Review case docket and update case calendar re critical dates | .30 | 285.00 | 85.50 |

**Task Total:** **$ 85.50**

### Claims Administration and Objections

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/04/21 | FMC | Review issues with possible Drexel claims and open issues | .20 | 600.00 | 120.00 |
| 3/04/21 | FMC | Review issues with rent creep | .20 | 600.00 | 120.00 |
| 3/04/21 | WJC | Emails from and to D. Pacitti and F. Correll regarding upcoming tasks in investigation of potential claims against Drexel | .20 | 425.00 | 85.00 |
| 3/11/21 | FMC | Review Drexel administrative claim | .30 | 600.00 | 180.00 |
| 3/11/21 | WJC | Emails among counsel and client regarding new Drexel administrative claim and potential response in opposition | .20 | 425.00 | 85.00 |
| 3/12/21 | WJC | Reviewing and analyzing Drexel proofs of claim, including administrative claim, in preparation for conference call with client | .60 | 425.00 | 255.00 |
| 3/15/21 | FMC | Conference call with Drexel team re: administrative claim and interview of Joel Freedman, etc. and next steps | .40 | 600.00 | 240.00 |

19647: Philadelphia Academic Health System, LLC  
0019: Chapter 11

April 15, 2021  
Invoice #: 445111

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 3/15/21 | FMC | Review email from J. Dinome/review attached lawsuit of Drexel v. AAHS and J. Freedman | 1.00 | 600.00 | 600.00 |
| 3/15/21 | FMC | Review administrative claim and attachments | .30 | 600.00 | 180.00 |
| 3/15/21 | FMC | Prepare for call with client | .20 | 600.00 | 120.00 |
| 3/16/21 | DEP | Call with V. Marriott re: Drexel claims | .50 | 700.00 | 350.00 |
| 3/18/21 | DEP | Email exchange with C. McClamb re: stipulation re: Drexel Admin claims | .40 | 700.00 | 280.00 |
| 3/18/21 | DEP | Email exchange with client re: stipulation re: Drexel Admin claims | .20 | 700.00 | 140.00 |
| 3/19/21 | FMC | Review emails re: Drexel administrative claim | .20 | 600.00 | 120.00 |
| 3/19/21 | DEP | Call with S. Uhland re: Drexel POC's and related issues | 1.00 | 700.00 | 700.00 |
| 3/19/21 | WJC | Reviewing stipulation regarding Drexel administrative claim and related emails | .30 | 425.00 | 127.50 |
| 3/22/21 | DEP | Review additional documentation on Drexel claims and analyze same | 5.50 | 700.00 | 3,850.00 |
| 3/22/21 | WJC | Reveling emails to and from client pertaining to Drexel administrative claim | .10 | 425.00 | 42.50 |
| 3/24/21 | DEP | Call with J. Dinome re: Drexel claim and admin claim (.40) / call with V. Marriott re: Drexel admin claim (.40) | .80 | 700.00 | 560.00 |

**Task Total:** $ 8,155.00

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 3/01/21 | MKH | Review invoices for preparation of interim fee applications for October 2019 through October 2020 | 1.40 | 285.00 | 399.00 |
| 3/09/21 | MKH | Draft KHHB Third Interim Fee Application for December 2019-February 2020 and prepare email attaching same to D. Pacitti for review | 1.30 | 285.00 | 370.50 |
| 3/09/21 | MKH | Draft KHHB Fourth Interim Fee Application for April 2020-September 30, 2020 and draft email attaching same to D. Pacitti for review | 1.60 | 285.00 | 456.00 |
| 3/11/21 | MKH | Draft KHHB Fifth Interim Fee Application for October 1, 2020-December 31, 2020, Notice, Charts and Certification; prepare email attaching same to D. Pacitti for review | 1.50 | 285.00 | 427.50 |

| | | | | | |
|---|---|---|---|---|---|
| 19647: Philadelphia Academic Health System, LLC | | | | | April 15, 2021 |
| 0019: Chapter 11 | | | | | Invoice #: 445111 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/11/21 | MKH | Review case docket; draft and prepare CNO re Tenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from Oct. 1, 2020 through Oct. 31, 2020 for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |
| 3/11/21 | MKH | Review case docket; draft and prepare CNO re Eleventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from November 1, 2020 through November 30, 2020 for filing and efile same with Bankruptcy Court | .60 | 285.00 | 171.00 |
| 3/11/21 | MKH | Review case docket; draft and prepare CNO re Twelfth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2020 through December 31, 2020 for filing and efile same with Bankruptcy Court | .60 | 285.00 | 171.00 |
| 3/12/21 | MKH | Revise and finalize Fifth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period October 1, 2020 to December 31, 2020 for filing and efile same with Bankruptcy Court | .90 | 285.00 | 256.50 |
| 3/12/21 | MKH | Revise and finalize Fourth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period April 1, 2020 to September 30, 2020 for filing and efile same with Bankruptcy Court | .80 | 285.00 | 228.00 |
| 3/12/21 | MKH | Revise and finalize Third Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period December 1, 2019 to February 29, 2020 for filing and efile same with Bankruptcy Court | .60 | 285.00 | 171.00 |
| 3/12/21 | MKH | Revise and prepare Second Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period October 1, 2019 to November 30, 2019 for filing and efile same with Bankruptcy Court | .80 | 285.00 | 228.00 |
| 3/12/21 | MKH | Draft and prepare Notice of Withdrawal of Docket Items Entered in Error re Fourth and Fifth Interim Fee Applications for filing and efile same with Bankruptcy Court | .50 | 285.00 | 142.50 |
| 3/23/21 | MKH | Review case docket, draft and prepare CNO re Thirteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from January 1, 2021 through January 31, 2021 for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |

**Task Total:** $ 3,420.00

| 19647: Philadelphia Academic Health System, LLC | April 15, 2021 |
|---|---|
| 0019: Chapter 11 | Invoice #: 445111 |

**Financing**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/09/21 | MKH | Draft KHHB Second Interim for October 1, 2019-November 30, 2019 and prepare email to D. Pacitti attaching same for review | 1.40 | 285.00 | 399.00 |

| | |
|---|---|
| **Task Total:** | **$ 399.00** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 12,059.50** |
| 10% Discount | $ -1,205.95 |
| **NET PROFESSIONAL SERVICES** | **$ 10,853.55** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 8.40 | 700.00 | 5,880.00 |
| Correll, Francis M. | Partner | 2.80 | 600.00 | 1,680.00 |
| Clements, William J. | Of-Counsel | 1.40 | 425.00 | 595.00 |
| Hughes, Melissa K. | Paralegal | 13.70 | 285.00 | 3,904.50 |
| **TOTALS** | | **26.30** | | **$ 12,059.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 10,853.55** |

# EXHIBIT B

## DISBURSEMENTS

| Description | Amount |
|---|---:|
| No disbursements this month. | |
| TOTAL DISBURSEMENTS | $0.00 |