# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>      Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket Nos. 2288 and 2325** |

## ORDER APPROVING STIPULATION BETWEEN DEBTORS AND ST. AGNES MOB, LLC REGARDING ALLOWED CLAIMS

Upon consideration of the *Stipulation between Debtors and St. Agnes MOB, LLC Regarding Allowed Claims* (the "**Stipulation**")[2] attached hereto as **Exhibit "1"**; and the Court having jurisdiction over the matters raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

    1.  The Stipulation is approved.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

2. On the Stipulation Effective Date, the automatic stay imposed by 11 U.S.C. § 362(a) shall be modified for the express and sole limited purpose of allowing St. Agnes to offset the Security Deposit in the amount of $5,000 against the $242,985.72 sought by St. Agnes in Claim 17, thereby leaving St. Agnes with a general unsecured claim in the amount of $238,922.97 against TPS of PA, LLC, as set forth herein and in the Stipulation.

3. On account of, and in full satisfaction of the Asserted Claims, St. Agnes shall have allowed claims, as follows (the "**Allowed Claims**"):

   (i) Claim 16 shall be an allowed claim against TPS of PA, LLC in the amount of $40,497.62, the entirety of which shall be an administrative expense claim and shall be paid within thirty (30) days following the Stipulation Effective Date, and

   (ii) Claim 17 shall be an allowed claim against TPS of PA, LLC in the amount of $238,922.97, the entirety of which shall be a general unsecured claim, and shall be paid in accordance with the terms of any confirmed chapter 11 plan or plans in these cases.

4. Other than the Allowed Claims, St. Agnes shall have no other allowed claims against any of the Debtors, whether filed or scheduled, including, but not limited to, claims arising under the Lease. St. Agnes shall not be entitled to any distributions from any of the Debtors, their estates or any of the Debtors' successors, other than on account of the Allowed Claims. St. Agnes shall not amend any previously filed claims and shall not assert any additional claims against any of the Debtors on account of pre-petition or post-petition periods.

5. The Debtors and their claims agent are authorized to take any and all actions necessary to effectuate the Stipulation.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

7. This Order is effective immediately upon entry.

**Dated: May 7th, 2021**
**Wilmington, Delaware**

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

3

38345288.5 05/07/2021