# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (MFW) ) ) (Jointly Administered) |
|  | ) |
| Debtors. | ) |
|  | ) RE: D.I. 2101, 2154 |

## CERTIFICATION OF COUNSEL REGARDING APPLICATION OF PECO ENERGY COMPANY FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

I, William F. Taylor, Jr., Esquire, of McCarter & English, LLP, counsel to PECO Energy Company ("PECO"), certify the following:

1. On February 17, 2021, PECO filed the *Application of PECO Energy Company For Allowance and Payment of Administrative Expenses* in the amount of $342,552.87 (the "Initial Administrative Expense Application")(Docket No. 2101).

2. PECO and the Debtors agreed to continue the hearing on the Initial Administrative Expense Application to April 16, 2021 at 10:30 a.m., with an objection deadline of April 9, 2021.

3. On March 5, 2021, PECO filed the *Amended Application of PECO Energy Company For Allowance and Payment of Administrative Expenses* in the amount of $360,894.39 (the "Amended Administrative Expense Application") (Docket No. 2154).

4. PECO and the Debtors agreed to continue the hearing on the Amended Administrative Expense Application to May 17, 2021 at 10:30 a.m., with an objection deadline of May 10, 2021.

5.  Following the filing of the Amended Administrative Expense Application, counsel for the Debtors and PECO engaged in discussions regarding the relief sought in the Amended Administrative Expense Application, which culminated in the terms of the proposed Order attached as **Exhibit A**, to which PECO and the Debtors have agreed.

6.  The undersigned has received no response to the Amended Administrative Expense Application. Furthermore, a review of the docket in this proceeding indicates that no objection or response has been filed in connection with the Amended Administrative Expense Application.

**WHEREFORE**, PECO respectfully requests that the Court enter the proposed Order, attached hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: May 10, 2021         McCARTER & ENGLISH, LLP

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE#2936)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
wtaylor@mccarter.com