# EXHIBIT "A"

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | ) <br> ) **Chapter 11** <br> ) |
| **CENTER CITY HEALTHCARE, LLC** <br> **d/b/a HAHNEMANN UNIVERSITY** <br> **HOSPITAL,** *et al.*, | ) **Case No. 19-11466 (MFW)** <br> ) <br> ) **(Jointly Administered)** |
| **Debtors.** | ) <br> ) <br> ) **RE: D.I. 2101, 2154** |

### ORDER GRANTING APPLICATION OF PECO ENERGY COMPANY
### FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

This matter comes before the Court upon the *Application of PECO Energy Company For Allowance and Payment of Administrative Expenses* [Docket No. 2101] as amended by the *Amended Application of PECO Energy Company for Allowance and Payment of Administrative Expenses* [Docket No. 2154] (the "Application") filed by PECO Energy Company ("PECO"), a post-petition creditor in the above-captioned bankruptcy proceeding, for the entry of an order holding that the unpaid post-petition debt owed by the Debtors to PECO for post-petition utility goods/services provided and billed by PECO but not paid by the Debtors is a lawful Chapter 11 administrative expense pursuant to 11 U.S.C. § 503(b)(1)(A), and consequently shall be given priority status pursuant to 11 U.S.C. § 507(a)(2). There being due and sufficient notice of the relief requested, the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein, it is therefore

**ORDERED** that the Application is granted as set forth herein.

ME1 36498236v.1

2

**IT IS FURTHER ORDERED** that PECO has an allowed administrative expense claim against Debtor Center City Healthcare, LLC in the amount $355,894.39 (the "Allowed Administrative Expense Claim") in full satisfaction of any and all post-petition obligations owed by the Debtors to PECO.

**IT IS FURTHER ORDERED** that the Debtors are hereby ordered to make full payment to PECO in the amount of $355,897.39 within ten (10) business days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Court retains exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.