# CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., certify that on May 10, 2021, I caused a true and correct copy of the foregoing Certification of Counsel Regarding Application of PECO Energy Company For Allowance and Payment of Administrative Expenses to be served upon the below listed parties via electronic mail.

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (DE#2936)

| | |
|---|---|
| Michael W. Yurkewicz, Esq.<br>KLEHR HARRISON HARVEY<br>BRANZBURG LLP<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>myurkewicz@klehr.com | Benjamin A. Hackman<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, Delaware 19801<br>benjamin.a.hackman@usdoj.gov |

ME1 36498205v.1