## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: May 24, 2021 at 4:00 p.m. (ET)** |
| | ) |

## REPORT BY EISNERAMPER LLP OF
## COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
## PERIOD OF APRIL 1, 2021 THROUGH APRIL 30, 2021

| | |
|---|---|
| Exhibit A: | CRO Summary of Hours by Professional |
| Exhibit B: | Non-Transition Services Summary of Compensation by Project Category |
| | Summary of Hours by Professionals |
| | Summary Description of Services Provided |

EisnerAmper LLP ("**EisnerAmper**") hereby submits this *Twenty-Second Monthly Report of Compensation Earned and Expenses Incurred* (the "**Report**") for the period April 1, 2021 through April 30, 2021 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $321,271.90. EisnerAmper incurred $0.00 in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

**Fees and Expense Schedule (4/1/2021-4/30/2021)**

| Services | Fees | Expenses | Total |
|---|---|---|---|
| CRO Services | $    121,000.00 | - | $    121,000.00 |
| Non- Transition Services | 200,271.90 | - | 200,271.90 |
| **Total** | **$    321,271.90** | **$         -** | **$    321,271.90** |

# **EXHIBIT A**

### **CRO Summary of Hours by Professional**

Exhibit A

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**April 1, 2021 through April 30, 2021**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 171.5 | $ 655.00 |
| **GRAND TOTAL** | | **171.5** | |

* Rates change annually effective August 1st.

# **EXHIBIT B**

**Non-Transition Services Summary of Compensation by Project Category,
Summary of Hours by Professionals**

Exhibit B

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional-Non Transition Services**
**April 1, 2021 through April 30, 2021**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 76.1 | $ 555.00 | $  42,235.50 |
| Jay Lindenberg, CPA/CFF, CIRA | Director | 10.6 | 555.00 | 5,883.00 |
| Adeola Akinrinade | Director | 102.9 | 540.00 | 55,566.00 |
| Steven Biscello, CPA | Director | 31.0 | 540.00 | 16,740.00 |
| Susannah Prill, CPA | Sr. Manager | 143.8 | 410.00 | 58,958.00 |
| Dylan Forman, CPA | Sr. Manager | 20.5 | 360.00 | 7,380.00 |
| Robert Trenk | Manager | 110.5 | 350.00 | 38,675.00 |
| Adam Karasick, CPA | Manager | 3.0 | 335.00 | 1,005.00 |
| Michael Bentivegna, CPA | Manager | 2.5 | 310.00 | 775.00 |
| Dianna Sapozhnikov, CPA | Staff II | 4.0 | 290.00 | 1,160.00 |
| Henry Vargas, CPA | Staff II | 5.3 | 260.00 | 1,378.00 |
| Jeannelle Robinson, CPA | Staff II | 20.1 | 255.00 | 5,125.50 |
| Nicola Gerbino | Staff I | 1.0 | 205.00 | 205.00 |
| Giselle Ramirez | Paraprofessional | 2.1 | 155.00 | 325.50 |
| DelMarie Velazquez | Paraprofessional | 1.5 | 135.00 | 202.50 |
| **TOTAL HOURS AND FEES** | | | | **235,614.00** |
| **LESS:  15 % VOLUNTARY REDUCTION** | | | | **(35,342.10)** |
| **GRAND TOTAL** | | **534.9** | **$  374.41** | **$200,271.90** |

* Rates change annually effective August 1st.

| Professionals | Sum of Hours | Sum of Amount |
|---|---|---|
| **Akinrinade, Adeola** | **102.9** | **$    55,566.00** |
| Business Operations | 1.9 | 1,026.00 |
| Case Administration | 8.4 | 4,536.00 |
| Claims Admin  & Objections | 82.5 | 44,550.00 |
| Operating Reports | 0.8 | 432.00 |
| Preferences | 9.3 | 5,022.00 |
| **Bentivegna, Michael** | **2.5** | **775.00** |
| Consulting | 2.5 | 775.00 |
| **Bisciello, Steven** | **31.0** | **16,740.00** |
| Consulting | 31.0 | 16,740.00 |
| **Forman, Dylan** | **20.5** | **7,380.00** |
| Consulting | 20.5 | 7,380.00 |
| **Gerbino, Nicola** | **1.0** | **205.00** |
| Tax Issues | 1.0 | 205.00 |
| **Karasick, Adam** | **3.0** | **1,005.00** |
| Business Analysis | 3.0 | 1,005.00 |
| **Lindenberg, Jay** | **10.6** | **5,883.00** |
| Case Administration | 0.3 | 166.50 |
| Tax Issues | 10.3 | 5,716.50 |
| **Pederson, William** | **76.1** | **42,235.50** |
| Accounting/Auditing | 27.1 | 15,040.50 |
| Asset Analysis & Recovery | 0.7 | 388.50 |
| Case Administration | 0.4 | 222.00 |
| Claims Admin  & Objections | 0.9 | 499.50 |
| Data Analysis | 1.2 | 666.00 |
| Tax Issues | 34.1 | 18,925.50 |
| Telephone Calls | 11.7 | 6,493.50 |
| **Prill, Susannah** | **143.8** | **58,958.00** |
| Accounting/Auditing | 60.7 | 24,887.00 |
| Case Administration | 0.3 | 123.00 |
| Claims Admin  & Objections | 20.5 | 8,405.00 |
| Insider Transfers | 2.6 | 1,066.00 |
| Operating Reports | 3.3 | 1,353.00 |
| Preferences | 33.0 | 13,530.00 |
| Tax Issues | 13.0 | 5,330.00 |
| Telephone Calls | 10.4 | 4,264.00 |
| **Ramirez, Giselle** | **2.1** | **325.50** |
| Claims Admin  & Objections | 2.1 | 325.50 |
| **Robinson, Jeannelle** | **20.1** | **5,125.50** |
| Client Meeting | 4.5 | 1,147.50 |
| Data Analysis | 15.6 | 3,978.00 |
| **Sapozhnikov, Dianna** | **4.0** | **1,160.00** |
| Consulting | 4.0 | 1,160.00 |
| **Trenk, Robert** | **110.5** | **38,675.00** |

| Professionals | Sum of Hours | Sum of Amount |
|---|---|---|
| Business Analysis | 81.0 | 28,350.00 |
| Claims Admin  & Objections | 0.2 | 70.00 |
| Operating Reports | 9.7 | 3,395.00 |
| Tax Issues | 16.0 | 5,600.00 |
| Telephone Calls | 3.6 | 1,260.00 |
| **Vargas, Henry** | **5.3** | **1,378.00** |
| Accounting/Auditing | 1.1 | 286.00 |
| Tax Issues | 4.2 | 1,092.00 |
| **Velazquez, DelMarie** | **1.5** | **202.50** |
| Fee/Employment Application | 1.5 | 202.50 |
| **Grand Total** | **534.9** | **$   235,614.00** |