# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 2334** |

### NOTICE OF AMENDED[2] AGENDA FOR VIDEO HEARING SCHEDULED FOR MAY 17, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELED**

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsce2hqzooHaTM8LReXACGYTSrW-Mu1Eo

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

**RESOLVED MATTERS:**

1.  Application of PECO Energy Company for Allowance and Payment of Administrative Expenses [Docket No. 2101; filed: 02/17/21]

    Response Deadline: March 1, 2021 at 4:00 p.m.; extended to May 10, 2021 for the Debtors.

    Responses Received:

    A.  Informal response from the Debtors

    Related Documents:

    B.  Supplement (corrected first page) to Application of PECO Energy Company for Allowance and Payment of Administrative Expenses [Docket No. 2103; filed: 02/18/21]

    C.  Amended Application of PECO Energy Company for Allowance and Payment of Administrative Expenses [Docket No. 2154; filed: 03/05/21]

    D.  Certification of Counsel Regarding Application of PECO Energy Company for Allowance and Payment of Administrative Expenses [Docket No. 2329; filed: 05/10/21]

    E.  Order Granting Application of PECO Energy Company for Allowance and Payment of Administrative Expenses [Docket No. 2330; signed and docketed: 05/11/21]

    Status: On May 11, 2021, the Court entered an order approving this motion.

2.  Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Fifth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2203; filed: 03/23/21]

    Response Deadline: April 6, 2021 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A.  Certification of No Objection [Docket No. 2235; filed: 04/07/21]

    B.  Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Fifth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2237; signed and docketed: 04/08/21]

Status: On April 8, 2021, the Court entered an order approving this motion.

3. Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Sixth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2206; filed: 03/23/21]

   Response Deadline: April 6, 2021 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A. Certification of No Objection [Docket No. 2236; filed: 04/07/21]

   B. Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Sixth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2238; signed and docketed: 04/08/21]

   Status: On April 8, 2021, the Court entered an order approving this motion.

**CONTINUED MATTERS:**

4. Drexel University's Request for Allowance and Payment of Administrative Expense Claim [Docket No. 2178; filed: 03/11/21]

   Response Deadline: March 25, 2021 at 4:00 p.m.; extended to June 23, 2021 for the Debtors.

   Responses Received:

   A. Informal response from the Debtors

   Related Documents: None to date

   Status: This matter is continued to the June 30, 2021 omnibus hearing.

5. **[FILED UNDER SEAL]** Debtors' Fifth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2202; filed: 03/23/21]

   Response Deadline: April 6, 2021 at 4:00 p.m.

   Responses Received:

   A. Informal response from Garda CL Atlantic, Inc.

B. Response of Shawn Williams [Docket No. 2280; filed: 04/20/21]

Related Documents:

C. Declaration of Allen Wilen in Support of Debtors' Fifth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2202-3; filed: 03/23/21]

D. **[REDACTED]** Debtors' Fifth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2204; filed: 03/23/21]

E. Notice of Submission of Proofs of Claim [Docket No. 2252; filed: 04/13/21]

F. **[FILED UNDER SEAL]** Certification of Counsel Submitting Proposed Order Sustaining Debtors' Fifth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2286; filed: 04/22/21]

G. **[REDACTED]** Certification of Counsel Submitting Proposed Order Sustaining Debtors' Fifth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2287; filed: 04/22/21]

H. **[FILED UNDER SEAL]** Order Sustaining Debtors' Fifth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2291; signed and docketed: 04/26/21]

I. **[REDACTED]** Order Sustaining Debtors' Fifth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2292; signed and docketed: 04/26/21]

Status: On April 26, 2021, the Court entered an order sustaining the omnibus claim objection as to all claims other than the claim of Shawn Williams ("Mr. Williams"). The claim filed by Mr. Williams is the only open matter and has been continued to a date to be determined.

6. **[FILED UNDER SEAL]** Debtors' Sixth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2205; filed: 03/23/21]

Response Deadline: April 6, 2021 at 4:00 p.m.

Responses Received:

A.  Response of Shawn Williams [Docket No. 2280; filed: 04/20/21]

Related Documents:

B.  Declaration of Allen Wilen in Support of Debtors' Sixth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2205-3; filed: 03/23/21]

C.  **[REDACTED]** Debtors' Sixth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2207; filed: 03/23/21]

D.  Notice of Submission of Proofs of Claim [Docket No. 2253; filed: 04/13/21]

E.  Certification Of Counsel Submitting Proposed Order Sustaining Debtors' Sixth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2283; filed: 04/21/21]

F.  Order Sustaining Debtors' Sixth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2290; signed and docketed: 04/26/21]

Status: On April 26, 2021, the Court entered an order sustaining the omnibus claim objection as to all claims other than the claim of Shawn Williams ("Mr. Williams"). The claim filed by Mr. Williams is the only open matter and has been continued to a date to be determined.

**MATTER GOING FORWARD:**

7.  Motion of Tenet Business Services Corporation for an Order (I) Confirming that the Automatic Stay Does Not Apply, or (II) in the Alternative, Granting Relief from the Automatic Stay [Docket No. 2162; filed: 03/08/21]

Response Deadline:  March 22, 2021 at 4:00 p.m.

Responses Received:

A.  Response of the Debtors [Docket No. 2199; filed: 03/22/21]

Related Documents:  None

**Status: This matter is continued to the June 30, 2021 omnibus hearing.**

| | |
|---|---|
| Dated: May 13, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*