# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from March 1, 2021 through March 31, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (805 pages @ $.10 per page) | | $80.50 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $8,646.72 |
| Legal Research | Westlaw | $6,412.16 |
| **Total** | | **$15,139.38** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2624353 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 04/29/21 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 03/26/21 | Epiq Relativity eDiscovery Costs | 8,646.72 | |
| | Total  Epiq Relativity eDiscovery Costs | | 8,646.72 |
| 03/08/21 | Photocopying | 80.50 | |
| | Total Photocopying | | 80.50 |
| 03/02/21 | Westlaw Legal Research | 1,671.84 | |
| 03/03/21 | Westlaw Legal Research | 1,100.52 | |
| 03/04/21 | Westlaw Legal Research | 185.76 | |
| 03/04/21 | Westlaw Legal Research | 357.48 | |
| 03/05/21 | Westlaw Legal Research | 278.64 | |
| 03/09/21 | Westlaw Legal Research | 92.88 | |
| 03/11/21 | Westlaw Legal Research | 92.88 | |
| 03/12/21 | Westlaw Legal Research | 92.88 | |
| 03/15/21 | Westlaw Legal Research | 602.00 | |
| 03/16/21 | Westlaw Legal Research | 86.00 | |
| 03/16/21 | Westlaw Legal Research | 86.00 | |
| 03/17/21 | Westlaw Legal Research | 185.76 | |
| 03/18/21 | Westlaw Legal Research | 371.52 | |
| 03/18/21 | Westlaw Legal Research | 185.76 | |
| 03/22/21 | Westlaw Legal Research | 172.00 | |
| 03/22/21 | Westlaw Legal Research | 492.48 | |
| 03/23/21 | Westlaw Legal Research | 172.00 | |
| 03/23/21 | Westlaw Legal Research | 185.76 | |
| | Total Westlaw Legal Research | | 6,412.16 |
| | CURRENT EXPENSES | | 15,139.38 |
| | **TOTAL AMOUNT OF THIS  INVOICE** | | 15,139.38 |

38444700.1 05/21/2021