# EXHIBIT A

**SUMMARY OF BLENDED RATE**

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
| --- | --- | --- | --- |
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 10 | $590.00 | $707.67 |
| Junior Partners | 5 | $470.00 | $471.02 |
| Counsel | 1 | $489.00 | $495.00 |
| Senior Associates | 4 | $353.00 | $335.00 |
| Junior Associates | 5 | $296.00 | $289.52 |
| Paralegal | 0 | $248.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $206.00 | $265.97 |
| **Aggregated:** | | **$467.00** | **$477.60** |