# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from April 1, 2021 through April 30, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center; File & Serve Xpress LLC | $472.20 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $9,717.95 |
| Legal Research | Westlaw | $4,304.88 |
| Overnight Delivery | Federal Express | $35.04 |
| Process Server | Process Service PA LLC | $241.92 |
| **Total** | | **$14,771.99** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |



| | | |
|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | 2630212 |
| 222 N. Sepulveda Blvd. | Invoice Date | 06/03/21 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 04/26/21 | Epiq Relativity eDiscovery Costs | 9,717.95 | |
| | Total   Epiq Relativity eDiscovery Costs | | 9,717.95 |
| 04/23/21 | Process Service PA LLC - Witness and mileage fees and service of subpoenas on Wayne Moving & Storage Company (Invoice 5435386) | 241.92 | |
| | Total Transportation-Amtrak | | 241.92 |
| 04/27/21 | Federal Express 04/20/2021 To: Shawn Williams From: Jorge Garcia | 17.52 | |
| 04/27/21 | Federal Express 04/20/2021 To: Shawn Williams From: Jorge Garcia | 17.52 | |
| | Total Federal Express | | 35.04 |
| 04/07/21 | Doc. Retrieval/Case Monitoring; VENDOR: File & ServeXpress LLC; 04/01/21; Document retrieval on 3/4/2021 | 10.00 | |
| 04/28/21 | Docket Entries; VENDOR: Pacer Service Center; 04/07/21; Access to Federal Court dockets and downloading pleadings | 462.20 | |
| | Total Docket Entries/Doc. Retrieval/Case Monitoring | | 472.20 |
| 04/09/21 | Westlaw Legal Research | 521.64 | |
| 04/13/21 | Westlaw Legal Research | 159.00 | |
| 04/14/21 | Westlaw Legal Research | 185.76 | |
| 04/14/21 | Westlaw Legal Research | 371.52 | |
| 04/15/21 | Westlaw Legal Research | 835.92 | |
| 04/16/21 | Westlaw Legal Research | 278.64 | |
| 04/16/21 | Westlaw Legal Research | 91.16 | |
| 04/26/21 | Westlaw Legal Research | 1,179.36 | |
| 04/27/21 | Westlaw Legal Research | 92.88 | |
| 04/27/21 | Westlaw Legal Research | 32.50 | |
| 04/27/21 | Westlaw Legal Research | 32.50 | |
| 04/28/21 | Westlaw Legal Research | 86.00 | |
| 04/29/21 | Westlaw Legal Research | 438.00 | |
| | Total Westlaw Legal Research | | 4,304.88 |
| | CURRENT EXPENSES | | 14,771.99 |

**TOTAL AMOUNT OF THIS  INVOICE**          14,771.99

38583310.1 06/04/2021