# EXHIBIT F

## PROFESSIONALS' BACKGROUND

## Attorney Biographies

**Joseph F. O'Dea, Jr.,** *Partner*.  Mr. O'Dea is a partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Mr. O'Dea handles complex, high-exposure litigation for organizations in a variety of industries.  Mr. O'Dea has 30 years of experience representing Fortune 500 companies and privately held, global concerns in industries ranging from defense/aerospace, manufacturing to environmental services.

**Mark Minuti***, Partner.*  Mr. Minuti is Vice-Chair of Saul Ewing Arnstein & Lehr's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice Group and is a Partner in its Wilmington, Delaware office.  Mr. Minuti concentrates his practice in bankruptcy law.  Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware.  Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions.  Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**John D. Demmy**, *Partner.*  Mr. Demmy is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office.  Mr. Demmy represents debtors, creditors' and ad hoc committees, asset buyers, insurers, and all types of creditors in bankruptcy cases and related litigation matters.  Mr. Demmy also handles bankruptcy appeals to the Delaware District Court and to the Court of Appeals for the Third Circuit.  Mr. Demmy is also an experience commercial litigator who assist clients with cases in the Delaware Court of Chancery and provides opinions with respect to matters of bankruptcy and Delaware law relating to Delaware entities.

**Jeffrey C. Hampton,** *Partner*.  Mr. Hampton is Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group and is a Partner in its Philadelphia, Pennsylvania office.  Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders.  Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters.  In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner*. Mr. Isenberg is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts. Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**John P. Englert,** *Partner.* Mr. Englert is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Practice Group in its Pittsburgh, Pennsylvania office. Mr. Englert has extensive environmental experience. Mr. Engler's experience spans a broad spectrum of environmental matters, ranging from environmental permitting of large and complex energy and industrial facilities to remediation of nuclear facilities and hazardous waste sites.

**Michelle G. Novick,** *Partner*. Ms. Novick is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office. Ms. Novick concentrates her practice on corporate bankruptcy.

**William W. Warren, Jr.,** *Partner.* Mr. Warren is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Department and the Construction and Government Contracts practices in its Harrisburg, Pennsylvania office. Mr. Warren has worked extensively on governmental procurement of technology, equipment, commodities and services, and public, nonprofit and private construction programs, and as a commercial litigator in the federal Middle District of Pennsylvania, and in a wide variety of state administrative law matters. Mr. Warren represents technology vendors, design firms, and contractors in state construction and technology procurement contract negotiations and dispute resolution processes. He also represents school districts, counties, cities, municipalities and authorities in contracting and construction matters.

**Clarence Y. Lee,** *Partner.* Mr. Lee is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Washington, D.C. office. Mr. Lee represents insurers in a wide range of insurance coverage counseling and commercial litigation. Mr. Lee provides insurance coverage advice and litigation representation on a variety of insurance issues, including managed care, errors and omissions, hospital liability, general liability, environmental, cyber, technology, director's and officer's liability, professional liability, and architects and engineers' policies.

**Matthew M. Haar,** *Partner.* Mr. Haar is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Harrisburg, Pennsylvania office. Mr. Haar focuses his practice on corporate and commercial litigation with an emphasis on complex insurance and reinsurance litigation, including cases regarding bad faith and extra-contractual liability. Mr. Haar has represented both insurance companies and insureds in a wide variety of insurance related litigations, including complex coverage and contractual disputes, antitrust matters, bad faith actions, and rehabilitations and liquidations.

**Lucian B. Murley**, *Partner*. Mr. Murley is a Partner in Saul Ewing Arnstein & Lehr's Transaction Department and a member of the firm's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office. Mr. Murley represents official committees, and other estate-fiduciaries in bankruptcy and restructuring cases. Mr. Murley is Co-Chair of the American Bankruptcy Institute's Financial Advisors and Investment Banking Committee, and is a member of the Local Rules Committee for the United States Bankruptcy Court for the District of Delaware.

**Alexander R. Bilus,** *Partner.* Mr. Haar is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Mr. Bilus assists clients who are facing complex commercial litigation or who need legal advice on issues involving cybersecurity and data privacy, particularly in the higher education and financial services industries. Mr. Bilus' cybersecurity and data privacy experience includes responding to potential data breaches and providing advice on compliance with the European Union's General Data Protection Regulation.

**Monique B. DiSabatino**, *Partner.* Ms. DiSabatino is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office. Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Carolyn A. Pellegrini**, *Counsel.* Ms. Pellegrini is Counsel in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Ms. Pellegrini assists employers with labor and employment disputes and other sensitive matters affecting their professional relationships with their employees. Ms. Pellegrini represents clients in federal and state employment litigation and arbitration, including matters involving Title VII, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family Medical Leave Act, the Fair Labor Standards Act and the National Labor Relations Act.

**Dasha G. Brockmeyer**, *Counsel.* Ms. Brockmeyer is a Partner in Saul Ewing Arnstein & Lehr's Tax and Employee Benefits Practice Group in its Pittsburgh, Pennsylvania office. Ms. Brockmeyer represents large and small employers, in both the private and public sectors, on matters involving employee benefit law. Ms. Brockmeyer represents employers before the Internal Revenue Service, the Department of Labor and the Pension Benefit Guarantee Corporation, as well as advises them on issues that arise with respect to their benefit plans.

**Patrick M. Hromisin,** *Counsel.* Mr. Hromisin is Counsel in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Mr. Hromisin assists clients with white collar, compliance, and complex commercial litigation matters, including representations through trial, arbitration, mediation and negotiations with prosecutors and regulators. Mr. Hromisin represents institutions of higher education, insurance, health care and energy companies.

**Jordan D. Rosenfeld**, *Associate.* Mr. Rosenfeld is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Baltimore, Maryland office. Mr. Rosenfeld assists clients with complex commercial litigation. Mr. Rosenfeld also represents insurers in a variety of matters, including coverage and related cybersecurity and data privacy issues.

**Melissa A. Martinez**, *Associate.* Ms. Martinez is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Ms. Martinez focuses her practice in commercial bankruptcy and corporate reorganization.

**Jorge Garcia**, *Associate*.  Mr. Garcia is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Garcia represents debtors, trustees, creditors' committees, unsecured creditors and secured creditors in chapter 11 reorganization and liquidation cases. Mr. Garcia also handles Chapter 7 cases and related adversary proceedings, including avoidance actions involving claims of preferences and fraudulent transfers.

**A. Mayer Kohn**, *Associate*.  Mr. Kohn is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Kohn focuses his practice on restructuring matters, including Chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations, creditors' committees and general insolvency law.

**Christie R. McGuinness**, *Associate*.  Ms. McGuinness is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its New York, New York office.  Ms. McGuinness maintains a general litigation practice.

**Carolyn M. Toll**, *Associate*.  Ms. Toll is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Ms. Toll maintains a general litigation practice and handles a variety of matters involving complex commercial disputes.

**Zachary B. Kizitaff**, *Associate*.  Mr. Kizitaff is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Mr. Kizitaff maintains a general litigation practice and handles a variety of matters involving complex commercial disputes.

**Shannon A. McGuire**, *Associate*.  Ms. McGuire is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Ms. McGuire works on a variety of commercial bankruptcy and restructuring matters including litigation involving debtors and creditors' committees.

**Andrew Rudolph**, *Associate*.  Mr. Rudolph is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office.  Mr. Rudolph works on a variety of commercial bankruptcy and restructuring matters including litigation involving debtors and creditors' committees.