# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors<br>of Center City Healthcare LLC d/b/a<br>Hahnemann University Hospital<br>c/o Tom Arnst, Committee Chair<br>Conifer Health Solutions<br>3560 Dallas Parkway<br>Frisco, TX  75034 | May 26, 2021<br>Client/Matter No. 08650118.000001<br>Invoice: 2001911<br>Billing Attorney: AHS<br>Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

---

For Legal Services Rendered Through April 30, 2021

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | | |
| 04/01/21 | ACS | 101 | | Document review related to Freedman investigation. | 2.10 | $682.50 |
| 04/01/21 | FG | 101 | | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 3.90 | $916.50 |
| 04/02/21 | CJF | 101 | | Analyze issues regarding review batches and issues identified by review team. | 0.20 | $119.00 |
| 04/02/21 | CK | 101 | | Review document production and analyze potential causes of action. | 1.70 | $1,147.50 |
| 04/02/21 | CK | 101 | | Continue to review document production and analyze potential causes of action. | 1.80 | $1,215.00 |
| 04/02/21 | CK | 101 | | Further review of document production and analysis of potential causes of action. | 2.20 | $1,485.00 |
| 04/02/21 | BM | 101 | | Analysis regarding potential causes of action against MBNF-related entities. | 1.10 | $874.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2001911
Page 2

| Date | Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/02/21 | REB | 101 | Review document production from Debtors and MBNF Entities. | 1.20 | $780.00 |
| 04/05/21 | BM | 101 | Call with Debtors' counsel regarding discovery and mediation issues relating to MBNF entities. | 0.90 | $715.50 |
| 04/05/21 | REB | 101 | Review debtor document production in connection with investigation. | 1.30 | $845.00 |
| 04/05/21 | AYB | 101 | Review of documents for possible causes of action. | 4.00 | $1,300.00 |
| 04/05/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 3.20 | $752.00 |
| 04/06/21 | BM | 101 | Analysis regarding MBNF's and Debtors' document productions. | 0.80 | $636.00 |
| 04/06/21 | REB | 101 | Review documents and materials in connection with MBNF investigation. | 2.30 | $1,495.00 |
| 04/06/21 | AYB | 101 | Review of documents for possible causes of action. | 5.70 | $1,852.50 |
| 04/06/21 | ACS | 101 | Document review related to Freedman investigation. | 2.10 | $682.50 |
| 04/06/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 1.50 | $352.50 |
| 04/07/21 | CJF | 101 | Analyze issues regarding searches and production of MBNF documents to Debtors. | 0.60 | $357.00 |
| 04/07/21 | CJF | 101 | Meeting with review team regarding status of document review. | 0.30 | $178.50 |

Sills Cummis & Gross P.C.

Creditors' Committee                                                                                     May 26, 2021
                                                                        Client/Matter No. 08650118.000001
                                                                                                   Invoice: 2001911
                                                                                                             Page 3

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/07/21 | BM | 101 | Analysis regarding MBNF and Debtors' document productions and causes of action against MBNF-related parties. | 1.20 | $954.00 |
| 04/07/21 | REB | 101 | Review documents and materials in connection with MBNF investigation | 5.10 | $3,315.00 |
| 04/07/21 | AYB | 101 | Conference call for status update on document review with C. Falletta, R. Brennan and A. Singer. | 0.50 | $162.50 |
| 04/07/21 | ACS | 101 | Document review related to Freedman investigation. | 2.50 | $812.50 |
| 04/07/21 | ACS | 101 | Check in conference regarding Freedman investigation document review. | 0.20 | $65.00 |
| 04/07/21 | FG | 101 | Telephone conference with R. Brennan and C. Falletta regarding status of document review. | 0.30 | $70.50 |
| 04/08/21 | CJF | 101 | Analyze issues regarding production of MBNF Non-Debtor documents to Debtors' counsel. | 0.60 | $357.00 |
| 04/08/21 | CJF | 101 | Prepare e-mail to M. Minuti with fileshare access and passwords to MBNF Non-Debtor productions and attend to uploading of same. | 0.70 | $416.50 |
| 04/08/21 | BM | 101 | Call with Debtors' counsel regarding discovery issues. | 0.90 | $715.50 |
| 04/08/21 | BM | 101 | Analysis regarding MBNF's document productions. | 1.10 | $874.50 |
| 04/08/21 | REB | 101 | Call with Debtors re: investigation updates. | 0.90 | $585.00 |
| 04/08/21 | REB | 101 | Review documents produced by Debtors in connection with investigation. | 2.60 | $1,690.00 |

Sills Cummis & Gross P.C.

