**CERTIFICATE OF SERVICE**

    I, Stuart M. Brown, hereby certify that on this 9th day of June, 2021, a true and correct copy of the foregoing *Motion and Order for Admission Pro Hac Vice* was served via cm/ecf upon the parties registered to receive cm/ecf notifications in this case.

                                                            /s/ *Stuart M. Brown*
                                                            Stuart M. Brown (DE 4050)