# Exhibit C

**From:** Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com>
**Sent:** Monday, May 17, 2021 2:26 PM
**To:** Suzzanne.Uhland@lw.com; Brown, Stuart <Stuart.Brown@us.dlapiper.com>; Isenberg, Adam H. <Adam.Isenberg@saul.com>; asherman@sillscummis.com; BMankovetskiy@sillscummis.com; TJ.Li@lw.com
**Cc:** Louis.Curcio@troutman.com; 'Rachel E. Brennan' <rbrennan@sillscummis.com>; Minuti, Mark <Mark.Minuti@saul.com>
**Subject:** RE: Hahnemann Mediation

[EXTERNAL]

The debtors and the committee do not support HSRE's participation in the mediation process at this point in time.  The debtors and the committee have been working for some time toward a meaningful mediation process with the MBNF entities and look forward to moving that process along.  Should there be a point in time when the debtors, committee, and MBNF make meaningful progress in the mediation, perhaps at that point there may be an opportunity to invite HSRE to participate.  Thank you.

Jeffrey

> **Jeffrey C. Hampton**
> **SAUL EWING ARNSTEIN & LEHR LLP**
> Centre Square West
> 1500 Market Street, 38th Floor | Philadelphia, PA 19102-2186
> Tel: 215.972.7118 | Fax: 215.972.1848 | Mobile: 215.479.5290
> Jeffrey.Hampton@saul.com | www.saul.com

**From:** Suzzanne.Uhland@lw.com <Suzzanne.Uhland@lw.com>
**Sent:** Saturday, May 15, 2021 8:48 AM
**To:** stuart.brown@dlapiper.com; Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com>; Isenberg, Adam H. <Adam.Isenberg@saul.com>; asherman@sillscummis.com; BMankovetskiy@sillscummis.com; TJ.Li@lw.com
**Cc:** Louis.Curcio@troutman.com
**Subject:** RE: Hahnemann Mediation

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Apologies for the delay in responding.  My client agrees that folding HSRE into the mediation is necessary for a global resolution.  We are happy to jump on a call with Judge Carey to timing and mechanics of that.

**Suzzanne Uhland**

**LATHAM & WATKINS** LLP
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.1308 | M: +1.310.560.7616

**From:** Brown, Stuart <stuart.brown@dlapiper.com>
**Sent:** Sunday, May 9, 2021 2:56 PM
**To:** Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com>; Isenberg, Adam H. <Adam.Isenberg@saul.com>; Andrew Sherman (asherman@sillscummis.com) <asherman@sillscummis.com>; Boris Mankovetskiy <BMankovetskiy@sillscummis.com>; Uhland, Suzzanne (NY) <Suzzanne.Uhland@lw.com>
**Cc:** Curcio, Louis Anthony <Louis.Curcio@troutman.com>
**Subject:** Hahnemann Mediation

Debtors/Committee/MBNF Entities:

We write in furtherance of our discussions months ago respecting the propriety of our participation in the mediation process that is soon underway in these cases. The HSRE JV and its lenders hold various claims and rights which we believe are indispensable to what we understand is a global settlement effort with the MBNF Entities and we are prepared to participate in a constructive, good faith attempt to settle whatever claims the debtors and their estates may hold and assert. We are happy to jump on a call to discuss with you and with Kevin Carey.

Please let us know if you object to our participation. Thank you.

Stuart
Stuart Brown
Partner

**T** +1 302.468.5640
**F** +1 302.778.7913
**M** +1 302.388.4767
**E** stuart.brown@dlapiper.com



DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
United States
www.dlapiper.com

postmaster@dlapiper.com
_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~+