**Exhibit A**

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) <br> ) <br> ) Jointly Administered <br> ) |
| Debtors. | ) Re: D.I. 2370 |

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS IN CONNECTION WITH THE MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN MEDIATION**

Upon the motion (the "Motion to Shorten") filed by HSREP VI Holding, LLC and its affiliates (collectively, the "JV Entities") to shorten the notice and objection periods in connection with the *Motion of HSREP VI Holding, LLC and Its Affiliates to Intervene/Participate in Mediation* (the "Motion to Participate in Mediation");[2] upon consideration of the Motion to Shorten and all pleadings related thereto, and due and proper notice of the Motion to Shorten having been given under the circumstances; it appearing that no other or further notice is required and that the Court has jurisdiction to consider the Motion to Shorten in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and that this matter is a core proceeding under 28 U.S.C § 157(b)(2)(A); and it appearing that the relief requested is in the best interests of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Participate in Mediation.

1

Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED, as set forth in this Order.

2. The hearing to consider the relief requested by the Motion to Participate in Mediation shall be held on **June 16, 2021, at _____(ET)**.

3. Any objections or responses to the relief requested by the Motion to Participate in Mediation must be filed by **June 14, 2021, at 5:00 p.m. (ET)**.

4. The JV Entities' reply, if any, in further support of the Motion to Participate in Mediation and in response to any objections must be filed by **June 15, 2021, at 5:00 p.m. (ET)**.

5. The JV Entities shall serve a copy of this Order and the Notice of Motion to Participate in Mediation by CM/ECF and e-mail, where appropriate, upon (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Debtors; (c) counsel to the Committee; (d) counsel to the MBNF Non-Debtor Entities; (e) counsel to the Lenders; and (f) all other parties who have requested notice in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.