**CERTIFICATE OF SERVICE**

    I, Stuart M. Brown, hereby certify that on this 9th day of June, 2021, a true and correct copy of the foregoing *Motion of HSREP VI Holding, LLC and its Affiliates for Entry of an Order Shortening Notice and Objection Periods in Connection with the Motion of HSREP VI Holding, LLC and its Affiliates to Intervene/Participate in Mediation* was served via cm/ecf upon the parties registered to receive cm/ecf notifications in this case.

    /s/ *Stuart M. Brown*
    Stuart M. Brown (DE 4050)