**Exhibit B**

**Certification of Counsel Per Local Rule 9018-1(d)**

38527664.1 06/10/2021

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) ) | Case No. 19-11466 (MFW) Jointly Administered |
| Debtors. | ) ) ) |  |

**CERTIFICATION OF COUNSEL REGARDING
COMPLIANCE WITH LOCAL RULE 9018-1(d)**

The undersigned Delaware counsel hereby certifies, in compliance with Rule 9018-l(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, that the Debtors have not conferred with the holder of the confidentiality rights at issue in the Claim Objection and believe that doing so would be futile because (a) the issue of confidentiality is governed by HIPAA and related regulations and (b) the redaction of the patient's name would only serve to benefit the impacted patient and protect his or her privacy. Moreover, given the potential sensitivity of the patient name included in the Claim Objection, the Debtors did not believe it was appropriate to share the unredacted Claim Objection with such party in order to obtain his or her consent in advance of filing the Claim Objection.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Dated: June 10, 2021
Wilmington, Delaware

                **SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Monique B. DiSabatino*
       Mark Minuti (DE Bar No. 2659)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE  19899
       Telephone: (302) 421-6800
       Fax: (302) 421-5873
       mark.minuti@saul.com
       monique.disabatino@saul.com

             -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       Shannon A. McGuire
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7777
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       shannon.mcguire@saul.com

       *Counsel for Debtors and Debtors in Possession*