# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) **Hearing Date: July 22, 2021 at 10:30 a.m. (ET)** |
|  | **Objection Deadline: June 24, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

TO:   The United States Trustee for the District of Delaware, all Claimants listed on Exhibits A and B to the Proposed Order accompanying the attached objection, and all parties who have previously requested notice pursuant to Bankruptcy Rule 2002.

On June 10, 2021, the **Debtors' Eighth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1** (the "**Objection**") was filed with the Court. The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, seek to alter your rights by disallowing, reducing and/or reclassifying one or more of your claims.

Responses, if any, to the relief requested in the Objection are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before **June 24, 2021 at 4:00 p.m. (ET)** and served upon the undersigned counsel for the Debtors.

In addition, if you have timely filed a written response and wish to oppose the Objection, you or your attorney must attend the hearing on the Objection scheduled to be held on **July 22, 2021 at 10:30 a.m. (ET),** in the courtroom of the Honorable Mary F. Walrath, Judge of the United

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 10, 2021                                  **SAUL EWING ARNSTEIN & LEHR LLP**

                                                     */s/ Monique B. DiSabatino*
                                                     Mark Minuti (DE Bar No. 2659)
                                                     Monique B. DiSabatino (DE Bar No. 6027)
                                                     1201 N. Market Street, Suite 2300
                                                     P.O. Box 1266
                                                     Wilmington, DE  19899
                                                     Telephone: (302) 421-6800
                                                     mark.minuti@saul.com
                                                     monique.disabatino@saul.com

                                                           -and-

                                                     Jeffrey C. Hampton
                                                     Adam H. Isenberg
                                                     Melissa A. Martinez
                                                     Shannon A. McGuire
                                                     Centre Square West
                                                     1500 Market Street, 38th Floor
                                                     Philadelphia, PA 19102
                                                     Telephone: (215) 972-7777
                                                     jeffrey.hampton@saul.com
                                                     adam.isenberg@saul.com
                                                     melissa.martinez@saul.com
                                                     shannon.mcguire@saul.com

                                                     *Counsel for Debtors and Debtors in Possession*