## Exhibit 2

## Declaration of Allen Wilen

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### DECLARATION OF ALLEN WILEN IN SUPPORT OF DEBTORS'
### EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT
### TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE,
### BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

I, Allen Wilen, hereby submit this declaration (the "**Declaration**") under penalty of perjury:

1.     I am the chief restructuring officer ("**CRO**") of the debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").  I have served as CRO for the Debtors since April 8, 2019.

2.     I am a Partner at EisnerAmper LLP and serve as the national director of EisnerAmper's financial advisory services group.  I have more than twenty-five years of financial and accounting experience, as well as extensive experience advising insolvent and troubled companies, including several companies in the healthcare industry.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

3.       In my capacity as CRO of the Debtors, I have reviewed and am familiar with the contents of the *Debtors' Eighth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "**Objection**").[2]  I submit this Declaration in support of the Objection.

4.       Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge of the matters set forth herein.  In my capacity as CRO of the Debtors, I have been directly involved in the matters leading up to the Debtors' chapter 11 filings, and have become well-acquainted with the Debtors' capital structure, liquidity needs, and business operations.

5.       I am over eighteen (18) years of age, and I am authorized to submit the Declaration on behalf of the Debtors.  If called upon to testify, I could and would competently testify to the facts set forth herein from my own personal knowledge, except as otherwise stated.

6.       To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, considerable time and resources have been expended to review and reconcile the asserted secured, priority, and administrative proofs of claim (the "**Proofs of Claim**") filed against the Debtors in these Chapter 11 Cases.

7.       Upon review of the Proofs of Claim filed in these Chapter 11 Cases and supporting documentation attached thereto, the Debtors have determined that the Proofs of Claim listed on **Exhibit A** to the proposed form of order (the "**Proposed Order**") are not properly asserted pursuant to section 502(b) of the Bankruptcy Code and applicable orders of the Court because they are claims with respect to which the Debtors have no liability because there is no basis for the filed

---

[2]       Capitalized terms used in this Declaration but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

claim, the claims have been satisfied, or because insufficient supporting documentation was attached to the claim and the Debtors' Books and Records do not reflect the claim.

8.      The claims identified on **Exhibit B** to the Proposed Order are claims for which the Debtors have reviewed their Books and Records and determined that the claims as filed require modification to reflect the proper amount, with supporting detail contained in the "Reason for Modification" column.

9.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

Executed on June 10, 2021

By: _/s/ Allen Wilen_____
        Allen Wilen, Chief Restructuring Officer
