# EXHIBIT A

# May 15, 2021 Email

---

**From:** Suzzanne.Uhland@lw.com <Suzzanne.Uhland@lw.com>
**Sent:** Saturday, May 15, 2021 9:30 AM
**To:** Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com>; Isenberg, Adam H. <Adam.Isenberg@saul.com>; Minuti, Mark <Mark.Minuti@saul.com>
**Cc:** TJ.Li@lw.com
**Subject:** RE: In re Center City - MBNF Mediation Brief

I can confirm that we will not share.
We are not contemplating involving them until after we have had sessions with the Debtors and Committee.

**Suzzanne Uhland**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.1308 | M: +1.310.560.7616

---

**From:** Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com>
**Sent:** Saturday, May 15, 2021 9:22 AM
**To:** Uhland, Suzzanne (NY) <Suzzanne.Uhland@lw.com>; Isenberg, Adam H. <Adam.Isenberg@saul.com>; Minuti, Mark <Mark.Minuti@saul.com>
**Cc:** Li, TJ (NY) <TJ.Li@lw.com>
**Subject:** RE: In re Center City - MBNF Mediation Brief

**CONFIDENTIAL MEDIATION COMMUNICATION**

Suzzanne:

    Attached is the Debtor/Committee Joint Confidential Opening Mediation Statement, exclusive of the Appendix. A hard copy of the Mediation Statement (including the Appendix) is being sent to you, via overnight mail. We will also send you the Appendix materials to you in an electronic format in a follow up email over the weekend. We were surprised to see your response regarding HSRE's request (given our recent conversations on the issue) and remind you that the attached submission is confidential and should not be shared with third parties – including HSRE. To be clear, HSRE is not a party to the mediation at this point in time. Thank you.

    Jeffrey

**Jeffrey C. Hampton**
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor | Philadelphia, PA 19102-2186
Tel: 215.972.7118 | Fax: 215.972.1848 | Mobile: 215.479.5290
Jeffrey.Hampton@saul.com | www.saul.com

2