# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 19-11466(MFW) |
| CENTER CITY HEALTHCARE, LLC | ) | |
| d/b/a HAHNEMANN UNIVERSITY | ) | |
| HOSPITAL, et al., | ) | |
| | ) | |
| Debtor. | ) | Related Docket Nos. 2371 |
| | ) | and 2376 |

## O R D E R

**AND NOW,** this **10th** day of **JUNE, 2021,** upon consideration of Movant's Motion for Entry of an Order Shortening Notice and Objection Periods in Connection with the Motion to Intervene/Participate in Mediation, and after consideration of the Joint Objection of the Debtors and the Official Committee of Unsecured Creditors thereto, it is hereby

**ORDERED** that the Movant's Motion is **DENIED**.

BY THE COURT:

_____
Mary F. Walrath
United States Bankruptcy Judge