IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) | Case No. 19-11466 (MFW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) ) | Re: D.I. 2370 |

## CERTIFICATE OF SERVICE

I, Stuart M. Brown, hereby certify that on the 9th day of June, 2021, a true and correct copy of the foregoing *Motion of HSREP VI Holding, LLC and its Affiliates to Intervene/Participate in Mediation* was served via cm/ecf upon the parties registered to receive cm/ecf and on the parties on the attached list in the manner indicated.

June 11, 2021                                              DLA Piper LLP (US)

                                                           */s/ Stuart M. Brown*
                                                           Stuart M. Brown (DE 4050)
                                                           1201 North Market Street, Suite 2100
                                                           Wilmington, Delaware 19801
                                                           Telephone: (302) 468-5700
                                                           Facsimile: (302) 394-2341
                                                           Email: Stuart.Brown@dlapiper.com

                                                           -and-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

EAST\182335332.1

Richard A. Chesley (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: Richard.Chesley@dlapiper.com

*Counsel to HSREP VI Holding, LLC; HSRE-PAHH I, LLC; PAHH New College MOB, LLC; PAHH Bellet MOB, LLC; PAHH Wood Street Garage, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH Broad Street MOB, LLC*

EAST\182335332.1

**VIA EMAIL**
Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801
Email: Mark.minuti@aol.com;
Monique.disabatino@saul.com

**VIA EMAIL**
Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Email: Benjamin.a.hackman@usdoj.gov

**VIA EMAIL**
Boris I. Mankovetskiy
Andrew H. Sherman
Rachel Brennan
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
Email: bmankovetskiy@sillscummis.com
asherman@sillscummis.com
rbrennan@sillscummis.com

**VIA EMAIL**
Suzzanne Uhland
T.J. Li
Latham Watkins
1271 Avenue of the Americas
New York, NY 10020
Email: Suzzanne.Uhland@lw.com
TJ.Li@lw.com

**VIA EMAIL**
Michael E. Demont
One Independnt Drive, Suite 3300
Jacksonville, FL 32202
Email: mdemont@smithhulsey.com

**VIA EMAIL**
Jeffrey C. Hampton
Adam H. Isenberg
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 19102
Email: jeffrey.hampton@saul.com;
aisenberg@saul.com

**VIA EMAIL**
Thomas M. Horan
Cozen O'Connor
1201 N. Market St, Suite 1001
Wilmington, DE 19801
Email: thoran@cozen.com

**VIA EMAIL**
Seth A. Niederman
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899
Email: sniederman@foxrothschild.com

**VIA EMAIL**
Louis Curcio
Troutman Pepper
875 Third Avenue
New York, NY 10022
Email: Louis.Curcio@troutman.com