IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) <br> ) Jointly Administered |
| Debtors. | ) <br> ) **Objection Deadline: 6/23/21 at 4:00 p.m. (ET)** <br> **Hearing Date: 6/30/21 at 11:30 a.m. (ET)** <br> **Re: D.I. 2370, 2371, 2376 & 2377** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE,** that on June 9, 2021, HSREP VI Holding, LLC ("HSRE VI") and its affiliates (collectively, the "JV Entities"[2]), by and through their undersigned counsel, filed the *Motion of HSREP VI Holding, LLC and its Affiliates to Intervene/Participate in Mediation* [D.I. 2370] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Contemporaneously with filing the Motion, JV Entities also filed the *Motion of HSREP VI Holding, LLC and its Affiliates for Entry of an Order Shortening Notice and Objection Periods in Connection with the Motion of HSREP VI Holding, LLC and its Affiliates to Intervene/Participate in Mediation* [D.I. 2371] (the "Motion to Shorten") with the Court.

**PLEASE TAKE FURTHER NOTICE,** that on June 10, 2021, the Debtors and the Official Committee of Unsecured Creditors in the above-referenced cases filed the *Joint Objection of the Debtors and the Official Committee of Unsecured Creditors to Motion of HSREP VI Holding, LLC and Its Affiliates for Entry of an Order Shortening Notice and Objection Periods in Connection With the Motion of HSREP VI Holding, LLC and Its Affiliates to Intervene/Participate in Mediation* [D.I. 2376].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The other relevant affiliates of HSRE VI that form the JV Entities are: HSRE-PAHH I, LLC (the "JV"), and the "Master Landlords"—PAHH New College MOB, LLC; PAHH Bellet MOB, LLC; PAHH Wood Street Garage, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH Broad Street MOB, LLC, each, a Delaware limited liability company.

EAST\182411731.1

**PLEASE TAKE FURTHER NOTICE,** that on June 10, 2021, the Court entered the *Order Denying Motion to Shorten Time* [D.I. 2377].

**PLEASE TAKE FURTHER NOTICE** that after consultations between the Court and JV Entities, the Court has set a hearing on the Motion for **June 30, 2021, at 11:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion must be (i) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 23, 2021, at 4:00 p.m. (ET)** (the "Objection Deadline") and (ii) served no later than the Objection Deadline on the undersigned counsel for JV Entities. Replies are due on or before **June 25, 2021, at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that if you timely file and serve an objection or response, you or your attorney must attend the hearing on the Motion scheduled to be held before The Honorable Judge Mary F. Walrath at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **June 30, 2021, at 11:30 a.m. (ET)**.

[*Remainder of Page Intentionally Left Blank*]

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE TO THE MOTION IS TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

June 11, 2021  **DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@us.dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: Richard.Chesley@us.dlapiper.com

*Counsel to HSREP VI Holding, LLC; HSRE-PAHH I, LLC; PAHH New College MOB, LLC; PAHH Bellet MOB, LLC; PAHH Wood Street Garage, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH Broad Street MOB, LLC*