# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMAN UNIVERSAL HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (MFW) <br> ) <br> ) Jointly Administered <br> ) **Re: Docket No. ____** |
| Debtors. | ) |

## ORDER GRANTING VICINITY'S MOTION TO ENFORCE 2019 STIPULATION AS THIRD PARTY BENEFICIARY

Upon consideration of *Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary* (the "***Motion***") (Docket No. ___)[2] and the responses thereto; and due and proper notice of the Motion and the relief provided for herein having been given; and it appearing that no other or further notice is required; and it appearing that this Court has jurisdiction to consider the matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. PAHH Feinstein MOB LLC and Broad Street Healthcare Properties, LLC shall comply with the Stipulation and pay the Outstanding Balance of $220,573.74 within

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC 98395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617). SCHC Pediatrics Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4065), TPS of PA, L.L.C. (4863), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

01:21579533.1

2

ten days of entry of this Order by remitting same in good funds to Vicinity Energy Philadelphia, Inc., P.O. Box 5018, New York, NY 10087-5018.

    3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.