## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMAN UNIVERSAL HOSPITAL, *et al* | ) |
| .,[1] | ) Jointly Administered |
|  | ) |
| Debtors. | ) **Hearing Date: Jul. 22, 2021 at 10:30 a.m. (ET)** |
|  | ) **Objection Deadline: July 2, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF VICINITY'S MOTION TO ENFORCE 2019 STIPULATION AS THIRD PARTY BENEFICIARY

**PLEASE TAKE NOTICE** that on June 17, 2021, Vicinity Energy Philadelphia, Inc. ("Vicinity") filed the *Motion to Enforce 2019 Stipulation as Third Party Beneficiary* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **July 2, 2021 at 4:00 PM** (prevailing Eastern Standard Time) (the "**Objection Deadline**"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served on undersigned counsel as to be received on or before the Objection Deadline

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **JULY 22 AT 10:30 AM. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**GIBBONS P.C.**

Dated: June 17, 2021

By: /s/ *Howard A. Cohen*
    Howard A. Cohen (DE 4082)
    300 Delaware Ave., Suite 1015
    Wilmington, DE 19801-1671
    Telephone:  (302) 518-6300
    Facsimile:  (302) 429-6294
    Email:  hcohen@gibbonslaw.com

      -and-

    Dale E. Barney, Esq.
    One Gateway Center
    Newark, New Jersey 07102
    Telephone:  (973) 596-4500
    Facsimile:  (973) 596-0545
    E-mail: dbarney@gibbonslaw.com

    *Attorneys for Vicinity Energy Philadelphia, Inc.*