# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMAN UNIVERSAL HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

1. I, Howard Cohen, certify that I am not less than 18 years of age and not a party in this matter.

2. On June 17, 2021, I caused to be electronically filed through the Court's CM/ECF system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System, a copy of *Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary, the Notice of Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary.*

3. In addition, on the same date, I caused the Motion to be served via email to the parties below:

> *Counsel to the Debtors*
> **Saul Ewing Arnstein & Lehr, LLP**
> John D. Demmy – john.demmy@saul.com
> Monique Bair DiSabatino - monique.disabatino@saul.com;
> Mark Minuti - mark.minuti@saul.com;
> Adam H. Isenberg - aisenbeg@saul.com;
> Jeffrey Hampton - jeffrey.hampton@saul.com;
> Joel Hopkins - joel.hopkins@saul.com;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC 98395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617). SCHC Pediatrics Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4065), TPS of PA, L.L.C. (4863), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**Klehr Harrison Harvey Branzburg**
Domenic E. Pacitti dpacitti@klehr.com

*Office of the United States Trustee:*
Benjamin A. Hackman - Benjamin.a.hackman@usdoj.gov.

*Counsel to the Official Committee of Unsecured Creditors*
**Fox Rothschild LLP**
Seth A. Niederman - sniederman@foxrothschild.com

**Cozen O'Connor**
Thomas M. Horan - thoran@cozen.com

**Sills, Cummis & Gross P.C**.
Boris I. Mankovetskiy - bmankoveskiy@sillscummis.com
Andrew H. Sherman - asherman@sillscummis.com

*Counsel for Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC*
**Latham & Watkins LLP**
Suzzanne Uhland – suzzanne.uhland@lw.com
Matthew J. Carmody – matt.carmody@lw.com

Dated: June 17, 2021

**GIBBONS P.C.**

By: /s/ *Howard A. Cohen*
Howard A. Cohen (DE 4082)
300 Delaware Ave., Suite 1015
Wilmington, DE 19801-1671
Telephone: (302) 518-6300
Facsimile: (302) 429-6294
Email: hcohen@gibbonslaw.com

-and-

Dale E. Barney, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: dbarney@gibbonslaw.com

*Attorneys for Vicinity Energy Philadelphia, Inc.*