# United States Bankruptcy Court
# District of Delaware

In Re:         Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*
Case No:    19-11466  (Jointly Administered)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

No action is required if you do not object to the transfer of the claims identified on Exhibit A hereto.  A copy of the document evidencing the transfer of the claims is attached hereto as Exhibit B.  IF YOU OBJECT, HOWEVER, TO THE TRANSFER OF THE CLAIMS, THEN YOU MUST WITHIN 21 DAYS OF THIS NOTICE (I) FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE CLERK OF THE ABOVE CAPTIONED COURT AND (II) SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

If you file an objection, a hearing will be scheduled.  IF YOU DO NOT OBJECT IN A TIMELY MANNER, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE RECORDS OF THIS CASE AS A CLAIMANT IN THIS PROCEEDING.

| | |
|---|---|
| Name of Transferee:<br>**Front Street Healthcare Properties, LLC** | Name of Transferor:<br>**The Pension Fund for Hospital and Health Care Employees of Philadelphia and Vicinity** |
| Name and address where notices to transferee should be sent: | Name and Address of Transferor: |
| Svetlana Attestatova<br>c/o Paladin Healthcare Capital, LLC<br>222 North Pacific Coast Highway, Suite 900<br>El Segundo, CA 90245<br>sattestatova@pldn.com<br><br>With Copy to:<br>Edward Moss<br>O'Melveny & Meyers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>emoss@omm.com | James S. Beall<br>Willig, Williams, and Davidson<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>jbeall@wwdlaw.com<br>(215) 656-3610 |
| Phone:  (212) 728-5671<br>Last Four Digits of Acct #:  _____N/A_____ | Phone: (215) 656-3610<br>Last Four Digits of Acct. #:  _____N/A_____ |

Name and Address where transferee payments should be
sent (if different from above):

Phone    _____N/A_____
Last Four Digits of Acct #:  _____N/A_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  ___/s/ *Suzzanne Uhland*___           Date:  ___June 18, 2021___

Penalty for making a false statement:  Fine up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. 152&3571.

**Exhibit A**

| Debtor | Case No. | Claim No. | Amount | Date Filed |
|---|---|---|---|---|
| Center City Healthcare, LLC, et al. | 19-11466 | 21 | $59,400,090.00 | July 19, 2019 |
| HPS of PA, L.L.C. | 19-11470 | 24 | $22,599,359.00 | August 5, 2020 |
| TPS III of PA, L.L.C. | 19-11477 | 26 | $22,599,359.00 | August 5, 2020 |
| TPS V of PA, L.L.C. | 19-11479 | | | |
| Philadelphia Academic Medical Associates, LLC | 19-11469 | 29 | $22,599,359.00 | August 5, 2020 |
| St. Christopher's Pediatric Urgent Care Center, L.L.C. | 19-11472 | | | |
| TPS IV of PA, L.L.C. | 19-11478 | 38 | $22,599,359.00 | August 5, 2020 |
| Center City Healthcare, LLC | 19-11466 | 51 | $59,400,090.00 | July 23, 2019 |
| TPS II of PA, L.L.C. | 19-11476 | 61 | $22,599,359.00 | August 5, 2020 |
| Center City Healthcare, LLC, et al. | 19-11466 | 485 | $22,599,359.00 | July 16, 2020 |
| St. Christopher's Healthcare, LLC | 19-11468 | 684 | $22,599,359.00 | August 5, 2020 |
| Center City Healthcare, LLC, et al. | 19-11466 | 711 | $1,302,530.47 | July 28, 2020 |
| Center City Healthcare, LLC, et al. | 19-11466 | 1086 | $22,599,359.00 | August 5, 2020 |

## Exhibit B

**EVIDENCE OF TRANSFER OF CLAIMS**

The Pension Fund for Hospital and Health Care Employees of Philadelphia and Vicinity ("**Seller**") and Front I, its successors and assigns ("**Purchaser**"), and certain other parties party thereto entered into that certain Settlement, Assignment, and Release of Claims Agreement dated as of December 24, 2020 (the "**Assignment Agreement**"). Seller and Purchaser are collectively referred to herein as the "**Parties**" and individually as a "**Party**."

