## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
CENTER CITY HEALTHCARE, LLC D/B/A                        :   Case No. 19-11466 (MFW)
HAHNEMANN UNIVERSITY HOSPITAL, et                        :
al.,                                                     :   (Jointly Administered)
                                                         :
              Debtors.                                   :
-------------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I, Travis J. Cuomo, hereby certify that on the 18th day of June 2021, I caused copies of the *Notice of Transfer of Claim Other Than for Security* [Docket No. 2401] (the "**Notice of Transfer**") to be served upon the parties on the service list attached hereto as Exhibit A via email.  I further certify that on the 21st day of June 2021, I caused copies of the Notice of Transfer to be served upon the parties on the service list attached hereto as Exhibit B via first class mail.

    */s/ Travis J. Cuomo*
Travis J. Cuomo (No. 6501)

**<u>Exhibit A</u>**

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email |
|---|---|---|---|---|---|---|
| Alan Gelb, Esq. | c/o Law Offices of Alan Gelb | 349 Bustleton Pike | Feasterville, PA 19053 | | | agelblaw@yahoo.com |
| Albert Einstein Healthcare Network | Attn: Penny J. Rezet | 5501 Old York Rd | Philadelphia, PA 19141 | | | rezetp@einstein.edu |
| Arent Fox LLP | Attn: George Angelich/ | Phillip Khezri | 1301 Ave of the Americans, 42nd Fl | New York, NY 10019 | | george.angelich@arentfox.com |
| Ashby & Geddes, P.A. | Attn: Gregory Taylor / Katharina Earle | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | gtaylor@ashbygeddes.com |
| Attorney for the City of PA | City of PA Law Dept | Attn: Megan Harper | 1401 JFK Building, 5th Fl | Philadelphia, PA 19102-159 | | Megan.Harper@phila.gov |
| Ballard Spahr LLP | Attn: Tobey M. Daluz | Attn: Chantelle D. McClamb | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 | | daluzt@ballardsaphr.com |
| Ballard Spahr LLP | Attn: Vincent J. Marriott | 1735 Market St, 51st Fl | Philadelphia, PA 19103 | | | marriott@ballardspahr.com |
| Bayard, PA | Attn: Justin Alberto/ Sophie Macon | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | jalberto@bayardlaw.com |
| Berger Law Group, P.C. | Attn: Phillip Berger/Matthew Kaufmann | 919 Conestoga Rd., Bldg. 3, Ste. 114 | Rosemont, PA 19010 | | | berger@bergerlawpc.com |
| Bielli & Klauder, LLC | Attn: David Klauder | 1204 N King St. | Wilmington, DE 19801 | | | dklauder@bk-legal.com |
| Buchalter, A Professional Corp | Attn: Shawn M. Christianson | 55 Second St, 17 Fl | San Francisco, CA 94105-3493 | | | schristianson@buchalter.com |
| Ciardi Ciardi & Astin | Attn: Albert Ciardi | 1 Commerce Sq, Ste 3500 | 2005 Market St | Philadelphia, PA 19103 | | aciardi@ciardilaw.com |
| Ciardi Ciardi & Astin | Attn: Daniel Astin/ Joseph McMahon | 1204 N. King St | Wilmington, DE 19801 | | | jmcmahon@ciardilaw.com |
| Commonwealth of PA Dept of Labor and Industry | Collection Support Unit | Attn: Deb Secrest | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us |
| Denton US, LLP | Attn: Oscar Pinkas/ Lauren Macksoud | 1221 Ave of the Americans | New York, NY 10020 | | | oscar.pinkas@dentons.com |
| DLA Piper LLP | Attn: Richard A. Chesley | 444 W Lake St, Ste 900 | Chicago, IL 60606 | | | richard.chesley@dlapiper.com |
| DLA Piper LLP | Attn: Stuart M. Brown | 1201 N Market St, Ste 2100 | Wilmington, DE 19801 | | | stuart.brown@dlapiper.com |
