**Exhibit A**

**Late-Filed Claims**

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 1. Baker, Velma | 1248 | no amount | 3/13/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 2. **REDACTED** | 1249 | $1,000,000 | 4/5/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 3. Mindray DS USA, Inc. | 1250 | $11,765.85 | 4/19/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |