**Exhibit B**

**Amended Claims**

| AMENDED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. Garda CL Atlantic, Inc. | 180 | 759 | $6,145.41 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 2. Williams, Shawn | 569 | 1247 | $500,000 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |