**Exhibit C**

**Wrong Debtor Claims**

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Asserted Debtor** | **Modified Debtor** | **Claim Amount $** | **Reason for Reassignment** |
| 1. | Cardiology Consultants of Philadelphia, P.C. | 157 | St. Christopher's Healthcare, LLC | Center City Healthcare, LLC | $61,909.15 | Debtors' Books and Records do not support claim against asserted Debtor and relevant contract shows that claim is against Center City Healthcare, LLC. |
| 2. | Munoz, MD, Santiago J. | 901 | Center City Healthcare, LLC | TPS IV of PA, LLC | $54,166.67 | Debtors' Books and Records do not support claim against asserted Debtor and relevant contract shows that claim is against TPS IV of PA, LLC. |