# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Cadence Bank, N.A. ("Cadence") hereby appears in the above-captioned cases through its counsel Smith Hulsey & Busey and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| **SMITH HULSEY & BUSEY** | **ASHBY & GEDDES, P.A.** |
|---|---|
| Michael E. Demont, Esq. | Gregory A. Taylor, Esq. |
| Brandon A. Cook, Esq. | Katharina Earle, Esq. |
| One Independent Dr., Suite 3300 | 500 Delaware Avenue, 8th Floor |
| Jacksonville, FL 32202 | P.O. Box 1150 |
| Tel: (904) 359-7700 | Wilmington, DE 19899 |
| Fax: (904) 359-7708 | Tel: (302) 654-1888 |
| Email: mdemont@smithhulsey.com | Fax: (302) 654-2067 |
| Email: bcook@smithhulsey.com | Email: GTaylor@ashbygeddes.com |
| | Email: KEarle@ashbygeddes.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

{01696142;v1 }

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Cadence intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs or recoupments to which the Cadence is or may be entitled under agreements in law or in equity. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

[*Signature Page to Follow*]

|  |  |
|---|---|
| Dated: June 22, 2021<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>Katharina Earle (DE Bar No. 6348)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899-1150<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: gtaylor@ashbygeddes.com<br>         kearle@ashbygeddes.com<br><br>-and-<br><br>**SMITH HULSEY & BUSEY**<br>Michael E. Demont<br>Brandon A. Cook<br>One Independent Dr., Suite 3300<br>Jacksonville, FL 32202<br>Tel: (904) 359-7700<br>Fax: (904) 359-7708<br>Email: mdemont@smithhulsey.com<br>         bcook@smithhulsey.com<br><br>*Counsel to Cadence Bank, N.A.* |