## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 22nd day of June, 2021, a copy of the *Notice of Appearance and Request for Service of Papers* was served on all parties of record via CM/ECF.

Dated: June 22, 2021                                         */s/ Gregory A. Taylor*
                                                                              Gregory A. Taylor (DE Bar No. 4008)