**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466 (MFW) <br><br> Jointly Administered |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Michael E. Demont, Esq. to represent Cadence Bank, N.A. in the above-captioned cases and any related proceedings.

Dated: June 22, 2021　　　　　　　　　　　　**ASHBY & GEDDES, P.A.**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Gregory A. Taylor*
　　　　　　　　　　　　　　　　　　　　　　Gregory A. Taylor (DE Bar No. 4008)
　　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, 8th Floor
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1150
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 654-1888
　　　　　　　　　　　　　　　　　　　　　　Email: GTaylor@ashbygeddes.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016. I further certify the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael E. Demont*
　　　　　　　　　　　　　　　　　　　　　　Michael E. Demont, Esq.
　　　　　　　　　　　　　　　　　　　　　　**SMITH HULSEY & BUSEY**
　　　　　　　　　　　　　　　　　　　　　　One Independent Dr., Suite 3300
　　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32202
　　　　　　　　　　　　　　　　　　　　　　Tel: (904) 359-7888
　　　　　　　　　　　　　　　　　　　　　　Email: mdemont@smithhulsey.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.