# Exhibit A

ABBOTT LABORATORIES INC

STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 34399 | 6,072 | 5/15/2019 | 9008555136 | 1/23/2019 | 1,600 |
| Center City Healthcare, LLC | | | | | 9008562303 | 1/25/2019 | 188 |
| Center City Healthcare, LLC | | | | | 9008566646 | 1/28/2019 | 540 |
| Center City Healthcare, LLC | | | | | 9008569688 | 1/29/2019 | 3,050 |
| Center City Healthcare, LLC | | | | | 9008618492 | 2/13/2019 | 141 |
| Center City Healthcare, LLC | | | | | 9008622313 | 2/14/2019 | 553 |
| Center City Healthcare, LLC | | 34400 | 53,668 | 5/20/2019 | 609915244 | 1/8/2019 | 10,150 |
| Center City Healthcare, LLC | | | | | 610001155 | 1/23/2019 | 10,181 |
| Center City Healthcare, LLC | | | | | 610027006 | 1/29/2019 | 3,266 |
| Center City Healthcare, LLC | | | | | 610027007 | 1/29/2019 | 272 |
| Center City Healthcare, LLC | | | | | 830583073 | 1/24/2019 | 2,268 |
| Center City Healthcare, LLC | | | | | 830583074 | 1/24/2019 | 2,330 |
| Center City Healthcare, LLC | | | | | 9008537609 | 1/17/2019 | 25,200 |
| St. Christopher's Healthcare, LLC | | 34735 | 33,768 | 5/28/2019 | 9008488459 | 12/27/2018 | 10,254 |
| St. Christopher's Healthcare, LLC | | | | | 9008500731 | 1/2/2019 | 6,047 |
| St. Christopher's Healthcare, LLC | | | | | 9008505475 | 1/4/2019 | 4,632 |
| St. Christopher's Healthcare, LLC | | | | | 9008512353 | 1/8/2019 | 12,600 |
| St. Christopher's Healthcare, LLC | | | | | 9008674523 | 3/5/2019 | 235 |
| Center City Healthcare, LLC | | 35001 | 12,096 | 6/3/2019 | 610025993 | 2/7/2019 | 1,373 |
| Center City Healthcare, LLC | | | | | 610056982 | 2/12/2019 | 272 |
| Center City Healthcare, LLC | | | | | 610064418 | 2/6/2019 | 10,451 |
| Center City Healthcare, LLC | | 35382 | 34,390 | 6/6/2019 | 129499332 | 1/21/2019 | 180 |
| Center City Healthcare, LLC | | | | | 129523179 | 1/28/2019 | 90 |
| Center City Healthcare, LLC | | | | | 129529692 | 1/29/2019 | 620 |
| Center City Healthcare, LLC | | | | | 129530855 | 1/29/2019 | 2,930 |
| Center City Healthcare, LLC | | | | | 129537284 | 1/30/2019 | 90 |
| Center City Healthcare, LLC | | | | | 129539032 | 1/30/2019 | 1,510 |
| Center City Healthcare, LLC | | | | | 129543359 | 1/31/2019 | 2,130 |
| Center City Healthcare, LLC | | | | | 129543723 | 1/31/2019 | 2,760 |
| Center City Healthcare, LLC | | | | | 129545896 | 2/1/2019 | 1,340 |
| Center City Healthcare, LLC | | | | | 129553457 | 2/4/2019 | 2,400 |
| Center City Healthcare, LLC | | | | | 129554882 | 2/4/2019 | 1,490 |
| Center City Healthcare, LLC | | | | | 129559935 | 2/5/2019 | 90 |
| Center City Healthcare, LLC | | | | | 129578156 | 2/8/2019 | 2,130 |
| Center City Healthcare, LLC | | | | | 129578839 | 2/8/2019 | 450 |
| Center City Healthcare, LLC | | | | | 129586330 | 2/11/2019 | 980 |
| Center City Healthcare, LLC | | | | | 129591705 | 2/12/2019 | 1,070 |
| Center City Healthcare, LLC | | | | | 129592014 | 2/12/2019 | 180 |
| Center City Healthcare, LLC | | | | | 129592090 | 2/12/2019 | 90 |
| Center City Healthcare, LLC | | | | | 129592437 | 2/12/2019 | 180 |
| Center City Healthcare, LLC | | | | | 129593031 | 2/12/2019 | 90 |
| Center City Healthcare, LLC | | | | | 129598459 | 2/13/2019 | 1,420 |
| Center City Healthcare, LLC | | | | | 129598467 | 2/13/2019 | 710 |
| Center City Healthcare, LLC | | | | | 129599285 | 2/13/2019 | 90 |
| Center City Healthcare, LLC | | | | | 129605646 | 2/14/2019 | 470 |
| Center City Healthcare, LLC | | | | | 129606812 | 2/14/2019 | 180 |
| Center City Healthcare, LLC | | | | | 129611160 | 2/15/2019 | 1,420 |
| Center City Healthcare, LLC | | | | | 129634141 | 2/20/2019 | 90 |
| Center City Healthcare, LLC | | | | | 129649331 | 2/25/2019 | 800 |
| Center City Healthcare, LLC | | | | | 129656142 | 2/26/2019 | 1,420 |
| Center City Healthcare, LLC | | | | | 129662392 | 2/27/2019 | 4,000 |
| Center City Healthcare, LLC | | | | | 129667113 | 2/28/2019 | 90 |
| Center City Healthcare, LLC | | | | | 129668578 | 2/28/2019 | 2,100 |
| Center City Healthcare, LLC | | | | | 129669547 | 2/28/2019 | 800 |
| St. Christopher's Healthcare, LLC | | 35254 | 2,317 | 6/10/2019 | 421795 | 12/13/2018 | 2,317 |
| St. Christopher's Healthcare, LLC | | 35255 | 2,900 | 6/10/2019 | 422250 | 12/20/2018 | 2,900 |
| St. Christopher's Healthcare, LLC | | 35256 | 23,845 | 6/10/2019 | 609642992 | 12/3/2018 | 4,808 |
| St. Christopher's Healthcare, LLC | | | | | 609650877 | 11/16/2018 | 345 |

