# Exhibit A

**CAREFUSION SOLUTIONS LLC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33232 | 39,662 | 4/25/2019 | 10012669786 | 10/3/2018 | $ 16,802 |
| | | | | | 10012796159 | 11/3/2018 | 98 |
| | | | | | 10012796161 | 11/3/2018 | 239 |
| | | | | | 10012796167 | 11/3/2018 | 426 |
| | | | | | 10012796175 | 11/3/2018 | 4,663 |
| | | | | | 10012796183 | 11/3/2018 | 16,802 |
| | | | | | 10012796208 | 11/3/2018 | 477 |
| | | | | | 10012796216 | 11/3/2018 | 17 |
| | | | | | 10012796224 | 11/3/2018 | 43 |
| | | | | | 10012919272 | 12/4/2018 | 98 |
| Center City Healthcare, LLC | Check | 34607 | 45,906 | 5/15/2019 | 10012259884 | 7/4/2018 | 477 |
| | | | | | 10012919280 | 12/4/2018 | 426 |
| | | | | | 10012919298 | 12/4/2018 | 16,802 |
| | | | | | 10012919305 | 12/4/2018 | 4,663 |
| | | | | | 10012919313 | 12/4/2018 | 239 |
| | | | | | 10012919321 | 12/4/2018 | 477 |
| | | | | | 10012919339 | 12/4/2018 | 17 |
| | | | | | 10012919347 | 12/4/2018 | 43 |
| | | | | | 10013065024 | 1/3/2019 | 426 |
| | | | | | 10013065032 | 1/3/2019 | 98 |
| | | | | | 10013065040 | 1/3/2019 | 16,802 |
| | | | | | 10013065058 | 1/3/2019 | 4,663 |
| | | | | | 10013065066 | 1/3/2019 | 239 |
| | | | | | 10013065074 | 1/3/2019 | 477 |
| | | | | | 10013065082 | 1/3/2019 | 17 |
| | | | | | 10013065090 | 1/3/2019 | 43 |
| Center City Healthcare, LLC | Check | 34893 | 43,989 | 5/28/2019 | 10011601044 | 2/3/2018 | 426 |
| | | | | | 10011601052 | 2/3/2018 | 4,663 |
| | | | | | 10011601060 | 2/3/2018 | 16,802 |
| | | | | | 10011901036 | 2/3/2018 | 98 |
| | | | | | 10013179130 | 2/4/2019 | 4,663 |
| | | | | | 10013179148 | 2/4/2019 | 16,802 |
| | | | | | 10013179164 | 2/4/2019 | 477 |
| | | | | | 10013179172 | 2/4/2019 | 17 |
| | | | | | 10013179180 | 2/4/2019 | 43 |
| | | | **$ 129,557** | | | | **$ 129,557** |