Exhibit A

**CCJ PHYSICS LLC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32740 | 53,661 | 43,557 | February-19 | 43,497 | 29,368 |
| | | | | | January-19 | 1/1/2019 | 24,293 |
| Center City Healthcare, LLC | Check | 35022 | 30,156 | 5/28/2019 | March-19 | 3/1/2019 | 30,156 |
| Center City Healthcare, LLC | Check | 35514 | 29,981 | 6/12/2019 | April-19 | 4/1/2019 | 29,981 |
| | | | $ 113,797 | | | | $ 113,797 |