Exhibit A

**NATIONAL TRAINING & UPGRADING**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|--------|------|--------|--------|--------|--------|--------|--------|
| Center City Healthcare, LLC | Check | 34111 | $ 44,602 | 5/15/2019 | 32DCKR042919 | 4/29/2019 | $ 44,602 |
| Center City Healthcare, LLC | Check | 34393 | 30,574 | 5/28/2019 | 32DCKR021118 | 2/11/2019 | 30,574 |
| Center City Healthcare, LLC | Check | 34394 | 31,337 | 5/28/2019 | 32DCKR032919 | 3/29/2019 | 31,337 |
| Center City Healthcare, LLC | Check | 34395 | 29,169 | 5/28/2019 | 32DCKR050619 | 5/6/2019 | 29,169 |
| | | | $ 135,682 | | | | $ 135,682 |