# Exhibit A

**EXACTECH INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32767 | 30,086 | 4/11/2019 | 810891 | 1/3/2019 | 6,776 |
| | | | | | 810897 | 1/3/2019 | 4,395 |
| | | | | | 811868 | 1/8/2019 | 6,740 |
| | | | | | 811971 | 1/8/2019 | 12,175 |
| Center City Healthcare, LLC | Check | 33124 | 99,343 | 4/18/2019 | 814808 | 1/17/2019 | (35) |
| | | | | 4/18/2019 | 816726 | 1/24/2019 | (36) |
| | | | | 4/18/2019 | 817034 | 1/25/2019 | (18) |
| | | | | 4/18/2019 | 817847 | 1/29/2019 | (36) |
| | | | | 4/18/2019 | 814808 | 1/17/2019 | (12) |
| | | | | 4/18/2019 | 816726 | 1/24/2019 | (12) |
| | | | | 4/18/2019 | 817034 | 1/25/2019 | (6) |
| | | | | 4/18/2019 | 817847 | 1/29/2019 | (12) |
| | | | | 4/18/2019 | 814808 | 1/17/2019 | 47 |
| | | | | 4/18/2019 | 816726 | 1/24/2019 | 48 |
| | | | | 4/18/2019 | 817034 | 1/25/2019 | 24 |
| | | | | 4/18/2019 | 817847 | 1/29/2019 | 48 |
| | | | | 4/18/2019 | 813897 | 1/15/2019 | 5,340 |
| | | | | 4/18/2019 | 814785 | 1/17/2019 | 5,340 |
| | | | | 4/18/2019 | 814808 | 1/17/2019 | 5,340 |
| | | | | 4/18/2019 | 815126 | 1/18/2019 | 5,340 |
| | | | | 4/18/2019 | 816741 | 1/24/2019 | 5,340 |
| | | | | 4/18/2019 | 816753 | 1/24/2019 | 5,340 |
| | | | | 4/18/2019 | 817034 | 1/25/2019 | 5,340 |
| | | | | 4/18/2019 | 817348 | 1/28/2019 | 10,680 |
| | | | | 4/18/2019 | 817957 | 1/29/2019 | 5,340 |
| | | | | 4/18/2019 | 818689 | 1/31/2019 | 5,340 |
| | | | | 4/18/2019 | 812741 | 1/10/2019 | 5,340 |
| | | | | 4/18/2019 | 812741 | 1/10/2019 | 600 |
| | | | | 4/18/2019 | 812741 | 1/10/2019 | 800 |
| | | | | 4/18/2019 | 813973 | 1/15/2019 | 6,740 |
| | | | | 4/18/2019 | 814808 | 1/17/2019 | 294 |
| | | | | 4/18/2019 | 814808 | 1/17/2019 | 280 |
| | | | | 4/18/2019 | 815126 | 1/18/2019 | 294 |
| | | | | 4/18/2019 | 816726 | 1/24/2019 | 5,340 |
| | | | | 4/18/2019 | 816740 | 1/24/2019 | 9,815 |
| | | | | 4/18/2019 | 817043 | 1/25/2019 | 400 |
| | | | | 4/18/2019 | 817847 | 1/29/2019 | 5,340 |
| | | | | 4/18/2019 | 813897 | 1/15/2019 | 273 |
| | | | | 4/18/2019 | 816741 | 1/24/2019 | 273 |
| | | | | 4/18/2019 | 817957 | 1/29/2019 | 273 |
| | | | | 4/18/2019 | 818689 | 1/31/2019 | 273 |
| | | | | 4/18/2019 | 814785 | 1/17/2019 | 273 |
| | | | | 4/18/2019 | 814808 | 1/17/2019 | 273 |
| | | | | 4/18/2019 | 814808 | 1/17/2019 | 294 |
| | | | | 4/18/2019 | 814808 | 1/17/2019 | 294 |
| | | | | 4/18/2019 | 815126 | 1/18/2019 | 546 |
| | | | | 4/18/2019 | 816753 | 1/24/2019 | 273 |
| | | | | 4/18/2019 | 817034 | 1/25/2019 | 273 |
| | | | | 4/18/2019 | 817034 | 1/25/2019 | 294 |
| | | | | 4/18/2019 | 817348 | 1/28/2019 | 546 |
| | | | | 4/18/2019 | 816726 | 1/24/2019 | 600 |
| | | | | 4/18/2019 | 817847 | 1/29/2019 | 600 |
| Center City Healthcare, LLC | Check | 34458 | 32,043 | 5/20/2019 | 825288 | 2/22/2019 | 17,035 |
| | | | | 5/20/2019 | 826537 | 2/27/2019 | 4,395 |
| | | | | 5/20/2019 | 825614 | 2/25/2019 | 2,500 |
| | | | | 5/20/2019 | 821990 | 2/12/2019 | 5,340 |
| | | | | 5/20/2019 | 791006 | 10/19/2018 | 2,500 |
| | | | | 5/20/2019 | 821990 | 2/12/2019 | 273 |

