# Exhibit A

**GENERAL HEALTHCARE RESOURCES INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32888 | 107,745 | 4/9/2019 | 347257 | 11/22/2018 | 10,512 |
| | | | | | 347924 | 11/29/2018 | 6,524 |
| | | | | | 348543 | 12/6/2018 | 12,331 |
| | | | | | 348697 | 12/6/2018 | 7,848 |
| | | | | | 349108 | 12/13/2018 | 7,885 |
| | | | | | 349231 | 12/13/2018 | 18,699 |
| | | | | | 349766 | 12/20/2018 | 17,730 |
| | | | | | 349897 | 12/20/2018 | 5,329 |
| | | | | | 350517 | 12/27/2018 | 5,220 |
| | | | | | 350944 | 1/3/2019 | 15,667 |
| Center City Healthcare, LLC | Check | 33237 | 137,159 | 4/23/2019 | 341797 | 9/27/2018 | 23,130 |
| | | | | | 346632 | 11/15/2018 | 5,200 |
| | | | | | 347923 | 11/29/2018 | 3,906 |
| | | | | | 348038 | 11/29/2018 | 6,948 |
| | | | | | 348542 | 12/6/2018 | 5,086 |
| | | | | | 349230 | 12/13/2018 | 4,552 |
| | | | | | 349765 | 12/20/2018 | 5,008 |
| | | | | | 350433 | 12/27/2018 | 3,752 |
| | | | | | 350946 | 1/3/2019 | 2,062 |
| | | | | | 351357 | 1/10/2019 | 13,129 |
| | | | | | 352025 | 1/17/2019 | 19,801 |
| | | | | | 352664 | 1/24/2019 | 11,653 |
| | | | | | 353296 | 1/31/2019 | 10,749 |
| | | | | | 353983 | 2/7/2019 | 7,450 |
| | | | | | 353984 | 2/7/2019 | 540 |
| | | | | | 354451 | 2/14/2019 | 6,753 |
| | | | | | 354452 | 2/14/2019 | 750 |
| | | | | | 355292 | 2/21/2019 | 6,692 |
| Center City Healthcare, LLC | Check | 33716 | 4,479 | 4/26/2019 | 357065 | 3/14/2019 | 4,479 |
| Center City Healthcare, LLC | Check | 33940 | 11,051 | 5/7/2019 | 335857 | 7/5/2018 | 2,665 |
| | | | | 5/7/2019 | 357739 | 3/21/2019 | 8,386 |
| Center City Healthcare, LLC | Check | 34154 | 16,387 | 5/14/2019 | 351358 | 1/10/2019 | 720 |
| | | | | 5/14/2019 | 352026 | 1/17/2019 | 540 |
| | | | | 5/14/2019 | 353297 | 1/31/2019 | 624 |
| | | | | 5/14/2019 | 358398 | 3/28/2019 | 3,886 |
| | | | | 5/14/2019 | 359129 | 4/4/2019 | 5,300 |
| | | | | 5/14/2019 | 359561 | 4/11/2019 | 5,317 |
| Center City Healthcare, LLC | Check | 34617 | 32,157 | 5/20/2019 | 350434 | 12/27/2018 | 20,271 |
| | | | | | 355903 | 2/28/2019 | 3,358 |
| | | | | | 356496 | 3/7/2019 | 3,228 |
| | | | | | 359129 | 4/4/2019 | 5,300 |
| Center City Healthcare, LLC | Check | 34904 | 15,157 | 5/29/2019 | 359561 | 4/11/2019 | 5,317 |
| | | | | 5/29/2019 | 360508 | 4/18/2019 | 2,364 |
| | | | | 5/29/2019 | 360985 | 4/25/2019 | 4,676 |
| | | | | 5/29/2019 | 330157 | 5/3/2019 | 2,800 |
| Center City Healthcare, LLC | Check | 35049 | 2,364 | 6/4/2019 | 360508 | 4/18/2019 | 2,364 |
| Center City Healthcare, LLC | Check | 35299 | 4,676 | 6/10/2019 | 360985 | 4/25/2019 | 4,676 |
| | | | **$ 331,173** | | | | **$ 331,173** |