# Exhibit A

**GREATER DELAWARE VALLEY SOCIETY**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 34471 | 99,750 | 5/17/2019 | 129973 | 8/29/2018 | 33,250 |
|  |  |  |  |  | 131140 | 12/20/2018 | 33,250 |
|  |  |  |  |  | 131489 | 12/20/2018 | 33,250 |
| Center City Healthcare, LLC | Check | 35055 | 99,750 | 6/3/2019 | 131717 | 12/20/2018 | 33,250 |
|  |  |  |  |  | 131724 | 12/20/2018 | 33,250 |
|  |  |  |  |  | 131725 | 12/20/2018 | 33,250 |
| Center City Healthcare, LLC | Check | 35302 | 99,750 | 6/10/2019 | 131899 | 1/2/2019 | 33,250 |
|  |  |  |  |  | 131905 | 1/2/2019 | 33,250 |
|  |  |  |  |  | 132007 | 1/4/2019 | 33,250 |
| Center City Healthcare, LLC | Check | 35548 | 103,000 | 6/14/2019 | 132141 | 1/11/2019 | 36,500 |
|  |  |  |  |  | 132154 | 1/11/2019 | 33,250 |
|  |  |  |  |  | 132480 | 2/1/2019 | 33,250 |
|  |  |  | **$ 402,250** |  |  |  | **$ 402,250** |