# Exhibit A

**MAYFLOWER LAUNDRY & TEXTILE SERVICES LLC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32802 | 53,487 | 4/2/2019 | 4887581 | 12/24/2018 | 28,072 |
| Center City Healthcare, LLC | Check | | | 4/2/2019 | 4887610 | 12/31/2018 | 25,415 |
| Center City Healthcare, LLC | Check | 32998 | 89,061 | 4/11/2019 | 4887670A | 1/14/2019 | 31,091 |
| Center City Healthcare, LLC | | | | 4/11/2019 | 4887700 | 1/21/2019 | 30,558 |
| Center City Healthcare, LLC | | | | 4/11/2019 | 4887729 | 1/28/2019 | 27,411 |
| Center City Healthcare, LLC | Check | 33155 | 95,047 | 4/16/2019 | 4887777 | 2/4/2019 | 34,889 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 4887843 | 2/10/2019 | 30,692 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 4887808 | 2/11/2019 | 29,467 |
| St. Christopher's Healthcare, LLC | Check | 33812 | 19,322 | 4/30/2019 | 4887789 | 2/4/2019 | 302 |
| St. Christopher's Healthcare, LLC | | | | 4/30/2019 | 4887791 | 2/4/2019 | 8,694 |
| St. Christopher's Healthcare, LLC | | | | 4/30/2019 | 4887821 | 2/11/2019 | 341 |
| St. Christopher's Healthcare, LLC | | | | 4/30/2019 | 4887822 | 2/11/2019 | 106 |
| St. Christopher's Healthcare, LLC | | | | 4/30/2019 | 4887823 | 2/11/2019 | 9,879 |
| Center City Healthcare, LLC | Check | 34045 | 44,299 | 5/1/2019 | 4887962 | 3/18/2019 | 28,258 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 4887622 | 12/31/2018 | 326 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 4887624 | 12/31/2018 | 7,555 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 4887652 | 1/7/2019 | 292 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 4887654 | 1/7/2019 | 7,868 |
| Center City Healthcare, LLC | Check | 34155 | 109,456 | 5/10/2019 | 4887640 | 1/7/2019 | 25,518 |
| Center City Healthcare, LLC | | | | 5/10/2019 | 4887872 | 2/25/2019 | 25,894 |
| Center City Healthcare, LLC | | | | 5/10/2019 | 4887906 | 3/4/2019 | 29,891 |
| Center City Healthcare, LLC | | | | 5/10/2019 | 4887933 | 3/11/2019 | 28,154 |
| Center City Healthcare, LLC | Check | 35137 | 73,501 | 6/3/2019 | 4887991 | 3/25/2019 | 27,088 |
| Center City Healthcare, LLC | | | | 6/3/2019 | 4888020 | 4/1/2019 | 25,397 |
| St. Christopher's Healthcare, LLC | | | | 6/3/2019 | 4887856 | 2/18/2019 | 484 |
| St. Christopher's Healthcare, LLC | | | | 6/3/2019 | 4887858 | 2/18/2019 | 10,187 |
| St. Christopher's Healthcare, LLC | | | | 6/3/2019 | 4887885 | 2/25/2019 | 296 |
| St. Christopher's Healthcare, LLC | | | | 6/3/2019 | 4887886 | 2/25/2019 | 110 |
| St. Christopher's Healthcare, LLC | | | | 6/3/2019 | 4887887 | 2/25/2019 | 9,939 |
| Center City Healthcare, LLC | Check | 35317 | 45,272 | 6/7/2019 | 4888050 | 4/8/2019 | 26,766 |
| Center City Healthcare, LLC | | | | | 4888107 | 4/22/2019 | 18,506 |
| | | | **$ 529,445** | | | | **$ 529,445** |