Exhibit A

**SUMMARY OF MCKESSON CORPORATION**
**STATEMENTS OF ACCOUNT**

| Vendor | Debtor | Invoice Amount ($) |
|---|---|---|
| Mckesson Plasma & Biologics LLC | St. Christopher's Healthcare, LLC | 569,260 |
| Mckesson Plasma & Biologics LLC | Center City Healthcare, LLC | 221,154 |
| | Subtotal - Mckesson Plasma & Biologics LLC | 790,414 |
| Mckesson Medical Surgical | St Christopher's Healthcare, LLC | 35,840 |
| Mckesson Medical Surgical | TPS III of PA,LLC | 6,405 |
| Mckesson Medical Surgical | TPS IV of PA,LLC | 846 |
| Mckesson Medical Surgical | TPS V of PA,LLC | 19,779 |
| | Subtotal - Mckesson Medical Surgical | 62,870 |
| | Total | $ 853,284 |