# Exhibit B

**MCKESSON PLASMA & BIOLOGICS LLC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32803 | 28,411 | 4/9/2019 | 7113790381 | 1/17/2019 | 28,435 |
| Center City Healthcare, LLC | | | | 4/9/2019 | 7116825457 | 3/6/2019 | (24) |
| Center City Healthcare, LLC | Check | 33156 | 90,992 | 4/17/2019 | 7116350144 | 1/31/2019 | 34,159 |
| Center City Healthcare, LLC | | | | 4/17/2019 | 7119856521 | 2/20/2019 | 23,849 |
| Center City Healthcare, LLC | | | | 4/17/2019 | 7121373679 | 2/28/2019 | 32,104 |
| St. Christopher's Healthcare, LLC | | | | 4/17/2019 | 297986001 | 11/14/2018 | 249 |
| St. Christopher's Healthcare, LLC | | | | 4/17/2019 | 297986002 | 4/5/2019 | (124) |
| St. Christopher's Healthcare, LLC | | | | 4/17/2019 | 371584001 | 1/14/2019 | 249 |
| St. Christopher's Healthcare, LLC | | | | 4/17/2019 | 407882001 | 2/11/2019 | 249 |
| St. Christopher's Healthcare, LLC | | | | 4/17/2019 | 4000163310 | 1/16/2019 | 123 |
| St. Christopher's Healthcare, LLC | | | | 4/17/2019 | 4000164455 | 2/1/2019 | 135 |
| St. Christopher's Healthcare, LLC | Check | 33959 | 249 | 5/6/2019 | 297986001 | 11/14/2018 | 249 |
| Center City Healthcare, LLC | Check | 34623 | 309,562 | 5/15/2019 | 7122672671 | 3/7/2019 | 3,596 |
| Center City Healthcare, LLC | | | | 5/15/2019 | 7124131086 | 3/15/2019 | 20,180 |
| Center City Healthcare, LLC | | | | 5/15/2019 | 7125397417 | 3/22/2019 | 6,421 |
| Center City Healthcare, LLC | | | | 5/15/2019 | 7126679195 | 3/29/2019 | 26,600 |
| Center City Healthcare, LLC | | | | 5/15/2019 | 7127014072 | 4/1/2019 | 3,669 |
| Center City Healthcare, LLC | | | | 5/15/2019 | 7129239383 | 4/12/2019 | 9,173 |
| Center City Healthcare, LLC | | | | 5/15/2019 | 7130502080 | 4/19/2019 | 16,511 |
| Center City Healthcare, LLC | | | | 5/15/2019 | 7130827301 | 4/22/2019 | 1,835 |
| Center City Healthcare, LLC | | | | 5/15/2019 | 7131511699 | 4/25/2019 | 8,090 |
| St. Christopher's Healthcare, LLC | | | | 5/15/2019 | 4000167602 | 3/16/2019 | 11 |
| St. Christopher's Healthcare, LLC | | | | 5/15/2019 | 7121951211 | 3/4/2019 | 215,239 |
| Center City Healthcare, LLC | | | | 5/15/2019 | Credit Memo | 5/15/2019 | (1,761) |
| St. Christopher's Healthcare, LLC | Check | 35397 | 228,353 | 6/6/2019 | 7121369217 | 2/28/2019 | 2,425 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 7121573700 | 3/1/2019 | 295 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 7124952586 | 3/20/2019 | 219,632 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 4000165606 | 2/16/2019 | 1,608 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 337169001 | 12/14/2018 | 3,195 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 289984001 | 11/8/2018 | 1,198 |
| Center City Healthcare, LLC | Check | 35659 | 132,847 | 6/12/2019 | EARNED DISC | 6/6/2019 | (1,284) |
| Center City Healthcare, LLC | | | | 6/12/2019 | SERVICECHG2019 | 4/17/2019 | 1,734 |
| Center City Healthcare, LLC | | | | 6/12/2019 | 1.00163E+11 | 4/17/2019 | 6,421 |
| Center City Healthcare, LLC | | | | 6/12/2019 | 7111754296A | 4/17/2019 | 312 |
| Center City Healthcare, LLC | | | | 6/12/2019 | 7116350144A | 4/17/2019 | 697 |
| Center City Healthcare, LLC | | | | 6/12/2019 | 7170112918A | 4/17/2019 | 440 |
| St. Christopher's Healthcare, LLC | | | | 6/12/2019 | 435057001 | 3/4/2019 | 3,195 |
| St. Christopher's Healthcare, LLC | | | | 6/12/2019 | 4000142346 | 4/2/2018 | 6 |
| St. Christopher's Healthcare, LLC | | | | 6/12/2019 | 4000143560 | 4/16/2018 | 15 |
| St. Christopher's Healthcare, LLC | | | | 6/12/2019 | 4000144307 | 5/1/2018 | 133 |
| St. Christopher's Healthcare, LLC | | | | 6/12/2019 | 4000146137 | 6/1/2018 | 93 |
| St. Christopher's Healthcare, LLC | | | | 6/12/2019 | 4000168671 | 4/1/2019 | 11 |
| St. Christopher's Healthcare, LLC | | | | 6/12/2019 | 4000169563 | 4/16/2019 | 11 |
| St. Christopher's Healthcare, LLC | | | | 6/12/2019 | 4000170122 | 5/1/2019 | 12 |
| St. Christopher's Healthcare, LLC | | | | 6/12/2019 | 4000171884 | 6/1/2019 | 39 |
| St. Christopher's Healthcare, LLC | | | | 6/12/2019 | 7101863157 | 11/8/2018 | 1,213 |
| St. Christopher's Healthcare, LLC | | | | 6/12/2019 | 7135791296 | 5/20/2019 | 119,799 |
| | | | **$ 790,414** | | | | **$ 790,414** |