# Exhibit C

**MCKESSON MEDICAL SURGICAL**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| TPS V of PA,LLC | Check | 33068 | 5,594 | 4/12/2019 | 47998084 | 2/24/2019 | 496 |
| TPS V of PA,LLC | | | | | 48002781 | 2/25/2019 | 705 |
| TPS V of PA,LLC | | | | | 48126907 | 2/26/2019 | 41 |
| TPS V of PA,LLC | | | | | 48169784 | 2/26/2019 | 450 |
| TPS V of PA,LLC | | | | | 46511048 | 2/5/2019 | 2,021 |
| St Christopher's Healthcare, LLC | | | | | 40464130 | 11/14/2018 | 280 |
| St Christopher's Healthcare, LLC | | | | | 40936191 | 11/21/2018 | 1,220 |
| St Christopher's Healthcare, LLC | | | | | 40989370 | 11/21/2018 | 380 |
| TPS V of PA,LLC | Check | 33241 | 11,282 | 4/17/2019 | 46601534 | 2/6/2019 | 325 |
| TPS V of PA,LLC | | | | | 49315687 | 3/12/2019 | 750 |
| TPS V of PA,LLC | | | | | 49640209 | 3/14/2019 | 124 |
| St Christopher's Healthcare, LLC | | | | | 40995435 | 11/21/2018 | 429 |
| St Christopher's Healthcare, LLC | | | | | 41001075 | 11/21/2018 | 1,685 |
| St Christopher's Healthcare, LLC | | | | | 41244154 | 11/27/2018 | 101 |
| St Christopher's Healthcare, LLC | | | | | 41507770 | 11/30/2018 | 78 |
| St Christopher's Healthcare, LLC | | | | | 41575768 | 11/30/2018 | 1,279 |
| St Christopher's Healthcare, LLC | | | | | 41592104 | 11/30/2018 | 70 |
| St Christopher's Healthcare, LLC | | | | | 42378253 | 12/11/2018 | 732 |
| St Christopher's Healthcare, LLC | | | | | 42638915 | 12/14/2018 | 453 |
| St Christopher's Healthcare, LLC | | | | | 43139725 | 12/20/2018 | 480 |
| St Christopher's Healthcare, LLC | | | | | 43661576 | 12/28/2018 | 324 |
| St Christopher's Healthcare, LLC | | | | | 44040321 | 12/27/2018 | 2,271 |
| St Christopher's Healthcare, LLC | | | | | 44055827 | 1/4/2019 | 859 |
| St Christopher's Healthcare, LLC | | | | | 44440849 | 1/9/2019 | 227 |
| St Christopher's Healthcare, LLC | | | | | 44471344 | 1/9/2019 | 384 |
| St Christopher's Healthcare, LLC | | | | | 44494012 | 1/9/2019 | 713 |
| St Christopher's Healthcare, LLC | Check | 33734 | 12,512 | 4/30/2019 | 45164103 | 1/18/2019 | 1,817 |
| St Christopher's Healthcare, LLC | | | | | 45479991 | 1/23/2019 | 1,878 |
| St Christopher's Healthcare, LLC | | | | | 45716824 | 1/25/2019 | 1,002 |
| St Christopher's Healthcare, LLC | | | | | 45738254 | 1/25/2019 | 247 |
| St Christopher's Healthcare, LLC | | | | | 45762297 | 1/25/2019 | 3,203 |
| St Christopher's Healthcare, LLC | | | | | 45776437 | 1/27/2019 | 67 |
| St Christopher's Healthcare, LLC | | | | | 45829613 | 1/28/2019 | 1,200 |
| St Christopher's Healthcare, LLC | | | | | 45912641 | 1/29/2019 | 36 |
| St Christopher's Healthcare, LLC | | | | | 45953955 | 1/28/2019 | 454 |
