# Exhibit A

OCCUPATIONAL HEALTH CENTERS
STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33974 | 1,045 | 5/1/2019 | 660950717 | 9/3/2018 | 124 |
| Center City Healthcare, LLC | | | | | 660952488 | 8/31/2018 | 715 |
| Center City Healthcare, LLC | | | | | 661064867 | 11/7/2018 | 106 |
| Center City Healthcare, LLC | | | | | 6611941155 | 1/30/2019 | 100 |
| Center City Healthcare, LLC | Check | 33975 | 471 | 5/1/2019 | 1206059478 | 4/25/2018 | 88 |
| Center City Healthcare, LLC | | | | | 1206129830 | 5/25/2018 | 192 |
| Center City Healthcare, LLC | | | | | 1206145005 | 6/4/2018 | 192 |
| Center City Healthcare, LLC | Check | 33976 | 819 | 5/1/2019 | 1153437045 | 9/24/2018 | 819 |
| St. Christopher's Healthcare, LLC | Check | 33977 | 138,817 | 5/1/2019 | 33DCKR042519 | 10/8/2018 | 110,577 |
| Center City Healthcare, LLC | | | | | 510676007 | 2/1/2018 | 1,325 |
| Center City Healthcare, LLC | | | | | 510847735 | 4/3/2018 | 10,690 |
| Center City Healthcare, LLC | | | | | 510880855 | 5/25/2018 | 1,763 |
| Center City Healthcare, LLC | | | | | 510884159 | 5/21/2018 | 11,735 |
| Center City Healthcare, LLC | | | | | 510893001 | 6/1/2018 | 1,761 |
| Center City Healthcare, LLC | | | | | 510893459 | 5/31/2018 | 241 |
| Center City Healthcare, LLC | | | | | 510920033 | 6/11/2018 | 725 |
| St. Christopher's Healthcare, LLC | Check | 34533 | 47,816 | 5/15/2019 | 33DCKR050919 | 1/2/2019 | 47,816 |
| | | | $ 188,968 | | | | $ 188,968 |