# Exhibit A

**OLYMPUS AMERICA INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32827 | 32,842 | 4/8/2019 | 787095 | 2/10/2019 | 32,842 |
| Center City Healthcare, LLC | Check | 32895 | 44,206 | 4/5/2019 | 96486872 | 10/19/2018 | 9,483 |
| Center City Healthcare, LLC | | | | | 96654432 | 11/21/2018 | 9,905 |
| Center City Healthcare, LLC | | | | | 96956108 | 1/25/2019 | 962 |
| Center City Healthcare, LLC | | | | | 96956111 | 1/25/2019 | 111 |
| Center City Healthcare, LLC | | | | | 96956112 | 1/25/2019 | 297 |
| Center City Healthcare, LLC | | | | | 96956140 | 1/25/2019 | 272 |
| Center City Healthcare, LLC | | | | | 96956141 | 1/25/2019 | 1,629 |
| Center City Healthcare, LLC | | | | | 96956142 | 1/25/2019 | 2,406 |
| Center City Healthcare, LLC | | | | | 96956143 | 1/25/2019 | 94 |
| Center City Healthcare, LLC | | | | | 96956144 | 1/25/2019 | 2,307 |
| Center City Healthcare, LLC | | | | | 96956145 | 1/25/2019 | 104 |
| Center City Healthcare, LLC | | | | | 96956146 | 1/25/2019 | 123 |
| Center City Healthcare, LLC | | | | | 96956147 | 1/25/2019 | 272 |
| Center City Healthcare, LLC | | | | | 96956148 | 1/25/2019 | 21 |
| Center City Healthcare, LLC | | | | | 96956149 | 1/25/2019 | 104 |
| Center City Healthcare, LLC | | | | | 96956150 | 1/25/2019 | 297 |
| Center City Healthcare, LLC | | | | | 96956151 | 1/25/2019 | 92 |
| Center City Healthcare, LLC | | | | | 96976701 | 1/30/2019 | 489 |
| Center City Healthcare, LLC | | | | | 96976703 | 1/30/2019 | 2,082 |
| Center City Healthcare, LLC | | | | | 96986572 | 1/31/2019 | 2,462 |
| Center City Healthcare, LLC | | | | | 96986573 | 1/31/2019 | 265 |
| Center City Healthcare, LLC | | | | | 96986574 | 1/31/2019 | 1,233 |
| Center City Healthcare, LLC | | | | | 96986575 | 1/31/2019 | 352 |
| Center City Healthcare, LLC | | | | | 96986576 | 1/31/2019 | 265 |
| Center City Healthcare, LLC | | | | | 97013145 | 2/5/2019 | 1,000 |
| Center City Healthcare, LLC | | | | | 97047033 | 2/13/2019 | 2,270 |
| Center City Healthcare, LLC | | | | | 97055306 | 2/14/2019 | 1,610 |
| Center City Healthcare, LLC | | | | | 97055307 | 2/14/2019 | 766 |
| Center City Healthcare, LLC | | | | | 97055308 | 2/14/2019 | 911 |
| Center City Healthcare, LLC | | | | | 97062918 | 2/15/2019 | 216 |
| Center City Healthcare, LLC | | | | | 97062919 | 2/15/2019 | 428 |
| Center City Healthcare, LLC | | | | | 97062920 | 2/15/2019 | 844 |
| Center City Healthcare, LLC | | | | | 97062921 | 2/15/2019 | 24 |
| Center City Healthcare, LLC | | | | | 97062922 | 2/15/2019 | 510 |
| Center City Healthcare, LLC | Check | 33011 | 2,649 | 4/12/2019 | 97062923 | 2/15/2019 | 2,307 |
| Center City Healthcare, LLC | | | | | 97062924 | 2/15/2019 | 342 |
| Center City Healthcare, LLC | Check | 33175 | 6,523 | 4/17/2019 | 97106124 | 2/25/2019 | 1,233 |
| Center City Healthcare, LLC | | | | | 97106125 | 2/25/2019 | 342 |
| Center City Healthcare, LLC | | | | | 97106126 | 2/25/2019 | 122 |
| Center City Healthcare, LLC | | | | | 97106127 | 2/25/2019 | 46 |
