# Exhibit A

**PHILIPS ELECTRONICS NORTH AMERICA**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32667 | 28,026 | 4/2/2019 | 937572934 | 10/17/2018 | $ 1,355 |
| Center City Healthcare, LLC | | | | | 937588777 | 10/19/2018 | 1,596 |
| Center City Healthcare, LLC | | | | | 937651157 | 10/30/2018 | 1,040 |
| Center City Healthcare, LLC | | | | | 937659597 | 10/31/2018 | 1,890 |
| Center City Healthcare, LLC | | | | | 937710405 | 11/7/2018 | 1,367 |
| Center City Healthcare, LLC | | | | | 937716125 | 11/8/2018 | 516 |
| Center City Healthcare, LLC | | | | | 937724844 | 11/9/2018 | 814 |
| Center City Healthcare, LLC | | | | | 937758881 | 11/15/2018 | 3,100 |
| Center City Healthcare, LLC | | | | | 937759598 | 11/15/2018 | 278 |
| Center City Healthcare, LLC | | | | | 937761723 | 11/15/2018 | 1,307 |
| Center City Healthcare, LLC | | | | | 937769852 | 11/16/2018 | 1,351 |
| Center City Healthcare, LLC | | | | | 937867915 | 12/3/2018 | 120 |
| Center City Healthcare, LLC | | | | | 937871570 | 12/4/2018 | 1,450 |
| Center City Healthcare, LLC | | | | | 937880614 | 12/4/2018 | 323 |
| Center City Healthcare, LLC | | | | | 937888486 | 12/5/2018 | 97 |
| Center City Healthcare, LLC | | | | | 937888841 | 12/5/2018 | 1,611 |
| Center City Healthcare, LLC | | | | | 937898501 | 12/6/2018 | 989 |
| Center City Healthcare, LLC | | | | | 937924860 | 12/11/2018 | 2,771 |
| Center City Healthcare, LLC | | | | | 937948373 | 12/14/2018 | 1,290 |
| Center City Healthcare, LLC | | | | | 937954139 | 12/14/2018 | 1,290 |
| St. Christopher's Healthcare, LLC | | | | | 935806323 | 12/8/2017 | 373 |
| St. Christopher's Healthcare, LLC | | | | | 935813459 | 12/11/2017 | 564 |
| St. Christopher's Healthcare, LLC | | | | | 935835018 | 12/14/2017 | 696 |
| St. Christopher's Healthcare, LLC | | | | | 935859645 | 12/19/2017 | 696 |
| St. Christopher's Healthcare, LLC | | | | | 935976493 | 1/12/2018 | 746 |
| St. Christopher's Healthcare, LLC | | | | | 935977291 | 1/12/2018 | 395 |
| Center City Healthcare, LLC | Check | 32897 | 15,222 | 4/12/2019 | 937970175 | 12/18/2018 | 296 |
| Center City Healthcare, LLC | | | | | 937970176 | 12/18/2018 | 97 |
| Center City Healthcare, LLC | | | | | 937980137 | 12/19/2018 | 528 |
| Center City Healthcare, LLC | | | | | 937983522 | 12/19/2018 | 645 |
| Center City Healthcare, LLC | | | | | 937989209 | 12/20/2018 | 396 |
| Center City Healthcare, LLC | | | | | 937992147 | 12/20/2018 | 725 |
| Center City Healthcare, LLC | | | | | 938005479 | 12/24/2018 | 276 |
| Center City Healthcare, LLC | | | | | 938005834 | 12/24/2018 | 1,245 |
| Center City Healthcare, LLC | | | | | 938005835 | 12/24/2018 | 1,165 |
| Center City Healthcare, LLC | | | | | 938014170 | 12/26/2018 | 425 |
| Center City Healthcare, LLC | | | | | 938023635 | 12/27/2018 | 97 |
| Center City Healthcare, LLC | | | | | 938030821 | 12/28/2018 | 97 |
| Center City Healthcare, LLC | | | | | 938031250 | 12/28/2018 | 147 |
| Center City Healthcare, LLC | | | | | 938033983 | 12/28/2018 | 1,450 |
| Center City Healthcare, LLC | | | | | 938046326 | 1/2/2019 | 1,290 |
| Center City Healthcare, LLC | | | | | 938052869 | 1/3/2019 | 1,450 |
| Center City Healthcare, LLC | | | | | 938062122 | 1/4/2019 | 278 |
| Center City Healthcare, LLC | | | | | 938073271 | 1/7/2019 | 162 |
| Center City Healthcare, LLC | | | | | 938073272 | 1/7/2019 | 250 |
