# Exhibit A

**ROCHE DIAGNOSTICS CORPORATION**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32847 | 66,966 | 4/10/2019 | 5644802691 | 10/12/2018 | 17,827 |
|  |  |  |  |  | 5644854775 | 11/7/2018 | 18,698 |
|  |  |  |  |  | 5644858861 | 11/8/2018 | 20,280 |
|  |  |  |  |  | 5644889765 | 11/26/2018 | 10,162 |
| Center City Healthcare, LLC | Check | 33190 | 49,138 | 4/24/2019 | 5644973345 | 1/7/2019 | 49,002 |
|  |  |  |  |  | 5645008006 | 1/23/2019 | 68 |
|  |  |  |  |  | 5645038421 | 2/6/2019 | 68 |
|  |  |  | $ 116,104 |  |  |  | $ 116,104 |