# Exhibit A

TRISONICS INC
STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33247 | 43,184 | 4/23/2019 | 18T29988 | 10/31/2018 | 7,074 |
| Center City Healthcare, LLC | | | | | 18T29996 | 10/31/2018 | 6,534 |
| Center City Healthcare, LLC | | | | | 18T30139 | 11/25/2018 | 1,469 |
| Center City Healthcare, LLC | | | | | 18T30315 | 11/28/2018 | 6,534 |
| Center City Healthcare, LLC | | | | | 18T30374 | 12/5/2018 | 4,860 |
| Center City Healthcare, LLC | | | | | 18T30424 | 12/7/2018 | 1,118 |
| Center City Healthcare, LLC | | | | | 18T30551 | 12/21/2018 | 4,779 |
| Center City Healthcare, LLC | | | | | 18T30555 | 12/21/2018 | 1,982 |
| Center City Healthcare, LLC | | | | | 18T30573 | 12/21/2018 | 4,358 |
| Center City Healthcare, LLC | | | | | 19T31061 | 1/29/2019 | 1,868 |
| Center City Healthcare, LLC | | | | | 19T31063 | 1/29/2019 | 632 |
| Center City Healthcare, LLC | | | | | 19T31074 | 1/28/2019 | 632 |
| Center City Healthcare, LLC | | | | | 19T31075 | 1/28/2019 | 713 |
| Center City Healthcare, LLC | | | | | 19T31098 | 1/30/2019 | 632 |
| St. Christopher's Healthcare, LLC | Check | 34056 | 48,103 | 5/7/2019 | 18T28855 | 7/23/2018 | 1,172 |
| St. Christopher's Healthcare, LLC | | | | | 18T30234 | 11/27/2018 | 1,642 |
| St. Christopher's Healthcare, LLC | | | | | 18T30239 | 11/27/2018 | 905 |
| St. Christopher's Healthcare, LLC | | | | | 18T30240 | 11/27/2018 | 108 |
| St. Christopher's Healthcare, LLC | | | | | 18T30247 | 11/27/2018 | 545 |
| St. Christopher's Healthcare, LLC | | | | | 18T30352 | 11/29/2018 | 810 |
| St. Christopher's Healthcare, LLC | | | | | 18T30353 | 11/29/2018 | 810 |
| St. Christopher's Healthcare, LLC | | | | | 18T30354 | 11/29/2018 | 810 |
| St. Christopher's Healthcare, LLC | | | | | 18T30373 | 12/5/2018 | 1,172 |
| St. Christopher's Healthcare, LLC | | | | | 18T30745 | 1/3/2019 | 632 |
| St. Christopher's Healthcare, LLC | | | | | 19T30961 | 1/25/2019 | 28,620 |
| St. Christopher's Healthcare, LLC | | | | | 19T31064 | 1/31/2019 | 4,066 |
| St. Christopher's Healthcare, LLC | | | | | 19T31069 | 1/31/2019 | 810 |
| St. Christopher's Healthcare, LLC | | | | | 19T31070 | 1/31/2019 | 795 |
| St. Christopher's Healthcare, LLC | | | | | 19T31072 | 1/31/2019 | 795 |
| St. Christopher's Healthcare, LLC | | | | | 19T31091 | 1/29/2019 | 4,412 |
| Center City Healthcare, LLC | Check | 34150 | 12,528 | 5/14/2019 | 18T29404 | 9/7/2018 | 632 |
| Center City Healthcare, LLC | | | | | 18T29733 | 10/11/2018 | 3,969 |
| Center City Healthcare, LLC | | | | | 18T29929 | 10/31/2018 | 6,307 |
| Center City Healthcare, LLC | | | | | 19T31298 | 3/7/2019 | 810 |
| Center City Healthcare, LLC | | | | | 19T31299 | 3/7/2019 | 810 |
| Center City Healthcare, LLC | Check | 34584 | 16,567 | 5/23/2019 | 18T31410 | 3/13/2019 | 632 |
| Center City Healthcare, LLC | | | | | 18T31665 | 3/26/2019 | 1,053 |
| Center City Healthcare, LLC | | | | | 18T31711 | 3/27/2019 | 2,322 |
| Center City Healthcare, LLC | | | | | 18T31712 | 3/27/2019 | 540 |
| Center City Healthcare, LLC | | | | | 18T31713 | 3/27/2019 | 3,602 |
| Center City Healthcare, LLC | | | | | 19T31303 | 3/7/2019 | 810 |
| Center City Healthcare, LLC | | | | | 19T31396 | 3/13/2019 | 2,630 |
| Center City Healthcare, LLC | | | | | 19T31567 | 3/19/2019 | 632 |
| St. Christopher's Healthcare, LLC | | | | | 18T30372 | 12/5/2018 | 4,347 |
| Center City Healthcare, LLC | Check | 35407 | 53,944 | 6/17/2019 | 18T28650 | 7/6/2018 | 2,522 |
| Center City Healthcare, LLC | | | | | 18T29466 | 9/17/2018 | 7,506 |

**TRISONICS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | | 18T29524 | 9/24/2018 | 3,386 |
| Center City Healthcare, LLC | | | | | 18T29537 | 9/24/2018 | 2,646 |
| Center City Healthcare, LLC | | | | | 18T29575 | 9/25/2018 | 1,361 |
| Center City Healthcare, LLC | | | | | 18T29579 | 9/25/2018 | 1,550 |
| Center City Healthcare, LLC | | | | | 18T29958 | 10/31/2018 | 954 |
| Center City Healthcare, LLC | | | | | 18T29987 | 10/31/2018 | 7,074 |
| Center City Healthcare, LLC | | | | | 18T29989 | 10/31/2018 | 7,074 |
| Center City Healthcare, LLC | | | | | 18T30754 | 1/3/2019 | 4,568 |
| Center City Healthcare, LLC | | | | | 18T31799 | 4/3/2019 | 810 |
| Center City Healthcare, LLC | | | | | 18T31800 | 4/3/2019 | 810 |
| Center City Healthcare, LLC | | | | | 18T31809 | 4/3/2019 | 4,590 |
| Center City Healthcare, LLC | | | | | 19T3152 | 4/9/2019 | 632 |
| Center City Healthcare, LLC | | | | | 19T31801 | 4/3/2019 | 810 |
| Center City Healthcare, LLC | | | | | 19T31802 | 4/3/2019 | 810 |
| Center City Healthcare, LLC | | | | | 19T31803 | 4/3/2019 | 810 |
| Center City Healthcare, LLC | | | | | 19T31804 | 4/3/2019 | 810 |
| Center City Healthcare, LLC | | | | | 19T31805 | 4/3/2019 | 810 |
| Center City Healthcare, LLC | | | | | 19T31806 | 4/3/2019 | 810 |
| Center City Healthcare, LLC | | | | | 19T31807 | 4/3/2019 | 1,712 |
| Center City Healthcare, LLC | | | | | 19T32023 | 4/25/2019 | 1,890 |
| Center City Healthcare, LLC | Check | 35632 | 3,062 | 6/17/2019 | 18T27927 | 4/27/2019 | 810 |
| Center City Healthcare, LLC | | | | | 18T27928 | 4/27/2019 | 810 |
| Center City Healthcare, LLC | | | | | 18T27929 | 4/27/2019 | 632 |
| Center City Healthcare, LLC | | | | | 18T27944 | 5/1/2019 | 810 |
| | | | $ 177,388 | | | | $ 177,388 |