# Exhibit A

**WATER REVENUE BUREAU**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 32407 | 986.45 | 4/1/2019 | B0712834173 | 3/6/2019 | 986 |
| St. Christopher's Healthcare, LLC | Check | 32408 | 12352.28 | 4/1/2019 | B0713373310 | 3/7/2019 | 12,352 |
| Center City Healthcare, LLC | Check | 32424 | 49644.64 | 4/2/2019 | B0704221126 | 1/16/2019 | 49,645 |
| Center City Healthcare, LLC | Check | 32425 | 13.34 | 4/2/2019 | B0709815181 | 2/15/2019 | 13 |
| Center City Healthcare, LLC | Check | 32709 | 294.50 | 4/4/2019 | B0704221108 | 1/16/2019 | 295 |
| Center City Healthcare, LLC | Check | 32710 | 728.78 | 4/4/2019 | B0704221117 | 1/16/2019 | 729 |
| Center City Healthcare, LLC | Check | 32711 | 286.77 | 4/4/2019 | B0709781216 | 2/14/2019 | 287 |
| Center City Healthcare, LLC | Check | 32712 | 775.15 | 4/4/2019 | B0709781225 | 2/14/2019 | 775 |
| Center City Healthcare, LLC | Check | 32713 | 50.19 | 4/4/2019 | B0712354048 | 3/1/2019 | 50 |
| Center City Healthcare, LLC | Check | 32714 | 50.19 | 4/4/2019 | B0712388422 | 3/1/2019 | 50 |
| Center City Healthcare, LLC | Check | 32715 | 45.08 | 4/4/2019 | B0713901632 | 3/8/2019 | 45 |
| Center City Healthcare, LLC | Check | 32716 | 203.12 | 4/4/2019 | B0713901641 | 3/8/2019 | 203 |
| Center City Healthcare, LLC | Check | 32717 | 86.41 | 4/4/2019 | B0713901650 | 3/8/2019 | 86 |
| Center City Healthcare, LLC | Check | 32941 | 55,220 | 4/15/2019 | B0698672106 | 12/17/2018 | 55,220 |
| St. Christopher's Healthcare, LLC | Check | 32934 | 1,155 | 4/16/2019 | B0712300203 | 3/1/2019 | 1,155 |
| St. Christopher's Healthcare, LLC | Check | 32935 | 999 | 4/16/2019 | B0712300212 | 3/1/2019 | 999 |
| St. Christopher's Healthcare, LLC | Check | 32936 | 1,440 | 4/16/2019 | B0712453093 | 3/1/2019 | 1,440 |
| St. Christopher's Healthcare, LLC | Check | 32937 | 6,672 | 4/16/2019 | B0712834164 | 3/6/2019 | 6,672 |
| Center City Healthcare, LLC | Check | 33667 | 75 | 4/26/2019 | B0701158067 | 1/3/2019 | 75 |
| Center City Healthcare, LLC | Check | 33668 | 50 | 4/26/2019 | B0701158076 | 1/3/2019 | 50 |
| Center City Healthcare, LLC | Check | 33669 | 50 | 4/26/2019 | B0701267831 | 1/3/2019 | 50 |
| Center City Healthcare, LLC | Check | 33670 | 45 | 4/26/2019 | B0702789062 | 1/9/2019 | 45 |
| Center City Healthcare, LLC | Check | 33671 | 203 | 4/26/2019 | B0702789071 | 1/9/2019 | 203 |
| Center City Healthcare, LLC | Check | 33672 | 86 | 4/26/2019 | B0702789080 | 1/9/2019 | 86 |
| Center City Healthcare, LLC | Check | 33673 | 1,187 | 4/26/2019 | B0704058437 | 1/16/2019 | 1,187 |
| Center City Healthcare, LLC | Check | 33674 | 991 | 4/26/2019 | B0704253118 | 1/17/2019 | 991 |
| Center City Healthcare, LLC | Check | 33675 | 75 | 4/26/2019 | B0706715543 | 1/31/2019 | 75 |
| Center City Healthcare, LLC | Check | 33676 | 50 | 4/26/2019 | B0706715552 | 1/31/2019 | 50 |
| Center City Healthcare, LLC | Check | 33677 | 50 | 4/26/2019 | B0706791880 | 1/31/2019 | 50 |
| Center City Healthcare, LLC | Check | 33678 | 50 | 4/26/2019 | B0706824630 | 1/31/2019 | 50 |
| Center City Healthcare, LLC | Check | 33679 | 45 | 4/26/2019 | B0708345128 | 2/7/2019 | 45 |
| Center City Healthcare, LLC | Check | 33680 | 1,570 | 4/26/2019 | B0709616869 | 2/14/2019 | 1,570 |
