IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]

                Debtors.

Chapter 11

Case No. 19-11466 (MFW)

(Jointly Administered)

Re: Docket No. 2370

---

## THE MBNF NON-DEBTOR ENTITIES' STATEMENT IN RESPONSE TO THE MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN MEDIATION

The MBNF Non-Debtor Entities,[2] by and through their undersigned counsel, hereby submit this statement in response to the *Motion of HSREP VI Holding, LLC and Its Affiliates to Intervene/Participate in Mediation* [Docket No. 2370] and respectfully state as follows:

### STATEMENT

1. As the Court is aware, the MBNF Non-Debtor Entities, on the one hand, and the Debtors and the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"), on the other hand, have potential claims against one another and agreed to participate in mediation. To date, the MBNF Non-Debtor Entities have expended considerable time and resources in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] For purposes of the mediation, "**MBNF Non-Debtor Entities**" means Joel Freedman, Stella Freedman, Svetlana Attestatova, Kyle Schmidt, American Academic Health System, LLC, MBNF Investments, LLC, Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, Philadelphia Academic Risk Retention Group, LLC, Paladin Healthcare Capital, LLC, Paladin Healthcare Management, LLC, and Paladin Capital and Global Health Foundation, Inc.

RLF1 25533475v.1

mediation process and continue to mediate with the Debtors and the Creditors' Committee in earnest toward a global resolution[3] under the guidance of the Honorable Kevin Carey (ret.) as the mediator.

2.      The MBNF Non-Debtor Entities believe, as they have throughout these chapter 11 cases, that the prospect of a global resolution is unlikely without HSRE's[4] participation in the mediation process because both the Debtors and HSRE seek to recover, either directly or indirectly, against the assets of Philadelphia Academic Health Holdings, LLC, a holding company central to the MBNF Non-Debtor Entities' corporate structure.  While there are claims in the mediation that do not involve HSRE, a productive and complete mediation requires HSRE's meaningful participation.  To minimize delay and interruption to the mediation process, the MBNF Non-Debtor Entities suggest that the Court (a) allow the MBNF Non-Debtor Entities, the Debtors, and the Creditors' Committee to proceed in accordance with their current mediation schedule and (b) permit HSRE to participate in the mediation on the condition that HSRE (i) first engage in dialogues with the MBNF Non-Debtor Entities, the Debtors, and the Creditors' Committee to ascertain a reasonable and proper timing of HSRE's participation and (ii) enter into a confidentiality stipulation and/or other agreements in connection with the mediation.

3.      The MBNF Non-Debtor Entities look forward to working with all constituencies necessary to the mediation process toward a global resolution of the disputes.

---

[3] The MBNF Non-Debtor Entities reserve all rights with respect to the scope of the mediation.
[4] "**HSRE**" means HSREP VI Holding, LLC and its affiliates.

Dated: June 23, 2021
      Wilmington, Delaware

*/s/ Brendan J. Schlauch*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
Email: collins@rlf.com
      merchant@rlf.com
      schlauch@rlf.com

- and -

Suzzanne Uhland (admitted *pro hac vice*)
Tianjiao ("TJ") Li (*pro hac vice* pending)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10022
Telephone: 212/906-1200
Facsimile: 212/751-4864
E-mail: suzzanne.uhland@lw.com
      tj.li@lw.com

*Counsel for the MBNF Non-Debtor Entities*
