**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re:                                                       :
                                                             :   Chapter 11
CENTER CITY HEALTHCARE, LLC D/B/A                            :
HAHNEMANN UNIVERSITY HOSPITAL, et                            :   Case No. 19-11466 (MFW)
al.,¹                                                        :
                                                             :   (Jointly Administered)
                                                             :
                    Debtors.                                 :
                                                             :
------------------------------------------------------------ x
```

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Tianjiao ("TJ") Li of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020, to represent (a) Joel Freedman, (b) American Academic Health Systems, LLC and (c) Philadelphia Academic Health Holdings LLC in the above-captioned cases.

Date:  June 23, 2021
       Wilmington, Delaware

                                           */s/ Brendan J. Schlauch*
                                           Brendan J. Schlauch (No. 6115)
                                           RICHARDS, LAYTON & FINGER, P.A.
                                           One Rodney Square
                                           920 North King Street
                                           Wilmington, Delaware  19801
                                           Telephone:  (302) 651-7700
                                           Facsimile:   (302) 651-7701
                                           Email:  schlauch@rlf.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 25533346v.2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: June 23, 2021

/s/ *Tianjiao Li*
Tianjiao ("TJ") Li
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212/906-1200
Facsimile: 212/751-4864
E-mail: tj.li@lw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 25533346v.2