# Exhibit A

**ANALOGIC CORP**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 35264 | $ 74,548 | 6/7/2019 | 90239751 | 1/8/19 | $ 74,548 |
|  |  |  | $ 74,548 |  |  |  | $ 74,548 |

ANALOGIC CORP