Exhibit A

**BAXTER HEALTHCARE CORP**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33228 | 33,087 | 4/16/2019 | 61768436 | 12/28/2018 | 149 |
| Center City Healthcare, LLC | | | | | 61776548 | 12/31/2018 | 245 |
| Center City Healthcare, LLC | | | | | 61902407 | 1/10/2019 | 2,224 |
| Center City Healthcare, LLC | | | | | 61902636 | 1/10/2019 | 2,040 |
| Center City Healthcare, LLC | | | | | 61903218 | 1/10/2019 | 3,492 |
| Center City Healthcare, LLC | | | | | 61905688 | 1/10/2019 | 2,224 |
| Center City Healthcare, LLC | | | | | 61910863 | 1/11/2019 | 396 |
| Center City Healthcare, LLC | | | | | 61928633 | 1/14/2019 | 1,270 |
| Center City Healthcare, LLC | | | | | 61971531 | 1/18/2019 | 657 |
| Center City Healthcare, LLC | | | | | 61972973 | 1/18/2019 | 1,551 |
| Center City Healthcare, LLC | | | | | 61973908 | 1/18/2019 | 132 |
| Center City Healthcare, LLC | | | | | 61977640 | 1/18/2019 | 594 |
| Center City Healthcare, LLC | | | | | 62000751 | 1/22/2019 | 420 |
| Center City Healthcare, LLC | | | | | 62002718 | 1/22/2019 | 132 |
| Center City Healthcare, LLC | | | | | 62014606 | 1/23/2019 | 1,061 |
| Center City Healthcare, LLC | | | | | 62025766 | 1/24/2019 | 716 |
| Center City Healthcare, LLC | | | | | 62025879 | 1/24/2019 | 2,695 |
| Center City Healthcare, LLC | | | | | 62086068 | 1/31/2019 | 716 |
| Center City Healthcare, LLC | | | | | 62086709 | 1/31/2019 | 682 |
| Center City Healthcare, LLC | | | | | 62087469 | 1/31/2019 | 225 |
| Center City Healthcare, LLC | | | | | 62088360 | 1/31/2019 | 1,112 |
| Center City Healthcare, LLC | | | | | 62097158 | 2/1/2019 | 245 |
| Center City Healthcare, LLC | | | | | 62147030 | 2/4/2019 | 420 |
| Center City Healthcare, LLC | | | | | 62149252 | 2/4/2019 | 479 |
| Center City Healthcare, LLC | | | | | 62166196 | 2/6/2019 | 225 |
| Center City Healthcare, LLC | | | | | 62183020 | 2/7/2019 | 324 |
| Center City Healthcare, LLC | | | | | 62184955 | 2/7/2019 | 6,149 |
| Center City Healthcare, LLC | | | | | 62194405 | 2/8/2019 | 408 |
| Center City Healthcare, LLC | | | | | 62198786 | 2/9/2019 | 362 |
| St. Christopher's Healthcare, LLC | | | | | 62036932 | 1/25/2019 | 1,461 |
| St. Christopher's Healthcare, LLC | | | | | 62470332 | 3/6/2019 | 281 |
| St. Christopher's Healthcare, LLC | Check | 32951 | 9,875 | 4/25/2019 | 11788688 | 12/29/2018 | 278 |
| St. Christopher's Healthcare, LLC | | | | | 61519343 | 12/2/2018 | 285 |
| St. Christopher's Healthcare, LLC | | | | | 61901405 | 1/10/2019 | 1,178 |
| St. Christopher's Healthcare, LLC | | | | | 61912126 | 1/11/2019 | 1,178 |
| St. Christopher's Healthcare, LLC | | | | | 61968020 | 1/17/2019 | 1,775 |
| St. Christopher's Healthcare, LLC | | | | | 62011665 | 1/23/2019 | 1,820 |
| St. Christopher's Healthcare, LLC | | | | | 62024364 | 1/24/2019 | 3,361 |
| Center City Healthcare, LLC | Check | 33803 | 15,564 | 4/25/2019 | 61846779 | 1/4/2019 | 225 |
| Center City Healthcare, LLC | | | | | 61973472 | 1/18/2019 | 2,541 |
| Center City Healthcare, LLC | | | | | 62208375 | 2/11/2019 | 479 |
| Center City Healthcare, LLC | | | | | 62250847 | 2/15/2019 | 215 |
| Center City Healthcare, LLC | | | | | 62250912 | 2/15/2019 | 185 |
| Center City Healthcare, LLC | | | | | 62252444 | 2/15/2019 | 288 |
| Center City Healthcare, LLC | | | | | 62252459 | 2/15/2019 | 792 |
| Center City Healthcare, LLC | | | | | 62254115 | 2/15/2019 | 245 |
| St. Christopher's Healthcare, LLC | | | | | 11803420 | 1/26/2019 | 38 |
