Exhibit A

**BIOFIRE DIAGNOSTICS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33904 | $ 55,798 | 5/8/2019 | 326393 | 1/24/2019 | $ 55,798 |
| St. Christopher's Healthcare, LLC | Check | 34428 | 55,798 | 5/28/2019 | 330382 | 2/21/2019 | 55,798 |
| St. Christopher's Healthcare, LLC | Check | 34753 | 55,798 | 5/29/2019 | 334625 | 3/20/2019 | 55,798 |
| | | | **$ 167,393** | | | | **$ 167,393** |