# Exhibit A

**BIOMERIEUX INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check Number | Payment | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32648 | 54,515 | 4/1/2019 | 1212077963 | 10/31/2018 | 18,974 |
| Center City Healthcare, LLC | | | | | 1212082810 | 11/8/2018 | 1,022 |
| Center City Healthcare, LLC | | | | | 1212082811 | 11/8/2018 | 527 |
| Center City Healthcare, LLC | | | | | 1212084619 | 11/12/2018 | 1,022 |
| Center City Healthcare, LLC | | | | | 1212086105 | 11/14/2018 | 169 |
| Center City Healthcare, LLC | | | | | 1212086106 | 11/14/2018 | 1,022 |
| Center City Healthcare, LLC | | | | | 1212086107 | 11/14/2018 | 4,272 |
| Center City Healthcare, LLC | | | | | 1212091185 | 11/26/2018 | 2,682 |
| Center City Healthcare, LLC | | | | | 1212091186 | 11/26/2018 | 417 |
| Center City Healthcare, LLC | | | | | 1212092994 | 11/27/2018 | 527 |
| Center City Healthcare, LLC | | | | | 1212093411 | 11/28/2018 | 527 |
| Center City Healthcare, LLC | | | | | 1212093412 | 11/28/2018 | 984 |
| Center City Healthcare, LLC | | | | | 1212093413 | 11/28/2018 | 2,416 |
| Center City Healthcare, LLC | | | | | 1212094690 | 11/29/2018 | 1,022 |
| Center City Healthcare, LLC | | | | | 1212098284 | 12/5/2018 | 1,022 |
| Center City Healthcare, LLC | | | | | 1212102206 | 12/12/2018 | 1,039 |
| Center City Healthcare, LLC | | | | | 1212103625 | 12/14/2018 | 1,517 |
| Center City Healthcare, LLC | | | | | 1212104149 | 12/17/2018 | 3,369 |
| Center City Healthcare, LLC | | | | | 1212106211 | 12/19/2018 | 4,535 |
| Center City Healthcare, LLC | | | | | 1212106212 | 12/19/2018 | 2,085 |
| Center City Healthcare, LLC | | | | | 1212106213 | 12/19/2018 | 527 |
| Center City Healthcare, LLC | | | | | 1212107599 | 12/20/2018 | 1,022 |
| Center City Healthcare, LLC | | | | | 1212109177 | 12/26/2018 | 187 |
| Center City Healthcare, LLC | | | | | 1212109564 | 12/27/2018 | 1,022 |
| Center City Healthcare, LLC | | | | | 1212109565 | 12/27/2018 | 1,588 |
| Center City Healthcare, LLC | | | | | 1212109566 | 12/27/2018 | 1,022 |
| St. Christopher's Healthcare, LLC | Check | 32954 | 1,971 | 4/16/2019 | 1212116222 | 1/8/2019 | 199 |
| St. Christopher's Healthcare, LLC | | | | | 1212119097 | 1/14/2019 | 1,772 |
| Center City Healthcare, LLC | Check | 34429 | 29,702 | 5/20/2019 | 1212110489 | 12/28/2018 | 81 |
| Center City Healthcare, LLC | | | | | 1212111766 | 1/2/2019 | 497 |
| Center City Healthcare, LLC | | | | | 1212111767 | 1/2/2019 | 1,473 |
| Center City Healthcare, LLC | | | | | 1212112839 | 1/3/2019 | 1,022 |
| Center City Healthcare, LLC | | | | | 1212114008 | 1/7/2019 | 100 |
| Center City Healthcare, LLC | | | | | 1212114009 | 1/7/2019 | 168 |
| Center City Healthcare, LLC | | | | | 1212114010 | 1/7/2019 | 19,708 |
| Center City Healthcare, LLC | | | | | 1212114011 | 1/7/2019 | 2,017 |
| St. Christopher's Healthcare, LLC | | | | | 1212139830 | 2/18/2019 | 467 |
| St. Christopher's Healthcare, LLC | | | | | 1212140848 | 2/19/2019 | 1,256 |
| St. Christopher's Healthcare, LLC | | | | | 1212144505 | 2/26/2019 | 877 |
| St. Christopher's Healthcare, LLC | | | | | 1212144506 | 2/26/2019 | 590 |
| St. Christopher's Healthcare, LLC | | | | | 1218026029 | 1/3/2019 | 1,445 |
| St. Christopher's Healthcare, LLC | Check | 34754 | 5,776 | 5/29/2019 | 1212148472 | 3/5/2019 | 766 |
| St. Christopher's Healthcare, LLC | | | | | 1212148473 | 3/5/2019 | 2,592 |
| St. Christopher's Healthcare, LLC | | | | | 1212150555 | 3/7/2019 | 1,210 |
| St. Christopher's Healthcare, LLC | | | | | 1212152210 | 3/11/2019 | 151 |
| St. Christopher's Healthcare, LLC | | | | | 1212153124 | 3/12/2019 | 836 |
| St. Christopher's Healthcare, LLC | | | | | 1212154677 | 3/14/2019 | 222 |
| St. Christopher's Healthcare, LLC | Check | 35510 | 10,134 | 6/17/2019 | 1212156202 | 3/18/2019 | 10,134 |
| St. Christopher's Healthcare, LLC | Check | 32731 | 16,814 | 4/9/2019 | 1212087785 | 11/15/2018 | 2,389 |
| St. Christopher's Healthcare, LLC | | | | | 1212117190 | 1/9/2019 | 1,080 |
| St. Christopher's Healthcare, LLC | | | | | 1212119098 | 1/14/2019 | 888 |
| St. Christopher's Healthcare, LLC | | | | | 1212120271 | 1/15/2019 | 2,977 |
| St. Christopher's Healthcare, LLC | | | | | 1212120272 | 1/15/2019 | 123 |
| St. Christopher's Healthcare, LLC | | | | | 1212122398 | 1/17/2019 | 1,104 |
| St. Christopher's Healthcare, LLC | | | | | 1212129563 | 1/30/2019 | 1,176 |
| St. Christopher's Healthcare, LLC | | | | | 1212131358 | 2/4/2019 | 139 |
| St. Christopher's Healthcare, LLC | | | | | 1212137104 | 2/12/2019 | 467 |
| St. Christopher's Healthcare, LLC | | | | | 1218025797 | 11/22/2018 | 432 |
| St. Christopher's Healthcare, LLC | | | | | 1218026021 | 12/31/2018 | 289 |
| St. Christopher's Healthcare, LLC | | | | | 1218026033 | 1/3/2019 | $ 5,750 |
| | | | $ 118,910 | | | | $ 118,910 |