# Exhibit A

**COOK MEDICAL INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32886 | $ 44,650 | 4/5/2019 | V17543887 | 10/26/2018 | $ 1,758 |
| Center City Healthcare, LLC | | | | | V17570293 | 11/2/2018 | 1,740 |
| Center City Healthcare, LLC | | | | | V17606455 | 11/13/2018 | 6,464 |
| Center City Healthcare, LLC | | | | | V17616551 | 11/15/2018 | 2,198 |
| Center City Healthcare, LLC | | | | | V17621803 | 11/16/2018 | 5,326 |
| Center City Healthcare, LLC | | | | | V17630221 | 11/19/2018 | 1,099 |
| Center City Healthcare, LLC | | | | | V17633153 | 11/20/2018 | 240 |
| Center City Healthcare, LLC | | | | | V17639635 | 11/21/2018 | 295 |
| Center City Healthcare, LLC | | | | | V17645064 | 11/26/2018 | 248 |
| Center City Healthcare, LLC | | | | | V17645745 | 11/26/2018 | 374 |
| Center City Healthcare, LLC | | | | | V17650045 | 11/27/2018 | 515 |
| Center City Healthcare, LLC | | | | | V17650236 | 11/27/2018 | 520 |
| Center City Healthcare, LLC | | | | | V17650674 | 11/27/2018 | 120 |
| Center City Healthcare, LLC | | | | | V17651651 | 11/27/2018 | 211 |
| Center City Healthcare, LLC | | | | | V17656011 | 11/28/2018 | 530 |
| Center City Healthcare, LLC | | | | | V17660546 | 11/29/2018 | 692 |
| Center City Healthcare, LLC | | | | | V17661815 | 11/29/2018 | 299 |
| Center City Healthcare, LLC | | | | | V17662029 | 11/29/2018 | 602 |
| Center City Healthcare, LLC | | | | | V17670066 | 12/3/2018 | 262 |
| Center City Healthcare, LLC | | | | | V17670374 | 12/3/2018 | 287 |
| Center City Healthcare, LLC | | | | | V17671496 | 12/3/2018 | 398 |
| Center City Healthcare, LLC | | | | | V17672281 | 12/3/2018 | 95 |
| Center City Healthcare, LLC | | | | | V17672966 | 12/3/2018 | 1,615 |
| Center City Healthcare, LLC | | | | | V17673006 | 12/3/2018 | 705 |
| Center City Healthcare, LLC | | | | | V17676579 | 12/4/2018 | 3,167 |
| Center City Healthcare, LLC | | | | | V17678295 | 12/4/2018 | 262 |
| Center City Healthcare, LLC | | | | | V17682103 | 12/5/2018 | 120 |
| Center City Healthcare, LLC | | | | | V17682456 | 12/5/2018 | 2,198 |
| Center City Healthcare, LLC | | | | | V17683208 | 12/5/2018 | 182 |
| Center City Healthcare, LLC | | | | | V17686926 | 12/6/2018 | 499 |
| Center City Healthcare, LLC | | | | | V17697590 | 12/10/2018 | 55 |
| Center City Healthcare, LLC | | | | | V17697744 | 12/10/2018 | 755 |
| Center City Healthcare, LLC | | | | | V17698384 | 12/10/2018 | 9,170 |
| St. Christopher's Healthcare, LLC | | | | | V16555193FR | 1/31/2018 | 12 |
| St. Christopher's Healthcare, LLC | | | | | V16555214FR | 1/31/2018 | 12 |
| St. Christopher's Healthcare, LLC | | | | | V16558789FR | 2/1/2018 | 12 |
| St. Christopher's Healthcare, LLC | | | | | V16558792FR | 2/1/2018 | 12 |
| St. Christopher's Healthcare, LLC | | | | | V16569357FR | 2/5/2018 | 34 |
| St. Christopher's Healthcare, LLC | | | | | V16573775FR | 2/6/2018 | 12 |
| St. Christopher's Healthcare, LLC | | | | | V16587346FR | 2/9/2018 | 12 |
| St. Christopher's Healthcare, LLC | | | | | V165887779FR | 2/9/2018 | 12 |
| St. Christopher's Healthcare, LLC | | | | | V16601206FR | 2/13/2018 | 12 |
| St. Christopher's Healthcare, LLC | | | | | V16607945A | 2/14/2018 | 12 |
| St. Christopher's Healthcare, LLC | | | | | V16638029 | 2/23/2018 | 73 |
| St. Christopher's Healthcare, LLC | | | | | V16737679FR | 3/22/2018 | 12 |
