# Exhibit A

**DE LAGE LANDEN FINANCIAL SVC INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| SCHC Pediatric Associates, LLC | Check | 32492 | 2,915 | 4/2/2019 | 62309025 | 1/29/2019 | 2,915 |
| Center City Healthcare, LLC | Check | 32967 | 75,900 | 4/11/2019 | 62124015 | 2/1/2019 | 75,900 |
| TPS V of PA, LLC | Check | 33117 | 130 | 4/25/2019 | 61950138 | 1/2/2019 | 130 |
| Center City Healthcare, LLC | Check | 33710 | 75,900 | 4/26/2019 | 62459482 | 3/1/2019 | 75,900 |
| Center City Healthcare, LLC | Check | 34039 | 82,623 | 5/6/2019 | 62750221 | 4/1/2019 | 75,900 |
| St. Christopher's Healthcare, LLC | | | | | 62309608 | 1/29/2019 | 3,476 |
| St. Christopher's Healthcare, LLC | | | | | 62359400 | 2/9/2019 | 332 |
| St. Christopher's Healthcare, LLC | | | | | 62682522 | 3/2/2019 | 2,915 |
| TPS V of PA, LLC | Check | 34769 | 76,323 | 5/23/2019 | 63049237 | 4/1/2019 | 124 |
| TPS V of PA, LLC | | | | | 61949476 | 1/2/2019 | 75 |
| TPS V of PA, LLC | | | | | 62309474 | 1/29/2019 | 75 |
| TPS V of PA, LLC | | | | | 62685446 | 3/2/2019 | 75 |
| TPS V of PA, LLC | | | | | 63049420 | 4/1/2019 | 75 |
| Center City Healthcare, LLC | | | | | 63170861 | 4/6/2019 | 75,900 |
| SCHC Pediatric Associates, LLC | Check | 35132 | 9,664 | 5/31/2019 | 62309025 | 1/29/2019 | 2,915 |
| St. Christopher's Healthcare, LLC | | | | | 62682741 | 4/15/2019 | 3,476 |
| St. Christopher's Healthcare, LLC | | | | | 62719363 | 4/1/2019 | 358 |
| St. Christopher's Healthcare, LLC | | | | | 63046223 | 4/1/2019 | 2,915 |
| TPS V of PA, LLC | Check | 35528 | 75 | 6/18/2019 | 63406755 | 5/2/2019 | 75 |
| | | | **$ 323,531** | | | | **$ 323,531** |