# Exhibit A

EDWARDS LIFESCIENCES
STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33121 | 3,816 | 4/24/2019 | 7876337 | 12/7/2018 | 2,672 |
| Center City Healthcare, LLC | | | | | 7880428 | 12/10/2018 | 114 |
| Center City Healthcare, LLC | | | | | 7880444 | 12/10/2018 | 500 |
| Center City Healthcare, LLC | | | | | 7884384 | 12/11/2018 | 530 |
| St. Christopher's Healthcare, LLC | Check | 35651 | 64,768 | 6/12/2019 | 7833175A | 11/15/2018 | 1,424 |
| St. Christopher's Healthcare, LLC | | | | | 7876601 | 12/7/2018 | 800 |
| St. Christopher's Healthcare, LLC | | | | | 7922533 | 12/25/2018 | 320 |
| St. Christopher's Healthcare, LLC | | | | | 7947097 | 1/9/2019 | 640 |
| St. Christopher's Healthcare, LLC | | | | | 7979158 | 1/22/2019 | 400 |
| St. Christopher's Healthcare, LLC | | | | | 8074643 | 2/28/2019 | 800 |
| St. Christopher's Healthcare, LLC | | | | | 8166327 | 4/4/2019 | 800 |
| St. Christopher's Healthcare, LLC | | | | | 8213451 | 4/22/2019 | 480 |
| St. Christopher's Healthcare, LLC | | | | | 8224586 | 4/25/2019 | 640 |
| Center City Healthcare, LLC | | | | | 7884634 | 12/11/2018 | 3,500 |
| Center City Healthcare, LLC | | | | | 7891304 | 12/13/2018 | 620 |
| Center City Healthcare, LLC | | | | | 7895233 | 12/14/2018 | 263 |
| Center City Healthcare, LLC | | | | | 7899289 | 12/17/2018 | 1,145 |
| Center City Healthcare, LLC | | | | | 7899290 | 12/17/2018 | 1,633 |
| Center City Healthcare, LLC | | | | | 7903096 | 12/18/2018 | 76 |
| Center City Healthcare, LLC | | | | | 7903323 | 12/18/2018 | 359 |
| Center City Healthcare, LLC | | | | | 7906497 | 12/19/2018 | 576 |
| Center City Healthcare, LLC | | | | | 7910413 | 12/20/2018 | 620 |
| Center City Healthcare, LLC | | | | | 7910573 | 12/20/2018 | 900 |
| Center City Healthcare, LLC | | | | | 7918336 | 12/24/2018 | 620 |
| Center City Healthcare, LLC | | | | | 7918384 | 12/24/2018 | 300 |
| Center City Healthcare, LLC | | | | | 7918452 | 12/24/2018 | 956 |
| Center City Healthcare, LLC | | | | | 7922308 | 12/25/2018 | 643 |
| Center City Healthcare, LLC | | | | | 7925862 | 12/26/2018 | 880 |
| Center City Healthcare, LLC | | | | | 7932884 | 12/31/2018 | 930 |
| Center City Healthcare, LLC | | | | | 7932940 | 12/31/2018 | 350 |
| Center City Healthcare, LLC | | | | | 7932975 | 12/31/2018 | 251 |
| Center City Healthcare, LLC | | | | | 7936202 | 1/1/2019 | 300 |
| Center City Healthcare, LLC | | | | | 7936257 | 1/1/2019 | 2,423 |
| Center City Healthcare, LLC | | | | | 7936258 | 1/1/2019 | 650 |
| Center City Healthcare, LLC | | | | | 7938722 | 1/2/2019 | 359 |
| Center City Healthcare, LLC | | | | | 7938783 | 1/2/2019 | 726 |
| Center City Healthcare, LLC | | | | | 7942887 | 1/7/2019 | 359 |
| Center City Healthcare, LLC | | | | | 7942922 | 1/7/2019 | 1,336 |
| Center City Healthcare, LLC | | | | | 7944897 | 1/8/2019 | 620 |
| Center City Healthcare, LLC | | | | | 7944952 | 1/8/2019 | 793 |
| Center City Healthcare, LLC | | | | | 7946869 | 1/9/2019 | 76 |
| Center City Healthcare, LLC | | | | | 7950882 | 1/10/2019 | 16,400 |
| Center City Healthcare, LLC | | | | | 7954932 | 1/11/2019 | 465 |
| Center City Healthcare, LLC | | | | | 7955071 | 1/11/2019 | 838 |
