# Exhibit A

**EZ-PARK INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33125 | $ 21,267 | 4/22/2019 | 6571 | 3/1/2019 | $ 21,267 |
| Center City Healthcare, LLC | Check | 33931 | 21,267 | 5/6/2019 | 6595 | 4/1/2019 | 21,267 |
| Center City Healthcare, LLC | Check | 34459 | 21,267 | 5/17/2019 | 6631 | 5/1/2019 | 21,267 |
| | | | $ 63,802 | | | | $ 63,802 |

EZ-PARK INC