# Exhibit A

**GE HEALTHCARE**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32216 | 13,608 | 4/1/2019 | 30588040 | 9/11/2018 | 13,608 |
| Center City Healthcare, LLC | Check | 33235 | 28,759 | 4/17/2019 | 30583881 | 8/8/2018 | 166 |
| Center City Healthcare, LLC | | | | | 30589745 | 10/10/2018 | 632 |
| Center City Healthcare, LLC | | | | | 30591132 | 10/10/2018 | 13,608 |
| Center City Healthcare, LLC | | | | | 30593561 | 11/9/2018 | 166 |
| Center City Healthcare, LLC | | | | | 30594173 | 11/9/2018 | 290 |
| Center City Healthcare, LLC | | | | | 30596571 | 12/12/2018 | 13,608 |
| Center City Healthcare, LLC | | | | | 30596572 | 12/12/2018 | 290 |
| Center City Healthcare, LLC | Check | 33938 | 9,877 | 5/8/2019 | 8251913 | 1/13/2019 | 3 |
| Center City Healthcare, LLC | | | | | 8251914 | 1/11/2019 | 2,468 |
| Center City Healthcare, LLC | | | | | 8252018 | 1/20/2019 | 3 |
| Center City Healthcare, LLC | | | | | 8252019 | 1/20/2019 | 2,468 |
| Center City Healthcare, LLC | | | | | 8252121 | 1/27/2019 | 2,468 |
| | | | | | 8252670 | 2/28/2019 | 2,468 |
| Center City Healthcare, LLC | Check | 35296 | 45 | 6/10/2019 | 3047396 | 2/14/2019 | 45 |
| Center City Healthcare, LLC | Check | 35544 | 4,944 | 6/17/2019 | 8252669 | 2/28/2019 | 3 |
| Center City Healthcare, LLC | | | | | 8252916 | 3/17/2019 | 5 |
| Center City Healthcare, LLC | | | | | 8252917 | 3/17/2019 | 2,468 |
| Center City Healthcare, LLC | | | | | 8252918 | 3/17/2019 | 2,468 |
| Center City Healthcare, LLC | Check | 35653 | 30,529 | 6/17/2019 | 30584767 | 8/8/2018 | 290 |
| Center City Healthcare, LLC | | | | | 30593433 | 11/9/2018 | 968 |
| Center City Healthcare, LLC | | | | | 30594172 | 11/9/2018 | 13,608 |
| Center City Healthcare, LLC | | | | | 30595569 | 12/12/2018 | 632 |
| Center City Healthcare, LLC | | | | | 30598898 | 1/9/2019 | 968 |
| Center City Healthcare, LLC | | | | | 30599392 | 1/9/2019 | 166 |
| Center City Healthcare, LLC | | | | | 30600317 | 1/9/2019 | 13,608 |
| Center City Healthcare, LLC | | | | | 30600318 | 1/9/2019 | 290 |
| | | | **$ 87,762** | | | | **$ 87,762** |