# Exhibit A

**GE MEDICAL SYSTEMS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32217 | 431 | 4/1/2019 | 1120660 | 1/11/2018 | 431 |
| Center City Healthcare, LLC | Check | 33129 | 16,665 | 4/24/2019 | 1141625 | 10/29/2018 | 381 |
| Center City Healthcare, LLC | | | | | 1141703 | 10/30/2018 | 421 |
| Center City Healthcare, LLC | | | | | 1142934 | 11/8/2018 | 381 |
| Center City Healthcare, LLC | | | | | 1143287 | 11/13/2018 | 381 |
| Center City Healthcare, LLC | | | | | 1144294 | 11/28/2018 | 401 |
| Center City Healthcare, LLC | | | | | 33478958 | 7/6/2018 | 5,612 |
| Center City Healthcare, LLC | | | | | 3347895803 | 7/2/2018 | 5,612 |
| Center City Healthcare, LLC | | | | | 33487532 | 11/1/2018 | 3,474 |
| Center City Healthcare, LLC | Check | 33128 | 3,780 | 4/24/2019 | 2987886 | 10/18/2018 | 859 |
| Center City Healthcare, LLC | | | | | 2988874 | 10/22/2018 | 1,485 |
| Center City Healthcare, LLC | | | | | 2990391 | 11/24/2018 | 128 |
| Center City Healthcare, LLC | | | | | 3029740 | 1/12/2019 | 677 |
| Center City Healthcare, LLC | | | | | 3037789 | 1/29/2019 | 632 |
| Center City Healthcare, LLC | Check | 34041 | 131 | 5/6/2019 | 3053014 | 2/25/2019 | 43 |
| Center City Healthcare, LLC | | | | | 3056651 | 3/4/2019 | 74 |
| Center City Healthcare, LLC | | | | | 3057648 | 3/6/2019 | 14 |
| Center City Healthcare, LLC | Check | 34127 | 2,326 | 5/13/2019 | 3057844 | 3/6/2019 | 1,485 |
| Center City Healthcare, LLC | | | | | 3058618 | 3/7/2019 | 55 |
| Center City Healthcare, LLC | | | | | 3058655 | 3/7/2019 | 43 |
| Center City Healthcare, LLC | | | | | 3059208 | 3/8/2019 | 2 |
| Center City Healthcare, LLC | | | | | 3061623 | 3/13/2019 | 691 |
| Center City Healthcare, LLC | | | | | 3064155 | 3/18/2019 | 51 |
| Center City Healthcare, LLC | Check | 35297 | 4,026 | 6/10/2019 | 3020927 | 1/20/2019 | 43 |
| Center City Healthcare, LLC | | | | | 3049978 | 2/19/2019 | 244 |
| Center City Healthcare, LLC | | | | | 3051022 | 2/21/2019 | 407 |
| Center City Healthcare, LLC | | | | | 3054187 | 2/27/2019 | 65 |
| Center City Healthcare, LLC | | | | | 3055115 | 2/28/2019 | 1,474 |
| Center City Healthcare, LLC | | | | | 3065765 | 3/20/2019 | 727 |
| Center City Healthcare, LLC | | | | | 3074524 | 4/4/2019 | 1,066 |
| | | | **$ 27,360** | | | | **$ 27,360** |

Note: Total transfers have been reduced to exclude amounts paid on account of STC Invoices.