Exhibit A

**GENERAL ELECTRIC CO**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33236 | $ 21,731 | 4/24/2019 | 202537117 | 2/6/2019 | $ 1,803 |
| | | | | | 6001021890 | 4/17/2018 | 1,509 |
| | | | | | 6001202689 | 12/13/2018 | 1,064 |
| | | | | | 6001204291 | 12/18/2018 | 3,349 |
| | | | | | 6001204458 | 12/19/2018 | 5,441 |
| | | | | | 6001207144 | 12/28/2018 | 3,143 |
| | | | | | 6001207298 | 12/28/2018 | 5,423 |
| Center City Healthcare, LLC | Check | 33939 | 4,407 | 5/6/2019 | 202468371 | 5/21/2018 | 105 |
| | | | | | 202524245 | 12/18/2018 | 55 |
| | | | | | 202537120 | 2/6/2019 | 41 |
| | | | | | 202550282 | 3/26/2019 | 592 |
| | | | | | 6001266518 | 3/7/2019 | 3,614 |
| Center City Healthcare, LLC | Check | 34128 | 7,693 | 5/13/2019 | 6001272246 | 3/27/2019 | 7,693 |
| Center City Healthcare, LLC | Check | 34465 | 51,922 | 5/20/2019 | 6001225568 | 1/16/2019 | 6,857 |
| | | | | | 6001227028 | 1/22/2019 | 30,965 |
| | | | | | 6001268389 | 3/14/2019 | 14,100 |
| Center City Healthcare, LLC | Check | 34903 | 2,667 | 5/28/2019 | 202552857 | 4/4/2019 | 2,667 |
| Center City Healthcare, LLC | Check | 35298 | 1,578 | 6/10/2019 | 6001273469 | 3/29/2019 | 1,578 |
| | | | $ 89,998 | | | | $ 89,998 |