# Exhibit A

INTEGRA LIFESCIENCES CORPORATION
STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32890 | 21,662 | 4/12/2019 | 25179973 | 1/15/2019 | 2,120 |
| Center City Healthcare, LLC | | | | | 25181992 | 1/16/2019 | 2,485 |
| Center City Healthcare, LLC | | | | | 25181993 | 1/16/2019 | 583 |
| Center City Healthcare, LLC | | | | | 25188024 | 1/21/2019 | 358 |
| Center City Healthcare, LLC | | | | | 25189871 | 1/22/2019 | 1,715 |
| Center City Healthcare, LLC | | | | | 25190193 | 1/22/2019 | 4,221 |
| Center City Healthcare, LLC | | | | | 25190194 | 1/22/2019 | 219 |
| Center City Healthcare, LLC | | | | | 25191526 | 1/23/2019 | 1,096 |
| Center City Healthcare, LLC | | | | | 22850 | 1/30/2019 | (1,096) |
| Center City Healthcare, LLC | | | | | 25193380 | 1/24/2019 | 311 |
| Center City Healthcare, LLC | | | | | 25193381 | 1/24/2019 | 106 |
| Center City Healthcare, LLC | | | | | 25193382 | 1/24/2019 | 900 |
| Center City Healthcare, LLC | | | | | 25195740 | 1/25/2019 | 900 |
| Center City Healthcare, LLC | | | | | 25198969 | 1/28/2019 | 2,105 |
| Center City Healthcare, LLC | | | | | 25203053 | 1/30/2019 | 476 |
| Center City Healthcare, LLC | | | | | 25203054 | 1/30/2019 | 341 |
| Center City Healthcare, LLC | | | | | 25203055 | 1/30/2019 | 1,070 |
| Center City Healthcare, LLC | | | | | 25203058 | 1/30/2019 | 267 |
| Center City Healthcare, LLC | | | | | 25205516 | 1/31/2019 | 2,572 |
| Center City Healthcare, LLC | | | | | 25206868 | 2/1/2019 | 913 |
| Center City Healthcare, LLC | Check | 33146 | 20,445 | 4/12/2019 | 25208828 | 2/4/2019 | 1,170 |
| Center City Healthcare, LLC | | | | | 25208915 | 2/4/2019 | 2,120 |
| Center City Healthcare, LLC | | | | | 25211881 | 2/5/2019 | 230 |
| Center City Healthcare, LLC | | | | | 25216310 | 2/7/2019 | 645 |
| Center City Healthcare, LLC | | | | | 25217926 | 2/8/2019 | 59 |
| Center City Healthcare, LLC | | | | | 25217927 | 2/8/2019 | 94 |
| Center City Healthcare, LLC | | | | | 25221740 | 2/12/2019 | 178 |
| Center City Healthcare, LLC | | | | | 25224206 | 2/13/2019 | 5,938 |
| Center City Healthcare, LLC | | | | | 25224207 | 2/13/2019 | 778 |
| Center City Healthcare, LLC | | | | | 25224772 | 2/13/2019 | 581 |
| Center City Healthcare, LLC | | | | | 25224775 | 2/13/2019 | 454 |
| Center City Healthcare, LLC | | | | | 25226540 | 2/14/2019 | 3,706 |
| Center City Healthcare, LLC | | | | | 25226541 | 2/14/2019 | 401 |
| Center City Healthcare, LLC | | | | | 25226542 | 2/14/2019 | 3,265 |
| Center City Healthcare, LLC | | | | | 25229106 | 2/15/2019 | 349 |
| Center City Healthcare, LLC | | | | | 25230733 | 2/18/2019 | 476 |
| St. Christopher's Healthcare, LLC | Check | 33725 | 16,663 | 4/19/2019 | 25115760 | 12/3/2018 | 207 |
| St. Christopher's Healthcare, LLC | | | | | 25127421 | 12/11/2018 | 10,931 |
| St. Christopher's Healthcare, LLC | | | | | 25132669 | 12/13/2018 | 497 |
| St. Christopher's Healthcare, LLC | | | | | 25136069 | 12/15/2018 | 285 |
| St. Christopher's Healthcare, LLC | | | | | 25136072 | 12/15/2018 | 2,890 |
| St. Christopher's Healthcare, LLC | | | | | 25148855 | 12/22/2018 | 134 |
| St. Christopher's Healthcare, LLC | | | | | 25148856 | 12/22/2018 | 134 |
| St. Christopher's Healthcare, LLC | | | | | 25154647 | 12/27/2018 | 15 |
| St. Christopher's Healthcare, LLC | | | | | 25155044 | 12/27/2018 | 566 |
| St. Christopher's Healthcare, LLC | | | | | 25159274 | 12/31/2018 | 505 |
| St. Christopher's Healthcare, LLC | | | | | 25159275 | 12/31/2018 | 501 |
| Center City Healthcare, LLC | Check | 33953 | 4,621 | 4/26/2019 | 25255734 | 3/5/2019 | 401 |
| Center City Healthcare, LLC | | | | | 25263373 | 3/11/2019 | 4,221 |

INTEGRA LIFESCIENCES CORPORATION
STATEMENT OF ACCOUNT

| Debtor | Type | Check/Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 34807 | 43,021 | 5/17/2019 | 25164122 | 1/3/2019 | 386 |
| St. Christopher's Healthcare, LLC | | | | | 25165643 | 1/4/2019 | 1,152 |
| St. Christopher's Healthcare, LLC | | | | | 25168473 | 1/8/2019 | 1,504 |
| St. Christopher's Healthcare, LLC | | | | | 25171515 | 1/9/2019 | 268 |
| St. Christopher's Healthcare, LLC | | | | | 25172607 | 1/10/2019 | 1,002 |
| St. Christopher's Healthcare, LLC | | | | | 25172804 | 1/10/2019 | 445 |
| St. Christopher's Healthcare, LLC | | | | | 25176715 | 1/14/2019 | 27,894 |
| St. Christopher's Healthcare, LLC | | | | | 25181856 | 1/16/2019 | 2,335 |
| St. Christopher's Healthcare, LLC | | | | | 25192369 | 1/24/2019 | 205 |
| St. Christopher's Healthcare, LLC | | | | | 25198558 | 1/28/2019 | 202 |
| St. Christopher's Healthcare, LLC | | | | | 25198559 | 1/28/2019 | 24 |
| St. Christopher's Healthcare, LLC | | | | | 25198560 | 1/28/2019 | 193 |
| St. Christopher's Healthcare, LLC | | | | | 25199992 | 1/29/2019 | 3,706 |
| St. Christopher's Healthcare, LLC | | | | | 25199993 | 1/29/2019 | 3,706 |
| | | | $ 106,411 | | | | $ 106,411 |