# Exhibit A

**KEYSTONE QUALITY TRANSPORT INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33067 | $ 45,364 | 4/12/2019 | 17948959 | 11/13/2018 | $ 3,535 |
| Center City Healthcare, LLC | | | | | 17948960 | 11/13/2018 | 7,439 |
| Center City Healthcare, LLC | | | | | 17949144 | 1/15/2019 | 12,582 |
| Center City Healthcare, LLC | | | | | 17949145 | 1/15/2019 | 4,698 |
| Center City Healthcare, LLC | | | | | 17949213 | 2/11/2019 | 4,345 |
| Center City Healthcare, LLC | | | | | 17949214 | 2/11/2019 | 12,766 |
| Center City Healthcare, LLC | Check | 34811 | 25,591 | 5/23/2019 | 17949298 | 3/19/2019 | 21,931 |
| Center City Healthcare, LLC | | | | | 17949299 | 3/19/2019 | 3,660 |
| | | | $ 70,955 | | | | $ 70,955 |

KEYSTONE QUALITY TRANSPORT INC