Exhibit A

**NUANCE COMMUNICATIONS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33008 | $ 1,794 | 4/16/2019 | 30200944 | 10/23/2018 | $ 1,112 |
| St. Christopher's Healthcare, LLC | | | | 4/16/2019 | 30200956 | 10/23/2018 | 682 |
| | | | | | | | |
| St. Christopher's Healthcare, LLC | Check | 33972 | 35,027 | 5/3/2019 | 10252096 | 12/6/2018 | 4,681 |
| St. Christopher's Healthcare, LLC | | | | 5/3/2019 | 10248885 | 11/6/2018 | 5,758 |
| St. Christopher's Healthcare, LLC | | | | 5/3/2019 | 10258651 | 2/6/2019 | 3,678 |
| St. Christopher's Healthcare, LLC | | | | 5/3/2019 | 10254613 | 1/4/2019 | 3,316 |
| St. Christopher's Healthcare, LLC | | | | 5/3/2019 | 30204405 | 12/28/2018 | 17,594 |
| | | | | | | | |
| Center City Healthcare, LLC | Check | 34833 | 58,539 | 5/28/2019 | 30204265 | 12/26/2018 | 58,539 |
| | | | | | | | |
| Center City Healthcare, LLC | Check | 35334 | 68,737 | 6/7/2019 | 10266031 | 4/4/2019 | 14,737 |
| Center City Healthcare, LLC | | | | 6/7/2019 | 30210854 | 3/20/2019 | 54,000 |
| | | | **$ 164,096** | | | | **$ 164,096** |