# Exhibit A

**PATHS LLC CORP**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33015 | $ 20,125 | 4/12/2019 | 10325 | 11/6/2018 | $ 13,000 |
| St. Christopher's Healthcare, LLC | | | | | 10326 | 11/6/2018 | 2,000 |
| St. Christopher's Healthcare, LLC | | | | | 10403 | 12/4/2018 | 2,000 |
| St. Christopher's Healthcare, LLC | | | | | 10404 | 12/4/2018 | 3,125 |
| St. Christopher's Healthcare, LLC | Check | 33180 | 15,000 | 4/17/2019 | 10493 | 1/2/2019 | 13,000 |
| St. Christopher's Healthcare, LLC | | | | | 10494 | 1/2/2019 | 2,000 |
| St. Christopher's Healthcare, LLC | Check | 33759 | 33,050 | 4/29/2019 | 10495 | 1/2/2019 | 700 |
| St. Christopher's Healthcare, LLC | | | | | 10591 | 2/4/2019 | 13,000 |
| St. Christopher's Healthcare, LLC | | | | | 10592 | 2/4/2019 | 2,000 |
| St. Christopher's Healthcare, LLC | | | | | 10593 | 2/4/2019 | 1,875 |
| St. Christopher's Healthcare, LLC | | | | | 10675 | 3/5/2019 | 13,000 |
| St. Christopher's Healthcare, LLC | | | | | 10676 | 3/5/2019 | 2,000 |
| St. Christopher's Healthcare, LLC | | | | | 10677 | 3/5/2019 | 475 |
| | | | $ 68,175 | | | | $ 68,175 |