Exhibit A

**PEOPLES CAPITAL AND LEASING CO**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 34840 | $ 43,303 | 5/28/2019 | 430924 | 1/23/2019 | $ 21,652 |
| Center City Healthcare, LLC | | | | | 433801 | 2/16/2019 | 21,652 |
| | | | $ 43,303 | | | | $ 43,303 |