# Exhibit A

**RYDAL SQUARE LP**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 34146 | $ 30,531 | 5/10/2019 | APRIL2019CAMCHG | 3/28/2019 | $ 1,600 |
| St. Christopher's Healthcare, LLC | | | | | APRIL2019RENT | 3/28/2019 | 14,643 |
| St. Christopher's Healthcare, LLC | | | | | APR2019RENT | 3/28/2019 | 14,289 |
| St. Christopher's Healthcare, LLC | Check | 34559 | 5,584 | 5/17/2019 | 64592 | 3/6/2019 | 3,049 |
| St. Christopher's Healthcare, LLC | | | | | 65116 | 3/26/2019 | 2,535 |
| St. Christopher's Healthcare, LLC | Check | 34855 | 28,931 | 5/24/2019 | MAY2019RENT | 4/24/2019 | 14,643 |
| St. Christopher's Healthcare, LLC | | | | | RENT2019MAY | 4/29/2019 | 14,289 |
| St. Christopher's Healthcare, LLC | Check | 35096 | 4,914 | 5/31/2019 | MAY2019CAMCHGS | 4/24/2019 | 1,600 |
| St. Christopher's Healthcare, LLC | | | | | 65256 | 4/18/2019 | 3,314 |
| | | | **$ 69,960** | | | | **$ 69,960** |