# Exhibit A

**SOLID WASTE SERVICES INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33244 | 51,179 | 4/17/2019 | 390754 | 11/10/2018 | 9,263 |
| Center City Healthcare, LLC | | | | | 391942 | 11/15/2018 | 11,215 |
| Center City Healthcare, LLC | | | | | 392131 | 11/30/2018 | 11,969 |
| St. Christopher's Healthcare, LLC | | | | | 395032 | 1/12/2019 | 517 |
| St. Christopher's Healthcare, LLC | | | | | 395061 | 1/12/2019 | 5,197 |
| St. Christopher's Healthcare, LLC | | | | | 396120 | 1/15/2019 | 5,903 |
| St. Christopher's Healthcare, LLC | | | | | 396303 | 1/31/2019 | 7,116 |
| Center City Healthcare, LLC | Check | 33814 | 47,319 | 4/24/2019 | 392848 | 12/12/2018 | 11,324 |
| Center City Healthcare, LLC | | | | | 394028 | 12/15/2018 | 11,215 |
| Center City Healthcare, LLC | | | | | 394208 | 12/31/2018 | 11,215 |
| St. Christopher's Healthcare, LLC | | | | | 397044 | 2/12/2019 | 517 |
| St. Christopher's Healthcare, LLC | | | | | 398142 | 2/15/2019 | 6,256 |
| St. Christopher's Healthcare, LLC | | | | | 398316 | 2/28/2019 | 6,362 |
| St. Christopher's Healthcare, LLC | | | | | 398455 | 2/28/2019 | 430 |
| Center City Healthcare, LLC | Check | 34008 | 47,873 | 5/6/2019 | 394909 | 1/12/2019 | 11,427 |
| Center City Healthcare, LLC | | | | | 396099 | 1/15/2019 | 11,555 |
| Center City Healthcare, LLC | | | | | 396276 | 1/31/2019 | 12,982 |
| St. Christopher's Healthcare, LLC | | | | | 400191 | 3/15/2019 | 5,653 |
| St. Christopher's Healthcare, LLC | | | | | 400269 | 3/31/2019 | 6,256 |
| Center City Healthcare, LLC | Check | 34567 | 32,143 | 5/16/2019 | 396921 | 2/12/2019 | 11,427 |
| Center City Healthcare, LLC | | | | | 398121 | 2/15/2019 | 10,849 |
| Center City Healthcare, LLC | | | | | 398293 | 2/28/2019 | 9,867 |
| Center City Healthcare, LLC | Check | 34861 | 11,427 | 5/28/2019 | 398863 | 3/12/2019 | 11,427 |
| | | | **$ 189,941** | | | | **$ 189,941** |