# Exhibit A

**SPECTRANETICS CORPORATION**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check Number | Payment | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32613 | 6,916 | 4/2/2019 | 685217 | 12/18/2018 | 3,545 |
| Center City Healthcare, LLC | | | | | 689238 | 1/8/2019 | 258 |
| Center City Healthcare, LLC | | | | | 689919 | 1/10/2019 | 118 |
| Center City Healthcare, LLC | | | | | 691390 | 1/16/2019 | 2,995 |
| Center City Healthcare, LLC | Check | 34009 | 21,249 | 5/8/2019 | 693797 | 1/28/2019 | 530 |
| Center City Healthcare, LLC | | | | | 693915 | 1/29/2019 | 2,900 |
| Center City Healthcare, LLC | | | | | 694138 | 1/29/2019 | 1,958 |
| Center City Healthcare, LLC | | | | | 694288 | 1/30/2019 | 265 |
| Center City Healthcare, LLC | | | | | 694597 | 1/31/2019 | 1,570 |
| Center City Healthcare, LLC | | | | | 694649 | 1/31/2019 | 1,290 |
| Center City Healthcare, LLC | | | | | 696832 | 2/11/2019 | 2,995 |
| Center City Healthcare, LLC | | | | | 696833 | 2/11/2019 | 255 |
| Center City Healthcare, LLC | | | | | 696981 | 2/11/2019 | 2,995 |
| Center City Healthcare, LLC | | | | | 697036 | 2/11/2019 | 2,450 |
| Center City Healthcare, LLC | | | | | 697056 | 2/11/2019 | 530 |
| Center City Healthcare, LLC | | | | | 697923 | 2/13/2019 | 2,995 |
| Center City Healthcare, LLC | | | | | 699044 | 2/18/2019 | 516 |
| Center City Healthcare, LLC | Check | 35617 | 3,916 | 6/18/2019 | 717471 | 4/29/2019 | 3,916 |
| | | | **$ 32,081** | | | | **$ 32,081** |