# Exhibit A

**UROLOGY FOR CHILDREN LLC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 32870 | $ 33,600 | 4/4/2019 | 33DCKR020119 | 2/1/2019 | $ 33,600 |
| St. Christopher's Healthcare, LLC | Check | 34589 | 37,200 | 5/16/2019 | 33DCKR033119 | 3/31/2019 | 37,200 |
| St. Christopher's Healthcare, LLC | Check | 35634 | 36,000 | 6/13/2019 | 33DCKR040119 | 4/1/2019 | 36,000 |
| | | | $ 106,800 | | | | $ 106,800 |