# Exhibit A

**AIRGAS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33227 | 6,113 | 4/16/2019 | 9077948268 | 7/10/2018 | 962 |
| Center City Healthcare, LLC | | | | | 9083511393 | 12/14/2018 | 240 |
| Center City Healthcare, LLC | | | | | 9084083459 | 1/4/2019 | 240 |
| Center City Healthcare, LLC | | | | | 9084083460 | 1/4/2019 | 371 |
| Center City Healthcare, LLC | | | | | 9084180133 | 1/8/2019 | 185 |
| Center City Healthcare, LLC | | | | | 9084334748 | 1/11/2019 | 240 |
| Center City Healthcare, LLC | | | | | 9084392140 | 1/14/2019 | 661 |
| Center City Healthcare, LLC | | | | | 9084435685 | 1/15/2019 | 185 |
| Center City Healthcare, LLC | | | | | 9084589217 | 1/18/2019 | 130 |
| Center City Healthcare, LLC | | | | | 9084622072 | 1/21/2019 | 912 |
| Center City Healthcare, LLC | | | | | 9084691139 | 1/22/2019 | 185 |
| Center City Healthcare, LLC | | | | | 9084833333 | 1/25/2019 | 240 |
| Center City Healthcare, LLC | | | | | 9084833334 | 1/25/2019 | 654 |
| Center City Healthcare, LLC | | | | | 9084903479 | 1/29/2019 | 185 |
| Center City Healthcare, LLC | | | | | 9084930480 | 1/29/2019 | 404 |
| Center City Healthcare, LLC | | | | | 9086704687 | 3/19/2019 | 320 |
| Center City Healthcare, LLC | Check | 33800 | 48,623 | 4/24/2019 | 9075467631 | 4/30/2018 | 1,512 |
| Center City Healthcare, LLC | | | | | 9076593013 | 5/31/2018 | 1,512 |
| Center City Healthcare, LLC | | | | | 9077703480 | 6/30/2018 | 1,512 |
| Center City Healthcare, LLC | | | | | 9078695544 | 7/31/2018 | 1,512 |
| Center City Healthcare, LLC | | | | | 9080843805 | 9/30/2018 | 1,588 |
| Center City Healthcare, LLC | | | | | 9081960169 | 10/31/2018 | 1,588 |
| Center City Healthcare, LLC | | | | | 9082984817 | 11/30/2018 | 1,588 |
| Center City Healthcare, LLC | | | | | 9083937015 | 12/31/2018 | 1,588 |
| Center City Healthcare, LLC | | | | | 9084930479 | 1/29/2019 | 185 |
| Center City Healthcare, LLC | | | | | 9085089732 | 2/1/2019 | 120 |
| Center City Healthcare, LLC | | | | | 9085089733 | 2/1/2019 | 191 |
| Center City Healthcare, LLC | | | | | 9085193514 | 2/5/2019 | 191 |
| Center City Healthcare, LLC | | | | | 9085193765 | 2/5/2019 | 607 |
| Center City Healthcare, LLC | | | | | 9085249993 | 2/6/2019 | 51 |
| Center City Healthcare, LLC | | | | | 9085398722 | 2/9/2019 | 247 |
| Center City Healthcare, LLC | | | | | 9085398723 | 2/9/2019 | 410 |
| Center City Healthcare, LLC | | | | | 9085433969 | 2/12/2019 | 191 |
| Center City Healthcare, LLC | | | | | 9085433970 | 2/12/2019 | 684 |
| Center City Healthcare, LLC | | | | | 9085591155 | 3/17/2019 | 247 |
| Center City Healthcare, LLC | | | | | 9085591156 | 2/15/2019 | 684 |
| Center City Healthcare, LLC | | | | | 9085648993 | 2/18/2019 | 187 |
| Center City Healthcare, LLC | | | | | 9085689333 | 2/19/2019 | 191 |
| Center City Healthcare, LLC | | | | | 9085689334 | 2/19/2019 | 153 |
| Center City Healthcare, LLC | | | | | 9085834253 | 2/22/2019 | 134 |
| Center City Healthcare, LLC | | | | | 9085834254 | 2/22/2019 | 284 |
| Center City Healthcare, LLC | | | | | 9085935751 | 2/26/2019 | 288 |
| Center City Healthcare, LLC | | | | | 9086258629 | 3/5/2019 | 495 |
| Center City Healthcare, LLC | | | | | 9086355045 | 3/8/2019 | 233 |
| Center City Healthcare, LLC | | | | | 9086455467 | 3/12/2019 | 218 |
| Center City Healthcare, LLC | | | | | 9086956336 | 3/26/2019 | 603 |
