Exhibit A

**CEPHEID INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33107 | 81,035 | 4/25/2019 | 9000349373 | 2/14/2019 | 2,284 |
| Center City Healthcare, LLC | | | | | 9000349897 | 2/15/2019 | 12,480 |
| Center City Healthcare, LLC | | | | | 9000353711 | 2/26/2019 | 12,712 |
| Center City Healthcare, LLC | | | | | 9000353712 | 2/26/2019 | 9,184 |
| Center City Healthcare, LLC | | | | | 9000355186 | 2/20/2019 | 12,480 |
| Center City Healthcare, LLC | | | | | 9000355187 | 3/1/2019 | 116 |
| Center City Healthcare, LLC | | | | | 9000355189 | 3/1/2019 | 17,248 |
| Center City Healthcare, LLC | | | | | 9000356503 | 3/4/2019 | 8,292 |
| Center City Healthcare, LLC | | | | | 9000356504 | 3/5/2019 | 6,240 |
| St. Christopher's Healthcare, LLC | Check | 33702 | 4,171 | 5/2/2019 | 9000344961 | 2/4/2019 | 2,981 |
| St. Christopher's Healthcare, LLC | | | | | 9000346513 | 2/7/2019 | 1,190 |
| St. Christopher's Healthcare, LLC | Check | 33911 | 2,852 | 5/10/2019 | 9000358727 | 3/11/2019 | 250 |
| St. Christopher's Healthcare, LLC | | | | | 9000360821 | 3/15/2019 | 2,601 |
| Center City Healthcare, LLC | Wire | TRN#190520157039 | 21,253 | 5/20/2019 | 9000356995 | 3/6/2019 | 116 |
| Center City Healthcare, LLC | | | | | 9000360273 | 3/14/2019 | 2,052 |
| Center City Healthcare, LLC | | | | | 9000360762 | 3/15/2019 | 1,145 |
| Center City Healthcare, LLC | | | | | 9000362146 | 3/19/2019 | 116 |
| Center City Healthcare, LLC | | | | | 9000363597 | 3/22/2019 | 1,145 |
| Center City Healthcare, LLC | | | | | 9000363598 | 3/22/2019 | 6,240 |
| Center City Healthcare, LLC | | | | | 9000365041 | 3/26/2019 | 1,800 |
| Center City Healthcare, LLC | | | | | 9000366128 | 3/28/2019 | 6,240 |
| Center City Healthcare, LLC | | | | | 9000366129 | 3/28/2019 | 116 |
| Center City Healthcare, LLC | | | | | 9000355188 | 3/31/2019 | 2,284 |
| St. Christopher's Healthcare, LLC | Check | 34760 | 392 | 5/28/2019 | 9000367202 | 4/1/2019 | 392 |
| Center City Healthcare, LLC | Check | 35025 | 11,407 | 5/31/2019 | 9000372832 | 4/16/2019 | 8,292 |
| Center City Healthcare, LLC | | | | | 9000372833 | 4/16/2019 | 116 |
| Center City Healthcare, LLC | | | | | 9000374248 | 4/19/2019 | 2,800 |
| Center City Healthcare, LLC | | | | | 9000372375 | 4/15/2019 | 199 |
| St. Christopher's Healthcare, LLC | Check | 35278 | 7,380 | 6/11/2019 | 9000373836 | 4/18/2019 | 4,728 |
| Center City Healthcare, LLC | | | | | 9000374296 | 4/19/2029 | 1,742 |
| Center City Healthcare, LLC | | | | | 9000374297 | 4/19/2029 | 910 |
| | | | **$ 128,489** | | | | **$ 128,489** |