# Exhibit A

**ECHO INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Check | 34125 | $ 600 | 5/14/2019 | 148762 | 3/12/2019 | $ 600 |
| Philadelphia Academic Health System, LLC | Check | 35044 | 65,864 | 6/3/2019 | 144417 | 1/21/2019 | 600 |
| Philadelphia Academic Health System, LLC | | | | | 144445 | 1/21/2019 | 1,240 |
| Philadelphia Academic Health System, LLC | | | | | 147238 | 2/14/2019 | 1,240 |
| Philadelphia Academic Health System, LLC | | | | | 147242 | 2/14/2019 | 600 |
| Philadelphia Academic Health System, LLC | | | | | 147248 | 2/14/2019 | 60,944 |
| Philadelphia Academic Health System, LLC | | | | | 148703 | 3/12/2019 | 1,240 |
| | | | **$ 66,464** | | | | **$ 66,464** |