Exhibit A

**ENVIRONMENTAL CONTROL SERVICES INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32765 | 5,184 | 43564 | 18063 | 12/19/2018 | 5,184 |
| Center City Healthcare, LLC | Wire | FED#0618I1B7033R008548 | 47,272 | 5/30/2019 | 19010 | 3/15/2019 | 1,550 |
| | | | | | 19010 | 3/15/2019 | 124 |
| | | | | | 18048 | 3/1/2019 | 5,980 |
| | | | | | 18049 | 3/1/2019 | 24,600 |
| | | | | | 18050 | 3/1/2019 | 9,790 |
| | | | | | 18051 | 3/7/2019 | 1,850 |
| | | | | | 18048 | 3/1/2019 | 478 |
| | | | | | 18049 | 3/1/2019 | 1,968 |
| | | | | | 18050 | 3/1/2019 | 783 |
| | | | | | 18051 | 3/7/2019 | 148 |
| | | | $   52,456 | | | | $  52,456 |