# Exhibit A

## JOSEPH GLASS
## STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Check | 33133 | $ 22,650 | 4/23/2019 | JAN19SVC | 1/31/2019 | $ 22,650 |
| Philadelphia Academic Health System, LLC | Check | 34129 | 46,592 | 5/10/2019 | FEB19EXP | 3/15/2019 | 1,592 |
| Philadelphia Academic Health System, LLC | | | | | FEB19SVC | 3/15/2019 | 25,050 |
| Philadelphia Academic Health System, LLC | | | | | MARCH19SVC | 4/10/2019 | 19,950 |
| Philadelphia Academic Health System, LLC | Check | 34130 | 2,943 | 5/10/2019 | JAN19EXP | 4/10/2019 | 2,943 |
| | | | $ 72,185 | | | | $ 72,185 |

JOSEPH GLASS