# Exhibit A

Case 19-11466-MFW    Doc 2463-1    Filed 06/25/21    Page 2 of 2

**HEALTHSTREAM, INC.**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Wire | FED#0418I1B7033R017999 | 107,900 | 4/18/2019 | 143253 | 1/17/2019 | 68,150 |
| | | | | | 143268 | 1/17/2019 | 39,750 |
| Philadelphia Academic Health System, LLC | Wire | FED#0517I1B7031R014663 | 2,480 | 5/17/2019 | 138797 | 12/13/2018 | 2,480 |
| Philadelphia Academic Health System, LLC | Wire | FED#0524I1B7031R012040 | 222,943 | 5/24/2019 | 142813 | 1/17/2019 | 47,575 |
| | | | | | 149610 | 3/12/2019 | 175,367 |
| | | | **$ 333,323** | | | | **$ 333,323** |