# Exhibit A

## MEDICAL COMPONENTS INC
## STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32804 | $ 19,450 | 4/4/2019 | 807244 | 11/29/2018 | $ 1,575 |
| Center City Healthcare, LLC | | | | | 807642 | 12/3/2018 | 850 |
| Center City Healthcare, LLC | | | | | 808031 | 12/5/2018 | 1,200 |
| Center City Healthcare, LLC | | | | | 810774 | 12/21/2018 | 690 |
| Center City Healthcare, LLC | | | | | 811244 | 12/27/2018 | 85 |
| Center City Healthcare, LLC | | | | | 812569 | 1/4/2019 | 850 |
| Center City Healthcare, LLC | | | | | 812952 | 1/8/2019 | 750 |
| Center City Healthcare, LLC | | | | | 813195 | 1/9/2019 | 3,150 |
| Center City Healthcare, LLC | | | | | 813434 | 1/10/2019 | 6,300 |
| Center City Healthcare, LLC | | | | | 814123 | 1/15/2019 | 4,000 |
| St. Christopher's Healthcare, LLC | Check | 33961 | 1,860 | 5/8/2019 | 814886 | 1/21/2019 | 330 |
| St. Christopher's Healthcare, LLC | | | | | 816365 | 1/29/2019 | 400 |
| St. Christopher's Healthcare, LLC | | | | | 816729 | 1/31/2019 | 330 |
| St. Christopher's Healthcare, LLC | | | | | 819324 | 2/18/2019 | 225 |
| St. Christopher's Healthcare, LLC | | | | | 821204 | 2/28/2019 | 575 |
| Center City Healthcare, LLC | Check | 34908 | 32,547 | 5/22/2019 | 802777 | 10/31/2018 | 1,575 |
| Center City Healthcare, LLC | | | | | 815862 | 1/25/2019 | 975 |
| Center City Healthcare, LLC | | | | | 815863 | 1/25/2019 | 1,380 |
| Center City Healthcare, LLC | | | | | 815864 | 1/25/2019 | 3,450 |
| Center City Healthcare, LLC | | | | | 815865 | 1/25/2019 | 1,600 |
| Center City Healthcare, LLC | | | | | 815866 | 1/25/2019 | 1,575 |
| Center City Healthcare, LLC | | | | | 815867 | 1/25/2019 | 55 |
| Center City Healthcare, LLC | | | | | 816612 | 1/30/2019 | 550 |
| Center City Healthcare, LLC | | | | | 816613 | 1/30/2019 | 1,150 |
| Center City Healthcare, LLC | | | | | 816728 | 1/31/2019 | 3,450 |
| Center City Healthcare, LLC | | | | | 816782 | 1/31/2019 | 1,200 |
| Center City Healthcare, LLC | | | | | 816783 | 1/31/2019 | 1,600 |
| Center City Healthcare, LLC | | | | | 816843 | 1/31/2019 | 6,952 |
| Center City Healthcare, LLC | | | | | 816942 | 1/31/2019 | 850 |
| Center City Healthcare, LLC | | | | | 817302 | 2/4/2019 | 690 |
| Center City Healthcare, LLC | | | | | 817499 | 2/5/2019 | 4,750 |
| Center City Healthcare, LLC | | | | | 817681 | 2/6/2019 | 55 |
| Center City Healthcare, LLC | | | | | 818110 | 2/8/2019 | 690 |
| Center City Healthcare, LLC | Check | 35076 | 23,675 | 5/30/2019 | 819480 | 2/19/2019 | 120 |
| Center City Healthcare, LLC | | | | | 819481 | 2/19/2019 | 850 |
| Center City Healthcare, LLC | | | | | 819482 | 2/19/2019 | 1,725 |
| Center City Healthcare, LLC | | | | | 819483 | 2/19/2019 | 5,175 |
| Center City Healthcare, LLC | | | | | 819484 | 2/19/2019 | 230 |
| Center City Healthcare, LLC | | | | | 819659 | 2/20/2019 | 800 |
| Center City Healthcare, LLC | | | | | 819849 | 2/21/2019 | 690 |
| Center City Healthcare, LLC | | | | | 820943 | 2/27/2019 | 330 |
| Center City Healthcare, LLC | | | | | 820944 | 2/27/2019 | 9,570 |
| Center City Healthcare, LLC | | | | | 820945 | 2/27/2019 | 3,150 |
| Center City Healthcare, LLC | | | | | 821113 | 2/28/2019 | 1,035 |
| | | | $ 77,532 | | | | $ 77,532 |