# Exhibit A

**ORTHOFIX INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33177 | $ 36,775 | 4/18/2019 | 542251 | 10/31/2018 | $ 19,399 |
| St. Christopher's Healthcare, LLC | | | | | 545103 | 12/28/2018 | 17,376 |
| St. Christopher's Healthcare, LLC | Check | 34538 | 21,033 | 5/20/2019 | 543094 | 11/16/2018 | 21,034 |
| St. Christopher's Healthcare, LLC | | | | | 543094 | 4/30/2019 | (0) |
| | | | $ 57,808 | | | | $ 57,809 |

ORTHOFIX INC