# Exhibit A

**SCRIBE AMERICA LLC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| SCHC Pediatric Associates , LLC | Check | 35142 | 6/3/2019 $ | 162,553 | SCPA166538 | 10/10/2018 $ | 3,310 |
| SCHC Pediatric Associates , LLC | | | | | SCPA167142 | 10/10/2018 | 10,874 |
| SCHC Pediatric Associates , LLC | | | | | SCPA169867 | 10/25/2018 | 3,178 |
| SCHC Pediatric Associates , LLC | | | | | SCPA170583 | 10/25/2018 | 9,742 |
| SCHC Pediatric Associates , LLC | | | | | SCPA172421 | 11/10/2018 | 3,162 |
| SCHC Pediatric Associates , LLC | | | | | SCPA173025 | 11/10/2018 | 11,529 |
| SCHC Pediatric Associates , LLC | | | | | SCA175558 | 11/25/2018 | 3,576 |
| SCHC Pediatric Associates , LLC | | | | | SCPA176372 | 11/25/2018 | 12,009 |
| SCHC Pediatric Associates , LLC | | | | | SCPA178169 | 12/10/2018 | 3,761 |
| SCHC Pediatric Associates , LLC | | | | | SCPA178861 | 12/10/2018 | 11,863 |
| SCHC Pediatric Associates , LLC | | | | | SCPA182188 | 12/25/2018 | 3,545 |
| SCHC Pediatric Associates , LLC | | | | | SCPA182954 | 12/25/2018 | 11,925 |
| SCHC Pediatric Associates , LLC | | | | | SCPA184947 | 1/15/2019 | 3,832 |
| SCHC Pediatric Associates , LLC | | | | | SCPA185627 | 1/15/2019 | 11,266 |
| SCHC Pediatric Associates , LLC | | | | | SCPA188756 | 1/30/2019 | 3,159 |
| SCHC Pediatric Associates , LLC | | | | | SCPA189428 | 1/30/2019 | 9,244 |
| SCHC Pediatric Associates , LLC | | | | | SCPA191428 | 2/15/2019 | 3,534 |
| SCHC Pediatric Associates , LLC | | | | | SCPA191999 | 2/15/2019 | 8,940 |
| SCHC Pediatric Associates , LLC | | | | | SCPA194757 | 2/28/2019 | 3,867 |
| SCHC Pediatric Associates , LLC | | | | | SCPA195604 | 2/28/2019 | 7,993 |
| SCHC Pediatric Associates , LLC | | | | | SCPA197587 | 3/15/2019 | 2,227 |
| SCHC Pediatric Associates , LLC | | | | | SCPA198155 | 3/15/2019 | 9,645 |
| SCHC Pediatric Associates , LLC | | | | | SCPA202098 | 3/30/2019 | 10,373 |
| SCHC Pediatric Associates , LLC | Check | 35357 | 6/10/2019 | 15,468 | SCPA204092 | 4/15/2019 | 3,883 |
| SCHC Pediatric Associates , LLC | | | | | SCPA204719 | 4/15/2019 | 8,146 |
| SCHC Pediatric Associates , LLC | | | | | SCPA201412 | 3/30/2019 | 3,439 |
| | | | $ | 178,022 | | | $ 178,022 |