# Exhibit A

**SPECIALTYCARE, INC.**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 32899 | 87,915 | 4/9/2019 | 72069207 | 4/4/2018 | 533 |
| St. Christopher's Healthcare, LLC | | | | | 72069279 | 4/4/2018 | 1,477 |
| St. Christopher's Healthcare, LLC | | | | | 72069335 | 4/4/2018 | 1,407 |
| St. Christopher's Healthcare, LLC | | | | | 72073257 | 4/4/2018 | 1,277 |
| St. Christopher's Healthcare, LLC | | | | | 72073258 | 4/4/2018 | 1,277 |
| St. Christopher's Healthcare, LLC | | | | | 72074524 | 4/4/2018 | 1,277 |
| St. Christopher's Healthcare, LLC | | | | | 72084229 | 4/4/2018 | 1,597 |
| St. Christopher's Healthcare, LLC | | | | | 72086678 | 4/4/2018 | 1,277 |
| St. Christopher's Healthcare, LLC | | | | | 72089541 | 4/4/2018 | 1,277 |
| St. Christopher's Healthcare, LLC | | | | | 72100194 | 5/3/2018 | 1,277 |
| St. Christopher's Healthcare, LLC | | | | | 72100313 | 5/3/2018 | 1,277 |
| St. Christopher's Healthcare, LLC | | | | | 72101756 | 5/3/2018 | 1,597 |
| St. Christopher's Healthcare, LLC | | | | | 72108731 | 5/3/2018 | 1,597 |
| St. Christopher's Healthcare, LLC | | | | | 72114054 | 5/3/2018 | 1,277 |
| St. Christopher's Healthcare, LLC | | | | | 72115345 | 5/3/2018 | 1,277 |
| St. Christopher's Healthcare, LLC | | | | | 72162225 | 7/5/2018 | 1,775 |
| St. Christopher's Healthcare, LLC | | | | | 72162273 | 7/5/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72162315 | 7/5/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72162573 | 7/5/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72163647 | 7/5/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72163914 | 7/5/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72170432 | 7/5/2018 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72177206 | 7/5/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72177217 | 7/5/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72177337 | 7/5/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72188504 | 8/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72188625 | 8/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72191068 | 8/3/2018 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72196725 | 8/3/2018 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72197920 | 8/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72199297 | 8/3/2018 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72202066 | 8/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72203445 | 8/3/2018 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72204584 | 8/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72210627 | 8/3/2018 | 549 |
| St. Christopher's Healthcare, LLC | | | | | 72215800 | 9/6/2018 | 549 |
| St. Christopher's Healthcare, LLC | | | | | 72216001 | 9/5/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72218301 | 9/6/2018 | 549 |
| St. Christopher's Healthcare, LLC | | | | | 72218302 | 9/6/2018 | 549 |
| St. Christopher's Healthcare, LLC | | | | | 72222492 | 9/6/2018 | 1,525 |
| St. Christopher's Healthcare, LLC | | | | | 72226283 | 9/6/2018 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72228706 | 9/6/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72230006 | 9/6/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72235710 | 9/6/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72235716 | 9/6/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72238786 | 9/6/2018 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72243322 | 10/3/2018 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72248700 | 10/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72248833 | 10/3/2018 | 549 |
