# Exhibit A

**TOZOUR TRANE**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Wire | FED#0520I1B7031R012919 | 167,658 | 5/20/2019 | 55583647 | 9/28/2018 | 2,324 |
| Center City Healthcare, LLC | | | | | 46634 | 9/29/2018 | 2,878 |
| Center City Healthcare, LLC | | | | | 55584080 | 10/5/2018 | 8,700 |
| Center City Healthcare, LLC | | | | | 55584410 | 10/10/2018 | 1,084 |
| Center City Healthcare, LLC | | | | | 55584802 | 10/22/2018 | 1,160 |
| Center City Healthcare, LLC | | | | | 55585387 | 10/31/2018 | 20,636 |
| Center City Healthcare, LLC | | | | | 55585461 | 10/31/2018 | 2,726 |
| Center City Healthcare, LLC | | | | | 55585764 | 11/9/2018 | 9,811 |
| Center City Healthcare, LLC | | | | | 55586507 | 11/30/2018 | 1,484 |
| Center City Healthcare, LLC | | | | | 55586508 | 11/30/2018 | 2,066 |
| Center City Healthcare, LLC | | | | | 55586796 | 12/3/2018 | 9,811 |
| St. Christopher's Healthcare, LLC | | | | | 55587203 | 12/11/2018 | 970 |
| Center City Healthcare, LLC | | | | | 55587481 | 12/20/2018 | 464 |
| Center City Healthcare, LLC | | | | | 55587969 | 1/4/2019 | 8,700 |
| Center City Healthcare, LLC | | | | | 55587970 | 1/4/2019 | 9,811 |
| Center City Healthcare, LLC | | | | | 55589715 | 2/14/2019 | 1,336 |
| Center City Healthcare, LLC | | | | | 55590880 | 3/7/2019 | 10,783 |
| Center City Healthcare, LLC | | | | | 55590881 | 3/7/2019 | 10,783 |
| Center City Healthcare, LLC | | | | | 55592414 | 4/5/2019 | 10,783 |
| Center City Healthcare, LLC | | | | | 55592633 | 4/15/2019 | 805 |
| Center City Healthcare, LLC | | | | | 47846 | 4/16/2019 | 21,528 |
| Center City Healthcare, LLC | | | | | 55593037 | 4/24/2019 | 867 |
| Center City Healthcare, LLC | | | | | 55593082 | 4/26/2019 | 6,072 |
| Center City Healthcare, LLC | | | | | 55593836 | 5/15/2019 | 11,297 |
| Center City Healthcare, LLC | | | | | 55593837 | 5/15/2019 | 10,783 |
| | | | $ 167,658 | | | | $ 167,658 |