# Exhibit A

ZIMMER US, INC
STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33226 | $ 550 | 4/24/2019 | 62061 | 1/18/2019 | $ 550 |
| St. Christopher's Healthcare, LLC | Check | 33249 | 39,598 | 4/24/2019 | 332928KM3663 | 12/26/2018 | 823 |
| St. Christopher's Healthcare, LLC | | | | | 332937KL1690 | 12/26/2018 | 1,809 |
| St. Christopher's Healthcare, LLC | | | | | 332941KL3063 | 12/26/2018 | 1,809 |
| St. Christopher's Healthcare, LLC | | | | | 332987JX9705 | 12/26/2018 | 1,703 |
| St. Christopher's Healthcare, LLC | | | | | 332994KM5425 | 12/26/2018 | 823 |
| St. Christopher's Healthcare, LLC | | | | | 335096KU8524 | 12/26/2018 | 792 |
| St. Christopher's Healthcare, LLC | | | | | 339163KT5745 | 12/27/2018 | 2,086 |
| St. Christopher's Healthcare, LLC | | | | | 339185KT0368 | 12/27/2018 | 685 |
| St. Christopher's Healthcare, LLC | | | | | 375328-KY2954 | 1/8/2019 | 3,074 |
| St. Christopher's Healthcare, LLC | | | | | 375444KW3466A | 1/3/2019 | 216 |
| St. Christopher's Healthcare, LLC | | | | | 384743KZ6226 | 1/4/2019 | 1,294 |
| St. Christopher's Healthcare, LLC | | | | | 388981KZ8389 | 1/4/2019 | 1,294 |
| St. Christopher's Healthcare, LLC | | | | | 413639-LD4108 | 1/14/2019 | 954 |
| St. Christopher's Healthcare, LLC | | | | | 437827JO5592 | 1/11/2019 | 1,703 |
| St. Christopher's Healthcare, LLC | | | | | 487334LH3937 | 1/18/2019 | 1,809 |
| St. Christopher's Healthcare, LLC | | | | | 487342LI0047 | 1/18/2019 | 6,362 |
| St. Christopher's Healthcare, LLC | | | | | 490224LF4881 | 1/18/2019 | 1,809 |
| St. Christopher's Healthcare, LLC | | | | | 555094LM9540 | 1/28/2019 | 1,809 |
| St. Christopher's Healthcare, LLC | | | | | 555100LM9023 | 1/28/2019 | 823 |
| St. Christopher's Healthcare, LLC | | | | | 594768LX4092 | 1/31/2019 | 7,920 |
| Center City Healthcare, LLC | Check | 33820 | 179,729 | 4/25/2019 | 102192JT4896 | 11/27/2018 | 2,363 |
| Center City Healthcare, LLC | | | | | 115869HD2257 | 11/28/2018 | 7,175 |
| Center City Healthcare, LLC | | | | | 116494IW1387 | 11/28/2018 | 4,086 |
| Center City Healthcare, LLC | | | | | 120443JX2768 | 11/28/2018 | 3,630 |
| Center City Healthcare, LLC | | | | | 120450JX2802 | 11/28/2018 | 2,978 |
| Center City Healthcare, LLC | | | | | 120486JX2881 | 11/28/2018 | 5,536 |
| Center City Healthcare, LLC | | | | | 129197GT3657 | 11/29/2018 | 7,094 |
| Center City Healthcare, LLC | | | | | 129359JV0241 | 11/29/2018 | 1,575 |
| Center City Healthcare, LLC | | | | | 138894JY1862 | 11/30/2018 | 246 |
| Center City Healthcare, LLC | | | | | 139072II7898 | 11/30/2018 | 5,645 |
| Center City Healthcare, LLC | | | | | 143133JX7028 | 11/30/2018 | 267 |
| Center City Healthcare, LLC | | | | | 144040HP0325 | 11/30/2018 | 6,419 |
| Center City Healthcare, LLC | | | | | 150542JZ2621 | 11/30/2018 | 1,960 |
| Center City Healthcare, LLC | | | | | 152498KA1603 | 12/3/2018 | 508 |
| Center City Healthcare, LLC | | | | | 161600JY9751 | 12/4/2018 | 418 |
