## **CERTIFICATE OF SERVICE**

    I, Stuart M. Brown, hereby certify that on the 25th day of June, 2021, a true and correct copy of the foregoing *Reply of HSREP VI Holding, LLC and Its Affiliates to Responses to Motion to Intervene/Participate in Mediation* was served via CM/ECF upon the parties registered to receive CM/ECF and on the parties on the attached list in the manner indicated.

June 25, 2021                       DLA Piper LLP (US)

                                      */s/ Stuart M. Brown*
                                      Stuart M. Brown (DE 4050)
                                      1201 North Market Street, Suite 2100
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 468-5700
                                      Facsimile: (302) 394-2341
                                      Email: Stuart.Brown@us.dlapiper.com

                                      -and-

                                      Richard A. Chesley (admitted *pro hac vice*)
                                      444 West Lake Street, Suite 900
                                      Chicago, Illinois 60606
                                      Telephone: (312) 368-4000
                                      Facsimile: (312) 236-7516
                                      Email: Richard.Chesley@us.dlapiper.com

                                      *Counsel to HSREP VI Holding, LLC; HSRE-PAHH I, LLC; PAHH New College MOB, LLC; PAHH Bellet MOB, LLC; PAHH Wood Street Garage, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH Broad Street MOB, LLC*

**VIA EMAIL**
Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801
Email: mark.minuti@saul.com
monique.disabatino@saul.com

**VIA EMAIL**
Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov

**VIA EMAIL**
Boris I. Mankovetskiy
Andrew H. Sherman
Rachel Brennan
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
Email: bmankovetskiy@sillscummis.com
asherman@sillscummis.com
rbrennan@sillscummis.com

**VIA EMAIL**
Suzzanne Uhland
T.J. Li
Latham Watkins
1271 Avenue of the Americas
New York, NY 10020
Email: suzzanne.uhland@lw.com
tj.li@lw.com

**VIA EMAIL**
Michael E. Demont
One Independent Drive, Suite 3300
Jacksonville, FL 32202
Email: mdemont@smithhulsey.com

**VIA EMAIL**
Jeffrey C. Hampton
Adam H. Isenberg
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 19102
Email: jeffrey.hampton@saul.com
adam.isenberg@saul.com

**VIA EMAIL**
Thomas M. Horan
Cozen O'Connor
1201 N. Market St, Suite 1001
Wilmington, DE 19801
Email: thoran@cozen.com

**VIA EMAIL**
Seth A. Niederman
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899
Email: sniederman@foxrothschild.com

**VIA EMAIL**
Louis Curcio
Troutman Pepper
875 Third Avenue
New York, NY 10022
Email: louis.curcio@troutman.com