# Exhibit A

**BIO-OPTRONICS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Check | 33903 | $ 44,935 | 5/7/2019 | 89245 | 12/13/2018 | $ 44,935 |
| | | | $ 44,935 | | | | $ 44,935 |