# Exhibit A

**DUFF & PHELPS CORPORATION**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Check | 34782 | $ 26,285 | 05/28/2019 | CH00325768 | 1/9/2019 | $ 26,285 |
|  |  |  | **$ 26,285** |  |  |  | **$ 26,285** |