Exhibit A

**GERMAIN & COMPANY**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Check | 33717 | $ 2,875 | 5/2/2019 | INV01737 | 1/31/2019 | $ 2,875 |
| Philadelphia Academic Health System, LLC | Check | 35051 | 27,557 | 6/5/2019 | INV01592 | 11/30/2018 | 10,757 |
| Philadelphia Academic Health System, LLC | | | | | INV01672 | 12/31/2018 | 4,300 |
| Philadelphia Academic Health System, LLC | | | | | INV01818 | 2/28/2019 | 7,500 |
| Philadelphia Academic Health System, LLC | | | | | INV01872 | 3/31/2019 | 5,000 |
| Philadelphia Academic Health System, LLC | Wire | FED#0628I1B7033R028707 | 80,770 | 6/28/2019 | INV01706 | 1/31/2019 | 14,520 |
| Philadelphia Academic Health System, LLC | | | | | INV01743 | 2/10/2019 | 12,500 |
| Philadelphia Academic Health System, LLC | | | | | INV01769 | 2/28/2019 | 13,750 |
| Philadelphia Academic Health System, LLC | | | | | INV02097 | 5/31/2019 | 5,000 |
| Philadelphia Academic Health System, LLC | | | | | INV01676 | 12/31/2018 | 10,000 |
| Philadelphia Academic Health System, LLC | | | | | INV01969 | 4/30/2019 | 10,000 |
| Philadelphia Academic Health System, LLC | | | | | MISSING | MISSING | 15,000 |
| | | | $ 111,202 | | | | $ 111,202 |