Exhibit A

**IMMUCOR, INC.**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33951 | $ 3,503 | 5/6/2019 | EDN70208672 | 1/25/2019 | $ 1,114 |
| Center City Healthcare, LLC | | | | | INV13597569 | 3/1/2019 | 832 |
| Center City Healthcare, LLC | | | | | INV13604055 | 3/19/2019 | 1,557 |
| | | | | | | | |
| Center City Healthcare, LLC | Wire | FED#0619I1B7031R010525 | 55,242 | 6/19/2019 | 22968 | 3/29/2018 | 2,108 |
| Center City Healthcare, LLC | | | | | INV13511740 | 7/24/2018 | 1,242 |
| Center City Healthcare, LLC | | | | | INV13557892 | 11/19/2018 | 612 |
| Center City Healthcare, LLC | | | | | INV13573982 | 12/31/2018 | 644 |
| St. Christopher's Healthcare, LLC | | | | | EDN70206720 | 1/9/2019 | 507 |
| Center City Healthcare, LLC | | | | | EDN70207936 | 1/18/2019 | 2,262 |
| Center City Healthcare, LLC | | | | | INV13582607 | 1/22/2019 | 1,551 |
| Center City Healthcare, LLC | | | | | 41014013995 | 1/24/2019 | 605 |
| Center City Healthcare, LLC | | | | | EDN70208526 | 1/24/2019 | 358 |
| Center City Healthcare, LLC | | | | | INV13585740 | 1/29/2019 | 2,854 |
| Center City Healthcare, LLC | | | | | EDN70209324 | 1/31/2019 | 358 |
| Center City Healthcare, LLC | | | | | INV13587275 | 2/1/2019 | 832 |
| Center City Healthcare, LLC | | | | | INV13588693 | 2/6/2019 | 12,018 |
| Center City Healthcare, LLC | | | | | INV13590140 | 2/11/2019 | 433 |
| Center City Healthcare, LLC | | | | | EDN70210642 | 2/13/2019 | 201 |
| Center City Healthcare, LLC | | | | | INV13593340 | 2/19/2019 | 1,872 |
| Center City Healthcare, LLC | | | | | EDN70211744 | 2/25/2019 | 395 |
| Center City Healthcare, LLC | | | | | EDN70211859 | 2/26/2019 | 677 |
| Center City Healthcare, LLC | | | | | INV13596567 | 2/26/2019 | 762 |
| Center City Healthcare, LLC | | | | | 41014014457 | 3/1/2019 | 422 |
| Center City Healthcare, LLC | | | | | INV13599070 | 3/5/2019 | 903 |
| Center City Healthcare, LLC | | | | | EDN70212931 | 3/6/2019 | 151 |
| Center City Healthcare, LLC | | | | | EDN70213127 | 3/7/2019 | 336 |
| Center City Healthcare, LLC | | | | | INV13602392 | 3/13/2019 | 2,705 |
| Center City Healthcare, LLC | | | | | EDN70214302 | 3/19/2019 | 637 |
| Center City Healthcare, LLC | | | | | INV13607170 | 3/26/2019 | 583 |
| Center City Healthcare, LLC | | | | | INV13609783 | 4/2/2019 | 13,116 |
| Center City Healthcare, LLC | | | | | EDN70216043 | 4/3/2019 | 358 |
| Center City Healthcare, LLC | | | | | INV13611997 | 4/9/2019 | 434 |
| Center City Healthcare, LLC | | | | | INV13614690 | 4/16/2019 | 1,551 |
| Center City Healthcare, LLC | | | | | INV13617726 | 4/23/2019 | 2,854 |
| Center City Healthcare, LLC | | | | | INV13620095 | 4/30/2019 | 903 |
| | | | | | | | |
| Center City Healthcare, LLC | Wire | FED#0627I1B7032R015615 | 16,789 | 6/27/2019 | EDN70218902 | 4/30/2019 | 613 |
| Center City Healthcare, LLC | | | | | EDN70217859 | 4/18/2019 | 231 |
| Center City Healthcare, LLC | | | | | EDN70220958 | 5/16/2019 | 418 |
| Center City Healthcare, LLC | | | | | INV1362098 | 5/22/2019 | 2,474 |
| Center City Healthcare, LLC | | | | | INV13629786 | 5/28/2019 | 11,900 |
| Center City Healthcare, LLC | | | | | EDN70222421 | 6/3/2019 | 1,089 |
| Center City Healthcare, LLC | | | | | Credit adjust | 6/3/2019 | 63 |
| | | | | | | $ 75,533 | $ 75,533 |