Exhibit A

**NOVA CAPITAL GROUP LLC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Check | 33753 | $  13,324 | 4/30/2019 | JAN19EXP | 2/7/2019 | $  924 |
| Philadelphia Academic Health System, LLC | | | | | JAN19SVC | 2/7/2019 | 12,400 |
| | | | | | | | |
| Philadelphia Academic Health System, LLC | Check | 34140 | 20,487 | 5/20/2019 | DEC18SVC | 3/20/2019 | 5,200 |
| Philadelphia Academic Health System, LLC | | | | | FEB19EXP | 3/15/2019 | 1,287 |
| Philadelphia Academic Health System, LLC | | | | | FEB19SVC | 3/15/2019 | 14,000 |
| | | | $  33,811 | | | | $  33,811 |