# Exhibit A

**QUANTROS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Check | 34549 | $ 174,964 | 5/20/2019 | INV011660 | 11/6/2018 | $ 174,964 |
| | | | $ 174,964 | | | | $ 174,964 |