# Exhibit A

**ANESTHESIA BUSINESS CONSULTANTS**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| TPS II OF PA, LLC | Check | 33890 | 14,747 | 4/26/2019 | 79074R | 3/4/2019 | 14,747 |
| TPS II OF PA, LLC | Check | 34742 | 27,281 | 5/17/2019 | 79363 | 4/2/2019 | 27,281 |
|  |  |  | $ 42,028 |  |  |  | $ 42,028 |