# Exhibit A

**CRYOLIFE INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 35034 | $ 5,205 | 06/03/2019 | 90432150 | 1/3/2019 | $ 5,205 |
| St. Christopher's Healthcare, LLC | Check | 34441 | 20,950 | 05/20/2019 | 90423343 | 9/20/2018 | 4,040 |
| St. Christopher's Healthcare, LLC | | | | | 90427815 | 11/8/2018 | 15,935 |
| St. Christopher's Healthcare, LLC | | | | | 90428341 | 11/16/2018 | 975 |
| | | | $ 26,155 | | | | $ 26,155 |