# Exhibit A

**FREEDOM SPECIALTY SVC INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 32770 | 3,646 | 4/8/2019 | 34626 | 12/15/2018 | 3,646 |
| St. Christopher's Healthcare, LLC | Check | 33127 | 4,352 | 4/23/2019 | 34675 | 12/29/2018 | 4,352 |
| St. Christopher's Healthcare, LLC | Check | 34040 | 8,029 | 5/6/2019 | 33713 | 4/10/2018 | 435 |
| St. Christopher's Healthcare, LLC | | | | | 34403 | 10/26/2018 | 2,490 |
| St. Christopher's Healthcare, LLC | | | | | 34728 | 1/16/2019 | 1,970 |
| St. Christopher's Healthcare, LLC | | | | | 34736 | 1/12/2019 | 3,134 |
| St. Christopher's Healthcare, LLC | Check | 34615 | 13,019 | 5/20/2019 | 34418 | 10/27/2018 | 2,470 |
| St. Christopher's Healthcare, LLC | | | | | 34439 | 11/3/2018 | 2,783 |
| St. Christopher's Healthcare, LLC | | | | | 34756 | 1/19/2019 | 3,563 |
| St. Christopher's Healthcare, LLC | | | | | 34780 | 1/26/2019 | 4,204 |
| St. Christopher's Healthcare, LLC | Check | 34792 | 1,970 | 5/28/2019 | 34834 | 2/13/2019 | 1,970 |
| St. Christopher's Healthcare, LLC | Check | 35543 | 1,970 | 6/14/2019 | 34942 | 3/12/2019 | 1,970 |
| | | | $ 32,985 | | | | $ 32,985 |