# Exhibit A

**GEBBS HEALTHCARE SOLUTIONS, INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check Number | Payment | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| SCHC Pediatric Associates , LLC | Check | 34464 | $ 168,957 | 5/15/2019 | 23831 | 2/28/2019 | $ 168,957 |
| SCHC Pediatric Associates , LLC | Check | 35048 | 176,528 | 5/30/2019 | 24035 | 3/31/2019 | 176,528 |
| | | | $ 345,484 | | | | $ 345,484 |