Exhibit A

**GENZYME CORPORATION**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| TPS IV of PA, LLC | Check | 35050 | $ 26,400 | 06/03/2019 | 96957049 | 2/28/2019 | $ 26,400 |
| | | | $ 26,400 | | | | $ 26,400 |