# Exhibit A

**HEERY INTERNATIONAL INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 35555 | 4,877 | 6/17/2019 | PJIN0012762 | 10/8/2018 | 4,877 |
| St. Christopher's Healthcare, LLC | Check | 35554 | 51,698 | 6/18/2019 | PJIN0012315 | 8/28/2018 | 51,698 |
| St. Christopher's Healthcare, LLC | Check | 35556 | 4,037 | 6/18/2019 | PJIN0013382 | 12/4/2018 | 4,037 |
| | | | $ 60,612 | | | | $ 60,612 |

HEERY INTERNATIONAL INC