# Exhibit A

**HOLLAND SQUARE GROUP**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Check | 32534 | 90,490 | 4/2/2019 | 97708 | 12/30/2018 | 34,416 |
| Philadelphia Academic Health System, LLC | | | | | 97709 | 12/30/2018 | 27,018 |
| Philadelphia Academic Health System, LLC | | | | | 97710 | 12/30/2018 | 29,056 |
| Philadelphia Academic Health System, LLC | Check | 32783 | 118,983 | 4/4/2019 | 97711 | 12/30/2018 | 25,600 |
| Philadelphia Academic Health System, LLC | | | | | 97712 | 12/30/2018 | 26,400 |
| Philadelphia Academic Health System, LLC | | | | | 97713 | 12/30/2018 | 28,050 |
| Philadelphia Academic Health System, LLC | | | | | 99648 | 1/27/2019 | 2,565 |
| Philadelphia Academic Health System, LLC | | | | | 99681 | 1/27/2019 | 13,520 |
| Philadelphia Academic Health System, LLC | | | | | 99694 | 1/27/2019 | 4,928 |
| Philadelphia Academic Health System, LLC | | | | | 99702 | 1/27/2019 | 17,920 |
| Philadelphia Academic Health System, LLC | Check | 33066 | 104,075 | 4/12/2019 | 99775 | 1/27/2019 | 16,000 |
| Philadelphia Academic Health System, LLC | | | | | 99816 | 1/27/2019 | 13,083 |
| Philadelphia Academic Health System, LLC | | | | | 99780 | 1/27/2019 | 12,800 |
| Philadelphia Academic Health System, LLC | | | | | 99698 | 1/27/2019 | 6,800 |
| Philadelphia Academic Health System, LLC | | | | | 99783 | 1/27/2019 | 6,600 |
| Philadelphia Academic Health System, LLC | | | | | 99762 | 1/27/2019 | 6,072 |
| Philadelphia Academic Health System, LLC | | | | | 99840 | 1/27/2019 | 5,400 |
| Philadelphia Academic Health System, LLC | | | | | 99822 | 1/27/2019 | 5,200 |
| Philadelphia Academic Health System, LLC | | | | | 99711 | 1/27/2019 | 5,000 |
| Philadelphia Academic Health System, LLC | | | | | 99743 | 1/27/2019 | 5,000 |
| Philadelphia Academic Health System, LLC | | | | | 99723 | 1/27/2019 | 4,880 |
| Philadelphia Academic Health System, LLC | | | | | 99755 | 1/27/2019 | 4,800 |
| Philadelphia Academic Health System, LLC | | | | | 99748 | 1/27/2019 | 4,600 |
| Philadelphia Academic Health System, LLC | | | | | 99701 | 1/27/2019 | 4,000 |
| Philadelphia Academic Health System, LLC | | | | | 99805 | 1/27/2019 | 3,840 |
| Philadelphia Academic Health System, LLC | Wire | FED#0416I1B7032R006532 | 116,508 | 4/16/2019 | 102667 | 2/24/2019 | 11,040 |
| Philadelphia Academic Health System, LLC | | | | | 102671 | 2/24/2019 | 14,240 |
| Philadelphia Academic Health System, LLC | | | | | 102683 | 2/24/2019 | 1,920 |
| Philadelphia Academic Health System, LLC | | | | | 102861 | 2/24/2019 | 6,800 |
| Philadelphia Academic Health System, LLC | | | | | 102868 | 2/24/2019 | 6,400 |
| Philadelphia Academic Health System, LLC | | | | | 102879 | 2/24/2019 | 18,560 |
| Philadelphia Academic Health System, LLC | | | | | 102883 | 2/24/2019 | 25,000 |
| Philadelphia Academic Health System, LLC | | | | | 102888 | 2/24/2019 | 11,960 |
| Philadelphia Academic Health System, LLC | | | | | 102892 | 2/24/2019 | 7,468 |
| Philadelphia Academic Health System, LLC | | | | | 102929 | 2/24/2019 | 6,120 |
| Philadelphia Academic Health System, LLC | | | | | 102955 | 2/24/2019 | 7,000 |
| Philadelphia Academic Health System, LLC | Check | 33810 | 108,150 | 4/30/2019 | 106165 | 3/31/2019 | 33,000 |
| Philadelphia Academic Health System, LLC | | | | | 106182 | 3/31/2019 | 19,200 |
| Philadelphia Academic Health System, LLC | | | | | 106222 | 3/31/2019 | 21,320 |
| Philadelphia Academic Health System, LLC | | | | | 106460 | 3/31/2019 | 11,040 |
| Philadelphia Academic Health System, LLC | | | | | 106646 | 3/31/2019 | 5,400 |
| Philadelphia Academic Health System, LLC | | | | | 106663 | 3/31/2019 | 250 |
| Philadelphia Academic Health System, LLC | | | | | 106689 | 3/31/2019 | 6,400 |
| Philadelphia Academic Health System, LLC | | | | | 102985 | 2/24/2019 | 7,200 |
| Philadelphia Academic Health System, LLC | | | | | 103027 | 2/24/2019 | 4,340 |
| Philadelphia Academic Health System, LLC | Check | 33946 | 124,740 | 5/2/2019 | 106714 | 3/31/2019 | 26,100 |
| Philadelphia Academic Health System, LLC | | | | | 106765 | 3/31/2019 | 9,600 |
| Philadelphia Academic Health System, LLC | | | | | 106832 | 3/31/2019 | 35,350 |
| Philadelphia Academic Health System, LLC | | | | | 106844 | 3/31/2019 | 12,390 |
| Philadelphia Academic Health System, LLC | | | | | 106852 | 3/31/2019 | 13,300 |
| Philadelphia Academic Health System, LLC | | | | | 106865 | 3/31/2019 | 28,000 |
| Philadelphia Academic Health System, LLC | Check | 34477 | 101,084 | 5/15/2019 | 106875 | 3/31/2019 | 13,600 |
| Philadelphia Academic Health System, LLC | | | | | 106878 | 3/31/2019 | 5,320 |
| Philadelphia Academic Health System, LLC | | | | | 106911 | 3/31/2019 | 21,004 |
| Philadelphia Academic Health System, LLC | | | | | 106924 | 3/31/2019 | 14,400 |
| Philadelphia Academic Health System, LLC | | | | | 106992 | 3/31/2019 | 28,690 |
| Philadelphia Academic Health System, LLC | | | | | 107048 | 3/31/2019 | 18,070 |
| | | | **$ 764,030** | | | | **$ 764,030** |