# Exhibit A

**HUNTINGTON TECHNOLOGY FINANCE INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33950 | $ 15,798 | 5/1/2019 | 20247003 | 2/4/2019 | $ 15,798 |
| St. Christopher's Healthcare, LLC |  | 34480 | 15,798 | 5/20/2019 | 20251159 | 3/7/2019 | 15,798 |
|  |  |  | $ 31,597 |  |  |  | $ 31,597 |