# Exhibit A

**RADIOMETER AMERICA INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32296 | 24,282 | 4/1/2019 | 2127132 | 10/30/2018 | 13,350 |
| Center City Healthcare, LLC | | | | | 2145265 | 12/14/2018 | 139 |
| Center City Healthcare, LLC | | | | | 2149445 | 12/27/2018 | 10,793 |
| Center City Healthcare, LLC | Check | 32599 | 8,440 | 4/1/2019 | 2152509 | 1/3/2019 | 1,239 |
| Center City Healthcare, LLC | | | | | 2153890 | 1/8/2019 | 1,052 |
| Center City Healthcare, LLC | | | | | 2156228 | 1/14/2019 | 5,663 |
| Center City Healthcare, LLC | | | | | 2156229 | 1/14/2019 | 486 |
| Center City Healthcare, LLC | Check | 33187 | 33,975 | 4/24/2019 | 2157598 | 1/17/2019 | 1,496 |
| Center City Healthcare, LLC | | | | | 2157599 | 1/17/2019 | 1,560 |
| Center City Healthcare, LLC | | | | | 2159214 | 1/22/2019 | 7,035 |
| Center City Healthcare, LLC | | | | | 2160928 | 1/24/2019 | 1,423 |
| Center City Healthcare, LLC | | | | | 2161426 | 1/24/2019 | 2,337 |
| Center City Healthcare, LLC | | | | | 2161576 | 1/25/2019 | 642 |
| Center City Healthcare, LLC | | | | | 2162401 | 1/29/2019 | 3,445 |
| Center City Healthcare, LLC | | | | | 2162447 | 1/29/2019 | 16,035 |
| Center City Healthcare, LLC | Wire | FED#0515I1B7031R023079 | 46,065 | 5/15/2019 | 2169506 | 2/14/2019 | 1,293 |
| Center City Healthcare, LLC | | | | | 2172032 | 2/19/2019 | 84 |
| Center City Healthcare, LLC | | | | | 2172787 | 2/20/2019 | 5,688 |
| Center City Healthcare, LLC | | | | | 2175749 | 2/27/2019 | 1,240 |
| Center City Healthcare, LLC | | | | | 2175750 | 2/27/2019 | 1,240 |
| Center City Healthcare, LLC | | | | | 2176196 | 2/28/2019 | 20,195 |
| Center City Healthcare, LLC | | | | | 2178794 | 3/7/2019 | 3,379 |
| Center City Healthcare, LLC | | | | | 2184176 | 3/20/2019 | 448 |
| Center City Healthcare, LLC | | | | | 2184578 | 3/20/2019 | 2,252 |
| Center City Healthcare, LLC | | | | | 2188102 | 3/28/2019 | 5,688 |
| Center City Healthcare, LLC | | | | | 3126010 | 1/17/2019 | 646 |
| Center City Healthcare, LLC | | | | | 2193824 | 4/12/2019 | 3,379 |
| Center City Healthcare, LLC | | | | | 2196563 | 4/17/2019 | 533 |
| St. Christopher's Healthcare, LLC | Check | 35349 | 8,241 | 6/10/2019 | 2161837 | 1/25/2019 | 930 |
| St. Christopher's Healthcare, LLC | | | | | 2161988 | 1/28/2019 | 6,991 |
| St. Christopher's Healthcare, LLC | | | | | 2167620 | 2/8/2019 | 321 |
| | | | $ 121,004 | | | | $ 121,004 |