# Exhibit A

## ROBERT HALF INTERNATIONAL INC
## STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| SCHC Pediatric Associates, LLC | Check | 32982 | $ 6,462 | 4/17/2019 | 52929465 | 2/28/2019 | $ 3,191 |
| SCHC Pediatric Associates, LLC | | | | | 52978477 | 3/7/2019 | 3,271 |
| SCHC Pediatric Associates, LLC | Check | 34472 | 6,798 | 05/20/2019 | 53026558 | 3/14/2019 | 3,324 |
| SCHC Pediatric Associates, LLC | | | | | 53082444 | 3/25/2019 | 1,644 |
| SCHC Pediatric Associates, LLC | | | | | 53131079 | 4/1/2019 | 1,831 |
| SCHC Pediatric Associates, LLC | Check | 34797 | 2,888 | 05/28/2019 | 53218760 | 4/11/2019 | 1,373 |
| SCHC Pediatric Associates, LLC | | | | | 53226988 | 4/15/2019 | 1,516 |
| SCHC Pediatric Associates, LLC | Check | 35057 | 1,440 | 06/03/2019 | 53274578 | 4/22/2019 | 1,440 |
| SCHC Pediatric Associates, LLC | Check | 35303 | 3,563 | 06/10/2019 | 52871789 | 2/20/2019 | 3,563 |
| SCHC Pediatric Associates, LLC | Check | 35549 | 5,561 | 06/17/2019 | 53355604 | 5/1/2019 | 2,109 |
| SCHC Pediatric Associates, LLC | | | | | 53439130 | 5/14/2019 | 3,452 |
| | | | $ 26,713 | | | | $ 26,713 |