# Exhibit A

**SCHEDULING.COM**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 34563 | 32,590 | 5/21/2019 | BINV00758 | 2/28/2018 | 8,148 |
| St. Christopher's Healthcare, LLC | | | | | BINV01048 | 10/31/2018 | 8,148 |
| St. Christopher's Healthcare, LLC | | | | | BINV01082 | 11/30/2018 | 8,148 |
| St. Christopher's Healthcare, LLC | | | | | BINV01112 | 12/31/2018 | 8,148 |
| | | | **$ 32,590** | | | | **$ 32,590** |