# Exhibit A

**T F DEVELOPMENT LTD**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| TPS V of PA, LLC | Check | 34017 | 16,164 | 5/22/2019 | MAYRENT2019 | 4/16/2019 | 16,164 |
| TPS V of PA, LLC | Check | 34870 | 16,164 | 5/31/2019 | JUNRENT2019 | 5/9/2019 | 16,164 |
|  |  |  | $ 32,327 |  |  |  | $ 32,327 |