# Exhibit A

**DLC MANAGEMENT GROUP INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| SCHC Pediatric Associates , LLC | Check | 33233 | 4,500 | 4/23/2019 | 0003289IN | 6/1/2018 | 500 |
| SCHC Pediatric Associates , LLC | | | | | 0003304IN | 7/1/2018 | 500 |
| SCHC Pediatric Associates , LLC | | | | | 0003319IN | 8/1/2018 | 500 |
| SCHC Pediatric Associates , LLC | | | | | 0003334IN | 9/1/2018 | 500 |
| SCHC Pediatric Associates , LLC | | | | | 0003349IN | 10/1/2018 | 500 |
| SCHC Pediatric Associates , LLC | | | | | 0003363IN | 11/1/2018 | 500 |
| SCHC Pediatric Associates , LLC | | | | | 0003376IN | 12/1/2018 | 500 |
| SCHC Pediatric Associates , LLC | | | | | 0003389IN | 1/1/2019 | 500 |
| SCHC Pediatric Associates , LLC | | | | | 0003403IN | 2/1/2019 | 500 |
| SCHC Pediatric Associates , LLC | Check | 33924 | 11,750 | 5/7/2019 | 0003335IN | 9/1/2018 | 2,250 |
| SCHC Pediatric Associates , LLC | | | | | 0003364IN | 11/1/2018 | 2,250 |
| SCHC Pediatric Associates , LLC | | | | | 0003390IN | 1/1/2019 | 2,250 |
| SCHC Pediatric Associates , LLC | | | | | 0003404IN | 2/1/2019 | 2,250 |
| SCHC Pediatric Associates , LLC | | | | | 0003416IN | 3/1/2019 | 500 |
| SCHC Pediatric Associates , LLC | | | | | 0003417IN | 3/1/2019 | 2,250 |
| SCHC Pediatric Associates , LLC | Check | 34445 | 11,250 | 5/17/2019 | 0003290IN | 6/1/2018 | 2,250 |
| SCHC Pediatric Associates , LLC | | | | | 0003305IN | 7/1/2018 | 2,250 |
| SCHC Pediatric Associates , LLC | | | | | 0003320IN | 8/1/2018 | 2,250 |
| SCHC Pediatric Associates , LLC | | | | | 0003350IN | 10/1/2018 | 2,250 |
| SCHC Pediatric Associates , LLC | | | | | 0003377IN | 12/1/2018 | 2,250 |
| SCHC Pediatric Associates , LLC | Check | 34781 | 2,750 | 5/29/2019 | 0003429IN | 4/1/2019 | 500 |
| SCHC Pediatric Associates , LLC | | | | | 0003430IN | 4/1/2019 | 2,250 |
| | | | **$ 30,250** | | | | **$ 30,250** |