# Exhibit A

**FFF ENTERPRISES INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33126 | $ 12,561 | 4/18/2019 | 90490342 | 3/5/2019 | $ 12,561 |
| St. Christopher's Healthcare, LLC | Check | 33934 | 12,561 | 05/02/2019 | 90504573 | 4/1/2019 | 12,561 |
| | | | $ 25,122 | | | | $ 25,122 |