# Exhibit A

**PRIORITY HEALTHCARE DISTRIBUTION**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 34546 | 13,355 | 4/1/2019 | 6450758 | 12/17/2018 | 8,903 |
| Center City Healthcare, LLC | | | | | 6466630 | 1/3/2019 | 4,452 |
| St. Christopher's Healthcare, LLC | Check | 34546 | 25,316 | 5/20/2019 | 6421044 | 11/19/2018 | 12,124 |
| St. Christopher's Healthcare, LLC | | | | | 6429466 | 11/28/2018 | 13,057 |
| St. Christopher's Healthcare, LLC | | | | | 6430110 | 11/28/2018 | 135 |
| | | | $ 38,671 | | | | $ 38,671 |