# Exhibit A

**VDM, LP**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| SCHC Pediatric Associates , LLC | Check | 34022 | 17,922 | 5/7/2019 | MAYRENT2019 | 4/16/2019 | 17,922 |
| SCHC Pediatric Associates , LLC | Check | 34879 | 17,922 | 5/30/2019 | JUNRENT2019 | 5/9/2019 | 17,922 |
| | | | $ 35,845 | | | | $ 35,845 |