# Exhibit A

**ACCRUENT LLC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33886 | $ 27,450 | 5/8/2019 | 605802 | 9/17/2018 | $ 12,375 |
| St. Christopher's Healthcare, LLC | | | | | 606541 | 12/8/2018 | 2,700 |
| St. Christopher's Healthcare, LLC | | | | | 607401 | 2/16/2019 | 12,375 |
| | | | $ 27,450 | | | | $ 27,450 |