# Exhibit A

## CALL 4 NURSE
## STATEMENT OF ACCOUNT

| Debtor | Type | Check/Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| SCHC Pediatric Associates, LLC | Check | 33102 | $ 15,254 | 4/24/2019 | 190200933201 | 2/1/2019 | $ 15,254 |
| SCHC Pediatric Associates, LLC | Check | 33908 | 15,266 | 5/6/2019 | 190300933201 | 3/11/2019 | 15,266 |
| SCHC Pediatric Associates, LLC | Check | 34757 | 15,446 | 5/28/2019 | 190400933201 | 4/1/2019 | 15,446 |
| | | | $ 45,967 | | | | $ 45,967 |