# Exhibit A

**DIAGNOSTICA STAGO INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 34611 | $ 51,792 | 5/15/2019 | 112021976 | 8/24/2018 | 4,860 |
| St. Christopher's Healthcare, LLC | | | | | 112021979 | 8/24/2018 | 4,860 |
| St. Christopher's Healthcare, LLC | | | | | 113604928 | 6/28/2018 | 1,574 |
| St. Christopher's Healthcare, LLC | | | | | 113607916A | 7/12/2018 | 160 |
| St. Christopher's Healthcare, LLC | | | | | 113611131 | 7/30/2018 | 1,574 |
| St. Christopher's Healthcare, LLC | | | | | 113617255 | 8/28/2018 | 1,574 |
| St. Christopher's Healthcare, LLC | | | | | 113624203 | 9/28/2018 | 1,574 |
| St. Christopher's Healthcare, LLC | | | | | 113630484 | 10/29/2018 | 1,574 |
| St. Christopher's Healthcare, LLC | | | | | 113630669A | 11/1/2018 | 982 |
| St. Christopher's Healthcare, LLC | | | | | 113633680 | 11/14/2018 | 212 |
| St. Christopher's Healthcare, LLC | | | | | 113636066 | 11/26/2018 | 3,299 |
| St. Christopher's Healthcare, LLC | | | | | 113636497 | 11/28/2018 | 1,574 |
| St. Christopher's Healthcare, LLC | | | | | 113639143A | 12/26/2018 | 2,474 |
| St. Christopher's Healthcare, LLC | | | | | 113639814 | 12/12/2018 | 559 |
| St. Christopher's Healthcare, LLC | | | | | 113641653 | 12/21/2018 | 2,751 |
| St. Christopher's Healthcare, LLC | | | | | 113642931 | 12/29/2018 | 1,574 |
| St. Christopher's Healthcare, LLC | | | | | 113645341 | 1/14/2019 | 1,944 |
| St. Christopher's Healthcare, LLC | | | | | 113648321 | 1/25/2019 | 491 |
| St. Christopher's Healthcare, LLC | | | | | 113649001 | 1/28/2019 | 1,574 |
| St. Christopher's Healthcare, LLC | | | | | 113651642A | 12/21/2018 | 574 |
| St. Christopher's Healthcare, LLC | | | | | 116006762 | 12/18/2018 | 16,032 |
| | | | **$ 51,792** | | | | **$ 51,792** |

DIAGNOSTICA STAGO INC