# Exhibit A

**INSTRUMENTATION LABORATORY INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32546 | 21,492 | 4/1/2019 | 9110603283 | 12/3/2018 | $ 5,868 |
| Center City Healthcare, LLC | | | | | 9110615707 | 1/3/2019 | 95 |
| Center City Healthcare, LLC | | | | | 9110615708 | 1/3/2019 | 760 |
| Center City Healthcare, LLC | | | | | 9110618106 | 1/8/2019 | 152 |
| Center City Healthcare, LLC | | | | | 9110618107 | 1/8/2019 | 1,087 |
| Center City Healthcare, LLC | | | | | 9110619164 | 1/10/2019 | 783 |
| Center City Healthcare, LLC | | | | | 9110619165 | 1/10/2019 | 2,058 |
| Center City Healthcare, LLC | | | | | 9110621586 | 1/16/2019 | 4,577 |
| Center City Healthcare, LLC | | | | | 9110622270 | 1/16/2019 | 2,380 |
| Center City Healthcare, LLC | | | | | 9110622648 | 1/17/2019 | 188 |
| Center City Healthcare, LLC | | | | | 9110623545 | 1/21/2019 | 610 |
| Center City Healthcare, LLC | | | | | 9110624764 | 1/23/2019 | 1,525 |
| St. Christopher's Healthcare, LLC | | | | | 9110587809 | 10/25/2018 | 656 |
| St. Christopher's Healthcare, LLC | | | | | 9110587810 | 10/26/2018 | 754 |
| Center City Healthcare, LLC | Check | 32787 | 1,140 | 4/9/2019 | 9110627286 | 1/30/2019 | 60 |
| Center City Healthcare, LLC | | | | | 9110627287 | 1/30/2019 | 760 |
| Center City Healthcare, LLC | | | | | 9110628088 | 2/1/2019 | 320 |
| Center City Healthcare, LLC | Check | 33145 | 2,087 | 4/23/2019 | 9110628847 | 2/4/2019 | 1,087 |
| Center City Healthcare, LLC | | | | | 9110630256 | 2/6/2019 | 122 |
| Center City Healthcare, LLC | | | | | 9110631752 | 2/11/2019 | 152 |
| Center City Healthcare, LLC | | | | | 9110635025 | 2/18/2019 | 610 |
| St. Christopher's Healthcare, LLC | | | | | 9110640825 | 3/4/2019 | 115 |
| Center City Healthcare, LLC | Check | 34482 | 1,087 | 05/20/2019 | 9110653278 | 4/2/2019 | 1,087 |
| Center City Healthcare, LLC | Check | 34806 | 25,265 | 05/28/2019 | 9110633926 | 2/15/2019 | 4,577 |
| Center City Healthcare, LLC | | | | | 9110638245 | 2/26/2019 | 3,606 |
| Center City Healthcare, LLC | | | | | 9110638804 | 2/27/2019 | 113 |
| Center City Healthcare, LLC | | | | | 9110639616 | 3/1/2019 | 760 |
| Center City Healthcare, LLC | | | | | 9110640491 | 3/4/2019 | 1,087 |
| Center City Healthcare, LLC | | | | | 9110640492 | 3/4/2019 | 60 |
| Center City Healthcare, LLC | | | | | 9110642042 | 3/6/2019 | 152 |
| Center City Healthcare, LLC | | | | | 9110642506 | 3/7/2019 | 228 |
| Center City Healthcare, LLC | | | | | 9110643510 | 3/11/2019 | 3,100 |
| Center City Healthcare, LLC | | | | | 9110644820 | 3/13/2019 | 5,808 |
| Center City Healthcare, LLC | | | | | 9110645668 | 3/15/2019 | 4,577 |
| Center City Healthcare, LLC | | | | | 9110646743 | 3/18/2019 | 610 |
| Center City Healthcare, LLC | | | | | 9110648378 | 3/21/2019 | 587 |
| | | | **$ 51,071** | | | | **$ 51,071** |