# Exhibit A

**MERIT MEDICAL SYSTEMS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32662 | 23,365 | 4/1/2019 | 5652397 | 11/7/2018 | 928 |
| Center City Healthcare, LLC | | | | | 5654412 | 11/8/2018 | 201 |
| Center City Healthcare, LLC | | | | | 5656411 | 11/9/2018 | 99 |
| Center City Healthcare, LLC | | | | | 5658131 | 11/12/2018 | 45 |
| Center City Healthcare, LLC | | | | | 5658681 | 11/12/2018 | 159 |
| Center City Healthcare, LLC | | | | | 5659866 | 11/12/2018 | 117 |
| Center City Healthcare, LLC | | | | | 5660401 | 11/13/2018 | 297 |
| Center City Healthcare, LLC | | | | | 5661862 | 11/13/2018 | 705 |
| Center City Healthcare, LLC | | | | | 5664805 | 11/14/2018 | 297 |
| Center City Healthcare, LLC | | | | | 5664929 | 11/14/2018 | 2,014 |
| Center City Healthcare, LLC | | | | | 5669281 | 11/16/2018 | 147 |
| Center City Healthcare, LLC | | | | | 5674709 | 11/20/2018 | 1,272 |
| Center City Healthcare, LLC | | | | | 5682791 | 11/27/2018 | 2,870 |
| Center City Healthcare, LLC | | | | | 5683099 | 11/27/2018 | 434 |
| Center City Healthcare, LLC | | | | | 5684001 | 11/28/2018 | 394 |
| Center City Healthcare, LLC | | | | | 5684648 | 11/28/2018 | 245 |
| Center City Healthcare, LLC | | | | | 5686406 | 11/29/2018 | 1,913 |
| Center City Healthcare, LLC | | | | | 5687320 | 11/29/2018 | 297 |
| Center City Healthcare, LLC | | | | | 5687925 | 11/29/2018 | 2,014 |
| Center City Healthcare, LLC | | | | | 5689457 | 11/30/2018 | 60 |
| Center City Healthcare, LLC | | | | | 5693072 | 12/3/2018 | 45 |
| Center City Healthcare, LLC | | | | | 5697403 | 12/5/2018 | 636 |
| Center City Healthcare, LLC | | | | | 5699540 | 12/6/2018 | 954 |
| Center City Healthcare, LLC | | | | | 5700843 | 12/6/2018 | 117 |
| Center City Healthcare, LLC | | | | | 5704182 | 12/10/2018 | 434 |
| Center City Healthcare, LLC | | | | | 5704656 | 12/10/2018 | 245 |
| Center City Healthcare, LLC | | | | | 5706119 | 12/11/2018 | 571 |
| Center City Healthcare, LLC | | | | | 5706293 | 12/11/2018 | 159 |
| Center City Healthcare, LLC | | | | | 5707174 | 12/11/2018 | 336 |
| Center City Healthcare, LLC | | | | | 5710929 | 12/13/2018 | 371 |
| Center City Healthcare, LLC | | | | | 5711103 | 12/13/2018 | 117 |
| Center City Healthcare, LLC | | | | | 5711249 | 12/13/2018 | 236 |
| Center City Healthcare, LLC | | | | | 5711814 | 12/13/2018 | 371 |
| Center City Healthcare, LLC | | | | | 5713067 | 12/13/2018 | 90 |
| Center City Healthcare, LLC | | | | | 5715823 | 12/17/2018 | 236 |
| Center City Healthcare, LLC | | | | | 5720176 | 12/18/2018 | 795 |
| Center City Healthcare, LLC | | | | | 5721207 | 12/19/2018 | 117 |
| Center City Healthcare, LLC | | | | | 5722477 | 12/19/2018 | 147 |
| Center City Healthcare, LLC | | | | | 5725894 | 12/21/2018 | 1,272 |
| Center City Healthcare, LLC | | | | | 5727421 | 12/21/2018 | 297 |
| Center City Healthcare, LLC | | | | | 5728497 | 12/24/2018 | 101 |
| Center City Healthcare, LLC | | | | | 5730305 | 12/26/2018 | 119 |
| Center City Healthcare, LLC | | | | | 5732262 | 12/27/2018 | 434 |
| Center City Healthcare, LLC | | | | | 5732384 | 12/27/2018 | 106 |
| Center City Healthcare, LLC | | | | | 5732871 | 12/27/2018 | 181 |
| Center City Healthcare, LLC | | | | | 5732993 | 12/27/2018 | 147 |
| Center City Healthcare, LLC | | | | | 5734720 | 12/28/2018 | 135 |
| Center City Healthcare, LLC | | | | | 5735941 | 12/28/2018 | 90 |
| Center City Healthcare, LLC | Check | 33742 | 6,261 | 4/23/2019 | 5570216 | 9/19/2018 | 146 |
| Center City Healthcare, LLC | | | | | 5585615 | 9/28/2018 | 52 |
