# Exhibit A

**MISYS HEALTHCARE SYSTEMS CORP**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 34827 | $ 33,435 | 5/28/2019 | 264253A | 10/29/2018 | $ 33,435 |
| | | | $ 33,435 | | | | $ 33,435 |