# Exhibit A

**REUTER & HANNEY INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33029 | $ 37,065 | 4/15/2019 | 500033 | 12/13/2018 | $ 37,065 |
| St. Christopher's Healthcare, LLC | Check | 33993 | 9,000 | 5/3/2019 | 500034 | 12/13/2018 | 5,000 |
| St. Christopher's Healthcare, LLC | Check | | | | 500253 | 1/19/2019 | 4,000 |
| | | | $ 46,065 | | | | $ 46,065 |