# Exhibit A

**SD REAL ESTATE DEVELOPERS LLC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 34147 | $ 18,548 | 5/10/2019 | APRIL2019RENT | 3/28/2019 | $ 18,548 |
| St. Christopher's Healthcare, LLC | Check | 35097 | 18,548 | 6/3/2019 | MAY2019RENT | 4/24/2019 | 18,548 |
| | | | $ 37,097 | | | | $ 37,097 |