# Exhibit A

**TELE-PHYSICIANS PC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 35628 | $ 44,625 | 6/14/2019 | GA0017899 | 11/1/2018 | $ 14,875 |
| St. Christopher's Healthcare, LLC | | | | | GA0018988 | 1/1/2019 | 14,875 |
| St. Christopher's Healthcare, LLC | | | | | GA0019854 | 2/1/2019 | 14,875 |
| | | | $ 44,625 | | | | $ 44,625 |