# Exhibit A

**VEOLIA ENERGY PHILADELPHIA, INC.**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Wire | FED#0520I1B7031R012886 | 200,000 | 5/20/2019 | 682800163878 | 1/21/2019 | 200,000 |
| Center City Healthcare, LLC | Wire | FED#0528I1B7031R017197 | 200,000 | 5/28/2019 | 682800163878 | 1/21/2019 | 200,000 |
| Center City Healthcare, LLC | Wire | FED#0604I1B7033R011193 | 200,000 | 6/4/2019 | 682800163878 | 1/21/2019 | 43,112 |
| Center City Healthcare, LLC | | | | | 682529324746 | | 156,888 |
| Center City Healthcare, LLC | Wire | FED#0610I1B7032R005887 | 200,000 | 6/10/2019 | 682529324746 | 2/20/2019 | 200,000 |
| Center City Healthcare, LLC | Wire | FED#0617I1B7033R018729 | 200,000 | 6/17/2019 | 682529324746 | 2/20/2019 | 200,000 |
| Center City Healthcare, LLC | Wire | FED#0625I1B7031R013719 | 200,000 | 6/25/2019 | 682529324746 | 3/20/2019 | 9,179 |
| | | | | | 682156837855 | 3/20/2019 | 190,821 |
| | | | $ 1,200,000 | | | | $ 1,200,000 |