# Exhibit A

W W GRAINGER INC
STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33136 | $ 224 | 4/24/2019 | 9113693270 | 3/13/2019 | $ 224 |
| Center City Healthcare, LLC | Check | 34042 | 20,168 | 5/6/2019 | 39103 | 1/3/2019 | 479 |
| Center City Healthcare, LLC | | | | | 9003702603 | 4/17/2019 | (89) |
| Center City Healthcare, LLC | | | | | 9003702637 | 4/17/2019 | (25) |
| Center City Healthcare, LLC | | | | | 9003702678 | 4/17/2019 | (843) |
| Center City Healthcare, LLC | | | | | 9003702702 | 4/17/2019 | (40) |
| Center City Healthcare, LLC | | | | | 9003702728 | 4/17/2019 | (42) |
| Center City Healthcare, LLC | | | | | 9006292065 | 4/17/2019 | (11) |
| Center City Healthcare, LLC | | | | | 9006292073 | 4/17/2019 | (11) |
| Center City Healthcare, LLC | | | | | 9043435719 | 1/2/2019 | 75 |
| Center City Healthcare, LLC | | | | | 9046045176 | 1/4/2019 | 327 |
| Center City Healthcare, LLC | | | | | 9046045184 | 1/4/2019 | 33 |
| Center City Healthcare, LLC | | | | | 9047476040 | 1/7/2019 | 355 |
| Center City Healthcare, LLC | | | | | 9047476057 | 1/7/2019 | 29 |
| Center City Healthcare, LLC | | | | | 9064906242 | 1/22/2019 | 53 |
| Center City Healthcare, LLC | | | | | 9064906259 | 1/22/2019 | 96 |
| Center City Healthcare, LLC | | | | | 9066978751 | 1/24/2019 | 158 |
| Center City Healthcare, LLC | | | | | 9067524844 | 1/24/2019 | 382 |
| Center City Healthcare, LLC | | | | | 9067524851 | 1/24/2019 | 77 |
| Center City Healthcare, LLC | | | | | 9068176933 | 1/25/2019 | 37 |
| Center City Healthcare, LLC | | | | | 9068753533 | 1/24/2019 | 239 |
| Center City Healthcare, LLC | | | | | 9069507904 | 1/28/2019 | 362 |
| Center City Healthcare, LLC | | | | | 9075333469 | 2/1/2019 | 80 |
| Center City Healthcare, LLC | | | | | 9077618362 | 4/17/2019 | (8) |
| Center City Healthcare, LLC | | | | | 9083604091 | 2/11/2019 | 150 |
| Center City Healthcare, LLC | | | | | 9083745274 | 2/11/2019 | 575 |
| Center City Healthcare, LLC | | | | | 9083745282 | 2/11/2019 | 107 |
| Center City Healthcare, LLC | | | | | 9084897629 | 2/12/2019 | 16 |
| Center City Healthcare, LLC | | | | | 9085058940 | 2/12/2019 | 14 |
| Center City Healthcare, LLC | | | | | 9085511047 | 2/12/2019 | 43 |
| Center City Healthcare, LLC | | | | | 9085698885 | 2/12/2019 | 277 |
| Center City Healthcare, LLC | | | | | 9086048635 | 2/13/2019 | 296 |
| Center City Healthcare, LLC | | | | | 9086376788 | 2/13/2019 | 178 |
| Center City Healthcare, LLC | | | | | 9087045101 | 2/13/2019 | 68 |
| Center City Healthcare, LLC | | | | | 9088104386 | 2/14/2019 | 364 |
| Center City Healthcare, LLC | | | | | 9088104394 | 2/14/2019 | 148 |
| Center City Healthcare, LLC | | | | | 9088144028 | 2/14/2019 | 28 |
| Center City Healthcare, LLC | | | | | 9089434634 | 2/15/2019 | 115 |
| Center City Healthcare, LLC | | | | | 9089684568 | 2/15/2019 | 411 |
| Center City Healthcare, LLC | | | | | 9092025858 | 2/19/2019 | 125 |
