Exhibit A

**JOANNA P ZIMMERMAN**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Check | 32643 | 8,397 | 4/1/2019 | 119315 | 3/18/2019 | 8,397 |
| Philadelphia Academic Health System, LLC | Check | 33061 | 18,151 | 4/9/2019 | 119329 | 4/1/2019 | 9,643 |
| Philadelphia Academic Health System, LLC |  |  |  |  | 118322 | 3/25/2019 | 8,508 |
| Philadelphia Academic Health System, LLC | Check | 33797 | 6,241 | 4/30/2019 | 11945 | 4/8/2019 | 6,241 |
| Philadelphia Academic Health System, LLC | Check | 34153 | 8,420 | 5/13/2019 | 119412 | 4/13/2019 | 8,420 |
|  |  |  | **$ 41,209** |  |  |  | **$ 41,209** |