Exhibit A

**MEDICAL DOCTOR ASSOCIATES LLC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| SCHC Pediatric Associates , LLC | Check | 32999 | $ 5 | 4/19/2019 | 555047 | 2/22/2019 | $ 5 |
| SCHC Pediatric Associates , LLC | Check | 33158 | 4,439 | 4/26/2019 | 555043 | 2/22/2019 | 4,439 |
| SCHC Pediatric Associates , LLC | Check | 33962 | 20,750 | 5/6/2019 | 554566 | 2/8/2019 | 429 |
| SCHC Pediatric Associates , LLC | | | | | 555271 | 3/1/2019 | 6,934 |
| SCHC Pediatric Associates , LLC | | | | | 555501 | 3/8/2019 | 6,973 |
| SCHC Pediatric Associates , LLC | | | | | 555505 | 3/8/2019 | 6412.56 |
| SCHC Pediatric Associates , LLC | Check | 34516 | 14,767 | 5/20/2019 | 555706 | 3/15/2019 | 5,996 |
| SCHC Pediatric Associates , LLC | | | | | 555709 | 3/15/2019 | 277 |
| SCHC Pediatric Associates , LLC | | | | | 555949 | 3/22/2019 | 8,494 |
| SCHC Pediatric Associates , LLC | Check | 34823 | 6,642 | 5/28/2019 | 556160 | 3/29/2019 | 6,642 |
| SCHC Pediatric Associates , LLC | | 35578 | 6,120 | 6/17/2019 | 555105 | 2/22/2019 | 6,120 |
| | | | $ 52,723 | | | | $ 52,723 |