# Exhibit A

**PERINATAL CARDIOLOGY CONSULTANTS**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| SCHC Pediatric Associates , LLC | Check | 33661 | $ 10,616 | 4/25/2019 | 45DCKR4012019 | 4/5/2019 | $ 10,616 |
| SCHC Pediatric Associates , LLC | Check | 34731 | 13,650 | 5/28/2019 | 45DCKR05032019 | 5/3/2019 | 13,650 |
| SCHC Pediatric Associates , LLC | Check | 35744 | 12,891 | 6/24/2019 | 45DCKR06012019 | 6/5/2019 | 12,891 |
|  |  |  | $ 37,158 |  |  |  | $ 37,158 |