# Exhibit A

**PHILADELPHIA UROSURGICAL ASSOC PC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| TPS IV of PA, LLC | Check | 33761 | $ 34,219 | 4/26/2019 | MAYRENT2019 | 4/3/2019 | 9,219 |
| TPS IV of PA, LLC | | | | | 43DCKR030419 | 3/4/2019 | 25,000 |
| Center City Healthcare, LLC | Check | 33986 | 18,438 | 5/2/2019 | APRIL19RENT | 3/18/2019 | 9,219 |
| Center City Healthcare, LLC | | | | | MAY19RENT | 4/17/2019 | 9,219 |
| TPS IV of PA, LLC | Check | 34544 | 25,000 | 5/20/2019 | 43DCKR041119 | 4/11/2019 | 25,000 |
| TPS IV of PA, LLC | Check | 35342 | 25,394 | 6/7/2019 | 43DCKR0503419 | 5/3/2019 | 394 |
| TPS IV of PA, LLC | | | | | 43DCKR0513419 | 5/13/2019 | 25,000 |
| | | | $ 103,051 | | | | $ 103,050 |