### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 30, 2021 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsf-uurzwtHOKbpenCMGaN21qBfMHbHAs

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## RESOLVED MATTERS:

1.      Sixth Motion of the Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 2341; filed: 05/18/21]

Response Deadline:  June 1, 2021 at 4:00 p.m.

Responses Received:  None

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChrisCare at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Related Documents:

A.      Certification of No Objection [Docket No. 2359; filed: 06/02/21]

B.      Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 2360; signed and docketed: 06/03/21]

Status: On June 3, 2021, the Court entered an order approving this motion.

2.      **[FILED UNDER SEAL]** Debtors' Seventh Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2352; filed: 05/27/21]

Response Deadline:  June 10, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Declaration of Allen Wilen in Support of Debtors' Seventh Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2352-3; filed: 05/27/21]

B.      **[REDACTED]** Debtors' Seventh Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2354; filed: 05/27/21]

C.      **[FILED UNDER SEAL]** Certification of No Objection [Docket No. 2388; filed: 06/14/21]

D.      **[REDACTED]** Certification of No Objection [Docket No. 2389; filed: 06/14/21]

E.      **[FILED UNDER SEAL]** Order Sustaining Debtors' Seventh Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2404; signed and docketed: 06/21/21]

F.      **[REDACTED]** Order Sustaining Debtors' Seventh Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2405; signed and docketed: 06/21/21]

Status: On June 21, 2021, the Court entered an order sustaining this claim objection.

3.    Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Seventh Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2353; filed: 05/27/21]

Response Deadline:  June 10, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 2384; filed: 06/11/21]

B.    Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Seventh Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2387; signed and docketed: 06/14/21]

Status: On June 14, 2021, the Court entered an order approving this motion.

**CONTINUED MATTERS:**

4.    Motion of Tenet Business Services Corporation for an Order (I) Confirming that the Automatic Stay Does Not Apply, or (II) in the Alternative, Granting Relief from the Automatic Stay [Docket No. 2162; filed: 03/08/21]

Response Deadline:  March 22, 2021 at 4:00 p.m.

Responses Received:

A.    Response of the Debtors [Docket No. 2199; filed: 03/22/21]

Related Documents:  None

Status: This matter is continued to a date to be determined by the parties.

5.    Drexel University's Request for Allowance and Payment of Administrative Expense Claim [Docket No. 2178; filed: 03/11/21]

Response Deadline:  March 25, 2021 at 4:00 p.m.; extended for the Debtors to a date to be determined.

Responses Received:

A.    Informal response from the Debtors

Related Documents:  None

Status: This matter is continued to a date to be determined by the parties.

**CONTESTED MATTER GOING FORWARD:**

6.      Motion of HSREP VI Holding, LLC and Its Affiliates to Intervene/Participate in Mediation [Docket No. 2370; filed: 06/09/21

Response Deadline:  June 23, 2021 at 4:00 p.m.

Responses Received:

   A.      Joint Objection of the Debtors and the Official Committee of Unsecured Creditors [Docket No. 2428; filed: 06/23/21]

   B.      The MBNF Non-Debtor Entities' Statement in Response [Docket No. 2429; filed: 06/23/21]

Reply:

   C.      Reply of HSREP VI Holding, LLC and Its Affiliates to Responses [Docket No. 2471; filed: 06/25/21]

Related Documents:

   D.      Notice of Motion and Hearing [Docket No. 2385; filed: 06/11/21]

Status: This matter is going forward.

38442468.1 06/28/2021

Dated: June 28, 2021    **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

38442468.1 06/28/2021