# Exhibit A

FISHER HEALTHCARE
STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33809 | $ 7,635 | 5/3/2019 | 3021318 | 12/3/2018 | $ 12 |
| Center City Healthcare, LLC | | | | | 3746243 | 12/5/2018 | 786 |
| Center City Healthcare, LLC | | | | | 4241986 | 12/7/2018 | 58 |
| Center City Healthcare, LLC | | | | | 4241987 | 12/7/2018 | 390 |
| Center City Healthcare, LLC | | | | | 4788819 | 12/11/2018 | 494 |
| Center City Healthcare, LLC | | | | | 4788820 | 12/11/2018 | 587 |
| Center City Healthcare, LLC | | | | | 5069020 | 12/12/2018 | 38 |
| Center City Healthcare, LLC | | | | | 5069024 | 12/12/2018 | 350 |
| Center City Healthcare, LLC | | | | | 5069046 | 12/12/2018 | 101 |
| Center City Healthcare, LLC | | | | | 5069057 | 12/12/2018 | 348 |
| Center City Healthcare, LLC | | | | | 5069062 | 12/12/2018 | 165 |
| Center City Healthcare, LLC | | | | | 5558940 | 12/14/2018 | 206 |
| Center City Healthcare, LLC | | | | | 5558946 | 12/14/2018 | 277 |
| Center City Healthcare, LLC | | | | | 7006229 | 12/19/2018 | 195 |
| Center City Healthcare, LLC | | | | | 7006235 | 12/19/2018 | 153 |
| Center City Healthcare, LLC | | | | | 7006236 | 12/19/2018 | 881 |
| Center City Healthcare, LLC | | | | | 7006247 | 12/19/2018 | 135 |
| Center City Healthcare, LLC | | | | | 7006416 | 12/19/2018 | 277 |
| Center City Healthcare, LLC | | | | | 7534451 | 12/20/2018 | 88 |
| Center City Healthcare, LLC | | | | | 7895164 | 12/27/2018 | 86 |
| Center City Healthcare, LLC | | | | | 8125441 | 12/27/2018 | 89 |
| Center City Healthcare, LLC | | | | | 8199212 | 12/28/2018 | 289 |
| Center City Healthcare, LLC | | | | | 8199213 | 12/28/2018 | 145 |
| Center City Healthcare, LLC | | | | | 8199214 | 12/28/2018 | 38 |
| Center City Healthcare, LLC | | | | | 8199221 | 12/28/2018 | 70 |
| Center City Healthcare, LLC | | | | | 8344779 | 1/2/2019 | 222 |
| Center City Healthcare, LLC | | | | | 8468797 | 1/3/2019 | 420 |
| Center City Healthcare, LLC | | | | | 8649309 | 1/4/2019 | 71 |
| Center City Healthcare, LLC | | | | | 8649311 | 1/4/2019 | 572 |
| Center City Healthcare, LLC | | | | | 8649313 | 1/4/2019 | 92 |
| SCHC Pediatric Associates, LLC | Check | 33935 | 283 | 5/6/2019 | 6102253 | 10/31/2018 | 283 |
| Center City Healthcare, LLC | Check | 35135 | 7,291 | 6/3/2019 | 1181291 | 1/9/2019 | 88 |
| Center City Healthcare, LLC | | | | | 1181309 | 1/9/2019 | 119 |
| Center City Healthcare, LLC | | | | | 1735160 | 1/8/2019 | 420 |
| Center City Healthcare, LLC | | | | | 2052179 | 1/11/2019 | 538 |
| Center City Healthcare, LLC | | | | | 2569496 | 1/14/2019 | 57 |
| Center City Healthcare, LLC | | | | | 3009890 | 1/15/2019 | 835 |
| Center City Healthcare, LLC | | | | | 3864811 | 1/16/2019 | 195 |
| Center City Healthcare, LLC | | | | | 4785501 | 1/18/2019 | 68 |
| Center City Healthcare, LLC | | | | | 4785510 | 1/18/2019 | 197 |
| Center City Healthcare, LLC | | | | | 6001254 | 1/24/2019 | 1,667 |
| Center City Healthcare, LLC | | | | | 6230824 | 1/25/2019 | 521 |
| Center City Healthcare, LLC | | | | | 6230825 | 1/25/2019 | 170 |
| Center City Healthcare, LLC | | | | | 6433031 | 1/28/2019 | 122 |
| Center City Healthcare, LLC | | | | | 6884742 | 1/30/2019 | 101 |
