# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## THIRD STIPULATION BETWEEN THE DEBTORS AND DREXEL UNIVERSITY REGARDING THE OBJECTION DEADLINE AND HEARING ON DREXEL UNIVERSITY'S REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Center City Healthcare, LLC d/b/a Hahnemann University Hospital and certain of its debtor affiliates, (collectively, the "Debtors") and Drexel University ("Drexel"), by and through their respective counsel, hereby enter into this stipulation and stipulate and agree as follows:

1. On March 11, 2021, Drexel filed *Drexel University's Request for Allowance and Payment of Administrative Expense Claim* [D.I. 2178] (the "Request").

2. The Debtors and Drexel previously executed the *Stipulation Between the Debtors and Drexel University Regarding the Objection Deadline and Hearing on Drexel University's Request for Allowance and Payment of Administrative Expense Claim* [Docket No.2201] (the "First Stipulation").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3. The Debtors and Drexel previously executed the *Second Stipulation Between the Debtors and Drexel University Regarding the Objection Deadline and Hearing on Drexel University's Request for Allowance and Payment of Administrative Expense Claim* [Docket No.2319] (the "Second Stipulation").

4. Pursuant to the Second Stipulation, the deadline for filing objections to the Request is currently June 23, 2021 at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). The hearing on the Request is currently scheduled for June 30, 2021 at 10:30 a.m. prevailing Eastern Time (the "Hearing").

5. The Debtors and Drexel stipulate and agree that the Objection Deadline is hereby further extended to a date to be determined and that the Hearing is further continued to a date to be determined.

| Counsel for Drexel | Counsel for the Debtors |
|---|---|
| */s/ Chantelle D. McClamb* | */s/ Domenic E. Pacitti* |
| Tobey M. Daluz (DE Bar No. 3939) | Domenic E. Pacitti (DE Bar No. 3989) |
| Chantelle D. McClamb (DE Bar No. 5978) | KLEHR HARRISON HARVEY BRANZBURG LLP |
| BALLARD SPAHR LLP | 919 Market Street, Suite 1000 |
| 919 N. Market Street, 11th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | Telephone: (302) 426-1189 |
| | Facsimile: (302) 426-9193 |
| and | Email: dpacitti@klehr.com |
| Vincent J. Marriott III, Esq.* | |
| BALLARD SPAHR LLP | |
| 1735 Market Street, 51st Floor | |
| Philadelphia, PA 19103 | |