Exhibit A

**DAVID KEITH BUTLER SR**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Check | 32958 | $ 32,731 | 4/22/2019 | 1256 | 11/30/2018 | $ 22,731 |
| Philadelphia Academic Health System, LLC | | | | | 1258 | 12/11/2018 | 10,000 |
| | | | $ 32,731 | | | | $ 32,731 |