# Exhibit A

**INDEPENDENT MEDICAL EXPERT CONSULTING SERVICES aka IMEDECS**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Wire | WT Fed#03584 Bnf=Independent Medical Expert | $ 28,934 | 05/10/2019 | CR083018661 | 8/23/2016 | $ 395 |
| Center City Healthcare, LLC | | | | | CR081518439 | 8/15/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR081518440 | 8/15/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018497 | 8/17/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018531 | 8/20/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018597 | 8/21/2018 | 198 |
| Center City Healthcare, LLC | | | | | CR083018598 | 8/21/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018599 | 8/21/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018600 | 8/21/2018 | 512 |
| Center City Healthcare, LLC | | | | | CR083018601 | 8/21/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018653 | 8/23/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018654 | 8/23/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018655 | 8/23/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018656 | 8/23/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018657 | 8/23/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018659 | 8/23/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018660 | 8/23/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018662 | 8/23/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018663 | 8/23/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018664 | 8/23/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018665 | 8/23/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR083018666 | 8/23/2018 | 407 |
| Center City Healthcare, LLC | | | | | CR091518183 | 9/11/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR101518168 | 10/4/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR101518169 | 10/4/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR101518170 | 10/4/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR101518447 | 10/15/2018 | 512 |
| Center City Healthcare, LLC | | | | | CR103018478 | 10/16/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR103018479 | 10/16/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR111518096 | 11/2/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR111518128 | 11/5/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR111518146 | 11/5/2018 | 198 |
| Center City Healthcare, LLC | | | | | CR111518147 | 11/5/2018 | 512 |
| Center City Healthcare, LLC | | | | | CR111518442 | 11/15/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR121518016 | 12/3/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR121518018 | 12/3/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR121518109 | 12/5/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR121518232 | 12/10/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR123018675 | 12/28/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR123018676 | 12/28/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR123018679 | 12/28/2018 | 395 |
| Center City Healthcare, LLC | | | | | CR011519229 | 1/8/2019 | 395 |
| Center City Healthcare, LLC | | | | | CR013019465 | 1/17/2019 | 628 |
| Center City Healthcare, LLC | | | | | CR021519376 | 2/12/2019 | 395 |
| Center City Healthcare, LLC | | | | | CR021519377 | 2/12/2019 | 395 |
| Center City Healthcare, LLC | | | | | CR021519438 | 2/14/2019 | 395 |
| Center City Healthcare, LLC | | | | | CR023019630 | 2/20/2019 | 395 |
| Center City Healthcare, LLC | | | | | CR021519227 | 2/28/2019 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR081518398 | 8/15/2018 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR081518438 | 8/15/2018 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR083018496 | 8/17/2018 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR083018658 | 8/23/2018 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR111518440 | 11/15/2018 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR111518441 | 11/15/2018 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR121518017 | 12/3/2018 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR121518021 | 12/3/2018 | 198 |
| St. Christopher's Healthcare, LLC | | | | | CR011519167 | 1/7/2019 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR013019555 | 1/21/2019 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR021519228 | 2/8/2019 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR021519308 | 2/11/2019 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR021519309 | 2/11/2019 | 395 |
| Center City Healthcare, LLC | | | | | CR013019465 | 1/17/2019 | 628 |
| Center City Healthcare, LLC | | | | | CR021519376 | 2/12/2019 | 395 |
| Center City Healthcare, LLC | | | | | CR021519377 | 2/12/2019 | 395 |
| Center City Healthcare, LLC | | | | | CR021519438 | 2/14/2019 | 395 |
| Center City Healthcare, LLC | | | | | CR023019630 | 2/20/2019 | 395 |
| Center City Healthcare, LLC | | | | | CR021519227 | 2/28/2019 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR081518398 | 8/15/2018 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR081518438 | 8/15/2018 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR021519309 | 2/11/2019 | 395 |
| St. Christopher's Healthcare, LLC | | | | | CR011519167 | 1/7/2019 | 419 |
| Center City Healthcare, LLC | | | | | CR013019465 | 1/17/2019 | 628 |
| | | | $ 28,934 | | | | $ 28,934 |