# Exhibit A

**PFIZER INC.**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| TPS V of PA, LLC | Check | 33017 | $ 21,606 | 4/17/2019 | 9326390777 | 2/14/2019 | $ 10,803 |
| TPS V of PA, LLC | | | | | 9326174077 | 1/28/2019 | 10,803 |
| Center City Healthcare, LLC | Check | 33984 | 1,978 | 5/6/2019 | 9324886986 | 10/10/2018 | 1,899 |
| Center City Healthcare, LLC | | | | | 9325435668 | 11/21/2018 | 1,050 |
| St. Christopher's Healthcare, LLC | | | | | 9320120765 | 4/15/2019 | (884) |
| St. Christopher's Healthcare, LLC | | | | | 9320211649 | 4/15/2019 | (87) |
| TPS V of PA, LLC | Check | 34542 | 15,121 | 5/20/2019 | 9326779608 | 3/19/2019 | 15,121 |
| TPS V of PA, LLC | Check | 34842 | 18,005 | 5/28/2019 | 9326619835 | 3/6/2019 | 9,003 |
| TPS V of PA, LLC | | | | | 9326668140 | 3/11/2019 | 9,002 |
| TPS V of PA, LLC | Check | 35341 | 18,901 | 6/10/2019 | 9326848944 | 3/25/2019 | 7,561 |
| TPS V of PA, LLC | | | | | 9327034111 | 4/9/2019 | 11,341 |
| St. Christopher's Healthcare, LLC | Check | 35594 | 19,517 | 6/17/2019 | 9324886570 | 10/10/2018 | 283 |
| St. Christopher's Healthcare, LLC | | | | | 9325105052 | 10/26/2018 | 283 |
| TPS V of PA, LLC | | | | | 9326141571 | 1/24/2019 | 16,678 |
| TPS V of PA, LLC | | | | | 9326553306 | 2/28/2019 | 2,274 |
| | | | **$ 95,128** | | | | **$ 95,128** |