# Exhibit A

**PSEA HEALTHCARE**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check Number | Payment | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 34145 | 5/7/2019 | $ 60,497 | 715432 | 5/3/2019 | $ 60,497 |
| Center City Healthcare, LLC | Check | 34547 | 5/23/2019 | 35,051 | 32DCKR050919 | 5/6/2019 | 35,051 |
| Center City Healthcare, LLC | Check | 34548 | 5/23/2019 | 29,651 | 32DCKR050919A | 5/6/2019 | 29,651 |
| | | | | $ 125,198 | | | $ 125,198 |