# Exhibit A

BECKMAN COULTER INC
STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment Amount ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32647 | 22,188 | 4/1/2019 | 107446945 | 12/7/2018 | 2,062 |
| Center City Healthcare, LLC | | | | 4/1/2019 | 107446990 | 12/7/2018 | 712 |
| Center City Healthcare, LLC | | | | 4/1/2019 | 107447914 | 12/9/2018 | 3,797 |
| Center City Healthcare, LLC | | | | 4/1/2019 | 107448145 | 12/10/2018 | 9,141 |
| Center City Healthcare, LLC | | | | 4/1/2019 | 107451638 | 12/10/2018 | 223 |
| Center City Healthcare, LLC | | | | 4/1/2019 | 107454506 | 12/11/2018 | 1,217 |
| Center City Healthcare, LLC | | | | 4/1/2019 | 107456622 | 12/12/2018 | 164 |
| Center City Healthcare, LLC | | | | 4/1/2019 | 107459403 | 12/13/2018 | 1,009 |
| Center City Healthcare, LLC | | | | 4/1/2019 | 107472406 | 12/19/2018 | 3,864 |
| Center City Healthcare, LLC | Check | 33229 | 61,008 | 4/16/2019 | 107457885 | 12/13/2018 | 5,576 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107462271 | 12/17/2018 | 1,698 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107464875 | 12/17/2018 | 1,643 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107467494 | 12/18/2018 | 102 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107471649 | 12/19/2018 | 729 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107472350 | 12/19/2018 | 1,281 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107472868 | 12/20/2018 | 350 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107473108 | 12/20/2018 | 106 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107473475 | 12/20/2018 | 68 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107474985 | 12/21/2018 | 2,261 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107478041 | 12/26/2018 | 801 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107478664 | 12/26/2018 | 10,449 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107480035 | 12/26/2018 | 68 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107481781 | 12/27/2018 | 498 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107486824 | 12/31/2018 | 1,900 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107487125 | 12/31/2018 | 164 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107487170 | 12/31/2018 | 398 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 107490320 | 1/2/2019 | 916 |
| Center City Healthcare, LLC | | | | 4/16/2019 | 7240749 | 1/2/2019 | 32,000 |
| St. Christopher's Healthcare, LLC | Check | 32952 | 1,469 | 4/18/2019 | 107474325 | 12/20/2018 | 84 |
| St. Christopher's Healthcare, LLC | | | | 4/18/2019 | 107487924 | 12/31/2018 | 1,385 |
| Center City Healthcare, LLC | Check | 33804 | 105,640 | 4/25/2019 | 107494191 | 1/4/2019 | 1,643 |
| Center City Healthcare, LLC | | | | 4/25/2019 | 107496336 | 1/6/2019 | 859 |
| Center City Healthcare, LLC | | | | 4/25/2019 | 107496362 | 1/6/2019 | 3,929 |
| Center City Healthcare, LLC | | | | 4/25/2019 | 107512542 | 1/14/2019 | 1,698 |
| Center City Healthcare, LLC | | | | 4/25/2019 | 107514713 | 1/14/2019 | 5,637 |
| Center City Healthcare, LLC | | | | 4/25/2019 | 107524569 | 1/18/2019 | 3,732 |
| Center City Healthcare, LLC | | | | 4/25/2019 | 107524571 | 1/18/2019 | 776 |
| Center City Healthcare, LLC | | | | 4/25/2019 | 107525540 | 1/21/2019 | 12,031 |
| Center City Healthcare, LLC | | | | 4/25/2019 | 107525819 | 1/21/2019 | 451 |
| Center City Healthcare, LLC | | | | 4/25/2019 | 5399191 | 12/10/2018 | 32,155 |
| Center City Healthcare, LLC | | | | 4/25/2019 | 5400682 | 1/10/2019 | 32,155 |
| St. Christopher's Healthcare, LLC | | | | 4/25/2019 | 107472643 | 12/19/2018 | 10,575 |
| St. Christopher's Healthcare, LLC | Check | 33901 | 15,602 | 5/1/2019 | 107468356 | 12/18/2018 | 7,493 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 107516627 | 1/15/2019 | 147 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 107516896 | 1/15/2019 | 614 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 107517753 | 1/15/2019 | 1,862 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 107517756 | 1/15/2019 | 3,436 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 107517830 | 1/15/2019 | 753 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 107519937 | 1/16/2019 | 147 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 107523209 | 1/17/2019 | 241 |
| St. Christopher's Healthcare, LLC | | | | 5/1/2019 | 107541435 | 1/28/2019 | 910 |
| Center City Healthcare, LLC | Check | 34420 | 9,973 | 5/21/2019 | 107526290 | 1/22/2019 | 4,936 |
| Center City Healthcare, LLC | | | | 5/21/2019 | 107527622 | 1/22/2019 | 3,689 |
| Center City Healthcare, LLC | | | | 5/21/2019 | 107527674 | 1/22/2019 | 313 |
