Exhibit A

**CINTAS CORPORATION**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check Number | Payment | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 32961 | $ 5,536 | 4/16/2019 | 287315832 | 2/5/2019 | $ 5,536 |
| Center City Healthcare, LLC | Check | 33108 | 4,805 | 4/19/2019 | 287251442 | 10/5/2018 | 1,602 |
| Center City Healthcare, LLC | | | | | 287258653 | 10/19/2018 | 1,602 |
| Center City Healthcare, LLC | | | | | 287265961 | 11/2/2018 | 1,602 |
| St. Christopher's Healthcare, LLC | Check | 33807 | 22,143 | 4/29/2019 | 287300724 | 1/8/2019 | 5,536 |
| St. Christopher's Healthcare, LLC | | | | | 287304428 | 1/15/2019 | 5,536 |
| St. Christopher's Healthcare, LLC | | | | | 287308190 | 1/22/2019 | 5,536 |
| | | | | | 287312044 | 1/29/2019 | 5,536 |
| St. Christopher's Healthcare, LLC | Check | 34036 | 18,836 | 5/2/2019 | 287319591 | 2/12/2019 | 6,650 |
| St. Christopher's Healthcare, LLC | | | | | 287319592 | 2/12/2019 | 5,536 |
| St. Christopher's Healthcare, LLC | | | | | 287323336 | 2/19/2019 | 6,650 |
| St. Christopher's Healthcare, LLC | Check | 34894 | 24,371 | 5/28/2019 | 287323337 | 2/19/2019 | 5,536 |
| St. Christopher's Healthcare, LLC | | | | | 287327145 | 2/26/2019 | 6,650 |
| St. Christopher's Healthcare, LLC | | | | | 287331042 | 3/5/2019 | 6,650 |
| St. Christopher's Healthcare, LLC | | | | | 287331043 | 3/5/2019 | 5,536 |
| St. Christopher's Healthcare, LLC | Check | 35130 | 18,836 | 5/31/2019 | 287334919 | 3/12/2019 | 6,650 |
| St. Christopher's Healthcare, LLC | | | | | 287338883 | 3/19/2019 | 6,650 |
| St. Christopher's Healthcare, LLC | | | | | 287338884 | 3/19/2019 | 5,536 |
| St. Christopher's Healthcare, LLC | Check | 35518 | 6,650 | 6/17/2019 | 287351264 | 4/9/2019 | 6,650 |
| | | | $ 101,176 | | | | $ 101,176 |