# EXHIBIT A

**DEPUY SYNTHES SALES**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33118 | $ 31,643 | 4/23/2019 | 21323886RI | 1/2/2019 | $ 594 |
| Center City Healthcare, LLC | | | | | 21324578RI | 1/2/2019 | 3,959 |
| Center City Healthcare, LLC | | | | | 21332058RI | 1/4/2019 | 7,430 |
| Center City Healthcare, LLC | | | | | 21332428RI | 1/4/2019 | 839 |
| Center City Healthcare, LLC | | | | | 21335898RI | 1/7/2019 | 5,699 |
| Center City Healthcare, LLC | | | | | 21336025RI | 1/7/2019 | 4,792 |
| Center City Healthcare, LLC | | | | | 21336070RI | 1/7/2019 | 8,330 |
| Center City Healthcare, LLC | Check | 34444 | 2,364 | 5/22/2019 | 21427363RI | 2/6/2019 | 2,364 |
| Center City Healthcare, LLC | Check | 35037 | 183 | 6/5/2019 | 21476537RI | 2/21/2019 | 183 |
| | | | $ 34,190 | | | | $ 34,190 |