# Exhibit A

**FEDEX CORP**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| TPS IV of PA, LLC | Check | 32975 | $ 373 | 4/12/2019 | 647317443 | 2/26/2019 | 60 |
| Center City Healthcare, LLC | | | | | 648017561 | 3/5/2019 | 78 |
| Center City Healthcare, LLC | | | | | 648698774 | 3/12/2019 | 156 |
| Center City Healthcare, LLC | | | | | 648017561 | 3/5/2019 | 78 |
| | | | | | | | |
| TPS IV of PA, LLC | Check | 34613 | 4,314 | 5/17/2019 | 175535486 | 11/14/2018 | 38 |
| TPS IV of PA, LLC | | | | | 645765147 | 2/12/2019 | 72 |
| Center City Healthcare, LLC | | | | | 646526339 | 2/19/2019 | 104 |
| St. Christopher's Healthcare, LLC | | | | | 177821886 | 1/23/2019 | 119 |
| St. Christopher's Healthcare, LLC | | | | | 642946138 | 1/15/2019 | 230 |
| St. Christopher's Healthcare, LLC | | | | | 642966764 | 1/15/2019 | 460 |
| St. Christopher's Healthcare, LLC | | | | | 643792847 | 1/22/2019 | 1,123 |
| St. Christopher's Healthcare, LLC | | | | | 643801658 | 1/22/2019 | 204 |
| St. Christopher's Healthcare, LLC | | | | | 644355360 | 1/29/2019 | 983 |
| St. Christopher's Healthcare, LLC | | | | | 644417074 | 1/29/2019 | 185 |
| Center City Healthcare, LLC | | | | | 646526339 | 2/19/2019 | 83 |
| SCHC Pediatric Associates, LLC | | | | | 649400519 | 3/19/2019 | 68 |
| SCHC Pediatric Associates, LLC | | | | | 650048120 | 3/26/2019 | 157 |
| SCHC Pediatric Associates, LLC | | | | | 650759856 | 4/2/2019 | 396 |
| SCHC Pediatric Associates, LLC | | | | | 651601651 | 4/9/2019 | 72 |
| SCHC Pediatric Associates, LLC | | | | | 652343489 | 4/16/2019 | 21 |
| | | | | | | | |
| Center City Healthcare, LLC | Check | 34902 | 12,755 | 5/22/2019 | 645047927 | 2/5/2019 | 1,437 |
| Center City Healthcare, LLC | | | | | 646526339 | 2/19/2019 | 1,496 |
| Center City Healthcare, LLC | | | | | 647317444 | 2/26/2019 | 38 |
| Center City Healthcare, LLC | | | | | 648017561 | 3/5/2019 | 2,535 |
| Center City Healthcare, LLC | | | | | 648017562 | 3/5/2019 | 245 |
| Center City Healthcare, LLC | | | | | 648698774 | 3/12/2019 | 2,736 |
| Center City Healthcare, LLC | | | | | 648698775 | 3/12/2019 | 53 |
| Center City Healthcare, LLC | | | | | 649417622 | 3/19/2019 | 2,124 |
| Center City Healthcare, LLC | | | | | 649417623 | 3/19/2019 | 71 |
| Center City Healthcare, LLC | | | | | 650170995 | 3/26/2019 | 1,993 |
| St. Christopher's Healthcare, LLC | | | | | 647978531 | 3/5/2019 | 26 |
| | | | | | | | |
| TPS IV of PA, LLC | Check | 35134 | 4,826 | 5/30/2019 | 651490130 | 4/9/2019 | 240 |
| TPS IV of PA, LLC | | | | | 652293285 | 4/16/2019 | 221 |
| Center City Healthcare, LLC | | | | | 650778302 | 4/2/2019 | 69.47 |
| Center City Healthcare, LLC | | | | | 651490129 | 4/9/2019 | 141.39 |
| TPS IV of PA, LLC | | | | | 651490130 | 4/9/2019 | 2,979.05 |
| Center City Healthcare, LLC | | | | | 650778301 | 4/2/2019 | 1,174.77 |
| | | | | | | | |
| St. Christopher's Healthcare, LLC | Check | 35392 | 7,271 | 6/6/2019 | 645067773 | 2/5/2019 | 518 |
| St. Christopher's Healthcare, LLC | | | | | 645156210 | 2/5/2019 | 941 |
| St. Christopher's Healthcare, LLC | | | | | 645755930 | 2/12/2019 | 420 |
| St. Christopher's Healthcare, LLC | | | | | 645773887 | 2/12/2019 | 60 |
| St. Christopher's Healthcare, LLC | | | | | 645811598 | 2/12/2019 | 830 |
| SCHC Pediatric Associates, LLC | | | | | 653056746 | 4/23/2019 | 20 |
| SCHC Pediatric Associates, LLC | | | | | 654423012 | 5/7/2019 | 37 |
| SCHC Pediatric Associates, LLC | | | | | 655167944 | 5/14/2019 | 69 |
| St. Christopher's Healthcare, LLC | | | | | 646577263 | 2/19/2019 | 282 |
| St. Christopher's Healthcare, LLC | | | | | 646599403 | 2/19/2019 | 1,383 |
| St. Christopher's Healthcare, LLC | | | | | 647206403 | 2/26/2019 | 143 |
| St. Christopher's Healthcare, LLC | | | | | 647292164 | 2/26/2019 | 643 |
| St. Christopher's Healthcare, LLC | | | | | 647998442 | 3/5/2019 | 810 |
| St. Christopher's Healthcare, LLC | | | | | 648650123 | 3/12/2019 | 324 |
| St. Christopher's Healthcare, LLC | | | | | 648710074 | 3/12/2019 | 790 |
| | | | $ 29,538 | | | | $ 29,538 |