# EXHIBIT A

**FORTEC MEDICAL INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 35136 | 32,495 | 6/3/2019 | 629197 | 10/10/2018 | 3,041 |
| St. Christopher's Healthcare, LLC | | | | | 638080 | 11/29/2018 | 2,326 |
| St. Christopher's Healthcare, LLC | | | | | 638793 | 11/30/2018 | 649 |
| St. Christopher's Healthcare, LLC | | | | | 641372 | 12/13/2018 | 825 |
| St. Christopher's Healthcare, LLC | | | | | 641828 | 12/14/2018 | 4,451 |
| St. Christopher's Healthcare, LLC | | | | | 642811 | 12/19/2018 | 3,041 |
| St. Christopher's Healthcare, LLC | | | | | 644477 | 12/31/2018 | 721 |
| St. Christopher's Healthcare, LLC | | | | | 646354 | 1/14/2019 | 2,796 |
| St. Christopher's Healthcare, LLC | | | | | 646355 | 1/14/2019 | 2,851 |
| St. Christopher's Healthcare, LLC | | | | | 648736 | 1/23/2019 | 991 |
| St. Christopher's Healthcare, LLC | | | | | 653567 | 2/15/2019 | 873 |
| St. Christopher's Healthcare, LLC | | | | | 653568 | 2/15/2019 | 3,101 |
| St. Christopher's Healthcare, LLC | | | | | 655721 | 2/26/2019 | 991 |
| St. Christopher's Healthcare, LLC | | | | | 655722 | 2/26/2019 | 991 |
| St. Christopher's Healthcare, LLC | | | | | 655723 | 2/26/2019 | 873 |
| St. Christopher's Healthcare, LLC | | | | | 655724 | 2/26/2019 | 3,101 |
| St. Christopher's Healthcare, LLC | | | | | 656287 | 2/28/2019 | 873 |
| | | | **$ 32,495** | | | | **$ 32,495** |