# Exhibit A

## GLAXOSMITHKLINE PHARMACEUTICAL
## STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| TPS V of PA, LLC | Check | 32980 | $ 7,076 | 4/18/2019 | 8252700914 | 1/28/2019 | $ 3,126 |
| TPS V of PA, LLC | | | | | 8252713806 | 2/13/2019 | 1,769 |
| TPS V of PA, LLC | | | | | 8252713807 | 2/13/2019 | 2,181 |
| TPS V of PA, LLC | Check | 33718 | 3,214 | 05/02/2019 | 8252726705 | 2/28/2019 | 1,077 |
| TPS V of PA, LLC | | | | | 8252726706 | 2/28/2019 | 2,138 |
| TPS V of PA, LLC | Check | 34466 | 12,465 | 05/22/2019 | 8252754154 | 3/21/2019 | 8,789 |
| TPS V of PA, LLC | | | | | 8252744337 | 3/13/2019 | 3,676 |
| TPS V of PA, LLC | Check | 35052 | 5,213 | 06/06/2019 | 8252755629 | 3/25/2019 | 3,075 |
| TPS V of PA, LLC | | | | | 8252758651 | 3/26/2019 | 2,138 |
| | | | $ 27,968 | | | | $ 27,968 |