# Exhibit A

## GLOBAL NEUROSCIENCES INSTITUTE
## STATEMENT OF ACCOUNT

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32776 | 371,977 | 4/1/2019 | 21903 | 2/28/2019 | 77,318 |
| Center City Healthcare, LLC | Check | | | 4/1/2019 | 21904 | 2/28/2019 | 67,500 |
| Center City Healthcare, LLC | Check | | | 4/1/2019 | 21905 | 2/28/2019 | 75,600 |
| St. Christopher's Healthcare, LLC | Check | | | 4/1/2019 | 33DCKR022819 | 2/28/2019 | 151,560 |
| Center City Healthcare, LLC | Check | 33719 | 292,175 | 4/25/2019 | 31903 | 3/31/2019 | 85,602 |
| Center City Healthcare, LLC | Check | | | 4/25/2019 | 31904 | 3/31/2019 | 67,500 |
| Center City Healthcare, LLC | Check | | | 4/25/2019 | 31905 | 3/31/2019 | 75,600 |
| Center City Healthcare, LLC | Check | | | 4/25/2019 | 31908 | 3/31/2019 | 63,474 |
| St. Christopher's Healthcare, LLC | Check | 33941 | 159,960 | 4/30/2019 | 33DCKR033119 | 3/1/2019 | 159,960 |
| St. Christopher's Healthcare, LLC | Check | 35300 | 157,160 | 6/6/2019 | 33DCKR043019 | 4/1/2019 | 157,160 |
| Center City Healthcare, LLC | Check | 35053 | 316,770 | 05/28/19 | 41903 | 4/30/2019 | 82,841 |
| Center City Healthcare, LLC | Check | | | 05/28/19 | 41904 | 4/30/2019 | 67,500 |
| Center City Healthcare, LLC | Check | | | 05/28/19 | 41905 | 4/30/2019 | 75,600 |
| Center City Healthcare, LLC | Check | | | 05/28/19 | 41908 | 4/30/2019 | 90,830 |
| | | | **$ 1,298,043** | | | | **$ 1,298,043** |