# EXHIBIT A

**HOLOGIC INC.**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33141 | $ 49,603 | 4/22/2019 | 8821771 | 12/1/2018 | $ 20,129 |
| Center City Healthcare, LLC | | | | | 8853638 | 1/3/2019 | 691 |
| Center City Healthcare, LLC | | | | | 8862611 | 1/10/2019 | 3,603 |
| Center City Healthcare, LLC | | | | | 8876686 | 1/25/2019 | 1,201 |
| Center City Healthcare, LLC | | | | | 8896042 | 2/14/2019 | 4,801 |
| Center City Healthcare, LLC | | | | | 8897451 | 4/5/2019 | (950) |
| Center City Healthcare, LLC | | | | | 8910567 | 3/1/2019 | 20,129 |
| | | | $ 49,603 | | | | $ 49,603 |