# EXHIBIT A

**KCI USA INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 33240 | 36,362 | 4/24/2019 | 172967 | 10/31/2018 | 9,782 |
| Center City Healthcare, LLC | | | | | 175937 | 11/30/2018 | 10,477 |
| Center City Healthcare, LLC | | | | | 28360595 | 12/7/2018 | 1,205 |
| Center City Healthcare, LLC | | | | | 28361178 | 12/9/2018 | 1,406 |
| Center City Healthcare, LLC | | | | | 28365052 | 12/11/2018 | 500 |
| Center City Healthcare, LLC | | | | | 28372567 | 12/14/2018 | 282 |
| Center City Healthcare, LLC | | | | | 28378493 | 12/18/2018 | 332 |
| Center City Healthcare, LLC | | | | | 28383800 | 12/20/2018 | 2,789 |
| Center City Healthcare, LLC | | | | | 28386293 | 12/21/2018 | 1,498 |
| Center City Healthcare, LLC | | | | | 28388587 | 12/23/2018 | 1,101 |
| Center City Healthcare, LLC | | | | | 28389594 | 12/24/2018 | 1,010 |
| Center City Healthcare, LLC | | | | | 28393950 | 12/26/2018 | 1,186 |
| Center City Healthcare, LLC | | | | | 28396397 | 12/27/2018 | 260 |
| Center City Healthcare, LLC | | | | | 28396815 | 12/28/2018 | 3,791 |
| Center City Healthcare, LLC | | | | | 28396982 | 12/28/2018 | 743 |
| | | | $ 36,362 | | | | $ 36,362 |