# EXHIBIT A

**METTEL**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33165 | $ 17,698 | 4/23/2019 | 1005220321134 | 3/1/2019 | $ 17,698 |
| St. Christopher's Healthcare, LLC | Check | 33166 | 454 | 4/23/2019 | 1005220711096 | 2/1/2019 | 454 |
| St. Christopher's Healthcare, LLC | Check | 33966 | 461 | 5/6/2019 | 1005220711136 | 3/1/2019 | 461 |
| St. Christopher's Healthcare, LLC | Check | 34136 | 18,074 | 5/13/2019 | 1005220321094 | 2/1/2019 | 18,074 |
| Center City Healthcare, LLC | Wire | WT Fed#07870 /Bnf=Manhattan Telecom | 33,769 | 5/14/2019 | 1005220151055 | 1/1/2019 | 16,772 |
| Center City Healthcare, LLC | Wire | | | | 1005220151095 | 2/1/2019 | 16,997 |
| St. Christopher's Healthcare, LLC | Check | 34521 | 18,179 | 5/20/2019 | 1005220321174 | 4/1/2019 | 18,179 |
| Center City Healthcare, LLC | Check | 34522 | 229 | 5/20/2019 | 1005220151135 | 3/1/2019 | 229 |
| Center City Healthcare, LLC | Check | 34523 | 263 | 5/20/2019 | 1005220151135 | 3/1/2019 | 263 |
| SCHC Pediatric Associates, LLC | Check | 34825 | 4,492 | 5/28/2019 | 1005217431136 | 3/1/2019 | 4,492 |
| Center City Healthcare, LLC | Check | 35079 | 16,468 | 6/5/2019 | 1005220151135 | 3/1/2019 | 16,468 |
| Center City Healthcare, LLC | Check | 35080 | 16,423 | 6/5/2019 | 1005220151175 | 4/1/2019 | 16,423 |
| Center City Healthcare, LLC | Check | 35081 | 196 | 6/5/2019 | 1005220151175 | 4/1/2019 | 196 |
| Center City Healthcare, LLC | Check | 35082 | 263 | 6/5/2019 | 1005220151135 | 3/1/2019 | 263 |
| St. Christopher's Healthcare, LLC | Check | 35322 | 18,250 | 6/10/2019 | 1005220321214 | 5/1/2019 | 18,250 |
| St. Christopher's Healthcare, LLC | Check | 35323 | 466 | 6/10/2019 | 1005220711176 | 4/1/2019 | 466 |
| SCHC Pediatric Associates, LLC | Check | 35324 | 4,474 | 6/10/2019 | 1005217431176 | 4/1/2019 | 4,474 |
| | | | $ 150,160 | | | | $ 150,160 |