# EXHIBIT A

**NUVASIVE INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32826 | 39,680 | 4/12/2019 | 92531017 | 12/5/2018 | 39,680 |
| Center City Healthcare, LLC | Check | 33754 | 3,238 | 05/03/2019 | 91823360 | 2/5/2018 | 3,238 |
| Center City Healthcare, LLC | Check | 34532 | 21,524 | 05/20/2019 | 2019I000639A | 2/12/2019 | 21,524 |
| | | | **$ 64,442** | | | | **$ 64,442** |