# EXHIBIT A

**ORTHO PEDIATRICS CORP**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33013 | $ 43,567 | 12/26/1901 | 2059030 | 1/16/2019 | $ 28 |
| St. Christopher's Healthcare, LLC | | | | | 2059031 | 1/16/2019 | 56 |
| St. Christopher's Healthcare, LLC | | | | | 2059061 | 1/16/2019 | 642 |
| St. Christopher's Healthcare, LLC | Check | 33176 | 43,573 | 3/6/1968 | 2059073 | 1/17/2019 | 24,554 |
| St. Christopher's Healthcare, LLC | | | | | 2059088 | 1/17/2019 | 349 |
| St. Christopher's Healthcare, LLC | Check | 33980 | 43,588 | 10/3/2022 | 2058235 | 12/21/2018 | 1,640 |
| St. Christopher's Healthcare, LLC | | | | | 2059145 | 1/18/2019 | 1,597 |
| St. Christopher's Healthcare, LLC | | | | | 2059166 | 1/21/2019 | 38,382 |
| St. Christopher's Healthcare, LLC | | | | | 2059186 | 1/21/2019 | 1,423 |
| St. Christopher's Healthcare, LLC | | | | | 2059231 | 1/22/2019 | 399 |
| St. Christopher's Healthcare, LLC | | | | | 2059317 | 1/24/2019 | 1,047 |
| St. Christopher's Healthcare, LLC | | | | | 2059318 | 1/24/2019 | 349 |
| St. Christopher's Healthcare, LLC | Check | 34537 | 43,600 | 8/14/1935 | 2057806 | 12/11/2018 | 5,134 |
| St. Christopher's Healthcare, LLC | | | | | 2059387 | 1/25/2019 | 3,742 |
| St. Christopher's Healthcare, LLC | | | | | 2059447 | 1/28/2019 | 846 |
| St. Christopher's Healthcare, LLC | | | | | 2059697 | 1/31/2019 | 3,288 |
| St. Christopher's Healthcare, LLC | Check | 35336 | 43,622 | 8/18/2141 | 2059720 | 7/19/2021 | 1,457 |
| St. Christopher's Healthcare, LLC | | | | | 2059731 | 7/19/2021 | 2,181 |
| St. Christopher's Healthcare, LLC | | | | | 2059743 | 7/19/2021 | 2,209 |
| St. Christopher's Healthcare, LLC | | | | | 2059758 | 7/19/2021 | 639 |
| St. Christopher's Healthcare, LLC | | | | | 2059811 | 7/19/2021 | 342 |
| St. Christopher's Healthcare, LLC | | | | | 2059828 | 7/19/2021 | 958 |
| St. Christopher's Healthcare, LLC | | | | | 2059917 | 11/19/2021 | 19,346 |
| St. Christopher's Healthcare, LLC | | | | | 2059942 | 12/19/2021 | 2,281 |
| St. Christopher's Healthcare, LLC | | | | | 2059947 | 12/19/2021 | 2,281 |
| St. Christopher's Healthcare, LLC | | | | | 2060397 | 2/25/2019 | 2,281 |
| St. Christopher's Healthcare, LLC | | | | | 2060410 | 2/25/2019 | 3,448 |
| St. Christopher's Healthcare, LLC | | | | | 2060416 | 2/25/2019 | 399 |
| St. Christopher's Healthcare, LLC | | | | | 2060439 | 2/26/2019 | 48,834 |
| St. Christopher's Healthcare, LLC | | | | | 2060492 | 2/27/2019 | 677 |
| St. Christopher's Healthcare, LLC | | | | | 2060591 | 2/28/2019 | 922 |
| | | | $ 171,731 | | | | $ 171,731 |