Exhibit A

**ACKERS HARDWARE INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 34402 | 4,749 | 5/20/2019 | 1901022101 | 1/25/2019 | 116 |
| Center City Healthcare, LLC | Check | | | | 1901022103 | 1/25/2019 | 1,367 |
| Center City Healthcare, LLC | Check | | | | 1901022105 | 1/25/2019 | 1,233 |
| Center City Healthcare, LLC | Check | | | | 1902022824 | 2/1/2019 | 217 |
| Center City Healthcare, LLC | Check | | | | 1902022825 | 2/1/2019 | 1,208 |
| Center City Healthcare, LLC | Check | | | | 1902023612 | 2/8/2019 | 297 |
| Center City Healthcare, LLC | Check | | | | 1902023614 | 2/8/2019 | 311 |
| | | | | | | | |
| St. Christopher's Healthcare, LLC | Check | 33682 | 472 | 4/30/2019 | 1902024357 | 2/15/2019 | 472 |
| | | | | | | | |
| St. Christopher's Healthcare, LLC | Check | 35484 | 572 | 6/17/2019 | 1904031124 | 4/12/2019 | 572 |
| | | | | | | | |
| Center City Healthcare, LLC | Wire | WT Fed#02932 /Bnf=Ackers Hardware | 21,283 | 5/20/2019 | 1902023615 | 2/8/2019 | 644 |
| Center City Healthcare, LLC | Wire | | | | 1902023646 | 2/8/2019 | 1,480 |
| Center City Healthcare, LLC | Wire | | | | 1902024359 | 2/15/2019 | 1,662 |
| Center City Healthcare, LLC | Wire | | | | 1902024361 | 2/15/2019 | 76 |
| Center City Healthcare, LLC | Wire | | | | 1902024362 | 2/15/2019 | 254 |
| Center City Healthcare, LLC | Wire | | | | 1902024758 | 2/18/2019 | 1,147 |
| Center City Healthcare, LLC | Wire | | | | 1902025151 | 2/22/2019 | 1,189 |
| Center City Healthcare, LLC | Wire | | | | 1902025519 | 2/25/2019 | 1,107 |
| Center City Healthcare, LLC | Wire | | | | 1903025852 | 3/1/2019 | 1,689 |
| Center City Healthcare, LLC | Wire | | | | 1903026626 | 3/8/2019 | 400 |
| Center City Healthcare, LLC | Wire | | | | 1903026627 | 3/8/2019 | 1,186 |
| Center City Healthcare, LLC | Wire | | | | 1903026628 | 3/8/2019 | 1,106 |
| Center City Healthcare, LLC | Wire | | | | 1903027365 | 3/15/2019 | 678 |
| Center City Healthcare, LLC | Wire | | | | 1903027366 | 3/15/2019 | 392 |
| Center City Healthcare, LLC | Wire | | | | 1903028165 | 3/22/2019 | 1,148 |
| Center City Healthcare, LLC | Wire | | | | 1903028827 | 3/27/2019 | 1,354 |
| Center City Healthcare, LLC | Wire | | | | 1904030009 | 4/5/2019 | 2,121 |
| Center City Healthcare, LLC | Wire | | | | 1904031110 | 4/12/2019 | 955 |
| Center City Healthcare, LLC | Wire | | | | 1904031114 | 4/12/2019 | 404 |
| Center City Healthcare, LLC | Wire | | | | 1811012111 | 11/8/2018 | 937 |
| Center City Healthcare, LLC | Wire | | | | 1901021762 | 1/22/2019 | 1,356 |
| | | | **$ 27,076** | | | | **$ 27,076** |