# Exhibit A

**SANOFI PASTEUR INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| TPS V of PA, LLC | Check | 32604 | $ 51,556 | 4/1/2019 | 911597700 | 11/8/2018 | 14,590 |
| TPS V of PA, LLC | | | | | 911598277 | 11/8/2018 | 5,429 |
| TPS V of PA, LLC | | | | | 911671477 | 11/20/2018 | 12,581 |
| TPS V of PA, LLC | | | | | 911696171 | 11/27/2018 | 12,045 |
| TPS V of PA, LLC | | | | | 911751941 | 12/4/2018 | 6,912 |
| TPS V of PA, LLC | Check | 33192 | $ 4,592 | 4/24/2019 | 911915987 | 1/22/2019 | 4,592 |
| TPS V of PA, LLC | Check | 33770 | 12,423 | 4/30/2019 | 911799317 | 12/17/2018 | 12,423 |
| TPS V of PA, LLC | Check | 34561 | 16,581 | 5/20/2019 | 912100498 | 3/19/2019 | 15,902 |
| TPS V of PA, LLC | | | | | 912030404 | 2/27/2019 | 339 |
| TPS V of PA, LLC | | | | | 912070259 | 3/11/2019 | 339 |
| TPS V of PA, LLC | Check | 34856 | 30,920 | 5/28/2019 | 912107292 | 3/20/2019 | 6,082 |
| TPS V of PA, LLC | | | | | 911878407 | 1/14/2019 | 4,280 |
| TPS V of PA, LLC | | | | | 911932833 | 1/29/2019 | 3,817 |
| TPS V of PA, LLC | | | | | 911991823 | 2/18/2019 | 8,404 |
| TPS V of PA, LLC | | | | | 912066956 | 3/11/2019 | 8,337 |
| | | | $ 116,072 | | | | $ 116,072 |

SANOFI PASTEUR INC