# Exhibit A

**WOJDAK, SR & ASSOC INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Wire | FED#0625I1B7033R014367 | $ 48,600 | 6/25/2019 | 38299 | 12/31/2018 | 16,200 |
|  |  |  |  |  | 38363 | 4/2/2019 | 16,200 |
|  |  |  |  |  | 38462 | 5/1/2019 | 16,200 |
|  |  |  | **$ 48,600** |  |  |  | **$ 48,600** |