Exhibit A

**SUMMARY OF SIEMENS**
**STATEMENTS OF ACCOUNT**

| Vendor | Debtor | Invoice Amount  ($) |
|---|---|---|
| Siemens Industry Inc | St. Christopher's Healthcare, LLC | 68,186 |
| Siemens Healthcare Diagnotics | St Christopher's Healthcare, LLC | 23,073 |
| Siemens Medical Systems Inc | Center City Healthcare, LLC | 59,975 |
| | Total | $         151,234 |

Exhibit B

**SIEMENS INDUSTRY INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 32851 | 242 | 4/10/2019 | 5445219649 | 10/30/2018 | 242 |
| St. Christopher's Healthcare, LLC | Check | 34859 | 63,320 | 5/28/2019 | 5445351530 | 1/1/2019 | 63,320 |
| St. Christopher's Healthcare, LLC | Check | 35609 | 4,625 | 6/17/2019 | 5444597550 | 3/14/2019 | 735 |
| St. Christopher's Healthcare, LLC | | | | | 5445441904 | 3/14/2019 | 3,890 |
| | | | **$  68,186** | | | | **$  68,186** |

Exhibit C

**SIEMENS HEALTHCARE DIAGNOSTICS**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33034 | $  5,931 | 4/19/2019 | 975867544 | 2/5/2019 | $  911 |
| St. Christopher's Healthcare, LLC | | | | | 975870190 | 2/6/2019 | 1,420 |
| St. Christopher's Healthcare, LLC | | | | | 975875481 | 2/8/2019 | 1,064 |
| St. Christopher's Healthcare, LLC | | | | | 975882522 | 2/13/2019 | 2,537 |
| | | | | | | | |
| St. Christopher's Healthcare, LLC | Check | 35360 | 13,195 | 5/31/2019 | 952018692 | 3/28/2019 | 434 |
| St. Christopher's Healthcare, LLC | | | | | 975935655 | 3/15/2019 | 1,561 |
| St. Christopher's Healthcare, LLC | | | | | 975937929 | 3/19/2019 | 1,717 |
| St. Christopher's Healthcare, LLC | | | | | 975947321 | 3/26/2019 | 683 |
| St. Christopher's Healthcare, LLC | | | | | 975947323 | 3/26/2019 | 1,172 |
| St. Christopher's Healthcare, LLC | | | | | 975947324 | 3/26/2019 | 683 |
| St. Christopher's Healthcare, LLC | | | | | 975947325 | 3/26/2019 | 225 |
| St. Christopher's Healthcare, LLC | | | | | 975947326 | 3/26/2019 | 5,251 |
| St. Christopher's Healthcare, LLC | | | | | 975947327 | 3/26/2019 | 191 |
| St. Christopher's Healthcare, LLC | | | | | 975951250 | 3/26/2019 | 683 |
| St. Christopher's Healthcare, LLC | | | | | 975952603 | 3/27/2019 | 595 |
| | | | | | | | |
| St. Christopher's Healthcare, LLC | Check | 35608 | 3,947 | 6/18/2019 | 975983377 | 4/15/2019 | 863 |
| St. Christopher's Healthcare, LLC | | | | | 975985458 | 4/16/2019 | 3,084 |
| | | | $  23,073 | | | | $  23,073 |

Exhibit D

**SIEMENS MEDICAL SYSTEMS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|--------|------|--------------------|-------------|------------|----------------|--------------|--------------------|
| Center City Healthcare, LLC | Check | 34053 | $ 59,975 | 5/8/2019 | 115687727 | 12/11/2018 | 1,877 |
| Center City Healthcare, LLC | | | | | 115713127 | 2/11/2019 | 1,877 |
| Center City Healthcare, LLC | | | | | 200942218 | 11/20/2018 | 20,284 |
| Center City Healthcare, LLC | | | | | 200945838 | 11/29/2018 | 2,657 |
| Center City Healthcare, LLC | | | | | 200951353 | 12/10/2018 | 5,184 |
| Center City Healthcare, LLC | | | | | 200953690 | 12/14/2018 | 13,610 |
| Center City Healthcare, LLC | | | | | 200960399 | 12/31/2018 | 648 |
| Center City Healthcare, LLC | | | | | 200963484 | 1/8/2019 | 1,674 |
| Center City Healthcare, LLC | | | | | 200970778 | 1/21/2019 | 1,023 |
| Center City Healthcare, LLC | | | | | 200971208 | 1/22/2019 | 2,333 |
| Center City Healthcare, LLC | | | | | 200977904 | 2/2/2019 | 2,141 |
| Center City Healthcare, LLC | | | | | 200978385 | 2/3/2019 | 4,723 |
| Center City Healthcare, LLC | | | | | 200982761 | 2/12/2019 | 1,944 |
| | | | $ 59,975 | | | | $ 59,975 |