# Exhibit A

**STERILMED INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32383 | 30,129 | 4/1/2019 | PXIV082300 | 9/28/2018 | 12,439 |
| Center City Healthcare, LLC | | | | | SL124488 | 1/25/2018 | 1,680 |
| Center City Healthcare, LLC | | | | | SL130157 | 9/14/2018 | 1,024 |
| Center City Healthcare, LLC | | | | | SL131101 | 10/29/2018 | 1,706 |
| Center City Healthcare, LLC | | | | | SL131152 | 10/31/2018 | 683 |
| Center City Healthcare, LLC | | | | | SL131239 | 11/2/2018 | 1,024 |
| Center City Healthcare, LLC | | | | | SL131266 | 11/5/2018 | 683 |
| Center City Healthcare, LLC | | | | | SL131310 | 11/8/2018 | 863 |
| Center City Healthcare, LLC | | | | | SL131312 | 11/8/2018 | 1,024 |
| Center City Healthcare, LLC | | | | | SL131344 | 11/8/2018 | 683 |
| Center City Healthcare, LLC | | | | | SL131586 | 11/20/2018 | 683 |
| Center City Healthcare, LLC | | | | | SL131668 | 11/22/2018 | 1,706 |
| Center City Healthcare, LLC | | | | | SL131832 | 11/30/2018 | 1,024 |
| Center City Healthcare, LLC | | | | | SN013227 | 11/13/2018 | 154 |
| Center City Healthcare, LLC | | | | | SN013234 | 11/14/2018 | 154 |
| Center City Healthcare, LLC | | | | | 1368047 | 4/25/2018 | 1,622 |
| Center City Healthcare, LLC | | | | | 1377456 | 10/15/2018 | 112 |
| Center City Healthcare, LLC | | | | | 1378557 | 11/2/2018 | 412 |
| Center City Healthcare, LLC | | | | | 1379475 | 11/20/2018 | 121 |
| Center City Healthcare, LLC | | | | | 1379764 | 11/23/2018 | 542 |
| Center City Healthcare, LLC | | | | | 1380007 | 11/30/2018 | 1,793 |
| Center City Healthcare, LLC | Check | 32859 | 13,714 | 4/9/2019 | PXIV082838 | 12/14/2018 | 8,139 |
| Center City Healthcare, LLC | | | | | SL131910 | 12/5/2018 | 1,706 |
| Center City Healthcare, LLC | | | | | SL132074 | 12/11/2018 | 683 |
| Center City Healthcare, LLC | | | | | SL132121 | 12/13/2018 | 683 |
| Center City Healthcare, LLC | | | | | SL132178 | 12/14/2018 | 1,024 |
| Center City Healthcare, LLC | | | | | 1380888 | 12/14/2018 | 1,480 |
| St. Christopher's Healthcare, LLC | | 34013 | 264 | 5/6/2019 | SL131761 | 11/28/2018 | 88 |
| St. Christopher's Healthcare, LLC | | | | | SL132777 | 1/11/2019 | 88 |
| St. Christopher's Healthcare, LLC | | | | | SL132984 | 1/22/2019 | 88 |
| Center City Healthcare, LLC | | 34569 | 683 | 5/20/2019 | SL133504 | 2/14/2019 | 683 |
| Center City Healthcare, LLC | | 34865 | 122 | 5/28/2019 | 1387100 | 4/8/2019 | 122 |
| Center City Healthcare, LLC | | 35964 | 67,157 | 6/18/2019 | PXIV081389 | 5/11/2018 | 4,108 |
| Center City Healthcare, LLC | | | | | PXIV082636 | 11/16/2018 | 3,976 |
| Center City Healthcare, LLC | | | | | PXIV083103 | 1/25/2019 | 7,388 |
| Center City Healthcare, LLC | | | | | SL126054 | 3/29/2018 | 672 |
| Center City Healthcare, LLC | | | | | SL126172 | 4/3/2018 | 672 |
| Center City Healthcare, LLC | | | | | SL126509 | 4/17/2018 | 1,008 |
| Center City Healthcare, LLC | | | | | SL126790 | 4/27/2018 | 672 |
| Center City Healthcare, LLC | | | | | SL126933 | 5/3/2018 | 672 |
| Center City Healthcare, LLC | | | | | SL127028 | 5/7/2018 | 1,008 |
| Center City Healthcare, LLC | | | | | SL127118 | 5/10/2018 | 1,680 |
| Center City Healthcare, LLC | | | | | SL127580A | 5/28/2018 | 504 |
| Center City Healthcare, LLC | | | | | SL130016 | 9/10/2018 | 683 |
| Center City Healthcare, LLC | | | | | SL130668 | 10/10/2018 | 1,024 |
| Center City Healthcare, LLC | | | | | SL131007 | 10/24/2018 | 1,024 |
| Center City Healthcare, LLC | | | | | SL131540 | 11/16/2018 | 1,024 |
| Center City Healthcare, LLC | | | | | SL132289 | 12/20/2018 | 683 |
