**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC, *et al.*, | : | Case No. 19-11466 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| _____ | : | |
| | : | |
| CENTER CITY HEALTHCARE, LLC, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC, PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC, HPS OF PA, L.L.C., SCHC PEDIATRIC ASSOCIATES, L.L.C., ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C., SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C., STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C., TPS OF PA, L.L.C., TPS II OF PA, L.L.C., TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C. and TPS V OF PA, L.L.C., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. Pro. No. _____ |
| | : | |
| MBNF INVESTMENTS, LLC, AMERICAN ACADEMIC HEALTH SYSTEM, LLC, PHILADELPHIA ACADEMIC HEALTH HOLDINGS, LLC, FRONT STREET HEALTHCARE PROPERTIES, LLC, FRONT STREET HEALTHCARE PROPERTIES II, LLC, BROAD STREET HEALTHCARE PROPERTIES, LLC, BROAD STREET HEALTHCARE PROPERTIES II, LLC BROAD STREET HEALTHCARE PROPERTIES III, LLC, PHILADELPHIA ACADEMIC RISK RETENTION GROUP, LLC, PALADIN HEALTHCARE CAPITAL, LLC, JOEL FREEDMAN, STELLA FREEDMAN, SVETLANA ATTESTATOVA, and KYLE SCHMIDT, | : | |
| | : | |
| Defendants. | : | |

## COMPLAINT

# THIS COMPLAINT AND ALL

# EXHIBITS ARE FILED UNDER SEAL

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

- and –

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

- and –

Joseph F. Odea
Alexander R. Bilus
Patrick M. Hromisin
(Admissions *pro hac vice* to be filed)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
joseph.odea@saul.com
alexander.bilus@saul.com
patrick.hromisin@saul.com

*Counsel for the Plaintiffs*

Dated: June 29, 2021