# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC , PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC, HPS OF PA, L.L.C., SCHC PEDIATRIC ASSOCIATES, L.L.C., ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C., SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C., STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C., TPS OF PA, L.L.C., TPS II OF PA, L.L.C., TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C. AND TPS V OF PA, L.L.C.,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRISON STREET REAL ESTATE, LLC, HSRE VI HOLDING, LLC, HSRE-PAHH IA, LLC, HSRE-PAHH I, LLC, PAHH NEW COLLEGE MOB, LLC, PAHH BELLET MOB, LLC, PAHH BROAD STREET MOB, LLC, PAHH FEINSTEIN MOB, LLC, PAHH WOOD STREET GARAGE, LLC, PAHH ERIE STREET GARAGE, LLC, and CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>    Defendants. | Adv. Proc. No. 21-_____ (MFW) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**COMPLAINT**

# THIS COMPLAINT AND ALL

# EXHIBITS ARE FILED UNDER SEAL

Dated: June 29, 2021                 **SAUL EWING ARNSTEIN & LEHR LLP**

By:     */s/ John D. Demmy*
         Mark Minuti (DE Bar No. 2659)
         John D. Demmy (DE Bar No. 2802)
         Monique B. DiSabatino (DE Bar No. 6027)
         1201 N. Market Street, Suite 2300
         P.O. Box 1266
         Wilmington, DE  19899
         Telephone: (302) 421-6800
         Fax: (302) 421-5873
         mark.minuti@saul.com
         john.demmy@saul.com
         monique.disabatino@saul.com

                 -and-

         Jeffrey C. Hampton
         Adam H. Isenberg
         Jorge Garcia
         Centre Square West
         1500 Market Street, 38th Floor
         Philadelphia, PA 19102
         Telephone: (215) 972-7777
         Fax: (215) 972-7725
         jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         jorge.garcia@saul.com

         *Counsel for the Plaintiffs*