# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: ECF No. 424 |

**SECOND SUPPLEMENTAL DECLARATION OF ANDREW H. SHERMAN REGARDING APPLICATION TO RETAIN AND EMPLOY SILLS CUMMIS & GROSS P.C. AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *ET AL. NUNC PRO TUNC* TO JULY 15, 2019**

Andrew H. Sherman makes this declaration (the "Second Supplemental Declaration") pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law and Member of the law firm Sills Cummis & Gross P.C. ("Sills"). I submit this Second Supplemental Declaration regarding the application to retain and employ Sills as attorneys for the Committee *nunc pro tunc* to July 15, 2019 [D.I. 424] (the "Application").[2]

2. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon completion of further review by Sills or as additional information becomes available, a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

7997156

supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3. I update the disclosures set forth in my initial declaration in support of the Application, dated August 9, 2019 [D.I. 424-3] and my supplemental declaration in support of the Application, dated December 23, 2019 [D.I. 1239] as follows:

(A) An attorney at Sills is married to an employee of Capital One, N.A. ("Capital One"), which employee is not involved with Capital One's real estate lending. Upon information and belief, in connection with these chapter 11 cases, Capital One is (i) the agent for a syndicated loan made to HSREP VI Holding, LLC and/or certain affiliates ("HSRE")[3] in connection with HSRE's acquisition of certain real property, (ii) a purported secured party in its capacity as agent, and (iii) a party against whom the Debtors' estates have asserted certain claims and causes of action.

(B) One of the Debtors' independent managers, Michael Jacoby, is the representative of PNC Bank, National Association in its capacity as a member of the Liquidating Trust Committee in Hollister Construction Services, LLC's chapter 11 case (Case No. 19-27439 (MBK) Bankr. D.N.J.) ("Hollister"). Sills represents Hollister as special litigation counsel to investigate and pursue potential accounting malpractice and related claims and causes of action.

4. Sills does not believe the foregoing disclosures present any conflicts of interest or affect its status as a disinterested person, but discloses the connections in an abundance of caution.

---

[3] HSRE is an alleged creditor in these chapter 11 cases.

1

7997156

2

5.      I understand that there is a continuing duty to disclose any adverse interest or change in disinterestedness.  Sills will from time to time review its disclosures in these chapter 11 cases, and in the event that additional material connections are discovered, will disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

I certify that, to the best of my knowledge after reasonable inquiry, the foregoing is true and correct.

Dated: June 30, 2021                                        /s/ *Andrew H. Sherman*
       Newark, New Jersey                           Andrew H. Sherman