IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) Related to: D.I. 2400 |
| | ) Hearing Date: July 22, 2021 @ 10:30 a.m. |

**RESPONSE OF DEBTORS TO VICINITY'S MOTION TO
ENFORCE 2019 STIPULATION AS THIRD PARTY BENEFICIARY**

The debtors and debtors-in-possession (the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), by and through their undersigned counsel, respectfully submit this Response to Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary (the "**Vicinity Motion**") as follows:

1.  The Vicinity Motion does not seek relief from the Debtors. Instead, it seeks payment only from non-Debtor entities – PAHH Feinstein MOB LLC and/or Broad Street Healthcare Properties, LLC. Nevertheless, because the motion relates to issues that involve the Debtors' bankruptcy estates, the Debtors submit the within response in order to provide context to the Court in its consideration of the motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, PA 19102.

**Background**

2. On June 30 and July 1, 2019 (collectively, the "**Petition Date**"), each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Chapter 11 Cases.

3. As of the Petition Date, the Debtors' cases included, among other entities, two major hospitals in Philadelphia: Hahnemann University Hospital ("**HUH**") and St. Christopher's Hospital for Children ("**STC**"). During the course of these cases, the Debtors implemented an orderly closure of Hahnemann, and sold STC to STC OpCo, LLC.

**The Master Leases**

4. As of the Petition Date, HUH's campus in Center City, Philadelphia included the buildings in the square block bounded by Broad Street and 15th Street (to the east and west) and between Race Street and Vine Street (to the south and north). The buildings within this square block include what are generally known as the "Feinstein," "Bobst" and "New College" buildings, in addition to HUH and certain other properties.

5. Although its hospital facility (STC) was located approximately five miles away, St. Christopher's Healthcare, LLC ("**SCHC**"), a Debtor herein, leased these buildings through so-called "master leases" (the "**Master Leases**") with non-debtor "Master Landlords" (the "**Master Landlords**"). The Master Landlords are subsidiaries of HSRE-PAHH I, LLC.[2]

---

[2] The majority owner of HSRE-PAHH I, LLC is a subsidiary or affiliate of Harrison Street Real Estate, LLC ("**HSRE**"). The minority owner is an entity owned and controlled by Joel Freedman, the ultimate owner of the Debtors.

6.      The Master Landlords include PAHH Feinstein MOB, LLC (the lessor of the Feinstein and Bobst buildings) and PAHH New College MOB, LLC (the lessor of the New College Building). SCHC also leased, from other Master Landlords, two additional Center City buildings that were physically close to HUH. These buildings are known as the "Bellet Building" and "231 North Broad Street." SCHC leased these buildings (again, through master leases) from Master Lessors PAHH Bellet MOB, LLC (the lessor of the Bellet Building) and PAHH Broad Street MOB, LLC (the lessor of 231 North Broad Street).

7.      The Feinstein, Bobst, New College and Bellet Buildings, and 231 North Broad Street, are collectively referred to herein as the "**HSRE Buildings.**"

8.      SCHC also leased a nearby parking garage, referred to as the Wood Street Garage, from another Master Lessor, PAHH Wood Street Garage MOB, LLC.[3]

### The HSRE Stipulation

9.      By Stipulation approved by the Court on November 25, 2019 [ECF 1057] (the "**HSRE Stipulation**"), SCHC rejected each of its Master Leases for the HSRE Buildings, as well as its Master Lease of the Wood Street Garage. The effective date of the rejection was November 15, 2019.

10.     Under the terms of the HSRE Stipulation, and among other things, the Master Landlords were given an allowed administrative claim of $2.6 million on account of unpaid post-petition rent. The Stipulation also contained the following provision:

> The Master Landlords shall commence payment of all utility services for the Center City Campus comprising the land and improvements owned by Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC and the

---

[3] SCHC also leased another parking garage, known as the "Erie Street Garage," from a Master Lessor (PAHH Erie Street Garage, LLC). Unlike the other properties it leased from the Master Landlords, the Erie Street Garage was located on the STC campus in North Philadelphia.

> Master Landlords beginning for service after November 15, 2019. The allocation for such utilities shall be as agreed by the Debtors and the Master Landlords and/or the Master Landlord's agent, in good faith.

*HSRE Stipulation*, at ¶ 10.

11. The foregoing requirement that the Master Landlords pay for utility services to the entire campus was based on the shared nature of certain utility service to the HUH campus. That is, for example, some or all of the HUH campus was serviced by shared water or steam lines. Exclusive of cost (which was considerable), this was not an issue prior to the rejection of the Master Leases; because each Master Lease was "triple net," the Debtors were obligated to pay all of the applicable costs. Once the Master Leases were rejected, however, the Master Landlords had no assurance that the utility bills for their properties would be paid.

12. Upon information and belief, the Master Landlords required the above-cited provision to be included in the HSRE Stipulation so that, subsequent to the rejection of the Master Leases, they could ensure that there would be no interruption in utility service to their properties as a result of potential non-payment of shared utility bills.

13. Pursuant to the HSRE Stipulation, the Master Landlords are responsible for paying the utility services in the first instance, with later allocation among the Debtors and the Master Landlords to occur through good faith negotiations among the Debtors and the Master Landlords.

14. The Debtors note that they have made good faith efforts to resolve certain disputes with the Master Landlords regarding the allocation of utilities and other shared expenses incurred after November 15, 2019. As of the date hereof, certain of these disputes remain unresolved.

15. The foregoing circumstances may be relevant to the Court's consideration of the Vicinity Motion and the issue of whether Vicinity was, or was not, an intended third party beneficiary of the HSRE Stipulation.

**Reservation**

16. The Debtors reserve all rights regarding this and related matters.

Dated: July 2, 2021                                             **SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Mark Minuti*
      Mark Minuti (DE Bar No. 2659)
      Monique B. DiSabatino (DE Bar No. 6027)
      1201 N. Market Street, Suite 2300
      P.O. Box 1266
      Wilmington, DE  19899
      Telephone: (302) 421-6800
      Fax: (302) 421-5873
      mark.minuti@saul.com
      monique.disabatino@saul.com

                    -and-

      Jeffrey C. Hampton
      Adam H. Isenberg
      Centre Square West
      1500 Market Street, 38th Floor
      Philadelphia, PA 19102
      Telephone: (215) 972-7777
      Fax: (215) 972-7725
      jeffrey.hampton@saul.com
      adam.isenberg@saul.com

      *Counsel for Debtors and Debtors in Possession*