**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket No. 2543 |

**MOTION FOR ENTRY OF AN ORDER AUTHORIZING**
**MBNF NON-DEBTOR ENTITIES TO FILE UNDER SEAL THE MBNF NON-DEBTOR**
**ENTITIES' MOTION TO APPOINT A CHAPTER 11 TRUSTEE**

The MBNF Non-Debtor Entities[2] as the equity holders of the Debtors and one of the largest creditors, by and through their undersigned counsel, hereby file this motion (the "**Motion to Seal**") for entry of an order authorizing the MBNF Non-Debtor Entities to file *The MBNF Non-Debtor Entities' Motion to Appoint a Chapter 11 Trustee* [Docket No. 2543] (the "**Trustee Motion**") under seal. In support of the Motion to Seal, the MBNF Non-Debtor Entities respectfully state as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] For purposes of this motion, "**MBNF Non-Debtor Entities**" means Joel Freedman, Stella Freedman, Svetlana Attestatova, Kyle Schmidt, American Academic Health System, LLC, MBNF Investments, LLC, Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, Philadelphia Academic Risk Retention Group, LLC, Paladin Healthcare Capital, LLC, Paladin Healthcare Management, LLC, and Paladin Capital and Global Health Foundation, Inc.

**PRELIMINARY STATEMENT**

1. By this Motion to Seal, the MBNF Non-Debtor Entities seek to safeguard the Mediation Information (as defined below) contained in the Trustee Motion. Specifically, the MBNF Non-Debtor Entities request entry of an order authorizing the MBNF Non-Debtor Entities to (i) file the Trustee Motion under seal in its entirety, and (ii) provide an unredacted version of the Trustee Motion on a confidential basis to: (a) the Debtors; (b) the Court; (c) the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"); (d) the Mediator; (e) counsel to the Official Committee of Unsecured Creditors (the "**Committee**"); and (f) the members of the Committee (solely in their capacity as such).

**BACKGROUND**

2. On June 30, 2019 and July 1, 2019, each of the Debtors commenced a case under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On July 15, 2019, the U.S. Trustee appointed the Committee in the Chapter 11 Cases.

4. Following good faith and arm's length discussions, the Debtors, the Committee, and the MBNF Non-Debtor Entities (together, the "**Mediation Parties**") voluntarily agreed to mediate (the "**Mediation**") certain claims asserted by the Debtors and the Committee against the MBNF Non-Debtor Entities, and certain claims assert by the MBNF Non-Debtor Entities against the Debtors, and on February 23, 2021 the Court entered an order [Docket No. 2119] (the "**Mediation Order**"), directing the Mediation Parties to engage in mediation and appointing the Honorable Kevin J. Carey (ret.) as Mediator. Pursuant to the Mediation Order, the Mediation is

subject to Local Rule 9019-5, including the confidentiality protections set forth in Local Rule 9019-5(d).

5. On June 30, 2021, the MBNF Non-Debtor Entities filed the Trustee Motion.

## JURISDICTION

6. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b). This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

7. Venue of this proceeding and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

8. The statutory basis for the relief requested herein is section 105(a) of the Bankruptcy Code.

## RELIEF REQUESTED

9. By this Motion, the MBNF Non-Debtor Entities, pursuant to section 105(a) of the Bankruptcy Code and Local Rule 9019-5, request entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing the MBNF Non-Debtor Entities to (i) file the Trustee Motion under seal in its entirety, and (ii) provide an unredacted version of the Trustee Motion on a confidential basis to: (a) the Debtors; (b) the Court; (c) the U.S. Trustee; (d) the Mediator; (e) counsel to the Committee; and (f) the members of the Committee (solely in their capacity as such).

## RELIEF REQUESTED SHOULD BE GRANTED

10. Local Rule 9019-5(d) prohibits parties from divulging information disclosed in mediation:

> The mediator and the participants in mediation are prohibited from divulging, outside of the mediation, any oral or written information disclosed by the parties or by witnesses in the course of the mediation.

3

Del. Bankr. L.R. 9019-5(d).

