## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due:  July 28, 2021 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

## TWENTY THIRD MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | May 1, 2021 – May 31, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | $95,500.00  (80% of $119,375.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,663.77 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

124303152.1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $895 | 14.2 | $12,709.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $795 | 50.7 | $40,306.50 |
| Charles Falletta | Member, Litigation First Bar Admission: 1996 | $595 | 1.3 | $773.50 |
| Daniel J. Harris | Of Counsel, Bankruptcy First Bar Admission: 2008 | $675 | 1.1 | $742.50 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $650 | 122.4 | $79,560.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $625 | 1.3 | $812.50 |
| **Total Fees at Standard Rates** | | | **191.0** | **$134,904.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **191.0** | **$119,375.00** |

[1] Effective October 1, 2020, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $825 to $895; the hourly rate of Boris Mankovetskiy was increased from $750 to $795; the hourly rate of Rachel Brennan was increased from $595 to $650; and the hourly rate of Gregory Kopacz was increased from $550 to $625.  However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

124303152.1

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 172.5 | $121,326.50 |
| Case Administration (104) | 11.0 | $7,866.00 |
| Claims Administration and Objections (105) | 4.1 | $3,208.50 |
| Fee/Employment Applications (107) | 0.1 | $62.50 |
| Fee/Employment Objections (108) | 0.3 | $187.50 |
| Avoidance Action Litigation (111) | 1.1 | $742.50 |
| Plan and Disclosure Statement (113) | 1.9 | $1,510.50 |
| **Total Fees at Standard Rate** | **191.0** | **$134,904.00** |
| **Total Fees at $625 Blended Rate[1]** | **191.0** | **$119,375.00** |

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Lexis-Nexis | $363.87 |
| Litigation Support Vendors (UnitedLex) | $2,294.22 |
| Telephone Toll Charges | $5.68 |
| **TOTAL** | **$2,663.77** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

124303152.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: July 28, 2021 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**TWENTY THIRD APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Twenty Third Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From May 1, 2021 Through May 31, 2021* (the "Application"), seeking allowance of $95,500.80 (80% of $119,375.00) in fees, *plus* $2,663.77 for reimbursement of actual and necessary expenses, for a total of $98,163.77.

## Background

1.     On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.     On July 15, 2019, the United States Trustee appointed the Official Committee of

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

124303152.1

## Summary of Services by Project

A.    Asset Analysis and Recovery

Fees: $121,326.50;    Total Hours: 172.5

This category includes time spent investigating and pursuing potential claims and causes of action against certain non-debtor affiliates and other parties, including entities affiliated with HSRE, including time spent: (a) reviewing documents produced by the Debtors and the MBNF non-debtor entities in response to discovery requests; (b) conducting related research and analysis; (c) addressing discovery, confidentiality, and other related issues; (d) negotiating the terms of a document production consent order; (e) drafting an NDA in connection with discovery issues; (f) addressing mediation issues, including preparation of a mediation statement, conducting related research and analysis, analyzing the mediation brief submitted by the MBNF non-debtor entities, preparing a response thereto, and conducting related research and analysis; (g) analyzing issues related to complaints against the MBNF non-debtor entities and HSRE; and (h) communicating with Debtors' counsel, the Committee, counsel to the MBNF non-debtor entities, counsel to HSRE, the mediator, and others regarding the foregoing and related issues.

B.    Case Administration

Fees: $7,866.00;    Total Hours: 11.0

This category includes time spent: (a) preparing updates to the Committee members; (b) attending Committee meetings; (c) communicating with Debtors' counsel and creditors regarding pending matters; and (d) analyzing court pleadings and updating the "critical dates" calendar.

C.    Claims Administration and Objection

Fees: $3,208.50;    Total Hours: 4.1

This category includes time spent analyzing claims asserted against the Debtors' estates and stipulations and potential objections related to certain of such claims.

6

    D.       <u>Fee/Employment Applications</u>

        Fees: $62.50;      Total Hours: 0.1

This category includes time spent communicating with the Committee's local counsel

regarding fee application issues.

    E.       <u>Fee/Employment Objections</u>

        Fees: $187.50;     Total Hours: 0.3

This category includes time spent reviewing the Debtors' professionals' fee applications.

