**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 6, 2021, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit C** attached hereto:

- **Order Approving Stipulation between Debtors and Praxair Distribution, Inc. Regarding Allowed Claim [Docket No. 2554]**

Dated: July 7, 2021

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 7th day of July, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**EXHIBIT A**

ALAN GELB, ESQ.
AGELBLAW@YAHOO.COM

ALBERT EINSTEIN HEALTHCARE NETWORK
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
MARRIOTT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
MCCLAMBC@BALLARDSPAHR.COM

BAYARD, P.A.
SMACON@BAYARDLAW.COM

BAYARD, PA
JALBERTO@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
BERGER@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
KAUFMANN@BERGERLAWPC.COM

BIELLI & KLAUDER, LLC
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORP
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA DEPT OF LABOR AND INDUS
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
LUCE@DUANEMORRIS.COM

FAEGRE DRINKER BIDDLE & REATH LLP
IAN.BAMBRICK@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
JAY.JAFFE@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
KAYLA.BRITTON@FAEGREDRINKER.COM

FINEMAN KREKSTEIN & HARRIS, PC
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
SNIEDERMAN@FOXROTHSCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MBUSENKELL@GSBBLAW.COM

GIBBONS P.C
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GFMCDANIEL@DKHOGAN.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**

| | | |
|---|---|---|
| HONIGMAN LLP<br>LLICHTMAN@HONIGMAN.COM | HONIGMAN LLP<br>TSABLE@HONIGMAN.COM | JD THOMPSON LAW<br>JDT@JDTHOMPSONLAW.COM |
| JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>NICOLE.GREENBLATT@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC<br>KURTZMAN@KURTZMANSTEADY.COM | LATHAM & WATKINS LLP<br>MATT.CARMODY@LW.COM |
| LATHAM & WATKINS LLP<br>SUZZANNE.UHLAND@LW.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CPROSS@MWM-LAW.COM |
| MCCARTER & ENGLISH, LLP<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS.LAWALL@TROUTMAN.COM | PEPPER HAMILTON, LLP<br>MARCY.SMITH@TROUTMAN.COM | POLSINELLI P.C<br>CWARD@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>RMCNEILL@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>RSLAUGH@POTTERANDERSON.COM |
| RICHARDS LAYTON & FINGER, PA<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MERCHANT@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>SCHLAUCH@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK.MINUTI@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NLEPORE@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RBARKASY@SCHNADER.COM |

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**

SHIPMAN & GOODWIN LLP
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BMANKOVETSKIY@SILLSCUMMIS.COM

SMITH HULSEY & BUSEY
BCOOK@SMITHHULSEY.COM

SMITH HULSEY & BUSEY
MDEMONT@SMITHHULSEY.COM

STEVENS & LEE, P.C.
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
RL@STEVENSLEE.COM

STINSON LLP
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC.AL@STOEL.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS.CURCIO@TROUTMAN.COM

U.S. DEPT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
EPIERCE@UPLAWTX.COM

WENDY MESSNER
WENDY.MESSNER@IQOR.COM

WHITE AND WILLIAMS LLP
CASARINOM@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
VULPIOA@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JKOLANSKY@WWDLAW.COM

Parties Served:  115

## **<u>EXHIBIT B</u>**

**Center City Healthcare, LLC, et al. -  Service List to Facsimile Recipients**                                    **Served 7/6/2021**

OFFICE OF THE ATTORNEY GENERAL
717-787-8242

Parties Served:  1

**EXHIBIT C**

**Center City Healthcare, LLC, et al. - U.S. Mail**                                                                    **Served 7/6/2021**

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

PENNSYLVANIA ASSOC OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, PA 17120

ST. MARY'S MEDICAL CTR
1201 LANGHORNE-NEWTOWN RD
LANGHORNE, PA 19047

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
950 PENNSLVANIA AVE, NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 11