## **CERTIFICATE OF SERVICE**

I, Stuart M. Brown, hereby certify that on this 12th day of July, 2021, I caused a true and correct copy of the *HSREP VI Holding, LLC and its Affiliates' Objection to Vicinity's Motion to Enforce 2019 Stipulation as Third-Party Beneficiary and Cross-Motion to Compel Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations* to be served via CM/ECF upon the parties registered to receive CM/ECF and on the parties on the attached list in the manner indicated.

/s/ *Stuart M. Brown*
Stuart M. Brown (DE#4050)

## SERVICE LIST

**Counsel for Vicinity Energy Philadelphia, Inc. (via email)**
Howard A. Cohen
hcohen@gibbonslaw.com
Dale E. Barney
dbarney@gibbonslaw.com

**Counsel to the Debtors (via email)**
Monique Bair DeSabatino
monique.disabatino@saul.com
Jeffrey C. Hampton
jeffrey.hampton@saul.com
Adam H. Isenberg
aisenberg@saul.com
Mark Minuti
mark.minuti@saul.com

**United States Trustee (via email)**
Benjamin A. Hackman
benjamin.a.hackman@usdoj.gov

**Counsel to the Propcos and Master Lease Guarantors (via email)**
Suzzanne Uhland
suzzane.uhland@lw.com
T.J. Li
tj.li@lw.com