# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>Re: D.I. Nos. 2400 and 2573<br>**Proposed Hearing Date: TBD**<br>**Obj. Deadline: TBD** |

### CROSS-MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES' FOR ENTRY OF AN ORDER COMPELLING DEBTORS, PROPCOS OR MASTER LEASE GUARANTORS TO PAY UTILITY OBLIGATIONS

HSREP VI Holding, LLC ("HSRE VI") and its affiliates (collectively, the "JV Entities"[2]), by their counsel, DLA Piper LLP (US), submit this cross-motion (the "Cross-Motion to Compel") for entry of an order compelling the Debtors, Propcos or Master Lease Guarantors to pay the outstanding utility obligations. In support of this Cross-Motion, the JV Entities respectfully represent as follows:

### JURISDICTION

1. This Court has jurisdiction over the above-captioned cases, property of the Debtors' estates and this Cross-Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The other relevant affiliates of HSRE VI that form the JV Entities are: HSRE-PAHH I, LLC (the "JV"), and the "Master Landlords"—PAHH New College MOB, LLC; PAHH Bellet MOB, LLC; PAHH Wood Street Garage, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH Broad Street MOB, LLC, each, a Delaware limited liability company.

*Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the JV Entities consent to the entry of a final judgment or order with respect to the Cross-Motion if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## BACKGROUND

4. On June 17, 2021 Vicinity Energy Philadelphia, Inc. ("Vicinity") filed a *Motion to Enforce 2019 Stipulation As Third Party Beneficiary* [D.I 2400] (the "Motion").

5. The Motion seeks to compel payment for utility services that, as explained in detail in the corresponding objection, *HSREP VI Holding, LLC And Its Affiliates' Objection to Vicinity's Motion to Enforce 2019 Stipulation as Third-Party Beneficiary* [D.I. 2573] (the "Objection"), are properly owed by the Debtors, Propcos and/or the Master Lease Guarantors.[3]

6. The JV Entities are aware of other postpetition obligations of the Debtors that are not being paid including amounts owing to mechanics and materialmen, other vendors and accrued real estate taxes. The JV Entities reserve all rights relative to such additional obligations and will seek allowance of such sums following discovery.

---

[3] The Objection is incorporated herein as though set forth at length below.

**RELIEF REQUESTED**

7. By this Cross-Motion, the JV Entities respectfully request that the Court enter an order, substantially in the form attached as <u>Exhibit A</u>, compelling the Debtors or Master Lease Guarantors to pay the outstanding utility obligations owing to Vicinity.

**ARGUMENT**

8. For all of the reasons stated in the Objection, the Debtors, Propcos and/or the Master Lease Guarantors are the proper parties owing the outstanding Vicinity utility obligations, and as such should be responsible for payment for these goods and services.

**NOTICE**

9. The JV Entities will provide notice to the following entities or, in lieu thereof, their counsel: (a) the Office of the United States Trustee for the District of Delaware; (b) the Debtors; (c) Vicinity Energy Philadelphia, Inc.; (d) the Propcos and Master Lease Guarantors; and (e) all parties who have requested notice in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the JV Entities submit that no other or further notice is required.

[*Signature Page To Follow*]

| | |
|---|---|
| Dated: July 12, 2021 | Respectfully submitted, |
| | **DLA PIPER LLP (US)** |
| | */s/ Stuart M. Brown* |
| | Stuart M. Brown (DE 4050) |
| | 1201 North Market Street, Suite 2100 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 468-5700 |
| | Facsimile: (302) 394-2341 |
| | Email: Stuart.Brown@us.dlapiper.com |
| | -and- |
| | Richard A. Chesley (admitted *pro hac vice*) |
| | 444 West Lake Street, Suite 900 |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 368-4000 |
| | Facsimile: (312) 236-7516 |
| | Email: Richard.Chesley@us.dlapiper.com |
| | *Counsel to the JV Entities* |