## Exhibit A

**Proposed Order**

EAST\183630294.3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Re: D.I. 2400, 2573 and \_\_\_\_** |

## ORDER COMPELLING DEBTORS OR MASTER LEASE GUARANTORS TO PAY UTILITY OBLIGATIONS

Upon consideration of the cross-motion (the "Cross-Motion")[2] of the JV Entities for entry of an order compelling the [Debtors or Master Lease Guarantors] to pay in full the outstanding utility obligations to Vicinity; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (iv) notice of the Cross-Motion was appropriate under the circumstances; and the Court having reviewed the Cross-Motion and having considered the statements of counsel and the evidence adduced with respect to the Cross-Motion at the hearing; and the objections (if any) to the requested relief having been withdrawn or overruled on the merits; and after due deliberation, and good and sufficient cause appearing therefor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Cross-Motion is GRANTED as set forth below.

2. The Debtors, Propcos or Master Lease Guarantors jointly or severally are hereby ordered and directed to pay the outstanding utility obligations to Vicinity in the amount of $_____ promptly upon the entry of this Order and in no case more than three (3) business days from the date this Order is entered.

3. The Court shall retain jurisdiction to determine any and all disputes concerning the interpretation of implementation of this Order.

Dated: _____, 2021
      Wilmington, DE
                              THE HONORABLE MARY WALRATH
                              UNITED STATES BANKRUPTCY JUDGE