# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) **Re: D.I. 2578 & 2582** |

## CERTIFICATE OF SERVICE

I, Stuart M. Brown, hereby certify that on the 13th day of July, 2021, I caused a true and correct copy of the *Order Shortening Notice and Objection Periods in Connection with the Cross-Motion of HSREP VI Holding, LLC and Its Affiliates to Compel Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations* [D.I. 2582] to be served via CM/ECF upon the parties registered to receive CM/ECF and on the parties on the attached list in the manner indicated.

/s/ *Stuart M. Brown*
Stuart M. Brown (DE#4050)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

EAST\183675565.1

## SERVICE LIST

**Counsel for Vicinity Energy Philadelphia, Inc. (via email)**
Howard A. Cohen
hcohen@gibbonslaw.com
Dale E. Barney
dbarney@gibbonslaw.com

**Counsel to the Debtors (via email)**
Monique Bair DeSabatino
monique.disabatino@saul.com
Jeffrey C. Hampton
jeffrey.hampton@saul.com
Adam H. Isenberg
aisenberg@saul.com
Mark Minuti
mark.minuti@saul.com

**United States Trustee (via email)**
Benjamin A. Hackman
benjamin.a.hackman@usdoj.gov

**Counsel to the Propcos and Master Lease Guarantors (via email)**
Suzzanne Uhland
suzzanne.uhland@lw.com
T.J. Li
tj.li@lw.com

**Counsel to the Defendants Philadelphia Academic Health Holdings, LLC and Paladin Healthcare Capital, LLC (via email) [2]**
Thomas B. Fiddler
fiddlert@whiteandwilliams.com
Vincent N. Barbera
barberav@whiteandwilliams.com

---

[2] Counsel to the Defendants Philadelphia Academic Health Holdings, LLC and Paladin Healthcare Capital, LLC were also served with a copy of the *Cross-Motion of HSREP VI Holding, LLC and Its Affiliates' for Entry of an Order Compelling Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations* [D.I. 2587].

EAST\183675565.1