# EXHIBIT A

## SUMMARY OF BLENDED RATE

38698489.2 07/15/2021

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed<br>*Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed**<br>*This Application* |
| Senior Partners | 15 | $590.00 | $711.03 |
| Junior Partners | 3 | $470.00 | $467.15 |
| Counsel | 1 | $489.00 | $495.00 |
| Senior Associates | 2 | $353.00 | $348.84 |
| Junior Associates | 5 | $296.00 | $308.03 |
| Paralegal | 0 | $248.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $206.00 | $271.05 |
| **Aggregated:** | | **$467.00** | **$505.13** |