# EXHIBIT D

**EXPENSE SUMMARY**

# Expense Summary

## For the Period from May 1, 2021 through May 31, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (325 pages @ $.10 per page) | | $32.50 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $7,728.80 |
| Legal Research | Lexis; Westlaw | $9,725.49 |
| Meals | *See attached* | $39.53 |
| Parking | *See attached* | $26.00 |
| Overnight Delivery | Federal Express | $1,045.56 |
| Service Fee | Reliable Copy Service (ECF Docketing) | $75.00 |
| **Total** | | **$18,672.88** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

2

| **TRAVEL DETAIL** |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 05/14/21 | Parkway Corp. Centre Square | (1) Kathy Powers | Parking in Philadelphia, PA for finalizing and sending out mediation brief | $26.00 |
| \multicolumn{4}{c}{**TOTAL**} | **$26.00** |

3

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 04/21/20 | Door Dash / Honeygrow | (2) Jeffrey Hampton, Adam Isenberg | Lunch working in office on mediation statement | $39.53 |
| | | TOTAL | | $39.53 |



| Philadelphia Academic Health System, LLC | | Invoice Number | 2635761 |
| --- | --- | --- | --- |
| 222 N. Sepulveda Blvd. | | Invoice Date | 06/29/21 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
| --- | --- | --- | --- |
| 05/27/21 | Epiq Relativity eDiscovery Costs | 7,728.80 | |
| | Total   Epiq Relativity eDiscovery Costs | | 7,728.80 |
| 05/14/21 | Photocopying | 3.20 | |
| 05/14/21 | Photocopying | 16.00 | |
| 05/18/21 | Photocopying | 13.30 | |
| | Total Photocopying | | 32.50 |
| 05/23/21 | Parking; VENDOR: Parkway Parking; 05/14/21; Parking for Kathy Powers at Phila. office on 5/14/21 re: assist department attorneys in regard to the Hahnemann bankruptcy - shipping out the document production documents via Federal Express. | 26.00 | |
| | Total Parking | | 26.00 |
| 05/18/21 | Service Fees; VENDOR: Reliable Copy Service - DE; 05/10/21; Electronic Docket Docketing of certifications and Orders | 75.00 | |
| | Total Service Fees | | 75.00 |
| 05/25/21 | Federal Express 05/14/2021 To: Rachel E  Brennan From: Jeffrey Hampton | 61.56 | |
| 05/25/21 | Federal Express 05/14/2021 To: Boris I  Kakavetsis From: Jeffrey Hampton | 61.56 | |
| 05/25/21 | Federal Express 05/14/2021 To: Michael Menkowitz From: Jeffrey Hampton | 61.78 | |
| 05/25/21 | Federal Express 05/14/2021 To: Andrew Sherman From: Jeffrey Hampton | 69.37 | |
| 05/25/21 | Federal Express 05/14/2021 To: Seth A  Niederman From: Jeffrey Hampton | 69.37 | |
| 05/25/21 | Federal Express 05/15/2021 To: Suzanne Uhland From: Jeffrey Hampton | 85.80 | |
| 05/25/21 | Federal Express 05/14/2021 To: Mark Minuti From: Jeffrey Hampton | 88.06 | |
| 05/25/21 | Federal Express 05/14/2021 To: Michael Jacoby From: Jeffrey Hampton | 88.06 | |
| 05/25/21 | Federal Express 05/14/2021 To: John DiNome From: Jeffrey Hampton | 88.06 | |
| 05/25/21 | Federal Express 05/14/2021 To: Albert Mezzaroba From: Jeffrey Hampton | 91.73 | |
| 05/25/21 | Federal Express 05/14/2021 To: Kevin Carey From: Jeffrey Hampton Bank | 91.73 | |
| 05/25/21 | Federal Express 05/14/2021 To: Jeffrey Hampton From: Jeffrey Hampton | 91.73 | |
| 05/25/21 | Federal Express 05/14/2021 To: Allen Wilen From: Jeffrey Hampton Bank | 96.75 | |
| | Total Federal Express | | 1,045.56 |

38691330.1 07/13/2021

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2635761 | |
| 00002 | Expenses | Page 2 | |
| 06/29/21 | | | |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 05/03/21 | Meals Lunch; VENDOR: DoorDash / Honeygrow; 04/21/21; In- office (Chesterbrook office) working lunch (Jeffrey Hampton and Adam Isenberg) re: mediation statement | 39.53 | |
| | Total Meals | | 39.53 |
| 05/07/21 | Lexis Legal Research | 448.17 | |
| 05/02/21 | Westlaw Legal Research | 436.32 | |
| 05/04/21 | Westlaw Legal Research | 543.24 | |
| 05/06/21 | Westlaw Legal Research | 260.82 | |
| 05/06/21 | Westlaw Legal Research | 224.64 | |
| 05/09/21 | Westlaw Legal Research | 278.64 | |
| 05/10/21 | Westlaw Legal Research | 86.00 | |
| 05/14/21 | Westlaw Legal Research | 371.52 | |
| 05/21/21 | Westlaw Legal Research | 157.68 | |
| 05/24/21 | Westlaw Legal Research | 856.98 | |
| 05/24/21 | Westlaw Legal Research | 325.62 | |
| 05/25/21 | Westlaw Legal Research | 92.88 | |
| 05/25/21 | Westlaw Legal Research | 92.88 | |
| 05/25/21 | Westlaw Legal Research | 344.00 | |
| 05/26/21 | Westlaw Legal Research | 503.00 | |
| 05/27/21 | Westlaw Legal Research | 1,830.60 | |
| 05/27/21 | Westlaw Legal Research | 1,779.50 | |
| 05/29/21 | Westlaw Legal Research | 1,093.00 | |
| | Total Legal Research | | 9,725.49 |
| | CURRENT EXPENSES | | 18,672.88 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 18,672.88 |