IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>Related docket no.:  D.I. 2578<br><br>**Hearing Date: August 24, 2021 at 2:00 pm (ET)**<br>**Obj. Deadline: August 13, 2021 at 4:00 pm (ET)** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that on July 12, 2021, HSREP VI Holding, LLC and its affiliates (collectively, the "JV Entities"), filed the *Cross-Motion of HSREP VI Holding, LLC And Its Affiliates' For Entry of An Order Compelling Debtors, Propcos Or Master Lease Guarantors To Pay Utility Obligations* (the "Cross-Motion") [D.I. 2578] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Cross-Motion must be (i) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before August 13, 2021 at 4:00 pm (ET)** (the "Objection Deadline") and (ii) served no later than the Objection Deadline on the undersigned counsel for the JV Entities.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

EAST\183763335.1

**PLEASE TAKE FURTHER NOTICE** that if a response is timely filed and served, you or your attorney must attend the hearing on the Motion scheduled to be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **August 24, 2021 at 2:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE TO THE CROSS-MOTION IS TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

| | |
|---|---|
| Dated: July 15, 2021 | Respectfully submitted, |

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@us.dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: Richard.Chesley@us.dlapiper.com

*Counsel to the JV Entities*

EAST\183763335.1