# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>Re: Docket No. 2559 |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING MBNF NON-DEBTOR ENTITIES TO FILE UNDER SEAL THE MBNF NON-DEBTOR ENTITIES' MOTION TO APPOINT A CHAPTER 11 TRUSTEE**

The undersigned hereby certifies as follows:

1. On July 6, 2021, the MBNF Non-Debtor Entities,[2] filed the *Motion for Entry of an Order Authorizing MBNF Non-Debtor Entities to File Under Seal the MBNF Non-Debtor Entities' Motion to Appoint a Chapter 11 Trustee* [Docket No. 2559] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the *Notice of Motion and Hearing* filed with the Motion, objections to the Motion were to be filed and served by no later than July 15, 2021 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The "MBNF Non-Debtor Entities" include Joel Freedman, Stella Freedman, Svetlana Attestatova, Kyle Schmidt, MBNF Investments, LLC, American Academic Health System, LLC, Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, Philadelphia Academic Risk Retention Group, LLC, Paladin Healthcare Capital, LLC, Paladin Healthcare Management, LLC, and Paladin Capital and Globe Health Foundation, Inc.

3. Prior to the Objection Deadline, the MBNF Non-Debtor Entities received informal comments (the "Comments") to the relief requested in the Motion from the Official Committee of Unsecured Creditors (the "Committee") and the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). The Comments were resolved by revising the original proposed order that was attached to the Motion as **Exhibit A** (the "Original Order"), and such revised order is attached hereto as **Exhibit 1** (the "Revised Order").

4. The Revised Order has been circulated to the above-captioned debtors and debtors-in-possession, the Committee, the U.S. Trustee and the Mediator, and the aforementioned parties do not object to the entry of the Revised Order. Other than the Comments, the MBNF Non-Debtor Entities received no other informal responses to the Motion, and no objection or responsive pleading to the Motion has appeared on the Court's docket in these chapter 11 cases. For the convenience of the Court and all parties in interest, a blackline of the Revised Order against the Original Order is attached hereto as **Exhibit 2**.

[*Remainder of page intentionally left blank*]

WHEREFORE, the MBNF Non-Debtor Entities respectfully request that the Revised Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

Dated: July 16, 2021
       Wilmington, Delaware

/s/ Travis J. Cuomo
---
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
Travis J. Cuomo (No. 6501)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:  (302) 651-7700
Fax:  (302) 651-7701
Email:  collins@rlf.com
          merchant@rlf.com
          schlauch@rlf.com
          cuomo@rlf.com

-and-

Suzzanne Uhland
Robert Malionek
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906 1308
Email:  suzzanne.uhland@lw.com
          robert.malionek@lw.com

*Counsel for the MBNF Non-Debtor Entities*