# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

## NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR JULY 22, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItduGhrDMsHurZeCAt1X4FYBT-isJUAZY

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## RESOLVED MATTER:

1. Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Eighth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2374; filed: 06/10/21]

   Response Deadline: June 24, 2021 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.


Responses Received: None

Related Documents:

A.   Certification of No Objection [Docket No. 2472; filed: 06/25/21]

B.   Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Eighth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2510; signed and docketed: 06/28//21]

Status: On June 28, 2021, the Court entered an order approving this motion.

2. Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors and Sector Financial, LLC [Docket No. 2514; filed: 06/28/21]

Response Deadline: July 12, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A.   Certification of No Objection [Docket No. 2585; filed: 07/13/21]

B.   Order Granting Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors and Sector Financial, LLC [Docket No. 2587; signed and docketed: 07/14/21]

Status: On July 14, 2021, the Court entered an order approving this motion.

3. Motion of Debtors for Approval of Settlement of Preference Claims Against Taylor Corp. and Taylor Communications, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2544; filed: 06/30/21]

Response Deadline: July 14, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A.   Certification of No Objection [Docket No. 2592; filed: 07/15/21]

B.   Order Approving Settlement of Preference Claims Against Taylor Corp. and Taylor Communications, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2595; signed and docketed: 07/16/21]

Status: On July 16, 2021, the Court entered an order approving this motion.

38442470.1 07/20/2021

4. Motion for Entry of an Order Authorizing MBNF Non-Debtor Entities to File Under Seal the MBNF Non-Debtor Entities' Motion to Appoint a Chapter 11 Trustee [Docket No. 2559; filed: 07/06/21]

   Response Deadline: July 15, 2021 at 4:00 p.m.

   Responses Received: Informal comments from the Official Committee of Unsecured Creditors and the Office of the United States Trustee

   Related Documents:

   A. Certification of Counsel Regarding Order Authorizing MBNF Non-Debtor Entities to File Under Seal the MBNF Non-Debtor Entities' Motion to Appoint a Chapter 11 Trustee [Docket No. 2596; filed: 07/16/21]

   B. Order Authorizing MBNF Non-Debtor Entities to File Under Seal the MBNF Non-Debtor Entities' Motion to Appoint a Chapter 11 Trustee [Docket No. 2599; signed and docketed: 07/19/21]

   Status: On July 19, 2021, the Court entered an order approving this motion.

**CONTINUED MATTERS:**

5. Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary [Docket No. 2400; filed: 06/17/21]

   Response Deadline: July 2, 2021 at 4:00 p.m.

   Responses Received:

   A. Response of Debtors [Docket No. 2553; filed: 07/02/21]

   B. HSREP VI Holding, LLC and Its Affiliates' Objection and Cross-Motion to Compel Debtors, Propco or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2573; filed: 07/12/21]

   Related Documents: None

   Status: This matter is continued to the August 24, 2021 omnibus hearing.

6. **[FILED UNDER SEAL]** The MBNF Non-Debtor Entities' Motion to Appoint a Chapter 11 Trustee [Docket No. 2543; filed: 06/30/21]

   Response Deadline: July 14, 2021 at 4:00 p.m.

   Responses Received: None to date

   Related Documents: None to date

<u>Status</u>: This matter is continued to a date to be determined.

7. Cross-Motion of HSREP VI Holding, LLC and Its Affiliates for Entry of an Order Compelling Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2578; filed: 07/12/21]

    <u>Response Deadline</u>:  August 13, 2021 at 4:00 p.m.

    <u>Responses Received</u>:  None to date

    <u>Related Documents</u>:

    A. Order Shortening Notice and Objection Periods in Connection With the Cross-Motion of Cross-Motion of HSREP VI Holding, LLC and Its Affiliates to Compel Compelling Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2582; signed and docketed: 07/13/21]

    B. Notice of Motion and Hearing [Docket No. 2594; filed: 07/15/21]

    <u>Status</u>: This matter is continued to the August 24, 2021 omnibus hearing.

**CERTIFICATION OF NO OBJECTION MATTER:**

8. **[FILED UNDER SEAL]** Debtors' Eighth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2373; filed: 06/10/21]

    <u>Response Deadline</u>:  June 24, 2021 at 4:00 p.m.

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:

    A. **[REDACTED]** Debtors' Eighth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2375; filed: 06/10/21]

    B. Declaration of Allen Wilen in Support of Debtors' Eighth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2375-3; filed: 06/10/21]

    C. **[FILED UNDER SEAL]** Certification of No Objection [Docket No. 2521; filed: 06/28/21]

    D. **[REDACTED]** Certification of No Objection [Docket No. 2530; filed: 06/28/21]

    E. Notice of Submission of Proofs of Claim [Docket No. 2549; filed: 07/01/21]

4

Status: On June 28, 2021, the Debtors filed a certification of no objection regarding this claim objection. Accordingly, no hearing is necessary unless the Court has questions or concerns.

**CONTESTED MATTER GOING FORWARD:**

9. Motion of HSREP VI Holding, LLC and Its Affiliates to Intervene/Participate in Mediation [Docket No. 2370; filed: 06/09/21]

    Response Deadline: June 23, 2021 at 4:00 p.m.

    Responses Received:

    A. Joint Objection of the Debtors and the Official Committee of Unsecured Creditors [Docket No. 2428; filed: 06/23/21]

    B. The MBNF Non-Debtor Entities' Statement in Response [Docket No. 2429; filed: 06/23/21]

    Reply:

    C. Reply of HSREP VI Holding, LLC and Its Affiliates to Responses [Docket No. 2471; filed: 06/25/21]

    Related Documents: None

    Status: This matter is going forward.

**STATUS CONFERENCE:**

A status conference in these cases will be going forward.

Dated: July 20, 2021                 **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
        Mark Minuti (DE Bar No. 2659)
        Monique B. DiSabatino (DE Bar No. 6027)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE  19899
        Telephone: (302) 421-6800
        Fax: (302) 421-5873
        mark.minuti@saul.com
        monique.disabatino@saul.com

            -and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*