| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Allen | Wilen | Debtor, Center City Healthcare | EisnerAmper LLP |
| Vince | Sullivan | Law360 | |
| Brandon | Cook | Cadence Bank | Smith Hulsey |
| Mark | Minuti | Debtors, Center City Healthcare, LLC | Saul Ewing Arnstein & Lehr LLP |
| Andrew | Sherman | Official Committee of Unsecured Creditors | Sills Cummis |
| TJ | Li | MBNF | Latham & Watkins LLP |
| Leslie | Pappas | Media | Bloomberg Law / Bloomberg Industry |
| Michael | Demont | Cadence Bank | Smith Hulsey |
| Maria | Chutchian | Reuters | Reuters |
| Louis | Curcio | Capital One | Troutman Pepper |
| Boris | Mankovetskiy | Creditors Committee | Sills Cummis |
| Chantelle | McClamb | Drexel University | Ballard Spahr LLP |
| Suzzanne | Uhland | MBNF | Latham & Watkins LLP |
| Mayer | Kohn | Debtors | Saul Ewing Arnstein & Lehr |
| Monique | DiSabatino | Debtors, Center City Healthcare | Saul Ewing Arnstein & Lehr LLP |
| Megan | Harper | City of Philadelphia | |
| Catherine | Heitzenrater | Chubb | Duane Morris LLP |
| Joel | Freedman | American Academic | American Academic |
| Uday | Gorrepati | N/A (ABI Project) | |
| Chris | Koenig | Tenet Healthcare | Kirkland & Ellis LLP |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Svetlana | Attestatova | American Academic | American Academic |
| Laura Davis | Jones | Tenet Business Services Corp | Pachulski Stang Ziehl & Jones LLLP |
| Andrew | Scurria | Wall Street Journal | |
| Becky | Yerak | Wall Street Journal | NewsCorp |
| Bill | Brinkman | MBNF Investments LLC (non-debtors) | |
| Seth | Niederman | Committee of Unsecured Creditors | Fox Rothschild, LLP |
| Brendan | Schlauch | MBNF Non-Debtor Entities | Richards, Layton & Finger, P.A. |
| Michael | Busenkell | District 1199C National Union of Health Care Employees, AFSCME | Gellert Scai Busenkell & Brown, LLC |
| Gregory | Taylor | Capital One, Cadence Bank | Ashby & Geddes, P.A. |
| John | DiNome | Debtors, Center City Healthcare | American Academic |
| Bradley | Lehman | District 1199C National Union of Health Care Employees, AFSCME | Gellert Scali Busenkell & Brown, LLC |