**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,¹ ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket Nos. 2373, 2374, 2375 and 2510** |
| ) | |

**CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER SUSTAINING DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies that:

1. On June 10, 2021, the *Debtors' Eighth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2375] (the "Objection")² was filed with the Court, by which the Debtors sought entry of the proposed order attached thereto (the "Proposed Order") (a) disallowing certain claims that were filed after the General Bar Date, (b) disallowing certain duplicative claims, (c) disallowing certain amended claims, (d) reassigning certain claims to the correct Debtor, and (e) disallowing certain unsupported claims. An unredacted version of the Objection was filed under seal [D.I. 2373] pursuant to the *Order Authorizing the Debtors' to*

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

38767996.3 07/22/2021

*File under Seal the Unredacted Version of the Debtors' Eighth Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2510] (the "Seal Order").

2. Pursuant to the notice of the Objection [D.I. 2375], the deadline to respond to the Objection was June 10, 2021, at 4:00 p.m. (the "Objection Deadline").

3. No formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. A hearing on the Objection was held on July 22, 2021, at which time the Court requested certain modifications to the Proposed Order.

5. Attached hereto as **Exhibit "1"** is the revised Proposed Order (the "Revised Order"), which correctly reflects Med One Capital Funding, LLC's modified Claim No. 575 as an administrative expense claim, consistent with this Court's prior order allowing such claim [D.I. 1349]. Attached hereto as **Exhibit "2"** is a redline of the Proposed Order that reflects the changes to the Proposed Order and its accompanying schedule.

6. The Debtors respectfully request that the Court sign the Proposed Order and direct that it be docketed, without further notice or hearing.

7. Of course, we are available to discuss this matter at the Court's convenience.

|  |  |
|---|---|
| Dated: July 22, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP**<br><br>*/s/ Monique B. DiSabatino*<br>Mark Minuti (DE Bar No. 2659)<br>Monique B. DiSabatino (DE Bar No. 6027)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE  19899<br>Telephone: (302) 421-6800<br>mark.minuti@saul.com<br>monique.disabatino@saul.com<br><br>-and-<br><br>Jeffrey C. Hampton<br>Adam H. Isenberg<br>Shannon A. McGuire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br>shannon.mcguire@saul.com<br><br>*Counsel for Debtors and Debtors in Possession* |

38767996.3 07/22/2021