**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Kay S. Kress, Esq. to represent Capital One, N.A., as agent in the above-captioned cases and any related proceedings.

Dated: July 22, 2021           **ASHBY & GEDDES, P.A.**

    */s/ Gregory A. Taylor*
    Gregory A. Taylor (DE Bar No. 4008)
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19801
    Telephone: (302) 654-1888
    Email: GTaylor@ashbygeddes.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016. I further certify the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

    */s/ Kay S. Kress*
    Kay S. Kress, Esq.
    **TROUTMAN PEPPER HAMILTION**
    **SANDERS LLP**
    4000 Town Center, Suite 1800
    Southfield, MI 48075-1505
    Tel: (248) 359-7365
    Email: kay.kress@troutman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

{01707141;v1 }