## Exhibit A

**No Liability Claims**

| | | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 1 | **REDACTED** | 1041 | Center City Healthcare, LLC | $- | $- | $- | $- | $40,000,000.00 | $40,000,000.00 | Documentation provided in connection with claim shows that cause of action arose in 2014, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 2 | **REDACTED** | 163 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $40,000,000.00 | $40,000,000.00 | Documentation provided in connection with claim shows that cause of action arose in 2014, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |