**Exhibit B**

**Modified Amount Claims**

| | | | Modified Amount Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Filed Claim Amount ($) | | | | | Modified Claim Amount ($) | | | | |
| | Creditor Name | Claim No. | Debtor against Whom Claim is Filed | Priority | Secured | Admin. | Unsecured | Total | Priority | Secured | Admin. | Unsecured | Total | Reason for Modification |
| 1 | ADP LLC | 34 | Philadelphia Academic Health System, LLC | $- | $- | $- | $279,158.80 | $279,158.80 | $- | $- | $- | $173,543.25 | $173,543.25 | Modified claim amount reflects the amount supported by the Debtors' Books and Records. |
| 2 | Hewlett-Packard Financial Services Company | 228 | Center City Healthcare, LLC | $- | $- | $- | $307,366.20 | $307,366.20 | $- | $- | $- | $259,704.56 | $259,704.56 | Modified claim amount reflects adjustments to the rejection damages calculation based on the corrected term of the agreement and the reduction of the cost of equipment that was previously returned to the claimant |
| 3 | Mayo Clinic | 1103 | Center City Healthcare, LLC | $- | $- | $- | $30,991.64 | $30,991.64 | $- | $- | $- | $2,315 asserted against Center City Healthcare, LLC / $5,722.22 asserted against St. Christopher's Healthcare, LLC. | $8,037.22 | The claimant is in agreement with the Debtors' analysis that documentation attached to the claim reflects $2,315 asserted against Center City Healthcare, LLC, and $5,722.22 asserted against St. Christopher's Healthcare, LLC. The total claim amount is $8,037.22. |

| # | Claimant | Claim # | Debtor | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Med One Capital Funding, LLC | 123 | St. Christopher's Healthcare, LLC | $- | $- | $- | $21,362.29 | $21,362.29 | $- | $- | $- | $6,112.17 | $6,112.17 | Modified claim amount reflects the amount supported by the Debtors' Books and Records and was the only pre-petition amount identified by the claimant as outstanding in connection with the cure reconciliation process (*see* D.I. 734) |
| 5 | Med One Capital Funding, LLC | 575 | St. Christopher's Healthcare, LLC | $- | $- | $- | $17,705.44 | $17,705.44 | $- | $- | $11,863.74 | $- | $11,863.74 | A portion of this claim consists of pre-petition invoices (for April and May 2019) that are already included in, and duplicative of, claim 123. The balance of this claim relates to post-petition invoices. This post-petition claim was resolved pursuant to a court order that granted Med One an administrative expense claim in the amount of $11,863.74 (*see* D.I. 1349). Accordingly, this claim should be modified to remove the duplicative pre-petition invoices and reflect the court-approved amount of the administrative expense claim. |
| 6 | nThrive | 46 | Philadelphia Academic Health System, LLC | $- | $- | $- | $191,716.77 | $191,716.77 | $- | $- | $- | $138,769.16 | $138,769.16 | Modified claim amount was agreed upon by claimant in the advance of filing this objection and is consistent with the Debtors' books and records. |

2