```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                           .  Chapter 11
                                 .  Case No. 19-11466(MFW)
CENTER CITY HEALTHCARE, LLC      .
d/b/a HAHNEMANN UNIVERSITY       .  (Jointly Administered)
HOSPITAL, et al.,                .
                                 .
                                 .  824 Market Street
           Debtors.              .  Wilmington, Delaware 19801
                                 .
                                 .  July 22, 2021
. . . . . . . . . . . . . . . .  .  10:30 a.m.


                    TRANSCRIPT OF ZOOM HEARING
              BEFORE THE HONORABLE MARY F. WALRATH
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:         Mark Minuti, Esquire
                         Monique B. DiSabatino, Esquire
                         SAUL EWING ARNSTEIN & LEHR, LLP
                         1201 North Market Street
                         Suite 2300
                         P.O. Box 1266
                         Wilmington, Delaware 19899



Electronically
Recorded By:             Mandy Bartkowski, ECRO

Transcription Service:   Reliable
                         1007 N. Orange Street
                         Wilmington, Delaware 19801
                         Telephone: (302) 654-8080
                         E-Mail: gmatthews@reliable-co.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

| | | |
|---|---|---|
| 1 | INDEX | |
| 2 | MATTER GOING FORWARD: | PAGE |
| 3 | Agenda | |
| | Item 8:   [FILED UNDER SEAL] Debtors' Eighth Omnibus | 5 |
| 4 | Objection to Claims (Substantive) Pursuant to | |
| | Sections 502(b) and 503 of the Bankruptcy Code, | |
| 5 | Bankruptcy Rules 3001, 3003, and 3007, and | |
| | Local Rule 3007-1 [Docket No. 2373; filed: | |
| 6 | 06/10/21 | |
| 7 | Court's ruling | 7 |
| 8 | | |
| | Transcriptionist's Certificate | 8 |
| 9 | | |
| 10 | -o0o- | |

1          (Proceedings commenced at 10:30 a.m.)
2          THE COURT:  Good morning.  This is Judge Walrath
3 and we're here in the Center City Healthcare case.  I know
4 that the parties asked to deal with the few issues I had on
5 the omnibus objections, but does the debtor or anybody want
6 to make any statements before then?
7          MR. MINUTI:  Good morning, Your Honor, it's Mark
8 Minuti.  Can you hear me okay?
9          THE COURT:  I can.
10         MR. MINUTI:  Your Honor, Mark Minuti from Saul
11 Ewing Arnstein & Lehr on behalf of the debtors.  There were
12 originally nine matters on the agenda today, the only matter
13 going forward is the one Your Honor indicated, which is
14 number 8, the eighth omnibus objection.  We understand the
15 Court had some questions about that, and Mrs. DiSabatino is
16 on the line and she'll handle that, but I thought it might
17 make sense for me to just give a very brief update in terms
18 of the overall case, Your Honor.
19         I'm pleased to report that we're in a much better
20 position today than we were the last time I appeared before
21 you on June 9th.  With the help of Judge Carey, who Your
22 Honor knows is serving as mediator with respect to our issues
23 with Mr. Freedman and the MBNF parties, we were successful in
24 reaching what I'll call a standstill agreement on corporate
25 governance and other issues, Your Honor, and that agreement

1  is now in place through the end of August.
2              Your Honor will remember at our last hearing,
3  right before the hearing, our CRO, Mr. Wilen, had -- Mr.
4  Freedman had purported to dismiss him.  I'm pleased to report
5  that that dismissal was withdrawn.  Mr. Wilen is back, he is
6  acting as the CRO, and he's actually on the video today, Your
7  Honor, to answer any questions regarding the omnibus
8  objection if Mrs. DiSabatino can't answer those.
9              Mr. DiNome, Your Honor, who is also on the Zoom
10 today, he is during that interim period acting on behalf of
11 the board of managers by consent, so we have stability there.
12 I can tell Your Honor that the briefing on the mediation of
13 the issues between the MBNF parties and the debtors will be
14 completed this week, that is the mediation briefing.  We are
15 talking about scheduling an initial mediation session --
16             THE COURT:  Excuse me, somebody's -- I'm getting
17 feedback from somebody.  Okay, go ahead.  It's gone.
