## Exhibit A

**Eighth OCP Quarterly Statement**

38766415.1 07/26/2021

**Eighth OCP Quarterly Statement**

**For the Period April 1, 2021 through June 30, 2021**

| Professional Name | Compensation & Expenses Paid (4/1/2021-4/30/2021) | Compensation & Expenses Paid (5/1/2021-5/31/2021) | Compensation & Expenses Paid (6/1/2021-6/30/2021) | Aggregate Compensation & Expenses Paid to Date |
|---|---|---|---|---|
| 50 Words, LLC | $0.00 | $0.00 | $0.00 | $246,783.00 |
| Baratz & Associates, P.A. | $0.00 | $0.00 | $0.00 | $22,775.50 |
| Bellevue Communications | $0.00 | $0.00 | $0.00 | $75,000.00 |
| Connolly Gallagher LLP | $0.00 | $0.00 | $0.00 | $9,635.69 |
| Conrad O'Brien PC | $337.50 | $1,080.00 | $0.00 | $24,376.27 |
| Eckert Seamans Cherin & Mellott, LLC | $0.00 | $0.00 | $948.00 | $126,702.53 |
| Germaine Solutions | $0.00 | $0.00 | $0.00 | $0.00 |
| Health Sciences Law Group LLP | $0.00 | $0.00 | $0.00 | $0.00 |
| Jackson Lewis P.C. | $0.00 | $122.50 | $0.00 | $21,745.00 |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | $0.00 | $0.00 | $0.00 | $0.00 |
| Obermayer Rebmann Maxwell & Hippel LLP | $0.00 | $0.00 | $0.00 | $3,000.00 |
| Reed Smith LLP | $0.00 | $0.00 | $315.00 | $11,365.40 |
| Robinson Kirlew & Associates | $0.00 | $0.00 | $0.00 | $0.00 |
| Salem & Green P.C. | $0.00 | $0.00 | $0.00 | $6,211.50 |
| Suzanne Pritchard, Esq. | $0.00 | $0.00 | $0.00 | $2,320.00 |