# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>Related to Doc. Nos. 2370, 2400, 2428, 2429, 2471, 2553, 2573 and 2578 |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED CONSENT ORDER ON MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN MEDIATION

I, Mark Minuti, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby certify as follows:

1. On June 9, 2021, HSREP VI Holding, LLC and certain of its affiliates (the "HSRE Entities") filed the *Motion of HSREP VI Holding, LLC and its Affiliates to Intervene/Participate in Mediation* [Docket No. 2370] (the "Motion"),[2] pursuant to which the HSRE Entities sought to, *inter alia*, intervene and participate in the Mediation among the Debtors, the Committee and the MBNF Non-Debtor Entities before the Honorable Kevin J. Carey (ret.).

2. On June 23, 2021, the Debtors and the Committee filed a joint objection to the Motion [Docket No. 2428]. On that same day, the MBNF Non-Debtor Entities filed a response to the Motion [Docket No. 2429].

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion.

3. Following good faith negotiations among the Debtors, the Committee, the MBNF Non-Debtor Entities and the HSRE Entities (collectively, the "Parties"), and with the help and guidance of Judge Carey, as Mediator, I am pleased to report that the Parties have resolved their differences related to the Motion and have agreed on the HSRE Entities participation in the Mediation subject to the terms of the proposed consensual *Order on Motion of HSREP VI Holding, LLC and its Affiliates to Intervene/Participate in Mediation* attached hereto as **Exhibit A** (the "Proposed Order").

4. The form of the attached Proposed Order has been reviewed and approved by counsel to each of the Parties and Judge Carey.

5. Of course, the Parties are available to discuss this matter at the Court's convenience. Absent any questions or concerns, the Parties respectfully request that the Court sign the attached Proposed Order and direct that it be docketed.

Respectfully submitted,

Dated: July 28, 2021

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com

*Counsel for Debtors and Debtors in Possession*