**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 2622** |

**NOTICE OF <u>AMENDED</u>[2] AGENDA FOR VIDEO HEARING SCHEDULED FOR**
**JULY 29, 2021 AT 3:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE**
**<u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

---

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELED**

---

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM**
**AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**
**COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsfuivqTIuEtrp1nEc4obU-0fwEudqiuQ

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**The time for this hearing has been moved from 11:30 a.m. to 3:00 p.m.**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]  **All Amended Agenda items appear in bold.**

**MATTER GOING FORWARD:**

1.      Motion of HSREP VI Holding, LLC and Its Affiliates to Intervene/Participate in Mediation [Docket No. 2370; filed: 06/09/21]

        Response Deadline:  June 23, 2021 at 4:00 p.m.

        Responses Received:

        A.      Joint Objection of the Debtors and the Official Committee of Unsecured Creditors [Docket No. 2428; filed: 06/23/21]

        B.      The MBNF Non-Debtor Entities' Statement in Response [Docket No. 2429; filed: 06/23/21]

        Reply:

        C.      Reply of HSREP VI Holding, LLC and Its Affiliates to Responses [Docket No. 2471; filed: 06/25/21]

        Related Documents:

        **D.      Order on Motion of HSREP VI Holding, LLC and Its Affiliates to Intervene/Participate in Mediation [Docket No. 2648; signed and filed: 07/28/21]**

        Status: This matter is going forward.

38792239.1 07/29/2021

Dated: July 29, 2021

**SAUL EWING ARNSTEIN & LEHR LLP**

By:     */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

38792239.1 07/29/2021