**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due:  August 24, 2021 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**TWENTY FOURTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | June 1, 2021 – June 30, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | $95,650.00  (80% of $119,562.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,663.40 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $895 | 33.8 | $30,251.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $795 | 64.8 | $51,516.00 |
| Mark Olinsky | Member, Corporate First Admission: 1982 | $795 | 4.2 | $3,339.00 |
| George Hirsch | Member, Bankruptcy First Bar Admission: 1977 | $750 | 1.0 | $750.00 |
| Thomas Novak | Member, Insurance First Bar Admission: 1980 | $650 | 2.6 | $1,690.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $650 | 72.3 | $46,995.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $625 | 12.6 | $7,875.00 |
| **Total Fees at Standard Rates** | | | **191.3** | **$142,416.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **191.3** | **$119,562.50** |

---

[1] Effective October 1, 2020, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $825 to $895; the hourly rate of Boris Mankovetskiy was increased from $750 to $795; the hourly rate of Rachel Brennan was increased from $595 to $650; and the hourly rate of Gregory Kopacz was increased from $550 to $625.  However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

125062494.1

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 103.2 | $71,237.00 |
| Asset Disposition (102) | 7.6 | $6,042.00 |
| Case Administration (104) | 19.8 | $15,158.50 |
| Claims Administration and Objections (105) | 42.2 | $36,792.00 |
| Fee/Employment Applications (107) | 8.7 | $5,491.50 |
| Fee/Employment Objections (108) | 0.2 | $125.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 5.2 | $4,089.00 |
| Avoidance Action Litigation (111) | 0.8 | $636.00 |
| Plan and Disclosure Statement (113) | 2.9 | $2,305.50 |
| Relief from Stay Proceedings (114) | 0.7 | $539.50 |
| **Total Fees at Standard Rate** | **191.3** | **$142,416.00** |
| **Total Fees at $625 Blended Rate[1]** | **191.3** | **$119,562.50** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Lexis-Nexis | $43.70 |
| Litigation Support Vendors (UnitedLex) | $1,589.70 |
| **TOTAL** | **$1,663.40** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

125062494.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 24, 2021 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**TWENTY FOURTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021</u>**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Twenty Fourth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From June 1, 2021 Through June 30, 2021* (the "<u>Application</u>"), seeking allowance of $95,650.00 (80% of $119,562.50) in fees, *plus* $1,633.40 for reimbursement of actual and necessary expenses, for a total of $97,283.40.

<u>**Background**</u>

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of

125062494.1

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

## Summary of Services by Project

A.    Asset Analysis and Recovery

Fees: $71,237.00;        Total Hours: 103.2

This category includes time spent investigating and pursuing potential claims and causes of action against certain non-debtor affiliates and other parties, including entities affiliated with HSRE and the MBNF non-debtor entities, including time spent: (a) reviewing documents produced in response to discovery requests and conducting related research and analysis; (b) addressing discovery, confidentiality, and other related issues; (c) addressing issues related to a document production consent order; (d) drafting an NDA in connection with discovery issues; (e) addressing mediation issues, including analyzing the mediation brief submitted by the MBNF non-debtor entities, preparing a response thereto, and conducting related research and analysis; (f) analyzing insurance policies related to certain D&O claims; (g) drafting a response to a motion to intervene in mediation; (h) analyzing, reviewing and addressing issues related to complaints filed against the MBNF non-debtor entities and HSRE; and (i) communicating with Debtors' counsel, the Committee's other advisors, the mediator, and others regarding the foregoing and related issues.

B.    Asset Disposition

Fees: $6,042.00;        Total Hours: 7.6

This category includes time spent analyzing issues related to a proposed transaction.

C.    Case Administration

Fees: $15,158.50;        Total Hours: 19.8

This category includes time spent: (a) preparing updates to the Committee members; (b) attending Committee meetings; (c) communicating with Debtors' counsel, the Committee's other advisors and individual creditors regarding pending matters; and (d) analyzing court pleadings

125062494.1

and updating the "critical dates" calendar.

D.    Claims Administration and Objection

Fees: $36,792.00;        Total Hours: 42.2

This category includes time spent: (a) reviewing, analyzing, and addressing issues related to a proposed stipulation allowing intervention in a mediation proceeding; (b) drafting a response thereto and conducting related research; (c) attending various mediation calls and a related hearing; (d) analyzing claim objections and certain claims filed against the Debtors' estates; (e) reviewing and analyzing a complaint against HSRE; and (f) communicating with the Committee members, Debtors' counsel and counsel to HSRE regarding the foregoing and related issues.

