# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :
                                                             :   Chapter 11
CENTER CITY HEALTHCARE, LLC D/B/A                            :
HAHNEMANN UNIVERSITY HOSPITAL, et                            :   Case No. 19-11466 (MFW)
al.,¹                                                        :
                                                             :   (Jointly Administered)
              Debtors.                                       :
                                                             :
                                                             :
------------------------------------------------------------ x
```

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Gregory Mortenson of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020, to represent (a) Joel Freedman, (b) American Academic Health Systems, LLC and (c) Philadelphia Academic Health Holdings LLC in the above-captioned cases.

Date: August 3, 2021
      Wilmington, Delaware

                                                         */s/ Brendan J. Schlauch*
                                                         Brendan J. Schlauch (No. 6115)
                                                         RICHARDS, LAYTON & FINGER, P.A.
                                                         One Rodney Square
                                                         920 North King Street
                                                         Wilmington, Delaware  19801
                                                         Telephone:  (302) 651-7700
                                                         Facsimile:   (302) 651-7701
                                                         Email:  schlauch@rlf.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 25776564v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: August 3, 2021

*/s/ Gregory Mortenson*
Gregory Mortenson
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: gregory.mortenson@lw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: August 3rd, 2021
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE