**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re:<br><br>CENTERCITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: August 25, 2021 4:00 p.m.**<br>**Hearing Date: Only if objection is timely filed** |

**SIXTEENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | April 1, 2021 through April 30, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $35,207.10<br>(80 % of which is $28,165.68) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $63.40 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the sixteenth monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

|  |  | Requested |  | Approved |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly Filed 2/17/2021 DI No. 2099 | 12/1/2020-12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly Filed 2/22/2021 DI No. 2115 | 1/1/2021-1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly Filed 4/12/2021 DI No. 2251 | 2/1/2021-2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly Filed May 4, 2021 DI No. 2613 | 3/1/2021-3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |

**TIME AND COMPENSATION BREAKDOWN**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $700.00 | 31.20 | $21,840.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $600.00 | 4.80 | $600.00 |
| Michael W. Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $500.00 | 11.40 | $5,700.00 |
| William J. Clements | Litigation - Of Counsel Admitted to Bar 2000 | $425.00 | 8.50 | $3,612.50 |
| Zachary J. Schnapp | Bankruptcy & Restructuring Associate Admitted to Bar 2020 | $325.00 | 9.60 | $3,120.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal 1997 | $285.00 | 6.90 | $1,966.50 |
| **TOTALS** | | | **72.40** | **$39,119.00** |
| **BLENDED RATE** | | | | **$540.31** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$3,911.90** |
| **GRAND TOTAL** | | | | **$35,207.10** |

## COMPENSATION BY PROJECT CATEGORY
## APRIL 1, 2021 THROUGH APRIL 30, 2021

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | CL/05 | 69.30 | $38,235.50 |
| Fee/Employment Applications | FE/07 | 3.10 | $883.50 |
| **TOTAL** | | **72.40** | **$39,119.00** |
| **Minus Agreed Upon Discount (10%)** | | | **-$3,911.90** |
| **GRAND TOTAL** | | | **$35,207.10** |

**EXPENSE SUMMARY**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---:|
| Pacer | $63.40 |
| **TOTAL** | **$63.40** |

PHIL1 9183949v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**SIXTEENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its Sixteenth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from April 1, 2021 through April 30, 2021. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II. BACKGROUND

2. On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4. On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5. Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from April 1, 2021 through April 30, 2021 (the "Compensation Period"), totaling 72.40 hours of professional time.

6. Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7. The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $35,207.10. Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8. Klehr Harrison also expended costs on behalf of the Debtors in the sum of $63.40 during the Compensation period. Attached hereto as Exhibit "B" is an itemized list of expenses incurred during the compensation period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9. Klehr Harrison accordingly seeks allowance of the sum of $35,207.10 in fees and $63.40 in expenses, for a total of $35,270.50.

10. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $35,207.10 and reimbursement of actual and necessary expenses incurred in the sum of $63.40 for the period from April 1, 2021 through April 30, 2021; (b) payment in the total amount of $28,229.08, which represents (i) 80% of the total fees billed ($28,165.68) and (ii) 100% of the expenses incurred ($63.40) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated: August 4, 2021  
Wilmington, Delaware

    */s/ Domenic E. Pacitti*  
    Domenic E. Pacitti (DE Bar No. 3989)  
    **KLEHR HARRISON HARVEY BRANZBURG LLP**  
    919 North Market Street, Suite 1000  
    Wilmington, Delaware 19801  
    Telephone: (302) 426-1189  
    Facsimile: (302) 426-9193  
    Email: dpacitti@klehr.com

    *Special Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) | Case No. 19-11466 (KG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1. I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2. I have read the foregoing Sixteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from April 1, 2021 through April 30, 2021 and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3. In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6. Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7. None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8. Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2021 are the rates charged to the Debtors in the Application.

9.       The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2021                                  /s/ Domenic E. Pacitti
                                                                           Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

May 17, 2021

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #: 446433
Client #: 19647
Matter #: 0019

For professional services through April 30, 2021:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/02/21 | DEP | Review case law re: claim objection to Drexel | 3.60 | 700.00 | 2,520.00 |
| 4/06/21 | MWY | Call with J Craig on PECO claim (0.5) / review operating reports (0.4) / review admin claim request and preference issues (0.6) / work on strategy for claim dispute (1.6) / call with company on admin claim dispute (0.5) | 3.60 | 500.00 | 1,800.00 |
| 4/07/21 | MWY | Address PECO claim motion | 1.60 | 500.00 | 800.00 |
| 4/08/21 | MWY | Review PECO payments (0.4) / call with company on payment analysis (0.5) / review operating reports (0.3) / address PECO motion response (0.7) | 1.90 | 500.00 | 950.00 |
| 4/09/21 | MKH | Review case docket; update case calendar re critical dates and deadlines | .20 | 285.00 | 57.00 |
| 4/09/21 | MWY | Work on PECO negotiations | .70 | 500.00 | 350.00 |
| 4/12/21 | DEP | Work on objection to Drexel admin claim | 1.00 | 700.00 | 700.00 |
| 4/13/21 | WJC | Reviewing email correspondence produced by client for additional information for memorandum analyzing potential claims against Drexel University | 2.60 | 425.00 | 1,105.00 |
| 4/14/21 | DEP | Call with J. Demmy re: update on Drexel issues | .50 | 700.00 | 350.00 |
| 4/14/21 | WJC | Emails from and to D. Pacitti regarding statute of limitations question | .10 | 425.00 | 42.50 |
| 4/14/21 | ZJS | Researched section 108 of bankruptcy code for D. Pacitti | .20 | 325.00 | 65.00 |

