# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Obj. Deadline: August 25, 2021 4:00 p.m.** |
|  | ) **Hearing Date: Only if objection is timely filed** |

**SEVENTEENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | May 1, 2021 through May 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $24,175.80 (80 % of which is $19,340.64) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $529.57 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the seventeenth monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees [80%] | Approved Expenses [100%] | Fee Holdback |
|---|---|---|---|---|---|---|
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly Filed 2/17/2021 DI No. 2099 | 12/1/2020-12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly Filed 2/22/2021 DI No. 2115 | 1/1/2021-1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly Filed 4/12/2021 DI No. 2251 | 2/1/2021-2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly Filed 5/4/2021 DI No. 2613 | 3/1/2021-3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly Filed 8/4/2021 DI No. 2670 | 4/1/2021-4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |

**TIME AND COMPENSATION BREAKDOWN**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $700.00 | 16.60 | $11,620.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $600.00 | 2.00 | $1,200.00 |
| Michael W. Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $500.00 | 5.00 | $2,500.00 |
| William J. Clements | Litigation - Of Counsel Admitted to Bar 2000 | $425.00 | 16.30 | $6,927.50 |
| Zachary J. Schnapp | Bankruptcy & Restructuring Associate Admitted to Bar 2020 | $325.00 | 3.50 | $1,137.50 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal 1997 | $285.00 | 12.20 | $3,477.00 |
| **TOTALS** | | | **55.60** | **$26,862.00** |
| **BLENDED RATE** | | | | **$483.12** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$2,686.20** |
| **GRAND TOTAL** | | | | **$24,175.80** |

## COMPENSATION BY PROJECT CATEGORY
## MAY 1, 2021 THROUGH MAY 31, 2021

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | CL/05 | 54.10 | $26,434.50 |
| Fee/Employment Applications | FE/07 | 1.50 | $427.50 |
| **TOTAL** | | **55.60** | **$26,862.00** |
| **Minus Agreed Upon Discount (10%)** | | | **-$2,686.20** |
| **GRAND TOTAL** | | | **$24,175.80** |

PHIL1 9183949v.1

**EXPENSE SUMMARY**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---:|
| Express Delivery | $55.88 |
| Computerized Research | $473.69 |
| **TOTAL** | **$529.57** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SEVENTEENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its seventeenth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from May 1, 2021 through May 31, 2021. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II. BACKGROUND

2. On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4. On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5. Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from May 1, 2021 through May 31, 2021 (the "Compensation Period"), totaling 55.60 hours of professional time.

6. Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7. The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $24,175.80. Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8. Klehr Harrison also expended costs on behalf of the Debtors in the sum of $529.57 during the Compensation period. Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9. Klehr Harrison accordingly seeks allowance of the sum of $24,175.80 in fees and $529.57 in expenses, for a total of $24,705.37.

10. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $24,175.80 and reimbursement of actual and necessary expenses incurred in the sum of $529.57 for the period from May 1, 2021 through May 31, 2021; (b) payment in the total amount of $19,870.21, which represents (i) 80% of the total fees billed ($19,340.64) and (ii) 100% of the expenses incurred ($529.57) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated: August 4, 2021  
Wilmington, Delaware

    /s/ Domenic E. Pacitti  
Domenic E. Pacitti (DE Bar No. 3989)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 North Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone: (302) 426-1189  
Facsimile: (302) 426-9193  
Email: dpacitti@klehr.com

*Special Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1. I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2. I have read the foregoing Seventeenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from May 1, 2021 through May 31, 2021 and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3. In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6. Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7. None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8. Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2021 are the rates charged to the Debtors in the Application.

