# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, and ST. CHRISTOPHER'S HEALTHCARE, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>IMMUCOR, INC.,<br><br>　　　　Defendant. | Adv. Proc. No. 21-50929 (MFW)<br><br>**Hearing Date: September 23, 2021 at 10:30 a.m. (ET)**<br>**Objection Deadline: August 24, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 10, 2021, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, filed the *Motion of Debtors for Approval of Settlement of Preference Claims against Immucor, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "**Motion**") with the Court.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before **August 24, 2021 at 4:00 p.m.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**(ET)** and served upon the undersigned counsel for the Debtors. Only properly and timely filed responses will be considered.

      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **September 23, 2021 at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath, Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 10, 2021          **SAUL EWING ARNSTEIN & LEHR LLP**

          */s/ Monique B. DiSabatino*
          Mark Minuti (DE Bar No. 2659)
          Monique B. DiSabatino (DE Bar No. 6027)
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE  19899
          Telephone: (302) 421-6800
          mark.minuti@saul.com
          monique.disabatino@saul.com

          -and-

          Jeffrey C. Hampton
          Adam H. Isenberg
          Jorge Garcia
          Shannon A. McGuire
          Centre Square West
          1500 Market Street, 38th Floor
          Philadelphia, PA 19102
          Telephone: (215) 972-7777
          jeffrey.hampton@saul.com
          adam.isenberg@saul.com
          jorge.garcia@saul.com
          shannon.mcguire@saul.com

          *Counsel for Debtors and Debtors in Possession*