# EXHIBIT A

**Summary of Blended Rate**

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
|---|---|---|---|
| Senior Partners | 11 | $574.00 | $673.35 |
| Junior Partners | 3 | $464.00 | $447.74 |
| Special Counsel | 3 | $477.00 | $479.38 |
| Senior Associates | 5 | $340.00 | $362.37 |
| Junior Associates | 11 | $292.00 | $285.08 |
| Paralegal | 1 | $243.00 | $245.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 5 | $199.00 | $242.67 |
| **Aggregated:** | | **$451.00** | **$422.97** |