# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | 30.00 | $14,137.50 | 25.80 | $13,582.50 |
| Business Operations | 400.00 | $188,500.00 | 357.30 | $226,688.00 |
| Case Administration | 120.00 | $56,550.00 | 144.00 | $85,831.50 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 150.00 | $70,687.50 | 108.00 | $54,656.50 |
| Committee Matters | 30.00 | $14,137.50 | 50.30 | $35,910.00 |
| Creditor Inquiries | 15.00 | $7,068.75 | 14.30 | $4,922.00 |
| Employee Benefits and Pensions | 30.00 | $14,137.50 | 17.50 | $9,831.50 |
| Executory Contracts and Unexpired Leases | 45.00 | $21,206.25 | 41.90 | $28,600.00 |
| Fee/Employment Applications (Objections) | 15.00 | $7,068.75 | 0.00 | $0.00 |
| Fee/Employment Application (Saul Ewing) | 30.00 | $14,137.50 | 23.50 | $6,189.00 |
| Fee/Employment Applications (Other Professionals) | 15.00 | $7,068.75 | 15.60 | $8,586.50 |
| Labor Matters | 15.00 | $7,068.75 | 10.60 | $7,049.00 |
| Litigation: Contested Matters and Adversary Proceedings | 1,175.00 | $553,718.75 | 1,285.60 | $503,020.50 |
| Non-Working Travel | 0.00 | $0.00 | 1.40 | $931.00 |
| Plan and Disclosure Statement | 30.00 | $14,137.50 | 5.00 | $2,293.00 |
| Preparation for and Attendance at Hearing | 15.00 | $7,068.75 | 0.30 | $218.50 |
| Relief from Stay and Adequate Protection | 21.00 | $9,896.25 | 26.40 | $12,067.00 |
| UST Reports, Meetings and Issues | 30.00 | $14,137.50 | 7.40 | $3,388.00 |
| Utilities | 0.00 | $0.00 | 0.40 | $180.00 |
| **TOTAL** | **2,166.00** | **$1,020,727.50** | **2,135.30** | **$1,003,944.50** |
| **Minus 50% Discount for Non-Working Travel** | | | | **($465.50)** |
| **Minus Agreed Upon Discount** | | | | **($100,301.35)** |
| **GRAND TOTAL** | **2,166.00** | **$1,020,727.50** | **2,135.30** | **$903,177.65** |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 12 |
| Counsel | 2 |
| Associate | 10 |
| Paralegal | 1 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 5 |