# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

38599736.2 08/13/2021

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center; PA BCCO | $330.70 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $20,989.50 |
| Legal Research | Westlaw | $6,010.30 |
| Overnight | Federal Express | $167.72 |
| **TOTAL** | | **$27,498.22** |

---

[1]  These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |