# EXHIBIT D

## Budgets and Staffing Plans

**July 2020**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| *2* | *Expenses* | *N/A* | *$5,000.00* |
| 3 | Asset Sale Disposition | 20 | $9,425.00 |
| 4 | Business Operations | 150 | $70,687.50 |
| 5 | Case Administration | 40 | $18,850.00 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 50 | $23,562.50 |
| 7 | Committee Matters | 5 | $2,356.25 |
| 8 | Creditor Inquiries | 5 | $2,356.25 |
| 9 | Employee Benefits and Pensions | 10 | $4,712.50 |
| 10 | Executory Contracts and Unexpired Leases | 15 | $7,068.75 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,712.50 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,356.25 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,356.25 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 5 | $2,356.25 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 175 | $82,468.75 |
| 17 | Non-Working Travel | 0 | $0.00 |
| 18 | Plan and Disclosure Statement | 10 | $4,712.50 |
| 19 | Preparation for and Attendance at Hearings | 5 | $2,356.25 |
| 20 | Relief from Stay and Adequate Protection | 7 | $3,298.75 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 10 | $4,712.50 |
| 23 | Utilities | 0 | $0.00 |
| 24 | Post Confirmation | 0 | $0.00 |
| | **Total:** | **527** | **$253,348.75** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 9 | $410 per hour to $1025 per hour |
| Counsel | 2 | $395 per hour to $850 per hour |
| Associate | 5 | $260 per hour to $475 per hour |
| Paralegal | 1 | $125 per hour to $370 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $195 per hour to $302 per hour |

**August 2020**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| *2* | *Expenses* | *N/A* | *$5,000.00* |
| 3 | Asset Sale Disposition | 5 | $2,356.25 |
| 4 | Business Operations | 150 | $70,687.50 |
| 5 | Case Administration | 40 | $18,850.00 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 50 | $23,562.50 |
| 7 | Committee Matters | 5 | $2,356.25 |
| 8 | Creditor Inquiries | 5 | $2,356.25 |
| 9 | Employee Benefits and Pensions | 10 | $4,712.50 |
| 10 | Executory Contracts and Unexpired Leases | 15 | $7,068.75 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,712.50 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,356.25 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,356.25 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 5 | $2,356.25 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 350 | $164,937.50 |
| 17 | Non-Working Travel | 0 | $0.00 |
| 18 | Plan and Disclosure Statement | 10 | $4,712.50 |
| 19 | Preparation for and Attendance at Hearings | 5 | $2,356.25 |
| 20 | Relief from Stay and Adequate Protection | 7 | $3,298.75 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 10 | $4,712.50 |
| 23 | Utilities | 0 | $0.00 |
| 24 | Post Confirmation | 0 | $0.00 |
| | **Total:** | **687** | **$328,748.75** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 10 | $410 per hour to $1025 per hour |
| Counsel | 2 | $395 per hour to $850 per hour |
| Associate | 10 | $260 per hour to $475 per hour |
| Paralegal | 1 | $125 per hour to $370 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $195 per hour to $302 per hour |

38599736.2 08/13/2021

**September 2020**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| *2* | *Expenses* | *N/A* | *$5,000.00* |
| 3 | Asset Sale Disposition | 5 | $2,356.25 |
| 4 | Business Operations | 100 | $47,125.00 |
| 5 | Case Administration | 40 | $18,850.00 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 50 | $23,562.50 |
| 7 | Committee Matters | 20 | $9,425.00 |
| 8 | Creditor Inquiries | 5 | $2,356.25 |
| 9 | Employee Benefits and Pensions | 10 | $4,712.50 |
| 10 | Executory Contracts and Unexpired Leases | 15 | $7,068.75 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,712.50 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,356.25 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,356.25 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 5 | $2,356.25 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 650 | $306,312.50 |
| 17 | Non-Working Travel | 0 | $0.00 |
| 18 | Plan and Disclosure Statement | 10 | $4,712.50 |
| 19 | Preparation for and Attendance at Hearings | 5 | $2,356.25 |
| 20 | Relief from Stay and Adequate Protection | 7 | $3,298.75 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 10 | $4,712.50 |
| 23 | Utilities | 0 | $0.00 |
| 24 | Post Confirmation | 0 | $0.00 |
| | **Total:** | **952** | **$453,630.00** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 10 | $410 per hour to $1025 per hour |
| Counsel | 2 | $395 per hour to $850 per hour |
| Associate | 10 | $260 per hour to $475 per hour |
| Paralegal | 1 | $125 per hour to $370 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $195 per hour to $302 per hour |

38599736.2 08/13/2021