# EXHIBIT A

**Summary of Blended Rate**

38627933.3 08/13/2021

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
|---|---|---|---|
| Senior Partners | 15 | $574.00 | $688.56 |
| Junior Partners | 3 | $464.00 | $456.96 |
| Special Counsel | 3 | $477.00 | $475.45 |
| Senior Associates | 8 | $340.00 | $342.67 |
| Junior Associates | 10 | $292.00 | $276.51 |
| Paralegal | 0 | $243.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $199.00 | $240.06 |
| **Aggregated:** | | **$451.00** | **$422.45** |