# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | 15.00 | $7,068.75 | 9.50 | $6,207.50 |
| Business Operations | 275.00 | $129,593.75 | 217.70 | $139,667.00 |
| Case Administration | 105.00 | $49,481.25 | 99.80 | $54,512.50 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 470.00 | $221,487.50 | 403.20 | $159,764.50 |
| Committee Matters | 50.00 | $23,562.50 | 66.30 | $44,510.50 |
| Creditor Inquiries | 15.00 | $7,068.75 | 1.00 | $485.00 |
| Employee Benefits and Pensions | 24.00 | $11,310.00 | 8.50 | $4,760.00 |
| Executory Contracts and Unexpired Leases | 29.00 | $13,666.25 | 18.80 | $12,832.00 |
| Fee/Employment Applications (Objections) | 15.00 | $7,068.75 | 0.00 | $0.00 |
| Fee/Employment Application (Saul Ewing) | 30.00 | $14,137.50 | 36.60 | $10,272.50 |
| Fee/Employment Applications (Other Professionals) | 15.00 | $7,068.75 | 19.10 | $6,102.00 |
| Labor Matters | 15.00 | $7,068.75 | $0.00 | $0.00 |
| Litigation: Contested Matters and Adversary Proceedings | 1,870.00 | $881,237.50 | 1,827.50 | $796,575.00 |
| Plan and Disclosure Statement | 280.00 | $131,950.00 | 276.00 | $162,549.50 |
| Preparation for and Attendance at Hearing | 15.00 | $7,068.75 | 8.90 | $6,393.50 |
| Relief from Stay and Adequate Protection | 19.00 | $8,953.75 | 25.50 | $11,908.50 |
| UST Reports, Meetings and Issues | 24.00 | $11,310.00 | 2.60 | $1,492.50 |
| Utilities | 0.00 | $0.00 | 0.20 | $90.00 |
| **TOTAL** | **3,266.00** | **$1,539,102.50** | **$3,021.20** | **$1,418,122.50** |
| **Minus Agreed Upon Discount** | | | | **($141,812.25)** |
| **GRAND TOTAL** | **3,266.00** | **$1,539,102.50** | **3,021.20** | **$1,276,310.25** |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 12 |
| Counsel | 2 |
| Associate | 10 |
| Paralegal | 1 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 5 |