# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center; PA BCCO | $292.50 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $26,931.45 |
| Filing Fees | United States Bankruptcy Court (sale motion) | $181.00 |
| Legal Research | Westlaw | $21,823.68 |
| Outside Reproduction | Exela Enterprise Solutions Inc.; Reliable Copy Service | $849.39 |
| Overnight Delivery | Federal Express | $65.20 |
| Teleconferencing | CourtCall LLP | $135.00 |
| Transcript | Reliable Copy Service - DE | $263.05 |
| **TOTAL** | | **$50,541.27** |

---

[1]    These are the costs associated with using the Saul Review Platform ("SRP").  These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |