**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Related to Docket No. 2652** |

**CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTORS FOR APPROVAL OF SETTLEMENT OF PREFERENCE CLAIMS AGAINST SODEXO PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, "Debtors") hereby certifies that:

1. On July 29, 2021, the *Motion of Debtors for Approval of Settlement of Preference Claims Against Sodexo Pursuant to Federal Rule of Bankruptcy Procedure 9019* [D.I. 2652] (the "Motion")[2] was filed with the Court.

2. Pursuant to the Notice of the Motion [D.I. 2652], objections to the Motion were to be filed by August 12, 2021 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

3. No objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, the Motion may be granted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: August 13, 2021       **SAUL EWING ARNSTEIN & LEHR LLP**

              By: /s/ *Monique B. DiSabatino*
                Mark Minuti (DE Bar No. 2659)
                Monique B. DiSabatino (DE Bar No. 6027)
                1201 N. Market Street, Suite 2300
                P.O. Box 1266
                Wilmington, DE 19899
                Telephone: (302) 421-6800
                Fax: (302) 421-5873
                mark.minuti@saul.com
                monique.disabatino@saul.com

                  -and-

                Jeffrey C. Hampton
                Adam H. Isenberg
                A. Mayer Kohn
                Centre Square West
                1500 Market Street, 38th Floor
                Philadelphia, PA 19102
                Telephone: (215) 972-7777
                Fax: (215) 972-7725
                jeffrey.hampton@saul.com
                adam.isenberg@saul.com
                mayer.kohn@saul.com

                *Counsel for Debtors and Debtors in Possession*