## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: September 7, 2021 at 4:00 p.m. ET**<br>**Hearing: September 23, 2021 at 10:30 a.m. ET** |

### FIFTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2020 THROUGH SEPTEMBER 30, 2020

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Fifth Interim Period: | July 1, 2020 through September 30, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fifth Interim Period: | $12,671.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and | $22.25 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

125282590.1

Necessary for the Fifth Interim Period:

This is an: _____ Monthly __X__ Interim _____ Final Fee Application

This is Fox Rothschild's Fifth interim fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**Summary of Monthly Fee Applications for the Interim Period**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,052.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/20 | $5,071.00 | $8.45 | 10/26/2020 [D.I. 1859] | $4,056.70 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $0.00 | 1/25/2021 [D.I. 2048] | $5,028.00 | $0.00 |
| | **TOTAL:** | **$12,671.50** | **$22.25** | | **$10,137.20`** | **$22.25** |

**Summary of Objections to Monthly Fee Applications**

None

125282590.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: September 7, 2021 at 4:00 p.m. ET**<br>**Hearing: September 23, 2021 at 10:30 a.m. ET** |

**FIFTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD JULY 1, 2020 THROUGH SEPTEMBER 30, 2020**

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), submits its Fifth Interim Fee Application (the "Application"), pursuant to sections 327, 330(a), and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the "Interim

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Compensation Order")[2] [D.I. 341] for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Fifth interim application period from July 1, 2020 through September 30, 2020 (the "Compensation Period") in the amount of $12,671.50 (the "Interim Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $22.25 (the "Interim Expense Amount") incurred during the Fifth interim application period. In support of this Application, Fox Rothschild respectfully represents:

## JURISDICTION

1.      This Court has jurisdiction over this Application under 28 U.S.C. § 157(b)(2).

2.      Venue in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.      On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.      On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute,

---

[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

125282590.1

LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

5.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc</u> <u>pro</u> <u>tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

### SUMMARY OF APPLICATION FOR THE COMPENSATION PERIOD

6.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Interim Compensation Amount and the Interim Expense Amount for the Compensation Period.

7.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates.  Fox Rothschild received no payment and no promises of payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with matters covered by this Application.  There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for sharing of compensation received for services rendered in these cases.

125282590.1

8.      Fox Rothschild's monthly fee applications during the Compensation Period have been filed and served in accordance with the Interim Compensation Order.

9.      Copies of Fox Rothschild's monthly fee applications for the Compensation Period are attached hereto as Exhibit "A".

## RELIEF REQUESTED

10.     By this Application, Fox Rothschild requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by Fox Rothschild during the Compensation Period.

11.     All services for which compensation is requested by Fox Rothschild were performed on behalf of the Committee.  Fox Rothschild's services have been necessary and beneficial to the Committee and other parties in interest.

12.     In accordance with the factors enumerated in Bankruptcy Code section 330, Fox Rothschild respectfully submits that the amount requested by Fox Rothschild is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Fox Rothschild has reviewed the requirements of Local Rule 2016-2 and the Interim Compensation Order and believes that this Application complies with such Rule and order. To the extent that this Application fails to comply with Local Rule 2016-2 in any respect, Fox Rothschild submits that such non-compliance is non-material, and respectfully requests that such non-compliance be waived.

## NOTICE

13.     Notice of this Application will be served upon: (a) the Debtors, Center City

125282590.1

Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

## CONCLUSION

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order, substantially in the form attached hereto, providing: (i) that the fees in the amount of $12,671.50, as compensation for necessary professional services rendered , and actual and necessary costs and expenses in the amount of $22.25, for a total of $12,693.75, be allowed on an interim basis; (ii) that the Debtors be authorized and directed to pay to Fox Rothschild the Interim Compensation Amount and the Interim Expense Amount less any amounts already paid, and (iii) granting Fox Rothschild such further relief as may be just.

