## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: September 7, 2021 at 4:00 p.m. ET**<br>**Hearing: September 23, 2021 at 10:30 a.m. ET** |

## SIXTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Sixth Interim Period: | October 1, 2020 through December 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Sixth Interim Period: | $29,612.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and | $134.40 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

Necessary for the Sixth Interim Period:

This is an: _____Monthly __X__ Interim _____ Final Fee Application

This is Fox Rothschild's Sixth interim fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**Summary of Monthly Fee Applications for the Interim Period**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|
| Fifteenth Monthly [D.I. 2049] | 1/26/2021 | $8,633.00 | $10.80 | 2/18/2021 [D.I. 2104] | $6,906.40 | $10.80 |
| Sixteenth Monthly [D.I. 2050] | 1/26/2021 | $10,215.00 | $112.80 | 2/18/2021 [D.I. 2105] | $0.00 | $0.00 |
| Seventeenth Monthly [D.I. 2143] | 3/4/2021 | $10,764.50 | $10.80 | 4/20/2021 [D.I. 2276] | $0.00 | $0.00 |
| | **TOTAL:** | **$29,612.50** | **$134.40** | | **$6,906.40** | **$10.80** |

**Summary of Objections to Monthly Fee Applications**

None

125282628.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: September 7, 2021 at 4:00 p.m. ET**<br>**Hearing: September 23, 2021 at 10:30 a.m. ET** |

### SIXTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-

possession (the "Debtors"), submits its Sixth Interim Fee Application (the "Application"),

pursuant to sections 327, 330(a), and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), and this Court's Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals, entered August 2, 2019 (the "Interim

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

<u>Compensation Order</u>")[2] [D.I. 341] for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Sixth interim application period from October 1, 2020 through December 31, 2020 (the "<u>Compensation Period</u>") in the amount of $29,612.50 (the "<u>Interim Compensation Amount</u>"), and (ii) reimbursement of its actual and necessary expenses in the amount of $134.40 (the "<u>Interim Expense Amount</u>") incurred during the Sixth interim application period. In support of this Application, Fox Rothschild respectfully represents:

## JURISDICTION

1.      This Court has jurisdiction over this Application under 28 U.S.C. § 157(b)(2).

2.      Venue in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.      On June 30, 2019 (the "<u>Petition Date</u>"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.      On July 15, 2019, the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute,

---

[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

125282628.1

LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

5.     By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc pro tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

### SUMMARY OF APPLICATION FOR THE COMPENSATION PERIOD

6.     By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Interim Compensation Amount and the Interim Expense Amount for the Compensation Period.

7.     During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for sharing of compensation received for services rendered in these cases.

125282628.1

8.     Fox Rothschild's monthly fee applications during the Compensation Period have been filed and served in accordance with the Interim Compensation Order.

## RELIEF REQUESTED

9.     By this Application, Fox Rothschild requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by Fox Rothschild during the Compensation Period.

10.    All services for which compensation is requested by Fox Rothschild were performed on behalf of the Committee.  Fox Rothschild's services have been necessary and beneficial to the Committee and other parties in interest.

11.    In accordance with the factors enumerated in Bankruptcy Code section 330, Fox Rothschild respectfully submits that the amount requested by Fox Rothschild is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Fox Rothschild has reviewed the requirements of Local Rule 2016-2 and the Interim Compensation Order and believes that this Application complies with such Rule and order. To the extent that this Application fails to comply with Local Rule 2016-2 in any respect, Fox Rothschild submits that such non-compliance is non-material, and respectfully requests that such non-compliance be waived.

## NOTICE

12.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market

4

Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

## CONCLUSION

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order, substantially in the form attached hereto, providing: (i) that the fees in the amount of $29,612.50, as compensation for necessary professional services rendered , and actual and necessary costs and expenses in the amount of $134.40, for a total of $29,746.90, be allowed on an interim basis; (ii) that the Debtors be authorized and directed to pay to Fox Rothschild the Interim Compensation Amount and the Interim Expense Amount less any amounts already paid, and (iii) granting Fox Rothschild such further relief as may be just.

Dated: August 17, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com
*Counsel to the Official Committee of*
*Unsecured Creditors*

