# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 24, 2021 AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELED**

**RESOLVED MATTERS:**

1. Motion of Debtors for Approval of Settlement of Preference Claims Against Spok,, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2572; filed: 07/12/21]

    Response Deadline: July 26, 2021 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A. Certification of No Objection [Docket No. 2625; filed: 07/27/21]

    B. Order Approving Settlement of Preference Claims Against Spok, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2637; signed and docketed: 07/28/21]

    Status: On July 28, 2021, the Court entered an order approving this motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2.     Motion of Debtors for Approval of Settlement of Preference Claims Against Merck & Co., Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2574; filed: 07/12/21]

    Response Deadline: July 26, 2021 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A.     Certification of No Objection [Docket No. 2626; filed: 07/27/21]

    B.     Order Approving Settlement of Preference Claims Against Merck & Co., Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2639; signed and docketed: 07/28/21]

    Status: On July 28, 2021, the Court entered an order approving this motion.

3.     Motion of Debtors for Approval of Settlement of Preference Claims Against W.L. Gore & Associates, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2580; filed: 07/13/21]

    Response Deadline: July 27, 2021 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A.     Certification of No Objection [Docket No. 2647; filed: 07/28/21]

    B.     Order Approving Settlement of Preference Claims Against W.L. Gore & Associates, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2651; signed and docketed: 07/29/21]

    Status: On July 29, 2021, the Court entered an order approving this motion.

4.     Motion of Debtors for Approval of Settlement of Preference Claims Against GBS Corp. and GBS Computer Solutions Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2601; filed: 07/20/21]

    Response Deadline: August 3, 2021 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A.     Certification of No Objection [Docket No. 2672; filed: 08/04/21]

    B.    Order Approving Settlement of Preference Claims Against GBS Corp. and GBS Computer Solutions Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2674; signed and docketed: 08/05/21]

    Status: On August 5, 2021, the Court entered an order approving this motion.

5.    Motion of Debtors for Approval of Settlement of Preference Claims Against UMS Lithotripsy Services of Greater Philadelphia, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2603; filed: 07/21/21]

    Response Deadline:  August 4, 2021 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.    Certification of No Objection [Docket No. 2677; filed: 08/05/21]

    B.    Order Approving Settlement of Preference Claims Against UMS Lithotripsy Services of Greater Philadelphia, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2683; signed and docketed: 08/06/21]

    Status: On August 6, 2021, the Court entered an order approving this motion.

6.    Motion of Debtors for Approval of Settlement of Preference Claims Against Ensemble RCM, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2619; filed: 07/26/21]

    Response Deadline:  August 9, 2021 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.    Certification of No Objection [Docket No. 2688; filed: 08/10/21]

    B.    Order Approving Settlement of Preference Claims Against Ensemble RCM, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2691; signed and docketed: 08/11/21]

    Status: On August 11, 2021, the Court entered an order approving this motion.

7.    Motion of Debtors for Approval of Settlement of Preference Claims Against Sodexo Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2652; filed: 07/29/21]

    Response Deadline:  August 12, 2021 at 4:00 p.m.

    Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 2698; filed: 08/13/21]

B.    Order Approving Settlement of Preference Claims Against Sodexo Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2700; signed and docketed: 08/16/21]

Status: On August 13, 2021, the Court entered an order approving this motion.

8.    Motion of Debtors for Approval of Settlement of Preference Claims Against Robert Half International, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2653; filed: 07/29/21]

Response Deadline: August 12, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A.    Certification of No Objection [Docket No. 2697; filed: 08/13/21]

B.    Order Approving Settlement of Preference Claims Against Robert Half International, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2699; signed and docketed: 08/16/21]

Status: On August 13, 2021, the Court entered an order approving this motion.

9.    Motion of Debtors for Approval of Settlement of Preference Claims Against Robert Half International, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2653; filed: 07/29/21]

Response Deadline: August 12, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A.    Certification of No Objection [Docket No. 2697; filed: 08/13/21]

B.    Order Approving Settlement of Preference Claims Against Robert Half International, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2699; signed and docketed: 08/16/21]

Status: On August 13, 2021, the Court entered an order approving this motion.

10. Motion of Debtors for Approval of Settlement of Preference Claims Against Robert Half International, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2653; filed: 07/29/21]

    Response Deadline:  August 12, 2021 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.   Certification of No Objection [Docket No. 2697; filed: 08/13/21]

    B.   Order Approving Settlement of Preference Claims Against Robert Half International, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2699; signed and docketed: 08/16/21]

    Status: On August 13, 2021, the Court entered an order approving this motion.

**CONTINUED MATTERS:**

11. Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary [Docket No. 2400; filed: 06/17/21]

    Response Deadline:  July 2, 2021 at 4:00 p.m.; extended to September 13, 2021 for the Debtors.

    Responses Received:

    A.   Response of Debtors [Docket No. 2553; filed: 07/02/21]

    B.   HSREP VI Holding, LLC and Its Affiliates' Objection and Cross-Motion to Compel Debtors, Propco or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2573; filed: 07/12/21]

    Related Documents:  None

    Status: This matter is continued to the September 23, 2021 omnibus hearing.

12. Cross-Motion of HSREP VI Holding, LLC and Its Affiliates for Entry of an Order Compelling Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2578; filed: 07/12/21]

    Response Deadline:  August 13, 2021 at 4:00 p.m.; extended to September 13, 2021 for the Debtors and the MBNF Non-Debtor Entities.

    Responses Received:  None to date

Related Documents:

A. Order Shortening Notice and Objection Periods in Connection With the Cross-Motion of Cross-Motion of HSREP VI Holding, LLC and Its Affiliates to Compel Compelling Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2582; signed and docketed: 07/13/21]

B. Notice of Motion and Hearing [Docket No. 2594; filed: 07/15/21]

Status: This matter is continued to the September 23, 2021 omnibus hearing.

13. Motion of Creditor Pamela Saechow Seeking Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 2623; filed: 07/27/21]

Response Deadline: August 9, 2021 at 4:00 p.m.; extended to September 16, 2021 for the Debtors.

Responses Received: None to date

Related Documents: None to date

Status: This matter is continued to the September 23, 2021 omnibus hearing.

Dated: August 19, 2021            **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*