# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| *In re* | : Chapter 11 |
| | : Case No. 19-11466 (KG) |
| CENTER CITY HEALTHCARE, LLC d/b/a | : Jointly Administered |
| HAHNEMANN UNIVERSITY HOSPITAL | : |
| *et al.*,[1] | : |
|    Debtors. | : **Objection Deadline:** Sept. 7, 2021, at 4:00 p.m. (ET) |
| | : |

---

## FOURTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM APRIL 1, 2020 THROUGH SEPTEMBER 30, 2020

| | |
|---|---|
| **Name of Applicant:** | Berkeley Research Group LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | September 4, 2019 *nunc pro tunc* to July 22, 2019 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2020 through September 30, 2020 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | $74,349.00[2] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Pursuant to *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors nunc pro tunc to July 22, 2019*, **for** purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "Blended Hourly Rate") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged. Accordingly, we have reduced our fees for the Seventh Monthly Fee Period by $14,008.50 as indicated on Attachment B: Fees By Professional.

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:     $0.00

Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary:     **$74,349.00**

This is a(n): __ Monthly Application  _X_ Interim Application  ___ Final Application

### Attachment A: Summary of Fee Statements and Applications Filed

| Dt Filed Dkt No. | Period | Fees | Expenses | CNO/ Order | Paid Fees | Paid Expenses | Unpaid Balance |
|---|---|---|---|---|---|---|---|
| 10/29/2019 Dkt No. 915 | 7/22/2019 - 8/31/2019 | $ 182,902.50 | $ 2,411.76 | 11/20/2019 Dkt No. 1044 | $ 182,902.50 | $ 2,411.76 | $ 0.00 |
| 11/15/2019 Dkt No. 1014 | 9/1/2019 - 9/30/2019 | 101,277.00 | 1,334.17 | 12/6/2019 Dkt No. 1104 | 101,277.00 | 1,334.17 | $ - |
| *11/15/2019 Dkt No. 1018* | *First Interim* | *$ 284,179.50* | *$ 3,745.93* | *12/6/2019 Dkt No. 1108* | *$ 284,179.50* | *$ 3,745.93* | *$ 0.00* |
| 1/8/2020 Dkt No. 1301 | 10/1/2019 - 11/30/2019 | 59,796.00 | 398.14 | 1/29/2019 Dkt No. 1373 | - | - | 60,194.14 |
| 2/10/2020 Dkt No. 1397 | 12/1/2019 - 12/31/2019 | 21,879.00 | - | 3/3/2020 Dkt No. 1444 | - | - | 21,879.00 |
| *3/26/2020 Dkt No. 1508* | *Second Interim* | *$ 81,675.00* | *$ 398.14* | *4/17/2020 Dkt No. 1587* | *$ -* | *$ -* | *$ 82,073.14* |
| 4/1/2020 Dkt No. 1544 | 1/1/2020 - 2/29/2020 | 12,820.50 | - | 4/22/2020 Dkt No. 1600 | 2,564.10 | - | 10,256.40 |
| 5/22/2020 Dkt No. 1634 | 3/1/2020 - 3/31/2020 | 1,377.00 | - | 6/12/2020 Dkt No. 1667 | 275.40 | - | 1,101.60 |
| *11/17/2020 Dkt No. 1897* | *Third Interim* | *$ 14,197.50* | *$ -* | *12/11/2020 Dkt No. 1973* | *$ 2,839.50* | *$ -* | *$ 11,358.00* |
| 12/8/2020 Dkt No. 1958 | 4/1/2020- 9/30/2020 | $ 74,349.00 | $ - | 8/5/2021 Dkt No. 2681 | $ - | $ - | $ 74,349.00 |
| **Total** | | **$ 454,401.00** | **$ 4,144.07** | | **$ 287,019.00** | **$ 3,745.93** | **$ 167,780.14** |

*[Remainder of this Page Intentionally Left Blank]*

**CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL et al**



**Berkeley Research Group, LLC**

## Attachment A: Fees By Professional

For the Period 4/1/2020 through 9/30/20

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---:|---:|---:|
| A. Cowie | Director | $760.00 | 45.1 | $34,276.00 |
| A. Jiang | Consultant | $465.00 | 93.1 | $43,291.50 |
| C. Kearns | Managing Director | $1,095.00 | 9.5 | $10,402.50 |
| J. Blum | Case Assistant | $155.00 | 2.5 | $387.50 |
| **Total** | | | **150.2** | **$88,357.50** |
| **Agreed Upon Discount** | $495  Maximum Blended Rate | | | **($14,008.50)** |
| **Total Requested Fees** | | | | **$74,349.00** |
| **Blended Rate** | | | | **$495.00** |

**CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL et al**

Berkeley Research Group, LLC

## Attachment B: Fees By Task Code

For the Period 4/1/2020 through 9/30/2020



| Task Code | Hours | Fees |
|---|---|---|
| 05. Professional Retention Fee Application Preparation | 2.5 | $387.50 |
| 07. Interaction/Meetings with Debtors/Counsel | 1.8 | $1,368.00 |
| 08. Interaction/Meetings with Creditors | 9.3 | $8,709.50 |
| 10. Recovery/SubCon/Lien Analysis | 12.3 | $9,772.50 |
| 11. Claim Analysis/Accounting | 9.8 | $4,746.00 |
| 13. Intercompany Transactions/Balances | 28.2 | $19,514.50 |
| 17. Analysis of Historical Results | 69.0 | $33,698.00 |
| 19. Cash Flow/Cash Management Liquidity | 11.6 | $5,394.00 |
| 25. Litigation | 5.7 | $4,767.50 |
| **Total** | **150.2** | **$88,357.50** |
| **Agreed Upon Discount**  $495  Maximum Blended Rate | | **($14,008.50)** |
| **Total Requested Fees** | | **$74,349.00** |
| **Blended Rate** | | **$495.00** |

Berkeley Research Group, LLC

Invoice for the 4/1/2020 - 9/30/2020 Period

**Relief Requested**

This is Berkeley Research Group's ("BRG") fourth interim fee application for compensation (the "Fee Application") for the period April 1, 2020 through September 30, 2020 (the "Interim Fee Period") filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order"), [Dkt No.341]. BRG requests: (a) allowance of compensation in the amount of $74,349.00 for actual, reasonable and necessary professional services rendered to the Committee by BRG and (b) reimbursement of actual, reasonable and necessary costs and expenses in the amount of $0.00 incurred by BRG.

**Services Rendered and Disbursements Incurred**

Incorporated herein by reference are BRG's fifth and sixth monthly fee application, as shown in **Attachment A** above. Attached as **Attachment B** is the schedule of professionals who rendered services to the during the Interim Fee Period, including each person's billing rate and the blended rate and **Attachment C** shows the schedule of fees expended during the Interim Fee Period by task code.

**Notice and Objection Procedures**

BRG provided notice of this Fee Statement to: (a) The Debtors; (b) counsel to the Debtors; (c) Counsel to the Committee; (d) The Office of the U.S. Trustee; and (e) Counsel for the DIP Agent (collectively, the "Notice Parties").

Wherefore, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $74,349.00 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $0.00 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $74,349.00 which is equal to the sum of 100% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period, which remain unpaid, and (c) and granting such other and further relief as the Court may deem just and proper.

Date:  8/18/2021                                  Berkeley Research Group, LLC


                                                   /s/ Christopher J. Kearns
                                                  Christopher J. Kearns
                                                  Managing Director
                                                  810 7th Ave., 41st Floor
                                                  New York, NY 10019
                                                  (212) 782-1409