## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: Sept. 9, 2021 4:00 p.m.** |
| | ) **Hearing Date: Sept. 23, 2021 at 10:30 a.m.** |

**FIFTH INTERIM FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Date of Order Approving Retention | August 13, 2019 |
| Period for which compensation and reimbursement is sought: | October 1, 2020 through December 31, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $72,616.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,141.71 |
| Total Compensation Approved by Interim Order to Date: | $76,776.30 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| | |
|---|---|
| Total Expenses Approved by Interim Order to Date: | $159.00 |
| Total Allowed Compensation Paid to Date for this Period: | $0.00 |
| Total Expenses Paid to Date for this Period: | $1,141.71 |
| Blended Rate in this Application for all Attorneys: | $518.36 |
| Blended Rate in this Application for all timekeepers: | $489.00 |
| Number of Professionals Included in this Application: | 5 |
| Number of Professionals in Application not Included in Staffing Plan: | 0 |
| Number of Professionals Billing Fewer than 15 Hours: | 0 |
| This is a(n): | ___ Monthly  ✓ Interim ___ Final application |

Prior Applications Relating to Fifth Interim Fee Application:

| Date Filed | Period Covered | Requested | | Approved | | Fee Holdback |
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | |
| --- | --- | --- | --- | --- | --- | --- |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 CNO DI No. 2179 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2020 DI No. 2098 CNO DI No. 2180 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |
| Twelfth Monthly Filed 2/17/2020 DI No. 2099 CNO DI No. 2181 | 12/1/2020-12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| **TOTALS:** | | **$72,616.50** | **$1,141.71** | **$58,093.20** | **$0.00** | **$14,523.30** |

**TIME AND COMPENSATION BREAKDOWN**
**OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $685.00 | 28.90 | $19,796.50 |
| Gregory G. Gosfield | Real Estate & Finance Partner Admitted to Bar 1979 | $680.00 | 42.00 | $28,560.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar | $580.00 | 15.80 | $9,164.00 |
| William J. Clements | Of Counsel Admitted to Bar | $410.00 | 45.70 | $18,737.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $275.00 | 16.10 | $4,427.50 |
| **TOTALS** | | | | **$80,685.00** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$8,068.50** |
| **GRAND TOTAL** | | | 148.50 | **$72,616.50** |
| **BLENDED RATE** | | | | **$489.00** |

### COMPENSATION BY PROJECT CATEGORY
### OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Case Administration | 04 | 0.70 | $406.00 |
| Claims Administration and Objections | 05 | 94.50 | $60,559.00 |
| Fee/Employment Applications | 07 | 15.80 | $4,345.00 |
| Litigation/Litigation Consulting | 10 | 37.50 | $15,375.00 |
| **TOTAL** | | **148.50** | **$80,685.00** |
| **Minus Agreed Upon Discount (10%)** | | | **-$8,068.50** |
| **GRAND TOTAL** | | | **$72,616.50** |

### EXPENSE SUMMARY
### OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Express Delivery | $121.68 |
| Pacer | $3.00 |
| Special Copy | $974.55 |
| Conference Call Charges | $42.48 |
| **TOTAL** | **$1,141.71** |

## STAFFING PLAN AND BUDGET

### Aggregate Staffing Plan-All Matter Categories
### for the Period Beginning on October 1, 2020 through December 31, 2020

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Number of Timekeepers Actually Worked on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|---|
| Partner | 3 | 3 | $583.50 |
| Of Counsel | 1 | 1 | $369.00 |
| Associate | 2 | 0 | N/A |
| Paralegal | 1 | 1 | $247.50 |
| **Total** | 7 | 5 | |

