# Exhibit A

**SUNQUEST INFORMATION SYSTEMS INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Wire | WT Seq207266 Sunquest Information | $ 30,958 | 05/28/2019 | 264253B | 10/29/2018 | $ 30,958 |
| | | | $ 30,958 | | | | $ 30,958 |