# Exhibit A

**S.A. COMUNALE CO, INC.**
**STATEMENT OF ACCOUNT**

| Debtor | Wire Number | Payment | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | FED#0520I1B7031R012921 | $ 85,312 | 5/20/2019 | 134694 | 3/15/2019 | $ 85,312 |
| | | $ 85,312 | | | | $ 85,312 |