IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) ) ) Jointly Administered ) |
| Debtors. | ) Re: Docket No. 2676 ) |

## CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER PURSUANT TO 11 U.S.C. § 327(a) AUTHORIZING AND EMPLOYMENT OF CROSS AND SIMON LLC AS SPECIAL COUNSEL TO THE DEBTORS AND (B) NO OBJECTION TO SAME

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On August 5, 2021, the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cross & Simon LLC as Special Counsel to the Debtors* [D.I. 2676] (the "**Application**") was filed with the Court.

2. Pursuant to the notice of the Application [D.I. 2676], objections to the Motion were to be filed by August 19, 2021 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Office of the United States Trustee ("**UST**") requested that certain changes be made to the proposed order accompanying the Application (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

"**Original Proposed Order**").  No other objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Attached as **Exhibit A** is a revised proposed order that incorporates the comments from the UST (the "**Revised Order**").  A blackline comparing the Original Proposed Order and the Revised Order is attached hereto as **Exhibit B**.

5. The Debtors have confirmed that the Revised Order is acceptable to the UST.

6. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: August 20, 2021

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
A. Mayer Kohn
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
mayer.kohn@saul.com

*Counsel for Debtors and Debtors in Possession*