# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) Re: Docket Nos. 2676 and ___ |

### ORDER PURSUANT TO 11 U.S.C. § 327(a) AUTHORIZING AND EMPLOYMENT OF CROSS AND SIMON LLC AS SPECIAL COUNSEL TO THE DEBTORS

Upon consideration of the application (the "**Application**")[2] of the Debtors for entry of an order authorizing and approving the employment of Cross & Simon LLC ("**C&S**") as special counsel to the Debtors; and upon the Simon Declaration and the Wilen Declaration; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper notice of the Application has been given and that no further notice or hearing is required; and, based upon the Simon Declaration, this Court being satisfied that (i) C&S represents no interest adverse to the Debtors' estates, creditors, or equity holders, (ii) C&S, to the extent required, is a "disinterested

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, Suite 400, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Application.

-2-

person" as that term is defined in section 101(14) of the Bankruptcy Code because (a) C&S has no connection with the Debtors or their estates, any creditors, or other parties in interest, their respective attorneys and accountants, or the U.S. Trustee or any of its employees, except as set forth in the Simon Declaration; (b) C&S is not a creditor, equity security holder, or insider of the Debtors; (c) none of C&S's members or employees are or were, within two (2) years of the Petition Date, a director, officer, or employee of the Debtors; and (d) C&S does not hold and has neither represented nor represents an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason; and (iii) the employment of C&S is necessary and would be in the best interest of the Debtors and their estates; and after due deliberation, and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. Pursuant to section 327(a) of the Bankruptcy Code, the Debtors are authorized to employ and retain C&S as special counsel to the Debtors, effective as of the date of the Application.

3. C&S shall apply for compensation and professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code, and applicable provisions of the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

4. C&S also intends to make a reasonable effort to comply with the United States Trustee's requests for information and additional disclosures as set forth in the UST Guidelines,

-3-

both in connection with this Application and the interim and final fee applications to be filed by the Firm in these Chapter 11 Cases.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court has and shall retain exclusive jurisdiction to hear and determine all matters arising from the interpretation or implementation of this Order.