# Exhibit A

**BIO-RAD LABORATORIES INC**
**STATEMENT OF ACCOUNT**

| Debtor | Check Number | Payment | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | 32729 | $ 11,589 | 4/8/2019 | 903119627 | 10/30/2018 | $ 890 |
| St. Christopher's Healthcare, LLC | | | | 903179578 | 12/3/2018 | 3,996 |
| St. Christopher's Healthcare, LLC | | | | 903204690 | 12/13/2018 | 2,196 |
| St. Christopher's Healthcare, LLC | | | | 903233303 | 1/3/2019 | 943 |
| St. Christopher's Healthcare, LLC | | | | 903252764 | 1/14/2019 | 718 |
| St. Christopher's Healthcare, LLC | | | | 903284536 | 1/30/2019 | 943 |
| St. Christopher's Healthcare, LLC | | | | 903294818 | 2/5/2019 | 943 |
| St. Christopher's Healthcare, LLC | | | | 903327941 | 2/21/2019 | 960 |
| Center City Healthcare, LLC | 33099 | 6,070 | 4/23/2019 | 903252069 | 1/14/2019 | 257 |
| Center City Healthcare, LLC | | | | 903252070 | 1/14/2019 | 1,628 |
| Center City Healthcare, LLC | | | | 903255640 | 1/15/2019 | 2,900 |
| Center City Healthcare, LLC | | | | 903258536 | 1/16/2019 | 319 |
| Center City Healthcare, LLC | | | | 903261165 | 1/17/2019 | 256 |
| Center City Healthcare, LLC | | | | 903284445 | 1/30/2019 | 710 |
| St. Christopher's Healthcare, LLC | 34427 | 1,028 | 5/20/2019 | 902854362 | 6/12/2018 | 1,028 |
| Center City Healthcare, LLC | 34752 | 16,006 | 5/23/2019 | 903294181 | 2/5/2019 | 231 |
| Center City Healthcare, LLC | | | | 903294182 | 2/5/2019 | 214 |
| Center City Healthcare, LLC | | | | 903297746 | 2/6/2019 | 2,186 |
| Center City Healthcare, LLC | | | | 903301238 | 2/7/2019 | 1,353 |
| Center City Healthcare, LLC | | | | 903306931 | 2/11/2019 | 846 |
| Center City Healthcare, LLC | | | | 903309492 | 2/12/2019 | 651 |
| Center City Healthcare, LLC | | | | 903321603 | 2/19/2019 | 943 |
| Center City Healthcare, LLC | | | | 903324891 | 2/20/2019 | 668 |
| Center City Healthcare, LLC | | | | 903359168 | 3/8/2019 | 2,381 |
| Center City Healthcare, LLC | | | | 903365329 | 3/13/2019 | 1,946 |
| Center City Healthcare, LLC | | | | 903365330 | 3/13/2019 | 1,628 |
| Center City Healthcare, LLC | | | | 903369137 | 3/14/2019 | 257 |
| Center City Healthcare, LLC | | | | 903369138 | 3/14/2019 | 710 |
| Center City Healthcare, LLC | | | | 903369139 | 3/14/2019 | 1,458 |
| Center City Healthcare, LLC | | | | 903369140 | 3/14/2019 | 214 |
| Center City Healthcare, LLC | | | | 903376150 | 3/18/2019 | 320 |
| St. Christopher's Healthcare, LLC | 35508 | 9,113 | 6/13/2019 | 903412635 | 4/4/2019 | 8,395 |
| St. Christopher's Healthcare, LLC | | | | 903450720 | 4/25/2019 | 718 |
| | | $ 43,806 | | | | $ 43,806 |