# Exhibit A

**COMPHEALTH ASSOCIATES INC**
**STATEMENT OF ACCOUNT**

| Debtor | Check Number | Payment | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| SCHC Pediatric Associates, LLC | 32747 | $ 42,459 | 4/11/2019 | 3273113RT | 1/15/2019 | $ 160 |
| SCHC Pediatric Associates, LLC | | | | 3274400RI | 1/15/2019 | 1,157 |
| SCHC Pediatric Associates, LLC | | | | 3268241RI | 1/15/2019 | 23,171 |
| SCHC Pediatric Associates, LLC | | | | 3275868RI | 1/15/2019 | 7,970 |
| SCHC Pediatric Associates, LLC | | | | MISSING | | 10,000 |
| SCHC Pediatric Associates, LLC | 32963 | 2,726 | 4/17/2019 | 3283527RT | 3/15/2019 | 1,532 |
| SCHC Pediatric Associates, LLC | | | | 3283542RT | 3/15/2019 | 729 |
| SCHC Pediatric Associates, LLC | | | | 3283541RT | 3/15/2019 | 418 |
| SCHC Pediatric Associates, LLC | | | | 3286463RT | 3/15/2019 | 47 |
| SCHC Pediatric Associates, LLC | 33111 | 74,115 | 4/23/2019 | 3288537RI | 2/25/2019 | 7,937 |
| SCHC Pediatric Associates, LLC | | | | 3281300RI | 2/25/2019 | 47,677 |
| SCHC Pediatric Associates, LLC | | | | 3281299RI | 2/25/2019 | 7,641 |
| SCHC Pediatric Associates, LLC | | | | 3281298RI | 2/25/2019 | 10,775 |
| SCHC Pediatric Associates, LLC | | | | 3291646RT | 4/11/2019 | 85 |
| SCHC Pediatric Associates, LLC | 34037 | 60,291 | 5/6/2019 | 3300496RT | 3/15/2019 | 865 |
| SCHC Pediatric Associates, LLC | | | | 3296807RT | 3/15/2019 | 2,182 |
| SCHC Pediatric Associates, LLC | | | | 3296873RT | 3/15/2019 | 837 |
| SCHC Pediatric Associates, LLC | | | | 3296806RT | 3/15/2019 | 330 |
| SCHC Pediatric Associates, LLC | | | | 3303085RI | 3/15/2019 | 3,502 |
| SCHC Pediatric Associates, LLC | | | | 3298275RI | 3/15/2019 | 9,653 |
| SCHC Pediatric Associates, LLC | | | | 3298272RI | 3/15/2019 | 7,970 |
| SCHC Pediatric Associates, LLC | | | | 3303890RT | 3/15/2019 | 1,572 |
| SCHC Pediatric Associates, LLC | | | | 3298271RI | 3/15/2019 | 3,562 |
| SCHC Pediatric Associates, LLC | | | | 3305304RT | 3/15/2019 | 252 |
| SCHC Pediatric Associates, LLC | | | | 3298273RI | 3/15/2019 | 11,126 |
| SCHC Pediatric Associates, LLC | | | | 3298274RI | 3/15/2019 | 18,441 |
| SCHC Pediatric Associates, LLC | 34608 | 54,266 | 5/20/2019 | 3310162RT | 3/4/2019 | 428 |
| SCHC Pediatric Associates, LLC | | | | 3310079RT | 3/4/2019 | 696 |
| SCHC Pediatric Associates, LLC | | | | 3310080RT | 3/4/2019 | 325 |
| SCHC Pediatric Associates, LLC | | | | 3310081RT | 3/4/2019 | 1,721 |
| SCHC Pediatric Associates, LLC | | | | 3307885RI | 3/4/2019 | 7,443 |
| SCHC Pediatric Associates, LLC | | | | 3307886RI | 3/4/2019 | 7,064 |
| SCHC Pediatric Associates, LLC | | | | 3307888RI | 3/4/2019 | 10,554 |
| SCHC Pediatric Associates, LLC | | | | 3307889RI | 3/4/2019 | 7,937 |
| SCHC Pediatric Associates, LLC | | | | 3315447RI | 3/4/2019 | 3,985 |
| SCHC Pediatric Associates, LLC | | | | 3316641RI | 3/4/2019 | 14,116 |
| SCHC Pediatric Associates, LLC | 34767 | 1,775 | 5/28/2019 | 3323602RT | 3/4/2019 | 824 |
| SCHC Pediatric Associates, LLC | | | | 3323603RT | 3/4/2019 | 951 |
| SCHC Pediatric Associates, LLC | 35032 | 53,576 | 6/3/2019 | 3331900RT | 3/4/2019 | 1,799 |
| SCHC Pediatric Associates, LLC | | | | 3321994RI | 3/4/2019 | 29,606 |
| SCHC Pediatric Associates, LLC | | | | 3321309RI | 3/4/2019 | 22,089 |
| SCHC Pediatric Associates, LLC | | | | 3328174RT | 3/4/2019 | 42 |
| SCHC Pediatric Associates, LLC | | | | 3331902RT | 3/4/2019 | 40 |
| SCHC Pediatric Associates, LLC | 35282 | 3,564 | 6/10/2019 | 3291512RP | 2/20/2019 | 3,564 |
| SCHC Pediatric Associates, LLC | 35522 | 7,488 | 6/18/2019 | 3354155RI | 5/6/2019 | 7,126 |
| SCHC Pediatric Associates, LLC | | | | 3357581RT | 5/6/2019 | 242 |
| SCHC Pediatric Associates, LLC | | | | 3358953RT | 5/6/2019 | 120 |
| | | $ 300,260 | | | | $ 300,260 |