# Exhibit A

**ARTHREX INC**
**STATEMENT OF ACCOUNT**

| Debtor | Check Number | Payment | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | 32948 | $ 18,392 | 4/5/2019 | 94156507 | 9/5/2018 | $ 2,370 |
| St. Christopher's Healthcare, LLC | | | 4/5/2019 | 94290406 | 10/8/2018 | 1,185 |
| St. Christopher's Healthcare, LLC | | | 4/5/2019 | 94301664 | 10/10/2018 | 896 |
| St. Christopher's Healthcare, LLC | | | 4/5/2019 | 94301665 | 10/10/2018 | 1,960 |
| St. Christopher's Healthcare, LLC | | | 4/5/2019 | 94357991 | 10/23/2018 | 339 |
| St. Christopher's Healthcare, LLC | | | 4/5/2019 | 94410793 | 11/2/2018 | 600 |
| St. Christopher's Healthcare, LLC | | | 4/5/2019 | 94667938 | 1/2/2019 | 2,370 |
| St. Christopher's Healthcare, LLC | | | 4/5/2019 | 94667939 | 1/2/2019 | 3,000 |
| St. Christopher's Healthcare, LLC | | | 4/5/2019 | 94684524 | 1/7/2019 | 790 |
| St. Christopher's Healthcare, LLC | | | 4/5/2019 | 94696635 | 1/9/2019 | 790 |
| St. Christopher's Healthcare, LLC | | | 4/5/2019 | 94696636 | 1/9/2019 | 339 |
| St. Christopher's Healthcare, LLC | | | 4/5/2019 | 94704754 | 1/10/2019 | 3,753 |
| St. Christopher's Healthcare, LLC | | | | | | |
| St. Christopher's Healthcare, LLC | 33689 | 6,306 | 4/19/2019 | 94448463 | 11/13/2018 | 1,625 |
| St. Christopher's Healthcare, LLC | | | 4/19/2019 | 94640733 | 12/26/2018 | 4,681 |
| St. Christopher's Healthcare, LLC | | | | | | |
| St. Christopher's Healthcare, LLC | 35012 | 7,781 | 5/24/2019 | 94880034 | 2/18/2019 | 4,681 |
| St. Christopher's Healthcare, LLC | | | 5/24/2019 | 94880035 | 2/18/2019 | 395 |
| St. Christopher's Healthcare, LLC | | | 5/24/2019 | 95000064 | 3/14/2019 | 1,145 |
| St. Christopher's Healthcare, LLC | | | 5/24/2019 | 95068768 | 3/28/2019 | 1,560 |
| St. Christopher's Healthcare, LLC | | | | | | |
| St. Christopher's Healthcare, LLC | 35268 | 8,121 | 6/10/2019 | 94994292 | 3/13/2019 | 8,623 |
| St. Christopher's Healthcare, LLC | | | | 94994293 | 3/13/2019 | 6,373 |
| St. Christopher's Healthcare, LLC | | | | 95025653 | 3/20/2019 | 1,625 |
| St. Christopher's Healthcare, LLC | | | | 95059586CM | 5/30/2019 | (8,500) |
| | | $ 40,600 | | | | $ 40,600 |