# EXHIBIT A

**SUMMARY OF BLENDED RATE**

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed<br>*Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed**<br>*This Application* |
| Senior Partners | 13 | $590.00 | $705.53 |
| Junior Partners | 4 | $470.00 | $471.31 |
| Counsel | 1 | $489.00 | $495.00 |
| Senior Associates | 0 | $353.00 | $0.00 |
| Junior Associates | 6 | $296.00 | $318.20 |
| Paralegal | 0 | $248.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $206.00 | $247.42 |
| **Aggregated:** | | **$467.00** | **$459.22** |