# EXHIBIT D

## EXPENSE SUMMARY

**Expense Summary**

**For the Period from June 1, 2021 through June 30, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (1,651 pages @ $.10 per page) | | $165.10 |
| Color Photocopying (160 pages @ $.10 per page) | | $16.00 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $10,620.60 |
| Legal Research | Lexis; Westlaw | $17,739.20 |
| Outside Reproduction | Reliable Copy Service – DE | $172.70 |
| Transcript | Veritext New York Reporting | $117.90 |
| **Total** | | **$28,831.50** |

---

[1]    These are the costs associated with using the Saul Review Platform ("SRP").  These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |



| | Invoice Number | 2645205 |
|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | 2645205 |
| 222 N. Sepulveda Blvd. | Invoice Date | 08/18/21 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 06/26/21 | Epiq Relativity eDiscovery Costs | 10,620.60 | |
| | Total   Epiq Relativity eDiscovery Costs | | 10,620.60 |
| 06/09/21 | Photocopying | 74.80 | |
| 06/25/21 | Photocopying | 44.70 | |
| 06/28/21 | Photocopying | 45.60 | |
| | Total Photocopying | | 165.10 |
| 06/25/21 | Photocopying - Color | 16.00 | |
| | Total Photocopying - Color | | 16.00 |
| 06/04/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 05/19/21; Copying and mailing of demand letters | 11.74 | |
| 06/04/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 05/27/21; Copying, postage and mailing of for fourth batch of demand letters | 54.22 | |
| 06/17/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 06/13/21; 6/9/21 - Copying and mailing of demand letters | 8.42 | |
| 06/17/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 06/14/21; 6/7/21 - Copying and mailing of demand letters | 47.02 | |
| 06/21/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 06/08/21; 6/2/21 - Copying and mailing of demand letters | 51.30 | |
| | Total Outside Reproduction | | 172.70 |
| 06/15/21 | Transcript; VENDOR: Veritext New York Reporting Co.; CB Holding Corp., et al. – February 23, 2012 hearing transcript | 117.90 | |
| | Total Transcript | | 117.90 |
| 06/09/21 | Lexis Legal Research | 47.50 | |
| 06/15/21 | Lexis Legal Research | 47.50 | |
| 06/01/21 | Westlaw Legal Research | 371.52 | |
| 06/07/21 | Westlaw Legal Research | 92.88 | |
| 06/08/21 | Westlaw Legal Research | 808.00 | |
| 06/08/21 | Westlaw Legal Research | 557.28 | |
| 06/08/21 | Westlaw Legal Research | 92.88 | |
| 06/09/21 | Westlaw Legal Research | 344.00 | |
| 06/09/21 | Westlaw Legal Research | 92.88 | |
| 06/10/21 | Westlaw Legal Research | 86.00 | |
| 06/10/21 | Westlaw Legal Research | 464.40 | |
| 06/11/21 | Westlaw Legal Research | 86.00 | |

376719           Philadelphia Academic Health System, LLC, et. al       Invoice Number  2645205
00002            Expenses                                     Page 2
08/18/21

| | | |
|---|---|---:|
| 06/12/21 | Westlaw Legal Research | 650.16 |
| 06/13/21 | Westlaw Legal Research | 86.00 |
| 06/14/21 | Westlaw Legal Research | 1,671.84 |
| 06/15/21 | Westlaw Legal Research | 2,531.52 |
| 06/15/21 | Westlaw Legal Research | 86.00 |
| 06/16/21 | Westlaw Legal Research | 92.88 |
| 06/17/21 | Westlaw Legal Research | 1,712.34 |
| 06/21/21 | Westlaw Legal Research | 371.52 |
| 06/21/21 | Westlaw Legal Research | 86.00 |
| 06/22/21 | Westlaw Legal Research | 743.04 |
| 06/24/21 | Westlaw Legal Research | 3,027.78 |
| 06/28/21 | Westlaw Legal Research | 1,917.54 |
| 06/28/21 | Westlaw Legal Research | 86.00 |
| 06/29/21 | Westlaw Legal Research | 842.70 |
| 06/30/21 | Westlaw Legal Research | 743.04 |
| | Total Legal Research | 17,739.20 |

CURRENT EXPENSES                                         28,831.50

**TOTAL AMOUNT OF THIS  INVOICE**           28,831.50