# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Obj. Deadline: August 25, 2021 at 4:00 p.m.** |
| | ) **Hearing Date: Only if objection is timely filed** |

## CERTIFICATE OF NO OBJECTION – NO ORDER REQUIRED
## REGARDING DOCKET NO. 2670

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Sixteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from April 1, 2021 through April 30, 2021* [Docket No. 2670] (the "Application"), filed on August 4, 2021.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than August 25, 2021 at 4:00 p.m., prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 341], the Debtors are authorized to pay the applicant eighty percent (80%) of the requested fees and one hundred percent (100%) of the expenses requested in the Application.

Dated:  August 26, 2021  
Wilmington, Delaware

 /s/ Domenic E. Pacitti
Domenic E. Pacitti (DE Bar No. 3989)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email:  dpacitti@klehr.com
            myurkewicz@klehr.com
            sveghte@klehr.com

*Special Counsel to the Debtors*

PHIL1 9141495v.1