# Exhibit A

**WEST PHYSICS CONSULTING**
**STATEMENT OF ACCOUNT**

| Debtor | Check/ Wire Number | Payment | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | 33248 | $ 1,653 | 4/19/2019 | 16717 | 11/5/2018 | $ 540 |
| St. Christopher's Healthcare, LLC | | | | 17021 | 12/6/2018 | 581 |
| St. Christopher's Healthcare, LLC | | | | 17056 | 12/12/2018 | 266 |
| St. Christopher's Healthcare, LLC | | | | 17154 | 12/31/2018 | 266 |
| St. Christopher's Healthcare, LLC | 33795 | 6,085 | 4/26/2019 | 16872 | 11/21/2018 | 2,011 |
| St. Christopher's Healthcare, LLC | | | | 16920 | 11/30/2018 | 4,074 |
| Center City Healthcare, LLC | 34644 | 44,173 | 5/16/2019 | 17124 | 12/21/2018 | 12,500 |
| Center City Healthcare, LLC | | | | 17267 | 1/9/2019 | 286 |
| Center City Healthcare, LLC | | | | 17293 | 1/15/2019 | 286 |
| Center City Healthcare, LLC | | | | 17340 | 1/25/2019 | 12,500 |
| Center City Healthcare, LLC | | | | 17363 | 1/28/2019 | 266 |
| Center City Healthcare, LLC | | | | 17522 | 2/11/2019 | 3,390 |
| Center City Healthcare, LLC | | | | 17621 | 2/25/2019 | 12,500 |
| Center City Healthcare, LLC | | | | 17641 | 2/27/2019 | 2,179 |
| TPS IV of PA, LLC | | | | 17819 | 3/19/2019 | 266 |
| Center City Healthcare, LLC | WTFed#09973 | 25,000 | 6/28/2019 | 17858 | 3/26/2019 | 12,500 |
| Center City Healthcare, LLC | | | | 18130 | 4/23/2019 | 12,500 |
| | | $ 76,910 | | | | $ 76,910 |