**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | |
| Center City Healthcare, LLC, d/b/a, ) | Case No.: 19-11466 MFW |
| Hahnemann University Hospital, et al. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | **Hearing Date: Sept. 23, 2021 at 10:30 a.m.** |
| ) | **Objection Deadline: Sept. 15, 2021** |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September, 2021, the below-signed filed the Motion to Allow Proof of Claim of Leslie Caldwell (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd floor, Wilmington, DE, 19801 **on or before September 15, 2021 at 4:00 p.m.** (**Eastern Time**).

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th floor, Courtroom 4 Wilmington, DE, 19801 **on September 23, 2021, at 10:30 a.m.** (**Eastern Time**).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THIS COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

GREGORY & PAPPOULIS

Date: September 1, 2021
/s/ Christina Pappoulis
Christina Pappoulis, Esq. (ID 4444)
Matthew Carucci, Esq. (ID 4529)
5307 Limestone Rd., Ste. 103
Wilmington, DE 19808
P: 302.421.9101
F: 302.543.4456
*ninapappoulis@bgplegal.com*
*mattcarucci@bgplegal.com*