## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| Center City Healthcare, LLC, d/b/a, | ) | Case No.:  19-11466 MFW |
| Hahnemann University Hospital, et al. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of Movant Leslie Caldwell's Motion to

Allow Proof of Claim was filed electronically on September 1, 2021, and served upon counsel

for Debtors by e-mail and via the Court's electronic filing system.


GREGORY & PAPPOULIS

Date: September 1, 2021            /s/ Christina Pappoulis_____
                                                Christina Pappoulis, Esq. (ID 4444)
                                                Matthew Carucci, Esq. (ID 4529)
                                                5307 Limestone Rd., Ste. 103
                                                Wilmington, DE 19808
                                                P: 302.421.9101
                                                F: 302.543.4456
                                                *ninapappoulis@bgplegal.com*
                                                *mattcarucci@bgplegal.com*