**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | |
| Center City Healthcare, LLC, d/b/a, ) | Case No.: 19-11466 MFW |
| Hahnemann University Hospital, et al. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Docket # |

## **ORDER**

HAVING REVIEWED AND CONSIDERED Leslie Caldwell's ("Movant's") Motion to Allow Proof of Claim, and finding good cause for said Motion,

IT IS ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Movant's Proof of Claim filed on July 23, 2021, will be deemed timely filed.

SO ORDERED this _____ day of _____, A.D. 2021.

_____
UNITED STATES BANKRUPTCY COURT