# Exhibit D

## List of Proposed Mediators

## Mediator List

**To Be Supplied**