**Exhibit C**

**Radioactive Materials License**

Official Use Only – Security Related Information



| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | Page 1 of 2 Pages |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION | |
| BUREAU OF RADIATION PROTECTION | License No. PA – 1616SNM |
| **RADIOACTIVE MATERIALS LICENSE** | Amendment No. 1 |

Pursuant to the Radiation Protection Act, the Act of July 10, 1984 (No. 147, P.L. 688) (35 P.S. §§ 7110.101 – 7110.703) and Title 25. Rules and Regulations, Article V. Radiological Health of the Pennsylvania Department of Environmental Protection, and in reliance on statements and representations heretofore Licensee to receive, acquire, possess, transfer, and use radioactive material listed below for the purposes and at the places designated below. This license shall be deemed subject to all applicable rules, regulations, or orders of the Pennsylvania Department of Environmental Protection now or hereafter in effect and to any conditions specified below.

Licensee

1. Philadelphia Academic Health System, LLC d/b/a Center City Healthcare, LLC

2. 230 North Broad Street, Mail Stop 641 Philadelphia, PA 19102

In response to correspondence received March 19, 2018

3. License No. PA – 1616SNM Is amended in its entirety:

4. Expiration Date: April 30, 2024

5. Client ID: 340760   Program Code: 22160   Priority: 5

| 6. Byproduct, source, and/or special nuclear material | 7. Chemical and/or physical form | 8. Maximum amount that licensee may possess at any one time under this license |
|---|---|---|
| A. Plutonium (principal radionuclide Pu-238) | A. Sealed Source | A. 250 milligrams |

9. Authorized use:

A. As a component of a Coratomic Model C-100 nuclear-powered cardiac pacemaker for clinical evaluation in accordance with manufacturer's protocol dated July 1, 1975. This authorization includes: follow-up, explanation, recovery and disposal, but not implantation.

**CONDITIONS**

10. Licensed material may be used only at the licensee's facilities located at Broad and Vine Streets, Philadelphia, PA, 19102, except 1st floor Feinstein Building, Radiation Oncology Examination Rooms.

11. The Radiation Safety Officer for this license is:

12. The physician responsible for follow-up, explantation, and return of nuclear-powered pacemakers to the manufacturer for proper disposal is

13. The specified possession limit for cardiac pacemakers includes all licensed material possessed by the licensee under this license whether in storage, implanted in patients, or otherwise in use.

14. The licensee shall continue follow-up and replacement procedures for the nuclear pacemaker during the life of the patient. Procedures for recovery and disposal of the nuclear pacemaker by return to the manufacturer shall be followed upon the death of the patient.

15. Sealed sources or detector cells containing licensed material shall not be opened or sources removed from source holders by the licensee.

Official Use Only – Security Related Information



| | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>BUREAU OF RADIATION PROTECTION | Page 2 of 2 Pages |
|---|---|---|
| **pennsylvania**<br>DEPARTMENT OF ENVIRONMENTAL PROTECTION | | License No. PA – 1616SNM |
| | **RADIOACTIVE MATERIALS LICENSE** | Amendment No. 1 |

16. The licensee shall report to the Pennsylvania Emergency Management Agency at (717)-651-2001, within 10 days after discovery of loss of contact with a nuclear-powered pacemaker patient.

17. The licensee may transport licensed material, or deliver licensed material to a carrier for transport, in accordance 25 Pa Code Chapter 230, "Packaging and Transportation of Radioactive Material" and the provisions of 10 CFR Part 71 incorporated by reference.

18. Notwithstanding the requirements set forth in this license, the licensee shall comply with the regulations set forth in Title 25 of the Pennsylvania Code, Article V "Radiological Health" and the U.S. Nuclear Regulatory Commission, Title 10 Code of Federal Regulations Parts 19-150 incorporated by reference.

19. Except as specifically provided otherwise in this license, the licensee shall conduct its program in accordance with the statements, representations, and procedures contained in the documents including any enclosures, listed below. This license condition applies only to those procedures that are required to be submitted in accordance with the regulations. Additionally, this license condition does not limit the licensee's ability to make changes to the radiation protection program as provided for in 10 CFR 35.26. The Department of Environmental Protection's regulations shall govern unless the statements, representations and procedures in the licensee's application and correspondence are more restrictive than the regulations.

   A. Letter dated June 1, 1975 (NRC)
   B. Letter dated October 16, 1975 (NRC)
   C. Letter received July 29, 1993 (NRC)
   D. Letter dated December 5, 1993 (NRC)
   E. Letter dated March 30, 2004 (NRC)
   F. Letter dated September 22, 2005 (NRC)
   G. Letter dated July 18, 2006 (NRC)
   H. Letter dated September 9, 2009 (DEP)
   I. Renewal application dated March 24, 2014 (DEP)
   J. Letter dated January 18, 2018
   K. Letter dated January 24, 2018

For the Pennsylvania Department of Environmental Protection

John J. Chippo
Bureau of Radiation Protection
P. O. Box 8469
Date:      March 30, 2018                    Harrisburg, PA 17105-8469

Official Use Only – Security Related Information