**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------X
                                              :
In re                                         : Chapter 11
                                              : Case No. 19-11466 (KG)
CENTER CITY HEALTHCARE, LLC d/b/a             : Jointly Administered
HAHNEMANN UNIVERSITY HOSPITAL,                :
et al.,¹                                      : Objection Deadline: Sept. 7, 2021 at 4:00 p.m. (ET)
                              Debtors         :
---------------------------------------------------------X
```

**AMENDED EIGHTH MONTHLY AND FIFTH INTERIM APPLICATION OF
BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
DURING THE PERIOD FROM OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("the Committee") |
| Date of Retention: | September 4, 2019 *nunc pro tunc* to July 22, 2019 |
| Period for which Compensation and reimbursement is sought: | October 1, 2020 through December 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $38,313.00[2,3] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Pursuant to *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors nunc pro tunc to July 22, 2019,* for purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "Blended Hourly Rate") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged. Accordingly, we have reduced our fees for the Amended Fee Period by $4,307.50 as indicated on Attachment A: Fees By Professional.

[3] The compensation requested herein includes an additional $4,603.50 pertaining to 9.3 hours of time for A. Cowie (less the blended rate discount) that was inadvertently excluded from the initial version of the *Eighth Monthly and*

Amount of expense reimbursement sought       $0.00
as actual, reasonable, and necessary:

This is an:    __X__ monthly       __X__ interim ___ final application

The total time expended for fee application preparation is approximately 11.7 hours and the corresponding compensation requested is approximately $3,431.00.


## Table A - Prior Monthly Applications Filed:

| Dt Filed Dkt No. | Period | Fees | Expenses | CNO/ Order | Paid Fees | Paid Expenses | Unpaid Balance |
|---|---|---|---|---|---|---|---|
| 10/29/2019 Dkt No. 915 | 7/22/2019 - 8/31/2019 | $ 182,902.50 | $ 2,411.76 | 11/20/2019 Dkt No. 1044 | $ 182,902.50 | $ 2,411.76 | $ 0.00 |
| 11/15/2019 Dkt No. 1014 | 9/1/2019 - 9/30/2019 | 101,277.00 | 1,334.17 | 12/6/2019 Dkt No. 1104 | 101,277.00 | 1,334.17 | $ - |
| *11/15/2019 Dkt No. 1018* | *First Interim* | *$ 284,179.50* | *$ 3,745.93* | *12/6/2019 Dkt No. 1108* | *$ 284,179.50* | *$ 3,745.93* | *$ 0.00* |
| 1/8/2020 Dkt No. 1301 | 10/1/2019 - 11/30/201 | 59,796.00 | 398.14 | 1/29/2020 Dkt No. 1373 | - | - | 60,194.14 |
| 2/10/2020 Dkt No. 1397 | 12/1/2019 - 12/31/201 | 21,879.00 | - | 3/3/2020 Dkt No. 1444 | - | - | 21,879.00 |
| *3/26/2020 Dkt No. 1508* | *Second Interim* | *$ 81,675.00* | *$ 398.14* | *4/17/2020 Dkt No. 1587* | *$ -* | *$ -* | *$ 82,073.14* |
| 4/1/2020 Dkt No. 1544 | 1/1/2020 - 2/29/2020 | 12,820.50 | - | 4/22/2020 Dkt No. 1600 | 2,564.10 | - | 10,256.40 |
| 5/22/2020 Dkt No. 1634 | 3/1/2020 - 3/31/2020 | 1,377.00 | - | 6/12/2020 Dkt No. 1667 | 275.40 | - | 1,101.60 |
| *11/17/2020 Dkt No. 1897* | *Third Interim* | *$ 14,197.50* | *$ -* | *12/11/2020 Dkt No. 1973* | *$ 2,839.50* | *$ -* | *$ 11,358.00* |
| 12/8/2020 Dkt No. 1958 | 4/1/2020- 9/30/2020 | $ 74,349.00 | $ - | 8/5/2021 Dkt No. 2681 | $ - | $ - | $ 74,349.00 |
| *8/18/2021 Dkt No.* | *Fourth Interim* | *$ 74,349.00* | *$ -* | *TBD* | *$ -* | *$ -* | *$ 74,349.00* |
| **Total** | | **$ 454,401.00** | **$ 4,144.07** | | **$ 287,019.00** | **$ 3,745.93** | **$ 167,780.14** |

*Fifth Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors during the Period from October 1, 2020 through December 31, 2020 (*the "Initial Fee Application*) [Dkt No. 2718].*

**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**



## Berkeley Research Group, LLC

**Attachment A: Fees By Professional**

For the Period 10/1/2020 through 12/31/2020

