# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |
| CENTER CITY HEALTHCARE, LLC, *et al.*,<br><br>Plaintiffs<br><br>- against –<br><br>Defendants Listed on Exhibit "A",<br><br>Defendant. | **Adversary No.  See Exhibit "A"**<br><br>Hearing Date: September 23, 2021, at 10:30 a.m.<br>Objection Deadline: September 16, 2021 at 4:00 p.m. |

### NOTICE OF FILING OF EXHIBIT D TO MOTION FOR ENTRY OF AN ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY DEBTORS PURSUANT TO 11 U.S.C. §§ 502, 547, 548 AND 550 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on September 2, 2021, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion for Entry of an Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550 of the Bankruptcy Code* (the "**Procedures Motion**") with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file Exhibit D to the Procedures Motion (list of proposed mediators) ,which is attached hereto as **Exhibit B**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

-2-

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Notice filed with the Procedures Motion, a hearing on the Procedures Motion is scheduled for September 23, 2021, at 10:30 a.m. and objections to the Procedures Motion (including, without limitation, to the proposed list of mediators set forth in <u>Exhibit D</u> to the Procedures Motion) must be filed and served by September 16, 2021 by 4:00 p.m. Eastern Time.

Dated: September 7, 2021

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ John D. Demmy*
Mark Minuti (DE Bar No. 2659)
John D. Demmy (DE Bar No. 2802)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
mark.minuti@saul.com
john.demmy@saul.com
monique.disabatino@saul.com

-and-

Shannon A. McGuire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
jorge.garcia@saul.com
shannon.mcguire@saul.com

*Counsel to the Debtors and Debtors in Possession*