## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Objection Deadline: September 22, 2021 at 4:00 p.m.** |
| | ) **Hearing Date: To be determined (if necessary)** |
| | ) |

## NOTICE OF STIPULATION GRANTING LIMITED RELIEF
## FROM THE AUTOMATIC STAY WITH RESPECT TO
## PERSONAL INJURY CLAIM ASSERTED BY MADERN EDMONDSON

PLEASE TAKE NOTICE that on September 2, 2021, counsel for the above-captioned debtors (the "Debtors") and counsel for Madern Edmondson ("Claimant") entered into a *Stipulation Granting Limited Relief from the Automatic Stay with Respect to Personal Injury Claim Asserted by Madern Edmondson* (the "Stipulation"). Subject to bankruptcy court approval, the Stipulation provides for limited relief from the automatic stay to permit the Claimant to pursue the Alleged Causes of Action (as defined in the Stipulation) against certain of the Debtors to the extent of any available insurance.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Court's approval of the Stipulation must be (a) in writing and served on or before **September 22, 2021 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

PLEASE TAKE FURTHER NOTICE THAT if any objections to the Stipulation are filed, and the parties are unable to reach a resolution thereof, a hearing on the Stipulation will be held before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801, at a date and time convenient to the Court.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE STIPULATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 8, 2021                  **SAUL EWING ARNSTEIN & LEHR LLP**

By:      */s/ Monique B. DiSabatino*
         Mark Minuti (DE Bar No. 2659)
         Monique B. DiSabatino (DE Bar No. 6027)
         1201 N. Market Street, Suite 2300
         P.O. Box 1266
         Wilmington, DE  19899
         Telephone: (302) 421-6800
         Fax: (302) 421-5873
         mark.minuti@saul.com
         monique.disabatino@saul.com

                  -and-

         Jeffrey C. Hampton
         Adam H. Isenberg
         Jorge Garcia
         Centre Square West
         1500 Market Street, 38th Floor
         Philadelphia, PA 19102
         Telephone: (215) 972-7777
         Fax: (215) 972-7725
         jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         jorge.garcia@saul.com

         *Counsel for the Debtors and Debtors in Possession*

38255540.2