## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, and ST. CHRISTOPHER'S HEALTHCARE, LLC, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 21-50891 (MFW) |
| ANALOGIC CORP., | |
| Defendant. | **Hearing Date: October 25, 2021 at 10:30 a.m. (ET)** **Objection Deadline: September 23, 2021 at 4:00 p.m. (E** |

## <u>NOTICE OF MOTION</u>

    **PLEASE TAKE NOTICE** that on September 9, 2021, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, filed the *Motion of Debtors for Approval of Settlement of Preference Claims against Analogic Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "**Motion**") with the Court.

    **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before **September 23, 2021 at 4:00**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**p.m. (ET)** and served upon the undersigned counsel for the Debtors.  Only properly and timely filed responses will be considered.

      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **October 25, 2021 at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath, Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 9, 2021             **SAUL EWING ARNSTEIN & LEHR LLP**

                        */s/ Monique B. DiSabatino*
                        Mark Minuti (DE Bar No. 2659)
                        Monique B. DiSabatino (DE Bar No. 6027)
                        1201 N. Market Street, Suite 2300
                        P.O. Box 1266
                        Wilmington, DE  19899
                        Telephone: (302) 421-6800
                        mark.minuti@saul.com
                        monique.disabatino@saul.com

                                -and-

                        Jeffrey C. Hampton
                        Adam H. Isenberg
                        Jorge Garcia
                        Shannon A. McGuire
                        Centre Square West
                        1500 Market Street, 38th Floor
                        Philadelphia, PA 19102
                        Telephone: (215) 972-7777
                        jeffrey.hampton@saul.com
                        adam.isenberg@saul.com
                        jorge.garcia@saul.com
                        shannon.mcguire@saul.com

                        *Counsel for Debtors and Debtors in Possession*