## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: September 23, 2021 at 4:00 p.m. (ET)** |
| | ) |

## REPORT BY EISNERAMPER LLP [2] OF
## COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
## PERIOD OF AUGUST 1, 2021 THROUGH AUGUST 31, 2021

| | |
|---|---|
| Exhibit A: | CRO Summary of Hours by Professional |
| Exhibit B: | CRO Itemized Summary of Expenses |
| Exhibit C: | Non-Transition Services Summary of Compensation by Project Category Summary of Hours by Professionals |
| Exhibit D: | Non-Transition Services Summary Itemized Summary of Expenses |

EisnerAmper LLP ("**EisnerAmper**") hereby submits this *Twenty-Sixth Monthly Report of Compensation Earned and Expenses Incurred* (the "**Report**") for the period August 1, 2021 through August 31, 2021 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $248,523.80. EisnerAmper incurred $4,678.92 in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     Effective July 30, 2021 EisnerAmper LLP entered into a transaction whereby EisnerAmper LLP and Eisner Advisory Group LLC is practicing in an alternative practice structure. All advisory services, including Eisner's engagement in the above-captioned cases, will be performed by Eisner Advisory Group LLC.

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

**Fees and Expense Schedule (8/1/2021-8/31/2021)**

| Services | Fees | | Expenses | Total |
|---|---|---|---|---|
| CRO Services | $ 121,000.00 | | $ 3,020.52 | $ 124,020.52 |
| Non- Transition Services | 127,523.80 | * | 1,658.40 | 129,182.20 |
| **Total** | **$  248,523.80** | | **$  4,678.92** | **$  253,202.72** |

*Amount reflects 15% voluntary reduction

# **EXHIBIT A**

**CRO Summary of Hours by Professional**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**August 1, 2021 through August 31, 2021**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 178.7 | $        655.00 |
| **GRAND TOTAL** | | **178.7** | |

* Rates change annually effective August 1st.

# **EXHIBIT B**

**CRO Itemized Summary of Expenses**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

CRO Itemized Expense Schedule (8/1/2021-8/31/2021)

| Date | Professional | Category | Amount | Narrative |
|------|--------------|----------|--------|-----------|
| 08/15/2021 | Wilen, Allen | Airline,RR,etc | $ 101.00 | Airline,RR,etc Mediation |
| 08/27/2021 | Wilen, Allen | Airline,RR,etc | 156.00 | Airline,RR,etc Mediation |
| 08/31/2021 | Wilen, Allen | Airline,RR,etc | 101.00 | Airline,RR,etc Mediation |
| | | **Airline,RR,etc Total** | **358.00** | |
| 08/10/2021 | Wilen, Allen | Hotel | 859.75 | Hotel Mediation |
| 08/16/2021 | Wilen, Allen | Hotel | 260.45 | Hotel Mediation |
| 08/30/2021 | Wilen, Allen | Hotel | 597.44 | Hotel Mediation |
| | | **Hotel Total** | **1,717.64** | |
| 08/10/2021 | Wilen, Allen | Local Fares | 11.90 | Local Fares Mediation |
| 08/15/2021 | Wilen, Allen | Local Fares | 10.75 | Local Fares Mediation |
| 08/29/2021 | Wilen, Allen | Local Fares | 23.51 | Local Fares Mediation |
| | | **Local Fares Total** | **46.16** | |
| 08/10/2021 | Wilen, Allen | Meals | 20.90 | Meals Breakfast with M. Minuto |
| 08/11/2021 | Wilen, Allen | Meals | 131.08 | Meals Mediation |
| 08/17/2021 | Wilen, Allen | Meals | 15.36 | Breakfast |
| 08/30/2021 | Wilen, Allen | Meals | 16.10 | Meals |
| 08/30/2021 | Wilen, Allen | Meals | 561.80 | Meals |
| 08/31/2021 | Wilen, Allen | Meals | 10.34 | Meals |
| | | **Meals Total** | **755.58** | |
| 08/29/2021 | Wilen, Allen | Mileage | 22.96 | Mileage Mediation |
| 08/31/2021 | Wilen, Allen | Mileage | 29.68 | Mileage Mediation |
| | | **Mileage Total** | **52.64** | |
| 08/29/2021 | Wilen, Allen | Parking/Tolls | 10.50 | Parking/Tolls Mediation |
| 08/31/2021 | Wilen, Allen | Parking/Tolls | 7.00 | Parking/Tolls Mediation |
| 08/31/2021 | Wilen, Allen | Parking/Tolls | 73.00 | Parking/Tolls Mediation |
| | | **Parking/Tolls Total** | **90.50** | |
| | | **Grand Total** | **$ 3,020.52** | |

