**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                                    Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Related to D.I. 2815** |

**NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION**
**REGARDING THE FIFTH QUARTERLY APPLICATION OF SILLS CUMMIS**
**& GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE**
**PERIOD FROM JULY 1, 2020 THROUGH SEPTEMBER 30, 2020**

Kindly withdraw the Certification of No Objection Regarding Fifth Quarterly

Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services

Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of

Unsecured Creditors for the Period from July 1, 2020 through September 30, 2020, filed

on September 13, 2021 at Docket No. 2815, without prejudice.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: September 13, 2021                    Respectfully submitted,

                                             /s/ Seth A. Niederman
                                             Seth A. Niederman (No. 4588)
                                             **FOX ROTHSCHILD LLP**
                                             919 North Market Street, Suite 300
                                             Wilmington, DE  19899-2323
                                             Telephone:  (302) 654-7444
                                             Facsimile:  (302) 656-8920
                                             E-mail: sniederman@foxrothschild.com

                                             *Counsel to the Official Committee of*
                                             *Unsecured Creditors*

126232094.1