# EXHIBIT A

## SUMMARY OF BLENDED RATE

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 12 | $590.00 | $709.05 |
| Junior Partners | 4 | $470.00 | $469.08 |
| Counsel | 0 | $489.00 | $0.00 |
| Senior Associates | 0 | $353.00 | $0.00 |
| Junior Associates | 4 | $296.00 | $317.99 |
| Paralegal | 0 | $248.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $206.00 | $245.00 |
| **Aggregated:** | | **$467.00** | **$519.76** |