# EXHIBIT D

## EXPENSE SUMMARY

## Expense Summary

## For the Period from July 1, 2021 through July 31, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (775 pages @ $.10 per page) | | $77.50 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $7,496.35 |
| Filing Fees | United States Bankruptcy Court | $33,250.00 |
| Legal Research | Westlaw | $10,228.02 |
| Outside Reproduction | Reliable Copy Service – DE | $4,708.80 |
| Professional Services | Delaware Secretary of State | $20.00 |
| Transcript | Reliable Copy Service-DE; Summit court Reporting Inc. | $877.25 |
| **Total** | | **$56,657.92** |

---

[1]  These are the costs associated with using the Saul Review Platform ("SRP").  These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2647056 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 08/31/21 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 07/26/21 | Epiq Relativity eDiscovery Costs | 7,496.35 | |
| | Total   Epiq Relativity eDiscovery Costs | | 7,496.35 |
| 07/01/21 | Photocopying | 53.00 | |
| 07/23/21 | Photocopying | 24.50 | |
| | Total Photocopying | | 77.50 |
| 07/20/21 | Filing Fees - - VENDOR: United States Bankruptcy Court 6/24/21 Filing fee for preference complaint against HRE | 350.00 | |
| 07/20/21 | Filing Fees - - VENDOR: United States Bankruptcy Court 6/28/21 Filing fee for preference complaints transaction | 3,500.00 | |
| 07/20/21 | Filing Fees - - VENDOR: United States Bankruptcy Court 6/27/21 Filing fee for preference complaints | 4,200.00 | |
| 07/20/21 | Filing Fees - - VENDOR: United States Bankruptcy Court 6/23/21 Filing fee for preference complaints | 5,250.00 | |
| 07/20/21 | Filing Fees - - VENDOR: United States Bankruptcy Court 6/26/21 Filing fee for preference complaints | 5,600.00 | |
| 07/20/21 | Filing Fees - - VENDOR: United States Bankruptcy Court 6/25/21 Filing fee for preference complaints | 6,650.00 | |
| 07/20/21 | Filing Fees - - VENDOR: United States Bankruptcy Court 6/24/21 Filing fee for preference complaints | 7,000.00 | |
| 07/20/21 | Filing Fees -  VENDOR: United States Bankruptcy Court 6/30/21 Filing fee for preference complaint - MBNF | 350.00 | |
| 07/20/21 | Filing Fees - VENDOR: United States Bankruptcy Court 6/29/21 Filing fee for preference complaint - HSRE | 350.00 | |
| | Total Filing Fees | | 33,250.00 |
| 07/13/21 | Outside Reproduction - - VENDOR: Exela Enterprise Solutions Inc. 5/17/2021 Mediation Statement | 4,708.80 | |
| | Total Outside Reproduction | | 4,708.80 |
| 07/20/21 | Professional Services; VENDOR: Delaware Secretary of State 6/25/21 registered agent search | 20.00 | |
| | Total Professional Services | | 20.00 |
| 07/21/21 | Transcript; VENDOR: Reliable Copy Service - DE; 6/30/21 Hearing Transcript | 114.95 | |
| 07/28/21 | Transcript; VENDOR: Summit Court Reporting Inc; 6/28/2021 - Certified copy of transcript for deposition of Wayne Moving & Storage Co. of NJ - Daniel F. McGarity, Jr. | 762.30 | |
| | Total Transcript | | 877.25 |

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2647056 | |
| 00002 | Expenses | Page 2 | |
| 08/31/21 | | | |

| Date | Description | Amount | |
|---|---|---:|---:|
| 07/01/21 | Westlaw Legal Research | 1,081.08 | |
| 07/01/21 | Westlaw Legal Research | 430.00 | |
| 07/02/21 | Westlaw Legal Research | 1,188.00 | |
| 07/02/21 | Westlaw Legal Research | 331.00 | |
| 07/07/21 | Westlaw Legal Research | 729.00 | |
| 07/08/21 | Westlaw Legal Research | 436.32 | |
| 07/09/21 | Westlaw Legal Research | 371.52 | |
| 07/11/21 | Westlaw Legal Research | 371.52 | |
| 07/12/21 | Westlaw Legal Research | 1,522.80 | |
| 07/13/21 | Westlaw Legal Research | 371.52 | |
| 07/14/21 | Westlaw Legal Research | 1,429.38 | |
| 07/15/21 | Westlaw Legal Research | 464.40 | |
| 07/16/21 | Westlaw Legal Research | 185.76 | |
| 07/19/21 | Westlaw Legal Research | 743.04 | |
| 07/19/21 | Westlaw Legal Research | 172.00 | |
| 07/29/21 | Westlaw Legal Research | 400.68 | |
| | Total Westlaw Legal Research | 10,228.02 | |
| | CURRENT EXPENSES | | 56,657.92 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 56,657.92 |