# EXHIBIT A

## Vicinity Invoice 225498489767



# Invoice #  225498489767

| Account | Account Name | Bill Date | Due Date | Amount Due | Enclosed |
|---|---|---|---|---|---|
| 2250881200 | Tenet Hospital-American Academic Post Petition | 12/18/2019 | 01/13/2020 | $1,105,965.64 | |

Finance charges are calculated at the rate of 2.0% per month (24% annually) on all past due amounts

Tenet Hospital-American Academic Post Petition
PO Box 42487
Philadelphia, PA 19101

Remit to:
Vicinity Energy Philadelphia, Inc.
P.O. Box 5018
New York, NY 10087-5018

JP Morgan Chase - Lockbox Processing
Vicinity Energy Philadelphia, Inc.
PO Box 5018
4 Chase Metrotech Center
7th floor East
Brooklyn, NY 11245

Please detach and enclose this top portion with payment. Make checks payable to: **VICINITY ENERGY PHILADELPHIA, INC.**

## Service Information

| Rate Schedule | Long Term Agreement Rider | | |
|---|---|---|---|
| Service Date | 11/15/2019 - 12/09/2019 | Consumption | 646.4 |
| | | Demand Billed | 1,875 |
| | | Demand Measured | 1,162 |
| | | Rachet | 1,090 |

## Account Summary as of 12/18/2019

Tenet Hospital-American Academic Post Petition
Account    2250881200
Invoice    225498489767

| Previous Balance | $943,765.30 |
|---|---|
| Payment Received 01/03/2020 | -$200,000.00 |
| **Balance Forward** | **$743,765.30** |
| Current Charges | $362,200.34 |
| Corrections to Prior Bills | $0.00 |
| Adjustments | $0.00 |
| **Amount Due By 01/13/2020** | **$1,105,965.64** |

## Meter Readings

| Loc# | Service Address | Description | Current | Previous | Diff | Const | Corr | Usage |
|---|---|---|---|---|---|---|---|---|
| PHI1501Race | 1501 Race Street | | 26286368 | 25640004 | 646364 | 0.0010 | 1.000000 | 646.4 |

### Steam Charges 11/15/2019 - 12/09/2019

| | |
|---|---:|
| Fuel Charges - 646.4 MLB at $14.04 per MLB | $9,075.46 |
| Non Fuel Charges: First 100 MLB - 100.0 MLB at $9.402 per MLB | $940.20 |
| Non Fuel Charges: Over 100 MLB - 546.4 MLB at $7.984 per MLB | $4,362.46 |
| Demand Charges: First 300 Lbs/Hr - 300 Lbs/Hr at $0.00 per Lbs/Hr | $0.00 |
| Demand Charges: Next 39,700 Lbs/Hr - 1,575 Lbs/Hr at $0.00 per Lbs/Hr | $0.00 |
| State Tax Adjustment Surcharge | $3.51 |
| Discount | -$4,656.30 |
| Sales Tax | $778.03 |
| **Total Steam Charges** | **$10,503.36** |
| **Total Current Charges** | **$362,200.34** |

## Billing History

| Month | Usage | Avg Dly Usage | Avg Temp | HDD | CDD | Billing Days |
|---|---|---|---|---|---|---|
| 12/09/2019 | 646.4 | 26.9 | 41.42 | 566.00 | 0.00 | 24 |
| 11/15/2019 | 117.2 | 3.8 | 51.97 | 404.00 | 0.00 | 31 |
| 10/15/2019 | 0.0 | 0.0 | 68.41 | 43.00 | 142.00 | 29 |
| 09/16/2019 | 0.8 | 0.0 | 75.61 | 0.00 | 329.00 | 31 |
| 08/16/2019 | 0.0 | 0.0 | 80.65 | 0.00 | 485.00 | 31 |
| 07/16/2019 | 0.0 | 0.0 | 79.93 | 0.00 | 224.00 | 15 |



www.vicinityenergy.us

Customer Service (215)732-1411 FAX (215)875-6910

Page 1 of 3



## Service Information

| | |
|---|---|
| Rate Schedule | Long Term Agreement Rider |
| Service Date | 11/15/2019 - 12/09/2019 |

| | |
|---|---|
| Consumption | 15,596.5 |
| Demand Measured | 32,888 |
| Rachet | 29,599 |

## Billing History

| Month | Usage | Avg Dly Usage | Avg Temp | HDD | CDD | Billing Days |
|---|---|---|---|---|---|---|
| 12/09/2019 | 15596.5 | 649.9 | 41.42 | 566.00 | 0.00 | 24 |
| 11/15/2019 | 14260.6 | 460.0 | 51.97 | 404.00 | 0.00 | 31 |
| 10/15/2019 | 8726.1 | 300.9 | 68.41 | 43.00 | 142.00 | 29 |
| 09/16/2019 | 7641.4 | 246.5 | 75.61 | 0.00 | 329.00 | 31 |
| 08/16/2019 | 7500.7 | 242.0 | 80.65 | 0.00 | 485.00 | 31 |
| 07/16/2019 | 4547.5 | 303.2 | 79.93 | 0.00 | 224.00 | 15 |

