## EXHIBIT B

## Vicinity Invoice 66962273578

38854042.2 09/13/2021



Invoice #     66962273578

| Account | Account Name | Bill Date | Due Date | Amount Due | Enclosed |
|---|---|---|---|---|---|
| 6698914753 | PAHH Feinstein MOB, LLC | 2/4/2020 | 2/19/2020 | $485,737.36 | |

PAHH Feinstein MOB, LLC
Suite 2100
44 West Lake Street
Chicago, IL 60606

Remit to:
VICINITY ENERGY PHILADELPHIA, INC
PO Box 5018
New York, NY 10087-5018

JP Morgan Chase - Lockbox Processing
Vicinity Energy Philadelphia Inc
PO Box 5018
4 Chase Metrotech Center
7th Floor East
Brooklyn, NY 11245

Please detach and enclose this top portion with payment. Make checks payable to: VICINITY ENERGY PHILADELPHIA, INC.

### Service Information

| Rate Schedule | Rate S Steam Service | | Consumption | 15,596.5 |
|---|---|---|---|---|
| Service Date | 11/15/2019 to 12/09/2019 | | Demand Billed | 46,500 |
| | | | Demand Measured | 32,888 |
| | | | Ratchet | 46,500 |

### Meter Readings

| Loc# | Service Address | Description | Current | Previous | Diff | Const | Corr | Usage |
|---|---|---|---|---|---|---|---|---|
| PH230NBrod | 230 N. Broad | | 104720111 | 89123566 | 15596545 | 0.001 | 1.0000 | 15,596.5 |

### Steam Charges         11/15/2019 - 12/09/2019

| | |
|---|---|
| Fuel Charges - 15,596.5 MLB at 14.04 per MLB | $218,974.86 |
| Non Fuel Charges - First 100 MLB at $9.402per MLB | $940.20 |
| Non Fuel Charges - over 100 MLB at $7.984per MLB - 15,496.5 MLBs at $7.984 per MLB | $123,724.06 |
| Demand Charges - First 300 LBs/Hr at $2.858 per LBs/Hr - 300 Lbs/ Hr at $ 2.858 per Lbs/Hr | $857.40 |
| Demand Charges - Next 39,700 LBs/Hr at $1.926 per LBs/Hr - 39,700 Lbs/ Hr at $ 1.926 per Lbs/Hr | $76,462.20 |
| Demand Charges - Over 40,000 LBs/Hr at $1.695 per LBs/Hr - 6,500 Lbs/ Hr at $ 1.695 per Lbs/Hr | $11,017.50 |
| State Tax Adjustment Surcharge | $113.69 |
| Discount | $0.00 |
| Sales Tax | $34,567.19 |
| **TOTAL STEAM CHARGES** | **$ 466,657.10** |

### Account Summary as of 02/04/2020

PAHH Feinstein MOB, LLC
Acccount       6698914753
Invoice        66962273578

| | |
|---|---|
| Previous Balance | $0.00 |
| Payment Received | $0.00 |
| Balance Forward | $0.00 |
| Current Charges | $466,657.10 |
| Corrections to Prior Bills | |
| Adjustments | $0.00 |
| **Amount Due By 02/19/2020** | **$485,737.36** |

### Billing History

| Month | Usage | Avg Dly Usage | Avg Temp | HDD | CDD | Billing Days |
|---|---|---|---|---|---|---|
| 01/14/2020 | 23094.2 | 641.5 | 42.36 | 887.00 | 0.00 | 36 |
| 12/00/2019 | 18896.5 | 646.9 | 41.42 | 565.00 | 0.00 | 34 |

Total Current Charges                             $485,737.36



www.vicinityenergy.us

Customer Service (215) 732-1411 Fax (215) 875-6910
Page 1 of 3