## EXHIBIT B

**Letter dated July 30, 2020**



**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Stuart Brown
T   +1 (302) 468-5640
E   stuart.brown@us.dlapiper.com

July 30, 2020
*Via E-Mail*

Suzzanne Uhland, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4834
suzzanne.uhland@lw.com

Dear Suzzanne:

This is in further reply to you letter of July 6, 2020.

You are correct that the current demand of March 8, 2020 is $409,430.07.  Our client agrees not to seek and waives the right to charge your client for the Interim Charges incurred pursuant to the REA.

Our client has paid a total of $2,634,008 in Vicinity invoices and has funded $300,000 in deposits with Vicinity.

I believe this and prior formal and informal communications through counsel and between the clients answers all of your outstanding questions and we, therefore, expect that payment of $409,430.07 will be made in the coming days.  If that is not the case, please advise soonest.

Sincerely,

Stuart Brown

Stuart Brown

cc:     Griffin Keebler
        Dan Zoloto