# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC | ) | |
| d/b/a/ HAHNEMANN UNIVERSITY | ) | |
| HOSPITAL, *et al.*[1], | ) | Case No. 19-11466 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| CENTER CITY HEALTHCARE, LLC, | ) | |
| d/b/a HAHNEMANN UNIVERSITY | ) | |
| HOSPTIAL, and ST. CHRSTIOPHER'S | ) | |
| HEALTHCARE, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Proc. No. 21-50978 (MFW) |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| GLOBAL NEUROSCIENCES INSTITUTE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

I, Christopher D. Loizides, hereby certify that on September 16, 2021, I did cause to be served true and correct copies of the foregoing Limited Objection on the parties listed on the attached service list as indicated thereon.

DATED: September 16, 2021

                                                        /s/ Christopher D. Loizides
                                                  Christopher D. Loizides (No. 3968)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

                          LOIZIDES, P.A.
                          1225 King Street, Suite 800
                          Wilmington, DE  19801
                          Telephone:     (302) 654-0248
                          Facsimile:      (302) 654-0728
                          Email:             loizides@loizides.com

**SERVICE LIST**

**VIA EMAIL**

Domenic E. Pacitti
Michael W. Yurkewicz
Sally E. Veghte
919 North Market Street, Suite 1000
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Email: dpacitti@klehr.com
myurkewicz@klehr.com
sveghte@klehr.com

*Counsel to the Plaintiffs*