## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| Center City Healthcare, LLC, d/b/a, ) | Case No.: 19-11466 MFW |
| Hahnemann University Hospital, et al. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Docket # 2765 |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 2765

The undersigned, having filed the Motion to Allow Proof of Claim of Leslie Caldwell (the "Motion") on September 1, 2021, hereby certifies:

1. Pursuant to the Notice filed with the Motion, objections to the Motion were to be filed and served no later than September 15, 2021, by or before 4:00 p.m. Eastern Time.

2. The undersigned has reviewed the docket in this case. No answer, objection or other responsive pleading to the Motion appears thereon, nor has the undersigned been served with any such answer, objection or other responsive pleading. As such, the Motion may be granted.

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the **Revised** form of the attached hereto at **Exhibit A**, at its earliest convenience.

GREGORY & PAPPOULIS

Date: September 17, 2021

/s/ Christina Pappoulis
Christina Pappoulis, Esq. (ID 4444)
Matthew Carucci, Esq. (ID 4529)
5307 Limestone Rd., Ste. 103
Wilmington, DE 19808
P: 302.421.9101
F: 302.543.4456
*ninapappoulis@bgplegal.com*
*mattcarucci@bgplegal.com*