IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date: September 23, 2021 at 10:30 am**<br>**RE: D.I. 2400, 2573, 2578, 2825, 2826** |

**REPLY OF JV ENTITIES IN SUPPORT OF CROSS-MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES FOR ENTRY OF AN ORDER COMPELLING DEBTORS, PROPCOS OR MASTER LEASE GUARANTORS TO PAY UTILITY OBLIGATIONS**

HSREP VI Holding, LLC ("HSRE VI") and its affiliates (collectively, the "JV Entities" [2]),

by  their counsel, DLA Piper LLP (US), submit this reply (the "Reply") in support of the *Cross-*

*Motion of HSREP VI Holding, LLC and Its Affiliates for Entry of an Order Compelling the*

*Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations* [D.I. 2578] (the "Cross-

Motion").

**REPLY**

1.      For all of the reasons stated in *HSREP VI Holding, LLC And Its Affiliates' Objection*

*to Vicinity's Motion to Enforce 2019 Stipulation as Third-Party Beneficiary* [D.I. 2573] and the

Cross-Motion, the Debtors, Propcos and/or the Master Lease Guarantors are the parties that owe

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]      The other relevant affiliates of HSRE VI that form the JV Entities are: HSRE-PAHH I, LLC (the "JV"), and the "Master Landlords"—PAHH New College MOB, LLC; PAHH Bellet MOB, LLC; PAHH Wood Street Garage, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH Broad Street MOB, LLC, each, a Delaware limited liability company.

the outstanding Vicinity utility obligations, and as such, those parties, and not the JV Entities, should be responsible for payment for these goods and services.[3]

2.      In addition, contemporaneously with the filing of the *Response and Objection of Debtors to Cross-Motion of HSREP VI Holding, LLC and Its Affiliates for Entry of an Order Compelling the Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations* [D.I. 2825], the JV Entities discovered that Vicinity may have made material misrepresentations to the JV Entities regarding the amounts actually due and owing for utility services in connection with entry into the contract between JV Entity PAHH Feinstein MOB, LLC and Vicinity.  The JV Entities need to discover additional facts in order fully and properly to defend against the Vicinity claim and possibly assert a counterclaim.

3.      The JV Entities, Debtors, MBNF Non-Debtor Entities, and other parties are engaged in mediation regarding the claims asserted in the Motion and Cross-Motion.  The JV Entities continue to reserve all rights.

WHEREFORE, the JV Entities respectfully request that this Court adjourn the Motion and Cross-Motion to permit the JV Entities to discover additional facts and file a supplemental pleading and grant such other and further relief as is just and equitable.

Dated: September 20, 2021          Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@us.dlapiper.com

-and-

---

[3] Capitalized terms used but not otherwise defined in this Reply have the meanings given to them in the Cross-Motion.

Richard A. Chesley (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: Richard.Chesley@us.dlapiper.com

*Counsel to the JV Entities*