# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
| | ) **Related to Docket No. 2774** |
| Debtors. | ) |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER (I) AUTHORIZING PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC TO ENTER INTO AN AGREEMENT TO TRANSFER RADIOACTIVE MATERIALS LICENSE PURSUANT TO 11 U.S.C. § 363, (II) AUTHORIZING PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC TO TRANSFER RADIOACTIVE MATERIALS LICENSE, AND (III) GRANTING RELATED RELIEF, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") hereby certifies that:

1. On September 2, 2021, the *Motion of Debtors for Order (I) Authorizing Philadelphia Academic Health System, LLC to Enter Into an Agreement to Transfer Radioactive Materials License Pursuant to 11 U.S.C. § 363, (II) Authorizing Philadelphia Academic Health System, LLC to Transfer Radioactive Materials License, and (III) Granting Related Relief* [Docket No. 2774] (the "**Motion**")[2] was filed with the Court.

2. Pursuant to the Notice of the Motion [Docket No. 2774], objections, if any, to the Motion were required to have been filed with the Court and served on the undersigned so as to be

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

received on or before September 16, 2021 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Pennsylvania Department of Environmental Protection, Bureau of Regulatory Counsel (the "**DEP**") requested that certain language be added to the proposed order attached to the Motion (the "**Original Proposed Order**"). No other objections or responses were served upon the undersigned or entered on the Court's docket.

4. Subject to certain agreed modifications, counsel to the Debtors has agreed to include the DEP's requested language, and has incorporated such language into the revised form of proposed order attached hereto as **Exhibit A** (the "**Revised Order**").

5. A blackline comparing the Revised Order with the Original Proposed Order is attached hereto as **Exhibit B.**

6. The Debtors have confirmed that the Revised Order is acceptable to the DEP, Perma-Fix, the Office of the United States Trustee and counsel to the Committee.

7. The Debtors respectfully request that the Court sign the Revised Order and direct that it be docketed, without further notice or hearing.

[remainder of page left intentionally blank]

8. Of course, we are available to discuss this matter at the Court's convenience.

Dated: September 20, 2021　　　　　　　　**SAUL EWING ARNSTEIN & LEHR LLP**

　　　　　　　　　　　　　　By:　*/s/ Monique B. DiSabatino*
　　　　　　　　　　　　　　　　Mark Minuti (DE Bar No. 2659)
　　　　　　　　　　　　　　　　Monique B. DiSabatino (DE Bar No. 6027)
　　　　　　　　　　　　　　　　Matthew P. Milana (DE Bar No. 6681)
　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　　　　　　　　　P.O. Box 1266
　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　Telephone: (302) 421-6800
　　　　　　　　　　　　　　　　Fax: (302) 421-5873
　　　　　　　　　　　　　　　　mark.minuti@saul.com
　　　　　　　　　　　　　　　　monique.disabatino@saul.com
　　　　　　　　　　　　　　　　matthew.milana@saul.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　Jeffrey C. Hampton
　　　　　　　　　　　　　　　　Adam H. Isenberg
　　　　　　　　　　　　　　　　A. Mayer Kohn
　　　　　　　　　　　　　　　　Centre Square West
　　　　　　　　　　　　　　　　1500 Market Street, 38th Floor
　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　Telephone: (215) 972-7777
　　　　　　　　　　　　　　　　Fax: (215) 972-7725
　　　　　　　　　　　　　　　　jeffrey.hampton@saul.com
　　　　　　　　　　　　　　　　adam.isenberg@saul.com
　　　　　　　　　　　　　　　　mayer.kohn@saul.com

　　　　　　　　　　　　　　　　*Counsel for Debtors and Debtors in Possession*