IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMAN UNIVERSAL HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

1.  I, Howard Cohen, certify that I am not less than 18 years of age and not a party in this matter.

2.  On September 20, 2021, I caused to be electronically filed through the Court's CM/ECF system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System, a copy of:

    *Vicinity's Reply to HSRE's Objection and Debtors' and MBNF Non-Debtor Entities' Responses to Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary; and*

    *Declaration of Lindsey B. Sands, Esq. in Further Support of Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary.*

3.  In addition, on the same date, I caused the Reply to be served via email to the parties below:

    *Counsel to the Debtors*
    **Saul Ewing Arnstein & Lehr, LLP**
    John D. Demmy – john.demmy@saul.com
    Monique Bair DiSabatino - monique.disabatino@saul.com;
    Mark Minuti - mark.minuti@saul.com;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC 98395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617). SCHC Pediatrics Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4065), TPS of PA, L.L.C. (4863), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Jeffrey Hampton - jeffrey.hampton@saul.com;

**Klehr Harrison Harvey Branzburg**
Domenic E. Pacitti dpacitti@klehr.com

*Office of the United States Trustee:*
Benjamin A. Hackman - Benjamin.a.hackman@usdoj.gov.

*Counsel to the Official Committee of Unsecured Creditors*
**Fox Rothschild LLP**
Seth A. Niederman - sniederman@foxrothschild.com

**Cozen O'Connor**
Thomas M. Horan - thoran@cozen.com

**Sills, Cummis & Gross P.C**.
Andrew H. Sherman - asherman@sillscummis.com

*Counsel for Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC*
**Latham & Watkins LLP**
Suzzanne Uhland – suzzanne.uhland@lw.com
Matthew J. Carmody – matt.carmody@lw.com


*Counsel for HSRE-PAHH I, LLC; HSREP VI Holding, LLC; Harrison Street Real Estate, LLC and its affiliates; PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College MOB, LLC; and PAHH Wood Street Garage, LLC*
**DLA Piper**
Stuart Brown – stuart.brown@dlapiper.com

Dated: September 20, 2021

**GIBBONS P.C.**

By: /s/ *Howard A. Cohen*
Howard A. Cohen (DE 4082)
300 Delaware Ave., Suite 1015
Wilmington, DE 19801-1671
Telephone: (302) 518-6300
Facsimile: (302) 429-6294
Email: hcohen@gibbonslaw.com

-and-

Dale E. Barney, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: dbarney@gibbonslaw.com

*Attorneys for Vicinity Energy Philadelphia, Inc.*