## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (MFW) |
| Debtors.[1] | Jointly Administered **Re:  Docket Nos. 2770 and 2792** |
| CENTER CITY HEALTHCARE, LLC, *et al.*, Plaintiffs - against – Defendants Listed on Exhibit "1", Defendant. | **Adversary Nos.  See Exhibit "A"** |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY DEBTORS PURSUANT TO SECTIONS 502, 547, 548 AND 550 OF THE BANKRUPTCY CODE

Undersigned counsel for the above-captioned debtors and debtors-in-possession

(the "**Debtors**") hereby certifies that:

1.      On September 3, 2021, Debtors filed *Debtors' Motion for Entry of an Order*

*Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors*

*Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* [Docket No. 2770] and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

supplemented the Motion with a list of proposed mediators on September 7, 2021 [Docket No. 2792] (collectively, the "**Motion**") in the above-captioned jointly administered bankruptcy cases and in each of the adversary proceedings identified on **Exhibit A** hereto.  The Motion and the Notice filed with the Motion on September 3, 2021 (the "**Notice**") were served on all defendants to the adversary proceedings

2.      Pursuant to the Notice, objections, if any, to the Motion were required to have been filed with the Court and served on counsel for the Debtors so as to be received on or before September 16, 2021 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.      Global Neurosciences Institutes, LLC filed a limited objection to the Motion [Docket No. 2837] prior to the Objection Deadline, which limited objection has been resolved.[2] No other objections or responses have been served upon any counsel for the Debtors or entered on the Court's docket in the above-captioned jointly administered bankruptcy cases and in each of the adversary proceedings identified on Exhibit 1 hereto.

4.      Attached as **Exhibit B** is the form of proposed order granting the Motion (the "**Proposed Order**") as originally filed with the Motion, inclusive of its exhibits.

5.      A blackline comparing the Exhibit 1 to the Proposed Order with the Original Exhibit 1 to the Proposed Order is attached hereto as **Exhibit C**.

---

[2]      Debtors have agreed to remove Adversary No. 21-50978, in which the defendant Global Neurosciences Institute LLC ("**GNI**") filed the lone, limited objection to the Motion, from the adversary proceedings subject to the Motion and that will be bound by any order entered thereon, based on the particular circumstances of such matter.  Plaintiffs and GNI intend to enter into a scheduling order specific to the facts and circumstances involved in such Adversary Proceeding.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as **Exhibit B**, be entered at the earliest convenience of the Court.

Dated: September 20, 2021

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ John D. Demmy
Mark Minuti (DE Bar No. 2659)
John D. Demmy (DE Bar No. 2802)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
john.demmy@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Jorge Garcia
Shannon A. McGuire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
jorge.garcia@saul.com
shannon.mcguire@saul.com

*Counsel to the Debtors and Debtors in Possession*

**KLEHR HARRISON HARVEY BRANZBURG LLP**

/s/ Sally E. Veghte
Domenic E. Pacitti (DE Bar No. 3989)
Sally E. Veghte (DE Bar No. 4762)
919 North Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
dpacitti@klehr.com
sveghte@klehr.com

*Counsel to the Plaintiffs in the adversaries identified on Exhibit A-2*

**CROSS & SIMON LLC**

*/s/Kevin S. Mann*
Christopher P. Simon (DE Bar No. 3697)
Kevin S. Mann (DE Bar No. 4576)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Counsel to the Plaintiffs in the adversary*
*identified on Exhibit A-3*