**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

<u>In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al*</u>.        Case No. 19-11466 (MFW)
Debtors        Reporting Period: August 1, 2021 - August 31, 2021

**MONTHLY OPERATING REPORT SUPPORTING DOCUMENTS**

Please see attached support for the following Debtors:

| DEBTORS | CASE NO. |
|---|---|
| Center City Healthcare, LLC, et al. | 19-11466 |
| Philadelphia Academic Health System, LLC | 19-11467 |
| St. Christopher's Healthcare, LLC | 19-11468 |
| Philadelphia Academic Medical Associates, LLC | 19-11469 |
| HPS of PA, LLC | 19-11470 |
| SCHC Pediatric Associates, LLC | 19-11471 |
| St. Christopher's Pediatric Urgent Care Center, LLC | 19-11472 |
| SCHC Pediatric Anesthesia Associates, LLC | 19-11473 |
| StChris Care at Northeast Pediatrics, LLC | 19-11474 |
| TPS of PA, LLC | 19-11475 |
| TPS II of PA, LLC | 19-11476 |
| TPS III of PA, LLC | 19-11477 |
| TPS IV of PA, LLC | 19-11478 |
| TPS V of PA, LLC | 19-11479 |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***     Case No. **19-11466 (MFW)**
**Debtors**     Reporting Period: August 1, 2021 - August 31, 2021

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**August 1, 2021 - August 31, 2021**

| | 19-11466 | 19-11468 | 19-11478 | 19-11477 | 19-11471 | 19-11474 | 19-11476 | 19-11479 | 19-11467 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | StChris Care | | | Philadelphia | |
| | Center City | St. Christopher's | TPS IV | TPS III | SCHC Pediatric | at Northeast | TPS II | TPS V | Academic Health | Consolidated |
| | Healthcare, LLC | Healthcare, LLC | of PA, L.L.C. | of PA, L.L.C. | Associates, L.L.C. | Pediatrics, L.L.C. | of PA, L.L.C. | of PA, L.L.C. | System, LLC | Entities Total [1] |
| Beginning Cash Balance - Books [2] | $ 5,301 | $ 280,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ 31,168,906 | $ 31,454,707 |
| Collections [3] | 241,852 | 19,402 | - | - | - | - | - | - | 29,000 | 290,254 |
| Other [4] | 269,000 | 58,241 | - | - | - | - | - | - | - | 327,241 |
| **Total Receipts** | 510,852 | 77,642 | - | - | - | - | - | - | 29,000 | 617,494 |
| Salaries, wages and benefits | (32,270) | (12,590) | - | - | - | - | - | - | (57,971) | (102,830) |
| Post-petition Accounts Payable Reduction | - | - | - | - | - | - | - | - | - | - |
| Supplies expense | - | - | - | - | - | - | - | - | - | - |
| Other controllable expenses | (4,000) | (2,359) | - | - | - | - | - | - | (9,604) | (15,963) |
| Non-controllable expenses | (53,223) | (28,118) | - | - | - | - | - | - | (17,173) | (98,515) |
| Total Operating Disbursements | (89,493) | (43,067) | - | - | - | - | - | - | (84,749) | (217,308) |
| *Restructuring Related Disbursements* | | | | | | | | | | |
| Professional Fees [5] | (1,532,919) | (1,419,604) | - | - | - | - | - | - | - | (2,952,523) |
| UST Quarterly Fee | - | - | - | - | - | - | - | - | - | - |
| Net Cash Flow Prior to Financing Activities | (1,111,560) | (1,385,028) | - | - | - | - | - | - | (55,749) | (2,552,337) |
| *Financing Activities* | | | | | | | | | | |
| DIP Revolver Borrowings | - | - | - | - | - | - | - | - | - | - |
| DIP Revolver Paydown | - | - | - | - | - | - | - | - | - | - |
| Net Cash Flow | (1,111,560) | (1,385,028) | - | - | - | - | - | - | (55,749) | (2,552,337.00) |
| Transfers | 1,111,560 | 1,385,028 | - | - | - | - | - | - | (2,496,588) | - |
| **Ending Balance - Books** | $ 5,301 | $ 280,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ 28,616,569 | $ 28,902,370 |
| *Monthly Operating Report Reconciliation [6]:* | | | | | | | | | | |
| Beginning Balance (ending Cash Balance from July MOR) | 680,898 | 370,518 | - | - | - | - | - | - | 30,403,292 | 31,454,707 |
| Adjustments for transfers [7] | (1,111,560) | (1,385,028) | - | - | - | - | - | - | (55,749) | (2,552,337) |
| **Ending Cash Balance - August MOR** | $ (430,662) | $ (1,014,511) | $ - | $ - | $ - | $ - | $ - | $ - | $ 30,347,543 | $ 28,902,370 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ (1,622,412) | $ (1,462,671) | $ - | $ - | $ - | $ - | $ - | $ - | $ (84,749) | $ (3,169,831) |

