## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| Center City Healthcare, LLC, d/b/a, ) | Case No.: 19-11466 MFW |
| Hahnemann University Hospital, et al. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Docket # 2765 |

## ORDER

HAVING REVIEWED AND CONSIDERED Leslie Caldwell's ("Movant's") Motion to Allow Proof of Claim, and finding good cause for said Motion,

IT IS ORDERED that the Motion is GRANTED as set forth herein; and

IT IS FURTHER ORDERED that Movant's Proof of Claim filed on July 23, 2021, will be deemed timely filed.

**Dated: September 22nd, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**