**EXHIBIT A**

**Fee Chart**

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | TOTAL |
|---|---|---|---|---|---|---|---|
| **Saul Ewing Arnstein & Lehr LLP (Counsel to the Debtors) (Docket No. 2695)** | *(Interim)* 07/01/20 – 09/30/20 | **$903,177.65** | **$27,498.22** | **$0.00** | **$903,177.65** | **$27,498.22** | **$930,675.87** |
| **Saul Ewing Arnstein & Lehr LLP (Counsel to the Debtors) (Docket No. 2696)** | *(Interim)* 10/01/20 – 12/31/20 | **$1,276,310.25** | **$50,541.27** | **$0.00** | **$1,276,310.25** | **$50,541.27** | **$1,326,851.52** |
| **Klehr Harrison Harvey Branzburg LLP (Special Counsel to the Debtors) (Docket No. 2721)** | *(Interim)* 04/01/20 – 09/30/20 | **$57,868.20** | **$65.85** | **$0.00** | **$57,868.20** | **$65.85** | **$57,934.05** |
| **Klehr Harrison Harvey Branzburg LLP (Special Counsel to the Debtors) (Docket No. 2722** | *(Interim)* 10/01/20 – 12/31/20 | **$72,616.50** | **$1,141.71** | **$0.00** | **$72,616.50** | **$1,141.71** | **$73,758.21** |
| **Sills Cummis & Gross, P.C. (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 2675)** | *(Interim)* 07/01/20 – 09/30/20 | **$479,562.50** | **$9,439.81** | **$0.00** | **$479,562.50** | **$9,439.81** | **$489,002.31** |
| **Sills Cummis & Gross, P.C. (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 2704)** | *(Interim)* 10/01/20 – 12/31/20 | **$190,750.00** | **$5,616.70** | **$0.00** | **$190,750.00** | **$5,616.70** | **$196,366.70** |
| **Fox Rothschild LLP (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 2706)** | *(Interim)* 07/01/20 – 09/30/20 | **$12,672.00** | **$22.25** | **$0.00** | **$12,672.00** | **$22.25** | **$12,694.25** |
| **Fox Rothschild LLP (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 2707)** | *(Interim)* 10/01/20 – 12/31/20 | **$29,612.50** | **$134.40** | **$0.00** | **$29,612.50** | **$134.40** | **$29,746.90** |

38972652.1 09/22/2021

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | TOTAL |
|---|---|---|---|---|---|---|---|
| **Berkeley Research Group, LLC (Financial Advisor to the Official Committee of Unsecured Creditors) (Docket No. 2717)** | *(Interim)* 04/01/20 – 09/30/20 | **$74,349.00** | **$0.00** | **$0.00** | **$74,349.00** | **$0.00** | $74,349.00 |
| **Berkeley Research Group, LLC (Financial Advisor to the Official Committee of Unsecured Creditors) (Docket No. 2777)** | *(Interim)* 10/01/20 – 12/31/20 | **$38,313.00** | **$0.00** | **$0.00** | **$38,313.00** | **$0.00** | $38,313.00 |
| **TOTAL** | | $3,135,231.60 | $94,460.21 | $0.00 | $3,135,231.60 | $94,460.21 | $3,229,691.81 |

2