# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466 (MFW) <br><br> Jointly Administered <br><br> **Related D.I. No.:  D.I. 2578** <br><br> **Hearing Date: October 12, 2021, at 10:30 a.m. (ET)** |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that on July 12, 2021, HSREP VI Holding, LLC and its affiliates (collectively, the "JV Entities"), filed the *Cross-Motion of HSREP VI Holding, LLC and Its Affiliates' for Entry of an Order Compelling Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations* [D.I. 2578] (the "Cross-Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Cross-Motion was initially to be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the undersigned counsel for the JV Entities on or before August 13, 2021, at 4:00 pm (ET) (the "Objection Deadline"), which Objection Deadline was extended for the Debtors and the MBNF Non-Debtor Entities to September 14, 2021, at 4:00 pm (ET).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Cross-Motion was initially scheduled to be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on August 24, 2021 at 2:00 p.m. (ET), which was rescheduled to September 23, 2021.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Cross-Motion is now scheduled to be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **October 12, 2021, at 10:30 a.m. (ET)**.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

EAST\185188898.1

| | |
|---|---|
| Dated: September 23, 2021 | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>*/s/ Stuart M. Brown*<br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: Stuart.Brown@us.dlapiper.com<br><br>-and-<br><br>Richard A. Chesley (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: Richard.Chesley@us.dlapiper.com<br><br>*Counsel to the JV Entities* |