## **CERTIFICATE OF SERVICE**

      I, Stuart M. Brown, hereby certify that on this 23rd day of September, 2021, I caused a true and correct copy of the foregoing *Notice of Rescheduled Hearing* to be served via CM/ECF upon the parties registered to receive CM/ECF and on the parties on the attached list in the manner indicated.

/s/ *Stuart M. Brown*
Stuart M. Brown (DE#4050)

EAST\185188898.1

**SERVICE LIST**

**Counsel for Vicinity Energy Philadelphia, Inc. (via email)**
Howard A. Cohen
hcohen@gibbonslaw.com
Dale E. Barney
dbarney@gibbonslaw.com

**Counsel to the Debtors (via email)**
Monique Bair DeSabatino
monique.disabatino@saul.com
Jeffrey C. Hampton
jeffrey.hampton@saul.com
Adam H. Isenberg
aisenberg@saul.com
Mark Minuti
mark.minuti@saul.com

**United States Trustee (via email)**
Benjamin A. Hackman
benjamin.a.hackman@usdoj.gov

**Counsel to the Propcos and Master Lease Guarantors (via email)**
Suzzanne Uhland
suzzane.uhland@lw.com
T.J. Li
tj.li@lw.com