## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due:  October 13, 2021 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

## TWENTY FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021</u>

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | July 1, 2021 – July 31, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | $96,200.00  (80% of $120,250.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,025.97 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $895 | 26.6 | $23,807.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $795 | 75.2 | $59,784.00 |
| Rachel E. Brennan | Associate, Bankruptcy First Bar Admission: 2012 | $650 | 77.6 | $50,440.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $625 | 13.0 | $8,125.00 |
| **Total Fees at Standard Rates** | | | **192.4** | **$142,156.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **192.4** | **$120,250.00** |

[1] Effective October 1, 2020, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $825 to $895; the hourly rate of Boris Mankovetskiy was increased from $750 to $795; the hourly rate of Rachel Brennan was increased from $595 to $650; and the hourly rate of Gregory Kopacz was increased from $550 to $625.  However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

126509266.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 113.4 | $78,901.00 |
| Asset Disposition (102) | 4.7 | $3,736.50 |
| Case Administration (104) | 27.6 | $21,909.00 |
| Claims Administration and Objections (105) | 31.4 | $27,503.00 |
| Fee/Employment Applications (107) | 10.1 | $6,312.50 |
| Fee/Employment Objections (108) | 0.3 | $187.50 |
| Litigation (Other than Avoidance Action Litigation) (110) | 0.2 | $125.00 |
| Avoidance Action Litigation (111) | 3.9 | $2,862.50 |
| Relief from Stay Proceedings (114) | 0.8 | $619.00 |
| **Total Fees at Standard Rate** | **192.4** | **$142,156.00** |
| **Total Fees at $625 Blended Rate[1]** | **192.4** | **$120,250.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Lexis-Nexis | $611.27 |
| Litigation Support Vendors (UnitedLex) | $1,414.70 |
| **TOTAL** | **$2,025.97** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

126509266.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: October 13, 2021 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**TWENTY FIFTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy

Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the

"Local Rules"), and the *Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills

Cummis & Gross P.C. ("Sills") files this *Twenty Fifth Application for Allowance of

Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the

Official Committee of Unsecured Creditors for the Period From July 1, 2021 Through July 31,

2021* (the "Application"), seeking allowance of $96,200.00 (80% of $120,250.00) in fees, *plus*

$2,025.97 for reimbursement of actual and necessary expenses, for a total of $98,225.97.

**Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for

relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of

126509266.1

Unsecured Creditors (the "Committee") [D.I. 182].

3.    The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.    All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.    The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6.    Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A.    Asset Analysis and Recovery

Fees: $78,901.00;    Total Hours: 113.4

5

This category includes time spent investigating and pursuing potential claims and causes of action against certain non-debtor affiliates and other parties, including entities affiliated with HSRE and the MBNF non-debtor entities, including time spent: (a) reviewing documents produced in response to discovery requests and conducting related analysis; (b) addressing mediation issues, including preparing related materials, charts and information requests, analyzing a mediation brief submitted by the MBNF non-debtor entities, preparing a response thereto, and conducting related research and analysis; (c) reviewing and analyzing a motion to appoint a chapter 11 trustee and a related motion to seal, as well as other related documents, and conducting related research and analysis; (d) addressing issues related to HSRE's motion to intervene in mediation and a related proposed order; (e) analyzing issues related to a proposed NDA with insurance carriers; (f) analyzing insurance coverage issues; (g) analyzing, reviewing and addressing issues related to complaints filed against the MBNF non-debtor entities and HSRE; and (h) communicating with Debtors' counsel, the Committee members, the mediator, and others regarding the foregoing and related issues.

B.    <u>Asset Disposition</u>

Fees: $3,736.50;    Total Hours: 4.7

This category includes time spent analyzing issues and documents related to a proposed insurance transaction.

C.    <u>Case Administration</u>

Fees: $21,909.00;    Total Hours: 27.6

This category includes time spent: (a) preparing updates to the Committee members; (b) attending Committee meetings; (c) communicating with Debtors' counsel and creditors regarding pending matters; (d) analyzing a proposed agreement with MBNF; (e) analyzing and revising a

proposed agreement with PAHH; and (f) analyzing court pleadings and updating the "critical dates" calendar.

D.    Claims Administration and Objection

Fees: $27,503.00;    Total Hours: 31.4

This category includes time spent: (a) preparing for and attending numerous mediation sessions, and conducting related research and analysis, including reviewing documents; (b) addressing various corporate governance issues, including conducting related research and analysis and drafting a related letter; (c) analyzing claims filed against the Debtors' estates and related counterclaims; and (d) communicating with the Committee members, Debtors' counsel, the mediator, counsel to MBNF and counsel to HSRE regarding the foregoing and related issues.

