# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMAN UNIVERSAL HOSPITAL, *et al.*,[1] | ) |
|  | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that on June 17, 2021, Vicinity Energy Philadelphia, Inc. ("Vicinity"), filed its *Motion to Enforce 2019 Stipulation as Third Party Beneficiary* [D.I. 2400] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion was initially to be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the undersigned counsel for Vicinity on or before July 2, 2021, at 4:00 pm (ET) (the "Objection Deadline"), which Objection Deadline was extended for the Debtors and the MBNF Non-Debtor Entities to September 14, 2021, at 4:00 pm (ET).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion was initially scheduled to be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on July 22, 2021 at 2:00 p.m. (ET), which hearing was rescheduled to September 23, 2021.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is now scheduled to be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **October 12, 2021, at 10:30 a.m. (ET).**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC 98395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617). SCHC Pediatrics Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4065), TPS of PA, L.L.C. (4863), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: September 23, 2021                             **GIBBONS P.C.**

By: /s/ *Howard A. Cohen*
Howard A. Cohen (DE 4082)
300 Delaware Ave., Suite 1015
Wilmington, DE 19801-1671
Telephone: (302) 518-6300
Facsimile: (302) 429-6294
Email: hcohen@gibbonslaw.com

-and-

Dale E. Barney, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: dbarney@gibbonslaw.com

*Attorneys for Vicinity Energy Philadelphia, Inc.*

## **CERTIFICATE OF SERVICE**

I, Howard Cohen, hereby certify that on this 23rd day of September, 2021, I caused a true and correct copy of the foregoing *Notice of Rescheduled Hearing* to be served via CM/ECF upon the parties registered to receive CM/ECF and on the parties on the attached list in the manner indicated.

        */s/ Howard A. Cohen*
        Howard A. Cohen (DE#4082)

## SERVICE LIST

*Counsel to the Debtors*
**Saul Ewing Arnstein & Lehr, LLP**
John D. Demmy – john.demmy@saul.com
Monique Bair DiSabatino - monique.disabatino@saul.com;
Mark Minuti - mark.minuti@saul.com;
Jeffrey Hampton - jeffrey.hampton@saul.com;

**Klehr Harrison Harvey Branzburg**
Domenic E. Pacitti dpacitti@klehr.com

*Office of the United States Trustee:*
Benjamin A. Hackman - Benjamin.a.hackman@usdoj.gov.

*Counsel to the Official Committee of Unsecured Creditors*
**Fox Rothschild LLP**
Seth A. Niederman - sniederman@foxrothschild.com

**Cozen O'Connor**
Thomas M. Horan - thoran@cozen.com

**Sills, Cummis & Gross P.C**.
Andrew H. Sherman - asherman@sillscummis.com

*Counsel for Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC*
**Latham & Watkins LLP**
Suzzanne Uhland – suzzanne.uhland@lw.com
Matthew J. Carmody – matt.carmody@lw.com

*Counsel for HSRE-PAHH I, LLC; HSREP VI Holding, LLC; Harrison Street Real Estate, LLC and its affiliates; PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College MOB, LLC; and PAHH Wood Street Garage, LLC*
**DLA Piper**
Stuart Brown – stuart.brown@dlapiper.com