## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 23, 2021, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Omnibus Order Approving Fifth and Sixth Interim Fee Applications of Saul Ewing Arnstein & Lehr LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Fourth and Fifth Interim Applications of Klehr Harrison Harvey Branzburg LLP and the Fourth and Amended Fifth Interim Application of Berkeley Research Group, LLC [Docket No. 2868]**

Dated: September 24, 2021

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                                      } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 24th day of September, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **<u>EXHIBIT A</u>**

**Center City Healthcare, LLC, et al. - Service List to e-mail Recipients**

ALAN GELB, ESQ.
AGELBLAW@YAHOO.COM

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BAYARD, PA
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORP
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA DEPT OF LABOR AND
INDUSTRY
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FAEGRE DRINKER BIDDLE & REATH LLP
IAN J. BAMBRICK
IAN.BAMBRICK@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
JAY.JAFFE@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
KAYLA BRITTON
KAYLA.BRITTON@FAEGREDRINKER.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
SETH A. NIEDERMAN
SNIEDERMAN@FOXROTHSCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                          Served 9/23/2021

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
NICOLE L GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LATHAM & WATKINS LLP
MATTHEW J. CARMODY
MATT.CARMODY@LW.COM

LATHAM & WATKINS LLP
SUZZANNE UHLAND
SUZZANNE.UHLAND@LW.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC
DLEIGH@RQN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
FRANCIS.LAWALL@TROUTMAN.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MARCY.SMITH@TROUTMAN.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                                   **Served 9/23/2021**

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

SMITH HULSEY & BUSEY
BRANDON A. COOK
BCOOK@SMITHHULSEY.COM

SMITH HULSEY & BUSEY
MICHAEL E. DEMONT
MDEMONT@SMITHHULSEY.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

U.S. DEPT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

Parties Served:  113

**EXHIBIT B**

**Center City Healthcare, LLC, et al. - U.S. Mail**

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQ
HARRISBURG, PA 17120

PENNSYLVANIA ASSOC OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, PA 17120

ST. MARY'S MEDICAL CTR
1201 LANGHORNE-NEWTOWN RD
LANGHORNE, PA 19047

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
950 PENNSLVANIA AVE, NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 12