**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC ) | |
| d/b/a HAHNEMANN UNIVERSITY ) | Case No. 19-11466 (MFW) |
| HOSPITAL, *et al.*,[1] ) | |
| ) | Related Docs: |
| Reorganized Debtor. ) | |

**ORDER GRANTING THE MOTION OF JOHNATHAN CARROLL AND JOSEPH PERAINO ADMINISTRATOR OF THE ESTATE OF AUGUSTINE PERAINO FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE AND/OR DISCHARGE INJUNCTION, NUNC PRO TUNC**

Upon consideration of the *Motion of Johnathan Carroll and Joseph Peraino Administrator of the Estate of Augustine Peraino for Relief from the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code and/or Discharge Injunction, Nunc Pro Tunc,* and response(s) thereto, if any; the Court has determined that (A) jurisdiction over the Motion is proper pursuant to 28 U.S.C. §§ 1334 and 157; (B) the Motion is a core proceeding pursuant to 28 U.S.C. § 157; (C) venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and (E) no further notice is required, and further the Court has determined that good cause exists to retroactively grant the relief requested in the Motion it is hereby ORDERED as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

1. As set forth herein, the Motion is hereby GRANTED.

2. The automatic stay under 11 U.S.C. § 362(a) is hereby lifted as to Johnathan Carroll, and as to Joseph Peraino Administrator of the Estate of Augustine Peraino lifted and annulled, *nunc pro tunc* to January 15, 2021, to permit each Movant to pursue and liquidate their respective claim(s) in the State Actions, solely against the Debtors' available insurance coverage and subject to the limits and terms and conditions of such coverage; and,

3. Except as otherwise set forth herein, the automatic stay pursuant to section 362 of the Bankruptcy Code shall otherwise remain in full effect.  The Movants waive their individual right and ability to recover on all claims that each may have or may have against the Debtors or their estates arising out of, related to, or in connection with, the Action, other than from the Debtors' insurance coverage; and,

4. Any portion of either Movants' liquidated claims that is not covered by the Debtors' applicable insurance shall be deemed waived and released as against the Debtors and their estates. For the avoidance of doubt, Movant waives the right to file a proof of claim in the above-captioned bankruptcy cases and receive any distribution based on the State Action from the Trustee; and,

5. Other than liquidation of the Movant's State Action claims against the Debtors' insurance coverage, the Movant waives the right to seek satisfaction of, and shall be permanently enjoined from seeking payment of any judgment, award, settlement, claim, distribution or any other payment amount resulting from or in connection with the State Action from the Trustee; and,

6. Nothing contained herein shall be deemed an admission of liability on the part of the Debtors with respect to the State Actions; and,

7. The Debtors and the claims agent are authorized to take any and all actions necessary to effectuate this Stipulation including, without limitation, amending the claims register in the Chapter 11 Cases to reflect the terms of this Stipulation.

8. Notwithstanding FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(a)(3), this order is effective immediately upon filing.

9. The Court retains jurisdiction to interpret and enforce the terms of this order.

Date:
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
BANKRUPTCY JUDGE