# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC ) | |
| d/b/a HAHNEMANN UNIVERSITY ) | Case No. 19-11466 (MFW) |
| HOSPITAL, *et al.*,[1] ) | |
| ) | Obj. Date: October 18, 2021, at 4:00 pm ET |
| Reorganized Debtor. ) | Hearing Date: October 25, 2021, at 10:30 am ET |

**NOTICE OF MOTION OF JOHNATHAN CARROLL AND JOSEPH PERAINO ADMINISTRATOR OF THE ESTATE OF AUGUSTINE PERAINO FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE AND/OR DISCHARGE INJUNCTION, NUNC PRO TUNC**

TO:   All Persons on the Service List:

Johnathan Carroll and Joseph Peraino Administrator of the Estate of Augustine Peraino, (hereinafter the "Movant Carroll" or "Movant Peraino" or "Movants"), filed their *Motion for Relief from the Automatic Stay under Section 362(d) of the Bankruptcy* which seeks the following relief: (i) pursue teir claims against the Debtors, and (ii) to proceed to liquidate any award against any available insurance proceeds under any applicable policy.

You are required to file a response, consistent with LOCAL RULE 4001-1(c)), to the attached Motion on or before **OCTOBER 18, 2021, NO LATER THAN 4:00** pm then prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

At the same time, you must also serve a copy of the response upon the Movants' attorney:

Bernard G. Conaway, Esquire
**Conaway-Legal LLC**
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-9350 (t)
Fax: (844) 364-0137 (f)
*bgc@conaway-legal.com*

A hearing on the motion will be held on **OCTOBER 25, 2021, at 10:30 am,** prevailing eastern time before the Honorable Mary F. Walrath, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 4, or by virtual hearing as may be determined by the Court, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

CONAWAY-LEGAL LLC

*/S/ Bernard G. Conaway*
Bernard G. Conaway, Esquire (DE 2856)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-9350 (o)
Fax: (844) 364-0137 (f)
*bgc@conaway-legal.com*

*Attorney for Movants Johnathan Carroll and Joseph Peraino Administrator of the Estate of Augustine Peraino*

Date: September 30, 2020
Wilmington, DE