## CERTIFICATE OF SERVICE

I, Bernard G. Conaway, hereby certify that on September 30, 2021, I caused a true and correct copy of the *Motion of Johnathan Carroll and Joseph Peraino Administrator of the Estate of Augustine Peraino for Relief from the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code and/or Discharge Injunction, Nunc Pro Tunc* to be electronically filed using the District of Delaware (Bankruptcy) CM/ECF and, as such, service was made on all registered CM/ECF users through the CM/ECF system in accordance with DEL. BANKR. L. R. 5005-4(c) and 9036-1. In addition, as per the *Motion,* the following parties were served via First Class U.S. Mail, postage pre-paid.

Benjamin A. Hackman, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

*Office of the United States Trustee for the District of Delaware*

John D. Demmy, Esquire
Monique Bair DiSabatino, Esquire
Matthew P. Milana, Esquire
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

*Debtors' Counsel*

Dated: September 30, 2019
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　/s/ *Bernard G. Conaway*
　　　　　　　　　　　　　　　　　　　Bernard G. Conaway (DE 2856)