## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: October 21, 2021 4:00 p.m.** |
| | ) **Hearing Date: Only if objection is timely filed** |

## TWENTIETH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | August 1, 2021 through August 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $31,199.85 (80 % of which is $24,959.20) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the twentieth monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly<br>Filed 2/17/2021<br>DI No. 2099 | 12/1/2020-<br>12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly<br>Filed 2/22/2021<br>DI No. 2115 | 1/1/2021-<br>1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly<br>Filed 4/12/2021<br>DI No. 2251 | 2/1/2021-<br>2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly<br>Filed 5/4/2021<br>DI No. 2613 | 3/1/2021-<br>3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly<br>Filed 8/4/2021<br>DI No. 2670 | 4/1/2021-<br>4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth<br>Monthly<br>Filed 8/4/2021<br>DI No. 2671 | 5/1/2021-<br>5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly<br>Filed 8/4/2021<br>DI No. 2673 | 6/1/2021-<br>6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly<br>Filed 8/25/2021<br>DI No. 2745 | 7/1/2021-<br>7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |

**TIME AND COMPENSATION BREAKDOWN**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $700.00 | 16.30 | $11,410.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $600.00 | 1.20 | $720.00 |
| Raymond H. Lemisch | Bankruptcy & Restructuring Partner Admitted to Bar 1984 | $515.00 | 11.30 | $5,819.50 |
| William J. Clements | Litigation - Of Counsel Admitted to Bar 2000 | $425.00 | 7.70 | $3,272.50 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate Admitted to Bar 2005 | $350.00 | 26.70 | $9,345.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal 1997 | $285.00 | 14.30 | $4,075.50 |
| Lauren Marsh | Litigation Paralegal | $240.00 | 0.10 | $24.00 |
| **TOTALS** | | | **77.60** | **$34,666.50** |
| **BLENDED RATE** | | | | **$446.73** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$3,466.65** |
| **GRAND TOTAL** | | | | **$31,199.85** |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2021 THROUGH AUGUST 31, 2021

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Case Administration | CS/04 | 1.20 | $720.00 |
| Claims Administration and Objections | CL/05 | 23.40 | $14,409.00 |
| Fee/Employment Applications | FE/07 | 14.30 | $4,075.50 |
| Litigation | LT/10 | 38.00 | $15,164.50 |
| Reconstruction | 19 | 0.70 | $297.50 |
| **TOTAL** | | **77.60** | **$34,666.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$3,466.65** |
| **GRAND TOTAL** | | | **$31,199.85** |

**EXPENSE SUMMARY**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| No reimbursements this period. | $0.00 |
| **TOTAL** | **$0.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**TWENTIETH MONTHLY FEE APPLICATION OF KLEHR HARRISON**
**HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE**
**DEBTORS FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its twentieth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from August 1, 2021 through August 31, 2021. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.    BACKGROUND

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from August 1, 2021 through August 31, 2021 (the "Compensation Period"), totaling 77.60 hours of professional time.

6.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $31,199.85.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $31,199.85 in fees and $0.00 in expenses, for a total of $31,199.85.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $31,199.85 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from August 1, 2021 through August 31, 2021; (b) payment in the total amount of $24,959.20, which represents (i) 80% of the total fees billed ($24,959.20) and (ii) 100% of the expenses incurred ($0.00) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated:  September 30, 2021         /s/ Domenic E. Pacitti
Wilmington, Delaware               Domenic E. Pacitti (DE Bar No. 3989)
                                   **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                   919 North Market Street, Suite 1000
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 426-1189
                                   Facsimile: (302) 426-9193
                                   Email:  dpacitti@klehr.com

                                   *Special Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.     I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.     I have read the foregoing Twentieth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from August 1, 2021 through August 31, 2021 and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.     In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.     I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.     Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.     None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.     Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2021 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2021                          _____/s/ Domenic E. Pacitti_____
                                                       Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



