# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: October 26, 2021 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**TWENTY SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | August 1, 2021 – August 31, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | $82,750.00  (80% of $103,437.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,443.96 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

126847592.1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $895 | 67.0 | $59,965.00 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $795 | 84.7 | $67,336.50 |
| Rachel E. Brennan | Associate, Bankruptcy<br>First Bar Admission: 2012 | $650 | 4.4 | $2,860.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $625 | 9.4 | $5,875.00 |
| **Total Fees at Standard Rates** | | | **165.5** | **$136,036.50** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **165.5** | **$103,437.50** |

---

[1] Effective October 1, 2020, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $825 to $895; the hourly rate of Boris Mankovetskiy was increased from $750 to $795; the hourly rate of Rachel Brennan was increased from $595 to $650; and the hourly rate of Gregory Kopacz was increased from $550 to $625. However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

2

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery (101) | 6.8 | $4,768.00 |
| Case Administration (104) | 3.6 | $2,862.00 |
| Claims Administration and Objections (105) | 144.6 | $121,590.00 |
| Fee/Employment Applications (107) | 8.4 | $5,385.00 |
| Fee/Employment Objections (108) | 0.7 | $437.50 |
| Avoidance Action Litigation (111) | 1.4 | $994.00 |
| **Total Fees at Standard Rate** | **165.5** | **$136,036.50** |
| **Total Fees at $625 Blended Rate[1]** | **165.5** | **$103,437.50** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---:|
| Litigation Support Vendors (UnitedLex) | $1,189.70 |
| Local Travel (Tolls/Mileage/Parking) | $1,254.26 |
| **TOTAL** | **$2,443.96** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

126847592.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: October 26, 2021 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**TWENTY SIXTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Twenty Sixth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From August 1, 2021 Through August 31, 2021* (the "Application"), seeking allowance of $82,750.00 (80% of $103,437.50) in fees, *plus* $2,443.96 for reimbursement of actual and necessary expenses, for a total of $85,193.96.

## Background

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of

4

Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Actual and Necessary Expenses

6. Detailed information regarding Sills' expenses is included in **Exhibit A**.

## Summary of Services by Project

A. Asset Analysis and Recovery
   Fees: $4,768.00;    Total Hours: 6.8
This category includes time spent investigating and pursuing potential claims and causes

of action against certain non-debtor affiliates and other parties, including time spent: (a) reviewing documents produced in response to discovery requests and conducting related analysis; (b) addressing mediation issues, (c) analyzing insurance coverage issues; and (d) communicating with Debtors' counsel regarding the foregoing and related issues.

    B.    <u>Case Administration</u>

        Fees: $2,862.00;    Total Hours: 3.6

This category includes time spent: (a) preparing updates to the Committee members; (b) communicating with Debtors' counsel pending matters; and (c) addressing matters of general import.

    C.    <u>Claims Administration and Objection</u>

        Fees: $121,590.00;    Total Hours: 144.6

This category includes time spent: (a) preparing for and attending numerous mediation sessions, and conducting related research and analysis, including reviewing documents; (b) analyzing claims filed against the Debtors' estates and addressing related issues; and (c) communicating with the Committee members, the Committee's financial advisor, Debtors' counsel, the mediator, and other mediation parties regarding the foregoing and related issues.

    D.    <u>Fee/Employment Applications</u>

        Fees: $5,385.00;    Total Hours: 8.4

This category includes time spent preparing Sills' June, July, fifth and sixth interim fee applications and communicating with the U.S. Trustee and the Committee's local counsel regarding the foregoing and related issues.

    E.    <u>Fee/Employment Objections</u>

        Fees: $437.50;    Total Hours: 0.7

This category includes time spent reviewing the Debtors' fee and retention applications.

126847592.1

    F.        <u>Avoidance Action Litigation</u>

            Fees: $994.00;        Total Hours: 1.4

This category includes time spent analyzing proposed avoidance action settlements.

## Conclusion

7.      Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $82,750.00 (80% of $103,437.50) as compensation, *plus* $2,443.96 for reimbursement of actual and necessary expenses, for a total of $85,193.96, and that such amounts be authorized for payment.

