IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |

**NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR OCTOBER 12, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

<u>**CONTINUED MATTERS:**</u>

1. Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary [Docket No. 2400; filed: 06/17/21]

   <u>Response Deadline</u>: July 2, 2021 at 4:00 p.m.

   <u>Responses Received</u>:

   A. Response of Debtors [Docket No. 2553; filed: 07/02/21]

   B. HSREP VI Holding, LLC and Its Affiliates' Objection and Cross-Motion to Compel Debtors, Propco or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2573; filed: 07/12/21]

   <u>Reply</u>:

   C. Vicinity's Reply to HSRE's Objection and Debtors' and MBNF Non-Debtor Entities' Responses [Docket No. 2842; filed: 09/20/21]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Related Documents:

D.   Notice of Rescheduled Hearing [Docket No. 2872; filed: 09/23/21]

Status: This matter is continued to the October 25, 2021 omnibus hearing.

2. Cross-Motion of HSREP VI Holding, LLC and Its Affiliates for Entry of an Order Compelling Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2578; filed: 07/12/21]

Response Deadline: August 13, 2021 at 4:00 p.m.; extended to September 14, 2021 for the Debtors and the MBNF Non-Debtor Entities.

Responses Received:

A.   Response and Objection of the Debtors [Docket No. 2825; filed: 09/14/21]

B.   MBNF Non-Debtor Entities' Objection [Docket No. 2826; filed: 09/14/21]

Reply:

C.   Reply of JV Entities in Support of Cross-Motion [Docket No. 2840; filed: 09/20/21]

Related Documents:

D.   Notice of Rescheduled Hearing [Docket No. 2869; filed: 09/23/21]

Status: This matter is continued to the October 25, 2021 omnibus hearing.

Dated: October 7, 2021                        **SAUL EWING ARNSTEIN & LEHR LLP**

                                     By:    */s/ Mark Minuti*
                                                  Mark Minuti (DE Bar No. 2659)
                                                  Monique B. DiSabatino (DE Bar No. 6027)
                                                  1201 N. Market Street, Suite 2300
                                                  P.O. Box 1266
                                                  Wilmington, DE  19899
                                                  Telephone: (302) 421-6800
                                                  Fax: (302) 421-6813
                                                  mark.minuti@saul.com
                                                  monique.disabatino@saul.com

                                                           -and-

                                                  Jeffrey C. Hampton
                                                  Adam H. Isenberg
                                                  Centre Square West
                                                  1500 Market Street, 38th Floor
                                                  Philadelphia, PA 19102
                                                  Telephone: (215) 972-7777
                                                  Fax: (215) 972-7725
                                                  jeffrey.hampton@saul.com
                                                  adam.isenberg@saul.com

                                                  *Counsel for Debtors and Debtors in Possession*