# **EXHIBIT 1**

## **Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 2916 and __** |
| | ) |

## ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL
## THE  UNREDACTED EXHIBIT TO THE MOTION OF DEBTORS FOR
## ORDER (I) AUTHORIZING DEBTORS TO ENTER INTO ASSIGNMENT,
## ASSUMPTION AND NOVATION AGREEMENT PURSUANT TO
## 11 U.S.C. § 363 AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion to Seal**")[2] of the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**") for entry of an order, pursuant to sections 105(a) and

107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing

the Debtors to file the Novation Agreement under seal; and upon the record of the hearing on the

Motion to Seal, if any; and this Court having jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District

Court for the District of Delaware, dated February 29, 2012; and this Court having found that

this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a

final order consistent with Article III of the United States Constitution; and this Court having

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms used in this Order but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Seal.

found that venue of this proceeding and the Motion to Seal in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Seal having been given; and it appearing that no other or further notice of the Motion to Seal is required; and the Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that good and sufficient cause exists for the relief granted by this Order,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion to Seal is GRANTED as set forth herein.

2.      Pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018 and Local Rule 9018-1(b), the Debtors are authorized to file the unredacted Novation Agreement under seal.

3.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.      The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.