# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Objection Deadline: November 1, 2021 at 4:00 p.m.** |
| | ) **Hearing Date: Only if an objection is filed** |

## NOTICE OF TWENTY-SIXTH MONTHLY FEE APPLICATION
## OF SAUL EWING ARNSTEIN & LEHR LLP

**PLEASE TAKE NOTICE** that on October 11, 2021, the *Twenty-Sixth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP* ("**Saul Ewing**")*, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2021 through August 31, 2021* (the "**Fee Application**") was filed with the Court. The Application seeks the approval of payment for professional services rendered as counsel to the Debtors in the amount of $486,773.90, together with reimbursement of disbursements in the amount of $21,649.79.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "**Interim Compensation Order**") and must be filed with the Clerk of the Bankruptcy Court and be served upon (i) Debtors, Center City Healthcare, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (ii) counsel to the Debtors, Saul Ewing Arnstein & Lehr, LLP, 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899-1266 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffrey.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); (iii) counsel to the Official Committee of Unsecured Creditors, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. [asherman@sillcummis.com] and Boris I. Mankovetskiy, Esq. [bmankovetskiy@sillcummis.com] and (b) Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman, Esq.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[sniederman@foxrothschild.com]); and (iv) counsel for the DIP Agent, Stradley, Ronon, Stevens & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com] and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]), so as to be received by no later than **November 1, 2021 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

If any objections to the Fee Application are filed, and the parties are unable to reach a resolution thereof, a hearing on the Fee Application will be held before the Honorable Mary F. Walrath at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, at a date and time convenient to the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, if no objection to the Fee Application is timely filed and served by the Objection Deadline, Saul Ewing may be paid 80% of the fees requested in the Fee Application and 100% of the expenses requested in the Fee Application without the need for further order of the Bankruptcy Court.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 11, 2021    **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*