# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from August 1, 2021 through August 31, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | *See attached chart* | $106.80 |
| Cab / Car Service | *See attached chart* | $104.48 |
| Copies | Los Angeles Superior Court; Philadelphia Court of Common Pleas | $365.25 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $528.60 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $7,446.35 |
| Hotel | *See attached chart* | $4,226.32 |
| Legal Research | Westlaw; Lexis | $4,673.08 |
| Meals | *See attached chart* | $1,949.80 |
| Mileage | *See attached chart* | $17.86 |
| Outside Reproduction | Reliable Copy Service – DE; Exela Enterprise Solutions Inc. | $290.70 |
| Overnight Delivery | Federal Express | $608.15 |
| Parking | *See attached chart* | $258.00 |
| Train | *See attached chart* | $1,026.00 |
| Transcript | Reliable Copy Service-DE | $48.40 |
| **Total** | | **$21,649.79** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

| **TRAVEL DETAIL** |
| --- | --- | --- | --- | --- |
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 08/09/21 | Curb Mobility | (1) Adam Isenberg | Cab from LaGuardia airport to hotel for mediation | $50.52 |
| 08/11/21 | Curb Mobility | (3) Mark Minuti; Adam Isenberg, Jeffrey Hampton | Cab from mediation to New York train station for mediation | $20.00 |
| 08/18/21 | Curb Mobility | (3) Mark Minuti; Adam Isenberg, Jeffrey Hampton | Cab from mediation to New York train station for mediation | $18.96 |
| 08/19/21 | TLC | (1) Adam Isenberg | Cab from New York train station to hotel for mediation | $15.00 |
| 08/08/21 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to Wilmington train station and back for mediation in New York | $8.93 |
| 08/11/21 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to Wilmington train station and back for mediation in New York | $8.93 |
| 08/08 – 08/11/21 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington Train Station for mediation in New York | $44.00 |
| 08/16 – 08/18/21 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington Train Station for mediation in New York | $32.00 |
| 08/16 – 08/18/21 | Nexus Parking Systems | (1) Jeffrey C. Hampton | Parking at train station for mediation in New York | $73.00 |
| 08/08 – 08/11/21 | Nexus Parking Systems | (1) Jeffrey C. Hampton | Parking at train station for mediation in New York | $109.00 |
| 08/19/21 | Delta Airlines | (1) Adam Isenberg | Plane from Bozeman to New York for mediation | $106.80 |
| 08/08 – 09/11/21 | Intercontinental New York Barclay | (1) Mark Minuti | Mediation in New York | $788.56 |
| 08/08 – 09/11/21 | Intercontinental New York Barclay | (1) Adam Isenberg | Mediation in New York | $827.48 |
| 08/08 – 09/11/21 | Intercontinental New York Barclay | (1) Jeffrey Hampton | Mediation in New York | $862.29 |
| 08/16 – 8/18/21 | Intercontinental New York Barclay | (1) Mark Minuti | Mediation in New York | $567.28 |
| 08/16 – 8/18/21 | Intercontinental New York Barclay | (1) Adam Isenberg | Mediation in New York | $592.75 |
| 08/16 – 8/18/21 | Intercontinental New York Barclay | (1) Jeffrey Hampton | Mediation in New York | $587.96 |
| 08/08/21 | Amtrak | (1) Mark Minuti | Train from Wilmington, DE to New York, NY | $124.00 |
| 08/08/21 | Amtrak | (1) Jeffrey Hampton | Train from Philadelphia, PA to New York, NY | $123.00 |
