# EXHIBIT F

## PROFESSIONALS' BACKGROUND

## Attorney Biographies

**Mark Minuti**, *Partner.* Mr. Minuti is Vice-Chair of Saul Ewing Arnstein & Lehr's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice Group and is a Partner in its Wilmington, Delaware office. Mr. Minuti concentrates his practice in bankruptcy law. Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**John D. Demmy**, *Partner.* Mr. Demmy is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office. Mr. Demmy represents debtors, creditors' and ad hoc committees, asset buyers, insurers, and all types of creditors in bankruptcy cases and related litigation matters. Mr. Demmy also handles bankruptcy appeals to the Delaware District Court and to the Court of Appeals for the Third Circuit. Mr. Demmy is also an experience commercial litigator who assist clients with cases in the Delaware Court of Chancery and provides opinions with respect to matters of bankruptcy and Delaware law relating to Delaware entities.

**Martin J. Doyle,** *Partner.* Mr. Doyle is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Practice Group in its Philadelphia, Pennsylvania office. Mr. Doyle concentrates his practice in commercial real estate transactions, with an emphasis on real estate acquisitions and dispositions, finance, and leasing.

**Jeffrey C. Hampton,** *Partner.* Mr. Hampton is Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders. Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters. In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner*.  Mr. Isenberg is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts.  Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**Sarah L. Church,** *Partner.*  Ms. Church is a Partner in Saul Ewing Arnstein & Lehr's Transactional Department and in the Labor, Employment and Employee Benefits Practice Group in its Pittsburgh, Pennsylvania office.  Ms. Church has over 25 years of experience in working on a wide spectrum of employee benefits and executive compensation matters.

**John P. Englert,** *Partner.*  Mr. Englert is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Practice Group in its Pittsburgh, Pennsylvania office.  Mr. Englert has extensive environmental experience.  Mr. Engler's experience spans a broad spectrum of environmental matters, ranging from environmental permitting of large and complex energy and industrial facilities to remediation of nuclear facilities and hazardous waste sites.

**Michelle G. Novick,** *Partner*.  Ms. Novick is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office.   Ms. Novick concentrates her practice on corporate bankruptcy.

**Elizabeth S. Fenton,** *Partner.*  Ms. Fenton is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Wilmington, Delaware office.  Ms. Fenton helps established, start-up and emerging companies across numerous industries, including energy, health care and venture capital/private equity, address disputes that tend to escalate into litigation.

**Clarence Y. Lee,** *Partner.*  Mr. Lee is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Washington, D.C. office. Mr. Lee represents insurers in a wide range of insurance coverage counseling and commercial litigation. Mr. Lee provides insurance coverage advice and litigation representation on a variety of insurance issues, including managed care, errors and omissions, hospital liability, general liability, environmental, cyber, technology, director's and officer's liability, professional liability, and architects and engineers' policies.

**Richard B. Carroll**, *Partner*.  Mr. Carroll is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice Group in its Wilmington, Delaware office.  Mr. Carroll concentrates his practice on corporate advisory and governance matters.  Mr. Carroll's practice covers a broad range of corporate, business and commercial transactions.  Mr. Carroll regularly advises boards of directors and special committees on matters of corporate governance and fiduciary duties.  Mr. Carroll has significant experience in corporate transactions involving mergers and acquisitions, preferred stock financings, bankruptcies and corporate restructurings. Mr. Carroll provides advice and counsel to growth companies and investors as part of his venture capital and private equity practice. Mr. Carroll frequently gives legal opinions on matters related to Delaware corporate law.

**Lucian B. Murley**, *Partner*.  Mr. Murley is a Partner in Saul Ewing Arnstein & Lehr's Transaction Department and a member of the firm's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office.  Mr. Murley represents official committees, and other estate-fiduciaries

in bankruptcy and restructuring cases. Mr. Murley is Co-Chair of the American Bankruptcy Institute's Financial Advisors and Investment Banking Committee, and is a member of the Local Rules Committee for the United States Bankruptcy Court for the District of Delaware.

**Monique B. DiSabatino**, *Partner*.  Ms. DiSabatino is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office.  Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Carolyn A. Pellegrini**, *Partner*.  Ms. Pellegrini is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Ms. Pellegrini assists employers with labor and employment disputes and other sensitive matters affecting their professional relationships with their employees. Ms. Pellegrini represents clients in federal and state employment litigation and arbitration, including matters involving Title VII, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family Medical Leave Act, the Fair Labor Standards Act and the National Labor Relations Act.

**Dasha G. Brockmeyer**, *Counsel*.  Ms. Brockmeyer is a Partner in Saul Ewing Arnstein & Lehr's Tax and Employee Benefits Practice Group in its Pittsburgh, Pennsylvania office.  Ms. Brockmeyer represents large and small employers, in both the private and public sectors, on matters involving employee benefit law. Ms. Brockmeyer represents employers before the Internal Revenue Service, the Department of Labor and the Pension Benefit Guarantee Corporation, as well as advises them on issues that arise with respect to their benefit plans.

**Jorge Garcia**, *Associate*.  Mr. Garcia is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Garcia represents debtors, trustees, creditors' committees, unsecured creditors and secured creditors in chapter 11 reorganization and liquidation cases. Mr. Garcia also handles Chapter 7 cases and related adversary proceedings, including avoidance actions involving claims of preferences and fraudulent transfers.

**A. Mayer Kohn**, *Associate*.  Mr. Kohn is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Kohn focuses his practice on restructuring matters, including Chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations, creditors' committees and general insolvency law.

**Matthew P. Milana**, *Associate*.  Mr. Milana is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office.  Mr. Milana concentrates his practice on restructuring matters, including Chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Milana work on Chapter 11 reorganization and liquidation cases includes representations of debtors, creditors' committees and unsecured and secured creditors.

       **Amanda Dennis,** *Associate*.  Ms. Dennis is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Washington, D.C. office.  Ms. Dennis advises corporate insurers on insurance coverage matters and counsels them on their risks.  Ms. Dennis also provides assessments of potential liability and damages under the policies in civil litigation against corporate officers and directors including securities fraud litigation, investigations by government agencies, shareholder derivative suits and employment-related claims.

       **Shannon A. McGuire**, *Associate*.  Ms. McGuire is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Ms. McGuire works on a variety of commercial bankruptcy and restructuring matters including litigation involving debtors and creditors' committees.