**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 7, 2021, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed in **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit C** attached hereto:

- **Notice of Agenda for Video Hearing Scheduled for October 12, 2021 at 10:30 A.M. (Prevailing Eastern Time) Before the Honorable Mary F. Walrath, U.S. Bankruptcy Court Judge [Docket No. 2926]**

- **Report by EisnerAmper LLP of Compensation Earned and Expenses Incurred for the Period of September 1, 2021 Through September 30, 2021 [Docket No. 2931]**

Dated: October 8, 2021

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 8th day of October, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

ALAN GELB, ESQ.
AGELBLAW@YAHOO.COM

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BAYARD, PA
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORP
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA DEPT OF LABOR AND
INDUSTRY
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FAEGRE DRINKER BIDDLE & REATH LLP
IAN J. BAMBRICK
IAN.BAMBRICK@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
JAY.JAFFE@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
KAYLA BRITTON
KAYLA.BRITTON@FAEGREDRINKER.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
SETH A. NIEDERMAN
SNIEDERMAN@FOXROTHSCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                     Served 10/7/2021

| | | |
|---|---|---|
| HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM |
| JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>NICOLE L GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LATHAM & WATKINS LLP<br>MATTHEW J. CARMODY<br>MATT.CARMODY@LW.COM | LATHAM & WATKINS LLP<br>SUZZANNE UHLAND<br>SUZZANNE.UHLAND@LW.COM |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM |
| MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM |
| MED ONE CAPITAL FUNDING, LLC<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>FRANCIS.LAWALL@TROUTMAN.COM |
| PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MARCY.SMITH@TROUTMAN.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM |
| POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM | RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM |
| RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM |

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                                    Served 10/7/2021

| | | |
|---|---|---|
| SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | SMITH HULSEY & BUSEY<br>BRANDON A. COOK<br>BCOOK@SMITHHULSEY.COM |
| SMITH HULSEY & BUSEY<br>MICHAEL E. DEMONT<br>MDEMONT@SMITHHULSEY.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | U.S. DEPT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV |
| UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM |
| WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM | |

Parties Served:  113

# **EXHIBIT B**

**Center City Healthcare, LLC, et al. -  Service List to Facsimile Recipients**

OFFICE OF THE ATTORNEY GENERAL
JOSH SHAPIRO, ESQUIRE
717-787-8242

Parties Served:  1

**<u>EXHIBIT C</u>**

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

PENNSYLVANIA ASSOC OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, PA 17120

ST. MARY'S MEDICAL CTR
1201 LANGHORNE-NEWTOWN RD
LANGHORNE, PA 19047

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
950 PENNSLVANIA AVE, NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 11

Page 1 of 1