# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                       :
                                                             :   Chapter 11
CENTER CITY HEALTHCARE, LLC D/B/A                            :
HAHNEMANN UNIVERSITY HOSPITAL, *et*                          :   Case No. 19-11466 (MFW)
*al.*,[1]                                                    :
                                                             :   (Jointly Administered)
                          Debtors.                           :
                                                             :
                                                             :
------------------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

     Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Alexandra Marie Zablocki of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020, to represent (a) Joel Freedman, (b) American Academic Health Systems, LLC and (c) Philadelphia Academic Health Holdings LLC in the above-captioned cases.

Date:   October 15, 2021
            Wilmington, Delaware

                                               */s/ Brendan J. Schlauch*
                                             Brendan J. Schlauch (No. 6115)
                                             RICHARDS, LAYTON & FINGER, P.A.
                                             One Rodney Square
                                             920 North King Street
                                             Wilmington, Delaware  19801
                                             Telephone:  (302) 651-7700
                                             Facsimile:  (302) 651-7701
                                             Email:  schlauch@rlf.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 15, 2021                               */s/ Alexandra Marie Zablocki*
                                                              Alexandra Marie Zablocki
                                                              LATHAM & WATKINS LLP
                                                              1271 Avenue of the Americas
                                                              New York, New York 10020
                                                              Telephone: (212) 906-1200
                                                              Facsimile:  (212) 751-4864
                                                              E-mail: alexandra.zablocki@lw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 26165433v.1