# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: Docket No. 2916 |

### LIMITED RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTORS FOR ORDER (I) AUTHORIZING DEBTORS TO ENTER INTO ASSIGNMENT, ASSUMPTION AND NOVATION AGREEMENT PURSUANT TO 11 U.S.C. § 363 AND (II) GRANTING RELATED RELIEF

The Official Committee of Unsecured Creditors (the "Committee")[2] in the chapter 11 cases of Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby files this limited response (the "Response") to the *Motion of Debtors for Order (I) Authorizing Debtors to Enter into Assignment, Assumption and Novation Agreement Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief* [Docket No. 2916] (the "Motion"). In support of the Response, the Committee respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

8378589

**BACKGROUND**

1. On June 30 and July 1, 2019 (collectively, the "Petition Date"), each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections1107(a) and 1108 of the Bankruptcy Code.

2. On July 15, 2019, the Office of the United States trustee appointed the Committee [Docket No. 182].

3. On October 4, 2021, the Debtors filed the Motion, seeking authorization to enter into the Assignment, Assumption and Novation Agreement (the "Agreement"), by and among Debtor Philadelphia Academic Health System, LLC ("PAHS"), Philadelphia Academic Risk Retention Group, LLC ("PARRG") and Accredited Surety and Casualty Company, Inc. ("ASC"), pursuant to which PAHS has agreed, subject to Court approval, to consent to PARRG's assigning its obligations under certain tail insurance policies with the Debtors to ASC.

4. As set forth in the Motion, PARRG is a Vermont-based risk retention group, "90% of which is owned by Philadelphia Academic Health Holdings, LLC ("PAHH"), an entity controlled by Joel Freedman, the Debtors' officer and principal, 5% of which is owned by PAHS, and 5% of which is owned by PAHS's wholly owned subsidiary Philadelphia Academic Medical Associates, LLC ("PAMA")[.]" Motion, ¶ 6. As such, "PAHS holds a 10% interest in PARRG, directly and indirectly through its wholly owned subsidiary PAMA." Motion, ¶ 15, n.7.

**LIMITED RESPONSE**

5. Based on the Debtors' ownership interests in the PARRG and its rights attendant thereto, a further order of the Court should be required prior the dissolution of PARRG or any

distribution of capital or any other payment or disposition of assets from PARRG subsequent to the consummation of the Agreement.

6.    The Committee therefore requests the following language be added to any order granting the relief requested in the Motion (the "Additional Language"):

> For the avoidance of doubt, nothing herein shall effectuate, permit and/or authorize the dissolution of PARRG or the distribution of capital or any other payment or disposition of assets from PARRG subsequent to the consummation of the Agreement (a "PARRG Action"). Any PARRG Action shall be addressed by further order of the Court and all rights of the Debtors, their estates and the Committee are expressly preserved and reserved with respect thereto.

7.    With the inclusion of the Additional Language in any order granting the relief requested in the Motion, the Committee does not object to the Motion.

8.    The Committee has shared the issue raised herein with the Debtors in advance of filing this Reponses and will work with the Debtors in an effort to address such issue prior to the hearing on the Motion.

## RESERVATION OF RIGHTS

9.    The Committee reserves the right to revise, amend or supplement this Response at any time prior to or at the hearing on the Motion.

WHEREFORE, the Committee respectfully requests that the Court (i) include the Additional Language in any order granting the relief requested in the Motion; and (ii) grant the Committee such other and further relief as the Court deems just and appropriate.

Dated: October 20, 2021  
Wilmington, Delaware

Respectfully submitted,

/s/ *Seth A. Niederman*
Seth A. Niederman (No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and –

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel for the Official Committee of Unsecured Creditors*

8378589

4