## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that a true and correct copy of the foregoing *Limited Response of the Official Committee of Unsecured Creditors to Motion of Debtors for Order (I) Authorizing Debtors to Enter into Assignment, Assumption and Novation Agreement Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief*, was served on the following parties this 20th day of October, 2021, via electronic mail and United States mail, first class and postage prepaid:

>Mark Minuti
>Monique B. De Sabatino
>Saul Ewing Arnstein & Lehr LLP
>1201 N. Market Street, Suite 2300
>PO Box 1266
>Wilmington, DE 19899
>Mark.minuti@saul.com
>Monique.disabatino@saul.com
>
>Jeffrey C. Hampton
>Adam H. Isenberg
>Shannon A. McGuire
>Saul Ewing Arnstein & Lehr LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA 19102
>Jeffrey.hampton@saul.com
>Adam.isenberg@saul.com
>shannonmcGuire@saul.com

Dated: October 20, 2021

>/s/ Seth A. Niederman
>Seth A. Niederman (No. 4588)