**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (MFW) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR OCTOBER 25, 2021**
**AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE**
**HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItceuvqjgjEsTbwDX-EhiA_owdGYKXiWc

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:30 A.M. (ET) ON OCTOBER 25, 2021**

**RESOLVED MATTERS:**

1.    Motion of Debtors for Approval of Settlement of Preference Claims against Analogic Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2805; Adversary No. 7; filed: 09/09/21]

Response Deadline:  September 23, 2021 at 4:00 p.m.

Responses Received:  None

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Related Documents:

A.     Certification of No Objection [Docket No. 2880; Adversary No. 12; filed: 09/24/21]

B.     Order Approving Settlement of Preference Claims against Analogic Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2886; Adversary No. 13; signed and docketed: 09/27/21]

Status: On September 27, 2021, the Court entered an order approving this motion.

2.     Seventh Month of the Debtors for Entry of an Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 2806; filed: 09/09/21]

Response Deadline:  September 23, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.     Certification of No Objection [Docket No. 2879; filed: 09/24/21]

B.     Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 2885; signed and docketed: 09/27/21]

Status: On September 27, 2021, the Court entered an order approving this motion.

3.     Motion of Debtors for Approval of Settlement of Preference Claims against SD Real Estate Developers, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2833; Adversary No. 7; filed: 09/16/21]

Response Deadline:  September 30, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A.     Certification of No Objection [Docket No. 2908; Adversary No. 12; filed: 10/01/21]

B.     Order Approving Settlement of Preference Claims against SD Real Estate Developers, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2913; Adversary No. 13; signed and docketed: 10/04/21]

Status: On October 4, 2021, the Court entered an order approving this motion.

38997637.1 10/21/2021

4.      Motion of Debtors for Approval of Settlement of Preference Claims against E-Z Park Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2835; Adversary No. 7; filed: 09/16/21]

Response Deadline:  September 30, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 2909; Adversary No. 12; filed: 10/01/21]

B.      Order Approving Settlement of Preference Claims against E-Z Park Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2914; Adversary No. 13; signed and docketed: 10/04/21]

Status: On October 4, 2021, the Court entered an order approving this motion.

5.      Motion of Debtors for Approval of Settlement of Preference Claims against MiMedX Group, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2839; filed: 09/17/21]

Response Deadline:  October 1, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 2915; filed: 10/04/21]

B.      Order Approving Settlement of Preference Claims against MiMedX Group, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2917; signed and docketed: 10/05/21]

Status: On October 5, 2021, the Court entered an order approving this motion.

6.      Motion of Debtors for Approval of Settlement of Preference Claims against Anesthesia Business Consultants, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2870; filed: 09/23/21]

Response Deadline:  October 7, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 2934; Adversary No. 13; filed: 10/11/21]

B.      Order Approving Settlement of Preference Claims against Anesthesia Business Consultants, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2941; Adversary No. 14; signed and docketed: 10/12/21]

Status: On October 12, 2021, the Court entered an order approving this motion.

7.      Motion of Debtors for Approval of Settlement of Preference Claims against Boston Scientific Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2876; filed: 09/24/21]

Response Deadline:  October 8, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 2938; filed: 10/11/21]

B.      Order Approving Settlement of Preference Claims against Boston Scientific Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2942; signed and docketed: 10/12/21]

Status: On October 12, 2021, the Court entered an order approving this motion.

8.      Motion of Debtors for Approval of Settlement of Preference Claims against Reuter & Hanney Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2900; Adversary No. 11; filed: 09/29/21]

Response Deadline:  October 13, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 2944; Adversary No. 13; filed: 10/14/21]

B.      Order Approving Settlement of Preference Claims against Reuter & Hanney Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2957; Adversary No. 14; signed and docketed: 10/18/21]

Status: On October 18, 2021, the Court entered an order approving this motion.

