**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline: November 18, 2021 4:00 p.m.** |
| | ) | **Hearing Date: Only if objection is timely filed** |

**TWENTY-FIRST MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | <u>Klehr Harrison Harvey Branzburg LLP</u> |
| Authorized to Provide Professional Services to: | <u>Debtors and Debtors-In-Possession</u> |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | <u>September 1, 2021 through September 30, 2021</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$19,180.35</u><br>(80 % of which is $15,344.28) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$20.85</u> |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the twenty-first monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | Fee Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly<br>Filed 2/17/2021<br>DI No. 2099 | 12/1/2020-<br>12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly<br>Filed 2/22/2021<br>DI No. 2115 | 1/1/2021-<br>1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly<br>Filed 4/12/2021<br>DI No. 2251 | 2/1/2021-<br>2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly<br>Filed 5/4/2021<br>DI No. 2613 | 3/1/2021-<br>3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly<br>Filed 8/4/2021<br>DI No. 2670 | 4/1/2021-<br>4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth<br>Monthly<br>Filed 8/4/2021<br>DI No. 2671 | 5/1/2021-<br>5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly<br>Filed 8/4/2021<br>DI No. 2673 | 6/1/2021-<br>6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly<br>Filed 8/25/2021<br>DI No. 2745 | 7/1/2021-<br>7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |
| Twentieth Monthly<br>Filed 9/30/2021<br>DI No. 2907 | 8/1/2021-<br>8/31/2021 | $31,199.85 | $0.00 | $24,959.88 | $0.00 | $6,239.97 |

**TIME AND COMPENSATION BREAKDOWN**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $700.00 | 9.00 | $6,300.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $600.00 | 2.10 | $1,260.00 |
| Raymond H. Lemisch | Bankruptcy & Restructuring Partner Admitted to Bar 1984 | $515.00 | 5.70 | $2,935.50 |
| William J. Clements | Litigation - Of Counsel Admitted to Bar 2000 | $425.00 | 3.50 | $1,487.50 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate Admitted to Bar 2005 | $350.00 | 16.80 | $5,880.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal 1997 | $285.00 | 12.10 | $3,448.50 |
| **TOTALS** | | | **49.20** | **$21,311.50** |
| **BLENDED RATE** | | | | **$433.16** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$2,131.15** |
| **GRAND TOTAL** | | | | **$19,180.35** |

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | CL/05 | 17.80 | $9,469.50 |
| Fee/Employment Applications | FE/07 | 5.40 | $1,539.00 |
| Litigation | LT/10 | 22.50 | $8,815.50 |
| Litigation Consulting | 18 | 3.50 | $1,487.50 |
| **TOTAL** | | **49.20** | **$21,311.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$2,131.15** |
| **GRAND TOTAL** | | | **$19,180.35** |

## EXPENSE SUMMARY
## SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Conference Call Charges | $20.85 |
| **TOTAL** | **$20.85** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### TWENTY-FIRST MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its twenty-first monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from September 1, 2021 through September 30, 2021.  In support hereof, Klehr Harrison respectfully represents as follows:

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.    BACKGROUND

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from September 1, 2021 through September 30, 2021 (the "Compensation Period"), totaling 49.20 hours of professional time.

6.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $19,180.35.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $19,180.35 in fees and $20.85 in expenses, for a total of $21,311.50.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $19,180.35 and reimbursement of actual and necessary expenses incurred in the sum of $20.85 for the period from September 1, 2021 through September 30, 2021; (b) payment in the total amount of $15,365.13, which represents (i) 80% of the total fees billed ($15,344.28) and (ii) 100% of the expenses incurred ($20.85) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated:  October 28, 2021          /s/ Domenic E. Pacitti
Wilmington, Delaware          Domenic E. Pacitti (DE Bar No. 3989)
                              **KLEHR HARRISON HARVEY BRANZBURG LLP**
                              919 North Market Street, Suite 1000
                              Wilmington, Delaware 19801
                              Telephone: (302) 426-1189
                              Facsimile: (302) 426-9193
                              Email:  dpacitti@klehr.com

