**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) **Re: Docket No. 2954** |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL and SCHC PEDIATRIC ASSOCIATES, LLC, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 21-51027 (MFW) |
| COMPHEALTH ASSOCIATES INC., | |
| Defendant. | **Re:  Adv. Docket No. 11** |

**CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTORS**
**FOR APPROVAL OF SETTLEMENT OF PREFERENCE CLAIMS**
**AGAINST COMPHEALTH ASSOCIATES INC. PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, "Debtors") hereby certifies that:

1.      On October 15, 2021, the *Motion of Debtors for Approval of Settlement of Preference Claims Against CompHealth Associates Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019* [D.I. 2954; Adv. D.I. 11] (the "Motion")[2] was filed with the Court.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]      Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2.      Pursuant to the Notice of the Motion [D.I. 2954; Adv. D.I. 11], objections to the

Motion were to be filed by October 29, 2021 at 4:00 p.m. (prevailing Eastern Time) (the "Objection

Deadline").

3.      No objections or responses were served upon the undersigned counsel or entered

on the Court's docket.

4.      Accordingly, the Motion may be granted.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the

form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.


Dated: November 1, 2021                    **SAUL EWING ARNSTEIN & LEHR LLP**

By:*/s/ Monique B. DiSabatino*
                    Mark Minuti (DE Bar No. 2659)
                    Monique B. DiSabatino (DE Bar No. 6027)
                    1201 N. Market Street, Suite 2300
                    P.O. Box 1266
                    Wilmington, DE  19899
                    Telephone: (302) 421-6800
                    Fax: (302) 421-5873
                    mark.minuti@saul.com
                    monique.disabatino@saul.com

                         -and-

                    Jeffrey C. Hampton
                    Adam H. Isenberg
                    Melissa A. Martinez
                    Centre Square West
                    1500 Market Street, 38th Floor
                    Philadelphia, PA 19102
                    Telephone: (215) 972-7777
                    Fax: (215) 972-7725
                    jeffrey.hampton@saul.com
                    adam.isenberg@saul.com
                    melissa.martinez@saul.com

                    *Counsel for Debtors and Debtors in Possession*