BORGES & ASSOCIATES, LLC
575 Underhill Blvd., Ste. 118
Syosset, New York 11791
Telephone: (516) 677-8200, ext. 225
Facsimile: (516) 677-0806
Wanda Borges, Esq.
Sue L. Chin, Esq.

*Attorneys for Pfizer, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466-(MFW)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Wanda Borges, Esq. hereby appears in this case as attorney for PFIZER INC.

**REQUEST IS HEREBY MADE**, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 9007 and 9010(b), that all notices given or required to be given in this case or required to be served in this case, shall be directed to and served upon:

Wanda Borges, Esq.
Sue L. Chin, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, New York 11791
516-677-8200 x225
wborges@borgeslawllc.com
schin@borgeslawllc.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395) Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C.. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, suggestions, complaint demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with regard to the above cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to have a trial by jury in this action or proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments which may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without limitation.

Dated:   November 2, 2021              BORGES & ASSOCIATES, LLC

*Attorneys for Pfizer Inc.*

By:  */s/ Wanda Borges*
     Wanda Borges, Esq. (wb4904)
     Sue L. Chin, Esq.
     BORGES & ASSOCIATES, LLC
     575 Underhill Blvd., Suite 118
     Syosset, New York 11791
     Tel:  (516) 677-8200 x224
     Fax:  (516) 677-0806
     wborges@borgeslawllc.com
     schin@borgeslawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2021 a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS** was served by electronic notification through the CM/ECF System on all parties registered in this case.

*/s/ Wanda Borges*
Wanda Borges