# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due:** November 23, 2021 at 4:00 p.m.<br>**Hearing Date:** TBD if objection filed |

**TWENTY SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | September 1, 2021 – September 30, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | $42,250.00  (80% of $52,812.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,264.94 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $895 | 5.5 | $4,922.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $795 | 49.8 | $39,591.00 |
| Daniel J. Harris | Of Counsel, Bankruptcy<br>First Bar Admission: 2008 | $675 | 15.2 | $10,260.00 |
| Rachel E. Brennan | Associate, Bankruptcy<br>First Bar Admission: 2012 | $650 | 8.3 | $5,395.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $625 | 5.7 | $3,562.50 |
| **Total Fees at Standard Rates** | | | **84.5** | **$63,731.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **84.5** | **$52,812.50** |

---

[1] Effective October 1, 2020, the standard hourly rates of certain Sills attorneys were increased to reflect the experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $825 to $895; the hourly rate of Boris Mankovetskiy was increased from $750 to $795; the hourly rate of Rachel Brennan was increased from $595 to $650; and the hourly rate of Gregory Kopacz was increased from $550 to $625. However, as discussed below, Sills' fees for this engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery (101) | 30.1 | $22,987.00 |
| Asset Disposition (102) | 0.8 | $602.00 |
| Case Administration (104) | 8.9 | $6,776.50 |
| Claims Administration and Objections (105) | 12.8 | $10,612.00 |
| Fee/Employment Applications (107) | 3.4 | $2,125.00 |
| Fee/Employment Objections (108) | 0.2 | $125.00 |
| Avoidance Action Litigation (111) | 4.1 | $3,055.50 |
| Plan and Disclosure Statement (113) | 23.4 | $16,829.00 |
| Relief from Stay Proceedings (114) | 0.8 | $619.00 |
| **Total Fees at Standard Rate** | **84.5** | **$63,731.00** |
| **Total Fees at $625 Blended Rate**[1] | **84.5** | **$52,812.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Litigation Support Vendors (UnitedLex) | $1,242.20 |
| Lexis-Nexis | $22.74 |
| **TOTAL** | **$1,264.94** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

3

127620875.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: November 23, 2021 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**TWENTY SEVENTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Twenty Seventh Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From September 1, 2021 Through September 30, 2021* (the "Application"), seeking allowance of $42,250.00 (80% of $52,812.50) in fees, *plus* $1,264.94 for reimbursement of actual and necessary expenses, for a total of $43,514.94.

**Background**

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4

2. On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "<u>Committee</u>") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6. Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A. <u>Asset Analysis and Recovery</u>

127620875.1

Fees: $22,987.00;    Total Hours: 30.1

This category includes time spent investigating and pursuing potential claims and causes of action against certain non-debtor affiliates and other parties, including time spent: (a) addressing mediation issues and conducting related research and analysis, (b) analyzing insurance coverage issues; and (c) communicating with Debtors' counsel and the mediator regarding the foregoing and related issues.

B.  Asset Disposition

Fees: $602.00;    Total Hours: 0.8

This category includes time spent analyzing the Debtors' motion to transfer certain license agreements.

C.  Case Administration

Fees: $6,776.50;    Total Hours: 8.9

This category includes time spent: (a) preparing updates to the Committee members; (b) attending Committee meetings; (c) communicating with Debtors' counsel regarding pending matters; (d) reviewing pleadings, motions and other court documents, and (e) addressing matters of general import.

D.  Claims Administration and Objection

Fees: $10,612.00;    Total Hours: 12.8

This category includes time spent: (a) analyzing claims filed against the Debtors' estates (and related motions, pleadings and stipulations) and addressing related issues; (b) addressing mediation issues and conducting related analysis, including reviewing documents; and (c) communicating Debtors' counsel and the mediator regarding the foregoing and related issues.

E.  Fee/Employment Applications

       Fees: $2,125.00;       Total Hours: 3.4

This category includes time spent preparing Sills' July and sixth interim fee applications and communicating with the Committee's local counsel regarding related issues.

