# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| | Jointly Administered |
| Debtors. | Re: Docket No. 3002 |

## CERTIFICATE OF SERVICE

I, Brendan J. Schlauch, herby certify that on the 29th day of October, 2021, I caused a copy of *The Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets OR (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* [Docket No. 3002] to be served upon the parties on the attached service lists in the manner indicated.

*/s/ Brendan J. Schlauch*
Brendan J. Schlauch (No. 6115)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 26279933v.1

# SERVICE LIST
## VIA CM/ECF & EMAIL

Arent Fox LLP
Attn: George Angelich/ Phillip Khezri
1301 Ave of the Americans, Fl 42
New York, NY 10019
george.angelich@arentfox.com
phillip.khezri@arentfox.com

Ashby & Geddes, P.A.
Attn: Gregory Taylor / Katharina Earle
500 Delaware Ave, 8th Fl.
P.O. Box 1150
Wilmington, DE 19899-1150
gtaylor@ashbygeddes.com
kearle@ashbygeddes.com

Attorney for the City of PA, City of PA Law Depart
Attn: Megan Harper
1401 JFK Building, 5th FL
Philadelphia, PA 19102-1595
Megan.Harper@phila.gov

Ballard Spahr LLP
Attn: Vincent J. Marriott
1735 Market Street, 51st Floor
Philadelphia, PA 19103
marriott@ballardspahr.com

Ballard Spahr LLP
Attn: Tobey M. Daluz
Attn: Chantelle D. McClamb
919 N. Market Street, 11th Floor
Wilmington, DE 19801
daluzt@ballardspahr.com
mcclambc@ballardspahr.com

Cole Schotz
Attn: Justin Alberto/ Sophie Macon
600 N King St, Ste 400
Wilmington, DE 19801
jalberto@coleschotz.com
smacon@coleschotz.com

Berger Law Group, P.C.
Attn: Phillip Berger/Matthew Kaufmann
919 Conestoga Rd., Bldg. 3, Ste. 114
Rosemont, PA 19010
berger@bergerlawpc.com
kaufmann@bergerlawpc.com

Biellli & Klauder, LLC
Attn: David Klauder
1204 N King St.
Wilmington, DE 19801
dklauder@bk-legal.com

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17 Fl
San Francisco, CA 94105-3493
schristianson@buchalter.com

Ciardi Ciardi & Astin
Attn: Daniel Astin/ Joseph McMahon
1204 N. King St
Wilmington, DE 19801
jmcmahon@ciardilaw.com

Ciardi Ciardi & Astin
Attn: Albert Ciardi
One Commerce Square, Ste 3500
2005 Market St
Philadelphia, PA 19103
aciardi@ciardilaw.com

DLA Piper LLP
Attn: Stuart M. Brown
1201 N Market St, Ste 2100
Wilmington, DE 19801
stuart.brown@dlapiper.com

Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621
patrick.jackson@dbr.com

Drinker Biddle & Reath LLP
Attn: Marita S. Erbeck
600 Campus Dr
Florham Park, NJ 07932-1047
marita.erbeck@dbr.com

Duane Morris LLP
Attn: Mairi V. Luce
30 S 17th St
Philadelphia, PA 19103-4196
luce@duanemorris.com

Duane Morris LLP
Attn: Jarret Hitchings
222 Delaware Ave, Ste 1600
Wilmington, DE 19801-1659
jphitchings@duanemorris.com

Fineman Krekstein & Harris, PC
Attn: Deirdre M. Richards
1300 N. King St
Wilmington, DE 19801
drichards@finemanlawfirm.com

Fox Rothschild LLP
Attn: Thomas Horan
919 N Market St, Ste 300
Wilmington, DE 19899-2323
thoran@foxrothschild.com

Freedman & Lorry, P.C.
C/o Susan A. Murray
Attn: Training & Upgrading Fund
1601 Market St, Ste 1500
Philadelphia, PA 19103
smurray@freedmanlorry.com

Gellert Scali Busenkell & Brown, LLC
Attn: Michael Busenkell
1201 N Orange St, Ste 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com

Gibbons P.C.
Attn: Howard A. Cohen
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761
hcohen@gibbonslaw.com

Gibbons P.C.
Attn: Dale E. Barney
One Gateway Center
Newark, NJ 07102-5310
dbarney@gibbonslaw.com

