# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466 (MFW) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on November 2, 2021, I caused a copy of the *Notice of Service of Debtors' and Committee's First Set Of Requests For Production Of Documents To The Broad Street Entities and PAHH* to be served via Electronic Mail on the following parties.

| | |
|---|---|
| Mark D. Collins, Esquire <br> Michael J. Merchant, Esquire <br> Brendan J. Schlauch, Esquire <br> Travis J. Cuomo, Esquire <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> collins@rlf.com <br> merchant@rlf.com <br> schlauch@rlf.com <br> cuomo@rlf.com | Suzzanne Uhland, Esquire <br> Robert Malionek, Esquire <br> Latham & Watkins LLP <br> 885 Third Avenue <br> New York, NY 10022-4834 <br> suzzanne.uhland@lw.com <br> robert.malionek@lw.com |

**SAUL EWING ARNSTEIN & LEHR LLP**

By:  */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800

Dated: November 2, 2021

39184528.9