# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

**DEBTORS' AND COMMITTEE'S NOTICE OF DEPOSITION OF BROAD STREET HEALTHCARE PROPERTIES II, LLC PURSUANT TO RULE 30(b)(6) OF THE <u>FEDERAL RULES OF CIVIL PROCEDURE</u>**

**PLEASE TAKE NOTICE** that, in connection with *The Motion Of The Broad Street Entities And PAHH For Entry Of An Order (I) Determining That The Automatic Stay Does Not Apply To Their Assets Or (II) In The Alternative, Granting Limited Relief From The Automatic Stay For Them To Sell, Transfer, Or Otherwise Encumber Such Assets*, and pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, made applicable hereto by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession and the Official Committee of Unsecured Creditors will take the deposition (the "**<u>Deposition</u>**") upon oral examination of movant Broad Street Healthcare Properties II, LLC regarding the topics of examination identified in the attached **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Deposition will commence on November 9, 2021 at 12:00 p.m. (Eastern Time) at the offices of Saul Ewing Arnstein & Lehr, 1201 N. Market

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

39190362.3

Street, Suite 2300, Wilmington, Delaware 19801, or such other place, date and time as the parties may mutually agree. The Deposition will proceed before an officer authorized by law to administer oaths, will be recorded by audio, video, and/or stenographic means, and will continue from day to day until completed. The deposition is being used for discovery, for use at any evidentiary hearing, for use at trial, or for any purposes that are permitted by law or under the rules of this Court.

Dated: November 2, 2021 **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

-and-

Joseph F. O'Dea, Jr.
Alexander R. Bilus
Patrick M. Hromisin
(Admissions *pro hac vice* to be filed)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
joseph.odea@saul.com
alexander.bilus@saul.com
patrick.hromisin@saul.com

*Counsel for the Debtors*

-and-

*/s/ Seth A. Niederman*
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

-and-

Andrew H. Sherman *(pro hac vice)*
Boris I. Mankovetskiy *(pro hac vice)*
Rachel E. Brennan
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com
rbrennan@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

## EXHIBIT A

## DEFINITIONS

The following definitions shall apply to all topics of examination, whether or not capitalized herein:

1.  **"Communication"** means the transmittal of information (in the form of facts, ideas, inquiries or otherwise), including, without limitation, written, oral, or electronic transmissions.

2.  **"Debtors"** means the debtors and debtors-in-possession in the above-captioned chapter 11 proceedings.

3.  **"Document(s)" or "Information"** means all materials within the scope of Federal Rule 34, made applicable through Bankruptcy Rules 7034 and 9014, including, without limitation, all writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations, including electronically-stored information (ESI), that are stored in any medium whatsoever from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form, as well as any tangible things. A draft or nonidentical copy of a document is a separate document within the meaning of this term. A document includes all appendices, schedules, exhibits, and other attachments. The term "Document(s)" or "Information" includes but is not limited to emails and other types of messages (including but not limited to text, instant, and direct messages), social media or other online content, geolocation data, data generated and stored by devices connected to the Internet of Things (IoT), communications generated and stored in workplace collaboration tools or ephemeral messaging applications, and all associated data and metadata.

4. **"Document Requests"** means *Debtors' and Committee's First Set Of Requests For Production Of Documents To The Broad Street Entities And PAHH*, served in conjunction with this Notice of Deposition.

5. **"Financing Motion"** means *The Motion Of The Broad Street Entities And PAHH For Entry Of An Order (I) Determining That The Automatic Stay Does Not Apply To Their Assets Or (II) In The Alternative, Granting Limited Relief From The Automatic Stay For Them To Sell, Transfer, Or Otherwise Encumber Such Assets,* filed at docket number 3002 on October 29, 2021 in the Debtors' chapter 11 cases.

6. **"Mr. Freedman"** means Joel Freedman and his predecessors and successors, affiliates, any joint venture to which he may be a party, and/or each of his employees, agents, representatives, consultants, accountants, and attorneys, including any person who served in any such capacity at any time during the relevant time period specified herein.

7. **"MBNF Complaint"** means the complaint filed by the Debtors on June 29, 2021 (Adv. Pro. No. 21-50991 (MFW)).

8. **"You"** or **"your"** means Broad Street Healthcare Properties II, LLC, one of the movants that filed the Financing Motion, and its subsidiaries, divisions, predecessor and successor companies, affiliates, parents, any joint venture to which it may be a party, and/or each of its employees, agents, officers, directors, representatives, consultants, accountants, and attorneys, including any person who served in any such capacity at any time during the relevant time period specified herein.

9. **"Person"** means any natural person or any legal entity, including, without limitation, any business or governmental entity, organization, or association.

10. **"Relate," "related,"** or **"relating"** means, in addition to their usual and customary meanings, concerning, referring to, reflecting, regarding, pertaining to, addressing, discussing, alluding to, describing, evidencing, constituting, or otherwise having any logical or factual connection with the subject matter addressed.

11. The words **"and"** and **"or"** shall be construed disjunctively or conjunctively to bring within the scope of each topic of examination that which otherwise might be construed to be outside the scope of topic of examination.

12. The word **"any"** shall be construed to include "all" and vice versa.

13. The word **"each"** shall be construed to include "every" and vice versa.

14. Any word in the singular form shall also be construed as plural and vice versa.

15. The masculine form shall also be construed to include the feminine and vice versa.

16. Any capitalized term not otherwise defined herein shall have the same meaning as that ascribed to it in the Financing Motion or the Document Requests.

## TOPICS OF EXAMINATION

1. The Financing Motion.

2. Facts alleged in the Financing Motion.

3. Relief requested by the Financing Motion.

4. All facts supporting or related to your contentions in the Financing Motion.

5. All facts relating to any Movant's need for additional liquidity.

6. All facts relating to discussions with any and all lenders regarding any financing opportunities, financing term sheet and/or any financing commitments.

7. All facts relating to the calculation of the amount of liquidity allegedly required by any of the Movants, including, but not limited to, with respect to the alleged Property Expenses and/or any other carrying costs for the MBNF Assets, including the Hahnemann Premises.

8. All facts relating to diligence and negotiations by the MBNF PropCos, Gordon Brothers, and their respective professionals before execution of the financing term sheet referenced in paragraph 9 of the Financing Motion.

9. All facts relating to any existing mortgages or liens on any of the MBNF Assets.

10. All facts relating to the intended purpose and use of the Term Loan.

11. All facts relating to Your and/or Mr. Freedman's Communications regarding the terms of and the intended uses or expenditures of the Term Loan.

12. All facts relating to Your and/or Mr. Freedman's Communications with any third parties, including, but not limited to, Gordon Brothers and any title insurance companies, regarding the MBNF Complaint and the counts set forth therein.

13. Each of the MBNF PropCos' use of their assets subsequent to July 1, 2019.

14. The use of assets owned by Front I, including without limitation the proceeds from disposition of such assets, subsequent to July 1, 2019.

15. Any sales or transfers, or any attempted sales or transfers, of any of the MBNF Assets.

16. The use of assets owned by Front II, including without limitation the proceeds from disposition of such assets, subsequent to July 1, 2019.

17. The condition and maintenance of the Hahnemann Premises from June 29, 2019 to the present.

18. Your responses to the Document Requests.

19. The Documents and Communications you produced in response to the Document Requests.