# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>                 Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on November 2, 2021, I caused a copy of the *Debtors' and Committee's Notice of Deposition of Philadelphia Academic Health Holdings, LLC Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* to be served via Electronic Mail on the following parties.

    Mark D. Collins, Esquire
    Michael J. Merchant, Esquire
    Brendan J. Schlauch, Esquire
    Travis J. Cuomo, Esquire
    Richards, Layton & Finger, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, DE 19801
    collins@rlf.com
    merchant@rlf.com
    schlauch@rlf.com
    cuomo@rlf.com

    Suzzanne Uhland, Esquire
    Robert Malionek, Esquire
    Latham & Watkins LLP
    885 Third Avenue
    New York, NY 10022-4834
    suzzanne.uhland@lw.com
    robert.malionek@lw.com

**SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Mark Minuti*
       Mark Minuti (DE Bar No. 2659)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE 19899
       (302) 421-6800

39190717.3