# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related to Docket No. 3002** |

### THE DEBTORS' AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF ISSUANCE OF SUBPOENA TO GORDON BROTHERS REALTY SERVICES, LLC

To:   Gordon Brothers Realty Services, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that, on November 3, 2021, counsel to the above-captioned debtors (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee"), issued the *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)*, attached hereto as **Exhibit A**, to Gordon Brothers Realty Services, LLC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

39188689.4

Dated: November 3, 2021

| **SAUL EWING ARNSTEIN & LEHR LLP** | **SILLS CUMMIS & GROSS P.C.** |
|---|---|
| /s/ *Mark Minuti* | Andrew H. Sherman (*admitted pro hac vice*) |
| Mark Minuti (DE Bar No. 2659) | Boris I. Mankovetskiy (*admitted pro hac vice*) |
| Monique B. DiSabatino (DE Bar No. 6027) | One Riverfront Plaza |
| 1201 N. Market Street, Suite 2300 | Newark, NJ 07102 |
| P.O. Box 1266 | Telephone: 973-643-7000 |
| Wilmington, DE 19899 | Facsimile: 973-643-6500 |
| Telephone: (302) 421-6800 | asherman@sillscummis.com |
| Fax: (302) 421-5873 | bmankovetskiy@sillscummis.com |
| mark.minuti@saul.com | |
| monique.disabatino@saul.com | *Counsel for the Official Committee of Unsecured Creditors* |

- and –

Jeffrey C. Hampton (*admitted pro hac vice*)
Adam H. Isenberg (*admitted pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for the Debtors and Debtors in Possession*