# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### NOTICE OF SERVICE OF THE DEBTORS' AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF ISSUANCE OF SUBPOENA OF GORDON BROTHERS REALTY SERVICES, LLC

I, Mark Minuti, hereby certify that on November 3, 2021, I caused a copy of *Debtors' and the Official Committee of Unsecured Creditors' Notice of Issuance of Subpoena of Gordon Brothers Realty Services, LLC* to be served via Electronic Mail on the following parties.

| | |
|---|---|
| Mark D. Collins, Esquire<br>Michael J. Merchant, Esquire<br>Brendan J. Schlauch, Esquire<br>Travis J. Cuomo, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>collins@rlf.com<br>merchant@rlf.com<br>schlauch@rlf.com<br>cuomo@rlf.com | Suzzanne Uhland, Esquire<br>Robert Malionek, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>suzzanne.uhland@lw.com<br>robert.malionek@lw.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

39188689.4
8415597 v2

Dated: November 3, 2021								**SAUL EWING ARNSTEIN & LEHR LLP**

                By: */s/ Mark Minuti*
                   Mark Minuti (DE Bar No. 2659)
                   1201 N. Market Street, Suite 2300
                   P.O. Box 1266
                   Wilmington, DE  19899
                   Telephone: (302) 421-6800
                   mark.minuti@saul.com

                   *Counsel for the Debtors*

39188689.4 11/03/2021
8415597 v2