**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) **Related to Docket No. 3002** |

**THE DEBTORS' AND THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS' NOTICE OF ISSUANCE OF SUBPOENA**
**OF PALADIN HEALTHCARE CAPITAL, LLC**

To: Paladin Healthcare Capital, LLC
c/o Cogency Global Inc.
850 New Burton Road
Suite 201
Dover, DE 19904

PLEASE TAKE NOTICE that, on November 3, 2021, counsel to the above-captioned debtors (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee"), issued the *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)*, attached hereto as **Exhibit A**, to Paladin Healthcare Capital, LLC, c/o Cogency Global Inc., 850 New Burton Road, Suite 201, Dover, Delaware 19904.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

39199045.3

Dated: November 3, 2021

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **FOX ROTHSCHILD LLP** |
| /s/ *Mark Minuti* | /s/ *Seth A. Niederman* |
| Mark Minuti (DE Bar No. 2659) | Seth A. Niederman (No. 4588) |
| Monique B. DiSabatino (DE Bar No. 6027) | 919 North Market Street, Suite 300 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19899 |
| P.O. Box 1266 | Telephone: 302-654-7444 |
| Wilmington, DE 19899 | Facsimile: 302-6568920 |
| Telephone: (302) 421-6800 | sniederman@foxrothschild.com |
| Fax: (302) 421-5873 | |
| mark.minuti@saul.com | - and – |
| monique.disabatino@saul.com | |
| | Andrew H. Sherman (*admitted pro hac vice*) |
| - and – | Boris I. Mankovetskiy (*admitted pro hac vice*) |
| | **SILLS CUMMIS & GROSS P.C.** |
| Jeffrey C. Hampton (*admitted pro hac vice*) | One Riverfront Plaza |
| Adam H. Isenberg (*admitted pro hac vice*) | Newark, NJ 07102 |
| Centre Square West | Telephone:  973-643-7000 |
| 1500 Market Street, 38th Floor | Facsimile:  973-643-6500 |
| Philadelphia, PA 19102 | asherman@sillscummis.com |
| Telephone: (215) 972-7777 | bmankovetskiy@sillscummis.com |
| Fax: (215) 972-7725 | |
| jeffrey.hampton@saul.com | *Counsel for the Official Committee* |
| adam.isenberg@saul.com | *of Unsecured Creditors* |
| | |
| *Counsel for the Debtors and Debtors in Possession* | |