# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC<br>D/B/A HAHNEMANN UNIVERSITY<br>HOSPITAL, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 21, 2021 at 10:30 a.m. (ET)**<br>**Objection Deadline: November 22, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

  **PLEASE TAKE NOTICE** that Gordon Brothers Realty Services, LLC ("Gordon Brothers" or the "Movant") has filed a Motion for Entry of (I) an Order Quashing the Subpoena Served by the Debtors and the Official Committee of Unsecured Creditors, or Alternatively, (II) a Protective Order Modifying the Subpoena (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion may be obtained from the undersigned counsel, if not attached.

  **PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be made in writing, filed with the Bankruptcy Court and served upon the undersigned counsel so as to actually be received by the Bankruptcy Court and the undersigned counsel on or before **November 22, 2021 at 4:00 p.m.** (Eastern Time) (the "Objection Deadline"). If no objections are timely filed in accordance with the above procedures, the Movant shall file a Certificate of No Objection with the Bankruptcy Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Motion will be held on **December 21, 2021 at 10:30 a.m.** (Eastern Time) before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at said hearing.

**IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 8, 2021
Wilmington, DE

*/s/ John T. Carroll, III*
**COZEN O'CONNOR**
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013
Email: jcarroll@cozen.com

- and -

**KATTEN MUCHIN ROSENMAN LLP**
Cindi M. Giglio (*pro hac vice* admission pending)
Jerry L. Hall (*pro hac vice* admission pending)
Katherine Scherling (*pro hac vice* admission pending)
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8700
Facsimile: (212) 940-8776
E-mail:   cgiglio@katten.com
            jerry.hall@katten.com
            katherine.scherling@katten.com

*Counsel for Gordon Brothers Realty Services, LLC*