**Exhibit A**

**Proposed Order**

Case 19-11466-MFW    Doc 3051-2    Filed 11/08/21    Page 1 of 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 )</br>) Case No. 19-11466 (MFW) |
| CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | )</br>) (Jointly Administered) |
| Debtors. | )</br>) Related Doc. No. _____</br>) |

**ORDER GRANTING MOTION OF GORDON BROTHERS REALTY SERVICES, LLC FOR ENTRY OF AN ORDER QUASHING THE DEBTORS' AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SUBPOENA, OR IN THE <u>ALTERNATIVE, FOR A PROTECTIVE ORDER</u>**

Upon the motion (the "<u>Motion</u>")[2] of Gordon Brothers to quash the Discovery Request, as more fully set forth in the Motion; and the Court having considered the Motion and any objections thereto; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and good and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The *Subpoena to Testify at a Deposition* and *Rider to Subpoena to Produce Documents* [Docket No. 3037] is hereby quashed.

3. The Debtors and Committee are hereby prohibited from taking the deposition of Gordon Brothers in connection with the Stay Motion.

4. This Court shall retain jurisdiction to hear and determine all matters rising from or related to the implementation and/or interpretation of this Order.