IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) <br> ) <br> ) (Jointly Administered) <br> ) |
| Debtors. | ) <br> ) |

## CERTIFICATE OF SERVICE

I, John T. Carroll, III, counsel to Gordon Brothers Realty Services, LLC ("Gordon Brothers") hereby certify that on November 8, 2021, I caused a true and correct copy of *Gordon Brothers Realty Services, LLC's Motion for Entry of (I) an Order Quashing the Subpoena Served by the Debtors and the Official Committee of Unsecured Creditors, or Alternatively, (II) a Protective Order Modifying the Subpoena* (the "Motion") to be served on the parties identified on the service list attached hereto incorporated herein and marked as Exhibit "1" via First Class U.S. Mail unless otherwise indicated.

Notice of filing of the Motion was received by way of electronic service via a Notice of Electronic Filing through the Court's CM/ECF System including registered participants of the Case Management/Electronic Case Files System (CM/ECF) in the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: November 8, 2021
Wilmington, DE

*/s/ John T. Carroll, III*
**COZEN O'CONNOR**
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
Telephone:  (302) 295-2028
Facsimile:  (302) 295-2013
Email:  jcarroll@cozen.com

- and -

**KATTEN MUCHIN ROSENMAN LLP**
Cindi M. Giglio (*pro hac vice* admission pending)
Jerry L. Hall (*pro hac vice* admission pending)
Katherine Scherling (*pro hac vice* admission pending)
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8700
Facsimile: (212) 940-8776
E-mail:    cgiglio@katten.com
           jerry.hall@katten.com
           katherine.scherling@katten.com

*Counsel for Gordon Brothers Realty Services, LLC*

**EXHIBIT "1"**

Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

*Counsel for the Debtors and Debtors in Possession*
Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street
Suite 2300
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com

Jeffrey C. Hampton
Adam H. Isenberg
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street
38th Floor
Philadelphia, PA 19102
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for the Official Committee of Unsecured Creditors*
Seth A. Niederman
Fox Rothschild LLP
919 North Market Street
Suite 300
Wilmington, DE 19899-2323
sniederman@foxrothschild.com

Andrew H. Sherman
Boris I. Mankovetskiy
Rachel E. Brennan
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com
rbrennan@sillscummis.com

*Counsel to PAHH and Broad Street Entities*
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Travis J. Cuomo, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
merchant@rlf.com
schlauch@rlf.com
cuomo@rlf.com

Suzzanne Uhland, Esquire
Robert Malionek, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
suzzanne.uhland@lw.com
robert.malionek@lw.com

*Counsel to HSRE*
Stuart M. Brown
DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
Stuart.Brown@us.dlapiper.com

Richard A. Chesley
DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, Illinois 60606
Richard.Chesley@us.dlapiper.com

*Counsel to Tenet Healthcare Corporation*
Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19899-8705
ljones@pszjlaw.com

Christopher S. Koenig
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
chris.koenig@kirkland.com

*Counsel to the Pension Fund*
Michael Busenkell
Gellert Scali Busenkell &
Brown LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com


Rule 2002 Parties Identified on attached List

**Center City Healthcare, LLC, et al. - Master Service List**                                                                 11/07/2021

