**Exhibit A**

**Proposed Order**

8427862 v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) Case No. 19-11466 (MFW) ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related to Docket No.** |

**ORDER GRANTING DEBTORS' AND COMMITTEE'S EXPEDITED MOTION TO (A) COMPEL DISCOVERY ON MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS AND (B) TO CONTINUE HEARING**

This matter having come before the Court upon the Motion[2] filed by the Debtors and the Official Committee for Unsecured Creditors (the "**Committee**") for the entry of an order, pursuant to section 105 of the Bankruptcy Code, and Rule 37 of the Federal Rules of Civil Procedure, made applicable by Bankruptcy Rules 7037 and 9014 and Local Rule 7026-1, to compel discovery on the Financing Motion [D.I. 3002] and, pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, to continue the hearing of the Financing Motion until December 10, 2021 or such other date convenient to the Court to accommodate discovery; and the Court having jurisdiction to consider the Motion; and the relief requested therein pursuant to 28 U.S.C. §§ 157

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not herein defined shall have the same meaning as so defined in the Motion.

8427862 v2

and 1334; and it appearing that due and adequate notice of the Motion has been given under the circumstances; and the Court having considered the Motion and objections thereto, and determined that the relief requested therein is in the best interest of the parties, no adverse interest being affected, and that the Movants' are not prejudiced by granting the requested relief; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

  1.  The Motion is GRANTED.

  2.  The Discovery recipients, including the Movants, Gordon Brothers, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Paladin Healthcare Capital, LLC, Kyle Schmidt, William Brinkman and Joel Freedman, shall produce all responsive documents to the Debtors and the Committee within five (5) business days of the date of entry of this Order.

  3.  The Movants, Gordon Brothers, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Paladin Healthcare Capital, LLC, Kyle Schmidt, William Brinkman and Joel Freedman shall allow the Debtors and Committee to take their depositions as follows: _____ [schedule to be inserted]

  4.  The hearing on the Financing Motion is hereby continued until December __, 2021.

  5.  The objection deadline on the Financing Motion is accordingly extended to December __, 2021.

  6.  Notwithstanding any applicable federal or local rule of procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

8427862 v2

7.      This Court shall retain jurisdiction over all maters arising from or related to the implementation of this Order.

8427862 v2