# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) ) Case No. 19-11466 (MFW) ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on November 8, 2021, I caused a copy of the *Debtors' and the Committee's Expedited Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing* to be served via Electronic Mail on the parties on the attached service list.

Dated: November 8, 2021                **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com

8427862 v2

## Service List

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Travis J. Cuomo, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
merchant@rlf.com
schlauch@rlf.com

Suzzanne Uhland, Esquire
Robert Malionek, Esquire
Tianjiao "TJ" Li, Esquire
Gregory Mortenson, Esquire
Danielle Elizabeth Sekerak, Esquire
Alexandra Marie Zablocki, Esquire
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
suzzanne.uhland@lw.com
robert.malionek@lw.com
Tj.li@lw.com
Gregory.mortenson@lw.com
Danielle.sekerak@lw.com
Alexandra.zablocki@lw.com

John T. Carroll, III, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com

Cindi M. Giglio, Esquire
Jerry L. Hall, Esquire
Katherine Scherling, Esquire
Grace A. Thompson, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
cgiglio@katten.com
jerry.hall@katten.com
katherine.scherling@katten.com
grace.thompson@katten.com

Edward Moss, Esquire
William David Pollak, Esquire
Abby F. Rudzin, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
emoss@omm.com
wpollak@omm.com
arudzin@omm.com

Joel Freedman
2304 Hermosa Avenue
Hermosa Beach, CA 90154
jfreedman@pldn.com

Kyle Schmidt
528 N. Elena Ave.
Redondo Beach, CA 90277
kschmidt@pldn.com

Stuart M. Brown, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
stuart.brown@us.dlapiper.com

Richard A. Chesley, Esquire
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
richard.chesley@us.dlapiper.com

8427862 v2