**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :
                                                                 :
                                                                 :  Chapter 11
                                                                 :
CENTER CITY HEALTHCARE, LLC D/B/A                                :  Case No. 19-11466 (MFW)
HAHNEMANN UNIVERSITY HOSPITAL, *et.*                             :
*al.*,[1]                                                        :  (Jointly Administered)
                                                                 :
                                                                 :
                                                                 x

        Debtors.

----------------------------------------------------------------

**ORDER GRANTING RESPONDENTS' MOTION TO (I) QUASH THE DEBTORS' AND
THE COMMITTEE'S NOTICE OF RULE 26 AND 30(b)(6) DEPOSITION AND
SUBPOENAS AND (II) FOR ENTRY OF A PROTECTIVE ORDER LIMITING
<u>WRITTEN DISCOVERY</u>**

Upon the motion (the "**Motion**")[2] of the respondents in the above captioned case (the

"**Respondents**") for entry of an order (this "**Order**") (i) quashing the Deposition Notices and Non-

Party Subpoenas and (ii) entering a protective order shielding the Respondents from the Document

Request; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§

157 and 1134; and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. § 1334;

and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.
[2]  Capitalized but undefined terms herein shall have the meanings ascribed to them in the Motion.

this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion as set forth therein was adequate and sufficient, and that no other or further notice need be provided; and it further appearing that the Respondents have demonstrated good cause for the relief requested in the Motion; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Deposition Notices and the Non-Party Subpoenas are hereby quashed in their entirety.

3. A protective order is hereby issued protecting the Respondents from the Document Request, and absolving the Respondents of any obligation to respond to the Production Requests at this time.

4. The Respondents are authorized to take any and all actions necessary or appropriate to implement the relief granted in this Order.

5. This Court retains jurisdiction with respect to all matters arising from or in relation to the interpretation and implementation of this Order.