## Exhibit G

**Notice of Deposition of Joel Freedman**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### NOTICE OF DEPOSITION OF JOEL FREEDMAN

To:    Mr. Joel Freedman                          Mr. Joel Freedman
       2304 Hermosa Avenue                        714 Marlita Street
       Hermosa Beach, CA 90154-2529               Hermosa Beach, CA 90254-2249

**PLEASE TAKE NOTICE** that, in connection with *The Motion Of The Broad Street Entities And PAHH For Entry Of An Order (I) Determining That The Automatic Stay Does Not Apply To Their Assets Or (II) In The Alternative, Granting Limited Relief From The Automatic Stay For Them To Sell, Transfer, Or Otherwise Encumber Such Assets*, and pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, made applicable hereto by Rule 7030 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession and the Official Committee of Unsecured Creditors will take the deposition of Joel Freedman on November 11, 2021 starting at 9:00 a.m. (Eastern Time) at the offices of Saul Ewing Arnstein & Lehr, 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, or such other place, date and time as the parties may mutually agree.  The Deposition will proceed before an officer

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

authorized by law to administer oaths, will be recorded by audio, video, and/or stenographic means, and will continue from day to day until completed.  The deposition is being used for discovery, for use at any evidentiary hearing, for use at trial, or for any purposes that are permitted by law or under the rules of this Court.

Dated: November 2, 2021                 **SAUL EWING ARNSTEIN & LEHR LLP**

By:     */s/ Mark Minuti*
               Mark Minuti (DE Bar No. 2659)
               Monique B. DiSabatino (DE Bar No. 6027)
               1201 N. Market Street, Suite 2300
               P.O. Box 1266
               Wilmington, DE  19899
               Telephone: (302) 421-6800
               Fax: (302) 421-6813
               mark.minuti@saul.com
               monique.disabatino@saul.com

                    -and-

               Jeffrey C. Hampton
               Adam H. Isenberg
               Centre Square West
               1500 Market Street, 38th Floor
               Philadelphia, PA 19102
               Telephone: (215) 972-7777
               Fax: (215) 972-7725
               jeffrey.hampton@saul.com
               adam.isenberg@saul.com

                    -and-

               Joseph F. O'Dea, Jr.
               Alexander R. Bilus
               Patrick M. Hromisin
               (Admissions *pro hac vice* to be filed)
               Centre Square West
               1500 Market Street, 38th Floor
               Philadelphia, PA 19102
               Telephone: (215) 972-7777
               Fax: (215) 972-7725
               joseph.odea@saul.com
               alexander.bilus@saul.com
               patrick.hromisin@saul.com

               *Counsel for the Debtors*

                    -and-

*/s/ Seth A. Niederman*
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

-and-

Andrew H. Sherman *(pro hac vice)*
Boris I. Mankovetskiy *(pro hac vice)*
Rachel E. Brennan
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com
rbrennan@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*