## CERTIFICATE OF SERVICE

    I, Stuart M. Brown, hereby certify that on this 9th day of November, 2021, I caused a true and correct copy of the *Joinder of HSRE-PAHH I , LLC and Its Affiliates to Debtors' and Committee's Expedited Motion to Compel Discovery and to Continue Hearing* to be served via CM/ECF upon the parties registered to receive CM/ECF and on the parties on the attached service list via email.

                                                                  /s/ *Stuart M. Brown*
                                                                  Stuart M. Brown (DE#4050)

**SERVICE LIST**

Mark Minuti
Monique Bair DeSabatino
Jeffrey C. Hampton
Adam H. Isenberg
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com
jeffrey.hampton@saul.com
aisenberg@saul.com
mark.minuti@saul.com

Seth A. Niederman
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899
sniederman@foxrothschild.com

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

Benjamin A. Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Travis J. Cuomo, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
merchant@rlf.com
schlauch@rlf.com

Suzzanne Uhland, Esquire
Robert Malionek, Esquire
Tianjiao "TJ" Li, Esquire
Gregory Mortenson, Esquire
Danielle Elizabeth Sekerak, Esquire
Alexandra Marie Zablocki, Esquire
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
suzzanne.uhland@lw.com
robert.malionek@lw.com
Tj.li@lw.com
Gregory.mortenson@lw.com
Danielle.sekerak@lw.com
Alexandra.zablocki@lw.com

John T. Carroll, III, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com

Cindi M. Giglio, Esquire
Jerry L. Hall, Esquire
Katherine Scherling, Esquire
Grace A. Thompson, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
cgiglio@katten.com
jerry.hall@katten.com
katherine.scherling@katten.com
grace.thompson@katten.com

Edward Moss, Esquire
William David Pollak, Esquire
Abby F. Rudzin, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
emoss@omm.com
wpollak@omm.com
arudzin@omm.com

Joel Freedman
2304 Hermosa Avenue
Hermosa Beach, CA 90154
jfreedman@pldn.com

Kyle Schmidt
528 N. Elena Ave.
Redondo Beach, CA 90277
kschmidt@pldn.com