**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 425, 599, 637, 2125** |

**SECOND SUPPLEMENTAL DECLARATION OF SETH A. NIEDERMAN
IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR AUTHORITY TO EMPLOY AND
RETAIN FOX ROTHSCHILD LLP AS COUNSEL**

Seth A. Niederman makes this Declaration pursuant to 28 U.S.C. § 1746, and states:

1. I am a partner at Fox Rothschild LLP ("Fox Rothschild"), which maintains offices for the practice of law at, among other locations, 919 North Market Street, Suite 300, Wilmington, Delaware, 19801. I am an attorney at law, duly admitted and in good standing to practice in the State of Delaware. I submit this supplemental declaration in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-captioned bankruptcy case, for an order approving the employment and retention of Fox as counsel to the Committee, effective as of July 17, 2019, and to provide the disclosures

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

127827590.1

required by Bankruptcy Code section 1103, Bankruptcy Rules 2014(a) and 2016(b), and Local Rule 2014-1.

2. On or about August 9, 2019, the Committee filed the Application [Docket No. 425], which was approved by an Order of this Court on September 4, 2019, effective as of July 17, 2019 [Docket No. 637]. Attached to the Application was the Declaration of Thomas Horan in Support of the Application (the "Horan Declaration") filed pursuant to Bankruptcy Code §§ 329, 504 and Bankruptcy Rule 2014(a). On February 26, 2021, the Committee filed the Supplemental Declaration of Seth A. Niederman in Support of the Application (the "Supplemental Declaration") [Docket No. 2125]. This Declaration (the "Second Supplemental Declaration") is made for the purpose of supplementing the disclosures made in the Horan Declaration and the Supplemental Declaration.

3. In the Horan Declaration, it was disclosed that Fox Rothschild may have in the past represented, currently represents, and may in the future represent, certain entities that are claimants or potential claimants of the Debtor, or other parties in interest, in matters wholly unrelated to this Chapter 11 case and their respective claims or potential claims against the Debtor. Furthermore, Fox Rothschild appears in cases, proceedings and transactions involving various attorneys, accountants, financial consultants and investment bankers, some of which now, or may in the future, represent claimants and parties in interest in this Chapter 11 case. Notwithstanding the foregoing, Fox Rothschild has not and will not represent such entities with respect to this Chapter 11 case and their respective claims against the Debtor. Fox Rothschild has not and will not have any relationship with any such entity that would be adverse to the Debtor or its bankruptcy estate. A list of creditors or parties in interest of the Debtor that Fox Rothschild knew it has represented, and may currently represent on wholly unrelated matters, was attached to the Horan Declaration

as Exhibit "A". As stated, that list may have been incomplete at that time, and Fox Rothschild may have represented or be representing additional creditors of the Debtor in matters wholly unrelated to their claims against the Debtor. The Horan Declaration and the Supplemental Declaration stated that supplemental disclosures would be made after further investigation, as appropriate.

4. I have become aware of additional connections and/or relationships that may be relevant to Fox Rothschild's representation of the Committee. These connections are set forth below:

| Party Name | Relationship |
| --- | --- |
| Amerihealth Caritas Health Plan | Current litigation adversity unrelated to the Debtors' chapter 11 cases. |
| Keystone Health Plan First | Current litigation adversity unrelated to the Debtors' chapter 11 cases. |

5. Fox Rothschild does not believe this to be a conflict of interest, but discloses same in an abundance of caution.

6. The information contained herein will be further revised or supplemented if Fox Rothschild discovers additional relationships or matters that require disclosure in these cases.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Seth A. Niederman
Seth A. Niederman

Dated: November 9, 2021

127827590.1