**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC<br>d/b/a HAHNEMANN UNIVERSITY<br>HOSPITAL, *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br>(Jointly Administered)<br><br>Re: Docket No. 2978 |
| CENTER CITY HEALTHCARE, LLC,<br>d/b/a HAHNEMANN UNIVERSITY<br>HOSPITAL, ST. CHRISTOPHER'S<br>HEALTHCARE, LLC, and SCHC<br>PEDIATRIC ASSOCIATES, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>AIRGAS INC.,<br><br>   Defendant. | Adv. Proc. No. 21-50913 (MFW)<br><br>Re: Adv. Docket No. 11 |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF PLAINTIFFS FOR APPROVAL OF SETTLEMENT OF PREFERENCE CLAIMS AGAINST AIRGAS INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Plaintiffs for Approval of Settlement of Preference Claims Against Airgas Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 2978, Adv. Docket No. 11] (the "Motion") filed on October 25, 2021. The

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice filed with the Motion, objections to the Motion were to be filed and served no later than November 8, 2021 at 4:00 p.m.

    It is hereby respectfully requested that a final order approving the Motion be entered at the earliest convenience of the Court.

Dated:  November 9, 2021                      **CROSS & SIMON LLC**

                                              */s/ Kevin S. Mann*
                                              Christopher P. Simon (DE Bar No. 3697)
                                              Kevin S. Mann (DE Bar No. 4576)
                                              1105 North Market Street, Suite 901
                                              Wilmington Delaware, 19801
                                              (302) 777-4200
                                              csimon@crosslaw.com
                                              kmann@crosslaw.com

                                              *Counsel to the Debtors*