**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) **Related Docket No. 3053** |
|  | ) |

### JOINDER OF TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC TO DEBTORS' AND COMMITTEE'S EXPEDITED MOTION TO COMPEL DISCOVERY AND TO CONTINUE HEARING

Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer"),[2] by and through their undersigned counsel, hereby file this joinder (this "Joinder") to the *Debtors' and Committee's Expedited Motion to (A) Compel Discovery on the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply To Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing* [Docket No. 3053] (the "Motion to Compel"), filed in response to *The Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Conifer is a member of the Official Committee of Unsecured Creditors (the "UCC") and has recused itself from all UCC matters relating to the Stay Comfort Motion.

*Does Not Apply to their Assets or (II) in the Alternative, Granting Limited Relief From the Automatic Stay for them to Sell, Transfer, or Otherwise Encumber Such Assets* [Docket No. 3002] (the "<u>Stay Comfort Motion</u>").

1. Tenet and Conifer join in the Motion to Compel, requesting both (i) the discovery described therein and (ii) continuance of the hearing to consider the Stay Comfort Motion.

2. Tenet and Conifer expressly reserve and preserve all rights, claims, arguments, defenses and remedies with respect to the Stay Comfort Motion and to supplement, modify and amend this Joinder, to seek additional discovery to that requested herein and in the Motion to Compel, and to raise additional objections in writing or orally at the hearing on the Stay Comfort Motion.

[*Remainder of page intentionally left blank.*]

Dated: November 9, 2021

      */s/ Timothy P. Cairns*
      PACHULSKI STANG ZIEHL & JONES LLP
      Laura Davis Jones (DE Bar No. 2436)
      Timothy P. Cairns (DE Bar No. 4228)
      919 N. Market Street, 17th Floor
      P.O. Box 8705
      Wilmington, DE 19899-8705 (Courier 19801)
      Telephone: (302) 652-4100
      Facsimile: (302) 652-4400
      Email:    ljones@pszjlaw.com
                 tcairns@pszjlaw.com

      KIRKLAND & ELLIS LLP
      Stephen C. Hackney, P.C. (admitted *pro hac vice*)
      Kent J. Hayden (admitted *pro hac vice*)
      Christopher S. Koenig (admitted *pro hac vice)*
      300 North LaSalle Chicago, Illinois 60654
      Telephone: (312) 862-2000
      Facsimile: (312) 862-2200
      Email:    stephen.hackney@kirkland.com
                 kent.hayden@kirkland.com
                 chris.koenig@kirkland.com

      *Counsel to Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*