IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466 (MFW) <br><br> Jointly Administered <br><br> Re:  Docket No. 3062 |

## CERTIFICATE OF SERVICE

I, Brendan J. Schlauch, herby certify that on the 9th and 10th days of November, 2021, I caused a copy of *Respondents' Objection to Motion for Expediated Consideration of Debtors' and Committee's Expedited Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing* [Docket No. 3062] to be served upon the parties on the attached service lists in the manner indicated.

                                                     */s/ Brendan J. Schlauch*
                                                     Brendan J. Schlauch (No. 6115)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 26319390v.1

# SERVICE LIST
## SERVED VIA EMAIL – ON NOVEMBER 9, 2021
## SERVED VIA HAND DELIVERY – LOCALS – ON NOVEMBER 10, 2021
## SERVED VIA OVERNIGHT MAIL – NON-LOCALS – ON NOVEMBER 10, 2021

DLA Piper LLP
Attn: Stuart M. Brown
1201 N Market St, Ste 2100
Wilmington, DE 19801
stuart.brown@dlapiper.com

Saul Ewing Arnstein & Lehr LLP
Attn: Jeffrey Hampton, Adam Isenberg, Joseph F. O'Dea, Jr., Alexander R. Bilus, Patrick M. Hromisin
Centre Square West
1500 Market St, 38th Fl
Philadelphia, PA 19102
jeffrey.hampton@saul.com
adam.isenberg@saul.com
joseph.odea@saul.com
alexander.bilus@saul.com
patrick.hromisin@saul.com

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones
Attn: Timothy P Cairns
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
tcairns@pszjlaw.com

Kirkland & Ellis LLP
Stephen C Hackney, PC, Kent J. Hayden, Christopher S. Koenig
300 N LaSalle
Chicago, IL 60654
stephen.hackney@kirkland.com
kent.hayden@kirkland.com
chris.koenig@kirkland.com

Saul Ewing Arnstein & Lehr LLP
Attn: Mark Minuti
Attn: Monique DiSabatino
1201 N Market St, Ste 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com

Sills Cummis & Gross P.C
The Legal Center
Attn: Andrew Sherman, Boris Mankovetskiy, Rachel E. Brennan
1 Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com
rbrennan@sillscummis.com

Fox Rothschild LLP
Seth A. Niederman
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
sniederman@foxrothschild.com

DLA Piper LLP
Richard A. Chesley
444 West Lake Street, Suite 900
Chicago, IL 60606
richard.chesley@dlapiper.com

# SERVICE LIST
## VIA CM/ECF & EMAIL
### SERVED NOVEMBER 9, 2021

| | |
|---|---|
| Arent Fox LLP<br>Attn: George Angelich/ Phillip Khezri<br>1301 Ave of the Americans, Fl 42<br>New York, NY 10019<br>george.angelich@arentfox.com<br>phillip.khezri@arentfox.com | Ashby & Geddes, P.A.<br>Attn: Gregory Taylor / Katharina Earle<br>500 Delaware Ave, 8th Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br>gtaylor@ashbygeddes.com<br>kearle@ashbygeddes.com |
| Attorney for the City of PA, City of PA Law Depart<br>Attn: Megan Harper<br>1401 JFK Building, 5th FL<br>Philadelphia, PA 19102-1595<br>Megan.Harper@phila.gov | Ballard Spahr LLP<br>Attn: Vincent J. Marriott<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>marriott@ballardspahr.com |
| Ballard Spahr LLP<br>Attn: Tobey M. Daluz<br>Attn: Chantelle D. McClamb<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>daluzt@ballardspahr.com<br>mcclambc@ballardspahr.com | Cole Schotz<br>Attn: Justin Alberto/ Sophie Macon<br>600 N King St, Ste 400<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>smacon@coleschotz.com |
| Berger Law Group, P.C.<br>Attn: Phillip Berger/Matthew Kaufmann<br>919 Conestoga Rd., Bldg. 3, Ste. 114<br>Rosemont, PA 19010<br>berger@bergerlawpc.com<br>kaufmann@bergerlawpc.com | Biellli & Klauder, LLC<br>Attn: David Klauder<br>1204 N King St.<br>Wilmington, DE 19801<br>dklauder@bk-legal.com |
| Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson<br>55 Second St, 17 Fl<br>San Francisco, CA 94105-3493<br>schristianson@buchalter.com | Ciardi Ciardi & Astin<br>Attn: Daniel Astin/ Joseph McMahon<br>1204 N. King St<br>Wilmington, DE 19801<br>jmcmahon@ciardilaw.com |
| Ciardi Ciardi & Astin<br>Attn: Albert Ciardi<br>One Commerce Square, Ste 3500<br>2005 Market St<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com | DLA Piper LLP<br>Attn: Stuart M. Brown<br>1201 N Market St, Ste 2100<br>Wilmington, DE 19801<br>stuart.brown@dlapiper.com |

Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621
patrick.jackson@dbr.com

Drinker Biddle & Reath LLP
Attn: Marita S. Erbeck
600 Campus Dr
Florham Park, NJ 07932-1047
marita.erbeck@dbr.com

Duane Morris LLP
Attn: Mairi V. Luce
30 S 17th St
Philadelphia, PA 19103-4196
luce@duanemorris.com

Duane Morris LLP
Attn: Jarret Hitchings
222 Delaware Ave, Ste 1600
Wilmington, DE 19801-1659
jphitchings@duanemorris.com

Fineman Krekstein & Harris, PC
Attn: Deirdre M. Richards
1300 N. King St
Wilmington, DE 19801
drichards@finemanlawfirm.com

Fox Rothschild LLP
Attn: Thomas Horan
919 N Market St, Ste 300
Wilmington, DE 19899-2323
thoran@foxrothschild.com

Freedman & Lorry, P.C.
C/o Susan A. Murray
Attn: Training & Upgrading Fund
1601 Market St, Ste 1500
Philadelphia, PA 19103
smurray@freedmanlorry.com

Gellert Scali Busenkell & Brown, LLC
Attn: Michael Busenkell
1201 N Orange St, Ste 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com

Gibbons P.C.
Attn: Howard A. Cohen
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761
hcohen@gibbonslaw.com

Gibbons P.C.
Attn: Dale E. Barney
One Gateway Center
Newark, NJ 07102-5310
dbarney@gibbonslaw.com

Gibbons P.C.
Attn: N Songonuga/ R Malone/ D Crapo
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761
nsongonuga@gibbonslaw.com
rmalone@gibbonslaw.com
dcrapo@gibbonslaw.com

Greenberg Traurig, LLP
Attn: Dennis A. Meloro
The Nemours Building
1007 N Orange St, Ste 1200
Wilmington, DE 19801
MeloroD@gtlaw.com

Hogan & McDaniel
Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick
1311 Delaware Ave
Wilmington, DE 19805
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com
dckerrick@dkhogan.com

Jones Walker LLP
Attn: Jeffrey R. Barber
190 E Capitol St, Ste 800
P.O. Box 427
Jackson, MS 39205-0427
jbarber@joneswalker.com

Latham & Watkins LLP
Attn: Suzzanne Uhland
Attn: Matthew J. Carmody
885 3rd Ave
New York, NY 10022-4834
suzzanne.uhland@lw.com
matt.carmody@lw.com

Maron Marvel Bradley Anderson & Tardy, LLC.
Attn: Stephanie A. Fox
1201 N Market St, Ste 900
Wilmington, DE 19801
saf@maronmarvel.com

McCarter & English, LLP
Attn: William F. Taylor
Renaissance Centre
405 N King St, 8th Fl
Wilmington, DE 19801
wtaylor@mccarter.com

Honigman LLP
Attn: E Todd Sable/ Lawrence A.Lichtman
2290 First National Building
660 Woodward Ave
Detroit, MI 48226
tsable@honigman.com
llichtman@honigman.com

Kurtzman, Steady, LLC.
Attn: Jeffrey Kurtzman
401 S 2nd St, Ste 200
Philadelphia, PA 19147
kurtzman@kurtzmansteady.com

Markowitz and Richman
Attn: Claiborne S. Newlin
123 S Broad St, Ste 2020
Philadelphia, PA 19109
cnewlin@markowitzandrichman.com

Mattleman Weinroth & Miller, P.C
Attn: Christina Pross
200 Continental Drive, Ste 215
Newark, DE 19713
cpross@mwm-law.com

Moye White LLP
Attn: Timothy M. Swanson/Vikrama S. Chandrashekar
1400 16th St, 6th Fl
Denver, CO 80202
tim.swanson@moyewhite.com
Vika.Chandrashekar@moyewhite.com

