# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| CENTER CITY HEALTHCARE, LLC <br> D/B/A HAHNEMANN UNIVERSITY <br> HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) <br> ) <br> ) (Jointly Administered) <br> ) |
| Debtors. | ) <br> ) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF KATHERINE SCHERLING

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Katherine Scherling of Katten Muchin Rosenman LLP to represent Gordon Brothers Realty Services, LLC in the above-captioned matter.

Date: November 11, 2021

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 North Market Street
Suite 1001
Wilmington, DE 19801
302-295-2028 Telephone
302-295-2013 Facsimile
Email: jcarroll@cozen.com

*Counsel for Gordon Brothers Realty Services, LLC*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

LEGAL\55094321\1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: November 11, 2021    KATTEN MUCHIN ROSENMAN LLP

By:  */s/ Katherine Scherling*
Katherine Scherling
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8700 Telephone
(212) 940-8776 Facsimile
Email: Katherine.scherling@katten.com

*Counsel for Gordon Brothers Realty Services, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

LEGAL\55094321\1