IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) <br> ) (Jointly Administered) |
| Debtors. | ) |

**NOTICE OF APPEARANCE AND**
<u>**REQUEST FOR SERVICE OF PLEADINGS**</u>

**PLEASE TAKE NOTICE** that counsel identified below hereby enters an appearance in the above-captioned case as attorneys for Gordon Brothers Realty Services, LLC ("<u>Gordon Brothers</u>").

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b) of Chapter 11, Title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 (the "<u>Bankruptcy Rules</u>") counsel identified below hereby requests that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following at the address, telephone number, email address and facsimile number indicated below:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| | |
|---|---|
| John T. Carroll, III | Cindi M. Giglio |
| Cozen O'Connor | Katten Muchin Rosenman LLP |
| 1201 N. Market Street | 575 Madison Avenue |
| Suite 1001 | New York, NY  10022-2585 |
| Wilmington, DE  19801 | (212) 940-8700 Telephone |
| (302) 295-2028 Telephone | (212) 940-8776 Facsimile |
| (302) 295-2013 Facsimile | Email:  cgiglio@katten.com |
| Email:  jcarroll@cozen.com | |
| | |
| Jerry L. Hall | Katherine Scherling |
| Katten Muchin Rosenman LLP | Katten Muchin Rosenman LLP |
| 575 Madison Avenue | 575 Madison Avenue |
| New York, NY  10022-2585 | New York, NY  10022-2585 |
| (212) 940-8700 Telephone | (212) 940-8700 Telephone |
| (212) 940-8776 Facsimile | (212) 940-8776 Facsimile |
| Email:  jerry.hall@katten.com | Email:  Katherine.scherling@katten.com |

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above-captioned case or Gordon Brothers.

Please take notice that counsel intends that neither this appearance and request for copies nor any later appearance, pleading, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Gordon Brothers is or may be entitled under agreements, in law or in

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Gordon Brothers expressly reserves.

Dated: November 11, 2021
      Wilmington, DE

        */s/ John T. Carroll, III*
        **COZEN O'CONNOR**
        John T. Carroll, III (DE No. 4060)
        1201 N. Market Street
        Suite 1001
        Wilmington, DE  19801
        Telephone:  (302) 295-2028
        Facsimile:  (302) 295-2013
        Email:  jcarroll@cozen.com

        - and -

        **KATTEN MUCHIN ROSENMAN LLP**
        Cindi M. Giglio (*pro hac vice* admission pending)
        Jerry L. Hall (*pro hac vice* admission pending)
        Katherine Scherling (*pro hac vice* admission pending)
        575 Madison Avenue
        New York, NY 10022-2585
        Telephone: (212) 940-8700
        Facsimile: (212) 940-8776
        E-mail:   cgiglio@katten.com
                    jerry.hall@katten.com
                    katherine.scherling@katten.com

        *Counsel for Gordon Brothers Realty Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2021 a copy of the foregoing *Notice of Appearance and Request for Service of Pleadings* was served via electronic notification through the Court's CM/ECF System on all parties registered in this case.

Dated:   November 11, 2021

                                           */s/ John T. Carroll, III*
                                           John T. Carroll, III (DE No. 4060)