# EXHIBIT A

**SUMMARY OF BLENDED RATE**

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate ||
|---|---|---|---|
| | | Billed<br>*Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed**<br>*This Application* |
| Senior Partners | 10 | $590.00 | $713.78 |
| Junior Partners | 6 | $470.00 | $478.23 |
| Counsel | 0 | $489.00 | $0.00 |
| Senior Associates | 1 | $353.00 | $345.00 |
| Junior Associates | 7 | $296.00 | $305.00 |
| Paralegal | 1 | $248.00 | $280.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 | $206.00 | $246.40 |
| **Aggregated:** | | **$467.00** | **$505.66** |