# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from September 1, 2021 through September 30, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Cab / Car Service | *See attached chart* | $18.00 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $7,277.60 |
| Filing Fee | United States Bankruptcy (complaints) | $2,100.00 |
| Hotel | *See attached chart* | $2,105.00 |
| Legal Research | Westlaw | $3,693.44 |
| Meals | *See attached chart* | $245.65 |
| Messenger Service | Reliable Copy Service – DE | $167.05 |
| Mileage | *See attached chart* | $8.93 |
| Miscellaneous | Exela Enterprise Solutions Inc. | $11.34 |
| Outside Reproduction | Reliable Copy Service – DE. | $591.40 |
| Parking | *See attached chart* | $214.00 |
| Train | *See attached chart* | $468.00 |
| **Total** | | **$16,900.41** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

| | | TRAVEL DETAIL | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 08/31/21 | TLC Cab | (5) Adam Isenberg, Jeffrey Hampton, Mark Minuti, Allen Wilen, John DiNome | Cab from mediation to New York train station for mediation | $18.00 |
| 08/31/21 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to Wilmington train station and back for mediation in New York | $8.93 |
| 08/29 – 08/31/21 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington Train Station for mediation in New York | $30.00 |
| 08/29 – 08/31/21 | Nexus Parking Systems | (1) Adam Isenberg | Parking at train station for mediation in New York | $73.00 |
| 08/29 – 08/31/21 | Nexus Parking Systems | (1) Jeffrey C. Hampton | Parking at train station for mediation in New York | $73.00 |
| 09/23/21 | Parkway Corp. – Centre Square | (1) Adam Isenberg | Parking at Philadelphia for meeting with Mediator | $38.00 |
| 08/29 – 08/31/21 | The Gotham Hotel | (1) Mark Minuti | Mediation in New York | $732.00 |
| 08/29 – 08/30/21 | The Gotham Hotel | (1) Adam Isenberg | Mediation in New York | $597.44 |
| 08/29 – 08/31/21 | The Gotham Hotel | (1) Jeffrey Hampton | Mediation in New York | $775.56 |
| 08/29/21 | Amtrak | (1) Adam Isenberg | Train from Philadelphia, PA to New York, NY | $133.00 |
| 08/31/21 | Amtrak | (1) Adam Isenberg | Train from New York to Philadelphia, PA | $101.00 |
| 08/29/21 | Amtrak | (1) Jeffrey Hampton | Train from Philadelphia, PA to New York, NY | $133.00 |
| 08/31/21 | Amtrak | (1) Jeffrey Hampton | Train from New York to Philadelphia, PA | $101.00 |
| | | | **TOTAL** | **$2813.93** |

| MEALS DETAIL ||||| 
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 08/29/21 | Connelly's E 47th | (4) Jeffrey Hampton, Adam Isenberg, Allen Wilen and J. DiNome | Dinner in New York for mediation | $189.60 |
| 08/30/21 | ETC Restaurant | (1) Jeffrey Hampton | Breakfast in New York for mediation | $24.77 |
| 08/30/21 | ETC Restaurant | (2) Jeffrey Hampton and John DiNome | Lunch in New York for mediation | $31.28 |
| TOTAL |||| **$245.65** |

3



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2658217 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 10/31/21 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 09/26/21 | Relativity eDiscovery Costs | 7,277.60 | |
| | Total   Relativity eDiscovery Costs | | 7,277.60 |
| 09/02/21 | Taxi/Car Service; VENDOR: TLC Cab; 8/31/2021 - Cab from mediation to NY Penn station (A. Isenberg, J. Hampton, M. Minuti, A. Wilen and J. DiNome (travel to NY for mediation) | 18.00 | |
| | Total Cab Fare | | 18.00 |
| 09/02/21 | Mileage; VENDOR: Mark Minuti; 08/31/21; Mediation in NYC (8/29 - 8/31) | 8.93 | |
| | Total Mileage | | 8.93 |
| 09/21/21 | Messenger Service; VENDOR: Reliable Copy Service - DE; 09/09/21; 9/8/21 Copying and hand delivery to registered agent in Dover (two trips) | 167.05 | |
| | Total Messenger Service | | 167.05 |
| 09/02/21 | Parking; VENDOR: Wilmington Parking Authority; 08/31/21; - Mediation in NYC (8/29 - 8/31) for Mark Minuti | 30.00 | |
| 09/02/21 | Parking; VENDOR: Nexus Parking Systems; 8/29-31/2021 – Adam Isenberg (travel to NY for mediation) | 73.00 | |
| 09/10/21 | Parking; VENDOR: Nexus Parking Systems; 08/31/21; Parking for Jeffrey Hampton at train station re: travel to NYC by train for mediation | 73.00 | |
| 09/23/21 | Parking; VENDOR: Parkway Corp. Centre Square; 9/13/2021 Adam Isenberg - parking (drove in to attend meeting with J. Carey re: mediation) | 38.00 | |
| | Total Parking | | 214.00 |
| 09/20/21 | Filing Fees - - VENDOR: United States Bankruptcy Court; 8/23/21 filing fee for preference complaint | 350.00 | |
| 09/20/21 | Filing Fees - - VENDOR: United States Bankruptcy Court 8/23/21 filing fee preference complaint filed against West Physics | 350.00 | |
| 09/20/21 | Filing Fees - - VENDOR: United States Bankruptcy Court 8/23/21 filing fee for preference complaints filed against Bio-Rad Lab and S Comphealth | 700.00 | |
| 09/20/21 | Filing Fees - - VENDOR: United States Bankruptcy Court 8/23/21 filing fee for preference complaints filed for Sunquest and SA Comunale | 700.00 | |
| | Total Filing Fees | | 2,100.00 |
| 09/01/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 8/13/21 - Copying, postage and mailing of complaint, alias summons and certificate of service | 3.25 | |

