**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC | ) Case No. 19-11466 (MFW) |
| D/B/A HAHNEMANN UNIVERSITY | ) |
| HOSPITAL, *et al.*,[1] | ) (Jointly Administered) |
|  | ) |
| Debtors. | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I, John T. Carroll, III, counsel to Gordon Brothers Realty Services, LLC ("Gordon

Brothers") hereby certify that on November 11, 2021,  I caused a true and correct copy of Gordon

Brothers Realty Services, LLC's Opposition to (I) the Debtors' and Committees' Expedited

Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of

an Order (I) Determining that the Automatic Stay Does Not Apply to their Assets or (II) in the

Alternative, Granting Limited Relief from the Automatic Stay for them to Sell, Transfer, or

Otherwise Encumber Such Assets and (B) to Continue Hearing, and (II) the Motion for Expedited

Consideration (the "Objection") to be served on the parties identified on the service list attached

hereto incorporated herein and marked as Exhibit "1" via email service unless otherwise

indicated.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Notice of filing of the Objection was received by way of electronic service via a Notice of Electronic Filing through the Court's CM/ECF System including registered participants of the Case Management/Electronic Case Files System (CM/ECF) in the United States Bankruptcy Court for the District of Delaware.

Dated: November 11, 2021
      Wilmington, DE

<div style="margin-left:40%">

*/s/ John T. Carroll, III*

**COZEN O'CONNOR**
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
Telephone:  (302) 295-2028
Facsimile:  (302) 295-2013
Email:  jcarroll@cozen.com

- and -

**KATTEN MUCHIN ROSENMAN LLP**
Cindi M. Giglio (*pro hac vice* admission pending)
Jerry L. Hall (*pro hac vice* admission pending)
Katherine Scherling (*pro hac vice* admission pending)
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8700
Facsimile: (212) 940-8776
E-mail:    cgiglio@katten.com
            jerry.hall@katten.com
            katherine.scherling@katten.com

*Counsel for Gordon Brothers Realty Services, LLC*

</div>

**EXHIBIT "1"**

Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

***Counsel for the Debtors and Debtors in Possession***
Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street
Suite 2300
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com

Jeffrey C. Hampton
Adam H. Isenberg
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street
38th Floor
Philadelphia, PA 19102
jeffrey.hampton@saul.com
adam.isenberg@saul.com

***Counsel for the Official Committee of Unsecured Creditors***
Seth A. Niederman
Fox Rothschild LLP
919 North Market Street
Suite 300
Wilmington, DE 19899-2323
sniederman@foxrothschild.com

Andrew H. Sherman
Boris I. Mankovetskiy
Rachel E. Brennan
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com
rbrennan@sillscummis.com

***Counsel to PAHH and Broad Street Entities***
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Travis J. Cuomo, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
merchant@rlf.com
schlauch@rlf.com
cuomo@rlf.com

Suzzanne Uhland, Esquire
Robert Malionek, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
suzzanne.uhland@lw.com
robert.malionek@lw.com

***Counsel to HSRE***
Stuart M. Brown
DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
Stuart.Brown@us.dlapiper.com

Richard A. Chesley
DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, Illinois 60606
Richard.Chesley@us.dlapiper.com

***Counsel to Tenet Healthcare Corporation***
Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19899-8705
ljones@pszjlaw.com

Christopher S. Koenig
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
chris.koenig@kirkland.com

***Counsel to the Pension Fund***
Michael Busenkell
Gellert Scali Busenkell &
Brown LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com


