IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., | ) ) ) ) | Case No. 19-11466 (MFW) |
| Debtors. | ) ) | Jointly Administered |

**ORDER DENYING EXPEDITED CONSIDERATION OF DEBTORS' AND COMMITTEE'S EXPEDITED MOTION TO (A) COMPEL DISCOVERY ON MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS AND (B) TO CONTINUE HEARING**

THE COURT having considered the motion (the "Motion") filed by the Debtors and the Committee for expedited consideration of the Debtors' and the Committee's Expedited Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing (the "Motion to Compel and Continue"); and the Respondents' Objection; it is hereby

**ORDERED**, that the Motion is **DENIED**; and it is further

**ORDERED**, that the Motion to Compel and Continue will be considered by the Court at a hearing to be held on **November 19, 2021 at 10:30 a.m. (EST)**; and it is further

**ORDERED**, that any response or objection to the Motion to Compel and Continue shall

be filed and served by 12:00 noon (ET) the day prior to the foregoing hearing.

Dated: November 12th, 2021  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE