## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CENTER CITY HEALTHCARE LLC d/b/a | ) | |
| HAHNEMANN UNIVERSITY | ) | Bankruptcy No. 19-11466 |
| HOSPTIAL *et al*.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### THE CITY OF PHILADELPHIA'S LIMITED OBJECTION TO THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS

The City of Philadelphia ("the City"), by and through its counsel, Megan N. Harper, Senior Attorney, files this limited objection to *The Motion of The Broad Street Entities and PAHH For Entry of an Order (I) Determining That The Automatic Stay Does Not Apply To Their Assets or (II) In The Alternative, Granting Limited Relief From The Automatic Stay For Them To Sell, Transfer, or Otherwise Encumber Such Assets* [D.I. 3002] (the "Motion for Relief") and in support thereof avers as follows:

1.      On June 30, 2019 and July 1, 2019, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.      On July 1, 2019, the Debtors filed a Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. 53] (the "DIP Financing Motion") seeking court approval of the Debtors' proposed Debtor-in-Possession post-petition secured financing.

3.    The Debtors asked the Court to grant superpriority liens to the proposed "DIP Lender," MidCap Financial Trust including superpriority liens in real property owned by the non-debtor "Guarantors"[2]. The MBNF PropCos[3] are among the Guarantors.

4.    The City objected to the DIP Financing Motion to the extent Debtors sought to prime the City's superior lien position with respect to the Guarantors' real property situated in Philadelphia County, Pennsylvania. *See* Limited Response and Reservation of Rights to Motion of the Debtors for Entry of Interim and Final Orders Regarding DIP Financing and Granting Liens and Superpriority Administrative Expense Status [D.I. 67] at p. 3, ¶ 9.

5.    The City's liens are first priority liens pursuant to Pennsylvania's Municipal Claims and Tax Liens Act ("MCTLA"), 53 P.S. § 7101, *et seq*.

6.    Under the MCTLA, a tax lien is a first lien against property dating back to the date the taxes are assessed. 53 P.S. § 7102, *see also, Moore v. Smith*, 494 A.2d 1107, 1108 (Pa. Super. Ct. 1985) (real estate taxes imposed by the City are a first lien against property dating back to assessment); *City of Philadelphia v. Philadelphia Transload & Logistics LLC*, 2012 WL 8681526, at *2 (Pa. Comwlth., March 15, 2012) (a lien is created when a tax is levied in conformity with

---

[2]The Guarantors are Broad Street Healthcare Properties, LLC; Broad Street Healthcare Properties II, LLC; Broad Street Healthcare Properties III, LLC; Physicians Clinical Network, LLC; Physician Performance Network of Philadelphia, L.L.C.; and Philadelphia Academic Health Holdings, LLC. *See* DIP Financing Motion at pp. 10-11.
[3] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Financing Motion.

Section 7102 of the MCTLA); *N. Coventry Twp. v. Tripoldi*, 64 A.3d 1128, 1132 (Pa. Comwlth. 2013) (a tax lien arises by operation of law whenever a municipal tax is lawfully imposed).

7.      Regarding liens for services such as water/sewer service, the MCTLA provides that municipal claims for services have priority over all other encumbrances, except taxes, tax liens or tax claims. 53 P.S. § 7106(a)(1); *see Shapiro v. Center Twp., Bulter Cnty.*, 159 Pa. Cmwlth. 82, 632 A.3d 994, 997 (1993) ("The assessment and imposition of the lien occur without any form of hearing.").

8.      With respect to the DIP Financing Motion, the City sought clarifying language in the order approving the DIP financing that the liens granted by the non-Debtor Guarantors were subject to and subordinate to City liens pursuant to the MTCLA. *See* Interim and Final Orders Approving DIP Financing Motion [D.I. 172 and 508] at p. 9, ¶ 4(c).

9.      On October 29, 2021, the MBNF PropCos filed the Motion for Relief, seeking an order granting the MBNF PropCos stay relief to sell, transfer, or otherwise encumber the MBNF Assets, including any actions in connection with imposing first priority liens and/or mortgages on the MBNF Assets as consideration for financing. *See* Motion for Relief at p. 11, ¶ 20.

10.      The City objects to the Motion for Relief to the extent the MBNF PropCos seek permission to grant first priority liens on the MBNF Assets that prime the City's liens.

WHEREFORE, the City respectfully requests that the Motion for Relief be denied unless modifications requested by the City are included in the Proposed Order.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: November 12, 2021          By:      */s/ Megan N. Harper*
                                           Megan N. Harper (No. 4103)
                                           Senior Attorney
                                           City of Philadelphia Law Department
                                           Municipal Services Building
                                           1401 JFK Boulevard, 5th Floor
                                           Philadelphia, PA  19102-1595
                                           215-686-0503 (phone)
                                           Email: Megan.Harper@phila.gov