**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY ) | Bankruptcy No. 19-11466 |
| HOSPTIAL *et al*., ) | |
| ) | Jointly Administered |
| Debtors. ) | |

**CERTIFICATE OF SERVICE**

      I, Megan N. Harper, hereby certify that on November 12, 2021, I caused a copy of *The City of Philadelphia's Limited Objection to The Motion of The Broad Street Entities and PAHH For Entry of an Order (I) Determining That The Automatic Stay Does Not Apply To Their Assets or (II) In The Alternative, Granting Limited Relief From The Automatic Stay For Them To Sell, Transfer, or Otherwise Encumber Such Assets* to be served via Electronic Mail on the parties listed below:

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
merchant@rlf.com
schlauch@rlf.com

Suzzanne Uhland, Esquire
Tianjiao "TJ" Li, Esquire
Alexandra Marie Zablocki, Esquire
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
suzzanne.uhland@lw.com
Tj.li@lw.com
Alexandra.zablocki@lw.com

John T. Carroll, III, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com

Cindi M. Giglio, Esquire
Jerry L. Hall, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
cgiglio@katten.com
jerry.hall@katten.com

Dated: November 12, 2021    By:   */s/ Megan N. Harper*
                                               Megan N. Harper (No. 4103)
                                               Attorney for the City of Philadelphia