## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
|  | Jointly Administered |
| Debtors. |  |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 12th day of November, 2021, I

caused a copy of the following document(s) to be served on the individual(s) on the attached

service list(s) in the manner indicated:

> **Objection of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to the Motion of the Broad Street Entities and PAHH for Entry of a Comfort Order Regarding the Automatic Stay [Docket No. 3102]**

*/s/ Timothy P. Cairns*
Timothy P. Cairns (DE Bar No. 4228)

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Center City Healthcare, LLC d/b/a
Hahnemann University Hospital, *et al.*
(2002 Expedited with FCM)
Case No. 19-11466 (MFW)
Document No. 234108
013 – First Class Mail
151 – Email


(Counsel to Tenet Business Services Corp.
and Conifer Revenue Cycle Solutions, LLC)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19801
ljones@pszjlaw.com
tcairns@pszjlaw.com

**First Class Mail**
Josh Shapiro, Esquire
Office of the Attorney General
Bankruptcy Department
16th Floor, Strawberry Square
Harrisburg, PA  17120

**First Class Mail**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

**First Class Mail**
(Top 30 Creditors)
Temple Univ Hospital
Cashier Office
3401 N. Broad Street, Rm A 131
Philadelphia, PA  19140

**First Class Mail**
(Top 30 Creditors)
Pittsburgh National Bank 640832
Attn: Legal Department
Ernst & Young US LLP
1 PPG Pl #2100
Pittsburgh, PA  15222

**First Class Mail**
Attn:  Law Dept
City of Philadelphia
1515 Arch Street, 17th Floor
Philadelphia, PA  19102

**First Class Mail**
Pennsylvania Dept. of Human Services
625 Forster Street
Harrisburg, PA  17120

**First Class Mail**
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC  20530

**First Class Mail**
United States Department of Justice
Civil Division
United States Department of Justice
1100 L Street, NW, 10030
Washington, DC  20005

**First Class Mail**
(Debtors' Union)
International Brotherhood of Electrical
Workers, Local 98
1701 Spring Garden Street
Philadelphia, PA  19130

**First Class Mail**
(Debtors' Union)
National Union of Hospital and Healthcare
Employees, AFSCME, AFL-CIO
1319 Locust Street
Philadelphia, PA  19107

**First Class Mail**
(Debtors' Union)
Pennsylvania Association of Staff Nurses
and Allied Professionals
1 Fayette Street, Suite 475
Conshohocken, PA  19428

**First Class Mail**
(Top 30 Creditors)
Peter J Butera, Esquire
Smith & Nephew
150 Minuteman Rd
Andover, MA  01810

**First Class Mail**
William J. Wickward, Jr., Esquire
General Counsel
CS Medical
2179 E. Lyon Station Road
Creedmoor, NC  27522

**Email**
(Counsel to the Debtors)
Mark Minuti, Esquire
Monique DiSabatino, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE  19899
mark.minuti@saul.com
monique.disabatino@saul.com

**Email**
(Counsel to the Debtors)
Jeffrey Hampton, Esquire
Adam Isenberg, Esquire
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
jeffrey.hampton@saul.com
adam.isenberg@saul.com

**Email**
(United States Attorney)
David C. Weiss, Esquire
c/o Ellen Slights, Esquire
Office of the United States Attorney
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19801
usade.ecfbankruptcy@usdoj.gov

**Email**
(United States Trustee)
Benjamin Hackman, Esquire
Office of The United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801-6519
benjamin.a.hackman@usdoj.gov

**Email**
(Top 30 Creditors)
Rob Dubow
City of Philadelphia
Code Violation Enforcement Division
PO Box 56318
Philadelphia, PA  19130
voucherverification@phila.gov

**Email**
(Top 30 Creditors)
Tara Smalls
American Red Cross
430 17th St NW
Washington, DC  20006
tara.smalls@redcross.org

**Email**
(Top 30 Creditors)
Benefit Fund For Hosp & Health
1319 Locust Street
Philadelphia, PA  19107
info@1199cfunds.org

**Email**
(Top 30 Creditors)
Ian Wilson
Cerner Corp
2800 Rockcreek Parkway
Kansas City, MO  64117
ian.wilson@cerner.com

2

**Email**

(Top 30 Creditors)
Nicole Hassler
Champion Energy
1500 Rankin Rd, Suite 200
Houston, TX  77073
nicole.cates@champion.energy

