**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>　　　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) Related to Docket Nos. 3002, 3051, 3053, 3055,<br>) 3057 and 3061<br>) |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED ORDER APPROVING STIPULATION REGARDING
COMFORT / LIFT STAY MOTION AND DISCOVERY MOTIONS**

　　　　I, Mark Minuti, counsel for the above-captioned debtors (the "**Debtors**"), hereby certify as follows:

　　　　1.　　Pending before the Court are the Comfort / Lift Stay Motion[2] and the Discovery Motions, all of which are currently scheduled to be heard by the Court on November 19, 2021 at 10:30 a.m. ET.

　　　　2.　　Following good faith negotiations, and subject to approval of the Court, each of the Debtors, the Creditors' Committee, HSRE, Tenet, the MBNF Movants and Gordon Brothers (collectively, the "**Parties**") have entered into the Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions (the "**Stipulation**"), attached as Exhibit 1 to the proposed Order

---

[1]　The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

[2]　Capitalized terms not otherwise defined herein shall have the meanings set forth in the Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions attached as Exhibit 1 to the proposed order attached hereto as **Exhibit A**.

Approving Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions (the "**Proposed Order**") attached hereto as **Exhibit A**.

3. By the Stipulation, the Parties have agreed to a schedule and process that is designed to maintain the status quo, bifurcate the hearing on the Comfort / Lift Stay Motion and the Discovery Motions, provide the Parties with an opportunity to attempt to consensually resolve the Discovery Motions and permit the Discovery Mediation Parties to continue to engage in Mediation.

4. All of the Parties have signed the Stipulation and approved the form of the Proposed Order.

5. Based on the foregoing, I respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

6. Of course, we are available to discuss this matter at the Court's convenience.

          Respectfully submitted,

          */s/ Mark Minuti*
          Mark Minuti (DE Bar No. 2659)
          **SAUL EWING ARNSTEIN & LEHR LLP**
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE  19899
          Telephone:  (302) 421-6840
          mark.minuti@saul.com

          *Counsel to the Debtors and Debtors-in-Possession*

Dated:  November 16, 2021