IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 3002, 3051, 3053, 3055, 3057 3061 and 3114** |

**ORDER APPROVING STIPULATION REGARDING
COMFORT / LIFT STAY MOTION AND DISCOVERY MOTIONS**

Upon consideration of the *Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**; and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED that the Stipulation is hereby APPROVED.

**Dated: November 16th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

39248854.6 11/16/2021