## EXHIBIT 1

## STIPULATION REGARDING COMFORT / LIFT STAY MOTION AND DISCOVERY MOTIONS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,¹ ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket Nos. 3002, 3051, 3053, 3055, 3057 and 3061** |
| ) | |

## STIPULATION REGARDING
## COMFORT / LIFT STAY MOTION AND DISCOVERY MOTIONS

NOW COMES the Debtors, the MBNF Movants,² the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"), HSRE,³ and Tenet,⁴ (collectively, the "**Discovery Mediation Parties**"), by and through their undersigned counsel, and hereby stipulate, subject to approval of the Court, as follows:

1. The *Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

[2] For purposes of this stipulation, the "**MBNF Movants**" means Philadelphia Academic Health Holdings, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, and Broad Street Healthcare Properties III, LLC.

[3] For purposes of this Stipulation, "**HSRE**" means HSREP VI Holding, LLC; HSRE-PAHH I, LLC; PAHH New College MOB, LLC; PAHH Bellet MOB, LLC; PAHH Wood Street Garage, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH Broad Street MOB, LLC.

[4] For purposes of this Stipulation, "**Tenet**" means Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC.

39248854.6 11/16/2021

2

*Encumber Such Assets* [D.I. 3002] (the "**Comfort / Lift Stay Motion**") shall be heard by the Court on December 1, 2021 at 10:30 a.m. ET (the "**Financing Hearing**").

2. The deadline for the Debtors, the Creditors' Committee, HSRE, and Tenet to file objections to the Comfort / Lift Stay Motion shall be November 24, 2021 at 4:00 p.m. ET.

3. The deadline for the MBNF Movants to file a reply in support of the Comfort / Lift Stay Motion shall be November 29, 2021 at 4:00 p.m. ET.

4. Prior to the Discovery Hearing (as defined below), the Discovery Mediation Parties shall (i) use good faith efforts to mediate the discovery disputes with the Honorable Kevin J. Carey (ret.) (the "**Mediator**"), to the extent he is available and (ii) the MBNF Movants shall produce additional documents pursuant to the direction of the Mediator or as otherwise agreed by the Discovery Mediation Parties. If the Discovery Mediation Parties are unable to resolve outstanding discovery issues, all rights are preserved for the November 19, 2021 hearing (the "**Discovery Hearing**"). The determinations, findings, decisions, and guidance provided by the Mediator shall remain subject to mediation privilege and shall not be dispositive for purposes of the Discovery Hearing.

5. Gordon Brothers Realty Services, LLC or any of its affiliates (collectively, "**Gordon Brothers**") shall not be required to produce any documents or witnesses in connection with the Comfort / Lift Stay Motion. The Debtors, the Creditors' Committee, HSRE, and Tenet hereby withdraw, with prejudice, all outstanding document requests and subpoena issued to Gordon Brothers in connection with the Comfort / Lift Stay Motion, including, without limitation, the *Subpoena to Testify at a Deposition and Rider to Subpoena to Produce Documents* [Docket No. 3037]. Neither Gordon Brothers nor its representatives or agents shall testify or otherwise serve as a witness in connection the Comfort / Lift Stay Motion.

6. The Debtors, the Creditors' Committee, HSRE, and Tenet agree that no further discovery directed to Gordon Brothers may be propounded in connection with the Comfort / Lift Stay Motion, including, without limitation, no witness may be called nor any depositions may be noticed or requested from Gordon Brothers or any of its representatives or agents.

7. The MBNF Movants agree to make available for deposition, all such person(s) who will serve as the MBNF Parties' witness(es) at the Financing Hearing. In addition to such agreed upon deposition(s), the Discovery Mediation Parties further agree to work in good faith regarding the scheduling of the foregoing deposition(s) and additional depositions of other individuals or parties (other than Gordon Brothers or any of its representatives or agents), with all rights of the Discovery Mediation Parties reserved for the Discovery Hearing, if such hearing is necessary.

8. The MBNF Movants shall not further encumber, sell, transfer, or convey the MBNF Assets (as defined in the Comfort / Lift Stay Motion) prior to 11:59 p.m. ET on December 3, 2021.

