**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (MFW) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR NOVEMBER 19,**
**2021 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE**
**HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsf-6srzwjGbFE9cvYvNJcbotVwweUimg

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:30 A.M. (ET) ON NOVEMBER 19, 2021**

**RESOLVED MATTERS:**

1.      Motion of Debtors for Approval of Settlement of Preference Claims against Heery International, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2935; Adversary No. 11; filed: 10/11/21]

Response Deadline: October 25, 2021 at 4:00 p.m.

Responses Received: None

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Related Documents:

A.      Certification of No Objection [Docket No. 2987; Adversary No. 12; filed: 10/26/21]

B.      Order Approving Settlement of Preference Claims against Heery International, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2993; Adversary No. 13; signed and docketed: 10/27/21]

Status: On October 27, 2021 the Court entered an order approving this motion.

2.      Motion of Debtors for Approval of Settlement of Preference Claims against Abiomed R&D, Inc., as Successor-in-Interest to Abiomed Cardiovascular, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2943; filed: 10/12/21]

Response Deadline:  October 26, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 2995; filed: 10/27/21]

B.      Order Approving Settlement of Preference Claims against Abiomed R&D, Inc., as Successor-in-Interest to Abiomed Cardiovascular, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2996; signed and docketed: 10/28/21]

Status: On October 28, 2021 the Court entered an order approving this motion.

3.      Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Ninth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2952; filed: 10/15/21]

Response Deadline:  October 29, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 3004; filed: 11/01/21]

B.      Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Ninth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 3013; signed and docketed: 11/02/21]

Status: On November 2, 2021 the Court entered an order approving this motion.

4.      Motion of Debtors for Approval of Settlement of Preference Claims against CompHealth Associates Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2954; Adversary No. 11; filed: 10/12/21]

Response Deadline:  October 29, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 3005; Adv. No. 12; filed: 11/01/21]

B.      Order Approving Settlement of Preference Claims against CompHealth Associates Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3014; Adversary No. 13; signed and docketed: 11/02/21]

Status: On November 2, 2021 the Court entered an order approving this motion.

5.      Motion of Plaintiffs for Approval of Settlement of Preference Claims against Airgas Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2978; Adversary No. 11; filed: 10/25/21]

Response Deadline:  November 8, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 3059; Adversary No. 13; filed: 11/09/21]

B.      Order Approving Settlement of Preference Claims against Airgas Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3070; Adversary No. 12; signed and docketed: 11/10/21]

Status: On November 10, 2021 the Court entered an order approving this motion.

6.      Motion of Debtors for Approval of Settlement of Preference Claims against Suture Express Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2982; filed: 10/26/21]

Response Deadline:  November 9, 2021 at 4:00 p.m.

Responses Received:  None

38968681.1 11/17/2021

Related Documents:

A.    Certification of No Objection [Docket No. 3066; filed: 11/10/21]

B.    Order Approving Settlement of Preference Claims against Suture Express Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3083; signed and docketed: 11/12/21]

Status: On November 12, 2021 the Court entered an order approving this motion.

7.    Motion of Debtors for Approval of Settlement of Preference Claims against Arthrex Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2983; Adversary No. 11; filed: 10/26/21]

Response Deadline:  November 9, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 3067; Adversary No. 13; filed: 11/10/21]

B.    Order Approving Settlement of Preference Claims against Arthrex Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3084; Adversary 14; signed and docketed: 11/12/21]

Status: On November 12, 2021 the Court entered an order approving this motion.

8.    Motion of Debtors for Approval of Settlement of Preference Claims against Medical Doctor Associates Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2984; Adversary Docket No. 11; filed: 10/26/21]

Response Deadline:  November 9, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 3068; Adversary No. 14; filed: 11/10/21]

B.    Order Approving Settlement of Preference Claims against Medical Doctor Associates Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3085; Adversary No. 15; signed and docketed: 11/12/21]

Status: On November 12, 2021 the Court entered an order approving this motion.

38968681.1 11/17/2021

9.      Motion of Debtors for Approval of Settlement of Preference Claims against Orthofix Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2985; filed: 10/26/21]

Response Deadline:  November 9, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 3069; Adversary No. 14; filed: 11/10/21]

B.      Order Approving Settlement of Preference Claims against Orthofix Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3086; Adversary Docket No. 15; signed and docketed: 11/12/21]

Status: On November 12, 2021 the Court entered an order approving this motion.

10.     Motion of Debtors for Approval of Settlement of Preference Claims against Eckert Seamans Cherin and Mellott LLP Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 2994; filed: 10/27/21]

Response Deadline:  November 10, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 3078; filed: 11/11/21]

B.      Order Approving Settlement of Preference Claims against Eckert Seamans Cherin and Mellott LLP Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3103; signed and docketed: 11/12/21]

Status: On November 12, 2021 the Court entered an order approving this motion.

## CONTINUED MATTER:

11.     Motion of Creditor Pamela Saechow Seeking Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 2623; filed: 07/27/21]

Response Deadline:  August 9, 2021 at 4:00 p.m.; extended to seven days before the hearing for the Debtors.

Responses Received:  None to date

Related Documents:  None to date

Status: This matter is continued to a date to be determined in January, 2022.

12.     The Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets [Docket No. 3002; filed: 10/29/21]

Response Deadline:  November 12, 2021 at 4:00 p.m.; extended to November 24, 2021 for the Debtors, the Official Committee of Unsecured Creditors, HSRE and Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC

Responses Received:

A.     Limited Objection of City of Philadelphia [Docket No. 3101; filed: 11/12/21]

B.     Objection of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC [Docket No. 3102; filed: 11/12/21]

C.     Joinder of HSRE-PAHH I, LLC and Its Affiliates to Objections [Docket No. 3105; filed: 11/13/21]

Related Documents:

D.     Order Approving Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions [Docket No. 3116; signed and docketed: 11/16/21]

Status: This matter is continued to December 1, 2021 at 10:30 a.m.

