## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 12, 2021, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served via e-mail to the parties listed in **Exhibit A** attached hereto:

- **Chapter 11 Monthly Operating Report for Center City Healthcare, LLC, et al. for the Month Ending: 09/30/2021 [Docket No. 3087]**

- **Chapter 11 Monthly Operating Report for Philadelphia Academic Health System, LLC for the Month Ending: 09/30/2021 [Docket No. 3088]**

- **Chapter 11 Monthly Operating Report for St. Christopher's Healthcare, LLC for the Month Ending: 09/30/2021 [Docket No. 3089]**

- **Chapter 11 Monthly Operating Report for Philadelphia Academic Medical Associates, LLC for the Month Ending: 09/30/2021 [Docket No. 3090]**

- **Chapter 11 Monthly Operating Report for HPS of PA, LLC for the Month Ending: 09/30/2021 [Docket No. 3091]**

- **Chapter 11 Monthly Operating Report for SCHC Pediatric Associates, LLC for the Month Ending: 09/30/2021 [Docket No. 3092]**

- **Chapter 11 Monthly Operating Report for St. Christopher's Pediatric Urgent Care Center, LLC for the Month Ending: 09/30/2021 [Docket No. 3093]**

- **Chapter 11 Monthly Operating Report for SCHC Pediatric Anesthesia Associates, LLC for the Month Ending: 09/30/2021 [Docket No. 3094]**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

- **Chapter 11 Monthly Operating Report for StChris Care at Northeast Pediatrics, LLC for the Month Ending: 09/30/2021 [Docket No. 3095]**

- **Chapter 11 Monthly Operating Report for TPS of PA, LLC for the Month Ending: 09/30/2021 [Docket No. 3096]**

- **Chapter 11 Monthly Operating Report for TPS II of PA, LLC for the Month Ending: 09/30/2021 [Docket No. 3097]**

- **Chapter 11 Monthly Operating Report for TPS III of PA, LLC for the Month Ending: 09/30/2021 [Docket No. 3098]**

- **Chapter 11 Monthly Operating Report for TPS IV of PA, LLC for the Month Ending: 09/30/2021 [Docket No. 3099]**

- **Chapter 11 Monthly Operating Report for TPS V of PA, LLC for the Month Ending: 09/30/2021 [Docket No. 3100]**

Dated: November 16, 2021

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 16th day of November, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# **EXHIBIT A**

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                                                    **Served 11/12/2021**

FOX ROTHSCHILD LLP
SETH A. NIEDERMAN
SNIEDERMAN@FOXROTHSCHILD.COM

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

Parties Served:  4