## CERTIFICATE OF SERVICE

I, Brendan J. Schlauch, hereby certify that on November 17, 2021, I caused copies of

the foregoing *Notice of Appearance and Demand for Service of Notice and Papers* to be served upon

the following parties in the manner indicated.

Via CM/ECF, Email & First Class Mail
Benjamin A. Hackman
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

Via CM/ECF & Email
Mark Minuti
Monique B. DiSabatino
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
SAUL EWING ARNSTEIN & LEHR LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

　　　　　　　　　　　　　　　　　　　　*/s/  Brendan J. Schlauch*
　　　　　　　　　　　　　　　　　　　　Brendan J. Schlauch (No. 6115)