IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket Nos. 2400, 2553, 2573, 2578, 2825, 2826, 2840 and 2842**<br>)<br>) |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER
APPROVING STIPULATION BY AND BETWEEN DEBTORS,
VICINITY ENERGY PHILADELPHIA, INC. AND
HSREP VI HOLDING, LLC AND ITS AFFILIATES**

I, Mark Minuti, counsel for the above-captioned debtors (the "**Debtors**"), hereby certify as follows:

1. Pending before the Court are *Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary* [D. I. 2400], the *Cross-Motion of HSREP VI Holding, LLC and Its Affiliates for Entry of an Order Compelling Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations* [D. I. 2578] (collectively, the "**Motions**") and the various responses, objections and replies related thereto [D. I. 2553, 2573, 2825, 2826, 2840 and 2842].

2. Following good faith negotiations, and subject to approval of the Court, each of the Debtors, Vicinity and the HSRE Parties (collectively, the "**Parties**") have entered into the *Stipulation By and Between the Debtors, Vicinity Energy Philadelphia, Inc. and HSREP VI*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

39058889.2 11/17/2021

*Holdings, LLC and its Affiliates* (the "**Stipulation**"), attached as **Exhibit 1** to the proposed *Order Approving Stipulation By and Between the Debtors, Vicinity Energy Philadelphia, Inc. and HSREP VI Holdings, LLC and its Affiliates* (the "**Proposed Order**") attached hereto as **Exhibit A**.

3. By the Stipulation, the Parties have agreed to resolve the Motions in the manner set forth in the Stipulation.

4. All of the Parties have signed the Stipulation and approved the form of the Proposed Order.

5. Based on the foregoing, I respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

6. Of course, we are available to discuss this matter at the Court's convenience.

            Respectfully submitted,

            */s/ Mark Minuti*
            Mark Minuti (DE Bar No. 2659)
            **SAUL EWING ARNSTEIN & LEHR LLP**
            1201 N. Market Street, Suite 2300
            P.O. Box 1266
            Wilmington, DE 19899
            Telephone: (302) 421-6840
            mark.minuti@saul.com

            *Counsel to the Debtors and Debtors-in-Possession*

Dated: November 17, 2021