## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Gabe Doble of Dovel & Luner, LLP, 201 Santa Monica Boulevard, Suite 600, Santa Monica, California 90401, to represent (a) Joel Freedman, (b) Philadelphia Academic Health Holdings, LLC, (c) Front Street Healthcare Properties, LLC, (d) Front Street Healthcare Properties II, LLC, (e) Broad Street Healthcare Properties, LLC, (f) Broad Street Healthcare Properties II, LLC, (g) Broad Street Healthcare Properties III, LLC, and (h) Paladin Healthcare Capital, LLC in the above-captioned cases.

Date:   November 17, 2021
            Wilmington, Delaware

*/s/ Brendan J. Schlauch*
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  schlauch@rlf.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 17, 2021

*/s/ Gabe Doble*
Gabe Doble
DOVEL & LUNER LLP
201 Santa Monica Boulevard
Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile:  (310) 656-7069
E-mail: gabe@dovel.com

## <u>ORDER GRANTING MOTION</u>

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 18th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**