**Exhibit B**

**Email from Debtors' Counsel Dated November 17, 2021**

## Li, TJ (NY)

| | |
|---|---|
| **From:** | Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com> |
| **Sent:** | Wednesday, November 17, 2021 5:35 PM |
| **To:** | Uhland, Suzzanne (NY) |
| **Cc:** | Li, TJ (NY); Minuti, Mark; Isenberg, Adam H. |
| **Subject:** | Propco Funding |

Suzzanne:

The Debtors would like to offer Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC and Broad Street Healthcare Properties III, LLC (the "PropCos") an alternative proposal for financing for the purposes of funding (i) direct operating expenses of the Broad Street Entities' real property; (ii) certain defense costs for certain litigation as set forth below; and (iii) certain withdrawal liability settlement payments. While the Debtors have discussed such a financing proposal with Mr. Freedman previously, in light of the relief sought in the Motion, the excessive cost, scope, and breadth of the proposed financing from Gordon Brothers, and the ongoing mediation efforts of the parties, the Debtors are hereby restating their financing proposal. The proposal (which would be subject to court approval and documentation) is as follows:

-The Debtors agree to lend to the Propcos on a secured (first priority lien) basis, up to $5.6 million (the "Loan").
      -The proceeds of the Loan will be made available to the Propcos, released on an as-needed basis, for budgeted (as agreed by the parties) out of pocket operating/maintenance costs of the real estate owned by the Propcos incurred subsequent to the date of the Loan ("Operating Costs"), for out of pocket defense costs incurred subsequent to the date of the Loan, not to exceed $250k, solely to defend certain indemnification claims that have been asserted in litigation pending in Delaware state court against the Propcos, and for funding, when due, quarterly withdrawal liability settlement payments in an amount not to exceed $_____, and costs incurred in connection with documenting and recording the Loan.
      -The Debtors will receive first priority mortgage lien on all real property owned by the Propcos and a first priority lien on all other assets owned by the Propcos in the amount of the Loan.
-The term of Loan will be up to six months, with interest accruing at the rate of 5%, no origination fee, and no early termination fee.
-All Propco real estate to be managed, marketed (for a period no longer than six months) and sold in manner to be determined (e.g. auction with reserve, traditional marketing efforts, or otherwise), with the net sale proceeds to be allocated as determined in the mediation process.
      We await the movants' reply. Thank you.

1

Jeffrey



**Jeffrey C. Hampton**
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor | Philadelphia, PA 19102-2186
Tel: 215.972.7118 | Fax: 215.972.1848 | Mobile: 215.479.5290
Jeffrey.Hampton@saul.com | www.saul.com

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+