# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 2400, 2553, 2573, 2578, 2825, 2826, 2840, 2842 and 3129** |
| | ) |

## ORDER APPROVING STIPULATION BY AND BETWEEN DEBTORS, VICINITY ENERGY PHILADELPHIA, INC. AND HSREP VI HOLDING, LLC AND ITS AFFILIATES

The Court having considered *Vicinity's Motion to Enforce 2019 Stipulation as Third Party Beneficiary* [D. I. 2400], the *Cross-Motion of HSREP VI Holding, LLC and Its Affiliates for Entry of an Order Compelling Debtors, Propcos or Master Lease Guarantors to Pay Utility Obligations* [D. I. 2578] (collectively, the "**Motions**") and the various responses, objections and replies related thereto [D. I. 2553, 2573, 2825, 2826, 2840 and 2842]; and the Court having been informed that the above-captioned debtors, Vicinity Energy Philadelphia, Inc. f/k/a Veolia Energy Philadelphia, Inc. and HSREP VI Holding, LLC and its affiliates have resolved their disputes and differences related to the Motions pursuant to the *Stipulation By and Between Debtors, Vicinity Energy Philadelphia, Inc. and HSREP VI Holding, Inc. and its Affiliates* (the "**Stipulation**")[2] attached

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

39058889.3 11/17/2021

hereto as **Exhibit "1"**; the Court having jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334; consideration of Motions and the Stipulation being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having found and determined that the Stipulation is in the best interests of the Debtors, their estates, creditors, and all parties-in-interest, and that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY FOUND THAT:

1. The Stipulation is approved.

2. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

Dated: November 18th, 2021
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE