Center City Healthcare, LLC
Case No. 19-11466

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Robert | Malionek | MBNF Non-Debtor Entities | Latham & Watkins LLP |
| Allen | Wilen | Debtors | EisnerAmper LLP |
| Dan | Morales | MBNF Non-Debtor Entities | Latham & Watkins |
| Rachel | Brennan | Committee of Unsecured Creditors | |
| Asher | McGuffin | None - Law Clerk Observer for DE Bar | |
| Kyle | Schmidt | AAHS | |
| Mark | Minuti | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Andrew | Sherman | Official Committee of Unsecured Creditors | Sills Cummis |
| Stratigeas | Stratigeas | MBNF Non-Debtor Entities | Latham & Watkins LLP |
| Adam | Isenberg | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Alexandra | Zablocki | MBNF Non-Debtor Entities | Latham & Watkins |
| TJ | Li | MBNF Non-Debtor Entities | Latham & Watkins LLP |
| Louis | Curcio | Capital One, N.A. | Troutman Pepper |
| Harold | Brubaker | Media | The Philadelphia Inquirer |
| Boris | Mankovetskiy | Creditors Committee | Sills Cummis |
| Cindi | Giglio | Gordon Brothers Realty Services, LLC | Katten Muchin Rosenman LLP |
| Suzzanne | Uhland | MBNF Non-Debtor Entities | Latham & Watkins LLP |
| Mayer | Kohn | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Monique | DiSabatino | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Alissa | Curcio | Capital One, N.A. | Troutman Pepper |
| megan | harper | City of Philadelphia | |
| Grace | Thompson | Gordon Brothers Realty Services, LLC | Katten Muchin Rosenman LLP |
| Raniero | D'Aversa | Column Financial Inc | Orrick, Herrington & Sutcliffe LLP |
| Joel | Freedman | AAHS | |
| Julien | Adams | MBNF Non-Debtor Entities | Dovel & Luner |
| Jeffrey | Hampton | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Christopher | Koenig | Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC | Kirkland & Ellis LLP |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Svetlana | Attestatova | AAHS | |
| Laura Davis | Jones | Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC | Pachulski Stang Ziehl & Jones LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Bill | Brinkman | AAHS | |
| Brendan | Schlauch | MBNF Non-Debtor Entities | Richards, Layton & Finger, P.A. |
| Seth | Niederman | Committee | Fox Rothschild |
| Adeola | Akinrinade | Debtors | EisnerAmper |
| Gregory | Taylor | Capital One Bank, N.A. and Cadence Bank, N.A. | Ashby & Geddes, P.A. |
| John | Dinome | Debtors | American Academic |
| Nick | Sabatino | Column Financial Inc | Orrick, Herrington & Sutcliffe LLP |