**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | Related to Docket No. 2951, 2953, 3013 and 3024 |
| ) | |

**CERTIFICATION OF COUNSEL REGARDING (I) REVISED PROPOSED ORDER SUSTAINING DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AND (II) NO OBJECTION TO SAME**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies that:

1. On October 15, 2021, the *Debtors' Ninth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 2953] (the "Objection")[2] was filed with the Court, by which the Debtors sought entry of the proposed order attached thereto (the "Original Proposed Order") (a) disallowing certain claims that were filed after the General Bar Date, (b) disallowing certain duplicative claims, (c) disallowing certain amended claims, (d) reassigning certain claims to the correct Debtor, and (e) disallowing certain unsupported

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

claims. An unredacted version of the Objection was filed under seal [D.I. 2951] pursuant to the *Order Authorizing the Debtors' to File under Seal the Unredacted Version of the Debtors' Ninth Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 3013] (the "Seal Order").

2. Pursuant to the notice of the Objection [D.I. 2953], the deadline to respond to the Objection was October 29, 2021, at 4:00 p.m. (the "Objection Deadline").

3. The Objection Deadline has passed, and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. On November 2, 2021, the Debtors filed a certification of counsel submitting the Original Proposed Order to the Court for approval [D.I. 3023, 3024]. As set forth in the certification of counsel, the Debtors made certain corrections to Exhibits C and D to the Original Proposed Order to correct a minor typographical error made with respect to the Orthomed Inc. claims, for which the surviving claim number should be reflected as claim number 1244 instead of claim 1224.

5. A hearing on the Objection was held on November 19, 2021 at which the Debtors received certain comments to the Objection from the Court. To address such comments, the Debtors have removed the claims of Instrumentation Laboratory (which were located on Exhibit C to the Original Proposed Order) pending further discussions with Instrumentation Laboratory regarding its intentions with respect to its claims.

6. A revised proposed order that removes the Instrumental Laboratory claims (and contains the corrections to the Orthomed Inc. claim) is attached hereto as **Exhibit 1** (the "Revised Proposed Order").

7. A blackline comparing the Revised Proposed Order with the Original Proposed Order is attached hereto as **Exhibit 2**.

8. The Debtors respectfully request that the Court sign the Revised Proposed Order and direct that it be docketed, without further notice or hearing.

9. Of course, we are available to discuss this matter at the Court's convenience.

| | |
|---|---|
| Dated: November 19, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | |
| | */s/ Monique B. DiSabatino* |
| | Mark Minuti (DE Bar No. 2659) |
| | Monique B. DiSabatino (DE Bar No. 6027) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE  19899 |
| | Telephone: (302) 421-6800 |
| | mark.minuti@saul.com |
| | monique.disabatino@saul.com |
| | |
| | -and- |
| | |
| | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| | Shannon A. McGuire |
| | Centre Square West |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | shannon.mcguire@saul.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |