# EXHIBIT 2

**Blackline - Proposed Revised Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket** ~~No~~**Nos**. **2951, 2953, 3013 and** |
| | ) |

**ORDER SUSTAINING DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS
(NON-SUBSTANTIVE) PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Debtors' Ninth Omnibus Objection to Claims (Non-Substantive)*

*Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and*

*Local Rule 3007-1* (the "**Objection**"),[2] by which the Debtors request the entry of an order pursuant

to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local

Rule 3007-1, disallowing the Late-Filed Claims, the Duplicate Claims, the Amended Claims and

the Insufficient Documentation Claims set forth on **Exhibits A**, **B**, **C** **and** **E** attached hereto,

reassigning the Wrong Debtor Claims set forth on **Exhibit D** attached hereto; and upon

consideration of the Wilen Declaration; and it appearing that the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection

having been given under the circumstances; and sufficient cause appearing therefor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained.

2.      The Late-Filed Claims set forth on the attached **Exhibit A** are hereby disallowed in their entirety.

3.      The Duplicate Claims set forth on the attached **Exhibit B** are hereby disallowed in their entirety.

4.      The Amended Claims set forth on the attached **Exhibit C** are hereby disallowed in their entirety.

5.      The Wrong Debtor Claims set forth on the attached **Exhibit D** are hereby reassigned as a claim against the Debtor listed in the column headed "Modified Debtor."

6.      The Insufficient Documentation Claims set forth on the attached **Exhibit E** are hereby disallowed in their entirety.

7.      The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with the terms of this Order.

8.      To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Debtors are unable to resolve the response, each such Disputed Claim, and the Objection by the Debtors to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

9.      Any order entered by the Court regarding the Objection shall be deemed a separate order with respect to each Disputed Claim.

10.      This Order is without prejudice to the rights of the Debtors and any successor entities to: (a) object to any Claims on grounds other than as stated in the Objection if any such

Claim is reconsidered; and (b) object, on any grounds permitted by law or equity, to any claim, whether filed or not, in these cases.

11.     The rights of the Debtors and any successor entities to use any available defenses under section 502 of the Bankruptcy Code, including the assertion of a preference action to set off against or otherwise reduce all or part of any Claim, are preserved.

12.     Any stay of this Order pending appeal by any claimant shall only apply to the contested matter that involves the claimant's specific claim and shall not stay the applicability and/or finality of this Order with respect to all other affected claims.

13.     To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

14.     The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

39119499.239119499.3 11/19/2021

## Exhibit A

**Late-Filed Claims**

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| **1.** Augustyn, Anne | 1228 | $7,510.58 | 8/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 2. Baker, Trina | 1207 | $1,915.18 | 8/17/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 3. Boguszewski, Evan | 1214 | $3,946.11 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 4. **REDACTED** | 1217 | no amount | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 5. **REDACTED** | 1218 | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 6. Donnelly, Jennifer | 1216 | $15,650 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 7. **REDACTED** | 1210 | no amount | 8/17/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 8. Ferguson, Johnqeline | 754 | $1,399.91 | 9/19/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 9. Finch, Charles | 1220 | $7,000 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 10. Finch, Christopher | 1222 | $18,650 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 11. **REDACTED** | 1219 | no amount | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 12. Gainey, Pamela | 748 | no amount | 9/5/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 13. | Gonzalez, Leanise | 749 | $97.75 | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 14. | Granger Genetics | 750 | 9/11/2020 | 9/11/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 15. | Green, Tene | 1215 | no amount | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 16. | Henderson, Tamara | 1223 | $12,813.09 | 9/1/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 17. | Hunt-Selby, Georgina | 1208 | $852.02 | 8/17/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 18. | John Hopkins University | 752 | $4,200 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). Claim is subject to objection on other grounds as reflected in Exhibit B. |
| 19. | John Hopkins University | 1203 | $4,200 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 20. | **REDACTED** | 1124 | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 21. | **REDACTED** | 1238 | no amount | 10/12/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 22. | Milewski, Cheryl | 1209 | $12,939.46 | 8/17/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 23. | Montero, Lisa | 744 | no amount | 8/20/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 24. | Mufti, Osama | 1221 | $1,000 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

