## Exhibit B

**Duplicate Claims**

| | **Duplicate Claims** | | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor Against Whom Claim is Asserted** | **Claim Amount ($)** | **Duplicate Claim No.(s) to be Disallowed** | **Surviving Claims No.** | **Reason for Disallowance** |
| 1. | John Hopkins University | St. Christopher's Healthcare, LLC | $4,200.00 | 752 | 1203 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Duplicate Claim and Surviving claim are subject to objection on other grounds, as reflected in Exhibit A. |
| 2. | Mazza, Amy | St. Christopher's Healthcare, LLC | no amount | 277 | 312 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. |
| 3. | **REDACTED** | Center City Healthcare, LLC | no amount | 730 | 796 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. The Surviving Claim is subject to objection on other grounds, as reflected in Exhibit E. |
| 4. | **REDACTED** | St. Christopher's Healthcare, LLC | no amount | 743 | 751 | Claim documentation reflects that the Duplicate Claim asserted against the same Debtor is identical to the Surviving Claim. Surviving Claim is subject to objection on other grounds, as reflected in Exhibit A. |