**Exhibit C**

**Amended Claims**

| | AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. | **REDACTED** | 944 | 946 | no amount | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 2. | Orthomed Inc. | 145 | 1224 | $420.63 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 3. | Sanders, Jaime | 199 | 203 | $7,287 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 4. | Sanders, Jaime | 203 | 223 | $7,287 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 5. | Sanders, Jaime | 200 | 224 | $19,726 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 6. | Sanders, Jaime | 202 | 226 | 6072.71 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 7. | Sanders, Jaime | 201 | 225 | 9000.00 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |
| 8. | Smalley, Latanya | 419 | 1251 | $1,100.00 | The Debtors' Books and Records and claim documents reflect that the Disallowed Claim has been superseded by the amended Surviving Claim. |