## Exhibit D

**Wrong Debtor Claims**

| WRONG DEBTOR CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Claim Amount ($) | Asserted Debtor | Modified Debtor | Reason for Reassignment |
| 1. OrthoPediatrics U.S. Distribution Corp. | 40 | $332,088.76 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim shows that claim is against St. Christopher's Healthcare, LLC. |
| 2. Orthomed Inc. | 1224 | $420.63 | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | Debtors' Books and Records do not support claim against asserted Debtor and documentation attached to claim shows that claim is against St. Christopher's Healthcare, LLC. |