# Exhibit E

**Insufficient Documentation Claims**

| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
|---|---|---|---|---|---|
| | | | **Insufficient Documentation Claims** | | |
| 1. | **REDACTED** | Center City Healthcare, LLC | 521 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |
| 2. | **REDACTED** | Center City Healthcare, LLC | 1045 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |
| 3. | **REDACTED** | Center City Healthcare, LLC | 527 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |
| 4. | **REDACTED** | Center City Healthcare, LLC | 649 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and claimant has confirmed that there is no documentation supporting claim. |
| 5. | **REDACTED** | Center City Healthcare, LLC | 524 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and claimant has confirmed that there is no documentation supporting claim. |
| 6. | **REDACTED** | Center City Healthcare, LLC | 1027 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |

| | | | Insufficient Documentation Claims | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 7. | **REDACTED** | Center City Healthcare, LLC | 557 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |
| 8. | **REDACTED** | Center City Healthcare, LLC | 796 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received a response. |
| 9. | **REDACTED** | Center City Healthcare, LLC | 514 | No amount | The Debtors have no record of this claim, claim attaches no supporting documentation and claimant has confirmed that there is no documentation supporting claim. |

39119499.3 11/19/2021