# Exhibit A

**SHADES OF GREEN INC**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 33031 | $ 3,858 | 4/15/2019 | 22139 | 11/5/2018 | $ 864 |
| St. Christopher's Healthcare, LLC | | | | | 22167 | 12/3/2018 | 2,994 |
| St. Christopher's Healthcare, LLC | Check | 34635 | 23,475 | 5/15/2019 | 22138 | 11/5/2018 | 3,516 |
| St. Christopher's Healthcare, LLC | | | | | 22173 | 12/11/2018 | 3,516 |
| St. Christopher's Healthcare, LLC | | | | | 22174 | 12/11/2018 | 864 |
| St. Christopher's Healthcare, LLC | | | | | 22193 | 12/17/2018 | 3,432 |
| St. Christopher's Healthcare, LLC | | | | | 22201 | 12/18/2018 | 4,995 |
| St. Christopher's Healthcare, LLC | | | | | 22207 | 1/8/2019 | 2,650 |
| St. Christopher's Healthcare, LLC | | | | | 22210 | 1/8/2019 | 120 |
| St. Christopher's Healthcare, LLC | | | | | 22218 | 1/11/2019 | 3,516 |
| St. Christopher's Healthcare, LLC | | | | | 22219 | 1/11/2019 | 864 |
| St. Christopher's Healthcare, LLC | Check | 35402 | 45,508 | 6/6/2019 | 22220 | 1/14/2019 | 14,596 |
| St. Christopher's Healthcare, LLC | | | | | 22221 | 1/14/2019 | 600 |
| St. Christopher's Healthcare, LLC | | | | | 22228 | 1/15/2019 | 4,995 |
| St. Christopher's Healthcare, LLC | | | | | 22245 | 1/18/2019 | 8,238 |
| St. Christopher's Healthcare, LLC | | | | | 22246 | 1/18/2019 | 360 |
| St. Christopher's Healthcare, LLC | | | | | 22253 | 1/22/2019 | 4,975 |
| St. Christopher's Healthcare, LLC | | | | | 22254 | 1/22/2019 | 240 |
| St. Christopher's Healthcare, LLC | | | | | 22257 | 1/30/2019 | 5,440 |
| St. Christopher's Healthcare, LLC | | | | | 22258 | 1/30/2019 | 180 |
| St. Christopher's Healthcare, LLC | | | | | 22265 | 1/31/2019 | 5,705 |
| St. Christopher's Healthcare, LLC | | | | | 22266 | 1/31/2019 | 180 |
| | | | $ 72,841 | | | | $ 72,841 |