**CERTIFICATE OF SERVICE**

    I, Stuart M. Brown, hereby certify that on this 24th day of November, 2021, I caused a true and correct copy of the *Joinder of HSRE-PAHH I, LLC and Its Affiliates to the Objection of Debtors and Committee to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief From the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* to be served via CM/ECF upon the parties registered to receive CM/ECF and on the parties on the attached service list via email.

                                                                     /s/ *Stuart M. Brown*
                                                                     Stuart M. Brown (DE#4050)

## SERVICE LIST

Mark Minuti
Monique Bair DeSabatino
Jeffrey C. Hampton
Adam H. Isenberg
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com
jeffrey.hampton@saul.com
aisenberg@saul.com
mark.minuti@saul.com

Seth A. Niederman
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899
sniederman@foxrothschild.com

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

Benjamin A. Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Travis J. Cuomo, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
merchant@rlf.com
schlauch@rlf.com
cuomo@rlf.com

Suzzanne Uhland, Esquire
Robert Malionek, Esquire
Tianjiao "TJ" Li, Esquire
Gregory Mortenson, Esquire
Danielle Elizabeth Sekerak, Esquire
Alexandra Marie Zablocki, Esquire
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
suzzanne.uhland@lw.com
robert.malionek@lw.com
Tj.li@lw.com
Gregory.mortenson@lw.com
Danielle.sekerak@lw.com
Alexandra.zablocki@lw.com

John T. Carroll, III, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com

Cindi M. Giglio, Esquire
Jerry L. Hall, Esquire
Katherine Scherling, Esquire
Grace A. Thompson, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
cgiglio@katten.com
jerry.hall@katten.com
katherine.scherling@katten.com
grace.thompson@katten.com

Edward Moss, Esquire
William David Pollak, Esquire
Abby F. Rudzin, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
emoss@omm.com
wpollak@omm.com
arudzin@omm.com

Joel Freedman
2304 Hermosa Avenue
Hermosa Beach, CA 90154
jfreedman@pldn.com

Kyle Schmidt
528 N. Elena Ave.
Redondo Beach, CA 90277
kschmidt@pldn.com