**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, ) | |
| *et al.*,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Re: Docket Nos. 3172 and ____** |
| ) | |

**ORDER AUTHORIZING THE DEBTORS AND COMMITTEE TO FILE
THE OBJECTION OF DEBTORS AND COMMITTEE TO THE MOTION OF
THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I)
DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR
ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF
FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR
OTHERWISE ENCUMBER SUCH ASSETS UNDER SEAL**

Upon the motion (the "**Motion**")[2] of the Debtors and the Committee for entry of an order, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), authorizing the Debtors and the Committee to file the Objection to Comfort / Lift Stay Motion in the above referenced bankruptcy cases under seal; and upon consideration of the Motion; and upon the record of the hearing on the Motion, if any; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used in this Order but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and this Court having found that good and sufficient cause exists for the relief granted by this Order,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018 and Local Rule 9018-1(d), the Debtors and the Committee are authorized to file the Objection to Comfort / Lift Stay Motion under seal; *provided, however*, that all rights and objections of the Debtors and Committee are reserved and preserved with respect to the Confidential Information, including but not limited to whether such Confidential Information is indeed confidential.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Debtors and the Committee are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.