**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) ) ) | Case No. 19-11466 (MFW) |
| | ) | |
| Debtors. | ) ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

      I, Mark Minuti, hereby certify that on November 28, 2021, I caused a copy of the *Debtors' and Committee's Motion for Entry of an Order Authorizing the Debtors and Committee to File the Objection of Debtors and Committee to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief From the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets Under Seal* to be served via Electronic Mail on the parties on the attached service list.

Dated: November 28, 2021           **SAUL EWING ARNSTEIN & LEHR LLP**

          By:   */s/ Mark Minuti*
                Mark Minuti (DE Bar No. 2659)
                1201 N. Market Street, Suite 2300
                P.O. Box 1266
                Wilmington, DE  19899
                (302) 421-6800

**Service List**

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Travis J. Cuomo, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
merchant@rlf.com
schlauch@rlf.com

Suzzanne Uhland, Esquire
Robert Malionek, Esquire
Tianjiao "TJ" Li, Esquire
Gregory Mortenson, Esquire
Danielle Elizabeth Sekerak, Esquire
Alexandra Marie Zablocki, Esquire
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
suzzanne.uhland@lw.com
robert.malionek@lw.com
Tj.li@lw.com
Gregory.mortenson@lw.com
Danielle.sekerak@lw.com
Alexandra.zablocki@lw.com

Edward Moss, Esquire
William David Pollak, Esquire
Abby F. Rudzin, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
emoss@omm.com
wpollak@omm.com
arudzin@omm.com