# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) ) ) | Case No. 19-11466 (MFW) |
| | ) | |
| Debtors. | ) ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on November 28, 2021, I caused a copy of the *Debtors' and Committee's Motion for Entry of an Order Authorizing the Debtors and Committee to File the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine Under Seal* to be served via Electronic Mail on the parties on the attached service list.

Dated: November 28, 2021          **SAUL EWING ARNSTEIN & LEHR LLP**

By:     */s/ Mark Minuti*
          Mark Minuti (DE Bar No. 2659)
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE  19899
          (302) 421-6800

**Service List**

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Travis J. Cuomo, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
merchant@rlf.com
schlauch@rlf.com

Suzzanne Uhland, Esquire
Robert Malionek, Esquire
Tianjiao "TJ" Li, Esquire
Gregory Mortenson, Esquire
Danielle Elizabeth Sekerak, Esquire
Alexandra Marie Zablocki, Esquire
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
suzzanne.uhland@lw.com
robert.malionek@lw.com
Tj.li@lw.com
Gregory.mortenson@lw.com
Danielle.sekerak@lw.com
Alexandra.zablocki@lw.com

Edward Moss, Esquire
William David Pollak, Esquire
Abby F. Rudzin, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
emoss@omm.com
wpollak@omm.com
arudzin@omm.com