# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |

### NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR DECEMBER 1, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsd-uupzorE0AzbW2X91O33nJuj8xm4hg

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:30 A.M. (ET) ON DECEMBER 1, 2021**

## MATTERS GOING FORWARD:

1. The Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets [Docket No. 3002; filed: 10/29/21]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Response Deadline:  November 12, 2021 at 4:00 p.m.; extended to November 24, 2021 for the Debtors, the Official Committee of Unsecured Creditors, HSRE and Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC

Responses Received:

A.  Limited Objection of City of Philadelphia [Docket No. 3101; filed: 11/12/21]

B.  Objection of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC [Docket No. 3102; filed: 11/12/21]

C.  Joinder of HSRE-PAHH I, LLC and Its Affiliates to Objections [Docket No. 3105; filed: 11/13/21]

D.  **[FILED UNDER SEAL]** Objection of Debtors and Committee [Docket No. 3172; filed: 11/24/21]

E.  Joinder of HSRE-PAHH I, LLC and Its Affiliates to the Objection of Debtors and Committee [Docket No. 3175; filed: 11/24/21]

Related Documents:

F.  Order Approving Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions [Docket No. 3116; signed and docketed: 11/16/21]

Status:  This matter is going forward.  To the extent necessary, the Debtors may present the rebuttal testimony of Allen Wilen, the Debtors' CRO.  Mr. Wilen will be testifying from his home in New Jersey and will be alone.  Mr. Wilen will have a copy of the above-referenced pleadings during the hearing.  The Debtors are not presently aware of whether any parties intend to cross-examine Mr. Wilen.  The Debtors understand that the Movants may be filing a list of witnesses and proposed exhibits.

2.  Debtors' and Committee's Motion for Entry of an Order Authorizing the Debtors and Committee to File the Objection of Debtors and Committee to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief From the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets Under Seal [Docket No. 3176; filed: 11/28/21]

Response Deadline:  N/A

Responses Received:  None to date

Related Documents:  None

Status: This matter is going forward.

3. Debtors' and Committee's Motion for Entry of an Order Authorizing the Debtors and Committee to File the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine Under Seal [Docket No. 3179; filed: 11/28/21]

   Response Deadline:  N/A

   Responses Received:  None to date

   Related Documents:  None

   Status: This matter is going forward.

**REQUESTED MATTER:**

4. **(FILED UNDER SEAL)** Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine [Docket No. 3177; filed: 11/28/21]

   Response Deadline:  To be determined

   Responses Received:  None to date

   Related Documents:

   A. Motion for Expedited Consideration of Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine [Docket No. 3178; filed: 11/28//21]

   Status: The Debtors and Committee have requested that this motion be scheduled for this hearing.

Dated: November 29, 2021      **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*