**EXHIBIT A**
**Sources and Uses**



**EXHIBIT A**
**Use of Proceeds**

| Sources and Uses (000s) | | | | |
|---|---|---|---|---|
| Sources | | Uses | | Comments |
| Senior Secured Loan | $ 17,500 | Financing Transaction Costs | $ 175 | Assumes 1% fees and costs |
| | | Operating Costs (excl. tax/ins) | 3,848 | Assumes management company run-rate & excludes insurance and taxes which are reserved for separately |
| | | Reserves (to be placed into escrow): | | |
| | | Interest Reserve | 2,133 | 15 months reserve assuming 9.75% cost of money |
| | | Tax Reserve | 1,108 | 15 months of reserve at current assessment |
| | | Tax Reserve - In dispute R/E Tax | 145 | Claim by City of Philadelphia received 9/30 and is indispute |
| | | Insurance Reserve | 1,336 | 15 months of reserve |
| | | Pension Reserve | 4,158 | 15 months of reserve with first payment ($581K in 1/22) and quarterly thereafter ($894K) through 1Q23 |
| | | Environmental Reserve | TBD | Amount to be determined |
| | | Repayment of Paladin Notes | 3,161 | Repaid concurrent with funding. Amount outstanding under the Paladin Notes as of Oct 28. |
| | | Working Capital | 1,436 | Residual amounts to be utilized for general working capital purposes. |
| Total | $ 17,500 | Total | $ 17,500 | |

5