# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | Case No. 19-11466 (MFW) |
| *al.*,[1] ) | |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | **Related to Docket Nos. 3177 and 3178** |

## ORDER GRANTING MOTION FOR EXPEDITED
## CONSIDERATION OF DEBTORS' AND COMMITTEE'S (I) RENEWED
## MOTION TO COMPEL DISCOVERY AND CONTINUE HEARING ON
## COMFORT / LIFT STAY MOTION AND (II) MOTION IN LIMINE

This matter having come before the Court upon the Motion[2] filed by Debtors and Committee for expedited consideration of the *Motion for Expedited Consideration of Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine* (the "**Renewed Motion to Compel and Continue**"); and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Renewed Motion to Compel and Continue will be considered by the Court at a hearing to be held on **December 1, 2021 at 9:00 a.m. (ET)**; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not herein defined shall have the same meaning as so defined in the Motion.

39308599.2 11/30/2021

ORDERED, that any response or objection to the Renewed Motion to Compel and Continue shall be filed and served by **8:00 a.m. (ET) on December 1, 2021**.

**Dated: November 30th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**