# Notice Recipients

| District/Off: 0311–1 | User: admin | Date Created: 11/30/2021 |
|---|---|---|
| Case: 19–11466–MFW | Form ID: van441 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty     Michael T. Van der Veen     van der Veen, Hartshorn, and Levin     1219 Spruce Street     Philadelphia, PA 19107

TOTAL: 1