IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related to Docket No. 3002 and 3172** |

**DECLARATION OF ALLEN WILEN IN OPPOSITION TO
THE MOTION OF THE BROAD STREET ENTITIES AND
PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE
AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE
ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY
FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS**

I, Allen Wilen, hereby declare the following, under the penalty of perjury:

1. I am the Chief Restructuring Officer ("**CRO**") of the above captioned debtors (the "**Debtors**") in these chapter 11 cases.

2. I am a Partner at EisnerAmper and serve as the national director of EisnerAmper's financial advisory services group. I have more than twenty-six years of financial and accounting experience, as well as extensive experience advising insolvent and troubled companies, including companies in the healthcare industry, in turnaround and crisis situations and navigating such companies through turnaround, sale and liquidation processes. I have frequently been involved in complex matters requiring expertise in forensic accounting and operational analysis and have been

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

qualified as an expert in numerous state and federal courts throughout the United States, including the district of Delaware.

3. I began serving as the CRO of the Debtors on April 8, 2019. In such capacity, I am generally familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records. I am above 18 years of age, and I am competent to testify.

4. I submit this declaration in connection with the *Objection of Debtors and Committee to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* [D.I. 3172] (the "**Objection**") and in opposition to the Financing Motion.[2]

5. I read the Objection and the facts set forth therein are true and correct.

6. I also read and am familiar with the Financing Motion and the Summary of Indicative Terms and Conditions of the proposed loan from Gordon Brothers to the Broad Street Propcos (the "**Term Sheet**").

7. Attached to the Objection at Exhibit A is a true and correct copy of the Adversary Complaint filed in this Court on June 29, 2021 against Mr. Freedman and the Broad Street Propcos, among others. I was directly involved in the preparation of the Adversary Complaint.

8. The Debtors agreed to stay and seal the Adversary Complaint from its inception, while the parties participate in Mediation before the Honorable Kevin J. Carey (ret.).

9. As the Debtors' CRO, I am very familiar with the real property (the "**Broad Street Propcos' Properties**") owned by the Broad Street Propcos in Philadelphia, Pennsylvania, which

---

[2] Capitalized terms not otherwise defined in this declaration shall have the same meaning as set forth in the Objection.

includes, for example, the "North and South Tower" in which Hahnemann University Hospital formerly operated and certain adjacent real estate and Martinelli Park.

10. The Adversary Proceeding includes direct claims by the Debtors against the Broad Street Propcos and asserts direct interests in the Broad Street Propcos' Properties.

11. The Debtors do not dispute that the Broad Street Propcos have ongoing obligations to maintain the value of the Broad Street Propcos' Properties and do not oppose reasonable, secured financing to pay for those obligations.

12. In my view, however, the Gordon Brothers loan described in the Term Sheet is too expensive, provides for the payment of obligations that appear to have little or nothing to do with preserving the value of the Broad Street Propcos' Properties, extends for an unnecessarily long period of time, and puts the Broad Street Propcos' Properties at substantial risk of a forced sale to satisfy the proposed Term Loan.

13. In order to facilitate the ongoing Mediation, and subject to Court approval, the Debtors are prepared to loan, and on November 17, 2021 offered to loan, the Broad Street Propcos on a secured (first priority lien) basis, up to $5.6 million (the "**Debtors' Loan**"), with the proceeds of the Debtors' Loan to be made available to the Broad Street Propcos, released on an as-needed basis, for budgeted (as agreed by the parties) out of pocket operating/maintenance costs of the Broad Street Propcos' Properties incurred subsequent to the date of the Debtors' Loan, for out of pocket defense costs incurred subsequent to the date of the Debtors' Loan, not to exceed $250,000, solely to defend certain indemnification claims that have been asserted in litigation pending in Delaware state court against the Broad Street Propcos by Tenet, and for funding, when due, quarterly pension withdrawal liability payments, and costs incurred in connection with documenting and recording the Debtors' Loan.

14. The term of Debtors' Loan will be up to six months, with interest accruing at the rate of five percent (5%). The Debtors' Loan does not include an "origination fee" or any "early termination fees."

15. The Debtors' Loan contemplates that the Broad Street Propco's Properties will be managed and marketed (for a period no longer than six months) and sold in manner to be determined (e.g. auction with reserve, traditional marketing efforts, or otherwise), with the net sale proceeds to be allocated as determined in the Mediation process.

16. The Broad Street Propcos principals never directly responded to the Debtor Loan proposal and have refused to engage with the Debtors regarding such proposal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

Executed on November 30, 2021

By: /s/ Allen Wilen
Allen Wilen, Chief Restructuring Officer