IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | Re: Docket No. 3192 |

---

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, on November 29, 2021, on behalf of PAHH[2] and the Broad Street Entities[3] (together, the "**Movants**") filed the *Declaration of Joel L. Freedman in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) In the Alternative, Granting Limited Relief from the Automatic Stay for them to Sell, Transfer, or Otherwise Encumber Such Assets* [Docket No. 3192] (the "**Declaration**") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] "**PAHH**" means Philadelphia Academic Health Holdings, LLC.

[3] "**Broad Street Entities**" means, collectively, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, and Broad Street Healthcare Properties III, LLC. The properties owned by the Broad Street Entities include (i) Feinstein Lot, 200-214 N. Broad St.; (ii) SHSH Building, 201-219 N. 15th St.; (iii) the parcel next to the SHSH Building, 221-223 N. 15th St.; (iv) North and South Towers, 222-248 N. Broad St; (v) Martinelli Park; and (vi) the Stiles Alumni Hall underground parcel.

RLF1 26410218v.1

PLEASE TAKE FURTHER NOTICE that the Movants hereby withdraw the Declaration without prejudice.

Dated: November 30, 2021
   Wilmington, Delaware

                <u>/s/ Brendan J. Schlauch</u>
                Mark D. Collins (No. 2981)
                Michael J. Merchant (No. 3854)
                Brendan J. Schlauch (No. 6115)
                RICHARDS, LAYTON & FINGER, P.A.
                One Rodney Square
                920 North King Street
                Wilmington, Delaware 19801
                Tel: (302) 651-7700
                Fax: (302) 651-7701
                Email: collins@rlf.com
                     merchant@rlf.com
                     schlauch@rlf.com

                - and -

                Suzzanne Uhland (admitted *pro hac vice*)
                Robert J. Malionek (admitted *pro hac vice*)
                Tianjiao ("TJ") Li (admitted *pro hac vice*)
                Alexandra M. Zablocki (admitted *pro hac vice*)
                LATHAM & WATKINS LLP
                1271 Avenue of the Americas
                New York, New York 10020
                Telephone: (212) 906-1200
                Facsimile: (212) 751-4864
                E-mail: suzzanne.uhland@lw.com
                     robert.malionek@lw.com
                     tj.li@lw.com
                     alexandra.zablocki@lw.com

                *Counsel for PAHH and the Broad Street Entities*

RLF1 26410218v.1