# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | Re: Docket No. 3002 |

---

## DECLARATION OF JOEL L. FREEDMAN
## IN SUPPORT OF THE MOTION OF THE BROAD STREET ENTITIES
## AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE
## AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE
## ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY
## FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS

I, Joel L. Freedman, hereby declare as follows under penalty of perjury:

1. I submit this declaration ("**Declaration**") on behalf of PAHH[2] and the Broad Street Entities[3] (together, the "**Movants**") in support of the *Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] "**PAHH**" means Philadelphia Academic Health Holdings, LLC.

[3] "**Broad Street Entities**" means, collectively, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, and Broad Street Healthcare Properties III, LLC. The properties owned by the Broad Street Entities include (i) Feinstein Lot, 200-214 N. Broad St.; (ii) SHSH Building, 201-219 N. 15th St.; (iii) the parcel next to the SHSH Building, 221-223 N. 15th St.; (iv) North and South Towers, 222-248 N. Broad St; (v) Martinelli Park; and (vi) the Stiles Alumni Hall underground parcel.

*(II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* [Docket No. 3002] (the "**Comfort Motion**").[4]

2. Since August, 2017, I have been the Manager, a Member, and President of MBNF Investments, LLC ("**MBNF Investments**"), the parent entity indirectly above PAHH and the holding company of the Movants. I served as CEO of MBNF Investments from August 2017 until September 1, 2020. I am also an officer of non-Debtors Philadelphia Academic Health Holdings, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, and Broad Street Healthcare Properties III, LLC.

3. I am currently the Chairman of the Board of Managers of Debtor Philadelphia Academic Health System, LLC and an officer of each Debtor.

4. In 2009, I co-founded Avanti Hospitals, LLC, which acquired and operates four hospitals in the Los Angeles area. I am also CEO and Founder of Paladin Healthcare Capital, LLC, which provided management services to the aforementioned four Los Angeles hospitals and Howard University Hospital in Washington. D.C.

## COST AND EXPENSE ALLOCATION

5. Each business entity under the MBNF Investments umbrella is operated separately from one another, with costs and expenses allocated among subsidiaries that are not debtors in the Chapter 11 Cases.

## FEE DEFERRALS

6. Due to Movants' reduced liquidity, in my capacity as the Manager of MBNF Investments and an officer of each Movant, I asked certain service providers (*i.e.*, Latham & Watkins LLP, Jigsaw Advisors, LLC, Paladin Healthcare Capital, LLC, and Sonsara Management

---

[4] Capitalized but undefined terms herein shall have the meanings ascribed to them in the Comfort Motion.

Services, LLC) of the Movants to defer their fees in order for the Movants to continue paying necessary property operating expenses. I proposed that the deferred expenses could be secured by a secured note against the MBNF Assets. I asked the professionals to delay securing a note against the properties until it was clear that we would need third-party financing and that a prompt mediated settlement would not obviate the need for such fee deferral. Prior to execution of the promissory notes, Stephen Pahides of McCausland Keen + Buckman performed a limited review of the mortgages.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: November 30, 2021
      Torrance, California　　　　　　　　　　　　　　　　　　*/s/ Joel L. Freedman*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Joel L. Freedman