IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC ) | |
| d/b/a HAHNEMANN UNIVERSITY ) | Case No. 19-11466 (MFW) |
| HOSPITAL, *et al.*,[1] ) | |
| ) | Obj. Date: December 15, 2021, at 4:00 pm ET |
| Debtors.  ) | Hearing Date: February 8, 2022, at 10:30 am ET |

**NOTICE OF MOTION OF JOHNATHAN CARROLL AND JOSEPH PERAINO ADMINISTRATOR OF THE ESTATE OF AUGUSTINE PERAINO FOR AN ORDER AUTHORIZING THE LATE FILING OF A PROOF OF CLAIM**

PLEASE TAKE NOTICE that on December 1, 2021, the Johnathan Carroll and Joseph Peraino, Administrator of the Estate of Augustine Peraino (collectively, the "Movants"), by and through their undersigned counsel, filed a motion to permit the late filing of proofs of claim (the "Motion") with the Court.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the relief requested in the Motion are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before December 15, 2021, at 4:00 p.m. (ET) and served upon the undersigned counsel for the Movants. Only properly and timely filed responses will be considered.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is scheduled for February 8, 2022, at 10:30 a.m. (ET) before the Honorable Mary F. Walrath, Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

Dated: December 1, 2021

**CONAWAY LEGAL LLC**

*/s/ Bernard G. Conaway*
Bernard G. Conaway, Esquire (DE 2856)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-9350
Facsimile: (844) 364-0137
Email:  bgc@conaway-legal.com

*Counsel for the Movants Johnathan Carroll and Joseph Peraino, Administrator of the Estate of Augustine Peraino*