**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (MFW) |
| Debtors.[1] | Jointly Administered **Re:  Docket Nos. 3181 and 3198** |

**NOTICE OF <u>SECOND AMENDED</u>[2] AGENDA FOR VIDEO HEARING SCHEDULED FOR DECEMBER 1, 2021 AT <u>9:00 A.M.</u> (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH</u>, U.S. BANKRUPTCY COURT JUDGE**

<span style="color:red">**PLEASE NOTE THAT THE TIME FOR THIS HEARING HAS CHANGED TO 9:00 A.M.**</span>

---

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsd-uupzorE0AzbW2X91O33nJuj8xm4hg

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:30 A.M. (ET) ON DECEMBER 1, 2021**

---

**MATTERS GOING FORWARD:**

1.    The Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative,

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]    **All Amended Agenda items appear in bold.**

Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets [Docket No. 3002; filed: 10/29/21]

Response Deadline:  November 12, 2021 at 4:00 p.m.; extended to November 24, 2021 for the Debtors, the Official Committee of Unsecured Creditors, HSRE and Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC

Responses Received:

A.      Limited Objection of City of Philadelphia [Docket No. 3101; filed: 11/12/21]

B.      Objection of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC [Docket No. 3102; filed: 11/12/21]

C.      Joinder of HSRE-PAHH I, LLC and Its Affiliates to Objections [Docket No. 3105; filed: 11/13/21]

D.      **[FILED UNDER SEAL]** Objection of Debtors and Committee [Docket No. 3172; filed: 11/24/21]

E.      Joinder of HSRE-PAHH I, LLC and Its Affiliates to the Objection of Debtors and Committee [Docket No. 3175; filed: 11/24/21]

Related Documents:

F.      Order Approving Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions [Docket No. 3116; signed and docketed: 11/16/21]

Additional Documents:

G.      [FILED UNDER SEAL] Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets [Docket No. 3186; filed: 11/29/21]

H.      Declaration of William R. Brinkman in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets [Docket No. 3187; filed: 11/29/21]

I.      Declaration of Joel L. Freedman in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets [Docket No. 3192; filed: 11/29/21]

J.    MBNF Non-Debtor Entities' Reply to the Objection of Tenet Business Service Corporation and Conifer Revenue Cycle Solutions, LLC to the Motion of the Broad Street Entities and PAHH for Entry of a Comfort Order Regarding the Automatic Stay [Docket No. 3193; filed: 11/29/21]

**K.    [FILED UNDER SEAL] Debtors' and Committee's Exhibit List for The Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets for the December 1, 2021 Hearing [Docket No. 3210; filed: 11/30/21]**

**L.    [FILED UNDER SEAL] Declaration of Allen Wilen in Opposition to The Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets [Docket No. 3212; filed: 11/30/21]**

**M.    Notice of Withdrawal (*Declaration of Joel L. Freedman in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets*) [Docket No. 3213; filed: 11/30/21]**

**N.    Declaration of Joel L. Freedman in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets [Docket No. 3214; filed: 11/30/21]**

Status: This matter is going forward.  To the extent necessary, the Debtors may present the rebuttal testimony of Allen Wilen, the Debtors' CRO.  Mr. Wilen will be testifying from his home in New Jersey and will be alone.  Mr. Wilen will have a copy of the above-referenced pleadings during the hearing.  The Debtors are not presently aware of whether any parties intend to cross-examine Mr. Wilen.  The Debtors understand that the Movants may be filing a list of witnesses and proposed exhibits.

2.      Debtors' and Committee's Motion for Entry of an Order Authorizing the Debtors and Committee to File the Objection of Debtors and Committee to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief From the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets Under Seal [Docket No. 3176; filed: 11/28/21]

Response Deadline:  N/A

Responses Received:  None to date

Related Documents:  None

Status: This matter is going forward.

3.      Debtors' and Committee's Motion for Entry of an Order Authorizing the Debtors and Committee to File the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine Under Seal [Docket No. 3179; filed: 11/28/21]

Response Deadline:  N/A

Responses Received:  None to date

Related Documents:  None

Status: This matter is going forward.

4.      **(FILED UNDER SEAL)** Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine [Docket No. 3177; filed: 11/28/21]

Response Deadline:  December 1, 2021 at 8:00 a.m.

Responses Received:

   A.    (FILED UNDER SEAL) Respondents' Objection to Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine [Docket No. 3197; filed: 11/30/21]

Related Documents:

   B.    Motion for Expedited Consideration of Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine [Docket No. 3178; filed: 11/28//21]

   C.    Order Granting Motion for Expedited Consideration of Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on

4

Comfort / Lift Stay Motion and (II) Motion in Limine [Docket No. 3196; signed and docketed: 11/30/21]

Status: This matter is going forward.

Dated: December 1, 2021                    **SAUL EWING ARNSTEIN & LEHR LLP**

                                   By:    */s/ Mark Minuti*
                                          Mark Minuti (DE Bar No. 2659)
                                          Monique B. DiSabatino (DE Bar No. 6027)
                                          1201 N. Market Street, Suite 2300
                                          P.O. Box 1266
                                          Wilmington, DE  19899
                                          Telephone: (302) 421-6800
                                          Fax: (302) 421-6813
                                          mark.minuti@saul.com
                                          monique.disabatino@saul.com

                                              -and-

                                          Jeffrey C. Hampton
                                          Adam H. Isenberg
                                          Centre Square West
                                          1500 Market Street, 38th Floor
                                          Philadelphia, PA 19102
                                          Telephone: (215) 972-7777
                                          Fax: (215) 972-7725
                                          jeffrey.hampton@saul.com
                                          adam.isenberg@saul.com

                                          *Counsel for Debtors and Debtors in Possession*