# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:                               Chapter __11__

                                        Case No. __19__ - __11466__ (mfw)

Debtor: __Center City Healthcare, LLC__

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Jessica M. Gulash__ to represent __Philadelphia Urosurgical Associates, P.C.__ in this action.

                                      */s/*            *David M. Klauder*

                                      Firm Name: Bielli & Klauder, LLC

                                      Address: 1204 N. King Street, Wilmington, DE 19801

                                      Phone: (302) 803-4600

                                      Email: dklauder@bk-legal.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>Pennsylvania and New Jersey</u> and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                      */s/* *Jessica M. Gulash*
                                      Firm Name: Lundy Beldecos & Milby
                                      Address: 250 N. Narberth Ave, Suite 200, Narberth, PA 19072

                                      Phone: (610) 668-0772
                                      Email: jgulash@lbmlaw.com

## ORDER GRANTING MOTION

   IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.