# Exhibit "A"

Fox Rothschild LLP
ATTORNEYS AT LAW

345 California Street, Suite 2200 San Francisco, CA 94104
Tel 415.364.5540 Fax 415.391.4436 www.foxrothschild.com

TAX I.D. NO. 23-1404723

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | 2747298 |
| Invoice Date | 05/10/21 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE: CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/05/21 | MENKOWITZ | CA | ATTEND UPDATE CALL WITH CO-COUNSEL | 1.0 | $885.00 |
| 04/07/21 | NIEDERMAN | CA | ATTENTION TO PROPOSED ORDER GRANTING FEE APPLICATIONS AND CONFER WITH COUNSEL FOR DEBTORS RE SAME | 0.2 | $108.00 |
| 04/14/21 | NIEDERMAN | CA | REVIEW OF NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING SCHEDULED FOR 4/16/2021 AND REVIEW DOCKET AND PLEADINGS RE SAME | 0.3 | $162.00 |
| 04/14/21 | SOLOMON | CA | REVIEW NOTICE OF AGENDA 4/16 HEARING AND REGISTER ATTORNEYS | 0.3 | $124.50 |
| 04/15/21 | NIEDERMAN | CA | ATTENTION TO NOTICE RE CANCELLATION OF 4/16 OMNIBUS HEARING | 0.2 | $108.00 |
| 04/22/21 | NIEDERMAN | CA | ATTENTION TO CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER SUSTAINING DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | 0.2 | $108.00 |
| 04/28/21 | NIEDERMAN | CA | ATTENTION TO CERT OF | 0.1 | $54.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | COUNSEL RE OMNIBUS HEARING DATES | | |
| 04/06/21 | NIEDERMAN | FA1 | ATTENTION TO OMNIBUS ORDER APPROVING FOURTH INTERIM FEE APPLICATIONS OF SAUL EWING ARNSTEIN & LEHR LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, THE SECOND AND THIRD INTERIM APPLICATIONS OF KLEHR HARRISON HARVEY BRANZBURG LLP AND THE FIRST AND FINAL SUPPLEMENTAL FEE APPLICATION OF CENTURION SERVICE GROUP, LLC | 0.2 | $108.00 |
| 04/12/21 | CHOVANES | FA1 | EMAIL FROM P BASA RE PRO FORMA FOR FEE APPLICATION | 0.1 | $72.00 |
| 04/16/21 | SOLOMON | FA1 | REVIEW/EDIT MARCH PROFORMA | 0.5 | $207.50 |
| 04/19/21 | NIEDERMAN | FA1 | ATTENTION TO CERTIFICATES OF NO OBJECTION REGARDING THE SEVENTEENTH-NINETEENTH MONTHLY FEE APPLICATIONS OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 0.2 | $108.00 |
| 04/19/21 | SOLOMON | FA1 | DRAFT CNOS - FOX 17TH, 18TH, 19TH FEE APPLICATIONS | 0.3 | $124.50 |
| 04/20/21 | NIEDERMAN | FA1 | ATTENTION TO TWENTIETH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2021 THROUGH MARCH 31, 2021 | 0.2 | $108.00 |
| 04/20/21 | SOLOMON | FA1 | COMPLETE DRAFT OF FOX'S 20TH MONTHLY FEE APPLICATION AND NOTICE | 0.7 | $290.50 |
| 04/20/21 | SOLOMON | FA1 | PREPARE AND FILE CNOS RE: FOX'S 17TH, 18TH AND 19TH MONTHLY FEE APPLICATIONS | 0.3 | $124.50 |
| 04/21/21 | SOLOMON | FA1 | PREPARE FOX 20TH FEE | 0.5 | $207.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | APPLICATION FOR FILING; EFILE SAME | | |
| 04/21/21 | SOLOMON | FA1 | DRAFT NOTICE AND COS RE: FOX 20TH FEE APPLICATION | 0.3 | $124.50 |
| 04/08/21 | NIEDERMAN | FA2 | ATTENTION TO MONTHLY APPLICATIONS OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 2020 THROUGH FEBRUARY 2021 | 0.4 | $216.00 |
| 04/08/21 | SOLOMON | FA2 | DRAFT NOTICES OF SILLS CUMMIS MONTHLY FEE APPS (NOVEMBER THROUGH FEBRUARY); REVISE MONTHLY FEE STATEMENTS AND EFILE WITH COURT | 1.2 | $498.00 |
| 04/16/21 | SOLOMON | FA2 | DRAFT AND FILE COS - SILLS MONTHLY FEE APPS (17 THROUGH 20) | 0.3 | $124.50 |
| 04/29/21 | NIEDERMAN | FA2 | ATTENTION TO TWENTY FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021 | 0.3 | $162.00 |
| 04/29/21 | NIEDERMAN | FA2 | ATTENTION TO CNOS FOR SILLS CUMMIS NOVEMBER THRU FEBRUARY FEE APPLICATIONS | 0.2 | $108.00 |
| 04/08/21 | NIEDERMAN | PC | ATTENTION TO PROPOSED ORDER SUSTAINING DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | 0.2 | $108.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/21/21 | NIEDERMAN | PC | ATTENTION TO NOTICE OF WITHDRAWAL OF CERTIFICATION OF NO OBJECTION TO DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 ALONG WITH CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER SUSTAINING DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | 0.2 | $108.00 |
| 04/22/21 | NIEDERMAN | PC | ATTENTION TO STIPULATION BETWEEN CENTER CITY HEALTHCARE, LLC AND ST. AGNES MOB, LLC REGARDING ALLOWED CLAIMS | 0.2 | $108.00 |
| | | | TOTAL | 8.6 | $4,457.00 |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---|---|
| CA | CASE ADMINISTRATION | 2.3 | $1,549.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 3.3 | $1,475.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.4 | $1,108.50 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.6 | $324.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. G. MENKOWITZ | PARTNER | 1.0 | $885.00 | $885.00 |
| M. B. CHOVANES | PARTNER | 0.1 | $720.00 | $72.00 |
| S. A. NIEDERMAN | PARTNER | 3.1 | $540.00 | $1,674.00 |
| R. I. SOLOMON | PARALEGAL | 4.4 | $415.00 | $1,826.00 |
| | TOTAL | 8.6 | | $4,457.00 |

128370403.1

|  | TOTAL PROFESSIONAL SERVICES | $4,457.00 |
|---|---|---|

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $14.80 |
| PROFESSIONAL SERVICES PARCELS, INC. | $53.94 |

|  | TOTAL EXPENSES | $68.74 |
|---|---|---|
|  | TOTAL AMOUNT OF THIS INVOICE | $4,525.74 |
|  | **TOTAL BALANCE DUE UPON RECEIPT** | **$4,525.74** |