# Exhibit "A"



# Fox Rothschild LLP
### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number    2767408 |
| SILLS CUMMIS & GROSS | Invoice Date    06/09/21 |
| ONE RIVERFRONT PLAZA | Client Number    189087 |
| NEWARK, NJ 07102 | Matter Number    00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/11/21 | MENKOWITZ | AP | REVIEW MEDIATION STATEMENT | 1.0 | $885.00 |
| 05/11/21 | NIEDERMAN | AP | REVIEW AND ANALYZE CURRENT DRAFT OF DEBTORS' AND COMMITTEE'S JOINT CONFIDENTIAL OPENING MEDIATION STATEMENT AND COMMITTEE COMMENTS REGARDING CURRENT DRAFT AS WELL AS CORRESPONDENCE RE TIMING OF SUBMISSION | 1.5 | $810.00 |
| 05/12/21 | NIEDERMAN | AP | ATTENTION TO ADDITIONAL CORRESPONDENCE WITH COUNSEL FOR DEBTORS RE DRAFT MEDIATION SUBMISSSION | 0.4 | $216.00 |
| 05/13/21 | NIEDERMAN | AP | ATTENTION TO REVISED DRAFT OF DEBTORS AND COMMITTEE'S JOINT CONFIDENTIAL OPENING MEDIATION STATEMENT AND NUMEROUS CORRESPONDENCE WITH COUNSEL FOR DEBTORS RE SAME | 1.2 | $648.00 |
| 05/14/21 | NIEDERMAN | AP | ATTENTION TO DEBTOR/COMMITTEE JOINT CONFIDENTIAL OPENING MEDIATION STATEMENT | 0.5 | $270.00 |
| 05/17/21 | NIEDERMAN | AP | ANALYSIS OF THE MBNF MEDIATION SUBMISSION | 0.5 | $270.00 |

128370613.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/30/21 | SOLOMON | CA | REVIEW ORDER SCHEDULING OMNIBUS HEARING DATES AND CALENDAR SAME | 0.3 | $124.50 |
| 04/30/21 | SOLOMON | CA | REVIEW COURT FILINGS RECEIVED 4/22-4/29, DISTRIBUTE SAME AND CALENDAR DEADLINES | 0.3 | $124.50 |
| 05/05/21 | MENKOWITZ | CA | REVIEW EMAILS - OPEN ISSUES | 0.2 | $177.00 |
| 05/05/21 | NIEDERMAN | CA | ATTENTION TO CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS BY HSRE ENTITIES | 0.5 | $270.00 |
| 05/13/21 | NIEDERMAN | CA | ATTENTION TO NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY CENTER CITY HEALTHCARE, LLC. HEARING SCHEDULED FOR 5/17/2021 AT 10:30 AM | 0.2 | $108.00 |
| 05/17/21 | NIEDERMAN | CA | ATTENTION TO NOTICE RE CANCELLATION OF 5/17 OMNIBUS HEARING | 0.2 | $108.00 |
| 05/25/21 | NIEDERMAN | CA | ANALYSIS OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING AND DIRECTING THE EXAMINATION OF HARRISON STREET REAL ESTATE, LLC AND RELATED ENTITIES BY PRODUCTION OF DOCUMENTS AND DEPOSITION(S) AND MOTION TO EXPEDITED RE SAME | 1.0 | $540.00 |
| 05/26/21 | NIEDERMAN | CA | REVIEW VARIOUS REVISIONS TO JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING | 1.1 | $594.00 |

