# Exhibit "A"



# Fox Rothschild LLP
## ATTORNEYS AT LAW

345 California Street, Suite 2200  San Francisco, CA 94104
Tel 415.364.5540  Fax 415.391.4436  www.foxrothschild.com

TAX I.D. NO. 23-1404723

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---:|
| Invoice Number | 2794186 |
| Invoice Date | 07/27/21 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/09/21 | NIEDERMAN | AP | ATTENTION TO MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN MEDITATION AND RELATED MOTION TO SHORTEN RE SAME | 0.5 | $282.50 |
| 06/10/21 | NIEDERMAN | AP | FURTHER REVIEW OF MOTION TO INTERVENE AND CORRESPONDING MOTION TO SHORTEN | 0.7 | $395.50 |
| 06/11/21 | MENKOWITZ | AP | ATTEND MEDIATION | 0.5 | $465.00 |
| 06/11/21 | NIEDERMAN | AP | PARTICIPATE IN T/C WITH MEDIATOR | 0.4 | $226.00 |
| 06/22/21 | NIEDERMAN | AP | REVIEW AND ANALYZE JOINT OBJECTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN MEDIATION AND AUTHORIZE FILING SAME | 0.4 | $226.00 |
| 06/23/21 | NIEDERMAN | AP | ATTENTION TO REVISED DRAFT OF JOINT OBJECTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN | 0.4 | $226.00 |

128370719.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | MEDIATION AND CORRESPONDENCE WITH CO-COUNSEL AND DEBTORS RE SAME | | |
| 06/23/21 | NIEDERMAN | AP | REVIEW OF THE MBNF NON-DEBTOR ENTITIES' STATEMENT IN RESPONSE TO THE MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN MEDIATION | 0.2 | $113.00 |
| 06/24/21 | NIEDERMAN | AP | ATTENTION TO AVOIDANCE ACTION FILINGS | 0.2 | $113.00 |
| 06/25/21 | NIEDERMAN | AP | ATTENTION TO REPLY OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO RESPONSES TO MOTION TO INTERVENE/PARTICIPATE IN MEDIATION | 0.4 | $226.00 |
| 06/28/21 | NIEDERMAN | AP | ATTENTION TO ADVERSARY AVOIDANCE ACTIONS COMMENCED BY THE ESTATE | 0.3 | $169.50 |
| 06/01/21 | NIEDERMAN | CA | ATTENTION TO REVISED DRAFT OF CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS BY HSRE ENTITIES AND CORRESPONDENCE RE SAME | 0.3 | $169.50 |
| 06/09/21 | NIEDERMAN | CA | ATTENTION TO CORRESPONDENCE RE REQUEST FOR CONFIDENTIAL MATERIAL FROM NON-DEBTOR AFFILIATES IN ORDER TO EVALUATE CLAIMS PURSUANT TO LOCAL RULE 9018-1(F) AND CONSULT RULE RE SAME | 0.4 | $226.00 |
| 06/10/21 | NIEDERMAN | CA | ATTENTION TO LETTER REQUEST FROM INSURER AS WELL AS REQUEST FOR T/C WITH MEDIATOR | 0.3 | $169.50 |
| 06/11/21 | NIEDERMAN | CA | ATTENTION TO NOTICE RE HEARING ON NON-DEBTOR ENTITY MOTION TO INTERVENE | 0.2 | $113.00 |
| 06/28/21 | NIEDERMAN | CA | ATTENTION TO MATTERS SCHEDULED FOR HEARING ON 6.30 | 0.2 | $113.00 |
| 06/28/21 | NIEDERMAN | CA | ATTENTION TO NON-DISCLOSURE STIPULATION WITH INSURANCE CARRIERS RE UPCOMING MEDIATION | 0.2 | $113.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | AND CASE EVALUATION | | |
| 06/28/21 | SOLOMON | CA | REVIEW AGENDA FOR 6/30 HEARING AND FORWARD TO S. NIEDERMAN | 0.2 | $83.00 |
| 06/29/21 | NIEDERMAN | CA | ATTENTION TO REVISED DRAFT OF NON-DISCLOSURE STIPULATION AND CONFER WITH CO-COUNSEL AND COUNSEL FOR DEBTORS RE SAME | 0.3 | $169.50 |
| 06/30/21 | MENKOWITZ | CA | REVIEW OPEN ISSUES AND CHAPTER 11 TRUSTEE'S MOTION | 0.3 | $279.00 |
| 06/30/21 | NIEDERMAN | CA | REVIEW AND ANALYZE THE MBNF NON-DEBTOR ENTITIES' MOTION TO APPOINT A CHAPTER 11 TRUSTEE AND CONFER WITH CO-COUNSEL RE SAME | 0.4 | $226.00 |
| 06/30/21 | NIEDERMAN | CA | ATTENTION TO NON-DISCLOSURE STIPULATION WITH INSURANCE CARRIERS | 0.2 | $113.00 |
| 06/30/21 | NIEDERMAN | CH | ATTEND OMNIBUS HEARING | 0.6 | $339.00 |
| 06/09/21 | NIEDERMAN | CI | ATTENTION TO INQUIRY RE STATUS FROM CREDITOR | 0.2 | $113.00 |
| 06/28/21 | NIEDERMAN | CM | ATTEND WEEKLY COMMITTEE CALL | 0.4 | $226.00 |
| 06/30/21 | NIEDERMAN | EA2 | ATTENTION TO SECOND SUPPLEMENTAL DECLARATION OF ANDREW H. SHERMAN REGARDING APPLICATION TO RETAIN AND EMPLOY SILLS CUMMIS & GROSS P.C. AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, ET AL. NUNC PRO TUNC TO JULY 15, 2019 | 0.2 | $113.00 |
| 06/30/21 | SOLOMON | EA2 | REVIEW AND FILE SECOND SUPPLEMENTAL DECLARATION OF ANDREW SHERMAN ISO SILLS CUMMIS RETENTION APPLICATION | 0.3 | $124.50 |
| 06/09/21 | CHOVANES | FA1 | REVIEW PRO FORMA AND PREPARE MONTHLY FEE APPLICATION | 0.3 | $226.50 |
| 06/08/21 | NIEDERMAN | FA2 | ATTENTION TO TWENTY SECOND MONTHLY | 0.2 | $113.00 |

