# Exhibit "A"



# Fox Rothschild LLP
## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | 2798028 |
| Invoice Date | 08/04/21 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/21 | NIEDERMAN | AP | REVIEW COMMUNICATIONS RE STATUS CONFERENCE IN THE CASES AND CONTINUED THE HSRE ENTITIES MOTION TO INTERVENE/PARTICIPATE IN MEDIATION AND REVIEW CORRESPONDENCE WITH CHAMBERS RE SAME | 0.3 | $169.50 |
| 07/12/21 | NIEDERMAN | AP | REVIEW MOTION TO APPROVE COMPROMISE UNDER RULE 9019 FOR APPROVAL OF SETTLEMENT OF PREFERENCE CLAIMS AGAINST SPOK, INC. | 0.2 | $113.00 |
| 07/12/21 | NIEDERMAN | AP | REVIEW OF MOTION TO APPROVE COMPROMISE UNDER RULE 9019 FOR APPROVAL OF SETTLEMENT OF PREFERENCE CLAIMS AGAINST MERCK & CO., INC | 0.2 | $113.00 |
| 07/22/21 | NIEDERMAN | AP | INITIAL REVIEW OF DEBTORS' AND COMMITTEE'S JOINT CONFIDENTIAL MEDIATION RESPONSE | 0.8 | $452.00 |
| 07/23/21 | NIEDERMAN | AP | FURTHER REVIEW AND APPROVE SUBMISSION OF DEBTORS' AND COMMITTEE'S JOINT CONFIDENTIAL MEDIATION RESPONSE | 0.7 | $395.50 |
| 07/26/21 | NIEDERMAN | AP | REVIEW STATUS OF MBNF'S MEDIATION RESPONSE SUBMISSION | 0.2 | $113.00 |

128372646.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/26/21 | NIEDERMAN | AP | REVIEW AND ANALYZE THE MBNF NON-DEBTOR ENTITIES' MEDIATION STATEMENT IN RESPONSE TO THE DEBTORS' AND COMMITTEE'S JOINT CONFIDENTIAL OPENING MEDIATION STATEMENT | 1.0 | $565.00 |
| 07/27/21 | MENKOWITZ | AP | ATTEND CALL RE MEDIATION | 0.5 | $465.00 |
| 07/28/21 | NIEDERMAN | AP | REVIEW CERTIFICATION OF COUNSEL REGARDING PROPOSED CONSENT ORDER ON MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN MEDIATION | 0.2 | $113.00 |
| 07/01/21 | NIEDERMAN | CA | ANALYSIS OF THE MBNF NON-DEBTOR ENTITIES' MOTION TO APPOINT A CHAPTER 11 TRUSTEE ALONG WITH REVIEW OF TRUSTEE APPOINTMENT CASES RE SAME | 0.7 | $395.50 |
| 07/02/21 | NIEDERMAN | CA | REVIEW OF RESPONSE OF DEBTORS TO VICINITY'S MOTION TO ENFORCE 2019 STIPULATION AS THIRD PARTY BENEFICIARY | 0.2 | $113.00 |
| 07/06/21 | MENKOWITZ | CA | REVIEW STATUS/FRIEDMAN MOTION RE INDEPENDENT MANAGER | 0.1 | $93.00 |
| 07/07/21 | NIEDERMAN | CA | REVIEW MOTION FOR ENTRY OF AN ORDER AUTHORIZING MBNF NON-DEBTOR ENTITIES TO FILE UNDER SEAL THE MBNF NON-DEBTOR ENTITIES' MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 0.3 | $169.50 |
| 07/09/21 | NIEDERMAN | CA | REVIEW CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATES | 0.1 | $56.50 |
| 07/12/21 | NIEDERMAN | CA | REVIEW MATTERS SCHEDULED FOR HEARING ON 7.14 AND STATUS OF SAME | 0.3 | $169.50 |
| 07/12/21 | NIEDERMAN | CA | REVIEW OF HSREP VI HOLDING, LLC AND ITS AFFILIATES' OBJECTION TO VICINITY'S MOTION TO ENFORCE 2019 STIPULATION AS THIRD-PARTY BENEFICIARY AND CROSS-MOTION TO COMPEL | 0.2 | $113.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | DEBTORS, PROPCOS OR MASTER LEASE GUARANTORS TO PAY UTILITY OBLIGATIONS | | |
| 07/13/21 | NIEDERMAN | CA | REVIEW OF CROSS-MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES' FOR ENTRY OF AN ORDER COMPELLING DEBTORS, PROPCOS OR MASTER LEASE GUARANTORS TO PAY UTILITY OBLIGATIONS AND MOTION AND MOTION TO SHORTEN RE SAME | 0.4 | $226.00 |
| 07/13/21 | NIEDERMAN | CA | REVIEW STATUS OF 7.14 OMNIBUS HEARING AND REVIEW AGENDA CANCELLING SAME | 0.2 | $113.00 |
| 07/14/21 | NIEDERMAN | CA | REVIEW REVISED DRAFT OF NON-DISCLOSURE AGREEMENT TO BE EXECUTED BY ADDITIONAL CARRIERS AND CONFER WITH CO-COUNSEL RE AUTHORITY TO RELEASE SIGNATURE RE SAME | 0.4 | $226.00 |
| 07/15/21 | NIEDERMAN | CA | REVIEW NOTICE OF HEARING RE CROSS-MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES FOR ENTRY OF AN ORDER COMPELLING DEBTORS, PROPCOS OR MASTER LEASE GUARANTORS TO PAY UTILITY OBLIGATIONS | 0.2 | $113.00 |
| 07/16/21 | NIEDERMAN | CA | REVIEW CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING MBNF NON-DEBTOR ENTITIES TO FILE UNDER SEAL THE MBNF NON-DEBTOR ENTITIES' MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 0.2 | $113.00 |
| 07/19/21 | NIEDERMAN | CA | REVIEW ORDER AUTHORIZING MBNF NON-DEBTOR ENTITIES TO FILE UNDER SEAL THE MBNF NON-DEBTOR ENTITIES' MOTION TO APPOINT A CHAPTER 11 TRUSTEE | 0.2 | $113.00 |
| 07/20/21 | NIEDERMAN | CA | REVIEW NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR JULY 22, 2021 | 0.2 | $113.00 |

