# Exhibit "A"



# Fox Rothschild LLP
### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | 2832371 |
| Invoice Date | 10/04/21 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/04/21 | NIEDERMAN | AP | ATTENTION TO STATUS OF UPCOMING MEDIATION | 0.4 | $226.00 |
| 08/09/21 | MENKOWITZ | AP | TRAVEL TO/FROM MEDIATION | 3.5 | $3,255.00 |
| 08/09/21 | MENKOWITZ | AP | ATTEND MEDIATION | 5.5 | $5,115.00 |
| 08/16/21 | NIEDERMAN | AP | ATTENTION TO RESULTS OF MEDIATION | 0.2 | $113.00 |
| 09/21/21 | SOLOMON | AP | REVIEW/DISTRIBUTE ORDER ESTABLISHING STREAMLINED PROCEDURES FOR ADVERSARY PROCEEDINGS | 0.2 | $83.00 |
| 08/05/21 | NIEDERMAN | CA | ATTENTION TO MOTION TO EMPLOY/RETAIN CROSS & SIMON LLC AS SPECIAL COUNSEL TO THE DEBTORS | 0.2 | $113.00 |
| 08/17/21 | NIEDERMAN | CA | ATTENTION TO PROPOSED INSURANCE CARRIER STIPULATION WITH ARGO, PALADIN'S D&O CARRIER AND CONFER WITH CO-COUNSEL RE SAME | 0.4 | $226.00 |
| 08/17/21 | NIEDERMAN | CA | ATTENTION TO REVISED STIPULATION REGARDING COMMUNICATIONS BETWEEN MEDIATORS | 0.2 | $113.00 |
| 08/19/21 | NIEDERMAN | CA | ATTENTION TO 8.24 AGENDA | 0.1 | $56.50 |
| 08/20/21 | NIEDERMAN | CA | ATTENTION TO CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER PURSUANT TO 11 U.S.C. § 327(A) AUTHORIZING AND | 0.1 | $56.50 |

128372740.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | EMPLOYMENT OF CROSS AND SIMON LLC AS SPECIAL COUNSEL TO THE DEBTORS AND (B) NO OBJECTION TO SAME | | |
| 08/30/21 | NIEDERMAN | CA | ATTENTION TO STATUS AND REVIEW OF DOCKET RE SAME | 0.3 | $169.50 |
| 09/02/21 | NIEDERMAN | CA | ATTENTION TO MOTION FOR AN ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS | 0.2 | $113.00 |
| 09/07/21 | NIEDERMAN | CA | ATTENTION TO MONTHLY OPERATING REPORTS FILED BY DEBTORS | 0.2 | $113.00 |
| 09/07/21 | NIEDERMAN | CA | ATTENTION TO MOTION FOR ENTRY OF AN ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY DEBTORS | 0.2 | $113.00 |
| 09/09/21 | NIEDERMAN | CA | ATTENTION TO ORDER SCHEDULING OMNIBUS HEARING DATES | 0.1 | $56.50 |
| 09/09/21 | NIEDERMAN | CA | CONFER WITH CO-COUNSEL RE MEDIATION UPDATE AND 9/9 COMMITTEE CALL | 0.2 | $113.00 |
| 09/09/21 | NIEDERMAN | CA | ATTENTION TO MOTION TO EXTEND SEVENTH MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER FURTHER EXTENDING THE TIME PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS | 0.1 | $56.50 |
| 09/14/21 | NIEDERMAN | CA | ATTENTION TO THE MBNF NON-DEBTOR ENTITIES' OBJECTION TO THE CROSS-MOTION OF HSREP VI HOLDINGS, LLC AND ITS AFFILIATES FOR ENTRY OF AN ORDER COMPELLING DEBTORS, PROPCOS OR MASTER LEASE GUARANTORS TO PAY UTILITY OBLIGATIONS | 0.2 | $113.00 |
| 09/14/21 | NIEDERMAN | CA | ATTENTION TO RESPONSE AND OBJECTION OF DEBTORS TO CROSS-MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO COMPEL THE DEBTORS, PROPCOS OR MASTER LEASE GUARANTORS TO PAY | 0.2 | $113.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | UTILITY OBLIGATIONS (RELATED | | |
| 09/20/21 | NIEDERMAN | CA | REVIEW OF REPLY OF JV ENTITIES IN SUPPORT OF CROSS-MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES FOR ENTRY OF AN ORDER COMPELLING DEBTORS, PROPCOS OR MASTER LEASE GUARANTORS TO PAY UTILITY OBLIGATIONS FILED BY HSRE-PAHH I, LLC, HSREP VI HOLDING, LLC, PAHH BELLET MOB, LLC;, PAHH BROAD STREET MOB, LLC, PAHH ERIE STREET GARAGE, LLC, PAHH FEINSTEIN MOB, LLC, PAHH NEW COLLEGE MOB, LLC, PAHH WOOD STREET GARAGE, LLC | 0.2 | $113.00 |
| 09/21/21 | NIEDERMAN | CA | REVIEW NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY CENTER CITY HEALTHCARE, LLC. HEARING SCHEDULED FOR 9/23/2021 | 0.2 | $113.00 |
| 09/21/21 | SOLOMON | CA | REVIEW NOTICE OF AGENDA/REGISTER ATTORNEYS FOR HEARING (9/23 HEARING) | 0.3 | $124.50 |
| 09/22/21 | NIEDERMAN | CA | ATTENTION TO STATUS OF 9/23 OMNIBUS HEARING | 0.2 | $113.00 |
| 09/22/21 | NIEDERMAN | CA | ATTENTION TO AMENDED AGENDA CANCELING 9/23 OMNIBUS HEARING | 0.1 | $56.50 |
| 09/23/21 | NIEDERMAN | CA | ATTENTION TO NOTICE OF RESCHEDULED HEARING HEARING FILED BY VICINITY ENERGY PHILADELPHIA, INC.. | 0.1 | $56.50 |
| 08/04/21 | CHOVANES | FA1 | PREPARE FOX ROTHSCHILD JULY FEE APPLICATION FOR FILING | 0.3 | $226.50 |
| 08/05/21 | NIEDERMAN | FA1 | CONFER WITH COUNSEL FOR DEBTORS AND CO-COUNSEL RE INTERIM APPLICATIONS TO BE CONSIDERED AT SEPTEMBER OMNIBUS | 0.2 | $113.00 |
| 08/06/21 | GREEN | FA1 | PREPARE MONTHLY FEE APPLICATIONS (21-24) | 1.2 | $300.00 |
| 08/06/21 | SOLOMON | FA1 | PREPARE EMAIL TO S. GREEN RE: FOX MONTHLY FEE | 0.4 | $166.00 |

