# Exhibit "A"



# Fox Rothschild LLP
## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number 2850024 |
| SILLS CUMMIS & GROSS | Invoice Date 11/02/21 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE: CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/19/21 | NIEDERMAN | AP | REVIEW CURRENT DRAFT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "COMMITTEE") AND CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | 0.8 | $452.00 |
| 10/19/21 | NIEDERMAN | AP | REVIEW CURRENT DRAFT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "COMMITTEE") AND CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | 1.0 | $565.00 |
| 10/19/21 | NIEDERMAN | AP | ATTENTION TO MOTION TO FILE UNDER SEAL RE NEW ADVERSARY ACTION TO BE FILED | 0.3 | $169.50 |
| 10/19/21 | NIEDERMAN | AP | REVIEW OF DEBTORS' AND COMMITTEE'S DEPOSITION | 0.5 | $282.50 |

128375762.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | NOTICES PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE RELATED TO THE MBNF NON-DEBTOR ENTITIES MOTION TO APPOINT A CHAPTER 11 TRUSTEE | | |
| 10/20/21 | SLATER | AP | DRAFT MOTION TO SEAL COMPLAINT; CERTIFICATION IN SUPPORT OF SEAL; AND PROPOSED ORDER | 2.3 | $816.50 |
| 10/20/21 | SOLOMON | AP | PREPARE, FILE AND COORDINATE SERVICE OF COMMITTEE RESPONSE TO RRG MOTION | 0.5 | $207.50 |
| 10/21/21 | NIEDERMAN | AP | ATTENTION TO JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF THE COMPLAINT AND MEMORANDUM OF LAW UNDER SEAL AS WELL AS THE MOTION TO ENFORCE THE STAY UNDER SEAL AND CONFER WITH CO-COUNSEL RE SAME | 0.5 | $282.50 |
| 10/21/21 | NIEDERMAN | AP | ATTENTION TO INQUIRY RE REQUIRED PLEADINGS TO BE FILED IN SUPPORT OF MOTION FOR TRO AND REVIEW LOCAL RULES RE SAME | 0.5 | $282.50 |
| 10/21/21 | SLATER | AP | REVIEW AND FINALIZE MOTION TO SEAL AND ACCOMPANYING DOCUMENTS | 1.3 | $461.50 |
| 10/22/21 | NIEDERMAN | AP | ATTENTION TO STATUS OF FILING MOTION TO ENFORCE AUTOMATIC STAY AND ADVERSARY ACTION AS WELL AS REQUEST FOR TRO AND CONFER WITH CO-COUNSEL RE SAME | 0.3 | $169.50 |
| 10/22/21 | NIEDERMAN | AP | ATTENTION TO JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF CERTAIN PLEADINGS UNDER SEAL AND SUPPORTING/ANCILLARY DOCUMENTS AND CONFER | 0.5 | $282.50 |

