UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                              Chapter __11__

                                         Case No. __19__ - __11466__ (mfw)

Debtor: _Center City Healthcare, LLC_____

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of _Jessica M. Gulash_____
to represent _Philadelphia Urosurgical Associates, P.C._____
in this action.

                           /s/           David M. Klauder

                           Firm Name: Bielli & Klauder, LLC

                           Address: 1204 N. King Street, Wilmington, DE 19801

                           Phone: (302) 803-4600

                           Email: dklauder@bk-legal.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                           /s/ Jessica M. Gulash
                           Firm Name: Lundy Beldecos & Milby
                           Address: 250 N. Narberth Ave, Suite 200, Narberth, PA 19072

                           Phone: (610) 668-0772
                           Email: jgulash@lbmlaw.com

## ORDER GRANTING MOTION

       IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: December 1st, 2021**                       **MARY F. WALRATH**
**Wilmington, Delaware**                            **UNITED STATES BANKRUPTCY JUDGE**