Center city Healthcare, LLC
Case No. 19-11466

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Robert | Malionek | PAHH and the Broad Street Entities | Latham & Watkins |
| Allen | Wilen | Debtors | American Academic |
| Kaitlin | MacKenzie | HSREP VI Holding, LLC et al. | DLA Piper LLP (US) |
| Dan | Morales | PAHH and the Broad Street Entities | Latham & Watkins |
| Rachel | Brennan | Committee of Unsecured Creditors | |
| Asher | McGuffin | None - Observing Law Clerk | |
| Kyle | Schmidt | MBNF Non-Debtor Entities | |
| Mark | Minuti | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Phillip | Khezri | Medline | Lowenstein Sandler LLP |
| Andrew | Sherman | Official Committee of Unsecured Creditors | Sills Cummis |
| Christopher | Stratigeas | PAHH and the Broad Street Entities | Latham & Watkins |
| Adam | Isenberg | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Alexandria | Zablocki | PAHH and the Broad Street Entities | Latham & Watkins |
| Gail | Reiser | PAHH | Latham & Watkins |
| TJ | Li | PAHH and the Broad Street Entities | Latham & Watkins |
| Joseph | Kernen | HSREP VI Holding, LLC, et al. | DLA Piper LLP (US) |
| Brian | Collins | None | Reliable Court Reporting |
| Louis | Curcio | Capital One, N.A. | Louis Curcio |
| Harold | Brubaker | Media | The Philadelphia Inquirer |
| Cindi | Giglio | Gordon Brothers | Katten Muchin Rosenman LLP |
| Boris | Mankovetskiy | Creditors Committee | Sills Cummis |
| Suzzanne | Uhland | PAHH and the Broad Street Entities | Latham & Watkins |
| Mayer | Kohn | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Alissa | Piccione | Capital One, N.A. | Troutman Pepper |
| megan | harper | City of Philadelphia | |
| Grace | Thompson | Gordon Brothers | Katten Muchin Rosenman LLP |
| Raniero | D'Aversa | Column Financial | Orrick, Herrington & Sutcliffe LLP |
| Kent | Hayden | Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC | Kirkland & Ellis LLP |
| Ryan | Jornlin | DE BAR CLERKSHIP | |
| Joel | Freedman | Broad Street Entities and PAHH | Paladin Healthcare Capital |
| Julien | Adams | PAHH and the Broad Street Entities | Dovel & Luner |
| Timothy | Cairns | Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC | Pachulski Stang Ziehl & Jones LLP |
| Jeffrey | Hampton | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Christopher | Koenig | Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC | Kirkland & Ellis LLP |
| Gail | Reiser | PAHH and the Broad Street Entities | Latham & Watkins |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Svetlana | Attestatova | MBNF Non-Debtor Entities | |
| Laura Davis | Jones | Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC | Pachulski Stang Ziehl & Jones LLP |
| William | Brinkman | Broad Street Entities & PAHH | MBNF Investments, LLC |
| Brendan | Schlauch | MBNF Non-Debtor Entities | Richards, Layton & Finger, P.A. |
| Seth | Niederman | Creditors' committee | Fox Rothschild LLP |
| Stuart | Brown | HSREP VI Holding, LLC et al. | DLA Piper LLP (US) |
| Ben | Bistricer | PAHH and the Broad Street Entities | Latham & Watkins |
| Gregory | Taylor | Capital One, N.A. | Ashby & Geddes, P.A. |
| John | DiNome | Debtors | American Academic |
| Nick | Sabatino | Column Financial | Orrick, Herrington & Sutcliffe LLP |
| Amy | Quartarolo | PAHH and the Broad Street Entities | Latham & Watkins |