# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a/ HAHNEMANN UNIVERSITY HOSPITAL, *et. al.*,<br>             Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 9010-2(b) of the Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, O'Melveny & Myers LLP (and all attorneys therein) hereby withdraws as counsel to American Academic Health Systems, LLC, Philadelphia Academic Health Holdings, and Joel Freedman (collectively, "PAHH") in the above-captioned Chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby certifies that (i) PAHH has no controversy pending before the Court and (ii) PAHH consents to the withdrawal of the Firms as its counsel in connection with these cases.

PLEASE TAKE FURTHER NOTICE that PAHH continues to be represented by Latham & Watkins LLP and Richards, Layton & Finger, P.A. in the above-captioned Chapter 11 cases.

Dated: December 1, 2021

/s/ Daniel S. Shamah

Daniel S. Shamah
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: dshamah@omm.com

*Counsel to PAHH*