## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:

CENTER CITY HEALTHCARE, LLC
D/B/A HAHNEMANN UNIVERSITY
HOSPITAL, *et al.*,[1]

         Debtors.

------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 19-11466 (MFW)

(Jointly Administered)

**Re: Docket No. 3186**

### NOTICE OF FILING OF PROPOSED REDACTED OMNIBUS REPLY IN SUPPORT OF THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY <u>FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS</u>

**PLEASE TAKE NOTICE** that, pursuant to rule 9018-(d)(ii) of the Local Rules of

Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of

Delaware, the Movants[2] have today filed the attached proposed redacted version of the *Omnibus*

*Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I)*

*Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative,*

*Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise*

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]     The "**Movants**" are Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, and Broad Street Healthcare Properties III, LLC (collectively, the "**Broad Street Entities**"), and Philadelphia Academic Health Holdings, LLC ("**PAHH**").

*Encumber Such Assets* [Docket No. 3186] with the United States Bankruptcy Court for the

District of Delaware.

Dated: December 2, 2021
       Wilmington, DE

                                */s/ Brendan J. Schlauch*
                                Mark D. Collins (No. 2981)
                                Michael J. Merchant (No. 3854)
                                Brendan J. Schlauch (No. 6115)
                                RICHARDS, LAYTON & FINGER, P.A.
                                One Rodney Square
                                920 North King Street
                                Wilmington, Delaware 19801
                                Tel: (302) 651-7700
                                Fax: (302) 651-7701
                                Email: collins@rlf.com
                                          merchant@rlf.com
                                        schlauch@rlf.com

                                - and -

                                Suzzanne S. Uhland (admitted *pro hac vice*)
                                Robert J. Malionek (admitted *pro hac vice*)
                                Tianjiao ("TJ") Li (admitted *pro hac vice*)
                                Alexandra M. Zablocki (admitted *pro hac vice*)
                                LATHAM & WATKINS LLP
                                1271 Avenue of the Americas
                                New York, New York 10020
                                Telephone: (212) 906-1200
                                Facsimile: (212) 751-4864
                                E-mail: suzzanne.uhland@lw.com
                                          robert.malionek@lw.com
                                          tj.li@lw.com
                                          alexandra.zablocki@lw.com

                                *Counsel for the Movants*

2