**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x

In re:

CENTER CITY HEALTHCARE, LLC
D/B/A HAHNEMANN UNIVERSITY
HOSPITAL, *et al.*,[1]

Debtors.

-------------------------------------------------------- x

Chapter 11

Case No. 19-11466 (MFW)

(Jointly Administered)

Re: Docket No. __

## ORDER AUTHORIZING THE BROAD STREET ENTITIES AND PAHH TO FILE UNDER SEAL (A) THE OMNIBUS REPLY IN SUPPORT OF THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS, AND (B) THE RESPONDENTS' OBJECTION TO DEBTORS' AND COMMITTEE'S (I) RENEWED MOTION TO COMPEL DISCOVERY AND CONTINUE HEARING ON COMFORT/LIFT STAY MOTION, AND (II) MOTION IN LIMING

Upon the motion (the "**Motion to Seal**")[2] for entry of an order (this "**Order**") under

sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 2018 and Local Rule 9018-

1(d), authorizing the Movants to (i) file the Confidential Information contained in the Movants'

Sealed Filings under seal, (ii) file redacted versions of the Movants' Sealed Filings on the docket

in these chapter 11 cases, and (iii) provide unredacted versions of the Movants' Sealed Filings to:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to those terms in the Motion to Seal.

(a) the U.S. Trustee; (b) counsel for the Debtors; (c) counsel for the Committee; and (d) any other party at the sole discretion of the Movants, in each case subject to the terms of this Order, all as more fully set forth in the Motion to Seal; and the Court having jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion to Seal and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Seal having been provided under the circumstances, and it appearing that no other or further notice need be provided; and this Court having held a hearing to consider the relief requested in the Motion to Seal, if necessary (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion to Seal, and at the Hearing, if any, establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion to Seal is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion to Seal is granted to the extent set forth herein.

2.      The Movants are authorized to file the Confidential Information contained in the Movants' Sealed Filings under seal.

3.      The Confidential Information shall remain under seal, and shall not be made available to anyone, except that the Movants shall provide unredacted copies of the Movants' Sealed Filings on an attorneys'-eyes-only basis (which unredacted copies shall not be used in any proceedings other than in connection with the December 1 Hearing) to: (a) the U.S. Trustee; (b)

2

counsel for the Debtors; (c) counsel for the Committee; and (d) any other party at the sole discretion of the Movants.

4.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.    The Movants are authorized to take all action necessary to effectuate the relief granted in this Order.

6.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.