# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                              **Case No.:** 19−11466−MFW
Center City Healthcare, LLC

                                                                        **Chapter:** 11

Notice of Filing Fee(s) Due
Re: Docket # 3201

Dear Michael van der Veen:

☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 188 is now due.

☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

☑ On 11/29/2021, you filed a document in the above−captioned case that requires a filing fee of $ 188 be paid to the Court.


Notes:




**Please remit funds to the Court at the following address by no later than 12/2/2021.**




**United States Bankruptcy Court**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.


_Una O'Boyle_
Una O'Boyle, Clerk of Court


Date: 11/30/21                                    By:  Mandy Bartkowski, Deputy Clerk



(VAN−441)

United States Bankruptcy Court

District of Delaware

| | |
|---|---|
| In re: | Case No. 19-11466-MFW |
| Center City Healthcare, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 15 |
| Date Rcvd: Nov 30, 2021 | Form ID: van441 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Michael T. Van der Veen, van der Veen, Hartshorn, and Levin, 1219 Spruce Street, Philadelphia, PA 19107-5607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021                 Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. Moore | on behalf of Defendant Solid Waste Services Inc. aemoore@mdwcg.com  frparis@mdwcg.com |
| Adam Hiller | on behalf of Defendant Fisher Scientific Company L.L.C. ahiller@adamhillerlaw.com |
| Adam H. Isenberg | on behalf of Debtor Center City Healthcare  LLC aisenberg@saul.com |
| Adam R. Elgart | on behalf of Creditor PATHS LLC aelgart@mwm-law.com  asandoval@mwm-law.com |
| Adam R. Elgart | on behalf of Defendant Physician and Tactical Healthcare Services  LLC aelgart@mwm-law.com, asandoval@mwm-law.com |
| Albert A. Ciardi, III | on behalf of Interested Party St. Christopher's Hospital for Children Medical Staff aciardi@ciardilaw.com |

sfrizlen@ciardilaw.com

Amy Christine Quartarolo

on behalf of Interested Party Front Street Healthcare Properties  LLC amy.quartarolo@lw.com, colleen.rico@lw.com

Amy Christine Quartarolo

on behalf of Interested Party Front Street Healthcare Properties II  LLC amy.quartarolo@lw.com, colleen.rico@lw.com

Amy Christine Quartarolo

on behalf of Interested Party Philadelphia Academic Health Holdings LLC amy.quartarolo@lw.com  colleen.rico@lw.com

Amy Christine Quartarolo

on behalf of Interested Party Broad Street Healthcare Properties II  LLC amy.quartarolo@lw.com, colleen.rico@lw.com

Amy Christine Quartarolo

on behalf of Interested Party Paladin Healthcare Capital  LLC amy.quartarolo@lw.com, colleen.rico@lw.com

Amy Christine Quartarolo

on behalf of Interested Party Broad Street Healthcare Properties III  LLC amy.quartarolo@lw.com, colleen.rico@lw.com

Amy Christine Quartarolo

on behalf of Interested Party Broad Street Healthcare Properties  LLC amy.quartarolo@lw.com, colleen.rico@lw.com

Amy Christine Quartarolo

on behalf of Interested Party Joel Freedman amy.quartarolo@lw.com  colleen.rico@lw.com

Andrew Kelser

on behalf of Creditor Benefit Fund for Hospital and Health Care Employees  Philadelphia and Vicinity
akelser@odonoghuelaw.com

Andrew H. Sherman

on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com

Andrew L. Cole

on behalf of Creditor Sodexo Management  Inc. acole@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com

Benjamin A. Hackman

on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Bernard George Conaway

on behalf of Creditor August Peraino bgc@conaway-legal.com

Bernard George Conaway

on behalf of Creditor Johnathan Carroll bgc@conaway-legal.com

Beverly Weiss Manne

on behalf of Defendant Fisher Scientific Company L.L.C. bmanne@tuckerlaw.com  bewmanne@gmail.com

Boris I. Mankovetskiy

on behalf of Creditor Committee Official Committee of Unsecured Creditors bmankovetskiy@sillscummis.com

Brandon A. Cook

on behalf of Interested Party Cadence Bank  N.A. bcook@smithhulsey.com

Brendan Joseph Schlauch

on behalf of Interested Party Joel Freedman schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party MBNF Investments  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Front Street Healthcare Properties  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Philadelphia Academic Risk Retention Group  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Front Street Healthcare Properties II  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Non-Debtor PAHH Entities schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Broad Street Healthcare Properties II  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

