**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br>Re: Docket Nos. 3002, 3101, 3102, 3105,<br>3172, 3175, 3186, 3193 |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED**
**ORDER DENYING THE MOTION OF THE BROAD STREET ENTITIES AND PAHH**
**FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY**
**DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING**
**LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO**
**SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS**

I, Mark Minuti, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby certify as follows:

1. At a hearing on December 1, 2021, the Court ruled upon the *Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* [Docket No. 3002] (the "**Motion**") and requested that the undersigned counsel submit a proposed form of order documenting the Court's ruling on the Motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2. Attached hereto as **Exhibit A** is a proposed order (the "**Proposed Order**") to document the Court's ruling on the Motion.

3. The form of the attached Proposed Order has been approved by counsel for each of the Debtors, the Official Committee of Unsecured Creditors, the moving parties, HSRE-PAHH I, LLC and Its Affiliates, and Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC.

4. Of course, the parties are available to discuss this matter at the Court's convenience. Absent any questions or concerns, the Debtors respectfully request that the Court sign the attached Proposed Order and direct that it be docketed.

                                    Respectfully submitted,

Dated: December 6, 2021         **SAUL EWING ARNSTEIN & LEHR LLP**

                           By:    */s/ Mark Minuti*
                                    Mark Minuti (DE Bar No. 2659)
                                    1201 N. Market Street, Suite 2300
                                    P.O. Box 1266
                                    Wilmington, DE  19899
                                    Telephone: (302) 421-6800
                                    Fax: (302) 421-5873
                                    mark.minuti@saul.com

                                    *Counsel for Debtors and Debtors in Possession*