**EXHIBIT A**

**PROPOSED ORDER**

39342923.1 12/6/21

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br>**Re: Docket Nos. 3002, 3101, 3102, 3105, 3172, 3175, 3186, 3193 and \_\_\_\_** |

### ORDER DENYING THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS

THE COURT having considered the *Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* [Docket No. 3002] (the "**Motion**")[2] and the pleadings [Docket Nos. 3101, 3102, 3105, 3172, 3175, 3186, 3193] related thereto; and the Court having held an evidentiary hearing on the Motion on December 1, 2021 (the "**Hearing**"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1134; and it appearing that venue of these chapter 11 Cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having considered the evidence presented at the Hearing and the arguments of counsel; and the Court finding that the automatic

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion.

39328758.5 12/06/2021

stay of 11 U.S.C. §362(a) covers the MBNF Assets; and for the reasons stated on the record by the Court at the Hearing,

**IT IS HEREBY ORDERED THAT**:

1. The request for a Comfort Order in the Motion is Denied.

2. The request under 11 U.S.C. § 362(d) for relief from the automatic stay is Denied without prejudice.

3. The parties are encouraged to discuss financing for the Broad Street Entities in mediation.

4. The Court shall retain jurisdiction to hear and determine the implementation, interpretation, and/or enforcement of this Order.