# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due:  December 27, 2021 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**TWENTY EIGHTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | October 1, 2021 – October 31, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | $83,700.00  (80% of $104,625.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,310.26 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

128560503.1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $925 | 20.4 | $18,870.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $825 | 62.1 | $51,232.50 |
| Daniel J. Harris | Of Counsel, Bankruptcy First Bar Admission: 2008 | $725 | 19.2 | $13,920.00 |
| Rachel E. Brennan | Of Counsel, Bankruptcy First Bar Admission: 2012 | $695 | 58.3 | $40,518.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $650 | 7.4 | $4,810.00 |
| **Total Fees at Standard Rates** | | | **167.4** | **$129,351.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **167.4** | **$104,625.00** |

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Daniel Harris was increased from $675 to $725; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650.  However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

128560503.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 79.3 | $57,843.50 |
| Asset Disposition (102) | 12.7 | $10,925.00 |
| Case Administration (104) | 28.3 | $23,395.00 |
| Claims Administration and Objections (105) | 17.2 | $15,577.50 |
| Fee/Employment Applications (107) | 4.0 | $2,600.00 |
| Fee/Employment Objections (108) | 0.8 | $520.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 19.2 | $13,920.00 |
| Avoidance Action Litigation (111) | 2.7 | $1,965.00 |
| Plan and Disclosure Statement (113) | 1.1 | $907.50 |
| Relief from Stay Proceedings (114) | 2.1 | $1,697.50 |
| **Total Fees at Standard Rate** | **167.4** | **$129,351.00** |
| **Total Fees at $625 Blended Rate[1]** | **167.4** | **$104,625.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendors (UnitedLex) | $1,189.70 |
| Lexis-Nexis | $120.56 |
| **TOTAL** | **$1,310.26** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

128560503.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: December 27, 2021 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**TWENTY EIGHTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Twenty Eighth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From October 1, 2021 Through October 31, 2021* (the "Application"), seeking allowance of $83,700.00 (80% of $104,625.00) in fees, *plus* $1,310.26 for reimbursement of actual and necessary expenses, for a total of $85,010.26.

**Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.     On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.     The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.     All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.     The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6.     Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A.     Asset Analysis and Recovery

Fees: $57,843.50;        Total Hours: 79.3

This category includes time spent investigating and pursuing potential claims and causes of action against certain non-debtor affiliates and other parties, including time spent: (a) preparing relevant pleadings and conducting related research; (b) addressing mediation issues and conducting related research and analysis, (c) analyzing insurance coverage issues; and (d) communicating with Debtors' counsel, counsel for the Freedman entities, and the mediator regarding the foregoing and related issues.

    B.    <u>Asset Disposition</u>

Fees: $10,925.00;        Total Hours: 12.7

This category includes time spent: (a) analyzing the Debtors' motion to enter into an assignment, assumption and novation agreement and addressing related discovery issues; (b) preparing a response thereto; and (c) communicating with Debtors' counsel and counsel for the Freedman parties regarding the foregoing and related issues.

    C.    <u>Case Administration</u>

Fees: $23,395.00;        Total Hours: 28.3

This category includes time spent: (a) preparing updates to the Committee members; (b) communicating with Debtors' counsel regarding pending matters; (c) analyzing pleadings, motions and other court documents, including analyzing changes that would be required if a standstill agreement is terminated; and (d) addressing matters of general import.

    D.    <u>Claims Administration and Objection</u>

Fees: $15,577.50;        Total Hours: 17.2

This category includes time spent: (a) analyzing claims filed against the Debtors' estates (and related objections, pleadings and stipulations) and addressing related issues; (b) addressing

mediation issues and conducting related analysis, including reviewing documents; and (c)

communicating with Debtors' counsel, the Committee's financial advisor, and the mediator

regarding the foregoing and related issues.

    E.    <u>Fee/Employment Applications</u>

        Fees: $2,600.00;        Total Hours: 4.0

This category includes time spent preparing Sills' August and September fee applications

and communicating with the Committee's local counsel regarding related issues.

