**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: December 27, 2021 4:00 p.m.** |
| | ) **Hearing Date: Only if objection is timely filed** |

**TWENTY-SECOND MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | October 1, 2021 through October 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $46,190.25 (80 % of which is $36,952.20) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the twenty-second monthly fee application filed in this case.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | Fee Holdback |
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | |
|---|---|---|---|---|---|---|
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly Filed 2/17/2021 DI No. 2099 | 12/1/2020-12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly Filed 2/22/2021 DI No. 2115 | 1/1/2021-1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly Filed 4/12/2021 DI No. 2251 | 2/1/2021-2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly Filed 5/4/2021 DI No. 2613 | 3/1/2021-3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly Filed 8/4/2021 DI No. 2670 | 4/1/2021-4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth Monthly Filed 8/4/2021 DI No. 2671 | 5/1/2021-5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly Filed 8/4/2021 DI No. 2673 | 6/1/2021-6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly Filed 8/25/2021 DI No. 2745 | 7/1/2021-7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |
| Twentieth Monthly Filed 9/30/2021 DI No. 2907 | 8/1/2021-8/31/2021 | $31,199.85 | $0.00 | $24,959.88 | $0.00 | $6,239.97 |
| Twenty-First Monthly Filed 10/28/2021 DI No. 3000 | 9/1/2021-9/30/2021 | $19,180.35 | $20.85 | $15,344.28 | $20.85 | $3,836.07 |

## TIME AND COMPENSATION BREAKDOWN
## OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $700.00 | 39.60 | $27,720.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $600.00 | 3.30 | $1,980.00 |
| Raymond H. Lemisch | Bankruptcy & Restructuring Partner Admitted to Bar 1984 | $515.00 | 7.70 | $3,965.50 |
| Michael W. Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $500.00 | .70 | $315.00 |
| William J. Clements | Litigation - Of Counsel Admitted to Bar 2000 | $425.00 | 12.30 | $5,227.50 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate Admitted to Bar 2005 | $350.00 | 31.60 | $11,060.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal 1997 | $285.00 | 3.70 | $1,054.50 |
| **TOTALS** | | | **98.90** | **$51,322.50** |
| **BLENDED RATE** | | | | **$518.93** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$5,132.25** |
| **GRAND TOTAL** | | | | **$46,190.25** |

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | CL/05 | 57.70 | $34,885.00 |
| Fee/Employment Applications | FE/07 | 3.70 | $1,054.50 |
| Litigation | LT/10 | 40.10 | $15,383.00 |
| **TOTAL** | | **98.90** | **$51,322.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$5,132.25** |
| **GRAND TOTAL** | | | **$46,190.25** |

## EXPENSE SUMMARY
## OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| No reimbursements this period. | $0.00 |
| **TOTAL** | **$0.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**TWENTY-SECOND MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its twenty-second monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from October 1, 2021 through October 31, 2021.  In support hereof, Klehr Harrison respectfully represents as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.    BACKGROUND

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from October 1, 2021 through October 31, 2021 (the "Compensation Period"), totaling 98.90 hours of professional time.

6.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $46,190.25.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $46,190.25 in fees and $0.00 in expenses, for a total of $41,190.25.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $46,190.25 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from October 1, 2021 through October 31, 2021; (b) payment in the total amount of $36,952.20 which represents (i) 80% of the total fees billed ($36,952.20) and (ii) 100% of the expenses incurred ($0.00) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated:  December 6, 2021          /s/ Domenic E. Pacitti
Wilmington, Delaware              Domenic E. Pacitti (DE Bar No. 3989)
                                  **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                  919 North Market Street, Suite 1000
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 426-1189
                                  Facsimile: (302) 426-9193
                                  Email:  dpacitti@klehr.com

                                  *Special Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing Twenty-Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from October 1, 2021 through October 31, 2021 and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.       In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.       I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.       Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.       None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.       Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2021 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2021                          */s/ Domenic E. Pacitti*
                                                Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



**KLEHR HARRISON**
**HARVEY BRANZBURG** LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

November 3, 2021

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

| | |
|---|---|
| Invoice #: | 457063 |
| Client #: | 19647 |
| Matter #: | 0019 |

For professional services through October 31, 2021:

