**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br>**Re: Docket Nos. 3177 and 3197** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
ORDER DENYING THE DEBTORS' AND COMMITTEE'S (I) RENEWED
MOTION TO COMPEL DISCOVERY AND CONTINUE HEARING ON
COMFORT / LIFT STAY MOTION AND (II) MOTION IN LIMINE**

I, Mark Minuti, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby certify as follows:

1. At a hearing on December 1, 2021, the Court denied the *Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine* [Docket No. 3177] (the "**Motion**").

2. Attached hereto as **Exhibit A** is a proposed order (the "**Proposed Order**") to document the Court's ruling on the Motion.

3. The form of the attached Proposed Order has been approved by counsel for each of the Debtors, the Official Committee of Unsecured Creditors and the respondents to the Motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

4. Of course, the parties are available to discuss this matter at the Court's convenience. Absent any questions or concerns, the Debtors respectfully request that the Court sign the attached Proposed Order and direct that it be docketed.

Respectfully submitted,

Dated: December 7, 2021               **SAUL EWING ARNSTEIN & LEHR LLP**

By:  */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com

*Counsel for Debtors and Debtors in Possession*