## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 3187, 3192, 3193** |

## CERTIFICATE OF SERVICE

I, Brendan J. Schlauch, herby certify that on November 29th & 30th, 2021, I caused a copy of the following documents to be served upon the parties on the attached service lists in the manner indicated.

- *Declaration of William R. Brinkman in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer or Otherwise Encumber Such Assets* [Docket No. 3187]

- *Declaration of Joel L. Freedman in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer or Otherwise Encumber Such Assets* [Docket No. 3192]

- *MBNF Non-Debtor Entities' Reply to the Objection of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to the Motion of the Broad Street Entities and PAHH for Entry of a Comfort Order Regarding the Automatic Stay* [Docket No. 3193]

*/s/ Brendan J. Schlauch*
Brendan J. Schlauch (No. 6115)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## SERVICE LIST
## VIA CM/ECF & EMAIL ON 11/29/21

Arent Fox LLP
Attn: George Angelich/
Phillip Khezri
1301 Ave of the Americans, 42nd Fl
New York, NY 10019
george.angelich@arentfox.com

Ashby & Geddes, P.A.
Attn: Gregory Taylor / Katharina Earle
500 Delaware Ave, 8th Fl
P.O. Box 1150
Wilmington, DE 19899-1150
gtaylor@ashbygeddes.com

Attorney for the City of PA
City of PA Law Dept
Attn: Megan Harper
1401 JFK Building, 5th FL
Philadelphia, PA 19102-1595
Megan.Harper@phila.gov

Ballard Spahr LLP
Attn: Tobey M. Daluz
Attn: Chantelle D. McClamb
919 N. Market Street, 11th Floor
Wilmington, DE 19801
daluzt@ballardspahr.com

Ballard Spahr LLP
Attn: Vincent J. Marriott
1735 Market St, 51st Fl
Philadelphia, PA 19103
marriott@ballardspahr.com

Bayard, PA
Attn: Justin Alberto/ Sophie Macon
600 N King St, Ste 400
Wilmington, DE 19801
jalberto@bayardlaw.com

Berger Law Group, P.C.
Attn: Phillip Berger/Matthew Kaufmann
919 Conestoga Rd., Bldg. 3, Ste. 114
Rosemont, PA 19010
berger@bergerlawpc.com

Bielli & Klauder, LLC
Attn: David Klauder
1204 N King St.
Wilmington, DE 19801
dklauder@bk-legal.com

Borges & Associates, LLC
Attn: Wanda Borges
Attn: Sue L. Chin
575 Underhill Blvd, Ste 118
Syosset, NY 11791
wborges@borgeslawllc.com

Buchalter, A Professional Corp
Attn: Shawn M. Christianson
55 Second St, 17 Fl
San Francisco, CA 94105-3493
schristianson@buchalter.com

Ciardi Ciardi & Astin
Attn: Albert Ciardi
1 Commerce Sq, Ste 3500
2005 Market St
Philadelphia, PA 19103
aciardi@ciardilaw.com

Ciardi Ciardi & Astin
Attn: Daniel Astin/ Joseph McMahon
1204 N. King St
Wilmington, DE 19801
jmcmahon@ciardilaw.com

Cozen O'Connor
Attn: John T. Carroll, III
1201 N Market St, Ste 1001
Wilmington, DE 19801
jcarroll@cozen.com

DLA Piper LLP
Attn: Richard A. Chesley
444 W Lake St, Ste 900
Chicago, IL 60606
richard.chesley@dlapiper.com

Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621
patrick.jackson@dbr.com

Faegre Drinker Biddle & Reath LLP
Attn: Ian J. Bambrick
222 Delaware Ave, Ste 1410
Wilmington, DE 19801
ian.bambrick@faegredrinker.com

Fineman Krekstein & Harris, PC
Attn: Deirdre M. Richards
1300 N. King St
Wilmington, DE 19801
drichards@finemanlawfirm.com

Gellert Scali Busenkell & Brown, LLC
Attn: Michael Busenkell
1201 N Orange St, Ste 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com

Gibbons P.C.
Attn: Howard A. Cohen
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761
hcohen@gibbonslaw.com

DLA Piper LLP
Attn: Stuart M. Brown
1201 N Market St, Ste 2100
Wilmington, DE 19801
stuart.brown@dlapiper.com

Drinker Biddle & Reath LLP
Attn: Marita S. Erbeck
600 Campus Dr
Florham Park, NJ 07932-1047
marita.erbeck@dbr.com

