# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>Re:  Docket Nos. 3186, 3187, 3192, 3193 |

## CERTIFICATE OF SERVICE

I, Brendan J. Schlauch, herby certify that on November 29th & 30th, 2021, I caused a copy of the following documents to be served upon the parties on the attached service lists in the manner indicated.

- [FILED UNDER SEAL] *Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* [Docket No. 3186]

- *Declaration of William R. Brinkman in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer or Otherwise Encumber Such Assets* [Docket No. 3187]

- *Declaration of Joel L. Freedman in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer or Otherwise Encumber Such Assets* [Docket No. 3192]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

- *MBNF Non-Debtor Entities' Reply to the Objection of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to the Motion of the Broad Street Entities and PAHH for Entry of a Comfort Order Regarding the Automatic Stay* [Docket No. 3193]

                                                                                    */s/ Brendan J. Schlauch*
                                                                                    Brendan J. Schlauch (No. 6115)

## SERVICE LIST
## VIA CM/ECF & EMAIL 11/29/21
## VIA HAND DELIVERY 11/30/21

| | |
|---|---|
| DLA Piper LLP<br>Attn: Stuart M. Brown<br>1201 N Market St, Ste 2100<br>Wilmington, DE 19801<br>stuart.brown@dlapiper.com | Fox Rothschild LLP<br>Attn: Seth A. Niederman<br>919 N Market St, Ste 300<br>Wilmington, DE 19899-2323<br>sniederman@foxrothschild.com |
| Mark Minuti<br>Monique Bair DiSabatino<br>Saul Ewing Arnstein & Lehr LLP<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>mark.minuti@saul.com<br>monique.disabatino@saul.com | |

## SERVICE LIST
## VIA CM/ECF & EMAIL 11/29/21
## VIA OVERNIGHT MAIL 11/30/21

| | |
|---|---|
| Attorney for the City of PA<br>City of PA Law Dept<br>Attn: Megan Harper<br>1401 JFK Building, 5th FL<br>Philadelphia, PA 19102-1595<br>Megan.Harper@phila.gov | DLA Piper LLP<br>Attn: Richard A. Chesley<br>444 W Lake St, Ste 900<br>Chicago, IL 60606<br>richard.chesley@dlapiper.com |
| Sills Cummis & Gross P.C<br>The Legal Center<br>Attn: Andrew Sherman/Boris Mankovetskiy<br>1 Riverfront Plz<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com | |