**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
CENTER CITY HEALTHCARE, LLC D/B/A : Case No. 19-11466 (MFW)
HAHNEMANN UNIVERSITY HOSPITAL, *et* :
*al.*, : (Jointly Administered)
: 
Debtors. : **Re:  Docket No. 3243**
---------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE BROAD STREET ENTITIES AND PAHH TO FILE UNDER SEAL (A) THE OMNIBUS REPLY IN SUPPORT OF THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS, AND (B) THE RESPONDENTS' OBJECTION TO DEBTORS' AND COMMITTEE'S (I) RENEWED MOTION TO COMPEL DISCOVERY AND CONTINUE HEARING ON COMFORT/LIFT STAY MOTION, AND (II) MOTION IN LIMINE**

The undersigned hereby certifies that the Broad Street Entities and PAHH (collectively, the "**Movants**")[1] have received no answer, objection or any other responsive pleading with respect to the *Motion for Entry of an Order Authorizing the Broad Street Entities and PAHH to File Under Seal (A) the Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets, and (B) the Respondents' Objection to Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion, and (II) Motion in Limine* [Docket No. 3243] (the "**Motion**") filed by

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

the Movants with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on December 2, 2021. The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases. Pursuant to the *Notice of Motion and Hearing*, filed with the Motion, any objection or response to the Motion was to be filed no later than December 14, 2021 at 4:00 p.m. (prevailing Eastern Time).

      WHEREFORE, the Movants respectfully request that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: December 15, 2021
      Wilmington, Delaware

*/s/ Brendan J. Schlauch*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:   (302) 651-7700
Fax:   (302) 651-7701
Email:  collins@rlf.com
         merchant@rlf.com
         schlauch@rlf.com

-and-

Suzzanne S. Uhland (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel:   (212) 906-1200
Fax:   (212) 751-4864
Email:  suzzanne.uhland@lw.com
         robert.malionek@lw.com
         tj.li@lw.com
         alexandra.zablocki@lw.com

*Counsel for the Movants*