# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (MFW) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR DECEMBER 21, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

**MOOT MATTER:**

1. Gordon Brothers Realty Services, LLC's Motion for Entry of (I) an Order Quashing the Subpoena Served by the Debtors and the Official Committee of Unsecured Creditors, or Alternatively, (II) a Protective Order Modifying the Subpoena [Docket No. 3051; filed: 11/08/21]

    Response Deadline: November 22, 2021 at 4:00 p.m.

    Responses Received:

    A. Objection of Debtors and Committee To Respondents' Motion To (I) Quash The Debtors' and The Creditors' Committee's Notice of Rule 26 And 30(b)(6) Deposition And Subpoenas And (II) For Entry Of A Protective Order Limiting Written Discovery [Docket No. 3115; filed: 11/16/21]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Status: This motion is moot pursuant to Order Approving Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions [Docket No. 3116; signed and docketed: 11/16/21]

**RESOLVED MATTERS:**

2. Motion of Debtors for Approval of Settlement of Preference Claims against CCJ Physics LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3011; Adversary No. 11; filed: 11/02/21]

    Response Deadline: November 16, 2021 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A. Certification of No Objection [Docket No. 3127; Adversary Docket No. 13; filed: 11/17/21]

    B. Order Approving Settlement of Preference Claims against CCJ Physics LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3143; Adversary No. 14; signed and docketed: 11/18/21]

    Status: On November 18, 2021, the Court entered an order approving this motion.

3. Motion of Debtors for Approval of Settlement of Preference Claims against Champion Energy Services, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3042; filed: 11/04/21]

    Response Deadline: November 18, 2021 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A. Certification of No Objection [Docket No. 3154; filed: 11/19/21]

    B. Order Approving Settlement of Preference Claims against Champion Energy Services, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3160; signed and docketed: 11/22/21]

    Status: On November 22, 2021, the Court entered an order approving this motion.

4. Motion of Debtors for Approval of Settlement of Preference Claims against Central Admixture Pharmacy Services, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3106; filed: 11/15/21]

    Response Deadline: November 29, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 3199; filed: 11/30/21]

B. Order Approving Settlement of Preference Claims against Central Admixture Pharmacy Services, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3218; signed and docketed: 12/01/21]

Status: On December 1, 2021, the Court entered an order approving this motion.

5. Motion of Debtors for Approval of Settlement of Preference Claims against Reed Smith LLP Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3107; filed: 11/15/21]

Response Deadline: November 29, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 3201; filed: 11/30/21]

B. Order Approving Settlement of Preference Claims against Reed Smith LLP Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3219; signed and docketed: 12/01/21]

Status: On December 1, 2021, the Court entered an order approving this motion.

6. Motion of Debtors for Approval of Settlement of Preference Claims against Holland Square Group, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3108; Adversary No. 13; filed: 11/15/21]

Response Deadline: November 29, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 3202; Adversary No. 15; filed: 11/30/21]

B. Order Approving Settlement of Preference Claims against Holland Square Group, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3220; Adversary Docket No. 16; signed and docketed: 12/01/21]

Status: On December 1, 2021, the Court entered an order approving this motion.

7. Motion of Debtors for Approval of Settlement of Preference Claims against WW Grainger Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3137; Adversary No. 13; filed: 11/18/21]

   Response Deadline: December 2, 2021 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A. Certification of No Objection [Docket No. 3248; Adversary No. 14; filed: 12/03/21]

   B. Order Approving Settlement of Preference Claims against WW Grainger Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3258; Adversary No. 15; signed and docketed: 12/06/21]

   Status: On December 6, 2021, the Court entered an order approving this motion.

8. Motion of Debtors for Approval of Settlement of Preference Claims against Cryolife Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3138; Adversary No. 13; filed: 11/18/21]

   Response Deadline: December 2, 2021 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A. Certification of No Objection [Docket No. 3249; Adversary No. 14; filed: 12/03/21]

   B. Order Approving Settlement of Preference Claims against Cryolife Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3259; Adversary No. 15; signed and docketed: 12/06/21]

   Status: On December 6, 2021, the Court entered an order approving this motion.

9. Motion of Debtors for Approval of Settlement of Preference Claims against Zimmer US, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3139; Adversary No. 15; filed: 11/18/21]

   Response Deadline: December 2, 2021 at 4:00 p.m.

   Responses Received: None

38968703.1 12/16/2021

Related Documents:

A. Certification of No Objection [Docket No. 3250; Adversary No. 16; filed: 12/03/21]

B. Order Approving Settlement of Preference Claims against Zimmer US, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3260; Adversary No. 17; signed and docketed: 12/06/21]

Status: On December 6, 2021, the Court entered an order approving this motion.

10. Motion of Debtors for Approval of Settlement of Preference Claims against CDW, CDW Direct, LLC and CDW Government Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3159; filed: 11/22/21]

Response Deadline: December 6, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 3307; filed: 12/12/21]

B. Order Approving Settlement of Preference Claims against CDW, CDW Direct, LLC and CDW Government Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3309; signed and docketed: 12/14/21]

Status: On December 14, 2021, the Court entered an order approving this motion.

11. Motion of Debtors for Approval of Settlement of Preference Claims against Integra Lifesciences Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3163; filed: 11/23/21]

Response Deadline: December 7, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 3274; Adversary No. 20; filed: 12/08/21]

B. Order Approving Settlement of Preference Claims against Integra Lifesciences Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3280; Adversary No. 21; signed and docketed: 12/09/21]

Status: On December 9, 2021, the Court entered an order approving this motion.

12. Motion of Debtors for Approval of Settlement of Preference Claims against Health Sciences Law Group, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3191; filed: 11/29/21]

    Response Deadline: December 13, 2021 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A. Certification of No Objection [Docket No. 3308; filed: 12/14/21]

    B. Order Approving Settlement of Preference Claims against Health Sciences Law Group, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3311; signed and docketed: 12/15/21]

    Status: On December 15, 2021, the Court entered an order approving this motion.

13. Motion for Entry of an Order Authorizing the Broad Street Entities and PAHH to File Under Seal (A) the Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets, and (B) the Respondents' Objection to Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion, and (II) Motion in Limine [Docket No. 3243; filed: 12/02/21]

    Response Deadline: December 14, 2021 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A. Certification of No Objection [Docket No. 3312; filed: 12/15/21]

    B. Order Authorizing the Broad Street Entities and PAHH to File Under Seal (A) the Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets, and (B) the Respondents' Objection to Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion, and (II) Motion in Limine [Docket No. 3313; signed and docketed: 12/16/21]

    Status: On December 16, 2021, the Court entered an order approving this motion.

38968703.1 12/16/2021

| Dated: December 16, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |
|---|---|
| | By:   */s/ Monique B. DiSabatino* |
| | Mark Minuti (DE Bar No. 2659) |
| | Monique B. DiSabatino (DE Bar No. 6027) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 421-6800 |
| | Fax: (302) 421-6813 |
| | mark.minuti@saul.com |
| | monique.disabatino@saul.com |
| | |
| | -and- |
| | |
| | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| | Centre Square West |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |