# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC ) | |
| d/b/a HAHNEMANN UNIVERSITY ) | Case No. 19-11466 (MFW) |
| HOSPITAL, *et al.*,[1] ) | |
| ) | **Related Document No: 3216** |
| Debtors. ) | |

## CERTIFICATION OF COUNSEL TO THE MOTION OF JOHNATHAN CARROLL AND JOSEPH PERAINO ADMINISTRATOR OF THE ESTATE OF AUGUSTINE PERAINO FOR AN ORDER <u>AUTHORIZING THE LATE FILING OF A PROOF OF CLAIM</u>

The undersigned counsel to Johnathan Carroll and Joseph Peraino Administrator of the Estate of Augustine Peraino (hereafter "Claimants") hereby certifies:

1. On December 1, 2021, the Claimants' filed the *Motion of Johnathan Carroll and Joseph Peraino Administrator of the Estate of Augustine Peraino for an Order Authorizing the Late Filing of a Proof of Claim.* **DI** 3216.

2. The Motion was duly noticed for hearing on February 8, 2022.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

3. The Motion is necessary so that the Claimants' individual claims against the Debtors' estates shall be deemed timely filed notwithstanding anything inconsistent with the June 11, 2020, setting the bar date for filing proofs of claim in these cases. **DI** 1666.

4. Objection to the Motion was due not later than December 15, 2021, at 4:00 p.m. (prevailing Eastern Time). Counsel thereafter reviewed the docket and certifies that no objection nor any other response to the Motion was filed.

5. Counsel respectfully requests that the Court enter the attached Order, attached hereto as **Exhibit A**, at the Court's earliest convenience and without further notice or hearing.

Dated: December 16, 2021
    Wilmington, DE

**CONAWAY LEGAL LLC**

*/s/ Bernard G. Conaway*
Bernard G. Conaway, Esquire (DE 2856)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-9350
Facsimile: (844) 364-0137
Email:  bgc@conaway-legal.com

*Counsel for the Claimants Johnathan Carroll and Joseph Peraino, Administrator of the Estate of Augustine Peraino*