IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: December 30, 2021 at 4:00 p.m. (ET)** |
| | ) |

## NOTICE OF REPORT BY EISNERAMPER LLP[2] OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

On December 20, 2021, the **Report by EisnerAmper LLP, of Compensation Earned and Expenses Incurred for the Period of November 1, 2021 through November 30, 2021** (the "**Report**") was filed with the Court. The Report seeks the approval of payment for professionals services rendered to the Debtors in the amount of $238,142.75, together with reimbursement of expenses in the amount of $0.00.

On August 2, 2019, the *Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, A Chief Restructuring Officer, An Interim System CEO and Additional Personnel, and (II) the Designation of Allen Wilen as Chief Restructuring Officer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors,* Nunc Pro Tunc *to the Petition Date* [Docket No. 338] (the "**Retention Order**").

On February 13, 2020, the *Supplemental Declaration in Support of Debtors' Motion for Entry of an Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, A Chief Restructuring Officer, An Interim System CEO and Additional Personnel, and (II) the Designation of Allen Wilen as Chief Restructuring Officer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors,* Nunc Pro Tunc *to the Petition Date* [Docket No. 1406] was filed with the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Effective July 30, 2021 EisnerAmper LLP entered into a transaction whereby EisnerAmper LLP and Eisner Advisory Group LLC is practicing in an alternative practice structure.  All advisory services, including Eisner's engagement in the above-captioned case, will be performed by Eisner Advisory Group LLC.

39408477.1

Pursuant to the Retention Order, you are required to file a response (the "**Response**"), if any, to the Report with the Clerk of the United States Bankruptcy Court for the District of Delaware, 24 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **December 30, 2021 at 4:00 p.m. (prevailing Eastern Time)** (the "**Response Deadline**").

At the same time, you must also serve a copy of the Response upon the applicant so as to be received by the Response Deadline.

Dated:  December 20, 2021
        Iselin, NJ 08830

                                              **EISNERAMPER LLP**

                                              */s/ Allen Wilen*
                                              Allen Wilen
                                              111 Wood Avenue South
                                              Iselin, NJ 08830
                                              Telephone: (732) 243-7386
                                              allen.wilen@eisneramper.com