## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC | ) | |
| d/b/a HAHNEMANN UNIVERSITY | ) | Case No. 19-11466 (MFW) |
| HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | **Related Document No: 3216** |

### ORDER AUTHORIZING JOHNATHAN CARROLL AND JOSEPH PERAINO, ADMINISTRATOR OF THE ESTATE OF AUGUSTINE PERAINO, TO FILE LATE-FILED PROOFS OF CLAIM

Upon consideration of the above-referenced motion [Docket No. 3216] (the "Motion"), it is hereby ORDERED that:

1.      The Motion is GRANTED as set forth herein.

2.      The Movants, individually, may file proofs of claim with Omni Agent Solutions, the claims agent appointed in these chapter 11 cases (the "Claims Agent"), within 30 days after the entry of this Order on the docket, and such claims shall be deemed timely filed.

3.      The Debtors, the Claims Agent, and the Clerk of this Court are

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

authorized to modify the official Claims Register for these chapter 11 cases in compliance with the terms of this Order and to take all steps necessary or appropriate to effectuate the relief granted in this Order.

4.       This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: December 20th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**