IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket No. 3261 |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a), Federal Rule of Bankruptcy Procedure 8001, *et seq.*, and Rule 8003-1 and 8004 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Movants,[2] by and through their undersigned attorneys, hereby appeal to the United States District Court for the District of Delaware from the order dated December 6, 2021 [Docket No. 3261] (the "**Order**") and accompanying statements set forth on the record at the hearing held December 1, 2021 (the "**Bench Ruling**")[3] of the United States Bankruptcy Court for the District of Delaware (the "**Court**") denying the *Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Relief From the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* [Docket

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The "**Movants**" are Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, and Philadelphia Academic Health Holdings, LLC.

[3] Dec. 1, 2021 Hr'g Tr.*, In re Center City Healthcare, LLC*, Case No. 19-11466 (MFW) (Bankr. D. Del. Dec. 1, 2021).

RLF1 26514619v.2

No. 3002]. Copies of the Order and Bench Ruling are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

   The names of all parties to the Order and the Bench Ruling appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEY |
|---|---|
| Movants | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Brendan J. Schlauch (No. 6115)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br><br>- and -<br><br>LATHAM & WATKINS LLP<br>Suzzanne S. Uhland<br>Robert J. Malionek<br>Tianjiao ("TJ") Li<br>Alexandra M. Zablocki<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864 |
| Debtors | SAUL EWING ARNSTEIN & LEHR LLP<br>Mark Minuti (No. 2659)<br>Monique B. DiSabatino (No. 6027)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6800<br><br>- and -<br><br>Jeffrey C. Hampton<br>Adam H. Isenberg<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777 |

| Official Committee of Unsecured Creditors | SILLS CUMMIS & GROSS P.C. <br> Andrew H. Sherman <br> Boris I. Mankovetskiy <br> One Riverfront Plaza <br> Newark, NJ 07102 <br> Telephone: (973) 643-7000 <br> Facsimile: (973) 643-6500 |
|---|---|
| City of Philadelphia | Megan N. Harper <br> Senior Attorney <br> City of Philadelphia Law Department <br> Municipal Services Building <br> 1401 JFK Boulevard, 5th Floor <br> Philadelphia, PA 19102-1595 <br> Telephone: (215) 686-0503 |
| Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC | PACHULSKI STANG ZIEHL & JONES LLP <br> Laura Davis Jones (No. 2436) <br> Timothy P. Cairns (No. 4228) <br> 919 N. Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, DE 19899-8705 (Courier 19801) <br> Telephone: (302) 652-4100 <br> Facsimile: (302) 652-4400 <br><br> - and - <br><br> KIRKLAND & ELLIS LLP <br> Stephen C. Hackney, P.C. <br> Kent J. Hayden <br> Christopher S. Koenig <br> 300 North LaSalle <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 |

| HSRE-PAHH I, LLC and its affiliates (collectively, the "**JV Entities**")[4] | DLA PIPER LLP (US) <br> Stuart M. Brown (No. 4050) <br> 1201 North Market Street, Suite 2100 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 468-5700 <br> Facsimile: (302) 394-2341 <br><br> - and - <br><br> Richard A. Chesley <br> 444 West Lake Street, Suite 900 <br> Chicago, Illinois 60606 <br> Telephone: (312) 368-4000 <br> Facsimile: (312) 236-7516 |
|---|---|

---

[4] The other relevant affiliates of HSRE-PAHH I, LLC that form the JV Entities are: HSREP VI Holding, LLC; PAHH New College MOB, LLC; PAHH Bellet MOB, LLC; PAHH Wood Street Garage, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH Broad Street MOB, LLC, each, a Delaware limited liability company

4

Dated: December 20, 2021
      Wilmington, Delaware

<u>/s/ Brendan J. Schlauch</u>
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
Email: collins@rlf.com
      merchant@rlf.com
      schlauch@rlf.com

- and -

Suzzanne S. Uhland (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: suzzanne.uhland@lw.com
      robert.malionek@lw.com
      tj.li@lw.com
      alexandra.zablocki@lw.com

*Counsel for the Movants*
