# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 12/21/2021 |
| Case: 19−11466−MFW | Form ID: van440 | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Adam H. Isenberg | c/o Saul Ewing LLP    Centre Square West    1500 Market Street, 38th Floor    Philadelphia, PA 19102 |
| aty | Alexandra Marie Zablocki | Latham & Watkins, LLP    1271 Avenue of the Americas    New York, NY 10020 |
| aty | Andrew H. Sherman | Sills Cummins & Gross P.C.    One Riverfront Plaza    Newark, NJ 07102 |
| aty | Benjamin A. Hackman | Office of the United States Trustee    844 King Street    Suite 2207    Wilmington, DE 19801 |
| aty | Boris I. Mankovetskiy | Sills,Cummis & Gross P.C.    One Riverfront Plaza    Newark, NJ 07102 |
| aty | Brendan Joseph Schlauch | Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 |
| aty | Brendan Joseph Schlauch | Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 |
| aty | Christopher S. Koenig | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 US |
| aty | Jeffrey C. Hampton | Saul Ewing Arnstein & Lehr LLP    Centre Square West    1500 Market Street    38th Floor    Philadelphia, PA 19102 |
| aty | Kent J. Hayden | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP    919 N. Market Street, 17th Floor    Wilmington, DE 19801 |
| aty | Mark Minuti | Saul Ewing Arnstein & Lehr LLP    1201 N. Market Street, Suite 2300    P.O. Box 1266    Wilmington, DE 19899 |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 |
| aty | Megan N. Harper | City of Philadelphia Law/Revenue Dept.    Municipal Services Building    1401 John F. Kennedy Blvd.    Room 580    Philadelphia, PA 19102 |
| aty | Michael Joseph Merchant | Richards Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 |
| aty | Monique Bair DiSabatino | Saul Ewing Arnstein & Lehr LLP    1201 N. Market Street, Suite 2300    P.O. Box 1266    Wilmington, DE 19899 |
| aty | Richard A. Chesley | DLA Piper LLP (US)    444 West Lake Street    Suite 900    Chicago, IL 60606 |
| aty | Robert J. Malionek | Latham & Watkins LLP    1271 Avenue of the Americas    New York, NY 10020 |
| aty | Stephen C. Hackney | Kirkland & Ellis LLP    300 North Lasalle    Chicago, IL 60654 |
| aty | Stuart M. Brown | DLA Piper LLP (US)    1201 North Market Street    Suite 2100    Wilmington, DE 19801 |
| aty | Suzzanne Uhland | Latham & Watkins LLP    885 Third Avenue    New York, NY 10022−4834 |
| aty | Tianjiao Li | Latham & Watkins LLP    1271 Avenue of the Americas    New York, NY 10020 |
| aty | Timothy P. Cairns | Pachulski Stang Ziehl & Jones LLP    919 N. Market St., 17th Floor    Wilmington, DE 19801 |

TOTAL: 23