# EXHIBIT A

**SUMMARY OF BLENDED RATE**

39373721.2 12/21/2021

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 9 | $590.00 | $687.76 |
| Junior Partners | 5 | $470.00 | $477.81 |
| Counsel | 0 | $489.00 | $0.00 |
| Senior Associates | 2 | $353.00 | $372.06 |
| Junior Associates | 8 | $296.00 | $293.20 |
| Paralegal | 0 | $248.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 | $206.00 | $248.69 |
| **Aggregated:** | | **$467.00** | **$486.90** |