# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from October 1, 2021 through October 31, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Copies | City of Philadelphia (copies of pleadings) | $19.50 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $7,299.70 |
| Legal Research | Westlaw | $14,219.46 |
| Mileage | *See attached chart* | $43.03 |
| Outside Reproduction | Reliable Copy Service – DE | $569.96 |
| Parking | *See attached chart* | $114.00 |
| Transcript | Lexitas | $69.02 |
| **Total** |  | **$22,334.67** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

2

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 09/13/21 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to Philadelphia and back for meeting with mediator | $43.03 |
| 09/13/21 | Parkway Corp. – Centre Square | (1) Mark Minuti | Parking in Philadelphia for meeting with Mediator | $38.00 |
| 09/13/21 | Parkway Corp. – Centre Square | (1) Adam Isenberg | Parking in Philadelphia for meeting with Mediator | $38.00 |
| 09/13/21 | Parkway Corp. – Centre Square | (1) Jeffrey C. Hampton | Parking in Philadelphia for meeting with Mediator | $38.00 |
| | | | **TOTAL** | **$157.03** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2666856 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 12/06/21 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 10/26/21 | Epiq Relativity eDiscovery Costs | 7,299.70 | |
| | Total   Epiq Relativity eDiscovery Costs | | 7,299.70 |
| 10/04/21 | Mileage; VENDOR: Mark Minuti; 09/13/21; Meeting with Judge Carey in Philadelphia | 43.03 | |
| | Total Mileage | | 43.03 |
| 10/04/21 | Parking; VENDOR: Parkway Corp. 09/13/21; Mark Minuti Parking in Philadelphia for meeting with Judge Carey | 38.00 | |
| 10/11/21 | Parking; VENDOR: Parkway Corp; 09/13/21; Jeffrey C. Hampton; Parking at Philadelphia office re: meeting with mediator | 38.00 | |
| 10/15/21 | Parking; VENDOR: Parkway Corp. 9/28/21; Adam Isenberg Parking to attend meeting with Judge Carey | 38.00 | |
| | Total Parking | | 114.00 |
| 10/06/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 09/21/21; 9/20/21 - Copying, postage and mailing of amended complaint, summons and certificate of service (Sunquest) | 3.61 | |
| 10/06/21 | Outside Reproduction - - VENDOR: Exela Enterprise Solutions Inc. 8/5/2021 MBNF Response Mediation printing with tabs & binders | 276.75 | |
| 10/06/21 | Outside Reproduction - - VENDOR: Exela Enterprise Solutions Inc. 7/29/2021 Printing mediation statement with tabs & binders | 289.60 | |
| | Total Outside Reproduction | | 569.96 |
| 10/18/21 | Copies - - VENDOR: City of Philadelphia; 9/30/21 - fee for documents ordered through the First Judicial | 19.50 | |
| | Total Copies | | 19.50 |
| 10/05/21 | Transcript; VENDOR: Lexitas; 09/02/21; Copy of 8/31/21 Exide hearing transcript regarding adversary procedures motion | 69.02 | |
| | Total Transcript | | 69.02 |
| 10/01/21 | Lexis Legal Research | 52.43 | |
| 10/06/21 | Lexis Legal Research | 48.56 | |
| 10/17/21 | Lexis Legal Research | 45.76 | |
| 10/17/21 | Lexis Legal Research | 564.32 | |
| 10/01/21 | Westlaw Legal Research | 1,207.44 | |
| 10/01/21 | Westlaw Legal Research | 1,189.85 | |
| 10/01/21 | Westlaw Legal Research | 903.61 | |
| 10/04/21 | Westlaw Legal Research | 392.20 | |

| | | |
|---|---|---:|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number  2666856 |
| 00002 | Expenses | Page 2 |
| 12/06/21 | | |

| | | |
|---|---|---:|
| 10/04/21 | Westlaw Legal Research | 579.29 |
| 10/04/21 | Westlaw Legal Research | 281.22 |
| 10/05/21 | Westlaw Legal Research | 2,994.50 |
| 10/05/21 | Westlaw Legal Research | 1,613.32 |
| 10/07/21 | Westlaw Legal Research | 92.88 |
| 10/10/21 | Westlaw Legal Research | 650.16 |
| 10/12/21 | Westlaw Legal Research | 344.00 |
| 10/13/21 | Westlaw Legal Research | 172.00 |
| 10/13/21 | Westlaw Legal Research | 331.00 |
| 10/16/21 | Westlaw Legal Research | 464.40 |
| 10/16/21 | Westlaw Legal Research | 185.76 |
| 10/17/21 | Westlaw Legal Research | 371.52 |
| 10/19/21 | Westlaw Legal Research | 172.00 |
| 10/20/21 | Westlaw Legal Research | 86.00 |
| 10/21/21 | Westlaw Legal Research | 86.00 |
| 10/22/21 | Westlaw Legal Research | 557.28 |
| 10/25/21 | Westlaw Legal Research | 116.64 |
| 10/25/21 | Westlaw Legal Research | 281.00 |
| 10/26/21 | Westlaw Legal Research | 250.56 |
| 10/28/21 | Westlaw Legal Research | 185.76 |
| | Total Legal Research | 14,219.46 |

| | |
|---|---:|
| CURRENT EXPENSES | 22,334.67 |

| | |
|---|---:|
| **TOTAL AMOUNT OF THIS  INVOICE** | 22,334.67 |