# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMAN UNIVERSAL HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (MFW) ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that request is made by Gibbons P.C., counsel for creditor Vicinity Energy Philadelphia, Inc. ("Vicinity") in the above-captioned cases in accordance with 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002 and 9010(b) (the "Rules") that all notices given or required to be given in this case, all papers, pleadings, motions and applications served or required to be served in the above-captioned cases, be given and served upon the following:

> **GIBBONS P.C.**
> Christopher Viceconte, Esq.
> 300 Delaware Avenue, Suite 1015
> Wilmington, DE  19801
> Tel:  (302) 518-6322
> Fax:  (302) 397-2050
> Email:  cviceconte@gibbonslaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, and any answering or reply papers filed in the above-captioned cases or in any associated case or

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC 98395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617). SCHC Pediatrics Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4065), TPS of PA, L.L.C. (4863), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2936329.1 116281-102629

adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Vicinity's rights: (i) to have final orders in non-core matters, as well as statutory core matters in which the court lacks the Constitutional authority to enter a final order absent the consent of the parties, entered only after de novo review by a district court judge; (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; and (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which Vicinity is and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance does not constitute an agreement to accept service of initial process under Fed. R. Civ. P. Rule 4 or Fed. R. Bankr. P. Rule 7004, nor shall it result in undersigned counsel being deemed to be the agent of Vicinity for such purpose.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is made without prejudice to Vicinity's rights, remedies and claims against other entities. All rights, remedies and claims are hereby expressly reserved.

Dated: December 23, 2021
      Wilmington, DE

GIBBONS P.C.

By: */s/ Christopher Viceconte*
    Christopher Viceconte, Esq. (DE 5568)
    300 Delaware Avenue, Suite 1015
    Wilmington, DE 19801
    Tel: (302) 518-6322
    Fax: (302) 397-2050
    Email: cviceconte@gibbonslaw.com
    *Attorneys for Vicinity Energy Philadelphia, Inc.*

**CERTIFICATE OF SERVICE**

  I, Christopher Viceconte, of full age, hereby certify as follows:

  1.  I am a director of the law firm of Gibbons P.C., attorneys for Vicinity Energy Philadelphia, Inc. in the above-captioned Chapter 11 case.

  2.  On December 23, 2021, I caused to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by CM/ECF, a copy of the foregoing *Notice of Appearance and Request for Service of Papers*.

  I certify that the foregoing statements made by me are true. I am aware that if any of the above statements are false, I am subject to punishment.

            */s/ Christopher Viceconte*
            Christopher Viceconte

2936329.1 116281-102629