# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Center City Healthcare, LLC

**Case No.:** 19−11466−MFW

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 12/21/21
(VAN−440)

United States Bankruptcy Court
District of Delaware

In re:  
Center City Healthcare, LLC  
    Debtor

Case No. 19-11466-MFW  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 15  
Date Rcvd: Dec 21, 2021     Form ID: van440     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Adam H. Isenberg, c/o Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| aty | + | Alexandra Marie Zablocki, Latham & Watkins, LLP, 1271 Avenue of the Americas, New York, NY 10020-1401 |
| aty | + | Andrew H. Sherman, Sills Cummins & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 |
| aty | + | Benjamin A. Hackman, Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801-3519 |
| aty | + | Boris I. Mankovetskiy, Sills,Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 |
| aty | + | Brendan Joseph Schlauch, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801-3300 |
| aty | + | Christopher S. Koenig, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, US 60654-5412 |
| aty | + | Jeffrey C. Hampton, Saul Ewing Arnstein & Lehr LLP, Centre Square West, 1500 Market Street, 38th Floor Philadelphia, PA 19102-2100 |
| aty | + | Kent J. Hayden, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | + | Laura Davis Jones, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801-3034 |
| aty | + | Mark D. Collins, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801-3300 |
| aty | + | Mark Minuti, Saul Ewing Arnstein & Lehr LLP, 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899-1266 |
| aty | + | Megan N. Harper, City of Philadelphia Law/Revenue Dept., Municipal Services Building, 1401 John F. Kennedy Blvd., Room 580 Philadelphia, PA 19102-1640 |
| aty | + | Michael Joseph Merchant, Richards Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801-3300 |
| aty | + | Monique Bair DiSabatino, Saul Ewing Arnstein & Lehr LLP, 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899-1266 |
| aty | + | Richard A. Chesley, DLA Piper LLP (US), 444 West Lake Street, Suite 900, Chicago, IL 60606-0089 |
| aty | + | Robert J. Malionek, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1401 |
| aty | + | Stephen C. Hackney, Kirkland & Ellis LLP, 300 North Lasalle, Chicago, IL 60654-5412 |
| aty | + | Stuart M. Brown, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, DE 19801-1165 |
| aty | + | Suzzanne Uhland, Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022-4874 |
| aty | + | Tianjiao Li, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1401 |
| aty | + | Timothy P. Cairns, Pachulski Stang Ziehl & Jones LLP, 919 N. Market St., 17th Floor, Wilmington, DE 19801-3034 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Brendan Joseph Schlauch, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801-3300 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. Moore | on behalf of Defendant Solid Waste Services Inc. aemoore@mdwcg.com  frparis@mdwcg.com |
| Adam Hiller | on behalf of Defendant Fisher Scientific Company L.L.C. ahiller@adamhillerlaw.com |
| Adam H. Isenberg | on behalf of Debtor Center City Healthcare  LLC aisenberg@saul.com |
| Adam R. Elgart | on behalf of Creditor PATHS LLC aelgart@mwm-law.com  asandoval@mwm-law.com |
| Adam R. Elgart | on behalf of Defendant Physician and Tactical Healthcare Services  LLC aelgart@mwm-law.com, asandoval@mwm-law.com |
| Albert A. Ciardi, III | on behalf of Interested Party St. Christopher's Hospital for Children Medical Staff aciardi@ciardilaw.com sfrizlen@ciardilaw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Front Street Healthcare Properties  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Front Street Healthcare Properties II  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Broad Street Healthcare Properties II  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Paladin Healthcare Capital  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Broad Street Healthcare Properties III  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Broad Street Healthcare Properties  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Philadelphia Academic Health Holdings LLC amy.quartarolo@lw.com  colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Joel Freedman amy.quartarolo@lw.com  colleen.rico@lw.com |
| Andrew Kelser | on behalf of Creditor Benefit Fund for Hospital and Health Care Employees  Philadelphia and Vicinity akelser@odonoghuelaw.com |
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Andrew L. Cole | on behalf of Creditor Sodexo Management  Inc. acole@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com |
| Benjamin A. Hackman | on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov |
| Bernard George Conaway | on behalf of Creditor August Peraino bgc@conaway-legal.com |
| Bernard George Conaway | on behalf of Creditor Johnathan Carroll bgc@conaway-legal.com |
| Beverly Weiss Manne | on behalf of Defendant Fisher Scientific Company L.L.C. bmanne@tuckerlaw.com  bewmanne@gmail.com |

| District/off: 0311-1 | User: admin | Page 3 of 15 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 22 |

Boris I. Mankovetskiy
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bmankovetskiy@sillscummis.com

