IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Center City Healthcare, LLC et al.

| | | |
|---|---|---|
| Broad Street Healthcare Properties LLC; Broad Street Healthcare Properties II, LLC; Broad Street Healthcare Properties III, LLC; Philadelphia Academic Health Holdings, LLC | ) ) ) ) ) ) | Civil Action No. 1:21-cv-01779 |
| Appellant, | ) ) | Bankruptcy Case No. 19-11466 (MFW) Bankruptcy BAP No. 21-87 |
| v. | ) | |
| Center City Healthcare, LLC, | | |
| Appellee. | | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 12/6/2021 was docketed in the District Court on 12/21/2021:

**ORDER DENYING THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (11) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

John A. Cerino
Clerk of Court

/APK
Date: 12/21/2021
CC.   U.S. Bankruptcy Court
        Counsel via CM/ECF

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE