IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, and Philadelphia Academic Health Holdings, LLC,<br><br>Appellants,<br><br>v.<br><br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital,<br><br>Appellee. | U.S. District Court<br><br>Case No. 21-cv-01779-RGA<br><br>Bankruptcy BAP No. 21-87 |

**APPELLANTS' STATEMENT OF ISSUES ON APPEAL
AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, appellants Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC (collectively, the "**Broad Street Entities**"), and Philadelphia Academic Health Holdings, LLC ("**PAHH**" and, together with the Broad Street Entities, the "**Appellants**"), through their undersigned counsel, hereby submit this statement of issues on

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

appeal of the Court's *Order Denying the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* [D.I. 3261] and designation of items to be included in the record on appeal.

## STATEMENT OF ISSUES ON APPEAL

1. Did the Court err in ruling that the automatic stay under 11 U.S.C. § 362(a) applies to those certain assets owned by the Appellants, in respect of which the Appellants sought relief (the "**MBNF Assets**")?

2. Did the Court err in denying relief from the automatic stay under 11 U.S.C. § 362(d), to the extent such stay may apply to the MBNF Assets, on grounds that such relief would cause severe and legally cognizable prejudice to the Debtor-Appellees?

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellants designate the following items for inclusion in the record on appeal:[2]

| Item | D.I. | Date | Description |
|------|------|------|-------------|
| 1 | 3002 | October 29, 2021 | *The Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 2 | 3025 | November 2, 2021 | *Notice of Service of Debtors' and Committee's First Set of Requests for Production of Documents to the Broad Street Entities and PAHH* |
| 3 | 3026 | November 2, 2021 | *Debtors' and Committee's Notice of Deposition of Broad Street Healthcare Properties, LLC Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* |

---

[2] Unless otherwise set forth herein, all exhibits, schedules, appendices, or other attachments to documents listed herein shall also be included in the record on appeal.

| 4 | 3027 | November 2, 2021 | *Debtors' and Committee's Notice of Deposition of Broad Street Healthcare Properties II, LLC Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* |
|---|---|---|---|
| 5 | 3028 | November 2, 2021 | *Debtors' and Committee's Notice of Deposition of Broad Street Healthcare Properties III, LLC Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* |
| 6 | 3029 | November 2, 2021 | *Debtors' and Committee's Notice of Deposition of Philadelphia Academic Health Holdings, LLC Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* |
| 7 | 3030 | November 2, 2021 | *Notice of Deposition of Joel Freedman* |
| 8 | 3034 | November 3, 2021 | *The Debtors' and the Official Committee of Unsecured Creditors' Notice of Issuance of Subpoena of Front Street Healthcare Properties, LLC* |
| 9 | 3035 | November 3, 2021 | *The Debtors' and the Official Committee of Unsecured Creditors' Notice of Issuance of Subpoena of Front Street Healthcare Properties II, LLC* |
| 10 | 3036 | November 3, 2021 | *The Debtors' and the Official Committee of Unsecured Creditors' Notice of Issuance of Subpoena of Kyle Schmidt* |
| 11 | 3037 | November 3, 2021 | *The Debtors' and the Official Committee of Unsecured Creditors' Notice of Issuance of Subpoena of Gordon Brothers Realty Services, LLC* |
| 12 | 3038 | November 3, 2021 | *The Debtors' and the Official Committee of Unsecured Creditors' Notice of Issuance of Subpoena of William Brinkman* |
| 13 | 3039 | November 3, 2021 | *The Debtors' and the Official Committee of Unsecured Creditors' Notice of Issuance of Subpoena of Paladin Healthcare Capital, LLC* |
| 14 | 3051 | November 8, 2021 | *Gordon Brothers Realty Services, LLC's Motion for Entry of (I) an Order Quashing the Subpoena Served by the Debtors and the Official Committee of Unsecured Creditors, or Alternatively, (II) a Protective Order Modifying the Subpoena* |
| 15 | 3053 | November 8, 2021 | *Debtors' and Committee's Expedited Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing* |
| 16 | 3054 | November 8, 2021 | *Motion for Expedited Consideration of Debtors' and Committee's Expedited Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell,* |

