**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: January 26, 2022 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**TWENTY NINTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | November 1, 2021 – November 30, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | $122,600.00  (80% of $153,250.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,501.67 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $925 | 38.6 | $35,705.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $825 | 97.0 | $80,025.00 |
| Mark Levenson | Member, Real Estate First Bar Admission: 1983 | $825 | 0.4 | $330.00 |
| Daniel J. Harris | Of Counsel, Bankruptcy First Bar Admission: 2008 | $725 | 0.3 | $217.50 |
| Rachel E. Brennan | Of Counsel, Bankruptcy First Bar Admission: 2012 | $695 | 104.8 | $72,836.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $650 | 4.1 | $2,665.00 |
| **Total Fees at Standard Rates** | | | **245.2** | **$191,778.50** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **245.2** | **$153,250.00** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Daniel Harris was increased from $675 to $725; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

129337967.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 101.2 | $71,283.00 |
| Asset Disposition (102) | 4.1 | $3,382.50 |
| Case Administration (104) | 5.7 | $4,767.50 |
| Claims Administration and Objections (105) | 39.5 | $36,347.50 |
| Fee/Employment Applications (107) | 2.0 | $1,300.00 |
| Fee/Employment Objections (108) | 0.2 | $130.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 11.7 | $8,118.00 |
| Avoidance Action Litigation (111) | 3.7 | $2,877.50 |
| Relief from Stay Proceedings (114) | 77.1 | $63,572.50 |
| **Total Fees at Standard Rate** | **245.2** | **$191,778.50** |
| **Total Fees at $625 Blended Rate[1]** | **245.2** | **$153,250.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendors (UnitedLex) | $1,189.70 |
| Lexis-Nexis | $311.97 |
| **TOTAL** | **$1,501.67** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: January 26, 2022 at 4:00 p.m. Hearing Date: TBD if objection filed** |

**TWENTY NINTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021</u>**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Twenty Ninth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From November 1, 2021 Through November 30, 2021* (the "<u>Application</u>"), seeking allowance of $122,600.00 (80% of $153,250.00) in fees, *plus* $1,501.67 for reimbursement of actual and necessary expenses, for a total of $124,101.67.

**<u>Background</u>**

1.     On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

129337967.1

2. On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6. Detailed information regarding Sills' expenses is included in **Exhibit A**.

129337967.1

## Summary of Services by Project

A.    Asset Analysis and Recovery

Fees: $71,283.00;    Total Hours: 101.2

This category includes time spent: (a) reviewing the Broad Street Entities and PAHH's motion seeking authorization to potentially sell, transfer or otherwise encumber assets and conducting related research and analysis, including reviewing documents produced in response to discovery demands; (b) preparing a motion to compel the production of discovery and conducting related research and analysis; (c) drafting an objection to a motion to quash and conducting related research and analysis; (d) attending a related hearing; (e) analyzing and addressing mediation issues; and (f) communicating with Debtors' counsel, the Committee members, the Committee's other advisors; counsel for the Broad Street Entities and PAHH, and the mediator regarding the foregoing and related issues.

B.    Asset Disposition

Fees: $3,382.50;    Total Hours: 4.1

This category includes time spent: (a) analyzing the Debtors' motion to enter into a novation agreement; and (b) analyzing issues related to the proposed RRG transaction.

C.    Case Administration

Fees: $4,767.50;    Total Hours: 5.7

This category includes time spent: (a) communicating with the Committee members; (b) preparing updates to the Committee members; (c) communicating with Debtors' counsel regarding pending matters; (d) analyzing pleadings, motions and other court documents; and (e) addressing matters of general import.

129337967.1

D.    Claims Administration and Objection

Fees: $36,347.50;        Total Hours: 39.5

This category includes time spent: (a) analyzing claim objections and addressing related issues; (b) preparing a response to a motion by the MBNF parties seeking authorization to obtain financing and conducting related research and analysis, including reviewing documents produced in response to discovery requests; (c) preparing a motion to compel the production of discovery and a motion to shorten time; (d) preparing for and attending related hearings and depositions; (e) addressing mediation issues; and (f) communicating with Debtors' counsel, counsel for the MBNF parties and the mediator regarding the foregoing and related issues.

E.    Fee/Employment Applications

Fees: $1,300.00;            Total Hours: 2.0

This category includes time spent preparing Sills' October fee application.

F.    Fee/Employment Objections

Fees: $130.00;        Total Hours: 0.2

This category includes time spent reviewing the Debtors' professionals' fee applications.

G.    Litigation (Other than Avoidance Action Litigation)

Fees: $8,118.00;        Total Hours: 11.7

This category includes time spent: (a) analyzing motions to quash; (b) attending depositions; and (c) reviewing documents produced in response to discovery requests.

