**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Obj. Deadline: January 26, 2022 4:00 p.m.** |
|  | ) | **Hearing Date: Only if objection is timely filed** |

**TWENTY-THIRD MONTHLY FEE APPLICATION OF KLEHR HARRISON**
**HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | <u>Klehr Harrison Harvey Branzburg LLP</u> |
| Authorized to Provide Professional Services to: | <u>Debtors and Debtors-In-Possession</u> |
| Date of Retention: | *<u>nunc pro tunc</u>* to Petition Date |
| Period for which compensation and reimbursement is sought: | <u>November 1, 2021 through November 30, 2021</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$68,336.10</u><br>(80 % of which is $54,668.88) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$155.48</u> |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the twenty-third monthly fee application filed in this case.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly<br>Filed 2/17/2021<br>DI No. 2099 | 12/1/2020-<br>12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly<br>Filed 2/22/2021<br>DI No. 2115 | 1/1/2021-<br>1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly<br>Filed 4/12/2021<br>DI No. 2251 | 2/1/2021-<br>2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly<br>Filed 5/4/2021<br>DI No. 2613 | 3/1/2021-<br>3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly<br>Filed 8/4/2021<br>DI No. 2670 | 4/1/2021-<br>4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth<br>Monthly<br>Filed 8/4/2021<br>DI No. 2671 | 5/1/2021-<br>5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly<br>Filed 8/4/2021<br>DI No. 2673 | 6/1/2021-<br>6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly<br>Filed 8/25/2021<br>DI No. 2745 | 7/1/2021-<br>7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |
| Twentieth Monthly<br>Filed 9/30/2021<br>DI No. 2907 | 8/1/2021-<br>8/31/2021 | $31,199.85 | $0.00 | $24,959.88 | $0.00 | $6,239.97 |
| Twenty-First<br>Monthly<br>Filed 10/28/2021<br>DI No. 3000 | 9/1/2021-<br>9/30/2021 | $19,180.35 | $20.85 | $15,344.28 | $20.85 | $3,836.07 |
| Twenty-Second<br>Monthly<br>Filed 12/6/2021<br>DI No. 3265 | 10/1/2021-<br>10/31/2021 | $46,190.25 | $0.00 | $36,952.20 | $0.00 | $9,238.05 |

**TIME AND COMPENSATION BREAKDOWN**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $700.00 | 54.50 | $38,150.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $600.00 | 28.60 | $17,160.00 |
| Raymond H. Lemisch | Bankruptcy & Restructuring Partner Admitted to Bar 1984 | $515.00 | 1.20 | $618.00 |
| Michael W. Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $500.00 | 2.80 | $1,400.00 |
| William J. Clements | Litigation - Of Counsel Admitted to Bar 2000 | $425.00 | 26.00 | $11,050.00 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate Admitted to Bar 2005 | $350.00 | 20.40 | $7,140.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $285.00 | .60 | $171.00 |
| Lauren Marsh | Litigation Paralegal | $240.00 | 1.00 | $240.00 |
| **TOTALS** | | | **135.10** | **$75,929.00** |
| **BLENDED RATE** | | | | **$562.02** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$7,592.90** |
| **GRAND TOTAL** | | | | **$68,336.10** |

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | CL/05 | 111.90 | $67,760.00 |
| Fee/Employment Applications | FE/07 | 0.60 | $171.00 |
| Litigation | LT/10 | 22.60 | $7,998.00 |
| **TOTAL** | | **135.10** | **$75,929.00** |
| **Minus Agreed Upon Discount (10%)** | | | **-$7,592.90** |
| **GRAND TOTAL** | | | **$68,336.10** |

## EXPENSE SUMMARY
## NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Conference Call Charges | $9.28 |
| Computerized Research | $146.20 |
| **TOTAL** | **$155.48** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**TWENTY-THIRD MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City

Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby

submits its twenty-third monthly fee application (the "Application") for entry of an order pursuant to

section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the

"Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period

from November 1, 2021 through November 30, 2021.  In support hereof, Klehr Harrison respectfully

represents as follows:

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.    BACKGROUND

2.    On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.    On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.    Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from November 1, 2021 through November 30, 2021 (the "Compensation Period"), totaling 135.10 hours of professional time.

