# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMAN UNIVERSAL HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF HOWARD A. COHEN

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the appearance of Howard A. Cohen as counsel for creditor Vicinity Energy Philadelphia, Inc. ("Vicinity") in the above-captioned Chapter 11 cases. Vicinity continues to be represented by Gibbons P.C. This notice only withdraws the appearance of Howard A. Cohen and does not affect any other notices of appearance filed by Gibbons P.C.

Dated: January 6, 2022

By: */s/ Christopher Viceconte*
Christopher Viceconte, Esq. (DE 5568)
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
Tel: (302) 518-6322
Fax: (302) 397-2050
Email: cviceconte@gibbonslaw.com
*Attorneys for Vicinity Energy Philadelphia, Inc.*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC 98395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617). SCHC Pediatrics Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4065), TPS of PA, L.L.C. (4863), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2936969.1 116281-102629

**CERTIFICATE OF SERVICE**

I, Christopher Viceconte, of full age, hereby certify as follows:

1.I am a director of the law firm of Gibbons P.C., attorneys for creditor Vicinity Energy Philadelphia, Inc. in the above-captioned Chapter 11 case.

2.On January 6, 2022, I caused to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by CM/ECF, a copy of the foregoing *Notice of Withdrawal of Appearance of Howard A. Cohen*.

I certify that the foregoing statements made by me are true. I am aware that if any of the above statements are false, I am subject to punishment.

*/s/ Christopher Viceconte*
Christopher Viceconte

2936969.1 116281-102629