## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered)<br>**Related to Docket No. 3348** |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, and ST. CHRISTOPHER'S HEALTHCARE, LLC, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 21-50800 (MFW) |
| OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST, P.A., | |
| Defendant. | **Related to Adv. Docket No. 17** |

### CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTORS FOR APPROVAL OF SETTLEMENT OF PREFERENCE CLAIMS AGAINST OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST, P.A. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, "Debtors") hereby certifies that:

1.     On December 22, 2021, the *Motion of Debtors for Approval of Settlement of Preference Claims Against Occupational Health Centers of the Southwest, P.A. Pursuant to Federal Rule of Bankruptcy Procedure 9019* [D.I. 3348; Adv. D.I. 17] (the "Motion")[2] was filed with the Court.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2.      Pursuant to the Notice of the Motion [D.I. 3348; Adv. D.I. 17], objections to the Motion were to be filed by January 5, 2022 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

3.      The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.      Accordingly, the Motion may be granted.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: January 6, 2022                           **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
      Mark Minuti (DE Bar No. 2659)
      Monique B. DiSabatino (DE Bar No. 6027)
      1201 N. Market Street, Suite 2300
      P.O. Box 1266
      Wilmington, DE  19899
      Telephone: (302) 421-6800
      Fax: (302) 421-5873
      mark.minuti@saul.com
      monique.disabatino@saul.com

        -and-

      Jeffrey C. Hampton
      Adam H. Isenberg
      Melissa A. Martinez
      Centre Square West
      1500 Market Street, 38th Floor
      Philadelphia, PA 19102
      Telephone: (215) 972-7777
      Fax: (215) 972-7725
      jeffrey.hampton@saul.com
      adam.isenberg@saul.com
      melissa.martinez@saul.com

      *Counsel for Debtors and Debtors in Possession*