# EXHIBIT D

**EXPENSE SUMMARY**

39473549.1.docx 01/07/2022

## Expense Summary

## For the Period from November 1, 2021 through November 30, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center | $389.30 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $7,299.70 |
| Legal Research | Westlaw | $15,499.30 |
| Outside Reproduction | Reliable Copy Service – DE | $30.42 |
| Parking | Parkway Corp. Centre Square | $15.00 |
| Process Service Fee | Brandywine Process Servers | $560.00 |
| **Total** | | **$23,793.72** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

39473549.1.docx 01/07/2022

2

| TRAVEL DETAIL ||||| 
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 11/20/21 | Parkway Corp. – Centre Square | (1) Jeffrey C. Hampton | Parking in Philadelphia for meeting picking up files for mediation | $15.00 |
| | | | **TOTAL** | **$15.00** |



| Philadelphia Academic Health System, LLC | | Invoice Number | 2670057 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 12/31/21 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 11/26/21 | Epiq Relativity eDiscovery Costs | 7,299.70 | |
| | Total   Epiq Relativity eDiscovery Costs | | 7,299.70 |
| 11/29/21 | Parking; VENDOR: Parkway Corp. 11/20/21; Jeffrey Hampton parking at Philadelphia office to pick up files relating to Hahnemann mediation | 15.00 | |
| | Total Parking | | 15.00 |
| 11/08/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 10/22/21 - (Veritysteam) Copying, postage and mailing of amended complaint, alias summons and certificate of service | 3.21 | |
| 11/22/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 11/9/21 - Copying, postage and mailing of Notices of Default | 27.21 | |
| | Total Outside Reproduction | | 30.42 |
| 11/10/21 | Process Service Fee; VENDOR: Brandywine Process Servers; 11/04/21; Service of subpoenas and witness fees (Gordon Brother Realty Services; Paladin Healthcare Capital; Front Street Healthcare Properties; Front Street Healthcare Properties II) | 560.00 | |
| | Total Process Service Fee | | 560.00 |
| 11/08/21 | Doc. Retrieval/Case Monitoring; VENDOR: Pacer Service Center; 10/10/21; Access to Federal Court dockets and downloading pleadings | 389.30 | |
| | Total Doc. Retrieval/Case Monitoring | | 389.30 |
| 11/06/21 | Lexis Legal Research | 352.79 | |
| 11/06/21 | Lexis Legal Research | 48.37 | |
| 11/06/21 | Lexis Legal Research | 628.75 | |
| 11/08/21 | Lexis Legal Research | 96.45 | |
| 11/02/21 | Westlaw Legal Research | 185.76 | |
| 11/02/21 | Westlaw Legal Research | 404.00 | |
| 11/03/21 | Westlaw Legal Research | 1,440.18 | |
| 11/03/21 | Westlaw Legal Research | 92.88 | |
| 11/04/21 | Westlaw Legal Research | 1,347.30 | |
| 11/05/21 | Westlaw Legal Research | 92.88 | |
| 11/05/21 | Westlaw Legal Research | 602.00 | |
| 11/07/21 | Westlaw Legal Research | 331.00 | |
| 11/08/21 | Westlaw Legal Research | 278.64 | |
| 11/08/21 | Westlaw Legal Research | 807.84 | |
| 11/08/21 | Westlaw Legal Research | 464.40 | |

| | | |
|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2670057 |
| 00002 | Expenses | Page 2 |
| 12/31/21 | | |

| Date | Description | Amount |
|---|---|---|
| 11/08/21 | Westlaw Legal Research | 860.00 |
| 11/09/21 | Westlaw Legal Research | 258.00 |
| 11/10/21 | Westlaw Legal Research | 86.00 |
| 11/11/21 | Westlaw Legal Research | 264.60 |
| 11/11/21 | Westlaw Legal Research | 1,449.00 |
| 11/12/21 | Westlaw Legal Research | 516.00 |
| 11/13/21 | Westlaw Legal Research | 774.00 |
| 11/17/21 | Westlaw Legal Research | 464.40 |
| 11/18/21 | Westlaw Legal Research | 590.22 |
| 11/22/21 | Westlaw Legal Research | 883.44 |
| 11/23/21 | Westlaw Legal Research | 557.28 |
| 11/29/21 | Westlaw Legal Research | 371.52 |
| 11/29/21 | Westlaw Legal Research | 258.00 |
| 11/30/21 | Westlaw Legal Research | 993.60 |
| | Total Legal Research | 15,499.30 |

| | |
|---|---|
| CURRENT EXPENSES | 23,793.72 |

**TOTAL AMOUNT OF THIS INVOICE**    23,793.72