# EXHIBIT F

## PROFESSIONALS' BACKGROUND

## Attorney Biographies

**Mark Minuti**, *Partner.* Mr. Minuti is Vice-chair of Saul Ewing Arnstein & Lehr's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice Group and is a Partner in its Wilmington, Delaware office. Mr. Minuti concentrates his practice in bankruptcy law. Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**John D. Demmy**, *Partner.* Mr. Demmy is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office. Mr. Demmy represents debtors, creditors' and ad hoc committees, asset buyers, insurers, and all types of creditors in bankruptcy cases and related litigation matters. Mr. Demmy also handles bankruptcy appeals to the Delaware District Court and to the Court of Appeals for the Third Circuit. Mr. Demmy is also an experience commercial litigator who assist clients with cases in the Delaware Court of Chancery and provides opinions with respect to matters of bankruptcy and Delaware law relating to Delaware entities.

**Martin J. Doyle,** *Partner.* Mr. Doyle is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Practice Group in its Philadelphia, Pennsylvania office. Mr. Doyle concentrates his practice in commercial real estate transactions, with an emphasis on real estate acquisitions and dispositions, finance, and leasing.

**Jeffrey C. Hampton,** *Partner*. Mr. Hampton is Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders. Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters. In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner*.  Mr. Isenberg is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts.  Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**John P. Englert,** *Partner.*  Mr. Englert is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Practice Group in its Pittsburgh, Pennsylvania office.  Mr. Englert has extensive environmental experience.  Mr. Engler's experience spans a broad spectrum of environmental matters, ranging from environmental permitting of large and complex energy and industrial facilities to remediation of nuclear facilities and hazardous waste sites.

**Michelle G. Novick,** *Partner*.  Ms. Novick is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office.   Ms. Novick concentrates her practice on corporate bankruptcy.

**Sean T. O'Neill,** *Partner.*  Mr. O'Neill is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Mr. O'Neill concentrates his practice on real estate and complex commercial litigation matters, with a particular focus on insurance litigation and the oil and gas industry. Mr. O'Neill has experience in complex insurance coverage and reinsurance disputes, class actions against insurers, as well as handling the defense of ERISA claims.

**M. Paige Berry Carroll**, *Partner*.  Ms. Berry is a Partner in Saul Ewing Arnstein & Lehr's Financial Services Practice Group in its Princeton, New Jersey office.  Ms. Berry advises clients on insurance law and regulation including the acquisition, formation and admission of insurance companies.  In addition to her insurance practice, Ms. Berry has a general practice in government relations, administrative law and financial services.

**Clarence Y. Lee,** *Partner.*  Mr. Lee is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Washington, D.C. office.  Mr. Lee represents insurers in a wide range of insurance coverage counseling and commercial litigation. Mr. Lee provides insurance coverage advice and litigation representation on a variety of insurance issues, including managed care, errors and omissions, hospital liability, general liability, environmental, cyber, technology, director's and officer's liability, professional liability, and architects and engineers' policies.

**Candice L. Kline,** *Partner*.  Ms. Kline is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office.  Ms. Kline advises clients on bankruptcy and corporate restructuring matters and related litigation.  Ms. Kline represents debtors, trustees, official committees, investors and creditors in bankruptcy proceedings and out-of-court workouts. Ms. Kline also handles Chapter 12 cases and has experience with cross-border insolvency Chapter 15 proceedings.

**Alexander R. Bilus,** *Partner.*  Mr. Bilus is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Mr. Bilus assists clients who are facing complex commercial litigation or who need legal advice on issues involving cybersecurity and data privacy, particularly in the higher education and financial services industries. Mr. Bilus' cybersecurity and data

privacy experience includes responding to potential data breaches and providing advice on compliance with the European Union's General Data Protection Regulation.

**Monique B. DiSabatino**, *Partner*. Ms. DiSabatino is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office. Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Carolyn A. Pellegrini**, *Partner*. Ms. Pellegrini is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Ms. Pellegrini assists employers with labor and employment disputes and other sensitive matters affecting their professional relationships with their employees. Ms. Pellegrini represents clients in federal and state employment litigation and arbitration, including matters involving Title VII, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family Medical Leave Act, the Fair Labor Standards Act and the National Labor Relations Act.

**Melissa A. Martinez**, *Associate*. Ms. Martinez is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Ms. Martinez focuses her practice in commercial bankruptcy and corporate reorganization.

**A. Mayer Kohn**, *Associate*. Mr. Kohn is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Mr. Kohn focuses his practice on restructuring matters, including Chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations, creditors' committees and general insolvency law.

**Matthew P. Milana**, *Associate*. Mr. Milana is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office. Mr. Milana concentrates his practice on restructuring matters, including Chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Milana work on Chapter 11 reorganization and liquidation cases includes representations of debtors, creditors' committees and unsecured and secured creditors.

**Andrew Rudolph**, *Associate*. Mr. Rudolph is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office. Mr. Rudolph concentrates on restructuring matters, including Chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations, creditors' committees and general insolvency law.

**Heather Kemp,** *Associate.* Ms. Kemp is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Ms. Kemp maintains a general litigation practice.