IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
|            Debtors. | ) Jointly Administered |
| | ) |
| BROAD STREET HEALTHCARE PROPERTIES, LLC, *et al.*, | ) |
| | ) |
| | ) BAP No. 21-87 |
|            Appellants, | ) |
| | ) |
|     v. | ) Case No. 21-cv-01779 (RGA) |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) |
| | ) |
|            Appellees. | ) |

**THE DEBTORS' AND COMMITTEE'S DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

The debtors and debtors in possession (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned bankruptcy cases, as appellees with respect to the appeal (the "**Appeal**") by Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC and Philadelphia Academic Health Holdings LLCs (collectively, the "**Appellants**") of the Bankruptcy Court's *Order Denying the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

39452205.2 1/10/22

*Otherwise Encumber Such Assets* [D.I. 3261] (the "**Bankruptcy Order**"), pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, hereby designate additional items to be included in the record on Appeal. Pursuant to Local Rule 8009-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the Debtors and Committee attach as **Exhibit A** hereto an index identifying by docket number, where available, the documents identified in this designation.[2]

### Designation of Additional Items for Record on Appeal

The Debtors and Committee designate the following additional items to be included in the record on Appeal, inclusive of all exhibits and addenda attached thereto and all documents incorporated by reference therein:

| Bankr. Dkt. No. Case No. 19-11466 | Date | Description |
|---|---|---|
| 2001 | December 30, 2020 | *Debtors' Chapter 11 Plan of Liquidation* |
| 2002 | December 30, 2020 | *Disclosure Statement Relating to Debtors' Chapter 11 Plan of Liquidation* |
| 3057 | November 9, 2021 | *Joinder of HSRE-PAHH, LLC and Its Affiliates to Debtors' and Committee's Expedited Motion to Compel Discovery and to Continue Hearing* |
| 3061 | November 9, 2021 | *Joinder of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Debtors' and Committee's Expedited Motion to Compel Discovery and to Continue Hearing* |
| 3116 | November 16, 2021 | *Order Approving Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions* |
| 3176 | November 28, 2021 | *Debtors' and Committee's Motion for Entry of an Order Authorizing the Debtors and Committee to File the Objection of Debtors and Committee to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets Under Seal* |

---

[2] By filing this designation, the Debtors and the Committee do not waive, and specifically reserve, the right to seek dismissal of this Appeal on the basis that the Bankruptcy Order is not a "final order" within the meaning of 28 U.S.C. §158(a)(1).

| | | |
|---|---|---|
| 3179 | November 28, 2021 | *Motion to File Under Seal the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine* |
| 3210 | November 30, 2021 | *Debtors' and Committee's Exhibit List for The Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets for the December 1, 2021 Hearing* |
| 3228 | December 1, 2021 | *Order Authorizing the Debtors and Committee to File the Objection of Debtors and Committee to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief From the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets Under Seal* |
| 3229 | December 1, 2021 | *Order Authorizing the Debtors and Committee to File the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion and (II) Motion in Limine Under Seal* |
| 3241 | December 2, 2021 | *Notice of Filing of Proposed Redacted Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 3242 | December 2, 2021 | *Notice of Filing of Proposed Redacted Respondents' Objection to Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion, and (II) Motion in Limine* |
| 3243 | December 2, 2021 | *Motion for Entry of an Order Authorizing the Broad Street Entities and PAHH to File Under Seal (A) the Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets, and (B) the Respondents Objection to Debtors and Committees (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion, and (II) Motion in Limine* |
| 3266 | December 7, 2021 | *Certification of Counsel Regarding Proposed Order Denying the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion and (II) Motion in Limine Under Seal* |
| 3267 | December 7, 2021 | *Order Denying the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion and (II) Motion in Limine Under Seal* |

| | | |
|---|---|---|
| 3313 | December 16, 2021 | *Order Authorizing the Broad Street Entities and PAHH to File Under Seal (A) the Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets, and (B) the Respondents Objection to Debtors and Committees (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion, and (II) Motion in Limine* |
| n/a | n/a | Debtors Hearing Exhibit 2: *Broad Street Entities Amended and Restatement Demand and Secured Promissory Note dated October 28, 2021* (**Exhibit B Attached Hereto**) |
| n/a | n/a | Debtors Hearing Exhibit 3: *Broad Street Entities Demand and Secured Promissory Note dated October 28, 2021* (**Exhibit C Attached Hereto**) |
| n/a | n/a | Debtors Hearing Exhibit 4: *Gordon Brothers' Loan Term Sheet* (**Exhibit D Attached Hereto**) |
| n/a | n/a | Debtors Hearing Exhibit 6: *Pension Fund for Hospital and Health Care Employees of Philadelphia and Vicinity Settlement, Assignment and Release of Claims Agreement dated December 24, 2020* (This exhibit is Exhibit "G" to Bankruptcy Docket Number 3197, which was designated by the Appellants and for which the Appellants are seeking to file with the District Court under seal). |
| n/a | n/a | Debtors Hearing Exhibit 7: November 17, 2021 E-mail from Jeffrey Hampton to Suzzanne Uhland Regarding Propcos Funding (**Exhibit E Attached Hereto**) |
| n/a | n/a | Debtors Hearing Exhibit 9: Organizational Chart (**Exhibit F Attached Hereto**) |

Dated: January 10, 2022

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **FOX ROTHSCHILD LLP** |
| /s/ *Mark Minuti* | /s/ *Seth Niederman* |
| Mark Minuti (DE Bar No. 2659) | Seth Niederman |
| Monique B. DiSabatino (DE Bar No. 6027) | 919 N. Market St. |
| 1201 N. Market Street, Suite 2300 | Suite 300 |
| P.O. Box 1266 | Wilmington, DE 19899-2323 |
| Wilmington, DE 19899 | Telephone: (302) 622-4238 |
| Telephone: (302) 421-6800 | Fax: (302) 656-8920 |
| Fax: (302) 421-5873 | SNiederman@foxrothschild.com |
| mark.minuti@saul.com | |
| monique.disabatino@saul.com | -and- |
| | |
| - and – | **SILLS CUMMIS & GROSS** |
| | |
| Jeffrey C. Hampton (*pro hac vice motion to be submitted to the Dist. Ct.*) | /s/ *Andrew H. Sherman* |
| Adam H. Isenberg (*pro hac vice motion to be submitted to the Dist. Ct.*) | Andrew H. Sherman (*pro hac vice motion to be submitted to the Dist. Ct.*) |
| Centre Square West | Boris I. Mankovetskiy (*pro hac vice motion to be submitted to the Dist. Ct.*) |
| 1500 Market Street, 38th Floor | One Riverfront Plaza |
| Philadelphia, PA 19102 | Newark, NJ 07102 |
| Telephone: (215) 972-7777 | Telephone: 973-643-7000 |
| Fax: (215) 972-7725 | Facsimile: 973-643-6500 |
| jeffrey.hampton@saul.com | asherman@sillscummis.com |
| adam.isenberg@saul.com | bmankovetskiy@sillscummis.com |
| | |
| *Counsel for the Debtors and Debtors in Possession* | *Counsel for the Official Committee of Unsecured Creditors* |