# EXHIBIT A

**Index for the Debtors' and Committee's Designation
of Additional Items for Record on Appeal**

| Index Number | Bankr. Dkt. No. Case No. 19-11466 | December 1, 2021 Bankruptcy Hearing Exhibit Number | Description |
|---|---|---|---|
| 1 | 2001 | n/a | *Debtors' Chapter 11 Plan of Liquidation* |
| 2 | 2002 | n/a | *Disclosure Statement Relating to Debtors' Chapter 11 Plan of Liquidation* |
| 3 | 3057 | n/a | *Joinder of HSRE-PAHH, LLC and Its Affiliates to Debtors' and Committee's Expedited Motion to Compel Discovery and to Continue Hearing* |
| 4 | 3061 | n/a | *Joinder of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Debtors' and Committee's Expedited Motion to Compel Discovery and to Continue Hearing* |
| 5 | 3116 | n/a | *Order Approving Stipulation Regarding Comfort / Lift Stay Motion and Discovery Motions* |
| 6 | 3176 | n/a | *Debtors' and Committee's Motion for Entry of an Order Authorizing the Debtors and Committee to File the Objection of Debtors and Committee to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets Under Seal* |
| 7 | 3179 | n/a | *Motion to File Under Seal the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort / Lift Stay Motion and (II) Motion in Limine* |
| 8 | 3210 | n/a | *Debtors' and Committee's Exhibit List for The Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets for the December 1, 2021 Hearing* |
| 9 | 3228 | n/a | *Order Authorizing the Debtors and Committee to File the Objection of Debtors and Committee to the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief From the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets Under Seal* |

| 10 | 3229 | n/a | *Order Authorizing the Debtors and Committee to File the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion and (II) Motion in Limine Under Seal* |
| --- | --- | --- | --- |
| 11 | 3241 | n/a | *Notice of Filing of Proposed Redacted Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets* |
| 12 | 3242 | n/a | *Notice of Filing of Proposed Redacted Respondents' Objection to Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion, and (II) Motion in Limine* |
| 13 | 3243 | n/a | *Motion for Entry of an Order Authorizing the Broad Street Entities and PAHH to File Under Seal (A) the Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets, and (B) the Respondents Objection to Debtors and Committees (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion, and (II) Motion in Limine* |
| 14 | 3266 | n/a | *Certification of Counsel Regarding Proposed Order Denying the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion and (II) Motion in Limine Under Seal* |
| 15 | 3267 | n/a | *Order Denying the Debtors' and Committee's (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion and (II) Motion in Limine Under Seal* |

| | | | |
|---|---|---|---|
| 16 | 3313 | n/a | *Order Authorizing the Broad Street Entities and PAHH to File Under Seal (A) the Omnibus Reply in Support of the Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets, and (B) the Respondents Objection to Debtors and Committees (I) Renewed Motion to Compel Discovery and Continue Hearing on Comfort/Lift Stay Motion, and (II) Motion in Limine* |
| 17 | n/a | Debtors' Exhibit 2 | *Broad Street Entities Amended and Restatement Demand and Secured Promissory Note dated October 28, 2021* |
| 18 | n/a | Debtors' Exhibit 3 | *Broad Street Entities Demand and Secured Promissory Note dated October 28, 2021* |
| 19 | n/a | Debtors' Exhibit 4 | *Gordon Brothers' Loan Term Sheet* |
| 20 | n/a | Debtors' Exhibit 6 | *Pension Fund for Hospital and Health Care Employees of Philadelphia and Vicinity Settlement, Assignment and Release of Claims Agreement dated December 24, 2020* |
| 21 | n/a | Debtors' Exhibit 7 | November 17, 2021 E-mail from Jeffrey Hampton to Suzzanne Uhland Regarding Propcos Funding |
| 22 | n/a | Debtors' Exhibit 9 | Organizational Chart |