**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket No. 3344** |
| | ) |

**CERTIFICATION OF NO OBJECTION TO TWENTY-EIGHTH MONTHLY**
**FEE APPLICATION OF SAUL EWING ARNSTEIN & LEHR LLP,**
**COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1.      On December 21, 2021, the *Twenty-Eighth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2021 through October 31, 2021* (the "**Application**") and the *Notice of Twenty-Eighth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP* (the "**Notice**") [Docket No. 3344] were filed with the Court.

2.      Pursuant to the Notice, objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on January 10, 2021 (the "**Objection Deadline**").

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

3.      The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.      Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341], Saul Ewing Arnstein & Lehr LLP may be paid 80% of the fees ($436,110.48, which is 80% of the $545,138.10 in total fees requested) and 100% of the expenses ($22,334.67) requested.

Dated: January 11, 2022                              **SAUL EWING ARNSTEIN & LEHR LLP**

                                    By:      */s/ Monique B. DiSabatino*
                                             Mark Minuti (DE Bar No. 2659)
                                             Monique B. DiSabatino (DE Bar No. 6027)
                                             1201 N. Market Street, Suite 2300
                                             P.O. Box 1266
                                             Wilmington, DE  19899
                                             Telephone: (302) 421-6800
                                             Fax: (302) 421-5873
                                             mark.minuti@saul.com
                                             monique.disabatino@saul.com

                                                -and-

                                             Jeffrey C. Hampton
                                             Adam H. Isenberg
                                             Melissa A. Martinez
                                             Centre Square West
                                             1500 Market Street, 38th Floor
                                             Philadelphia, PA 19102
                                             Telephone: (215) 972-7777
                                             Fax: (215) 972-7725
                                             jeffrey.hampton@saul.com
                                             adam.isenberg@saul.com
                                             melissa.martinez@saul.com

                                             *Counsel for Debtors and Debtors in Possession*