# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket No. 3370** |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL and ST. CHRISTOPHER'S HEALTHCARE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM SPECIALTY SERVICES INC.,<br><br>Defendant. | <br><br><br><br><br><br>Adv. Proc. No. 21-50934 (MFW)<br><br><br><br>**Re: Docket No. 15** |

### CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTORS FOR APPROVAL OF SETTLEMENT OF PREFERENCE CLAIMS AGAINST FREEDOM SPECIALTY SERVICES INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, "<u>Debtors</u>") hereby certifies that:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

1. On December 28, 2021, the *Motion of Debtors for Approval of Settlement of Preference Claims Against Freedom Specialty Services Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019* [D.I. 3370; Adv. D.I. 15] (the "<u>Motion</u>")[2] was filed with the Court.

2. Pursuant to the Notice of the Motion [D.I. 3370; Adv. D.I. 15], objections to the Motion were to be filed by January 11, 2022 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Objection Deadline</u>").

3. The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, the Motion may be granted.

*[remainder of page left intentionally blank]*

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: January 12, 2022				**SAUL EWING ARNSTEIN & LEHR LLP**

						By: */s/ Monique B. DiSabatino*
						Mark Minuti (DE Bar No. 2659)
						Monique B. DiSabatino (DE Bar No. 6027)
						1201 N. Market Street, Suite 2300
						P.O. Box 1266
						Wilmington, DE  19899
						Telephone: (302) 421-6800
						Fax: (302) 421-5873
						mark.minuti@saul.com
						monique.disabatino@saul.com

						-and-

						Jeffrey C. Hampton
						Adam H. Isenberg
						Melissa A. Martinez
						Centre Square West
						1500 Market Street, 38th Floor
						Philadelphia, PA 19102
						Telephone: (215) 972-7777
						Fax: (215) 972-7725
						jeffrey.hampton@saul.com
						adam.isenberg@saul.com
						melissa.martinez@saul.com

						*Counsel for Debtors and Debtors in Possession*