# Exhibit "A"



# Fox Rothschild LLP
### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number  2886247 |
| SILLS CUMMIS & GROSS | Invoice Date  01/05/22 |
| ONE RIVERFRONT PLAZA | Client Number  189087 |
| NEWARK, NJ 07102 | Matter Number  00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/18/21 | GREEN | CA | PREPARE SUPPLEMENTAL DISCLOSURE | 0.5 | $125.00 |
| 11/19/21 | GREEN | CA | PREPARE, FILE AND SERVE THIRD SUPPLEMENTAL DECLARATION. | 0.5 | $125.00 |
| 12/01/21 | CHOVANES | FA1 | REVIEW AND REVISE FEE APPLICATIONS FROM AUGUST, SEPTEMBER AND OCTOBER | 0.3 | $229.50 |
| 12/01/21 | MENKOWITZ | CA | REVIEW STATUS EMAIL | 0.1 | $93.00 |
| 12/01/21 | NIEDERMAN | CA | REVIEW AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING AND SECOND NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING | 0.2 | $114.00 |
| 12/01/21 | NIEDERMAN | CH | ATTEND OMNIBUS HEARING | 4.8 | $2,736.00 |
| 12/01/21 | NIEDERMAN | FA1 | REVIEW AND ATTENTION TO FILING OF FOX TWENTY-SIXTH MONTHLY FEE APPLICATION, FOX TWENTY-FIFTH MONTHLY FEE APPLICATION, FOX TWENTY-FOURTH MONTHLY FEE APPLICATION, FOX TWENTY-THIRD MONTHLY FEE APPLICATION, FOX TWENTY-SECOND MONTHLY FEE APPLICATION, FOX TWENTY-FIRST MONTHLY FEE APPLICATION | 0.4 | $228.00 |
| 12/01/21 | NIEDERMAN | MR | REVIEW OF REVISED | 0.2 | $114.00 |

129316748.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | DECLARATION OF JOEL L. FREEDMAN IN SUPPORT OF THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS | | |
| 12/01/21 | NIEDERMAN | MR | REVIEW OF DEBTORS' AND COMMITTEE'S EXHIBIT LIST FOR THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS FOR THE DECEMBER 1, 2021 | 0.2 | $114.00 |
| 12/01/21 | NIEDERMAN | MR | REVIEW OF DECLARATION OF ALLEN WILEN IN OPPOSITION TO THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS | 0.2 | $114.00 |
| 12/01/21 | SOLOMON | FA1 | REVISE, PREPARE AND FILE FOX MONTHLY FEE APPLICATIONS (APRIL THROUGH OCTOBER) AND COORDINATE SERVICE OF SAME | 2.5 | $1,037.50 |
| 12/03/21 | NIEDERMAN | FA2 | WORK ON CERTS OF NO OBJECTION FOR AUGUST AND SEPTEMBER SILLS CUMMIS FEE APPLICATIONS | 0.2 | $114.00 |
| 12/06/21 | NIEDERMAN | FA2 | REVIEW OF TWENTY EIGHTH | 0.2 | $114.00 |

