**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Related to D.I. 3441** |

**NOTICE OF WITHDRAWAL OF TWENTY-EIGHTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

Kindly withdraw the Twenty Eighth Fee Application of Fox Rothschild LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2021 through December 31, 2021, filed on January 12, 2022 at Docket No. 3441, without prejudice.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

126232094.1

| | |
|---|---|
| Dated: January 13, 2022 | Respectfully submitted,<br><br>*/s/ Seth A. Niederman*<br>Seth A. Niederman (No. 4588)<br>**FOX ROTHSCHILD LLP**<br>919 North Market Street, Suite 300<br>Wilmington, DE  19899-2323<br>Telephone:  (302) 654-7444<br>Facsimile:  (302) 656-8920<br>E-mail: sniederman@foxrothschild.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

126232094.1