IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :
                                                             :
                                                             : Chapter 11
                                                             :
CENTER CITY HEALTHCARE, LLC                                  : Case No. 19-11466 (MFW)
D/B/A HAHNEMANN UNIVERSITY                                   :
HOSPITAL, *et al.*,[1]                                       : (Jointly Administered)
                                                             :
            Debtors.                                         :
                                                             :
------------------------------------------------------------ x

### NOTICE OF DISTRICT COURT'S ENTRY OF ORDER GRANTING APPELLANTS' MOTION TO ACCEPT DOCUMENTS UNDER SEAL INTO THE APPELLATE RECORD

**PLEASE TAKE NOTICE** that, on January 3, 2022, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, and Philadelphia Academic Health Holdings, LLC (collectively, the "**Appellants**"), as appellants in C.A. No. 1:21-cv-01779 (RGA) before the United States District Court for the District of Delaware (the "**District Court**"), filed the *Appellants' Motion to Accept Documents Under Seal Into the Appellate Record* [Dist. Ct. Docket No. 4] (the "**Seal Motion**") with the District Court. Pursuant to Rule 8009(f) and 8013(b) of the Federal Rules of Bankruptcy Procedure, the Seal Motion sought to have certain documents that were placed under seal in the above-captioned chapter 11 cases (the "**Sealed Documents**") accepted into the appellate record.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 26624000v.1

**PLEASE TAKE FURTHER NOTICE** that, on January 12, 2022, the District Court entered an order [Dist. Ct. Docket No. 15] (the "**Seal Order**"), granting the relief requested in the Seal Motion, and indicating the District Court would accept the Sealed Documents under seal. A copy of the Seal Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, on January 14, 2022, in accordance with the Seal Order, the Appellants filed the *Notice of Filing Sealed Documents* [Dist. Ct. Docket No. 20]. Sealed copies of the Sealed Documents were attached thereto as **Exhibits A-F**.

[*Remainder of page intentionally left blank*]

Dated: January 14, 2022
      Wilmington, DE

                                        */s/ Brendan J. Schlauch*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
Email: collins@rlf.com
       merchant@rlf.com
       schlauch@rlf.com

- and -

Suzzanne S. Uhland (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: suzzanne.uhland@lw.com
       robert.malionek@lw.com
       tj.li@lw.com
       alexandra.zablocki@lw.com

*Counsel for the Movants*