# **EXHIBIT A**

# **Seal Order**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, and Philadelphia Academic Health Holdings, LLC,<br><br>Appellants,<br><br>v.<br><br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital,<br><br>Appellee. | U.S. District Court<br><br>Case No. 21-cv-01779-RGA<br><br>Bankruptcy BAP No. 21-87 |

## ORDER GRANTING APPELLANTS' MOTION TO ACCEPT DOCUMENTS UNDER SEAL INTO THE APPELLATE RECORD

Upon the Motion[3] of the Appellants for entry of an order (this "**Order**") accepting the Sealed Documents into the appellate record and granting any other relief that the Court deems just and proper under the circumstances, and this Court having reviewed and determined that the Motion establishes good cause for the relief granted herein,

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[3] Capitalized terms not otherwise defined herein shall have the meanings assigned to them in the Motion.

US-DOCS\128682544.2

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Clerk for the Bankruptcy Court is permitted and authorized to transmit to this Court those portions of the appellate record, as designated by the Appellants, which were received by the Bankruptcy Court under seal (the "**Sealed Documents**").

3. This Court will accept, under seal, the Sealed Documents, and the Sealed Documents shall be dealt with by the parties pursuant to this Court's usual practices and procedures concerning sealed materials.

4. Upon entry, the Appellants shall give notice of this Order to the Clerk for the Bankruptcy Court and counsel for the Debtors-Appellee.

Dated: __Jan. 11__, 2022
Wilmington, Delaware

_____
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE