**UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE**

In Re:                                  Chapter __11__

Case No. __19__-__11466__ (__MFW__)

Debtor: Center City Healthcare, LLC, et al. (Center City Healthcare, LLC, et al. v. Veolia Energy Philadelphia, Inc. (Adv. Proc. No. 21-50957)

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Dale E. Barney__

to represent __Vicinity Energy Philadelphia, Inc. f/k/a Veolia Energy Philadelphia, Inc__

in this action.

/s/ Christopher Viceconte (DE Bar #5568)

Firm Name: Gibbons, P.C.
Address: One Gateway Center
Newark, NJ 07102
Phone: Tel: (973) 596-4500

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New Jersey__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Dale E. Barney

Firm Name: Gibbons, P.C.
Address: One Gateway Center
Newark, NJ 07102
Phone: Tel: (973) 596-4500

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.