**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMAN UNIVERSAL HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Vicinity Energy Philadelphia, Inc. ("Vicinity"), creditor in the above-captioned Chapter 11 case hereby withdraws the *Pro Hac Vice* Motion and Order filed on behalf of Dale E. Barney on January 18, 2021 [D.I. 3475].

Dated: January 18, 2022
       Wilmington, Delaware

**GIBBONS, P.C.**

By: */s/ Christopher Viceconte*
Christopher Viceconte, Esq. (Del. Bar. No. 5568)
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
Tel: (302) 518-6322
Fax: (302) 397-2050
Email: cviceconte@gibbonslaw.com

*Attorneys for Vicinity Energy Philadelphia, Inc.*