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| Creditors' Committee | | | | | | May 26, 2021 |

Client/Matter No. 08650118.000001  
Invoice: 2001911  
Page 4

| Date | Atty | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/08/21 | REB | 101 | Review MBNF documents in connection with call with Debtors re: investigation. | 5.60 | $3,640.00 |
| 04/08/21 | AYB | 101 | Review of documents for possible causes of action. | 2.00 | $650.00 |
| 04/08/21 | ACS | 101 | Document review related to Freedman investigation. | 1.70 | $552.50 |
| 04/08/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 2.60 | $611.00 |
| 04/09/21 | CJF | 101 | Exchange e-mails with UnitedLex and M. Minuti regarding password for production PAHH-002. | 0.20 | $119.00 |
| 04/09/21 | CJF | 101 | Exchange e-mails with J. Rosenfeld, debtors' counsel, regarding production of MBNF Non-Debtor documents. | 0.10 | $59.50 |
| 04/09/21 | REB | 101 | Review and summarize MBNF Documents. | 2.30 | $1,495.00 |
| 04/09/21 | REB | 101 | Review MBNF documents in connection with call with Debtors re: investigation. | 2.20 | $1,430.00 |
| 04/09/21 | AYB | 101 | Review of documents for potential causes of action. | 2.80 | $910.00 |
| 04/09/21 | ACS | 101 | Document review related to Freedman investigation. | 2.80 | $910.00 |
| 04/09/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 6.50 | $1,527.50 |
| 04/11/21 | REB | 101 | Review and summarize MBNF Documents in connection with investigation. | 4.40 | $2,860.00 |
| 04/12/21 | CJF | 101 | Analyze issues regarding MBNF Non-Debtor hot documents. | 0.40 | $238.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2001911
Page 5

| Date | Initials | Code | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/12/21 | BM | 101 | Analysis regarding potential claims against HSRE and certain affiliates. | 1.30 | $1,033.50 |
| 04/12/21 | BM | 101 | Analysis regarding MBNF's and Debtors' document productions. | 1.10 | $874.50 |
| 04/12/21 | REB | 101 | Review and summarize MBNF Documents in connection with investigation. | 5.40 | $3,510.00 |
| 04/12/21 | AYB | 101 | Review of documents for potential causes of action. | 5.00 | $1,625.00 |
| 04/12/21 | ACS | 101 | Document review related to Freedman investigation. | 0.40 | $130.00 |
| 04/12/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 3.30 | $775.50 |
| 04/13/21 | CJF | 101 | Analyze issues regarding technical issues with documents in MBNF Non-Debtor's production. | 0.40 | $238.00 |
| 04/13/21 | REB | 101 | Review MBNF documents in connection with investigation. | 0.80 | $520.00 |
| 04/13/21 | ACS | 101 | Document review related to Freedman investigation. | 1.50 | $487.50 |
| 04/13/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 3.00 | $705.00 |
| 04/14/21 | AYB | 101 | Review of documents for potential causes of action. | 1.50 | $487.50 |
| 04/14/21 | ACS | 101 | Document review related to Freedman investigation. | 1.40 | $455.00 |
| 04/14/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 4.60 | $1,081.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2001911
Page 6

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/15/21 | CK | 101 | Review document production and analyze potential causes of action. | 1.90 | $1,282.50 |
| 04/15/21 | CK | 101 | Continue to review document production and analyze potential causes of action. | 1.80 | $1,215.00 |
| 04/15/21 | AYB | 101 | Review of documents for potential causes of action. | 5.60 | $1,820.00 |
| 04/15/21 | ACS | 101 | Document review related to Freedman investigation. | 1.80 | $585.00 |
| 04/15/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 3.80 | $893.00 |
| 04/16/21 | CK | 101 | Review document production and analyze potential causes of action. | 2.20 | $1,485.00 |
| 04/16/21 | REB | 101 | Review MBNF documents in connection with investigation. | 2.10 | $1,365.00 |
| 04/16/21 | ACS | 101 | Document review related to Freedman investigation. | 0.40 | $130.00 |
| 04/16/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 1.70 | $399.50 |
| 04/17/21 | AYB | 101 | Review of documents for potential causes of action. | 3.90 | $1,267.50 |
| 04/17/21 | ACS | 101 | Document review related to Freedman investigation. | 0.50 | $162.50 |
| 04/18/21 | ACS | 101 | Document review related to Freedman investigation. | 0.80 | $260.00 |
| 04/19/21 | CK | 101 | Review document production and analyze potential causes of action. | 1.20 | $810.00 |
| 04/19/21 | REB | 101 | Review documents produced by MBNF entities in connection with investigation. | 4.60 | $2,990.00 |

Sills Cummis & Gross P.C.