On June 30, 2019 and July 1, 2019, Center City Healthcare, LLC d/b/a Hahnemann University Hospital ("**Center City**") and certain other related entities (collectively with Center City, the "**Debtors**") filed voluntary petitions for the reorganization of their debts under Chapter 11 of the United States Bankruptcy Code (collectively, the "**Chapter 11 Cases**")[4] in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Pursuant to the terms of the Assignment Agreement, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller hereby certifies that it has unconditionally and irrevocably sold, transferred, and assigned to Purchaser, all rights, title, and interest (whether now owned or hereafter acquired or arising and wherever located) of Seller in, to, and under (i) any and all claims, demands, actions, suits, obligations, debts, damages, interest, liquidated damages, penalties, fees (including attorneys' fees), costs, judgments, sums of money, reckonings, liens, causes of action, and liabilities of any kind whatsoever, past or present, known or unknown, whether in contract or in tort or under any statute, or under any other legal theory, whether at law or in equity, matured or unmatured, fixed or contingent, including derivative and subrogation claims, that Seller had, have, or may have against the Debtors or the Debtors' Subsidiaries arising from, related to, or connected in any way to any contribution payments, or failure to make such payments, to Seller, including any claims that have been alleged or could be alleged by Seller in the Chapter 11 Cases or any other court with jurisdiction, including the Unpaid Pension Contributions Proof of Claim other than the Pension Fund Allowed Administrative Expense Claim Portion (collectively, the "**Unpaid Contribution Claims**") and (ii) any and all claims, demands, actions, suits, obligations, debts, damages, interest, liquidated damages, penalties, fees (including attorneys' fees), costs, judgments, sums of money, reckonings, liens, causes of action, and liabilities of any kind whatsoever, past or present, known or unknown, whether in contract or in tort or under any statute, or under any other legal theory, whether at law or in equity, matured or unmatured, fixed or contingent, including derivative and subrogation claims, that Seller had, have, or may have against the Debtors or the Debtors' Subsidiaries arising from, related to, or connected in any way to withdrawal liability, or failure to make payments with respect thereto, to Seller, whether arising from Center City's full or partial withdrawal from Seller under ERISA § 4201(a), including any claims that have been alleged or could be alleged by Seller in the Chapter 11 Cases or any other court with jurisdiction, including the Withdrawal Liability Proof of Claim (collectively, the "**Withdrawal Liability Claims**" and together with the Unpaid Contribution Claims, the "**Claims**"). "**Unpaid Pension Contributions Proof of Claim**" means

---

[4] The Chapter 11 Cases are jointly administered under Case No. 19-11466 (MFW).

Proof of Claim No. 711 filed in the Bankruptcy. "**Pension Fund Allowed Administrative Expense Claim Portion**" means the portion of the Allowed Administrative Expense Claim approved by the Court on April 21, 2020 for $540,183.13 in unpaid pension fund contribution payments on account of the August 2019 Debtors' payroll [D.I. 1594]. "**Withdrawal Liability Proof of Claim**" means Proof of Claim Nos. 21, 51, 24, 26, 29, 38, 61, 485, 684, and 1086 filed in the Bankruptcy.

The Parties acknowledge, understand, and agree that, pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure, only Purchaser has the right to file a proof of claim in the Chapter 11 Cases for the Claims. Purchaser does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claims or the Chapter 11 Cases. The Parties agree that all payments and distributions of money or property in respect of the Claims shall be delivered or made to Purchaser.

*[Signatures on following page]*

IN WITNESS WHEREOF, Seller and Purchaser have executed this Evidence of Transfer of Claims as of June 17, 2021

SELLER:

PENSION FUND FOR HOSPITAL AND HEALTH CARE EMPLOYEES OF PHILADELPHIA AND VICINITY

By: *(signature)*
Name: ERIC D. BROOKS
Title: Executive Diretor

PURCHASER:

FRONT STREET HEALTHCARE PROPERTIES, LLC

By: *(signature)*
Name:     Joel Freedman
Title:    Chief Executive Officer & President

*[Signature Page to Evidence of Transfer of Claims]*