| Drexel University College of Medicine | c/o Cozen O'Connor | Attn: Stephen A. Cozen, Esq. | One Liberty Place | 1650 Market St, Ste 2800 | Philadelphia, PA 19103 | scozen@cozen.com |
| Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | Florham Park, NJ 07932-1047 | | | marita.erbeck@dbr.com |
| Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | patrick.jackson@dbr.com |
| Duane Morris LLP | Attn: Jarret Hitchings | 222 Delaware Ave, Ste 1600 | Wilmington, DE 19801-1659 | | | jphitchings@duanemorris.com |
| Duane Morris LLP | Attn: Mairi V. Luce | 30 S 17th St | Philadelphia, PA 19103-4196 | | | luce@duanemorris.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Ian J. Bambrick | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801 | | | ian.bambrick@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe | Attn: Kayla Britton | 600 E 96th St, Ste 600 | Indianapolis, IN 46240 | | jay.Jaffe@faegredrinker.com |
| Fineman Krekstein & Harris, PC | Attn: Deirdre M. Richards | 1300 N. King St | Wilmington, DE 19801 | | | drichards@finemanlawfirm.com |
| Fox Rothschild LLP | Attn: Seth A. Niederman | 919 N Market St, Ste 300 | Wilmington, DE 19899-2323 | | | sniederman@foxrothschild.com |
| Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell | 1201 N Orange St, Ste 300 | Wilmington, DE 19801 | | | mbusenkell@gsbblaw.com |
| Gibbons P.C. | Attn: Dale E. Barney | One Gateway Center | Newark, NJ 07102-5310 | | | dbarney@gibbonslaw.com |
| Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | | hcohen@gibbonslaw.com |
| Gibbons P.C. | Attn: So Nsongurua/ R Malone/ D Crapo | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | | nsongonuga@gibbonslaw.com |
| Greenberg Traurig, LLP | Attn: Dennis A. Meloro | The Nemours Building | 1007 N Orange St, Ste 1200 | Wilmington, DE 19801 | | MeloroD@gtlaw.com |
| Greenberg Traurig, LLP | Attn: Nancy A. Peterman | 77 W Wacker Dr, Ste 3100 | Chicago, IL 60601 | | | petermann@gtlaw.com |
| Hogan & McDaniel | Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick | 1311 Delaware Ave | Wilmington, DE 19805 | | | dkhogan@dkhogan.com |
| Honigman LLP | Attn: E Todd Sable/ Lawrence A.Lichtman | 2290 First National Building | 660 Woodward Ave | Detroit, MI 48226 | | tsable@honigman.com |
| JD Thompson Law | c/o Sodexo, Inc | Attn: Judy D. Thompson | P.O. Box 33127 | Charlotte, NC 28233 | | jdt@jdthompsonlaw.com |
| Jeffer Mangels Butler & Mithcell LLP | Attn: Marianne S. Martin | 1900 Ave of the Stars, 7th FL | Los Angeles, CA 90067 | | | mmartin@jmbm.com |
| Jones Walker LLP | Attn: Jeffrey R. Barber | 190 E Capitol St, Ste 800 | P.O. Box 427 | Jackson, MS 39205-0427 | | jbarber@joneswalker.com |
| Kirkland & Ellis LLP | Attn: Nicole L Greenblatt | 601 Lexington Ave | New York, NY 10022 | | | nicole.greenblatt@kirkland.com |
| Kirkland & Ellis LLP | Stephen C Hackney, PC | 300 N LaSalle | Chicago, IL 60654 | | | stephen.hackney@kirkland.com |
| Kurtzman, Steady, LLC | Attn: Jeffrey Kurtzman | 401 S 2nd St, Ste 200 | Philadelphia, PA 19147 | | | kurtzman@kurtzmansteady.com |
| Latham & Watkins LLP | Attn: Suzzanne Uhland | Attn: Matthew J. Carmody | 885 3rd Ave | New York, NY 10022-4834 | | suzzanne.uhland@lw.com |
| Law Offices of Mitchell J. Malzberg, LLC | Attn: Mitchell J. Malzberg | P.O. Box 5122 | 6 E Main St, Ste 7 | Clinton, NJ 08809 | | mmalzberg@mjmalzberglaw.com |
| Markowitz & Richman | Attn: Jonathan Walters, Esquire | 123 South Broad St, Ste 2020 | Philadelphia, PA 19109 | | | jwalters@markowitzandrichman.com |