ABBOTT LABORATORIES INC

STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | | | | | 609673881A | 11/18/2018 | 329 |
| St. Christopher's Healthcare, LLC | | | | | 609733345A | 11/29/2018 | 189 |
| St. Christopher's Healthcare, LLC | | | | | 609780059 | 12/18/2018 | 191 |
| St. Christopher's Healthcare, LLC | | | | | 609793113A | 12/13/2018 | 2,533 |
| St. Christopher's Healthcare, LLC | | | | | 609793747 | 12/13/2018 | 3,424 |
| St. Christopher's Healthcare, LLC | | | | | 609797977 | 12/19/2018 | 4,810 |
| St. Christopher's Healthcare, LLC | | | | | 609799592 | 12/21/2018 | 340 |
| St. Christopher's Healthcare, LLC | | | | | 609958920A | 12/13/2018 | 748 |
| St. Christopher's Healthcare, LLC | | | | | 609996988A | 12/13/2018 | 728 |
| St. Christopher's Healthcare, LLC | | | | | 830535282 | 7/25/2018 | 5,399 |
| Center City Healthcare, LLC | | 35381 | 59,623 | 6/10/2019 | 610008961 | 2/13/2019 | 188 |
| Center City Healthcare, LLC | | | | | 610097913 | 2/13/2019 | 734 |
| Center City Healthcare, LLC | | | | | 610101165 | 2/19/2019 | 11,307 |
| Center City Healthcare, LLC | | | | | 610177027 | 2/28/2019 | 1,149 |
| Center City Healthcare, LLC | | | | | 610200569 | 3/5/2019 | 4,699 |
| Center City Healthcare, LLC | | | | | 610200570 | 3/5/2019 | 468 |
| Center City Healthcare, LLC | | | | | 610208360 | 3/6/2019 | 1,149 |
| Center City Healthcare, LLC | | | | | 610236983 | 3/12/2019 | 272 |
| Center City Healthcare, LLC | | | | | 610244981 | 3/13/2019 | 7,991 |
| Center City Healthcare, LLC | | | | | 610263454 | 3/21/2019 | 8,362 |
| Center City Healthcare, LLC | | | | | 610308637 | 3/26/2019 | 6,811 |
| Center City Healthcare, LLC | | | | | 830585393 | 11/1/2018 | 1,824 |
| Center City Healthcare, LLC | | | | | 830595811 | 1/2/2019 | 1,824 |
| Center City Healthcare, LLC | | | | | 830596354 | 2/24/2019 | 2,268 |
| Center City Healthcare, LLC | | | | | 830596355 | 2/24/2019 | 2,330 |
| Center City Healthcare, LLC | | | | | 830601892 | 2/1/2019 | 1,824 |
| Center City Healthcare, LLC | | | | | 830607428 | 3/1/2019 | 1,824 |
| Center City Healthcare, LLC | | | | | 830613747 | 3/24/2019 | 2,268 |
| Center City Healthcare, LLC | | | | | 830613748 | 3/24/2019 | 2,330 |
| Center City Healthcare, LLC | | 35253 | 7,111 | 6/12/2019 | 9008735363 | 3/22/2019 | 7,111 |
| St. Christopher's Healthcare, LLC | | 35481 | 11,636 | 6/17/2019 | 609867282 | 1/9/2019 | 402 |
| St. Christopher's Healthcare, LLC | | | | | 609921036 | 1/11/2019 | 243 |