**EXACTECH INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 34126 | 63,453 | 5/22/2019 | 819197 | 2/1/2019 | (72) |
| | | | | 5/22/2019 | 819197 | 2/1/2019 | (24) |
| | | | | 5/22/2019 | 819197 | 2/1/2019 | 96 |
| | | | | 5/22/2019 | 819192 | 2/1/2019 | 5,340 |
| | | | | 5/22/2019 | 819197 | 2/1/2019 | 10,680 |
| | | | | 5/22/2019 | 819192 | 2/1/2019 | 273 |
| | | | | 5/22/2019 | 819197 | 2/1/2019 | 1,200 |
| | | | | 5/22/2019 | 821908 | 2/12/2019 | (84) |
| | | | | 5/22/2019 | 824841 | 2/21/2019 | (33) |
| | | | | 5/22/2019 | 821908 | 2/12/2019 | (28) |
| | | | | 5/22/2019 | 824841 | 2/21/2019 | (11) |
| | | | | 5/22/2019 | 821908 | 2/12/2019 | 112 |
| | | | | 5/22/2019 | 824841 | 2/21/2019 | 44 |
| | | | | 5/22/2019 | 820793 | 2/7/2019 | 5,890 |
| | | | | 5/22/2019 | 820828 | 2/7/2019 | 1,420 |
| | | | | 5/22/2019 | 822767 | 2/14/2019 | 5,340 |
| | | | | 5/22/2019 | 823213 | 2/15/2019 | 1,702 |
| | | | | 5/22/2019 | 824779 | 2/21/2019 | 5,340 |
| | | | | 5/22/2019 | 824841 | 2/21/2019 | 5,340 |
| | | | | 5/22/2019 | 819448 | 2/4/2019 | 2,500 |
| | | | | 5/22/2019 | 820056 | 2/5/2019 | 2,500 |
| | | | | 5/22/2019 | 821908 | 2/12/2019 | 5,340 |
| | | | | 5/22/2019 | 822290 | 2/13/2019 | 4,395 |
| | | | | 5/22/2019 | 823913 | 2/19/2019 | 2,328 |
| | | | | 5/22/2019 | 820793 | 2/7/2019 | 273 |
| | | | | 5/22/2019 | 822767 | 2/14/2019 | 550 |
| | | | | 5/22/2019 | 822767 | 2/14/2019 | 273 |
| | | | | 5/22/2019 | 824779 | 2/21/2019 | 273 |
| | | | | 5/22/2019 | 824841 | 2/21/2019 | 546 |
| | | | | 5/22/2019 | 821908 | 2/12/2019 | 800 |
| | | | | 5/22/2019 | 821908 | 2/12/2019 | 600 |
| | | | | 5/22/2019 | 824841 | 2/21/2019 | 550 |
| Center City Healthcare, LLC | Check | 34789 | 52,071 | 5/29/2019 | 827113 | 2/28/2019 | (35) |
| | | | | 5/29/2019 | 827140 | 2/28/2019 | (36) |
| | | | | 5/29/2019 | 827170 | 2/28/2019 | (42) |
| | | | | 5/29/2019 | 827113 | 2/28/2019 | (12) |
| | | | | 5/29/2019 | 827140 | 2/28/2019 | (12) |
| | | | | 5/29/2019 | 827170 | 2/28/2019 | (14) |
| | | | | 5/29/2019 | 827113 | 2/28/2019 | 47 |
| | | | | 5/29/2019 | 827140 | 2/28/2019 | 48 |
| | | | | 5/29/2019 | 827170 | 2/28/2019 | 56 |
| | | | | 5/29/2019 | 827113 | 2/28/2019 | 5,340 |
| | | | | 5/29/2019 | 827202 | 2/28/2019 | 5,340 |
| | | | | 5/29/2019 | 832238 | 3/19/2019 | 3,775 |
| | | | | 5/29/2019 | 827113 | 2/28/2019 | 294 |
| | | | | 5/29/2019 | 827140 | 2/28/2019 | 5,340 |
| | | | | 5/29/2019 | 828325 | 3/5/2019 | 4,400 |
| | | | | 5/29/2019 | 828776 | 3/6/2019 | 3,956 |
| | | | | 5/29/2019 | 828869 | 3/6/2019 | 4,440 |
| | | | | 5/29/2019 | 827140 | 2/28/2019 | 800 |
| | | | | 5/29/2019 | 827113 | 2/28/2019 | 273 |
| | | | | 5/29/2019 | 827113 | 2/28/2019 | 589 |
| | | | | 5/29/2019 | 827113 | 2/28/2019 | 280 |
| | | | | 5/29/2019 | 827202 | 2/28/2019 | 273 |
| | | | | 5/29/2019 | 827202 | 2/28/2019 | 550 |
| | | | | 5/29/2019 | 827140 | 2/28/2019 | 600 |
| | | | | 5/29/2019 | 827170 | 2/28/2019 | 698 |
| | | | | 5/29/2019 | 827064 | 2/28/2019 | 5,340 |
| | | | | 5/29/2019 | 831328 | 3/14/2019 | 2,770 |

**EXACTECH INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| | | | | 5/29/2019 | 827064 | 2/28/2019 | 800 |
| | | | | 5/29/2019 | 827064 | 2/28/2019 | 600 |
| | | | | 5/29/2019 | 807894 | 12/18/2018 | 5,340 |
| | | | | 5/29/2019 | 807894 | 12/18/2018 | 273 |
| | | | $ 276,996 | | | | $ 276,996 |