| St Christopher's Healthcare, LLC | | | | | 45955452 | 1/29/2019 | 1,411 |
| St Christopher's Healthcare, LLC | | | | | 46074277 | 1/30/2019 | 224 |
| St Christopher's Healthcare, LLC | | | | | 46198025 | 1/31/2019 | 769 |
| TPS IV of PA,LLC | | | | | 50582565 | 3/27/2019 | 204 |
| TPS V of PA,LLC | Check | 34046 | 15,566 | 5/6/2019 | 44877139 | 1/15/2019 | 585 |
| TPS V of PA,LLC | | | | | 45585862 | 1/24/2019 | 68 |
| TPS V of PA,LLC | | | | | 45587164 | 1/24/2019 | 660 |
| TPS V of PA,LLC | | | | | 46251490 | 2/1/2019 | 138 |
| TPS V of PA,LLC | | | | | 46889793 | 2/8/2019 | 254 |
| TPS V of PA,LLC | | | | | 46948006 | 2/11/2019 | 434 |
| TPS V of PA,LLC | | | | | 46955250 | 2/11/2019 | 188 |
| TPS V of PA,LLC | | | | | 47309770 | 2/14/2019 | 63 |
| TPS V of PA,LLC | | | | | 48037044 | 2/25/2019 | 103 |
| TPS V of PA,LLC | | | | | 48971328 | 3/7/2019 | 48 |
| TPS V of PA,LLC | | | | | 48971332 | 3/7/2019 | 103 |
| TPS V of PA,LLC | | | | | 48971336 | 3/7/2019 | 89 |
| TPS V of PA,LLC | | | | | 38653259 | 10/22/2018 | 805 |
| St Christopher's Healthcare, LLC | | | | | 46354831 | 2/3/2019 | 169 |
| St Christopher's Healthcare, LLC | | | | | 46380981 | 2/4/2019 | 171 |
| St Christopher's Healthcare, LLC | | | | | 46452505 | 2/4/2019 | 315 |
| St Christopher's Healthcare, LLC | | | | | 46467271 | 2/4/2019 | 338 |
| St Christopher's Healthcare, LLC | | | | | 46471414 | 2/4/2019 | 995 |
| St Christopher's Healthcare, LLC | | | | | 46490125 | 2/6/2019 | 338 |
| St Christopher's Healthcare, LLC | | | | | 46718498 | 2/7/2019 | 136 |
| St Christopher's Healthcare, LLC | | | | | 46807189 | 2/7/2019 | 1,827 |
| St Christopher's Healthcare, LLC | | | | | 47029595 | 2/11/2019 | 83 |

**MCKESSON MEDICAL SURGICAL**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St Christopher's Healthcare, LLC | | | | | 47220426 | 2/13/2019 | 284 |
| St Christopher's Healthcare, LLC | | | | | 47359287 | 2/14/2019 | 414 |
| St Christopher's Healthcare, LLC | | | | | 47379580 | 2/15/2019 | 448 |
| St Christopher's Healthcare, LLC | | | | | 47433471 | 2/15/2019 | 868 |
| St Christopher's Healthcare, LLC | | | | | 47447026 | 2/15/2019 | 68 |
| St Christopher's Healthcare, LLC | | | | | 47677415 | 2/19/2019 | 812 |
| St Christopher's Healthcare, LLC | | | | | 47799671 | 2/21/2019 | 12 |
| St Christopher's Healthcare, LLC | | | | | 47949830A | 2/22/2019 | 91 |
| St Christopher's Healthcare, LLC | | | | | 47960368 | 2/22/2019 | 667 |
| St Christopher's Healthcare, LLC | | | | | 48183914 | 2/26/2019 | 316 |
| St Christopher's Healthcare, LLC | | | | | 48201559 | 2/26/2019 | 320 |
| St Christopher's Healthcare, LLC | | | | | 48238743 | 2/27/2019 | 1,949 |