| Center City Healthcare, LLC | | | | | 97106128 | 2/25/2019 | 46 |
| Center City Healthcare, LLC | | | | | 97114340 | 2/26/2019 | 21 |
| Center City Healthcare, LLC | | | | | 97114341 | 2/26/2019 | 2,406 |
| Center City Healthcare, LLC | | | | | 97188582 | 3/12/2019 | 2,307 |
| St. Christopher's Healthcare, LLC | Check | 33174 | 6,868 | 4/24/2019 | 785648 | 2/1/2019 | 6,868 |
| Center City Healthcare, LLC | Check | 33755 | 11,076 | 4/25/2019 | 96235188 | 8/29/2018 | 1,413 |

Olympus America Inc - 1 of 3

**OLYMPUS AMERICA INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | | 96242039 | 8/30/2018 | 169 |
| Center City Healthcare, LLC | | | | | 96444949 | 10/11/2018 | 272 |
| Center City Healthcare, LLC | | | | | 96772069 | 12/17/2018 | 372 |
| Center City Healthcare, LLC | | | | | 96884944 | 1/11/2019 | 254 |
| Center City Healthcare, LLC | | | | | 96893172 | 1/14/2019 | 1,706 |
| Center City Healthcare, LLC | | | | | 96956107 | 1/25/2019 | 272 |
| Center City Healthcare, LLC | | | | | 96956109 | 1/25/2019 | 216 |
| Center City Healthcare, LLC | | | | | 96956110 | 1/25/2019 | 2,307 |
| Center City Healthcare, LLC | | | | | 96986550 | 1/31/2019 | 126 |
| Center City Healthcare, LLC | | | | | 97029815 | 2/8/2019 | 1,231 |
| Center City Healthcare, LLC | | | | | 97029816 | 2/8/2019 | 371 |
| Center City Healthcare, LLC | | | | | 97029817 | 2/8/2019 | 94 |
| Center City Healthcare, LLC | | | | | 97055277 | 2/14/2019 | 2,462 |
| Center City Healthcare, LLC | | | | | 97144237 | 4/12/2019 | (190) |
| Center City Healthcare, LLC | Check | 33978 | 11,039 | 5/1/2019 | 97106123 | 2/25/2019 | 122 |
| Center City Healthcare, LLC | | | | | 97128921 | 2/28/2019 | 307 |
| Center City Healthcare, LLC | | | | | 97137295 | 3/1/2019 | 494 |
| Center City Healthcare, LLC | | | | | 97158089 | 3/6/2019 | 1,338 |
| Center City Healthcare, LLC | | | | | 97165341 | 3/7/2019 | 110 |
| Center City Healthcare, LLC | | | | | 97172489 | 3/8/2019 | 1,423 |
| Center City Healthcare, LLC | | | | | 97195843 | 3/13/2019 | 744 |
| Center City Healthcare, LLC | | | | | 97195844 | 3/13/2019 | 2,382 |
| Center City Healthcare, LLC | | | | | 97211880 | 3/15/2019 | 2,307 |
| Center City Healthcare, LLC | | | | | 97227176 | 3/19/2019 | 806 |
| Center City Healthcare, LLC | | | | | 97316789 | 4/4/2019 | 445 |
| Center City Healthcare, LLC | | | | | 97316790 | 4/4/2019 | 561 |
| St. Christopher's Healthcare, LLC | Check | 34534 | 7,211 | 5/20/2019 | 789517 | 3/4/2019 | 6,868 |
| St. Christopher's Healthcare, LLC | | | | | 793179 | 3/29/2019 | 343 |
| St. Christopher's Healthcare, LLC | Check | 34535 | 6,840 | 5/20/2019 | 97095808 | 2/22/2019 | 1,476 |
| St. Christopher's Healthcare, LLC | | | | | 97181118 | 3/11/2019 | 216 |
| St. Christopher's Healthcare, LLC | | | | | 97203802 | 3/14/2019 | 585 |
| St. Christopher's Healthcare, LLC | | | | | 97231008 | 3/20/2019 | 4,103 |
| St. Christopher's Healthcare, LLC | | | | | 97248824 | 3/22/2019 | 461 |