| Center City Healthcare, LLC | | | | | 938073845 | 1/7/2019 | 784 |
| Center City Healthcare, LLC | | | | | 938073846 | 1/7/2019 | 630 |
| Center City Healthcare, LLC | | | | | 938081215 | 1/8/2019 | 147 |
| Center City Healthcare, LLC | | | | | 938099455 | 1/10/2019 | 1,118 |
| Center City Healthcare, LLC | | | | | 938107298 | 1/11/2019 | 1,024 |
| Center City Healthcare, LLC | | | | | 938114889 | 1/14/2019 | 1,611 |
| St. Christopher's Healthcare, LLC | | | | | 9030147336 | 3/14/2019 | (1,111) |
| St. Christopher's Healthcare, LLC | Check | 34050 | 106,079 | 5/6/2019 | 935525990 | 10/17/2017 | 3,078 |
| St. Christopher's Healthcare, LLC | | | | | 935990800 | 1/16/2018 | 760 |
| St. Christopher's Healthcare, LLC | | | | | 935991502 | 1/16/2018 | 1,614 |

**PHILIPS ELECTRONICS NORTH AMERICA**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | | | | | 936211663 | 2/2/2018 | 348 |
| St. Christopher's Healthcare, LLC | | | | | 936222114 | 3/1/2018 | 2,133 |
| St. Christopher's Healthcare, LLC | | | | | 936230282 | 3/2/2018 | 807 |
| St. Christopher's Healthcare, LLC | | | | | 936237806 | 5/3/2018 | 571 |
| St. Christopher's Healthcare, LLC | | | | | 936253976 | 3/7/2018 | 113 |
| St. Christopher's Healthcare, LLC | | | | | 936253977 | 7/3/2018 | 348 |
| St. Christopher's Healthcare, LLC | | | | | 937525257 | 10/10/2018 | 412 |
| St. Christopher's Healthcare, LLC | | | | | 937762383 | 11/15/2018 | 2,404 |
| St. Christopher's Healthcare, LLC | | | | | 937769118 | 11/16/2018 | 1,197 |
| St. Christopher's Healthcare, LLC | | | | | 937787301 | 11/20/2018 | 580 |
| | | | | | 937816296 34 | 11/26/2018 | 91,714 |
| Center City Healthcare, LLC | Check | 34844 | 278 | 5/28/2019 | 938571058 | 3/26/2019 | 278 |
| Center City Healthcare, LLC | Check | 35663 | 16,627 | 6/17/2019 | 9030179141 | 5/22/2019 | (2,052) |
| Center City Healthcare, LLC | | | | | 938490521 | 5/22/2019 | (135) |
| Center City Healthcare, LLC | | | | | 938814074 | 5/2/2019 | 645 |
| St. Christopher's Healthcare, LLC | | | | | 936266091 | 3/9/2018 | 348 |
| St. Christopher's Healthcare, LLC | | | | | 937845806 | 11/29/2018 | 110 |
| St. Christopher's Healthcare, LLC | | | | | 937866769 | 12/3/2018 | 412 |
| St. Christopher's Healthcare, LLC | | | | | 937867918 | 12/3/2018 | 616 |
| St. Christopher's Healthcare, LLC | | | | | 937879672 | 12/4/2018 | 808 |
| St. Christopher's Healthcare, LLC | | | | | 937889532 | 12/5/2018 | 764 |
| St. Christopher's Healthcare, LLC | | | | | 937923721 | 12/11/2018 | 155 |
| St. Christopher's Healthcare, LLC | | | | | 937923722 | 12/11/2018 | 684 |
| St. Christopher's Healthcare, LLC | | | | | 937924863 | 12/11/2018 | 2,393 |
| St. Christopher's Healthcare, LLC | | | | | 937952095 | 12/14/2018 | 2,480 |
| St. Christopher's Healthcare, LLC | | | | | 937969690 | 12/18/2018 | 387 |
| St. Christopher's Healthcare, LLC | | | | | 937970798 | 12/18/2018 | 2,100 |
| St. Christopher's Healthcare, LLC | | | | | 937970799 | 12/18/2018 | 669 |
| St. Christopher's Healthcare, LLC | | | | | 937970801 | 12/18/2018 | 647 |
| St. Christopher's Healthcare, LLC | | | | | 938014172 | 12/26/2018 | 268 |
| St. Christopher's Healthcare, LLC | | | | | 938014662 | 12/26/2018 | 2,100 |
| St. Christopher's Healthcare, LLC | | | | | 938023255 | 12/27/2018 | 1,129 |
| St. Christopher's Healthcare, LLC | | | | | 938031251 | 12/28/2018 | 2,100 |
| | | | $ 166,231 | | | | $ 166,231 |