| St. Christopher's Healthcare, LLC | Check | 33659 | 6,033 | 4/30/2019 | B0707532249 | 2/5/2019 | 6,033 |
| St. Christopher's Healthcare, LLC | Check | 33660 | 324 | 4/30/2019 | B0716457492 | 3/22/2019 | 324 |
| St. Christopher's Healthcare, LLC | Check | 33878 | 75 | 5/15/2019 | B0717877410 | 4/1/2019 | 75 |
| St. Christopher's Healthcare, LLC | Check | 33879 | 111 | 5/15/2019 | B0717877438 | 4/1/2019 | 111 |
| Center City Healthcare, LLC | Check | 34113 | 50 | 5/16/2019 | B0717931469 | 4/1/2019 | 50 |
| Center City Healthcare, LLC | Check | 34397 | 54,292 | 5/16/2019 | B0709781234 | 2/14/2019 | 54,292 |
| St. Christopher's Healthcare, LLC | Check | 34369 | 1,143 | 5/21/2019 | B0717877429 | 4/1/2019 | 1,143 |
| St. Christopher's Healthcare, LLC | Check | 34370 | 1,354 | 5/21/2019 | B0718028979 | 4/1/2019 | 1,354 |
| St. Christopher's Healthcare, LLC | Check | 34371 | 1,118 | 5/21/2019 | B0718203440 | 4/2/2019 | 1,118 |
| St. Christopher's Healthcare, LLC | Check | 34372 | 6,359 | 5/21/2019 | B0718404241 | 4/3/2019 | 6,359 |
| St. Christopher's Healthcare, LLC | Check | 34373 | 942 | 5/21/2019 | B0718404250 | 4/3/2019 | 942 |
| St. Christopher's Healthcare, LLC | Check | 34374 | 13,065 | 5/21/2019 | B0718965983 | 4/5/2019 | 13,065 |
| St. Christopher's Healthcare, LLC | Check | 34990 | 14,309 | 6/4/2019 | B0691101246 | 11/7/2018 | 14,309 |

**WATER REVENUE BUREAU**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 35235 | 75 | 6/7/2019 | B0712274036 | 3/1/2019 | 75 |
| Center City Healthcare, LLC | Check | 35236 | 50 | 6/7/2019 | B0712274045 | 3/1/2019 | 50 |
| Center City Healthcare, LLC | Check | 35237 | 1,294 | 6/7/2019 | B0715174851 | 3/15/2019 | 1,294 |
| Center City Healthcare, LLC | Check | 35238 | 279 | 6/7/2019 | B0715338266 | 3/15/2019 | 279 |
| Center City Healthcare, LLC | Check | 35239 | 814 | 6/7/2019 | B0715338275 | 3/15/2019 | 814 |
| Center City Healthcare, LLC | Check | 35240 | 60,410 | 6/7/2019 | B0715338284 | 3/15/2019 | 60,410 |
| Center City Healthcare, LLC | Check | 35241 | 954 | 6/7/2019 | B0715373609 | 3/18/2019 | 954 |
| Center City Healthcare, LLC | Check | 35242 | 75 | 6/7/2019 | B0717851107 | 4/1/2019 | 75 |
| Center City Healthcare, LLC | Check | 35243 | 50 | 6/7/2019 | B0717851116 | 4/1/2019 | 50 |
| Center City Healthcare, LLC | Check | 35244 | 50 | 6/7/2019 | B0717965887 | 4/1/2019 | 50 |
| Center City Healthcare, LLC | Check | 35245 | 50 | 6/7/2019 | B0719463238 | 4/8/2019 | 50 |
| Center City Healthcare, LLC | Check | 35246 | 203 | 6/7/2019 | B0719463247 | 4/8/2019 | 203 |
| Center City Healthcare, LLC | Check | 35248 | 860 | 6/7/2019 | B0720936592 | 4/17/2019 | 860 |
| Center City Healthcare, LLC | Check | 35247 | 95 | 6/10/2019 | B0719463256 | 4/8/2019 | 95 |
| St. Christopher's Healthcare, LLC | Check | 35469 | 287 | 6/18/2019 | B0722042839 | 4/23/2019 | 287 |
| St. Christopher's Healthcare, LLC | Check | 35470 | 75 | 6/18/2019 | B0723424443 | 5/1/2019 | 75 |
| St. Christopher's Healthcare, LLC | Check | 35471 | 111 | 6/18/2019 | B0723424470 | 5/1/2019 | 111 |
| St. Christopher's Healthcare, LLC | Check | 35472 | 14,061 | 6/18/2019 | B0724498638 | 5/8/2019 | 14,061 |
| St. Christopher's Healthcare, LLC | Check | 35473 | 267 | 6/18/2019 | B0727583637 | 5/22/2019 | 267 |
| | | | $ 314,766 | | | | $ 314,766 |