| St. Christopher's Healthcare, LLC | | | | | 11817786 | 2/23/2019 | 45 |
| St. Christopher's Healthcare, LLC | | | | | 11818147 | 2/23/2019 | 457 |
| St. Christopher's Healthcare, LLC | | | | | 61910622 | 1/11/2019 | 1,873 |

**BAXTER HEALTHCARE CORP**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | | | | | 61910696 | 1/11/2019 | 169 |
| St. Christopher's Healthcare, LLC | | | | | 61973353 | 1/18/2019 | 1,549 |
| St. Christopher's Healthcare, LLC | | | | | 61975280 | 1/18/2019 | 2,154 |
| St. Christopher's Healthcare, LLC | | | | | 62013887 | 1/23/2019 | 2,068 |
| St. Christopher's Healthcare, LLC | | | | | 62025831 | 1/24/2019 | 775 |
| St. Christopher's Healthcare, LLC | | | | | 62076881 | 1/30/2019 | 743 |
| St. Christopher's Healthcare, LLC | | | | | 62077389 | 1/30/2019 | 435 |
| St. Christopher's Healthcare, LLC | | | | | 62077391 | 1/30/2019 | 290 |
| St. Christopher's Healthcare, LLC | Check | 33899 | 9,412 | 5/6/2019 | 62168431 | 2/6/2019 | 1,441 |
| St. Christopher's Healthcare, LLC | | | | | 62184218 | 2/7/2019 | 489 |
| St. Christopher's Healthcare, LLC | | | | | 62184406 | 2/7/2019 | 1,468 |
| St. Christopher's Healthcare, LLC | | | | | 62184423 | 2/7/2019 | 1,243 |
| St. Christopher's Healthcare, LLC | | | | | 62184917 | 2/7/2019 | 2,992 |
| St. Christopher's Healthcare, LLC | | | | | 62256399 | 2/15/2019 | 888 |
| St. Christopher's Healthcare, LLC | | | | | 62343831 | 2/26/2019 | 743 |
| St. Christopher's Healthcare, LLC | | | | | 62366956 | 2/28/2019 | 150 |
| St. Christopher's Healthcare, LLC | Check | 34419 | 1,925 | 5/20/2019 | 61286756 | 11/7/2018 | 1,378 |
| St. Christopher's Healthcare, LLC | | | | | 61789254 | 1/2/2019 | 265 |
| St. Christopher's Healthcare, LLC | | | | | 61858746 | 1/6/2019 | 281 |
| St. Christopher's Healthcare, LLC | Check | 35017 | 562 | 6/3/2019 | 61575237 | 12/6/2018 | 281 |
| St. Christopher's Healthcare, LLC | | | | | 61575296 | 12/6/2018 | 281 |
| St. Christopher's Healthcare, LLC | Check | 35384 | 20,006 | 6/10/2019 | 11836561 | 3/30/2019 | 37 |
| St. Christopher's Healthcare, LLC | | | | | 11836913 | 3/20/2019 | 672 |
| St. Christopher's Healthcare, LLC | | | | | 58466460 | 3/6/2019 | 258 |
| St. Christopher's Healthcare, LLC | | | | | 58816377 | 4/3/2019 | 258 |
| St. Christopher's Healthcare, LLC | | | | | 58890523 | 4/6/2019 | 273 |
| St. Christopher's Healthcare, LLC | | | | | 59187900 | 5/2/2019 | 258 |
| St. Christopher's Healthcare, LLC | | | | | 59255096 | 5/6/2019 | 273 |
| St. Christopher's Healthcare, LLC | | | | | 59545524 | 6/2/2019 | 258 |
| St. Christopher's Healthcare, LLC | | | | | 59598385 | 6/6/2019 | 273 |
| St. Christopher's Healthcare, LLC | | | | | 59886177 | 7/2/2019 | 258 |
| St. Christopher's Healthcare, LLC | | | | | 59943435 | 7/6/2019 | 273 |
| St. Christopher's Healthcare, LLC | | | | | 60221708 | 8/2/2019 | 258 |
| St. Christopher's Healthcare, LLC | | | | | 61272052 | 11/6/2018 | 1,130 |
| St. Christopher's Healthcare, LLC | | | | | 61301242 | 11/8/2018 | 1,873 |
| St. Christopher's Healthcare, LLC | | | | | 61301929 | 11/8/2018 | 409 |
| St. Christopher's Healthcare, LLC | | | | | 61311331 | 11/9/2018 | 2,054 |
| St. Christopher's Healthcare, LLC | | | | | 61336347 | 11/13/2018 | 675 |
| St. Christopher's Healthcare, LLC | | | | | 61858676 | 1/6/2019 | 281 |
| St. Christopher's Healthcare, LLC | | | | | 62406399 | 3/2/2019 | 265 |