| St. Christopher's Healthcare, LLC | | | | | V17030155FR | 6/11/2018 | 80 |
| St. Christopher's Healthcare, LLC | | | | | V17722434 | 12/18/2018 | 266 |
| St. Christopher's Healthcare, LLC | | | | | V17723224A | 12/20/2018 | 189 |
| St. Christopher's Healthcare, LLC | | | | | V17724933 | 12/19/2018 | 885 |
| St. Christopher's Healthcare, LLC | Check | 33113 | $ 1,871 | 4/24/2019 | V17647007A | 11/26/2018 | 564 |
| St. Christopher's Healthcare, LLC | | | | | V17730490A | 12/20/2018 | 81 |
| St. Christopher's Healthcare, LLC | | | | | V17734842 | 12/20/2018 | 562 |

**COOK MEDICAL INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | | | | | V17738079 | 12/21/2018 | 490 |
| St. Christopher's Healthcare, LLC | | | | | V17738478 | 12/21/2018 | 120 |
| St. Christopher's Healthcare, LLC | | | | | V17742015 | 12/24/2018 | 54 |
| Center City Healthcare, LLC | Check | 33808 | 18,888 | 4/25/2019 | V17258117 | 8/10/2018 | 258 |
| Center City Healthcare, LLC | | | | | V17282603 | 8/17/2018 | 850 |
| Center City Healthcare, LLC | | | | | V17432944 | 9/27/2018 | 1,040 |
| Center City Healthcare, LLC | | | | | V17698654 | 12/10/2018 | 120 |
| Center City Healthcare, LLC | | | | | V17702592 | 12/11/2018 | 88 |
| Center City Healthcare, LLC | | | | | V17703516 | 12/11/2018 | 112 |
| Center City Healthcare, LLC | | | | | V17703847 | 12/11/2018 | 60 |
| Center City Healthcare, LLC | | | | | V17708827 | 12/12/2018 | 490 |
| Center City Healthcare, LLC | | | | | V17709652 | 12/12/2018 | 299 |
| Center City Healthcare, LLC | | | | | V17710523 | 12/12/2018 | 289 |
| Center City Healthcare, LLC | | | | | V17710797 | 12/12/2018 | 211 |
| Center City Healthcare, LLC | | | | | V17711535 | 12/12/2018 | 765 |
| Center City Healthcare, LLC | | | | | V17712206 | 12/12/2018 | 236 |
| Center City Healthcare, LLC | | | | | V17714389 | 12/13/2018 | 485 |
| Center City Healthcare, LLC | | | | | V17714655 | 12/13/2018 | 30 |
| Center City Healthcare, LLC | | | | | V17717042 | 12/13/2018 | 191 |
| Center City Healthcare, LLC | | | | | V17728370 | 12/17/2018 | 30 |
| Center City Healthcare, LLC | | | | | V17728578 | 12/17/2018 | 229 |
| Center City Healthcare, LLC | | | | | V17731905 | 12/18/2018 | 277 |
| Center City Healthcare, LLC | | | | | V17732313 | 12/18/2018 | 1,099 |
| Center City Healthcare, LLC | | | | | V17732568 | 12/18/2018 | 262 |
| Center City Healthcare, LLC | | | | | V17734468 | 12/18/2018 | 262 |
| Center City Healthcare, LLC | | | | | V17734478 | 12/18/2018 | 573 |
| Center City Healthcare, LLC | | | | | V17737214 | 12/19/2018 | 74 |
| Center City Healthcare, LLC | | | | | V17737236 | 12/19/2018 | 1,495 |
| Center City Healthcare, LLC | | | | | V17737755 | 12/19/2018 | 395 |
| Center City Healthcare, LLC | | | | | V17737921 | 12/19/2018 | 135 |
| Center City Healthcare, LLC | | | | | V17738851 | 12/19/2018 | 265 |
| Center City Healthcare, LLC | | | | | V17742283 | 12/20/2018 | 692 |
| Center City Healthcare, LLC | | | | | V17743747 | 12/20/2018 | 68 |
| Center City Healthcare, LLC | | | | | V17747117 | 12/21/2018 | 135 |
| Center City Healthcare, LLC | | | | | V17751056 | 12/21/2018 | 1,259 |
| Center City Healthcare, LLC | | | | | V17752917 | 12/24/2018 | 692 |
| Center City Healthcare, LLC | | | | | V17753768 | 12/24/2018 | 1,076 |
| Center City Healthcare, LLC | | | | | V17755125 | 12/24/2018 | 74 |