| Center City Healthcare, LLC | | | | | 7958970 | 1/14/2019 | 500 |
| Center City Healthcare, LLC | | | | | 7962549 | 1/15/2019 | 620 |
| Center City Healthcare, LLC | | | | | 7962595 | 1/15/2019 | 76 |
| Center City Healthcare, LLC | | | | | 7965640 | 1/16/2019 | 760 |
| Center City Healthcare, LLC | | | | | 7968196 | 1/17/2019 | 114 |
| Center City Healthcare, LLC | | | | | 7968197 | 1/17/2019 | 620 |
| Center City Healthcare, LLC | | | | | 7968235 | 1/17/2019 | 8,200 |
| Center City Healthcare, LLC | | | | | 7971989 | 1/18/2019 | 500 |
| Center City Healthcare, LLC | | | | | 7975724 | 1/21/2019 | 1,361 |
| Center City Healthcare, LLC | | | | | 7979207 | 1/22/2019 | 930 |
| Center City Healthcare, LLC | | | | | 7979274 | 1/22/2019 | 500 |
| Center City Healthcare, LLC | | | | | 7982581 | 1/23/2019 | 76 |
| Center City Healthcare, LLC | | | | | 7989226 | 1/25/2019 | 359 |
| Center City Healthcare, LLC | | | | | 7989367 | 1/25/2019 | 663 |
| Center City Healthcare, LLC | | | | | 7989505 | 1/25/2019 | 287 |
| Center City Healthcare, LLC | | | | | 7992992 | 1/28/2019 | 760 |

**EDWARDS LIFESCIENCES**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | | 7996485 | 1/29/2019 | 325 |
| Center City Healthcare, LLC | | | | | 7999659 | 1/30/2019 | 587 |
| Center City Healthcare, LLC | | | | | 8002984 | 1/31/2019 | 930 |
| Center City Healthcare, LLC | | | | | 8272910 | 5/15/2019 | 333 |
| Center City Healthcare, LLC | Check | 35943 | $ 25,242 | 6/27/2019 | 7958932 | 1/14/2019 | 46 |
| Center City Healthcare, LLC | | | | | 8006654 | 2/1/2019 | 500 |
| Center City Healthcare, LLC | | | | | 8010208 | 2/4/2019 | 930 |
| Center City Healthcare, LLC | | | | | 8010269 | 2/4/2019 | 576 |
| Center City Healthcare, LLC | | | | | 8013784 | 2/5/2019 | 530 |
| Center City Healthcare, LLC | | | | | 8021122 | 2/7/2019 | 525 |
| Center City Healthcare, LLC | | | | | 8029291 | 2/11/2019 | 175 |
| Center City Healthcare, LLC | | | | | 8033011 | 2/12/2019 | 926 |
| Center City Healthcare, LLC | | | | | 8036277 | 2/13/2019 | 576 |
| Center City Healthcare, LLC | | | | | 8042368 | 2/15/2019 | 838 |
| Center City Healthcare, LLC | | | | | 8046127 | 2/18/2019 | 359 |
| Center City Healthcare, LLC | | | | | 8046129A | 2/13/2019 | 9,995 |
| Center City Healthcare, LLC | | | | | 8049776 | 2/19/2019 | 1,336 |
| Center City Healthcare, LLC | | | | | 8052948 | 2/20/2019 | 1,800 |
| Center City Healthcare, LLC | | | | | 8059622 | 2/22/2019 | 350 |
| Center City Healthcare, LLC | | | | | 8059711 | 2/22/2019 | 368 |
| Center City Healthcare, LLC | | | | | 8059815 | 2/22/2019 | 500 |
| Center City Healthcare, LLC | | | | | 8063690 | 2/25/2019 | 76 |
| Center City Healthcare, LLC | | | | | 8067404 | 2/26/2019 | 69 |
| Center City Healthcare, LLC | | | | | 8067405 | 2/26/2019 | 500 |
| Center City Healthcare, LLC | | | | | 8067413 | 2/26/2019 | 1,625 |
| Center City Healthcare, LLC | | | | | 8074595 | 2/28/2019 | 430 |
| St. Christopher's Healthcare, LLC | | | | | 8006794 | 2/1/2019 | 974 |
| St. Christopher's Healthcare, LLC | | | | | 8070618 | 2/27/2019 | 600 |
| St. Christopher's Healthcare, LLC | | | | | 8291940 | 5/22/2019 | 640 |
| | | | $ 93,826 | | | | $ 93,826 |