| Center City Healthcare, LLC | | | | | 9087228965 | 4/2/2019 | 481 |
| Center City Healthcare, LLC | | | | | 9087379082 | 4/5/2019 | 350 |
| Center City Healthcare, LLC | | | | | 9087631645 | 4/12/2019 | 393 |
| Center City Healthcare, LLC | | | | | 9957621089 | 11/30/2018 | 10,557 |
| Center City Healthcare, LLC | | | | | 9959091668 | 1/31/2019 | 2,646 |
| Center City Healthcare, LLC | | | | | 9959091669 | 1/31/2019 | 11,559 |
| Center City Healthcare, LLC | | | | | 9959091670 | 1/31/2019 | 3,443 |
| SCHC Pediatric Associates , LLC | | | | | 9083014045 | 11/29/2018 | 65 |
| SCHC Pediatric Associates , LLC | | | | | 9958325386 | 12/31/2018 | 28 |
| SCHC Pediatric Associates , LLC | | | | | 9084824251 | 1/24/2019 | 85 |
| SCHC Pediatric Associates , LLC | | | | | 9959865679 | 2/28/2019 | 26 |

**AIRGAS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33887 | 126 | 5/8/2019 | 9087479401 | 4/9/2019 | 126 |
| Center City Healthcare, LLC | Check | 34027 | 29,652 | 5/8/2019 | 9956845155 | 10/31/2018 | 10,518 |
| St. Christopher's Healthcare, LLC | | | | | 9079530378 | 8/23/2018 | 866 |
| St. Christopher's Healthcare, LLC | | | | | 9079791854 | 8/30/2018 | 136 |
| St. Christopher's Healthcare, LLC | | | | | 9079998131 | 9/6/2018 | 255 |
| St. Christopher's Healthcare, LLC | | | | | 9082033410 | 11/1/2018 | 225 |
| St. Christopher's Healthcare, LLC | | | | | 9084036067 | 1/3/2019 | 736 |
| St. Christopher's Healthcare, LLC | | | | | 9084536166 | 1/17/2019 | 239 |
| St. Christopher's Healthcare, LLC | | | | | 9084536167 | 1/17/2019 | 125 |
| St. Christopher's Healthcare, LLC | | | | | 9084824250 | 1/24/2019 | 92 |
| St. Christopher's Healthcare, LLC | | | | | 9084883639 | 1/24/2019 | 854 |
| St. Christopher's Healthcare, LLC | | | | | 9085040495 | 1/31/2019 | 215 |
| St. Christopher's Healthcare, LLC | | | | | 9085126702 | 2/4/2019 | 1,137 |
| St. Christopher's Healthcare, LLC | | | | | 9085293253 | 2/7/2019 | 95 |
| St. Christopher's Healthcare, LLC | | | | | 9085293254 | 2/7/2019 | 207 |
| St. Christopher's Healthcare, LLC | | | | | 9085375935 | 2/11/2019 | 2,137 |
| St. Christopher's Healthcare, LLC | | | | | 9085579458 | 2/14/2019 | 128 |
| St. Christopher's Healthcare, LLC | | | | | 9085579459 | 2/14/2019 | 95 |
| St. Christopher's Healthcare, LLC | | | | | 9085579460 | 2/14/2019 | 209 |
| St. Christopher's Healthcare, LLC | | | | | 9085579461 | 2/14/2019 | 866 |
| St. Christopher's Healthcare, LLC | | | | | 9085643114 | 2/12/2019 | 648 |
| St. Christopher's Healthcare, LLC | | | | | 9085643425 | 2/18/2019 | 133 |
| St. Christopher's Healthcare, LLC | | | | | 9085786206 | 2/21/2019 | 128 |
| St. Christopher's Healthcare, LLC | | | | | 9085786207 | 2/21/2019 | 165 |
| St. Christopher's Healthcare, LLC | | | | | 9085965103 | 2/27/2019 | 2,019 |
| St. Christopher's Healthcare, LLC | | | | | 9086113496 | 3/1/2019 | 297 |
| St. Christopher's Healthcare, LLC | | | | | 9086113497 | 3/1/2019 | 128 |
| St. Christopher's Healthcare, LLC | | | | | 9086294852 | 3/7/2019 | 807 |
| St. Christopher's Healthcare, LLC | | | | | 9086294853 | 3/7/2019 | 95 |
| St. Christopher's Healthcare, LLC | | | | | 9086294854 | 3/7/2019 | 128 |
| St. Christopher's Healthcare, LLC | | | | | 9086559979 | 3/14/2019 | 128 |
| St. Christopher's Healthcare, LLC | | | | | 9086611402 | 3/15/2019 | 295 |
| St. Christopher's Healthcare, LLC | | | | | 9086805312 | 3/21/2019 | 95 |