| St. Christopher's Healthcare, LLC | | | | | 72250096 | 10/3/2018 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72250114 | 10/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72251361 | 10/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72258364 | 10/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72259684 | 10/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72262398 | 10/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72262405 | 10/3/2018 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72262556 | 10/3/2018 | 549 |
| St. Christopher's Healthcare, LLC | | | | | 72335011 | 1/4/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72335031 | 1/4/2019 | 1,445 |
| St. Christopher's Healthcare, LLC | | | | | 72341181 | 1/4/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72342572 | 1/4/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72342651 | 1/4/2019 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72344293 | 1/4/2019 | 1,315 |

**SPECIALTYCARE, INC.**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | | | | | 72350274 | 1/4/2019 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72352168 | 1/4/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72353775 | 1/4/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72353776 | 1/4/2019 | 1,315 |
| Center City Healthcare, LLC | Wire | FED#0606I1B7033R014637 | $ 210,999 | 6/6/2019 | 72378470 | 1/24/2018 | 12,370 |
| Center City Healthcare, LLC | | | | | 72109893 | 4/23/2018 | 743 |
| Center City Healthcare, LLC | | | | | 72160882 | 6/13/2018 | 109 |
| Center City Healthcare, LLC | | | | | 72244680 | 9/10/2018 | 1,412 |
| Center City Healthcare, LLC | | | | | 72267236 | 10/2/2018 | 2,016 |
| Center City Healthcare, LLC | | | | | 72284482 | 10/18/2018 | 1,427 |
| St. Christopher's Healthcare, LLC | | | | | 72296584 | 11/5/2018 | 679 |
| Center City Healthcare, LLC | | | | | 72305857 | 12/5/2018 | 1,512 |
| Center City Healthcare, LLC | | | | | 72306623 | 12/5/2018 | 651 |
| Center City Healthcare, LLC | | | | | 72307240 | 12/5/2018 | 1,318 |
| Center City Healthcare, LLC | | | | | 72323978 | 12/5/2018 | 1,454 |
| Center City Healthcare, LLC | | | | | 72324666 | 12/5/2018 | 443 |
| Center City Healthcare, LLC | | | | | 72327262 | 12/5/2018 | 22 |
| Center City Healthcare, LLC | | | | | 72328521 | 12/5/2018 | 1,459 |
| Center City Healthcare, LLC | | | | | 72330552 | 12/5/2018 | 1,779 |
| Center City Healthcare, LLC | | | | | 72331946 | 12/5/2018 | 1,758 |
| Center City Healthcare, LLC | | | | | 72336277 | 12/10/2018 | 23 |
| St. Christopher's Healthcare, LLC | | | | | 72339719 | 1/4/2019 | 1,315 |
| Center City Healthcare, LLC | | | | | 72354954 | 1/2/2019 | 1,546 |
| Center City Healthcare, LLC | | | | | 72355412 | 1/2/2019 | 191 |
| Center City Healthcare, LLC | | | | | 72358458 | 1/2/2019 | 218 |
| Center City Healthcare, LLC | | | | | 72359148 | 1/3/2019 | 1,542 |
| St. Christopher's Healthcare, LLC | | | | | 72361282 | 2/5/2019 | 1,645 |
| Center City Healthcare, LLC | | | | | 72362976 | 1/8/2019 | 1,612 |
| St. Christopher's Healthcare, LLC | | | | | 72365520 | 2/5/2019 | 549 |
| St. Christopher's Healthcare, LLC | | | | | 72365592 | 2/5/2019 | 1,315 |
| Center City Healthcare, LLC | | | | | 72365776 | 1/10/2019 | 1,648 |
| Center City Healthcare, LLC | | | | | 72366403 | 1/10/2019 | 19 |
| St. Christopher's Healthcare, LLC | | | | | 72366836 | 2/5/2019 | 549 |
| St. Christopher's Healthcare, LLC | | | | | 72368173 | 2/5/2019 | 1,773 |
| Center City Healthcare, LLC | | | | | 72368630 | 1/14/2019 | 219 |