| Center City Healthcare, LLC | | | | | 166737GV7788 | 12/4/2018 | 4,162 |
| Center City Healthcare, LLC | | | | | 176781JY8322 | 12/5/2018 | 548 |
| Center City Healthcare, LLC | | | | | 177130JP5032 | 12/5/2018 | 3,889 |
| Center City Healthcare, LLC | | | | | 186505KC5595 | 12/6/2018 | 2,145 |
| Center City Healthcare, LLC | | | | | 187892GT2633 | 12/6/2018 | 8,323 |
| Center City Healthcare, LLC | | | | | 221794KI3798 | 12/11/2018 | 4,706 |
| Center City Healthcare, LLC | | | | | 243520KJ4963 | 12/13/2018 | 246 |
| Center City Healthcare, LLC | | | | | 253206KJ5442 | 12/14/2018 | 22,694 |
| Center City Healthcare, LLC | | | | | 256971KM6627 | 12/14/2018 | 3,448 |
| Center City Healthcare, LLC | | | | | 306280KQ4119 | 12/20/2018 | 215 |
| Center City Healthcare, LLC | | | | | 331169KP0687 | 12/26/2018 | 7,770 |
| Center City Healthcare, LLC | | | | | 334684KU6168 | 12/26/2018 | 267 |
| Center City Healthcare, LLC | | | | | 387022LA2968 | 1/4/2019 | 510 |
| Center City Healthcare, LLC | | | | | 387632LA6954 | 1/4/2019 | 1,178 |
| Center City Healthcare, LLC | | | | | 390401KZ6365 | 1/4/2019 | 246 |
| Center City Healthcare, LLC | | | | | 397632LA4949 | 1/7/2019 | 2,618 |
| Center City Healthcare, LLC | | | | | 428950LF9727 | 1/10/2019 | 4,038 |
| Center City Healthcare, LLC | | | | | 437841LF7565 | 1/11/2019 | 7,072 |
| Center City Healthcare, LLC | | | | | 448302LG2876 | 1/14/2019 | 5,476 |
| Center City Healthcare, LLC | | | | | 457926LI5613 | 1/15/2019 | 530 |
| Center City Healthcare, LLC | | | | | 67329HR4494 | 11/20/2018 | 2,498 |
| Center City Healthcare, LLC | | | | | 81925JS3231 | 11/21/2018 | 243 |
| Center City Healthcare, LLC | | | | | 90314507 | 11/28/2018 | 2,156 |
| Center City Healthcare, LLC | | | | | 90314508 | 11/28/2018 | 12,000 |
| Center City Healthcare, LLC | | | | | 90316493 | 12/3/2018 | 6,000 |
| Center City Healthcare, LLC | | | | | 90321705 | 12/27/2018 | 4,009 |
| Center City Healthcare, LLC | | | | | 90325316 | 1/14/2019 | 8,233 |
| Center City Healthcare, LLC | | | | | 90325429 | 1/15/2019 | 11,158 |

**ZIMMER US, INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | | 936694IM0639 | 11/2/2018 | 3,452 |
| Center City Healthcare, LLC | Check | 34058 | 44,190 | 5/6/2019 | 512367LP4536 | 1/22/2019 | 1,138 |
| Center City Healthcare, LLC | | | | | 530945LN5605 | 1/24/2019 | 3,509 |
| Center City Healthcare, LLC | | | | | 533036LQ1551 | 1/23/2019 | 215 |
| Center City Healthcare, LLC | | | | | 535532LQ5858 | 1/24/2019 | 243 |
| Center City Healthcare, LLC | | | | | 543985JS8407 | 1/25/2019 | 2,233 |
| Center City Healthcare, LLC | | | | | 554884LR8691 | 1/28/2019 | 259 |
| Center City Healthcare, LLC | | | | | 569021LU7897 | 1/29/2019 | 6,228 |
| Center City Healthcare, LLC | | | | | 579896LV4737 | 1/30/2019 | 2,020 |
| Center City Healthcare, LLC | | | | | 586850LV6234 | 1/30/2019 | 246 |
| Center City Healthcare, LLC | | | | | 593608LX8078 | 1/31/2019 | 5,382 |