| Center City Healthcare, LLC | | | | | 5652839 | 11/7/2018 | 352 |
| Center City Healthcare, LLC | | | | | 5683604 | 11/28/2018 | 1,670 |
| Center City Healthcare, LLC | | | | | 5722813 | 12/19/2018 | 352 |
| Center City Healthcare, LLC | | | | | 5733996 | 12/27/2018 | 705 |
| Center City Healthcare, LLC | | | | | 5806515 | 2/11/2019 | 1,909 |
| Center City Healthcare, LLC | | | | | 5809017 | 2/12/2019 | 280 |
| Center City Healthcare, LLC | | | | | 5812547 | 2/13/2019 | 795 |
| Center City Healthcare, LLC | Check | 34048 | 18,704 | 05/02/2019 | 5622843 | 10/22/2018 | 201 |
| Center City Healthcare, LLC | | | | | 5624860 | 10/22/2018 | 147 |

**MERIT MEDICAL SYSTEMS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | | 5624892 | 10/22/2018 | 1,994 |
| Center City Healthcare, LLC | | | | | 5635997 | 10/29/2018 | 2,014 |
| Center City Healthcare, LLC | | | | | 5703698 | 12/10/2018 | 403 |
| Center City Healthcare, LLC | | | | | 5739176 | 1/2/2019 | 351 |
| Center City Healthcare, LLC | | | | | 5739494 | 1/2/2019 | 496 |
| Center City Healthcare, LLC | | | | | 5740712 | 1/2/2019 | 1,057 |
| Center City Healthcare, LLC | | | | | 5744776 | 1/4/2019 | 60 |
| Center City Healthcare, LLC | | | | | 5746329 | 1/7/2019 | 201 |
| Center City Healthcare, LLC | | | | | 5747621 | 1/7/2019 | 286 |
| Center City Healthcare, LLC | | | | | 5751111 | 1/9/2019 | 954 |
| Center City Healthcare, LLC | | | | | 5753564 | 1/10/2019 | 245 |
| Center City Healthcare, LLC | | | | | 5754871 | 1/10/2019 | 1,002 |
| Center City Healthcare, LLC | | | | | 5755402 | 1/11/2019 | 795 |
| Center City Healthcare, LLC | | | | | 5755685 | 1/11/2019 | 1,007 |
| Center City Healthcare, LLC | | | | | 5759077 | 1/14/2019 | 117 |
| Center City Healthcare, LLC | | | | | 5760880 | 1/15/2019 | 434 |
| Center City Healthcare, LLC | | | | | 5761133 | 1/15/2019 | 954 |
| Center City Healthcare, LLC | | | | | 5761534 | 1/15/2019 | 591 |
| Center City Healthcare, LLC | | | | | 5762311 | 1/15/2019 | 477 |
| Center City Healthcare, LLC | | | | | 5762323 | 1/15/2019 | 97 |
| Center City Healthcare, LLC | | | | | 5765378 | 1/17/2019 | 98 |
| Center City Healthcare, LLC | | | | | 5765530 | 1/17/2019 | 197 |
| Center City Healthcare, LLC | | | | | 5769258 | 1/18/2019 | 954 |
| Center City Healthcare, LLC | | | | | 5775307 | 1/23/2019 | 2,014 |
| Center City Healthcare, LLC | | | | | 5775703 | 1/23/2019 | 795 |
| Center City Healthcare, LLC | | | | | 5776897 | 1/24/2019 | 434 |
| Center City Healthcare, LLC | | | | | 5780324 | 1/25/2019 | 212 |
| Center City Healthcare, LLC | | | | | 5780822 | 1/25/2019 | 117 |
| St. Christopher's Healthcare, LLC | Check | 34520 | 2,000 | 05/20/2019 | 5749369 | 1/8/2019 | 137 |
| St. Christopher's Healthcare, LLC | | | | | 5773681 | 1/22/2019 | 302 |
| St. Christopher's Healthcare, LLC | | | | | 5783539 | 1/28/2019 | 110 |
| St. Christopher's Healthcare, LLC | | | | | 5792568 | 2/1/2019 | 48 |
| St. Christopher's Healthcare, LLC | | | | | 5820363 | 2/18/2019 | 70 |
| St. Christopher's Healthcare, LLC | | | | | 5824440 | 2/20/2019 | 197 |
| St. Christopher's Healthcare, LLC | | | | | 5842586 | 3/1/2019 | 151 |
| St. Christopher's Healthcare, LLC | | | | | 5868680 | 3/15/2019 | 302 |
| St. Christopher's Healthcare, LLC | | | | | 5868767 | 3/15/2019 | 119 |
| St. Christopher's Healthcare, LLC | | | | | 5881427 | 3/22/2019 | 59 |
| St. Christopher's Healthcare, LLC | | | | | 5887283 | 3/27/2019 | 506 |
| St. Christopher's Healthcare, LLC | | | | | | | |
| | | | $ 50,329 | | | | $ 50,329 |