| Center City Healthcare, LLC | | | | | 9092639575 | 2/19/2019 | 94 |
| Center City Healthcare, LLC | | | | | 9092652966 | 2/19/2019 | 219 |
| Center City Healthcare, LLC | | | | | 9093815158 | 2/20/2019 | 119 |
| Center City Healthcare, LLC | | | | | 9097613302 | 2/25/2019 | 426 |
| Center City Healthcare, LLC | | | | | 9101413913 | 2/28/2019 | 421 |
| Center City Healthcare, LLC | | | | | 9102016640 | 2/18/2019 | 639 |
| Center City Healthcare, LLC | | | | | 9102019644 | 3/1/2019 | 138 |
| Center City Healthcare, LLC | | | | | 9106422307 | 3/6/2019 | 765 |
| Center City Healthcare, LLC | | | | | 9106524722 | 3/6/2019 | 373 |
| Center City Healthcare, LLC | | | | | 9118572891 | 3/18/2019 | 38 |
| Center City Healthcare, LLC | | | | | 9122302178 | 3/21/2019 | 10 |
| Center City Healthcare, LLC | | | | | 9128030286 | 3/26/2019 | 330 |
| Center City Healthcare, LLC | | | | | 9130522106 | 3/28/2019 | 118 |
| Center City Healthcare, LLC | | | | | 9671036011 | 4/17/2019 | (173) |

## W W GRAINGER INC
## STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | | 9748019412 | 4/4/2018 | 313 |
| Center City Healthcare, LLC | | | | | 9748019412 | 4/17/2019 | (63) |
| Center City Healthcare, LLC | | | | | 9748646032 | 4/5/2018 | 40 |
| Center City Healthcare, LLC | | | | | 9764163060 | 4/20/2018 | 463 |
| Center City Healthcare, LLC | | | | | 9825044184 | 6/21/2018 | 42 |
| Center City Healthcare, LLC | | | | | 9827499550 | 6/25/2018 | 997 |
| Center City Healthcare, LLC | | | | | 9831525648 | 6/27/2018 | 84 |
| Center City Healthcare, LLC | | | | | 9858047732 | 4/25/2019 | (243) |
| Center City Healthcare, LLC | | | | | 9876308173 | 8/15/2018 | 482 |
| Center City Healthcare, LLC | | | | | 9909792427 | 4/17/2019 | (60) |
| Center City Healthcare, LLC | | | | | 9951231894 | 10/31/2018 | 319 |
| St. Christopher's Healthcare, LLC | | | | | 9034477241 | 12/17/2018 | 4 |
| St. Christopher's Healthcare, LLC | | | | | 9035852871 | 12/18/2018 | 580 |
| St. Christopher's Healthcare, LLC | | | | | 9041732430 | 12/27/2018 | 321 |
| St. Christopher's Healthcare, LLC | | | | | 9043753871 | 1/2/2019 | 514 |
| St. Christopher's Healthcare, LLC | | | | | 9043923763 | 1/2/2019 | 467 |
| St. Christopher's Healthcare, LLC | | | | | 9051660372 | 1/9/2019 | 55 |
| St. Christopher's Healthcare, LLC | | | | | 9052296226 | 1/10/2019 | 485 |
| St. Christopher's Healthcare, LLC | | | | | 9052388411 | 1/10/2019 | 515 |
| St. Christopher's Healthcare, LLC | | | | | 9055176342 | 1/14/2019 | 447 |
| St. Christopher's Healthcare, LLC | | | | | 9055176359 | 1/14/2019 | 242 |
| St. Christopher's Healthcare, LLC | | | | | 9055176367 | 1/14/2019 | 294 |
| St. Christopher's Healthcare, LLC | | | | | 9055781109 | 1/14/2019 | 890 |
| St. Christopher's Healthcare, LLC | | | | | 9056270904 | 1/14/2019 | 280 |
| St. Christopher's Healthcare, LLC | | | | | 9057654619 | 1/15/2019 | 148 |
| St. Christopher's Healthcare, LLC | | | | | 9057869290 | 1/15/2019 | 490 |