| Center City Healthcare, LLC | | | | | 8130583 | 2/5/2019 | 303 |
| Center City Healthcare, LLC | | | | | 8315097 | 2/6/2019 | 402 |
| Center City Healthcare, LLC | | | | | 8315098 | 2/6/2019 | 102 |
| Center City Healthcare, LLC | | | | | 8315099 | 2/6/2019 | 194 |
| Center City Healthcare, LLC | | | | | 8475946 | 2/5/2019 | 1,118 |
| Center City Healthcare, LLC | | | | | 9258181 | 1/7/2019 | 71 |
| St. Christopher's Healthcare, LLC | Check | 35393 | 20,934 | 6/10/2019 | 0379397A | 1/8/2019 | 4,893 |
| St. Christopher's Healthcare, LLC | | | | | 1213354 | 1/9/2019 | 185 |
| St. Christopher's Healthcare, LLC | | | | | 1758012A | 1/10/2019 | 235 |
| St. Christopher's Healthcare, LLC | | | | | 1758014 | 1/10/2019 | 205 |

## FISHER HEALTHCARE
## STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | | | | | 2080730 | 1/11/2019 | 7,088 |
| St. Christopher's Healthcare, LLC | | | | | 2594189 | 1/14/2019 | 162 |
| St. Christopher's Healthcare, LLC | | | | | 2594284 | 1/14/2019 | 3 |
| St. Christopher's Healthcare, LLC | | | | | 2594436 | 1/14/2019 | 5,182 |
| St. Christopher's Healthcare, LLC | | | | | 3884598 | 1/16/2019 | 102 |
| St. Christopher's Healthcare, LLC | | | | | 4458827 | 1/30/2019 | 302 |
| St. Christopher's Healthcare, LLC | | | | | 4803598 | 1/18/2019 | 79 |
| St. Christopher's Healthcare, LLC | | | | | 5084191 | 12/12/2018 | 89 |
| St. Christopher's Healthcare, LLC | | | | | 5084668 | 1/21/2019 | 67 |
| St. Christopher's Healthcare, LLC | | | | | 5427734 | 1/22/2019 | 611 |
| St. Christopher's Healthcare, LLC | | | | | 5630677 | 8/13/2018 | 196 |
| St. Christopher's Healthcare, LLC | | | | | 5763422 | 1/23/2019 | 100 |
| St. Christopher's Healthcare, LLC | | | | | 5763447 | 1/24/2019 | 13 |
| St. Christopher's Healthcare, LLC | | | | | 6442735 | 1/28/2019 | 67 |
| St. Christopher's Healthcare, LLC | | | | | 6442736 | 1/28/2019 | 153 |
| St. Christopher's Healthcare, LLC | | | | | 6661095 | 1/29/2019 | 15 |
| St. Christopher's Healthcare, LLC | | | | | 7085741STFR | 3/17/2018 | 116 |
| St. Christopher's Healthcare, LLC | | | | | 7316229 | 5/18/2018 | 297 |
| St. Christopher's Healthcare, LLC | | | | | 8351397 | 1/2/2019 | 177 |
| St. Christopher's Healthcare, LLC | | | | | 8351398 | 1/2/2019 | 157 |
| St. Christopher's Healthcare, LLC | | | | | 9322677 | 1/7/2019 | 112 |
| SCHC Pediatric Associates, LLC | | | | | 60447 | 4/18/2019 | 327 |
| Center City Healthcare, LLC | Check | 35540 | 1,470 | 6/17/2019 | 823460 | 2/20/2019 | 30 |
| Center City Healthcare, LLC | | | | | 823470 | 2/20/2019 | 120 |
| Center City Healthcare, LLC | | | | | 823473 | 2/20/2019 | 69 |
| Center City Healthcare, LLC | | | | | 823474 | 2/20/2019 | 46 |
| Center City Healthcare, LLC | | | | | 1092251 | 2/21/2019 | 63 |
| Center City Healthcare, LLC | | | | | 1092252 | 2/21/2019 | 439 |
| Center City Healthcare, LLC | | | | | 1493060 | 5/3/2019 | 359 |
| Center City Healthcare, LLC | | | | | 9101044 | 2/13/2019 | 120 |
| Center City Healthcare, LLC | | | | | 9101045 | 2/13/2019 | 123 |
| Center City Healthcare, LLC | | | | | 9101047 | 2/13/2019 | 101 |
| | | | **$ 37,612** | | | | **$ 37,612** |