| Center City Healthcare, LLC | | | | 5/21/2019 | 107527837 | 1/22/2019 | 1,035 |
| Center City Healthcare, LLC | Check | 34889 | 62,385 | 5/22/2019 | 107527860 | 1/22/2019 | 3,244 |
| Center City Healthcare, LLC | | | | 5/22/2019 | 107528788 | 1/22/2019 | 68 |
| Center City Healthcare, LLC | | | | 5/22/2019 | 107529886 | 1/22/2019 | 142 |
| Center City Healthcare, LLC | | | | 5/22/2019 | 107534185 | 1/23/2019 | 297 |

BECKMAN COULTER INC
STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment Amount ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | 5/22/2019 | 107536589 | 1/24/2019 | 137 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107241813 | 8/22/2018 | 2,414 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107517805 | 1/15/2019 | 23,001 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107551644 | 2/1/2019 | 553 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107551677 | 2/1/2019 | 3,934 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107551683 | 2/1/2019 | 692 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107553066 | 2/3/2019 | 5,276 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107553211 | 2/3/2019 | 5,915 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107553301 | 2/3/2019 | 1,175 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107554512 | 2/4/2019 | 79 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107557657 | 2/5/2019 | 625 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107560298 | 2/6/2019 | 3,993 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107560609 | 2/6/2019 | 304 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107561107 | 2/6/2019 | 147 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107563085 | 2/6/2019 | 1,706 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107563101 | 2/6/2019 | 3,820 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107563104 | 2/6/2019 | 1,426 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107563179 | 2/6/2019 | 659 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107565186 | 2/7/2019 | 653 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107574751 | 2/12/2019 | 158 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107582968 | 2/19/2019 | 1,518 |
| St. Christopher's Healthcare, LLC | | | | 5/22/2019 | 107593692 | 2/22/2019 | 451 |
| Center City Healthcare, LLC | Check | 35129 | 178,624 | 5/30/2019 | 107542173 | 1/28/2019 | 180 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107542535 | 1/28/2019 | 1,643 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107550924 | 1/31/2019 | 3,839 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107552020 | 2/1/2019 | 1,309 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107552142 | 2/1/2019 | 866 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107552262 | 2/1/2019 | 9,641 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107552267 | 2/1/2019 | 3,717 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107552454 | 2/3/2019 | 10,066 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107552561 | 2/3/2019 | 164 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107555738 | 2/4/2019 | 3,559 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107567284 | 2/10/2019 | 218 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107572250 | 2/12/2019 | 22,467 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107573457 | 2/12/2019 | 1,379 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107573816 | 2/12/2019 | 307 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107576626 | 2/13/2019 | 1,698 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107576876 | 2/13/2019 | 136 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107583963 | 2/19/2019 | 594 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107585613 | 2/19/2019 | 348 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107585772 | 2/19/2019 | 677 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107586327 | 2/19/2019 | 5,640 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107603082 | 2/27/2019 | 704 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107607247 | 3/1/2019 | 142 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107607457 | 3/3/2019 | 657 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107609191 | 3/4/2019 | 843 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 107609273 | 3/4/2019 | 1,097 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 31212184 | 1/25/2019 | 10,877 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 31213297 | 2/6/2019 | 2,306 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 31214695 | 2/22/2019 | 1,997 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 5402144 | 2/10/2019 | 32,155 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 7243029 | 2/7/2019 | 31,885 |