| Center City Healthcare, LLC | | | | | SL132445 | 12/28/2018 | 1,024 |
| Center City Healthcare, LLC | | | | | SL132514 | 12/31/2018 | 1,024 |
| Center City Healthcare, LLC | | | | | SL132549 | 1/1/2019 | 429 |
| Center City Healthcare, LLC | | | | | SL132550 | 1/1/2019 | 683 |
| Center City Healthcare, LLC | | | | | SL132653 | 1/7/2019 | 1,024 |
| Center City Healthcare, LLC | | | | | SL132692 | 1/8/2019 | 434 |
| Center City Healthcare, LLC | | | | | SL132702 | 1/8/2019 | 1,024 |
| Center City Healthcare, LLC | | | | | SL132745 | 1/10/2019 | 1,370 |
| Center City Healthcare, LLC | | | | | SL132862 | 1/16/2019 | 683 |
| Center City Healthcare, LLC | | | | | SL132932 | 1/18/2019 | 1,024 |
| Center City Healthcare, LLC | | | | | SL133002 | 1/22/2019 | 683 |
| Center City Healthcare, LLC | | | | | SL133105 | 1/25/2019 | 1,024 |
| Center City Healthcare, LLC | | | | | SL133149 | 1/29/2019 | 683 |
| Center City Healthcare, LLC | | | | | SL133249 | 2/1/2019 | 1,024 |

**STERILMED INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | | | | SL133287 | 2/5/2019 | 683 |
| Center City Healthcare, LLC | | | | | SL133402 | 2/8/2019 | 683 |
| Center City Healthcare, LLC | | | | | SL133459 | 2/12/2019 | 1,024 |
| Center City Healthcare, LLC | | | | | SL133572 | 2/18/2019 | 1,024 |
| Center City Healthcare, LLC | | | | | SL133609 | 2/19/2019 | 683 |
| Center City Healthcare, LLC | | | | | SL133654 | 2/22/2019 | 683 |
| Center City Healthcare, LLC | | | | | SL133700 | 2/22/2019 | 1,024 |
| Center City Healthcare, LLC | | | | | SL133786 | 2/27/2019 | 1,024 |
| Center City Healthcare, LLC | | | | | SL133875 | 3/4/2019 | 1,706 |
| Center City Healthcare, LLC | | | | | SL133950 | 3/7/2019 | 682 |
| Center City Healthcare, LLC | | | | | SL134006 | 3/8/2019 | 1,024 |
| Center City Healthcare, LLC | | | | | SL134087 | 3/13/2019 | 1,706 |
| Center City Healthcare, LLC | | | | | SL134190 | 3/18/2019 | 1,024 |
| Center City Healthcare, LLC | | | | | 43486 | 10/19/1902 | 1,024 |
| Center City Healthcare, LLC | | | | | SN012584 | 5/1/2018 | 150 |
| Center City Healthcare, LLC | | | | | SN012805 | 7/3/2018 | 150 |
| Center City Healthcare, LLC | | | | | 43160 | 6/12/1900 | 165 |
| Center City Healthcare, LLC | | | | | 1375825 | 9/14/2018 | 1,170 |
| Center City Healthcare, LLC | | | | | 1379009A | 11/8/2018 | 232 |
| Center City Healthcare, LLC | | | | | 1379347 | 11/16/2018 | 1,520 |
| Center City Healthcare, LLC | | | | | 1380124 | 11/29/2018 | 570 |
| Center City Healthcare, LLC | | | | | 1381305 | 12/21/2018 | 3,283 |
| Center City Healthcare, LLC | | | | | 1381558 | 12/28/2018 | 121 |
| Center City Healthcare, LLC | | | | | 1381611 | 12/28/2018 | 117 |
| Center City Healthcare, LLC | | | | | 1382034 | 1/7/2019 | 1,089 |
| Center City Healthcare, LLC | | | | | 1382283 | 1/11/2019 | 570 |
| Center City Healthcare, LLC | | | | | 1382376 | 1/14/2019 | 203 |
| Center City Healthcare, LLC | | | | | 1383221 | 1/29/2019 | 683 |
| Center City Healthcare, LLC | | | | | 1383315 | 1/31/2019 | 174 |
| Center City Healthcare, LLC | | | | | 1383429 | 2/1/2019 | 174 |
| Center City Healthcare, LLC | | | | | 1383438 | 2/1/2019 | 244 |
| Center City Healthcare, LLC | | | | | 1384651 | 2/22/2019 | 86 |
| Center City Healthcare, LLC | | | | | 1384657 | 2/22/2019 | 37 |
| Center City Healthcare, LLC | | | | | 1384958 | 2/28/2019 | 1,146 |
| Center City Healthcare, LLC | | | | | 1385173 | 3/4/2019 | 1,170 |
| Center City Healthcare, LLC | | | | | 1385825 | 3/15/2019 | 1,184 |
| | | | $ 112,069 | | | | $ 112,069 |