11. Additionally, pursuant to section 105(a) of the Bankruptcy Code, bankruptcy courts have inherent equitable power to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

12. The MBNF Non-Debtor Entities submit that sufficient grounds exist for the Court to grant the relief requested by this Motion to Seal. The Trustee Motion concerns claims at issue in the Mediation and contains information disclosed to the MBNF Non-Debtor Entities during the course of the Mediation (collectively, the "**Mediation Information**"). As noted above, the Mediation Order provides that Local Rule 9019-5, including the confidentiality protections set forth in Local Rule 9019-5(d), applies to the Mediation. Thus, the relief requested herein is consistent with the Mediation Order and the confidentiality protections afforded to the Mediation Parties by Local Rule 9019-5(d).

13. Moreover, the Mediator has asked the MBNF Non-Debtor Entities to seek the relief requested herein in order to maintain the confidentiality of the Mediation Information and to help facilitate continued discussions among the Mediation Parties related to the Mediation and the issues raised by the Trustee Motion. Accordingly, the MBNF Non-Debtor Entities believe that the relief requested by this Motion to Seal will advance the goals of the Mediation and potentially resolve the issues and concerns raised by their Trustee Motion.

14. Further, no party will be prejudiced by permitting the MBNF Non-Debtor Entities to file the Trustee Motion under seal. The Mediator and the Mediation Parties all agree that the Trustee Motion should remain under seal, and the MBNF Non-Debtor Entities have provided an unredacted copy of the Trustee Motion on a confidential basis to: (a) the Debtors; (b) the Court; (c) the U.S. Trustee; (d) counsel to the Committee; and (e) the Mediator. The MBNF Non-Debtor

Entities have also agreed to permit counsel to the Committee to share the unredacted Trustee Motion on a confidential basis with the members of the Committee (solely in their capacity as such). Further, if the MBNF Non-Debtor Entities conclude, in consultation with the Mediator, that sealing the Trustee Motion is no longer beneficial to the Mediation and the Mediation Parties, the MBNF Non-Debtor Entities will file a notice to that effect, along with a redacted version of the Trustee Motion.

15. In light of the foregoing, the MBNF Non-Debtor Entities respectfully submit that sealing is appropriate under the circumstances and request that the Court permit the MBNF Non-Debtor Entities to file the Trustee Motion under seal.

## COMPLIANCE WITH LOCAL RULE 9018-1(d)

16. To the best of the knowledge, information and belief of the undersigned counsel to the MBNF Non-Debtor Entities, the Trustee Motion contains information that is confidential, as contemplated by Local Rule 9018-1(d)(iii). Prior to the filing of this Motion, the undersigned counsel to the MBNF Non-Debtor Entities, the Mediator, counsel to the Committee, and counsel to Debtors conferred in good faith, and the Mediator and counsel to the Debtors have agreed that the Trustee Motion must remain sealed until such time that the Mediator concludes that sealing the Trustee Motion is no longer beneficial to the Mediation and the Mediation Parties. Counsel to the Committee has not agreed with the proposed form of order, but the MBNF Non-Debtor Entities will continue to work with counsel to the Committee to resolve its concerns prior to the hearing on the Motion to Seal.

WHEREFORE the MBNF Non-Debtor Entities respectfully request entry of the Proposed Order granting the relief requested herein, attached hereto as **Exhibit A**, and such other and further relief as the Court may deem just and appropriate.

Dated: July 6, 2021
      Wilmington, Delaware

              */s/ Travis J. Cuomo*
              Mark D. Collins (No. 2981)
              Michael J. Merchant (No. 3854)
              Brendan J. Schlauch (No. 6115)
              Travis J. Cuomo (No. 6501)
              RICHARDS, LAYTON & FINGER, P.A.
              One Rodney Square
              920 North King Street
              Wilmington, Delaware 19801
              Tel:   (302) 651-7700
              Fax:  (302) 651-7701
              Email:  collins@rlf.com
                          merchant@rlf.com
                          schlauch@rlf.com
                          cuomo@rlf.com

              -and-

              Suzzanne Uhland
              Robert Malionek
              LATHAM & WATKINS LLP
              885 Third Avenue
              New York, NY 10022-4834
              (212) 906 1308
              Email:  suzzanne.uhland@lw.com
                          robert.malionek@lw.com

              *Counsel for the MBNF Non-Debtor Entities*

RLF1 25593395v.6