    F.       <u>Avoidance Action Litigation</u>

        Fees: $742.50;     Total Hours: 1.1

This category includes time spent communicating with Debtors' counsel regarding

preference demand letters and related issues.

    G.      <u>Plan and Disclosure Statement</u>

        Fees: $1,510.50;    Total Hours: 1.9

This category includes time spent analyzing plan issues.

### <u>Conclusion</u>

    7.      Sills submits that the amounts sought are fair and reasonable given (a) the

complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered,

(d) the value of such services, and (e) the costs of comparable services other than in a case under

this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $95,500.00

(80% of $119,375.00) as compensation, *plus* $2,663.77 for reimbursement of actual and

necessary expenses, for a total of $98,163.77, and that such amounts be authorized for payment.

Dated: July 7, 2021
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
           bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

## **VERIFICATION**

STATE OF NEW JERSEY      )
                                   ) SS:

COUNTY OF MORRIS          )

         Andrew H. Sherman, after being duly sworn according to law, deposes and says:

         a)       I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

         b)       I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

         c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

         d)       I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                        */s/ Andrew H. Sherman*
                                        Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors
of Center City Healthcare LLC d/b/a Hahnemann
Univ. Hosp.
c/o Conifer Health Solutions, Committee Chair
3560 Dallas Parkway
Frisco, TX  75034

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through May 31, 2021

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 05/01/21 | REB | 101 | Research re: preliminary investigation issues. | 5.70 | $3,705.00 |
| 05/03/21 | CJF | 101 | Review e-mail from B. Martin, UnitedLex, regarding upload of production. | 0.10 | $59.50 |
| 05/03/21 | BM | 101 | Analysis regarding Committee standing in connection with D&O causes of action. | 1.10 | $874.50 |
| 05/03/21 | BM | 101 | Analysis regarding discovery requests to HSRE and protective order. | 0.90 | $715.50 |
| 05/03/21 | BM | 101 | Analysis regarding MBNF's supplemental document productions. | 0.80 | $636.00 |
| 05/03/21 | BM | 101 | Analysis regarding Debtors' first batch of preference demands. | 0.60 | $477.00 |
| 05/03/21 | AHS | 101 | Initial review of draft mediation statement. | 2.20 | $1,969.00 |
| 05/03/21 | REB | 101 | Research re: preliminary investigation issues. | 5.80 | $3,770.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Page 2

|          |     |     |                                                                              | HOURS | AMOUNT     |
|----------|-----|-----|------------------------------------------------------------------------------|-------|------------|
| 05/03/21 | REB | 101 | Review and revise HSRE production consent order.                             | 2.10  | $1,365.00  |
| 05/04/21 | CJF | 101 | Analyze issues regarding documents in MBNF Non-Debtor entities' latest production. | 0.20  | $119.00    |
| 05/04/21 | BM  | 101 | Analysis regarding draft mediation statement.                                | 2.10  | $1,669.50  |
| 05/04/21 | BM  | 101 | Analysis regarding proposed protective order with HSRE.                      | 0.80  | $636.00    |
| 05/04/21 | BM  | 101 | Analysis regarding confidentiality restrictions in connection with MBNF mediation. | 0.60  | $477.00    |
| 05/04/21 | AHS | 101 | Further review and revision to draft mediation statement.                    | 1.30  | $1,163.50  |
| 05/04/21 | AHS | 101 | Call with counsel for Debtors re: mediation statement.                       | 0.60  | $537.00    |
| 05/04/21 | REB | 101 | Draft email reply to Debtors re: investigation issues.                       | 1.70  | $1,105.00  |
| 05/04/21 | REB | 101 | Further review of mediation statement.                                       | 1.60  | $1,040.00  |
| 05/04/21 | REB | 101 | Review and comment on mediation statement.                                   | 5.20  | $3,380.00  |
| 05/04/21 | REB | 101 | Review and revise HSRE consent order.                                        | 2.10  | $1,365.00  |
| 05/04/21 | REB | 101 | Call with Debtors re: case updates.                                          | 0.60  | $390.00    |
| 05/05/21 | BM  | 101 | Attend to confidentiality issues in connection with MBNF mediation.          | 0.70  | $556.50    |
| 05/05/21 | BM  | 101 | Analysis and revisions of proposed protective order with HSRE.               | 0.70  | $556.50    |
| 05/05/21 | BM  | 101 | Analysis regarding draft mediation statement.                                | 1.40  | $1,113.00  |
| 05/05/21 | BM  | 101 | Call with Debtors' counsel regarding MBNF mediation.                         | 0.90  | $715.50    |

Sills Cummis & Gross P.C.