18             MR. MINUTI:  Thank you, Your Honor.  Your Honor,
19 the mediation briefing between the -- on the issues between
20 the debtors and the MBNF parties is going to be completed
21 this week -- and the committee, I should say.  We have
22 tentatively talked about an opening mediation session
23 beginning on August 9, so all of that is good news.
24             Your Honor, one of the matters that was originally
25 scheduled for today but now has been continued until the 29th

1   of this month, Your Honor, is the HSRE entities' motion to
2   intervene in that mediation.  Your Honor, I am fairly
3   confident that over the next few days we're going to resolve
4   that motion and hopefully submit a consent order under
5   certification and there won't -- therefore, there won't be
6   any need for the hearing on the 29th.
7           So, Your Honor, again, I think we're in a much
8   better place than we were on June 30th.  Things seem to be
9   moving in the right direction.  If for some reason that
10  changes, we know how to get a hold of Your Honor, but that's
11  it by way of my report.
12          So I'm happy to answer any questions the Court may
13  have and, if not, turn it over to Mrs. DiSabatino.
14          THE COURT:  All right.  Well, thank you for that
15  update.  And we can go to the -- as I say, the omnibus
16  objections, I just had a few.
17          So, Ms. DiSabatino, I'll address those to you.
18          MS. DISABATINO:  Great, yes.  Thank you, Your
19  Honor.
20          THE COURT:  Really the only one dealt with the Med
21  One claims and they're on Exhibit B at tab 4 and 5.  You're
22  anticipating what I'm going to say maybe?
23          MS. DISABATINO:  Yes, Your Honor.  In preparing
24  for this, I think I may have identified the same issue, but
25  I'll let you go first.

1         THE COURT: All right. Well, at tab 4 you assert
2 that the modified amount of approximately 6,000 is the
3 prepetition amount identified by the claimant as outstanding
4 in connection with a cure reconciliation process?
5         MS. DISABATINO: Right.
6         THE COURT: But Docket Entry 734 says that the
7 cure is 10,186.95.
8         MS. DISABATINO: Right. So that 10,000 was what
9 was owed as of that date, but in connection with the cure
10 reconciliation process they had given us all their details.
11 So there was a prepetition portion and post-petition portion.
12 The cure was everything owed as of that date, which was a
13 post-petition date in September 2019. So we had reached out
14 to Med One and said, you know, we're trying to understand
15 what you're asserting as the prepetition. We had previously
16 agreed that as to the prepetition it was just the 6,000.
17 They have since actually confirmed since we filed the
18 objection that they're in agreement with that $6,000 number
19 because it was consistent with the discussion. But, yes, the
20 10,000 included a prepetition and a post-petition portion.
21         THE COURT: Okay. And then on tab 5, the debtor
22 says the claim should be allowed as a general unsecured claim
23 for 11,000 based on an order that had allowed that amount as
24 an administrative expense. So --
25         MS. DISABATINO: Yes, that's a correction we will

1  need to make, Your Honor.  That's what I thought you were
2  going to say.  If it's acceptable to Your Honor, we would
3  like to submit a revised order that moves that amount to the
4  appropriate column.  That was an oversight, we apologize, and
5  we will move that to the admin column consistent with the
6  prior order.
7           THE COURT:  Okay.  All right, if you file a
8  revised order under certification of counsel, then I can
9  enter the order.
10          MS. DISABATINO:  We will do so.  Thank you, Your
11 Honor.
12          THE COURT:  All right.  Thank you.
13          And that's all I had.  The rest of them look fine.
14          MS. DISABATINO:  Great.  Thank you, Your Honor.
15          THE COURT:  Thank you.
16          MS. DISABATINO:  I believe that concludes our
17 agenda.
18          THE COURT:  All right.  We can stand adjourned.
19 Thank you.
20          MS. DISABATINO:  Thank you.
21          MR. MINUTI:  Thank you, Judge.
22       (Proceedings concluded at 10:36 a.m.)
23
24
25

```
 1                        CERTIFICATION
 2          I certify that the foregoing is a correct
 3  transcript from the electronic sound recording of the
 4  proceedings in the above-entitled matter to the best of my
 5  knowledge and ability.
 6
 7
 8
 9  /s/ Tracey Williams                    July 23, 2021
10  Tracey Williams, CET-914
11  Certified Court Transcriptionist
12  For Reliable
```