E.    Fee/Employment Applications

Fees: $5,491.50;            Total Hours: 8.7

This category includes time spent preparing Sills' April and May fee applications and addressing issues related to fee application orders and certificates of no objection.

F.    Fee/Employment Objections

Fees: $125.00;        Total Hours: 0.2

This category includes time spent reviewing the Debtors' professionals' fee applications.

G.    Litigation (Other than Avoidance Action Litigation)

Fees: $4,089.00;        Total Hours: 5.2

This category includes time spent addressing mediation issues and conducting related research and analysis.

H.    Avoidance Action Litigation

Fees: $636.00;        Total Hours: 0.8

This category includes time spent analyzing preference complaints.

125062494.1

I.      <u>Plan and Disclosure Statement</u>

Fees: $2,305.50;     Total Hours: 2.9

This category includes time spent analyzing plan issues, including potential substantive consolidation issues.

J.      <u>Relief from Stay Proceedings</u>

Fees: $539.50;     Total Hours: 0.7

This category includes time spent analyzing proposed stipulations granting alleged creditors relief from the automatic stay.

## **<u>Conclusion</u>**

7.     Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $95,650.00 (80% of $119,562.50) as compensation, *plus* $1,633.40 for reimbursement of actual and necessary expenses, for a total of $97,283.40, and that such amounts be authorized for payment.

Dated: August 3, 2021               Respectfully submitted,
Wilmington, Delaware

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

125062494.1

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

125062494.1

## <u>VERIFICATION</u>

STATE OF NEW JERSEY   )
           ) SS:
COUNTY OF MORRIS    )

     Andrew H. Sherman, after being duly sworn according to law, deposes and says:

    a)   I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

    b)   I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

    c)   I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

    d)   I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

          */s/ Andrew H. Sherman*
          Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors
of Center City Healthcare LLC d/b/a
Hahnemann Univ. Hosp.
c/o Conifer Health Solutions, Committee Chair
3560 Dallas Parkway
Frisco, TX  75034