| | | | | | |
|---|---|---|---|---|---|
| 19647: Philadelphia Academic Health System, LLC | | | | | May 17, 2021 |
| 0019: Chapter 11 | | | | | Invoice #: 446433 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/15/21 | MWY | Address claim reconciliation | .30 | 500.00 | 150.00 |
| 4/19/21 | FMC | Review issues with Drexel administrative claim | .20 | 600.00 | 120.00 |
| 4/19/21 | FMC | Review email from J. Dinome/review attached email re: payments to Drexel within 90 day period | .20 | 600.00 | 120.00 |
| 4/19/21 | DEP | Research legal issues surrounding Drexel Admin Claim | 5.00 | 700.00 | 3,500.00 |
| 4/19/21 | MWY | Address PECO claims | .40 | 500.00 | 200.00 |
| 4/20/21 | DEP | Review documents and work on objection to Drexel Admin Claim | 5.40 | 700.00 | 3,780.00 |
| 4/21/21 | MWY | Address PECO claims | .80 | 500.00 | 400.00 |
| 4/22/21 | FMC | Prepare for conference call | .30 | 600.00 | 180.00 |
| 4/22/21 | FMC | Conference call with J. Dinome, A. Wilen and D. Pacitti re: Drexel issues and administrative claim | .70 | 600.00 | 420.00 |
| 4/22/21 | FMC | Post call review of issues with complaint and claims summary | .30 | 600.00 | 180.00 |
| 4/22/21 | FMC | Review Hahnemann closing plan | .50 | 600.00 | 300.00 |
| 4/22/21 | FMC | Review email from J. Dinome re: letter from PA Department of Health | .10 | 600.00 | 60.00 |
| 4/22/21 | FMC | Review email from J. Dinome re: PA Department of Health order and failure to comply with regulations | .30 | 600.00 | 180.00 |
| 4/22/21 | WJC | Emails from and to F. Correll and D. Pacitti regarding upcoming tasks | .20 | 425.00 | 85.00 |
| 4/22/21 | MWY | Call with company on PECO claims (0.4) / follow up on PECO claims (0.6) | 1.00 | 500.00 | 500.00 |
| 4/23/21 | DEP | Work on objection to Drexel admin claim | 3.60 | 700.00 | 2,520.00 |
| 4/23/21 | ZJS | Legal research on 503(b)(1) claims for D. Pacitti | 2.70 | 325.00 | 877.50 |
| 4/26/21 | FMC | Review email from J. Dinome/review attached census data | .30 | 600.00 | 180.00 |
| 4/26/21 | DEP | Work on claims vs. Drexel and objection to admin claim | 6.10 | 700.00 | 4,270.00 |
| 4/26/21 | ZJS | Began drafting the objection to Drexel's motion for admin expense claims for D. Pacitti | 2.20 | 325.00 | 715.00 |
| 4/27/21 | MKH | Review Drexel documents, contracts and invoices from client and summarize same for DEP | 3.60 | 285.00 | 1,026.00 |
| 4/27/21 | ZJS | Continued drafting the objection to Drexel's motion for admin expense claims for D. Pacitti | 1.80 | 325.00 | 585.00 |
| 4/27/21 | ZJS | Phone call to discuss objection to admin claim request with D. Pacitti | .20 | 325.00 | 65.00 |
| 4/27/21 | ZJS | Updated admin expense claim request chart for D. Pacitti | .70 | 325.00 | 227.50 |
| 4/27/21 | ZJS | Began drafting the declaration in support of objection to Drexel's motion for admin expense claims for D. Pacitti | .20 | 325.00 | 65.00 |
| 4/28/21 | FMC | Review email from D. Pacitti re: chart of invoices | .20 | 600.00 | 120.00 |
| 4/28/21 | FMC | Review issues with drafting complaint and statement | .30 | 600.00 | 180.00 |