9. The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2021             */s/ Domenic E. Pacitti*
                                                    Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

June 18, 2021

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #:      448620
Client #:        19647
Matter #:         0019

For professional services through May 31, 2021:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/03/21 | FMC | Review email from C. Marino re: closing information | .30 | 600.00 | 180.00 |
| 5/03/21 | FMC | Review issues with documents from C. Marino | .30 | 600.00 | 180.00 |
| 5/03/21 | WJC | Reviewing email from client (Marino) | .10 | 425.00 | 42.50 |
| 5/03/21 | MWY | Follow up on PECO claim resolution | 1.10 | 500.00 | 550.00 |
| 5/04/21 | FMC | Review email from J. Dinome re: documents/review email from C. Marino with attached email | .20 | 600.00 | 120.00 |
| 5/04/21 | DEP | Email with J. Dinome re: Drexel documents | .10 | 700.00 | 70.00 |
| 5/04/21 | MKH | Update case calendar re critical dates and objection deadlines | .20 | 285.00 | 57.00 |
| 5/05/21 | MKH | Review and prepare Second Stipulation Between the Debtors and Drexel University Regarding the Objection Deadline and Hearing on Drexel University's Request for Allowance and Payment of Administrative Expense Claim for filing and efile same with Bankruptcy Court | .30 | 285.00 | 85.50 |
| 5/05/21 | MWY | Work on PECO resolution | 1.20 | 500.00 | 600.00 |
| 5/06/21 | FMC | Review issues with possible claims against Drexel | .20 | 600.00 | 120.00 |
| 5/06/21 | WJC | Email from F. Correll regarding potential claims against Drexel | .10 | 425.00 | 42.50 |
| 5/06/21 | MWY | Work on PECO resolution and documentation | .90 | 500.00 | 450.00 |
| 5/07/21 | MWY | Address PECO resolution and documentation | .80 | 500.00 | 400.00 |
| 5/10/21 | FMC | Review email from C. Marino re: historical Drexel invoices | .20 | 600.00 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 19647: Philadelphia Academic Health System, LLC | | | | | June 18, 2021 |
| 0019: Chapter 11 | | | | | Invoice #: 448620 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/10/21 | MKH | Review invoices, emails and documents from client re Drexel admin claim | 2.50 | 285.00 | 712.50 |
| 5/11/21 | MKH | Review invoices, emails and documents from client re Drexel admin claim | 2.50 | 285.00 | 712.50 |
| 5/11/21 | MWY | Follow up on PECO order | .30 | 500.00 | 150.00 |
| 5/12/21 | MKH | Review invoices, emails and documents from client re Drexel admin claim | 1.50 | 285.00 | 427.50 |
| 5/12/21 | WJC | Reviewing emails produced by client for drafting adversary complaint | 1.80 | 425.00 | 765.00 |
| 5/13/21 | MKH | Review invoices, emails and documents from client re Drexel admin claim | 1.50 | 285.00 | 427.50 |
| 5/13/21 | WJC | Reviewing prior memorandum regarding claims against Drexel and other materials for drafting adversary complaint | 2.30 | 425.00 | 977.50 |
| 5/14/21 | MKH | Review invoices, emails and documents from client re Drexel admin claim | 2.20 | 285.00 | 627.00 |
| 5/14/21 | WJC | email from F Correll regarding draft complaint | .10 | 425.00 | 42.50 |
| 5/14/21 | WJC | Reviewing bankruptcy rules, statutes and other legal research pertaining to adversary actions | 1.70 | 425.00 | 722.50 |
| 5/16/21 | WJC | Email from D. Paccitti regarding draft complaint | .10 | 425.00 | 42.50 |
| 5/17/21 | FMC | Review issues with Drexel objection and complaint | .20 | 600.00 | 120.00 |
| 5/17/21 | WJC | Emails from and to D. Pacitti regarding potential claims against Drexel | .10 | 425.00 | 42.50 |
| 5/17/21 | WJC | Drafting reviewing and revising proposed adversary complaint against Drexel | 3.50 | 425.00 | 1,487.50 |
| 5/17/21 | MWY | Investigate additional PECO issues | .70 | 500.00 | 350.00 |
| 5/18/21 | DEP | Review documents and work on draft complaint | 4.50 | 700.00 | 3,150.00 |
| 5/18/21 | WJC | Drafting, reviewing and revising adversary complaint | 2.50 | 425.00 | 1,062.50 |
| 5/19/21 | FMC | Review issues with claims against Drexel | .10 | 600.00 | 60.00 |
| 5/19/21 | FMC | Review and revise W. Clements draft complaint/review D. Pacitti comments | .50 | 600.00 | 300.00 |
| 5/19/21 | DEP | Review documents and work on draft claim objection | 4.00 | 700.00 | 2,800.00 |
| 5/19/21 | WJC | Drafting, reviewing and reviewing adversary complaint against Drexel | .60 | 425.00 | 255.00 |
| 5/19/21 | WJC | Reviewing D. Paccitti's edits to adversary complaint against Drexel | .40 | 425.00 | 170.00 |
| 5/19/21 | WJC | Emails from and to D. Pacitti regarding adversary complaint against Drexel | .20 | 425.00 | 85.00 |
| 5/20/21 | WJC | Reviewing draft complaint against Drexel and other materials pertaining to drafting potential mediation statement | 2.80 | 425.00 | 1,190.00 |