Dated: August 17, 2021          **FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Tel:  (302) 654-7444; Fax: (302) 656-8920
E-mail: sniederman@foxrothschild.com
*Counsel to the Official Committee of*
*Unsecured Creditors*

5

125282590.1

# Exhibit "A"



# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number  2590743 |
| SILLS CUMMIS & GROSS | Invoice Date  08/10/20 |
| ONE RIVERFRONT PLAZA | Client Number  189087 |
| NEWARK, NJ 07102 | Matter Number  00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/20:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/20 | HORAN | FA1 | EMAIL WITH PEGGY BASA REGARDING JUNE 2020 FEE APPLICATION | 0.1 | $64.00 |
| 07/07/20 | HORAN | FA1 | REVIEW DOCKET AND REVIEW AND APPROVE CERTIFICATE OF NO OBJECTION TO FOX ROTHSCHILD TENTH MONTHLY FEE APPLICATION | 0.1 | $64.00 |
| 07/07/20 | HRYCAK | FA1 | PREPARE DRAFT OF CERTIFICATE OF NO OBJECTION FOR TENTH MONTHLY FEE APPLICATION WITH CORRESPONDING CERTIFICATE OF SERVICE | 0.2 | $51.00 |
| 07/07/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: PREPARED DRAFT OF CERTIFICATE OF NO OBJECTION TO TENTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 07/07/20 | HRYCAK | FA1 | PREPARE AND FILE CERTIFICATE OF NO OBJECTION FOR TENTH MONTHLY FEE APPLICATION OF FOX | 0.1 | $25.50 |
| 07/07/20 | HRYCAK | FA1 | RETRIEVE TIME STAMPED CERTIFICATE OF NO OBJECTION FOR TENTH MONTHLY APPLICATION OF FOX AND CIRCULATE TO T. HORAN | 0.1 | $25.50 |
| 07/07/20 | HRYCAK | FA1 | COORDINATE FIRST CLASS MAIL SERVICE OF | 0.1 | $25.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | CERTIFICATE OF NO OBJECTION TO TENTH MONTHLY FEE APPLICATION WITH RELIABLE TO THOSE PARTIES AS LISTED ON THE CERTIFICATE OF SERVICE | | |
| 07/09/20 | HRYCAK | FA1 | CORRESPONDENCE WITH M. SWEET RE: MONTHLY INVOICES AND FILED CERTIFICATES OF NO OBJECTION | 0.1 | $25.50 |
| 07/21/20 | HRYCAK | FA1 | CORRESPONDENCE WITH R. WARREN RE: INTERIM FEE APPLICATION HEARING DATE | 0.1 | $25.50 |
| 07/22/20 | HORAN | FA1 | REVIEW AND REVISE FOX ROTHSCHILD ELEVENTH MONTHLY FEE APPLICATION | 0.1 | $64.00 |
| 07/22/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: FOLLOW UP ON FILING OF ELEVENTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 07/22/20 | HRYCAK | FA1 | PREPARE AND FILE ELEVENTH MONTHLY FEE APPLICATION | 0.2 | $51.00 |
| 07/22/20 | HRYCAK | FA1 | COORDINATE FIRST CLASS MAIL SERVICE OF ELEVENTH MONTHLY FEE APPLICATION WITH RELIABLE TO THOSE PARTIES AS LISTED ON THE CERTIFICATE OF SERVICE | 0.1 | $25.50 |
| 07/22/20 | HRYCAK | FA1 | UPDATE CASE CALENDAR RE: OBJECTION DEADLINE AND CNO DEADLINE FOR ELEVENTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 07/22/20 | HRYCAK | FA1 | CORRESPONDENCE WITH R. WARREN RE: UPDATE ON OUTSTANDING FEES OWED | 0.1 | $25.50 |
| 07/28/20 | HRYCAK | FA1 | CORRESPONDENCE WITH R. WARREN RE: UPDATE ON INTERIM FEE APPLICATION SCHEDULING | 0.1 | $25.50 |
| 07/30/20 | HRYCAK | FA1 | PREPARE THIRD AND FOURTH INTERIM FEE APPLICATIONS, CORRESPONDING CERTIFICATIONS, NOTICES AND CERTIFICATE OF SERVICE | 0.8 | $204.00 |
| 07/01/20 | HORAN | FA2 | REVIEW DOCKET AND REVISE CERTIFICATE OF NO OBJECTION TO SILLS CUMMIS & GROSS FEE APPLICATION | 0.1 | $64.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 07/01/20 | HRYCAK | FA2 | CORRESPONDENCE WITH A. SHERMAN, G. KOPACZ, AND B. MANKOVETSKIY RE: CONFIRMATION OF INFORMAL COMMENTS TO TENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS | 0.1 | $25.50 |
| 07/01/20 | HRYCAK | FA2 | PREPARE CERTIFCATE OF NO OBJECTION AND CORRESPONDING CERTIFICATE OF SERVICE TO TENTH MONTHLY APPLICATION FOR SILLS CUMMIS & GROSS | 0.2 | $51.00 |
| 07/01/20 | HRYCAK | FA2 | CORRESPONDENCE WITH T. HORAN RE: PREPARED CERTIFCATE OF NO OBJECTION AND CORRESPONDING CERTIFICATE OF SERVICE TO TENTH MONTHLY APPLICATION FOR SILLS CUMMIS & GROSS | 0.1 | $25.50 |
| 07/01/20 | HRYCAK | FA2 | PREPARE AND FILE CERTIFCATE OF NO OBJECTION AND CORRESPONDING CERTIFICATE OF SERVICE TO TENTH MONTHLY APPLICATION FOR SILLS CUMMIS & GROSS | 0.1 | $25.50 |
| 07/01/20 | HRYCAK | FA2 | COORDINATE FIRST CLASS MAIL COPIES OF CERTIFCATE OF NO OBJECTION AND CORRESPONDING CERTIFICATE OF SERVICE TO TENTH MONTHLY APPLICATION FOR SILLS CUMMIS & GROSS WITH RELIABLE | 0.1 | $25.50 |
| 07/17/20 | HORAN | FA2 | REVIEW FOURTH QUARTERLY ORDINARY COURSE PROFESSIONAL FEE STATEMENT | 0.1 | $64.00 |
| 07/20/20 | HORAN | FA2 | REVIEW EISNERAMPER JUNE 2020 MONTHLY STAFFING REPORT | 0.1 | $64.00 |
| 07/30/20 | HORAN | FA2 | REVIEW SAUL EWING MAY 2020 FEE APPLICATION | 0.2 | $128.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 07/22/20 | HORAN | PC | REVIEW STIPULATION BETWEEN DEBTORS AND PENNSYLVANIA ASSOCIATION OF STAFF NURSES AND ALLIED PROFESSIONALS REGARDING FILING OF PROOF OF CLAIM | 0.1 | $64.00 |
| | | | **TOTAL** | **3.8** | **$1,315.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 2.6 | $778.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 1.1 | $473.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.1 | $64.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|-----------|-------|-------|------|-------|
| T.M. HORAN | PARTNER | 0.9 | $640.00 | $576.00 |
| A.M. HRYCAK | PARALEGAL | 2.9 | $255.00 | $739.50 |
| | TOTAL | 3.8 | | $1,315.50 |