5

# Exhibit "A"



# Fox Rothschild LLP

## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number ****** |
| SILLS CUMMIS & GROSS | Invoice Date 12/07/20 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/20:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/07/20 | NIEDERMAN | AP | REVIEW AND ANALYZE MEMO RE POTENTIAL CAUSES OF ACTION | 0.4 | $216.00 |
| 10/01/20 | NIEDERMAN | CA | ATTENTION TO COMMON INTEREST AGREEMENT | 0.2 | $108.00 |
| 10/01/20 | NIEDERMAN | CA | ANALYSIS OF CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS BY DEBTORS TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 0.2 | $108.00 |
| 10/07/20 | MENKOWITZ | CA | REVIEW CLAIM MEMO | 0.3 | $265.50 |
| 10/13/20 | MENKOWITZ | CA | CONFERENCE WITH ANDREW SHERMAN RE: DISCOVERY ISSUES/CAUSES OF ACTION | 0.4 | $354.00 |
| 10/13/20 | NIEDERMAN | CA | T/C WITH CO-COUNSEL CONCERNING POSSIBLE CLAIMS AND PRIVILEGE ISSUES | 0.5 | $270.00 |
| 10/13/20 | NIEDERMAN | CA | REVIEW MATERIALS IN PREPARATION FOR T/C WITH CO-COUNSEL RE POTENTIAL CLAIMS | 0.5 | $270.00 |
| 10/15/20 | NIEDERMAN | CA | RESEARCH RE DISCOVERY ISSUES AND PRIVILEGE ASSERTIONS | 0.9 | $486.00 |
| 10/16/20 | NIEDERMAN | CA | FURTHER REVIEW OF RESEARCH RELATED DISCOVERY AND PRIVILEGE ISSUES AND CONFER WITH CO-COUNSEL RE SAME | 1.2 | $648.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/19/20 | NIEDERMAN | CA | PREPARE FOR AND ATTEND MEET AND CONFER RE DISCOVERY DISPUTE WITH NON-DEBTOR ENTITIES AND INDIVIDUALS | 1.2 | $648.00 |
| 10/20/20 | NIEDERMAN | CA | REVIEW AND ANALYZE CORRESPONDENCE FROM W. POLLAK RE DISCOVER DISPUTE | 0.4 | $216.00 |
| 10/20/20 | NIEDERMAN | CA | BRIEF REVIEW OF PRIV. LOG FROM NON-DEBTOR ENTITIES IN RESPONSE TO 2004 REQUEST | 0.4 | $216.00 |
| 10/20/20 | NIEDERMAN | CA | ATTENTION TO EMERGENCY MOTION OF MASTER LANDLORD TO MODIFY THE AUTOMATIC STAY | 0.3 | $162.00 |
| 10/20/20 | NIEDERMAN | CA | ATTENTION TO NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY CENTER CITY HEALTHCARE, LLC. HEARING SCHEDULED FOR 10/22/2020 AT 11:30 AM | 0.2 | $108.00 |
| 10/21/20 | CHOVANES | CA | TELEPHONE WITH M SWEET RE FEES DUE AND TIMING OF PAYMENT | 0.2 | $144.00 |
| 10/21/20 | MENKOWITZ | CA | ATTEND CREDITORS' COMMITTEE CALL | 0.5 | $442.50 |
| 10/21/20 | NIEDERMAN | CA | ATTENTION TO INQUIRY RE EXTENSION OF EXCLUSIVITY PERIOD AND CONFER WITH CO-COUNSEL RE SAME | 0.4 | $216.00 |
| 10/21/20 | NIEDERMAN | CA | PREPARE FOR10/22 HEARING | 0.2 | $108.00 |
| 10/21/20 | NIEDERMAN | CA | PREPARECERTIFICATION OF COUNSEL REGARDING EMERGENCY ORDER MODIFYING THE AUTOMATIC STAY | 0.2 | $108.00 |
| 10/21/20 | SOLOMON | CA | REVIEW/DOWNLOAD NOTICE OF AGENDA AND CIRCULATE SAME | 0.2 | $83.00 |
| 10/22/20 | NIEDERMAN | CA | ATTENTION TO STATUS OF 10/22 OMNIBUS AND CONFER WITH CO-COUNSEL RE SAME AND REVIEW OF CORRESPONDENCE FROM DEBTORS RE SAME | 0.4 | $216.00 |
| 10/22/20 | NIEDERMAN | CA | ATTENTION TO ORDER (EMERGENCY) MODIFYING THE AUTOMATIC STAY | 0.2 | $108.00 |

118824020.v2

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/21/20 | EMERSON | CH | CORRESPONDENCE WITH S. NIEDERMAN AND COURT CALL RE: 10/22 HEARING | 0.3 | $121.50 |
| 10/22/20 | EMERSON | CH | CORRESPONDENCE WITH S. NIEDERMAN RE: 10/22 HEARING | 0.1 | $40.50 |
| 10/22/20 | EMERSON | CH | ATTEND10/22 HEARING | 0.5 | $202.50 |
| 10/01/20 | SOLOMON | FA1 | DRAFT CERTIFICATE OF SERVICE/FOX 13TH AND SILLS 14TH FEE APPLICATIONS | 0.2 | $83.00 |
| 10/02/20 | SOLOMON | FA1 | FILE CERTIFICATE OF SERVICE RE: FOX 13TH/SILLS 14TH FEE APPLICATIONS | 0.2 | $83.00 |
| 10/05/20 | SLATER | FA1 | EMAIL TO R.SOLOMON RE HAHNEMANN MONTHLY FEE REQUEST | 0.1 | $33.50 |
| 10/07/20 | SOLOMON | FA1 | EMAILS WITH M. CHOVANES, M. SWEET, S. SLATER RE: SEPTEMBER FEE APPLICATION | 0.3 | $124.50 |
| 10/07/20 | SOLOMON | FA1 | EMAILS WITH ACCOUNTING RE: SEPTEMBER INVOICE | 0.2 | $83.00 |
| 10/12/20 | SOLOMON | FA1 | REVIEW/EDIT SEPTEMBER PROFORMA | 0.5 | $207.50 |
| 10/14/20 | CHOVANES | FA1 | REVIEW FEE APPLICATION FOR FILING (14TH MONTHLY) | 0.3 | $216.00 |
| 10/16/20 | SOLOMON | FA1 | BEGIN DRAFT OF SEPTEMBER FEE APPLICATION (FOX) | 0.5 | $207.50 |
| 10/19/20 | CHOVANES | FA1 | REVIEW 14TH MONTHLY FEE APPLICATION | 0.2 | $144.00 |
| 10/19/20 | NIEDERMAN | FA1 | REVIEW OF FOURTEENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020 | 0.2 | $108.00 |
| 10/19/20 | SOLOMON | FA1 | DRAFT FOX 14TH MONTHLY FEE APPLICATION | 1.0 | $415.00 |
| 10/20/20 | SOLOMON | FA1 | REVISE FOX 14TH MONTHLY FEE APPLICATION | 0.5 | $207.50 |
| 10/20/20 | SOLOMON | FA1 | PREPARE/FILE FOX 14TH MONTHLY FEE APPLICATION AND COORDINATE SERVICE OF SAME | 0.5 | $207.50 |