### Aggregate Budget for Matter Categories
### for the Period Beginning on October 1, 2020 through December 31, 2020

| Matter Code | Project Category Description | Hours Budgeted | Actual Hours | Total Compensation Budgeted | Actual Compensation[1] |
|---|---|---|---|---|---|
| Bankruptcy Proceedings | | | | | |
| 04 | Case Administration | 20.00 | 0.70 | $5,000.00 | $406.00 |
| 05 | Claims Administration & Objections | 150.00 | 94.50 | $75,000.00 | $60,559.00 |
| 07 | Employment & Fee Applications | 25.00 | 15.80 | $7,500.00 | $4,345.00 |
| Adversarial Matters | | | | | |
| 10 | Litigation/Litigation Consulting | 50.00 | 37.50 | $25,000.00 | $15,375.00 |
| Asset-Related Issues | | | | | |
| 09 | Assumption & Rejection of Executory Contracts, Unexpired Leases | 25.00 | 0.00 | $7,500.00 | $0.00 |
| | **Total** | **270.00** | **148.50** | **$120,000.00** | **$80,685.00** |

---

[1] Without application of 10% discount.

**CUSTOMARY AND COMPARABLE**
**COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**
**KLEHR HARRISON HARVEY BRANZBURG LLP**
**OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Category of Timekeeper | Blended Hourly in comparable practice areas[1] | Blended Hourly Firm-wide[2] | Blended Hourly Rate for this Case[3] |
|---|---|---|---|
| Partner | $586.00 | $522.00 | $663.44 |
| Counsel | $423.00 | $394.00 | $410.00 |
| Associate | $349.00 | $313.00 | NA |
| Paralegal | $274.00 | $237.00 | $275.00 |
| All Timekeepers | $501.00 | $432.00 | $543.33 |

---

[1]  Klehr Harrison's hourly rates for complex bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Klehr Harrison's hourly rates for bankruptcy services are comparable to the rates charged by the firm for other complex corporate, real estate, tax and litigation matters.  This column reflects the blended hourly rates charged by the firm for the services performed for the 12 month period ending June 30, 2021 in comparable practice areas.

[2]  This column reflects the blended hourly rates charged by the firm for the services performed for the 12 month period ending June 30, 2021 in all practice areas which include discounted, contingent or fixed rate practice areas and excludes the Bankruptcy and Restructuring group.

[3]  Calculated before the 10% discount is applied.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIFTH INTERIM FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City

Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby

submits its fifth interim fee application (the "Application") for entry of an order pursuant to section

331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy

Code") granting it interim compensation and reimbursement of expenses for the period from October

1, 2020 through December 31, 2020.  In support hereof, Klehr Harrison respectfully represents as

follows:

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.    BACKGROUND

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 2, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 341] (the "Interim Compensation Order").

5.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

6.      Pursuant to the Interim Compensation Order, Klehr Harrison submits this Fifth Interim Fee Application, seeking interim approval and allowance of compensation in the amount of $72,616.50, and actual and necessary expenses in the amount of $1,141.71, incurred during October 1, 2020 through December 31, 2020 (the 'Interim Compensation Period", totaling 148.50 hours of professional time.

7.    In accordance with section 504 of the Bankruptcy Code and Fed. R. Bankr. P. 2016(a), no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this case.

8.    To the best of Klehr Harrison's knowledge, this Fifth Interim Fee Application complies with sections 330 and 331 of the Bankruptcy Code, Del. Bankr. L.R. 2016-2, the Interim Compensation Order, and the UST's *Guidelines for Reviewing Applications for Compensation, and Reimbursement of Expenses Filed Under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases Effective as of November 13, 2013.*

WHEREFORE, Klehr Harrison hereby requests that the Court enter an Order: (i) granting the Fifth Interim Fee Application and authorizing interim allowance of compensation in the amount of $72,616.50[2] for professional services rendered on behalf of the Debtors and reimbursement for actual and necessary expenses in the amount of $1,141.71; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: August 19, 2021                     */s/ Domenic E. Pacitti*
Wilmington, Delaware                      Domenic E. Pacitti (DE Bar No. 3989)
                                          **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                          919 North Market Street, Suite 1000
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 426-1189
                                          Facsimile: (302) 426-9193
                                          Email: dpacitti@klehr.com

                                          *Special Counsel to the Debtors*

---

[2]  Includes 10% discount.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing Fifth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from October 1, 2020 through December 31, 2020 and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.    In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.    I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.    Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.    None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.    Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2020 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2021                                  _____*/s/ Domenic E. Pacitti*_____
                                                             Domenic E. Pacitti (DE Bar No. 3989)