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Cowie | Director | $760.00 | 26.9 | $20,444.00 |
| A. Jiang | Consultant | $465.00 | 38.8 | $18,042.00 |
| C. Kearns | Managing Director | $1,095.00 | 2.1 | $2,299.50 |
| H. Henritzy | Case Assistant | $150.00 | 2.4 | $360.00 |
| K. Hendry | Case Assistant | $180.00 | 1.8 | $324.00 |
| M. Haverkamp | Case Manager | $260.00 | 3.1 | $806.00 |
| N. Vazza | Case Assistant | $150.00 | 2.3 | $345.00 |
| **Total** | | | **77.4** | **$42,620.50** |
| **Agreed Upon Discount** | **$495** Maximum Blended Rate | | | **($4,307.50)** |
| **Total Requested Fees** | | | | **$38,313.00** |
| **Blended Rate** | | | | **$495.00** |

**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

**Berkeley Research Group, LLC**

**Attachment B: Fees By Task Code**

For the Period 10/1/2020 through 12/31/2020

| Task Code | Hours | Fees |
|---|---|---|
| 05. Professional Retention Fee Application Preparation | 11.7 | $3,431.00 |
| 10. Recovery/SubCon/Lien Analysis | 7.5 | $3,694.00 |
| 13. Intercompany Transactions/Balances | 3.5 | $1,627.50 |
| 17. Analysis of Historical Results | 42.9 | $26,509.50 |
| 19. Cash Flow/Cash Management Liquidity | 7.5 | $3,487.50 |
| 25. Litigation | 4.3 | $3,871.00 |
| **Total** | **77.4** | **$42,620.50** |
| **Agreed Upon Discount** $495 **Maximum Blended Rate** | | **($4,307.50)** |
| **Total Requested Fees** | | **$38,313.00** |
| **Blended Rate** | | **$495.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------X
                                    :

| | |
|---|---|
| In re | : Chapter 11 |
| | : Case No. 19-11466 (KG) |
| CENTER CITY HEALTHCARE, LLC d/b/a | : Jointly Administered |
| HAHNEMANN UNIVERSITY HOSPITAL, | : |
| *et al.*,[1] | : **Objection Deadline**: Sept. 7, 2021 at 4:00 p.m. (ET) |
| Debtors | : |

-------------------------------------------------------------X

**AMENDED EIGHTH MONTHLY AND FIFTH INTERIM APPLICATION OF
BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
DURING THE PERIOD <u>FROM OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020</u>**

Berkeley Research Group, LLC ("<u>BRG</u>") financial advisor to the Official Committee of

Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession

(collectively, the "<u>Debtors</u>"), hereby submits its amended eighth monthly and fifth interim fee

application (the "<u>Amended Application</u>") for an order pursuant to sections 105(a), 330 and 331

chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal

Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of

Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of

Delaware (the "<u>Local Rules</u>"), the *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals* (the "<u>Interim Compensation Order</u>"), [Dkt. No. 341]

entered August 2, 2019, and the United States Trustee's Guidelines for Reviewing Applications

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period October 1, 2020 through December 31, 2020 (the "Fee Period") and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of required professional services on behalf of the Committee.  In support of this Amended Application, BRG represents as follows:

## JURISDICTION

1.      The United States Bankruptcy Court for the District of Delaware (the "Court') has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2) (A) and the Committee confirms their consent pursuant to Local Rule 9013-l(f) to the entry of a final order by the Court in connection with this Amended Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 105(a), 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

3.      On June 30, 2019 and July 1, 2019 (together the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Cases") with the Court. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Patient Care Ombudsman was appointed by the U.S. Trustee on July 3, 2019. No trustee or examiner has been appointed in these Cases.