# **EXHIBIT C**

**Non-Transition Services Summary of Compensation by Project Category,**
**Summary of Hours by Professionals**

| Project Category | Sum of Hours | Sum of Amount |
|---|---|---|
| Accounting/Auditing | 89.1 | $ 38,457.00 |
| Asset Analysis & Recovery | 30.7 | 16,589.00 |
| Business Analysis | 32.1 | 11,235.00 |
| Case Administration | 17.4 | 7,978.50 |
| Claims Admin & Objections | 18.5 | 9,835.00 |
| Fee/Employment Application | 1.2 | 162.00 |
| Insider Transfers | 14.1 | 5,781.00 |
| Litigation Support | 23.5 | 13,042.50 |
| Preferences | 93.8 | 39,961.00 |
| Tax Issues | 8.4 | 4,489.50 |
| Travel Time | 9.0 | 2,497.50 |
| **Grand Total** | **337.8** | **$ 150,028.00** |

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional - Non Transition Services**
**August 1, 2021 through August 31, 2021**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 78.2 | $ 555.00 | $ 43,401.00 |
| William Pederson @ 50% Travel Rate | Director | 9.0 | 277.50 | 2,497.50 |
| Jay Lindenberg, CPA/CFF, CIRA | Director | 7.7 | 555.00 | 4,273.50 |
| Adeola Akinrinade | Director | 37.9 | 540.00 | 20,466.00 |
| Steven Biscello, CPA | Director | 19.5 | 540.00 | 10,530.00 |
| Susannah Prill, CPA | Sr. Manager | 112.6 | 410.00 | 46,166.00 |
| Robert Trenk | Manager | 36.3 | 350.00 | 12,705.00 |
| Dianna Sapozhnikov, CPA | Staff II | 32.0 | 290.00 | 9,280.00 |
| Giselle Ramirez | Staff I | 0.4 | 205.00 | 82.00 |
| Amanda Sarwan-Jones | Paraprofessional | 3.0 | 155.00 | 465.00 |
| DelMarie Velazquez | Paraprofessional | 1.2 | 135.00 | 162.00 |
| **TOTAL HOURS AND FEES** | | | | **150,028.00** |
| **LESS:  15 % VOLUNTARY REDUCTION** | | | | **(22,504.20)** |
| **GRAND TOTAL** | | **337.8** | **$ 377.51** | **$127,523.80** |

* Rates change annually effective August 1st.

# **EXHIBIT D**

**Non-Transition Services Summary Itemized Summary of Expenses**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

**Non- Transition Services Itemized Expense Schedule (8/1/2021-8/31/2021)**

| Date | Professional | Category | Amount | | Narrative |
|------|------|------|------|------|------|
| 08/05/2021 | Pederson, William | Airline,RR,etc | $ | 63.00 | Attend mediation at Hogan & Lovells |
| 08/11/2021 | Pederson, William | Airline,RR,etc | | 43.00 | Attend mediation at Hogan & Lovells |
| 08/16/2021 | Pederson, William | Airline,RR,etc | | 67.00 | Attend mediation at Hogan & Lovells |
| 08/18/2021 | Pederson, William | Airline,RR,etc | | 67.00 | Return from mediation. |
| 08/26/2021 | Pederson, William | Airline,RR,etc | | 50.00 | Attend mediation at Hogan & Lovells |
| 08/31/2021 | Pederson, William | Airline,RR,etc | | 67.00 | Return from mediation. |
| | | **Airline,RR,etc Total** | | **357.00** | |
| 08/10/2021 | Pederson, William | Hotel | | 549.21 | Hotel Attend mediation at Hogan & Lovells |
| 08/17/2021 | Pederson, William | Hotel | | 309.50 | Hotel Attend mediation |
| 08/30/2021 | Pederson, William | Hotel | | 298.72 | Hotel Attend mediation at Hogan & Lovells |
| | | **Hotel Total** | | **1,157.43** | |
| 08/09/2021 | Pederson, William | Local Fares | | 15.50 | Local Fares Attend mediation |
| 08/17/2021 | Pederson, William | Local Fares | | 15.50 | Local Fares Moynihan to Hogan & Lovells |
| 08/30/2021 | Pederson, William | Local Fares | | 15.35 | Local Fares Moynihan to Hogan & Lovells |
| 08/31/2021 | Pederson, William | Local Fares | | 16.62 | Local Fares Cab from Hogan & Lovells to Moynihan Station |
| | | **Local Fares Total** | | **62.97** | |
| 08/11/2021 | Pederson, William | Parking/Tolls | | 81.00 | Parking/Tolls Attend mediation in NYC |
| | | **Parking/Tolls Total** | | **81.00** | |
| | | **Grand Total** | $ | **1,658.40** | |