## Meter Readings

| Loc# | Service Address | Description | Current | Previous | Diff | Const | Corr | Usage |
|---|---|---|---|---|---|---|---|---|
| PHI230NBrod | 230 N. Broad | | 104720111 | 89123566 | 15596545 | 0.0010 | 1.000000 | 15,596.5 |

### Steam Charges 11/15/2019 - 12/09/2019

| | |
|---|---|
| Fuel Charges - 15,596.5 MLB at $14.04 per MLB | $218,974.86 |
| Non Fuel Charges: First 100 MLB - 100.0 MLB at $9.402 per MLB | $940.20 |
| Non Fuel Charges: Over 100 MLB - 15,496.5 MLB at $7.984 per MLB | $123,724.06 |
| Demand Charges | $90,959.35 |
| State Tax Adjustment Surcharge | $114.59 |
| Discount | -$109,067.71 |
| Sales Tax | $26,051.63 |
| Total Amount | $351,696.98 |
| **Total Steam Charges** | **$351,696.98** |





**Glossary of Terms**

HEATING DEGREE DAY (HDD) - A measure of how cold the period was with reference to a standard daily mean temperature of 65 degrees. The number of HDDs is calculated by subtracting the average outside temperature from the standard. (i.e. 45 degrees = 20 HDDs) Total HDDs is the sum of the daily heating degree days in the billing period.

CONSUMPTION - The total Mlbs of steam used in the period. An Mlb equals 1,000 pounds of steam. Consumption is calculated by multiplying the difference in meter readings by the meter constant and a pressure correction factor.

MEASURED AND BILLED DEMAND - Demand is a measurement of the rate of steam used, in pounds per hour. It may be viewed as a service charge for the amount of equipment the Company must have available in order to maintain steam pressure(s) throughout the system and satisfy the total demand of all customers. Demand is charged from October 1st through May 31st, in accordance with the Company Steam Tariff, and is the highest of the following three values: 1) Actual measured demand - Load in pounds of steam per hour, occurring during the single hour of greatest use during the billing period  2) The Ratchet - 90% of the greatest recorded demand during the preceding seven heating season months or 3) Contracted minimum demand.

STATE TAX ADJUSTMENT SURCHARGE (STAS) - The Public Utility Commission (PUC) allows public utilities to collect from, or refund to, its customers, changes in certain taxes. The STAS covers capital stock tax, public utility realty tax and state corporate net income tax. It is calculated by multiplying the consumption and demand charges on your steam bill, adjusted for steam cost rate revenues (SCR), times the STAS rate. The STAS rate is subject to state-legislated changes in taxes imposed on public utilities and may change from time to time.

STEAM COST RATE (SCR) - The last annual change was approved by the PAPUC at Docket No. M-2019-3011217 on August 22, 2019, effective September 1, 2019, subject to monthly adjustment to reflect the actual cost of fuel of each prior month as provided in the Company's SCR Rider.

**Notes**

If you have any questions or complaints concerning this bill, please contact your account representative Daryl Landgraf, at , Ext.5807 prior to the indicated due date.

A rate schedule, an explanation of how to verify the accuracy of your bill, an explanation of various charges, if applicable, as well as the complete tariff, is available in our office at 2600 Christian Street, Philadelphia, PA for your inspection during our normal business day (Monday through Friday, 8:00 a.m. to 5:00 p.m.). You may also file comments or complaints about your rates with the Pennsylvania Public Utility Commission. You can send a letter or request for a formal complaint form addressed to the Pennsylvania Public Utility Commission, PO Box 3265, Harrisburg, PA 17105-3265.

All past due balances are subject to a 2% finance charge per month.

A copy of our tariff can be found on our website www.vicinityenergy.us.

If Customer sells, leases or otherwise transfers all or any portion of the Customer Premises governed under your Agreement, during the Term of your Agreement, the Agreement shall be assigned to such purchaser, lessee or transferee on the date of such sale, lease or transfer, and assumed by the same in writing in a form satisfactory to Company in its sole discretion. If the Agreement is not assigned and assumed, then the Customer will be invoiced for steam usage until the agreement is assigned and assumed by purchaser, lessee or transferee . If Customer wishes that the steam service be terminated the Customer shall pay the Company the Termination Payment outlined in your agreement if any, which payment shall be due on the date of such sale, lease or transfer. Contact your Account Manager prior to sale closing for details