1 - The remaining five (5) debtors not shown are consolidated into other entities, and therefore, do not report receipts/disbursements. Philadelphia Academic Medical Associates, LLC (19-11469), HPS of PA, L.L.C. (19-11470), St. Christopher's Pediatric Urgent Care Center, L.L.C. (19-11472), SCHC Pediatric Anesthesia Associates, L.L.C. (19-11473), TPS of PA, L.L.C. (19-11475).
2 - Non-patient specific receipts are being deposited to a PAHS bank acount.
3 - For reporting purposes, HUH practice group collections are included in Hahnemann collections and STC practice group collections are included in the St. Christopher's collections.
4 - Includes payments received from preference recovery process.
5 - For presentation purposes in light of the new MOR formatting requirements, and because such amounts are funded out of a Philadelphia Academic Health System ("PAHS") bank account, the profeesional fee and expense detail for each month is shown in the PAHS monthly operating report. However, because the Debtors have historically allocated the professional fee disbursements to Center City Healthcare, LLC and St. Christopher's Healthcare, LLC in their records, such amounts are allocated to each such debtor herein.
6 - Reconciliation of monthly operating report to actual cash balance per books.
7 - Under the cash management system, disbursements made out of the PAHS concentration account and collections for each debtor are transferred to this account. As a result, the reported cash balance on the MOR form will be different from the cash balance per the Debtors' books since the MOR shows the collections and disbursement activity broken down by debtor.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*   Case No. 19-11466 (MFW)
Debtors   Reporting Period: August 1, 2021 - August 31, 2021