E.    Fee/Employment Applications

Fees: $6,312.50;    Total Hours: 10.1

This category includes time spent preparing Sills' May, June and fifth interim fee applications.

F.    Fee/Employment Objections

Fees: $187.50;    Total Hours: 0.3

This category includes time spent reviewing the Debtors' professionals' fee applications.

G.    Litigation (Other than Avoidance Action Litigation)

Fees: $125.00;    Total Hours: 0.2

This category includes time spent analyzing a motion to appoint a chapter 11 trustee.

H.    Avoidance Action Litigation

Fees: $2,862.50;    Total Hours: 3.9

This category includes time spent analyzing proposed preference settlements.

7

I.      Relief from Stay Proceedings

       Fees: $619.00;      Total Hours: 0.8

This category includes time spent analyzing motions seeking stay relief.

**Conclusion**

7.      Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $96,200.00 (80% of $120,250.00) as compensation, *plus* $2,025.97 for reimbursement of actual and necessary expenses, for a total of $98,225.97, and that such amounts be authorized for payment.

Dated: September 23, 2021
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
       bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

## <u>VERIFICATION</u>

STATE OF NEW JERSEY    )
                                ) SS:
COUNTY OF MORRIS       )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                              */s/ Andrew H. Sherman*
                                              Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City | September 1, 2021 |
| Healthcare LLC d/b/a Hahnemann University Hospital | Client/Matter No. 08650118.000001 |
| c/o Conifer Health Solutions, Committee Chair | Invoice: 2006733 |
| 3560 Dallas Parkway | Billing Attorney: AHS |
| Frisco, TX  75034 | |
| | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through July 31, 2021