**KLEHR HARRISON
HARVEY BRANZBURG**LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

September 9, 2021

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

| Invoice #: | 453598 |
|---|---|
| Client #: | 19647 |
| Matter #: | 0019 |

For professional services through August 31, 2021:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/17/21 | FMC | Prepare for call/review memo re: possible damages/conference call with team | .50 | 600.00 | 300.00 |
| 8/24/21 | FMC | Review draft of mediation agreement with Judge Fitzgerald/conference call with Hahnemann team re: mediation | .40 | 600.00 | 240.00 |
| 8/30/21 | FMC | Review email from D. Pacitti/review revisions to draft mediation statement | .20 | 600.00 | 120.00 |
| 8/30/21 | FMC | Emails re: finalizing draft mediation statement | .10 | 600.00 | 60.00 |

**Task Total:**                                                                 **$ 720.00**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/06/21 | DEP | Conference call with A. Willen re: review of Drexel issues and strategy | 1.10 | 700.00 | 770.00 |
| 8/06/21 | WJC | Emails from and to D. Pacitti pertaining to Drexel claims | .10 | 425.00 | 42.50 |
| 8/17/21 | DEP | Emails with J. Dinome re: mediation and issues on Drexel Claims | .40 | 700.00 | 280.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/17/21 | DEP | Call with J. Dinome, F. Correll and W. Clements re: Drexel mediation issues | .50 | 700.00 | 350.00 |
| 8/17/21 | WJC | Instructions to paralegal (Marsh) pertaining to files to forward to D. Pacitti | .20 | 425.00 | 85.00 |
| 8/17/21 | WJC | Emails from and to D. Pacitti and F. Correll | .10 | 425.00 | 42.50 |
| 8/17/21 | WJC | Reviewing draft complaint against Drexel, memorandum analyzing Drexel claims and other materials for damages estimate | 1.50 | 425.00 | 637.50 |
| 8/17/21 | L M | Locate and circulate memo and exhibits | .10 | 240.00 | 24.00 |
| 8/18/21 | DEP | Call with Judge Fitzgerald re: mediation mechanics and issues | .70 | 700.00 | 490.00 |
| 8/18/21 | DEP | Follow up call with V. Marriott re: mediation mechanics and issues | .30 | 700.00 | 210.00 |
| 8/20/21 | WJC | Reviewing memorandum pertaining to potential claims against Drexel, exhibits to the memorandum, prior email correspondence and other documents produced in preparation for potential mediation, drafting mediation memorandum and damage computation issues | 4.60 | 425.00 | 1,955.00 |
| 8/20/21 | WJC | Reviewing emails pertaining to scheduling call regarding mediation and damages issues with respect to Drexel claims | .10 | 425.00 | 42.50 |
| 8/24/21 | WJC | Reviewing correspondence and attached draft mediation agreement | .40 | 425.00 | 170.00 |
| 8/26/21 | DEP | Work on Drexel claims and mediation issues and outlines for statement | 6.00 | 700.00 | 4,200.00 |
| 8/27/21 | DEP | Work on Drexel claims and mediation issues and outlines for statement | 7.00 | 700.00 | 4,900.00 |
| 8/30/21 | DEP | Emails with Judge Fitzgerald and V. Marriott re: mediation agreement | .30 | 700.00 | 210.00 |

**Task Total:** **$ 14,409.00**

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/02/21 | MKH | Draft Sixteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period April 1, 2021 to April 30, 2021, Notice, Charts, Certifications, and Exhibits and prepare email to D. Pacitti attaching same for review | 1.20 | 285.00 | 342.00 |