Dated: October 5, 2021  
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman  
Seth A. Niederman (DE Bar No. 4588)  
**FOX ROTHSCHILD LLP**  
919 North Market Street, Suite 300  
Wilmington, DE 19899  
Telephone: 302-654-7444  
Facsimile: 302-295-2013  
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)  
Boris I. Mankovetskiy (*pro hac vice*)  
**SILLS CUMMIS & GROSS P.C.**  
One Riverfront Plaza  
Newark, NJ 07102  
Telephone: 973-643-7000  
Facsimile: 973-643-6500  
Email: asherman@sillscummis.com  
         bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*  
*of Unsecured Creditors*

## VERIFICATION

STATE OF NEW JERSEY       )
                          ) SS:
COUNTY OF MORRIS          )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions, Committee Chair 3560 Dallas Parkway Frisco, TX  75034 | September 30, 2021 Client/Matter No. 08650118.000001 Invoice: 2008015 Billing Attorney: AHS<br><br>Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through August 31, 2021

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | | |
| 08/04/21 | REB | 101 | | Review and comment on proposed mediation documents. | 1.10 | $715.00 |
| 08/04/21 | REB | 101 | | Call with Debtors in advance of mediation. | 0.80 | $520.00 |
| 08/05/21 | REB | 101 | | Review documents from MBNF in response to document requests. | 0.70 | $455.00 |
| 08/08/21 | BM | 101 | | Analysis regarding notice of claims against Ramsey. | 0.50 | $397.50 |
| 08/09/21 | REB | 101 | | Review and revise mediator communication stipulation. | 0.90 | $585.00 |
| 08/09/21 | REB | 101 | | Review documents from MBNF entities in connection with mediation. | 0.90 | $585.00 |
| 08/12/21 | BM | 101 | | Analysis regarding Debtors' interests related to HPP. | 1.10 | $874.50 |
| 08/25/21 | BM | 101 | | Analysis regarding D&O insurance coverage issues. | 0.80 | $636.00 |
| | | **TASK TOTAL 101** | | | **6.80** | **$4,768.00** |

Sills Cummis & Gross P.C.

Creditors' Committee                                    September 30, 2021
                                              Client/Matter No. 08650118.000001
                                                         Invoice: 2008015
                                                                   Page 2

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **104 – CASE ADMINISTRATION** | | | | | | |
| 08/04/21 | BM | 104 | | Attend to issues regarding updated waterfall analysis. | 0.60 | $477.00 |
| 08/04/21 | BM | 104 | | Call with Debtors' counsel regarding pending matters. | 0.80 | $636.00 |
| 08/05/21 | BM | 104 | | Analysis regarding MBNF's responses to information requests. | 1.10 | $874.50 |
| 08/16/21 | BM | 104 | | Analysis regarding proposed draft stipulations in connection with mediation. | 0.60 | $477.00 |
| 08/18/21 | BM | 104 | | Prepare an update for Committee. | 0.50 | $397.50 |
| | | **TASK TOTAL 104** | | | **3.60** | **$2,862.00** |
| **105 – CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | | | |
| 08/01/21 | BM | 105 | | Call with mediator regarding mediation issues. | 0.50 | $397.50 |
| 08/02/21 | BM | 105 | | Analysis regarding mediation issues. | 1.30 | $1,033.50 |
| 08/02/21 | AHS | 105 | | Emails with mediator re: mediation issues, call with committee member re: mediation preparation. | 0.60 | $537.00 |
| 08/03/21 | BM | 105 | | Analysis regarding potential settlement structures in connection with mediation. | 1.20 | $954.00 |
| 08/04/21 | BM | 105 | | Analysis regarding mediation issues. | 1.30 | $1,033.50 |
| 08/04/21 | AHS | 105 | | Call with counsel for Debtors to prepare for mediation. | 0.80 | $716.00 |
| 08/04/21 | AHS | 105 | | Review of documents to prepare for mediation. | 0.70 | $626.50 |
| 08/05/21 | BM | 105 | | Analysis regarding withdrawal liability claims. | 0.80 | $636.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 30, 2021
Client/Matter No. 08650118.000001
Invoice: 2008015
Page 3