| 08/11/21 | Amtrak | (1) Mark Minuti | Train from New York, NY to Wilmington, DE | $117.00 |
| 08/11/21 | Amtrak | (1) Jeffrey Hampton | Train from New York, NY to Philadelphia, PA | $101.00 |

| | | | | |
|---|---|---|---|---|
| 08/16/21 | Amtrak | (1) Mark Minuti | Train from Wilmington, DE to New York, NY | $131.00 |
| 08/16/21 | Amtrak | (1) Adam Isenberg | Train from Philadelphia, PA to New York, NY | $114.00 |
| 08/16/21 | Amtrak | (1) Jeffrey Hampton | Train from New York, NY to Philadelphia, PA | $114.00 |
| 08/18/21 | Amtrak | (1) Adam Isenberg | Train from New York, NY to Philadelphia, PA | $101.00 |
| 08/18/21 | Amtrak | (1) Jeffrey Hampton | Train from New York, NY to Philadelphia, PA | $101.00 |
| | | **TOTAL** | | **$5739.46** |

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 07/19/21 | Grub Hub / Honeygrow | (2) Jeffrey Hampton and Adam Isenberg | Lunch in office working on mediation brief | $38.67 |
| 08/08/21 | The Smith | (4) Jeffrey Hampton, Mark Minuti, Allen Wilen and John DiNome | Dinner in New York preparing for mediation | $270.91 |
| 08/09/21 | ETC Restaurant | (1) Jeffrey Hampton | Breakfast in New York for mediation | $21.63 |
| 08/09/21 | AVRA | (6) Jeffrey Hampton, Mark Minuti, Adam Isenberg, Allen Wilen, William Pederson and John DiNome | Dinner in New York during for mediation | $847.92 |
| 08/10/21 | Milk n Honey | (1) Mark Minuti | Breakfast in New York for mediation | $3.54 |
| 08/10/21 | ETC Restaurant | (1) Jeffrey Hampton | Lunch in New York for mediation | $26.43 |
| 08/16/21 | ETC Restaurant | (1) Jeffrey Hampton | Breakfast in New York for mediation | $19.64 |
| 08/17/21 | ETC Restaurant | (1) Jeffrey Hampton | Breakfast in New York for mediation | $17.69 |
| 08/17/21 | KOI New York | (6) Jeffrey Hampton, Mark Minuti, Adam Isenberg, Allen Wilen, William Pederson and John DiNome | Dinner in New York during for mediation | $696.84 |
| 08/18/21 | Milk n Honey | (1) Mark Minuti | Breakfast in New York for mediation | $6.53 |
| | | **TOTAL** | | **$1949.80** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2653259 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 10/05/21 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 08/26/21 | Epiq Relativity eDiscovery Costs | 7,446.35 | |
| | Total Epiq Relativity eDiscovery Costs | | 7,446.35 |
| 08/20/21 | Taxi/Car Service; VENDOR: TLC; 08/16/21; Taxi for Adam Isenberg from NY train station to Intercontinental New York Barclay (to attend mediation) | 15.00 | |
| 08/23/21 | Taxi/Car Service; VENDOR: Curb Mobility; 08/18/21; Curb Mobility - Cab for Mark Minuti, Adam Isenberg and Jeffrey Hampton from mediation to New York train station for Mediation | 18.96 | |
| 08/30/21 | Taxi/Car Service; VENDOR: Curb Mobility; 08/11/21; Cab for Mark Minuti, Adam Isenberg and Jeffrey Hampton from mediation to New York train station for Mediation i | 20.00 | |
| 08/30/21 | Taxi/Car Service; VENDOR: Curb Mobility; 08/09/21; Taxi for Adam Isenberg from LaGuardia airport to Intercontinental NY Barclays to attend mediation | 50.52 | |
| | Total Cab Fare | | 104.48 |
| 08/20/21 | Mileage; VENDOR: Mark Minuti; 08/08/21; Travel from home to Wilmington Train Station and back home for Mediation in New York | 8.93 | |
| 08/23/21 | Mileage; VENDOR: Mark Minuti; 08/16/21; Mark Minuti from home to Wilmington Train Station and back home for Mediation in New York | 8.93 | |