9.      Motion of Debtors for Approval of Settlement of Preference Claims against Stratus InDemand, Inc. and AMN Healthcare Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2904; filed: 09/30/21]

Response Deadline:  October 14, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 2955; filed: 10/15/21]

B.      Order Approving Settlement of Preference Claims against Stratus InDemand, Inc. and AMN Healthcare Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2958; signed and docketed: 10/18/21]

Status: On October 18, 2021, the Court entered an order approving this motion.

## CONTINUED MATTERS:

10.     Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary [Docket No. 2400; filed: 06/17/21]

Response Deadline:  July 2, 2021 at 4:00 p.m.

Responses Received:

A.      Response of Debtors [Docket No. 2553; filed: 07/02/21]

B.      HSREP VI Holding, LLC and Its Affiliates' Objection and Cross-Motion to Compel Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2573; filed: 07/12/21]

Reply:

C.      Vicinity's Reply to HSRE's Objection and Debtors' and MBNF Non-Debtor Entities' Responses [Docket No. 2842; filed: 09/20/21]

Status: This matter is continued to a date to be determined.

11.     Cross-Motion of HSREP VI Holding, LLC and Its Affiliates for Entry of an Order Compelling Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations [Docket No. 2578; filed: 07/12/21]

Response Deadline:  August 13, 2021 at 4:00 p.m.; extended to September 14, 2021 for the Debtors and the MBNF Non-Debtor Entities.

Responses Received:

A.      Response and Objection of the Debtors [Docket No. 2825; filed: 09/14/21]

B.      MBNF Non-Debtor Entities' Objection [Docket No. 2826; filed: 09/14/21]

Reply:

C.    Reply of JV Entities in Support of Cross-Motion [Docket No. 2840; filed: 09/20/21]

Status: This matter is continued to a date to be determined.

12.    Motion of Creditor Pamela Saechow Seeking Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 2623; filed: 07/27/21]

Response Deadline:  August 9, 2021 at 4:00 p.m.; extended to November 12, 2021 for the Debtors.

Responses Received:

A.    Informal comments from the Debtors

Related Documents:  None to date

Status: This matter is continued to the November 19, 2021 omnibus hearing.

13.    Motion of Johnathan Carroll and Joseph Peraino Administrator of the Estate of Augustine Peraino for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and/or Discharge Injunction, Nunc Pro Tunc [Docket No. 2905; filed: 09/30/21]

Response Deadline:  October 18, 2021 at 4:00 p.m.; extended to a date that is 7 days before the agreed hearing date for the Debtors.

Responses Received:

A.    Informal comments from the Debtors

Related Documents:  None to date

Status: This matter is continued to a date to be determined.

**CERTIFICATION OF NO OBJECTION MATTER:**

14.    Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors and Conrad O'Brien PC [Docket No. 2912; filed: 10/04/21]

Response Deadline:  October 18, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 2960; filed: 10/19/21]

Status: On October 19, 2021, the Debtors file a certification of no objection and regarding this motion. Accordingly, no hearing is necessary unless the Court has any questions.

**MATTERS GOING FORWARD:**

15. **[REDACTED]** Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Enter into Assignment, Assumption and Novation Agreement Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief [Docket No. 2916; filed: 10/04/21]

Response Deadline: October 18, 2021 at 4:00 p.m.; extended for the Committee to October 20, 2021 at 4:00 p.m.

Responses Received:

A.    Limited Response of the Official Committee of Unsecured Creditors [Docket No. 2967; filed: 10/20/21]

Related Documents:

B.    **[FILED UNDER SEAL]** Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Enter into Assignment, Assumption and Novation Agreement Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief [Docket No. 2937; filed: 10/11/21]

Status: This matter is going forward.

16.    Debtors' Motion for Entry of an Order Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), Authorizing the Debtors to File Under Seal Unredacted Exhibit to the Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Enter into Assignment, Assumption and Novation Agreement Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief [Docket No. 2932; filed: 10/07/21]

Response Deadline: October 21, 2021 at 4:00 p.m.

Responses Received: None to date

Related Documents: None to date

Status: This matter is going forward.

Dated: October 21, 2021                    **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*

Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*