                              *Special Counsel to the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing Twenty-First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from September 1, 2021 through September 30, 2021 and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.        In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.        I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.        Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.        None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.        Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2021 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2021                         _/s/ Domenic E. Pacitti_____
                                                     Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

October 6, 2021

Philadelphia Academic Health System, LLC  
Svetlana Attestatova  
1500 Market Street, 24th Floor  
West Tower Center Square  
Philadelphia, PA  19102

| | |
|---|---|
| Invoice #: | 455322 |
| Client #: | 19647 |
| Matter #: | 0019 |

For professional services through September 30, 2021:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/13/21 | FMC | Review issues with Drexel dispute with debtor | .20 | 600.00 | 120.00 |
| 9/16/21 | FMC | Review issues with Drexel mediation | .20 | 600.00 | 120.00 |
| 9/21/21 | FMC | Review issues with mediation with Drexel/review mediation statement | .20 | 600.00 | 120.00 |
| 9/21/21 | FMC | Prepare for call/team call re: mediation issues | .60 | 600.00 | 360.00 |
| 9/21/21 | FMC | Review memo on possible claims/review draft objection and draft complaint | .80 | 600.00 | 480.00 |
| 9/21/21 | FMC | Review email re: mediation issues | .10 | 600.00 | 60.00 |
| 9/21/21 | DEP | Call with Judge Fitzgerald and V. Marriott re: mediation (.50) / follow up email from Judge Fitzgerald re: same (.20) | .70 | 700.00 | 490.00 |
| 9/22/21 | DEP | Email A. Willen and J. Dinome re: mediation | .20 | 700.00 | 140.00 |
| 9/23/21 | MKH | Legal research on issues for Drexel mediation statement | 3.00 | 285.00 | 855.00 |
| 9/24/21 | MKH | Continued legal research on issues for Drexel mediation statement | 3.50 | 285.00 | 997.50 |
| 9/28/21 | DEP | Work on initial draft of mediation statement re: Drexel claims | 4.40 | 700.00 | 3,080.00 |
| 9/29/21 | DEP | Work on initial draft of mediation statement re: Drexel claims | 3.70 | 700.00 | 2,590.00 |
| 9/30/21 | MKH | Update case calendar re upcoming objection deadlines and critical dates | .20 | 285.00 | 57.00 |

**Task Total:**                                                                **$ 9,469.50**

| | |
|---|---|
| 19647: Philadelphia Academic Health System, LLC | October 6, 2021 |
| 0019: Chapter 11 | Invoice #: 455322 |

## Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/13/21 | MKH | Review case docket; draft and prepare CNO re Fourth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period April 1, 2020 through September 30, 2020 for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |
| 9/13/21 | MKH | Review case docket; draft and prepare CNO re Fifth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period October 1, 2020 through December 31, 2020 for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |
| 9/27/21 | MKH | Review case docket; draft and prepare CNO re Nineteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from July 1, 2021 through July 31, 2021 for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |
| 9/27/21 | MKH | Download and compile KH fee applications and related documents from October 2019 through July 2021; prepare email to D. Pacitti attaching same | 1.30 | 285.00 | 370.50 |
| 9/30/21 | MKH | Draft Twentieth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from August 1, 2021 through August 31, 2021, Notice, Charts, Certifications and Exhibits; prepare email attaching same to D. Pacitti for review | 1.40 | 285.00 | 399.00 |
| 9/30/21 | MKH | Revise and finalize Twentieth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from August 1, 2021 through August 31, 2021, Notice, Charts, Certifications and Exhibits for filing and efile same with Bankruptcy Court | .60 | 285.00 | 171.00 |

**Task Total:**                                                        **$ 1,539.00**

## Litigation

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/01/21 | SEV | Review draft streamlined procedures motion and confer with R. Lemisch regarding impact on potential defendants and other aspects of motion | 1.90 | 350.00 | 665.00 |