    F.    <u>Fee/Employment Objections</u>

       Fees: $125.00;       Total Hours: 0.2

This category includes time spent reviewing the Debtors' professionals' fee applications.

    G.    <u>Avoidance Action Litigation</u>

       Fees: $3,055.50;       Total Hours: 4.1

This category includes time spent analyzing: (a) proposed avoidance action settlements; and (b) the Debtors' motion to establish procedures for avoidance action adversary proceedings.

    H.    <u>Plan and Disclosure Statement</u>

       Fees: $16,829.00;       Total Hours: 23.4

This category includes time spent: (a) conducting research and analysis regarding plan of liquidation issues, including plan structure and "waterfall" issues, and (b) analyzing the Debtors' motion to extend their plan "exclusivity" periods.

    I.    <u>Relief from Stay Proceedings</u>

       Fees: $619.00;       Total Hours: 0.8

This category includes time spent analyzing proposed stipulations granting third parties relief from the automatic stay.

## **Conclusion**

7.    Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

127620875.1

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $42,250.00 (80% of $52,812.50) as compensation, *plus* $1,264.94 for reimbursement of actual and necessary expenses, for a total of $43,514.94, and that such amounts be authorized for payment.

| | |
|---|---|
| Dated: November 2, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Seth A. Niederman<br>Seth A. Niederman (DE Bar No. 4588)<br>**FOX ROTHSCHILD LLP**<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899<br>Telephone: 302-654-7444<br>Facsimile: 302-295-2013<br>Email: sniederman@foxrothschild.com<br><br>- and -<br><br>Andrew H. Sherman (*pro hac vice*)<br>Boris I. Mankovetskiy (*pro hac vice*)<br>**SILLS CUMMIS & GROSS P.C.**<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Telephone:  973-643-7000<br>Facsimile:  973-643-6500<br>Email:  asherman@sillscummis.com<br>            bmankovetskiy@sillscummis.com<br><br>*Counsel for the Official Committee*<br>*of Unsecured Creditors* |

## **VERIFICATION**

STATE OF NEW JERSEY      )
                                                  ) SS:
COUNTY OF MORRIS          )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

127620875.1

# Exhibit "A"

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions, Committee Chair 3560 Dallas Parkway Frisco, TX  75034 | October 26, 2021 Client/Matter No. 08650118.000001 Invoice: 2009487 Billing Attorney: AHS Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through September 30, 2021

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | | |
| 09/01/21 | BM | 101 | | Analysis regarding mediation issues. | 1.40 | $1,113.00 |
| 09/02/21 | BM | 101 | | Analysis regarding D&O claims and coverage issues. | 1.30 | $1,033.50 |
| 09/02/21 | BM | 101 | | Analysis regarding potential settlement structure with respect to propcos. | 1.30 | $1,033.50 |
| 09/10/21 | BM | 101 | | Analysis regarding mediation issues. | 0.80 | $636.00 |
| 09/10/21 | BM | 101 | | Analysis regarding mediation issues. | 1.10 | $874.50 |
| 09/13/21 | BM | 101 | | Analysis of issues regarding Tenet's claims. | 1.20 | $954.00 |
| 09/13/21 | BM | 101 | | Analysis of issues regarding HSRE's claims against PAHH and related entities. | 1.30 | $1,033.50 |
| 09/14/21 | BM | 101 | | Analysis regarding mediation issues. | 0.80 | $636.00 |
| 09/16/21 | BM | 101 | | Analysis regarding mediation issues. | 1.20 | $954.00 |

Sills Cummis & Gross P.C.