Gibbons P.C.
Attn: N Songonuga/ R Malone/ D Crapo
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761
nsongonuga@gibbonslaw.com
rmalone@gibbonslaw.com
dcrapo@gibbonslaw.com

Greenberg Traurig, LLP
Attn: Dennis A. Meloro
The Nemours Building
1007 N Orange St, Ste 1200
Wilmington, DE 19801
MeloroD@gtlaw.com

| | |
|---|---|
| Hogan & McDaniel<br>Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick<br>1311 Delaware Ave<br>Wilmington, DE 19805<br>dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com | Honigman LLP<br>Attn: E Todd Sable/ Lawrence A.Lichtman<br>2290 First National Building<br>660 Woodward Ave<br>Detroit, MI 48226<br>tsable@honigman.com<br>llichtman@honigman.com |
| Jones Walker LLP<br>Attn: Jeffrey R. Barber<br>190 E Capitol St, Ste 800<br>P.O. Box 427<br>Jackson, MS 39205-0427<br>jbarber@joneswalker.com | Kurtzman, Steady, LLC.<br>Attn: Jeffrey Kurtzman<br>401 S 2nd St, Ste 200<br>Philadelphia, PA 19147<br>kurtzman@kurtzmansteady.com |
| Latham & Watkins LLP<br>Attn: Suzzanne Uhland<br>Attn: Matthew J. Carmody<br>885 3rd Ave<br>New York, NY 10022-4834<br>suzzanne.uhland@lw.com<br>matt.carmody@lw.com | Markowitz and Richman<br>Attn: Claiborne S. Newlin<br>123 S Broad St, Ste 2020<br>Philadelphia, PA 19109<br>cnewlin@markowitzandrichman.com |
| Maron Marvel Bradley Anderson & Tardy, LLC.<br>Attn: Stephanie A. Fox<br>1201 N Market St, Ste 900<br>Wilmington, DE 19801<br>saf@maronmarvel.com | Mattleman Weinroth & Miller, P.C<br>Attn: Christina Pross<br>200 Continental Drive, Ste 215<br>Newark, DE 19713<br>cpross@mwm-law.com |
| McCarter & English, LLP<br>Attn: William F. Taylor<br>Renaissance Centre<br>405 N King St, 8th Fl<br>Wilmington, DE 19801<br>wtaylor@mccarter.com | Moye White LLP<br>Attn: Timothy M. Swanson/Vikrama S. Chandrashekar<br>1400 16th St, 6th Fl<br>Denver, CO 80202<br>tim.swanson@moyewhite.com<br>Vika.Chandrashekar@moyewhite.com |

| | |
|---|---|
| O'Donoghue & O'Donoghue LLP<br>Attn: Lance Geren, Esq.<br>325 Chestnut St, Ste 600<br>Philadelphia, PA 19106<br>lgeren@odonoghuelaw.com | Office of Attorney General<br>Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith<br>The Phoenix Building<br>1600 Arch St, 3rd Fl<br>Philadelphia, PA 19103<br>cmomjian@attorneygeneral.gov<br>ddembe@attorneygeneral.gov<br>lrhode@attorneygeneral.gov<br>rbsmith@attorneygeneral.gov |
| Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones/Timothy Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com | Pepper Hamilton, LLP<br>Attn: Marcy McLaughlin Smith<br>1313 N Market St, P.O. Box 1709<br>Hercules Plaza, Ste 5100<br>Wilmington, DE 19899-1709<br>marcy.smith@troutman.com |
| Polsinelli P.C<br>Attn: Christopher A. Ward<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801<br>cward@polsinelli.com | Potter Anderson & Corroon LLP<br>Attn: Jeremy W. Ryan<br>R. Stephen McNeill<br>D. Ryan Slaugh<br>1313 North Market St, 6th Fl<br>P.O. Box 951<br>Wilmington, DE 19899<br>jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>rslaugh@potteranderson.com |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti/Monique DiSabatino<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>mark.minuti@saul.com<br>monique.disabatino@saul.com | Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton/Adam Isenberg<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com |
| Schnader Harrison Segal & Lewis LLP<br>Attn: Richard A. Barkasy<br>824 N. Market St, Ste 800<br>Wilmington, DE 19801<br>rbarkasy@schnader.com | Schnader Harrison Segal & Lewis LLP<br>Attn: Nicholas J. LePore<br>1600 Market St, Ste 3600<br>Philadelphia, PA 19103-7286<br>nlepore@schnader.com |