| | | |
|---|---|---|
| Alan Gelb, Esq.<br>c/o Law Offices of Alan Gelb<br>349 Bustleton Pike<br>Feasterville, PA 19053<br><br>agelblaw@yahoo.com | Albert Einstein Healthcare Network<br>Attn: Penny J. Rezet<br>5501 Old York Rd<br>Philadelphia, PA 19141<br><br>rezetp@einstein.edu | Arent Fox LLP<br>Attn: George Angelich/<br>Phillip Khezri<br>1301 Ave of the Americans, 42nd Fl<br>New York, NY 10019<br><br>george.angelich@arentfox.com |
| Ashby & Geddes, P.A.<br>Attn: Gregory Taylor / Katharina Earle<br>500 Delaware Ave, 8th Fl<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br><br>gtaylor@ashbygeddes.com | Attorney for the City of PA<br>City of PA Law Dept<br>Attn: Megan Harper<br>1401 JFK Building, 5th FL<br>Philadelphia, PA 19102-1595<br><br>Megan.Harper@phila.gov | Ballard Spahr LLP<br>Attn: Tobey M. Daluz<br>Attn: Chantelle D. McClamb<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br><br>daluzt@ballardspahr.com |
| Ballard Spahr LLP<br>Attn: Vincent J. Marriott<br>1735 Market St, 51st Fl<br>Philadelphia, PA 19103<br><br>marriott@ballardspahr.com | Bayard, PA<br>Attn: Justin Alberto/ Sophie Macon<br>600 N King St, Ste 400<br>Wilmington, DE 19801<br><br>jalberto@bayardlaw.com | Berger Law Group, P.C.<br>Attn: Phillip Berger/Matthew Kaufmann<br>919 Conestoga Rd., Bldg. 3, Ste. 114<br>Rosemont, PA 19010<br><br>berger@bergerlawpc.com |
| Bielli & Klauder, LLC<br>Attn: David Klauder<br>1204 N King St.<br>Wilmington, DE 19801<br><br>dklauder@bk-legal.com | Borges & Associates, LLC<br>Attn: Wanda Borges<br>Attn: Sue L. Chin<br>575 Underhill Blvd, Ste 118<br>Syosset, NY 11791<br><br>wborges@borgeslawllc.com | Buchalter, A Professional Corp<br>Attn: Shawn M. Christianson<br>55 Second St, 17 Fl<br>San Francisco, CA 94105-3493<br><br>schristianson@buchalter.com |
| Ciardi Ciardi & Astin<br>Attn: Albert Ciardi<br>1 Commerce Sq, Ste 3500<br>2005 Market St<br>Philadelphia, PA 19103<br><br>aciardi@ciardilaw.com | Ciardi Ciardi & Astin<br>Attn: Daniel Astin/ Joseph McMahon<br>1204 N. King St<br>Wilmington, DE 19801<br><br>jmcmahon@ciardilaw.com | City of Philadelphia<br>Attn: Law Dept<br>1515 Arch St, 17th Fl<br>Philadelphia, PA 19102 |
| Commonwealth of PA Dept of Labor and Industry<br>Collection Support Unit<br>Attn: Deb Secrest<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121<br><br>ra-li-ucts-bankrupt@state.pa.us | Denton US, LLP<br>Attn: Oscar Pinkas<br>1221 Ave of the Americans<br>New York, NY 10020<br><br>oscar.pinkas@dentons.com | DLA Piper LLP<br>Attn: Richard A. Chesley<br>444 W Lake St, Ste 900<br>Chicago, IL 60606<br><br>richard.chesley@dlapiper.com |
| DLA Piper LLP<br>Attn: Stuart M. Brown<br>1201 N Market St, Ste 2100<br>Wilmington, DE 19801<br><br>stuart.brown@dlapiper.com | Drexel University College of Medicine<br>c/o Cozen O'Connor<br>Attn: Stephen A. Cozen, Esq.<br>One Liberty Place<br>1650 Market St, Ste 2800<br>Philadelphia, PA 19103<br><br>scozen@cozen.com | Drinker Biddle & Reath LLP<br>Attn: Marita S. Erbeck<br>600 Campus Dr<br>Florham Park, NJ 07932-1047<br><br>marita.erbeck@dbr.com |
| Drinker Biddle & Reath LLP<br>Attn: Patrick A. Jackson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621<br><br>patrick.jackson@dbr.com | Duane Morris LLP<br>Attn: Jarret Hitchings<br>222 Delaware Ave, Ste 1600<br>Wilmington, DE 19801-1659<br><br>jphitchings@duanemorris.com | Duane Morris LLP<br>Attn: Mairi V. Luce<br>30 S 17th St<br>Philadelphia, PA 19103-4196<br><br>luce@duanemorris.com |
| Faegre Drinker Biddle & Reath LLP<br>Attn: Ian J. Bambrick<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801<br><br>ian.bambrick@faegredrinker.com | Faegre Drinker Biddle & Reath LLP<br>Attn: Jay Jaffe<br>Attn: Kayla Britton<br>600 E 96th St, Ste 600<br>Indianapolis, IN 46240<br><br>jay.Jaffe@faegredrinker.com | Fineman Krekstein & Harris, PC<br>Attn: Deirdre M. Richards<br>1300 N. King St<br>Wilmington, DE 19801<br><br>drichards@finemanlawfirm.com |