3

| | |
|---|---|
| O'Donoghue & O'Donoghue LLP<br>Attn: Lance Geren, Esq.<br>325 Chestnut St, Ste 600<br>Philadelphia, PA 19106<br>lgeren@odonoghuelaw.com | Office of Attorney General<br>Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith<br>The Phoenix Building<br>1600 Arch St, 3rd Fl<br>Philadelphia, PA 19103<br>cmomjian@attorneygeneral.gov<br>ddembe@attorneygeneral.gov<br>lrhode@attorneygeneral.gov<br>rbsmith@attorneygeneral.gov |
| Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones/Timothy Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com | Pepper Hamilton, LLP<br>Attn: Marcy McLaughlin Smith<br>1313 N Market St, P.O. Box 1709<br>Hercules Plaza, Ste 5100<br>Wilmington, DE 19899-1709<br>marcy.smith@troutman.com |
| Polsinelli P.C<br>Attn: Christopher A. Ward<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801<br>cward@polsinelli.com | Potter Anderson & Corroon LLP<br>Attn: Jeremy W. Ryan<br>R. Stephen McNeill<br>D. Ryan Slaugh<br>1313 North Market St, 6th Fl<br>P.O. Box 951<br>Wilmington, DE 19899<br>jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>rslaugh@potteranderson.com |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti/Monique DiSabatino<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>mark.minuti@saul.com<br>monique.disabatino@saul.com | Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton/Adam Isenberg<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com |
| Schnader Harrison Segal & Lewis LLP<br>Attn: Richard A. Barkasy<br>824 N. Market St, Ste 800<br>Wilmington, DE 19801<br>rbarkasy@schnader.com | Schnader Harrison Segal & Lewis LLP<br>Attn: Nicholas J. LePore<br>1600 Market St, Ste 3600<br>Philadelphia, PA 19103-7286<br>nlepore@schnader.com |

Shipman & Goodwin LLP
Attn: Eric S. Goldstein
One Constitution Plaza
Hartford, CT 06103-1919
egoldstein@goodwin.com

Sills Cummis & Gross P.C
Attn: Andrew Sherman/ Boris Mankovetskiy
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

Stevens & Lee, P.C.
Attn: Joseph H. Huston
919 N Market St, Ste 1300
Wilmington, DE 19801
jhh@stevenslee.com

Stevens & Lee, P.C.
Attn: Robert Lapowsky
620 Freedom Business Ctr, Ste 200
King of Prussia, PA 19406
rl@stevenslee.com

Stinson LLP
Attn: Darrell Clark/ Tracey Ohm
1775 Pennsylvania Ave NW, Ste 800
Washington, D.C 20006
darrell.clark@stinson.com
tracey.ohm@stinson.com

Stradley, Ronon, Stevens & Young, LLP
Attn: Joelle E. Polesky
1000 N West St, Ste 1279
Wilmington, DE 19801
jpolesky@stradley.com

Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S Mopac Expressway, Ste 320
Austin, TX 78746
streusand@slollp.com

Sullivan, Hazeltine, Allison, LLC.
Attn: William D. Sullivan
901 N Market St, Ste 1300
Wilmington, DE 19801
bsullivan@sha-llc.com

The Rosner Law Gorup LLC
Attn: Frederick B. Rosner
824 N Market St, Ste 810
Wilmington, DE 19801
rosner@teamrosner.com

Troutman Sanders LLP
Attn: Louis A. Curcio
Attn: Jessica Mikhailevich
875 Third Ave
New York, NY 10022
louis.curcio@troutman.com
jessica.mikhailevich@troutman.com

U.S. Department of Justice
Attn: Marc Sacks
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-875
marcus.s.sacks@usdoj.gov

Underwood Perkins, P.C.
Attn: David Campbell/ Eli Pierce
Two Lincoln Centre
5420 LBJ Fwy, Ste 1900
Dallas, TX 75240
dcampbell@uplawtx.com
epierce@uplawtx.com

White and Williams LLP
Attn: Marc S. Casarino
600 N King St, Ste 800
Wilmington, DE 19899-0709
casarinom@whiteandwilliams.com

**SERVICE LIST**
**SERVED VIA CM/ECF & EMAIL ON NOVEMBER 9, 2021**
**SERVED VIA FIRST CLASS MAIL ON NOVEMBER 10, 2021**

| | |
|---|---|
| Office of the United States Attorney for the District of Delaware<br>Attn: David C. Weiss, Esquire<br>Hercules Building<br>1313 N Market St<br>Wilmington, DE 19801<br>usade.ecfbankruptcy@usdoj.gov | Office of The United States Trustee<br>Attn: Benjamin Hackman<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519<br>benjamin.a.hackman@usdoj.gov |

**SERVICE LIST**
**SERVED VIA EMAIL ON NOVEMBER 9, 2021**
**SERVED VIA FIRST CLASS MAIL ON NOVEMBER 10, 2021**

Albert Einstein Healthcare Network
Attn: Penny J. Rezet
5501 Old York Rd
Philadelphia, PA 19141
rezetp@einstein.edu

Barnes & Thornburg LLP
Attn: David Powlen/Kevin Collins
1000 N West St, Ste 1500
Wilimington, DE 19801
david.powlen@btlaw.com
kevin.collins@btlaw.com

Commonwealth of PA, Dept of Labor and Industry
Collection Support Unit
Attn: Deb Secrest
651 Boas St, Rm 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

Denton US, LLP
Attn: Oscar Pinkas/ Lauren Macksoud
1221 Ave of the Americans
New York, NY 10020
oscar.pinkas@dentons.com
lauren.macksoud@dentons.com