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2658217 | |
| 00002 | Expenses | Page 2 | |
| 10/31/21 | | | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/01/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 8/20/21 - Copying, postage and mailing of amended complaint, alias summons and certificate of service | 6.30 | |
| 5909/11/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 8/27/21 - Copying, postage and mailing of complaints, summon and certificate of service | 6.40 | |
| 09/21/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 9/1/21 Copying, mailing and postage for 5 preference complaints, summonses and certificates of service | 56.55 | |
| 09/21/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 9/8/21 - Copying, postage and mailing of HSRE Complaint, Summons and Motion to File Under Seal | 493.90 | |
| 09/22/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 9/9/21 - Copying, postage and mailing of complaint, summons and motion to file under seal (Philadelphia Academic Risk) | 25.00 | |
| | Total Outside Reproduction | | 591.40 |
| 09/02/21 | Hotel Lodging; VENDOR: The Gotham Hotel; 09/01/21; 8/29-30/2021 for Adam Isenberg- (travel to NYC to attend mediation) | 597.44 | |
| 09/02/21 | Hotel Lodging; VENDOR: The Gotham Hotel; 08/31/21; Mark Minuti - Mediation in NYC (8/29 - 8/31) for Mark Minuti | 732.00 | |
| 09/10/21 | Hotel Lodging; VENDOR: The Gotham Hotel; 08/31/21; Jeffrey Hampton - Hotel in NYC (2 nights w/ taxes) re: attend mediation | 775.56 | |
| | Total Hotel | | 2,105.00 |
| 09/02/21 | Miscellaneous - - VENDOR: Exela Enterprise Solutions Inc. 7/23/2021 three ring binder / S. McGuire | 1.62 | |
| 09/02/21 | Miscellaneous - - VENDOR: Exela Enterprise Solutions Inc. 7/1/2021 three ring binders / A. Isenberg | 3.24 | |
| 09/02/21 | Miscellaneous - - VENDOR: Exela Enterprise Solutions Inc. 6/25/2021 three ring binders / M. Kohn | 6.48 | |
| | Total Miscellaneous | | 11.34 |
| 09/02/21 | Travel Train; VENDOR: Amtrak (business class); 8/31/2021 – Adam Isenberg from New York City to Philadelphia (traveled to NYC to attend mediation) | 101.00 | |
| 09/02/21 | Travel Train; VENDOR: Amtrak (business class); 8/29/2021 – Adam Isenberg from Philadelphia to New York City (travel to NYC to attend mediation) | 133.00 | |
| 09/10/21 | Travel Train; VENDOR: Amtrak (business class) 08/31/21; Jeffrey Hampton train to Philadelphia on 8-31 re: attend mediation in NYC | 101.00 | |
| 09/10/21 | Travel Train; VENDOR: Amtrak (business class) 08/27/21; Jeffrey Hampton train to New York city on 8-29 re: attend mediation | 133.00 | |
| | Total Other Rail Travel | | 468.00 |
| 09/02/21 | Meals Dinner; VENDOR: Connolly's E 47th; 8/29/2021 - Dinner - A. Isenberg, J. Hampton, A. Wilen and J. DiNome (travel to NY for mediation) | 189.60 | |
| 09/10/21 | Meals Breakfast; VENDOR: ETC 46th Street; 08/30/21; Jeffrey Hampton Lunch in NYC while attending mediation | 24.77 | |
| 09/10/21 | Meals Lunch; VENDOR: ETC 46th Street; 08/30/21; Lunch in NYC while attending mediation (J. Hampton and J. DiNome) | 31.28 | |
| | Total Meals | | 245.65 |
| 09/03/21 | Westlaw Legal Research | 92.88 | |
| 09/03/21 | Westlaw Legal Research | 258.00 | |
| 09/04/21 | Westlaw Legal Research | 185.76 | |
| 09/05/21 | Westlaw Legal Research | 92.88 | |
| 09/07/21 | Westlaw Legal Research | 1,300.32 | |
| 09/07/21 | Westlaw Legal Research | 118.50 | |
| 09/07/21 | Westlaw Legal Research | 993.00 | |

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number | 2658217 |
| 00002 | Expenses | Page 3 | |
| 10/31/21 | | | |

| | | |
|---|---|---|
| 09/09/21 | Westlaw Legal Research | 387.50 |
| 09/30/21 | Westlaw Legal Research | 78.84 |
| 09/30/21 | Westlaw Legal Research | 185.76 |
| | Total Westlaw Legal Research | 3,693.44 |

          CURRENT EXPENSES          16,900.41

**TOTAL AMOUNT OF THIS INVOICE**          16,900.41