Rule 2002 Parties Identified on attached List

**Center City Healthcare, LLC, et al. - Master Service List**                    11/07/2021

| | | |
|---|---|---|
| Alan Gelb, Esq.<br>c/o Law Offices of Alan Gelb<br>349 Bustleton Pike<br>Feasterville, PA 19053 | Albert Einstein Healthcare Network<br>Attn: Penny J. Rezet<br>5501 Old York Rd<br>Philadelphia, PA 19141 | Arent Fox LLP<br>Attn: George Angelich/<br>Phillip Khezri<br>1301 Ave of the Americas, 42nd Fl<br>New York, NY 10019 |
| agelblaw@yahoo.com | rezetp@einstein.edu | george.angelich@arentfox.com |
| Ashby & Geddes, P.A.<br>Attn: Gregory Taylor / Katharina Earle<br>500 Delaware Ave, 8th Fl<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 | Attorney for the City of PA<br>City of PA Law Dept<br>Attn: Megan Harper<br>1401 JFK Building, 5th FL<br>Philadelphia, PA 19102-1595 | Ballard Spahr LLP<br>Attn: Tobey M. Daluz<br>Attn: Chantelle D. McClamb<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 |
| gtaylor@ashbygeddes.com | Megan.Harper@phila.gov | daluzt@ballardspahr.com |
| Ballard Spahr LLP<br>Attn: Vincent J. Marriott<br>1735 Market St, 51st Fl<br>Philadelphia, PA 19103 | Bayard, PA<br>Attn: Justin Alberto/ Sophie Macon<br>600 N King St, Ste 400<br>Wilmington, DE 19801 | Berger Law Group, P.C.<br>Attn: Phillip Berger/Matthew Kaufmann<br>919 Conestoga Rd., Bldg. 3, Ste. 114<br>Rosemont, PA 19010 |
| marriott@ballardspahr.com | jalberto@bayardlaw.com | berger@bergerlawpc.com |
| Bielli & Klauder, LLC<br>Attn: David Klauder<br>1204 N King St.<br>Wilmington, DE 19801 | Borges & Associates, LLC<br>Attn: Wanda Borges<br>Attn: Sue L. Chin<br>575 Underhill Blvd, Ste 118<br>Syosset, NY 11791 | Buchalter, A Professional Corp<br>Attn: Shawn M. Christianson<br>55 Second St, 17 Fl<br>San Francisco, CA 94105-3493 |
| dklauder@bk-legal.com | wborges@borgeslawllc.com | schristianson@buchalter.com |
| Ciardi Ciardi & Astin<br>Attn: Albert Ciardi<br>1 Commerce Sq, Ste 3500<br>2005 Market St<br>Philadelphia, PA 19103 | Ciardi Ciardi & Astin<br>Attn: Daniel Astin/ Joseph McMahon<br>1204 N. King St<br>Wilmington, DE 19801 | City of Philadelphia<br>Attn:  Law Dept<br>1515 Arch St, 17th Fl<br>Philadelphia, PA  19102 |
| aciardi@ciardilaw.com | jmcmahon@ciardilaw.com | |
| Commonwealth of PA Dept of Labor and Industry<br>Collection Support Unit<br>Attn: Deb Secrest<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121<br><br>ra-li-ucts-bankrupt@state.pa.us | Denton US, LLP<br>Attn: Oscar Pinkas<br>1221 Ave of the Americas<br>New York, NY 10020<br><br><br>oscar.pinkas@dentons.com | DLA Piper LLP<br>Attn: Richard A. Chesley<br>444 W Lake St, Ste 900<br>Chicago, IL 60606<br><br><br>richard.chesley@dlapiper.com |
| DLA Piper LLP<br>Attn: Stuart M. Brown<br>1201 N Market St, Ste 2100<br>Wilmington, DE 19801<br><br>stuart.brown@dlapiper.com | Drexel University College of Medicine<br>c/o Cozen O'Connor<br>Attn: Stephen A. Cozen, Esq.<br>One Liberty Place<br>1650 Market St, Ste 2800<br>Philadelphia, PA 19103<br>scozen@cozen.com | Drinker Biddle & Reath LLP<br>Attn: Marita S. Erbeck<br>600 Campus Dr<br>Florham Park, NJ 07932-1047<br><br>marita.erbeck@dbr.com |
| Drinker Biddle & Reath LLP<br>Attn: Patrick A. Jackson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | Duane Morris LLP<br>Attn: Jarret Hitchings<br>222 Delaware Ave, Ste 1600<br>Wilmington, DE 19801-1659 | Duane Morris LLP<br>Attn: Mairi V. Luce<br>30 S 17th St<br>Philadelphia, PA 19103-4196 |
| patrick.jackson@dbr.com | jphitchings@duanemorris.com | luce@duanemorris.com |
| Faegre Drinker Biddle & Reath LLP<br>Attn: Ian J. Bambrick<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801 | Faegre Drinker Biddle & Reath LLP<br>Attn: Jay Jaffe<br>Attn: Kayla Britton<br>600 E 96th St, Ste 600<br>Indianapolis, IN 46240 | Fineman Krekstein & Harris, PC<br>Attn: Deirdre M. Richards<br>1300 N. King St<br>Wilmington, DE 19801 |
| ian.bambrick@faegredrinker.com | jay.Jaffe@faegredrinker.com | drichards@finemanlawfirm.com |