**Email**

(Top 30 Creditors)
Candice Henson
Concentra d/b/a Concentra Medical Centers
5080 Spectrum Drive, 1200W
Addison, TX  75001
candice_henson@concentra.com

**Email**

(Top 30 Creditors)
Dennis Czaplicki
Crothall Healthcare Inc.
13028 Collections Center Drive
Chicago, IL  60693
dennis.czaplicki@crothall.com

**Email**

(Top 30 Creditors)
Anthony Esposito
Drexel University
3201 Arch Street, Suite 420
Philadelphia, PA  19104
ame79@drexel.edu

**Email**

(Top 30 Creditors)
John Erickson
Ensemble RCM LLC
13620 Reese Boulevard, Suite 200
Huntersville, NC  28078
john.erickson@ensemblehp.com

**Email**

(Top 30 Creditors)
Arushi Chandran
General Electric Co. d/b/a GE Healthcare
9900 Innovation Drive
Wauwatosa, WI  53226-4856
arushi.chandran@ge.com

**Email**

(Top 30 Creditors)
Donald J. Damico
Global Neurosciences Institute
3100 Princeton Park, Bldg 3, Suite D
Lawrenceville, NJ  08648
ddamico@gnineuro.org

**Email**

(Top 30 Creditors)
Stacy Cramer
Greater Delaware Valley Society
401 N 3rd Street
Philadelphia, PA  19123
scramer@donors1.org

**Email**

(Top 30 Creditors)
Brooke Mitch
Ino Therapeutics LLC d/b/a Mallinckrodt
Pharmaceuticals
1425 US Route 206
Bedminster, NJ  07921
brooke.mitch@mnk.com

**Email**

(Top 30 Creditors)
Shane Reed
Medline Industries Inc.
Three Lakes Drive
Northfield, IL  60093
sreed@medline.com

3

**Email**
(Top 30 Creditors)
Brian Castelein, CBA
Medtronic USA Inc.
4642 Collections Center Drive
Chicago, IL  60693
brian.j.castelein@medtronic.com

**Email**
(Top 30 Creditors)
Kay Ennis
Nthrive Inc.
200 North Point Center E, Suite 600
Alpharetta, GA  30022
kennis@nthrive.com

**Email**
(Top 30 Creditors)
Subbarao Pushadapu
NTT Data Services LLC
7950 Legacy Drive, Suite 900
Plano, TX  75024
billing.inquiry@nttdata.com

**Email**
(Top 30 Creditors)
Eric Vautrin
Olympus America Inc.
3500 Corporate Parkway
Center Valley, PA  18034-0610
eric.vautrin@olympus.com

**Email**
(Top 30 Creditors)
Nick Gulland
Optuminsight
11000 Optum Cir
Eden Prairie, MN  55344
nicholas.gulland@optum.com

**Email**
(Top 30 Creditors)
Kelley Maskeri
Premier Healthcare Solutions
5882 Collections Center Drive
Chicago, IL  60693
kelley_maskeri@premierinc.com

**Email**
(Top 30 Creditors)
Quality Systems Inc.
18111 Von Karman Ave, Suite 700
Irvine, CA  92612
irvinetax@nextgen.com; ir@nextgen.com

**Email**
(Top 30 Creditors)
Clenn Frost
Renal Treatment Centers Se LP - Davita
2476 East Swedesford Rd, Suite 150
Malvern, PA  19355  19355
angel.baltazar@davita.com

**Email**
(Top 30 Creditors)
Al Santosusso
Universal Protection SVS LP
1551 North Tustin Ave, Suite 650
Santa Ana, CA  92705
al.santosusso@aus.com

**Email**
(Top 30 Creditors)
Tricia Marts
Veolia Energy Philadelphia Inc.
2600 Christian Street
Philadelphia, PA  19146
patricia.marts@veolia.com

**Email**
(Counsel to SpecialtyCare, Inc.)
Amy E. Vulpio, Esquire
White and Williams LLP
1650 Market Street, 18th Floor
Philadelphia, PA  19103
vulpioa@whiteandwilliams.com

4

**Email**
(Counsel to SpecialtyCare Inc.)
Marc S. Casarino, Esquire
White and Williams LLP
600 N. King Street, Suite 800
Wilmington, DE 19801
casarinom@whiteandwilliams.com

**Email**
(Counsel to Capital One, N.A.; and Cadence
Bank, N.A.)
Gregory A. Taylor, Esquire
Katharina Earle, Esquire
Ashby & Geddes, P.A.
500 Delaware Ave, 8th Floor
Wilmington, DE 19801
gtaylor@ashbygeddes.com
kearle@ashbygeddes.com