9. The MBNF Non-Debtor Parties,[5] the Debtors, the Creditors' Committee, and HSRE, as parties to the ongoing mediation conducted by the Mediator in these Chapter 11 cases, will continue to engage in such process in accordance with their existing agreements and the Court orders.

[*Remainder of this page intentionally left blank; signature pages follow*]

---

[5] "**MBNF Non-Debtor Parties**" means Joel Freedman, Stella Freedman, Svetlana Attestatova, Kyle Schmidt, MBNF Investments, LLC, American Academic Health System, LLC, Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, Philadelphia Academic Risk Retention Group, LLC, Paladin Healthcare Capital, LLC, Paladin Healthcare Management, LLC, and Globe Health Foundation, Inc.

Dated: November 16, 2021

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **SILLS CUMMIS & GROSS P.C.** |
| /s/ *Mark Minuti* | /s/ *Andrew H. Sherman* |
| Mark Minuti (DE Bar No. 2659) | Andrew H. Sherman (*admitted pro hac vice*) |
| Monique B. DiSabatino (DE Bar No. 6027) | Boris I. Mankovetskiy (*admitted pro hac vice*) |
| 1201 N. Market Street, Suite 2300 | One Riverfront Plaza |
| P.O. Box 1266 | Newark, NJ 07102 |
| Wilmington, DE 19899 | Telephone: 973-643-7000 |
| Telephone: (302) 421-6800 | Facsimile: 973-643-6500 |
| Fax: (302) 421-5873 | asherman@sillscummis.com |
| mark.minuti@saul.com | bmankovetskiy@sillscummis.com |
| monique.disabatino@saul.com | |
| | *Counsel for the Official Committee of Unsecured Creditors* |
| - and – | |
| Jeffrey C. Hampton (*admitted pro hac vice*) | |
| Adam H. Isenberg (*admitted pro hac vice*) | |
| Centre Square West | |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102 | |
| Telephone: (215) 972-7777 | |
| Fax: (215) 972-7725 | |
| jeffrey.hampton@saul.com | |
| adam.isenberg@saul.com | |
| | |
| *Counsel for the Debtors and Debtors in Possession* | |

| | |
|---|---|
| **RICHARDS LAYTON & FINGER, P.A.** | **DLA PIPER LLP (US)** |
| */s/ Brendan J. Schlauch* | */s/ Stuart M. Brown* |
| Mark D. Collins (DE Bar No. 2981) | Stuart M. Brown (DE Bar No. 4050) |
| Michael J. Merchant (DE Bar No. 3854) | 1201 North Market Street, Suite 2100 |
| Brendan J. Schlauch (De Bar No. 6115) | Wilmington, DE 19801 |
| One Rodney Square | Telephone: (302) 468-5700 |
| 920 North King Street | stuart.brown@us.dlapiper.com |
| Wilmington, DE 19801 | |
| Telephone: (302) 651-7700 | -and- |
| collins@rlf.com | |
| merchant@rlf.com | Richard A. Chesley |
| schlauch@rlf.com | 444 West Lake Street, Suite 900 |
| | Chicago, Illinois 60606 |
| -and- | Telephone: (312) 368-4000 |
| | Facsimile: (312) 236-7516 |
| Suzzanne Uhland (*admitted pro hac vice*) | richard.chesley@us.dlapiper.com |
| Tianjiao "TJ" Li (*admitted pro hac vice*) | |
| Alexandra M. Zablocki (*admitted pro hac vice*) | *Counsel for HSRE* |
| **LATHAM & WATKINS LLP** | |
| 1271 Avenue of the Americas | |
| New York, NY 10022 | |
| Telephone: (212) 906-1200 | |
| suzzanne.uhland@lw.com | |
| tj.li@lw.com | |
| alexandra.zablocki@lw.com | |
| | |
| *Counsel for MBNF Non-Debtor Parties, including the MBNF Movants* | |

**PACHULSKI STANG ZIEHL & JONES LLP**

<u>/s/ Laura Davis Jones</u>
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
ljones@pszjlaw.com
tcairns@pszjlaw.com

-and-

Stephen C. Hackney (*admitted pro hac vice*)
Kent J. Hayden (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
stephen.hackney@kirkland.com
kent.hayden@kirkland.com

*Counsel for Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*

6