## CERTIFICATION OF COUNSEL / CERTIFICATION OF NO OBJECTION MATTERS:

13.     **[FILED UNDER SEAL]** Debtors' Ninth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2951; filed: 10/15/21]

Response Deadline:  October 29, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.     Declaration of Allen Wilen in Support of Debtors' Ninth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2951-3 / 2953-3; filed: 10/15/21]

B.     **[REDACTED]** Debtors' Ninth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2953; filed: 10/15/21]

C.    **[FILED UNDER SEAL]** Certification of Counsel Regarding (I) Proposed Order Sustaining Debtors' Ninth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 and (II) No Objection to Same [Docket No. 3023; filed: 11/02/21]

D.    **[REDACTED]** Certification of Counsel Regarding (I) Proposed Order Sustaining Debtors' Ninth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 and (II) No Objection to Same [Docket No. 3024; filed: 11/02/21]

E.    Notice of Submission of Proof of Claim [Docket No. 3040; filed: 11/04/21]

Status: On November 2, 2021, the Debtors file a certification of counsel regarding this claim objection.  Accordingly, no hearing is necessary unless the Court has any questions.

14.    Motion of Debtors for Approval of Settlement of Preference Claims against People's Capital and Leasing Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3001; Adversary No. 11; filed: 10/29/21]

Response Deadline:  November 12, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 3109; Adversary No. 13; filed: 11/15/21]

Status: On November 15, 2021, the Debtors file a certification of no objection regarding this motion.  Accordingly, no hearing is necessary unless the Court has any questions.

**MATTERS GOING FORWARD:**

15.    **[REDACTED]** Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Enter into Assignment, Assumption and Novation Agreement Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief [Docket No. 2916; filed: 10/04/21]

Response Deadline:  October 18, 2021 at 4:00 p.m.; extended for the Committee to October 20, 2021 at 4:00 p.m.

Responses Received:

A.      Limited Response of the Official Committee of Unsecured Creditors [Docket No. 2967; filed: 10/20/21]

Related Documents:

B.      **[FILED UNDER SEAL]** Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Enter into Assignment, Assumption and Novation Agreement Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief [Docket No. 2937; filed: 10/11/21]

Status: This matter is going forward.  To the extent necessary, the Debtors may present the testimony of Allen Wilen, the Debtors' CRO.  Mr. Wilen will be testifying from his home in New Jersey and will be alone.  Mr. Wilen will have a copy of the above-referenced pleadings during the hearing.  The Debtors are not presently aware of whether any parties intend to cross-examine Mr. Wilen in connection with this motion.

16.     Debtors' and Committee's Expedited Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing [Docket No. 3053; filed: 11/08/21]

Response Deadline:  November 18, 2021 at 12:00 p.m.

Responses Received:

A.      Joinder of HSRE-PAHH I, LLC and Its Affiliates to Debtors' and Committee's Expedited Motion to Compel Discovery and to Continue Hearing [Docket No. 3057; filed: 11/09/21]

B.      Joinder of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Debtors' and Committee's Expedited Motion to Compel Discovery and to Continue Hearing [Docket No. 3061; filed: 11/09/21]

C.      Gordon Brothers Realty Services, LLC's Opposition [Docket No. 3077; filed: 11/11/21]

Related Documents:

D.      Order Denying Expedited Consideration of Debtors' and Committee's Expedited Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing [Docket No. 3079; signed and docketed: 11/12/21]

E.    Order Approving Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions [Docket No. 3116; signed and docketed: 11/16/21]

Status: This matter is going forward  as to the Respondents only.

17.    Respondents' Motion to (I) Quash the Debtors' and the Creditors' Committee's Notice of Rule 26 and 30(b)(6) Deposition and Subpoenas and (II) for Entry of a Protective Order Limiting Written Discovery [Docket No. 3055; filed: 11/08/21]

Response Deadline:  November 15, 2021 at 4:00 p.m.

Responses Received:

A.    Objection of Debtors and Committee To Respondents' Motion To (I) Quash The Debtors' and The Creditors' Committee's Notice of Rule 26 And 30(b)(6) Deposition And Subpoenas And (II) For Entry Of A Protective Order Limiting Written Discovery [Docket No. 3115; filed: 11/16/21]

Related Documents:

B.    Order Approving Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions [Docket No. 3116; signed and docketed: 11/16/21]

Status: This matter is going forward.

38968681.1 11/17/2021

Dated: November 17, 2021             **SAUL EWING ARNSTEIN & LEHR LLP**

By:     */s/ Mark Minuti*
      Mark Minuti (DE Bar No. 2659)
      Monique B. DiSabatino (DE Bar No. 6027)
      1201 N. Market Street, Suite 2300
      P.O. Box 1266
      Wilmington, DE  19899
      Telephone: (302) 421-6800
      Fax: (302) 421-6813
      mark.minuti@saul.com
      monique.disabatino@saul.com

        -and-

      Jeffrey C. Hampton
      Adam H. Isenberg
      Centre Square West
      1500 Market Street, 38th Floor
      Philadelphia, PA 19102
      Telephone: (215) 972-7777
      Fax: (215) 972-7725
      jeffrey.hampton@saul.com
      adam.isenberg@saul.com

      *Counsel for Debtors and Debtors in Possession*