39119499.2 11/19/2021
39119499.3 11/19/2021

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 25. | North, Michelle | 745 | $3,320.58 | 8/14/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 26. | Okafor, Elizabeth | 1233 | $7,079.60 | 9/28/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 27. | Okafor, Francis | 1234 | $8,000.00 | 9/28/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 28. | Osinowo, Olubukunola | 1236 | $9,706.19 | 10/4/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 29. | Peel, Romelle | 1211 | $2,070.67 | 8/17/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 30. | **REDACTED** | 1226 | $3,000 | 9/4/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 31. | Sacchetti, Jacob | 1253 | $2,076.92 | 7/28/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 32. | **REDACTED** | 1230 | $1,000,000 | 9/1/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 33. | Shakir, Hussain | 746 | $7,446.50 | 8/10/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 34. | Thiagarajah, Sakuntaladevi | 1213 | no amount | 8/8/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 35. | **REDACTED** | 751 | no amount | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 36. | **REDACTED** | 743 | no amount | 8/7/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

39119499.2 11/19/2021
39119499.3 11/19/2021

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Date Claim Filed** | **Reason for Disallowance** |
| 37. **REDACTED** | 1127 | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 38. **REDACTED** | 1126 | no amount | 8/6/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 39. **REDACTED** | 1232 | $200,000 | 9/23/2020 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

39119499.2 11/19/2021
39119499.3 11/19/2021

## Exhibit B

**Duplicate Claims**

| | | | | | |
|---|---|---|---|---|---|
| **Duplicate Claims** | | | | | |
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| **1.** | John Hopkins University | St. Christopher's Healthcare, LLC | $4,200.00 | 752 | 1203 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Duplicate Claim and Surviving claim are subject to objection on other grounds, as reflected in Exhibit A. |
| 2. | Mazza, Amy | St. Christopher's Healthcare, LLC | no amount | 277 | 312 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 3. | **REDACTED** | Center City Healthcare, LLC | no amount | 730 | 796 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Surviving Claim is subject to objection on other grounds, as reflected in Exhibit E. |
| 4. | **REDACTED** | St. Christopher's Healthcare, LLC | no amount | 743 | 751 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Surviving Claim is subject to objection on other grounds, as reflected in Exhibit A. |

## Exhibit C

**Amended Claims**

| AMENDED CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| ~~1.~~ | ~~Instrumentation Laboratory~~ | ~~148~~ | ~~150~~ | ~~$61,963~~ | ~~The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim.~~ |
| 1. ~~2.~~ | **REDACTED** | 944 | 946 | no amount | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 2. ~~3.~~ | Orthomed Inc. | 145 | ~~1244~~1224 | $420.63 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 3. ~~4.~~ | Sanders, Jaime | 199 | 203 | $7,287 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 4. ~~5.~~ | Sanders, Jaime | 203 | 223 | $7,287 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 5. ~~6.~~ | Sanders, Jaime | 200 | 224 | $19,726 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 6. ~~7.~~ | Sanders, Jaime | 202 | 226 | 6072.71 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 7. ~~8.~~ | Sanders, Jaime | 201 | 225 | 9000.00 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

| AMENDED CLAIMS | | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Amended Claim No. to be Disallowed | Surviving Claim No. | Claim Amount ($) | Reason for Disallowance |
| 8.    9. | Smalley, Latanya | 419 | 1251 | $1,100.00 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |

## Exhibit D

**Wrong Debtor Claims**

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim Number** | **Claim Amount ($)** | **Asserted Debtor** | **Modified Debtor** | **Reason for Reassignment** |
| **1.** | OrthoPediatrics U.S. Distribution Corp. | 40 | $332,088.76 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim shows that claim is against St. Christopher's Healthcare, LLC. |
| 2. | Orthomed Inc. | ~~1244~~1224 | $420.63 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim shows that claim is against St. Christopher's Healthcare, LLC. |

## Exhibit E

**Insufficient Documentation Claims**

| | **Insufficient Documentation Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. | REDACTED | Center City Healthcare, LLC | 521 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |
| 2. | REDACTED | Center City Healthcare, LLC | 1045 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |
| 3. | REDACTED | Center City Healthcare, LLC | 527 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |
| 4. | REDACTED | Center City Healthcare, LLC | 649 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and claimant has confirmed that there is no documentation supporting claim. |
| 5. | REDACTED | Center City Healthcare, LLC | 524 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and claimant has confirmed that there is no documentation supporting claim. |
| 6. | REDACTED | Center City Healthcare, LLC | 1027 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |

| Insufficient Documentation Claims | | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 7. | **REDACTED** | Center City Healthcare, LLC | 557 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |
| 8. | **REDACTED** | Center City Healthcare, LLC | 796 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |
| 9. | **REDACTED** | Center City Healthcare, LLC | 514 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and claimant has confirmed that there is no documentation supporting claim. |

39119499.2 11/19/2021
39119499.3 11/19/2021