128370613.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | AND DIRECTING THE EXAMINATION OF HARRISON STREET REAL ESTATE, LLC AND RELATED ENTITIES BY PRODUCTION OF DOCUMENTS ALONG WITH MOTION TO EXPEDITE RE SAME AND NUMEROUS CORRESPONDENCE WITH CO-COUNSEL AND DEBTORS RE SAME | | |
| 05/26/21 | NIEDERMAN | CA | ATTENTION TO INQUIRY RE MOTION TO FILE UNDER SEAL AND REVIEW OF LOCAL RULE RE SAME | 0.4 | $216.00 |
| 05/26/21 | NIEDERMAN | CA | REVIEW DRAFT OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO SECTION 107(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9018 AND LOCAL RULE 9018-1(B), AUTHORIZING THE FILING UNDER SEAL OF THE UNREDACTED VERSION OF THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING AND DIRECTING THE EXAMINATION OF HARRISON STREET REAL ESTATE, LLC AND RELATED ENTITIES BY PRODUCTION OF DOCUMENTS | 0.3 | $162.00 |
| 05/26/21 | NIEDERMAN | CA | ATTENTION TO UPDATE FROM DEBTORS RE EFFORTS TO CONSENSUALLY RESOLVE DISCOVERY DISPUTE WITH HSRE WITHOUT HAVING TO FILE MOTIONS AND NUMEROUS CORRESPONDENCE RE SAME | 0.3 | $162.00 |
| 05/26/21 | NIEDERMAN | CA | REVIEW OF CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS BY HSRE ENTITIES AND | 0.4 | $216.00 |

128370613.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | CORRESPONDENCE RE REVISIONS TO SAME | | |
| 05/07/21 | MENKOWITZ | CM | ATTEND COMMITTEE CALL | 1.0 | $885.00 |
| 05/17/21 | NIEDERMAN | FA1 | ATTENTION TO CERT OF NO OBJECTION RE 20TH MONTHLY FEE APP | 0.2 | $108.00 |
| 05/17/21 | SOLOMON | FA1 | DRAFT AND FILE CNO/FOX 20TH MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 04/30/21 | SOLOMON | FA2 | EMAILS WITH G. KOPACZ RE: SILLS CNOS AND NEXT MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 05/03/21 | NIEDERMAN | FA2 | FINALIZE AND FILE CERTIFICATE OF NO OBJECTION REGARDING THE 17TH-21ST MONTHLY APPLICATIONS OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 0.2 | $108.00 |
| 05/03/21 | SOLOMON | FA2 | DRAFT AND FILE CNOS RE: SILLS CUMMIS MONTHLY FEE APPLICATIONS (17, 18, 19, 20) | 0.6 | $249.00 |
| 05/03/21 | SOLOMON | FA2 | EMAIL FROM G. KOPACZ RE: SILLS 21ST FEE APPLICATION AND RESPOND TO SAME | 0.2 | $83.00 |
| 05/03/21 | SOLOMON | FA2 | DRAFT NOTICE OF SILLS 21ST FEE APPLICATION | 0.2 | $83.00 |
| 05/03/21 | SOLOMON | FA2 | REVIEW, PREPARE AND FILE SILLS 21ST MONTHLY FEE APPLICATION | 0.5 | $207.50 |
| 05/28/21 | NIEDERMAN | FA2 | ATTENTION TO CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021 | 0.1 | $54.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/28/21 | SOLOMON | FA2 | DRAFT AND FILE CNO - SILLS CUMMIS 21ST FEE APPLICATION | 0.3 | $124.50 |
| 05/05/21 | NIEDERMAN | PC | REVIEW SECOND STIPULATION BETWEEN THE DEBTORS AND DREXEL UNIVERSITY REGARDING THE OBJECTION DEADLINE AND HEARING ON DREXEL UNIVERSITY'S REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM | 0.2 | $108.00 |
| | | | **TOTAL** | **14.3** | **$8,118.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---|---|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 5.1 | $3,099.00 |
| CA | CASE ADMINISTRATION | 5.2 | $2,802.00 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 1.0 | $885.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 0.5 | $232.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.3 | $992.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.2 | $108.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. G. MENKOWITZ | PARTNER | 2.2 | $885.00 | $1,947.00 |
| S. A. NIEDERMAN | PARTNER | 9.2 | $540.00 | $4,968.00 |
| R. I. SOLOMON | PARALEGAL | 2.9 | $415.00 | $1,203.50 |
| | TOTAL | 14.3 | | $8,118.50 |

TOTAL PROFESSIONAL SERVICES   $8,118.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $8.40 |

TOTAL EXPENSES   $8.40

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $8,126.90 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$8,126.90** |