128370719.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
|  |  |  | APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021 |  |  |
| 06/30/21 | NIEDERMAN | MR | RESEARCH REGARDING STAY VIOLATION RELATED TO ACTS TO CHANGE/DISPLACE CURRENT MANAGEMENT AND CONFER WITH CO-COUNSEL RE SAME | 1.2 | $678.00 |
| 06/10/21 | NIEDERMAN | PC | ATTENTION TO CLAIM OBJECTION FILINGS | 0.3 | $169.50 |
|  |  |  | **TOTAL** | **10.7** | **$6,319.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---|---|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 4.0 | $2,442.50 |
| CA | CASE ADMINISTRATION | 3.0 | $1,774.50 |
| CH | COURT HEARINGS | 0.6 | $339.00 |
| CI | CREDITOR INQUIRIES | 0.2 | $113.00 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 0.4 | $226.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 0.5 | $237.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 0.3 | $226.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 0.2 | $113.00 |
| MR | STAY RELIEF MATTERS | 1.2 | $678.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.3 | $169.50 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. G. MENKOWITZ | PARTNER | 0.8 | $930.00 | $744.00 |
| M. B. CHOVANES | PARTNER | 0.3 | $755.00 | $226.50 |
| S. A. NIEDERMAN | PARTNER | 9.1 | $565.00 | $5,141.50 |
| R. I. SOLOMON | PARALEGAL | 0.5 | $415.00 | $207.50 |
|  | TOTAL | 10.7 |  | $6,319.50 |

128370719.1

                               TOTAL AMOUNT OF THIS INVOICE    $6,319.50

**TOTAL BALANCE DUE UPON RECEIPT**    **$6,319.50**