128372646.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/20/21 | SOLOMON | CA | REVIEW/DISTRIBUTE AGENDA FOR 7/22 HEARING | 0.2 | $83.00 |
| 07/21/21 | NIEDERMAN | CA | REVIEW MATTERS SCHEDULED FOR HEARING ON 7.22 | 0.3 | $169.50 |
| 07/22/21 | NIEDERMAN | CA | REVIEW AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING | 0.2 | $113.00 |
| 07/27/21 | NIEDERMAN | CA | REVIEW AGENDA OF MATTERS SCHEDULED FOR HEARING ON 7/29 | 0.2 | $113.00 |
| 07/28/21 | NIEDERMAN | CA | REVIEW MONTHLY OPERATING REPORTS | 0.2 | $113.00 |
| 07/29/21 | NIEDERMAN | CA | REVIEW AMENDED NOTICE OF AGENDA RE 7.29 OMNIBUS HEARING | 0.2 | $113.00 |
| 07/22/21 | NIEDERMAN | CH | ATTEND OMNIBUS HEARING | 0.3 | $169.50 |
| 07/27/21 | NIEDERMAN | FA1 | REVIEW CORRESPONDENCE FROM COUNSEL FOR DEBTOR RE INSTRUCTION FROM CHAMBERS CONCERNING SEPT. FEE HEARING | 0.2 | $113.00 |
| 07/06/21 | NIEDERMAN | FA2 | REVIEW FOR FILING TWENTY THIRD MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021 AS WELL AS CERT OF NO OBJECTION RE MAY FEE APP | 0.3 | $169.50 |
| 07/07/21 | SOLOMON | FA2 | DRAFT AND FILE CNO - SILLS CUMMIS 22ND FEE APPLICATION | 0.3 | $124.50 |
| 07/07/21 | SOLOMON | FA2 | DRAFT NOTICE AND COS - SILLS CUMMIS 23RD FEE APPLICATION | 0.3 | $124.50 |
| 07/07/21 | SOLOMON | FA2 | REVIEW/REVISE SILLS 23RD FEE APPLICATION | 0.3 | $124.50 |
| 07/07/21 | SOLOMON | FA2 | PREPARE/FILE SILLS 23RD MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| | | | **TOTAL** | **11.1** | **$6,280.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---:|---:|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 4.1 | $2,499.00 |
| CA | CASE ADMINISTRATION | 5.0 | $2,831.50 |
| CH | COURT HEARINGS | 0.3 | $169.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 0.2 | $113.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 1.5 | $667.50 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---:|---:|---:|
| M. G. MENKOWITZ | PARTNER | 0.6 | $930.00 | $558.00 |
| S. A. NIEDERMAN | PARTNER | 9.1 | $565.00 | $5,141.50 |
| R. I. SOLOMON | PARALEGAL | 1.4 | $415.00 | $581.00 |
| | TOTAL | 11.1 | | $6,280.50 |

TOTAL PROFESSIONAL SERVICES  $6,280.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---:|
| POSTAGE CHARGES | $8.40 |

TOTAL EXPENSES  $8.40

TOTAL AMOUNT OF THIS INVOICE  $6,288.90

**TOTAL BALANCE DUE UPON RECEIPT**  **$6,288.90**