Page 3

128372740.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | STATEMENTS | | |
| 08/09/21 | SOLOMON | FA1 | REVIEW DRAFTS OF MONTHLY FEE APPLICATIONS | 0.6 | $249.00 |
| 08/11/21 | NIEDERMAN | FA1 | ATTENTION TO FOX ROTHSCHILD'S FIFTH AND SIXTH INTERIM FEE APPS | 0.3 | $169.50 |
| 08/11/21 | SOLOMON | FA1 | DRAFT FOX ROTHSCHILD'S FIFTH/SIXTH INTERIM FEE APPLICATIONS AND RELATED NOTICES | 1.5 | $622.50 |
| 08/12/21 | MENKOWITZ | FA1 | REVIEW FEE APPLICATION | 0.1 | $93.00 |
| 08/17/21 | SOLOMON | FA1 | UPDATE, PREPARE AND FILE FOX ROTHSCHILD'S 5TH AND 6TH INTERIM FEE APPLICATIONS | 1.0 | $415.00 |
| 08/20/21 | NIEDERMAN | FA1 | ATTENTION TO UST REQUESTS FOR LEDES FILES | 0.2 | $113.00 |
| 09/13/21 | NIEDERMAN | FA1 | ATTENTION TO CERTIFICATE OF NO OBJECTION REGARDING THE SIXTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020 AND CERTIFICATE OF NO OBJECTION REGARDING THE FIFTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2020 THROUGH SEPTEMBER 30, 2020 | 0.3 | $169.50 |
| 09/13/21 | SOLOMON | FA1 | DRAFT/FILE CNOS-FOX 5TH/6TH FEE APPLICATIONS | 0.5 | $207.50 |
| 09/15/21 | NIEDERMAN | FA1 | ATTENTION TO PROPOSED ORDER GRANTING PROFESSIONALS FEE APPLICATIONS | 0.2 | $113.00 |
| 09/24/21 | SOLOMON | FA1 | REVIEW/DISTRIBUTE FOX INTERIM FEE ORDER | 0.2 | $83.00 |