128375762.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | WITH CO-COUNSEL RE SAME | | |
| 10/22/21 | NIEDERMAN | AP | ATTENTION TO JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | 0.5 | $282.50 |
| 10/22/21 | SLATER | AP | REVIEW AND REVISE MOTION TO SEAL COMPLAINT, MEMORANDUM OF LAW AND MOTION TO ENFORCE AUTOMATIC STAY PER COMMENT FROM CO-COUNSEL | 0.5 | $177.50 |
| 10/23/21 | SLATER | AP | EMAIL TO M. MINUTI AND CO COUNSEL WITH DRAFTS OF MOTION TO SEAL AND ACCOMPANYING DOCUMENTATION | 0.2 | $71.00 |
| 10/24/21 | NIEDERMAN | AP | ATTENTION TO STATUS OF MOTIONS TO FILE UNDER SEAL AS WELL AS TRO COMPLAINT AND MOTION AND EDITS TO SAME | 0.5 | $282.50 |
| 10/25/21 | NIEDERMAN | AP | ATTENTION TO STATUS OF EXTENSION TO STANDSTILL AGREEMENT AND STATUS OF COMPLAINT AND MOTION FOR TRO FILING | 0.4 | $226.00 |
| 10/25/21 | NIEDERMAN | AP | ATTENTION TO EDITS TO MOTIONS TO FILE UNDER SEAL (COMPLAINT AND MEMO IN SUPPORT OF TRO) INCLUDING EDITS TO NIEDERMAN CERTIFICATION | 0.4 | $226.00 |
| 10/25/21 | SLATER | AP | REVIEW EMAILS FROM M. MINUTI WITH REQUESTED CHANGES TO MOTION TO SEAL AND ACCOMPANYING DOCUMENTS; INCORPORATE CHANGES INTO MOTIONS TO SEAL | 0.6 | $213.00 |
| 10/06/21 | NIEDERMAN | CA | REVIEW OF RESPONSE TO OBJECTION TO CLAIM . FILED BY CALL 4 HEALTH, INC., CALL 4 NURSE LLC. | 0.2 | $113.00 |
| 10/07/21 | NIEDERMAN | CA | ATTENTION TO 10/12 OMNIBUS HEARING AGENDA | 0.2 | $113.00 |
| 10/11/21 | MENKOWITZ | CA | REVIEW STATUS EMAIL FROM A. SHERMAN | 0.1 | $93.00 |
| 10/18/21 | MENKOWITZ | CA | REVIEW STATUS/STRATEGY | 0.1 | $93.00 |

128375762.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/19/21 | NIEDERMAN | CA | REVIEW OF DEBTORS' AND COMMITTEE'S FIRST SET OF INTERROGATORIES TO THE MBNF NON-DEBTOR ENTITIES RELATED TO MBNF NON-DEBTOR ENTITIES' MOTION TO APPOINT CHAPTER 11 TRUSTEE | 0.4 | $226.00 |
| 10/19/21 | NIEDERMAN | CA | REVIEW CURRENT DRAFT OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) ENFORCING THE AUTOMATIC STAY, (II) ENFORCING THE COURT'S ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF EISNERAMPER LLP, (III) AWARDING FEES, EXPENSES, AND DAMAGES, (IV) AWARDING SANCTIONS, AND (V) GRANTING RELATED RELIEF | 0.6 | $339.00 |
| 10/21/21 | NIEDERMAN | CA | REVIEW NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY CENTER CITY HEALTHCARE, LLC. HEARING SCHEDULED FOR 10/25/2021 AT 10:30 AM | 0.2 | $113.00 |
| 10/22/21 | NIEDERMAN | CA | ATTENTION TO NOTICE OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) ENFORCING THE AUTOMATIC STAY, (II) ENFORCING THE COURT'S ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF EISNERAMPER LLP, (III) AWARDING FEES, EXPENSES, AND DAMAGES, (IV) AWARDING SANCTIONS, AND (V) GRANTING RELATED RELIEF | 0.2 | $113.00 |
| 10/25/21 | NIEDERMAN | CA | ATTENTION TO NOTICE RE CANCELLATION OF OMNIBUS HEARING | 0.2 | $113.00 |
| 10/26/21 | NIEDERMAN | CA | ATTENTION TO UPDATED DRAFTS OF MOTIONS TO FILE UNDER SEAL | 0.2 | $113.00 |
| 10/28/21 | NIEDERMAN | CA | ATTENTION TO INQUIRY RE | 0.2 | $113.00 |