District/off: 0311-1                                    User: admin                                    Page 3 of 15
Date Rcvd: Nov 30, 2021                               Form ID: van441                                Total Noticed: 1

on behalf of Interested Party American Academic Health Systems  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Paladin Healthcare Capital  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Broad Street Healthcare Properties III  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Broad Street Healthcare Properties  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Philadelphia Academic Health Holdings LLC schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brett D. Fallon

on behalf of Interested Party KPC Global brett.fallon@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Brett D. Fallon

on behalf of Interested Party Strategic Global Management  Inc. brett.fallon@faegredrinker.com,
rokeysha.ramos@faegredrinker.com

Brian J. Lohan

on behalf of Interested Party Sukhdeep Singh brian.lohan@arnoldporter.com

Brian J. McLaughlin

on behalf of Defendant Holland Square Group  LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Bryan J Hall

on behalf of Creditor 224 E. 13th Street Realty Corp. bhall@blankrome.com

Bryan J Hall

on behalf of Creditor Philadelphia College of Osteopathic Medicine bhall@blankrome.com

Carol E. Momjian

on behalf of Interested Party Commonwealth of Pennsylvania  Office of Attorney General cmomjian@attorneygeneral.gov

Chantelle D'nae McClamb

on behalf of Creditor Drexel University mcclambc@ballardspahr.com

Charles A. McCauley III

on behalf of Creditor Mayflower Laundry and Textile Services  LLC cmccauley@offitkurman.com, rcovington@offitkurman.com

Charles A. McCauley III

on behalf of Defendant De Lage Landen Financial Services  Inc. cmccauley@offitkurman.com, rcovington@offitkurman.com

Charles A. McCauley III

on behalf of Defendant Mayflower Laundry & Textile Services  LLC cmccauley@offitkurman.com, rcovington@offitkurman.com

Christina Pappoulis

on behalf of Creditor Leslie Caldwell ninapappoulis@bgplegal.com  r66377@notify.bestcase.com;inezlevy@bgplegal.com

Christina J. Pross

on behalf of Creditor PATHS LLC cpross@mlg-defaultlaw.com  mlgbk@ecf.courtdrive.com

Christopher A. Ward

on behalf of Creditor BioCare  Inc., an Arizona for-profit corporation cward@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Creditor Vitalant  an Arizona non-profit corporation cward@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher Dean Loizides

on behalf of Creditor Global Neurosciences Institute  LLC loizides@loizides.com

Christopher Dean Loizides

on behalf of Defendant Global Neurosciences Institute  LLC loizides@loizides.com

Christopher Page Simon

on behalf of Plaintiff St. Christopher's Healthcare  LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Plaintiff Center City Healthcare  LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher R. Momjian

District/off: 0311-1                           User: admin                           Page 4 of 15
Date Rcvd: Nov 30, 2021                        Form ID: van441                        Total Noticed: 1

on behalf of Interested Party Commonwealth of Pennsylvania  Office of Attorney General crmomjian@attorneygeneral.gov

Claiborne S. Newlin

on behalf of Creditor Philadelphia Hospital and Healthcare Employees - District 1199C Training and Upgrading Fund cnewlin@markowitzandrichman.com  kbrookes@markowitzandrichman.com

Claiborne S. Newlin

on behalf of Creditor Pennsylvania Association of Staff Nurses and Allied Professionals cnewlin@markowitzandrichman.com kbrookes@markowitzandrichman.com

Curtis S. Miller

on behalf of Interested Party Accreditation Council for Graduate Medical Education csmefiling@mnat.com curtis-miller-4921@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Dale E. Barney

on behalf of Creditor Veolia Energy Philadelphia  Inc. dbarney@gibbonslaw.com

Daniel K. Hogan

on behalf of Creditor Hayes Locum  LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Darrell W. Clark

on behalf of Creditor Cerner Corporation dclark@stinson.com  cscott@stinson.com

David Dembe

on behalf of Interested Party Commonwealth of Pennsylvania  Office of Attorney General ddembe@attorneygeneral.gov

David L. Campbell

on behalf of Creditor Vizient  Inc. dcampbell@uplawtx.com, epierce@uplawtx.com

David L. Kane

on behalf of Creditor MidCap Funding IV Trust (formally known as MidCap Funding IV  LLC) dkane@vedderprice.com, ecfdocket@vedderprice.com,david-kane-4088@ecf.pacerpro.com

David L. Kane

on behalf of Creditor MidCap Financial Trust dkane@vedderprice.com ecfdocket@vedderprice.com,david-kane-4088@ecf.pacerpro.com