    F.    <u>Fee/Employment Objections</u>

        Fees: $520.00;        Total Hours: 0.8

This category includes time spent reviewing the Debtors' professionals' fee applications.

    G.    <u>Litigation (Other than Avoidance Action Litigation)</u>

        Fees: $13,920.00;        Total Hours: 19.2

This category includes time spent: (a) preparing discovery requests and addressing

related discovery issues; and (b) drafting a motion to enforce the automatic stay and conducting

related research and analysis.

    H.    <u>Avoidance Action Litigation</u>

        Fees: $1,965.00;        Total Hours: 2.7

This category includes time spent analyzing proposed avoidance action settlements.

    I.    <u>Plan and Disclosure Statement</u>

        Fees: $907.50;        Total Hours: 1.1

This category includes time spent analyzing plan of liquidation issues.

    J.    <u>Relief from Stay Proceedings</u>

        Fees: $1,697.50;        Total Hours: 2.1

This category includes time spent analyzing motions seeking and proposed stipulations granting relief from the automatic stay.

<u>**Conclusion**</u>

7.　　Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $83,700.00 (80% of $104,625.00) as compensation, *plus* $1,310.26 for reimbursement of actual and necessary expenses, for a total of $85,010.26, and that such amounts be authorized for payment.

Dated: December 6, 2021　　　　　　　　Respectfully submitted,
Wilmington, Delaware

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
　　　　bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

128560503.1

## <u>VERIFICATION</u>

STATE OF NEW JERSEY      )
                                  ) SS:
COUNTY OF MORRIS        )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                    */s/ Andrew H. Sherman*
                                      Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions, Committee Chair
3560 Dallas Parkway
Frisco, TX  75034

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through October 31, 2021

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 10/01/21 | BM | 101 | Analysis regarding mediation issues. | 1.20 | $990.00 |
| 10/03/21 | BM | 101 | Analysis regarding mediation issues. | 0.90 | $742.50 |
| 10/04/21 | BM | 101 | Analysis regarding D&O insurance coverage issues. | 1.20 | $990.00 |
| 10/04/21 | BM | 101 | Analysis regarding mediation issues. | 1.80 | $1,485.00 |
| 10/06/21 | BM | 101 | Analysis regarding mediation issues. | 2.20 | $1,815.00 |
| 10/06/21 | REB | 101 | Research in connection with motions and other documents regarding next steps in chapter 11 cases. | 4.10 | $2,849.50 |
| 10/06/21 | REB | 101 | Draft pleadings regarding next steps in chapter 11 cases. | 5.20 | $3,614.00 |
| 10/07/21 | BM | 101 | Call with mediator. | 0.40 | $330.00 |
| 10/07/21 | BM | 101 | Analysis regarding mediation issues. | 1.40 | $1,155.00 |
| 10/07/21 | REB | 101 | Draft pleadings regarding next steps in chapter 11 cases. | 5.20 | $3,614.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 2