RE:   **Chapter 11**

**PROFESSIONAL SERVICES**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/21 | WJC | Reviewing documents in connection with preparation for drafting mediation brief pertaining to mediation of Drexel claims in bankruptcy | 1.80 | 425.00 | 765.00 |
| 10/06/21 | WJC | Reviewing and analyzing past memorandum and research pertaining to Drexel's bankruptcy claim in connection with drafting mediation statement pertaining to Drexel's bankruptcy claims | 1.60 | 425.00 | 680.00 |
| 10/07/21 | WJC | Emails from and to D. Pacitti | .10 | 425.00 | 42.50 |
| 10/08/21 | WJC | Legal research for mediation brief in connection with mediation of Drexel claims in bankruptcy | 1.50 | 425.00 | 637.50 |
| 10/08/21 | WJC | Drafting, reviewing and revising mediation brief in connection with mediation of Drexel claims in bankruptcy | 1.60 | 425.00 | 680.00 |
| 10/10/21 | WJC | Email from D. Pacitti | .10 | 425.00 | 42.50 |
| 10/11/21 | FMC | Review issues with Drexel claims and mediation | .10 | 600.00 | 60.00 |
| 10/11/21 | FMC | Review initial draft of mediation statement/review issues with mediation | .60 | 600.00 | 360.00 |
| 10/11/21 | DEP | Work on mediation statement re: Drexel claims | 4.00 | 700.00 | 2,800.00 |
| 10/11/21 | WJC | Drafting, reviewing and revising draft mediation statement | 3.80 | 425.00 | 1,615.00 |
| 10/12/21 | DEP | Review documents and agreements related to Drexel claims and issues | 5.00 | 700.00 | 3,500.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/14/21 | DEP | Work on mediation statement | 7.00 | 700.00 | 4,900.00 |
| 10/19/21 | DEP | Review and draft revisions to draft mediation statement | 3.50 | 700.00 | 2,450.00 |
| 10/20/21 | DEP | Call with J. Dinome re: mediation statement and issues | .30 | 700.00 | 210.00 |
| 10/20/21 | DEP | Email call with  clients re: mediation statement and issues | .10 | 700.00 | 70.00 |
| 10/20/21 | DEP | Review and draft revisions to draft mediation statement | 4.00 | 700.00 | 2,800.00 |
| 10/21/21 | FMC | Review working 28 page draft of mediation statement | .70 | 600.00 | 420.00 |
| 10/22/21 | DEP | Work on mediation statement and review of documents and notes | 6.00 | 700.00 | 4,200.00 |
| 10/25/21 | FMC | Review email from J. Dinome re: comments to mediation statement | .40 | 600.00 | 240.00 |
| 10/25/21 | DEP | Work on mediation statement | 5.00 | 700.00 | 3,500.00 |
| 10/26/21 | FMC | Review issues with Drexel mediation | .20 | 600.00 | 120.00 |
| 10/26/21 | DEP | Call with J. Dinome re: mediation statement and related issues | .30 | 700.00 | 210.00 |
| 10/26/21 | DEP | Work on mediation statement | 1.40 | 700.00 | 980.00 |
| 10/27/21 | FMC | Prepare for call | .20 | 600.00 | 120.00 |
| 10/27/21 | FMC | Review draft mediation statement | .40 | 600.00 | 240.00 |
| 10/27/21 | FMC | Conference call with D. Pacitti re: mediation statement | .20 | 600.00 | 120.00 |
| 10/27/21 | FMC | Review string email with J. Freedman attorney | .20 | 600.00 | 120.00 |
| 10/27/21 | DEP | Work on mediation statement | 2.50 | 700.00 | 1,750.00 |
| 10/27/21 | DEP | Call with clients re: mediation statement and related issues | .50 | 700.00 | 350.00 |
| 10/27/21 | WJC | Preparing for and attending conference call with clients, D. Pacitti and F. Correll regarding mediation statement and in preparation for mediation with Drexel | .50 | 425.00 | 212.50 |
| 10/27/21 | WJC | Reviewing drafts of and potential edits to mediation statements in connection with upcoming mediation of Drexel's bankruptcy claims | 1.20 | 425.00 | 510.00 |
| 10/29/21 | FMC | Review issues with Drexel mediation | .30 | 600.00 | 180.00 |

**Task Total:**                                                    **$ 34,885.00**

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/25/21 | MKH | Review case docket; draft and prepare CNO re Twentieth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from August 1, 2021 through August 31, 2021 for filing and efile same with Bankruptcy Court | .70 | 285.00 | 199.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/25/21 | MKH | Draft Twenty-First Monthly Fee Application for September 2021; prepare email to D. Pacitti attaching same for review | 1.40 | 285.00 | 399.00 |
| 10/28/21 | MKH | Revise and finalize Twenty-First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period September 1, 2021 to September 30, 2021 for filing and efile same with Bankruptcy Court | 1.30 | 285.00 | 370.50 |
| 10/28/21 | MKH | Update case calendar re critical dates and deadlines | .30 | 285.00 | 85.50 |