Duane Morris LLP
Attn: Jarret Hitchings
222 Delaware Ave, Ste 1600
Wilmington, DE 19801-1659
jphitchings@duanemorris.com

Faegre Drinker Biddle & Reath LLP
Attn: Jay Jaffe
Attn: Kayla Britton
600 E 96th St, Ste 600
Indianapolis, IN 46240
jay.Jaffe@faegredrinker.com

Gibbons P.C.
Attn: Dale E. Barney
One Gateway Center
Newark, NJ 07102-5310
dbarney@gibbonslaw.com

Gibbons P.C.
Attn: N Songonuga/ R Malone/ D Crapo
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761
nsongonuga@gibbonslaw.com

RLF1 26397704v.1

Greenberg Traurig, LLP
Attn: Dennis A. Meloro
The Nemours Building
1007 N Orange St, Ste 1200
Wilmington, DE 19801
MeloroD@gtlaw.com

Honigman LLP
Attn: E Todd Sable/ Lawrence A.Lichtman
2290 First National Building
660 Woodward Ave
Detroit, MI 48226
tsable@honigman.com

Kurtzman, Steady, LLC
Attn: Jeffrey Kurtzman
401 S 2nd St, Ste 200
Philadelphia, PA 19147
kurtzman@kurtzmansteady.com

Markowitz and Richman
Attn: Claiborne S. Newlin
123 S Broad St, Ste 2020
Philadelphia, PA 19109
cnewlin@markowitzandrichman.com

Mattleman Weinroth & Miller, P.C
Attn: Christina Pross
200 Continental Drive, Ste 215
Newark, DE 19713
cpross@mwm-law.com

Moye White LLP
Attn: Timothy M. Swanson/Vikrama S.
Chandrashekar
1400 16th St, 6th Fl
Denver, CO 80202
tim.swanson@moyewhite.com

Hogan & McDaniel
Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick
1311 Delaware Ave
Wilmington, DE 19805
dkhogan@dkhogan.com

Jones Walker LLP
Attn: Jeffrey R. Barber
190 E Capitol St, Ste 800
P.O. Box 427
Jackson, MS 39205-0427
jbarber@joneswalker.com

Latham & Watkins LLP
Attn: Suzzanne Uhland
Attn: Matthew J. Carmody
885 3rd Ave
New York, NY 10022-4834
suzzanne.uhland@lw.com

Maron Marvel Bradley Anderson & Tardy, LLC
Attn: Stephanie A. Fox
1201 N Market St, Ste 900
Wilmington, DE 19801
saf@maronmarvel.com

McCarter & English, LLP
Attn: William F. Taylor
Renaissance Centre
405 N King St, 8th Fl
Wilmington, DE 19801
wtaylor@mccarter.com

O'Donoghue & O'Donoghue LLP
Attn: Lance Geren, Esq.
325 Chestnut St, Ste 600
Philadelphia, PA 19106
lgeren@odonoghuelaw.com

Office of Attorney General
Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith
The Phoenix Building
1600 Arch St, 3rd Fl
Philadelphia, PA 19103
cmomjian@attorneygeneral.gov

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones
Attn: Timothy P Cairns
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
tcairns@pszjlaw.com

Pepper Hamilton, LLP
Attn: Marcy McLaughlin Smith
1313 N Market St, P.O. Box 1709
Hercules Plz, Ste 5100
Wilmington, DE 19899-1709
marcy.smith@troutman.com

Polsinelli P.C
Attn: Christopher A. Ward
222 Delaware Ave, Ste 1101
Wilmington, DE 19801
cward@polsinelli.com

Potter Anderson & Corroon LLP
Attn: Jeremy W. Ryan
1313 North Market St, 6th Fl
P.O. Box 951
Wilmington, DE 19899
jryan@potteranderson.com

Schnader Harrison Segal & Lewis LLP
Attn: Nicholas J. LePore
1600 Market St, Ste 3600
Philadelphia, PA 19103-7286
nlepore@schnader.com

Schnader Harrison Segal & Lewis LLP
Attn: Richard A. Barkasy
824 N Market St, Ste 800
Wilmington, DE 19801
rbarkasy@schnader.com

Shipman & Goodwin LLP
Attn: Eric S. Goldstein
One Constitution Plz
Hartford, CT 06103-1919
egoldstein@goodwin.com

Sills Cummis & Gross P.C
The Legal Center
Attn: Andrew Sherman/ Boris Mankovetskiy
1 Riverfront Plz
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

Smith Hulsey & Busey
Attn: Michael E. Demont
Attn: Brandon A. Cook
One Independent Dr, Ste 3300
Jacksonville, FL 32202
mdemont@smithhulsey.com