Brandon A. Cook
    on behalf of Interested Party Cadence Bank  N.A. bcook@smithhulsey.com

Brendan Joseph Schlauch
    on behalf of Interested Party Broad Street Healthcare Properties  LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
    on behalf of Interested Party MBNF Investments  LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
    on behalf of Interested Party Philadelphia Academic Risk Retention Group  LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
    on behalf of Interested Party Front Street Healthcare Properties II  LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
    on behalf of Interested Party Non-Debtor PAHH Entities schlauch@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
    on behalf of Interested Party Broad Street Healthcare Properties II  LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
    on behalf of Interested Party Paladin Healthcare Capital  LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
    on behalf of Interested Party Front Street Healthcare Properties  LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
    on behalf of Interested Party Broad Street Healthcare Properties III  LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brett D. Fallon
    on behalf of Interested Party KPC Global brett.fallon@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Brett D. Fallon
    on behalf of Interested Party Strategic Global Management  Inc. brett.fallon@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Brian J. Lohan
    on behalf of Interested Party Sukhdeep Singh brian.lohan@arnoldporter.com

Brian J. McLaughlin
    on behalf of Defendant Holland Square Group  LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Bryan J Hall
    on behalf of Creditor Philadelphia College of Osteopathic Medicine bhall@blankrome.com

Bryan J Hall
    on behalf of Creditor 224 E. 13th Street Realty Corp. bhall@blankrome.com

Carol E. Momjian
    on behalf of Interested Party Commonwealth of Pennsylvania  Office of Attorney General cmomjian@attorneygeneral.gov

Chantelle D'nae McClamb
    on behalf of Creditor Drexel University mcclambc@ballardspahr.com

Charles A. McCauley III
    on behalf of Creditor Mayflower Laundry and Textile Services  LLC cmccauley@offitkurman.com, rcovington@offitkurman.com

Charles A. McCauley III
    on behalf of Defendant De Lage Landen Financial Services  Inc. cmccauley@offitkurman.com, rcovington@offitkurman.com

Charles A. McCauley III
    on behalf of Defendant Mayflower Laundry & Textile Services  LLC cmccauley@offitkurman.com, rcovington@offitkurman.com

Christina Pappoulis
    on behalf of Creditor Leslie Caldwell ninapappoulis@bgplegal.com  r66377@notify.bestcase.com;inezlevy@bgplegal.com

Christina J. Pross
    on behalf of Creditor PATHS LLC cpross@mlg-defaultlaw.com  mlgbk@ecf.courtdrive.com

Christopher A. Ward

Case 19-11466-MFW    Doc 3361    Filed 12/23/21    Page 5 of 16

| District/off: 0311-1 | User: admin | Page 4 of 15 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 22 |

| | |
|---|---|
| Christopher A. Ward | on behalf of Creditor BioCare Inc., an Arizona for-profit corporation cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| | on behalf of Creditor Vitalant an Arizona non-profit corporation cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher Dean Loizides | on behalf of Creditor Global Neurosciences Institute LLC loizides@loizides.com |
| Christopher Dean Loizides | on behalf of Defendant Global Neurosciences Institute LLC loizides@loizides.com |
| Christopher Page Simon | on behalf of Plaintiff St. Christopher's Healthcare LLC csimon@crosslaw.com, smacdonald@crosslaw.com |
| Christopher Page Simon | on behalf of Plaintiff SCHC Pediatric Associates L.L.C. csimon@crosslaw.com, smacdonald@crosslaw.com |
| Christopher Page Simon | on behalf of Plaintiff Center City Healthcare LLC csimon@crosslaw.com, smacdonald@crosslaw.com |
| Christopher R. Momjian | on behalf of Interested Party Commonwealth of Pennsylvania Office of Attorney General crmomjian@attorneygeneral.gov |
| Claiborne S. Newlin | on behalf of Creditor Philadelphia Hospital and Healthcare Employees - District 1199C Training and Upgrading Fund cnewlin@markowitzandrichman.com kbrookes@markowitzandrichman.com |
| Claiborne S. Newlin | on behalf of Creditor Pennsylvania Association of Staff Nurses and Allied Professionals cnewlin@markowitzandrichman.com kbrookes@markowitzandrichman.com |
| Curtis S. Miller | on behalf of Interested Party Accreditation Council for Graduate Medical Education csmefiling@mnat.com curtis-miller-4921@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Dale E. Barney | on behalf of Creditor Veolia Energy Philadelphia Inc. dbarney@gibbonslaw.com |
| Daniel K. Hogan | on behalf of Creditor Hayes Locum LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com, |
| Darrell W. Clark | on behalf of Creditor Cerner Corporation dclark@stinson.com cscott@stinson.com |
| David Dembe | on behalf of Interested Party Commonwealth of Pennsylvania Office of Attorney General ddembe@attorneygeneral.gov |
| David L. Campbell | on behalf of Creditor Vizient Inc. dcampbell@uplawtx.com, epierce@uplawtx.com |
| David L. Kane | on behalf of Creditor MidCap Funding IV Trust (formally known as MidCap Funding IV LLC) dkane@vedderprice.com, ecfdocket@vedderprice.com,david-kane-4088@ecf.pacerpro.com |
| David L. Kane | on behalf of Creditor MidCap Financial Trust dkane@vedderprice.com ecfdocket@vedderprice.com,david-kane-4088@ecf.pacerpro.com |
| David M. Klauder | on behalf of Interested Party Philadelphia Urosurgical Associates P.C. dklauder@bk-legal.com |
| David M. Klauder | on behalf of Interested Party Achintya Moulick dklauder@bk-legal.com |
| David M. Klauder | on behalf of Creditor Corinthia Shields dklauder@bk-legal.com |
| David M. Klauder | on behalf of Creditor Suzanne Richards & Pamela Saechow dklauder@bk-legal.com |
| David M. Klauder | on behalf of Defendant Philadelphia Urosurgical Associates PC dklauder@bk-legal.com |
| David P. Primack | on behalf of Creditor Crothall Healthcare Inc. dprimack@mdmc-law.com, scarney@mdmc-law.com;cwhitten@mdmc-law.com |
| David Ryan Slaugh | on behalf of Interested Party Ad Hoc Committee of Hahnemann Residents and Fellows rslaugh@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| David W. Carickhoff | |