| | | | *Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing* |
|---|---|---|---|
| 17 | 3055 | November 8, 2021 | *Respondents' Motion to (I) Quash the Debtors' and the Creditors' Committee's Notice of Rule 26 and 30(b)(6) Deposition and Subpoenas and (II) for Entry of a Protective Order Limiting Written Discovery* |
| 18 | 3062 | November 9, 2021 | *Respondents' Objection to Motion for Expedited Consideration of Debtors' and Committee's Expedited Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing* |
| 19 | 3077 | November 11, 2021 | *Gordon Brothers Realty Services, LLC's Opposition to (I) the Debtors' and Committee's Expedited Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing, and (II) the Motion for Expedited Consideration* |
| 20 | 3079 | November 12, 2021 | *Order Denying Expedited Consideration of Debtors' and Committee's Expedited Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing* |
| 21 | 3101 | November 12, 2021 | *The City of Philadelphia's Limited Objection to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 22 | 3102 | November 12, 2021 | *Objection of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to the Motion of the Broad Street Entities and PAHH for Entry of a Comfort Order Regarding the Automatic Stay* |
| 23 | 3105 | November 13, 2021 | *Joinder of HSRE-PAHH I, LLC and Its Affiliates to Objections to Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |

| | | | |
|---|---|---|---|
| 24 | 3115 | November 16, 2021 | *Objection of Debtors and Committee to Respondents' Motion to (I) Quash the Debtors' and the Creditors' Committee's Notice of Rule 26 and 30(b)(6) Deposition and Subpoenas and (II) for Entry of a Protective Order Limiting Written Discovery* |
| 25 | 3140 | November 18, 2021 | *Respondents' Objection to Debtors' and Committee's Motion to Compel Discovery* |
| 26 | 3141 | November 18, 2021 | *MBNF Non-Debtor Entities' Objection to Tenet Business Service Corporation's Joinder to Debtors' and Committee's Motion to Compel Discovery* |
| 27 | 3158 | November 22, 2021 | Transcript of hearing held on November 19, 2021 |
| 28 | 3172 | November 24, 2021 | [SEALED] *Objection of Debtors and Committee to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 29 | 3175 | November 24, 2021 | *Joinder of HSRE-PAHH I, LLC and Its Affiliates to the Objection of Debtors and Committee to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 30 | 3177 | November 28, 2021 | [SEALED] *Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine* |
| 31 | 3178 | November 28, 2021 | *Motion for Expedited Consideration of Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine* |
| 32 | 3186 | November 29, 2021 | [SEALED] *Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 33 | 3187 | November 29, 2021 | *Declaration of William R. Brinkman in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 34 | 3193 | November 29, 2021 | *MBNF Non-Debtor Entities' Reply to the Objection of Tenet Business Service Corporation and Conifer Revenue Cycle Solutions, LLC to the Motion of the Broad Street Entities and* |

| | | | |
|---|---|---|---|
| | | | *PAHH for Entry of a Comfort Order Regarding the Automatic Stay* |
| 35 | 3197 | November 30, 2021 | *Respondents' Objection to Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine* |
| 36 | 3210 | November 30, 2021 | Exhibits Nos. 2, 3, and 7 as appended to *Debtors' and Committee's Exhibit List for the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets for the December 1, 2021 Hearing* |
| 37 | 3212 | November 30, 2021 | [SEALED] *Declaration of Allen Wilen in Opposition to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 38 | 3214 | November 30, 2021 | *Declaration of Joel L. Freedman in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 39 | 3245 | December 3, 2021 | Transcript of hearing held on December 1, 2021 |
| 40 | 3257 | December 6, 2021 | *Certification of Counsel Regarding Proposed Order Denying the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 41 | 3261 | December 6, 2021 | *Order Denying the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining That the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 42 | 3267 | December 7, 2021 | *Order Denying the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine* |
| 43 | 3338 | December 20, 2021 | *Notice of Appeal* |

Dated: January 3, 2022
      Wilmington, DE

/s/ Brendan J. Schlauch
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
Email: collins@rlf.com
      merchant@rlf.com
      schlauch@rlf.com

- and -

Suzzanne Uhland
Tianjiao ("TJ") Li
Alexandra M. Zablocki
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: suzzanne.uhland@lw.com
      tj.li@lw.com
      alexandra.zablocki@lw.com

*Counsel for Appellants*