H.    Avoidance Action Litigation

Fees: $2,877.50;        Total Hours: 3.7

This category includes time spent analyzing proposed avoidance action settlements.

I.       <u>Relief from Stay Proceedings</u>

Fees: $63,572.50;       Total Hours: 77.1

This category includes time spent: (a) analyzing MBNF's stay relief motion; (b) reviewing responses thereto filed by third parties; (c) analyzing issues related to the Committee's response thereto and addressing related discovery issues, including reviewing documents, preparing a related stipulation, and engaging in related negotiations; (d) analyzing the MBNF's reply brief; (e) conducting analysis regarding a motion to quash; (f) preparing for and attending related hearings and depositions; and (g) communicating with MBNF's counsel regarding the foregoing and related issues.

## **Conclusion**

7.       Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $122,600.00 (80% of $153,250.00) as compensation, *plus* $1,501.67 for reimbursement of actual and necessary expenses, for a total of $124,101.67, and that such amounts be authorized for payment.

Dated: January 5, 2022        Respectfully submitted,
Wilmington, Delaware

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

8

129337967.1

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

129337967.1

## **<u>VERIFICATION</u>**

STATE OF NEW JERSEY      )
                                 ) SS:
COUNTY OF MORRIS         )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                   */s/ Andrew H. Sherman*
                                     Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions, Committee Chair
3560 Dallas Parkway
Frisco, TX  75034