6.    Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.    The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $68,336.10.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $68,336.10 in fees and $155.48 in expenses, for a total of $68,491.58.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $68,336.10 and reimbursement of actual and necessary expenses incurred in the sum of $155.48 for the period from November 1, 2021 through November 30, 2021; (b) payment in the total amount of $54,824.36 which represents (i) 80% of the total fees billed ($54,668.88) and (ii) 100% of the expenses incurred ($155.48) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated:  January 5, 2022  
Wilmington, Delaware  

        */s/ Domenic E. Pacitti*  
Domenic E. Pacitti (DE Bar No. 3989)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 North Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone: (302) 426-1189  
Facsimile: (302) 426-9193  
Email:  dpacitti@klehr.com  

*Special Counsel to the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

**CERTIFICATION OF DOMENIC E. PACITTI**

---

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing Twenty-Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from November 1, 2021 through November 30, 2021 and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.       In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.       I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.       Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.       None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.       Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2021 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2022                     _____/s/ Domenic E. Pacitti_____
                                                Domenic E. Pacitti (DE Bar No. 3989)

EXHIBIT A



KLEHR HARRISON
HARVEY BRANZBURG LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

December 6, 2021

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #:      458855
Client #:       19647
Matter #:        0019

For professional services through November 30, 2021:

RE:   Chapter 11

**PROFESSIONAL SERVICES**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/21 | DEP | Call with J. Dinome re: general case update and mediation issues | .20 | 700.00 | 140.00 |
| 11/02/21 | FMC | Review issues with dispute with Drexel | .20 | 600.00 | 120.00 |
| 11/02/21 | DEP | Call with V. Marriott e: mediation issues and logistics | .20 | 700.00 | 140.00 |
| 11/03/21 | FMC | Review issues with upcoming mediation and prepare for call with clients | .60 | 600.00 | 360.00 |
| 11/03/21 | FMC | Emails re: speaking with J. Freedman attorney, etc. | .20 | 600.00 | 120.00 |
| 11/03/21 | FMC | Review revised mediation statement | .30 | 600.00 | 180.00 |
| 11/03/21 | FMC | Review mediation statement | .30 | 600.00 | 180.00 |
| 11/03/21 | FMC | Review emails from J. Freedman attorney re: insurance | .10 | 600.00 | 60.00 |
| 11/03/21 | FMC | Emails with J. Dinome re: mediation | .10 | 600.00 | 60.00 |
| 11/03/21 | DEP | Call with clients re: call with S. Uhland Re: Drexel | .40 | 700.00 | 280.00 |
| 11/03/21 | DEP | Call with S. Uhland Re: Drexel | .20 | 700.00 | 140.00 |
| 11/03/21 | DEP | Work on finalizing mediation statement | .80 | 700.00 | 560.00 |
| 11/03/21 | DEP | Call with V. Marriott e: mediation issues and logistics | .20 | 700.00 | 140.00 |
| 11/03/21 | DEP | Call with Judge Fitzgerald and V. Marriott e: mediation issues and logistics | .50 | 700.00 | 350.00 |
| 11/03/21 | WJC | Reviewing documents, including AAA and emails between parties, in preparation for mediation of Drexel related claims | 2.00 | 425.00 | 850.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/21 | FMC | Review issues with Drexel claims | .20 | 600.00 | 120.00 |
| 11/04/21 | FMC | Review email from Latham/review attached Tenet and Drexel letter agreement | .30 | 600.00 | 180.00 |
| 11/04/21 | FMC | Review final version of mediation statement | .40 | 600.00 | 240.00 |
| 11/04/21 | DEP | Call with J. DiNome re: mediation issues and conversations with S. Uhland | .40 | 700.00 | 280.00 |
| 11/04/21 | DEP | Work on finalizing mediation statement | 1.10 | 700.00 | 770.00 |