129316748.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021 | | |
| 12/06/21 | NIEDERMAN | FA2 | REVIEW AND COORDINATE FILING OF CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021 AND CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPT EMBER 30, 2021 | 0.2 | $114.00 |
| 12/06/21 | NIEDERMAN | MR | REVIEW CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER DENYING THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS | 0.3 | $171.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | ALONG WITH ORDER DENYING SAME | | |
| 12/06/21 | SOLOMON | FA2 | DRAFT/FILE CNOS - SILLS 26TH/27TH FEE APPLICATIONS | 0.5 | $207.50 |
| 12/06/21 | SOLOMON | FA2 | DRAFT NOTICE OF SILLS 28TH FEE APPLICATION | 0.2 | $83.00 |
| 12/06/21 | SOLOMON | FA2 | REVIEW, REVISE AND FILE SILLS 28TH FEE APPLICATION | 0.5 | $207.50 |
| 12/06/21 | SOLOMON | FA2 | DRAFT COS-SILLS 28TH FEE APPLICATION | 0.2 | $83.00 |
| 12/07/21 | NIEDERMAN | MR | REVIEW OF ORDER DENYING THE DEBTORS' AND COMMITTEE'S (I) RENEWED MOTION TO COMPEL DISCOVERY AND CONTINUE HEARING ON COMFORT/LIFT STAY MOTION AND (II) MOTION IN LIMINE | 0.2 | $114.00 |
| 12/09/21 | NIEDERMAN | AP | RECEIVE AND REVIEW OF NOTICES RE ADVERSARY SETTLEMENTS | 0.1 | $57.00 |
| 12/10/21 | CHOVANES | BO | REVIEW NOTICE OF FILING OF OPERATING REPORTS AND NOTICES RE SETTLEMENT OF PREFERENCE ACTIONS | 0.4 | $306.00 |
| 12/10/21 | NIEDERMAN | AP | REVIEW OF DOCKETS RE STATUS | 0.2 | $114.00 |
| 12/10/21 | NIEDERMAN | BO | BRIEF REVIEW OF MONTHLY OPERATING REPORTS | 0.2 | $114.00 |
| 12/10/21 | NIEDERMAN | CA | CONFER WITH CO-COUNSEL RE ADVERSITY TO DREXEL AND POTENTIAL ADDITIONAL DISCOVERY | 0.2 | $114.00 |
| 12/14/21 | CHOVANES | FA1 | EMAIL TO R SOLOMON RE HAHNEMAN FEE APPLICATION FOR NOVEMBER | 0.2 | $153.00 |
| 12/14/21 | NIEDERMAN | MR | REVIEW OF DRAFT CORRESPONDENCE TO BROAD STREET ENTITIES RE COURT RULING ON STAY MOTION AND DEMAND TO WITHDRAW MORTGAGES | 0.3 | $171.00 |
| 12/15/21 | NIEDERMAN | MR | REVIEW OF CORRESPONDENCE FROM COMMITTEE RE BROAD STREET ENTITY MORTGAGES AND DEMAND THAT THEY BE WITHDRAWN | 0.3 | $171.00 |
| 12/16/21 | NIEDERMAN | CA | REVIEW OF •NOTICE OF | 0.2 | $114.00 |

129316748.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | AGENDA FOR HEARING SCHEDULED FOR DECEMBER 21, 2021 AT 10:30 A.M. | | |
| 12/21/21 | NIEDERMAN | MR | REVIEW APPEAL NOTICE RE ORDER DENYING THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS ALONG WITH RELATED PLEADINGS AND NOTICES | 0.3 | $171.00 |
| 12/27/21 | NIEDERMAN | FA1 | WORK ON CERTIFICATIONS OF NO OBJECTION RELATED TO FOX FEE APPLICATIONS | 0.2 | $114.00 |
| 12/27/21 | SOLOMON | FA1 | DRAFT CNOS - FOX MONTHLY FEE STATEMENTS (21 THROUGH 26) | 0.8 | $332.00 |
| 12/28/21 | CHOVANES | FA1 | EMAIL TO R SOLOMON RE NOVEMBER MONTHLY FEE APPLICATION | 0.1 | $76.50 |
| 12/28/21 | NIEDERMAN | FA2 | ATTENTION TO CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY EIGHTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021 | 0.2 | $114.00 |
| 12/28/21 | SOLOMON | FA1 | REVISE, PREPARE AND FILE CNOS (FOX FEE APPLICATIONS 21-26) | 1.1 | $456.50 |
| 12/28/21 | SOLOMON | FA2 | DRAFT AND FILE CNO - SILLS 28TH FEE APPLICATION | 0.3 | $124.50 |
| | | | **TOTAL** | **17.5** | **$8,940.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---:|---:|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 0.3 | $171.00 |
| BO | BUSINESS OPERATIONS | 0.6 | $420.00 |
| CA | CASE ADMINISTRATION | 1.7 | $685.00 |
| CH | COURT HEARINGS | 4.8 | $2,736.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 5.6 | $2,627.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.5 | $1,161.50 |
| MR | STAY RELIEF MATTERS | 2.0 | $1,140.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---:|---:|---:|
| M. G. MENKOWITZ | PARTNER | 0.1 | $930.00 | $93.00 |
| M. B. CHOVANES | PARTNER | 1.0 | $765.00 | $765.00 |
| S. A. NIEDERMAN | PARTNER | 9.3 | $570.00 | $5,301.00 |
| S. GREEN | PARALEGAL | 1.0 | $250.00 | $250.00 |
| R. I. SOLOMON | PARALEGAL | 6.1 | $415.00 | $2,531.50 |
| | TOTAL | 17.5 | | $8,940.50 |

TOTAL PROFESSIONAL SERVICES    $8,940.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---:|
| POSTAGE CHARGES | $9.36 |

TOTAL EXPENSES    $9.36

TOTAL AMOUNT OF THIS INVOICE    $8,949.86