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| Creditors' Committee | | | | | May 26, 2021 | |

Client/Matter No. 08650118.000001
Invoice: 2001911
Page 7

| Date | Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/19/21 | AYB | 101 | Review of documents for potential causes of action. | 4.90 | $1,592.50 |
| 04/19/21 | ACS | 101 | Document review related to Freedman investigation. | 0.70 | $227.50 |
| 04/19/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 1.10 | $258.50 |
| 04/20/21 | CK | 101 | Review document production and analyze potential causes of action. | 1.50 | $1,012.50 |
| 04/20/21 | BM | 101 | Analysis regarding MBNF and Debtors' document productions and potential causes of action against MBNF-related entities. | 1.10 | $874.50 |
| 04/20/21 | REB | 101 | Review documents produced by MBNF entities in connection with investigation. | 3.30 | $2,145.00 |
| 04/20/21 | AYB | 101 | Review of documents for potential causes of action. | 3.00 | $975.00 |
| 04/20/21 | ACS | 101 | Document review related to Freedman investigation. | 0.50 | $162.50 |
| 04/20/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 6.50 | $1,527.50 |
| 04/21/21 | CJF | 101 | Analyze issues regarding status of document review. | 0.20 | $119.00 |
| 04/21/21 | CK | 101 | Review document production and analyze potential causes of action. | 0.80 | $540.00 |
| 04/21/21 | BM | 101 | Analysis regarding document productions and potential causes of actions against D&Os. | 1.20 | $954.00 |

Sills Cummis & Gross P.C.

| | | | | | |
|---|---|---|---|---|---|
| Creditors' Committee | | | | | May 26, 2021 |
| | | | | Client/Matter No. | 08650118.000001 |
| | | | | | Invoice: 2001911 |
| | | | | | Page 8 |

| Date | Atty | Code | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/21/21 | REB | 101 | Review documents in connection with MBNF investigation and internal emails in connection with same. | 2.40 | $1,560.00 |
| 04/21/21 | REB | 101 | Review documents in connection with investigation. | 4.20 | $2,730.00 |
| 04/21/21 | AYB | 101 | Review of documents for potential causes of action. | 2.00 | $650.00 |
| 04/21/21 | ACS | 101 | Document review related to Freedman investigation. | 0.70 | $227.50 |
| 04/21/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 6.10 | $1,433.50 |
| 04/22/21 | CK | 101 | Review document production and analyze potential causes of action. | 1.30 | $877.50 |
| 04/22/21 | REB | 101 | Review MBNF produced documents in connection with mediation. | 4.90 | $3,185.00 |
| 04/22/21 | REB | 101 | Emails re: MBNF produced documents in connection with mediation. | 1.10 | $715.00 |
| 04/22/21 | ACS | 101 | Document review related to Freedman investigation. | 0.30 | $97.50 |
| 04/22/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 2.80 | $658.00 |
| 04/23/21 | BM | 101 | Analysis regarding document productions and potential D&O causes of action. | 0.90 | $715.50 |
| 04/23/21 | REB | 101 | Review documents produced by MBNF entities in connection with investigation. | 5.10 | $3,315.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2001911
Page 9

| Date | Atty | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/26/21 | BM | 101 | Analysis regarding MBNF's and Debtors' document productions and claims against MBNF-related entities. | 1.40 | $1,113.00 |
| 04/26/21 | BM | 101 | Analysis of issues regarding meditation of D&O claims. | 0.70 | $556.50 |
| 04/26/21 | BM | 101 | Attend to issues regarding avoidance and recovery of preferential transfers. | 0.60 | $477.00 |
| 04/26/21 | BM | 101 | Attend to issues regarding outstanding document productions from MBNF and Debtors. | 0.60 | $477.00 |
| 04/26/21 | REB | 101 | Email A. Isenberg re: document review follow up. | 1.20 | $780.00 |
| 04/26/21 | REB | 101 | Call with A. Isenberg re: document review. | 0.70 | $455.00 |
| 04/26/21 | REB | 101 | Draft emails to Debtors in connection with document review. | 2.10 | $1,365.00 |
| 04/26/21 | REB | 101 | Review documents produced by MBNF Entities in connection with mediation. | 4.30 | $2,795.00 |
| 04/27/21 | CJF | 101 | Review email and letter from MBNF Non-Debtor's counsel regarding productions PAHH-021, PAHH-022, and updated privilege log and attend to downloading/uploading same for review. | 0.60 | $357.00 |
| 04/27/21 | REB | 101 | Review documents produced by MBNF entities. | 4.10 | $2,665.00 |
| 04/27/21 | REB | 101 | Review email re: document production from MBNF entities. | 0.60 | $390.00 |
| 04/27/21 | REB | 101 | Draft emails re: document review. | 1.10 | $715.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2001911
Page 10