| Markowitz & Richman | Attn: Claiborne S. Newlin | 123 S Broad St, Ste 2020 | Philadelphia, PA 19109 | | | cnewlin@markowitzandrichman.com |
| Maron Marvel Bradley Anderson & Tardy, LLC | Attn: Stephanie A. Fox | 1201 N Market St, Ste 900 | Wilmington, DE 19801 | | | saf@maronmarvel.com |
| Mattleman Weinroth & Miller, P.C | Attn: Christina Pross | 200 Continental Drive, Ste 215 | Newark, DE 19713 | | | cpross@mwm-law.com |
| McCarter & English, LLP | Attn: William F. Taylor | Renaissance Centre | 405 N King St, 8th Fl | Wilmington, DE 19801 | | wtaylor@mccarter.com |
| Med One Capital Funding, LLC | c/o Ray Quinney & Nebecker, P.C | Attn: David H. Leigh | 36 S State St, 14th FL | Salt Lake City, UT 84111 | | dleigh@rqn.com |
| Moye White LLP | Attn: Timothy M. Swanson/Vikrama S. Chandrashekar | 1400 16th St, 6th Fl | Denver, CO 80202 | | | tim.swanson@moyewhite.com |
| O'Donoghue & O'Donoghue LLP | Attn: Lance Geren, Esq. | 325 Chestnut St, Ste 600 | Philadelphia, PA 19106 | | | lgeren@odonoghuelaw.com |
| Office of Attorney General | Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith | The Phoenix Building | 1600 Arch St, 3rd Fl | Philadelphia, PA 19103 | | cmomjian@attorneygeneral.gov |
| Office of the United States Attorney | for the District of Delaware | Attn: David C. Weiss, Esquire | Hercules Building | 1313 N Market St | Wilmington, DE 19801 | usade.ecfbankruptcy@usdoj.gov |
| Office of The United States Trustee | Attn: Benjamin Hackman | 844 King St, Ste 2207 | Lockbox 35 | Wilmington, DE 19801-3519 | | benjamin.a.hackman@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | | | | | | tcairns@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones | Attn: Timothy P Cairns | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | ljones@pszjlaw.com |
| Pearlman & Miranda, LLC | Attn: Patricia A Celano | 110 Edison Pl, Ste 301 | Newark, NJ 07102 | | | pcelano@pearlmanmiranda.com |
| Pepper Hamilton, LLP | Attn: Francis J. Lawall | 3000 Two Logan Sq | Eighteenth and Arch Streets | Philadelphia, PA 19103-279 | | francis.lawall@troutman.com |
| Pepper Hamilton, LLP | Attn: Marcy McLaughlin Smith | 1313 N Market St, P.O. Box 1709 | Hercules Plz, Ste 5100 | Wilmington, DE 19899-1709 | | marcy.smith@troutman.com |
| Polsinelli P.C. | Attn: Christopher A. Ward | 222 Delaware Ave, Ste 1101 | Wilmington, DE 19801 | | | cward@polsinelli.com |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan | 1313 North Market St, 6th Fl | P.O. Box 951 | Wilmington, DE 19899 | | jryan@potteranderson.com |
| Richards Layton & Finger, PA | Attn: M. Collins/ M Merchant/ B Schlauch | 1 Rodney Sq | 920 N King St | Wilmington, DE 19801 | | collins@rlf.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Jeffrey Hampton | Attn: Adam Isenberg | Centre Sq W | 1500 Market St, 38th Fl | Philadelphia, PA 19102 | jeffrey.hampton@saul.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti | Attn: Monique DiSabatino | 1201 N Market St, Ste 2300 | P.O. Box 1266 | Wilmington, DE 19899 | mark.minuti@saul.com |
| Schnader Harrison Segal & Lewis LLP | Attn: Nicholas J. LePore | 1600 Market St, Ste 3600 | Philadelphia, PA 19103-7286 | | | nlepore@schnader.com |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | 824 N Market St, Ste 800 | Wilmington, DE 19801 | | | rbarkasy@schnader.com |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | One Constitution Plz | Hartford, CT 06103-1919 | | | egoldstein@goodwin.com |