| St. Christopher's Healthcare, LLC | | | | | 609922642 | 1/11/2019 | 2,417 |
| St. Christopher's Healthcare, LLC | | | | | 609924513 | 1/14/2019 | 216 |
| St. Christopher's Healthcare, LLC | | | | | 610042487 | 2/7/2019 | 160 |
| St. Christopher's Healthcare, LLC | | | | | 610054640 | 2/11/2019 | 2,966 |
| St. Christopher's Healthcare, LLC | | | | | 610064419 | 2/8/2019 | 413 |
| St. Christopher's Healthcare, LLC | | | | | 610159333 | 2/27/2019 | 4,820 |
| Center City Healthcare, LLC | | 35482 | 23,950 | 6/17/2019 | 610358761 | 4/16/2019 | 269 |
| Center City Healthcare, LLC | | | | | 610376388 | 4/24/2019 | 742 |
| Center City Healthcare, LLC | | | | | 610405650 | 4/16/2019 | 16,517 |
| Center City Healthcare, LLC | | | | | 830610290 | 4/24/2019 | 2,268 |
| Center City Healthcare, LLC | | | | | 830610291 | 4/24/2019 | 2,330 |
| Center City Healthcare, LLC | | | | | 830616231 | 4/1/2019 | 1,824 |
| Center City Healthcare, LLC | | 35640 | 27,240 | 6/17/2019 | 129675773 | 3/1/2019 | 2,580 |
| Center City Healthcare, LLC | | | | | 129680396 | 3/4/2019 | 90 |
| Center City Healthcare, LLC | | | | | 129694618 | 3/6/2019 | 6,420 |
| Center City Healthcare, LLC | | | | | 129699449 | 3/7/2019 | 90 |
| Center City Healthcare, LLC | | | | | 129701049 | 3/7/2019 | 180 |
| Center City Healthcare, LLC | | | | | 129702135 | 3/7/2019 | 6,400 |
| Center City Healthcare, LLC | | | | | 129702136 | 3/7/2019 | 4,370 |
| Center City Healthcare, LLC | | | | | 129706844 | 3/8/2019 | 710 |
| Center City Healthcare, LLC | | | | | 129706853 | 3/8/2019 | 780 |
| Center City Healthcare, LLC | | | | | 129707981 | 3/8/2019 | 1,070 |
| Center City Healthcare, LLC | | | | | 129718182 | 3/12/2019 | 470 |
| Center City Healthcare, LLC | | | | | 129718927 | 3/12/2019 | 90 |
| Center City Healthcare, LLC | | | | | 129725072 | 3/13/2019 | 180 |
| Center City Healthcare, LLC | | | | | 129725984 | 3/13/2019 | 700 |
| Center City Healthcare, LLC | | | | | 129731236 | 3/14/2019 | 2,130 |
| Center City Healthcare, LLC | | | | | 129731431 | 3/14/2019 | 90 |

**ABBOTT LABORATORIES INC**

**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | | 129731933 | 3/14/2019 | 800 |
| Center City Healthcare, LLC | | | | | 129738931 | 3/15/2019 | 90 |
| Center City Healthcare, LLC | | 35480 | 71,015 | 6/18/2019 | 9008825676 | 4/22/2019 | 30,792 |
| Center City Healthcare, LLC | | | | | 9008830878 | 4/23/2019 | 21,233 |
| Center City Healthcare, LLC | | | | | 9008554290 | 1/23/2019 | 18,990 |
| | | | $ 369,631 | | | | $ 369,631 |