| St Christopher's Healthcare, LLC | | | | | 48396485 | 2/28/2019 | 256 |
| St Christopher's Healthcare, LLC | | | | | 48436754 | 2/28/2019 | 549 |
| TPS IV of PA,LLC | | | | | 48279127 | 2/27/2019 | 408 |
| TPS IV of PA,LLC | | | | | 51419004 | 4/7/2019 | 192 |
| TPS III of PA,LLC | Check | 34622 | 7,586 | 5/20/2019 | 40400267 | 11/14/2018 | 642 |
| TPS V of PA,LLC | | | | | 45059883 | 1/17/2019 | 499 |
| TPS V of PA,LLC | | | | | 47689437 | 2/19/2019 | 1,314 |
| TPS V of PA,LLC | | | | | 47990748 | 2/22/2019 | 98 |
| TPS V of PA,LLC | | | | | 48022677 | 2/25/2019 | 870 |
| TPS V of PA,LLC | | | | | 48210352 | 2/26/2019 | 758 |
| TPS V of PA,LLC | | | | | 48248406 | 2/27/2019 | 368 |
| TPS V of PA,LLC | | | | | 48882996 | 3/6/2019 | 1,314 |
| TPS V of PA,LLC | | | | | 49182856 | 3/10/2019 | 49 |
| TPS V of PA,LLC | | | | | 50029269 | 3/20/2019 | 1,322 |
| TPS V of PA,LLC | | | | | 50750207 | 3/29/2019 | 211 |
| St Christopher's Healthcare, LLC | | | | | 46822770 | 2/8/2019 | 141 |
| TPS III of PA,LLC | Check | 34907 | 5,763 | 5/28/2019 | 22081780 | 2/28/2018 | 238 |
| TPS III of PA,LLC | | | | | 24234724 | 3/31/2018 | 402 |
| TPS III of PA,LLC | | | | | 26302090 | 4/30/2018 | 511 |
| TPS III of PA,LLC | | | | | 28438569 | 5/31/2018 | 537 |
| TPS III of PA,LLC | | | | | 30477228 | 6/30/2018 | 757 |
| TPS III of PA,LLC | | | | | 32572240 | 7/31/2018 | 665 |
| TPS III of PA,LLC | | | | | 34886233 | 8/31/2018 | 584 |
| TPS III of PA,LLC | | | | | 36958173 | 9/30/2018 | 37 |
| TPS III of PA,LLC | | | | | 39401016 | 10/31/2018 | 212 |
| TPS III of PA,LLC | | | | | 41604090 | 11/30/2018 | 406 |
| TPS III of PA,LLC | | | | | 43750196 | 12/31/2018 | 455 |
| TPS III of PA,LLC | | | | | 46219838 | 1/31/2019 | 480 |
| TPS III of PA,LLC | | | | | 48455480 | 2/28/2019 | 466 |
| TPS III of PA,LLC | | | | | 50830202 | 3/31/2019 | 11 |
| TPS V of PA,LLC | Check | 35075 | 37 | 6/3/2019 | 51204339 | 4/3/2019 | 37 |
| TPS V of PA,LLC | Check | 35396 | 3,755 | 6/10/2019 | 51419582 | 4/7/2019 | 1,166 |
| TPS V of PA,LLC | | | | | 53285028 | 5/1/2019 | 63 |
| TPS V of PA,LLC | | | | | 53297102 | 5/1/2019 | 47 |
| TPS IV of PA,LLC | | | | | 50605037 | 3/27/2019 | 43 |
| TPS V of PA,LLC | | | | | 36961065 | 9/30/2018 | 338 |
| TPS V of PA,LLC | | | | | 39403671 | 10/31/2018 | 469 |
| TPS V of PA,LLC | | | | | 41606917 | 11/30/2018 | 406 |
| TPS V of PA,LLC | | | | | 43753895 | 12/31/2018 | 652 |
| TPS V of PA,LLC | | | | | 48461237 | 2/28/2019 | 573 |
| TPS V of PA,LLC | Check | 35576 | 776 | 6/17/2019 | 53462274 | 5/2/2019 | 691 |
| TPS V of PA,LLC | | | | | 53918766 | 5/8/2019 | 86 |
| | | | $ 62,870 | | | | $ 62,870 |