| Center City Healthcare, LLC | Check | 34835 | 2,081 | 5/24/2019 | 96976702 | 1/30/2019 | 6,244 |
| Center City Healthcare, LLC | | | | | 22866 | 2/8/2019 | (4,159) |
| Center City Healthcare, LLC | | | | | 97087301 | 5/16/2019 | (4) |
| Center City Healthcare, LLC | Check | 35141 | 26,259 | 5/30/2019 | 95520282 | 3/31/2018 | 4,228 |
| Center City Healthcare, LLC | | | | | 97241552 | 3/21/2019 | 1,231 |
| Center City Healthcare, LLC | | | | | 97241573 | 3/21/2019 | 911 |
| Center City Healthcare, LLC | | | | | 97241574 | 3/21/2019 | 67 |
| Center City Healthcare, LLC | | | | | 97257389 | 3/25/2019 | 2,307 |
| Center City Healthcare, LLC | | | | | 97264579 | 3/26/2019 | 191 |
| Center City Healthcare, LLC | | | | | 97286125 | 3/29/2019 | 911 |
| Center City Healthcare, LLC | | | | | 97299393 | 4/1/2019 | 216 |
| Center City Healthcare, LLC | | | | | 97303267 | 4/2/2019 | 733 |
| Center City Healthcare, LLC | | | | | 97316788 | 4/4/2019 | 2,406 |
| Center City Healthcare, LLC | | | | | 97324176 | 4/5/2019 | 294 |
| Center City Healthcare, LLC | | | | | 97324198 | 4/5/2019 | 766 |

**OLYMPUS AMERICA INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | | 95544293 | 4/5/2019 | 1,523 |
| Center City Healthcare, LLC | | | | | 97332184 | 4/8/2019 | 744 |
| Center City Healthcare, LLC | | | | | 97351978 | 4/11/2019 | 2,462 |
| Center City Healthcare, LLC | | | | | 97359072 | 4/12/2019 | 537 |
| Center City Healthcare, LLC | | | | | 97359073 | 4/12/2019 | 1,838 |
| Center City Healthcare, LLC | | | | | 97370834 | 4/15/2019 | 614 |
| Center City Healthcare, LLC | | | | | 97373923 | 4/16/2019 | 104 |
| Center City Healthcare, LLC | | | | | 97403241 | 4/22/2019 | 2,307 |
| Center City Healthcare, LLC | | | | | 97416287 | 4/24/2019 | 24 |
| Center City Healthcare, LLC | | | | | 97422913 | 4/25/2019 | 927 |
| Center City Healthcare, LLC | | | | | 97451769 | 5/1/2019 | 919 |
| St. Christopher's Healthcare, LLC | Check | 35855 | 84,353 | 6/24/2019 | 776998 | 12/4/2018 | 6,868 |
| St. Christopher's Healthcare, LLC | Check | 35956 | 17,596 | 6/24/2019 | 781477 | 1/4/2019 | 6,868 |
| St. Christopher's Healthcare, LLC | | | | | 793783 | 4/3/2019 | 6,868 |
| St. Christopher's Healthcare, LLC | | | | | 797008 | 4/29/2019 | 343 |
| St. Christopher's Healthcare, LLC | | | | | 97345198 | 4/10/2019 | 461 |
| St. Christopher's Healthcare, LLC | | | | | 97359113 | 4/12/2019 | 460 |
| St. Christopher's Healthcare, LLC | | | | | 97399832 | 4/20/2019 | 4,103 |
| St. Christopher's Healthcare, LLC | | | | | 97443827 | 4/30/2019 | 232 |
| Center City Healthcare, LLC | | | | | 782747 | 1/13/2019 | 30,564 |
| Center City Healthcare, LLC | | | | | 782842 | 1/13/2019 | 32,842 |
| Center City Healthcare, LLC | | | | | 96982444 | 1/30/2019 | 9,953 |
| Center City Healthcare, LLC | | | | | 97106094 | 2/25/2019 | 354 |
| Center City Healthcare, LLC | | | | | 97128922 | 2/28/2019 | 536 |
| Center City Healthcare, LLC | | | | | 97181265 | 3/11/2019 | 1,496 |
| | | | **$ 259,544** | | | | **$ 259,544** |