| St. Christopher's Healthcare, LLC | | | | | 62423453 | 3/2/2019 | 265 |
| St. Christopher's Healthcare, LLC | | | | | 62443997 | 3/2/2019 | 1,841 |
| St. Christopher's Healthcare, LLC | | | | | 62470422 | 3/6/2019 | 281 |
| St. Christopher's Healthcare, LLC | | | | | 62613416 | 3/21/2019 | 799 |
| St. Christopher's Healthcare, LLC | | | | | 62615946 | 3/21/2019 | 775 |
| St. Christopher's Healthcare, LLC | | | | | 62679561 | 3/29/2019 | 300 |
| St. Christopher's Healthcare, LLC | | | | | 62681575 | 3/29/2019 | 341 |
| St. Christopher's Healthcare, LLC | | | | | 62703076 | 4/1/2019 | 776 |
| St. Christopher's Healthcare, LLC | | | | | 62722448 | 4/2/2019 | 265 |

**BAXTER HEALTHCARE CORP**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | | | | | 62727879 | 4/2/2019 | 265 |
| St. Christopher's Healthcare, LLC | | | | | 62774197 | 4/4/2019 | 105 |
| St. Christopher's Healthcare, LLC | | | | | 62774590 | 4/4/2019 | 1,074 |
| St. Christopher's Healthcare, LLC | | | | | 62774670 | 4/4/2019 | 898 |
| St. Christopher's Healthcare, LLC | | | | | 62783460 | 4/5/2019 | 168 |
| St. Christopher's Healthcare, LLC | | | | | 62787872 | 4/6/2019 | 281 |
| St. Christopher's Healthcare, LLC | | | | | 62788015 | 4/6/2019 | 281 |
| St. Christopher's Healthcare, LLC | | | | | 62805049 | 4/9/2019 | 260 |
| St. Christopher's Healthcare, LLC | | | | | 62838639 | 4/12/2019 | 225 |
| St. Christopher's Healthcare, LLC | | | | | 62840160 | 4/12/2019 | 775 |
| Center City Healthcare, LLC | Check | 35645 | 26,239 | 6/12/2019 | 62281518 | 2/19/2019 | 760 |
| Center City Healthcare, LLC | | | | | 62299254 | 2/21/2019 | 308 |
| Center City Healthcare, LLC | | | | | 62304168 | 2/21/2019 | 1,483 |
| Center City Healthcare, LLC | | | | | 62304214 | 2/21/2019 | 1,270 |
| Center City Healthcare, LLC | | | | | 62304771 | 2/21/2019 | 324 |
| Center City Healthcare, LLC | | | | | 62307762 | 2/21/2019 | 4,863 |
| Center City Healthcare, LLC | | | | | 62312182 | 2/22/2019 | 277 |
| Center City Healthcare, LLC | | | | | 62315332 | 2/22/2019 | 410 |
| Center City Healthcare, LLC | | | | | 62316631 | 2/22/2019 | 410 |
| Center City Healthcare, LLC | | | | | 62316711 | 2/22/2019 | 408 |
| Center City Healthcare, LLC | | | | | 62330850 | 2/25/2019 | 760 |
| Center City Healthcare, LLC | | | | | 62344194 | 2/26/2019 | 348 |
| Center City Healthcare, LLC | | | | | 62366875 | 2/28/2019 | 958 |
| Center City Healthcare, LLC | | | | | 62368173 | 2/28/2019 | 1,551 |
| Center City Healthcare, LLC | | | | | 62368775 | 2/28/2019 | 215 |
| Center City Healthcare, LLC | | | | | 62370438 | 2/28/2019 | 427 |
| Center City Healthcare, LLC | | | | | 62497994 | 3/8/2019 | 1,065 |
| Center City Healthcare, LLC | | | | | 62498413 | 3/8/2019 | 2,224 |
| Center City Healthcare, LLC | | | | | 62498611 | 3/8/2019 | 1,551 |
| Center City Healthcare, LLC | | | | | 62537480 | 3/13/2019 | 277 |
| Center City Healthcare, LLC | | | | | 62903667 | 4/19/2019 | 410 |
| St. Christopher's Healthcare, LLC | | | | | 62867374 | 4/16/2019 | 1,612 |
| St. Christopher's Healthcare, LLC | | | | | 62895271 | 4/18/2019 | 1,009 |
| St. Christopher's Healthcare, LLC | | | | | 62900045 | 4/19/2019 | 407 |
| St. Christopher's Healthcare, LLC | | | | | 62900080 | 4/19/2019 | 1,198 |
| St. Christopher's Healthcare, LLC | | | | | 62905267 | 4/19/2019 | 537 |
| St. Christopher's Healthcare, LLC | | | | | 62931577 | 4/23/2019 | 1,178 |
| | | | **$    116,671** | | | | **$    116,671** |