| Center City Healthcare, LLC | | | | | V17757163 | 12/26/2018 | 423 |
| Center City Healthcare, LLC | | | | | V17757649 | 12/26/2018 | 343 |
| Center City Healthcare, LLC | | | | | V17760352 | 12/27/2018 | 755 |
| Center City Healthcare, LLC | | | | | V17761282 | 12/27/2018 | 980 |
| Center City Healthcare, LLC | | | | | V17761755 | 12/27/2018 | 369 |
| Center City Healthcare, LLC | | | | | V17766128 | 12/28/2018 | 338 |
| Center City Healthcare, LLC | | | | | V17766179 | 12/28/2018 | 540 |
| Center City Healthcare, LLC | | | | | V17766453 | 12/28/2018 | 130 |
| Center City Healthcare, LLC | | | | | V17766655 | 12/28/2018 | 398 |
| Center City Healthcare, LLC | Check | 34609 | 19,625 | 5/15/2019 | V16516517 | 1/22/2018 | 238 |
| Center City Healthcare, LLC | | | | | V16961683 | 5/22/2018 | 1,029 |
| Center City Healthcare, LLC | | | | | V16974763 | 5/24/2018 | 1,032 |

**COOK MEDICAL INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | | V16975099 | 5/24/2018 | 3,837 |
| Center City Healthcare, LLC | | | | | V17143448 | 7/12/2018 | 1,455 |
| Center City Healthcare, LLC | | | | | V17676068 | 12/4/2018 | 1,455 |
| Center City Healthcare, LLC | | | | | V17776864 | 1/2/2019 | 398 |
| Center City Healthcare, LLC | | | | | V17780705 | 1/3/2019 | 173 |
| Center City Healthcare, LLC | | | | | V17785649 | 1/4/2019 | 387 |
| Center City Healthcare, LLC | | | | | V17786102 | 1/4/2019 | 72 |
| Center City Healthcare, LLC | | | | | V17790828 | 1/7/2019 | 499 |
| Center City Healthcare, LLC | | | | | V17791569 | 1/7/2019 | 1,795 |
| Center City Healthcare, LLC | | | | | V17796596 | 1/8/2019 | 2,078 |
| Center City Healthcare, LLC | | | | | V17796685 | 1/8/2019 | 270 |
| Center City Healthcare, LLC | | | | | V17796752 | 1/8/2019 | 12 |
| Center City Healthcare, LLC | | | | | V17797442 | 1/8/2019 | 398 |
| Center City Healthcare, LLC | | | | | V17797455 | 1/8/2019 | 135 |
| Center City Healthcare, LLC | | | | | V17801177 | 1/9/2019 | 1,099 |
| Center City Healthcare, LLC | | | | | V17804756 | 1/9/2019 | 386 |
| Center City Healthcare, LLC | | | | | V17806520 | 1/10/2019 | 152 |
| Center City Healthcare, LLC | | | | | V17806651 | 1/10/2019 | 60 |
| Center City Healthcare, LLC | | | | | V17806817 | 1/10/2019 | 324 |
| Center City Healthcare, LLC | | | | | V17813610 | 1/11/2019 | 43 |
| Center City Healthcare, LLC | | | | | V17813679 | 1/11/2019 | 229 |
| Center City Healthcare, LLC | | | | | V17814256 | 1/11/2019 | 995 |
| Center City Healthcare, LLC | | | | | V17816127 | 1/14/2019 | 1,076 |
| Center City Healthcare, LLC | Check | 34897 | 39,632 | 5/22/2019 | V17817936 | 1/14/2019 | 224 |
| Center City Healthcare, LLC | | | | | V17818304 | 1/14/2019 | 120 |
| Center City Healthcare, LLC | | | | | V17819609 | 1/14/2019 | 440 |
| Center City Healthcare, LLC | | | | | V17820375 | 1/14/2019 | 575 |
| Center City Healthcare, LLC | | | | | V17822962 | 1/15/2019 | 2,395 |
| Center City Healthcare, LLC | | | | | V17823583 | 1/15/2019 | 286 |
| Center City Healthcare, LLC | | | | | V17823587 | 1/15/2019 | 398 |
| Center City Healthcare, LLC | | | | | V17823747 | 1/15/2019 | 462 |
| Center City Healthcare, LLC | | | | | V17824634 | 1/15/2019 | 6,385 |
| Center City Healthcare, LLC | | | | | V17829996 | 1/16/2019 | 518 |
| Center City Healthcare, LLC | | | | | V17840055 | 1/18/2019 | 124 |