| St. Christopher's Healthcare, LLC | | | | | 9086805313 | 3/21/2019 | 128 |
| St. Christopher's Healthcare, LLC | | | | | 9086886281 | 3/25/2019 | 2,106 |
| St. Christopher's Healthcare, LLC | | | | | 9086912772 | 3/25/2019 | 236 |
| St. Christopher's Healthcare, LLC | | | | | 9959864614 | 2/28/2019 | 2,981 |
| Center City Healthcare, LLC | Check | 34115 | 5,811 | 5/14/2019 | 9959805675 | 2/28/2019 | 2,469 |
| Center City Healthcare, LLC | | | | | 9959805677 | 2/28/2019 | 3,343 |
| Center City Healthcare, LLC | Check | 34604 | 12,489 | 5/22/2019 | 9087732386A | 4/16/2019 | 218 |
| Center City Healthcare, LLC | | | | | 9087877769A | 4/19/2019 | 383 |
| Center City Healthcare, LLC | | | | | 9959805676 | 2/28/2019 | 10,928 |
| St. Christopher's Healthcare, LLC | | | | | 9076854658 | 6/7/2018 | 76 |
| St. Christopher's Healthcare, LLC | | | | | 9079530379 | 8/23/2018 | 55 |
| St. Christopher's Healthcare, LLC | | | | | 9079530380 | 8/23/2018 | 55 |
| St. Christopher's Healthcare, LLC | | | | | 9079696578 | 8/28/2018 | 125 |
| St. Christopher's Healthcare, LLC | | | | | 9079791853 | 8/30/2018 | 55 |
| St. Christopher's Healthcare, LLC | | | | | 9079998132 | 9/6/2018 | 55 |
| St. Christopher's Healthcare, LLC | | | | | 9079998133 | 9/6/2018 | 125 |
| St. Christopher's Healthcare, LLC | | | | | 9082033411 | 11/1/2018 | 104 |
| St. Christopher's Healthcare, LLC | | | | | 9082033412 | 11/1/2018 | 104 |
| SCHC Pediatric Associates , LLC | | | | | 9083116518 | 12/3/2018 | 16 |
| SCHC Pediatric Associates , LLC | | | | | 9084087111 | 1/3/2019 | 85 |
| SCHC Pediatric Associates , LLC | | | | | 9085579462 | 2/14/2019 | 80 |
| SCHC Pediatric Associates , LLC | | | | | 9959061590 | 1/31/2019 | 28 |
| Center City Healthcare, LLC | Check | 34738 | 348 | 5/28/2019 | 9088123730A | 4/26/2019 | 320 |

**AIRGAS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| SCHC Pediatric Associates , LLC | | | | | 9960553546 | 3/31/2019 | 29 |
| SCHC Pediatric Associates , LLC | Check | 35005 | 95 | 6/6/2019 | 9087486289 | 4/5/2019 | 95 |
| St. Christopher's Healthcare, LLC | Check | 35383 | 10,204 | 6/12/2019 | 9079374651 | 8/20/2018 | 2,052 |
| St. Christopher's Healthcare, LLC | | | | | 9079837559 | 8/31/2018 | 1,537 |
| St. Christopher's Healthcare, LLC | | | | | 9079934809 | 9/5/2018 | 2,023 |
| St. Christopher's Healthcare, LLC | | | | | 9081971166 | 10/31/2018 | 1,537 |
| St. Christopher's Healthcare, LLC | | | | | 9084268576 | 1/10/2019 | 92 |
| St. Christopher's Healthcare, LLC | | | | | 9955486170 | 8/31/2018 | 2,964 |
| St. Christopher's Healthcare, LLC | Check | 35641 | 26,194 | 6/19/2019 | 9084268577 | 1/10/2019 | 92 |
| St. Christopher's Healthcare, LLC | | | | | 9085033881 | 1/31/2019 | 1,583 |
| St. Christopher's Healthcare, LLC | | | | | 9085040134 | 1/31/2019 | 92 |
| St. Christopher's Healthcare, LLC | | | | | 9959061589 | 1/31/2019 | 3,175 |
| Center City Healthcare, LLC | | | | | 9086856253 | 3/22/2019 | 653 |
| Center City Healthcare, LLC | | | | | 9087112522 | 3/29/2019 | 37 |
| Center City Healthcare, LLC | | | | | 9087155283 | 3/31/2019 | 1,635 |
| Center City Healthcare, LLC | | | | | 9960520316 | 3/31/2019 | 12,392 |
| Center City Healthcare, LLC | | | | | 9960520317 | 3/31/2019 | 3,802 |
| Center City Healthcare, LLC | | | | | 9960522278 | 3/31/2019 | 2,733 |
| | | | $ 139,657 | | | | $ 139,657 |