| Center City Healthcare, LLC | | | | | 72371009 | 1/16/2019 | 1,306 |
| Center City Healthcare, LLC | | | | | 72371015 | 1/16/2019 | 255 |
| St. Christopher's Healthcare, LLC | | | | | 72371047 | 2/5/2019 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72373951 | 2/5/2019 | 549 |
| St. Christopher's Healthcare, LLC | | | | | 72377731 | 2/5/2019 | 1,315 |
| Center City Healthcare, LLC | | | | | 72378442 | 1/24/2019 | 20,579 |
| St. Christopher's Healthcare, LLC | | | | | 72379053 | 2/5/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72379085 | 2/5/2019 | 549 |
| St. Christopher's Healthcare, LLC | | | | | 72380453 | 2/5/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72384998 | 2/5/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72386306 | 2/5/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72386355 | 2/5/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72386424 | 2/5/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72387952 | 2/5/2019 | 1,645 |
| Center City Healthcare, LLC | | | | | 72388793 | 2/1/2019 | 213 |
| St. Christopher's Healthcare, LLC | | | | | 72395142 | 3/5/2019 | 1,315 |
| Center City Healthcare, LLC | | | | | 72399718 | 2/13/2019 | 1,276 |
| St. Christopher's Healthcare, LLC | | | | | 72400690 | 3/5/2019 | 549 |
| St. Christopher's Healthcare, LLC | | | | | 72400691 | 3/5/2019 | 1,315 |
| Center City Healthcare, LLC | | | | | 72400783 | 2/14/2019 | 1,482 |
| St. Christopher's Healthcare, LLC | | | | | 72400816 | 3/5/2019 | 1,315 |
| Center City Healthcare, LLC | | | | | 72401093 | 2/14/2019 | 1,269 |
| St. Christopher's Healthcare, LLC | | | | | 72402163 | 3/5/2019 | 1,315 |
| Center City Healthcare, LLC | | | | | 72408621 | 2/21/2019 | 94 |
| St. Christopher's Healthcare, LLC | | | | | 72409000 | 3/5/2019 | 2,083 |
| Center City Healthcare, LLC | | | | | 72410327 | 2/25/2019 | 257 |
| St. Christopher's Healthcare, LLC | | | | | 72414993 | 3/5/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72414994 | 3/5/2019 | 549 |

**SPECIALTYCARE, INC.**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | | | | | 72416677 | 3/5/2019 | 1,645 |
| St. Christopher's Healthcare, LLC | | | | | 72416741 | 3/5/2019 | 1,315 |
| St. Christopher's Healthcare, LLC | | | | | 72419993 | 3/5/2019 | 1,315 |
| Center City Healthcare, LLC | | | | | 72422830 | 3/7/2019 | 1,310 |
| Center City Healthcare, LLC | | | | | 72426232 | 3/11/2019 | 242 |
| Center City Healthcare, LLC | | | | | 72462012 | 4/16/2019 | 302 |
| Center City Healthcare, LLC | | | | | 72466720 | 4/22/2019 | 214 |
| Center City Healthcare, LLC | | | | | 72466737 | 4/22/2019 | 94 |
| Center City Healthcare, LLC | | | | | 72472101 | 4/25/2019 | 1,541 |
| Center City Healthcare, LLC | | | | | 72474804 | 4/29/2019 | 1,414 |
| Center City Healthcare, LLC | | | | | 72477219 | 5/1/2019 | 1,078 |
| Center City Healthcare, LLC | | | | | 72477304 | 5/1/2019 | 40,050 |
| Center City Healthcare, LLC | | | | | 72480605 | 5/3/2019 | 1,520 |
| Center City Healthcare, LLC | | | | | 72481328 | 5/3/2019 | 221 |
| Center City Healthcare, LLC | | | | | 72481389 | 5/3/2019 | 44,472 |
| Center City Healthcare, LLC | | | | | 72484776 | 5/8/2019 | 1,480 |
| Center City Healthcare, LLC | | | | | 72495071 | 5/20/2019 | 2,435 |
| Center City Healthcare, LLC | | | | | 72499856 | 5/22/2019 | 1,799 |
| Center City Healthcare, LLC | | | | | 72501455 | 5/24/2019 | 1,498 |
| Center City Healthcare, LLC | | | | | 72508685 | 6/1/2019 | 1,089 |
| Center City Healthcare, LLC | | | | | 72508770 | 6/1/2019 | 12,571 |
| Center City Healthcare, LLC | | | | | | | |
| | | | $ 298,914 | | | | $ 298,914 |