| Center City Healthcare, LLC | | | | | 612643LY1602 | 2/4/2019 | 8,986 |
| Center City Healthcare, LLC | | | | | 637656MB9292 | 2/6/2019 | 605 |
| Center City Healthcare, LLC | | | | | 637738MD2297 | 2/6/2019 | 896 |
| Center City Healthcare, LLC | | | | | 637982MC5192 | 2/6/2019 | 189 |
| Center City Healthcare, LLC | | | | | 655681MF1001 | 2/7/2019 | 71 |
| Center City Healthcare, LLC | | | | | 659868MF8205 | 2/8/2019 | 608 |
| Center City Healthcare, LLC | | | | | 675027MH2028 | 2/11/2019 | 246 |
| Center City Healthcare, LLC | | | | | 90327270 | 1/24/2019 | 3,350 |
| Center City Healthcare, LLC | | | | | 90328165 | 1/28/2019 | 6,000 |
| St. Christopher's Healthcare, LLC | | | | | 571149-LV8416 | 2/1/2019 | 1,200 |
| St. Christopher's Healthcare, LLC | | | | | 679811-MH1572 | 2/15/2019 | 566 |
| Center City Healthcare, LLC | Check | 34026 | 35,264 | 5/7/2019 | 90307567 | 10/26/2018 | 12,093 |
| Center City Healthcare, LLC | | | | | 90317458 | 12/7/2018 | 6,225 |
| Center City Healthcare, LLC | | | | | 90317513 | 12/7/2018 | 4,474 |
| Center City Healthcare, LLC | | | | | 90317817 | 12/10/2018 | 12,471 |
| Center City Healthcare, LLC | Check | 34600 | 26,029 | 5/15/2019 | 682977MH6655 | 2/12/2019 | 1,060 |
| Center City Healthcare, LLC | | | | | 711251MK6763 | 2/15/2019 | 246 |
| Center City Healthcare, LLC | | | | | 745974MP3408 | 2/20/2019 | 2,016 |
| Center City Healthcare, LLC | | | | | 791339MT8638 | 2/25/2019 | 215 |
| Center City Healthcare, LLC | | | | | 793352MU0129 | 2/26/2019 | 215 |
| Center City Healthcare, LLC | | | | | 794200MS7741 | 2/26/2019 | 6,714 |
| Center City Healthcare, LLC | | | | | 840652MY2603 | 3/1/2019 | 246 |
| Center City Healthcare, LLC | | | | | 845221MY9973 | 3/4/2019 | 246 |
| Center City Healthcare, LLC | | | | | 878343NB9927 | 3/7/2019 | 9,149 |
| Center City Healthcare, LLC | | | | | 878352MX4404 | 3/7/2019 | 1,058 |
| Center City Healthcare, LLC | | | | | 880142NC8580 | 3/7/2019 | 1,140 |
| Center City Healthcare, LLC | | | | | 90336724 | 3/1/2019 | 3,725 |
| Center City Healthcare, LLC | Check | 34888 | 1,186 | 5/28/2019 | 000044NR2007 | 3/25/2019 | 246 |
| Center City Healthcare, LLC | | | | | 806291MW1961 | 3/14/2019 | 510 |
| Center City Healthcare, LLC | | | | | 911056NG6492 | 3/12/2019 | 215 |
| Center City Healthcare, LLC | | | | | 957695NL5500 | 3/19/2019 | 215 |
| St. Christopher's Healthcare, LLC | Check | 35125 | 2,130 | 6/3/2019 | 723567-MN0656 | 2/21/2019 | 1,698 |
| St. Christopher's Healthcare, LLC | | | | | 769579-MR2049 | 2/27/2019 | 432 |
| St. Christopher's Healthcare, LLC | Wire | FED#0626I1B7031R017579 | 9,763 | 6/26/2019 | 818603MS5453 | 2/28/2019 | 2,259 |
| St. Christopher's Healthcare, LLC | | | | | 935757-NK5511 | 3/20/2019 | 954 |
| St. Christopher's Healthcare, LLC | | | | | 981545-NQ1005 | 3/26/2019 | 6,280 |
| Center City Healthcare, LLC | | | | | 040323NW2951 | 3/28/2019 | 270 |
| | | | **$ 338,438** | | | | **$ 338,438** |