| St. Christopher's Healthcare, LLC | | | | | 9058299422 | 1/16/2019 | 192 |
| St. Christopher's Healthcare, LLC | | | | | 9060614857 | 1/17/2019 | 316 |
| St. Christopher's Healthcare, LLC | | | | | 9060810091 | 1/17/2019 | 79 |
| St. Christopher's Healthcare, LLC | | | | | 9061229952 | 1/18/2019 | 285 |
| St. Christopher's Healthcare, LLC | | | | | 9061564655 | 1/18/2019 | 163 |
| St. Christopher's Healthcare, LLC | | | | | 9064917272 | 1/22/2019 | 477 |
| St. Christopher's Healthcare, LLC | | | | | 9065173800 | 1/22/2019 | 22 |
| St. Christopher's Healthcare, LLC | | | | | 9065744477 | 1/23/2019 | 291 |
| St. Christopher's Healthcare, LLC | | | | | 9066916033 | 1/24/2019 | 138 |
| St. Christopher's Healthcare, LLC | | | | | 9068869636 | 1/25/2019 | 331 |
| St. Christopher's Healthcare, LLC | | | | | 9068950923 | 1/25/2019 | 24 |
| St. Christopher's Healthcare, LLC | | | | | 9069630607 | 1/28/2019 | 376 |
| St. Christopher's Healthcare, LLC | | | | | 9071328588 | 1/29/2019 | 230 |
| St. Christopher's Healthcare, LLC | | | | | 9071545140 | 1/29/2019 | 330 |
| St. Christopher's Healthcare, LLC | | | | | 9071967146 | 1/29/2019 | 355 |
| St. Christopher's Healthcare, LLC | | | | | 9072496160 | 1/30/2019 | 82 |
| St. Christopher's Healthcare, LLC | | | | | 9074325391 | 1/31/2019 | 80 |
| St. Christopher's Healthcare, LLC | | | | | 9896759827 | 9/5/2018 | 58 |
| St. Christopher's Healthcare, LLC | | | | | 9957198451 | 11/6/2018 | 88 |
| SCHC Pediatric Associates, LLC | Check | 34468 | 39 | 5/20/2019 | 9091868654 | 2/19/2019 | 39 |
| SCHC Pediatric Associates, LLC | Check | 34469 | 54 | 5/20/2019 | 9096256921 | 2/22/2019 | 54 |
| SCHC Pediatric Associates, LLC | Check | 34470 | 30 | 5/20/2019 | 9098386197 | 2/26/2019 | 30 |
| SCHC Pediatric Associates, LLC | Check | 35054 | 25 | 6/3/2019 | 9137880416 | 4/5/2019 | 25 |
| Center City Healthcare, LLC | Check | 35394 | 6,106 | 6/6/2019 | 9950919614 | 10/31/2018 | 88 |

W W GRAINGER INC
STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | | | | | 9074867954 | 2/1/2019 | 226 |
| St. Christopher's Healthcare, LLC | | | | | 9074867962 | 2/1/2019 | 198 |
| St. Christopher's Healthcare, LLC | | | | | 9075709106 | 2/4/2019 | 24 |
| St. Christopher's Healthcare, LLC | | | | | 9075790122 | 2/1/2019 | 226 |
| St. Christopher's Healthcare, LLC | | | | | 9076266569 | 2/4/2019 | 101 |
| St. Christopher's Healthcare, LLC | | | | | 9079442118 | 2/6/2019 | 648 |
| St. Christopher's Healthcare, LLC | | | | | 9080472484 | 2/7/2019 | 138 |
| St. Christopher's Healthcare, LLC | | | | | 9082164675 | 2/8/2019 | 7 |
| St. Christopher's Healthcare, LLC | | | | | 9087261831 | 2/13/2019 | 100 |
| St. Christopher's Healthcare, LLC | | | | | 9088393716 | 2/14/2019 | 401 |
| St. Christopher's Healthcare, LLC | | | | | 9089793849 | 2/15/2019 | 105 |
| St. Christopher's Healthcare, LLC | | | | | 9092367748 | 2/19/2019 | 518 |
| St. Christopher's Healthcare, LLC | | | | | 9093474832 | 2/20/2019 | 346 |