| Center City Healthcare, LLC | | | | 5/30/2019 | 7244377 | 3/1/2019 | 27,513 |
| Center City Healthcare, LLC | Check | 35385 | 149,160 | 6/6/2019 | 107617015 | 3/6/2019 | 5,453 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107618019 | 3/7/2019 | 204 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107620500 | 3/8/2019 | 5,826 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107621678 | 3/11/2019 | 6,199 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107626469A | 3/12/2019 | 3,641 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107627369 | 3/13/2019 | 522 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107627515 | 3/13/2019 | 371 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107628455 | 3/13/2019 | 18,090 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107630718 | 3/14/2019 | 1,430 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107636275 | 3/18/2019 | 1,698 |

BECKMAN COULTER INC
STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment Amount ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | 6/6/2019 | 107636927 | 3/18/2019 | 1,643 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107641633 | 3/20/2019 | 118 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107645052 | 3/22/2019 | 712 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107665803 | 4/2/2019 | 3,102 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107668122 | 4/3/2019 | 204 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107668293 | 4/3/2019 | 382 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107668402 | 4/3/2019 | 1,102 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107670056 | 4/4/2019 | 2,776 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 107671116 | 4/4/2019 | 308 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 5403589 | 3/10/2019 | 32,155 |
| Center City Healthcare, LLC | | | | 6/6/2019 | 7246185 | 4/1/2019 | 31,712 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107619278 | 3/7/2019 | 171 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107619285 | 3/7/2019 | 1,011 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107620979 | 3/7/2019 | 3,493 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107622595 | 3/10/2019 | 5,625 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107624325 | 3/11/2019 | 166 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107627192 | 3/11/2019 | 1,696 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107631099 | 3/14/2019 | 1,098 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107652895 | 3/26/2019 | 864 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107653125 | 3/26/2019 | 2,941 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107657555 | 3/28/2019 | 3,341 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107657888 | 3/28/2019 | 9,424 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107664552 | 4/2/2019 | 1,089 |
| St. Christopher's Healthcare, LLC | | | | 6/6/2019 | 107667001 | 4/3/2019 | 591 |
| St. Christopher's Healthcare, LLC | Wire | FED#0628I1B7031R034039 | 51,874 | 6/28/2019 | 107472547 | 12/19/2018 | 596 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107593861 | 2/22/2019 | 2,053 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107599160 | 2/26/2019 | 10,349 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107689480 | 4/15/2019 | 851 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107687006 | 4/16/2019 | 221 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107693833 | 4/17/2019 | 450 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107693853 | 4/17/2019 | 103 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107695847 | 4/18/2019 | 293 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107697145 | 4/18/2019 | 383 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107697684 | 4/18/2019 | 2,170 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107697690 | 4/18/2019 | 505 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107698148 | 4/19/2019 | 450 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107700710 | 4/22/2019 | 1,625 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107713199 | 4/29/2019 | 1,164 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107715124 | 4/29/2019 | 759 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107738183 | 5/10/2019 | 212 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107756918 | 5/21/2019 | 1,634 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | 107772855 | 5/29/2019 | 28,026 |
| St. Christopher's Healthcare, LLC | | | | 6/28/2019 | Reconciling | 5/29/2019 | 31 |
| | | | $ 657,924 | | | | $ 657,924 |