Creditors' Committee

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/05/21 | AHS | 101 | Call with counsel for Debtors re: mediation issues and draft mediation statement. | 1.00 | $895.00 |
| 05/05/21 | REB | 101 | Call with Debtors re: mediaiton issues. | 0.90 | $585.00 |
| 05/05/21 | REB | 101 | Review and comment on mediation statement. | 5.30 | $3,445.00 |
| 05/05/21 | REB | 101 | Emails with A. Isenberg re: HSRE consent order. | 0.40 | $260.00 |
| 05/05/21 | REB | 101 | Review documents in connection with mediation statement. | 0.60 | $390.00 |
| 05/06/21 | BM | 101 | Analysis regarding draft mediation statement. | 1.30 | $1,033.50 |
| 05/06/21 | REB | 101 | Review mediation statement. | 1.90 | $1,235.00 |
| 05/06/21 | REB | 101 | Create liability charts and causes of action charts in connection with mediation statement. | 2.40 | $1,560.00 |
| 05/07/21 | CJF | 101 | Review e-mails from debtors' counsel regarding second document production and attend to downloading and processing of same. | 0.70 | $416.50 |
| 05/07/21 | BM | 101 | Analysis regarding mediation statement. | 1.10 | $874.50 |
| 05/07/21 | BM | 101 | Analysis regarding MBNF's document requests to Debtors and response thereto. | 0.60 | $477.00 |
| 05/07/21 | AHS | 101 | Emails with counsel for Debtors re: mediation issues and confidentiality issues. | 0.30 | $268.50 |
| 05/07/21 | AHS | 101 | Review of emails re: discovery materials and mediation issues. | 0.30 | $268.50 |
| 05/07/21 | REB | 101 | Prepare statement for Committee call re: mediation statement update. | 1.30 | $845.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/07/21 | REB | 101 | Review applicable case law and documents in connection with mediation statement. | 3.40 | $2,210.00 |
| 05/09/21 | AHS | 101 | Call with committee member re: mediation issues and follow up re: same. | 0.30 | $268.50 |
| 05/10/21 | BM | 101 | Analysis regarding HSRE's proposed revisions of protective order. | 0.70 | $556.50 |
| 05/10/21 | BM | 101 | Analysis regarding Debtors' second batch of preference demands. | 0.40 | $318.00 |
| 05/10/21 | BM | 101 | Analysis regarding mediation statement. | 1.10 | $874.50 |
| 05/10/21 | REB | 101 | Review and revise HSRE consent order. | 1.30 | $845.00 |
| 05/10/21 | REB | 101 | Review documents produced by MBNF Entities in connection with investigation. | 1.20 | $780.00 |
| 05/10/21 | REB | 101 | Review and comment on revised mediation statement. | 1.10 | $715.00 |
| 05/11/21 | BM | 101 | Analysis regarding potential causes of action against HSRE and related discovery. | 1.10 | $874.50 |
| 05/11/21 | BM | 101 | Analysis regarding revisions of mediation statement. | 1.20 | $954.00 |
| 05/11/21 | AHS | 101 | Review and revise latest version of mediation statement, emails re: same. | 0.80 | $716.00 |
| 05/11/21 | REB | 101 | Review and comment on revised mediation statement. | 2.90 | $1,885.00 |
| 05/11/21 | REB | 101 | Draft email to Debtors re: comments on mediation statement. | 0.70 | $455.00 |
| 05/11/21 | REB | 101 | Revise HSRE consent order. | 0.90 | $585.00 |
| 05/11/21 | REB | 101 | Continue review of mediation statement and email follow up questions to internal team. | 2.10 | $1,365.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/12/21 | CJF | 101 | Prepare search of second level review from debtors' first production of documents and analyze issues regarding same. | 0.30 | $178.50 |
| 05/12/21 | BM | 101 | Analysis and revisions of mediation statement. | 1.30 | $1,033.50 |
| 05/12/21 | BM | 101 | Analysis regarding MBNF's document productions. | 0.80 | $636.00 |