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through June 30, 2021

**101 – ASSET ANALYSIS AND RECOVERY**

|          |     |     |                                                                          | HOURS | AMOUNT     |
|----------|-----|-----|--------------------------------------------------------------------------|-------|------------|
| 06/01/21 | BM  | 101 | Call with Debtors' counsel regarding MBNF mediation issues.              | 1.40  | $1,113.00  |
| 06/01/21 | BM  | 101 | Analysis regarding discovery from HSRE.                                  | 0.70  | $556.50    |
| 06/01/21 | REB | 101 | Call with Debtors re: investigation updates and strategy.               | 0.80  | $520.00    |
| 06/01/21 | REB | 101 | Call with A. Isenberg re: investigation updates and strategy.           | 0.20  | $130.00    |
| 06/01/21 | REB | 101 | Call with Debtors re: MBNF mediation updates and strategy.              | 1.60  | $1,040.00  |
| 06/01/21 | REB | 101 | Update draft HSRE consent order and emails re: same.                    | 1.40  | $910.00    |
| 06/01/21 | REB | 101 | Review documents and notes in advance of call with Debtors' re: MBNF investigation. | 1.10  | $715.00    |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/01/21 | REB | 101 | Call with Debtors in advance of HSRE call with DLA. | 0.20 | $130.00 |
| 06/01/21 | REB | 101 | Call with DLA re: HSRE production issues. | 0.30 | $195.00 |
| 06/01/21 | REB | 101 | Research re: MBNF reply brief issues. | 1.50 | $975.00 |
| 06/01/21 | REB | 101 | Call with Debtors re: follow up from DLA call re: HSRE production issues. | 0.50 | $325.00 |
| 06/01/21 | REB | 101 | Draft internal email re: updates from HSRE call with Debtors and DLA. | 0.50 | $325.00 |
| 06/02/21 | BM | 101 | Attend to issues regarding HSRE discovery. | 0.70 | $556.50 |
| 06/02/21 | BM | 101 | Analysis regarding response to MBNF's mediation brief. | 0.90 | $715.50 |
| 06/02/21 | BM | 101 | Analysis regarding revisions to NDA stipulation with carriers. | 0.60 | $477.00 |
| 06/02/21 | REB | 101 | Research in connection with reply to MBNF brief. | 3.10 | $2,015.00 |
| 06/02/21 | REB | 101 | Call with Debtors re: HSRE discovery issues. | 0.40 | $260.00 |
| 06/02/21 | REB | 101 | Internal email re: follow up from call with Debtors re: HSRE discovery issues. | 0.70 | $455.00 |
| 06/02/21 | REB | 101 | Review and reply to email from MBNF entities re: carrier stipulation. | 0.50 | $325.00 |
| 06/03/21 | BM | 101 | Attend to issues regarding HSRE discovery. | 0.60 | $477.00 |
| 06/03/21 | REB | 101 | Emails re: HSRE discovery process. | 0.50 | $325.00 |
| 06/03/21 | REB | 101 | Review carrier stipulation. | 0.40 | $260.00 |
| 06/07/21 | BM | 101 | Analysis regarding revisions of proposed carrier NDA. | 0.40 | $318.00 |
| 06/07/21 | BM | 101 | Analysis regarding causes of action against MBNF and related parties. | 0.90 | $715.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/07/21 | BM | 101 | Analysis regarding causes of action against HSRE. | 0.80 | $636.00 |
| 06/07/21 | REB | 101 | Review and revise intervention stipulation. | 1.70 | $1,105.00 |
| 06/07/21 | REB | 101 | Research re: intervention stipulation. | 1.10 | $715.00 |
| 06/07/21 | REB | 101 | Review revised carrier stipulation. | 0.30 | $195.00 |
| 06/08/21 | REB | 101 | Review and revise intervention stipulation and research in connection therewith. | 2.10 | $1,365.00 |
| 06/09/21 | BM | 101 | Analysis regarding preference recovery demands. | 0.50 | $397.50 |
| 06/09/21 | REB | 101 | Research re: investigation issues. | 1.10 | $715.00 |
| 06/09/21 | REB | 101 | Review and revise reply brief to MBNF entities. | 1.30 | $845.00 |
| 06/10/21 | BM | 101 | Analysis regarding mediation insurance issues. | 0.90 | $715.50 |
| 06/10/21 | BM | 101 | Analysis regarding proposed consent order governing discovery with HSRE. | 0.70 | $556.50 |
| 06/10/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 0.90 | $715.50 |
| 06/10/21 | TSN | 101 | Telephone conference with B. Mankovetskiy regarding mediation insurance issues. | 0.20 | $130.00 |
| 06/10/21 | TSN | 101 | Review and analyze letter re: mediation insurance issues. | 0.60 | $390.00 |
| 06/10/21 | TSN | 101 | Review and analyze D&O policy. | 0.90 | $585.00 |
| 06/10/21 | TSN | 101 | Prepare e-mail to B. Mankovetskiy regarding analysis of mediation insurance issues. | 0.70 | $455.00 |