| | | | | | |
|---|---|---|---|---|---|
| 19647: Philadelphia Academic Health System, LLC | | | | | May 17, 2021 |
| 0019: Chapter 11 | | | | | Invoice #: 446433 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/28/21 | FMC | Prepare for conference call | .40 | 600.00 | 240.00 |
| 4/28/21 | FMC | Conference call with C. Marino and J. Dinome, W. Clements and D. Pacitti re: review of census reports and administrative claims | .80 | 600.00 | 480.00 |
| 4/28/21 | DEP | Call with A. Isenberg re: timeline of events | .40 | 700.00 | 280.00 |
| 4/28/21 | DEP | Call with W. Clements and F. Correll re: complaint issues | .30 | 700.00 | 210.00 |
| 4/28/21 | DEP | Conference call with J. Dinome and clients re: Drexel POC and Admin Claim | .80 | 700.00 | 560.00 |
| 4/28/21 | DEP | Phone call with V. Marriott re: Drexel Admin Claim (.30) / draft second stipulation to extend objection deadline and continue hearing on Drexel Admin Claim Request (.30) / email to V. Marriott re: same (.10) | .70 | 700.00 | 490.00 |
| 4/28/21 | DEP | Review and revise initial draft of Drexel Admin Claim objection | 3.10 | 700.00 | 2,170.00 |
| 4/28/21 | WJC | Conference call with D. Pacitti and F. Correll in preparation for conference call with client | .20 | 425.00 | 85.00 |
| 4/28/21 | WJC | Conference call with client, including reviewing documents provided by client, pertaining to Drexel's administrative claims and potential complaint against Drexel | .80 | 425.00 | 340.00 |
| 4/28/21 | MWY | Review and analyze PECO proposal | .60 | 500.00 | 300.00 |
| 4/28/21 | ZJS | Continued drafting the objection to Drexel's motion for admin expense claims for D. Pacitti and focusing on background section | 1.60 | 325.00 | 520.00 |
| 4/29/21 | FMC | Review issues with Drexel administrative claims | .20 | 600.00 | 120.00 |
| 4/29/21 | DEP | Email exchange with client re: PECO claim issues | .30 | 700.00 | 210.00 |
| 4/29/21 | DEP | Email exchange with C. Marino re: documents re: Drexel claims | .40 | 700.00 | 280.00 |
| 4/29/21 | WJC | Emails between F. Correll and representative of client regarding information pertaining to opposition to Drexel's administrative claims | .10 | 425.00 | 42.50 |
| 4/29/21 | MWY | Follow up on settlement letter | .50 | 500.00 | 250.00 |
| 4/30/21 | WJC | Reviewing documents and analyzing memorandum regarding claims against Drexel in preparation for drafting complaint and mediation statements for potential resolution of claims | 4.50 | 425.00 | 1,912.50 |

**Task Total:** $ 38,235.50

| | | | | |
|---|---|---|---|---|
| 19647: Philadelphia Academic Health System, LLC | | | | May 17, 2021 |
| 0019: Chapter 11 | | | | Invoice #: 446433 |

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/09/21 | MKH | Draft Fourteenth Monthly Fee Application for Feb 1-28, 2021, Notice, Charts, Certification and Exhibits; email same to D. Pacitti for review | 1.40 | 285.00 | 399.00 |
| 4/12/21 | MKH | Finalize and prepare KHHB's Fourteenth Monthly Fee Application for February 2021, Notice, Charts, Certification and Exhibits for filing and efile same with Bankruptcy Court | .60 | 285.00 | 171.00 |
| 4/23/21 | MKH | Draft KHHB Fee Application for March 2021, Notice, Charts, Certification and Exhibits and prepare email to counsel re same for review | 1.10 | 285.00 | 313.50 |

| | |
|---|---|
| **Task Total:** | **$ 883.50** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 39,119.00** |
| 10% Discount | $ -3,911.90 |
| **NET PROFESSIONAL SERVICES** | **$ 35,207.10** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 31.20 | 700.00 | 21,840.00 |
| Correll, Francis M. | Partner | 4.80 | 600.00 | 2,880.00 |
| Yurkewicz, Michael W. | Partner | 11.40 | 500.00 | 5,700.00 |
| Clements, William J. | Of-Counsel | 8.50 | 425.00 | 3,612.50 |
| Schnapp, Zachary J | Associate | 9.60 | 325.00 | 3,120.00 |
| Hughes, Melissa K. | Paralegal | 6.90 | 285.00 | 1,966.50 |
| **TOTALS** | | **72.40** | | **$ 39,119.00** |

# EXHIBIT B

**DISBURSEMENTS**

| Description | Amount |
|---|---:|
| Pacer | 63.40 |
| **TOTAL DISBURSEMENTS** | **$ 63.40** |
| **TOTAL THIS INVOICE** | **$ 35,270.50** |