| | | | | | |
|---|---|---|---|---|---|
| 19647: Philadelphia Academic Health System, LLC | | | | | June 18, 2021 |
| 0019: Chapter 11 | | | | | Invoice #: 448620 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/21/21 | ZJS | Researched docket and made changes to the facts/background section of objection the Drexel University's motion for admin expense for D. Pacitti | 3.50 | 325.00 | 1,137.50 |
| 5/24/21 | DEP | Review and revise draft complaint v. Drexel | 3.00 | 700.00 | 2,100.00 |
| 5/25/21 | DEP | Revise draft admin claim objection | 4.00 | 700.00 | 2,800.00 |
| 5/25/21 | DEP | Call with clients re: complaint draft and admin claim objection | .50 | 700.00 | 350.00 |
| 5/25/21 | DEP | Email with clients re: complaint draft and admin claim objection | .50 | 700.00 | 350.00 |

|  |  |
|---|---|
| **Task Total:** | **$ 26,434.50** |

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/04/21 | MKH | Revise and finalize Fifteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period March 1, 2021 to March 31, 2021, Notice, Charts, Certification and Exhibits for filing and efile same with Bankruptcy Court | .80 | 285.00 | 228.00 |
| 5/05/21 | MKH | Review case docket; draft and prepare CNO re Fourteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2021 through February 28, 2021 for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |

| | |
|---|---|
| **Task Total:** | **$ 427.50** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 26,862.00** |
| 10% Discount | $ -2,686.20 |
| **NET PROFESSIONAL SERVICES** | **$ 24,175.80** |

19647: Philadelphia Academic Health System, LLC  June 18, 2021
0019: Chapter 11  Invoice #: 448620

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 16.60 | 700.00 | 11,620.00 |
| Correll, Francis M. | Partner | 2.00 | 600.00 | 1,200.00 |
| Yurkewicz, Michael W. | Partner | 5.00 | 500.00 | 2,500.00 |
| Clements, William J. | Of-Counsel | 16.30 | 425.00 | 6,927.50 |
| Schnapp, Zachary J | Associate | 3.50 | 325.00 | 1,137.50 |
| Hughes, Melissa K. | Paralegal | 12.20 | 285.00 | 3,477.00 |
| **TOTALS** | | **55.60** | | **$ 26,862.00** |

# EXHIBIT B

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

June 18, 2021
Invoice #: 448620

**DISBURSEMENTS**

| Description | Amount |
|---|---:|
| Express Delivery | 55.88 |
| Computerized Research | 473.69 |
| **TOTAL DISBURSEMENTS** | **$ 529.57** |
| **TOTAL THIS INVOICE** | **$ 24,705.37** |