TOTAL PROFESSIONAL SERVICES    $1,315.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|--------|
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. Mailout services; Envelopes; Postage | $6.90 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. Mailout Services; Envelopes; Postage | $6.90 |

TOTAL EXPENSES    $13.80

TOTAL AMOUNT OF THIS INVOICE    $1,329.30

PRIOR BALANCE DUE    $8,821.20

**TOTAL BALANCE DUE UPON RECEIPT    $10,150.50**

**OUTSTANDING INVOICES PRIOR TO 08/10/20**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|---|---|---|---|---|---|
| 01/16/20 | 2486820 | $30.00 | 05/05/20 | 2542611 | $593.80 |
| 02/25/20 | 2507292 | $2,138.60 | 06/03/20 | 2556489 | $1,079.70 |
| 03/05/20 | 2513887 | $1,410.00 | 07/03/20 | 2570531 | $1,759.60 |
| 04/09/20 | 2530281 | $1,809.50 | | | |
| | | | **TOTAL PRIOR BALANCES DUE** | | **$8,821.20** |



# Fox Rothschild LLP
## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | 2590743 |
| Invoice Date | 08/10/20 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

TOTAL AMOUNT OF THIS INVOICE                 $1,329.30

PRIOR BALANCE DUE                                      $8,821.20

**TOTAL BALANCE DUE UPON RECEIPT**            **$10,150.50**

PAYMENT INSTRUCTIONS

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Fox Rothschild LLP | Wells Fargo Bank | Wells Fargo Bank |
| Attn: Accounts Receivable - 73 | 420 Montgomery Street | 420 Montgomery Street |
| 2000 Market Street, 20th Floor | San Francisco, CA 94104 | San Francisco, CA 94104 |
| Philadelphia, PA 19103-3222 | ACH #031000503 | ABA #121000248 |
| | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code:#WFBIUS6S (international wires only) | Swift Code:#WFBIUS6S (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.