118824020.v2

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/20/20 | SOLOMON | FA1 | DRAFT CERTIFICATE OF SERVICE FOR 14TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 10/26/20 | SOLOMON | FA1 | DRAFT CNO - FOX 13TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 10/26/20 | SOLOMON | FA1 | PREPARE/FILE CNO - FOX 13TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 10/26/20 | NIEDERMAN | FA2 | ATTENTION TO CNOS RE OUTSTANDING FEE APPS FOR COMMITTEE PROFESSIONALS | 0.2 | $108.00 |
| 10/26/20 | SOLOMON | FA2 | DRAFT CNO - SILL CUMMIS 14TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 10/26/20 | SOLOMON | FA2 | PREPARE/FILE CNO - SILLS CUMMIS 14TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 10/20/20 | SOLOMON | MR | REVIEW AND CIRCULATE MOTION FOR RELIEF BY MASTER LANDLORD AND MOTION TO SHORTEN; CALENDAR DEADLINES | 0.3 | $124.50 |
| | | | **TOTAL** | **16.5** | **$8,633.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 0.4 | $216.00 |
| CA | CASE ADMINISTRATION | 9.0 | $5,285.00 |
| CH | COURT HEARINGS | 0.9 | $364.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 5.3 | $2,369.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 0.6 | $274.00 |
| MR | STAY RELIEF MATTERS | 0.3 | $124.50 |

118824020.v2

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| M. G. MENKOWITZ | PARTNER | 1.2 | $885.00 | $1,062.00 |
| M. B. CHOVANES | PARTNER | 0.7 | $720.00 | $504.00 |
| S. A. NIEDERMAN | PARTNER | 8.2 | $540.00 | $4,428.00 |
| C. A. EMERSON | ASSOCIATE | 0.9 | $405.00 | $364.50 |
| S. SLATER | ASSOCIATE | 0.1 | $335.00 | $33.50 |
| R. I. SOLOMON | PARALEGAL | 5.4 | $415.00 | $2,241.00 |
| | TOTAL | 16.5 | | $8,633.00 |

TOTAL PROFESSIONAL SERVICES    $8,633.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|--------|
| POSTAGE CHARGES | $10.80 |

TOTAL EXPENSES    $10.80

TOTAL AMOUNT OF THIS INVOICE    $8,643.80

PRIOR BALANCE DUE    $21,515.45

**TOTAL BALANCE DUE UPON RECEIPT    $30,159.25**

**OUTSTANDING INVOICES PRIOR TO 12/07/20**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|--------------|-----------|-------|--------------|-----------|-------|
| 01/16/20 | 2486820 | $30.00 | 06/03/20 | 2556489 | $1,079.70 |
| 02/25/20 | 2507292 | $2,138.60 | 07/03/20 | 2570531 | $1,759.60 |
| 03/05/20 | 2513887 | $1,410.00 | 08/10/20 | 2590743 | $1,329.30 |
| 04/09/20 | 2530281 | $1,809.50 | 09/06/20 | 2604565 | $5,079.45 |
| 05/05/20 | 2542611 | $593.80 | 10/13/20 | 2661342 | $6,285.50 |
| | | | | **TOTAL PRIOR BALANCES DUE** | **$21,515.45** |

118824020.v2



# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | ****** |
| Invoice Date | 12/07/20 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

TOTAL AMOUNT OF THIS INVOICE             $8,643.80

PRIOR BALANCE DUE                             $21,515.45

**TOTAL BALANCE DUE UPON RECEIPT              $30,159.25**

PAYMENT INSTRUCTIONS

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Fox Rothschild LLP | Wells Fargo Bank | Wells Fargo Bank |
| Attn: Accounts Receivable - 73 | 420 Montgomery Street | 420 Montgomery Street |
| 2000 Market Street, 20th Floor | San Francisco, CA 94104 | San Francisco, CA 94104 |
| Philadelphia, PA 19103-3222 | ACH #031000503 | ABA #121000248 |
| | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code:#WFBIUS6S (international wires only) | Swift Code:#WFBIUS6S (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.



# Fox Rothschild LLP

## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | ****** |
| Invoice Date | 12/18/20 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/20:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/03/20 | NIEDERMAN | AP | ATTENTION TO CO-COUNSEL INQUIRIES RE FORM OF MOTION TO COMPEL TO BE FILED IN DELAWARE | 0.4 | $216.00 |
| 11/04/20 | NIEDERMAN | AP | REVIEW NOTICE OF RULE 2004 EXAMINATIONS OF HARRISON STREET REAL ESTATE, LLC AND RELATED ENTITIES AND SERVICE OF SUBPOENA | 0.4 | $216.00 |
| 11/05/20 | NIEDERMAN | AP | REVISE TOPICS FOR RULE 2004 EXAMINATION | 0.3 | $162.00 |
| 11/06/20 | NIEDERMAN | AP | ANALYSIS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO COMPEL PRODUCTION OF INAPPROPRIATELY WITHHELD DOCUMENTS BY THE MBNF NON-DEBTOR ENTITIES AND CONFER WITH CO-COUNSEL RE SAME | 1.2 | $648.00 |
| 11/06/20 | NIEDERMAN | AP | CONFER WITH COUNSEL RE: MEET AND CONFER RELATED TO 2004 EXAM REQUEST FOR HSRE | 0.2 | $108.00 |
| 11/06/20 | NIEDERMAN | AP | ATTENTION TO MOTION TO EXTEND THE TIME PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS (FOURTH MOTION) | 0.2 | $108.00 |
| 11/06/20 | NIEDERMAN | AP | REVIEW AND REVISE DECLARATION OF SETH A. NIEDERMAN IN SUPPORT OF | 0.5 | $270.00 |