4.      The Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the Court's Order Directing Joint Administration of the Debtors' Chapter 11 Cases (Dkt No. 70), entered on July 2, 2019.

5.      On July 15, 2019 (the "Formation Date"), the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed seven of the Debtors' unsecured creditors to serve as members of the Committee. The Committee is presently comprised of the following members: (i) Conifer Revenue Cycle Solutions, LLC, (ii) Medline Industries, Inc., (iii) Veolia Energy Philadelphia, Inc., (iv) Medtronic USA, Inc., (v) Crothall Healthcare, Inc., (vi) Global Neurosciences Institute, LLC, and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals.

6.      On July 22, 2019, the Committee selected BRG to serve as its financial advisor. The Committee has also selected Sills Cummis & Gross P.C. ("Sills") and Fox Rothschild LLP ("Fox") to serve together as its counsel ("Counsel"). On September 4, 2019, the Court entered an order (Dkt No. 638) approving BRG's retention *nunc pro tunc* to July 22, 2019.

## FEE PROCEDURES ORDER

7.      On August 2, 2019, this Court signed the Interim Compensation Order.  Pursuant to the Interim Compensation Order, no earlier than the fifteenth (15) day of each full calendar

month (the "Fee Filing Period") following the month for which compensation and reimbursement

is sought (the "Compensation Period"), each Professional seeking interim compensation may file

with the Court a monthly application (each a "Monthly Fee Application") pursuant to section 331

of the Bankruptcy Code for interim approval and allowance of compensation for services rendered

and reimbursement of expenses during the Compensation Period.  Each Notice Party shall have

twenty (20) days after service of a Monthly Fee Application to review the Monthly Fee Application

and object thereto (the "Objection Deadline").  Upon the expiration of the Objection Deadline: (i)

if no objections have been filed, the Professional shall file a certificate of no objection and the

Debtors shall then be authorized and directed to pay such Professional eighty percent (80%) of the

fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application

(the "Maximum Monthly Payment") or (ii) if an objection to a Monthly Fee Application has been

filed, the Professional shall be entitled to eighty percent (80%) of the fees and one hundred percent

(100%) of the expenses (the "Actual Monthly Payment") not subject to that objection.

## SUMMARY OF SERVICES RENDERED

8.    BRG is a global strategic advisory and expert consulting firm that provides

independent expert testimony, litigation and regulatory support, authoritative studies, strategic

advice, and document and data analytics to major law firms, Fortune 500 corporations, government

agencies, and regulatory bodies around the world.  BRG has a wealth of experience in providing

financial consulting in distressed scenarios and enjoys an excellent reputation for services it has

rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the

United States.

9.    Since being retained by the Committee, BRG has rendered professional services to

the Committee as requested and as necessary and appropriate in furtherance of the interests of the

unsecured creditors of the Debtors' estates.  BRG respectfully submits that the professional

services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

10.     BRG submits that the interim fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained. BRG's fees typically are based on the actual hours charged at BRG's standard hourly rates, which are in effect when the services are rendered.  As discussed and agreed to with the Committee, for purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "Blended Hourly Rate") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged.

11.     BRG expended an aggregate of 77.4 hours, substantially all of which was expended by the professional staff of BRG.  The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.  A small staff was utilized to optimize efficiencies and avoid redundant efforts.  The staff of the Debtors or their advisors has been utilized where practical and prudent.

12.     BRG believes that there has been no duplication of services between BRG and any other consultants or accountants to the bankruptcy estate.