**Schedule of Debtor Bank Account Balances**

| Bank Account | Bank | Account Holder | Account Name | Beginning Account Balance | Deposits | Disbursements | Ending Account Balance |
|---|---|---|---|---|---|---|---|
| 4834 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Voluntary Benefits | $696 | $0 | $0 | $696 |
| 5202 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Merchant Credit Card Deposits | 7,476 | - | (0) | 7,475 |
| 5981 | WELLS FARGO BANK, N.A. | Center City Healthcare | Non-Government Account | - | 242,176 | (242,176) | - |
| 5998 | WELLS FARGO BANK, N.A. | Front Street Healthcare Properties | | - | - | - | - |
| 6004 | WELLS FARGO BANK, N.A. | Broad Street Healthcare Properties | | - | - | - | - |
| 6005 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Non-Government Account | - | 9,326 | (9,326) | - |
| 6021 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Concentration Account | 31,160,456 | 634,314 | (3,186,650.30) | 28,608,119 |
| 6030 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Benefits Claim Self-Funding | - | - | - | - |
| 6039 | WELLS FARGO BANK, N.A. | Center City Healthcare | Operating Account | - | - | - | - |
| 6048 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Dental Claims Self-Funding | 278 | - | - | 278 |
| 6054 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Operating Account | - | - | - | - |
| 6062 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | | - | - | - | - |
| 6063 | WELLS FARGO BANK, N.A. | Philadelphia Academic Health System | Master Deposit Account | - | 264,432 | (264,432) | - |
| 6070 | WELLS FARGO BANK, N.A. | Center City Healthcare | Payroll Account | 500 | - | - | 500 |
| 6071 | WELLS FARGO BANK, N.A. | Center City Healthcare | Government Deposit Account | - | - | - | - |
| 6096 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Payroll Account | 280,500 | - | - | 280,500 |
| 6097 | WELLS FARGO BANK, N.A. | St. Christopher's Healthcare | Government Deposit Account | - | - | - | - |
| 8873 | WELLS FARGO BANK, N.A. | Philadelphia Academic Medical Associates | Operating Account | - | - | - | - |
| 9146 | WELLS FARGO BANK, N.A. | TPS V of PA | Non-Government Account | - | 1,235 | (1,235) | - |
| 9310 | WELLS FARGO BANK, N.A. | St. Chris Care At Northeast Pediatrics | Government Account | - | - | - | - |
| 9328 | WELLS FARGO BANK, N.A. | St. Chris Care At Northeast Pediatrics | Non-Government Account | - | 1,616 | (1,616) | - |
| 9336 | WELLS FARGO BANK, N.A. | TPS of PA | Government Account | - | - | - | - |
| 9344 | WELLS FARGO BANK, N.A. | TPS of PA | Non-Government Account | - | - | - | - |
| 9351 | WELLS FARGO BANK, N.A. | TPS II of PA | Government Account | - | - | - | - |
| 9369 | WELLS FARGO BANK, N.A. | TPS II of PA | Non-Government Account | - | 3,599 | (3,599) | - |
| 9377 | WELLS FARGO BANK, N.A. | TPS III of PA | Government Account | - | - | - | - |
| 9385 | WELLS FARGO BANK, N.A. | TPS III of PA | Non-Government Account | - | - | - | - |
| 9393 | WELLS FARGO BANK, N.A. | TPS IV of PA | Government Account | - | - | - | - |
| 9401 | WELLS FARGO BANK, N.A. | TPS IV of PA | Non-Government Account | - | 30 | (30) | - |
| 9419 | WELLS FARGO BANK, N.A. | TPS V of PA | Government Account | - | - | - | - |
| 9500 | WELLS FARGO BANK, N.A. | HPS of PA | Government Account | - | - | - | - |
| 9518 | WELLS FARGO BANK, N.A. | HPS of PA | Non-Government Account | - | 48 | (48) | - |
| 9526 | WELLS FARGO BANK, N.A. | SCHC Pediatric Associates | Government Account | - | - | - | - |
| 9534 | WELLS FARGO BANK, N.A. | SCHC Pediatric Associates | Non-Government Account | - | 192 | (192) | - |
| 9542 | WELLS FARGO BANK, N.A. | St. Christopher's Pediatric Urgent Care | Government Account | - | - | - | - |
| 9559 | WELLS FARGO BANK, N.A. | St. Christopher's Pediatric Urgent Care | Non-Government Account | - | 2,157 | (2,157) | - |
| 9567 | WELLS FARGO BANK, N.A. | SCHC Pediatric Anesthesia Associates | Government Account | - | - | - | - |
| 9575 | WELLS FARGO BANK, N.A. | SCHC Pediatric Anesthesia Associates | Non-Government Account | - | 7,235 | (7,235) | - |
| **Total** | | | | **$31,449,906** | **$1,166,359** | **($3,718,696)** | **$28,897,569** |
| | | | | $4,802 | | Petty Cash | $4,802 |
| | | | Total | **$31,454,707** | | Total | **$28,902,370** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***     **Case No. 19-11466 (MFW)**
Debtors     Reporting Period: August 1, 2021 - August 31, 2021