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 04/20/21 | REB | 101 | Draft internal emails regarding documents produced by MBNF entities in connection with investigation. | 4.10 | $2,665.00 |
| 04/21/21 | REB | 101 | Call with A. Isenberg re: case update issues. | 0.70 | $455.00 |
| 07/01/21 | BM | 101 | Analysis regarding response to PAHH's actions with respect to Debtors' independent managers and CRO. | 1.40 | $1,113.00 |
| 07/01/21 | BM | 101 | Analysis regarding potential interim agreement with Freedman-related parties. | 1.30 | $1,033.50 |
| 07/01/21 | BM | 101 | Analysis regarding proposed motion to seal MBNF's motion to appoint trustee. | 0.60 | $477.00 |
| 07/01/21 | REB | 101 | Research in connection with MBNF attempted removals. | 3.40 | $2,210.00 |
| 07/01/21 | REB | 101 | Call with A. Isenberg re: research in connection with MBNF attempted removals. | 0.60 | $390.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/02/21 | BM | 101 | Analysis regarding Committee's potential actions in response to PAHH's and Freedman's governance changes of the Debtors. | 1.20 | $954.00 |
| 07/02/21 | BM | 101 | Call with mediator and mediation parties regarding potential agreement. | 0.80 | $636.00 |
| 07/02/21 | BM | 101 | Analysis regarding Debtors' response to Vicinity's motion to enforce 9019 stipulation. | 0.60 | $477.00 |
| 07/02/21 | REB | 101 | Review motion to appoint chapter 11 trustee and related documents. | 0.90 | $585.00 |
| 07/03/21 | BM | 101 | Calls with mediator and Debtors' professional regarding mediation issues. | 0.80 | $636.00 |
| 07/05/21 | REB | 101 | Review and comment on interim agreement. | 1.10 | $715.00 |
| 07/06/21 | BM | 101 | Call with mediator and MBNF parties. | 0.40 | $318.00 |
| 07/06/21 | BM | 101 | Call with Debtors' counsel regarding agreement. | 0.70 | $556.50 |
| 07/06/21 | BM | 101 | Call with mediator regarding mediation issues. | 0.30 | $238.50 |
| 07/06/21 | BM | 101 | Attend to issues regarding HSRE's motion to intervene. | 0.40 | $318.00 |
| 07/06/21 | BM | 101 | Calls with Debtors counsel and mediator regarding mediation issues. | 0.60 | $477.00 |
| 07/06/21 | BM | 101 | Attend to proposed motion to seal PAHH's motion to appoint trustee. | 0.30 | $238.50 |
| 07/06/21 | REB | 101 | Review, comment and email re: MBNF sealing motion. | 0.90 | $585.00 |
| 07/07/21 | REB | 101 | Draft motion in connection with MBNF stay violations. | 2.80 | $1,820.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/08/21 | BM | 101 | Analysis regarding potential global settlement structure in connection with MBNF mediation. | 0.80 | $636.00 |
| 07/08/21 | REB | 101 | Research re: attempted removals of independent officers and managers. | 3.60 | $2,340.00 |
| 07/08/21 | REB | 101 | Draft motion in connection with attempted removals of independent officers and managers. | 1.30 | $845.00 |
| 07/09/21 | BM | 101 | Analysis regarding D&O coverage issues. | 0.90 | $715.50 |
| 07/09/21 | REB | 101 | Research in connection with attempted removals of independent officers and managers. | 4.30 | $2,795.00 |
| 07/09/21 | REB | 101 | Draft motion in connection with attempted removals of independent officers and managers. | 1.30 | $845.00 |
| 07/11/21 | BM | 101 | Call with Debtors' counsel regarding mediation issues. | 0.90 | $715.50 |
| 07/12/21 | REB | 101 | Draft motion in connection with attempted removals of independent officers and managers. | 3.60 | $2,340.00 |
| 07/12/21 | REB | 101 | Research in connection with attempted removals of independent officers and managers. | 3.30 | $2,145.00 |
| 07/13/21 | BM | 101 | Analysis regarding proposed revised motion to seal trustee motion. | 0.40 | $318.00 |
| 07/13/21 | REB | 101 | Draft various documents in connection with attempted removals. | 4.40 | $2,860.00 |
| 07/13/21 | REB | 101 | Research in connection with attempted removals. | 1.20 | $780.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/14/21 | BM | 101 | Analysis regarding proposed revised NDA with carriers. | 0.60 | $477.00 |
| 07/14/21 | BM | 101 | Analysis of issues regarding MBNF mediation. | 1.60 | $1,272.00 |
| 07/14/21 | REB | 101 | Draft various documents in connection with attempted removals. | 5.40 | $3,510.00 |
| 07/15/21 | REB | 101 | Draft motions in connection with attempted removals. | 3.30 | $2,145.00 |
| 07/15/21 | REB | 101 | Research in connection with attempted removals. | 1.20 | $780.00 |
| 07/16/21 | BM | 101 | Call with Debtors' counsel regarding mediation issues. | 0.50 | $397.50 |