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

September 9, 2021
Invoice #: 453598

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/04/21 | MKH | Revise and finalize Sixteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period April 1, 2021 to April 30, 2021, Notice, Charts, Certifications, and Exhibits for filing and efile same with Bankruptcy Court | .80 | 285.00 | 228.00 |
| 8/04/21 | MKH | Draft Seventeenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period May 1, 2021 to May 31, 2021, Notice, Charts, Certification, and Exhibits; prepare email attaching same to D. Pacitti for review | 1.20 | 285.00 | 342.00 |
| 8/04/21 | MKH | Revise and finalize Seventeenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period May 1, 2021 to May 31, 2021, Notice, Charts, Certification, and Exhibits for filing and efile same with Bankruptcy Court | .60 | 285.00 | 171.00 |
| 8/04/21 | MKH | Draft Eighteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period June 1, 2021 to June 30, 2021, Notice, Charts, Certification and Exhibits; prepare email to D. Pacitti attaching same for review | 1.10 | 285.00 | 313.50 |
| 8/04/21 | MKH | Revise and finalize Eighteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period June 1, 2021 to June 30, 2021, Notice, Charts, Certification and Exhibits for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |
| 8/16/21 | MKH | Revise KH's Fourth Interim Fee Application for April 1, 2020 through September 30, 2020, Notice, Charts, Certification and email same to D. Pacitti for review | 1.10 | 285.00 | 313.50 |
| 8/16/21 | MKH | Revise KH's Fifth Interim Fee Application for October 1, 2020 through December 31, 2020, Notice, Charts, Certification and email same to D. Pacitti for review | 1.20 | 285.00 | 342.00 |
| 8/19/21 | MKH | Review revise and prepare Fifth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period October 1, 2020 to December 31, 2020, Notice for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |
| 8/19/21 | MKH | Review revise and prepare Fourth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period April 1, 2020 to September 30, 2020, Notice for filing and efile same with Bankruptcy Court | .60 | 285.00 | 171.00 |
| 8/24/21 | MKH | Draft KHHB 19th Monthly Fee Application for July 2021, Notice, Charts, Certification and Exhibits and prepare email to D. Pacitti re same for review | 1.20 | 285.00 | 342.00 |
| 8/24/21 | MKH | Update case calendar re upcoming critical dates and deadlines | .20 | 285.00 | 57.00 |

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

September 9, 2021
Invoice #: 453598

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/25/21 | MKH | Revise and finalize KHHB 19th Monthly Fee Application for July 2021, Notice, Charts, Certification and Exhibit for filing and efile same with Bankruptcy Court | 1.10 | 285.00 | 313.50 |
| 8/26/21 | MKH | Review case docket; draft and prepare CNO re Eighteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from June 1, 2021 through June 30, 2021 for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |
| 8/26/21 | MKH | Review case docket; draft and prepare CNO re Sixteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from April 1, 2021 through April 30, 2021 for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |
| 8/26/21 | MKH | Review case docket; draft and prepare CNO re Seventeenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from May 1, 2021 through May 31, 2021 for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |
| 8/27/21 | MKH | Update professional fee and expense chart | .50 | 285.00 | 142.50 |