| Date | Initials | Code | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/05/21 | BM | 105 | Analysis regarding mediation issues. | 1.20 | $954.00 |
| 08/05/21 | AHS | 105 | Review of documents in preparation for mediation. | 1.60 | $1,432.00 |
| 08/05/21 | AHS | 105 | Review of analysis as prepared by Debtors and circulate same. | 0.40 | $358.00 |
| 08/06/21 | BM | 105 | Call with mediator regarding pending issues. | 0.30 | $238.50 |
| 08/06/21 | BM | 105 | Attend to issues regarding general unsecured claims analysis. | 0.80 | $636.00 |
| 08/06/21 | BM | 105 | Attend to preparation from mediation. | 1.10 | $874.50 |
| 08/06/21 | AHS | 105 | Review of documents to prepare for mediator. | 1.10 | $984.50 |
| 08/06/21 | AHS | 105 | Calls with BRG and committee member re: mediation preparation. | 0.80 | $716.00 |
| 08/06/21 | AHS | 105 | Call with mediator re: mediation. | 0.40 | $358.00 |
| 08/09/21 | BM | 105 | Attend mediation. | 8.90 | $7,075.50 |
| 08/09/21 | BM | 105 | Analysis regarding mediator communications stipulation. | 0.60 | $477.00 |
| 08/09/21 | AHS | 105 | Attend mediation session. | 9.00 | $8,055.00 |
| 08/10/21 | BM | 105 | Attend mediation. | 9.10 | $7,234.50 |
| 08/10/21 | AHS | 105 | Attend mediation session. | 9.00 | $8,055.00 |
| 08/11/21 | BM | 105 | Attend mediation. | 7.60 | $6,042.00 |
| 08/11/21 | BM | 105 | Analysis of issues in connection with conclusion of initial rounds of mediation and next steps. | 1.30 | $1,033.50 |
| 08/11/21 | BM | 105 | Analysis regarding proposed stipulation allowing Renal Treatment claim. | 0.30 | $238.50 |
| 08/11/21 | AHS | 105 | Attend mediation session with mediation parties. | 7.50 | $6,712.50 |
| 08/12/21 | BM | 105 | Analysis of issues regarding withdrawal liability claim. | 1.10 | $874.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 30, 2021
Client/Matter No. 08650118.000001
Invoice: 2008015
Page 4

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/12/21 | BM | 105 | Analysis regarding HSRE's claims. | 0.80 | $636.00 |
| 08/12/21 | AHS | 105 | Research and follow up on mediation issues. | 0.80 | $716.00 |
| 08/13/21 | BM | 105 | Call with Debtors' counsel regarding mediation issues. | 1.10 | $874.50 |
| 08/13/21 | BM | 105 | Analysis regarding mediation issues. | 0.90 | $715.50 |
| 08/13/21 | AHS | 105 | Review of emails and follow up re: mediation issues. | 0.80 | $716.00 |
| 08/13/21 | AHS | 105 | Call with counsel for Debtors re: mediation issues. | 0.50 | $447.50 |
| 08/13/21 | GAK | 105 | Review Debtors' stipulation allowing claim and email A. Sherman regarding same. | 0.10 | $62.50 |
| 08/15/21 | BM | 105 | Attend call with mediator and Debtors' counsel. | 0.60 | $477.00 |
| 08/15/21 | AHS | 105 | Attend call with mediator and follow up emails re: same. | 0.70 | $626.50 |
| 08/16/21 | BM | 105 | Analysis regarding mediation issues. | 1.60 | $1,272.00 |
| 08/17/21 | BM | 105 | Attend continued mediation. | 8.90 | $7,075.50 |
| 08/17/21 | AHS | 105 | Attend meeting with mediation parties. | 8.60 | $7,697.00 |
| 08/18/21 | BM | 105 | Attend continued mediation. | 7.40 | $5,883.00 |
| 08/18/21 | AHS | 105 | Attend mediation with mediation parties. | 7.20 | $6,444.00 |
| 08/19/21 | BM | 105 | Analysis regarding projected waterfall update. | 0.60 | $477.00 |
| 08/25/21 | BM | 105 | Call with mediator. | 0.40 | $318.00 |
| 08/26/21 | BM | 105 | Analysis regarding mediation issues. | 0.80 | $636.00 |
| 08/27/21 | BM | 105 | Analysis regarding mediation issues. | 1.10 | $874.50 |
| 08/30/21 | BM | 105 | Attend continued mediation. | 8.80 | $6,996.00 |
| 08/30/21 | AHS | 105 | Attend mediation session. | 8.20 | $7,339.00 |
| 08/31/21 | BM | 105 | Attend continued mediation. | 7.60 | $6,042.00 |
| 08/31/21 | AHS | 105 | Attend mediation session. | 7.80 | $6,981.00 |

Sills Cummis & Gross P.C.