| | Total Mileage | | 17.86 |
| 08/20/21 | Parking; VENDOR: Wilmington Parking Authority (8/8 - 8/11/21) Parking for Mark Minuti at train station for mediation in New York | 44.00 | |
| 08/23/21 | Parking; VENDOR: Wilmington Parking Authority (8-16 to 8-18/21) Parking for Mark Minuti at Wilmington Train Station for Mediation in New York | 32.00 | |
| 08/30/21 | Parking; VENDOR: Nexus Parking Systems; 08/16 – 8/18/21; Parking for Jeffrey Hampton at train station for travel re: mediation meeting in New York | 73.00 | |
| 08/30/21 | Parking; VENDOR: Nexus Parking Systems; 08/08 – 8/11/21; Parking for Jeffrey Hampton at train station for travel re: mediation meeting in New | 109.00 | |
| | Total Parking | | 258.00 |

| | | |
|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2653259 |
| 00002 | Expenses | Page 2 |
| 10/05/21 | | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/30/21 | Transportation-Airfare Airfare; VENDOR: American Airlines; 08/09/21; Vacation flights were changed due to mediation in New York. Original flights on American Airlines from Philly to Bozeman and return total $362.80 for round trip. Half would be $181.40; Delta flight from Bozeman to NY total $288.20; reimbursement is $106.80 | 106.80 | |
| | Total Transportation-Airfare | | 106.80 |
| 08/04/21 | Federal Express 07/23/2021 To: The Honorable Kevin J Carey From: Jeffrey Hampton | 66.35 | |
| 08/04/21 | Federal Express 07/27/2021 To: Jeffrey Hampton From: Office Services | 86.72 | |
| 08/04/21 | Federal Express 07/27/2021 To: Mark Minuti From: Office Services | 86.72 | |
| 08/04/21 | Federal Express 07/27/2021 To: Adam Isenberg From: Office Services | 86.72 | |
| 08/11/21 | Federal Express 08/05/2021 To: Kevin Carey From: Mark Minuti | 33.65 | |
| 08/11/21 | Federal Express 08/05/2021 To: Kevin Carey From: Office Services | 86.04 | |
| 08/11/21 | Federal Express 08/05/2021 To: Kevin Carey From: Office Services | 86.04 | |
| 08/18/21 | Federal Express 08/10/2021 To: Kevin Carey From: Mark Minuti | 18.80 | |
| 08/18/21 | Federal Express 08/07/2021 To: Kevin Carey From: Mark Minuti | 23.12 | |
| 08/23/21 | Federal Express 08/11/2021 To: Adam Isenberg From: Sean Reeder | 33.99 | |
| | Total Federal Express | | 608.15 |
| 08/04/21 | Outside Reproduction - - VENDOR: Exela Enterprise Solutions Inc. 6/25/2021 Monthly Velo Charges / M. Kohn | 6.48 | |
| 08/05/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 7/27/21 - Copying, postage and mailing of complaints, summons and certificate of service (second batch) | 28.35 | |
| 08/05/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 7/30/21 - Copying, postage and mailing of complaint, summons and certificate of service (first batch) | 30.65 | |
| 08/05/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 7/28/21 - Copying, postage and mailing of complaints, summons and certificate of service (first batch) | 31.10 | |
| 08/05/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 7/29/21 - Copying, postage and mailing of complaints, summons and certificate of service (first batch) | 43.70 | |
| 08/05/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 7/30/21 - Copying, postage and mailing of complaint, summons and certificate of service (second batch) | 75.70 | |
| 08/11/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 7/26/21 - Copying, postage and mailing of complaints, summons and certificate of service (second batch) | 28.65 | |