19647: Philadelphia Academic Health System, LLC                          October 6, 2021
0019: Chapter 11                                                          Invoice #: 455322

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/02/21 | SEV | Review stipulation extending time for ACGME to respond to complaint and confer with counsel P. Topper | .50 | 350.00 | 175.00 |
| 9/02/21 | SEV | Email exchange with counsel for FedEx M. Siedband regarding adversary procedures motion | .10 | 350.00 | 35.00 |
| 9/02/21 | SEV | Email exchanges with J. Demmy regarding streamlined procedures motion | .20 | 350.00 | 70.00 |
| 9/02/21 | RHL | Review procedures motion and provide my comments to Sally(.8) | .80 | 515.00 | 412.00 |
| 9/02/21 | RHL | Speak to Sally regarding my comments to the procedures motion and how to proceed regarding same(.2) | .20 | 515.00 | 103.00 |
| 9/02/21 | RHL | Review email from ACGME counsel and attached stipulation to extend time for ACGME to respond to complaint and respond to Sally(.2)/review additional email exchange between counsel regarding extension(.1) | .30 | 515.00 | 154.50 |
| 9/13/21 | SEV | Review status of preference actions to update calendar deadlines/ confer with team/ revise litigation tracker | 1.90 | 350.00 | 665.00 |
| 9/13/21 | RHL | Review email from counsel for Nuvasive regarding preference claims and then review litigation status chart and email Sally regarding Nuvasive | .20 | 515.00 | 103.00 |
| 9/13/21 | RHL | Review emails from counsel to Met Tel regarding the invoices which support alleged new value | .10 | 515.00 | 51.50 |
| 9/13/21 | RHL | Review email from Sally regarding CareFusion matter and status and respond | .10 | 515.00 | 51.50 |
| 9/13/21 | RHL | Speak to Sally regarding CareFusion, Met Tel, ACGME and Nuvasive as well as regarding general issues and how to proceed | .30 | 515.00 | 154.50 |
| 9/14/21 | SEV | Email exchange with counsel for NuVasive E. Rice regarding defenses and deadline to respond to complaint | .10 | 350.00 | 35.00 |
| 9/14/21 | SEV | Review invoices and customer statements from NuVasive and confer with S. Prill regarding preference analysis and defenses | .70 | 350.00 | 245.00 |
| 9/14/21 | SEV | Review invoices and correspondence from counsel to MetTel A. Vener and confer with S. Prill regarding preference analysis and defenses | .80 | 350.00 | 280.00 |
| 9/14/21 | SEV | Review letter from Siemens and follow up with S. Prill regarding preference analysis and defenses | .60 | 350.00 | 210.00 |
| 9/14/21 | RHL | Review email from Sally to counsel for Nuvasive regarding response date for complaint and review additional emails from Sally to client and outside counsel regarding preference actions and asserted defenses | .20 | 515.00 | 103.00 |
| 9/14/21 | RHL | Communicate with Sally regarding ACGME draft email regarding bank accounts | .20 | 515.00 | 103.00 |

19647: Philadelphia Academic Health System, LLC                      October 6, 2021
0019: Chapter 11                                                     Invoice #: 455322