Creditors' Committee                                October 26, 2021
                                      Client/Matter No. 08650118.000001
                                                    Invoice: 2009487
                                                            Page 2

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/17/21 | BM | 101 | Analysis regarding mediation issues. | 0.90 | $715.50 |
| 09/20/21 | BM | 101 | Analysis regarding mediation issues. | 1.60 | $1,272.00 |
| 09/21/21 | BM | 101 | Analysis regarding mediation issues. | 1.70 | $1,351.50 |
| 09/22/21 | BM | 101 | Attend call with mediator and Debtors' counsel. | 0.60 | $477.00 |
| 09/22/21 | BM | 101 | Analysis regarding mediation issues. | 1.40 | $1,113.00 |
| 09/23/21 | BM | 101 | Analysis regarding updated waterfall. | 0.70 | $556.50 |
| 09/27/21 | BM | 101 | Analysis regarding mediation issues. | 1.10 | $874.50 |
| 09/28/21 | BM | 101 | Analysis regarding mediation issues. | 1.40 | $1,113.00 |
| 09/28/21 | REB | 101 | Research in connection with mediation issues. | 2.40 | $1,560.00 |
| 09/29/21 | BM | 101 | Analysis regarding mediation issues. | 1.60 | $1,272.00 |
| 09/30/21 | BM | 101 | Analysis regarding mediation issues. | 2.20 | $1,749.00 |
| 09/30/21 | REB | 101 | Research in connection with mediation issues. | 4.10 | $2,665.00 |
| | | **TASK TOTAL 101** | | **30.10** | **$22,987.00** |

**102 – ASSET DISPOSITION**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/02/21 | BM | 102 | Analysis regarding motion to transfer nuclear license. | 0.60 | $477.00 |
| 09/03/21 | GAK | 102 | Review Debtors' motion to transfer license agreements and emails to A. Sherman regarding same. | 0.20 | $125.00 |
| | | **TASK TOTAL 102** | | **0.80** | **$602.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

October 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2009487
Page 3

## 104 – CASE ADMINISTRATION

| Date | Atty | Code | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/01/21 | BM | 104 | Prepare a status update for Committee. | 0.60 | $477.00 |
| 09/02/21 | BM | 104 | Analysis regarding motion establishing streamlined procedures governing adversary proceedings. | 0.60 | $477.00 |
| 09/09/21 | BM | 104 | Attend Committee meeting. | 0.60 | $477.00 |
| 09/09/21 | AHS | 104 | Prepare for Committee meeting. | 0.20 | $179.00 |
| 09/09/21 | AHS | 104 | Attend Committee meeting re: mediation issues. | 0.60 | $537.00 |
| 09/09/21 | REB | 104 | Call with Committee re: mediation updates. | 0.60 | $390.00 |
| 09/10/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 1.20 | $954.00 |
| 09/10/21 | GAK | 104 | Review order establishing hearing dates and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| 09/17/21 | DJH | 104 | Review and revise draft order regarding license transfer. | 0.50 | $337.50 |
| 09/17/21 | DJH | 104 | Correspond with M. DiSabatino regarding medical license transfer order. | 0.20 | $135.00 |
| 09/20/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.70 | $556.50 |
| 09/24/21 | GAK | 104 | Review notification regarding rescheduled hearing and email A. Sherman regarding same. | 0.10 | $62.50 |
| 09/26/21 | BM | 104 | Analysis regarding pending litigation between HSRE and PAHH. | 0.80 | $636.00 |
| 09/26/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | $397.50 |
| 09/27/21 | REB | 104 | Research in connection with mediation issues. | 1.20 | $780.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2009487
Page 4