| | |
|---|---|
| Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>egoldstein@goodwin.com | Sills Cummis & Gross P.C<br>Attn: Andrew Sherman/ Boris Mankovetskiy<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com |
| Stevens & Lee, P.C.<br>Attn: Joseph H. Huston<br>919 N Market St, Ste 1300<br>Wilmington, DE 19801<br>jhh@stevenslee.com | Stevens & Lee, P.C.<br>Attn: Robert Lapowsky<br>620 Freedom Business Ctr, Ste 200<br>King of Prussia, PA 19406<br>rl@stevenslee.com |
| Stinson LLP<br>Attn: Darrell Clark/ Tracey Ohm<br>1775 Pennsylvania Ave NW, Ste 800<br>Washington, D.C 20006<br>darrell.clark@stinson.com<br>tracey.ohm@stinson.com | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky<br>1000 N West St, Ste 1279<br>Wilmington, DE 19801<br>jpolesky@stradley.com |
| Streusand, Landon, Ozburn & Lemmon, LLP<br>Attn: Sabrina L. Streusand<br>1801 S Mopac Expressway, Ste 320<br>Austin, TX 78746<br>streusand@slollp.com | Sullivan, Hazeltine, Allison, LLC.<br>Attn: William D. Sullivan<br>901 N Market St, Ste 1300<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com |
| The Rosner Law Gorup LLC<br>Attn: Frederick B. Rosner<br>824 N Market St, Ste 810<br>Wilmington, DE 19801<br>rosner@teamrosner.com | Troutman Sanders LLP<br>Attn: Louis A. Curcio<br>Attn: Jessica Mikhailevich<br>875 Third Ave<br>New York, NY 10022<br>louis.curcio@troutman.com<br>jessica.mikhailevich@troutman.com |
| U.S. Department of Justice<br>Attn: Marc Sacks<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-875<br>marcus.s.sacks@usdoj.gov | Underwood Perkins, P.C.<br>Attn: David Campbell/ Eli Pierce<br>Two Lincoln Centre<br>5420 LBJ Fwy, Ste 1900<br>Dallas, TX 75240<br>dcampbell@uplawtx.com<br>epierce@uplawtx.com |

White and Williams LLP
Attn: Marc S. Casarino
600 N King St, Ste 800
Wilmington, DE 19899-0709
casarinom@whiteandwilliams.com

6

RLF1 26242083v.1

**SERVICE LIST**
**VIA CM/ECF, FIRST CLASS MAIL & EMAIL**

Office of the United States Attorney
for the District of Delaware
Attn: David C. Weiss, Esquire
Hercules Building
1313 N Market St
Wilmington, DE 19801
usade.ecfbankruptcy@usdoj.gov

Office of The United States Trustee
Attn: Benjamin Hackman
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801-3519
benjamin.a.hackman@usdoj.gov

# SERVICE LIST
## VIA FIRST CLASS MAIL & EMAIL

Albert Einstein Healthcare Network
Attn: Penny J. Rezet
5501 Old York Rd
Philadelphia, PA 19141
rezetp@einstein.edu

Barnes & Thornburg LLP
Attn: David Powlen/Kevin Collins
1000 N West St, Ste 1500
Wilimington, DE 19801
david.powlen@btlaw.com
kevin.collins@btlaw.com

Commonwealth of PA, Dept of Labor and Industry
Collection Support Unit
Attn: Deb Secrest
651 Boas St, Rm 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

Denton US, LLP
Attn: Oscar Pinkas/ Lauren Macksoud
1221 Ave of the Americans
New York, NY 10020
oscar.pinkas@dentons.com
lauren.macksoud@dentons.com

DLA Piper LLP
Attn: Richard A. Chesley
444 W Lake St, Ste 900
Chicago, IL 60606
richard.chesley@dlapiper.com

Drexel University College of Medicine
c/o Cozen O'Connor
Attn: Stephen A. Cozen, Esq.
One Liberty Place
1650 Market St, Ste 2800
Philadelphia, PA 19103
scozen@cozen.com