| | | |
|---|---|---|
| Fox Rothschild LLP<br>Attn: Seth A. Niederman<br>919 N Market St, Ste 300<br>Wilmington, DE 19899-2323<br><br>sniederman@foxrothschild.com | Freedman & Lorry, P.C.<br>c/o Susan A. Murray<br>Attn: Training & Upgrading Fund<br>1601 Market St, Ste 1500<br>Philadelphia, PA 19103 | Gellert Scali Busenkell & Brown, LLC<br>Attn: Michael Busenkell<br>1201 N Orange St, Ste 300<br>Wilmington, DE 19801<br><br>mbusenkell@gsbblaw.com |
| Gibbons P.C.<br>Attn: Dale E. Barney<br>One Gateway Center<br>Newark, NJ 07102-5310<br><br>dbarney@gibbonslaw.com | Gibbons P.C.<br>Attn: Howard A. Cohen<br>300 Delaware Ave, Ste 1015<br>Wilmington, DE 19801-1761<br><br>hcohen@gibbonslaw.com | Gibbons P.C.<br>Attn: N Songonuga/ R Malone/ D Crapo<br>300 Delaware Ave, Ste 1015<br>Wilmington, DE 19801-1761<br><br>nsongonuga@gibbonslaw.com |
| Greenberg Traurig, LLP<br>Attn: Dennis A. Meloro<br>The Nemours Building<br>1007 N Orange St, Ste 1200<br>Wilmington, DE 19801<br><br>MeloroD@gtlaw.com | Greenberg Traurig, LLP<br>Attn: Nancy A. Peterman<br>77 W Wacker Dr, Ste 3100<br>Chicago, IL 60601<br><br>petermann@gtlaw.com | Hogan & McDaniel<br>Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick<br>1311 Delaware Ave<br>Wilmington, DE 19805<br><br>dkhogan@dkhogan.com |
| Honigman LLP<br>Attn: E Todd Sable/ Lawrence A.Lichtman<br>2290 First National Building<br>660 Woodward Ave<br>Detroit, MI 48226<br><br>tsable@honigman.com | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | International Brotherhood of Electrical Workers, Local 98<br>1701 Spring Garden St<br>Philadelphia, PA 19130 |
| JD Thompson Law<br>c/o Sodexo, Inc<br>Attn: Judy D. Thompson<br>P.O. Box 33127<br>Charlotte, NC 28233<br><br>jdt@jdthompsonlaw.com | Jeffer Mangels Butler & Mithcell LLP<br>Attn: Marianne S. Martin<br>1900 Ave of the Stars, 7th FL<br>Los Angeles, CA 90067<br><br>mmartin@jmbm.com | Jones Walker LLP<br>Attn: Jeffrey R. Barber<br>190 E Capitol St, Ste 800<br>P.O. Box 427<br>Jackson, MS 39205-0427<br><br>jbarber@joneswalker.com |
| Kirkland & Ellis LLP<br>Attn: Nicole L Greenblatt<br>601 Lexington Ave<br>New York, NY 10022<br><br>nicole.greenblatt@kirkland.com | Kirkland & Ellis LLP<br>Stephen C Hackney, PC<br>300 N LaSalle<br>Chicago, IL 60654<br><br>stephen.hackney@kirkland.com | Kurtzman, Steady, LLC<br>Attn: Jeffrey Kurtzman<br>401 S 2nd St, Ste 200<br>Philadelphia, PA 19147<br><br>kurtzman@kurtzmansteady.com |
| Latham & Watkins LLP<br>Attn: Suzzanne Uhland<br>Attn: Matthew J. Carmody<br>885 3rd Ave<br>New York, NY 10022-4834<br><br>suzzanne.uhland@lw.com | Law Offices of Mitchell J. Malzberg, LLC<br>Attn: Mitchell J. Malzberg<br>P.O. Box 5122<br>6 E Main St, Ste 7<br>Clinton, NJ 08809<br><br>mmalzberg@mjmalzberglaw.com | Markowitz & Richman<br>Attn: Jonathan Walters, Esquire<br>123 South Broad St, Ste 2020<br>Philadelphia, PA 19109<br><br>jwalters@markowitzandrichman.com |
| Markowitz and Richman<br>Attn: Claiborne S. Newlin<br>123 S Broad St, Ste 2020<br>Philadelphia, PA 19109<br><br>cnewlin@markowitzandrichman.com | Maron Marvel Bradley Anderson & Tardy, LLC<br>Attn: Stephanie A. Fox<br>1201 N Market St, Ste 900<br>Wilmington, DE 19801<br><br>saf@maronmarvel.com | Mattleman Weinroth & Miller, P.C<br>Attn: Christina Pross<br>200 Continental Drive, Ste 215<br>Newark, DE 19713<br><br>cpross@mwm-law.com |
| McCarter & English, LLP<br>Attn: William F. Taylor<br>Renaissance Centre<br>405 N King St, 8th Fl<br>Wilmington, DE 19801<br><br>wtaylor@mccarter.com | Med One Capital Funding, LLC<br>c/o Ray Quinney & Nebecker, P.C<br>Attn: David H. Leigh<br>36 S State St, 14th FL<br>Salt Lake City, UT 84111<br><br>dleigh@rqn.com | Moye White LLP<br>Attn: Timothy M. Swanson/Vikrama S. Chandrashekar<br>1400 16th St, 6th Fl<br>Denver, CO 80202<br><br>tim.swanson@moyewhite.com |