DLA Piper LLP
Attn: Richard A. Chesley
444 W Lake St, Ste 900
Chicago, IL 60606
richard.chesley@dlapiper.com

Drexel University College of Medicine
c/o Cozen O'Connor
Attn: Stephen A. Cozen, Esq.
One Liberty Place
1650 Market St, Ste 2800
Philadelphia, PA 19103
scozen@cozen.com

Greenberg Traurig, LLP
Attn: Nancy A. Peterman
77 W Wacker Dr, Ste 3100
Chicago, IL 60601
petermann@gtlaw.com

JD Thompson Law
C/O Sodexo, Inc.
Attn: Judy D. Thompson
P.O. Box 33127
Charlotte, NC 28233
jdt@jdthompsonlaw.com

Jeffer Mangels Butler & Mithcell LLP
Attn: Marianne S. Martin
1900 Ave of the Stars, 7th FL
Los Angeles, CA 90067
mmartin@jmbm.com

Kirkland & Ellis LLP
Attn: Nicole Greenblatt
601 Lexington Ave
New York, NY 10022
nicole.greenblatt@kirkland.com

Kirkland & Ellis LLP
Attn: Stephen Hackney/Gregory Pesce
300 N LaSalle
Chicago, IL 60654
stephen.hackney@kirkland.com
gregory.pesce@kirkland.com

Markowitz & Richman
Attn: Jonathan Walters, Esquire
123 South Broad St, Ste 2020
Philadelphia, PA 19109
jwalters@markowitzandrichman.com

Pepper Hamilton, LLP
Attn: Francis J. Lawall
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
francis.lawall@troutman.com

Stradley Ronan Stevens & Young LLP
Attn: Deborah A. Reperowitz
100 Park Avenue, Suite 2000
New York, NY 10017
dreperowitz@stradley.com

Troutman Sanders LLP
Attn: Matthew R. Brooks
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308
matthew.brooks@troutman.com

Willig, Williams & Davidson
Attn: Jessica Kolansky
1845 Walnut St, 24th Fl
Philadelphia, PA 19103
jkolansky@wwdlaw.com

Law Offices of Mitchell J. Malzberg, LLC
Attn: Mitchell J. Malzberg
P.O. Box 5122
6 E Main St, Ste 7
Clinton, NJ 08809
mmalzberg@mjmalzberglaw.com

Med One Capital Funding, LLC.
c/o Ray Quinney & Nebecker, P.C
Attn: David H. Leigh
36 S State St, 14th FL
Salt Lake City, UT 84111
dleigh@rqn.com

Pearlman & Miranda, LLC.
Attn: Patricia A Celano
110 Edison Pl, Ste 301
Newark, NJ 07102
pcelano@pearlmanmiranda.com

Stoel Rives LLP
Attn: Marc A. Al
33 S 6th St, Ste 4200
Minneapolis, MN 55402
marc.al@stoel.com

Stradley, Ronon, Stevens & Young, LLP
Attn: Gretchen M. Santamour
2005 Market St, Ste 2600
Philadelphia, PA 19103
gsantamour@stradley.com

White and Williams LLP
Attn: Amy E. Vulpio
1650 Market St, 18th FL
Philadelphia, PA 19103
vulpioa@whiteandwilliams.com

**SERVICE LIST**
**VIA FIRST CLASS MAIL**
**SERVED NOVEMBER 10, 2021**

International Brotherhood of
Electrical Workers, Local 98
1701 Spring Garden St
Philadelphia, PA 19130

National Union of Hospital and
Healthcare Employees, AFSCME, AFL-CIO
1319 Locust St
Philadelphia, PA 19107

Pennsylvania Association of
Staff Nurses and Allied Professionals
1 Fayette Street, Suite 475
Conshohocken, PA 19428

St. Mary Medical Center
1201 Langhorne-Newtown Rd
Langhorne, PA 19047

United States Department of Justice
Attn: Civil Division
1100 L St, NW, 10030
Washington, DC 20005

City of Philadelphia
Attn: Law Dept
1515 Arch St, 17th Fl
Philadelphia, PA 19102

National Union of Hospital and
Healthcare Employees, District 1199C
1319 Locust St
Philadelphia, PA 19107

Office of the Attorney General
Attn: Josh Shapiro, Esquire
Attn: Bankruptcy Dept
16th Fl, Strawberry Square
Harrisburg, PA 17120

Pennsylvania Department of Health
Attn: Dr. Rachel Levine
Health and Welfare Building
625 Forester St, 8th FL W
Harrisburg, PA 17120

United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**SERVICE LIST**
**VIA EMAIL**
**SERVED NOVEMBER 9, 2021**

Dilworth Paxson
phughes@dilworthlaw.com

Michael Wolf
mikewolfmd@gmail.com

Paul Bailey
megan.ratchford610@gmail.com