**Center City Healthcare, LLC, et al. - Master Service List**                                    11/07/2021

Fox Rothschild LLP
Attn: Seth A. Niederman
919 N Market St, Ste 300
Wilmington, DE 19899-2323

sniederman@foxrothschild.com

Freedman & Lorry, P.C.
c/o Susan A. Murray
Attn: Training & Upgrading Fund
1601 Market St, Ste 1500
Philadelphia, PA 19103

Gellert Scali Busenkell & Brown, LLC
Attn: Michael Busenkell
1201 N Orange St, Ste 300
Wilmington, DE 19801

mbusenkell@gsbblaw.com

Gibbons P.C.
Attn: Dale E. Barney
One Gateway Center
Newark, NJ 07102-5310

dbarney@gibbonslaw.com

Gibbons P.C.
Attn: Howard A. Cohen
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

hcohen@gibbonslaw.com

Gibbons P.C.
Attn: N Songonuga/ R Malone/ D Crapo
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

nsongonuga@gibbonslaw.com

Greenberg Traurig, LLP
Attn: Dennis A. Meloro
The Nemours Building
1007 N Orange St, Ste 1200
Wilmington, DE 19801

MeloroD@gtlaw.com

Greenberg Traurig, LLP
Attn: Nancy A. Peterman
77 W Wacker Dr, Ste 3100
Chicago, IL 60601

petermann@gtlaw.com

Hogan & McDaniel
Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick
1311 Delaware Ave
Wilmington, DE 19805

dkhogan@dkhogan.com

Honigman LLP
Attn: E Todd Sable/ Lawrence A.Lichtman
2290 First National Building
660 Woodward Ave
Detroit, MI 48226

tsable@honigman.com

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Brotherhood of Electrical Workers, Local 98
1701 Spring Garden St
Philadelphia, PA 19130

JD Thompson Law
c/o Sodexo, Inc
Attn: Judy D. Thompson
P.O. Box 33127
Charlotte, NC 28233

jdt@jdthompsonlaw.com

Jeffer Mangels Butler & Mithcell LLP
Attn: Marianne S. Martin
1900 Ave of the Stars, 7th FL
Los Angeles, CA 90067

mmartin@jmbm.com

Jones Walker LLP
Attn: Jeffrey R. Barber
190 E Capitol St, Ste 800
P.O. Box 427
Jackson, MS 39205-0427

jbarber@joneswalker.com

Kirkland & Ellis LLP
Attn: Nicole L Greenblatt
601 Lexington Ave
New York, NY 10022

nicole.greenblatt@kirkland.com

Kirkland & Ellis LLP
Stephen C Hackney, PC
300 N LaSalle
Chicago, IL 60654

stephen.hackney@kirkland.com

Kurtzman, Steady, LLC
Attn: Jeffrey Kurtzman
401 S 2nd St, Ste 200
Philadelphia, PA 19147

kurtzman@kurtzmansteady.com

Latham & Watkins LLP
Attn: Suzzanne Uhland
Attn: Matthew J. Carmody
885 3rd Ave
New York, NY 10022-4834

suzzanne.uhland@lw.com

Law Offices of Mitchell J. Malzberg, LLC
Attn: Mitchell J. Malzberg
P.O. Box 5122
6 E Main St, Ste 7
Clinton, NJ 08809

mmalzberg@mjmalzberglaw.com

Markowitz & Richman
Attn: Jonathan Walters, Esquire
123 South Broad St, Ste 2020
Philadelphia, PA 19109

jwalters@markowitzandrichman.com

Markowitz and Richman
Attn: Claiborne S. Newlin
123 S Broad St, Ste 2020
Philadelphia, PA 19109