**Email**
(Counsel to Capital One, N.A.)
Louis A. Curcio, Esquire
Jessica D. Mikhailevich, Esquire
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022
louis.curcio@troutman.com
jessica.mikhailevich@troutman.com

**Email**
(Counsel to Drexel University)
Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
marriott@ballardspahr.com

**Email**
(Counsel to Drexel University)
Tobey M. Daluz, Esquire
Chantelle D. McClamb, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
daluzt@ballardspahr.com
mcclambc@ballardspahr.com

**Email**
(Counsel to Drexel University College of
Medicine)
Stephen A. Cozen, Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
scozen@cozen.com

**Email**
(Counsel to Harrison Street Real Estate
LLC)
Stuart M. Brown, Esquire
DLA Piper LLP
1201 N .Market Street, Suite 2100
Wilmington, DE 19801
stuart.brown@dlapiper.com

**Email**
(Counsel to certain of the union (1199) and
Benefit Fund for Hospital and Health Care
Employees, Philadelphia and Vicinity)
Lance Geren, Esquire
O'Donoghue & O'Donoghue, LLP
325 Chestnut Street, Suite 600
Philadelphia, PA 19106
lgeren@odonoghuelaw.com

**Email**
(Counsel to MidCap Funding IV Trust)
Deborah A. Reperowitz, Esquire
Stradley Ronan Stevens & Young LLP
100 Park Avenue, Suite 2000
New York, NY 10017
dreperowitz@stradley.com

5

**Email**
(Counsel to certain of the union)
Jonathan Walters, Esquire
Markowitz & Richman
123 South Broad Street, Suite 2020
Philadelphia, PA  19109
jwalters@markowitzandrichman.com

**Email**
(Counsel to Harrison Street Real Estate,
LLC)
Richard A. Chesley, Esquire
DLA Piper LLP
444 W. Lake Street, Suite 900
Chicago, IL  60606
richard.chesley@dlapiper.com

**Email**
(Counsel to Commonwealth of Pennsylvania
Department of Health)
Richard A. Barkasy, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE  19801
rbarkasy@schnader.com

**Email**
(Counsel to Tenet Business Services Corp.
and Conifer Revenue Cycle Solutions, LLC)
Stephen C. Hackney, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
stephen.hackney@kirkland.com

**Email**
(Counsel to Tenet Business Services Corp.
and Conifer Revenue Cycle Solutions, LLC)
Nicole L. Greenblatt, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
nicole.greenblatt@kirkland.com

**Email**
(Counsel to the City of Philadelphia)
Megan Harper, Esquire
Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
megan.harper@phila.gov

**Email**
(Counsel to the Commonwealth of
Pennsylvania , Office of Attorney General,
as *parens patriae*)
Carol E. Momjian, Esquire
Christopher R. Momjian, Esquire
Office of the Attorney General
The Phoenix Building
1600 Arch Street, 3rd Floor
Philadelphia, PA  19103
cmomjian@attorneygeneral.gov
crmomjian@attorneygeneral.gov

**Email**
(Counsel to Suzanne Koenig, Patient Care
Ombudsman)
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE  19801
melorod@gtlaw.com

**Email**
(Counsel to Suzanne Koenig, Patient Care
Ombudsman)
Nancy A. Peterman, Esquire
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
petermann@gtlaw.com

**Email**
(Counsel to the Commonwealth of
Pennsylvania, Office of Attorney General)
Ryan B. Smith, Esquire
Deputy Attorney General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA  19103
rbsmith@attorneygeneral.gov

**Email**
(Counsel to Veolia Energy Philadelphia,
Inc.)
Howard A. Cohen, Esquire
Gibbons, P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE  19801-1761
hcohen@gibbonslaw.com

**Email**
(Counsel to Veolia Energy Philadelphia,
Inc.)
Dale E. Barney, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310
dbarney@gibbonslaw.com

**Email**
(Counsel to Pennsylvania Association of
Staff Nurses and Allied Professionals)
Claiborne S. Newlin, Esquire
Markowitz and Richman
123 S. Broad Street, Suite 2020
Philadelphia, PA  19109
cnewlin@markowitzandrichman.com

**Email**
(Counsel to Gift of Life Donor Program,
Greater Delaware Valley Society)
Patrick A. Jackson, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801-1621
patrick.jackson@dbr.com