128372740.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/21 | NIEDERMAN | FA2 | ATTENTION TO TWENTY FOURTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021 | 0.3 | $169.50 |
| 08/03/21 | NIEDERMAN | FA2 | ATTENTION TO FIFTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JULY 1, 2020 THROUGH SEPTEMBER 30, 2020 | 0.2 | $113.00 |
| 08/03/21 | SOLOMON | FA2 | DRAFT NOTICE AND COS - SILLS CUMMIS 24TH FEE APPLICATION | 0.3 | $124.50 |
| 08/03/21 | SOLOMON | FA2 | PREPARE, FILE AND SERVE SILLS CUMMIS 24TH MONTHLY FEE APPLICATION | 0.5 | $207.50 |
| 08/05/21 | NIEDERMAN | FA2 | ATTENTION TO QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SILLS CUMMIS & GROSS P.C. FOR THE PERIOD JULY 1, 2020 TO SEPTEMBER 30, 2020 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS. | 0.2 | $113.00 |
| 08/05/21 | NIEDERMAN | FA2 | ATTENTION TO INQUIRY RE SEVENTH MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM APRIL 1, 2020 THROUGH | 0.2 | $113.00 |

128372740.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | SEPTEMBER 30, 2020 | | |
| 08/05/21 | SOLOMON | FA2 | DRAFT AND FILE CNO/BRG 7TH MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 08/05/21 | SOLOMON | FA2 | DRAFT NOTICE, COS RE: SILLS CUMMIS 5TH INTERIM FEE APPLICATION | 0.4 | $166.00 |
| 08/05/21 | SOLOMON | FA2 | PREPARE AND FILE SILLS CUMMIS 5TH INTERIM FEE APPLICATION AND COORDINATE SERVICE OF SAME | 0.5 | $207.50 |
| 08/13/21 | NIEDERMAN | FA2 | ATTENTION TO SIXTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020 | 0.2 | $113.00 |
| 08/16/21 | SOLOMON | FA2 | PREPARE AND FILE SILLS CUMMIS 6TH INTERIM FEE APPLICATION | 0.4 | $166.00 |
| 08/17/21 | SOLOMON | FA2 | DRAFT NOTICE OF SILLS CUMMIS 6TH INTERIM FEE APPLICATION | 0.2 | $83.00 |
| 08/19/21 | NIEDERMAN | FA2 | REVIEW AND ATTENTION TO FILING OF EIGHTH MONTHLY AND FIFTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020 AND FOURTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED | 0.3 | $169.50 |

128372740.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | CREDITORS DURING THE PERIOD FROM APRIL 1, 2020 THROUGH SEPTEMBER 30, 2020 | | |
| 08/19/21 | SOLOMON | FA2 | DRAFT NOTICES OF BRG INTERIM FEE APPLICATIONS (4TH/5TH) | 0.3 | $124.50 |
| 08/19/21 | SOLOMON | FA2 | DRAFT/FILE COS - BRG INTERIM FEE APPLICATIONS | 0.2 | $83.00 |
| 08/19/21 | SOLOMON | FA2 | PREPARE/FILE BRG 4TH AND 5TH INTERIM FEE APPLICATIONS | 0.5 | $207.50 |
| 08/30/21 | NIEDERMAN | FA2 | ATTENTION TO CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-THIRD AND TWENTY-FOURTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021 | 0.2 | $113.00 |
| 08/30/21 | SOLOMON | FA2 | DRAFT AND FILE CNOS RE; SILLS 23RD AND 24TH MONTHLY FEE APPLICATIONS | 0.5 | $207.50 |
| 08/31/21 | NIEDERMAN | FA2 | ATTENTION TO INQUIRY RE BRG CENTER CITY 5TH INTERIM | 0.2 | $113.00 |
| 09/03/21 | NIEDERMAN | FA2 | ATTENTION TO BRG AMENDED 5TH INTERIM | 0.2 | $113.00 |
| 09/03/21 | SOLOMON | FA2 | DRAFT NOTICE AND COS RE: BRG AMENDED FEE APPLICATION | 0.4 | $166.00 |
| 09/03/21 | SOLOMON | FA2 | PREPARE/FILE BRG AMENDED FEE APPLICATION | 0.3 | $124.50 |
| 09/08/21 | NIEDERMAN | FA2 | ATTENTION TO CNOS RE OUTSTANDING FEE APPS FOR COMMITTEE PROFESSIONALS | 0.3 | $169.50 |
| 09/13/21 | NIEDERMAN | FA2 | ATTENTION TO CNO RE INTERIM APPLICATION AND CONFER WITH COUNSEL FOR DEBTORS RE CORRECTION TO SAME | 0.2 | $113.00 |
| 09/13/21 | NIEDERMAN | FA2 | ATTENTION TO CERTIFICATE OF NO OBJECTION REGARDING THE FIFTH | 0.2 | $113.00 |