128375762.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | DECLARATION IN SUPPORT OF TRO FILING | | |
| 10/29/21 | MENKOWITZ | CA | REVIEW UPDATED EMAIL RE TRO | 0.1 | $93.00 |
| 10/29/21 | NIEDERMAN | CA | ATTENTION TO EXTENSION OF STANDSTILL AGREEMENT AND TIMING OF COMPLAINT / TRO FILING | 0.3 | $169.50 |
| 10/20/21 | SLATER | CM | EMAIL TO COMMITTEE MEMBERS WITH AGENDA FOR 10.21.21 AND MEETING MINUTES FOR 10.14.21 | 0.1 | $35.50 |
| 10/04/21 | NIEDERMAN | EC | REVIEW OF MOTION TO AUTHORIZE DEBTORS TO ENTER INTO ASSIGNMENT, ASSUMPTION AND NOVATION AGREEMENT PURSUANT TO 11 U.S.C. § 363 AND GRANTING RELATED RELIEF FILED BY CENTER CITY HEALTHCARE, LLC. | 0.3 | $169.50 |
| 10/20/21 | NIEDERMAN | EC | ATTENTION TO LIMITED RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTORS FOR ORDER (I) AUTHORIZING DEBTORS TO ENTER INTO ASSIGNMENT, ASSUMPTION AND NOVATION AGREEMENT PURSUANT TO 11 U.S.C. § 363 AND (II) GRANTING RELATED RELIEF | 0.5 | $282.50 |
| 10/04/21 | CHOVANES | FA1 | PREPARE MONTHLY FEE APPLICATION | 0.3 | $226.50 |
| 10/07/21 | SOLOMON | FA1 | PREPARE CHART OF ALL MONTHLY/INTERIM FEE APPLICATIONS FOR M. MENKOWITZ | 2.1 | $871.50 |
| 10/08/21 | SOLOMON | FA1 | UPDATE 18TH, 19TH AND 20TH MONTHLY FEE STATEMENTS | 1.1 | $456.50 |
| 10/29/21 | SOLOMON | FA1 | UPDATE OUTSTANDING MONTHLY FEE APPLICATIONS FOR FILING | 1.2 | $498.00 |
| 10/05/21 | NIEDERMAN | FA2 | ATTENTION TO TWENTY SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF | 0.2 | $113.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021 | | |
| 10/05/21 | SOLOMON | FA2 | DRAFT NOTICE/COS RE: SILLS 26TH FEE APPLICATION | 0.4 | $166.00 |
| 10/05/21 | SOLOMON | FA2 | REVIEW/REVISE SILLS 26TH FEE APPLICATION | 0.3 | $124.50 |
| 10/05/21 | SOLOMON | FA2 | FILE SILLS 26TH FEE APPLICATION AND COORDINATE SERVICE OF SAME | 0.3 | $124.50 |
| 10/14/21 | NIEDERMAN | FA2 | ATTENTION TO CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021 | 0.2 | $113.00 |
| 10/14/21 | SOLOMON | FA2 | DRAFT AND FILE CNO - SILLS 25TH MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 10/14/21 | SOLOMON | FA2 | EMAIL TO G. KOPACZ WITH FILED CNO | 0.1 | $41.50 |
| 10/28/21 | NIEDERMAN | FA2 | ATTENTION TO TWENTY SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED | 0.2 | $113.00 |
| 10/15/21 | NIEDERMAN | PC | ATTENTION TO OBJECTION TO CLAIMS DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AND REQUEST TO SEAL RE SAME | 0.4 | $226.00 |
| | | | **TOTAL** | **22.6** | **$10,940.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---|---|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 11.6 | $5,450.00 |
| CA | CASE ADMINISTRATION | 3.0 | $1,804.50 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 0.1 | $35.50 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.8 | $452.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 4.7 | $2,052.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.0 | $920.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.4 | $226.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. G. MENKOWITZ | PARTNER | 0.3 | $930.00 | $279.00 |
| M. B. CHOVANES | PARTNER | 0.3 | $755.00 | $226.50 |
| S. A. NIEDERMAN | PARTNER | 10.7 | $565.00 | $6,045.50 |
| S. SLATER | ASSOCIATE | 5.0 | $355.00 | $1,775.00 |
| R. I. SOLOMON | PARALEGAL | 6.3 | $415.00 | $2,614.50 |
| | TOTAL | 22.6 | | $10,940.50 |

TOTAL AMOUNT OF THIS INVOICE     $10,940.50

**TOTAL BALANCE DUE UPON RECEIPT     $10,940.50**