David M. Klauder

on behalf of Interested Party Achintya Moulick dklauder@bk-legal.com

David M. Klauder

on behalf of Creditor Corinthia Shields dklauder@bk-legal.com

David M. Klauder

on behalf of Creditor Suzanne Richards & Pamela Saechow dklauder@bk-legal.com

David M. Klauder

on behalf of Defendant Philadelphia Urosurgical Associates PC dklauder@bk-legal.com

David P. Primack

on behalf of Creditor Crothall Healthcare  Inc. dprimack@mdmc-law.com, scarney@mdmc-law.com

David Ryan Slaugh

on behalf of Interested Party Ad Hoc Committee of Hahnemann Residents and Fellows rslaugh@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

David W. Carickhoff

on behalf of Interested Party Certain Physicians Under the Philadelphia Academic Health System Physician Practice Plan dcarickhoff@archerlaw.com

David W. Carickhoff

on behalf of Creditor Former Physician Group dcarickhoff@archerlaw.com

Deirdre M. Richards

on behalf of Creditor Rydal Square  L.P. drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Creditor LEAF Capital Funding LLC drichards@finemanlawfirm.com

Dennis A. Meloro

on behalf of Creditor 3M Company melorod@gtlaw.com  bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro

on behalf of Health Care Ombudsman Suzanne Koenig  as Patient Care Ombudsman melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Domenic E. Pacitti

on behalf of Spec. Counsel Klehr Harrison Harvey Branzburg LLP dpacitti@klehr.com

Domenic E. Pacitti

on behalf of Plaintiff Center City Healthcare  LLC dpacitti@klehr.com

Domenic E. Pacitti

District/off: 0311-1                          User: admin                          Page 5 of 15
Date Rcvd: Nov 30, 2021                   Form ID: van441                   Total Noticed: 1

> on behalf of Debtor Center City Healthcare  LLC dpacitti@klehr.com

Drew McGehrin

> on behalf of Creditor The Chubb Companies dsmcgehrin@duanemorris.com

E. Todd Sable

> on behalf of Interested Party SBJ Group Inc. tsable@honigman.com

Elihu Ezekiel Allinson, III

> on behalf of Defendant Urology for Children LLC ZAllinson@SHA-LLC.com
> ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III

> on behalf of Creditor Urology for Children  LLC ZAllinson@SHA-LLC.com,
> ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Eric S. Goldstein

> on behalf of Creditor The Advisory Board Company egoldstein@goodwin.com
> bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Frank T Brzozowski

> fbrzozow@gmail.com

Frederick B. Rosner

> on behalf of Creditor Medline Industries  Inc. rosner@teamrosner.com

Garvan F. McDaniel

> on behalf of Counter-Claimant Beckman Coulter Inc. gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Garvan F. McDaniel

> on behalf of Creditor Beckman Coulter  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

George P. Angelich

> on behalf of Creditor Medline Industries  Inc. angelich.george@arentfox.com,
> beth.brownstein@arentfox.com;phillip.khezri@arentfox.com

GianClaudio Finizio

> on behalf of Interested Party Peoples Capital and Leasing Corp. gfinizio@bayardlaw.com
> bankserve@bayardlaw.com;kmccloskey@bayardlaw.com

Gregory A. Taylor

> on behalf of Interested Party Cadence Bank  N.A. gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com

Gregory A. Taylor

> on behalf of Interested Party Capital One  N.A. gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com

Gregory Joseph Flasser

> on behalf of Interested Party Attorneys for The Advisory Board Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

> on behalf of Interested Party UnitedHealthcare Insurance Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Holly M Smith

> on behalf of Interested Party Watts Restoration Company  Inc. HMeganSmith@gsbblaw.com

Howard A. Cohen

> on behalf of Defendant Veolia Energy Philadelphia  Inc. hcohen@gibbonslaw.com

Howard A. Cohen

> on behalf of Creditor Veolia Energy Philadelphia  Inc. hcohen@gibbonslaw.com

Howard A. Cohen

> on behalf of Creditor Vicinity Energy Philadelphia  Inc. hcohen@gibbonslaw.com

Ian Connor Bifferato

> on behalf of Mediator Ian Connor Bifferato cbifferato@tbf.legal  mstewart@tbf.legal;yshenton@tbf.legal;amugavero@tbf.legal

Ian J Bambrick

> on behalf of Creditor Roche Diagnostics Corporation ian.bambrick@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Jaclyn C Marasco

> on behalf of Defendant Zimmer US  Inc. jaclyn.marasco@faegredrinker.com, rokeysha.ramos@faegredrinker.com