|          |     |     |                                                                              | HOURS | AMOUNT     |
|----------|-----|-----|------------------------------------------------------------------------------|-------|------------|
| 10/07/21 | REB | 101 | Research in connection with pleadings regarding next steps in chapter 11 cases. | 4.30  | $2,988.50  |
| 10/08/21 | REB | 101 | Draft pleadings regarding next steps in chapter 11 cases and circulate to Debtors. | 5.90  | $4,100.50  |
| 10/09/21 | BM  | 101 | Analysis regarding mediation issues.                                         | 0.90  | $742.50    |
| 10/10/21 | BM  | 101 | Analysis regarding mediation issues.                                         | 0.70  | $577.50    |
| 10/11/21 | REB | 101 | Review and revise pleadings in connection with next steps in chapter 11 cases. | 1.40  | $973.00    |
| 10/13/21 | REB | 101 | Review and revise pleadings in connection with next steps in chapter 11 cases. | 1.10  | $764.50    |
| 10/14/21 | BM  | 101 | Analysis regarding mediation issues.                                         | 1.10  | $907.50    |
| 10/14/21 | REB | 101 | Review discovery requests in connection with chapter 11 trustee motion.      | 2.40  | $1,668.00  |
| 10/15/21 | REB | 101 | Call with Debtors re: mediation update.                                      | 0.70  | $486.50    |
| 10/15/21 | REB | 101 | Update motions and other pleadings in connection with strategy update call.  | 1.30  | $903.50    |
| 10/15/21 | REB | 101 | Review and revise discovery requests in connection with chapter 11 trustee motion. | 1.40  | $973.00    |
| 10/15/21 | REB | 101 | Review and revise documents in connection with upcoming filing.              | 1.10  | $764.50    |
| 10/17/21 | REB | 101 | Review novation motion and related documents.                                | 1.10  | $764.50    |
| 10/18/21 | REB | 101 | Review and draft email in connection with PARRG motion and proposed order.   | 1.10  | $764.50    |
| 10/19/21 | BM  | 101 | Analysis regarding mediation issues.                                         | 1.20  | $990.00    |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/19/21 | REB | 101 | Review and comment on updated discovery documents. | 1.30 | $903.50 |
| 10/20/21 | BM | 101 | Analysis regarding mediation issues. | 1.10 | $907.50 |
| 10/20/21 | REB | 101 | Review and revise response to RRG motion and review emails re: same. | 0.60 | $417.00 |
| 10/20/21 | REB | 101 | Draft response to RRG assignment motion. | 1.30 | $903.50 |
| 10/21/21 | BM | 101 | Attend to mediation issues. | 1.10 | $907.50 |
| 10/21/21 | REB | 101 | Call with B. Mankovetskiy re: RRG motion. | 0.30 | $208.50 |
| 10/21/21 | REB | 101 | Review documents sent by S. Niederman re: pleadings to be filed in chapter 11 cases. | 1.10 | $764.50 |
| 10/22/21 | BM | 101 | Analysis regarding mediation issues. | 1.30 | $1,072.50 |
| 10/22/21 | REB | 101 | Review documents in connection with proposed upcoming pleadings. | 1.80 | $1,251.00 |
| 10/22/21 | REB | 101 | Call with Debtors re: RRG motion. | 0.50 | $347.50 |
| 10/22/21 | REB | 101 | Call with Debtors and MBNF entities re: RRG motion. | 0.30 | $208.50 |
| 10/22/21 | REB | 101 | Prepare for call re: RRG motion. | 0.90 | $625.50 |
| 10/22/21 | REB | 101 | Review and revise certain pleadings to be filed in connection with chapter 11 cases. | 1.30 | $903.50 |
| 10/24/21 | REB | 101 | Review and revise documents in connection with upcoming filing. | 2.10 | $1,459.50 |
| 10/25/21 | BM | 101 | Analysis regarding mediation issues. | 1.20 | $990.00 |
| 10/25/21 | REB | 101 | Draft discovery requests re: PARRG Motion. | 2.10 | $1,459.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/25/21 | REB | 101 | Review documents in connection with PARRG motion | 1.30 | $903.50 |
| 10/26/21 | BM | 101 | Call with mediator. | 0.50 | $412.50 |
| 10/26/21 | REB | 101 | Review documents related to PARRG motion and Committee document requests. | 2.20 | $1,529.00 |
| 10/27/21 | BM | 101 | Analysis regarding mediation issues. | 1.20 | $990.00 |
| 10/27/21 | REB | 101 | Review documents in connection with PARRG motion. | 0.90 | $625.50 |
| 10/28/21 | BM | 101 | Analysis regarding mediation issues. | 1.30 | $1,072.50 |
| 10/28/21 | REB | 101 | Review documents in connection with PARRG motion. | 1.80 | $1,251.00 |
| 10/28/21 | REB | 101 | Draft email to Committee re: updates on RRG motion and related documents. | 1.10 | $764.50 |
| 10/29/21 | BM | 101 | Call with mediator. | 0.30 | $247.50 |
| 10/29/21 | REB | 101 | Review motion filed by MBNF entities re: lift automatic stay. | 1.10 | $764.50 |
| | | **TASK TOTAL 101** | | **79.30** | **$57,843.50** |