**Task Total:** **$ 1,054.50**

### Litigation

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/05/21 | SEV | Email exchange with counsel for Siemens Health L. Zabel regarding deadline to respond to complaint | .20 | 350.00 | 70.00 |
| 10/05/21 | SEV | Email exchange with counsel for CareFusion J. Stoelker regarding analysis and spreadsheet | .10 | 350.00 | 35.00 |
| 10/05/21 | SEV | Review spreadsheet/ analysis and settlement offer from counsel for CareFusion and confer with S. Prill regarding same | .90 | 350.00 | 315.00 |
| 10/06/21 | SEV | Draft stipulation extending time for Beckman Coulter to respond to adversary complaint during settlement negotiations; confer with L. Martin regarding same | .70 | 350.00 | 245.00 |
| 10/06/21 | SEV | Telephone call with R. Lemisch to discuss status of pending adversary proceedings and next steps in litigation | 1.00 | 350.00 | 350.00 |
| 10/06/21 | RHL | Review email from Sally to counsel to NPI regarding scheduling order and discovery and response from client | .20 | 515.00 | 103.00 |
| 10/06/21 | RHL | Review email from counsel for Orthopediatrics, Beckman Coulter and Siemans Diagnostic regarding extension of time to respond to complaint and email exchange between Sally and counsel for Glaxo regarding dismissal of action and Sally's email to client regarding extension to respond and her email to counsel for Siemans and Beckman confirming extensions | .50 | 515.00 | 257.50 |
| 10/06/21 | RHL | Review emails between Wilen, Sally and Susannah regarding Nuvasive and fraudulent conveyance action and further email from Sally regarding her discussions with Saul on the subject | .20 | 515.00 | 103.00 |
| 10/06/21 | RHL | Review email from counsel to ACGME regarding its analysis and extension to respond and Sally's response | .10 | 515.00 | 51.50 |
| 10/06/21 | RHL | Speak to Sally regarding various adversaries and how to proceed(1.0) | 1.00 | 515.00 | 515.00 |
| 10/06/21 | RHL | Review email from counsel to MeTel regarding extension to answer and forward to Sally | .10 | 515.00 | 51.50 |