Stevens & Lee, P.C.
Attn: Joseph H. Huston
919 N Market St, Ste 1300
Wilmington, DE 19801
jhh@stevenslee.com

Stevens & Lee, P.C.
Attn: Robert Lapowsky
620 Freedom Busin Ctr, Ste 200
King of Prussia, PA 19406
rl@stevenslee.com

Stradley, Ronon, Stevens & Young, LLP
Attn: Joelle E. Polesky
1000 N West St, Ste 1279
Wilmington, DE 19801
jpolesky@stradley.com

Sullivan, Hazeltine, Allison, LLC.
Attn: William D. Sullivan
919 N Market St, Ste 420
Wilmington, DE 19801
bsullivan@sha-llc.com

Troutman Sanders LLP
Attn: Louis A. Curcio
Attn: Jessica Mikhailevich
875 3rd Ave
New York, NY 10022
louis.curcio@troutman.com

White and Williams LLP
Attn: Marc S. Casarino
600 N King St, Ste 800
Wilmington, DE 19899-0709
casarinom@whiteandwilliams.com

Jeffrey Hampton
Adam Isenberg
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Jeffrey.hampton@saul.com
adam.isenberg@ssaul.com

Stinson LLP
Attn: Darrell Clark/ Tracey Ohm
1775 Pennsylvania Ave NW, Ste 800
Washington, D.C 20006
darrell.clark@stinson.com

Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S Mopac Expressway, Ste 320
Austin, TX 78746
streusand@slollp.com

The Rosner Law Gorup LLC
Attn: Frederick B. Rosner
824 N Market St, Ste 810
Wilmington, DE 19801
rosner@teamrosner.com

Underwood Perkins, P.C.
Attn: David Campbell/ Eli Pierce
Two Lincoln Centre
5420 LBJ Fwy, Ste 1900
Dallas, TX 75240
dcampbell@uplawtx.com

Mark Minuti
Monique Bair DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
mark.minuti@saul.com
monique.disabatino@saul.com

RLF1 26397704v.1

**SERVICE LIST**
**VIA EMAIL ON 11/29/21**
**VIA FIRST CLASS MAIL ON 11/30/21**

Alan Gelb, Esq.
c/o Law Offices of Alan Gelb
349 Bustleton Pike
Feasterville, PA 19053
agelblaw@yahoo.com

Albert Einstein Healthcare Network
Attn: Penny J. Rezet
5501 Old York Rd
Philadelphia, PA 19141
rezetp@einstein.edu

Commonwealth of PA Dept of Labor and Industry
Collection Support Unit
Attn: Deb Secrest
651 Boas St, Rm 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

Denton US, LLP
Attn: Oscar Pinkas
1221 Ave of the Americas
New York, NY 10020
oscar.pinkas@dentons.com

Drexel University College of Medicine
c/o Cozen O'Connor
Attn: Stephen A. Cozen, Esq.
One Liberty Place
1650 Market St, Ste 2800
Philadelphia, PA 19103
scozen@cozen.com

Duane Morris LLP
Attn: Mairi V. Luce
30 S 17th St
Philadelphia, PA 19103-4196
luce@duanemorris.com

Greenberg Traurig, LLP
Attn: Nancy A. Peterman
77 W Wacker Dr, Ste 3100
Chicago, IL 60601
petermann@gtlaw.com

JD Thompson Law
c/o Sodexo, Inc
Attn: Judy D. Thompson
P.O. Box 33127
Charlotte, NC 28233
jdt@jdthompsonlaw.com

Jeffer Mangels Butler & Mithcell LLP
Attn: Marianne S. Martin
1900 Ave of the Stars, 7th FL
Los Angeles, CA 90067
mmartin@jmbm.com

Katten Muchin Rosenman LLP
Attn: Cindi M. Giglio
Attn: Jerry L. Hall
Attn: Katherine Scherling
575 Madison Ave
New York, NY 10022-2585
cgiglio@katten.com

Kirkland & Ellis LLP
Attn: Nicole L Greenblatt
601 Lexington Ave
New York, NY 10022
nicole.greenblatt@kirkland.com

Kirkland & Ellis LLP
Stephen C Hackney, PC, Kent J. Hayden & Christopher
S. Koenig
300 N LaSalle
Chicago, IL 60654
stephen.hackney@kirkland.com; kent.hayden@kirkland.com &
chris.koenig@kirkland.com