Case 19-11466-MFW    Doc 3361    Filed 12/23/21    Page 6 of 16

| District/off: 0311-1 | User: admin | Page 5 of 15 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 22 |

| | |
|---|---|
| | on behalf of Interested Party Certain Physicians Under the Philadelphia Academic Health System Physician Practice Plan dcarickhoff@archerlaw.com |
| David W. Carickhoff | |
| | on behalf of Creditor Former Physician Group dcarickhoff@archerlaw.com |
| Deirdre M. Richards | |
| | on behalf of Creditor Rydal Square L.P. drichards@finemanlawfirm.com |
| Deirdre M. Richards | |
| | on behalf of Creditor LEAF Capital Funding LLC drichards@finemanlawfirm.com |
| Dennis A. Meloro | |
| | on behalf of Creditor 3M Company melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Health Care Ombudsman Suzanne Koenig as Patient Care Ombudsman melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Domenic E. Pacitti | |
| | on behalf of Spec. Counsel Klehr Harrison Harvey Branzburg LLP dpacitti@klehr.com |
| Domenic E. Pacitti | |
| | on behalf of Plaintiff Center City Healthcare LLC dpacitti@klehr.com |
| Domenic E. Pacitti | |
| | on behalf of Debtor Center City Healthcare LLC dpacitti@klehr.com |
| Drew McGehrin | |
| | on behalf of Creditor The Chubb Companies dsmcgehrin@duanemorris.com |
| E. Todd Sable | |
| | on behalf of Interested Party SBJ Group Inc. tsable@honigman.com |
| Elihu Ezekiel Allinson, III | |
| | on behalf of Defendant Urology for Children LLC ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Elihu Ezekiel Allinson, III | |
| | on behalf of Creditor Urology for Children LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Eric S. Goldstein | |
| | on behalf of Creditor The Advisory Board Company egoldstein@goodwin.com bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com |
| Frank T Brzozowski | |
| | fbrzozow@gmail.com |
| Frederick B. Rosner | |
| | on behalf of Creditor Medline Industries Inc. rosner@teamrosner.com |
| Garvan F. McDaniel | |
| | on behalf of Counter-Claimant Beckman Coulter Inc. gfmcdaniel@dkhogan.com gdurstein@dkhogan.com |
| Garvan F. McDaniel | |
| | on behalf of Creditor Beckman Coulter Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com |
| George P. Angelich | |
| | on behalf of Creditor Medline Industries Inc. angelich.george@arentfox.com, beth.brownstein@arentfox.com;phillip.khezri@arentfox.com |
| GianClaudio Finizio | |
| | on behalf of Interested Party Peoples Capital and Leasing Corp. gfinizio@bayardlaw.com bankserve@bayardlaw.com;kmccloskey@bayardlaw.com |
| Gregory A. Taylor | |
| | on behalf of Interested Party Cadence Bank N.A. gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com |
| Gregory A. Taylor | |
| | on behalf of Interested Party Capital One N.A. gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com |
| Gregory Joseph Flasser | |
| | on behalf of Interested Party Attorneys for The Advisory Board Company gflasser@bayardlaw.com kmccloskey@bayardlaw.com |
| Gregory Joseph Flasser | |
| | on behalf of Interested Party UnitedHealthcare Insurance Company gflasser@bayardlaw.com kmccloskey@bayardlaw.com |
| Holly M Smith | |
| | on behalf of Interested Party Watts Restoration Company Inc. HMeganSmith@gsbblaw.com |
| Howard A. Cohen | |
| | on behalf of Defendant Veolia Energy Philadelphia Inc. hcohen@gibbonslaw.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 6 of 15 |
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 22 |