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through November 30, 2021

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 11/01/21 | BM | 101 | Analysis regarding mediation issues. | 1.10 | $907.50 |
| 11/01/21 | REB | 101 | Draft email to Committee in connection with MBNF motion for relief from automatic stay. | 1.60 | $1,112.00 |
| 11/01/21 | REB | 101 | Call with Debtors re: case updates in connection with recent pleadings. | 0.40 | $278.00 |
| 11/01/21 | REB | 101 | Review and revise discovery documents in connection with lift stay motion filed by MBNF. | 2.60 | $1,807.00 |
| 11/01/21 | REB | 101 | Research in connection with MBNF Motion to Lift Automatic Stay. | 1.30 | $903.50 |
| 11/02/21 | REB | 101 | Call with Fox re: case updates strategy. | 0.70 | $486.50 |
| 11/02/21 | REB | 101 | Review and revise documents and emails and calls with Debtors in connection with discovery regarding the automatic stay motion filed by | 2.30 | $1,598.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | | PAHH and Broad Street Entities. | | |
| 11/02/21 | REB | 101 | Research in connection with PAHH/Broad Street motion to lift stay. | 2.60 | $1,807.00 |
| 11/03/21 | REB | 101 | Calls with A. Isenberg re: discovery documents. | 0.30 | $208.50 |
| 11/03/21 | REB | 101 | Review and revise discovery documents and emails re: same. | 3.10 | $2,154.50 |
| 11/03/21 | REB | 101 | Research re: issues in connection with lift stay motion filed by PAHH/Broad Street. | 1.40 | $973.00 |
| 11/04/21 | REB | 101 | Call with Debtors re: issues in connection with lift stay motion filed by PAHH/Broad Street. | 0.40 | $278.00 |
| 11/04/21 | REB | 101 | Research in connection with motion to lift stay filed by PAHH/Broad Street entities. | 4.10 | $2,849.50 |
| 11/05/21 | REB | 101 | Call with MBNF re: PAHH/Broad Street discovery. | 0.60 | $417.00 |
| 11/05/21 | REB | 101 | Research in connection with PAHH/Broad Street motion to lift automatic stay. | 3.40 | $2,363.00 |
| 11/05/21 | REB | 101 | Review documents produced by MBNF Entities in connection with discovery on PAHH/Broad Street Lift Stay Motion. | 0.80 | $556.00 |
| 11/07/21 | BM | 101 | Analysis regarding mediation issues. | 1.10 | $907.50 |
| 11/07/21 | REB | 101 | Research re: PAHH/Broad Street Lift Stay Motion. | 1.10 | $764.50 |
| 11/07/21 | REB | 101 | Call with Debtors re: PAHH comfort order. | 0.70 | $486.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/07/21 | REB | 101 | Review documents produced by MBNF Entities in connection with discovery on PAHH/Broad Street Lift Stay Motion. | 1.70 | $1,181.50 |
| 11/08/21 | BM | 101 | Call with mediator. | 0.20 | $165.00 |
| 11/08/21 | REB | 101 | Review and revise motion to compel and continue and related documents. | 3.70 | $2,571.50 |
| 11/08/21 | REB | 101 | Research in connection with PAHH/Broad Street Financing Motion. | 4.20 | $2,919.00 |
| 11/08/21 | REB | 101 | Internal call re: mediation updates and upcoming pleadings. | 0.20 | $139.00 |
| 11/08/21 | REB | 101 | Call with mediator and debtors re: mediation updates and follow up call with Debtors re: same. | 0.80 | $556.00 |
| 11/09/21 | REB | 101 | Research and review documents in connection with financing motion. | 4.90 | $3,405.50 |
| 11/10/21 | BM | 101 | Analysis regarding mediation issues. | 0.80 | $660.00 |
| 11/10/21 | REB | 101 | Research in connection with Financing Motion and related documents. | 4.80 | $3,336.00 |
| 11/10/21 | REB | 101 | Review versions of proposal to MBNF Parties re: financing term sheet. | 0.80 | $556.00 |
| 11/11/21 | BM | 101 | Analysis regarding mediation issues. | 1.10 | $907.50 |
| 11/11/21 | REB | 101 | Review and revise documents and research in connection with Financing Motion. | 1.30 | $903.50 |
| 11/12/21 | REB | 101 | Review and revise documents and research in connection with Financing Motion. | 2.10 | $1,459.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/13/21 | REB | 101 | Review and revise documents and emails in connection with Financing Motion. | 3.30 | $2,293.50 |
| 11/14/21 | REB | 101 | Review emails in connection with Financing Motion. | 0.90 | $625.50 |
| 11/15/21 | BM | 101 | Analysis regarding mediation issues. | 0.90 | $742.50 |
| 11/15/21 | REB | 101 | Review revised objection to motion to quash. | 0.40 | $278.00 |
| 11/15/21 | REB | 101 | Email BRG re: documents in connection with Financing Motion and review documents in connection therewith. | 3.20 | $2,224.00 |
| 11/16/21 | REB | 101 | Review and revise objection to motion to quash and related documents. | 2.60 | $1,807.00 |
| 11/17/21 | REB | 101 | Call with Debtors and MBNF Parties re: discovery in connection with financing motion. | 1.30 | $903.50 |
| 11/17/21 | REB | 101 | Review documents in connection with discovery call. | 2.20 | $1,529.00 |
| 11/18/21 | BM | 101 | Analysis regarding mediation issues. | 0.90 | $742.50 |
| 11/18/21 | REB | 101 | Research in connection with Financing Motion. | 2.10 | $1,459.50 |
| 11/19/21 | BM | 101 | Analysis regarding mediation issues. | 1.20 | $990.00 |
| 11/19/21 | REB | 101 | Research and preparation in connection with hearing on discovery in connection with financing motion. | 1.40 | $973.00 |
| 11/19/21 | REB | 101 | Attend hearing on discovery in connection with financing motion. | 1.50 | $1,042.50 |
| 11/19/21 | REB | 101 | Draft email to Committee re: hearing on discovery in connection with financing motion. | 0.80 | $556.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/19/21 | REB | 101 | Return call re: inquiry in connection with chapter 11 case. | 0.20 | $139.00 |
| 11/22/21 | REB | 101 | Call with Debtors and MBNF parties re: discovery issues. | 0.50 | $347.50 |
| 11/22/21 | REB | 101 | Follow up call with Debtors re: discovery issues with MBNF entities. | 0.30 | $208.50 |
| 11/22/21 | REB | 101 | Draft email to MBNF parties re: discovery agreements form joint call. | 0.70 | $486.50 |
| 11/22/21 | REB | 101 | Review documents produced by MBNF parties in connection with financing motion. | 2.40 | $1,668.00 |
| 11/22/21 | REB | 101 | Review and revise draft objection to financing motion. | 4.60 | $3,197.00 |
| 11/23/21 | REB | 101 | Review documents in connection with upcoming depositions and other discovery issues. | 0.90 | $625.50 |
| 11/24/21 | REB | 101 | Draft email to Committee re: update on documents in response to Financing Motion. | 0.40 | $278.00 |
| 11/28/21 | REB | 101 | Review and revise documents in connection with Financing Motion, including renewed motion to compel, motions to file under seal and motions to expedite. | 3.40 | $2,363.00 |
| 11/29/21 | REB | 101 | Review documents and pleadings in connection with financing motion. | 3.60 | $2,502.00 |
| 11/30/21 | REB | 101 | Draft internal email re: reply from MBNF entities in connection with financing motion. | 2.10 | $1,459.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/30/21 | REB | 101 | Review MBNF objection to renewed motion to compel and research in connection there with. | 1.30 | $903.50 |
| 11/30/21 | REB | 101 | Call with Debtors in advance of hearing. | 0.50 | $347.50 |
| 11/30/21 | REB | 101 | Review pleadings, exhibits, declarations and other documents filed in connection with hearing. | 1.40 | $973.00 |
| | | **TASK TOTAL 101** | | **101.20** | **$71,283.00** |