| 11/04/21 | DEP | Email clients re: final version of mediation statement | .10 | 700.00 | 70.00 |
| 11/04/21 | DEP | Review email from S. Uhland | .30 | 700.00 | 210.00 |
| 11/04/21 | DEP | Review additional documents re: Drexel claims | .60 | 700.00 | 420.00 |
| 11/04/21 | DEP | Series of phone call with J. Dinome and A. Wilen re: additional documents and Drexel claim issues | 1.00 | 700.00 | 700.00 |
| 11/05/21 | FMC | Review issues with Drexel mediation | .30 | 600.00 | 180.00 |
| 11/05/21 | FMC | Review exchange between Drexel and PAHS | .40 | 600.00 | 240.00 |
| 11/05/21 | FMC | Review issues with Drexel emails and documents | .20 | 600.00 | 120.00 |
| 11/05/21 | DEP | Review additional documents re: Drexel claims | 2.00 | 700.00 | 1,400.00 |
| 11/05/21 | DEP | Call with S. Uhland re: Drexel claims | .40 | 700.00 | 280.00 |
| 11/05/21 | DEP | Call with J. Dinome re: Drexel issues, documents and claims and related issues | .60 | 700.00 | 420.00 |
| 11/08/21 | WJC | Planning and preparing for mediation of Drexel claims, including review and analysis of Drexel administrative and post-petition claim | 1.40 | 425.00 | 595.00 |
| 11/09/21 | DEP | Review documents and begin prep for mediation on Drexel issues | 4.00 | 700.00 | 2,800.00 |
| 11/09/21 | WJC | Preparing for mediation of Drexel claims, including reviewing case law pertaining to claims and defenses and analysis of Academic Affiliation Agreement as pertains to claims and defenses | 2.60 | 425.00 | 1,105.00 |
| 11/10/21 | DEP | Call with J. Dinome re: mediation issues and logistics | .30 | 700.00 | 210.00 |
| 11/10/21 | DEP | Call with V. Marriott  re: mediation issues and logistics | .30 | 700.00 | 210.00 |
| 11/10/21 | DEP | Email exchanges with V. Marriott and Judge Fitzgerald  re: mediation issues and logistics | .40 | 700.00 | 280.00 |
| 11/12/21 | DEP | Mediation prep | 1.50 | 700.00 | 1,050.00 |
| 11/15/21 | FMC | Review issues with mediation/emails re: same | .30 | 600.00 | 180.00 |
| 11/15/21 | FMC | Review correspondence from J. Freedman attorney to D. Pacitti | .20 | 600.00 | 120.00 |
| 11/15/21 | FMC | Review correspondence between J. Freedman, Tillman and Gyllenhammer | .20 | 600.00 | 120.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/15/21 | FMC | Review email and attached letter from V. Marriot and letter from Latham re: subordination claims | .10 | 600.00 | 60.00 |
| 11/15/21 | DEP | Preparation for mediation | 1.50 | 700.00 | 1,050.00 |
| 11/15/21 | WJC | Collaborating with paralegal (Marsh) in searching for and producing documents in preparation for mediation of Drexel related claims | .50 | 425.00 | 212.50 |
| 11/15/21 | WJC | Preparing for in person mediation of Drexel claims, including reviewing draft complaint, mediation submission and documents | 1.00 | 425.00 | 425.00 |
| 11/16/21 | FMC | Prepare for Zoom meeting with J. Dinome and A. Wilen re: mediation preparation | .60 | 600.00 | 360.00 |
| 11/16/21 | FMC | Prepare for Zoom meeting with J. Dinome, A. Wilen, D. Pacitti and W. Clements re: mediation preparation | .60 | 600.00 | 360.00 |
| 11/16/21 | FMC | Post meeting review of issues | .30 | 600.00 | 180.00 |
| 11/16/21 | FMC | Review comments on revised bullet point memo of talking points | .30 | 600.00 | 180.00 |
| 11/16/21 | FMC | Review mediation issues | .20 | 600.00 | 120.00 |
| 11/16/21 | DEP | Prepare draft talking points for mediation prep session | 2.00 | 700.00 | 1,400.00 |
| 11/16/21 | DEP | Attend mediation prep session with clients | 2.00 | 700.00 | 1,400.00 |
| 11/16/21 | DEP | Revise talking points for mediation based on prep session | .50 | 700.00 | 350.00 |
| 11/16/21 | WJC | Zoom conference to prepare for mediation related to Drexel claims | 1.70 | 425.00 | 722.50 |
| 11/16/21 | WJC | Planning and preparing for mediation of Drexel claims, including drafting list of issues and reviewing notes from preparation session pertaining to mediation talking points | .80 | 425.00 | 340.00 |
| 11/17/21 | FMC | Review issues with Drexel claims, proof of claims and mediation | .50 | 600.00 | 300.00 |
| 11/17/21 | DEP | Review documents and prep for mediation | 2.00 | 700.00 | 1,400.00 |
| 11/17/21 | WJC | Reviewing mediation statements and AAA agreement in connection with preparing for mediation of Drexel related claims | 2.30 | 425.00 | 977.50 |