|          |     |     |                                                                                                       | HOURS | AMOUNT    |
|----------|-----|-----|-------------------------------------------------------------------------------------------------------|-------|-----------|
| 04/28/21 | CJF | 101 | Exchange e-mails with UnitedLex regarding status of loading PAHH-021 and PAHH-022 into Relativity database. | 0.20  | $119.00   |
| 04/28/21 | CJF | 101 | Meeting with review team regarding status of review and additional batches for review.                | 0.20  | $119.00   |
| 04/28/21 | CK  | 101 | Review team meeting with R. Brennan, et al.                                                           | 0.20  | $135.00   |
| 04/28/21 | BM  | 101 | Attend to issues regarding discovery from HSRE.                                                       | 0.70  | $556.50   |
| 04/28/21 | BM  | 101 | Analysis regarding mediation statement for disputes with MBNF.                                        | 0.70  | $556.50   |
| 04/28/21 | BM  | 101 | Call with mediator regarding MBNF discovery issues.                                                   | 0.50  | $397.50   |
| 04/28/21 | REB | 101 | Emails re: MBNF document review in connection with investigation.                                     | 1.20  | $780.00   |
| 04/28/21 | REB | 101 | Review documents in MBNF production in connection with investigation.                                 | 2.10  | $1,365.00 |
| 04/28/21 | REB | 101 | Analysis of documents received by MBNF Entities in connection with investigation.                     | 3.20  | $2,080.00 |
| 04/28/21 | AYB | 101 | Conference with R. Brennan and C. Falletta regarding status of document review for potential causes of action. | 0.20  | $65.00    |
| 04/28/21 | ACS | 101 | Conference regarding document review related to Freedman investigation.                               | 0.10  | $32.50    |
| 04/28/21 | FG  | 101 | Telephone conference with R. Brennan and C. Falletta regarding status of document review.             | 0.30  | $70.50    |
| 04/29/21 | CJF | 101 | Analyze issues regarding review of hot documents.                                                     | 0.40  | $238.00   |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2001911
Page 11

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/29/21 | BM | 101 | Analysis regarding MBNF's discovery requests to Debtors. | 0.40 | $318.00 |
| 04/29/21 | BM | 101 | Analysis regarding document productions and causes of action against D&Os. | 1.30 | $1,033.50 |
| 04/29/21 | REB | 101 | Review letters from MBNF entities re: debtor document production. | 0.70 | $455.00 |
| 04/29/21 | REB | 101 | Review privilege log sent by MBNF entities. | 0.80 | $520.00 |
| 04/29/21 | REB | 101 | Review MBNF follow up production re: documents produced in response to stipulation. | 4.10 | $2,665.00 |
| 04/29/21 | AYB | 101 | Review of documents for potential causes of action. | 6.10 | $1,982.50 |
| 04/29/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 0.70 | $164.50 |
| 04/30/21 | CJF | 101 | Review e-mail from and prepare e-mail to H. Lieberman regarding additional production of documents PAHH-025 and attend to downloading and processing of same. | 0.60 | $357.00 |
| 04/30/21 | AYB | 101 | Review documents for potential causes of action. | 4.50 | $1,462.50 |
| 04/30/21 | ACS | 101 | Document review related to Freedman investigation. | 0.90 | $292.50 |
| 04/30/21 | FG | 101 | Review post bankruptcy document production to determine post bankruptcy causes of action; categorize documents. | 1.70 | $399.50 |
| | | **TASK TOTAL 101** | | **255.50** | **$122,857.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2001911
Page 12