| Sills Cummis & Gross P.C | The Legal Center | Attn: Andrew Sherman/ Boris Mankovetsk1 1 Riverfront Plz | | Newark, NJ 07102 | | asherman@sillscummis.com |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston | 919 N Market St, Ste 1300 | Wilmington, DE 19801 | | | jhh@stevenslee.com |
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | 620 Freedom Busin Ctr, Ste 200 | King of Prussia, PA 19406 | | | rl@stevenslee.com |
| Stinson LLP | Attn: Darrell Clark/ Tracey Ohm | 1775 Pennsylvania Ave NW, Ste 800 | Washington, D.C 20006 | | | darrell.clark@stinson.com |
| Stoel Rives LLP | Attn: Marc A. Al | 33 S 6th St, Ste 4200 | Minneapolis, MN 55402 | | | marc.al@stoel.com |

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email |
|---|---|---|---|---|---|---|
| Stradley, Ronon, Stevens & Young, LLP | Attn: Deborah A. Reperowitz | 100 Park Ave, Ste 2000 | New York, NY 10017 | | | dreperowitz@stradley.com |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Gretchen M. Santamour | 2005 Market St, Ste 2600 | Philadelphia, PA 19103 | | | gsantamour@stradley.com |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Joelle E. Polesky | 1000 N West St, Ste 1279 | Wilmington, DE 19801 | | | jpolesky@stradley.com |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S Mopac Expressway, Ste 320 | Austin, TX 78746 | | | streusand@slollp.com |
| Sullivan, Hazeltine, Allison, LLC. | Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | | bsullivan@sha-llc.com |
| The Rosner Law Gorup LLC | Attn: Frederick B. Rosner | 824 N Market St, Ste 810 | Wilmington, DE 19801 | | | rosner@teamrosner.com |
| Troutman Sanders LLP | Attn: Louis A. Curcio | Attn: Jessica Mikhailevich | 875 3rd Ave | New York, NY 10022 | | louis.curcio@troutman.com |
| U.S. Dept of Justice | Attn: Marc Sacks | Civil Division | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044-875 | marcus.s.sacks@usdoj.gov |
| Underwood Perkins, P.C. | Attn: David Campbell/ Eli Pierce | Two Lincoln Centre | 5420 LBJ Fwy, Ste 1900 | Dallas, TX 75240 | | dcampbell@uplawtx.com |
| White and Williams LLP | Attn: Amy E. Vulpio | 1650 Market St, 18th Fl | Philadelphia, PA 19103 | | | vulpioa@whiteandwilliams.com |
| White and Williams LLP | Attn: Marc S. Casarino | 600 N King St, Ste 800 | Wilmington, DE 19899-0709 | | | casarinom@whiteandwilliams.com |
| Willig, Williams & Davidson | Attn: Jessica Kolansky | 1845 Walnut St, 24th Fl | Philadelphia, PA 19103 | | | jkolansky@wwdlaw.com |
| WILLIG, WILLIAMS, AND DAVIDSON | ATTN: James S. Beall | 1845 Walnut St, 24th Fl | Philadelphia, PA 19103 | | | jbeall@wwdlaw.com |

**<u>Exhibit B</u>**

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 |
|---|---|---|---|---|---|
| Alan Gelb, Esq. | c/o Law Offices of Alan Gelb | 349 Bustleton Pike | Feasterville, PA 19053 | | |
| Albert Einstein Healthcare Network | Attn: Penny J. Rezet | 5501 Old York Rd | Philadelphia, PA 19141 | | |
| Arent Fox LLP | Attn: George Angelich/ | Phillip Khezri | 1301 Ave of the Americans, 42nd Fl | New York, NY 10019 | |
| Ashby & Geddes, P.A. | Attn: Gregory Taylor / Katharina Earle | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | |
| Attorney for the City of PA | City of PA Law Dept | Attn: Megan Harper | 1401 JFK Building, 5th Fl | Philadelphia, PA 19102-1595 | |
| Ballard Spahr LLP | Attn: Tobey M. Daluz | Attn: Chantelle D. McClamb | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 | |
| Ballard Spahr LLP | Attn: Vincent J. Marriott | 1735 Market St, 51st Fl | Philadelphia, PA 19103 | | |