| Center City Healthcare, LLC | | | | | V17849265 | 1/22/2019 | 705 |
| Center City Healthcare, LLC | | | | | V17850635 | 1/22/2019 | 718 |
| Center City Healthcare, LLC | | | | | V17851185 | 1/22/2019 | 259 |
| Center City Healthcare, LLC | | | | | V17852378 | 1/22/2019 | 1,795 |
| Center City Healthcare, LLC | | | | | V17852791 | 1/22/2019 | 250 |
| Center City Healthcare, LLC | | | | | V17855451 | 1/23/2019 | 502 |
| Center City Healthcare, LLC | | | | | V17859707 | 1/24/2019 | 382 |
| Center City Healthcare, LLC | | | | | V17859902 | 1/24/2019 | 1,183 |
| Center City Healthcare, LLC | | | | | V17861156 | 1/24/2019 | 1,800 |
| Center City Healthcare, LLC | | | | | V17862843 | 1/24/2019 | 518 |
| Center City Healthcare, LLC | | | | | V17872105 | 1/28/2019 | 663 |
| Center City Healthcare, LLC | | | | | V17872460 | 1/28/2019 | 269 |
| Center City Healthcare, LLC | | | | | V17872719 | 1/28/2019 | 125 |
| Center City Healthcare, LLC | | | | | V17873956 | 1/28/2019 | 540 |
| Center City Healthcare, LLC | | | | | V17874353 | 1/28/2019 | 1,099 |
| Center City Healthcare, LLC | | | | | V17874473 | 1/28/2019 | 425 |
| Center City Healthcare, LLC | | | | | V17875342 | 1/28/2019 | 259 |
| Center City Healthcare, LLC | | | | | V17878324 | 1/29/2019 | 7,340 |

**COOK MEDICAL INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | | V17878968 | 1/29/2019 | 270 |
| Center City Healthcare, LLC | | | | | V17881628 | 1/29/2019 | 60 |
| Center City Healthcare, LLC | | | | | V17886251 | 1/30/2019 | 518 |
| Center City Healthcare, LLC | | | | | V17887735 | 1/31/2019 | 259 |
| Center City Healthcare, LLC | | | | | V17890135 | 1/31/2019 | 373 |
| Center City Healthcare, LLC | | | | | V17890614 | 1/31/2019 | 5,050 |
| Center City Healthcare, LLC | | | | | V17895640 | 2/1/2019 | 191 |
| Center City Healthcare, LLC | | | | | V17898940 | 2/4/2019 | 1,838 |
| Center City Healthcare, LLC | | | | | V17898984 | 2/4/2019 | 191 |
| Center City Healthcare, LLC | | | | | V17901894 | 2/4/2019 | 124 |
| St. Christopher's Healthcare, LLC | Check | 35389 | 10,633 | 6/6/2019 | V16540708 | 1/29/2018 | 58 |
| St. Christopher's Healthcare, LLC | | | | | V17718514A | 12/25/2018 | 488 |
| St. Christopher's Healthcare, LLC | | | | | V17750699 | 12/25/2018 | 39 |
| St. Christopher's Healthcare, LLC | | | | | V17753100 | 12/26/2018 | 120 |
| St. Christopher's Healthcare, LLC | | | | | V17754905FR | 12/24/2018 | 10 |
| St. Christopher's Healthcare, LLC | | | | | V17762563 | 12/31/2018 | 42 |
| St. Christopher's Healthcare, LLC | | | | | V17765652 | 1/19/2021 | 387 |
| St. Christopher's Healthcare, LLC | | | | | V17775497 | 1/4/2019 | 37 |
| St. Christopher's Healthcare, LLC | | | | | V17783336 | 1/7/2019 | 106 |
| St. Christopher's Healthcare, LLC | | | | | V17783437 | 1/7/2019 | 350 |
| St. Christopher's Healthcare, LLC | | | | | V17784660 | 1/8/2019 | 239 |
| St. Christopher's Healthcare, LLC | | | | | V17791452 | 1/9/2019 | 124 |
| St. Christopher's Healthcare, LLC | | | | | V17792844 | 1/9/2019 | 414 |
| St. Christopher's Healthcare, LLC | | | | | V17796281 | 1/10/2019 | 72 |
| St. Christopher's Healthcare, LLC | | | | | V17797532 | 1/10/2019 | 250 |
| St. Christopher's Healthcare, LLC | | | | | V17799860 | 1/10/2019 | 15 |
| St. Christopher's Healthcare, LLC | | | | | V17820221 | 1/16/2019 | 505 |