| St. Christopher's Healthcare, LLC | | | | | 9093474840 | 2/20/2019 | 31 |
| St. Christopher's Healthcare, LLC | | | | | 9093524206 | 2/20/2019 | 872 |
| St. Christopher's Healthcare, LLC | | | | | 9093810142 | 2/20/2019 | 1,152 |
| St. Christopher's Healthcare, LLC | | | | | 9094673606 | 2/21/2019 | 237 |
| St. Christopher's Healthcare, LLC | | | | | 9094756955 | 2/21/2019 | 401 |
| St. Christopher's Healthcare, LLC | | | | | 9095615580 | 2/21/2019 | 260 |
| St. Christopher's Healthcare, LLC | | | | | 9101534387 | 2/28/2019 | 12 |
| St. Christopher's Healthcare, LLC | | | | | 9101722594 | 2/28/2019 | 15 |
| SCHC Pediatric Associates, LLC | Check | 35301 | 81 | 6/10/2019 | 9124979270 | 3/25/2019 | 81 |
| St. Christopher's Healthcare, LLC | Check | 35655 | 6,205 | 6/17/2019 | 9102643724 | 3/1/2019 | 436 |
| St. Christopher's Healthcare, LLC | | | | | 9104584231 | 3/4/2019 | 213 |
| St. Christopher's Healthcare, LLC | | | | | 9104780284 | 3/4/2019 | 77 |
| St. Christopher's Healthcare, LLC | | | | | 9106384036 | 3/6/2019 | 5 |
| St. Christopher's Healthcare, LLC | | | | | 9106635692 | 3/6/2019 | 163 |
| St. Christopher's Healthcare, LLC | | | | | 9106905814 | 3/6/2019 | 113 |
| St. Christopher's Healthcare, LLC | | | | | 9108036675 | 3/7/2019 | 42 |
| St. Christopher's Healthcare, LLC | | | | | 9108259467 | 3/7/2019 | 38 |
| St. Christopher's Healthcare, LLC | | | | | 9108318578 | 3/7/2019 | 394 |
| St. Christopher's Healthcare, LLC | | | | | 9110459592 | 3/11/2019 | 574 |
| St. Christopher's Healthcare, LLC | | | | | 9110987261 | 3/11/2019 | 97 |
| St. Christopher's Healthcare, LLC | | | | | 9111239092 | 3/11/2019 | 33 |
| St. Christopher's Healthcare, LLC | | | | | 9114030266 | 3/13/2019 | 499 |
| St. Christopher's Healthcare, LLC | | | | | 9114735369 | 3/13/2019 | 467 |
| St. Christopher's Healthcare, LLC | | | | | 9115194285 | 3/14/2019 | 374 |
| St. Christopher's Healthcare, LLC | | | | | 9118587089 | 3/18/2019 | 392 |
| St. Christopher's Healthcare, LLC | | | | | 9121412747 | 3/20/2019 | 18 |
| St. Christopher's Healthcare, LLC | | | | | 9122327605 | 3/21/2019 | 504 |
| St. Christopher's Healthcare, LLC | | | | | 9122327613 | 3/21/2019 | 108 |
| St. Christopher's Healthcare, LLC | | | | | 9122601322 | 3/21/2019 | 59 |
| St. Christopher's Healthcare, LLC | | | | | 9123623143 | 3/22/2019 | 218 |
| St. Christopher's Healthcare, LLC | | | | | 9123623150 | 3/22/2019 | 110 |
| St. Christopher's Healthcare, LLC | | | | | 9124979288 | 3/25/2019 | 202 |
| St. Christopher's Healthcare, LLC | | | | | 9125889098 | 3/25/2019 | 110 |
| St. Christopher's Healthcare, LLC | | | | | 9125889106 | 3/25/2019 | 50 |
| St. Christopher's Healthcare, LLC | | | | | 9126578997 | 3/25/2019 | 436 |
| St. Christopher's Healthcare, LLC | | | | | 9129040623 | 3/27/2019 | 84 |
| St. Christopher's Healthcare, LLC | | | | | 9129748761 | 3/28/2019 | 390 |
| | | | $ 32,934 | | | | $ 32,934 |