| 05/12/21 | REB | 101 | Review and comment on revised mediation statement. | 1.60 | $1,040.00 |
| 05/12/21 | REB | 101 | Review cases and documents in connection with revised mediation statement. | 4.30 | $2,795.00 |
| 05/13/21 | BM | 101 | Analysis regarding mediation statement. | 0.90 | $715.50 |
| 05/13/21 | BM | 101 | Analysis regarding potential causes of action against HSRE. | 0.80 | $636.00 |
| 05/13/21 | REB | 101 | Review revised mediation statement. | 1.60 | $1,040.00 |
| 05/13/21 | REB | 101 | Review documents produced by Debtors in connection with mediation. | 3.20 | $2,080.00 |
| 05/14/21 | BM | 101 | Analysis regarding final draft of mediation statement. | 0.80 | $636.00 |
| 05/14/21 | REB | 101 | Review documents produced by Debtors in connection with mediation. | 3.40 | $2,210.00 |
| 05/15/21 | REB | 101 | Review MBNF mediation statement. | 2.10 | $1,365.00 |
| 05/16/21 | REB | 101 | Call with Debtors re: mediation updates. | 0.50 | $325.00 |
| 05/17/21 | BM | 101 | Analysis regarding HSRE's proposed revisions of protective order. | 0.60 | $477.00 |
| 05/17/21 | BM | 101 | Analysis regarding Debtors' third batch of preference recovery demands. | 0.40 | $318.00 |
| 05/17/21 | BM | 101 | Analysis regarding potential claims against HSRE. | 0.80 | $636.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/17/21 | REB | 101 | Review and comment on email from HSRE re: protective order. | 1.30 | $845.00 |
| 05/17/21 | REB | 101 | Research re: reply to MBNF mediation brief. | 2.20 | $1,430.00 |
| 05/18/21 | BM | 101 | Analysis regarding draft NDA with insurance carriers. | 1.20 | $954.00 |
| 05/18/21 | BM | 101 | Analysis of issues regarding mediation with MBNF. | 0.90 | $715.50 |
| 05/18/21 | REB | 101 | Review and comment on insurer NDA. | 1.60 | $1,040.00 |
| 05/19/21 | BM | 101 | Attend to revisions to proposed NDA with carriers. | 0.60 | $477.00 |
| 05/19/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.10 | $874.50 |
| 05/19/21 | BM | 101 | Analysis regarding investigation of potential causes of action against HSRE. | 0.80 | $636.00 |
| 05/19/21 | REB | 101 | Research re: MBNF brief and prepare outline re: same. | 2.40 | $1,560.00 |
| 05/19/21 | REB | 101 | Research re: claims and causes of action. | 1.10 | $715.00 |
| 05/20/21 | BM | 101 | Analysis regarding potential causes of action against HSRE. | 0.90 | $715.50 |
| 05/20/21 | BM | 101 | Analysis regarding complaint against D&Os. | 1.10 | $874.50 |
| 05/20/21 | REB | 101 | Research re: MBNF reply brief. | 3.20 | $2,080.00 |
| 05/20/21 | REB | 101 | Prepare for call with Debtors and HSRE re: production issues. | 0.80 | $520.00 |
| 05/20/21 | REB | 101 | Call with Debtors and HSRE re: HSRE production. | 0.90 | $585.00 |
| 05/20/21 | REB | 101 | Call with Debtors re: follow up call from HSRE production call and next steps discussion. | 0.20 | $130.00 |
| 05/21/21 | BM | 101 | Analysis regarding response to MBNF mediation statement. | 0.90 | $715.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/21/21 | REB | 101 | Review case law and research in conneciton with reply to MBNF mediation brief. | 3.10 | $2,015.00 |
| 05/24/21 | BM | 101 | Analysis regarding response to MBNF's mediation brief. | 1.10 | $874.50 |
| 05/24/21 | BM | 101 | Analysis regarding motion for R. 2004 examination of HSRE. | 0.70 | $556.50 |
| 05/24/21 | AHS | 101 | Internal calls re: assertions in mediation statement. | 0.20 | $179.00 |
| 05/24/21 | AHS | 101 | Review of mediation statement submitted by MBNF entities. | 1.20 | $1,074.00 |
| 05/24/21 | AHS | 101 | Review of draft HSRE 2004 motion, calls re: same; send email to Committee re; HSRE 2004 examination issues. | 0.90 | $805.50 |