| 06/10/21 | TSN | 101 | Review e-mails from B. Mankovetskiy regarding mediation insurance issues. | 0.20 | $130.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/10/21 | REB | 101 | Review HSRE intervention documents and reply thereto. | 2.30 | $1,495.00 |
| 06/10/21 | REB | 101 | Review letter re: mediation insurance issues. | 0.70 | $455.00 |
| 06/10/21 | REB | 101 | Review and comment on reply brief in connection with MBNF mediation. | 4.10 | $2,665.00 |
| 06/11/21 | BM | 101 | Call with mediator regarding MBNF issues. | 0.50 | $397.50 |
| 06/11/21 | BM | 101 | Analysis regarding revisions of reply brief to MBNF. | 1.20 | $954.00 |
| 06/11/21 | REB | 101 | Group call with mediator re: mediation issues. | 0.30 | $195.00 |
| 06/11/21 | REB | 101 | Review and comment on reply brief in connection with MBNF mediation. | 4.60 | $2,990.00 |
| 06/12/21 | REB | 101 | Review and revise intervention stipulation. | 0.80 | $520.00 |
| 06/14/21 | BM | 101 | Analysis regarding D&O claims. | 1.40 | $1,113.00 |
| 06/14/21 | BM | 101 | Analysis regarding HSRE claims. | 1.30 | $1,033.50 |
| 06/14/21 | REB | 101 | Call with Debtors re: case updates and strategy. | 0.90 | $585.00 |
| 06/14/21 | REB | 101 | Review and revise stipulation. | 0.80 | $520.00 |
| 06/15/21 | BM | 101 | Analysis regarding proposed revised HSRE protective order. | 0.60 | $477.00 |
| 06/15/21 | REB | 101 | Review revised stipulation. | 0.60 | $390.00 |
| 06/16/21 | BM | 101 | Analysis regarding causes of action against MBNF-related parties. | 1.10 | $874.50 |
| 06/17/21 | BM | 101 | Analysis regarding preference settlements and tolling agreements. | 0.50 | $397.50 |
| 06/17/21 | BM | 101 | Analysis regarding causes of action against HSRE-related entities. | 1.10 | $874.50 |
| 06/17/21 | BM | 101 | Analysis regarding causes of action against D&Os. | 1.20 | $954.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/18/21 | BM | 101 | Analysis regarding proposed revised NDA with carrier. | 0.60 | $477.00 |
| 06/18/21 | BM | 101 | Analysis regarding mediation issues. | 0.80 | $636.00 |
| 06/18/21 | BM | 101 | Analysis regarding claims against HSRE. | 0.70 | $556.50 |
| 06/20/21 | REB | 101 | Review and revise carrier NDA. | 0.70 | $455.00 |
| 06/21/21 | BM | 101 | Call with mediator regarding scheduling issues. | 0.40 | $318.00 |
| 06/21/21 | REB | 101 | Review and revise joint objection to HSRE motion to intervene. | 1.30 | $845.00 |
| 06/21/21 | REB | 101 | Review revised objection to HSRE intervention motion. | 0.80 | $520.00 |
| 06/23/21 | REB | 101 | Call with BRG re: distribution analysis. | 0.40 | $260.00 |
| 06/23/21 | REB | 101 | Review and revise draft complaint. | 2.10 | $1,365.00 |
| 06/23/21 | REB | 101 | Review and revise draft complaint. | 0.90 | $585.00 |
| 06/24/21 | BM | 101 | Call with Debtors' counsel regarding D&O complaint. | 0.90 | $715.50 |
| 06/24/21 | BM | 101 | Analysis regarding draft complaint against MBNF-related parties. | 2.40 | $1,908.00 |
| 06/24/21 | REB | 101 | Review and revise draft complaint. | 4.10 | $2,665.00 |
| 06/24/21 | REB | 101 | Group call re: draft complaint. | 1.20 | $780.00 |
| 06/25/21 | BM | 101 | Analysis regarding draft D&O complaint. | 2.30 | $1,828.50 |
| 06/25/21 | BM | 101 | Analysis regarding claims against HSRE. | 0.90 | $715.50 |
| 06/26/21 | REB | 101 | Review and revise draft complaint. | 1.40 | $910.00 |
| 06/27/21 | REB | 101 | Emails regarding draft complaint. | 1.30 | $845.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/28/21 | BM | 101 | Analysis regarding draft HSRE complaint. | 1.20 | $954.00 |
| 06/28/21 | REB | 101 | Review and revise additional draft complaint. | 3.90 | $2,535.00 |
| 06/28/21 | REB | 101 | Review revised complaint and emails and related documents. | 1.30 | $845.00 |
| 06/29/21 | REB | 101 | Review and revise complaints and documents in connection therewith in connection with upcoming filing. | 4.30 | $2,795.00 |
| 06/29/21 | REB | 101 | Group call re: upcoming hearing issues. | 0.60 | $390.00 |
| 06/29/21 | REB | 101 | Prepare for group call re: hearing issues. | 0.80 | $520.00 |
| 06/30/21 | REB | 101 | Prepare for hearing re: HSRE motion. | 1.60 | $1,040.00 |
| 06/30/21 | REB | 101 | Research in connection with MBNF motions. | 3.80 | $2,470.00 |
| 06/30/21 | REB | 101 | Emails in connection with MBNF motions. | 2.10 | $1,365.00 |
| 06/30/21 | GAK | 101 | Call and draft email to A. Sherman regarding same. | 0.20 | $125.00 |
| 06/30/21 | GAK | 101 | Research regarding potential stay violation in connection with recovery action. | 2.30 | $1,437.50 |