# Fox Rothschild LLP

## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number 2604565 |
| SILLS CUMMIS & GROSS | Invoice Date 09/06/20 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/20:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/24/20 | SLATER | AP | RESEARCH ON WHETHER A DEBTOR MAY APPOINT A NEW MANAGER OR DIRECTOR WITHOUT PERMISSION OF THE COURT. | 1.7 | $569.50 |
| 08/24/20 | SLATER | AP | CORRESPONDENCE WITH TOM HORAN. DISCUSSING RESEARCH FINDINGS ON DEBTORS ABILITY TO HIRE NEW MANAGEMENT. | 0.3 | $100.50 |
| 08/25/20 | SLATER | AP | RESEARCH ON WHETHER A DEBTOR MAY APPOINT A NEW MANAGER OR DIRECTOR WITHOUT PERMISSION OF THE COURT. | 0.6 | $201.00 |
| 08/25/20 | SLATER | AP | CORRESPONDENCE WITH TOM HORAN. DISCUSSING RESEARCH FINDINGS ON DEBTORS ABILITY TO HIRE NEW MANAGEMENT. | 0.7 | $234.50 |
| 08/18/20 | HORAN | BO | TELECONFERENCE WITH ANDREW SHERMAN REGARDING DEBTOR CORPORATE GOVERNANCE ISSUES | 0.3 | $192.00 |
| 08/18/20 | HORAN | BO | TELECONFERENCE WITH DEBTOR AND COMMITTEE PROFESSIONALS REGARDING APPOINTMENT OF INDEPENDENT MANAGER FOR PAHS (.7); FOLLOW UP TELECONFERENCE WITH ANDREW SHERMAN AND | 1.0 | $640.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | BORIS MANKOVETSKIY REGARDING SAME (.3) | | |
| 08/19/20 | HORAN | BO | RESEARCH REGARDING AUTHORITY OF DEBTOR TO APPOINT INDEPENDENT MANAGER DURING BANKRUPTCY CASE | 0.7 | $448.00 |
| 08/12/20 | HORAN | FA1 | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION TO FOX ROTHSCHILD ELEVENTH MONTHLY FEE APPLICATION | 0.1 | $64.00 |
| 08/12/20 | HRYCAK | FA1 | CORRESPONDENCE WITH P. BASAS RE: JULY 2020 INVOICE | 0.1 | $25.50 |
| 08/12/20 | HRYCAK | FA1 | PREPARE CERTIFICATE OF NO OBJECTION TO ELEVENTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 08/12/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: PREPARED DRAFT OF CERTIFICATE OF NO OBJECTION TO ELEVENTH MONTHLY FEE APPLICATION OF FOX | 0.1 | $25.50 |
| 08/12/20 | HRYCAK | FA1 | PREPARE AND FILE CERTIFICATE OF NO OBJECTION TO ELEVENTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 08/12/20 | HRYCAK | FA1 | COORDINATE FIRST CLASS MAIL SERVICE OF CNO FOR ELEVENTH MONTHLY FEE APPLICATION WITH RELIABLE | 0.1 | $25.50 |
| 08/17/20 | HRYCAK | FA1 | PREPARE TWELFTH MONTHLY FEE APPLICATION, NOTICE, AND EXHIBIT A TO FEE APPLICATION | 0.6 | $153.00 |
| 08/17/20 | HRYCAK | FA1 | CORRESPONDENCE WITH T. HORAN RE: PREPARED TWELFTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 08/18/20 | HORAN | FA1 | REVIEW AND REVISE FOX ROTHSCHILD TWELFTH MONTHLY FEE APPLICATION (.2); EMAILS WITH AMANDA HRYCAK REGARDING SAME (.1) | 0.3 | $192.00 |
| 08/18/20 | HRYCAK | FA1 | PREPARE AND FILE TWELFTH MONTHLY FEE APPLICATION | 0.2 | $51.00 |
| 08/18/20 | HRYCAK | FA1 | PREPARE AND SERVE VIA EMAIL TWELFTH MONTHLY FEE APPLICATION TO THOSE PARTIES AS LISTED ON THE CERTIFICATE OF SERVICE | 0.1 | $25.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 08/18/20 | HRYCAK | FA1 | UPDATE CASE CALENDAR RE: OBJECTION DEADLINE AND CNO DEADLINE FOR TWELFTH MONTHLY APPLICATION | 0.1 | $25.50 |
| 08/05/20 | HORAN | FA2 | REVIEW OMNI MANAGEMENT FEE STATEMENT FOR JUNE 2020 | 0.1 | $64.00 |
| 08/07/20 | HORAN | FA2 | REVIEW SILLS CUMMIS MAY AND JUNE FEE APPLICATIONS (.3); EMAILS WITH GREG KOPACZ AND ROBIN SOLOMON REGARDING SAME (.1) | 0.4 | $256.00 |
| 08/07/20 | SOLOMON | FA2 | DRAFT NOTICE RE: 11TH AND 12TH MONTHLY FEE STATEMENTS OF SILLS CUMMIS | 0.3 | $124.50 |
| 08/07/20 | SOLOMON | FA2 | PREPARE AND FILE 11TH/12TH MONTHLY FEE STATEMENTS OF SILLS CUMMIS AND COORDINATE SERVICE OF SAME | 0.5 | $207.50 |
| 08/13/20 | HORAN | FA2 | REVIEW EISNERAMPER JULY 2020 MONTHLY STAFFING REPORT | 0.1 | $64.00 |
| 08/22/20 | HORAN | FA2 | REVIEW OMNI JULY FEE STATEMENT | 0.1 | $64.00 |
| 08/28/20 | HORAN | FA2 | REVIEW DOCKET AND CERTIFICATES OF NO OBJECTION TO SILL CUMMIS ELEVENTH AND TWELFTH MONTHLY FEE APPLICATIONS | 0.1 | $64.00 |
| 08/28/20 | HRYCAK | FA2 | CORRESPONDENCE WITH G. KOPACZ, A. SHERMAN AND B. MANKOVETSKIY RE: CONFIRMATION OF NO INFORMAL OBJECTIONS TO ELEVENTH AND TWELFTH MONTHLY APPLICATIONS TO FILE CERTIFICATIONS OF NO OBJECTION | 0.1 | $25.50 |
| 08/19/20 | HORAN | MC | REVIEW COMMITTEE EMAIL UPDATE ON CASE | 0.1 | $64.00 |
| 08/21/20 | HORAN | MC | ATTEND COMMITTEE MEETING | 1.1 | $704.00 |
| 08/03/20 | HORAN | PC | REVIEW TEMPLE UNIVERSITY ADMINISTRATIVE EXPENSE REQUEST | 0.1 | $64.00 |
| 08/05/20 | HORAN | PC | REVIEW EMAILS FROM FRANK BRZOZOWSKI AND OMNI MANAGEMENT REGARDING PROOF OF CLAIM | 0.1 | $64.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 08/14/20 | HORAN | PC | REVIEW JOEL FREEDMAN MOTION TO DEEM CLAIMS TIMELY FILED | 0.2 | $128.00 |
| 08/05/20 | HORAN | TR | REVIEW MONTHLY OPERATING REPORTS | 0.2 | $128.00 |
| | | | **TOTAL** | **10.8** | **$5,071.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 3.3 | $1,105.50 |
| BO | BUSINESS OPERATIONS | 2.0 | $1,280.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 2.0 | $664.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 1.7 | $869.50 |
| MC | MEETINGS OF CREDITORS | 1.2 | $768.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.4 | $256.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.2 | $128.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| T.M. HORAN | PARTNER | 5.0 | $640.00 | $3,200.00 |
| S. SLATER | ASSOCIATE | 3.3 | $335.00 | $1,105.50 |
| A.M. HRYCAK | PARALEGAL | 1.7 | $255.00 | $433.50 |
| R. I. SOLOMON | PARALEGAL | 0.8 | $415.00 | $332.00 |
| | TOTAL | 10.8 | | $5,071.00 |