118823361.v2

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS MOTION TO COMPEL PRODUCTION OF INAPPROPRIATELY WITHHELD DOCUMENTS BY THE MBNF NON-DEBTOR ENTITIES | | |
| 11/11/20 | NIEDERMAN | AP | REVIEW AND REVISE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES | 0.8 | $432.00 |
| 11/11/20 | NIEDERMAN | AP | REVIEW AND REVISE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES | 0.7 | $378.00 |
| 11/12/20 | NIEDERMAN | AP | REVIEW REVISED DRAFT OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND SUPPORTING DECLARATION | 0.4 | $216.00 |
| 11/12/20 | NIEDERMAN | AP | ATTEND MEET AND CONFER WITH COUNSEL FOR DEBTORS RE THIRD PARTY DISCOVERY MOTIONS | 0.2 | $108.00 |
| 11/12/20 | NIEDERMAN | AP | REVIEW REVISED DRAFT OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES | 0.3 | $162.00 |
| 11/13/20 | NIEDERMAN | AP | ATTEND MEET AND CONFER WITH COUNSEL FOR HSRE RE 2004 EXAM | 0.6 | $324.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/18/20 | NIEDERMAN | AP | REVIEW AND ANALYZE EMERGENCY MOTION OF THE MBNF NON-DEBTOR ENTITIES FOR AN ORDER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES | 0.2 | $108.00 |
| 11/19/20 | NIEDERMAN | AP | REVIEW NOTICE OF HEARING AND DEADLINE TO OBJECT TO EMERGENCY MOTION OF THE MBNF NON-DEBTOR ENTITIES FOR AN ORDER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES | 0.3 | $162.00 |
| 11/19/20 | NIEDERMAN | AP | REVIEW AND REVISE JOINT RESPONSE OF DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMERGENCY MOTION OF THE MBNF NON-DEBTOR ENTITIES FOR AN ORDER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL | 0.5 | $270.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGE | | |
| 11/19/20 | SOLOMON | AP | REVIEW/CALENDAR RE: JOINT MOTION OF COMMITTEE AND DEBTOR FOR APPROVAL OF CONSENT ORDER (RE: MBNF NON-DEBTOR ENTITIES-DISCOVERY) | 0.3 | $124.50 |
| 11/20/20 | EMERSON | AP | CORRESPONDENCE WITH S. NIEDERMAN RE: HEARING ON EMERGENCY MOTION | 0.1 | $40.50 |
| 11/20/20 | NIEDERMAN | AP | REVIEW OF PROPOSED ORDER GRANTING EMERGENCY MOTION OF THE MBNF NON-DEBTOR ENTITIES FOR AN ORDER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES AND CORRESPONDENCE RE SAME | 0.3 | $162.00 |
| 11/20/20 | NIEDERMAN | AP | REVIEW OF CORRESPONDENCE SENT ON BEHALF OF HSREP VI HOLDING, LLC AND AFFILIATES RE 2004 EXAM AND SUBPOENA | 0.2 | $108.00 |
| 11/30/20 | NIEDERMAN | AP | REVIEW EMAILS RE: 11/30 | 0.2 | $108.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OMNIBUS HEARING AND ADJOURNMENT OF SAME IN CONNECTION WITH MEDIATOR APPOINTMENT | | |
| 11/19/20 | EMERSON | CH | CORRESPONDENCE WITH S. NIEDERMAN RE: 11/20 HEARING ON EMERGENCY MOTION; SET UP COURTCALL | 0.3 | $121.50 |
| 11/20/20 | EMERSON | CH | ATTEND TELEPHONIC HEARING ON EMERGENCY MOTION OF MBNF NON DEBTORS FOR ORDER EXTENDING TIME TO RESPOND | 0.7 | $283.50 |
| 11/24/20 | NIEDERMAN | CH | ATTENTION TO STATUS OF MATTERS SCHEDULED FOR HEARING 11.30 | 0.2 | $108.00 |
| 11/29/20 | CRAWFORD | CH | PREPARE FOR HEARING ON 11/30/20 | 0.3 | $111.00 |
| 11/30/20 | CRAWFORD | CH | CORRESPONDENCE WITH S.NIEDERMAN AND CO-COUNSEL REGARDING PREPARATION FOR HEARING ON 11/30/20 | 0.5 | $185.00 |
| 11/30/20 | DISTANISLAO | CH | SCHEDULE COURTCALL FOR 11/30/2020 | 0.3 | $121.50 |
| 11/02/20 | SOLOMON | EA1 | EMAILS WITH M. SWEET RE: POSSIBLE ADDITIONAL DISCLOSURES | 0.2 | $83.00 |
| 11/02/20 | CHOVANES | FA1 | REVIEW FEES APPROVED AND UNPAID AND PREPARE EMAIL RE SAME TO M MENKOWITZ | 0.5 | $360.00 |
| 11/02/20 | SOLOMON | FA1 | PREPARE SUMMARY OF FOX ROTHSCHILD FEES | 1.0 | $415.00 |
| 11/02/20 | SOLOMON | FA1 | TELEPHONE FROM M. CHOVANES RE: FOX FEES | 0.2 | $83.00 |
| 11/03/20 | CHOVANES | FA1 | EMAILS REGARDING PAYMENT OF 11TH - 13TH MONTHLY FEE APPLICATIONS | 0.4 | $288.00 |
| 11/10/20 | CHOVANES | FA1 | EMAILS WITH M MENKOWITZ, R SOLOMON AND S NEIDERMAN RE FILING THIRD INTERIM FEE APPLICATION (.3); REVIEW OF INTERIM COMPENSATION ORDER (.1) AND EMAIL TO S NEIDERMANN RE SAME (.1) | 0.6 | $432.00 |
| 11/10/20 | NIEDERMAN | FA1 | EMAILS WITH M. CHOVANES RE INTERIM FEE PROCEDURES | 0.2 | $108.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/11/20 | CHOVANES | FA1 | REVIEW AND REVISE THIRD INTERIM FEE APPLICATION (JAN-MAR 2020) | 0.4 | $288.00 |
| 11/12/20 | NIEDERMAN | FA1 | REVIEW THIRD INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JANUARY 1, 2020 THROUGH MARCH 31, 2020 | 0.3 | $162.00 |
| 11/12/20 | SOLOMON | FA1 | DRAFT CERTIFICATE OF SERVICE - FOX 3RD INTERIM FEE APPLICATION | 0.2 | $83.00 |
| 11/12/20 | SOLOMON | FA1 | FINAL REVISIONS TO FOX'S 3RD INTERIM FEE APPLICATION | 0.3 | $124.50 |
| 11/12/20 | SOLOMON | FA1 | PREPARE, FILE AND COORDINATE SERVICE OF FOX'S 3RD INTERIM FEE APPLICATION | 0.3 | $124.50 |
| 11/13/20 | NIEDERMAN | FA2 | REVIEW THIRD QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH MARCH 31, 2020 | 0.4 | $216.00 |
| 11/13/20 | SOLOMON | FA2 | DRAFT NOTICE OF SILLS CUMMIS 3RD INTERIM FEE APPLICATION | 0.2 | $83.00 |
| 11/13/20 | SOLOMON | FA2 | PREPARE AND FILE SILLS CUMMIS 3RD INTERIM FEE APPLICATION AND COORDINATE SERVICE OF SAME | 0.4 | $166.00 |
| 11/13/20 | SOLOMON | FA2 | DRAFT CERTIFICATE OF SERVICE/SILLS CUMMIS 3RD INTERIM FEE APPLICATION AND FILE SAME | 0.2 | $83.00 |
| 11/16/20 | CHOVANES | FA2 | EMAIL TO A SHERMAN RE FILING OF QUARTERLY (THIRD INTERIM) FEE APP FOR BRG AND SILLS CUMMIS | 0.3 | $216.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/16/20 | NIEDERMAN | FA2 | ATTENTION TO BRG'S 3RD INTERIM FEE APPLICATION | 0.2 | $108.00 |
| 11/17/20 | SOLOMON | FA2 | DRAFT COS-BRG INTERIM FEE APPLICATION | 0.2 | $83.00 |
| 11/17/20 | SOLOMON | FA2 | PREPARE, FILE AND COORDINATE SERVICE OF BRG INTERIM FEE APPLICATION | 0.4 | $166.00 |
| 11/06/20 | MENKOWITZ | MC | ATTEND COMMITTEE CALL | 0.5 | $442.50 |
| 11/06/20 | NIEDERMAN | MC | ATTEND CREDITORS' COMMITTEE MEETING | 0.5 | $270.00 |
| 11/05/20 | NIEDERMAN | PC | BRIEF REVIEW OF DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | 0.2 | $108.00 |
| 11/06/20 | HARRIS | PL | STRATEGY RE: CREDITOR STANDING LANGUAGE IN CONFIRMATION ORDER | 0.2 | $76.00 |
| 11/06/20 | MENKOWITZ | PL | REVIEW TERM SHEET | 0.2 | $177.00 |
| 11/06/20 | NIEDERMAN | PL | ANALYSIS OF ORDER PURSUANT TO 11 U.S.C. § 1121 FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON | 0.2 | $108.00 |
| | | | **TOTAL** | **19.3** | **$10,215.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 8.3 | $4,431.00 |
| CH | COURT HEARINGS | 2.3 | $930.50 |
| EA1 | EMPLOYMENT APPLICATION OF FOX ROTHSCHILD LLP | 0.2 | $83.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 4.4 | $2,468.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.3 | $1,121.00 |
| MC | MEETINGS OF CREDITORS | 1.0 | $712.50 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.2 | $108.00 |
| PL | PLAN | 0.6 | $361.00 |