13.     BRG's approach is to utilize senior, experienced personnel to create efficiencies in time spent reviewing and minimize total cost.  In addition, BRG's per diem rates for professionals of comparable experience, before the Blended Hourly Rate discount BRG agreed to in this proceeding, are at or below those of firms we consider our competitors.  We believe that the

compensation in this Amended Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

14.     Because BRG's core staff consists of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum.   Additionally, because of the experience of BRG's professionals, in many instances only three or fewer BRG representatives attended meetings, hearings, or conference calls or performed specific functions.

15.     No agreement or understanding exists between BRG and any other person for the sharing of compensation received or to be received for services rendered in connection with the chapter 11 cases, except for internal agreements among employees of BRG regarding the sharing of revenue or compensation.  Neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Rule 2016.

16.     BRG, in accordance with the Bankruptcy Rules and the Local Rules, will be charging travel time at 50% of the time incurred.

17.     BRG's time records for the Fee Period are attached hereto as **Exhibit A**.  These records include daily time logs describing the time spent by each BRG professional and administrative-level person in these cases.

18.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  BRG incurred no actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, during the Fee Period.

19.     The general summary of the services rendered by BRG during the Fee Period based on tasks and number of hours, before the agreed upon discount, is set forth below.

**Professional Retention/ Fee Application Preparation – Task Code 05**

20.     Time charged to this task code relates to the preparation of BRG's Seventh Monthly Fee Application, and BRG's Third Interim Fee Application.

21.     BRG has expended 11.7 hours on this category for a fee of $3,431.00.

**Recovery/ SubCon/ Lien Analysis – Task Code 10**

22.     Time charged to this task code relates primarily to BRG's preparation of an updated waterfall analysis regarding estimated recoveries and recovery actions for the Committee.

23.     BRG has expended 7.5 hours on this category for a fee of $3,694.00.

**Intercompany Transactions/Balances – Task Code 13**

24.     Time charged to this task code relates primarily to BRG's preparation of schedules illustrating Debtors' intercompany balances prior to bankruptcy filing and analysis of Debtors' intercompany transaction records.

25.     BRG has expended 3.5 hours on this category for a fee of $1,627.50.

**Analysis of Historical Results – Task Code 17**

26.     Time charged to this task code primarily relates to BRG's review and analysis of historical working capital and historical financial reports including monthly historical financials for Debtors' entities and practice groups. Additional time was spent in preparation of analyses and reporting to show trends in historical financials for Counsel as well as participation in calls thereon.

27.     BRG has expended 42.9 hours on this category for a fee of $26,509.50.

**Cash Flow/ Cash Management Liquidity – Task Code 19**

28.    This task code primarily relates to BRG's review and analysis of the Debtors' working capital, expected cash flows through the end of the bankruptcy, and reconciliation of cash flows.

29.    BRG has expended 7.5 hours on this category for a fee of $3,487.50.

**Litigation – Task Code 25**

30.    This task code primarily relates to BRG's review of potential causes of action, BRG's report on the investigation analysis, and meeting with Counsel and the Committee thereon.

31.    BRG has expended 4.3 hours on this category for a fee of $3,871.00.

**ACTUAL AND NECESSARY EXPENSES**

32.    BRG incurred no actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, during the Fee Period.

33.    Disbursements and expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters.  Such expenses are often incurred to enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands.  BRG endeavors to minimize these expenses to the fullest extent possible.

34.    BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ.  BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client.  BRG endeavors to minimize these expenses to the fullest extent possible.

35.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service.  In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.  In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third party vendor and paid by BRG to that vendor.

## NOTICE AND NO PRIOR APPLICATION

36.     Notice of this Amended Application has been given to (a) The Debtors; (b) counsel to the Debtors; (c) Counsel to the Committee; (d) The Office of the U.S. Trustee; and (e) Counsel for the DIP Agent. In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

37.     With respect to these amounts, as of the date of the Amended Application, BRG has received no payments, and no previous application for the relief sought herein has been made to this or any other Court.