## STATEMENT OF OPERATIONS
(Consolidated Income Statement)[1]

| REVENUES | August 2021 | Cumulative Filing to Date |
|---|---:|---:|
| Revenues | - | $905,518,153 |
| Less: Reductions | - | (801,734,846) |
| Net Revenue | $ - | $103,783,307 |
| **OPERATING EXPENSES** | | |
| Salaries, wages and benefits | 102,830 | $112,660,997 |
| Supplies expense | - | 23,774,521 |
| Other controllable expenses [2] | 15,963 | 91,636,365 |
| Non-controllable expenses [3] | 98,515 | 45,073,924 |
| Midcap term loan | - | 1,597,750 |
| Total Operating Expenses | 217,308 | 274,743,558 |
| Net Profit (Loss) Before Other Income & Expenses | ($217,308) | ($170,960,251) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Revenue [4] | 535,000 | $37,139,522 |
| Proceeds from Equipment Sale [5] | - | 1,597,750 |
| Proceeds from Tenet Contribution | - | 2,800,000 |
| Proceeds from sale of STC (Net) | - | 14,609,471 |
| Other Non-Operating Income [6] | - | 3,272,942 |
| Other Non-Operating Income [7] | - | (10,170,532) |
| Interest Expense | - | 2,855,203 |
| Net Profit (Loss) Before Reorganization Items | $317,692 | ($124,880,472) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 2,952,523 | $12,046,378 |
| Professional Fees - Escrow | - | 9,639,105 |
| U. S. Trustee Quarterly Fees | - | 2,878,712 |
| Total Reorganization Expenses | 2,952,523 | $24,564,195 |
| Net Profit (Loss) | ($2,634,831) | ($149,444,667) |

1 - The unconsolidated Statements of Income (unaudited) are provided subsequent to the continuation sheet.
2 - See #1 on attached Continuation Sheet.
3 - Excludes Professional and UST Fees. See #2 on attached Continuation Sheet.
4 - Other Revenue for August 2021 includes an Accrual of Accounts Receivable based on August and September collections. Other Revenue from July 2019 - December 2019.
5 - Additional proceeds for miscellaneous asset sales offset against the HSRE administrative expense claim.
6 - Accounts Receivable in excess of what was accrued on debtors books and records due to the transition of accounting systems post-sale of STC.
7 - Consists the write-down of balance sheet accounts that occured in January 2020 as adjusted for additional collections on Accounts Receivable expected

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***     Case No. 19-11466 (MFW)
Debtors     Reporting Period: August 1, 2021 - August 31, 2021

### STATEMENT OF OPERATIONS - continuation sheet

| Ref | BREAKDOWN OF "OTHER" CATEGORY | August 2021 | Cumulative Filing to Date |
|---|---|---:|---:|
| 1 | **Other Controllable Expenses** | | |
| | Administrative Claims | - | $962,777 |
| | Bank Fees | 15,963 | 96,939 |
| | 1199 Pension and Benefits | - | 39,546 |
| | 2019 OCE (See 2019 MORs) | - | 90,537,008 |
| | **Total Other Controllable Expenses** | **15,963** | **$91,636,270** |
| 2 | **Non-Controllable Expenses** | | |
| | Insurance - RRG | - | $2,400,000 |
| | Conifer Fee | - | 480,000 |
| | Tenet/Conifer Extension Fees | - | 1,203,118 |
| | Conifer Cash Collection Fee | - | 389,534 |
| | NEXCOR CAM CHARGE | - | 482,349 |
| | Insurance Costs | - | 869,503 |
| | Cost Report Preparation | - | 40,176 |
| | Other Employment Related Costs | - | 8,074 |
| | Medical Claims | - | 383,203 |
| | Professional Fees | 2,783,288 | $13,615,681 |
| | Shutdown / Maint./Utilites (not Nexcor) | - | 829,079 |
| | Administrative Claims | 68,515 | 2,666,515 |
| | OMNI / Noticing / Publication / Solitication | 169,235 | 2,462,144 |
| | US Trustee | - | 2,880,987 |
| | Tail Coverage/MedMal | - | 6,281,638 |
| | HSRE | - | 1,259,385 |
| | Board Fees | 30,000 | 520,000 |
| | 2019 NCE (See 2019 MORs) | - | 23,259,930 |
| | **Total Non-Controllable Expenses** | **$3,051,038** | **$60,031,317** |
| 3 | **Other Revenue - Pre-January 2020** | | |
| | 8727    REV - CAPITATION & | - | $240,888 |
| | 8904    RENTAL REVENUE | - | 10,875 |
| | 8905    OTHER REV-PARKING L | - | 614,614 |
| | 8908    SUB-LEASE INCOME | - | 78,199 |
| | 8913    RESIDENCY PROGRAM R | - | 604,026 |
| | 8946    VENDING MACHINES CO | - | 44,641 |
| | 8955    OTHER INCOME MED RE | - | 50,280 |
| | 8975    MISC REVENUE | 535,000 | 16,682,149 |
| | 8909    INCOME RELATED INTI | - | 9,704,895 |
| | 8910    NURSING SCHOOL TUIT | - | 170,159 |
| | 8916    CAFETERIA REVENUE | - | 642,342 |
| | 8970    OTHER REV-SHARED RI | - | 7,544 |
| | 8980    OTHER REVENUES | - | 6,603,665 |
| | 8921    MISC REV UNRESTRICT | - | 29,162 |
| | 8972    MANAGEMENT FEES REV | - | 1,656,086 |
| | **Total Other Revenue** | **535,000** | **$37,139,525** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***     Case No. 19-11466 (MFW)
**Debtors**     Reporting Period: August 1, 2021 - August 31, 2021