| 07/16/21 | BM | 101 | Call with mediator regarding pending issues. | 0.80 | $636.00 |
| 07/16/21 | BM | 101 | Analysis regarding mediation issues. | 0.80 | $636.00 |
| 07/16/21 | REB | 101 | Review and revise draft letter to MBNF parties. | 1.80 | $1,170.00 |
| 07/16/21 | REB | 101 | Draft motion in connection with attempted removals. | 4.10 | $2,665.00 |
| 07/19/21 | BM | 101 | Analysis regarding proposed form of order regarding HSRE's participation in mediation. | 0.70 | $556.50 |
| 07/19/21 | BM | 101 | Analysis regarding reply brief to MBNF's mediation brief. | 1.90 | $1,510.50 |
| 07/19/21 | REB | 101 | Review and revise draft order re: HSRE mediation. | 1.40 | $910.00 |
| 07/19/21 | REB | 101 | Review comments to draft reply to MBNF mediation brief. | 0.80 | $520.00 |
| 07/19/21 | REB | 101 | Draft email to Committee re: case and mediation updates. | 0.60 | $390.00 |
| 07/20/21 | BM | 101 | Analysis regarding reply brief to MBNF's mediation brief. | 1.20 | $954.00 |
| 07/20/21 | BM | 101 | Analysis regarding proposed RRG transaction documents. | 0.70 | $556.50 |
| 07/20/21 | BM | 101 | Attend to mediation issues. | 1.10 | $874.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/20/21 | REB | 101 | Calls and emails with A. Isenberg re: reply brief to MBNF. | 0.60 | $390.00 |
| 07/20/21 | REB | 101 | Review and revise draft reply brief to MBNF mediation statement. | 2.60 | $1,690.00 |
| 07/21/21 | BM | 101 | Analysis regarding reply mediation brief to MBNF. | 0.90 | $715.50 |
| 07/21/21 | BM | 101 | Analysis regarding proposed modified mediation order. | 0.60 | $477.00 |
| 07/21/21 | BM | 101 | Call with mediator regarding pending issues. | 0.70 | $556.50 |
| 07/21/21 | REB | 101 | Update draft email to committee re: case updates. | 0.30 | $195.00 |
| 07/21/21 | REB | 101 | Review HSRE mediation order and terms. | 1.40 | $910.00 |
| 07/21/21 | REB | 101 | Review revised draft reply to MBNF brief. | 1.10 | $715.00 |
| 07/22/21 | BM | 101 | Analysis regarding proposed transaction regarding insurance. | 0.80 | $636.00 |
| 07/22/21 | BM | 101 | Analysis regarding proposed modified mediation order. | 0.70 | $556.50 |
| 07/22/21 | BM | 101 | Analysis regarding reply brief to MBNF's mediation brief. | 1.10 | $874.50 |
| 07/22/21 | REB | 101 | Review HSRE mediation proposed order from Debtors and emails in connection therewith. | 0.80 | $520.00 |
| 07/22/21 | REB | 101 | Review revised reply to MBNF reply. | 0.80 | $520.00 |
| 07/23/21 | BM | 101 | Attend to Debtors' and Committee's joint mediation response brief. | 0.80 | $636.00 |
| 07/23/21 | REB | 101 | Research in connection with Hahnemann complaint and email A. Sherman re: same. | 2.10 | $1,365.00 |
| 07/23/21 | REB | 101 | Review and revise proposed HSRE mediation order. | 0.20 | $130.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/26/21 | BM | 101 | Call with mediator and Debtors' counsel regarding pending matters. | 0.40 | $318.00 |
| 07/26/21 | BM | 101 | Analysis regarding MBNF's mediation response brief. | 1.20 | $954.00 |
| 07/26/21 | REB | 101 | Review and internal emails re: HSRE proposed mediation order. | 0.30 | $195.00 |
| 07/26/21 | REB | 101 | Review MBNF reply mediation brief. | 1.30 | $845.00 |
| 07/27/21 | REB | 101 | Call with committee re: case and mediation updates. | 0.40 | $260.00 |
| 07/27/21 | REB | 101 | Review MBNF reply brief and other documents in connection therewith. | 3.80 | $2,470.00 |
| 07/28/21 | BM | 101 | Analysis of issues regarding MBNF's mediation response brief. | 1.30 | $1,033.50 |
| 07/28/21 | BM | 101 | Attend to proposed revisions of mediation order. | 0.30 | $238.50 |
| 07/28/21 | BM | 101 | Attend to preparation for mediation. | 1.40 | $1,113.00 |
| 07/29/21 | BM | 101 | Analysis regarding information requests to MBNF in connection with mediation. | 0.70 | $556.50 |
| 07/29/21 | BM | 101 | Attend to preparation for mediation. | 1.20 | $954.00 |
| 07/29/21 | REB | 101 | Review and comment on information requests to MBNF in connection with mediation. | 1.40 | $910.00 |
| 07/29/21 | REB | 101 | Call with Debtors re: mediation strategy and updates. | 1.50 | $975.00 |
| 07/30/21 | BM | 101 | Attend to preparation for mediation. | 1.40 | $1,113.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/30/21 | REB | 101 | Prepare mediation materials including debt and lease structure charts. | 2.90 | $1,885.00 |
| | | **TASK TOTAL 101** | | **113.40** | **$78,901.00** |