**Task Total:**                                                                       **$ 4,075.50**

**Litigation**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/02/21 | RHL | Exchange of emails with Sally regarding preparing summonses and general case status(.2) | .20 | 515.00 | 103.00 |
| 8/04/21 | SEV | Research and review registered agent information for 16 defendants in preference actions | 1.70 | 350.00 | 595.00 |
| 8/04/21 | SEV | Revise and finalize summons to include service and registered agent addresses to prepare for filing and service | 2.80 | 350.00 | 980.00 |
| 8/05/21 | SEV | Coordinate and supervise service of summons and complaints on 16 separate defendants and registered agents | 2.30 | 350.00 | 805.00 |
| 8/05/21 | RHL | Review email from Sally regarding issuing summonses and respond(.1)/review her response and respond that all is good to go(.1) | .20 | 515.00 | 103.00 |
| 8/10/21 | SEV | Email exchange with counsel for FedEx M. Siedband regarding complaint and summons | .20 | 350.00 | 70.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/10/21 | RHL | Review file to understand case status of adversaries(.8)/speak to Sally regarding process for handling adversaries(.4)/review email from Vida Krug at CDW and her attached analysis and email Sally regarding same(.2)/review email from Whitney Mosby counsel to OrthoPedics Corp and attached chain regarding preference analysis(.2)/review email and attached letter from Curtis Miller, counsel to the ACGME regarding preference demand(.1)/review email from Dex Imaging and its asserted defenses and also review tolling agreement with Dex and email Sally regarding same(.2) | 1.90 | 515.00 | 978.50 |
| 8/11/21 | RHL | Review email from Sally and respond regarding how to proceed(.2)/review response from Dom regarding responding to defendant(.1) | .30 | 515.00 | 154.50 |
| 8/12/21 | SEV | Review correspondence from MetTel and documentation of defenses including demand letters | .50 | 350.00 | 175.00 |
| 8/12/21 | SEV | Review status of preference actions and tolling agreements to update litigation tracker with settlement offers and develop action plan for moving forward | 2.10 | 350.00 | 735.00 |
| 8/12/21 | SEV | Review Dex Imaging tolling agreement and spreadsheet/ correspondence from Dex outlining defenses | .60 | 350.00 | 210.00 |
| 8/12/21 | SEV | Review spreadsheet/ correspondence from CDW outlining defenses and evaluate tolling agreement | .70 | 350.00 | 245.00 |
| 8/12/21 | RHL | Email CDW regarding information it provided and next steps(.2)/review response from Vida(.1)/review email from Anastasi Vener counsel for Manhattan Tel from Dom and respond to Dom(.1) | .40 | 515.00 | 206.00 |
| 8/13/21 | SEV | Telephone call and email exchanges with counsel for MetTel A. Vener regarding response to complaint and alleged defenses | .60 | 350.00 | 210.00 |
| 8/13/21 | RHL | Review multiple emails from and to counsel to Manhattan Telecommunications regarding preference complaint and next steps(.2) | .20 | 515.00 | 103.00 |
| 8/16/21 | SEV | Telephone call with R. Lemisch to develop strategy for contacting client and evaluating settlement offers and demands for dismissal | .50 | 350.00 | 175.00 |
| 8/16/21 | RHL | Review preference analysis for OrthoPedics done by Eisner(.1)/review email from Dom and from Dex's counsel regarding extending tolling agreement for Dex to September 15(.1)/review email from Dom confirming we should  extend tolling agreement with Dex(.1)/review response from Sally(.1)/email Sally regarding identity of our client for purposes of evaluating settlements(.1)/review email from Sally regarding client contact(.1)/speak to Sally regarding various preference claims and how to proceed and extending tolling for Dex(.5) | 1.10 | 515.00 | 566.50 |
| 8/17/21 | SEV | Telephone call with counsel for Hologic P. Hage regarding response to preference complaint | .30 | 350.00 | 105.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/17/21 | RHL | Review email from Dom and email he received from Curtis Miller and then email Sally regarding same(.2)/review email from Sally regarding tolling agreement to extend Dex to December 1 and respond to Sally(.1)/review detailed email from Sally to Eisner regarding Manhattan Tel, Dex and CDW alleged preference defenses and how to proceed and review response from Eisner and subsequent response from Sally(.2)/review email from Sally to CDW with new tolling agreement(.1) | .60 | 515.00 | 309.00 |
| 8/18/21 | RHL | Review email from general counsel to Met Tel regarding status and respond | .10 | 515.00 | 51.50 |
| 8/18/21 | RHL | Review email from counsel for Dex regarding execution of tolling agreement | .10 | 515.00 | 51.50 |
| 8/19/21 | SEV | Preparation for and attendance during teleconference with S. Prill/ A. Akinrinade/ R. Lemisch regarding strategy for moving forward with preference actions and negotiations | 1.10 | 350.00 | 385.00 |
| 8/19/21 | SEV | Analyze letter from preference defendant Accreditation Counsel for GME regarding transfer, review docket and confer with S. Prill | .70 | 350.00 | 245.00 |
| 8/19/21 | SEV | Analyze Ortho Pediatrics settlement negotiations and confer with S. Prill regarding same | .60 | 350.00 | 210.00 |
| 8/19/21 | RHL | Speak to Susanna and Adeola regarding general process as well as specifically regarding CDW, Met Tel and Dex(1.0)/review email from Sally to counsel for Dex attached executed tolling agreement(.1) | 1.10 | 515.00 | 566.50 |
| 8/19/21 | RHL | Correspondence to client regarding ACGME preference and alleged defenses as well as Orthopedic, Inc.'s defenses and review email from Susannah regarding analysis of ACGME defenses(.2) | .20 | 515.00 | 103.00 |
| 8/20/21 | SEV | Review NuVasive proof of claim and confer with defense counsel E. Rice regarding new value and response to preference complaint | .50 | 350.00 | 175.00 |
| 8/20/21 | RHL | Review email from Dom and attached emails and other correspondence relating to Manhattan Tel issue and preference complaint and respond to Dom(.2)/review email from counsel for NuVasive concerning 30 day extension to respond to complaint and Sally's response confirming same(.1) | .30 | 515.00 | 154.50 |