Creditors' Committee  
September 30, 2021  
Client/Matter No. 08650118.000001  
Invoice: 2008015  
Page 5

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
|  |  | **TASK TOTAL 105** |  | **144.60** | **$121,590.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/02/21 | GAK | 107 | Finalize interim fee application for review by A. Sherman. | 2.10 | $1,312.50 |
| 08/03/21 | AHS | 107 | Review and revise interim fee application. | 0.50 | $447.50 |
| 08/03/21 | GAK | 107 | Update interim fee application to incorporate comments of A. Sherman. | 0.90 | $562.50 |
| 08/03/21 | GAK | 107 | Finalize June fee application for filing. | 0.20 | $125.00 |
| 08/03/21 | GAK | 107 | Email local counsel regarding fee application. | 0.10 | $62.50 |
| 08/06/21 | GAK | 107 | Attention to 6th interim fee application. | 0.70 | $437.50 |
| 08/09/21 | GAK | 107 | Work on interim fee application. | 2.60 | $1,625.00 |
| 08/13/21 | GAK | 107 | Email local counsel regarding fee application. | 0.10 | $62.50 |
| 08/22/21 | GAK | 107 | Attention to information request from the U.S. Trustee. | 0.40 | $250.00 |
| 08/27/21 | GAK | 107 | Attention to information request from US Trustee. | 0.20 | $125.00 |
| 08/27/21 | GAK | 107 | Work on July fee application. | 0.60 | $375.00 |
|  |  | **TASK TOTAL 107** |  | **8.40** | **$5,385.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/06/21 | GAK | 108 | Review Debtors' application to retain special counsel and emails to A. Sherman regarding same. | 0.20 | $125.00 |
| 08/06/21 | GAK | 108 | Review Debtors' professionals' fee applications and emails to A. Sherman regarding same. | 0.20 | $125.00 |

Sills Cummis & Gross P.C.

Creditors' Committee  
September 30, 2021  
Client/Matter No. 08650118.000001  
Invoice: 2008015  
Page 6

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/19/21 | GAK | 108 | Review Debtors' professionals fee applications and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| 08/27/21 | GAK | 108 | Review Debtors' professionals' fee applications and emails to A. Sherman regarding same. | 0.20 | $125.00 |
| | | **TASK TOTAL 108** | | **0.70** | **$437.50** |

**111 – AVOIDANCE ACTION LITIGATION**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/06/21 | GAK | 111 | Review Debtors' proposed settlement with Center Square and emails to A. Sherman regarding same. | 0.20 | $125.00 |
| 08/11/21 | BM | 111 | Analysis regarding proposed settlements of avoidance actions. | 0.70 | $556.50 |
| 08/13/21 | GAK | 111 | Review Debtors' proposed preference settlement with Immucor and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| 08/19/21 | GAK | 111 | Review Debtors' proposed preference settlement with Herman Goldner and email A. Sherman regarding same. | 0.10 | $62.50 |
| 08/19/21 | GAK | 111 | Review Debtors' proposed settlement with Infor (US) and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| 08/19/21 | GAK | 111 | Review Debtors' proposed settlement with Dynamic Balancing and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| 08/19/21 | GAK | 111 | Review Debtors' proposed settlement with Phillips Medical and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| | | **TASK TOTAL 111** | | **1.40** | **$994.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

September 30, 2021
Client/Matter No. 08650118.000001
Invoice: 2008015
Page 7

|  | HOURS | AMOUNT |
|---|---:|---:|
| **TOTAL FEES at Standard Rates** | **165.50** | **$136,036.50** |
| **TOTAL FEES at Blended Rate of $625** | **165.50** | **$103,437.50** |