| 08/11/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 7/27/21 - Copying, postage and mailing of complaints, summons and certificate of service (second batch) | 34.95 | |
| 08/19/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 8/2/21 - Copying, postage and mailing of amended complaint, alias summons and certificate of service | 5.80 | |
| 08/26/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 8/4/21 - Copying, postage and mailing of amended complaint, alias summons and certificate of service | 5.32 | |
| | Total Outside Reproduction | | 290.70 |
| 08/20/21 | Hotel Lodging; VENDOR: Intercontinental New York Barclay; 8/16-18/2021 for Adam Isenberg (mediation held in NY) | 592.75 | |
| 08/20/21 | Hotel Lodging; VENDOR: Intercontinental New York Barclay 08/11/21 for Mark Minuti (Mediation in New York) | 788.56 | |
| 08/23/21 | Hotel Lodging; VENDOR: Intercontinental New York Barclay; 8-16 to 8-18 for Mark Minuti ( Mediation in New York) | 567.28 | |

| | | | |
|---|---|---|---|
| 376719<br>00002<br>10/05/21 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number  2653259<br>Page 3 | |
| 08/30/21 | Hotel Lodging; VENDOR: Intercontinental New York Barclay; 08/16 to 8/18/21 for Jeffrey Hampton (attend mediation) | 587.96 | |
| 08/30/21 | Hotel Lodging; VENDOR: Intercontinental New York Barclay; 8/8-10/2021 for Adam Isenberg (Mediation in New York) | 827.48 | |
| 08/30/21 | Hotel Lodging; Intercontinental New York Barclay; 08/8 – 08/11/21 for Jeffrey Hampton (attend mediation) | 862.29 | |
| | Total Hotel | | 4,226.32 |
| 08/20/21 | Other Rail Travel Train; VENDOR: Amtrak; 8/18/2021 train for Adam Isenberg from New York to Philadelphia (attended mediation) (business class) | 101.00 | |
| 08/20/21 | Other Rail Travel Train; VENDOR: Amtrak; 8/16/2021 train for Adam Isenberg from Philadelphia to New York to attend mediation (business class) | 114.00 | |
| 08/20/21 | Other Rail Travel Train; VENDOR: Amtrak; 08/11/21 train for Mark Minuti from New York to Delaware for Mediation (business class) | 117.00 | |
| 08/20/21 | Other Rail Travel Train; VENDOR: Amtrak; 08/08/21 train for Mark Minuti from Delaware to New York for Mediation (business class) | 124.00 | |
| 08/23/21 | Other Rail Travel Train; VENDOR: Amtrak; 08/16/21 train for Mark Minuti from Delaware to New York for Mediation in New York (business class) | 131.00 | |
| 08/30/21 | Other Rail Travel Train; VENDOR: Amtrak; 08/18/21 train for Jeffrey Hampton from Philadelphia to New York for mediation (business class) | 101.00 | |
| 08/30/21 | Other Rail Travel Train; VENDOR: Amtrak; 08/11/21; train for Jeffrey Hampton from New York to Philadelphia for mediation (business class) | 101.00 | |
| 08/30/21 | Other Rail Travel Train; VENDOR: Amtrak; 08/16/21; train for Jeffrey Hampton from Philadelphia to New York for mediation (business class) | 114.00 | |
| 08/30/21 | Other Rail Travel Train; VENDOR: Amtrak; 08/08/21 train for Jeffrey Hampton from Philadelphia to New York for mediation (business class) | 123.00 | |
| | Total Other Rail Travel | | 1,026.00 |
| 08/02/21 | Meals Lunch; VENDOR: Grub Hub / Honeygrow; 07/19/21; Working lunch (in Chesterbrook office) for Jeffrey Hampton and A. Isenberg re: final revisions to reply brief | 38.67 | |