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/15/21 | RHL | Review email and attachments regarding ACGME received from Sally and respond to her | .30 | 515.00 | 154.50 |
| 9/16/21 | SEV | Review limited objection of Global Neurosciences to streamlined procedures motion and confer with S. Prill | .50 | 350.00 | 175.00 |
| 9/17/21 | SEV | Emails to S. Prill and J. Demmy regarding GNI objection and potential resolution | .30 | 350.00 | 105.00 |
| 9/17/21 | SEV | Telephone call with counsel to GNI C. Loizides regarding limited objection to streamlined procedures motion | .40 | 350.00 | 140.00 |
| 9/20/21 | SEV | Review certification of counsel re streamlined procedures motion and order to confer with J. Demmy | .40 | 350.00 | 140.00 |
| 9/20/21 | SEV | Confer with counsel for GNI C. Loizides regarding scheduling order and related deadlines | .50 | 350.00 | 175.00 |
| 9/27/21 | SEV | Review settlement letter/ invoices/ analysis from counsel to Cintas J. Stitt regarding new value and OCB defenses; confer with S. Prill regarding same | .90 | 350.00 | 315.00 |
| 9/28/21 | SEV | Review preference analysis from defendants and confer with S. Prill regarding documentation and defense; respond to inquiries and settlement offers | 2.30 | 350.00 | 805.00 |
| 9/28/21 | SEV | Update litigation tracker to reflect current status of preference actions and settlement discussions | .70 | 350.00 | 245.00 |
| 9/28/21 | RHL | Review email from counsel for Glaxo regarding preference issues(.1) | .10 | 515.00 | 51.50 |
| 9/29/21 | SEV | Telephonic conference with R. Lemisch regarding status of preference actions/ next steps/ settlement offers | .90 | 350.00 | 315.00 |
| 9/29/21 | SEV | Telephone call with S. Prill regarding status of analysis on preference actions | .10 | 350.00 | 35.00 |
| 9/29/21 | SEV | Email exchange with M. DiSabatino regarding stipulation of dismissal for preference actions | .20 | 350.00 | 70.00 |
| 9/29/21 | SEV | Research regarding application of new value in connection with preference actions; confer with R. Lemisch | 1.10 | 350.00 | 385.00 |
| 9/29/21 | RHL | Review email from Sally regarding Cintas and new value claims and then review letter from Cintas' counsel as well as the new value analysis from Cintas | .30 | 515.00 | 154.50 |
| 9/29/21 | RHL | Review email from Sally regarding Seimans Industries and letter from Seimans' counsel regarding preference defenses | .20 | 515.00 | 103.00 |
| 9/29/21 | RHL | Review email from Sally and attached letter and analysis from counsel for Hologic regarding preference claims | .20 | 515.00 | 103.00 |
| 9/29/21 | RHL | Review status chart from Sally regarding preference claims | .20 | 515.00 | 103.00 |
| 9/29/21 | RHL | Review status of multiple adversary proceedings with Sally and ascertain next steps for each | 1.00 | 515.00 | 515.00 |
| 9/29/21 | RHL | Review email from Sussanah regarding Cintas offer | .10 | 515.00 | 51.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/29/21 | RHL | Review email from Adeola regarding Cintas settlement offer | .10 | 515.00 | 51.50 |
| 9/29/21 | RHL | Review email exchange between Sally and Monique at Saul Ewing regarding process to dismiss case whether full defense has been provided | .10 | 515.00 | 51.50 |
| 9/30/21 | SEV | Telephone call with M. DiSabatino regarding preference actions | .20 | 350.00 | 70.00 |
| 9/30/21 | SEV | Draft and revise response to ACGME inquiries regarding preference action; confer with R. Lemisch | 1.30 | 350.00 | 455.00 |
| 9/30/21 | SEV | Email exchange with S. Prill regarding bank statement for CCH debtor | .20 | 350.00 | 70.00 |
| 9/30/21 | RHL | Review email from Sally to Susannah regarding Glaxo defenses and Susannah's response and email Sally to be sure we have Wilen's sign-off as well and review her response | .20 | 515.00 | 103.00 |
| 9/30/21 | RHL | Review email from Sally to Susannah regarding check used to pay ACGME and to confirm understanding of same and review Susannah's response confirming and review Sally's revised letter to counsel for ACGME responding to its asserted offer and defenses | .30 | 515.00 | 154.50 |
| 9/30/21 | RHL | Review email from client confirming that offer from Cintas is acceptable and email from Sally to Cintas accepting such offer and response from Cintas | .10 | 515.00 | 51.50 |
| 9/30/21 | RHL | Review email from Sally to counsel for NuVasive agreeing to dismiss adversary | .10 | 515.00 | 51.50 |