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---:|---:|
| 09/30/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 | $318.00 |
| | | **TASK TOTAL 104** | | **8.90** | **$6,776.50** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---:|---:|
| 09/02/21 | BM | 105 | Analysis regarding Tenet claims. | 1.10 | $874.50 |
| 09/02/21 | BM | 105 | Analysis regarding withdrawal liability issues. | 0.90 | $715.50 |
| 09/03/21 | GAK | 105 | Review creditor's motion to file claim after bar date and email A. Sherman regarding same. | 0.10 | $62.50 |
| 09/08/21 | BM | 105 | Analysis regarding stipulations regarding allowed claims of Humana and affiliated entities. | 0.40 | $318.00 |
| 09/10/21 | AHS | 105 | Call with counsel for Debtors re: mediaiton issues. | 1.10 | $984.50 |
| 09/10/21 | GAK | 105 | Review Debtors' stipulation with Humana regarding allowed claims and email A. Sherman regarding same. | 0.10 | $62.50 |
| 09/14/21 | BM | 105 | Analysis regarding objection to cross-motion of HSRE regarding utility obligations. | 0.60 | $477.00 |
| 09/15/21 | BM | 105 | Analysis regarding Tenet litigation against MBNF related parties and plan issues. | 2.30 | $1,828.50 |
| 09/17/21 | AHS | 105 | Review of mediation document as forwarded by counsel to the Debtors and email re: same. | 0.60 | $537.00 |
| 09/20/21 | BM | 105 | Analysis regarding reply of JV entities in support of HSRE's cross-motion to compel payment of utilities. | 0.40 | $318.00 |
| 09/20/21 | BM | 105 | Analysis regarding Vicinity's reply to HSRE motion regarding utilities. | 0.40 | $318.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2009487
Page 5

|            |     |     |                                                                                         | HOURS | AMOUNT     |
|------------|-----|-----|-----------------------------------------------------------------------------------------|-------|------------|
| 09/20/21   | AHS | 105 | Call with counsel for Debtors re: mediation issues.                                     | 0.60  | $537.00    |
| 09/20/21   | AHS | 105 | Review of mediation documents as sent by counsel to Debtors.                            | 0.50  | $447.50    |
| 09/22/21   | AHS | 105 | Call with mediator re: mediation issues.                                                | 0.60  | $537.00    |
| 09/23/21   | BM  | 105 | Analysis regarding claims reconciliation process.                                       | 0.70  | $556.50    |
| 09/24/21   | BM  | 105 | Analysis regarding HSRE and Tenet claims.                                               | 1.10  | $874.50    |
| 09/26/21   | AHS | 105 | Call with counsel for Debtors re: mediation issues.                                     | 0.50  | $447.50    |
| 09/30/21   | AHS | 105 | Address mediation strategy issue and call with counsel for Debtors re: same.            | 0.80  | $716.00    |
|            |     |     | **TASK TOTAL 105**                                                                      | **12.80** | **$10,612.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

|            |     |     |                                                                                                   | HOURS | AMOUNT   |
|------------|-----|-----|---------------------------------------------------------------------------------------------------|-------|----------|
| 09/08/21   | GAK | 107 | Work on July fee application.                                                                     | 0.90  | $562.50  |
| 09/13/21   | GAK | 107 | Communications with local counsel regarding interim fee applications.                             | 0.10  | $62.50   |
| 09/14/21   | GAK | 107 | Work on July fee application.                                                                     | 0.70  | $437.50  |
| 09/15/21   | GAK | 107 | Attention to proposed order for fee application and communications with A. Sherman regarding same. | 0.30  | $187.50  |
| 09/15/21   | GAK | 107 | Finalize July fee application.                                                                    | 1.20  | $750.00  |
| 09/17/21   | GAK | 107 | Finalize July fee application for filing.                                                         | 0.20  | $125.00  |
|            |     |     | **TASK TOTAL 107**                                                                                | **3.40** | **$2,125.00** |

Sills Cummis & Gross P.C.

Creditors' Committee  
October 26, 2021  
Client/Matter No. 08650118.000001  
Invoice: 2009487  
Page 6