Greenberg Traurig, LLP
Attn: Nancy A. Peterman
77 W Wacker Dr, Ste 3100
Chicago, IL 60601
petermann@gtlaw.com

JD Thompson Law
C/O Sodexo, Inc.
Attn: Judy D. Thompson
P.O. Box 33127
Charlotte, NC 28233
jdt@jdthompsonlaw.com

Jeffer Mangels Butler & Mithcell LLP
Attn: Marianne S. Martin
1900 Ave of the Stars, 7th FL
Los Angeles, CA 90067
mmartin@jmbm.com

Kirkland & Ellis LLP
Attn: Nicole Greenblatt
601 Lexington Ave
New York, NY 10022
nicole.greenblatt@kirkland.com

Kirkland & Ellis LLP
Attn: Stephen Hackney/Gregory Pesce
300 N LaSalle
Chicago, IL 60654
stephen.hackney@kirkland.com
gregory.pesce@kirkland.com

Law Offices of Mitchell J. Malzberg, LLC
Attn: Mitchell J. Malzberg
P.O. Box 5122
6 E Main St, Ste 7
Clinton, NJ 08809
mmalzberg@mjmalzberglaw.com

Markowitz & Richman
Attn: Jonathan Walters, Esquire
123 South Broad St, Ste 2020
Philadelphia, PA 19109
jwalters@markowitzandrichman.com

Pepper Hamilton, LLP
Attn: Francis J. Lawall
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
francis.lawall@troutman.com

Stradley Ronan Stevens & Young LLP
Attn: Deborah A. Reperowitz
100 Park Avenue, Suite 2000
New York, NY 10017
dreperowitz@stradley.com

Troutman Sanders LLP
Attn: Matthew R. Brooks
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308
matthew.brooks@troutman.com

Willig, Williams & Davidson
Attn: Jessica Kolansky
1845 Walnut St, 24th Fl
Philadelphia, PA 19103
jkolansky@wwdlaw.com

Med One Capital Funding, LLC.
c/o Ray Quinney & Nebecker, P.C
Attn: David H. Leigh
36 S State St, 14th FL
Salt Lake City, UT 84111
dleigh@rqn.com

Pearlman & Miranda, LLC.
Attn: Patricia A Celano
110 Edison Pl, Ste 301
Newark, NJ 07102
pcelano@pearlmanmiranda.com

Stoel Rives LLP
Attn: Marc A. Al
33 S 6th St, Ste 4200
Minneapolis, MN 55402
marc.al@stoel.com

Stradley, Ronon, Stevens & Young, LLP
Attn: Gretchen M. Santamour
2005 Market St, Ste 2600
Philadelphia, PA 19103
gsantamour@stradley.com

White and Williams LLP
Attn: Amy E. Vulpio
1650 Market St, 18th FL
Philadelphia, PA 19103
vulpioa@whiteandwilliams.com

2

# SERVICE LIST
## VIA FIRST CLASS MAIL

International Brotherhood of
Electrical Workers, Local 98
1701 Spring Garden St
Philadelphia, PA 19130

National Union of Hospital and
Healthcare Employees, AFSCME, AFL-CIO
1319 Locust St
Philadelphia, PA 19107

Pennsylvania Association of
Staff Nurses and Allied Professionals
1 Fayette Street, Suite 475
Conshohocken, PA 19428

St. Mary Medical Center
1201 Langhorne-Newtown Rd
Langhorne, PA 19047

United States Department of Justice
Attn:  Civil Division
1100 L St, NW, 10030
Washington, DC  20005

City of Philadelphia
Attn:  Law Dept
1515 Arch St, 17th Fl
Philadelphia, PA  19102

National Union of Hospital and
Healthcare Employees, District 1199C
1319 Locust St
Philadelphia, PA 19107

Office of the Attorney General
Attn: Josh Shapiro, Esquire
Attn: Bankruptcy Dept
16th Fl, Strawberry Square
Harrisburg, PA 17120

Pennsylvania Department of Health
Attn: Dr. Rachel Levine
Health and Welfare Building
625 Forester St, 8th FL W
Harrisburg, PA 17120

United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC  20530-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

## SERVICE LIST
## VIA EMAIL

Dilworth Paxson  
phughes@dilworthlaw.com

Michael Wolf  
mikewolfmd@gmail.com

Paul Bailey  
megan.ratchford610@gmail.com