**Center City Healthcare, LLC, et al. - Master Service List**                                                         11/07/2021

| | | |
|---|---|---|
| National Union of Hospital and Healthcare Employees, AFSCME, AFL-CIO<br>1319 Locust St<br>Philadelphia, PA 19107 | National Union of Hospital and Healthcare Employees, District 1199C<br>1319 Locust St<br>Philadelphia, PA 19107 | O'Donoghue & O'Donoghue LLP<br>Attn: Lance Geren, Esq.<br>325 Chestnut St, Ste 600<br>Philadelphia, PA 19106<br><br>lgeren@odonoghuelaw.com |
| Office of Attorney General<br>Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith<br>The Phoenix Building<br>1600 Arch St, 3rd Fl<br>Philadelphia, PA 19103<br><br>cmomjian@attorneygeneral.gov | Office of the Attorney General<br>Attn: Josh Shapiro, Esquire<br>Attn: Bankruptcy Dept<br>16th Fl, Strawberry Sq<br>Harrisburg, PA 17120 | Office of the United States Attorney for the District of Delaware<br>Attn: David C. Weiss, Esquire<br>Hercules Building<br>1313 N Market St<br>Wilmington, DE 19801<br>usade.ecfbankruptcy@usdoj.gov |
| Office of The United States Trustee<br>Attn: Benjamin Hackman<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519<br><br>benjamin.a.hackman@usdoj.gov | Pachulski Stang Ziehl & Jones LLP<br><br><br><br><br><br>tcairns@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones<br>Attn: Timothy P Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br><br>ljones@pszjlaw.com |
| Pearlman & Miranda, LLC.<br>Attn: Patricia A Celano<br>110 Edison Pl, Ste 301<br>Newark, NJ 07102<br><br>pcelano@pearlmanmiranda.com | Pennsylvania Assoc of Staff Nurses and Allied Professionals<br>1 Fayette Street, Suite 475<br>Conshohocken, PA 19428 | Pennsylvania Dept of Health<br>Attn: Dr. Rachel Levine<br>Health and Welfare Building<br>625 Forester St, 8th FL W<br>Harrisburg, PA 17120 |
| Pepper Hamilton, LLP<br>Attn: Francis J. Lawall<br>3000 Two Logan Sq<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br><br>francis.lawall@troutman.com | Pepper Hamilton, LLP<br>Attn: Marcy McLaughlin Smith<br>1313 N Market St, P.O. Box 1709<br>Hercules Plz, Ste 5100<br>Wilmington, DE 19899-1709<br><br>marcy.smith@troutman.com | Polsinelli P.C<br>Attn: Christopher A. Ward<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801<br><br>cward@polsinelli.com |
| Potter Anderson & Corroon LLP<br>Attn: Jeremy W. Ryan<br>1313 North Market St, 6th Fl<br>P.O. Box 951<br>Wilmington, DE 19899<br><br>jryan@potteranderson.com | Richards Layton & Finger, PA<br>Attn: M. Collins/ M Merchant/ B Schlauch<br>1 Rodney Sq<br>920 N King St<br>Wilmington, DE 19801<br><br>collins@rlf.com | Schnader Harrison Segal & Lewis LLP<br>Attn: Nicholas J. LePore<br>1600 Market St, Ste 3600<br>Philadelphia, PA 19103-7286<br><br>nlepore@schnader.com |
| Schnader Harrison Segal & Lewis LLP<br>Attn: Richard A. Barkasy<br>824 N Market St, Ste 800<br>Wilmington, DE 19801<br><br>rbarkasy@schnader.com | Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plz<br>Hartford, CT 06103-1919<br><br>egoldstein@goodwin.com | Sills Cummis & Gross P.C<br>The Legal Center<br>Attn: Andrew Sherman/ Boris Mankovetskiy<br>1 Riverfront Plz<br>Newark, NJ 07102<br><br>asherman@sillscummis.com |
| Smith Hulsey & Busey<br>Attn: Michael E. Demont<br>Attn: Brandon A. Cook<br>One Independent Dr, Ste 3300<br>Jacksonville, FL 32202<br><br>mdemont@smithhulsey.com | St. Mary's Medical Ctr<br>1201 Langhorne-Newtown Rd<br>Langhorne, PA 19047 | Stevens & Lee, P.C.<br>Attn: Joseph H. Huston<br>919 N Market St, Ste 1300<br>Wilmington, DE 19801<br><br>jhh@stevenslee.com |
| Stevens & Lee, P.C.<br>Attn: Robert Lapowsky<br>620 Freedom Busin Ctr, Ste 200<br>King of Prussia, PA 19406<br><br>rl@stevenslee.com | Stinson LLP<br>Attn: Darrell Clark/ Tracey Ohm<br>1775 Pennsylvania Ave NW, Ste 800<br>Washington, D.C 20006<br><br>darrell.clark@stinson.com | Stoel Rives LLP<br>Attn: Marc A. Al<br>33 S 6th St, Ste 4200<br>Minneapolis, MN 55402<br><br>marc.al@stoel.com |