cnewlin@markowitzandrichman.com

Maron Marvel Bradley Anderson & Tardy, LLC
Attn: Stephanie A. Fox
1201 N Market St, Ste 900
Wilmington, DE 19801

saf@maronmarvel.com

Mattleman Weinroth & Miller, P.C
Attn: Christina Pross
200 Continental Drive, Ste 215
Newark, DE 19713

cpross@mwm-law.com

McCarter & English, LLP
Attn: William F. Taylor
Renaissance Centre
405 N King St, 8th Fl
Wilmington, DE 19801

wtaylor@mccarter.com

Med One Capital Funding, LLC
c/o Ray Quinney & Nebecker, P.C
Attn: David H. Leigh
36 S State St, 14th FL
Salt Lake City, UT 84111

dleigh@rqn.com

Moye White LLP
Attn: Timothy M. Swanson/Vikrama S. Chandrashekar
1400 16th St, 6th Fl
Denver, CO 80202

tim.swanson@moyewhite.com

**Center City Healthcare, LLC, et al. - Master Service List**                    11/07/2021

| | | |
|---|---|---|
| National Union of Hospital and Healthcare Employees, AFSCME, AFL–CIO<br>1319 Locust St<br>Philadelphia, PA 19107 | National Union of Hospital and Healthcare Employees, District 1199C<br>1319 Locust St<br>Philadelphia, PA 19107 | O'Donoghue & O'Donoghue LLP<br>Attn: Lance Geren, Esq.<br>325 Chestnut St, Ste 600<br>Philadelphia, PA 19106<br><br>lgeren@odonoghuelaw.com |
| Office of Attorney General<br>Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith<br>The Phoenix Building<br>1600 Arch St, 3rd Fl<br>Philadelphia, PA 19103<br><br>cmomjian@attorneygeneral.gov | Office of the Attorney General<br>Attn: Josh Shapiro, Esquire<br>Attn: Bankruptcy Dept<br>16th Fl, Strawberry Sq<br>Harrisburg, PA 17120 | Office of the United States Attorney for the District of Delaware<br>Attn: David C. Weiss, Esquire<br>Hercules Building<br>1313 N Market St<br>Wilmington, DE 19801<br>usade.ecfbankruptcy@usdoj.gov |
| Office of The United States Trustee<br>Attn: Benjamin Hackman<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519<br><br>benjamin.a.hackman@usdoj.gov | Pachulski Stang Ziehl & Jones LLP<br><br><br><br><br><br>tcairns@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones<br>Attn: Timothy P Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com |
| Pearlman & Miranda, LLC.<br>Attn: Patricia A Celano<br>110 Edison Pl, Ste 301<br>Newark, NJ 07102<br><br>pcelano@pearlmanmiranda.com | Pennsylvania Assoc of Staff Nurses and Allied Professionals<br>1 Fayette Street, Suite 475<br>Conshohocken, PA 19428 | Pennsylvania Dept of Health<br>Attn: Dr. Rachel Levine<br>Health and Welfare Building<br>625 Forester St, 8th Fl W<br>Harrisburg, PA 17120 |
| Pepper Hamilton, LLP<br>Attn: Francis J. Lawall<br>3000 Two Logan Sq<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br><br>francis.lawall@troutman.com | Pepper Hamilton, LLP<br>Attn: Marcy McLaughlin Smith<br>1313 N Market St, P.O. Box 1709<br>Hercules Plz, Ste 5100<br>Wilmington, DE 19899-1709<br><br>marcy.smith@troutman.com | Polsinelli P.C<br>Attn: Christopher A. Ward<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801<br><br>cward@polsinelli.com |
| Potter Anderson & Corroon LLP<br>Attn: Jeremy W. Ryan<br>1313 North Market St, 6th Fl<br>P.O. Box 951<br>Wilmington, DE 19899<br><br>jryan@potteranderson.com | Richards Layton & Finger, PA<br>Attn: M. Collins/ M Merchant/ B Schlauch<br>1 Rodney Sq<br>920 N King St<br>Wilmington, DE 19801<br><br>collins@rlf.com | Schnader Harrison Segal & Lewis LLP<br>Attn: Nicholas J. LePore<br>1600 Market St, Ste 3600<br>Philadelphia, PA 19103-7286<br><br>nlepore@schnader.com |
| Schnader Harrison Segal & Lewis LLP<br>Attn: Richard A. Barkasy<br>824 N Market St, Ste 800<br>Wilmington, DE 19801<br><br>rbarkasy@schnader.com | Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plz<br>Hartford, CT 06103-1919<br><br>egoldstein@goodwin.com | Sills Cummis & Gross P.C<br>The Legal Center<br>Attn: Andrew Sherman/ Boris Mankovetskiy<br>1 Riverfront Plz<br>Newark, NJ 07102<br><br>asherman@sillscummis.com |
| Smith Hulsey & Busey<br>Attn: Michael E. Demont<br>Attn: Brandon A. Cook<br>One Independent Dr, Ste 3300<br>Jacksonville, FL 32202<br><br>mdemont@smithhulsey.com | St. Mary's Medical Ctr<br>1201 Langhorne-Newtown Rd<br>Langhorne, PA 19047 | Stevens & Lee, P.C.<br>Attn: Joseph H. Huston<br>919 N Market St, Ste 1300<br>Wilmington, DE 19801<br><br>jhh@stevenslee.com |
| Stevens & Lee, P.C.<br>Attn: Robert Lapowsky<br>620 Freedom Busin Ctr, Ste 200<br>King of Prussia, PA 19406<br><br>rl@stevenslee.com | Stinson LLP<br>Attn: Darrell Clark/ Tracey Ohm<br>1775 Pennsylvania Ave NW, Ste 800<br>Washington, D.C 20006<br><br>darrell.clark@stinson.com | Stoel Rives LLP<br>Attn:  Marc A. Al<br>33 S 6th St, Ste 4200<br>Minneapolis, MN 55402<br><br>marc.al@stoel.com |