**Email**
(Counsel to the Commonwealth of
Pennsylvania, Office of Attorney General,
as *parens patriae*)
David Dembe, Esquire – Sr. Deputy
Attorney General
Lisa M. Rhode, Esquire – Sr. Deputy
Attorney General
The Phoenix Building
1600 Arch Street, 3rd Floor
Philadelphia, PA  19103
ddembe@attorneygeneral.gov
lrhode@attorneygeneral.gov

**Email**
(Counsel to DaVita, Inc., and Renal
Treatment Centers – Northeast, Inc.)
Timothy M. Swanson, Esquire
Vikrama S. Chandrashekar, Esquire
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO  80202
tim.swanson@moyewhite.com
vika.chandrashekar@moyewhite.com

**Email**
(Counsel to Rydal Square L.P.)
Jeffrey Kurtzman, Esquire
Kurtzman | Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA  19147-1222
kurtzman@kurtzmansteady.com

**Email**
(Counsel to Tower Health)
Joseph H. Huston, Esquire
Stevens & Lee, P.C.
919 N. Market Street, Suite 1300
Wilmington, DE  19801
jhh@stevenslee.com

**Email**
(Counsel to Tower Health)
Robert Lapowsky, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA  19406
rl@stevenslee.com

**Email**
(Counsel to NTT Data Services)
Sabrina L. Streusand, Esquire
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac Expressway, Suite 320
Austin, TX  78746
streusand@slollp.com

**Email**
(Counsel to General Healthcare Resources, LLC)
Rachel Jaffe Mauceri, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
rmauceri@morganlewis.com

**Email**
(Counsel to General Healthcare Resources, LLC)
Jody C. Barillare, Esquire
Morgan, Lewis & Bockius LLP
1007 N. Orange Street, Suite 501
Wilmington, DE  19801
jody.barillare@morganlewis.com

**Email**
(Counsel to Vitalant)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
cward@polsinelli.com

**Email**
(Counsel to United States of America)
Marc S. Sacks, Esquire
U.S. Department of Justice
Civil Division
PO Box 875
Ben Franklin Station
Washington, DC  20044-0875
marcus.s.sacks@usdoj.gov

**Email**
(Counsel to Temple University Health System, Inc.)
Francis J. Lawall, Esquire
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
francis.lawall@troutman.com

**Email**
(Counsel to Temple University Health System, Inc.)
Marcy J. McLaughlin Smith, Esq.
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19801
marcy.smith@troutman.com

**Email**
(Counsel to Hayes Locum, LLC)
Daniel K. Hogan, Esquire
Garvan F. McDaniel, Esquire
Daniel C. Kerrick, Esquire
Hogan♦McDaniel
1311 Delaware Avenue
Wilmington, DE  19805
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com
dckerrick@dkhogan.com

8

**Email**
(Counsel to the Official Committee of
Unsecured Creditors)
Andrew H. Sherman, Esquire
Boris I. Mankovetskiy, Esquire
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ  07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

**Email**
(Counsel to the Official Committee of
Unsecured Creditors)
Thomas M. Horan, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE  19801
thoran@foxrothschild.com

**Email**
(Counsel to Pennsylvania Association of
Staff Nurses and Allied Professionals)
Mitchell Malzberg, Esquire
Law Offices of Mitchell J. Malzberg, LLC
6 E. Main Street, Suite 7
PO Box 5122
Clinton, NJ  08809
mmalzberg@mjmalzberglaw.com

**Email**
(Counsel to MidCap Funding IV Trust,
MidCap Financial Trust, MidCap Funding H
Trust)
Gretchen M. Santamour, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA  19103
gsantamour@stradley.com

**Email**
(Counsel to MidCap Funding IV Trust,
MidCap Financial Trust, MidCap Funding H
Trust)
Joelle E. Polesky, Esquire
Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE  19801
jpolesky@stradley.com

**Email**
(Counsel to Association of American
Medical Colleges (the "AAMC") and the
Educational Commission for Foreign
Medical Graduates (the "ECFMG")
Oscar N. Pinkas, Esquire
Lauren Macksoud, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020
oscar.pinkas@dentons.com
lauren.macksoud@dentons.com

**Email**
(Counsel to Association of American
Medical Colleges (the "AAMC") and the
Educational Commission for Foreign
Medical Graduates (the "ECFMG")
Justin R. Alberto, Esquire
Sophie E. Macon, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801
jalberto@bayardlaw.com
smacon@bayardlaw.com

**Email**
(Counsel to Medline Industries Holdings,
L.P.)
Robert M. Hirsh, Esquire
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY  10020
rhirsh@lowenstein.com