128372740.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JULY 1, 2020 THROUGH SEPTEMBER 30, 2020 AND CERTIFICATE OF NO OBJECTION REGARDING THE SIXTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020 | | |
| 09/13/21 | NIEDERMAN | FA2 | ATTENTION TO CNO RE BERKLEY FEE APP | 0.2 | $113.00 |
| 09/13/21 | SOLOMON | FA2 | DRAFT AND FILE CNOS-SILLS 5TH/6TH FEE APPLICATIONS | 0.5 | $207.50 |
| 09/14/21 | NIEDERMAN | FA2 | ATTENTION TO CERTIFICATE OF NO OBJECTION REGARDING THE AMENDED EIGHTH MONTHLY AND FIFTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020 | 0.2 | $113.00 |
| 09/17/21 | NIEDERMAN | FA2 | ATTENTION TO TWENTY FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF | 0.2 | $113.00 |

128372740.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021 | | |
| 09/20/21 | NIEDERMAN | FA2 | ATTENTION TO CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING FIFTH AND SIXTH INTERIM FEE APPLICATIONS OF SAUL EWING ARNSTEIN & LEHR LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, THE FOURTH AND FIFTH INTERIM APPLICATIONS OF KLEHR HARRISON HARVEY BRANZBURG LLP AND THE FOURTH AND AMENDED FIFTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC | 0.2 | $113.00 |
| 09/22/21 | NIEDERMAN | FA2 | ATTENTION TO TWENTY FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021 | 0.2 | $113.00 |
| 09/22/21 | SOLOMON | FA2 | REVIEW SILLS 25TH MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 09/22/21 | SOLOMON | FA2 | PREPARE NOTICE/COS RE: SILLS 25TH MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 09/23/21 | SOLOMON | FA2 | DRAFT NOTICE/COS - SILLS 25TH FEE APPLICATION | 0.3 | $124.50 |
| 09/23/21 | SOLOMON | FA2 | PREPARE/FILE SILLS 25TH FEE APPLICATION | 0.3 | $124.50 |
| 09/08/21 | NIEDERMAN | MR | ATTENTION TO STIPULATION BETWEEN CENTER CITY HEALTHCARE, LLC AND MADERN EDMONDSON GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIM | 0.2 | $113.00 |
| 09/01/21 | NIEDERMAN | PC | ATTENTION TO MOTION TO FILE CLAIM AFTER CLAIMS BAR DATE FILED BY LESLIE CALDWELL. | 0.2 | $113.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/08/21 | NIEDERMAN | PC | ATTENTION TO STIPULATION BETWEEN CENTER CITY HEALTHCARE, LLC AND HUMANA INC., HUMANA INSURANCE COMPANY, HUMANA WISCONSIN HEALTH ORGANIZATION INSURANCE AND THEIR AFFILIATES REGARDING ALLOWED CLAIMS | 0.2 | $113.00 |
| | | | **TOTAL** | **31.4** | **$19,061.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---|---|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 9.8 | $8,792.00 |
| CA | CASE ADMINISTRATION | 3.8 | $2,102.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 7.0 | $3,040.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 10.2 | $4,788.00 |
| MR | STAY RELIEF MATTERS | 0.2 | $113.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.4 | $226.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. G. MENKOWITZ | PARTNER | 9.1 | $930.00 | $8,463.00 |
| M. B. CHOVANES | PARTNER | 0.3 | $755.00 | $226.50 |
| S. A. NIEDERMAN | PARTNER | 9.6 | $565.00 | $5,424.00 |
| S. GREEN | PARALEGAL | 1.2 | $250.00 | $300.00 |
| R. I. SOLOMON | PARALEGAL | 11.2 | $415.00 | $4,648.00 |
| | TOTAL | 31.4 | | $19,061.50 |

TOTAL PROFESSIONAL SERVICES    $19,061.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $71.20 |
| TRAIN - OUT-OF-TOWN TRAVEL EXPENSE WELLS FARGO CREDIT CARD - MICHAEL GARY MENKOWITZ - AMTRAK, depart PA, arrive New York, NY on 08/09/21 | $8.00 |
| TRAIN - OUT-OF-TOWN TRAVEL EXPENSE WELLS FARGO CREDIT CARD - MICHAEL GARY MENKOWITZ - AMTRAK, depart PA, arrive New York, NY on 08/09/21 | $101.00 |
| TRAIN - OUT-OF-TOWN TRAVEL EXPENSE MICHAEL G. MENKOWITZ TRAIN/ Attending Mediation in NY 8/09/21 | $113.00 |
| PARKING - OUT-OF-TOWN TRAVEL EXPENSE MICHAEL G. MENKOWITZ Parking at train station - Attending Mediation in NY 8/09/21 | $28.00 |

|  |  |
|---|---|
| TOTAL EXPENSES | $321.20 |
| TOTAL AMOUNT OF THIS INVOICE | $19,382.70 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$19,382.70** |

128372740.1