James Tobia

> on behalf of Defendant Baxter Healthcare Corp. jimtobia@comcast.net;bankserve@tobialaw.com

Jarret P. Hitchings

> on behalf of Creditor Albert Einstein Healthcare Network jphitchings@duanemorris.com

Jason A. Gibson

> on behalf of Creditor Medline Industries  Inc. gibson@teamrosner.com

Jason A. Gibson

District/off: 0311-1                          User: admin                          Page 6 of 15
Date Rcvd: Nov 30, 2021                      Form ID: van441                      Total Noticed: 1

on behalf of Defendant HRE Capital  LLC gibson@teamrosner.com

Jason A. Gibson

on behalf of Interested Party Cooper University Healthcare gibson@teamrosner.com

Jason Custer Powell

on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Abbott Laboratories Inc. jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Defendant Abbott Laboratories  Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jay Jaffe

on behalf of Creditor Roche Diagnostics Corporation jay.jaffe@Faegredrinker.com
sarah.herendeen@FaegreBD.com;rachel.jenkins@faegrebd.com

Jeffrey Garfinkle

on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com
dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey Kurtzman

on behalf of Creditor Rydal Square  L.P. kurtzman@kurtzmansteady.com

Jeffrey C. Hampton

on behalf of Debtor Center City Healthcare  LLC jeffrey.hampton@saul.com

Jeffrey M. Carbino

on behalf of Defendant Keystone Quality Transport Inc. jeffrey@jensenbagnatolaw.com
jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;jcarbino@jblawpc.com;jwinkler@jblawpc.com;jphillips@jbl
awpc.com

Jeffrey R Barber

on behalf of Creditor Ensemble RCM  LLC d/b/a Ensemble Health Partners jbarber@joneswalker.com,
jeff-barber-3516@ecf.pacerpro.com

Jeffrey R. Waxman

on behalf of Creditor Herman Goldner Co.  Inc. jwaxman@morrisjames.com,
wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman

on behalf of Defendant Tozour Energy Systems  Inc. jwaxman@morrisjames.com,
wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeremy William Ryan

on behalf of Interested Party SBJ Group Inc. jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jeremy William Ryan

on behalf of Interested Party Ad Hoc Committee of Hahnemann Residents and Fellows jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jerry Hall

on behalf of Interested Party Gordon Brothers Realty Services  LLC jerry.hall@kattenlaw.com

Joelle E. Polesky

on behalf of Creditor MidCap Funding H Trust jpolesky@stradley.com  tmitchell@stradley.com

Joelle E. Polesky

on behalf of Creditor MidCap Financial Trust jpolesky@stradley.com  tmitchell@stradley.com

Joelle E. Polesky

on behalf of Creditor MidCap Funding IV Trust (formally known as MidCap Funding IV  LLC) jpolesky@stradley.com,
tmitchell@stradley.com

John D. Demmy

on behalf of Plaintiff Philadelphia Academic Medical Associates  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff Philadelphia Academic Health System  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff St. Christopher's Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS III of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Debtor Center City Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com

District/off: 0311-1                              User: admin                                      Page 7 of 15
Date Rcvd: Nov 30, 2021                           Form ID: van441                                  Total Noticed: 1

John D. Demmy

on behalf of Plaintiff Center City Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS V of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS IV of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS IV of PA  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff SCHC Pediatric Associates  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS III of PA  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff HPS of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff St. Christopher's Pediatric Urgent Care Center  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff StChris Care at Northeast Pediatrics  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff SCHC Pediatric Anesthesia Associates  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS II of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS II of PA  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS V of PA  LLC john.demmy@saul.com, robyn.warren@saul.com

John Henry Schanne, II

on behalf of Interested Party Temple University Health System  Inc. schannej@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepper
law.com;hardinp@pepperlaw.com

John T. Carroll, III

on behalf of Interested Party Gordon Brothers Realty Services  LLC jcarroll@cozen.com,
jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

John T. Carroll, III

on behalf of Creditor NG 1500 Market St. LLC jcarroll@cozen.com
jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

Joseph H. Huston, Jr.

on behalf of Interested Party TOWER HEALTH SERVICES jhh@stevenslee.com

Joseph J. McMahon, Jr.

on behalf of Interested Party St. Christopher's Hospital for Children Medical Staff jmcmahon@ciardilaw.com