**102 – ASSET DISPOSITION**

| | | | | | |
|---|---|---|---|---|---|
| 10/04/21 | BM | 102 | Analysis regarding motion to authorize Debtors to enter novation agreement regarding RRG. | 1.10 | $907.50 |
| 10/08/21 | GAK | 102 | Review Debtors' motion to enter into assignment/assumption/novati on agreement and emails to A. Sherman regarding same. | 0.30 | $195.00 |
| 10/17/21 | AHS | 102 | Review and analysis of RRG motion and call with counsel for Debtors re: same. | 0.80 | $740.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/18/21 | BM | 102 | Analysis regarding proposed RRG transaction. | 0.90 | $742.50 |
| 10/19/21 | BM | 102 | Analysis regarding proposed RRG transaction. | 0.80 | $660.00 |
| 10/20/21 | BM | 102 | Analysis regarding limited response to insurance novation motion. | 0.70 | $577.50 |
| 10/20/21 | AHS | 102 | Review and revise response to RRG novation motion. | 0.70 | $647.50 |
| 10/20/21 | AHS | 102 | Calls and emails with counsel for Debtors re: RRG novation motion and Committee response. | 0.40 | $370.00 |
| 10/22/21 | BM | 102 | Analysis regarding proposed RRG transaction. | 1.10 | $907.50 |
| 10/22/21 | AHS | 102 | Further analysis of RRG novation issues based email from counsel for Freedman entities. | 0.80 | $740.00 |
| 10/22/21 | AHS | 102 | Calls and emails with counsel for Debtors and counsel for Freedman parties re: RRG novation issues and upcoming hearing. | 1.30 | $1,202.50 |
| 10/24/21 | AHS | 102 | Emails re: RRG novation issues and document requests. | 0.20 | $185.00 |
| 10/25/21 | BM | 102 | Analysis regarding discovery requests in connection with the motion to approve RRG transaction. | 0.80 | $660.00 |
| 10/25/21 | AHS | 102 | Address RRG motion and discovery requests; call to counsel for Debtors re: same. | 0.40 | $370.00 |
| 10/27/21 | BM | 102 | Analysis of issues regarding RRG transaction. | 1.10 | $907.50 |
| 10/28/21 | BM | 102 | Analysis regarding proposed RRG transaction. | 0.90 | $742.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/28/21 | AHS | 102 | Review of RRG documents and email re: same. | 0.40 | $370.00 |
| | | **TASK TOTAL 102** | | **12.70** | **$10,925.00** |