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

November 3, 2021
Invoice #: 457063

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/06/21 | RHL | Review email exchange between Sally, ACGME and client regarding settlement | .10 | 515.00 | 51.50 |
| 10/07/21 | SEV | Email exchanges with P. Hage regarding settlement counteroffer in Hologic adversary proceeding; confer with S. Prill | .90 | 350.00 | 315.00 |
| 10/07/21 | SEV | Telephone call with W. Mosby regarding Orthopediatrics OCB analysis in preference action | .10 | 350.00 | 35.00 |
| 10/07/21 | SEV | Draft stipulation extending time for Orthopediatrics to respond to complaint during settlement discussions | .50 | 350.00 | 175.00 |
| 10/07/21 | SEV | Draft correspondence to W. Mosby regarding settlement offer in Orthopediatrics and analysis of defenses | .70 | 350.00 | 245.00 |
| 10/07/21 | SEV | Review analysis of new value defense to preference action provided by A. Franklin counsel for KCI USA and confer with S. Prill | .50 | 350.00 | 175.00 |
| 10/07/21 | RHL | Review email from Sally to client regarding KCI defense analysis and review analysis and then email Sally regarding same and review response from client | .50 | 515.00 | 257.50 |
| 10/07/21 | RHL | Review email exchange between Sally and client regarding Hologic settlement process and new counteroffer | .10 | 515.00 | 51.50 |
| 10/07/21 | RHL | Review email from Sally to client regarding strategy relating to Orthopediatrics  and her response to Orthopediatrics regarding its proposed settlement and its response | .20 | 515.00 | 103.00 |
| 10/07/21 | RHL | Review email from counsel to ACGME regarding preference analysis and counteroffer | .10 | 515.00 | 51.50 |
| 10/08/21 | SEV | Email exchanges with R. Lemisch and M. DiSabatino regarding process for dismissal of certain preference actions | .40 | 350.00 | 140.00 |
| 10/08/21 | SEV | Review and respond to correspondence from counsel for various preference defendants and update status or take action accordingly | 2.20 | 350.00 | 770.00 |
| 10/08/21 | RHL | Review and revise draft emails to Wilen and to Monique regarding how to handle fraudulent conveyance claims and review email form Sally to Monique and Monique's response and revision and then email Sally regarding same and review response from John Demmy and respond | .80 | 515.00 | 412.00 |
| 10/08/21 | RHL | Review email exchange between Susannah and Sally regarding settling Hologic and respond to Susannah and review her response and respond | .20 | 515.00 | 103.00 |
| 10/11/21 | WJC | Emails from and to D. Pacitti and F. Correll | .10 | 425.00 | 42.50 |
| 10/11/21 | RHL | Review email from Sally to Susannah regarding Siemans and Met Tel(.1) | .10 | 515.00 | 51.50 |
| 10/12/21 | SEV | Email exchange with counsel for KCI A. Franklin regarding settlement discussions | .20 | 350.00 | 70.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/12/21 | SEV | Review new value and OCB analysis from Siemens Healthcare and Siemens Medical Service; confer with S. Prill regarding offer and complaint against all three Siemens entities | 1.60 | 350.00 | 560.00 |
| 10/12/21 | RHL | Review email from counsel to Siemans Healthcare and Siemans Diagnostics and defenses asserted and review email from counsel for Carefusion regarding extension to respond and email Sally regarding same and review Sally's response and respond and review Sally's further response to defendants regarding extensions to respond to the complaints | .40 | 515.00 | 206.00 |
| 10/12/21 | RHL | Review email from counsel for KCI requesting extension to respond to complaint | .10 | 515.00 | 51.50 |
| 10/13/21 | MWY | Address and respond to J Waxman preference issues | .70 | 450.00 | 315.00 |
| 10/13/21 | SEV | Telephone call with J. Waxman regarding Siemens Industry preference action | .10 | 350.00 | 35.00 |
| 10/13/21 | RHL | Review email from counsel for ACGME regarding extension to respond(.1) | .10 | 515.00 | 51.50 |
| 10/13/21 | RHL | Review client's analysis of Siemans Healthcare Diagnostics payments and respond | .20 | 515.00 | 103.00 |
| 10/14/21 | SEV | Draft stipulation extending response deadline for Siemens Healthcare and Siemens Medical; confer with L. Zabel | .60 | 350.00 | 210.00 |
| 10/14/21 | SEV | Email exchanges with J. Waxman and A. Miller regarding response deadline related to preference complaint pending against Siemens Industry | .40 | 350.00 | 140.00 |
| 10/14/21 | SEV | Draft stipulation extending time for ACGME to respond to preference complaint | .50 | 350.00 | 175.00 |
| 10/14/21 | SEV | Telephone call and email exchange with P. Topper regarding ACGME preference complaint and settlement counteroffer | .30 | 350.00 | 105.00 |
| 10/14/21 | RHL | Review email from Sally to counsel for ACGME with counteroffer and to extend time to respond by 30 days and email from Sally to client regarding Siemans issues and emails between Sally and Siemans' counsel regarding extension to respond to the complaint and email from counsel to KCI regarding extension and email from Sally to Carefusion counsel regarding extension to respond | .50 | 515.00 | 257.50 |