Law Offices of Mitchell J. Malzberg, LLC
Attn: Mitchell J. Malzberg
P.O. Box 5122
6 E Main St, Ste 7
Clinton, NJ 08809
mmalzberg@mjmalzberglaw.com

Med One Capital Funding, LLC
c/o Ray Quinney & Nebecker, P.C
Attn: David H. Leigh
36 S State St, 14th FL
Salt Lake City, UT 84111
dleigh@rqn.com

Pepper Hamilton, LLP
Attn: Francis J. Lawall
3000 Two Logan Sq
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
francis.lawall@troutman.com

Stradley, Ronon, Stevens & Young, LLP
Attn: Deborah A. Reperowitz
100 Park Ave, Ste 2000
New York, NY 10017
dreperowitz@stradley.com

U.S. Dept of Justice
Attn: Marc Sacks
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-875
marcus.s.sacks@usdoj.gov

Willig, Williams & Davidson
Attn: Jessica Kolansky
1845 Walnut St, 24th Fl
Philadelphia, PA 19103
jkolansky@wwdlaw.com

Markowitz & Richman
Attn: Jonathan Walters, Esquire
123 South Broad St, Ste 2020
Philadelphia, PA 19109
jwalters@markowitzandrichman.com

Pearlman & Miranda, LLC.
Attn: Patricia A Celano
110 Edison Pl, Ste 301
Newark, NJ 07102
pcelano@pearlmanmiranda.com

Stoel Rives LLP
Attn:  Marc A. Al
33 S 6th St, Ste 4200
Minneapolis, MN 55402
marc.al@stoel.com

Stradley, Ronon, Stevens & Young, LLP
Attn: Gretchen M. Santamour
2005 Market St, Ste 2600
Philadelphia, PA 19103
gsantamour@stradley.com

White and Williams LLP
Attn: Amy E. Vulpio
1650 Market St, 18th FL
Philadelphia, PA 19103
vulpioa@whiteandwilliams.com

**SERVICE LIST**
**VIA CM/ECF & EMAIL 11/29/21**
**VIA FIRST CLASS MAIL 11/30/21**

Office of the United States Attorney
for the District of Delaware
Attn: David C. Weiss, Esquire
Hercules Building
1313 N Market St
Wilmington, DE 19801
usade.ecfbankruptcy@usdoj.gov

Office of The United States Trustee
Attn: Benjamin Hackman
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801-3519
benjamin.a.hackman@usdoj.gov

# SERVICE LIST
## VIA FIRST CLASS MAIL ON 11/30/21

City of Philadelphia
Attn:  Law Dept
1515 Arch St, 17th Fl
Philadelphia, PA  19102

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

National Union of Hospital and
Healthcare Employees, AFSCME, AFL-CIO
1319 Locust St
Philadelphia, PA 19107

Office of the Attorney General
Attn: Josh Shapiro, Esquire
Attn: Bankruptcy Dept
16th Fl, Strawberry Sq
Harrisburg, PA 17120

Pennsylvania Dept of Health
Attn: Dr. Rachel Levine
Health and Welfare Building
625 Forester St, 8th FL W
Harrisburg, PA 17120

United States Department of Justice
Attn:  Civil Division
950 Pennslvania Ave, NW
Washington, DC 20530-0001

Freedman & Lorry, P.C.
c/o Susan A. Murray
Attn: Training & Upgrading Fund
1601 Market St, Ste 1500
Philadelphia, PA 19103

International Brotherhood of
Electrical Workers, Local 98
1701 Spring Garden St
Philadelphia, PA 19130

National Union of Hospital and
Healthcare Employees, District 1199C
1319 Locust St
Philadelphia, PA 19107

Pennsylvania Assoc of
Staff Nurses and Allied Professionals
1 Fayette Street, Suite 475
Conshohocken, PA 19428

St. Mary's Medical Ctr
1201 Langhorne-Newtown Rd
Langhorne, PA 19047

United States Dept of Justice
950 Pennsylvania Ave, NW
Washington, DC  20530-0001

| **SERVICE LIST** |
|:---:|
| **VIA CM/ECF & EMAIL 11/29/21**<br>**VIA OVERNIGHT MAIL 11/30/21** |
| Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones<br>Attn: Timothy P Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |
| **VIA EMAIL 11/29/21**<br>**VIA OVERNIGHT MAIL 11/30/21** |
| Kirkland & Ellis LLP<br>Stephen C Hackney, PC<br>Kent J. Hayden<br>Chrstopher S. Koenig<br>300 N LaSalle<br>Chicago, IL 60654 |