Howard A. Cohen
    on behalf of Creditor Veolia Energy Philadelphia Inc. hcohen@gibbonslaw.com

Howard A. Cohen
    on behalf of Creditor Vicinity Energy Philadelphia Inc. hcohen@gibbonslaw.com

Ian Connor Bifferato
    on behalf of Mediator Ian Connor Bifferato cbifferato@tbf.legal mstewart@tbf.legal;yshenton@tbf.legal;amugavero@tbf.legal

Ian J Bambrick
    on behalf of Creditor Roche Diagnostics Corporation ian.bambrick@faegredrinker.com rokeysha.ramos@faegredrinker.com

Jaclyn C Marasco
    on behalf of Defendant Zimmer US Inc. jaclyn.marasco@faegredrinker.com, rokeysha.ramos@faegredrinker.com

James Tobia
    on behalf of Defendant Baxter Healthcare Corp. jimtobia@comcast.net;bankserve@tobialaw.com

Jarret P. Hitchings
    on behalf of Creditor Albert Einstein Healthcare Network jphitchings@duanemorris.com

Jason A. Gibson
    on behalf of Creditor Medline Industries Inc. gibson@teamrosner.com

Jason A. Gibson
    on behalf of Defendant HRE Capital LLC gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Cooper University Healthcare gibson@teamrosner.com

Jason Custer Powell
    on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jason Custer Powell
    on behalf of Interested Party Abbott Laboratories Inc. jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jason Custer Powell
    on behalf of Defendant Abbott Laboratories Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jay Jaffe
    on behalf of Creditor Roche Diagnostics Corporation jay.jaffe@Faegredrinker.com sarah.herendeen@FaegreBD.com;rachel.jenkins@faegrebd.com

Jeffrey Garfinkle
    on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey Kurtzman
    on behalf of Creditor Rydal Square L.P. kurtzman@kurtzmansteady.com

Jeffrey C. Hampton
    on behalf of Debtor Center City Healthcare LLC jeffrey.hampton@saul.com

Jeffrey M. Carbino
    on behalf of Defendant Keystone Quality Transport Inc. jeffreycarbino@gmail.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;jcarbino@jblawpc.com

Jeffrey R Barber
    on behalf of Creditor Ensemble RCM LLC d/b/a Ensemble Health Partners jbarber@joneswalker.com, jeff-barber-3516@ecf.pacerpro.com

Jeffrey R. Waxman
    on behalf of Creditor Herman Goldner Co. Inc. jwaxman@morrisjames.com, wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
    on behalf of Defendant Tozour Energy Systems Inc. jwaxman@morrisjames.com, wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeremy William Ryan
    on behalf of Interested Party Ad Hoc Committee of Hahnemann Residents and Fellows jryan@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jeremy William Ryan
    on behalf of Interested Party SBJ Group Inc. jryan@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jerry Hall
    on behalf of Interested Party Gordon Brothers Realty Services LLC jerry.hall@kattenlaw.com

Joelle E. Polesky
    on behalf of Creditor MidCap Funding H Trust jpolesky@stradley.com tmitchell@stradley.com

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 7 of 15 |
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 22 |

| | |
|---|---|
| Joelle E. Polesky | on behalf of Creditor MidCap Financial Trust jpolesky@stradley.com tmitchell@stradley.com |
| Joelle E. Polesky | on behalf of Creditor MidCap Funding IV Trust (formally known as MidCap Funding IV  LLC) jpolesky@stradley.com, tmitchell@stradley.com |
| John D. Demmy | on behalf of Plaintiff Philadelphia Academic Medical Associates  LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff Philadelphia Academic Health System  LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff St. Christopher's Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Debtor Center City Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff Center City Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS V of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS IV of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS IV of PA  LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS III of PA  LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff HPS of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff St. Christopher's Pediatric Urgent Care Center  L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff StChris Care at Northeast Pediatrics  L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff SCHC Pediatric Anesthesia Associates  L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS II of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS III of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff SCHC Pediatric Associates  LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS II of PA  LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS V of PA  LLC john.demmy@saul.com, robyn.warren@saul.com |
| John Henry Schanne, II | on behalf of Interested Party Temple University Health System  Inc. schannej@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com |
| John T. Carroll, III | on behalf of Interested Party Gordon Brothers Realty Services  LLC jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com |
| John T. Carroll, III | on behalf of Creditor NG 1500 Market St. LLC jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com |
| Joseph H. Huston, Jr. | on behalf of Interested Party TOWER HEALTH SERVICES jhh@stevenslee.com |