**102 – ASSET DISPOSITION**

| | | | | | |
|---|---|---|---|---|---|
| 11/09/21 | BM | 102 | Prepare correspondence to PAHH regarding Committee's objection to motion to approve novation of certain insurance policies. | 0.60 | $495.00 |
| 11/09/21 | BM | 102 | Analysis regarding proposed RRG transaction. | 1.10 | $907.50 |
| 11/16/21 | BM | 102 | Analysis regarding proposed RRG transaction. | 1.10 | $907.50 |
| 11/17/21 | BM | 102 | Analysis regarding proposed RRG transaction. | 1.30 | $1,072.50 |
| | | **TASK TOTAL 102** | | **4.10** | **$3,382.50** |

**104 – CASE ADMINISTRATION**

| | | | | | |
|---|---|---|---|---|---|
| 11/01/21 | BM | 104 | Calls with Debtors' counsel regarding pending matters. | 1.10 | $907.50 |
| 11/01/21 | AHS | 104 | Email to Committee re: current motions and call with committee member re: same. | 0.60 | $555.00 |
| 11/04/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 | $330.00 |
| 11/07/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.30 | $247.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/08/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.30 | $247.50 |
| 11/08/21 | BM | 104 | Call with mediator. | 0.40 | $330.00 |
| 11/09/21 | BM | 104 | Call with Committee representative regarding pending matters. | 0.40 | $330.00 |
| 11/14/21 | BM | 104 | Attend to issues regarding extension of standstill and discovery stipulation with MBNF. | 0.80 | $660.00 |
| 11/21/21 | GAK | 104 | Review notifications regarding hearings and update case calendar. | 0.20 | $130.00 |
| 11/22/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.30 | $247.50 |
| 11/24/21 | AHS | 104 | Draft and revise email to Committee re: financing motion response. | 0.40 | $370.00 |
| 11/30/21 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | $412.50 |
| | | **TASK TOTAL 104** | | **5.70** | **$4,767.50** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 11/01/21 | ML | 105 | Telephone call with A. Sherman regarding OPCO/PROPCO issues. | 0.40 | $330.00 |
| 11/01/21 | AHS | 105 | Review and revise discovery regarding motion for financing. | 0.80 | $740.00 |
| 11/01/21 | AHS | 105 | Research and review of case law re: response to motion for financing filed by MBNF entities. | 1.10 | $1,017.50 |
| 11/01/21 | AHS | 105 | Calls with counsel for Debtors re: motion for financing and response thereto. | 0.90 | $832.50 |
| 11/02/21 | BM | 105 | Analysis regarding omnibus objection to claims. | 0.60 | $495.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/03/21 | AHS | 105 | Address discovery to Freedman entities and possible strategy re: motion re: mortgage financing. | 0.50 | $462.50 |
| 11/04/21 | AHS | 105 | Research and review of case law re: remedies relating to the MBNF properties. | 1.20 | $1,110.00 |
| 11/04/21 | AHS | 105 | Call with counsel for Debtors re: motion for financing and discovery related thereto. | 0.50 | $462.50 |
| 11/05/21 | AHS | 105 | Meet and confer call with counsel for Debtors and counsel for MBNF entities re: discovery for mortgage motion. | 0.70 | $647.50 |
| 11/07/21 | AHS | 105 | Calls with counsel for Debtors in response to discovery and next steps. | 0.70 | $647.50 |
| 11/07/21 | AHS | 105 | Review of discovery produced by MBNF. | 0.70 | $647.50 |
| 11/07/21 | AHS | 105 | Follow up on discovery issues and issues re: MBNF mortgage motion. | 0.40 | $370.00 |
| 11/08/21 | AHS | 105 | Review and revise motion to shorten time. | 0.30 | $277.50 |
| 11/08/21 | AHS | 105 | Review and revise motion to compel discovery and internal calls re: same. | 1.90 | $1,757.50 |
| 11/08/21 | AHS | 105 | Research and review of case law re: property of the estate issues. | 1.40 | $1,295.00 |
| 11/08/21 | AHS | 105 | Call with mediator re: outstanding issues and current motions and follow up with counsel for Debtors re: same. | 0.40 | $370.00 |