| 11/18/21 | FMC | Prepare for and attend mediation | 10.00 | 600.00 | 6,000.00 |
| 11/18/21 | FMC | Post mediation review of issues | .30 | 600.00 | 180.00 |
| 11/18/21 | DEP | Attend mediation in Philadelphia | 9.50 | 700.00 | 6,650.00 |
| 11/18/21 | DEP | Follow up call with client and counsel re: mediation issues | 1.00 | 700.00 | 700.00 |
| 11/18/21 | WJC | Preparing for and attending in-person mediation session for Drexel claims | 9.50 | 425.00 | 4,037.50 |
| 11/18/21 | MWY | Address consequential damages assessment | 1.50 | 500.00 | 750.00 |
| 11/19/21 | FMC | Review possible claims against Drexel | .30 | 600.00 | 180.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/19/21 | FMC | Review memo re: summary of claims and defenses | .50 | 600.00 | 300.00 |
| 11/19/21 | FMC | Review issues with Drexel possible damages | .30 | 600.00 | 180.00 |
| 11/19/21 | FMC | Review email from J. Dinome re: upcoming hearing | .10 | 600.00 | 60.00 |
| 11/19/21 | FMC | Review email from J. Marriot re: physician staffing attachment/review attachments | .30 | 600.00 | 180.00 |
| 11/19/21 | DEP | Call with J. Dinome re: mediation issues | .30 | 700.00 | 210.00 |
| 11/19/21 | DEP | Attend mediation in Philadelphia | 2.00 | 700.00 | 1,400.00 |
| 11/19/21 | WJC | Reviewing notes of mediation session and rafting, reviewing and revising table of arguments and positions for second mediation session | 2.10 | 425.00 | 892.50 |
| 11/19/21 | MWY | Address benefit to the estate issues | 1.30 | 500.00 | 650.00 |
| 11/22/21 | FMC | Review issues with Drexel AAA/review schedules | .50 | 600.00 | 300.00 |
| 11/22/21 | FMC | Review resident and program termination document | .20 | 600.00 | 120.00 |
| 11/22/21 | DEP | Review resident information for mediation (.50) / review AAA provisions re: damages (.50) / call with J. DiNome re: mediation issues (.40) | 1.40 | 700.00 | 980.00 |
| 11/22/21 | DEP | Review additional resident and closure information (.40) / call with J. DiNome and C. Marino of HUH re: mediation issues (.80) | 1.20 | 700.00 | 840.00 |
| 11/22/21 | DEP | Email with V. Marriott and Judge Fitzgerald re: information requested for mediation | .10 | 700.00 | 70.00 |
| 11/22/21 | DEP | Work on follow up issues from mediation and information for continued analysis and discussion | 2.10 | 700.00 | 1,470.00 |
| 11/22/21 | WJC | Reviewing and analyzing AAA provisions for information pertaining to Drexel claims in connection with mediation | .80 | 425.00 | 340.00 |
| 11/23/21 | DEP | Email exchange with clients re: mediation information | .30 | 700.00 | 210.00 |
| 11/24/21 | DEP | Emails with clients re: information for mediation | .60 | 700.00 | 420.00 |
| 11/24/21 | WJC | Reviewing and analyzing AAA provisions in connection with arguments raised by Drexel pertaining to mediation of Drexel claims | .60 | 425.00 | 255.00 |
| 11/29/21 | FMC | Review issues with dispute with Drexel | .20 | 600.00 | 120.00 |
| 11/29/21 | FMC | Prepare for mediation (review closure data, census, etc.) | 1.00 | 600.00 | 600.00 |
| 11/29/21 | DEP | Call with F. Correll re: issues for mediation | .20 | 700.00 | 140.00 |
| 11/29/21 | DEP | Call with J. DiNome re: issues for mediation | .20 | 700.00 | 140.00 |
| 11/29/21 | DEP | Email from C. Marino re: information for continued mediation and review of same | .50 | 700.00 | 350.00 |
| 11/29/21 | DEP | Email Judge Fitzgerald and V. Marriott re: mediation | .10 | 700.00 | 70.00 |
| 11/29/21 | DEP | Review documents and pleading and work on information to prepare for mediation | 3.50 | 700.00 | 2,450.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/29/21 | WJC | Emails from client and D. Pacitti/reviewing data forwarded by client pertaining to closure issues | .60 | 425.00 | 255.00 |
| 11/30/21 | FMC | Prepare for mediation | .50 | 600.00 | 300.00 |
| 11/30/21 | FMC | Attend mediation | 7.00 | 600.00 | 4,200.00 |
| 11/30/21 | FMC | Post mediation review of issues with client and D. Pacitti | .50 | 600.00 | 300.00 |
| 11/30/21 | DEP | Prepare for mediation (.50) / attend Drexel mediation in Philadelphia (7.0) / post mediation conference with client and F. Correll (.50) | 8.00 | 700.00 | 5,600.00 |
| 11/30/21 | WJC | Emails from and to D. Paccitti regarding mediation of Drexel claims | .10 | 425.00 | 42.50 |