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **103 – BUSINESS OPERATIONS** | | | | | |
| 04/30/21 | BM | 103 | Analysis regarding Debtor's financial reporting. | 0.30 | $238.50 |
| | | **TASK TOTAL 103** | | **0.30** | **$238.50** |
| **104 – CASE ADMINISTRATION** | | | | | |
| 04/06/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 1.00 | $795.00 |
| 04/09/21 | GAK | 104 | Update case calendar. | 0.20 | $125.00 |
| 04/13/21 | BM | 104 | Prepare a status update for Committee. | 0.70 | $556.50 |
| 04/13/21 | AHS | 104 | Email to Committee re: status update and respond to emails re: same. | 0.40 | $358.00 |
| 04/19/21 | BM | 104 | Call with BRG regarding pending matters. | 0.30 | $238.50 |
| 04/19/21 | GAK | 104 | Review notices regarding upcoming hearing and email A. Sherman regarding same. | 0.20 | $125.00 |
| 04/19/21 | GAK | 104 | Review Debtors' proposed stipulation with Beckman and email A. Sherman regarding same. | 0.10 | $62.50 |
| 04/27/21 | BM | 104 | Attend omnibus hearing. | 0.90 | $715.50 |
| 04/27/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 | $318.00 |
| 04/27/21 | REB | 104 | Email creditor re: case updates. | 0.50 | $325.00 |
| | | **TASK TOTAL 104** | | **4.70** | **$3,619.00** |
| **105 – CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | | |
| 04/14/21 | BM | 105 | Analysis regarding resolution of disputes over CMS payments with Tenet. | 0.60 | $477.00 |
| 04/14/21 | BM | 105 | Analysis regarding claims reconciliation process. | 0.70 | $556.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2001911
Page 13

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/20/21 | BM | 105 | Analysis regarding stipulations allowing claims. | 0.60 | $477.00 |
| 04/27/21 | AHS | 105 | Call with counsel for Debtors re: discovery issues and follow up re: same. | 0.60 | $537.00 |
| 04/27/21 | GAK | 105 | Review Debtors' proposed stipulation with Sodexo regarding allowed claim and email A. Sherman regarding same. | 0.20 | $125.00 |
| 04/27/21 | GAK | 105 | Review debtors' proposed stipulation with St. Agnes regarding allowed claim and email A. Sherman regarding same. | 0.10 | $62.50 |
| 04/28/21 | AHS | 105 | Call with mediator re: discovery issues. | 0.60 | $537.00 |
| 04/30/21 | BM | 105 | Analysis regarding motion to establish administrative claims bar date. | 0.60 | $477.00 |
| | | **TASK TOTAL 105** | | **4.00** | **$3,249.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/04/21 | GAK | 107 | Work on January fee application. | 2.30 | $1,437.50 |
| 04/04/21 | GAK | 107 | Work on February fee application. | 2.80 | $1,750.00 |
| 04/05/21 | GAK | 107 | Finalize February fee application. | 1.20 | $750.00 |
| 04/06/21 | GAK | 107 | Attention to proposed order approving interim fee application. | 0.20 | $125.00 |
| 04/07/21 | GAK | 107 | Update November fee application to incorporate revised invoice. | 0.90 | $562.50 |
| 04/23/21 | GAK | 107 | Work on fee application. | 0.30 | $187.50 |
| 04/28/21 | GAK | 107 | Draft March fee application. | 2.20 | $1,375.00 |

Sills Cummis & Gross P.C.

| | | |
|---|---|---|
| Creditors' Committee | | May 26, 2021 |
| | | Client/Matter No. 08650118.000001 |
| | | Invoice: 2001911 |
| | | Page 14 |

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/29/21 | GAK | 107 | Finalize March fee application for filing. | 0.20 | $125.00 |
| | | **TASK TOTAL 107** | | **10.10** | **$6,312.50** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/19/21 | GAK | 108 | Review EisnerAmper fee application and email A. Sherman regarding same. | 0.10 | $62.50 |
| 04/19/21 | GAK | 108 | Review Debtors' fee applications. | 0.10 | $62.50 |
| | | **TASK TOTAL 108** | | **0.20** | **$125.00** |