| Bayard, PA | Attn: Justin Alberto/ Sophie Macon | 600 N King St, Ste 400 | Wilmington, DE 19801 | | |
| Berger Law Group, P.C. | Attn: Phillip Berger/Matthew Kaufmann | 919 Conestoga Rd., Bldg. 3, Ste. 114 | Rosemont, PA 19010 | | |
| Bielli & Klauder, LLC | Attn: David Klauder | 1204 N King St. | Wilmington, DE 19801 | | |
| Buchalter, A Professional Corp | Attn: Shawn M. Christianson | 55 Second St, 17 Fl | San Francisco, CA 94105-3493 | | |
| Ciardi Ciardi & Astin | Attn: Albert Ciardi | 1 Commerce Sq, Ste 3500 | 2005 Market St | Philadelphia, PA 19103 | |
| Ciardi Ciardi & Astin | Attn: Daniel Astin/ Joseph McMahon | 1204 N. King St | Wilmington, DE 19801 | | |
| City of Philadelphia | Attn: Law Dept | 1515 Arch St, 17th Fl | Philadelphia, PA 19102 | | |
| Commonwealth of PA Dept of Labor and Industry | Collection Support Unit | Attn: Deb Secrest | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | |
| Denton US, LLP | Attn: Oscar Pinkas/ Lauren Macksoud | 1221 Ave of the Americans | New York, NY 10020 | | |
| DLA Piper LLP | Attn: Richard A. Chesley | 444 W Lake St, Ste 900 | Chicago, IL 60606 | | |
| DLA Piper LLP | Attn: Stuart M. Brown | 1201 N Market St, Ste 2100 | Wilmington, DE 19801 | | |
| Drexel University College of Medicine | c/o Cozen O'Connor | Attn: Stephen A. Cozen, Esq. | One Liberty Place | 1650 Market St, Ste 2800 | Philadelphia, PA 19103 |
| Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | Florham Park, NJ 07932-1047 | | |
| Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | |
| Duane Morris LLP | Attn: Jarret Hitchings | 222 Delaware Ave, Ste 1600 | Wilmington, DE 19801-1659 | | |
| Duane Morris LLP | Attn: Mairi V. Luce | 30 S 17th St | Philadelphia, PA 19103-4196 | | |
| Faegre Drinker Biddle & Reath LLP | Attn: Ian J. Bambrick | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801 | | |
| Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe | 600 E 96th St, Ste 600 | Indianapolis, IN 46240 | | |
| Fineman Krekstein & Harris, PC | Attn: Deirdre M. Richards | 1300 N. King St | Wilmington, DE 19801 | | |
| Fox Rothschild LLP | Attn: Seth A. Niederman | 919 N Market St, Ste 300 | Wilmington, DE 19899-2323 | | |
| Freedman & Lorry, P.C. | c/o Susan A. Murray | Attn: Training & Upgrading Fund | 1601 Market St, Ste 1500 | Philadelphia, PA 19103 | |
| Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell | 1201 N Orange St, Ste 300 | Wilmington, DE 19801 | | |
| Gibbons P.C. | Attn: Dale E. Barney | One Gateway Center | Newark, NJ 07102-5310 | | |
| Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | |
| Gibbons P.C. | Attn: N Songonuga/ R Malone/ D Crapo | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | |
| Greenberg Traurig, LLP | Attn: Dennis A. Meloro | The Nemours Building | 1007 N Orange St, Ste 1200 | Wilmington, DE 19801 | |
| Greenberg Traurig, LLP | Attn: Nancy A. Peterman | 77 W Wacker Dr, Ste 3100 | Chicago, IL 60601 | | |
| Hogan & McDaniel | Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick | 1311 Delaware Ave | Wilmington, DE 19805 | | |
| Honigman LLP | Attn: E Todd Sable/ Lawrence A.Lichtman | 2290 First National Building | 660 Woodward Ave | Detroit, MI 48226 | |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | |
| International Brotherhood of | Electrical Workers, Local 98 | 1701 Spring Garden St | Philadelphia, PA 19130 | | |
| JD Thompson Law | c/o Sodexo, Inc | Attn: Judy D. Thompson | P.O. Box 33127 | Charlotte, NC 28233 | |
| Jeffer Mangels Butler & Mithcell LLP | Attn: Marianne S. Martin | 1900 Ave of the Stars, 7th FL | Los Angeles, CA 90067 | | |