| St. Christopher's Healthcare, LLC | | | | | V17825351 | 1/17/2019 | 206 |
| St. Christopher's Healthcare, LLC | | | | | V17825576 | 1/17/2019 | 227 |
| St. Christopher's Healthcare, LLC | | | | | V17834464 | 1/21/2019 | 201 |
| St. Christopher's Healthcare, LLC | | | | | V17834742 | 1/21/2019 | 350 |
| St. Christopher's Healthcare, LLC | | | | | V17837986 | 1/22/2019 | 206 |
| St. Christopher's Healthcare, LLC | | | | | V17842564 | 1/22/2019 | 260 |
| St. Christopher's Healthcare, LLC | | | | | V17852341 | 1/24/2019 | 185 |
| St. Christopher's Healthcare, LLC | | | | | V17856552 | 1/28/2019 | 637 |
| St. Christopher's Healthcare, LLC | | | | | V17871148 | 1/30/2019 | 121 |
| St. Christopher's Healthcare, LLC | | | | | V17871551 | 1/30/2019 | 217 |
| St. Christopher's Healthcare, LLC | | | | | V17875428 | 1/30/2019 | 125 |
| St. Christopher's Healthcare, LLC | | | | | V17882823 | 2/1/2019 | 100 |
| St. Christopher's Healthcare, LLC | | | | | V17882902 | 2/1/2019 | 752 |
| St. Christopher's Healthcare, LLC | | | | | V17883389 | 2/1/2019 | 75 |
| St. Christopher's Healthcare, LLC | | | | | V17889872 | 2/4/2019 | 442 |
| St. Christopher's Healthcare, LLC | | | | | V17890545 | 2/4/2019 | 110 |
| St. Christopher's Healthcare, LLC | | | | | V17891430 | 2/4/2019 | 110 |
| St. Christopher's Healthcare, LLC | | | | | V17895710 | 2/5/2019 | 222 |
| St. Christopher's Healthcare, LLC | | | | | V17901880 | 2/6/2019 | 54 |
| St. Christopher's Healthcare, LLC | | | | | V17911466 | 2/8/2019 | 156 |
| St. Christopher's Healthcare, LLC | | | | | V17914094 | 2/8/2019 | 605 |
| St. Christopher's Healthcare, LLC | | | | | V17918680 | 2/11/2009 | 540 |
| St. Christopher's Healthcare, LLC | | | | | V17919062 | 2/11/2009 | 560 |
| St. Christopher's Healthcare, LLC | | | | | V17920386 | 2/7/2009 | 348 |
| St. Christopher's Healthcare, LLC | | | | | V17926183 | 2/13/2019 | 156 |

**COOK MEDICAL INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | | | | | V17926205 | 2/13/2019 | 84 |
| St. Christopher's Healthcare, LLC | | | | | V17933717 | 2/14/2019 | 270 |
| St. Christopher's Healthcare, LLC | | | | | V17943141 | 2/14/2019 | 61 |
| Center City Healthcare, LLC | Check | 35525 | 11,845 | 6/12/2019 | V16477507 | 1/11/2018 | 293 |
| Center City Healthcare, LLC | | | | | V16479944 | 1/11/2018 | 488 |
| Center City Healthcare, LLC | | | | | V16480106 | 1/11/2018 | 119 |
| Center City Healthcare, LLC | | | | | V16480195 | 1/11/2018 | 113 |
| Center City Healthcare, LLC | | | | | V16515437 | 1/22/2018 | 202 |
| Center City Healthcare, LLC | | | | | V17078645 | 6/22/2018 | 2,531 |
| Center City Healthcare, LLC | | | | | V17333135 | 8/31/2018 | 2,525 |
| Center City Healthcare, LLC | | | | | V17504584 | 10/16/2018 | 3,640 |
| Center City Healthcare, LLC | | | | | V17773753 | 12/31/2018 | 1,935 |
| St. Christopher's Healthcare, LLC | Check | 35794 | 1,391 | 6/24/2019 | V17944770 | 2/18/2019 | 35 |
| St. Christopher's Healthcare, LLC | | | | | V17968881 | 2/22/2019 | 92 |
| St. Christopher's Healthcare, LLC | | | | | V17974488 | 2/25/2019 | 210 |
| St. Christopher's Healthcare, LLC | | | | | V17976384 | 2/26/2019 | 124 |
| St. Christopher's Healthcare, LLC | | | | | V17982541 | 2/27/2019 | 412 |
| St. Christopher's Healthcare, LLC | | | | | V17990423 | 2/28/2019 | 518 |
| | | | $ 148,535 | | | | $ 148,535 |