| 05/24/21 | REB | 101 | Prepare for call with HSRE re: document production issues. | 0.60 | $390.00 |
| 05/24/21 | REB | 101 | Review and revise HSRE 2004 motion. | 4.10 | $2,665.00 |
| 05/24/21 | REB | 101 | Draft response chart in connection the reply to MBNF mediation brief. | 1.10 | $715.00 |
| 05/25/21 | BM | 101 | Analysis regarding response to MBNF's mediation brief. | 1.20 | $954.00 |
| 05/25/21 | REB | 101 | Call with B. Mankovetskiy re: reply to MBNF brief. | 0.80 | $520.00 |
| 05/25/21 | REB | 101 | Call with A. Isenberg re: HSRE 2004 motion. | 0.30 | $195.00 |
| 05/25/21 | REB | 101 | Review and revise HSRE 2004 motion. | 1.50 | $975.00 |
| 05/25/21 | REB | 101 | Review revised HSRE motion and motion to expedite. | 1.80 | $1,170.00 |
| 05/25/21 | REB | 101 | Review and reply to emails re: 2004 motion and related documents. | 0.50 | $325.00 |
| 05/26/21 | BM | 101 | Call with Debtors' counsel regarding HSRE discovery. | 0.40 | $318.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/26/21 | BM | 101 | Attend to issues regarding resolution of discovery disputes with HSRE. | 1.20 | $954.00 |
| 05/26/21 | BM | 101 | Analysis of issues regarding response to MBNF's mediation brief and document requests. | 1.30 | $1,033.50 |
| 05/26/21 | AHS | 101 | Call with counsel for Debtors re: HSRE discovery motion. | 0.50 | $447.50 |
| 05/26/21 | AHS | 101 | Review and revise draft consent order for HSRE discovery. | 0.60 | $537.00 |
| 05/26/21 | AHS | 101 | Review of sealing motion and revised version of 2004 motion. | 0.40 | $358.00 |
| 05/26/21 | AHS | 101 | Emails re: potential resolution of HSRE discovery issues. | 0.30 | $268.50 |
| 05/26/21 | REB | 101 | Group call re: 2004 motion and related documents. | 0.40 | $260.00 |
| 05/26/21 | REB | 101 | Call with Debtors re: revisions to HSRE consent order. | 0.50 | $325.00 |
| 05/26/21 | REB | 101 | Review and revise versions of draft consent order with HSRE. | 2.40 | $1,560.00 |
| 05/26/21 | REB | 101 | Review and revise 2004 motion and documents in connection therewith. | 4.10 | $2,665.00 |
| 05/26/21 | REB | 101 | Research in connection with reply brief. | 0.80 | $520.00 |
| 05/27/21 | BM | 101 | Analysis regarding proposed stipulation with D&O insurance carriers and revisions thereof. | 0.80 | $636.00 |
| 05/27/21 | BM | 101 | Analysis regarding proposed revisions of protective order with HSRE. | 0.70 | $556.50 |
| 05/27/21 | AHS | 101 | Address proposed consent order with HRSE and motion to compel and calls re: same. | 0.70 | $626.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/27/21 | REB | 101 | Calls with A. Isenberg and J. Demmy re: HSRE production issues. | 1.80 | $1,170.00 |
| 05/27/21 | REB | 101 | Review and revise carrier NDA. | 1.30 | $845.00 |
| 05/27/21 | REB | 101 | Review and revise draft consent order and motions in connection therewith. | 4.40 | $2,860.00 |
| 05/28/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.10 | $874.50 |
| 05/28/21 | BM | 101 | Analysis regarding investigation of potential causes of action against HSRE. | 0.80 | $636.00 |
| 05/28/21 | BM | 101 | Analysis regarding Debtors' fifth batch of preference demands. | 0.50 | $397.50 |
| 05/28/21 | BM | 101 | Analysis regarding D&O complaint. | 1.20 | $954.00 |
| 05/28/21 | AHS | 101 | Address HSRE discovery issues, consent order and motion to compel. | 0.80 | $716.00 |
| 05/28/21 | REB | 101 | Review and revise HSRE consent order re: updates from conversation with DLA. | 2.10 | $1,365.00 |
| 05/28/21 | REB | 101 | Review and revise 2004 motion and related documents. | 1.80 | $1,170.00 |