| | | **TASK TOTAL 101** | | **103.20** | **$71,237.00** |
|---|---|---|---|---|---|

**102 – ASSET DISPOSITION**

| | | | | | |
|---|---|---|---|---|---|
| 06/21/21 | BM | 102 | Analysis regarding proposed RRG transaction. | 0.80 | $636.00 |
| 06/22/21 | BM | 102 | Analysis of documents in connection with proposed RRG transaction. | 1.10 | $874.50 |
| 06/22/21 | BM | 102 | Analysis regarding response to MBNF's mediation statement. | 1.10 | $874.50 |
| 06/22/21 | BM | 102 | Analysis regarding HSRE discovery. | 0.70 | $556.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/23/21 | BM | 102 | Analysis regarding draft complaint against MBNF related parties. | 3.30 | $2,623.50 |
| 06/24/21 | BM | 102 | Analysis regarding carriers' comments to NDA. | 0.60 | $477.00 |
| | | **TASK TOTAL 102** | | **7.60** | **$6,042.00** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 06/01/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.70 | $556.50 |
| 06/04/21 | GAK | 104 | Update case calendar. | 0.10 | $62.50 |
| 06/07/21 | BM | 104 | Analysis of issues regarding Committee's standing in connection with anticipated adversary proceedings. | 0.80 | $636.00 |
| 06/07/21 | BM | 104 | Analysis regarding draft intervention stipulation. | 0.80 | $636.00 |
| 06/08/21 | BM | 104 | Attend to revisions of draft intervention stipulation. | 0.90 | $715.50 |
| 06/08/21 | BM | 104 | Analysis regarding HSRE's request to intervene in mediation. | 0.70 | $556.50 |
| 06/09/21 | AHS | 104 | Inquiry from creditor and have same responded to. | 0.20 | $179.00 |
| 06/10/21 | BM | 104 | Analysis regarding Debtors' governance modification agreement. | 0.80 | $636.00 |
| 06/10/21 | BM | 104 | Analysis regarding objection to HSRE's motion for an order shortening time. | 0.80 | $636.00 |
| 06/11/21 | BM | 104 | Analysis regarding revisions of proposed Committee intervention stipulation. | 0.80 | $636.00 |
| 06/11/21 | GAK | 104 | Review motion to intervene in mediation. | 0.10 | $62.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/11/21 | GAK | 104 | Review notice of deposition and email A. Sherman regarding same. | 0.20 | $125.00 |
| 06/12/21 | GAK | 104 | Review notification regarding hearing on motion to intervene in mediation and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| 06/14/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.80 | $636.00 |
| 06/14/21 | BM | 104 | Analysis regarding intervention stipulation. | 0.70 | $556.50 |
| 06/15/21 | REB | 104 | Draft email to the Committee re: case updates. | 1.10 | $715.00 |
| 06/16/21 | BM | 104 | Call with BRG regarding pending matters. | 0.40 | $318.00 |
| 06/16/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.30 | $238.50 |
| 06/16/21 | REB | 104 | Call with BRG re: case updates and research. | 0.50 | $325.00 |
| 06/16/21 | REB | 104 | Call with Debtors: re: case updates and motion strategy. | 0.40 | $260.00 |
| 06/18/21 | GAK | 104 | Review Vicinity's Motion to enforce stipulation as 3rd party beneficiary and emails to A. Sherman regarding same. | 0.30 | $187.50 |
| 06/18/21 | GAK | 104 | Review Debtors' stipulation with Praxair regarding allowed claim and email A. Sherman regarding same. | 0.20 | $125.00 |
| 06/21/21 | BM | 104 | Analysis regarding objection to HSRE's motion to intervene. | 0.90 | $715.50 |
| 06/22/21 | BM | 104 | Analysis regarding revisions of objections HSRE's motion to intervene. | 0.70 | $556.50 |
| 06/22/21 | BM | 104 | Analysis regarding agreement regarding governance issues. | 0.90 | $715.50 |
| 06/23/21 | BM | 104 | Attend to issues regarding joint objection to HSRE's motion to intervene. | 0.70 | $556.50 |

Sills Cummis & Gross P.C.