TOTAL PROFESSIONAL SERVICES    $5,071.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|--------|
| OUTSIDE VENDOR COPIES RELIABLE COPY SERVICE, INC. Mail Out Services; Envelopes; Postage | $6.90 |
| OUTSIDE VENDOR COPIES RELIABLE COPY SERVICE, INC. | $1.55 |

TOTAL EXPENSES    $8.45

TOTAL AMOUNT OF THIS INVOICE    $5,079.45

PRIOR BALANCE DUE    $10,150.50

**TOTAL BALANCE DUE UPON RECEIPT**    **$15,229.95**

**OUTSTANDING INVOICES PRIOR TO 09/06/20**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|---|---|---|---|---|---|
| 01/16/20 | 2486820 | $30.00 | 05/05/20 | 2542611 | $593.80 |
| 02/25/20 | 2507292 | $2,138.60 | 06/03/20 | 2556489 | $1,079.70 |
| 03/05/20 | 2513887 | $1,410.00 | 07/03/20 | 2570531 | $1,759.60 |
| 04/09/20 | 2530281 | $1,809.50 | 08/10/20 | 2590743 | $1,329.30 |
| | | | **TOTAL PRIOR BALANCES DUE** | | **$10,150.50** |



# Fox Rothschild LLP

## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE

| | | |
|---|---|---|
| ANDREW SHERMAN | Invoice Number | 2604565 |
| SILLS CUMMIS & GROSS | Invoice Date | 09/06/20 |
| ONE RIVERFRONT PLAZA | Client Number | 189087 |
| NEWARK, NJ 07102 | Matter Number | 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $5,079.45 |
| PRIOR BALANCE DUE | $10,150.50 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$15,229.95** |

PAYMENT INSTRUCTIONS

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Fox Rothschild LLP | Wells Fargo Bank | Wells Fargo Bank |
| Attn: Accounts Receivable - 73 | 420 Montgomery Street | 420 Montgomery Street |
| 2000 Market Street, 20th Floor | San Francisco, CA 94104 | San Francisco, CA 94104 |
| Philadelphia, PA 19103-3222 | ACH #031000503 | ABA #121000248 |
| | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code:#WFBIUS6S (international wires only) | Swift Code:#WFBIUS6S (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.



# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number ****** |
| SILLS CUMMIS & GROSS | Invoice Date 10/07/20 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/20:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/02/20 | HARRIS | CA | RESEARCH RE: COMPLAINT FOR FRAUDULENT TRANSFER AND BOFD AND EMAILS RE: SAME | 1.5 | $570.00 |
| 09/08/20 | NIEDERMAN | CA | REVIEW AND ANALYZE 9.9 AGENDA | 0.2 | $108.00 |
| 09/08/20 | NIEDERMAN | CA | REVIEW AND ANALYZE AMENDED AGENDA CANCELLIN 9/9 OMNIBUS HEARING | 0.2 | $108.00 |
| 09/25/20 | NIEDERMAN | CA | REVIEW AND ANALYZE DRAFT COMMON INTEREST INFORMATION SHARING AGREEMENT | 0.3 | $162.00 |
| 09/29/20 | MENKOWITZ | CA | REVIEW MATERIALS FOR MEETING | 0.3 | $265.50 |
| 09/30/20 | MENKOWITZ | CA | ATTEND COMMITTEE CALL | 0.9 | $796.50 |
| 09/30/20 | NIEDERMAN | CA | CONFER WITH CO-COUNSEL RE PARTICIPATION AND SCHEDULING OF REGULAR COMMITTEE MEETINGS | 0.1 | $54.00 |
| 09/10/20 | HRYCAK | FA1 | PREPARE CERTIFICATE OF NO OBJECTION TO TWELFTH MONTHLY FEE APPLICATION | 0.2 | $51.00 |
| 09/10/20 | HRYCAK | FA1 | CORRESPONDENCE WITH S. NIEDERMAN AND S. SLATER RE: PREPARED CERTIFICATE OF NO OBJECTION TO TWELFTH MONTHLY APPLICATION | 0.1 | $25.50 |
| 09/10/20 | HRYCAK | FA1 | PREPARE AND FILE | 0.1 | $25.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | CERTIFICATE OF NO OBJECTION TO FOX TWELFTH MONTHLY FEE APPLICATION | | |
| 09/10/20 | HRYCAK | FA1 | PREPARE AND SERVE VIA EMAIL THOSE PARTIES AS LISTED ON THE CERTIFICATE OF SERVICE THE CERTIFICATE OF NO OBJECTION TO FOX TWELFTH MONTHLY FEE APPLICATION | 0.1 | $25.50 |
| 09/10/20 | NIEDERMAN | FA1 | REVIEW AND ATTENTION TO FILING OF CERTIFICATE OF NO OBJECTION REGARDING THE TWELFTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2020 THROUGH JULY 31, 2020 | 0.2 | $108.00 |
| 09/10/20 | SLATER | FA1 | REVIEW CNO FOR FOX ROTHSCHILD TWELFTH MONTHLY FEE APPLICATION. | 0.2 | $67.00 |
| 09/17/20 | SOLOMON | FA1 | EMAILS WITH M. CHOVANES RE: FOX MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 09/17/20 | SOLOMON | FA1 | REVIEW STATUS OF FOX FEE APPLICATION AND EMAILS WITH M. CHOVANES RE: SAME | 0.3 | $124.50 |
| 09/18/20 | SOLOMON | FA1 | EMAILS W/M. CHOVANES RE: FOX'S 13TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 09/23/20 | SOLOMON | FA1 | CONTINUE DRAFT OF FOX'S 13TH MONTHLY FEE APPLICATION | 0.6 | $249.00 |
| 09/25/20 | CHOVANES | FA1 | REVIEW 13TH MONTHLY FEE APPLICATION (.4) AND TELEPHONE RE QUESTIONS WITH R SOLOMON (.2) | 0.6 | $432.00 |
| 09/25/20 | NIEDERMAN | FA1 | ATTENTION TO THIRTEENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 1, 2020 THROUGH AUGUST 31, 2020 | 0.2 | $108.00 |
| 09/25/20 | SOLOMON | FA1 | DRAFT 13TH MONTHLY FEE STATEMENT OF FOX | 1.1 | $456.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | ROTHSCHILD | | |