118823361.v2

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. G. MENKOWITZ | PARTNER | 0.7 | $885.00 | $619.50 |
| M. B. CHOVANES | PARTNER | 2.2 | $720.00 | $1,584.00 |
| S. A. NIEDERMAN | PARTNER | 10.1 | $540.00 | $5,454.00 |
| K. CRAWFORD | ASSOCIATE | 0.8 | $370.00 | $296.00 |
| C. A. EMERSON | ASSOCIATE | 1.1 | $405.00 | $445.50 |
| J. HARRIS | ASSOCIATE | 0.2 | $380.00 | $76.00 |
| J. DISTANISLAO | PARALEGAL | 0.3 | $405.00 | $121.50 |
| R. I. SOLOMON | PARALEGAL | 3.9 | $415.00 | $1,618.50 |
| | TOTAL | 19.3 | | $10,215.00 |

TOTAL PROFESSIONAL SERVICES    $10,215.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $30.60 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $6.90 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $26.10 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $25.50 |
| PROFESSIONAL SERVICES RELIABLE COPY SERVICE, INC. | $23.70 |

TOTAL EXPENSES    $112.80

TOTAL AMOUNT OF THIS INVOICE    $10,327.80

PRIOR BALANCE DUE    $9,595.90

**TOTAL BALANCE DUE UPON RECEIPT    $19,923.70**

**OUTSTANDING INVOICES PRIOR TO 12/18/20**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|---|---|---|---|---|---|
| 01/16/20 | 2486820 | $30.00 | 08/10/20 | 2590743 | $263.00 |
| 05/05/20 | 2542611 | $593.80 | 09/06/20 | 2604565 | $1,014.30 |
| 06/03/20 | 2556489 | $1,079.70 | 10/13/20 | 2661342 | $6,285.50 |
| 07/03/20 | 2570531 | $329.60 | | | |