*[Remainder of this page left intentionally blank]*

**WHEREFORE**, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $38,313.00 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $0.00 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $38,313.00 which is equal to the sum of 100% of BRG's fees and expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.


Dated:  9/3/2021
      New York, NY                   **BERKELEY RESEARCH GROUP, LLC**

                              /s/ Christopher J. Kearns
                            Christopher J. Kearns
                            Managing Director
                            810 7th Ave., 41st Floor
                            New York, NY 10019
                            (212) 782-1409

                            Financial Advisor to the Official Committee of
                            Unsecured Creditors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                         :

In re                          : Chapter 11
                             : Case No. 19-11466 (KG)

CENTER CITY HEALTHCARE, LLC d/b/a  : Jointly Administered
HAHNEMANN UNIVERSITY HOSPITAL,  :
*et al.*,[1]                           : <u>**Objection Deadline**</u>: Sept. 7, 2021 at 4:00 p.m. (ET)
                     Debtors     :
---------------------------------------------------------X

## <u>VERIFICATION</u>

Christopher J. Kearns, pursuant to 28 U.S.C. § 1746, declares as follows:

a)       I am a Managing Director at the applicant firm, Berkeley Research Group, LLC, and am authorized to submit this verification on behalf of BRG.

b)       I have personally performed or supervised many of the professional services rendered by BRG as financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") and am familiar with the work performed on behalf of the Committee by the professionals and other persons in the firm.

c)       I have reviewed the foregoing Amended Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

       d)     All services for which compensation is requested by BRG were professional services performed for and on behalf of the Committee and not on behalf of any other person.

       e)     I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge, and belief that this Amended Application complies with Local Rule 2016-2.

       f)     I certify under penalty of perjury that the foregoing is true and correct.

Executed on    9/3/2021          

          /s/ Christopher J. Kearns         
          Christopher J. Kearns

# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al

## Berkeley Research Group, LLC



## Exhibit A: Time Detail

For the Period 10/1/2020 through 12/31/2020

| Date | Professional | Hours | Fees | Description |
|------|-------------|-------|------|-------------|
| **05. Professional Retention Fee Application Preparation** | | | | |
| 11/10/2020 | M. Haverkamp | 0.4 | $104.00 | Prepared Third Interim Fee Application. |
| 11/10/2020 | A. Cowie | 0.3 | $228.00 | Reviewed workplan and next steps for Third Interim and Seventh Monthly Fee Applications. |
| 11/12/2020 | N. Vazza | 2.3 | $345.00 | Prepared Third Interim Fee Application. |
| 11/12/2020 | H. Henritzy | 0.7 | $105.00 | Prepared seventh fee application. |
| 11/16/2020 | A. Cowie | 0.7 | $532.00 | Edited Seventh Monthly Fee Application. |
| 11/16/2020 | M. Haverkamp | 0.6 | $156.00 | Edited Third Interim Fee Application. |
| 11/16/2020 | A. Cowie | 0.5 | $380.00 | Reviewed Third Interim Fee Application. |
| 11/24/2020 | H. Henritzy | 1.7 | $255.00 | Prepared seventh fee application. |
| 11/24/2020 | M. Haverkamp | 0.9 | $234.00 | Edited Seventh Monthly Fee Application. |