**Statements of Income (unaudited) [1]**
August 1, 2021 - August 31, 2021

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. [2] | TPS III of PA, L.L.C. [2] | SCHC Pediatric Associates, L.L.C. [3] | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. [2] | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC [4] | Consolidated Entities Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Net patient revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other revenue | 535,000 | - | - | - | - | - | - | - | - | 535,000 |
| Net revenue | 535,000 | - | - | - | - | - | - | - | - | 535,000 |
| Operating charges: | | | | | | | | | | |
| Salaries, wages and benefits | 32,270 | 12,590 | - | - | - | - | - | - | 57,971.16 | 102,830.16 |
| Supplies expense | - | - | - | - | - | - | - | - | - | - |
| Other controllable expenses | 4,000 | 2,359 | - | - | - | - | - | - | 9,604.08 | 15,963.38 |
| Non-controllable expenses | 1,586,142 | 1,447,722 | - | - | - | - | - | - | 17,173.32 | 3,051,037.81 |
| Total operating expenses | 1,622,412 | 1,462,671 | - | - | - | - | - | - | 84,749 | 3,169,831 |
| EBITDA | (1,087,412) | (1,462,671) | - | - | - | - | - | - | (84,749) | (2,634,831) |
| Non-Operating Income | - | - | - | - | - | - | - | - | - | - |
| PRE-TAX INCOME | $ (1,087,412) | $ (1,462,671) | $ - | $ - | $ - | $ - | $ - | $ - | $ (84,749) | $ (2,634,831) |

<u>*Notes*</u>

1 - The balance sheets and statements of income presented herein reflect the unadjusted operations of Philadelphia Academic Health System, LLC ("PAHS"). Only 9 of the 14 debtor entities are shown in the consolidated financials. The other debtor entities roll up to the listed debtor entities, explained in the below notes. As of January 2020, due to the loss of debtors internal accounting system, financial statements are reported on a modified cash basis.

2 - TPS of PA, L.L.C. does not report financials; however, has leasehold interests reported on respective subsidiary entities.

3 - Includes consolidated subsidiary debtor entities: St. Christopher's Pediatric Urgent Care Center, L.L.C. and SCHC Pediatric Anesthesia Associates, L.L.C.

4 - Includes consolidated subsidiary debtor entities HPS of PA L.L.C. and Philadelphia Academic Medical Associates.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,**   Case No. 19-11466 (MFW)
   Debtors                                                                     Reporting Period: August 1, 2021 - August 31, 2021

### BALANCE SHEET
### (Consolidated)

**ASSETS**

| CURRENT ASSETS | August 2021 |
|---|---|
| Unrestricted Cash and Equivalents | $28,902,370.20 |
| Accounts Receivable (Net) | 1,546,181.73 |
| *TOTAL CURRENT ASSETS* | **$44,600,288.59** |
| **TOTAL ASSETS** | **$44,600,288.59** |