**102 – ASSET DISPOSITION**

| | | | | | |
|---|---|---|---|---|---|
| 07/08/21 | BM | 102 | Analysis of issues regarding proposed insurance transaction. | 1.20 | $954.00 |
| 07/10/21 | BM | 102 | Analysis of proposed documents in connection with insurance transaction. | 1.10 | $874.50 |
| 07/12/21 | BM | 102 | Analysis regarding proposed insurance transaction. | 0.80 | $636.00 |
| 07/14/21 | BM | 102 | Analysis of documents regarding proposed insurance transaction. | 0.90 | $715.50 |
| 07/15/21 | BM | 102 | Analysis regarding revisions of insurance transaction documents. | 0.70 | $556.50 |
| | | **TASK TOTAL 102** | | **4.70** | **$3,736.50** |

**104 – CASE ADMINISTRATION**

| | | | | | |
|---|---|---|---|---|---|
| 07/01/21 | AHS | 104 | Calls with B. Hackman re: disclosure issues. | 0.30 | $268.50 |
| 07/02/21 | BM | 104 | Analysis regarding potential interim agreement on governance issues. | 1.10 | $874.50 |
| 07/02/21 | AHS | 104 | Email to/from creditor re: case status. | 0.20 | $179.00 |
| 07/03/21 | BM | 104 | Analysis regarding demand letter to PAHH and Freedman to rescind governance actions with respect to debtors. | 1.20 | $954.00 |
| 07/03/21 | BM | 104 | Prepare an update for Committee. | 0.60 | $477.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/03/21 | BM | 104 | Analysis regarding PAHH's proposed draft interim agreement. | 0.80 | $636.00 |
| 07/04/21 | BM | 104 | Analysis regarding revisions of proposed interim agreement with PAHH and Freedman. | 0.70 | $556.50 |
| 07/05/21 | BM | 104 | Analysis regarding proposed revised interim agreement. | 0.80 | $636.00 |
| 07/06/21 | BM | 104 | Attend to revisions of proposed interim agreement with PAHH. | 0.70 | $556.50 |
| 07/06/21 | BM | 104 | Prepare an update for Committee. | 0.60 | $477.00 |
| 07/06/21 | BM | 104 | Call with Debtors' counsel regarding governance issues. | 0.60 | $477.00 |
| 07/07/21 | BM | 104 | Attend to issues regarding interim resolution of governance issues. | 1.10 | $874.50 |
| 07/07/21 | BM | 104 | Analysis regarding documentation rescinding removal of CRO. | 0.70 | $556.50 |
| 07/07/21 | BM | 104 | Analysis regarding motion to enforce automatic stay and complaint for declaratory judgment and injunctive relief arising from PAHH's and Freedman's governance actions with respect to Debtors. | 1.70 | $1,351.50 |
| 07/08/21 | BM | 104 | Analysis regarding motion to enforce automatic stay and complaint for declaratory judgment and injunctive relief arising from PAHH's and Freedman's governance actions with respect to Debtors. | 1.10 | $874.50 |
| 07/09/21 | AHS | 104 | Call with counsel for Committee re: case status. | 0.30 | $268.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/09/21 | GAK | 104 | Review notification regarding upcoming status conference and email A. Sherman regarding same; update case calendar. | 0.20 | $125.00 |
| 07/12/21 | BM | 104 | Analysis regarding draft pleadings in response to PAHH's and Freedman's governance actions. | 1.70 | $1,351.50 |
| 07/13/21 | BM | 104 | Analysis regarding agreement with MBNF. | 1.10 | $874.50 |
| 07/13/21 | BM | 104 | Analysis regarding pleadings in response to PAHH's governance actions. | 1.30 | $1,033.50 |
| 07/15/21 | BM | 104 | Analysis regarding potential settlement of governance issues. | 0.90 | $715.50 |
| 07/16/21 | BM | 104 | Analysis regarding MBNF's proposed revised governance documents. | 1.10 | $874.50 |
| 07/16/21 | BM | 104 | Analysis regarding Committee's pleadings in response to PAHH's governance actions. | 1.40 | $1,113.00 |
| 07/16/21 | BM | 104 | Analysis regarding proposed revised agreement with MBNF. | 0.70 | $556.50 |
| 07/16/21 | GAK | 104 | Review cross-motion of HRSEP to Compel Payment of Utility Obligations and emails to A. Sherman regarding same. | 0.40 | $250.00 |
| 07/16/21 | GAK | 104 | Review notification regarding upcoming omnibus hearing and email A. Sherman regarding same. | 0.10 | $62.50 |
| 07/16/21 | GAK | 104 | Review Debtors' Motion to Approve Settlement with WL Gore and emails to A. Sherman regarding same. | 0.10 | $62.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/16/21 | GAK | 104 | Review notification regarding upcoming omnibus hearings and email A. Sherman regarding same. | 0.10 | $62.50 |
| 07/19/21 | BM | 104 | Analysis regarding proposed resolution of governance issues and agreement. | 0.90 | $715.50 |
| 07/20/21 | BM | 104 | Analysis regarding proposed modified agreement with MBNF. | 0.80 | $636.00 |
| 07/20/21 | BM | 104 | Analysis regarding draft pleadings in response to PAHH's governance actions. | 1.20 | $954.00 |
| 07/21/21 | BM | 104 | Analysis regarding proposed agreement with MBNF. | 0.80 | $636.00 |
| 07/21/21 | AHS | 104 | Email to Committee re: case status. | 0.40 | $358.00 |
| 07/27/21 | BM | 104 | Attend Committee call. | 0.40 | $318.00 |
| 07/29/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 1.50 | $1,192.50 |
| | | **TASK TOTAL 104** | | **27.60** | **$21,909.00** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 07/01/21 | BM | 105 | Analysis regarding HSRE's claims and participation in mediation. | 0.90 | $715.50 |
| 07/01/21 | AHS | 105 | Calls with Debtors' counsel re: governance issues and follow up re: same. | 0.80 | $716.00 |
| 07/01/21 | AHS | 105 | Attend mediation session with Judge Carey. | 0.60 | $537.00 |
| 07/02/21 | AHS | 105 | Review of case law re: automatic stay and corporate governance issues. | 0.40 | $358.00 |
| 07/02/21 | AHS | 105 | Review and revise letter re: automatic stay and corporate governance issues. | 0.80 | $716.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 11