| 8/23/21 | SEV | Review analysis from various preference defendants along with client data; draft responses to counsel for Ortho Pediatrics, Dex Imaging, MetTel and CDW | 3.30 | 350.00 | 1,155.00 |
| 8/23/21 | RHL | Review email from Dom regarding status update on complaints and review information and respond(.2)/review emails from client regarding various preference claims and response from Sally regarding next steps(.2) | .40 | 515.00 | 206.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/24/21 | SEV | Telephone call with S. Prill regarding analysis of client data and comparison to defense data | .50 | 350.00 | 175.00 |
| 8/24/21 | RHL | Review analysis of CDW, Ortho Pedics, MetTel and Dex preference claims and defenses and proposed responses regarding same from Sally and respond to Sally for each | .80 | 515.00 | 412.00 |
| 8/24/21 | RHL | Review email from Sally to counsel for Orthopediatrics regarding counter offer | .10 | 515.00 | 51.50 |
| 8/24/21 | RHL | Review email from counsel to Orthopediatrics in response to our settlement demand(.1) | .10 | 515.00 | 51.50 |
| 8/24/21 | RHL | Review analysis revised from Sally regarding client's analysis of MetTel and Dex preferences and respond | .20 | 515.00 | 103.00 |
| 8/25/21 | SEV | Review new value analysis from counsel for GlaxoSmithKline and confer with S. Prill regarding same | .90 | 350.00 | 315.00 |
| 8/25/21 | SEV | Review CDW data and confer with V. Krug regarding resolution and tolling period | 1.20 | 350.00 | 420.00 |
| 8/25/21 | SEV | Draft tolling agreement with CDW to extend period to 12/1 and confer with V. Krug | .80 | 350.00 | 280.00 |
| 8/25/21 | SEV | Review letter and data from Accreditation Council for GME and draft response to same based upon client records | 1.10 | 350.00 | 385.00 |
| 8/25/21 | RHL | Review emails from Sally to counsel for MetTel requesting additional information, to the client regarding OCB analysis for Dex and revised settlement offer to counsel for CDW and settlement offer and analysis of Glaxo | .40 | 515.00 | 206.00 |
| 8/25/21 | RHL | Review response from counsel for CDW with a new offer to settle and response to her from Sally and further response from counsel and then review email from Sally to Susannah and then from Susan to Alan and Alan's confirmation that settlement is ok with him and then review email from Sally to CDW regarding extending tolling agreement and acceptance of settlement | .40 | 515.00 | 206.00 |
| 8/25/21 | RHL | Review email exchange between Sally and client regarding counteroffer from CDW (several emails) | .20 | 515.00 | 103.00 |
| 8/25/21 | RHL | Review draft email from Sally to counsel for the Accreditation Council and revise and send back to Sally and review revised email from Sally to counsel | .30 | 515.00 | 154.50 |
| 8/25/21 | RHL | Review email from Susannah regarding OCB defense for Dex | .10 | 515.00 | 51.50 |
| 8/26/21 | SEV | Email exchange with S. McGuire regarding settlement with preference defendants and client | .10 | 350.00 | 35.00 |
| 8/26/21 | SEV | Email exchange with KCI counsel A. Franklin regarding deadline to respond to complaint | .10 | 350.00 | 35.00 |
| 8/26/21 | RHL | Review email from counsel for CDW and executed tolling agreement extending deadline to file complaint until December 1, 2021 | .10 | 515.00 | 51.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/26/21 | RHL | Review email from Sally regarding settlement agreement form and 9019 process being used by co-counsel | .10 | 515.00 | 51.50 |
| 8/27/21 | SEV | Email exchange with counsel for Hologic P. Hage regarding deadline to respond to preference complaint | .20 | 350.00 | 70.00 |
| 8/27/21 | RHL | Review email from counsel to AACME and respond to Sally regarding same(.1) | .10 | 515.00 | 51.50 |
| 8/27/21 | RHL | Review email from Susannah regarding Glaxo's new value defense and email Sally regarding same | .10 | 515.00 | 51.50 |
| 8/27/21 | RHL | Review response from Sally regarding resolving Glaxo action and email exchange between Sally and counsel to ACGME regarding extension to respond and payment issue | .20 | 515.00 | 103.00 |
| 8/27/21 | RHL | Speak to Sally Veghte regarding general settlement issues and how to proceed | .20 | 515.00 | 103.00 |
| 8/30/21 | SEV | Draft CDW settlement agreement and confer with R. Lemisch | .80 | 350.00 | 280.00 |
| 8/30/21 | SEV | Email exchange with Siemens counsel A. Miller regarding analysis and deadline to respond to complaint | .10 | 350.00 | 35.00 |
| 8/30/21 | SEV | Update status on litigation tracker to reflect current settlement status and response deadlines and follow up with client and defense counsel | 1.40 | 350.00 | 490.00 |
| 8/30/21 | RHL | Review settlement agreement with CDW(.2) | .20 | 515.00 | 103.00 |
| 8/30/21 | RHL | Review email exchange (several emails) from counsel to Pediatrics regarding time to answer the complaint and response from Sally and respond to Sally | .30 | 515.00 | 154.50 |
| 8/30/21 | RHL | Speak to Sally regarding my question regarding the release in the settlement agreement | .10 | 515.00 | 51.50 |
| 8/31/21 | SEV | Email exchange with counsel for GlaxoSmithKline M. Moedritzer regarding response to complaint | .10 | 350.00 | 35.00 |
| 8/31/21 | SEV | Email exchange with counsel for Cintas J. Stitt regarding response to complaint | .10 | 350.00 | 35.00 |
| 8/31/21 | SEV | Email exchange with counsel for Siemens L. Zabel regarding response to complaint | .10 | 350.00 | 35.00 |
| 8/31/21 | SEV | Email exchange with counsel for OrthoPediatrics W. Mosby regarding extension of time to respond to complaint and stipulation | .10 | 350.00 | 35.00 |
| 8/31/21 | SEV | Review May and June bank statements for CCHC and confer with S. Prill | .60 | 350.00 | 210.00 |
| 8/31/21 | RHL | Review email exchanges between Sally and various counsel extending time for defendants to answer complaint | .20 | 515.00 | 103.00 |