## TASK CODE SUMMARY

| | | | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 101 | Asset Analysis and Recovery | | 6.80 | $4,768.00 |
| 104 | Case Administration | | 3.60 | $2,862.00 |
| 105 | Claims Administration and Objections | | 144.60 | $121,590.00 |
| 107 | Fee/Employment Applications | | 8.40 | $5,385.00 |
| 108 | Fee/Employment Objections | | 0.70 | $437.50 |
| 111 | Avoidance Action Litigation | | 1.40 | $994.00 |
| | TOTAL FEES at Standard Rates | | 165.50 | $136,036.50 |
| | TOTAL FEES at Blended Rate of $625 | | 165.50 | $103,437.50 |

| | Hours | | Rate | | Amount |
|---|---:|---|---:|---|---:|
| Andrew H. Sherman | 67.00 | x | $895.00 | = | $59,965.00 |
| Boris Mankovetskiy | 84.70 | x | $795.00 | = | $67,336.50 |
| Rachel E. Brennan | 4.40 | x | $650.00 | = | $2,860.00 |
| Gregory A. Kopacz | 9.40 | x | $625.00 | = | $5,875.00 |

## DISBURSEMENT DETAIL

| Date | Code | Description | Amount |
|---|---|---|---:|
| 08/09/21 | 295 | Parking (BM mediation in NYC) | $40.00 |
| 08/09/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $39.20 |
| 08/09/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $13.75 |
| 08/09/21 | 295 | Parking (AHS mediation in NYC) | $40.00 |
| 08/09/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $32.48 |
| 08/09/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $13.75 |
| 08/10/21 | 295 | Parking (AHS mediation in NYC) | $40.00 |
| 08/10/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $32.48 |
| 08/10/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $13.75 |
| 08/10/21 | 295 | Parking (BM mediation in NYC) | $40.00 |
| 08/10/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $39.20 |

Sills Cummis & Gross P.C.

Creditors' Committee                                                                 September 30, 2021
                                                                    Client/Matter No. 08650118.000001
                                                                                      Invoice: 2008015
                                                                                              Page 8

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/10/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $13.75 |
| 08/11/21 | 295 | Parking (BM mediation in NYC) | $40.00 |
| 08/11/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $39.20 |
| 08/11/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $13.75 |
| 08/11/21 | 295 | Parking (AHS mediation in NYC) | $40.00 |
| 08/11/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $32.48 |
| 08/11/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $13.75 |
| 08/17/21 | 295 | Parking (AHS mediation in NYC) | $40.00 |
| 08/17/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $32.48 |
| 08/17/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $13.75 |
| 08/17/21 | 295 | Parking (BM mediation in NYC) | $40.00 |
| 08/17/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $39.20 |
| 08/17/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $13.75 |
| 08/18/21 | 295 | Parking (BM mediation in NYC) | $40.00 |
| 08/18/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $39.20 |
| 08/18/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $13.75 |
| 08/18/21 | 295 | Parking (AHS mediation in NYC) | $40.00 |
| 08/18/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $32.48 |
| 08/18/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $13.75 |
| 08/23/21 | 271 | Litigation Support Vendor (UnitedLex Inv. 060497 – hosting user and volume) | $1,189.70 |
| 08/30/21 | 295 | Parking (BM mediation in NYC) | $40.00 |
| 08/30/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $39.20 |
| 08/30/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $13.75 |
| 08/30/21 | 295 | Parking (AHS mediation in NYC) | $40.00 |
| 08/30/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $32.48 |
| 08/30/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $13.75 |
| 08/31/21 | 295 | Parking (AHS mediation in NYC) | $40.00 |
| 08/31/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $13.75 |
| 08/31/21 | 296 | Tolls/Mileage (AHS mediation in NYC) | $32.48 |
| 08/31/21 | 295 | Parking (BM mediation in NYC) | $40.00 |
| 08/31/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $13.75 |
| 08/31/21 | 296 | Tolls/Mileage (BM mediation in NYC) | $39.20 |

**TOTAL DISBURSEMENTS**                                                                  **$2,443.96**

Sills Cummis & Gross P.C.

Creditors' Committee

September 30, 2021
Client/Matter No. 08650118.000001
Invoice: 2008015
Page 9

| **INVOICE SUMMARY** | |
|---|---:|
| Total Fees | $103,437.50 |
| Total Disbursements | $2,443.96 |
| **TOTAL THIS INVOICE** | **$105,881.46*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$136,036.50**) and fees at *Blended Rate* of $625 (**$103,437.50**)** apply.

**includes paralegal fees at standard rates, if applicable