| 08/20/21 | Meals Breakfast; VENDOR: Milk n Honey; 08/10/21 - Breakfast for Mark Minuti during mediation in New York | 3.54 | |
| 08/23/21 | Meals Breakfast; VENDOR: Milk n Honey; 08/18/21 - Breakfast for Mark Minuti during Mediation in New York | 6.53 | |
| 08/30/21 | Meals Breakfast; VENDOR: ETC Restaurant; 08/17/21; Breakfast for Jeffrey Hampton during mediation in New York | 17.69 | |
| 08/30/21 | Meals Breakfast; VENDOR: ETC Restaurant; 08/16/21; Breakfast for Jeffrey Hampton during mediation in New York | 19.64 | |
| 08/30/21 | Meals Breakfast; VENDOR: ETC Restaurant; 08/09/21; Breakfast for Jeffrey Hampton during mediation in New York | 21.63 | |
| 08/30/21 | Meals Lunch; VENDOR: ETC Restaurant; 08/10/21; Lunch for Jeffrey Hampton during mediation in New York | 26.43 | |
| 08/30/21 | Meals Dinner; VENDOR: The Smith; 08/08/21; Team meeting in NYC prior to start of mediation on 8-9 (J. Hampton, M. Minuti, J. Dinome and A. Wilen) | 270.91 | |
| 08/30/21 | Meals Dinner; VENDOR: koi New York; 08/17/21; Team meeting in NYC in connection with next mediation session (J. Hampton, M. Minuti, A. Isenberg, B. Pederson and A. Wilen) | 696.84 | |
| 08/30/21 | Meals Dinner; VENDOR: AVRA; 08/09/21 Dinner for Adam Isenberg, Mark Minuti, Jeffrey Hampton, Allen Wilen, John DiNome and William Pederson (mediation issues and discussions during mediation in New York) | 847.92 | |
| | Total Meals | | 1,949.80 |

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2653259 | |
| 00002 | Expenses | Page 4 | |
| 10/05/21 | | | |

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 08/12/21 | Copies - - VENDOR: Los Angeles Superior Court; 7/6/21 Copy of petition filed by S. Freedman | 25.00 | |
| 08/12/21 | Copies - - VENDOR: Los Angeles Superior Court; 7/6/21 Copy of petition amended filed by S. Freedman | 4.75 | |
| 08/12/21 | Copies - - VENDOR: Philadelphia Court of Common Pleas; 7/9/21 Copy of documents in HSRE / PAHH | 335.50 | |
| | Total Copies | | 365.25 |
| 08/03/21 | Doc. Retrieval/Case Monitoring Billable Matter; VENDOR: Pacer Service Center; 07/08/21; Access to Federal Court dockets and downloading pleadings | 528.60 | |
| | Total Doc. Retrieval/Case Monitoring | | 528.60 |
| 08/11/21 | Transcript; VENDOR: Reliable Copy Service - DE; 7/22/21 Hearing Transcript | 48.40 | |
| | Total Transcript | | 48.40 |
| 08/02/21 | Lexis Legal Research | 47.50 | |
| 08/04/21 | Lexis Legal Research | 95.00 | |
| 08/18/21 | Lexis Legal Research | 50.48 | |
| 08/26/21 | Lexis Legal Research | 126.22 | |
| 08/02/21 | Westlaw Legal Research | 157.68 | |
| 08/03/21 | Westlaw Legal Research | 650.16 | |
| 08/04/21 | Westlaw Legal Research | 993.60 | |
| 08/04/21 | Westlaw Legal Research | 387.50 | |
| 08/04/21 | Westlaw Legal Research | 1,114.56 | |
| 08/04/21 | Westlaw Legal Research | 86.00 | |
| 08/05/21 | Westlaw Legal Research | 86.00 | |
| 08/05/21 | Westlaw Legal Research | 86.00 | |
| 08/16/21 | Westlaw Legal Research | 92.88 | |
| 08/16/21 | Westlaw Legal Research - 08/03/21 - John Demmy | 32.50 | |
| 08/17/21 | Westlaw Legal Research | 237.00 | |
| 08/27/21 | Westlaw Legal Research | 86.00 | |
| 08/30/21 | Westlaw Legal Research | 86.00 | |
| 08/31/21 | Westlaw Legal Research | 258.00 | |
| | Total Legal Research | | 4,673.08 |
| | CURRENT EXPENSES | | 21,649.79 |

**TOTAL AMOUNT OF THIS INVOICE**                                                                                    21,649.79