**Task Total:**                                                      **$ 8,815.50**

**Litigation Consulting**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/13/21 | WJC | Reviewing mediation agreement and related email correspondence pertaining to mediation of Drexel related claims | .30 | 425.00 | 127.50 |
| 9/15/21 | WJC | Email from D. Pacitti pertaining to mediation of Drexel claims | .10 | 425.00 | 42.50 |
| 9/21/21 | WJC | Conference call with F. Correll and D. Pacitti | .30 | 425.00 | 127.50 |
| 9/21/21 | WJC | Reviewing bankruptcy filings, past research memorandum and draft complaint in preparation for drafting mediation statement | 2.80 | 425.00 | 1,190.00 |

**Task Total:**                                                      **$ 1,487.50**

| | |
|---|---:|
| **TOTAL PROFESSIONAL SERVICES** | **$ 21,311.50** |
| 10% Discount | $ -2,131.15 |
| **NET PROFESSIONAL SERVICES** | **$ 19,180.35** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Pacitti, Domenic E. | Partner | 9.00 | 700.00 | 6,300.00 |
| Correll, Francis M. | Partner | 2.10 | 600.00 | 1,260.00 |
| Lemisch, Raymond H. | Partner | 5.70 | 515.00 | 2,935.50 |
| Clements, William J. | Of-Counsel | 3.50 | 425.00 | 1,487.50 |
| Veghte, Sally E. | Associate | 16.80 | 350.00 | 5,880.00 |
| Hughes, Melissa K. | Paralegal | 12.10 | 285.00 | 3,448.50 |
| **TOTALS** | | **49.20** | | **$ 21,311.50** |

# EXHIBIT B

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

October 6, 2021
Invoice #: 455322

**DISBURSEMENTS**

| Description | Amount |
| --- | --- |
| Conference Call Charges | 20.85 |

| | |
| --- | --- |
| **TOTAL DISBURSEMENTS** | **$ 20.85** |
| **TOTAL THIS INVOICE** | **$ 19,201.20** |

**CLIENT MATTER**

### 19647-0019

| Date: 08/24/21 | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| Time: 12:51 PM | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 5 | 0.030 | 107 | 3.21 |
| | Call Total: 4.87 | Sub Total Pre-Tax: 3.21 | | Taxes and Surcharges: 1.66 | |
| Date: 08/19/21 | Moderator: **Sally Veghte** | | Service: Readyconference Plus Audio | | |
| Time: 10:48 AM | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 4 | 0.030 | 226 | 6.78 |
| | Call Total: 10.29 | Sub Total Pre-Tax: 6.78 | | Taxes and Surcharges: 3.51 | |

**CLIENT MATTER**

### 19647-00019

| Date: 08/17/21 | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| Time: 11:58 AM | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 4 | 0.030 | 125 | 3.75 |
| | Call Total: 5.69 | Sub Total Pre-Tax: 3.75 | | Taxes and Surcharges: 1.94 | |

**CLIENT MATTER**

## 19647-0019

| | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| Date: **08/24/21**<br>Time: 12:51 PM | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 5 | 0.030 | 107 | 3.21 |
| | Call Total: 4.87 | Sub Total Pre-Tax: 3.21 | | Taxes and Surcharges: 1.66 | |
| Date: **08/19/21**<br>Time: 10:48 AM | Moderator: **Sally Veghte** | | Service: Readyconference Plus Audio | | |
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 4 | 0.030 | 226 | 6.78 |
| | Call Total: 10.29 | Sub Total Pre-Tax: 6.78 | | Taxes and Surcharges: 3.51 | |

**CLIENT MATTER**

## 19647-00019

| | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| Date: **08/17/21**<br>Time: 11:58 AM | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 4 | 0.030 | 125 | 3.75 |
| | Call Total: 5.69 | Sub Total Pre-Tax: 3.75 | | Taxes and Surcharges: 1.94 | |