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **108 – FEE/EMPLOYMENT OBJECTIONS** | | | | | | |
| 09/17/21 | GAK | 108 | | Review Saul Ewing July fee application and email A. Sherman regarding same. | 0.10 | $62.50 |
| 09/17/21 | GAK | 108 | | Review EisnerAmper August fee application and email A. Sherman regarding same. | 0.10 | $62.50 |
| | | **TASK TOTAL 108** | | | **0.20** | **$125.00** |
| **111 – AVOIDANCE ACTION LITIGATION** | | | | | | |
| 09/03/21 | BM | 111 | | Analysis regarding proposed resolutions of certain pending avoidance actions. | 0.70 | $556.50 |
| 09/03/21 | GAK | 111 | | Review Debtors' proposed preference settlement with Kroll and email A. Sherman regarding same. | 0.10 | $62.50 |
| 09/03/21 | GAK | 111 | | Review Debtors' motion to establish procedures for avoidance action adversary proceedings and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| 09/09/21 | BM | 111 | | Analysis regarding proposed settlements of avoidance actions. | 0.60 | $477.00 |
| 09/10/21 | GAK | 111 | | Review Debtors' proposed preference settlement with Analogic and emails to A. Sherman regarding same. | 0.10 | $62.50 |
| 09/10/21 | GAK | 111 | | Review Debtors' proposed adversary proceeding procedures. | 0.10 | $62.50 |
| 09/16/21 | BM | 111 | | Analysis regarding proposed settlements of avoidance actions. | 0.70 | $556.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2009487
Page 7

|          |     |     |                                                                                                              | HOURS | AMOUNT     |
|----------|-----|-----|--------------------------------------------------------------------------------------------------------------|-------|------------|
| 09/16/21 | BM  | 111 | Analysis regarding objection to motion to approve streamlined procedures governing adversary proceedings.    | 0.30  | $238.50    |
| 09/17/21 | GAK | 111 | Review Debtors' proposed preference settlement with E-Z Park and email A. Sherman regarding same.            | 0.10  | $62.50     |
| 09/17/21 | GAK | 111 | Review Debtors' proposed preference settlement with SD Real Estate and emails to A. Sherman regarding same.  | 0.10  | $62.50     |
| 09/24/21 | BM  | 111 | Analysis regarding proposed settlements of preference actions.                                               | 0.60  | $477.00    |
| 09/24/21 | GAK | 111 | Review Debtor's preference settlement with Boston Scientific and emails to A. Sherman regarding same.        | 0.20  | $125.00    |
| 09/24/21 | GAK | 111 | Review Debtors' preference settlement with Anesthesia Business and emails to A. Sherman regarding same.      | 0.20  | $125.00    |
| 09/24/21 | GAK | 111 | Review preference settlement and emails to A. Sherman regarding same.                                        | 0.20  | $125.00    |
|          |     |     | **TASK TOTAL 111**                                                                                           | **4.10** | **$3,055.50** |

**113 – PLAN AND DISCLOSURE STATEMENT**

| 09/01/21 | BM  | 113 | Analysis regarding plan of liquidation issues.                                                               | 0.90 | $715.50    |
| 09/10/21 | DJH | 113 | Conduct legal and precedent research per B. Mankovetskiy regarding potential transaction structure.          | 2.70 | $1,822.50  |
| 09/10/21 | GAK | 113 | Review Debtors' exclusivity motion and emails to A. Sherman regarding same.                                  | 0.20 | $125.00    |

Sills Cummis & Gross P.C.

Creditors' Committee

October 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2009487
Page 8

|          |      |     |                                                                                                 | HOURS | AMOUNT |
|----------|------|-----|-------------------------------------------------------------------------------------------------|-------|--------|
| 09/13/21 | DJH  | 113 | Conduct legal and precedent research per B. Mankovetskiy regarding potential transaction structure. | 3.20  | $2,160.00 |
| 09/14/21 | BM   | 113 | Analysis regarding projected waterfall scenarios.                                               | 0.60  | $477.00 |
| 09/14/21 | BM   | 113 | Analysis regarding plan of liquidation.                                                         | 1.20  | $954.00 |
| 09/14/21 | DJH  | 113 | Conduct legal research regarding plan structure options.                                        | 3.10  | $2,092.50 |
| 09/14/21 | DJH  | 113 | Meet with B. Mankovetskiy regarding plan structure options.                                     | 0.40  | $270.00 |
| 09/15/21 | DJH  | 113 | Draft and revise memorandum regarding plan structure options.                                   | 5.10  | $3,442.50 |
| 09/16/21 | BM   | 113 | Analysis regarding plan of liquidation.                                                         | 1.10  | $874.50 |
| 09/23/21 | BM   | 113 | Analysis regarding plan of liquidation.                                                         | 1.40  | $1,113.00 |
| 09/27/21 | BM   | 113 | Analysis regarding plan of liquidation.                                                         | 1.20  | $954.00 |
| 09/28/21 | BM   | 113 | Analysis regarding plan of liquidation.                                                         | 1.20  | $954.00 |
| 09/30/21 | BM   | 113 | Analysis regarding plan of liquidation.                                                         | 1.10  | $874.50 |
|          |      |     | **TASK TOTAL 113**                                                                              | **23.40** | **$16,829.00** |