| | | |
|---|---|---|
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Deborah A. Reperowitz<br>100 Park Ave, Ste 2000<br>New York, NY 10017<br><br>dreperowitz@stradley.com | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour<br>2005 Market St, Ste 2600<br>Philadelphia, PA 19103<br><br>gsantamour@stradley.com | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky<br>1000 N West St, Ste 1279<br>Wilmington, DE 19801<br><br>jpolesky@stradley.com |
| Streusand, Landon, Ozburn & Lemmon, LLP<br>Attn: Sabrina L. Streusand<br>1801 S Mopac Expressway, Ste 320<br>Austin, TX 78746<br><br>streusand@slollp.com | Sullivan, Hazeltine, Allison, LLC.<br>Attn: William D. Sullivan<br>919 N Market St, Ste 420<br>Wilmington, DE 19801<br><br>bsullivan@sha-llc.com | The Rosner Law Gorup LLC<br>Attn: Frederick B. Rosner<br>824 N Market St, Ste 810<br>Wilmington, DE 19801<br><br>rosner@teamrosner.com |
| Troutman Sanders LLP<br>Attn: Louis A. Curcio<br>Attn: Jessica Mikhailevich<br>875 3rd Ave<br>New York, NY 10022<br><br>louis.curcio@troutman.com | U.S. Dept of Justice<br>Attn: Marc Sacks<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-875<br>marcus.s.sacks@usdoj.gov | Underwood Perkins, P.C.<br>Attn: David Campbell/ Eli Pierce<br>Two Lincoln Centre<br>5420 LBJ Fwy, Ste 1900<br>Dallas, TX 75240<br><br>dcampbell@uplawtx.com |
| United States Department of Justice<br>Attn:  Civil Division<br>950 Pennslvania Ave, NW<br>Washington, DC 20530-0001 | United States Dept of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC  20530-0001 | White and Williams LLP<br>Attn: Amy E. Vulpio<br>1650 Market St, 18th FL<br>Philadelphia, PA 19103<br><br>vulpioa@whiteandwilliams.com |
| White and Williams LLP<br>Attn: Marc S. Casarino<br>600 N King St, Ste 800<br>Wilmington, DE 19899-0709<br><br>casarinom@whiteandwilliams.com | Willig, Williams & Davidson<br>Attn: Jessica Kolansky<br>1845 Walnut St, 24th Fl<br>Philadelphia, PA 19103<br><br>jkolansky@wwdlaw.com | |