**Center City Healthcare, LLC, et al. - Master Service List**                              11/07/2021

Stradley, Ronon, Stevens & Young, LLP
Attn: Deborah A. Reperowitz
100 Park Ave, Ste 2000
New York, NY 10017

dreperowitz@stradley.com

Stradley, Ronon, Stevens & Young, LLP
Attn: Gretchen M. Santamour
2005 Market St, Ste 2600
Philadelphia, PA 19103

gsantamour@stradley.com

Stradley, Ronon, Stevens & Young, LLP
Attn: Joelle E. Polesky
1000 N West St, Ste 1279
Wilmington, DE 19801

jpolesky@stradley.com

Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S Mopac Expressway, Ste 320
Austin, TX 78746

streusand@slollp.com

Sullivan, Hazeltine, Allison, LLC.
Attn: William D. Sullivan
919 N Market St, Ste 420
Wilmington, DE 19801

bsullivan@sha-llc.com

The Rosner Law Gorup LLC
Attn: Frederick B. Rosner
824 N Market St, Ste 810
Wilmington, DE 19801

rosner@teamrosner.com

Troutman Sanders LLP
Attn: Louis A. Curcio
Attn: Jessica Mikhailevich
875 3rd Ave
New York, NY 10022

louis.curcio@troutman.com

U.S. Dept of Justice
Attn: Marc Sacks
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-875
marcus.s.sacks@usdoj.gov

Underwood Perkins, P.C.
Attn: David Campbell/ Eli Pierce
Two Lincoln Centre
5420 LBJ Fwy, Ste 1900
Dallas, TX 75240

dcampbell@uplawtx.com

United States Department of Justice
Attn:  Civil Division
950 Pennslvania Ave, NW
Washington, DC 20530-0001

United States Dept of Justice
950 Pennsylvania Ave, NW
Washington, DC  20530-0001

White and Williams LLP
Attn: Amy E. Vulpio
1650 Market St, 18th Fl
Philadelphia, PA 19103

vulpioa@whiteandwilliams.com

White and Williams LLP
Attn: Marc S. Casarino
600 N King St, Ste 800
Wilmington, DE 19899-0709

casarinom@whiteandwilliams.com

Willig, Williams & Davidson
Attn: Jessica Kolansky
1845 Walnut St, 24th Fl
Philadelphia, PA 19103

jkolansky@wwdlaw.com