9

**Email**

(Counsel to Medline Industries, Inc.)
Frederick B. Rosner, Esquire
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com

**Email**

(Office of Unemployment Compensation
Tax Services ("UCTS"))
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

**Email**

(Counsel to Roche Diagnostics Corporation)
Ian J. Bambrick, Esquire
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
ian.bambrick@faegredrinker.com

**Email**

(Counsel to Cerner Corporation)
Darrell W. Clark, Esquire
Tracey M. Ohm, Esquire
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
darrell.clark@stinson.com
tracey.ohm@stinson.com

**Email**

(Counsel to Cerner Corporation)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
wtaylor@mccarter.com

**Email**

(Counsel to Paths, LLC)
Christina J. Pross, Esquire
Mattleman Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713
cpross@mwm-law.com

**Email**

(Counsel to Suzanne Richards and Pamela
Saechow)
Phillip D. Berger, Esquire
Matthew R. Kaufmann, Esquire
Berger Law Group, P.C.
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA 19010
berger@bergerlawpc.com
kaufmann@bergerlawpc.com

**Email**

(Counsel to Suzanne Richards and Pamela
Saechow)
David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

**Email**

(Counsel to Albert Einstein Healthcare
Network)
Mairi V. Luce, Esquire
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103-4196
luce@duanemorris.com

**Email**

(Counsel to Albert Einstein Healthcare
Network)
Jarret P. Hitchings, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
jphitchings@duanemorris.com

**Email**
Penny J. Rezet
Executive Vice President & Chief Legal
Officer
Albert Einstein Healthcare Network
5501 Old York Road
Philadelphia, PA  19141
rezetp@einstein.edu

**Email**
(Counsel to Med One Capital Funding,
LLC)
David H. Leigh, Esquire
Ray Quinney & Nebeker, P.C.
36 S. State Street, 14th Floor
Salt Lake City, UT  84111
dleigh@rqn.com

**Email**
(Counsel to Laboratory Corporation of America®
Holdings ("LabCorp") and Monogram Biosciences,
Inc. ("Monogram"))
William D. Sullivan, Esquire
William A. Hazeltine, Esquire
Elihu E. Allinson, Esquire
Sullivan Hazeltine Allinson LLC
919 N. Market Street, Suite 420
Wilmington, DE  19801
bsullivan@sha-llc.com
whazeltine@sha-llc.com
zallinson@sha-llc.com

**Email**
(Counsel to Philadelphia Hospital and Healthcare
Employees – District 1199C Training and Upgrading
Fund ("Training Fund"))
Training & Upgrading Fund
c/o Susan A. Murray, Esquire
Freedman & Lorry, P.C.
1601 Market Street, Suite 1500
Philadelphia, PA  19103
smurray@freedmanlorry.com

**Email**
(Counsel to Ensemble RCM, LLC d/b/a
Ensemble Health Partners)
Jeffrey R. Barber, Esquire
Jones Walker LLP
190 E. Capitol Street, Suite 800 (39201)
PO Box 427
Jackson, MS  39205-0427
jbarber@joneswalker.com

**Email**
(Counsel to Sodexo Management, Inc. aka
Sodexo, Inc. & Affiliates)
Judy D. Thompson, Esquire
JD Thompson Law
PO Box 33127
Charlotte, NC  28233
jdt@jdthompsonlaw.com

**Email**
(Counsel to Hackensack Meridian Health)
Patricia A. Celano, Esquire
Pearlman & Miranda, LLC
110 Edison Place, Suite 301
Newark, NJ  07102
pcelano@pearlmanmiranda.com

**Email**
(Counsel to Hackensack Meridian Health)
Natasha M. Songonuga, Esquire
Robert K. Malone, Esquire
David N. Crapo, Esquire
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington DE  19801-1761
nsongonuga@gibbonslaw.com
rmalone@gibbonslaw.com
dcrapo@gibbonslaw.com

11

**Email**
(Counsel to Coloplast Corp.)
Stephanie A. Fox, Esquire
Maron Marvel Bradley Anderson & Tardy
LLC
1201 N. Market Street, Suite 900
Wilmington, DE  19801
saf@maronmarvel.com

**Email**
(Counsel to SBJ Group Inc.)
E. Todd Sable, Esquire
Lawrence A. Lichtman, Esquire
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
tsable@honigman.com
llichtman@honigman.com