Joseph M. Barry

on behalf of Interested Party Sukhdeep Singh bankfilings@ycst.com

Judy D. Thompson

on behalf of Creditor Sodexo  Inc. jdt@jdthompsonlaw.com

Julia Bettina Klein

on behalf of Creditor Premier  Inc. klein@kleinllc.com

Julia Bettina Klein

on behalf of Defendant S.R. Wojdak & Associates  LP klein@kleinllc.com

Julia Bettina Klein

on behalf of Creditor AmeriHealth HMO  Keystone Health Plan East and QCC Insurance Company klein@kleinllc.com

Justin R. Alberto

on behalf of Creditor Association of American Medical Colleges jalberto@coleschotz.com
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto

on behalf of Creditor Educational Commission for Foreign Medical Graduates jalberto@coleschotz.com
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

District/off: 0311-1                          User: admin                          Page 8 of 15
Date Rcvd: Nov 30, 2021                       Form ID: van441                      Total Noticed: 1

Kate R. Buck
  on behalf of Creditor Atlantic City Energy Company kbuck@mccarter.com

Kate R. Buck
  on behalf of Creditor PECO Energy Company kbuck@mccarter.com

Katharina Earle
  on behalf of Interested Party Cadence Bank  N.A. kearle@ashbygeddes.com

Katharina Earle
  on behalf of Interested Party Capital One  N.A. kearle@ashbygeddes.com

Kevin Scott Mann
  on behalf of Plaintiff St. Christopher's Healthcare  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
  on behalf of Plaintiff Center City Healthcare  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
  on behalf of Debtor Center City Healthcare  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
  on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. kmann@crosslaw.com, smacdonald@crosslaw.com

Kristi JoLynn Doughty
  on behalf of Creditor Pennsylvania Department of Revenue kdoughty@schnader.com

Kristi JoLynn Doughty
  on behalf of Creditor St. Agnes MOB  LLC kdoughty@schnader.com

Lance Michael Geren
  on behalf of Creditor Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity
  lgeren@odonoghuelaw.com  akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com

Lance Michael Geren
  on behalf of Creditor Benefit Fund for Hospital and Health Care Employees  Philadelphia and Vicinity
  lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com

Laura Davis Jones
  on behalf of Creditor Conifer Revenue Cycle Solutions  LLC ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
  on behalf of Creditor Tenet Business Services Corp. ljones@pszjlaw.com  efile1@pszjlaw.com

Lawrence A. Lichtman
  on behalf of Interested Party SBJ Group Inc. LLichtman@honigman.com

Leslie A. Berkoff
  on behalf of Mediator Leslie Ann Berkoff lberkoff@moritthock.com

Louis A. Curcio
  on behalf of Interested Party Capital One  N.A. louis.curcio@troutman.com, john.murphy@troutman.com

Marc Stephen Casarino
  on behalf of Creditor SpecialtyCare  Inc. casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Marc Stephen Casarino
  on behalf of Creditor SpecialtyCare IOM Services  LLC casarinom@whiteandwilliams.com,
  debankruptcy@whiteandwilliams.com

Marcus Scott Sacks
  on behalf of Creditor UNITED STATES OF AMERICA marcus.s.sacks@usdoj.gov

Marcy J. McLaughlin Smith
  on behalf of Interested Party Temple University Health System  Inc. and Temple University Hospital, Inc.
  Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith
  on behalf of Interested Party Temple University Health System  Inc. Marcy.Smith@troutman.com,
  wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Maria Aprile Sawczuk
  on behalf of Mediator Maria Aprile Sawczuk marias@goldmclaw.com  marias@ecf.courtdrive.com

Marita Erbeck
  on behalf of Interested Party Thomas Jefferson University Hospitals  Inc. marita.erbeck@dbr.com

Marita Erbeck
  on behalf of Interested Party Thomas Jefferson University marita.erbeck@dbr.com

Mark Minuti
  on behalf of Plaintiff Center City Healthcare  LLC mark.minuti@saul.com, robyn.warren@saul.com

District/off: 0311-1                          User: admin                          Page 9 of 15
Date Rcvd: Nov 30, 2021                       Form ID: van441                      Total Noticed: 1

Mark Minuti

on behalf of Plaintiff HPS of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS IV of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor St. Christopher's Healthcare  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor HPS of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor TPS V of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS V of PA  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor TPS of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff StChris Care at Northeast Pediatrics  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS V of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS II of PA  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor Philadelphia Academic Medical Associates  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor TPS IV of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS II of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor TPS III of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor TPS II of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor St. Christopher's Pediatric Urgent Care Center  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff St. Christopher's Pediatric Urgent Care Center  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff Philadelphia Academic Medical Associates  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor Philadelphia Academic Health System  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS III of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff SCHC Pediatric Anesthesia Associates  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff St. Christopher's Healthcare  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor Center City Healthcare  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor SCHC Pediatric Associates  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor SCHC Pediatric Anesthesia Associates  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS III of PA  LLC mark.minuti@saul.com, robyn.warren@saul.com