**104 – CASE ADMINISTRATION**

| | | | | | |
|---|---|---|---|---|---|
| 10/01/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 1.40 | $1,155.00 |
| 10/03/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.60 | $495.00 |
| 10/04/21 | GAK | 104 | Update critical dates calendar. | 0.10 | $65.00 |
| 10/05/21 | BM | 104 | Call with mediator. | 0.50 | $412.50 |
| 10/06/21 | BM | 104 | Analysis regarding pleadings in the event of standstill termination. | 1.70 | $1,402.50 |
| 10/08/21 | BM | 104 | Analysis regarding draft pleadings in the event standstill is terminated. | 2.20 | $1,815.00 |
| 10/08/21 | GAK | 104 | Review notification regarding upcoming hearing and email A. Sherman regarding same. | 0.10 | $65.00 |
| 10/11/21 | BM | 104 | Prepare an update for Committee. | 0.30 | $247.50 |
| 10/11/21 | BM | 104 | Analysis and revisions of draft pleadings in the event standstill is terminated. | 1.80 | $1,485.00 |
| 10/11/21 | BM | 104 | Analysis regarding discovery requests in the event standstill is terminated. | 1.20 | $990.00 |
| 10/12/21 | BM | 104 | Analysis and revisions of pleadings to be filed in the event of standstill termination. | 1.80 | $1,485.00 |
| 10/13/21 | BM | 104 | Analysis and revision of pleadings to be filed in the event standstill is terminated. | 1.60 | $1,320.00 |
| 10/13/21 | BM | 104 | Analysis regarding draft discovery demands in the event standstill is terminated. | 1.20 | $990.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/14/21 | BM | 104 | Analysis regarding draft discovery requests in the event standstill is terminated. | 0.80 | $660.00 |
| 10/14/21 | BM | 104 | Analysis and revisions of pleadings to be filed in the event of standstill termination. | 1.60 | $1,320.00 |
| 10/15/21 | BM | 104 | Analysis regarding mediation issues. | 1.30 | $1,072.50 |
| 10/15/21 | BM | 104 | Analysis and revisions of pleadings to be filed in the event of standstill termination. | 1.30 | $1,072.50 |
| 10/15/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.60 | $495.00 |
| 10/17/21 | AHS | 104 | Analysis of mediation issues and call with counsel for Debtors re: same. | 0.40 | $370.00 |
| 10/19/21 | BM | 104 | Analysis regarding discovery demands in the event standstill is terminated. | 1.10 | $907.50 |
| 10/21/21 | BM | 104 | Analysis and revisions of pleadings to be filed in the event standstill is terminated. | 1.30 | $1,072.50 |
| 10/21/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.30 | $247.50 |
| 10/22/21 | BM | 104 | Call with Committee member regarding case status. | 0.50 | $412.50 |
| 10/22/21 | BM | 104 | Analysis and revisions of pleadings and discovery in the event standstill is terminated. | 1.70 | $1,402.50 |
| 10/22/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 | $330.00 |
| 10/22/21 | GAK | 104 | Review agenda for upcoming hearing and email A. Sherman regarding same. | 0.10 | $65.00 |
| 10/29/21 | BM | 104 | Analysis regarding mediation issues. | 1.20 | $990.00 |
| 10/29/21 | BM | 104 | Prepare an update for Committee. | 0.60 | $495.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 8