| 10/15/21 | RHL | Review email from counsel to ACGME regarding extension to respond | .10 | 515.00 | 51.50 |
| 10/18/21 | RHL | Review email from ACGME's counsel with counter-offer | .10 | 515.00 | 51.50 |
| 10/20/21 | SEV | Review MetTel preference analysis and confer with S. Prill regarding defenses | 1.20 | 350.00 | 420.00 |
| 10/20/21 | SEV | Review and analyze counteroffers from preference defendants and prepare responses | 1.70 | 350.00 | 595.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/20/21 | RHL | Review email exchange between Susannah and Sally regarding a counter offer to ACGME | .10 | 515.00 | 51.50 |
| 10/21/21 | SEV | Telephone call with A. Miller counsel for Siemens Industry regarding preference action | .20 | 350.00 | 70.00 |
| 10/21/21 | SEV | Review adversary proceedings and update tracker to reflect current status; confer with S. McGuire regarding same | 2.10 | 350.00 | 735.00 |
| 10/21/21 | RHL | Review email from Sally regarding settling preferences with fraudulent conveyance counts and respond(.1) | .10 | 515.00 | 51.50 |
| 10/22/21 | SEV | Review and revise Siemens Industry stipulation in adversary proceeding and confer with local counsel A. Hiller | .50 | 350.00 | 175.00 |
| 10/22/21 | SEV | Review statements of accounts provided by Philadelphia Gas Works and confer with S. Prill | 1.30 | 350.00 | 455.00 |
| 10/25/21 | SEV | Review new value and OCB analysis from preference defendants and compare with analysis from debtors' records; draft correspondence to with settlement counteroffer and analysis; confer with S. Prill | 2.30 | 350.00 | 805.00 |
| 10/25/21 | SEV | Draft notices of default in three preference actions after monitoring docket | 1.60 | 350.00 | 560.00 |
| 10/25/21 | SEV | Telephone call with J. DiNome regarding prosecution of adversary proceedings | .20 | 350.00 | 70.00 |
| 10/25/21 | RHL | Review email from Sally to client regarding counter-offer for Orthopediatrics case as email from Sally to ACGME counsel with counter-offer and response from client regarding Orthopediatrics and review Sally response to Carefusion settlement offer and her email to Orthopediatrics with counter-offer and review response from Orthopediatrics | .40 | 515.00 | 206.00 |
| 10/25/21 | RHL | Review emails from Sally and client regarding MeTel preference as well as a quick look at analysis and respond to Sally | .20 | 515.00 | 103.00 |
| 10/26/21 | SEV | Review defenses and analysis presented by adversary defendants and engage in settlement discussions; confer with S. Prill | 2.70 | 350.00 | 945.00 |
| 10/26/21 | RHL | Review Sally's email to counsel for MetTel | .10 | 515.00 | 51.50 |
| 10/27/21 | RHL | Review email from Sally regarding settlements and releases and respond and her email to client regarding settlement of Orthopdiatrics and her email to counsel for Orthopediatrics regarding settlement | .20 | 515.00 | 103.00 |
| 10/28/21 | SEV | Draft settlement agreements in preference actions and confer with counsel for the defendants regarding same | 1.70 | 350.00 | 595.00 |
| 10/28/21 | SEV | Update status tracker and confer with Eisner Amper regarding open adversary proceedings | 1.30 | 350.00 | 455.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/21 | RHL | Review email exchange between counsel for Cintas and Sally regarding resolution and between Adeola and Sally regarding settlement motion process (several emails) | .30 | 515.00 | 154.50 |
| 10/29/21 | SEV | Email exchanges with M. Higgins regarding Cintas adversary proceeding | .40 | 350.00 | 140.00 |
| 10/29/21 | SEV | Email exchanges with L. Zabel regarding Siemens adversary proceeding | .30 | 350.00 | 105.00 |
| 10/29/21 | SEV | Draft settlement agreements in adversary proceedings and confer with respective defendants and counsel | 2.20 | 350.00 | 770.00 |
| 10/29/21 | RHL | Review emails from Dom and email to him from counsel for Cintas and respond to Dom and review email from Sally and analysis on FedEx claim and review emails exchange between Sally and counsel to Siemans regarding extending the mediation selection deadlines in view of ongoing settlement discussions and review email from Beckman's counsel analyzing preference defenses as well as email from counsel from Orthopediatrics regarding extension to answer | .60 | 515.00 | 309.00 |

**Task Total:** **$ 15,383.00**

**TOTAL PROFESSIONAL SERVICES** **$ 51,322.50**

10% Discount $ -5,132.25

**NET PROFESSIONAL SERVICES** **$ 46,190.25**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 39.60 | 700.00 | 27,720.00 |
| Correll, Francis M. | Partner | 3.30 | 600.00 | 1,980.00 |
| Lemisch, Raymond H. | Partner | 7.70 | 515.00 | 3,965.50 |
| Yurkewicz, Michael W. | Partner | .70 | 450.00 | 315.00 |
| Clements, William J. | Of-Counsel | 12.30 | 425.00 | 5,227.50 |
| Veghte, Sally E. | Associate | 31.60 | 350.00 | 11,060.00 |
| Hughes, Melissa K. | Paralegal | 3.70 | 285.00 | 1,054.50 |
| **TOTALS** | | **98.90** | | **$ 51,322.50** |

**TOTAL THIS INVOICE**                    **$ 46,190.25**

EXHIBIT B

DISBURSEMENTS

| Description | Amount |
|---|---|
| No disbursements this month. | |
| TOTAL DISBURSEMENTS | $0.00 |