District/off: 0311-1                          User: admin                          Page 8 of 15  
Date Rcvd: Dec 21, 2021             Form ID: van440             Total Noticed: 22

Joseph J. McMahon, Jr.
    on behalf of Interested Party St. Christopher's Hospital for Children Medical Staff jmcmahon@ciardilaw.com

Joseph M. Barry
    on behalf of Interested Party Sukhdeep Singh bankfilings@ycst.com

Judy D. Thompson
    on behalf of Creditor Sodexo Inc. jdt@jdthompsonlaw.com

Julia Bettina Klein
    on behalf of Creditor Premier Inc. klein@kleinllc.com

Julia Bettina Klein
    on behalf of Defendant S.R. Wojdak & Associates LP klein@kleinllc.com

Julia Bettina Klein
    on behalf of Creditor AmeriHealth HMO Keystone Health Plan East and QCC Insurance Company klein@kleinllc.com

Justin R. Alberto
    on behalf of Creditor Association of American Medical Colleges jalberto@coleschotz.com
    pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto
    on behalf of Creditor Educational Commission for Foreign Medical Graduates jalberto@coleschotz.com
    pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Kate R. Buck
    on behalf of Creditor Atlantic City Energy Company kbuck@mccarter.com

Kate R. Buck
    on behalf of Creditor PECO Energy Company kbuck@mccarter.com

Katharina Earle
    on behalf of Interested Party Cadence Bank N.A. kearle@ashbygeddes.com, ahrycak@ashbygeddes.com

Katharina Earle
    on behalf of Interested Party Capital One N.A. kearle@ashbygeddes.com, ahrycak@ashbygeddes.com

Kevin Scott Mann
    on behalf of Plaintiff St. Christopher's Healthcare LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Plaintiff Center City Healthcare LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Debtor Center City Healthcare LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Plaintiff SCHC Pediatric Associates L.L.C. kmann@crosslaw.com, smacdonald@crosslaw.com

Kristi JoLynn Doughty
    on behalf of Creditor Pennsylvania Department of Revenue kdoughty@schnader.com

Kristi JoLynn Doughty
    on behalf of Creditor St. Agnes MOB LLC kdoughty@schnader.com

Lance Michael Geren
    on behalf of Creditor Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity
    lgeren@odonoghuelaw.com akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com

Lance Michael Geren
    on behalf of Creditor Benefit Fund for Hospital and Health Care Employees Philadelphia and Vicinity
    lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com

Laura Davis Jones
    on behalf of Creditor Conifer Revenue Cycle Solutions LLC ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
    on behalf of Creditor Tenet Business Services Corp. ljones@pszjlaw.com efile1@pszjlaw.com

Lawrence A. Lichtman
    on behalf of Interested Party SBJ Group Inc. LLichtman@honigman.com

Leslie A. Berkoff
    on behalf of Mediator Leslie Ann Berkoff lberkoff@moritthock.com

Louis A. Curcio
    on behalf of Interested Party Capital One N.A. louis.curcio@troutman.com, john.murphy@troutman.com

Marc Stephen Casarino
    on behalf of Creditor SpecialtyCare Inc. casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Marc Stephen Casarino

District/off: 0311-1 User: admin Page 9 of 15
Date Rcvd: Dec 21, 2021 Form ID: van440 Total Noticed: 22

| | |
|---|---|
| | on behalf of Creditor SpecialtyCare IOM Services LLC casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com |
| Marcus Scott Sacks | on behalf of Creditor UNITED STATES OF AMERICA marcus.s.sacks@usdoj.gov |
| Marcy J. McLaughlin Smith | on behalf of Interested Party Temple University Health System Inc. Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| Marcy J. McLaughlin Smith | on behalf of Interested Party Temple University Health System Inc. and Temple University Hospital, Inc. Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| Maria Aprile Sawczuk | on behalf of Mediator Maria Aprile Sawczuk marias@goldmclaw.com marias@ecf.courtdrive.com |
| Marita Erbeck | on behalf of Interested Party Thomas Jefferson University Hospitals Inc. marita.erbeck@dbr.com |
| Marita Erbeck | on behalf of Interested Party Thomas Jefferson University marita.erbeck@dbr.com |
| Mark Minuti | on behalf of Plaintiff Philadelphia Academic Health System LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor StChris Care at Northeast Pediatrics L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS IV of PA LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff Center City Healthcare LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff HPS of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS IV of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor St. Christopher's Healthcare LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor HPS of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS V of PA LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor TPS of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff StChris Care at Northeast Pediatrics L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS V of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS II of PA LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor Philadelphia Academic Medical Associates LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor TPS IV of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS II of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor St. Christopher's Pediatric Urgent Care Center L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff St. Christopher's Pediatric Urgent Care Center L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff Philadelphia Academic Medical Associates LLC mark.minuti@saul.com, robyn.warren@saul.com |