| 11/10/21 | AHS | 105 | Review and revise potential resolution of discovery issues with MBNF parties and emails with counsel for Debtors re: same. | 0.80 | $740.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/10/21 | AHS | 105 | Call with Debtors' counsel re: discovery and scheduling issues; review of emails re: same. | 0.40 | $370.00 |
| 11/11/21 | AHS | 105 | Review of revised discovery schedule proposal and email; call with counsel for Debtors re: same; review of emails re: discovery schedule proposal. | 0.50 | $462.50 |
| 11/12/21 | AHS | 105 | Review of court order denying motion and calls with counsel for Debtors re: same. | 0.80 | $740.00 |
| 11/12/21 | AHS | 105 | Review of revised proposal re: discovery issues and emails re: same. | 0.70 | $647.50 |
| 11/13/21 | AHS | 105 | Address issues re: response to motion to quash, stipulation re: discovery and deadlines. | 0.60 | $555.00 |
| 11/14/21 | AHS | 105 | Address discovery issues and review of various draft of stipulation re: scheduling and discovery. | 0.40 | $370.00 |
| 11/15/21 | BM | 105 | Analysis of issues regarding withdrawal liability claims. | 0.90 | $742.50 |
| 11/15/21 | AHS | 105 | Emails and review of drafts re: discovery stipulation. | 0.40 | $370.00 |
| 11/16/21 | AHS | 105 | Review and revise response to motion to quash. | 0.90 | $832.50 |
| 11/16/21 | AHS | 105 | Emails with counsel for Debtors re: motion to quash and filing version. | 0.20 | $185.00 |
| 11/17/21 | AHS | 105 | Calls with counsel for Debtors re: RRG issues, outstanding discovery and mediation issues. | 0.60 | $555.00 |
| 11/17/21 | AHS | 105 | Meet and confer call with counsel for Debtors and counsel for MBNF parties re: outstanding discovery issues. | 1.30 | $1,202.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/18/21 | AHS | 105 | Review of responses, pleadings and preparation for hearing. | 1.50 | $1,387.50 |
| 11/18/21 | AHS | 105 | Research re: issues raised in response to motion to compel. | 0.70 | $647.50 |
| 11/19/21 | AHS | 105 | Review of pleadings and further preparation for hearing on motion to compel. | 1.20 | $1,110.00 |
| 11/19/21 | AHS | 105 | Attend hearing re: motion to compel and follow up with counsel for Debtors re: same. | 1.50 | $1,387.50 |
| 11/19/21 | AHS | 105 | Calls and emails with counsel for Debtors re: discovery schedule and scope after ruling by court. | 0.60 | $555.00 |
| 11/22/21 | AHS | 105 | Review of documents and prepare for depositions of B. Brinkman and J. Freedman. | 1.20 | $1,110.00 |
| 11/22/21 | AHS | 105 | Emails from counsel for Freedman entities re: confidentiality issues, calls with counsel for Debtors re: same and follow up emails to set meet and confer. | 0.70 | $647.50 |
| 11/22/21 | AHS | 105 | Follow up calls, emails to document agreement in meet and confer call. | 0.60 | $555.00 |
| 11/22/21 | AHS | 105 | Meet and confer call with counsel for Debtors and Freedman entities. | 0.30 | $277.50 |
| 11/23/21 | AHS | 105 | Attend depositions of W. Brinkman and J. Freedman. | 7.30 | $6,752.50 |
| 11/24/21 | AHS | 105 | Review and revise response to financing motion filed by MBNF entities. | 0.80 | $740.00 |
| 11/24/21 | AHS | 105 | Calls and emails with counsel for Debtors re: response to financing motion. | 0.50 | $462.50 |
| 11/29/21 | AHS | 105 | Begin to prepare for hearing. | 0.50 | $462.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/29/21 | AHS | 105 | Review of response filed by Freedman parties. | 1.10 | $1,017.50 |
| | | **TASK TOTAL 105** | | **39.50** | **$36,347.50** |

### 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 11/24/21 | GAK | 107 | Work on October fee application. | 1.10 | $715.00 |
| 11/26/21 | GAK | 107 | Work on October fee application. | 0.90 | $585.00 |
| | | **TASK TOTAL 107** | | **2.00** | **$1,300.00** |

### 108 – FEE/EMPLOYMENT OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 11/12/21 | GAK | 108 | Review EisnerAmper October fee statement and email A. Sherman regarding same. | 0.10 | $65.00 |
| 11/12/21 | GAK | 108 | Review Debtors' counsel's September fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | **0.20** | **$130.00** |