**Task Total:**                                                    **$ 67,760.00**

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/24/21 | MKH | Review case docket; draft and prepare CNO re Twenty-First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2021 through September 30, 2021 for filing and efile same with Bankruptcy Court | .60 | 285.00 | 171.00 |

**Task Total:**                                                    **$ 171.00**

**Litigation**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/21 | SEV | Review and revise status report for filing with court and confer with S. McGuire | 1.80 | 350.00 | 630.00 |
| 11/01/21 | SEV | Review answer filed by preference defendant Beckman Coulter along with settlement analysis and documentation; confer with S. Prill | 1.30 | 350.00 | 455.00 |
| 11/01/21 | RHL | Review email from counsel to ACGME with counter-offer and respond to Sally regarding offer from ACGME and then review Sally's email to client regarding Beckman analysis and respond to Sally and review follow up email from Dex regarding its analysis and review email from counsel for Orthopediatrics regarding settlement and email Sally regarding same | .50 | 515.00 | 257.50 |
| 11/03/21 | SEV | Research and download pleadings from state court docket in PAHH v. Tenet; confer with D. Pacitti | .50 | 350.00 | 175.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/03/21 | SEV | Review request from preference defendant to add affiliate to settlement agreement and analyze claim filed by affiliate; confer with R. Lemisch | 1.20 | 350.00 | 420.00 |
| 11/04/21 | RHL | Review email from client authorizing settlement with ACGME at $20,000 | .10 | 515.00 | 51.50 |
| 11/05/21 | SEV | Draft settlement agreement resolving ACGME adversary proceeding and confer with defense counsel | 1.40 | 350.00 | 490.00 |
| 11/05/21 | SEV | Draft stipulation further extending response deadline for Siemens Industry and confer with defense counsel | .70 | 350.00 | 245.00 |
| 11/05/21 | SEV | Review status of adversary proceedings and confer with defense counsel regarding settlement offers and mediation | 1.70 | 350.00 | 595.00 |
| 11/10/21 | SEV | Review revised settlement agreement from P. Hage re Hologic adversary proceeding | .50 | 350.00 | 175.00 |
| 11/10/21 | SEV | Draft second stipulations extending time for Siemens and ACGME defendants to respond to complaint and confer with defense counsel | 1.10 | 350.00 | 385.00 |
| 11/11/21 | SEV | Email exchange with counsel for GNI regarding settlement analysis | .20 | 350.00 | 70.00 |
| 11/15/21 | SEV | Review adversary proceeding tracker and update status; follow up with defense counsel and client on status of settlements | 1.80 | 350.00 | 630.00 |
| 11/15/21 | SEV | Draft 9019 motion to approve CDW settlement agreement and terms along with related documents | 1.50 | 350.00 | 525.00 |
| 11/15/21 | L M | Telephone call with W. Clements re: documents needed / find and pull documents needed | .50 | 240.00 | 120.00 |
| 11/17/21 | L M | Review documents for requested documents | .50 | 240.00 | 120.00 |
| 11/22/21 | SEV | Telephone call with B. Weston regarding MetTel new value and OCB analysis | .30 | 350.00 | 105.00 |
| 11/23/21 | SEV | Telephone call and email exchange with P. Hage to advance settlement dialog with Hologic | .50 | 350.00 | 175.00 |
| 11/24/21 | RHL | Review multiple emails relating to Carefusion defenses | .20 | 515.00 | 103.00 |
| 11/26/21 | RHL | Review email from Sally regarding open issues on various litigation matters, analyze issues and respond | .20 | 515.00 | 103.00 |
| 11/29/21 | SEV | Email exchanges with W. Mosby to finalize settlement with Orthopediatrics and draft 9019 motion | 1.10 | 350.00 | 385.00 |
| 11/29/21 | SEV | Update tracker to reflect current status of preference actions and follow up with defense counsel and debtors for outstanding information; confer with D. Pacitti regarding same | 1.90 | 350.00 | 665.00 |
| 11/29/21 | RHL | Review email from counsel to Dex regarding settlement payment | .10 | 515.00 | 51.50 |
| 11/30/21 | SEV | Revise and finalize settlement agreement with ACGME and confer with P. Topper regarding same | .80 | 350.00 | 280.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 11/30/21 | SEV | Revise and finalize 9019 motions for Dex Imaging and ACGME and prepare same for filing | 1.20 | 350.00 | 420.00 |
| 11/30/21 | SEV | Email exchanges with counsel for PGW P. Pham; finalize PGW tolling agreement | .60 | 350.00 | 210.00 |
| 11/30/21 | SEV | Email to P. Hage re Hologic settlement agreement | .30 | 350.00 | 105.00 |
| 11/30/21 | RHL | Review email from Sally regarding ACGME settlement | .10 | 515.00 | 51.50 |