**113 – PLAN AND DISCLOSURE STATEMENT**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/06/21 | AHS | 113 | Call with counsel for Debtors re: plan issues, discovery issues, mediation issues. | 1.00 | $895.00 |
| 04/08/21 | BM | 113 | Analysis regarding plan issues. | 0.80 | $636.00 |
| 04/15/21 | BM | 113 | Analysis of issues regarding proposed plan of liquidation. | 0.80 | $636.00 |
| 04/19/21 | AHS | 113 | Call with BRG re: plan issues and diligence issues. | 0.40 | $358.00 |
| 04/26/21 | AHS | 113 | Call with counsel for Debtors re: plan, claim issues and possible mediation. | 0.80 | $716.00 |
| 04/27/21 | BM | 113 | Analysis of issues regarding plan of liquidation. | 0.90 | $715.50 |
| 04/29/21 | BM | 113 | Analysis of issues regarding plan of liquidation. | 0.80 | $636.00 |
| | | **TASK TOTAL 113** | | **5.50** | **$4,592.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2001911
Page 15

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | |
| 04/01/21  BM  114 | Analysis of issues regarding Tenet's motion for stay relief and reconciliation of CMS payments under the Tenet APA. | 1.10 | $874.50 |
| | **TASK TOTAL 114** | **1.10** | **$874.50** |
| | Attorney Fees at Standard Rates | 227.80 | $129,829.00 |
| | Paralegal Fees at Standard Rate | 53.60 | $12,596.00 |
| | **TOTAL FEES** | **281.40** | **$141,868.50** |
| | Attorney Fees at Blended Rate of $625 | 227.80 | $142,375.00 |
| | Paralegal Fees at Standard Rate | 53.60 | $12,596.00 |
| | **TOTAL FEES at Blended Rate** | **281.40** | **$154,971.00** |

**TASK CODE SUMMARY**

| | | HOURS | AMOUNT |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 255.50 | $122,857.50 |
| 103 | Business Operations | 0.30 | $238.50 |
| 104 | Case Administration | 4.70 | $3,619.00 |
| 105 | Claims Administration and Objections | 4.00 | $3,249.00 |
| 107 | Fee/Employment Applications | 10.10 | $6,312.50 |
| 108 | Fee/Employment Objections | 0.20 | $125.00 |
| 113 | Plan and Disclosure Statement | 5.50 | $4,592.50 |
| 114 | Relief from Stay Proceedings | 1.10 | $874.50 |
| | Attorney Fees at Standard Rates | 227.80 | $129,829.00 |
| | Paralegal Fees at Standard Rate | 53.60 | $12,596.00 |
| | **TOTAL FEES** | **281.40** | **$141,868.50** |
| | Attorney Fees at Blended Rate of $625 | 227.80 | $142,375.00 |
| | Paralegal Fees at Standard Rate | 53.60 | $12,596.00 |
| | **TOTAL FEES at Blended Rate** | **281.40** | **$154,971.00** |

Sills Cummis & Gross P.C.

Creditors' Committee					May 26, 2021
						Client/Matter No. 08650118.000001
						Invoice: 2001911
						Page 16

| | | | | | |
|---|---:|---|---:|---|---:|
| Andrew H. Sherman | 3.80 | x | $895.00 | = | $3,401.00 |
| Boris Mankovetskiy | 29.00 | x | $795.00 | = | $23,055.00 |
| Clint Kakstys | 16.60 | x | $675.00 | = | $11,205.00 |
| Charles J. Falletta | 5.70 | x | $595.00 | = | $3,391.50 |
| Rachel E. Brennan | 88.50 | x | $650.00 | = | $57,525.00 |
| Gregory A. Kopacz | 11.10 | x | $625.00 | = | $6,937.50 |
| Ariel Y. Brown | 51.70 | x | $325.00 | = | $16,802.50 |
| Anna C. Singer | 21.40 | x | $325.00 | = | $6,955.00 |
| Frank Gonzalez | 53.60 | x | $235.00 | = | $12,596.00 |

**DISBURSEMENT DETAIL**

| | | | | |
|---|---|---|---|---:|
| 04/26/21 | 271 | Litigation Support Vendor (UnitedLex project hosting/management) | | $2,036.08 |
| 04/27/21 | 341 | Telephone Toll Charges | | $3.73 |

**TOTAL DISBURSEMENTS**					**$2,039.81**

**INVOICE SUMMARY**

| | |
|---|---:|
| Total Fees | $141,868.50 |
| Total Disbursements | $2,039.81 |
| **TOTAL THIS INVOICE** | **$143,908.31*** |

*Total includes fees at *Standard Rates*. Per Retention Application, lesser of fees at *Standard Rates* (**$141,868.50**) and fees at *Blended Rate* of $625 (**$154,971.00**)** apply.

**includes paralegal fees at standard rates