| Jones Walker LLP | Attn: Jeffrey R. Barber | 190 E Capitol St, Ste 800 | P.O. Box 427 | Jackson, MS 39205-0427 | |
| Kirkland & Ellis LLP | Attn: Nicole L Greenblatt | 601 Lexington Ave | New York, NY 10022 | | |
| Kirkland & Ellis LLP | Stephen C Hackney, PC | 300 N LaSalle | Chicago, IL 60654 | | |
| Kurtzman, Steady, LLC | Attn: Jeffrey Kurtzman | 401 S 2nd St, Ste 200 | Philadelphia, PA 19147 | | |
| Latham & Watkins LLP | Attn: Suzzanne Uhland | Attn: Matthew J. Carmody | 885 3rd Ave | New York, NY 10022-4834 | |
| Law Offices of Mitchell J. Malzberg, LLC | Attn: Mitchell J. Malzberg | P.O. Box 5122 | 6 E Main St, Ste 7 | Clinton, NJ 08809 | |
| Markowitz & Richman | Attn: Jonathan Walters, Esquire | 123 South Broad St, Ste 2020 | Philadelphia, PA 19109 | | |
| Markowitz and Richman | Attn: Claiborne S. Newlin | 123 S Broad St, Ste 2020 | Philadelphia, PA 19109 | | |
| Maron Marvel Bradley Anderson & Tardy, LLC | Attn: Stephanie A. Fox | 1201 N Market St, Ste 900 | Wilmington, DE 19801 | | |
| Mattleman Weinroth & Miller, P.C | Attn: Christina Pross | 200 Continental Drive, Ste 215 | Newark, DE 19713 | | |
| McCarter & English, LLP | Attn: William F. Taylor | Renaissance Centre | 405 N King St, 8th Fl | Wilmington, DE 19801 | |
| Moye White LLP | Attn: Ray Quinney & Nebecker, P.C | Attn: David H. Leigh | 36 S State St, 14th Fl | Salt Lake City, UT 84111 | |
| Med One Capital Funding, LLC | Attn: Timothy M. Swanson/Vikrama S. Chandrashekar | 1400 16th St, 6th Fl | Denver, CO 80202 | | |
| National Union of Hospital and | Healthcare Employees, AFSCME, AFL-CIO | 1319 Locust St | Philadelphia, PA 19107 | | |
| National Union of Hospital and | Healthcare Employees, District 1199C | 1319 Locust St | Philadelphia, PA 19107 | | |
| O'Donoghue & O'Donoghue LLP | Attn: Lance Geren, Esq. | 325 Chestnut St, Ste 600 | Philadelphia, PA 19106 | | |
| Office of Attorney General | Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith | The Phoenix Building | 1600 Arch St, 3rd Fl | Philadelphia, PA 19103 | |
| Office of the Attorney General | Attn: Josh Shapiro, Esquire | Attn: Bankruptcy Dept | 16th Fl, Strawberry Sq | Harrisburg, PA 17120 | |
| Office of the United States Attorney | for the District of Delaware | Attn: David C. Weiss, Esquire | Hercules Building | 1313 N Market St | Wilmington, DE 19801 |
| Office of The United States Trustee | Attn: Benjamin Hackman | 844 King St, Ste 2207 | Lockbox 35 | Wilmington, DE 19801-3519 | |
| Pachulski Stang Ziehl & Jones LLP | | | | | |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones | Attn: Timothy P Cairns | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 |
| Pearlman & Miranda, LLC. | Attn: Patricia A Celano | 110 Edison Pl, Ste 301 | Newark, NJ 07102 | | |

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 |
|---|---|---|---|---|---|
| Pennsylvania Assoc of | Staff Nurses and Allied Professionals | 1 Fayette Street, Suite 475 | Conshohocken, PA 19428 | | |
| Pennsylvania Dept of Health | Attn: Dr. Rachel Levine | Health and Welfare Building | 625 Forester St, 8th Fl W | Harrisburg, PA 17120 | |
| Pepper Hamilton, LLP | Attn: Francis J. Lawall | 3000 Two Logan Sq | Eighteenth and Arch Streets | Philadelphia, PA 19103-2799 | |
| Pepper Hamilton, LLP | Attn: Marcy McLaughlin Smith | 1313 N Market St, P.O. Box 1709 | Hercules Plz, Ste 5100 | Wilmington, DE 19899-1709 | |