| 05/30/21 | REB | 101 | Review and reply to emails re: stipulation with carrier. | 0.80 | $520.00 |
| | | **TASK TOTAL 101** | | **172.50** | **$121,326.50** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 05/01/21 | GAK | 104 | Review order scheduling omnibus hearings and emails to A. Sherman regarding same. | 0.20 | $125.00 |
| 05/03/21 | BM | 104 | Prepare a status update for Committee. | 0.60 | $477.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/03/21 | AHS | 104 | Email to Committee re: upcoming meeting re: mediation and status issues. | 0.40 | $358.00 |
| 05/04/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.70 | $556.50 |
| 05/04/21 | REB | 104 | Call with Debtors re: case updates. | 0.60 | $390.00 |
| 05/04/21 | REB | 104 | Follow up with A. Sherman and B. Mankovetskiy re: case updates. | 0.20 | $130.00 |
| 05/06/21 | REB | 104 | Prepare summary of mediation statement for Committee call. | 4.10 | $2,665.00 |
| 05/07/21 | BM | 104 | Attend Committee meeting. | 0.70 | $556.50 |
| 05/07/21 | AHS | 104 | Prepare for and attend committee meeting re: mediation issues and status update. | 0.80 | $716.00 |
| 05/07/21 | REB | 104 | Attend committee call re: case updates. | 0.70 | $455.00 |
| 05/07/21 | GAK | 104 | Update case calendar. | 0.20 | $125.00 |
| 05/11/21 | AHS | 104 | Call with counsel for creditor re: case status and plan issues. | 0.40 | $358.00 |
| 05/11/21 | AHS | 104 | Email from committee member re: question and respond to same. | 0.20 | $179.00 |
| 05/11/21 | REB | 104 | Call with creditor re: creditor inquiries. | 0.20 | $130.00 |
| 05/14/21 | GAK | 104 | Review notification regarding adjournment of hearing and email A. Sherman regarding same. | 0.10 | $62.50 |
| 05/19/21 | GAK | 104 | Update case calendar. | 0.10 | $62.50 |
| 05/24/21 | REB | 104 | Draft email to Committee regarding HSRE 2004 motion. | 0.80 | $520.00 |
| | | **TASK TOTAL 104** | | **11.00** | **$7,866.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **105 – CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | | |
| 05/01/21 | GAK | 105 | Review Debtors' stipulation with Leaf Capital regarding proposed allowance of claim and email A. Sherman regarding same. | 0.20 | $125.00 |
| 05/06/21 | BM | 105 | Analysis regarding stipulations resolving claims objections. | 0.80 | $636.00 |
| 05/13/21 | BM | 105 | Analysis regarding potential resolution of disputes with Tenet. | 0.60 | $477.00 |
| 05/18/21 | BM | 105 | Analysis regarding claims asserted by MBNF. | 0.80 | $636.00 |
| 05/18/21 | BM | 105 | Analysis regarding claims asserted by HSRE. | 0.70 | $556.50 |
| 05/20/21 | BM | 105 | Analysis regarding MBNF's claims and objections thereto. | 0.90 | $715.50 |
| 05/24/21 | GAK | 105 | Review Debtors' Stipulation to allow claim and email A. Sherman regarding same. | 0.10 | $62.50 |
| | | **TASK TOTAL 105** | | **4.10** | **$3,208.50** |
| **107 – FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 05/27/21 | GAK | 107 | Communications with DE counsel regarding fee application. | 0.10 | $62.50 |
| | | **TASK TOTAL 107** | | **0.10** | **$62.50** |
| **108 – FEE/EMPLOYMENT OBJECTIONS** | | | | | |
| 05/01/21 | GAK | 108 | Review OCP fee statements and email A. Sherman regarding same. | 0.10 | $62.50 |
| 05/14/21 | GAK | 108 | Review EisnerAmper fee application and email A. Sherman regarding same. | 0.10 | $62.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/24/21 | GAK | 108 | Review Saul Ewing March fee application and email A. Sherman regarding same. | 0.10 | $62.50 |
| | | **TASK TOTAL 108** | | **0.30** | **$187.50** |