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/23/21 | BM | 104 | Prepare an update for Committee. | 0.60 | $477.00 |
| 06/23/21 | BM | 104 | Analysis regarding MBNF's response to HSRE's motion to intervene. | 0.40 | $318.00 |
| 06/26/21 | GAK | 104 | Attention to maintenance of critical dates calendar. | 0.20 | $125.00 |
| 06/28/21 | AHS | 104 | Attend committee meeting re: case status. | 0.50 | $447.50 |
| 06/28/21 | AHS | 104 | Prepare for committee meeting. | 0.30 | $268.50 |
| 06/28/21 | REB | 104 | Prepare for call with Committee re: discussion of complaints and case updates. | 0.90 | $585.00 |
| 06/28/21 | REB | 104 | Call with Committee re: case updates. | 0.40 | $260.00 |
| 06/30/21 | BM | 104 | Analysis regarding Freedman entities motion to appoint Chapter 11 trustee. | 1.60 | $1,272.00 |
| | | **TASK TOTAL 104** | | **19.80** | **$15,158.50** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 06/01/21 | AHS | 105 | Call with counsel for Debtors re: mediation and claims issues. | 0.70 | $626.50 |
| 06/07/21 | AHS | 105 | Review of case law and research re: intervention issues. | 1.10 | $984.50 |
| 06/07/21 | AHS | 105 | Review and revise draft stipulation re: intervention. | 0.40 | $358.00 |
| 06/07/21 | AHS | 105 | Internal call re: intervention issues. | 0.50 | $447.50 |
| 06/07/21 | AHS | 105 | Initial review of intervention stipulation and analysis of intervention issues. | 0.50 | $447.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/08/21 | BM | 105 | Attend to issues regarding response to MBNF's mediation statement. | 0.90 | $715.50 |
| 06/08/21 | AHS | 105 | Review and revise stipulaiton re: committee intervention and have same circulated to counsel for Debtors. | 1.30 | $1,163.50 |
| 06/08/21 | AHS | 105 | Review of email from HSRE re: request to intervene in mediation, email to committee re: same, call with counsel for Debtors re: request and mediation issues. | 0.90 | $805.50 |
| 06/09/21 | BM | 105 | Analysis of issues regarding MBNF mediation issues. | 1.20 | $954.00 |
| 06/09/21 | BM | 105 | Analysis regarding draft reply brief to MBNF. | 1.40 | $1,113.00 |
| 06/09/21 | BM | 105 | Analysis regarding HSRE's motion to intervene in mediation and motion to shorten time. | 0.80 | $636.00 |
| 06/09/21 | AHS | 105 | Review of draft response mediation statement. | 1.40 | $1,253.00 |
| 06/09/21 | AHS | 105 | Initial review of response brief for mediation. | 0.80 | $716.00 |
| 06/10/21 | BM | 105 | Analysis regarding omnibus objection to claims. | 0.60 | $477.00 |
| 06/10/21 | AHS | 105 | Review and revise response to motion to shorten filed by HSRE. | 0.90 | $805.50 |
| 06/10/21 | AHS | 105 | Calls with counsel for Debtors re: mediation, HSRE issues and litigation issues. | 0.60 | $537.00 |
| 06/10/21 | AHS | 105 | Review of mediation document as circulated by counsel for Freedman entities and analysis re: same. | 1.50 | $1,342.50 |
| 06/11/21 | AHS | 105 | Attend mediation call. | 0.80 | $716.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/11/21 | AHS | 105 | Calls with counsel for Debtors re: mediation issues and upcoming call with mediator. | 0.60 | $537.00 |
| 06/11/21 | GAK | 105 | Review omnibus claim objection and email A. Sherman regarding same. | 0.10 | $62.50 |
| 06/13/21 | AHS | 105 | Review of proposed changes to intervention stipulation and emails re: same. | 0.30 | $268.50 |
| 06/13/21 | AHS | 105 | Emails re: request to shorten and confidentiality. | 0.30 | $268.50 |
| 06/14/21 | AHS | 105 | Call with Debtor's counsel re: mediation and claim issues. | 1.00 | $895.00 |
| 06/15/21 | BM | 105 | Analysis regarding MBNF-related parties' filed proofs of claims. | 1.20 | $954.00 |
| 06/15/21 | BM | 105 | Analysis regarding HSRE-related entities' filed proofs of claims. | 0.90 | $715.50 |
| 06/15/21 | AHS | 105 | Review of latest draft to intervention stipulation, internal calls re: same and emails to Debtors' counsel re: draft. | 0.70 | $626.50 |
| 06/16/21 | AHS | 105 | Address issues re: intervention stipulation and call with counsel for Debtors re: same. | 0.60 | $537.00 |
| 06/17/21 | BM | 105 | Analysis regarding Vicinity's motion to enforce 9019 stipulation. | 0.60 | $477.00 |
| 06/18/21 | BM | 105 | Analysis regarding objections to MBNF's filed claims. | 0.80 | $636.00 |
| 06/18/21 | AHS | 105 | Calls and emails with creditor re: HSRE mediation issues. | 0.30 | $268.50 |
| 06/18/21 | AHS | 105 | Call with counsel for Debtors re: mediation issues; emails re: same and follow up re: mediation/confidentiality issues. | 0.50 | $447.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/21/21 | BM | 105 | Analysis regarding MBNF entities asserted transfers of claims from third parties. | 1.10 | $874.50 |
| 06/21/21 | AHS | 105 | Legal research re: motion to intervene. | 0.40 | $358.00 |
| 06/21/21 | AHS | 105 | Review and revise draft joint response to motion to intervene. | 2.20 | $1,969.00 |
| 06/21/21 | AHS | 105 | Attend mediation call with Judge Carey and parties. | 0.60 | $537.00 |
| 06/22/21 | AHS | 105 | Review of mediation documents sent by counsel to Debtors. | 0.80 | $716.00 |
| 06/23/21 | AHS | 105 | Review of final version of intervention response, emails re: same and have pleading filed. | 0.50 | $447.50 |
| 06/23/21 | AHS | 105 | Internal calls and emails re: draft complaint. | 0.30 | $268.50 |
| 06/23/21 | AHS | 105 | Initial review of draft complaint. | 1.00 | $895.00 |
| 06/24/21 | AHS | 105 | Attend call with counsel for Debtors re: complaint and issues therein. | 1.20 | $1,074.00 |
| 06/24/21 | AHS | 105 | Review of issues list and email to counsel for Debtors. | 0.20 | $179.00 |
| 06/24/21 | AHS | 105 | Further review and analysis of draft complaint. | 0.90 | $805.50 |
| 06/26/21 | AHS | 105 | Review of revised complaint. | 0.80 | $716.00 |
| 06/28/21 | AHS | 105 | Address finalizing carrier stipulation and filing same. | 0.20 | $179.00 |
| 06/28/21 | AHS | 105 | Calls and emails with Debtors' counsel re: claims and causes of action against HSRE. | 0.30 | $268.50 |
| 06/28/21 | AHS | 105 | Review of draft HSRE complaint and analysis re: same. | 1.30 | $1,163.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 13