| 09/25/20 | SOLOMON | FA1 | CONFER WITH ACCOUNTING RE: TOTAL FEES PAID TO FOX ROTHSCHILD THROUGH 8/2020 | 0.2 | $83.00 |
| 09/28/20 | CHOVANES | FA1 | TELEPHONE WITH R SOLOMON RE 13TH MONTHLY FEE APP AND PAYMENTS RECEIVED | 0.2 | $144.00 |
| 09/29/20 | SOLOMON | FA1 | REVISE FOX ROTHSCHILD'S 13TH MONTHLY FEE APPLICATION | 0.6 | $249.00 |
| 09/29/20 | SOLOMON | FA1 | CONFER WITH M. CHOVANES RE: FOX FEE APPLICATION (13TH) | 0.2 | $83.00 |
| 09/30/20 | CHOVANES | FA1 | REVIEW CHANGES TO FEE APPLICATION | 0.2 | $144.00 |
| 09/30/20 | NIEDERMAN | FA1 | REVIEW AND ATTENTION TO FILING OF THIRTEENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 1, 2020 THROUGH AUGUST 31, 2020 | 0.2 | $108.00 |
| 09/30/20 | SOLOMON | FA1 | DRAFT NOTICE - FOX 13TH FEE APPLICATION | 0.2 | $83.00 |
| 09/30/20 | SOLOMON | FA1 | PREPARE AND FILE FOX'S 13TH FEE APPLICATION | 0.3 | $124.50 |
| 09/30/20 | SOLOMON | FA1 | COORDINATE SERVICE OF FOX 13TH FEE APPLICATION | 0.2 | $83.00 |
| 09/01/20 | HRYCAK | FA2 | CORRESPONDENCE WITH G. KOPACZ AND S. NIEDERMAN RE: JULY FEE APPLICATION FOR SILLS CUMMIS & GROSS P.C. | 0.1 | $25.50 |
| 09/01/20 | HRYCAK | FA2 | PREPARE AND FILE JULY FEE APPLICATION FOR SILLS CUMMIS & GROSS | 0.2 | $51.00 |
| 09/01/20 | HRYCAK | FA2 | PREPARE AND SERVE JULY 2020 SILLS CUMMIS & GROSS FEE APPLICATION TO THOSE PARTIES AS LISTED ON THE COS | 0.1 | $25.50 |
| 09/01/20 | HRYCAK | FA2 | RETRIEVE TIME STAMPED JULY 2020 FEE APPLICATION FOR SILLS CUMMIS & GROSS AND CIRCULAT ETO G. KOPACZ AND S. NIEDERMAN | 0.1 | $25.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/01/20 | NIEDERMAN | FA2 | ATTENTION TO THIRTEENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020 | 0.3 | $162.00 |
| 09/25/20 | SOLOMON | FA2 | REVIEW DOCKET RE: CNOS NEEDED FOR OTHER PROFESSIONALS | 0.3 | $124.50 |
| 09/29/20 | NIEDERMAN | FA2 | ATTENTION TO CERT OF NO OBJECTION RE 13TH MONTHLY FEE APPLICATION | 0.1 | $54.00 |
| 09/29/20 | SOLOMON | FA2 | EMAIL TO SILLS CUMMIS RE: CNO FOR 13TH FEE APPLICATION AND REVIEW RESPONSE TO SAME | 0.2 | $83.00 |
| 09/29/20 | SOLOMON | FA2 | REVIEW DOCKET AND DRAFT CNO FOR SILLS CUMMIS 13TH MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 09/30/20 | NIEDERMAN | FA2 | REVIEW AND ATTENTION TO FILING OF FOURTEENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH AUGUST 31, 2020 | 0.2 | $108.00 |
| 09/30/20 | SOLOMON | FA2 | DRAFT NOTICE OF SILLS 14TH FEE APPLICATION | 0.2 | $83.00 |
| 09/30/20 | SOLOMON | FA2 | PREPARE AND FILE SILLS 14TH MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 09/30/20 | SOLOMON | FA2 | COORDINATE SERVICE OF SILLS 14TH FEE APPLICATION | 0.2 | $83.00 |
| 09/30/20 | SOLOMON | FA2 | PREPARE/FILE CNO RE: 13TH MONTHLY FEE APPLICATION OF SILLS CUMMIS | 0.3 | $124.50 |