**TOTAL PRIOR BALANCES DUE    $9,595.90**

118823361.v2



# Fox Rothschild LLP
## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | ****** |
| Invoice Date | 12/18/20 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

TOTAL AMOUNT OF THIS INVOICE                $10,327.80

PRIOR BALANCE DUE                          $9,595.90

**TOTAL BALANCE DUE UPON RECEIPT**         **$19,923.70**

PAYMENT INSTRUCTIONS

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Make Payable to Fox Rothschild LLP: | Wells Fargo Bank | Wells Fargo Bank |
| Fox Rothschild LLP | 420 Montgomery Street | 420 Montgomery Street |
| Attn: Accounts Receivable - 73 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| 2000 Market Street, 20th Floor | ACH #031000503 | ABA #121000248 |
| Philadelphia, PA 19103-3222 | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code:#WFBIUS6S (international wires only) | Swift Code:#WFBIUS6S (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.



# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number ****** |
| SILLS CUMMIS & GROSS | Invoice Date 02/05/21 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/20:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/13/20 | LEVITSKY | AA | EMAILS FROM AND TO SETH NIEDERMAN, REVIEW EMAILS FROM MARK MINUTI AND ANDREW SHERMAN CONCERNING DRAFT CLAIMS LETTER | 0.3 | $240.00 |
| 12/13/20 | MENKOWITZ | AA | REVIEW LETTER RE: CLAIMS AGAINST INSIDERS | 0.4 | $354.00 |
| 12/14/20 | LEVITSKY | AA | REVIEW DRAFT CLAIMS LETTER TO LATHAM & WATKINS | 0.7 | $560.00 |
| 12/14/20 | LEVITSKY | AA | FINISH REVIEW OF DRAFT OF DEMAND LETTER | 0.5 | $400.00 |
| 12/15/20 | HARRIS | AA | RESEARCH RE: PA LIS PENDENS ISSUE | 0.8 | $304.00 |
| 12/01/20 | NIEDERMAN | AP | ATTENTION TO PROPOSED MEDIATION ORDER | 0.2 | $108.00 |
| 12/07/20 | NIEDERMAN | AP | ATTENTION TO FOLLOW UP INQUIRY TO COUNSEL FOR HSRE RE NOTICE OF 2004 EXAMINATIONS AND SUBPOENA | 0.2 | $108.00 |
| 12/07/20 | NIEDERMAN | AP | ATTENTION TO DRAFT CORRESPONDENCE TO MEDIATOR RE 'GATING ISSUES' | 0.2 | $108.00 |
| 12/08/20 | NIEDERMAN | AP | ATTENTION TO EXCHANGE WITH COUNSEL FOR HSRE RE PENDING DISCOVERY DISPUTES | 0.2 | $108.00 |
| 12/09/20 | NIEDERMAN | AP | ATTENTION TO REVISED | 0.2 | $108.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | DRAFT OF CORRESPONDENCE TO J. CAREY AS MEDIATOR DETAILING 'GATING LEGAL ISSUES | | |
| 12/10/20 | LEVITSKY | AP | EMAILS FROM NIEDERMAN AND MENKOWITZ CONCERNING ATTENDANCE AT CONFERENCE OF DISOVERY DISPUTE | 0.2 | $160.00 |
| 12/10/20 | NIEDERMAN | AP | ATTENTION TO STATUS OF DISCOVERY DISPUTE AND 12/11 T/C RE SAME | 0.2 | $108.00 |
| 12/10/20 | NIEDERMAN | AP | ATTENTION TO LETTER TO MEDIATOR RE GATING ISSUES | 0.2 | $108.00 |
| 12/10/20 | NIEDERMAN | AP | REVIEW/ANALYZE PROPOSED ORDER EXTENDING THE MBNF NON-DEBTOR ENTITIES TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES | 0.2 | $108.00 |
| 12/11/20 | LEVITSKY | AP | EMAILS FROM AND TO SETH NIEDERMAN PREPARE FOR DISCOVERY DISPUTE CONFERENCE, REVIEW JOINT MOTION DEBTORS AND COMITTEE TO COMPEL DOCUMENT PRODUCTION FORM MBNF NON-DEBTOR ENTITIES AND PRIVILEGE MOTION | 1.5 | $1,200.00 |
| 12/11/20 | NIEDERMAN | AP | ATTENTION TO AS-SUBMITTED GATING ISSUE CORRESPONDENCE TO J. CAREY | 0.2 | $108.00 |
| 12/14/20 | HARRIS | AP | STRATEGY WITH M. MENKOWITZ RE:POTENTIAL LIS PENDENS ON REAL | 0.2 | $76.00 |