| 12/7/2020 | K. Hendry | 1.8 | $324.00 | Prepared seventh monthly fee application. |
| 12/7/2020 | M. Haverkamp | 1.2 | $312.00 | Edited Seventh Monthly Fee Application. |
| 12/7/2020 | A. Cowie | 0.6 | $456.00 | Reviewed updated Seventh Monthly Fee Application. |
| ***Task Code Totals*** | | ***11.7*** | ***$3,431.00*** | |
| **10. Recovery/SubCon/Lien Analysis** | | | | |
| 10/1/2020 | A. Cowie | 0.7 | $532.00 | Participated in UCC call with A. Sherman (Sills Cummis) in regard to potential recovery actions on 9/30. |
| 12/14/2020 | A. Jiang | 2.7 | $1,255.50 | Prepared updated waterfall analysis regarding estimated creditor recovery as of December 2020. |
| 12/14/2020 | A. Jiang | 1.9 | $883.50 | Analyzed breakdown of sale proceeds based on information provided by the Debtors. |

| Date | Professional | Hours | Fees | Description |
|------|-------------|-------|------|-------------|
| **10. Recovery/SubCon/Lien Analysis** | | | | |
| 12/15/2020 | A. Jiang | 2.2 | $1,023.00 | Prepared report to Counsel regarding estimated distributable value from sale proceeds and net of expenses. |
| *Task Code Totals* | | *7.5* | *$3,694.00* | |
| **13. Intercompany Transactions/Balances** | | | | |
| 10/23/2020 | A. Jiang | 2.1 | $976.50 | Analyzed Debtors' intercompany transaction records. |
| 10/23/2020 | A. Jiang | 1.4 | $651.00 | Prepared schedule presenting composition of Debtors' intercompany balances prior to bankruptcy filing. |
| *Task Code Totals* | | *3.5* | *$1,627.50* | |
| **17. Analysis of Historical Results** | | | | |
| 10/1/2020 | A. Jiang | 2.9 | $1,348.50 | Continued analysis of consolidating monthly historical financials for Debtors' entities and practice groups from January 2018 - June 2019. |
| 10/1/2020 | A. Cowie | 2.8 | $2,128.00 | Analyzed historical accounting records on 9/30. |
| 10/1/2020 | A. Jiang | 1.2 | $558.00 | Continued analysis of consolidating monthly historical financials for Debtors' entities and practice groups from January 2018 - June 2019. |
| 10/1/2020 | A. Cowie | 1.1 | $836.00 | Participated in call with A. Wilen (EisnerAmper) in regard to historical accounting on 9/30. |
| 10/5/2020 | A. Jiang | 2.9 | $1,348.50 | Prepared summary chart of historical financials to show changes to consolidated financial statements. |
| 10/5/2020 | A. Jiang | 1.2 | $558.00 | Continued to prepare analysis showing trends in historical monthly financials. |
| 10/6/2020 | A. Jiang | 2.3 | $1,069.50 | Continued analysis of monthly historical financial information provided by the Debtors. |
| 10/7/2020 | A. Jiang | 2.9 | $1,348.50 | Analyzed financial records provided by the Debtors to evaluate issue of potential under capitalization from 2018-2019. |
| 10/7/2020 | A. Jiang | 1.4 | $651.00 | Continued analysis of financial records provided by the Debtors to evaluate issue of potential under capitalization. |
| 10/8/2020 | A. Jiang | 2.4 | $1,116.00 | Prepared report to Counsel regarding capitalization on a consolidated basis for Debtors' entities from 2018-2019. |
| 10/9/2020 | A. Cowie | 2.8 | $2,128.00 | Analyzed summary report on historical working capital. |
| 10/19/2020 | A. Cowie | 2.8 | $2,128.00 | Analyzed summary report on historical working capital. |

| Date | Professional | Hours | Fees | Description |
|------|--------------|-------|------|-------------|

**17. Analysis of Historical Results**

| Date | Professional | Hours | Fees | Description |
|------|--------------|-------|------|-------------|
| 10/20/2020 | A. Cowie | 2.8 | $2,128.00 | Analyzed summary report on historical working capital. |
| 10/20/2020 | A. Jiang | 1.7 | $790.50 | Continued to prepare report for Counsel regarding analysis of Debtors' historical working capital. |