**LIABILITIES AND OWNER EQUITY**

| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | August 2021 |
|---|---|
| Accounts payable [1] | $1,039,936.49 |
| Accrued Liabilities - Employee Obligations | 1,616,118.00 |
| *TOTAL POSTPETITION LIABILITIES* | **$2,656,054.49** |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) - See continuation schedule #2* | |
| Accounts payable | $160,685,971.84 |
| Accrued Expenses - Employee Obligations | 18,698,796.01 |
| Accrued Liabilities - Other [2] | 28,009,182.74 |
| Patient credit balances | 10,565,463.00 |
| Due to PAHH | 604,838.00 |
| Priority Unsecured Debt - Taxes | 578,928.10 |
| *TOTAL PRE-PETITION LIABILITIES* | **$219,143,179.69** |
| | |
| *TOTAL LIABILITIES* | **$221,799,234.18** |
| *OWNER EQUITY* | |
| Capital surplus | $96,522,038.00 |
| Retained earnings | (267,689,403.91) |
| Additions | 0.00 |
| Profit (loss) | (6,031,579.68) |
| *NET OWNER EQUITY* | **($177,198,945.59)** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$44,600,288.59** |

*Notes:*
1 - Unconsolidated Balance Sheet (unaudited) provided on the subsequent pages.
2 - Accrued Liabilities - Other is adjusted as of January 2020. Remaining accruals include city and state hospital assessments, medicare/medicaid payment accruals, and taxes.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*  Case No. 19-11466 (MFW)
Debtors  Reporting Period: August 1, 2021 - August 31, 2021

**PRE-PETITION LIABILITIES - Continuation schedule**

*PRE-PETITION LIABILITIES*

| Debtor | Accounts Payable | Other Accrued | Accrued Employee Obligations | Credit Balances | Due to PAHH | Taxes Owed | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|
| Center City Healthcare, LLC | $ 104,588,004 | $ 22,862,718 | $ 6,094,015 | $ 4,230,647 | $ - | $ 576,298 | $ 138,351,682 |
| St. Christopher's Healthcare, LLC | 15,409,363 | 4,985,832 | 3,316,599 | 2,753,801 | 604,838 | 1,258 | 27,071,691 |
| TPS IV of PA, L.L.C. | 10,449,439 | - | - | 647,602 | - | - | 11,097,041 |
| TPS III of PA, L.L.C. | 320,529 | - | - | 8,508 | - | - | 329,037 |
| SCHC Pediatric Associates, L.L.C. | 14,404,220 | 56,933 | - | 2,558,475 | - | 1,372 | 17,021,000 |
| StChris Care at Northeast Pediatrics, L.L.C. | 266,441 | 291 | - | 127,761 | - | - | 394,493 |
| TPS II of PA, L.L.C. | 393,914 | 61,635 | - | 76,343 | - | - | 531,892 |
| TPS V of PA, L.L.C. | 461,429 | 440 | - | 162,326 | - | - | 624,195 |
| Philadelphia Academic Health System, LLC | 14,392,633 | 41,334 | - | - | - | - | 14,433,967 |
| Accrued Payroll: Physicians Groups | - | - | 9,288,182 | - | - | - | 9,288,182 |
| Less: Pre-Petition Payroll Paid Post-Petition | - | - | - | - | - | - | - |
| **Total** | **160,685,972** | **28,009,183** | **18,698,796** | **10,565,463** | **604,838** | **578,928** | **219,143,180** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***      Case No. 19-11466 (MFW)
**Debtors**      Reporting Period: August 1, 2021 - August 31, 2021