|          |     |     |                                                                                                                    | HOURS | AMOUNT   |
|----------|-----|-----|--------------------------------------------------------------------------------------------------------------------|-------|----------|
| 07/02/21 | AHS | 105 | Attend mediation call with former Judge Carey and follow up with Debtors counsel re: same.                          | 0.80  | $716.00  |
| 07/03/21 | AHS | 105 | Email to committee re: mediation and corporate governance issues.                                                  | 0.40  | $358.00  |
| 07/06/21 | AHS | 105 | Call with mediator re: mediation issues.                                                                           | 0.30  | $268.50  |
| 07/06/21 | AHS | 105 | Address sealing motion for appointment of trustee, call with counsel for MBNF re: same and circulate proposed changes. | 0.50  | $447.50  |
| 07/06/21 | AHS | 105 | Email to Committee re: mediation and governance issues.                                                            | 0.40  | $358.00  |
| 07/06/21 | AHS | 105 | Call and follow up with counsel for Debtors re: mediation issues.                                                  | 0.80  | $716.00  |
| 07/06/21 | AHS | 105 | Call with mediator and counsel for MBNF parties re: mediation issue.                                               | 0.40  | $358.00  |
| 07/07/21 | AHS | 105 | Review of emails re: mediation issues and call with counsel for Debtors re: same.                                  | 0.60  | $537.00  |
| 07/08/21 | AHS | 105 | Emails re: mediation issues.                                                                                       | 0.60  | $537.00  |
| 07/09/21 | AHS | 105 | Emails and review of documents in connection with mediation issues.                                               | 0.40  | $358.00  |
| 07/12/21 | BM  | 105 | Analysis regarding HSRE's objection to Vicinity's motion to enforce 9019 stipulation.                              | 0.60  | $477.00  |
| 07/12/21 | BM  | 105 | Analysis regarding HSRE's cross-motion for payment of utilities.                                                   | 0.60  | $477.00  |
| 07/12/21 | AHS | 105 | Review of email from Debtors' counsel to MBNF entities and review of documents in connection therewith.           | 0.80  | $716.00  |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/13/21 | AHS | 105 | Emails re: mediation issues and extension of agreement. | 0.50 | $447.50 |
| 07/13/21 | AHS | 105 | Review of changes to proposed sealing order as circulated by counsel to MBNF entities. | 0.20 | $179.00 |
| 07/14/21 | BM | 105 | Analysis regarding HSRE's claims against the estates and counterclaims. | 1.10 | $874.50 |
| 07/16/21 | AHS | 105 | Attend mediation session with Judge Carey. | 0.80 | $716.00 |
| 07/16/21 | AHS | 105 | Calls with counsel for Debtors re: mediation issues. | 0.60 | $537.00 |
| 07/16/21 | AHS | 105 | Review and analysis of mediation document as prepared by counsel for Debtors. | 0.60 | $537.00 |
| 07/17/21 | AHS | 105 | Review of mediation document as sent by Debtors' counsel to mediator. | 0.30 | $268.50 |
| 07/20/21 | AHS | 105 | Review of mediation document and call with committee chair re: same. | 0.80 | $716.00 |
| 07/20/21 | AHS | 105 | Call with Debtors' counsel re: mediation issues and follow up re: same. | 0.40 | $358.00 |
| 07/21/21 | BM | 105 | Analysis regarding HSRE's claims and mediation issues. | 0.80 | $636.00 |
| 07/21/21 | BM | 105 | Analysis regarding MBNF's responses to information requests regarding filed claims. | 0.90 | $715.50 |
| 07/21/21 | BM | 105 | Analysis regarding pension withdrawal liability claims. | 1.10 | $874.50 |
| 07/21/21 | AHS | 105 | Attend mediation session with mediator and counsel for Debtors and follow up emails re: same. | 0.50 | $447.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 13