**Task Total:**                                                                                                      **$ 15,164.50**

**Reconstruction**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/17/21 | WJC | Telephone call with client representatives, D.Pacitti and F. Correll pertaining to potential mediation of Drexel claims and mediation strategy | .70 | 425.00 | 297.50 |

| | | |
|---|---|---|
| **Task Total:** | | **$ 297.50** |
| **TOTAL PROFESSIONAL SERVICES** | | **$ 34,666.50** |
| 10% Discount | | $ -3,466.65 |
| **NET PROFESSIONAL SERVICES** | | **$ 31,199.85** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Pacitti, Domenic E. | Partner | 16.30 | 700.00 | 11,410.00 |
| Correll, Francis M. | Partner | 1.20 | 600.00 | 720.00 |
| Lemisch, Raymond H. | Partner | 11.30 | 515.00 | 5,819.50 |
| Clements, William J. | Of-Counsel | 7.70 | 425.00 | 3,272.50 |
| Veghte, Sally E. | Associate | 26.70 | 350.00 | 9,345.00 |
| Hughes, Melissa K. | Paralegal | 14.30 | 285.00 | 4,075.50 |
| Marsh, Lauren | Paralegal | .10 | 240.00 | 24.00 |
| **TOTALS** | | **77.60** | | **$ 34,666.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 31,199.85** |

# EXHIBIT B

DISBURSEMENTS

| Description | Amount |
|---|---|
| No disbursements this month. | |
| TOTAL DISBURSEMENTS | $0.00 |