**114 – RELIEF FROM STAY PROCEEDINGS**

|          |     |     |                                                                                                           |      |         |
|----------|-----|-----|-----------------------------------------------------------------------------------------------------------|------|---------|
| 09/08/21 | BM  | 114 | Analysis regarding stipulations granting limited relief from automatic stay with respect to personal injury claims. | 0.70 | $556.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 26, 2021
Client/Matter No. 08650118.000001
Invoice: 2009487
Page 9

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/10/21 | GAK | 114 | Review Debtors' stipulation with Madern Edmondson granting stay relief and email A. Sherman regarding same | 0.10 | $62.50 |
|  |  | **TASK TOTAL 114** |  | **0.80** | **$619.00** |
|  |  | **TOTAL FEES at Standard Rates** |  | **84.50** | **$63,731.00** |
|  |  | **TOTAL FEES at Blended Rate of $625** |  | **84.50** | **$52,812.50** |

**TASK CODE SUMMARY**

| | | HOURS | AMOUNT |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 30.10 | $22,987.00 |
| 102 | Asset Disposition | 0.80 | $602.00 |
| 104 | Case Administration | 8.90 | $6,776.50 |
| 105 | Claims Administration and Objections | 12.80 | $10,612.00 |
| 107 | Fee/Employment Applications | 3.40 | $2,125.00 |
| 108 | Fee/Employment Objections | 0.20 | $125.00 |
| 111 | Avoidance Action Litigation | 4.10 | $3,055.50 |
| 113 | Plan and Disclosure Statement | 23.40 | $16,829.00 |
| 114 | Relief from Stay Proceedings | 0.80 | $619.00 |
|  | TOTAL FEES at Standard Rates | 84.50 | $63,731.00 |
|  | TOTAL FEES at Blended Rate of $625 | 84.50 | $52,812.50 |

| | | | | |
|---|---|---|---|---|
| Andrew H. Sherman | 5.50 x $895.00 = | $4,922.50 |
| Boris Mankovetskiy | 49.80 x $795.00 = | $39,591.00 |
| Daniel J. Harris | 15.20 x $675.00 = | $10,260.00 |
| Rachel E. Brennan | 8.30 x $650.00 = | $5,395.00 |
| Gregory A. Kopacz | 5.70 x $625.00 = | $3,562.50 |

**DISBURSEMENT DETAIL**

| | | | | |
|---|---|---|---|---|
| 09/20/21 | 271 | Litigation Support Vendor (UnitedLex Inv. 061458 – tech time, hosting user and volume) | | $1,242.20 |

Sills Cummis & Gross P.C.

| | |
|---|---|
| Creditors' Committee | October 26, 2021 |
| | Client/Matter No. 08650118.000001 |
| | Invoice: 2009487 |
| | Page 10 |

| | | | | |
|---|---|---|---|---|
| 09/14/21 | 379 | Lexis-Nexis | | $11.37 |
| 09/28/21 | 379 | Lexis-Nexis | | $11.37 |

**TOTAL DISBURSEMENTS**     **$1,264.94**

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $52,812.50 |
| Total Disbursements | $1,264.94 |
| **TOTAL THIS INVOICE** | **$54,077.44*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$63,731.00**) and fees at *Blended Rate* of $625 (**$52,812.50**)** apply.

**includes paralegal fees at standard rates, if applicable