**Email**
(Counsel to Vizient, Inc.)
David L. Campbell, Esquire
Eli D. Pierce, Esquire
Underwood Perkins, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 1900
Dallas, TX  75240
dcampbell@uplawtx.com
epierce@uplawtx.com

**Email**
(Counsel to ThermaSolutions, Inc.)
Marc A. Al, Esquire
Stoel Rives LLP
33 S. 6th Street, Suite 4200
Minneapolis, MN  55402
marc.al@stoel.com

**Email**
(Counsel to Thomas Jefferson University
and Thomas Jefferson University Hospitals,
Inc.)
Marita S. Erbeck, Esquire
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932-1047
marita.erbeck@dbr.com

**Email**
(Counsel to Thomas Jefferson University
and Thomas Jefferson University Hospitals,
Inc.)
Patrick A. Jackson, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801-1621
patrick.jackson@dbr.com

**Email**
(Counsel to Joel Freedman, American
Academic Health Systems, LLC,
Philadelphia Academic Health Holdings
LLC, Broad Street Entities)
Suzzanne Uhland, Esquire
Matthew J. Carmody, Esquire
Tianjiao ("TJ") Li, Esquire
Alexandra M. Zablocki, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4834
suzzanne.uhland@lw.com
matt.carmody@lw.com
tj.li@lw.com
alexandra.zablocki@lw.com

**Email**
(Counsel to Joel Freedman, American
Academic Health Systems, LLC,
Philadelphia Academic Health Holdings
LLC, Broad Street Entities)
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
collins@rlf.com
merchant@rlf.com
schlauch@rlf.com

**Email**
(Counsel to St. Christopher's Hospital for
Children Medical Staff)
Albert A. Ciardi III, Esquire
Ciardi Ciardi & Astin
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103
aciardi@ciardilaw.com

**Email**
(Counsel to St. Christopher's Hospital for
Children Medical Staff)
Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE  19801
dastin@ciardilaw.com
jmcmahon@ciardilaw.com

**Email**
(Counsel to LEAF Capital Funding, LLC)
Deirdre M. Richards, Esquire
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE  19801
drichards@finemanlawfirm.com

**Email**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, a Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
schristianson@buchalter.com

**Email**
(Counsel to The Advisory Board Company)
Eric S. Goldstein, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

**Email**
(Counsel to Dr. Achintya Moulick)
David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE  19801
dklauder@bk-legal.com

**Email**
(Counsel to Philadelphia Hospital and
Healthcare Employees – District 1199C
Training and Upgrading Fund)
Claiborne S. Newlin, Esquire
Markowitz and Richman
Legal Arts Building
1225 King Street, Suite 804
Wilmington, DE  19801
cnewlin@markowitzandrichman.com

13

**Email**

(Counsel to Ad Hoc Committee of
Hahnemann Residents and Fellows)
Jeremy W. Ryan, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801
jryan@potteranderson.com;
rmcneill@potteranderson.com;
rslaugh@potteranderson.com

**Email**

(Counsel to District 1199C National Union
of Health Care Employees, AFSCME)
Jessica A. Kolansky, Esquire
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
jkolansky@wwdlaw.com

**Email**

(Counsel to District 1199C National Union
of Health Care Employees, AFSCME)
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE  19801
mbusenkell@gsbblaw.com

**Email**

(Counsel to Roche Diagnostics Corporation)
Jay Jaffe, Esquire
Kayla Britton, Esquire
Faegre Drinker Biddle & Reath LLPf
600 E. 96th Street, Suite 600
Indianapolis, IN  46240
jay.jaffe@faegredrinker.com;
kayla.britton@faegredrinker.com

**Email**

(Counsel to Cadence Bank, N.A.)
Michael E. Demont, Esquire
Brandon A. Cook, Esquire
Smith Hulsey & Busey
One Independent Drive, Suite 3300
Jacksonville, FL  32202
mdemont@smithhulsey.com;
bcook@smithhulsey.com

**Email**

(Counsel to Pfizer Inc.)
Wanda Borges, Esq.
Sue L. Chin, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, NY  11791
wborges@borgeslawllc.com;
schin@borgeslawllc.com

**Email**

(Counsel for Gordon Brothers Realty
Services, LLC)
John T. Carroll, III, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
jcarroll@cozen.com

**Email**

(Counsel for Gordon Brothers Realty
Services, LLC)
Cindi M. Giglio, Esq.
Jerry L. Hall, Esq.
Katherine Scherling, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
cgiglio@katten.com; jerry.hall@katten.com;
katherine.scherling@katten.com

14