District/off: 0311-1                          User: admin                                  Page 10 of 15
Date Rcvd: Nov 30, 2021                       Form ID: van441                              Total Noticed: 1

Mark Minuti

on behalf of Plaintiff Philadelphia Academic Health System  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor StChris Care at Northeast Pediatrics  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS IV of PA  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark D. Collins

on behalf of Interested Party Broad Street Healthcare Properties III  LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Joel Freedman rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Front Street Healthcare Properties II  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party American Academic Health Systems  LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Paladin Healthcare Capital  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Broad Street Healthcare Properties II  LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Philadelphia Academic Risk Retention Group  LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Broad Street Healthcare Properties  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party MBNF Investments  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Philadelphia Academic Health Holdings LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Front Street Healthcare Properties  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark S Kenney

on behalf of Mediator Mark S Kenney kenney@mkenneylaw.com

Mark W. Eckard

on behalf of Defendant Integra Lifesciences Corporation meckard@reedsmith.com

Matthew P. Austria

on behalf of Defendant Sanofi Pasteur Inc. maustria@austriallc.com

Matthew P. Austria

on behalf of Defendant Genzyme Corporation maustria@austriallc.com

Matthew P. Milana

on behalf of Debtor Center City Healthcare  LLC matthew.milana@saul.com

Megan N. Harper

on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

Megan N. Harper

on behalf of Defendant Water Revenue Bureau megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

Michael Comrie Heyden, Jr.

on behalf of Interested Party Amicus Curiae mheyden@grsm.com

Michael David DeBaecke

on behalf of Defendant Nuance Communications  Inc. mdebaecke@ashbygeddes.com, ahrycak@ashbygeddes.com

Michael E. Demont

on behalf of Interested Party Cadence Bank  N.A. mdemont@smithhulsey.com,
stalyanker@smithhulsey.com;khettinger@smithhulsey.com

Michael G. Busenkell

on behalf of Interested Party District 1199C National Union of Health Care Employees  AFSCME mbusenkell@gsbblaw.com

Michael Joseph Merchant

on behalf of Interested Party American Academic Health Systems  LLC merchant@rlf.com,

District/off: 0311-1                                  User: admin                                  Page 11 of 15
Date Rcvd: Nov 30, 2021                          Form ID: van441                          Total Noticed: 1

rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Interested Party Philadelphia Academic Health Holdings LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Interested Party Joel Freedman merchant@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael W. Yurkewicz

on behalf of Plaintiff Center City Healthcare  LLC myurkewicz@klehr.com

Monica Mathews Reynolds

on behalf of Interested Party Watts Restoration Company  Inc. mreynolds@cwolaw.com

Monique Bair DiSabatino

on behalf of Debtor Center City Healthcare  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS III of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS IV of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS IV of PA  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS V of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS II of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff SCHC Pediatric Associates  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff Philadelphia Academic Health System  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff Center City Healthcare  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff St. Christopher's Healthcare  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Natasha M. Songonuga

on behalf of Interested Party Hackensack Meridian Health nsongonuga@gibbonslaw.com  nmitchell@gibbonslaw.com

Nicholas J. LePore, III

on behalf of Creditor Frank Napolitano nlepore@schnader.com

Nicholas J. LePore, III

on behalf of Creditor Charles Huff nlepore@schnader.com

Nicholas J. LePore, III

on behalf of Interested Party Commonwealth of Pennsylvania Department of Health nlepore@schnader.com

Paige Noelle Topper

on behalf of Interested Party Accreditation Council for Graduate Medical Education ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Defendant Accreditation Council for Graduate Medical Education ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Pamela Elchert Thurmond

on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  pelchertthurmond@gmail.com

Patrick A. Jackson

on behalf of Interested Party Thomas Jefferson University Hospitals  Inc. Patrick.jackson@faegredrinker.com,
rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Creditor Gift of Life Donor Program  Greater Delaware Valley Society Patrick.jackson@faegredrinker.com,
rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Defendant Greater Delaware Valley Society of Transplant Surgeons Patrick.jackson@faegredrinker.com
rokeysha.ramos@faegredrinker.com

District/off: 0311-1                                    User: admin                                    Page 12 of 15
Date Rcvd: Nov 30, 2021                                 Form ID: van441                                 Total Noticed: 1