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/29/21 | AHS | 104 | Email to Committee re: mediation issues and follow up emails re: same. | 0.60 | $555.00 |
|  |  | **TASK TOTAL 104** |  | **28.30** | **$23,395.00** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 10/01/21 | AHS | 105 | Call with counsel for Debtors re: mediation strategy issues and follow up re: same. | 1.10 | $1,017.50 |
| 10/01/21 | AHS | 105 | Review of mediation document as circulated by counsel to the Debtors. | 0.80 | $740.00 |
| 10/01/21 | AHS | 105 | Call with counsel for Debtors re: mediation issues. | 1.20 | $1,110.00 |
| 10/04/21 | BM | 105 | Analysis regarding pending Rule 9019 motions. | 0.80 | $660.00 |
| 10/04/21 | AHS | 105 | Call with BRG re: mediation issues; emails with mediator; review of mediation document as circulated by counsel to Debtors. | 0.80 | $740.00 |
| 10/05/21 | AHS | 105 | Call with BRG re: mediation update and scheduling issues. | 0.50 | $462.50 |
| 10/05/21 | AHS | 105 | Call with mediator and follow up re: same with counsel for Debtors. | 0.70 | $647.50 |
| 10/06/21 | AHS | 105 | Emails re: mediation issues and mediation scheduling. | 0.60 | $555.00 |
| 10/07/21 | AHS | 105 | Call with mediator re: status and follow up re: same. | 0.50 | $462.50 |
| 10/07/21 | AHS | 105 | Review of mediation document as circulated by mediator and analysis re: same. | 0.80 | $740.00 |
| 10/08/21 | AHS | 105 | Meet with counsel for Debtors and address issues re: mediation. | 0.60 | $555.00 |
| 10/09/21 | AHS | 105 | Call with mediator and parties and follow up re: same. | 0.70 | $647.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/11/21 | AHS | 105 | Call with mediator and follow up with counsel for Debtors re: mediation issues. | 0.60 | $555.00 |
| 10/11/21 | AHS | 105 | Review of documents in connection with mediation and circulate same with counsel for Debtors. | 0.70 | $647.50 |
| 10/15/21 | BM | 105 | Analysis regarding omnibus objection to claims. | 0.60 | $495.00 |
| 10/15/21 | AHS | 105 | Call with counsel for Debtors re: mediation issues. | 0.70 | $647.50 |
| 10/21/21 | AHS | 105 | Call with counsel for Debtors re: mediation issues and review of document as prepared by counsel for Debtors. | 0.80 | $740.00 |
| 10/22/21 | GAK | 105 | Review omnibus claim objection and emails to A. Sherman regarding same. | 0.20 | $130.00 |
| 10/23/21 | AHS | 105 | Emails re: mediation issues. | 0.20 | $185.00 |
| 10/25/21 | BM | 105 | Analysis regarding pending claims allowance stipulations. | 0.60 | $495.00 |
| 10/26/21 | BM | 105 | Call with Debtors and HSRE regarding HSRE claims. | 0.50 | $412.50 |
| 10/26/21 | AHS | 105 | Follow up call with mediation party re: mediation issues. | 0.70 | $647.50 |
| 10/26/21 | AHS | 105 | Call with mediator re: mediation documents. | 0.50 | $462.50 |
| 10/26/21 | AHS | 105 | Review of documents as sent by mediation party. | 0.40 | $370.00 |
| 10/29/21 | AHS | 105 | Review of MBNF lift stay motion. | 0.50 | $462.50 |
| 10/29/21 | AHS | 105 | Internal calls and emails and emails with counsel for Debtors re: lift stay motion. | 0.60 | $555.00 |
| 10/29/21 | GAK | 105 | Review proposed stipulation with NTT allowing claims and email A. Sherman regarding same. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/31/21 | AHS | 105 | Call with mediator and follow up re: lift stay motion. | 0.40 | $370.00 |
| | | **TASK TOTAL 105** | | **17.20** | **$15,577.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 10/05/21 | GAK | 107 | Work on August fee application. | 1.90 | $1,235.00 |
| 10/28/21 | GAK | 107 | Email local counsel regarding September fee application. | 0.10 | $65.00 |
| 10/28/21 | GAK | 107 | Work on September fee application. | 1.90 | $1,235.00 |
| 10/29/21 | GAK | 107 | Review Klehr Harrison September Fee Application and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 107** | | **4.00** | **$2,600.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 10/04/21 | GAK | 108 | Review Klehr Harrison fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 10/08/21 | GAK | 108 | Review EisnerAmper September fee application. | 0.10 | $65.00 |
| 10/15/21 | GAK | 108 | Review Saul Ewing's August fee application and email A. Sherman regarding same. | 0.60 | $390.00 |
| | | **TASK TOTAL 108** | | **0.80** | **$520.00** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

| | | | | | |
|---|---|---|---|---|---|
| 10/06/21 | DJH | 110 | Meet with R. Brennan regarding motion to enforce automatic stay and Eisner retention order. | 0.40 | $290.00 |

Sills Cummis & Gross P.C.