| | |
|---|---|
| Mark Minuti | on behalf of Debtor Philadelphia Academic Health System LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS III of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff SCHC Pediatric Anesthesia Associates L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff St. Christopher's Healthcare LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor TPS V of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor TPS III of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor TPS II of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff SCHC Pediatric Associates L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor Center City Healthcare LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor SCHC Pediatric Associates L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Debtor SCHC Pediatric Anesthesia Associates L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS III of PA LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark D. Collins | on behalf of Interested Party Philadelphia Academic Health Holdings LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins | on behalf of Interested Party Front Street Healthcare Properties LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins | on behalf of Interested Party Broad Street Healthcare Properties III LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins | on behalf of Interested Party Front Street Healthcare Properties II LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins | on behalf of Interested Party American Academic Health Systems LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins | on behalf of Interested Party Paladin Healthcare Capital LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins | on behalf of Interested Party Philadelphia Academic Risk Retention Group LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins | on behalf of Interested Party Broad Street Healthcare Properties LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins | on behalf of Interested Party MBNF Investments LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins | on behalf of Interested Party Joel Freedman rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark D. Collins | on behalf of Interested Party Broad Street Healthcare Properties II LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Mark S Kenney | on behalf of Mediator Mark S Kenney kenney@mkenneylaw.com |
| Mark W. Eckard | on behalf of Defendant Integra Lifesciences Corporation meckard@reedsmith.com |
| Matthew P. Austria | on behalf of Defendant Sanofi Pasteur Inc. maustria@austriallc.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 11 of 15 |
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 22 |

Matthew P. Austria
    on behalf of Defendant Genzyme Corporation maustria@austriallc.com

Matthew P. Milana
    on behalf of Debtor Center City Healthcare  LLC matthew.milana@saul.com

Megan N. Harper
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

Megan N. Harper
    on behalf of Defendant Water Revenue Bureau megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

Michael Comrie Heyden, Jr.
    on behalf of Interested Party Amicus Curiae mheyden@grsm.com rxmartin@grsm.com

Michael David DeBaecke
    on behalf of Defendant Nuance Communications  Inc. mdebaecke@ashbygeddes.com, ahrycak@ashbygeddes.com

Michael E. Demont
    on behalf of Interested Party Cadence Bank  N.A. mdemont@smithhulsey.com, stalyanker@smithhulsey.com;khettinger@smithhulsey.com

Michael G. Busenkell
    on behalf of Interested Party District 1199C National Union of Health Care Employees  AFSCME mbusenkell@gsbblaw.com

Michael Joseph Merchant
    on behalf of Interested Party American Academic Health Systems  LLC merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant
    on behalf of Interested Party Philadelphia Academic Health Holdings LLC merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant
    on behalf of Interested Party Joel Freedman merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael W. Yurkewicz
    on behalf of Plaintiff Center City Healthcare  LLC myurkewicz@klehr.com

Monica Mathews Reynolds
    on behalf of Interested Party Watts Restoration Company  Inc. mreynolds@cwolaw.com

Monique Bair DiSabatino
    on behalf of Plaintiff Center City Healthcare  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Plaintiff St. Christopher's Healthcare  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Debtor Center City Healthcare  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Plaintiff TPS III of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Plaintiff TPS IV of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Plaintiff TPS IV of PA  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Plaintiff TPS V of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Plaintiff SCHC Pediatric Associates  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Plaintiff TPS II of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Plaintiff Philadelphia Academic Health System  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Natasha M. Songonuga
    on behalf of Interested Party Hackensack Meridian Health nsongonuga@gibbonslaw.com nmitchell@gibbonslaw.com

Nicholas J. LePore, III
    on behalf of Creditor Frank Napolitano nlepore@schnader.com

Nicholas J. LePore, III
    on behalf of Creditor Charles Huff nlepore@schnader.com