### 110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 11/02/21 | DJH | 110 | Call with R. Brennan regarding litigation status. | 0.30 | $217.50 |
| 11/12/21 | GAK | 110 | Review Gordon Bros Motion to Quash and email A. Sherman regarding same. | 0.20 | $130.00 |
| 11/12/21 | GAK | 110 | Review Broad Street Entities Motion to Quash and emails to A. Sherman regarding same. | 0.20 | $130.00 |
| 11/12/21 | GAK | 110 | Review order scheduling hearing on discovery dispute and email A. Sherman regarding same. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/23/21 | REB | 110 | Attend depositions of Brinkman and Freedman and research in connection therewith. | 7.30 | $5,073.50 |
| 11/24/21 | REB | 110 | Review additional documents produced by MBNF entities. | 0.90 | $625.50 |
| 11/24/21 | REB | 110 | Review and revise objection to financing motion. | 2.70 | $1,876.50 |
| | | **TASK TOTAL 110** | | **11.70** | **$8,118.00** |

## 111 – AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 11/02/21 | BM | 111 | Analysis regarding proposed settlements of avoidance actions. | 0.70 | $577.50 |
| 11/05/21 | GAK | 111 | Review Debtors' proposed preference settlement with CCJ Physics and email A. Sherman regarding same. | 0.10 | $65.00 |
| 11/05/21 | GAK | 111 | Review Debtors' proposed preference settlement with Champion Energy and email A. Sherman regarding same. | 0.10 | $65.00 |
| 11/05/21 | GAK | 111 | Review Debtors' proposed preference settlement with People's Capital and email A. Sherman regarding same. | 0.10 | $65.00 |
| 11/12/21 | BM | 111 | Analysis regarding motions to approve settlements of avoidance actions. | 0.70 | $577.50 |
| 11/15/21 | BM | 111 | Analysis regarding motion to approve settlements of preference actions. | 0.60 | $495.00 |
| 11/18/21 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.70 | $577.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 13

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/21/21 | GAK | 111 | Review Debtors' proposed preference settlement with Reed Smith and emails to A. Sherman regarding same. | 0.10 | $65.00 |
| 11/21/21 | GAK | 111 | Review Debtors' proposed preference settlement with Holland Square and emails to A. Sherman regarding same. | 0.10 | $65.00 |
| 11/21/21 | GAK | 111 | Review Debtors' proposed preference settlement with Grainger and emails to A. Sherman regarding same. | 0.10 | $65.00 |
| 11/21/21 | GAK | 111 | Review Debtors' proposed preference settlement with Cryolife and emails to A. Sherman regarding same. | 0.10 | $65.00 |
| 11/21/21 | GAK | 111 | Review Debtors' proposed preference settlement with Zimmer and email A. Sherman regarding same. | 0.10 | $65.00 |
| 11/27/21 | GAK | 111 | Review Debtors' proposed settlement with Integra Lifesciences and email A. Sherman regarding same. | 0.10 | $65.00 |
| 11/27/21 | GAK | 111 | Review Debtors' preference settlement with CDW and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 111** | | **3.70** | **$2,877.50** |

## 114 – RELIEF FROM STAY PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| 11/01/21 | BM | 114 | Attend to discovery demands in connection with MBNF's comfort order motion. | 1.80 | $1,485.00 |
| 11/01/21 | BM | 114 | Analysis of issues regarding MBNF's motion for comfort order regarding Broad Street properties. | 2.20 | $1,815.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 14

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/02/21 | BM | 114 | Analysis regarding opposition to MBNF's motion for comfort order. | 1.60 | $1,320.00 |
| 11/02/21 | BM | 114 | Analysis regarding discovery in connection with MBNF comfort motion. | 1.20 | $990.00 |
| 11/03/21 | BM | 114 | Analysis regarding discovery in connection with MBNF's comfort motion. | 1.30 | $1,072.50 |
| 11/03/21 | BM | 114 | Analysis regarding response to MBNF's comfort motion. | 1.40 | $1,155.00 |
| 11/04/21 | BM | 114 | Analysis regarding discovery in connection with MBNF's motion for comfort order. | 1.10 | $907.50 |
| 11/04/21 | BM | 114 | Analysis regarding response to MBNF's motion for comfort order. | 1.20 | $990.00 |
| 11/05/21 | BM | 114 | Analysis regarding MBNF's document productions. | 1.40 | $1,155.00 |
| 11/05/21 | BM | 114 | Attend to discovery issues in connection with MBNF's comfort motion. | 1.20 | $990.00 |
| 11/05/21 | GAK | 114 | Review Broad Street Entities Stay Relief/Determination Motion and email A. Sherman regarding same. | 0.20 | $130.00 |
| 11/08/21 | BM | 114 | Analysis regarding motion to compel production by MBNF and related parties and motion to shorten time. | 1.30 | $1,072.50 |
| 11/08/21 | BM | 114 | Analysis regarding response to MBNF's comfort motion. | 1.40 | $1,155.00 |
| 11/09/21 | BM | 114 | Analysis regarding potential interim resolution of discovery disputes with MBNF and Gordon Brothers. | 1.20 | $990.00 |
| 11/09/21 | BM | 114 | Analysis regarding respondents' objections to motion to compel discovery. | 1.10 | $907.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 15