| | |
|---|---:|
| **Task Total:** | **$ 7,998.00** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 75,929.00** |
| 10% Discount | $ -7,592.90 |
| **NET PROFESSIONAL SERVICES** | **$ 68,336.10** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|------:|-----:|------:|
| Pacitti, Domenic E. | Partner | 54.50 | 700.00 | 38,150.00 |
| Correll, Francis M. | Partner | 28.60 | 600.00 | 17,160.00 |
| Lemisch, Raymond H. | Partner | 1.20 | 515.00 | 618.00 |
| Yurkewicz, Michael W. | Partner | 2.80 | 500.00 | 1,400.00 |
| Clements, William J. | Of-Counsel | 26.00 | 425.00 | 11,050.00 |
| Veghte, Sally E. | Associate | 20.40 | 350.00 | 7,140.00 |
| Hughes, Melissa K. | Paralegal | .60 | 285.00 | 171.00 |
| Marsh, Lauren | Paralegal | 1.00 | 240.00 | 240.00 |
| **TOTALS** | | **135.10** | | **$ 75,929.00** |

# EXHIBIT B

19647: Philadelphia Academic Health System, LLC                                    December 6, 2021
0019: Chapter 11                                                                   Invoice #: 458855

**DISBURSEMENTS**

| Description | Amount |
|---|---|
| Conference Call Charges | 9.28 |
| Computerized Research | 146.20 |

|  | | |
|---|---|---|
| | **TOTAL DISBURSEMENTS** | **$ 155.48** |
| | **TOTAL THIS INVOICE** | **$ 68,491.58** |



| CLIENT MATTER | | | | |
| --- | --- | --- | --- | --- |
| **19647-0019** | | | | |

| Date: **10/27/21** Time: 1:24 PM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | |
| --- | --- | --- | --- | --- |
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 5 | 0.030 | 145 | 4.35 |
| | Call Total: 6.60 | Sub Total Pre-Tax: 4.35 | | Taxes and Surcharges: 2.25 | |

| Date: **11/03/21** Time: 11:25 AM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | |
| --- | --- | --- | --- | --- |
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 59 | 1.77 |
| | Call Total: 2.68 | Sub Total Pre-Tax: 1.77 | | Taxes and Surcharges: 0.91 | |

| Client - #19647.0019 | |
|---|---|
| User Name YURKEWICZ,MICHAEL (13830862) | |
| Day 11/18/2021 | |
| Totals for Included | 146.20 USD |
| Totals for Day 11/18/2021 | 146.20 USD |