| Polsinelli P.C | Attn: Christopher A. Ward | 222 Delaware Ave, Ste 1101 | Wilmington, DE 19801 | | |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan | 1313 North Market St, 6th Fl | P.O. Box 951 | Wilmington, DE 19899 | |
| Richards Layton & Finger, PA | Attn: M. Collins/ M Merchant/ B Schlauch | 1 Rodney Sq | 920 N King St | Wilmington, DE 19801 | |
| Saul Ewing Arnstein & Lehr LLP | Attn: Jeffrey Hampton | Attn: Adam Isenberg | Centre Sq W | 1500 Market St, 38th Fl | Philadelphia, PA 19102 |
| Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti | Attn: Monique DiSabatino | 1201 N Market St, Ste 2300 | P.O. Box 1266 | Wilmington, DE 19899 |
| Schnader Harrison Segal & Lewis LLP | Attn: Nicholas J. LePore | 1600 Market St, Ste 3600 | Philadelphia, PA 19103-7286 | | |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | 824 N Market St, Ste 800 | Wilmington, DE 19801 | | |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | One Constitution Plz | Hartford, CT 06103-1919 | | |
| Sills Cummis & Gross P.C | The Legal Center | Attn: Andrew Sherman/ Boris Mankovetskiy | 1 Riverfront Plz | Newark, NJ 07102 | |
| St. Mary's Medical Ctr | 1201 Langhorne-Newtown Rd | Langhorne, PA 19047 | | | |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston | 919 N Market St, Ste 1300 | Wilmington, DE 19801 | | |
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | 620 Freedom Busin Ctr, Ste 200 | King of Prussia, PA 19406 | | |
| Stinson LLP | Attn: Darrell Clark/ Tracey Ohm | 1775 Pennsylvania Ave NW, Ste 800 | Washington, D.C 20006 | | |
| Stoel Rives LLP | Attn: Marc A. Al | 33 S 6th St, Ste 4200 | Minneapolis, MN 55402 | | |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Deborah A. Reperowitz | 100 Park Ave, Ste 2000 | New York, NY 10017 | | |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Gretchen M. Santamour | 2005 Market St, Ste 2600 | Philadelphia, PA 19103 | | |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Joelle E. Polesky | 1000 N West St, Ste 1279 | Wilmington, DE 19801 | | |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S Mopac Expressway, Ste 320 | Austin, TX 78746 | | |
| Sullivan, Hazeltine, Allison, LLC. | Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | |
| The Rosner Law Gorup LLC | Attn: Frederick B. Rosner | 824 N Market St, Ste 810 | Wilmington, DE 19801 | | |
| Troutman Sanders LLP | Attn: Louis A. Curcio | Attn: Jessica Mikhailevich | 875 3rd Ave | New York, NY 10022 | |
| U.S. Dept of Justice | Attn: Marc Sacks | Civil Division | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044-875 |
| Underwood Perkins, P.C. | Attn: David Campbell/ Eli Pierce | Two Lincoln Centre | 5420 LBJ Fwy, Ste 1900 | Dallas, TX 75240 | |
| United States Department of Justice | Attn: Civil Division | 950 Pennslvania Ave, NW | Washington, DC 20530-0001 | | |
| United States Dept of Justice | 950 Pennsylvania Ave, NW | Washington, DC 20530-0001 | | | |
| White and Williams LLP | Attn: Amy E. Vulpio | 1650 Market St, 18th Fl | Philadelphia, PA 19103 | | |
| White and Williams LLP | Attn: Marc S. Casarino | 600 N King St, Ste 800 | Wilmington, DE 19899-0709 | | |
| Willig, Williams & Davidson | Attn: Jessica Kolansky | 1845 Walnut St, 24th Fl | Philadelphia, PA 19103 | | |
| WILLIG, WILLIAMS, AND DAVIDSON | ATTN: James S. Beall | 1845 Walnut St, 24th Fl | Philadelphia, PA 19103 | | |
| Center City Healthcare, LLC, et al. Claims Processing | c/o OMNI MANAGEMENT GROUP | 5955 De Soto Ave., Suite 100 | Woodland Hills, CA 91367 | | |
| Laverne DeValia | | 1319 Locust Street, 3rd Floor | Philadelphia, PA 19107 | | |