**111 – AVOIDANCE ACTION LITIGATION**

| | | | | | |
|---|---|---|---|---|---|
| 05/03/21 | DJH | 111 | Correspond with M. DiSabitino regarding preference demands. | 0.40 | $270.00 |
| 05/04/21 | DJH | 111 | Correspond with M. DiSabitino regarding preference demands. | 0.40 | $270.00 |
| 05/26/21 | DJH | 111 | Correspond with M. DiSabatino regarding preference demand letters. | 0.30 | $202.50 |
| | | **TASK TOTAL 111** | | **1.10** | **$742.50** |

**113 – PLAN AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| 05/18/21 | BM | 113 | Analysis regarding plan issues. | 0.80 | $636.00 |
| 05/25/21 | BM | 113 | Analysis of issues regarding plan of liquidation. | 1.10 | $874.50 |
| | | **TASK TOTAL 113** | | **1.90** | **$1,510.50** |

| | | | |
|---|---|---|---|
| **TOTAL FEES at Standard Rates** | | **191.00** | **$134,904.00** |
| **Attorney Fees at Blended Rate of $625** | | | |
| **TOTAL FEES at Blended Rate** | | **191.00** | **$119,375.00** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 172.50 | $121,326.50 |
| | 104 | Case Administration | 11.00 | $7,866.00 |
| | 105 | Claims Administration and Objections | 4.10 | $3,208.50 |

Sills Cummis & Gross P.C.

| Creditors' Committee | | June 16, 2021 |
|---|---|---|
| | | Client/Matter No. 08650118.000001 |
| | | Invoice: 2002053 |
| | | Page 13 |

| | | | | |
|---|---|---|---|---|
| 107 | Fee/Employment Applications | | 0.10 | $62.50 |
| 108 | Fee/Employment Objections | | 0.30 | $187.50 |
| 111 | Avoidance Action Litigation | | 1.10 | $742.50 |
| 113 | Plan and Disclosure Statement | | 1.90 | $1,510.50 |
| | TOTAL FEES at Standard Rates | | 191.00 | $134,904.00 |
| | Attorney Fees at Blended Rate of $625 | | | |
| | TOTAL FEES at Blended Rate | | 191.00 | $119,375.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 14.20 | x | $895.00 | = | $12,709.00 |
| Boris Mankovetskiy | 50.70 | x | $795.00 | = | $40,306.50 |
| Charles J. Falletta | 1.30 | x | $595.00 | = | $773.50 |
| Daniel J. Harris | 1.10 | x | $675.00 | = | $742.50 |
| Rachel E. Brennan | 122.40 | x | $650.00 | = | $79,560.00 |
| Gregory A. Kopacz | 1.30 | x | $625.00 | = | $812.50 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 05/24/21 | 271 | Litigation Support Vendor (UnitedLex – project management, technical time, hosting user and volume) | $2,294.22 |
| 05/01/21 | 379 | Lexis-Nexis | $42.71 |
| 05/01/21 | 379 | Lexis-Nexis | $53.40 |
| 05/03/21 | 379 | Lexis-Nexis | $4.77 |
| 05/03/21 | 379 | Lexis-Nexis | $89.00 |
| 05/04/21 | 341 | Telephone Toll Charges | $5.68 |
| 05/13/21 | 379 | Lexis-Nexis | $8.89 |
| 05/18/21 | 379 | Lexis-Nexis | $8.89 |
| 05/20/21 | 379 | Lexis-Nexis | $35.60 |
| 05/21/21 | 379 | Lexis-Nexis | $8.89 |
| 05/21/21 | 379 | Lexis-Nexis | $76.87 |
| 05/25/21 | 379 | Lexis-Nexis | $8.89 |
| 05/25/21 | 379 | Lexis-Nexis | $17.07 |
| 05/26/21 | 379 | Lexis-Nexis | $8.89 |

**TOTAL DISBURSEMENTS**                                    **$2,663.77**

Sills Cummis & Gross P.C.

Creditors' Committee

June 16, 2021
Client/Matter No. 08650118.000001
Invoice: 2002053
Page 14

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $119,375.00 |
| Total Disbursements | $2,663.77 |
| **TOTAL THIS INVOICE** | **$122,038.77*** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$134,904.00**) and fees at *Blended Rate* of $625 (**$119,375.00**)** apply.

**includes paralegal fees at standard rates if applicable