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/28/21 | AHS | 105 | Review of documents re: mediation and governance issues. | 0.80 | $716.00 |
| 06/28/21 | AHS | 105 | Call with Debtors' counsel re: mediation and governance issues. | 0.30 | $268.50 |
| 06/29/21 | AHS | 105 | Call with counsel for Debtors re: HSRE mediation motion and hearing issues. | 0.70 | $626.50 |
| 06/29/21 | AHS | 105 | Review of draft HSRE complaint as revised. | 0.70 | $626.50 |
| 06/30/21 | AHS | 105 | Research and analysis re: governance issues, automatic stay issues and corporate law issues. | 1.40 | $1,253.00 |
| 06/30/21 | AHS | 105 | Attend hearing re: HSRE mediation issues. | 0.50 | $447.50 |
| 06/30/21 | AHS | 105 | Analysis re: governance issues in light of upcoming hearing and prepare for hearing. | 1.20 | $1,074.00 |
| 06/30/21 | AHS | 105 | Calls with Debtors' counsel re: corporate governance issues and upcoming hearing. | 0.60 | $537.00 |
| | | **TASK TOTAL 105** | | **42.20** | **$36,792.00** |

## 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 06/07/21 | GAK | 107 | Work on April fee application. | 2.20 | $1,375.00 |
| 06/08/21 | AHS | 107 | Review of April fee application and have same filed. | 0.20 | $179.00 |
| 06/08/21 | GAK | 107 | Review CNOS and fee application orders and payment information and draft email to A. Sherman regarding amounts owed. | 1.80 | $1,125.00 |
| 06/08/21 | GAK | 107 | Work on April fee application. | 0.90 | $562.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 14

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/09/21 | GAK | 107 | Communications with billing team regarding fee application issues. | 0.30 | $187.50 |
| 06/11/21 | GAK | 107 | Draft email to A. Sherman regarding fee application. | 0.30 | $187.50 |
| 06/11/21 | GAK | 107 | Communications with billing team regarding fee application issues. | 0.30 | $187.50 |
| 06/15/21 | GAK | 107 | Work on May fee application. | 1.10 | $687.50 |
| 06/29/21 | GAK | 107 | Work on May Fee Application. | 1.60 | $1,000.00 |
| | | **TASK TOTAL 107** | | **8.70** | **$5,491.50** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 06/07/21 | GAK | 108 | Review Debtors' professional's fee application and email A. Sherman regarding same. | 0.10 | $62.50 |
| 06/11/21 | GAK | 108 | Review EisnerAmper fee application and email A. Sherman regarding same. | 0.10 | $62.50 |
| | | **TASK TOTAL 108** | | **0.20** | **$125.00** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

| | | | | | |
|---|---|---|---|---|---|
| 06/07/21 | GH | 110 | Conference with A. Sherman regarding Intervention Stipulation. | 0.10 | $75.00 |
| 06/07/21 | GH | 110 | Review draft Intervention Stipulation. | 0.30 | $225.00 |
| 06/07/21 | GH | 110 | Review case law and committee's right to intervene in adversary proceeding. | 0.60 | $450.00 |
| 06/22/21 | MSO | 110 | Begin review of mediation statement. | 0.20 | $159.00 |
| 06/23/21 | MSO | 110 | Review and analysis of draft mediation statement. | 1.50 | $1,192.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 15

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/24/21 | MSO | 110 | Review and analysis of draft mediation statement and complaint. | 2.50 | $1,987.50 |
| | | **TASK TOTAL 110** | | **5.20** | **$4,089.00** |