114953730.v1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/30/20 | SOLOMON | FA2 | EMAIL FROM SILLS CUMMIS RE: 14TH MONTHLY FEE APPLICATION AND RESPOND TO SAME | 0.2 | $83.00 |
| | | | **TOTAL** | **13.0** | **$6,285.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| CA | CASE ADMINISTRATION | 3.5 | $2,064.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 6.4 | $2,940.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 3.1 | $1,281.50 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| M. G. MENKOWITZ | PARTNER | 1.2 | $885.00 | $1,062.00 |
| M. B. CHOVANES | PARTNER | 1.0 | $720.00 | $720.00 |
| S. A. NIEDERMAN | PARTNER | 2.0 | $540.00 | $1,080.00 |
| J. HARRIS | ASSOCIATE | 1.5 | $380.00 | $570.00 |
| S. SLATER | ASSOCIATE | 0.2 | $335.00 | $67.00 |
| A.M. HRYCAK | PARALEGAL | 1.0 | $255.00 | $255.00 |
| R. I. SOLOMON | PARALEGAL | 6.1 | $415.00 | $2,531.50 |
| | TOTAL | 13.0 | | $6,285.50 |

| | | |
|---|---|---|
| TOTAL AMOUNT OF THIS INVOICE | | $6,285.50 |
| PRIOR BALANCE DUE | | $15,229.95 |
| **TOTAL BALANCE DUE UPON RECEIPT** | | **$21,515.45** |

**OUTSTANDING INVOICES PRIOR TO 10/07/20**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|--------------|-----------|-------|--------------|-----------|-------|
| 01/16/20 | 2486820 | $30.00 | 06/03/20 | 2556489 | $1,079.70 |
| 02/25/20 | 2507292 | $2,138.60 | 07/03/20 | 2570531 | $1,759.60 |
| 03/05/20 | 2513887 | $1,410.00 | 08/10/20 | 2590743 | $1,329.30 |
| 04/09/20 | 2530281 | $1,809.50 | 09/06/20 | 2604565 | $5,079.45 |
| 05/05/20 | 2542611 | $593.80 | | | |
| | | | **TOTAL PRIOR BALANCES DUE** | | **$15,229.95** |

114953730.v1



# Fox Rothschild LLP

## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | ****** |
| Invoice Date | 10/07/20 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

TOTAL AMOUNT OF THIS INVOICE                    $6,285.50

PRIOR BALANCE DUE                                       $15,229.95

**TOTAL BALANCE DUE UPON RECEIPT**            **$21,515.45**

PAYMENT INSTRUCTIONS

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Fox Rothschild LLP | Wells Fargo Bank | Wells Fargo Bank |
| Attn: Accounts Receivable - 73 | 420 Montgomery Street | 420 Montgomery Street |
| 2000 Market Street, 20th Floor | San Francisco, CA 94104 | San Francisco, CA 94104 |
| Philadelphia, PA 19103-3222 | ACH #031000503 | ABA #121000248 |
| | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code:#WFBIUS6S (international wires only) | Swift Code:#WFBIUS6S (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.