119470869.v1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | PROPERTY | | |
| 12/14/20 | MENKOWITZ | AP | TELEPHONE CALL FROM SHERMAN RE: LIS PENDENS | 0.2 | $177.00 |
| 12/15/20 | LEROY | AP | REVIEW AND ANALYZE PROCEDURE FOR FILING A LIS PENDENS IN PHILADELPHIA. | 1.0 | $400.00 |
| 12/22/20 | NIEDERMAN | AP | REVIEW/REVISE CERTIFICATION OF COUNSEL REGARDING ORDER FURTHER EXTENDING THE TIME TO RESPOND TO (I) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS FROM THE MBNF NON-DEBTOR ENTITIES AND (II) THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF CONSENT ORDER REGARDING COMMITTEE DISCOVERY OF DEBTORS AND FOR RELATED RELIEF REGARDING THE APPLICATION AND WAIVER OF PRIVILEGES | 0.2 | $108.00 |
| 12/29/20 | NIEDERMAN | AP | PREPARE AND REVIEW DRAFT CORRESPONDENCE RE POTENTIAL CLAIMS AND CAUSES OF ACTION AGAINST THE MBNF NON-DEBTOR PARTIES | 0.5 | $270.00 |
| 12/10/20 | DISTANISLAO | CA | ARRANGE COURT CALL FOR N. LEVITSKY FOR 12/4/2020 HEARING | 0.3 | $121.50 |
| 12/10/20 | LEVITSKY | CA | EMAIL FROM SETH NIEDERMAN NEED FOR COVERAGE AT INTERIM FEE HEARING; EMAIL TO SETH NIEDERMAN, REVIEW PRIOR EMAILS ; EMAIL FROM AND TO JOE DISTANSLAO | 0.4 | $320.00 |
| 12/10/20 | SOLOMON | CA | REVIEW/CIRCULATE NOTICE OF AGENDA FOR 12/14/20 HEARING | 0.2 | $83.00 |
| 12/11/20 | DISTANISLAO | CA | OBTAIN DOCUMENTS SUBJECT TO 12/4/2020 HEARING FOR N. LEVITSKY | 0.3 | $121.50 |
| 12/11/20 | DISTANISLAO | CA | CALENDAR HEARING AND DOCUMENTS SUBJECT TO | 0.3 | $121.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | 12/4/2020 HEARING FOR N. LEVITSKY | | |
| 12/11/20 | LEVITSKY | CA | EMAIL FROM ROBIN SOLOMON, REVIEW AMENDED AGENDA HEARING CANCELED, EMAIL TO JOE DISTANSILAO | 0.2 | $160.00 |
| 12/11/20 | NIEDERMAN | CA | ATTENTION TO ENTRY OF ORDERS RE MATTERS SCHEDULED FOR HEARING ON 12/14 AND NOTICE OF AGENDA CANCELLING HEARING | 0.2 | $108.00 |
| 12/17/20 | CHOVANES | CA | REVIEW ROLE OF EISNERAMPER IN THE CASE | 0.2 | $144.00 |
| 12/28/20 | SOLOMON | CA | REVIEW AND DISTRIBUTE AMENDED AGENDA CANCELLING 1/4/21 HEARING | 0.2 | $83.00 |
| 12/16/20 | SOLOMON | EA1 | EMAILS/CALL WITH M. CHOVANES RE: SUPPLEMENTAL DECLARATION | 0.2 | $83.00 |
| 12/16/20 | SOLOMON | EA1 | REVIEW DEBTORS' SCHEDULES RE: IDENTIFICATION OF PARTIES FOR SUPPLEMENTAL DECLARATION | 0.3 | $124.50 |
| 12/16/20 | SOLOMON | EA1 | DRAFT SUPPLEMENTAL DECLARATION IN SUPPORT OF FOX RETENTION | 0.3 | $124.50 |
| 12/22/20 | NIEDERMAN | EA1 | REVIEW SUPPLEMENTAL DECLARATION OF SETH A. NIEDERMAN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO EMPLOY AND RETAIN FOX ROTHSCHILD LLP AS COUNSE | 0.2 | $108.00 |
| 12/07/20 | CHOVANES | FA1 | REVIEW THIRD INTERIM FEE APP TO DETERMINE WHETHER OMNIBUS ORDER RE FEES IS CORRECT | 0.3 | $216.00 |
| 12/07/20 | NIEDERMAN | FA1 | ATTENTION TO CNOS RE COMMITTEE PROFESSIONAL INTERIM FEE APPS | 0.2 | $108.00 |
| 12/07/20 | SOLOMON | FA1 | DRAFT AND FILE CNO RE: FOX 3RD INTERIM FEE APPLICATION | 0.3 | $124.50 |
| 12/07/20 | SOLOMON | FA1 | EMAIL FILED CNOS TO DEBTORS' COUNSEL FOR FEE HEARING | 0.2 | $83.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/10/20 | LEVITSKY | FA1 | PULL UP AGENDA, EMAIL TO JOE DISTASILAO FEE APPLICATION AND CNO | 0.3 | $240.00 |
| 12/11/20 | LEVITSKY | FA1 | EMAILS FROM AND TO JOE DISTANSILAO, REVIEW FEE APPLICATIONS IN PREPARATION FOR MONDAY, EMAILS FROM AND TO SETH NIEDERMAN | 0.6 | $480.00 |
| 12/15/20 | SOLOMON | FA1 | EMAILS WITH M. SWEET, M. CHOVANES RE: RECEIPT OF WIRE TRANSFER PAYING FOX FEES | 0.2 | $83.00 |
| 12/16/20 | SOLOMON | FA1 | EMAILS WITH P. BASA, D. WELCH RE: HAHNEMANN INVOICES AND STATUS OF PAYMENT ON FEE APPLICATIONS | 0.2 | $83.00 |
| 12/17/20 | CHOVANES | FA1 | DISCUSSION OF STATUS OF MONTHLY FEE APPLICATION WITH R SOLOMON | 0.1 | $72.00 |
| 12/04/20 | DISTANISLAO | FA2 | PREPARE NOTICE OF 15TH MONTHLY SILLS CUMMIS FEE APPLICATION | 0.3 | $121.50 |
| 12/04/20 | NIEDERMAN | FA2 | ATTENTION TO FINALIZING AND FILING OF FIFTEENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020 | 0.2 | $108.00 |
| 12/07/20 | NIEDERMAN | FA2 | ATTENTION TO OMNIBUS FEE ORDER | 0.2 | $108.00 |
| 12/07/20 | NIEDERMAN | FA2 | ATTENTION TO BRG'S SEVENTH MONTHLY FEE APP | 0.2 | $108.00 |
| 12/07/20 | NIEDERMAN | FA2 | ATTENTION TO FINALIZING AND FILING OF MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (SIXTEENTH) OF SILLS CUMMIS & GROSS P.C. FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 202 | 0.2 | $108.00 |
| 12/07/20 | SOLOMON | FA2 | DRAFT AND FILE CNO - SILLS | 0.3 | $124.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | CUMMIS 3RD INTERIM FEE APPLICATION | | |
| 12/07/20 | SOLOMON | FA2 | DRAFT NOTICE OF SILLS 16TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 12/07/20 | SOLOMON | FA2 | DRAFT COS/SILLS 16TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 12/07/20 | SOLOMON | FA2 | PREPARE AND FILE SILLS 16TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 12/08/20 | SOLOMON | FA2 | DRAFT NOTICE OF BRG 7TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 12/08/20 | SOLOMON | FA2 | DRAFT COS/BRG 7TH MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 12/08/20 | SOLOMON | FA2 | PREPARE AND FILE 7TH MONTHLY FEE APPLICATION OF BRG | 0.3 | $124.50 |
| 12/09/20 | NIEDERMAN | FA2 | ATTENTION TO CNO FOR BRG'S THIRD INTERIM FEE APPLICATION | 0.1 | $54.00 |
| 12/09/20 | SOLOMON | FA2 | DRAFT AND FILE CNO RE: BRG 3RD INTERIM FEE APPLICATION | 0.3 | $124.50 |
| 12/09/20 | SOLOMON | FA2 | EMAIL TO DEBTORS' COUNSEL WITH BRG CNO | 0.2 | $83.00 |
| 12/29/20 | NIEDERMAN | FA2 | REVIEW CNOS RE SILLS SEPTEMBER AND OCTOBER FEE APPLICATIONS | 0.2 | $108.00 |
| 12/11/20 | LEVITSKY | MC | ATTENDANCE ON COMMITTEE CALL, FOLLOWUP EMAIL TO MICHAEL MENKOWITZ | 0.7 | $560.00 |
| 12/11/20 | LEVITSKY | MC | EMAILS FROM AND TO MICHAEL MENKOWITZ RE: COMMITTEE MEETING | 0.1 | $80.00 |
| 12/22/20 | SOLOMON | PC | REVIEW, DISTRIBUTE 2ND OMNIBUS CLAIMS OBJECTION AND MOTION TO FILE UNDER SEAL AND CALENDAR RELEVANT DATES | 0.3 | $124.50 |
| | | | **TOTAL** | **18.6** | **$10,764.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AA | ASSET ANALYSIS & RECOVERY | 2.7 | $1,858.00 |
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 5.6 | $3,363.00 |
| CA | CASE ADMINISTRATION | 2.3 | $1,262.50 |
| EA1 | EMPLOYMENT APPLICATION OF FOX ROTHSCHILD LLP | 1.0 | $440.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 2.4 | $1,489.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 3.5 | $1,587.00 |
| MC | MEETINGS OF CREDITORS | 0.8 | $640.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.3 | $124.50 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| N J. LEVITSKY | PARTNER | 5.5 | $800.00 | $4,400.00 |
| M. G. MENKOWITZ | PARTNER | 0.6 | $885.00 | $531.00 |
| M. B. CHOVANES | PARTNER | 0.6 | $720.00 | $432.00 |
| S. A. NIEDERMAN | PARTNER | 4.2 | $540.00 | $2,268.00 |
| J. HARRIS | ASSOCIATE | 1.0 | $380.00 | $380.00 |
| O. LEROY | ASSOCIATE | 1.0 | $400.00 | $400.00 |
| J. DISTANISLAO | PARALEGAL | 1.2 | $405.00 | $486.00 |
| R. I. SOLOMON | PARALEGAL | 4.5 | $415.00 | $1,867.50 |
| | TOTAL | 18.6 | | $10,764.50 |