| 10/21/2020 | A. Cowie | 2.8 | $2,128.00 | Analyzed summary report on historical working capital. |
| 10/23/2020 | A. Cowie | 0.9 | $684.00 | Analyzed summary report on historical working capital. |
| 10/26/2020 | A. Jiang | 1.4 | $651.00 | Continued analysis of Debtors' historical accounting records from January 2018 - June 2019. |
| 10/27/2020 | A. Cowie | 0.7 | $532.00 | Participated in call with Counsel (A. Sherman) in regard to Debtors' performance prior to filing. |
| 10/27/2020 | A. Jiang | 0.7 | $325.50 | Participated in call with Sills (A. Sherman, B. Mankovetskiy) regarding historical financials. |
| 10/27/2020 | C. Kearns | 0.3 | $328.50 | Participated in portion of status call with the Sills team (A. Sherman) re: our analysis of historical financial statements. |
| 11/5/2020 | A. Cowie | 0.7 | $532.00 | Participated in call with EisnerAmper (A. Wilen) in regard to historical financials. |
| 11/6/2020 | A. Cowie | 2.9 | $2,204.00 | Analyzed historical financial information for claims calculation. |
| 11/9/2020 | A. Cowie | 1.3 | $988.00 | Analyzed historical financial information for claims calculation. |
| *Task Code Totals* | | *42.9* | *$26,509.50* | |

**19. Cash Flow/Cash Management Liquidity**

| Date | Professional | Hours | Fees | Description |
|------|--------------|-------|------|-------------|
| 10/1/2020 | A. Jiang | 1.6 | $744.00 | Prepared reconciliation of cash flows from practice groups with consolidated Debtors' entities. |
| 10/27/2020 | A. Jiang | 2.9 | $1,348.50 | Analyzed Debtors' working capital for Hahnemann, St. Christopher's, and related physician groups. |
| 10/27/2020 | A. Jiang | 1.6 | $744.00 | Continued analysis of Debtors' working capital for Hahnemann, St. Christopher's, and related physician groups. |
| 12/14/2020 | A. Jiang | 1.4 | $651.00 | Analyzed expected cash flows through the end of the bankruptcy. |
| *Task Code Totals* | | *7.5* | *$3,487.50* | |

**25. Litigation**

| Date | Professional | Hours | Fees | Description |
|------|--------------|-------|------|-------------|
| 10/21/2020 | A. Cowie | 0.6 | $456.00 | Participated in UCC meeting with Counsel (A. Sherman) in regard to potential causes of action. |

| Date | Professional | Hours | Fees | Description |
|------|-------------|-------|------|-------------|
| **25. Litigation** | | | | |
| 10/21/2020 | C. Kearns | 0.5 | $547.50 | Reviewed our investigation analysis requested by Counsel re: changes to balance sheets over time for the Debtors' entities. |
| 10/27/2020 | C. Kearns | 0.4 | $438.00 | Reviewed draft of our report requested by Counsel re: financial analysis for the investigation. |
| 11/6/2020 | A. Cowie | 0.6 | $456.00 | Participated in UCC call with Sills Cummis (A. Sherman) in regard to status of the investigation. |
| 12/7/2020 | A. Cowie | 0.3 | $228.00 | Participated in UCC call with Counsel (A. Sherman) re: litigation. |
| 12/8/2020 | A. Cowie | 0.4 | $304.00 | Participated in call with Counsel (A. Sherman) in regard to litigation. |
| 12/11/2020 | A. Cowie | 0.6 | $456.00 | Participated in call with Counsel (A. Sherman) re: litigation update. |
| 12/11/2020 | C. Kearns | 0.2 | $219.00 | Held call with the Committee (A. Sherman) to discuss discovery related issues. |
| 12/16/2020 | C. Kearns | 0.3 | $328.50 | Reviewed draft memo on potential cause(s) of action. |
| 12/30/2020 | C. Kearns | 0.4 | $438.00 | Reviewed draft letter prepared by Counsel re: possible causes of action. |
| *Task Code Totals* | | *4.3* | *$3,871.00* | |
| **Totals** | | **77.4** | **$42,620.50** | |

Berkeley Research Group, LLC

Invoice for the 10/1/2020 - 12/31/2020 Period