**Balance Sheets (unaudited)** [1, 2]
As of August 31, 2021

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. [3] | TPS III of PA, L.L.C. [3] | SCHC Pediatric Associates, L.L.C. [4] | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. [3] | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC [5] | Consolidated Entities Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | | | | |
| Cash and cash equivalents | | | | | | | | | | |
|   Unrestricted cash | $ 5,302 | $ 280,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ 28,616,569 | $ 28,902,370 |
| Accounts Receivable - 2020 | 6,094 | 1,413,100 | 84,057 | 42,930 | - | - | - | - | - | 1,546,182 |
| Inventory [6] | - | - | - | - | - | - | - | - | - | - |
| Prepaid expenses | - | - | - | - | - | - | - | - | - | - |
| Other current assets [7] | 6,873,551 | 30,898,173 | (1,943,070) | (71,421) | (7,704,960) | (618,321) | (375,593) | (1,107,430) | (11,799,193) | 14,151,737 |
| Total current assets | 6,884,947 | 32,591,773 | (1,859,013) | (28,491) | (7,704,960) | (618,321) | (375,593) | (1,107,430) | 16,817,375 | 44,600,289 |
| Purchased assets - unallocated | | | | | | | | | | |
|   Property and equipment [8] | - | - | - | - | - | - | - | - | - | - |
|   Less: accumulated depreciation | - | - | - | - | - | - | - | - | - | - |
| Property and equipment, net | - | - | - | - | - | - | - | - | - | - |
| Other assets | | | | | | | | | | |
| Philadelphia Academic Risk Retention Group, LLC | - | - | - | - | - | - | - | - | - | - |
| Due from Philadelphia Academic Health Holdings, LLC | - | - | - | - | - | - | - | - | - | - |
| Other intangibles and deferred assets | - | - | - | - | - | - | - | - | - | - |
| Accumulated amortization | - | - | - | - | - | - | - | - | - | - |
| **TOTAL ASSETS** | $ 6,884,947 | $ 32,591,773 | $ (1,859,013) | $ (28,491) | $ (7,704,960) | $ (618,321) | $ (375,593) | $ (1,107,430) | $ 16,817,375 | $ 44,600,289 |
| **LIABILITIES AND EQUITY** | | | | | | | | | | |
| **Post-Petition** | | | | | | | | | | |
| Accounts payable | 654,076 | 385,861 | - | - | - | - | - | - | - | 1,039,936 |
| Accrued liabilities/expenses | | | | | | | | | | - |
|   Employee Obligations [6] | 1,544,127 | - | - | - | - | - | - | - | 71,991 | 1,616,118 |
| Short term debt | - | - | - | - | - | - | - | - | - | - |
| Total Post-Petition Liabilities | 2,198,203 | 385,861 | - | - | - | - | - | - | 71,991 | 2,656,054 |
| **Pre-Petition** | | | | | | | | | | |
| Accounts payable - Pre-petition [2,9] | 104,588,004 | 15,409,363 | 10,449,439 | 320,529 | 14,404,220 | 266,441 | 393,914 | 461,429 | 14,392,633 | 160,685,972 |
| Patient credit balances | 4,230,647 | 2,753,801 | 647,602 | 8,508 | 2,558,475 | 127,761 | 76,343 | 162,326 | - | 10,565,463 |
| Accrued liabilities/expenses | | | | | | | | | | |
|   Employee Obligations [6] | 6,094,015 | 3,316,599 | 1,158,085 | 43,441 | 7,191,434 | 133,811 | 584,831 | 176,579 | - | 18,698,796 |
|   Other [8] | 22,677,380 | 430,741 | - | - | 58,305 | 291 | 61,635 | 440 | 5,359,318 | 28,588,111 |
| Intercompany | 13,865,683 | (127,424,052) | 10,354,883 | 1,231,084 | 45,156,448 | (108,233) | (2,353,840) | (1,461,217) | 61,344,082 | 604,838 |
| Due to PAHH | - | - | - | - | - | - | - | - | - | - |
| Total Pre-Petition liabilities | 151,455,729 | (105,513,547) | 22,610,010 | 1,603,562 | 69,368,882 | 420,070 | (1,237,117) | (660,443) | 81,096,033 | 219,143,180 |
| **Total liabilities** | 153,653,932 | (105,127,686) | 22,610,010 | 1,603,562 | 69,368,882 | 420,070 | (1,237,117) | (660,443) | 81,168,024 | 221,799,234 |
| **EQUITY** | | | | | | | | | | |
| Capital surplus | 44,142,262 | 46,129,259 | 2,214,190 | 403,277 | 2,620,965 | 185,750 | 773,229 | 53,106 | - | 96,522,038 |
| Retained earnings | (188,163,714) | 94,205,859 | (26,683,213) | (2,035,330) | (79,694,807) | (1,224,141) | 88,295 | (500,093) | (63,682,262) | (267,689,404) |
| Profit (loss) | (2,747,533) | (2,615,659) | - | - | - | - | - | - | (668,388) | (6,031,580) |
| **TOTAL EQUITY** | (146,768,984) | 137,719,459 | (24,469,023) | (1,632,053) | (77,073,842) | (1,038,391) | 861,524 | (446,987) | (64,350,649) | (177,198,946) |
| **TOTAL LIABILITIES & EQUITY** | $ 6,884,947 | $ 32,591,773 | $ (1,859,013) | $ (28,491) | $ (7,704,960) | $ (618,321) | $ (375,593) | $ (1,107,430) | $ 16,817,375 | $ 44,600,289 |
| | | | | | | | | | | - |