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/21/21 | AHS | 105 | Attend mediation session with mediator, counsel for MBNF parties and counsel for Debtors. | 0.70 | $626.50 |
| 07/21/21 | AHS | 105 | Calls with counsel to two committee members re: upcoming mediations and issues related thereto. | 0.50 | $447.50 |
| 07/22/21 | AHS | 105 | Review of mediation document to be submitted to former Judge Carey. | 0.80 | $716.00 |
| 07/24/21 | AHS | 105 | Call from J. Hampton re: mediation issue and follow up re: same. | 0.30 | $268.50 |
| 07/26/21 | AHS | 105 | Attend call with Mediator. | 0.50 | $447.50 |
| 07/26/21 | AHS | 105 | Review of emails and form of order for HSRE. | 0.30 | $268.50 |
| 07/27/21 | AHS | 105 | Initial review of mediation document as received from counsel to MBNF parties. | 1.40 | $1,253.00 |
| 07/27/21 | AHS | 105 | Call with counsel for Committee member re: mediation issues. | 0.30 | $268.50 |
| 07/27/21 | AHS | 105 | Prepare for and attend Committee meeting re: mediation issues. | 0.60 | $537.00 |
| 07/29/21 | AHS | 105 | Attend call with counsel for Debtors re: mediation issues. | 1.50 | $1,342.50 |
| 07/29/21 | AHS | 105 | Review and revise mediation document to send to Debtors for review and consideration. | 1.00 | $895.00 |
| 07/30/21 | AHS | 105 | Review of mediation document received from MBNF parties and prepare documents for mediation. | 3.60 | $3,222.00 |
| 07/30/21 | AHS | 105 | Review of email from counsel to Debtors re: mediation issues, email from mediator re: mediation. | 0.30 | $268.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 14

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/30/21 | AHS | 105 | Email and call with counsel to Committee member re: mediation issue. | 0.30 | $268.50 |
| | | **TASK TOTAL 105** | | **31.40** | **$27,503.00** |

### 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 07/02/21 | GAK | 107 | Finalize May fee application for review by A. Sherman. | 1.70 | $1,062.50 |
| 07/06/21 | GAK | 107 | Finalize May fee application for filing and draft email to local counsel regarding same. | 0.30 | $187.50 |
| 07/22/21 | GAK | 107 | Attention to June fee statement. | 0.20 | $125.00 |
| 07/28/21 | GAK | 107 | Work on interim fee application. | 3.20 | $2,000.00 |
| 07/29/21 | GAK | 107 | Work on June fee application. | 3.20 | $2,000.00 |
| 07/30/21 | GAK | 107 | Finalize June fee application. | 0.60 | $375.00 |
| 07/30/21 | GAK | 107 | Work on interim fee application. | 0.90 | $562.50 |
| | | **TASK TOTAL 107** | | **10.10** | **$6,312.50** |

### 108 – FEE/EMPLOYMENT OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 07/16/21 | GAK | 108 | Review EisnerAmper June fee report and email A. Sherman regarding same. | 0.10 | $62.50 |
| 07/16/21 | GAK | 108 | Review Debtors' professionals' fee applications and email to A. Sherman regarding same. | 0.10 | $62.50 |
| 07/30/21 | GAK | 108 | Review Debtors' professionals fee statements and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| | | **TASK TOTAL 108** | | **0.30** | **$187.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 15

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION** | | | | | |
| 07/01/21 | GAK | 110 | Emails to A. Sherman regarding motion to appoint chapter 11 trustee. | 0.20 | $125.00 |
| | | **TASK TOTAL 110** | | **0.20** | **$125.00** |
| **111 – AVOIDANCE ACTION LITIGATION** | | | | | |
| 07/01/21 | GAK | 111 | Review Debtors' proposed settlement with Sector Financial and emails to A. Sherman regarding same. | 0.20 | $125.00 |
| 07/01/21 | GAK | 111 | Review Debtors' proposed preference settlement with Taylor Corp and emails to A. Sherman regarding same. | 0.20 | $125.00 |
| 07/12/21 | BM | 111 | Analysis regarding preference action settlements. | 0.60 | $477.00 |
| 07/12/21 | BM | 111 | Analysis regarding motions to approve settlements of avoidance actions. | 0.60 | $477.00 |
| 07/16/21 | GAK | 111 | Review Debtors' motion to settle preference claim with Merck and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| 07/16/21 | GAK | 111 | Review Debtors' proposed settlement with Spok and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| 07/21/21 | BM | 111 | Analysis regarding motions to approve settlements of preference actions. | 0.70 | $556.50 |
| 07/26/21 | BM | 111 | Analysis regarding proposed preference settlements. | 0.60 | $477.00 |
| 07/26/21 | GAK | 111 | Review Debtors' proposed preference settlement with GBS and emails to A. Sherman regarding same. | 0.20 | $125.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 16