Patrick A. Jackson
on behalf of Interested Party Thomas Jefferson University Patrick.jackson@faegredrinker.com
rokeysha.ramos@faegredrinker.com

Paul J. Winterhalter
on behalf of Defendant De Lage Landen Financial Services  Inc. pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com

Paul J. Winterhalter
on behalf of Defendant Mayflower Laundry & Textile Services  LLC pwinterhalter@offitkurman.com,
rbarnhart@offitkurman.com

Pearl Pham
on behalf of Creditor PHILADELPHIA GAS WORKS pearl.pham@pgworks.com

Phillip Khezri
on behalf of Creditor Medline Industries  Inc. pkhezri@lowenstein.com,
emannix@lowenstein.com;dclaussen@lowenstein.com;elawler@lowenstein.com;bclark@lowenstein.com

Phillip D Berger
on behalf of Creditor Suzanne Richards & Pamela Saechow berger@bergerlawpc.com

Phillip D Berger
on behalf of Creditor Pamela Saechow berger@bergerlawpc.com

R. Stephen McNeill
on behalf of Interested Party SBJ Group Inc. bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

R. Stephen McNeill
on behalf of Interested Party Ad Hoc Committee of Hahnemann Residents and Fellows bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Rachel Jaffe Mauceri
on behalf of Creditor General Healthcare Resources  LLC rmauceri@rc.com

Reliable Companies
gmatthews@reliable-co.com

Richard A. Barkasy
on behalf of Creditor Frank Napolitano rbarkasy@schnader.com

Richard A. Barkasy
on behalf of Creditor Charles Huff rbarkasy@schnader.com

Richard A. Barkasy
on behalf of Interested Party Commonwealth of Pennsylvania Department of Health rbarkasy@schnader.com

Rick S. Miller
on behalf of Creditor ThyssenKrupp Elevator Corporation rmiller@ferryjoseph.com  mstucky@ferryjoseph.com

Robert Lapowsky
on behalf of Interested Party TOWER HEALTH SERVICES rl@stevenslee.com

Roland Gary Jones
on behalf of Defendant Baxter Healthcare Corp. pacer.rolandjones@gmail.com

Ronald S. Gellert
on behalf of Defendant Joseph Glass rgellert@gsbblaw.com

Ryan B Smith
on behalf of Interested Party Commonwealth of Pennsylvania  Office of Attorney General rbsmith@attorneygeneral.gov

Sabrina L. Streusand
on behalf of Creditor NTT Data Services streusand@slollp.com  prentice@slollp.com

Sally E. Veghte
on behalf of Plaintiff TPS III of PA  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff SCHC Pediatric Associates  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff TPS II of PA  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Debtor Center City Healthcare  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff St. Christopher's Healthcare  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff Center City Healthcare  LLC sveghte@klehr.com

District/off: 0311-1                                          User: admin                                          Page 13 of 15
Date Rcvd: Nov 30, 2021                                     Form ID: van441                                      Total Noticed: 1

Sally E. Veghte

on behalf of Plaintiff TPS IV of PA  L.L.C. sveghte@klehr.com

Sally E. Veghte

on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. sveghte@klehr.com

Sally E. Veghte

on behalf of Plaintiff TPS III of PA  L.L.C. sveghte@klehr.com

Sally E. Veghte

on behalf of Plaintiff Philadelphia Academic Health System  LLC sveghte@klehr.com

Sally E. Veghte

on behalf of Plaintiff TPS IV of PA  LLC sveghte@klehr.com

Sally E. Veghte

on behalf of Plaintiff TPS V of PA  L.L.C. sveghte@klehr.com

Seth A. Niederman

on behalf of Creditor Committee Official Committee of Unsecured Creditors sniederman@foxrothschild.com
sslater@foxrothschild.com;msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sophie E. Macon

on behalf of Creditor Association of American Medical Colleges smacon@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;lmorton@coleschotz.com;jford@coleschotz.com

Sophie E. Macon

on behalf of Creditor Educational Commission for Foreign Medical Graduates smacon@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;lmorton@coleschotz.com;jford@coleschotz.com

Stephanie A. Fox

on behalf of Creditor Coloplast Corp. saf@maronmarvel.com  kkw@maronmarvel.com

Stuart M. Brown

on behalf of Interested Party PAHH Broad Street MOB  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party Harrison Street Real Estate  LLC and its affiliates stuart.brown@dlapiper.com,
stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party PAHH Feinstein MOB  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party HSREP VI Holding  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party PAHH Wood Street Garage  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party PAHH Erie Street Garage  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party HSRE-PAHH I  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party PAHH New College MOB  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party PAHH Bellet MOB  LLC; stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Susan Murray

on behalf of Creditor Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund
smurray@freedmanlorry.com