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/06/21 | DJH | 110 | Draft motion to enforce automatic stay and Eisner retention order. | 1.70 | $1,232.50 |
| 10/07/21 | DJH | 110 | Draft and revise motion to enforce automatic stay and Eisner order. | 4.10 | $2,972.50 |
| 10/07/21 | DJH | 110 | Call with R. Brennan regarding motion to enforce automatic stay and Eisner order. | 0.40 | $290.00 |
| 10/07/21 | DJH | 110 | Conduct legal research regarding motion to enforce automatic stay. | 0.70 | $507.50 |
| 10/07/21 | DJH | 110 | Review and revise motion to enforce automatic stay and Eisner order with R. Brennan comments. | 1.10 | $797.50 |
| 10/08/21 | DJH | 110 | Revise motion to enforce automatic stay and Eisner order. | 3.60 | $2,610.00 |
| 10/08/21 | DJH | 110 | Calls with R. Brennan regarding motion to enforce automatic stay and Eisner order. | 0.50 | $362.50 |
| 10/11/21 | DJH | 110 | Review and revise motion to enforce automatic stay and Eisner retention order | 1.50 | $1,087.50 |
| 10/11/21 | DJH | 110 | Review and revise draft discovery requests in connection with chapter 11 trustee motion. | 2.10 | $1,522.50 |
| 10/11/21 | DJH | 110 | Call with R. Brennan regarding chapter 11 trustee discovery. | 0.30 | $217.50 |
| 10/12/21 | DJH | 110 | Correspond with B. Mankovetskiy regarding document requests. | 0.40 | $290.00 |
| 10/13/21 | DJH | 110 | Attention to revised version of motion to enforce stay and Eisner order. | 0.60 | $435.00 |
| 10/14/21 | DJH | 110 | Correspond with R. Brennan regarding discovery requests. | 0.40 | $290.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/15/21 | DJH | 110 | Correspond with B. Mankovetskiy and R. Brennan regarding discovery requests. | 0.80 | $580.00 |
| 10/19/21 | DJH | 110 | Correspond with R. Brennan and working group regarding updated discovery requests. | 0.60 | $435.00 |
| | | **TASK TOTAL 110** | | **19.20** | **$13,920.00** |

## 111 – AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 10/04/21 | GAK | 111 | Review Debtors' proposed preference settlement with Stratus and emails to A. Sherman regarding same. | 0.10 | $65.00 |
| 10/04/21 | GAK | 111 | Review proposed settlement with Reuter & Hanney and email A. Sherman regarding same. | 0.10 | $65.00 |
| 10/04/21 | GAK | 111 | Review Debtors' proposed preference settlement with Conrad O'Brien and emails to A. Sherman regarding same. | 0.20 | $130.00 |
| 10/11/21 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.60 | $495.00 |
| 10/15/21 | GAK | 111 | Review Debtors' proposed preference settlement with Heery Int'l and email A. Sherman regarding same. | 0.10 | $65.00 |
| 10/15/21 | GAK | 111 | Review Debtors' proposed preference settlement with Abiomed and emails to A. Sherman regarding same. | 0.10 | $65.00 |
| 10/22/21 | GAK | 111 | Review Debtors' proposed preference settlement with Comphealth and emails to A. Sherman regarding same. | 0.20 | $130.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 13

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/25/21 | BM | 111 | Analysis regarding pending motions to approve preference action settlements. | 0.60 | $495.00 |
| 10/29/21 | GAK | 111 | Review Debtors' proposed preference settlement with Eckert Seamans and emails to A. Sherman regarding same. | 0.20 | $130.00 |
| 10/29/21 | GAK | 111 | Review Debtors' proposed preference settlement with Orthofix and email A. Sherman regarding same. | 0.10 | $65.00 |
| 10/29/21 | GAK | 111 | Review Debtors' proposed preference settlement with Medical Doctor Associates and email A. Sherman regarding same. | 0.10 | $65.00 |
| 10/29/21 | GAK | 111 | Review Debtors' proposed preference settlement with Arthrex and email A. Sherman regarding same. | 0.10 | $65.00 |
| 10/29/21 | GAK | 111 | Review Debtors' proposed preference settlement with Suture Express and email A. Sherman regarding same. | 0.10 | $65.00 |
| 10/29/21 | GAK | 111 | Review Debtors' preference settlement with Airgas and email A. Sherman regarding same. | 0.10 | $65.00 |
|  |  | **TASK TOTAL 111** |  | **2.70** | **$1,965.00** |

**113 – PLAN AND DISCLOSURE STATEMENT**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 10/06/21 | BM | 113 | Analysis regarding plan of liquidation issues. | 1.10 | $907.50 |
|  |  | **TASK TOTAL 113** |  | **1.10** | **$907.50** |

Sills Cummis & Gross P.C.