Case 19-11466-MFW    Doc 3361    Filed 12/23/21    Page 13 of 16

| District/off: 0311-1 | User: admin | Page 12 of 15 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 22 |

| | |
|---|---|
| Nicholas J. LePore, III | on behalf of Interested Party Commonwealth of Pennsylvania Department of Health nlepore@schnader.com |
| Paige Noelle Topper | on behalf of Interested Party Accreditation Council for Graduate Medical Education ptopper@mnat.com meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Paige Noelle Topper | on behalf of Defendant Accreditation Council for Graduate Medical Education ptopper@mnat.com meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com |
| Pamela Elchert Thurmond | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov pelchertthurmond@gmail.com |
| Patrick A. Jackson | on behalf of Creditor Gift of Life Donor Program  Greater Delaware Valley Society Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com |
| Patrick A. Jackson | on behalf of Defendant Greater Delaware Valley Society of Transplant Surgeons Patrick.jackson@faegredrinker.com rokeysha.ramos@faegredrinker.com |
| Patrick A. Jackson | on behalf of Interested Party Thomas Jefferson University Patrick.jackson@faegredrinker.com rokeysha.ramos@faegredrinker.com |
| Patrick A. Jackson | on behalf of Interested Party Thomas Jefferson University Hospitals  Inc. Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com |
| Paul J. Winterhalter | on behalf of Defendant De Lage Landen Financial Services  Inc. pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com |
| Paul J. Winterhalter | on behalf of Defendant Mayflower Laundry & Textile Services  LLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com |
| Pearl Pham | on behalf of Creditor PHILADELPHIA GAS WORKS pearl.pham@pgworks.com |
| Phillip Khezri | on behalf of Creditor Medline Industries  Inc. pkhezri@lowenstein.com, emannix@lowenstein.com;dclaussen@lowenstein.com;elawler@lowenstein.com;bclark@lowenstein.com |
| Phillip D Berger | on behalf of Creditor Pamela Saechow berger@bergerlawpc.com |
| Phillip D Berger | on behalf of Creditor Suzanne Richards & Pamela Saechow berger@bergerlawpc.com |
| R. Stephen McNeill | on behalf of Interested Party SBJ Group Inc. bankruptcy@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| R. Stephen McNeill | on behalf of Interested Party Ad Hoc Committee of Hahnemann Residents and Fellows bankruptcy@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| Rachel Jaffe Mauceri | on behalf of Creditor General Healthcare Resources  LLC rmauceri@rc.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Richard A. Barkasy | on behalf of Creditor Frank Napolitano rbarkasy@schnader.com |
| Richard A. Barkasy | on behalf of Creditor Charles Huff rbarkasy@schnader.com |
| Richard A. Barkasy | on behalf of Interested Party Commonwealth of Pennsylvania Department of Health rbarkasy@schnader.com |
| Rick S. Miller | on behalf of Creditor ThyssenKrupp Elevator Corporation rmiller@ferryjoseph.com  mstucky@ferryjoseph.com |
| Robert Lapowsky | on behalf of Interested Party TOWER HEALTH SERVICES rl@stevenslee.com |
| Roland Gary Jones | on behalf of Defendant Baxter Healthcare Corp. pacer.rolandjones@gmail.com |
| Ronald S. Gellert | |

Case 19-11466-MFW    Doc 3361    Filed 12/23/21    Page 14 of 16

| District/off: 0311-1 | User: admin | Page 13 of 15 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 22 |

| | |
|---|---|
| | on behalf of Defendant Nova Capital Group LLC rgellert@gsbblaw.com |
| Ronald S. Gellert | |
| | on behalf of Defendant Joseph Glass rgellert@gsbblaw.com |
| Ryan B Smith | |
| | on behalf of Interested Party Commonwealth of Pennsylvania Office of Attorney General rbsmith@attorneygeneral.gov |
| Sabrina L. Streusand | |
| | on behalf of Creditor NTT Data Services streusand@slollp.com prentice@slollp.com |
| Sally E. Veghte | |
| | on behalf of Plaintiff TPS IV of PA LLC sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Plaintiff TPS V of PA L.L.C. sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Plaintiff TPS III of PA LLC sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Plaintiff SCHC Pediatric Associates LLC sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Plaintiff TPS II of PA LLC sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Debtor Center City Healthcare LLC sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Plaintiff St. Christopher's Healthcare LLC sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Plaintiff Center City Healthcare LLC sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Plaintiff TPS IV of PA L.L.C. sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Plaintiff SCHC Pediatric Associates L.L.C. sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Plaintiff TPS III of PA L.L.C. sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Plaintiff Philadelphia Academic Health System LLC sveghte@klehr.com |
| Seth A. Niederman | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors sniederman@foxrothschild.com sslater@foxrothschild.com;msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Sophie E. Macon | |
| | on behalf of Creditor Association of American Medical Colleges smacon@coleschotz.com bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;lmorton@coleschotz.com;jford@coleschotz.com |
| Sophie E. Macon | |
| | on behalf of Creditor Educational Commission for Foreign Medical Graduates smacon@coleschotz.com bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;lmorton@coleschotz.com;jford@coleschotz.com |
| Stephanie A. Fox | |
| | on behalf of Creditor Coloplast Corp. saf@maronmarvel.com kkw@maronmarvel.com |
| Stuart M. Brown | |
| | on behalf of Interested Party PAHH Bellet MOB LLC; stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Interested Party PAHH Broad Street MOB LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Interested Party Harrison Street Real Estate LLC and its affiliates stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Interested Party PAHH Feinstein MOB LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Interested Party HSREP VI Holding LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| Stuart M. Brown | |
| | on behalf of Interested Party PAHH Wood Street Garage LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |