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/09/21 | BM | 114 | Analysis regarding HSRE's and Tenet's joinders in motions to compel discovery. | 0.60 | $495.00 |
| 11/09/21 | BM | 114 | Analysis regarding response to MBNF's motion for comfort order. | 1.60 | $1,320.00 |
| 11/09/21 | BM | 114 | Analysis regarding Gordon Brothers' motion to quash. | 1.10 | $907.50 |
| 11/09/21 | BM | 114 | Analysis regarding MBNF's motion to quash in connection with MBNF comfort motion. | 1.80 | $1,485.00 |
| 11/10/21 | BM | 114 | Analysis regarding response to MBNF's comfort motion. | 0.90 | $742.50 |
| 11/10/21 | BM | 114 | Attend to issues regarding potential resolution of discovery and scheduling disputes with MBNF. | 1.20 | $990.00 |
| 11/11/21 | BM | 114 | Analysis regarding response to MBNF's motion for comfort order. | 1.60 | $1,320.00 |
| 11/11/21 | BM | 114 | Analysis regarding discovery disputes with MBNF parties. | 1.90 | $1,567.50 |
| 11/12/21 | BM | 114 | Analysis regarding an objection to the MBNF and Gordon Brothers motions to quash. | 1.40 | $1,155.00 |
| 11/12/21 | BM | 114 | Analysis regarding Tenet's objection to MBNF's comfort motion. | 0.60 | $495.00 |
| 11/12/21 | BM | 114 | Analysis regarding Philadelphia's objection to MBNF's comfort motion. | 0.20 | $165.00 |
| 11/12/21 | BM | 114 | Analysis regarding potential resolution of discovery disputes with MBNF. | 1.70 | $1,402.50 |
| 11/13/21 | BM | 114 | Analysis regarding proposed stipulation regarding scheduling and process for resolution of discovery disputes with MBNF. | 0.80 | $660.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 16

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/13/21 | BM | 114 | Analysis regarding revisions of objection to motions to quash. | 0.90 | $742.50 |
| 11/16/21 | BM | 114 | Analysis and revisions regarding objection to MBNF's motion to quash. | 1.20 | $990.00 |
| 11/16/21 | BM | 114 | Attend to stipulation with MBNF regarding scheduling and discovery. | 1.30 | $1,072.50 |
| 11/17/21 | BM | 114 | Meet and confer with MBNF regarding motion for Broad Street entities comfort order. | 1.20 | $990.00 |
| 11/18/21 | BM | 114 | Analysis regarding response to MBNF's motion for comfort order. | 1.30 | $1,072.50 |
| 11/18/21 | BM | 114 | Analysis regarding MBNF's objection to motion to compel. | 0.80 | $660.00 |
| 11/18/21 | BM | 114 | Analysis regarding discovery disputes with MBNF. | 1.20 | $990.00 |
| 11/19/21 | BM | 114 | Attend hearing on motion to compel discovery. | 1.40 | $1,155.00 |
| 11/19/21 | BM | 114 | Analysis regarding discovery issues in connection with MBNF's motion for comfort order. | 1.10 | $907.50 |
| 11/19/21 | BM | 114 | Analysis regarding response to MBNF's comfort motion. | 1.10 | $907.50 |
| 11/21/21 | BM | 114 | Analysis regarding discovery disputes with MBNF. | 0.80 | $660.00 |
| 11/22/21 | BM | 114 | Meet and confer call with MBNF. | 0.30 | $247.50 |
| 11/22/21 | BM | 114 | Analysis regarding response to MBNF's motion for comfort order. | 1.30 | $1,072.50 |
| 11/22/21 | BM | 114 | Analysis regarding depositions in connection with MBNF's comfort motion. | 0.80 | $660.00 |
| 11/22/21 | BM | 114 | Analysis regarding MBNF's discovery responses and productions. | 1.40 | $1,155.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 17