### 111 – AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 06/23/21 | BM | 111 | Analysis regarding preference complaints. | 0.80 | $636.00 |
| | | **TASK TOTAL 111** | | **0.80** | **$636.00** |

### 113 – PLAN AND DISCLOSURE STATEMENT

| | | | | | |
|---|---|---|---|---|---|
| 06/08/21 | BM | 113 | Analysis of issues regarding plan of liquidation. | 1.10 | $874.50 |
| 06/16/21 | BM | 113 | Analysis regarding potential substantive consolidation issues. | 0.90 | $715.50 |
| 06/23/21 | BM | 113 | Analysis of issues regarding potential substantive consolidation. | 0.90 | $715.50 |
| | | **TASK TOTAL 113** | | **2.90** | **$2,305.50** |

### 114 – RELIEF FROM STAY PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| 06/15/21 | BM | 114 | Analysis regarding proposed stipulations granting relief from automatic stay with respect to personal injury claims. | 0.60 | $477.00 |
| 06/18/21 | GAK | 114 | Review stipulation granting limited stay relief and email A. Sherman regarding same. | 0.10 | $62.50 |
| | | **TASK TOTAL 114** | | **0.70** | **$539.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 16

|  |  |  |
|---|---|---|
| **TOTAL FEES at Standard Rates** | 191.30 | $142,416.00 |
| **Attorney Fees at Blended Rate of $625** |  |  |
| **TOTAL FEES at Blended Rate** | 191.30 | $119,562.50 |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 103.20 | $71,237.00 |
| 102 | Asset Disposition | | 7.60 | $6,042.00 |
| 104 | Case Administration | | 19.80 | $15,158.50 |
| 105 | Claims Administration and Objections | | 42.20 | $36,792.00 |
| 107 | Fee/Employment Applications | | 8.70 | $5,491.50 |
| 108 | Fee/Employment Objections | | 0.20 | $125.00 |
| 110 | Litigation (Other than Avoidance Action Litigation | | 5.20 | $4,089.00 |
| 111 | Avoidance Action Litigation | | 0.80 | $636.00 |
| 113 | Plan and Disclosure Statement | | 2.90 | $2,305.50 |
| 114 | Relief from Stay Proceedings | | 0.70 | $539.50 |
| | TOTAL FEES at Standard Rates | | 191.30 | $142,416.00 |
| | Attorney Fees at Blended Rate of $625 | | | |
| | TOTAL FEES at Blended Rate | | 191.30 | $119,562.50 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 33.80 | x | $895.00 | = | $30,251.00 |
| Mark S. Olinsky | 4.20 | x | $795.00 | = | $3,339.00 |
| Boris Mankovetskiy | 64.80 | x | $795.00 | = | $51,516.00 |
| George R. Hirsch | 1.00 | x | $750.00 | = | $750.00 |
| Thomas S. Novak | 2.60 | x | $650.00 | = | $1,690.00 |
| Rachel E. Brennan | 72.30 | x | $650.00 | = | $46,995.00 |
| Gregory A. Kopacz | 12.60 | x | $625.00 | = | $7,875.00 |

## DISBURSEMENT DETAIL

| | | | | |
|---|---|---|---|---|
| 05/24/21 | 271 | Litigation Support Vendor (UnitedLex Inv. 57747 invoice credit) | | $(2,294.22) |
| 06/24/21 | 271 | Litigation Support Vendor (UnitedLex Inv. 57747 revised invoice) | | $ 2,469.22 |
| | | Balance due (UnitedLex Inv. 57747) | | $175.00 |
| 06/21/21 | 271 | Litigation Support Vendor (UnitedLex Inv. 58596 – hosting user and volume) | | $1,414.70 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 28, 2021
Client/Matter No. 08650118.000001
Invoice: 2004798
Page 17

| 06/01/21 | 379 | Lexis-Nexis | $8.74 |
| 06/08/21 | 379 | Lexis-Nexis | $17.48 |
| 06/21/21 | 379 | Lexis-Nexis | $17.48 |
| | | **TOTAL DISBURSEMENTS** | **$1,633.40** |

| INVOICE SUMMARY | |
| --- | --- |
| Total Fees | $119,562.50 |
| Total Disbursements | $1,633.40 |
| **TOTAL THIS INVOICE** | **$121,195.90\*** |

\*Total includes fees at ***Blended Rate***.  Per Retention Application, lesser of fees at *Standard Rates* (**$142,416.00**) and fees at *Blended Rate* of $625 (**$119,562.50**)\*\* apply.

\*\*includes paralegal fees at standard rates, if applicable