TOTAL PROFESSIONAL SERVICES   $10,764.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|--------|
| POSTAGE CHARGES | $10.80 |

TOTAL EXPENSES   $10.80

TOTAL AMOUNT OF THIS INVOICE   $10,775.30

PRIOR BALANCE DUE   $9,595.90

**TOTAL BALANCE DUE UPON RECEIPT   $20,371.20**

119470869.v1

**OUTSTANDING INVOICES PRIOR TO 02/05/21**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|---|---|---|---|---|---|
| 01/16/20 | 2486820 | $30.00 | 08/10/20 | 2590743 | $263.00 |
| 05/05/20 | 2542611 | $593.80 | 09/06/20 | 2604565 | $1,014.30 |
| 06/03/20 | 2556489 | $1,079.70 | 10/13/20 | 2661342 | $6,285.50 |
| 07/03/20 | 2570531 | $329.60 | | | |
| | | | **TOTAL PRIOR BALANCES DUE** | | **$9,595.90** |

119470869.v1



# Fox Rothschild LLP

ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | ****** |
| Invoice Date | 02/05/21 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

TOTAL AMOUNT OF THIS INVOICE          $10,775.30

PRIOR BALANCE DUE                          $9,595.90

**TOTAL BALANCE DUE UPON RECEIPT          $20,371.20**

PAYMENT INSTRUCTIONS

**If you are currently remitting payment via check and have the ability to convert to an electronic payment format, please remit payment via ACH or WIRE using the instructions below. Thank you.**

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| | | |
| Make Payable to Fox Rothschild LLP: | Wells Fargo Bank | Wells Fargo Bank |
| Fox Rothschild LLP | 420 Montgomery Street | 420 Montgomery Street |
| Attn: Accounts Receivable - 73 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| 2000 Market Street, 20th Floor | ACH #031000503 | ABA #121000248 |
| Philadelphia, PA 19103-3222 | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code:#WFBIUS6S (international wires only) | Swift Code:#WFBIUS6S (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.