*Notes*

1 - The balance sheets and statements of income presented herein reflect the unadjusted operations of Philadelphia Academic Health System, LLC ("PAHS"). Only 9 of the 14 debtor entities are shown in the consolidated financials. The debtor entities not listed roll up to the listed debtor entities, explained in the below notes.
2 - Includes prior period AP Adjustment totaling $6.824MM.
3 - TPS of PA, L.L.C. does not report financials; however, has leasehold interests reported on respective subsidiary entities.
4 - SCHC Pediatric Associates, L.L.C. includes consolidated subsidiary debtor entities: St. Christopher's Pediatric Urgent Care Center, L.L.C. and SCHC Pediatric Anesthesia Associates, L.L.C.
5 - Includes consolidated subsidiary debtor entities HPS of PA L.L.C. and Philadelphia Academic Medical Associates.
6 - Accrued employee obligations are comprised mostly of union dues, pension, PTO and benefit accruals.
7 - During July 2021, Other Current Assets was reconciled to tie to the amounts disclosed in the November 2019 MOR, net of cash receipts. This adjustment was done to match supplemental payments received in Accounts Receivable that had already been recognized in income in prior periods.
8 - Accrued Liabilities - Other is adjusted as of January 2020. Remaining accruals include city and state hospital assessments, medicare/medicaid payment accruals, and taxes, including priority unsecured tax debt. Accruals are subject to change pending a confirmation of the assessment values.
9 - Also in July of 2021, the pre-petition liabilities were increased by approximately $10.1 million to recognize the liability due to Tenet/Confier as provided in the settlement agreement.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*  **Case No. 19-11466 (MFW)**
Debtors  **Reporting Period: August 1, 2021 - August 31, 2021**

### SUMMARY OF UNPAID POSTPETITION DEBTS

| Type | Number of Days Past Due | | | | |
|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $0 | $0 | $0 | $1,039,936 | $1,039,936 |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*  
Debtors

Case No. 19-11466 (MFW)  
Reporting Period: August 1, 2021 - August 31, 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | July 2021 | August 2021 |
|---|---:|---:|
| Total Accounts Receivable at the beginning of the reporting period | $1,637,013 | $1,599,676 |
| + Amounts billed during the period | 0 | 0 |
| + STC Straddle Payment | 0 | 0 |
| + Additional HUH A/R Additions | 0 | 0 |
| + Collections Expected | 150,000 | 535,000 |
| - Amounts collected during the period | (187,336) | (588,494) |
| Total Accounts Receivable at the end of the reporting period | $1,599,676 | $1,546,181 |

| Accounts Receivable Aging | July 2021 | August 2021 |
|---|---:|---:|
| 0 - 30 days old | 0 | 0 |
| 31 - 60 days old | 0 | 0 |
| 61 - 90 days old | 0 | 0 |
| 91+ days old | 1,599,676 | 1,546,181 |
| **Total Accounts Receivable** | **1,599,676** | **1,546,181** |