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/26/21 | GAK | 111 | Review Debtors' proposed preference settlement with UMS Lithotripsy and emails to A. Sherman regarding same. | 0.20 | $125.00 |
| 07/30/21 | GAK | 111 | Review Debtors' proposed preference settlement with Ensemble and email A. Sherman regarding same. | 0.10 | $62.50 |
| 07/30/21 | GAK | 111 | Review Debtors' proposed preference settlement with Robert Half International and emails to A. Sherman regarding same. | 0.20 | $125.00 |
| 07/30/21 | GAK | 111 | Review Debtors' proposed preference settlement with Sodexo and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| | | **TASK TOTAL 111** | | **3.90** | **$2,862.50** |

**114 – RELIEF FROM STAY PROCEEDINGS**

| | | | | | |
|---|---|---|---|---|---|
| 07/27/21 | BM | 114 | Analysis regarding pending stay relief motions. | 0.70 | $556.50 |
| 07/30/21 | GAK | 114 | Review motion seeking stay relief and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| | | **TASK TOTAL 114** | | **0.80** | **$619.00** |
| | | **TOTAL FEES at Standard Rates** | | **192.40** | **$142,156.00** |
| | | **Attorney Fees at Blended Rate of $625** | | | |
| | | **TOTAL FEES at Blended Rate** | | **192.40** | **$120,250.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 17

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 113.40 | $78,901.00 |
| 102 | Asset Disposition | | 4.70 | $3,736.50 |
| 104 | Case Administration | | 27.60 | $21,909.00 |
| 105 | Claims Administration and Objections | | 31.40 | $27,503.00 |
| 107 | Fee/Employment Applications | | 10.10 | $6,312.50 |
| 108 | Fee/Employment Objections | | 0.30 | $187.50 |
| 110 | Litigation (Other than Avoidance Action Litigation) | | 0.20 | $125.00 |
| 111 | Avoidance Action Litigation | | 3.90 | $2,862.50 |
| 114 | Relief from Stay Proceedings | | 0.80 | $619.00 |
| | TOTAL FEES at Standard Rates | | 192.40 | $142,156.00 |
| | Attorney Fees at Blended Rate of $625 | | | |
| | TOTAL FEES at Blended Rate | | 192.40 | $120,250.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 26.60 | x | $895.00 | = | $23,807.00 |
| Boris Mankovetskiy | 75.20 | x | $795.00 | = | $59,784.00 |
| Rachel E. Brennan | 77.60 | x | $650.00 | = | $50,440.00 |
| Gregory A. Kopacz | 13.00 | x | $625.00 | = | $8,125.00 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 07/26/21 | 271 | Litigation Support Vendor (UnitedLex Inv. 59626 – hosting user and volume) | $1,414.70 |
| 07/01/21 | 379 | Lexis-Nexis | $32.00 |
| 07/01/21 | 379 | Lexis-Nexis | $191.46 |
| 07/07/21 | 379 | Lexis-Nexis | $40.00 |
| 07/07/21 | 379 | Lexis-Nexis | $49.97 |
| 07/09/21 | 379 | Lexis-Nexis | $74.93 |
| 07/09/21 | 379 | Lexis-Nexis | $23.99 |
| 07/12/21 | 379 | Lexis-Nexis | $8.01 |
| 07/12/21 | 379 | Lexis-Nexis | $116.56 |
| 07/12/21 | 379 | Lexis-Nexis | $16.01 |
| 07/13/21 | 379 | Lexis-Nexis | $25.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 1, 2021
Client/Matter No. 08650118.000001
Invoice: 2006733
Page 18

| 07/14/21 | 379 | Lexis-Nexis | $25.00 |
| 07/16/21 | 379 | Lexis-Nexis | $8.34 |

**TOTAL DISBURSEMENTS**      **$2,025.97**

| **INVOICE SUMMARY** | |
| --- | --- |
| Total Fees | $120,250.00 |
| Total Disbursements | $2,025.97 |
| **TOTAL THIS INVOICE** | **$122,275.97** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$142,156.00**) and fees at *Blended Rate* of $625 (**$120,250.00**)** apply.

**includes paralegal fees at standard rates, if applicable