Suzzanne Uhland

on behalf of Interested Party Philadelphia Academic Health Holdings LLC suzzanne.uhland@lw.com

Suzzanne Uhland

on behalf of Interested Party Joel Freedman suzzanne.uhland@lw.com

Suzzanne Uhland

on behalf of Interested Party American Academic Health Systems  LLC suzzanne.uhland@lw.com

Thomas D. Bielli

on behalf of Interested Party Achintya Moulick tbielli@bk-legal.com  acarrillo@bk-legal.com

Thomas M. Horan

on behalf of Creditor Committee Official Committee of Unsecured Creditors thoran@cozen.com
sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

District/off: 0311-1                                    User: admin                                    Page 14 of 15
Date Rcvd: Nov 30, 2021                                Form ID: van441                             Total Noticed: 1

Timothy Swanson
                    on behalf of Interested Party Renal Treatment Centers-Northeast  Inc. tim.swanson@moyewhite.com,
                    audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com;hope.stone@moyewhite.com

Timothy Swanson
                    on behalf of Interested Party DaVita  Inc. tim.swanson@moyewhite.com,
                    audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com;hope.stone@moyewhite.com

Timothy P. Cairns
                    on behalf of Creditor Tenet Business Services Corp. tcairns@pszjlaw.com

Timothy P. Cairns
                    on behalf of Creditor Conifer Revenue Cycle Solutions  LLC tcairns@pszjlaw.com

Tobey M. Daluz
                    on behalf of Creditor Drexel University daluzt@ballardspahr.com  ambroses@ballardspahr.com

Travis James Cuomo
                    on behalf of Interested Party Philadelphia Academic Risk Retention Group  LLC rbgroup@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
                    on behalf of Interested Party Broad Street Healthcare Properties  LLC rbgroup@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
                    on behalf of Interested Party Paladin Healthcare Capital  LLC rbgroup@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
                    on behalf of Interested Party MBNF Non-Debtor Entities rbgroup@rlf.com
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
                    on behalf of Interested Party Joel Freedman rbgroup@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
                    on behalf of Interested Party MBNF Investments  LLC rbgroup@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
                    on behalf of Interested Party American Academic Health Systems  LLC rbgroup@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
                    on behalf of Interested Party Front Street Healthcare Properties  LLC rbgroup@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
                    on behalf of Interested Party Broad Street Healthcare Properties III  LLC rbgroup@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
                    on behalf of Interested Party Front Street Healthcare Properties II  LLC rbgroup@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
                    on behalf of Interested Party Philadelphia Academic Health Holdings LLC rbgroup@rlf.com
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
                    on behalf of Interested Party Broad Street Healthcare Properties II  LLC rbgroup@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

U.S. Trustee
                    USTPRegion03.WL.ECF@USDOJ.GOV

Vikrama S. Chandrashekar
                    on behalf of Creditor Renal Treatment Centers-Northeast  Inc. vika.chandrashekar@moyewhite.com,
                    pamela.thede@moyewhite.com

Vikrama S. Chandrashekar
                    on behalf of Creditor DaVita  Inc. vika.chandrashekar@moyewhite.com, pamela.thede@moyewhite.com

Vincent J Marriott, III
                    on behalf of Creditor Drexel University marriott@ballardspahr.com

Wanda Borges
                    on behalf of Creditor Pfizer Inc. ecfcases@borgeslawllc.com

Wanda Borges
                    on behalf of Defendant Pfizer Inc. ecfcases@borgeslawllc.com

District/off: 0311-1                        User: admin                        Page 15 of 15
Date Rcvd: Nov 30, 2021                 Form ID: van441                  Total Noticed: 1

William D. Sullivan

on behalf of Creditor Monogram Biosciences  Inc. wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Laboratory Corporation of America Holdings wdsecfnotices@sha-llc.com

William F. Taylor, Jr.

on behalf of Creditor Atlantic City Energy Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com

William F. Taylor, Jr.

on behalf of Creditor Constellation New Energy - Gas Division  LLC bankruptcydel@mccarter.com,
bankruptcydel@mccarter.com

William F. Taylor, Jr.

on behalf of Creditor PECO Energy Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com

William F. Taylor, Jr.

on behalf of Creditor Cerner Corporation bankruptcydel@mccarter.com  bankruptcydel@mccarter.com

TOTAL: 343