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | |
| 10/04/21 | GAK | 114 | Review stay relief motion and emails to A. Sherman regarding same. | 0.10 | $65.00 |
| 10/11/21 | BM | 114 | Analysis regarding proposed stipulations granting limited stay relief to liquidate personal injury claims. | 0.70 | $577.50 |
| 10/15/21 | GAK | 114 | Review proposed stipulation granting stay relief to L. Caldwell and email A. Sherman regarding same. | 0.10 | $65.00 |
| 10/29/21 | BM | 114 | Analysis regarding MBNF's motion for stay relief relating to Broad Street Propcos. | 1.20 | $990.00 |
| | | **TASK TOTAL 114** | | **2.10** | **$1,697.50** |
| | | **TOTAL FEES at Standard Rates** | | **167.40** | **$129,351.00** |
| | | **TOTAL FEES at Blended Rate of $625** | | **167.40** | **$104,625.00** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 79.30 | $57,843.50 |
| 102 | Asset Disposition | | 12.70 | $10,925.00 |
| 104 | Case Administration | | 28.30 | $23,395.00 |
| 105 | Claims Administration and Objections | | 17.20 | $15,577.50 |
| 107 | Fee/Employment Applications | | 4.00 | $2,600.00 |
| 108 | Fee/Employment Objections | | 0.80 | $520.00 |
| 110 | Litigation (Other than Avoidance Action Litigation | | 19.20 | $13,920.00 |
| 111 | Avoidance Action Litigation | | 2.70 | $1,965.00 |
| 113 | Plan and Disclosure Statement | | 1.10 | $907.50 |
| 114 | Relief from Stay Proceedings | | 2.10 | $1,697.50 |
| | TOTAL FEES at Standard Rates | | 167.40 | $129,351.00 |
| | TOTAL FEES at Blended Rate of $625 | | 167.40 | $104,625.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2010960
Page 15

| Andrew H. Sherman | 20.40 | x | $925.00 | = | $18,870.00 |
| Boris Mankovetskiy | 62.10 | x | $825.00 | = | $51,232.50 |
| Daniel J. Harris | 19.20 | x | $725.00 | = | $13,920.00 |
| Rachel E. Brennan | 58.30 | x | $695.00 | = | $40,518.50 |
| Gregory A. Kopacz | 7.40 | x | $650.00 | = | $4,810.00 |

## DISBURSEMENT DETAIL

| 10/25/21 | 271 | Litigation Support Vendor (UnitedLex, Inv.062497 - hosting user and volume) | $1,189.70 |
| 10/01/21 | 379 | Lexis-Nexis | $48.57 |
| 10/01/21 | 379 | Lexis-Nexis | $23.31 |
| 10/06/21 | 379 | Lexis-Nexis | $12.17 |
| 10/06/21 | 379 | Lexis-Nexis | $12.17 |
| 10/07/21 | 379 | Lexis-Nexis | $12.17 |
| 10/08/21 | 379 | Lexis-Nexis | $12.17 |

**TOTAL DISBURSEMENTS** $1,310.26

| INVOICE SUMMARY | |
| --- | --- |
| Total Fees | $104,625.00 |
| Total Disbursements | $1,310.26 |
| **TOTAL THIS INVOICE** | **$105,935.26*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$129,351.00**) and fees at *Blended Rate* of $625 (**$104,625.00**)** apply.

**includes paralegal fees at standard rates, if applicable