Case 19-11466-MFW    Doc 3361    Filed 12/23/21    Page 15 of 16

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 14 of 15 |
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 22 |

Stuart M. Brown
    on behalf of Interested Party PAHH Erie Street Garage  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
    on behalf of Interested Party HSRE-PAHH I  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
    on behalf of Interested Party PAHH New College MOB  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Susan Murray
    on behalf of Creditor Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund smurray@freedmanlorry.com

Suzzanne Uhland
    on behalf of Interested Party Philadelphia Academic Health Holdings LLC suzzanne.uhland@lw.com

Suzzanne Uhland
    on behalf of Interested Party Joel Freedman suzzanne.uhland@lw.com

Suzzanne Uhland
    on behalf of Interested Party American Academic Health Systems  LLC suzzanne.uhland@lw.com

Thomas D. Bielli
    on behalf of Interested Party Achintya Moulick tbielli@bk-legal.com acarrillo@bk-legal.com

Thomas M. Horan
    on behalf of Creditor Committee Official Committee of Unsecured Creditors thoran@cozen.com sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Timothy Swanson
    on behalf of Interested Party Renal Treatment Centers-Northeast  Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com;hope.stone@moyewhite.com

Timothy Swanson
    on behalf of Interested Party DaVita  Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com;hope.stone@moyewhite.com

Timothy P. Cairns
    on behalf of Creditor Tenet Business Services Corp. tcairns@pszjlaw.com

Timothy P. Cairns
    on behalf of Creditor Conifer Revenue Cycle Solutions  LLC tcairns@pszjlaw.com

Tobey M. Daluz
    on behalf of Creditor Drexel University daluzt@ballardspahr.com ambroses@ballardspahr.com

Travis James Cuomo
    on behalf of Interested Party Philadelphia Academic Risk Retention Group  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
    on behalf of Interested Party Broad Street Healthcare Properties  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
    on behalf of Interested Party Paladin Healthcare Capital  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
    on behalf of Interested Party MBNF Non-Debtor Entities rbgroup@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
    on behalf of Interested Party Philadelphia Academic Health Holdings LLC rbgroup@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
    on behalf of Interested Party American Academic Health Systems  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
    on behalf of Interested Party Broad Street Healthcare Properties II  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
    on behalf of Interested Party Front Street Healthcare Properties  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
    on behalf of Interested Party Broad Street Healthcare Properties III  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 15 of 15 |
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 22 |

    on behalf of Interested Party Front Street Healthcare Properties II LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
    on behalf of Interested Party Joel Freedman rbgroup@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
    on behalf of Interested Party MBNF Investments LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

Vikrama S. Chandrashekar
    on behalf of Creditor Renal Treatment Centers-Northeast Inc. vika.chandrashekar@moyewhite.com, pamela.thede@moyewhite.com

Vikrama S. Chandrashekar
    on behalf of Creditor DaVita Inc. vika.chandrashekar@moyewhite.com, pamela.thede@moyewhite.com

Vincent J Marriott, III
    on behalf of Creditor Drexel University marriott@ballardspahr.com

Wanda Borges
    on behalf of Creditor Pfizer Inc. ecfcases@borgeslawllc.com

Wanda Borges
    on behalf of Defendant Pfizer Inc. ecfcases@borgeslawllc.com

William D. Sullivan
    on behalf of Creditor Monogram Biosciences Inc. wdsecfnotices@sha-llc.com

William D. Sullivan
    on behalf of Creditor Laboratory Corporation of America Holdings wdsecfnotices@sha-llc.com

William F. Taylor, Jr.
    on behalf of Creditor Cerner Corporation bankruptcydel@mccarter.com bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor Atlantic City Energy Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor Constellation New Energy - Gas Division LLC bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor PECO Energy Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com

TOTAL: 342