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/23/21 | BM | 114 | Analysis regarding MBNF's document productions. | 1.20 | $990.00 |
| 11/23/21 | BM | 114 | Analysis regarding Brinkman declaration. | 0.70 | $577.50 |
| 11/23/21 | BM | 114 | Attend depositions in connection with MBNF's motion for comfort order. | 7.30 | $6,022.50 |
| 11/24/21 | BM | 114 | Analysis regarding MBNF's document productions and confidentiality designations. | 1.10 | $907.50 |
| 11/24/21 | BM | 114 | Analysis and revisions of response to MBNF's comfort motion. | 2.90 | $2,392.50 |
| 11/26/21 | BM | 114 | Analysis regarding renewed motion to compel discovery against MBNF. | 1.10 | $907.50 |
| 11/28/21 | BM | 114 | Analysis and revisions of renewed motion to compel discovery with respect to MBNF's comfort motion. | 3.20 | $2,640.00 |
| 11/29/21 | BM | 114 | Analysis regarding witness and exhibit lists in connection with MBNF's comfort motion. | 0.60 | $495.00 |
| 11/29/21 | BM | 114 | Attend to preparation for hearings on motion to compel and MBNF's comfort motion. | 1.80 | $1,485.00 |
| 11/29/21 | BM | 114 | Analysis regarding MBNF's filed declarations and witness and exhibit lists. | 1.10 | $907.50 |
| 11/29/21 | BM | 114 | Analysis regarding MBNF's reply in connection with comfort order motion. | 1.20 | $990.00 |
| 11/30/21 | BM | 114 | Attend to preparation for hearings on Debtors renewed motion to compel and MBNF's comfort motion. | 1.20 | $990.00 |
| 11/30/21 | BM | 114 | Prepare for hearings on motion to compel and MBNF's comfort motion. | 1.90 | $1,567.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 18

---

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/30/21 | BM | 114 | Analysis regarding MBNF's response to renewed motion to compel discovery. | 0.70 | $577.50 |
| | | **TASK TOTAL 114** | | **77.10** | **$63,572.50** |
| | | **TOTAL FEES at Standard Rates** | | **245.20** | **$191,778.50** |
| | | **TOTAL FEES at Blended Rate of $625** | | **245.20** | **$153,250.00** |

## TASK CODE SUMMARY

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 101.20 | $71,283.00 |
| | 102 | Asset Disposition | 4.10 | $3,382.50 |
| | 104 | Case Administration | 5.70 | $4,767.50 |
| | 105 | Claims Administration and Objections | 39.50 | $36,347.50 |
| | 107 | Fee/Employment Applications | 2.00 | $1,300.00 |
| | 108 | Fee/Employment Objections | 0.20 | $130.00 |
| | 110 | Litigation (Other than Avoidance Action Litigation | 11.70 | $8,118.00 |
| | 111 | Avoidance Action Litigation | 3.70 | $2,877.50 |
| | 114 | Relief from Stay Proceedings | 77.10 | $63,572.50 |
| | | TOTAL FEES at Standard Rates | 245.20 | $191,778.50 |
| | | TOTAL FEES at Blended Rate of $625 | 245.20 | $153,250.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 38.60 | x | $925.00 | = | $35,705.00 |
| Boris Mankovetskiy | 97.00 | x | $825.00 | = | $80,025.00 |
| Mark Levenson | 0.40 | x | $825.00 | = | $330.00 |
| Daniel J. Harris | 0.30 | x | $725.00 | = | $217.50 |
| Rachel E. Brennan | 104.80 | x | $695.00 | = | $72,836.00 |
| Gregory A. Kopacz | 4.10 | x | $650.00 | = | $2,665.00 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 11/22/21 | 271 | Litigation Support Vendor (UnitedLex, Inv.063536 - hosting user and volume) | $1,189.70 |
| 11/07/21 | 379 | Lexis-Nexis | $117.03 |
| 11/08/21 | 379 | Lexis-Nexis | $51.99 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 23, 2021
Client/Matter No. 08650118.000001
Invoice: 2012869
Page 19

| | | | |
|---|---|---|---|
| 11/09/21 | 379 | Lexis-Nexis | $12.99 |
| 11/10/21 | 379 | Lexis-Nexis | $25.99 |
| 11/18/21 | 379 | Lexis-Nexis | $25.99 |
| 11/19/21 | 379 | Lexis-Nexis | $51.99 |
| 11/30/21 | 379 | Lexis-Nexis | $25.99 |

**TOTAL DISBURSEMENTS** **$1,501.67**

| **INVOICE SUMMARY** | |
|---|---|
| Total Fees | $153,250.00 |
| Total Disbursements | $1,501.67 |
| **TOTAL THIS INVOICE** | **$154,751.67\*** |

\*Total includes fees at **_Blended Rate_**.  Per Retention Application, lesser of fees at _Standard Rates_ (**$191,778.50**) and fees at _Blended Rate_ of $625 (**$153,250.00**)\*\* apply.

\*\*includes paralegal fees at standard rates, if applicable