## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: February 11, 2022 4:00 p.m.** |
| | ) **Hearing Date: Only if objection is timely filed** |

### TWENTY-FOURTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | December 1, 2021 through December 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $32,212.80 (80 % of which is $25,770.24) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $189.03 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the twenty-fourth monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly<br>Filed 2/17/2021<br>DI No. 2099 | 12/1/2020-<br>12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly<br>Filed 2/22/2021<br>DI No. 2115 | 1/1/2021-<br>1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly<br>Filed 4/12/2021<br>DI No. 2251 | 2/1/2021-<br>2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly<br>Filed 5/4/2021<br>DI No. 2613 | 3/1/2021-<br>3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly<br>Filed 8/4/2021<br>DI No. 2670 | 4/1/2021-<br>4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth<br>Monthly<br>Filed 8/4/2021<br>DI No. 2671 | 5/1/2021-<br>5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly<br>Filed 8/4/2021<br>DI No. 2673 | 6/1/2021-<br>6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly<br>Filed 8/25/2021<br>DI No. 2745 | 7/1/2021-<br>7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |
| Twentieth Monthly<br>Filed 9/30/2021<br>DI No. 2907 | 8/1/2021-<br>8/31/2021 | $31,199.85 | $0.00 | $24,959.88 | $0.00 | $6,239.97 |
| Twenty-First<br>Monthly<br>Filed 10/28/2021<br>DI No. 3000 | 9/1/2021-<br>9/30/2021 | $19,180.35 | $20.85 | $15,344.28 | $20.85 | $3,836.07 |
| Twenty-Second<br>Monthly<br>Filed 12/6/2021<br>DI No. 3265 | 10/1/2021-<br>10/31/2021 | $46,190.25 | $0.00 | $36,952.20 | $0.00 | $9,238.05 |
| Twenty-Third<br>Monthly<br>Filed 1/5/2022<br>DI No. 3409 | 11/1/2021-<br>11/30/2021 | $68,336.10 | $155.48 | $54,668.88 | $155.48 | $13,667.22 |

**TIME AND COMPENSATION BREAKDOWN**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $700.00 | 27.50 | $19,250.00 |
| Francis M. Correll | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $600.00 | 5.40 | $3,240.00 |
| Raymond H. Lemisch | Bankruptcy & Restructuring Partner Admitted to Bar 1984 | $515.00 | 1.20 | $618.00 |
| William J. Clements | Litigation - Of Counsel Admitted to Bar 2000 | $425.00 | 5.40 | $2,295.00 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate Admitted to Bar 2005 | $350.00 | 18.60 | $6,510.00 |
| Zachary J. Schnapp | Bankruptcy & Restructuring Associate Admitted to Bar 2020 | $325.00 | 1.50 | $487.50 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $285.00 | 11.90 | $3,391.50 |
| **TOTALS** | | | **71.50** | **$35,792.00** |
| **BLENDED RATE** | | | | **$500.58** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$3,579.20** |
| **GRAND TOTAL** | | | | **$32,212.80** |

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | CL/05 | 42.70 | $25,343.00 |
| Fee/Employment Applications | FE/07 | 3.60 | $1,026.00 |
| Litigation | LT/10 | 20.60 | $7,468.00 |
| Litigation Consulting | 18 | 4.60 | $1,955.00 |
| **TOTAL** | | **71.50** | **$35,792.00** |
| **Minus Agreed Upon Discount (10%)** | | | **-$3,579.20** |
| **GRAND TOTAL** | | | **$32,212.80** |

**EXPENSE SUMMARY**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Filing Fees | $50.00 |
| Express Delivery | $101.50 |
| Conference Call Charges | $37.98 |
| **TOTAL** | **$189.03** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**TWENTY-FOURTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its twenty-fourth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from December 1, 2021 through December 31, 2021. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.    BACKGROUND

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from December 1, 2021 through December 31, 2021 (the "Compensation Period"), totaling 71.50 hours of professional time.

6.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $32,212.80.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $32,212.80 in fees and $189.03 in expenses, for a total of $32,401.83.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $32,212.80 and reimbursement of actual and necessary expenses incurred in the sum of $189.03 for the period from December 1, 2021 through December 31, 2021; (b) payment in the total amount of $25,959.27 which represents (i) 80% of the total fees billed ($25,770.24) and (ii) 100% of the expenses incurred ($189.03) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated:  January 21, 2022
Wilmington, Delaware

 */s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email:  dpacitti@klehr.com

*Special Counsel to the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATION OF DOMENIC E. PACITTI**

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing Twenty-Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from December 1, 2021 through December 31, 2021 and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I have personally performed many of the legal services rendered by Klehr

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2021 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2022

_____*/s/ Domenic E. Pacitti*_____
Domenic E. Pacitti (DE Bar No. 3989)

EXHIBIT A



**KLEHR HARRISON HARVEY BRANZBURG**LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

January 10, 2022

| | |
|---|---|
| Philadelphia Academic Health System, LLC | Invoice #:  460731 |
| Svetlana Attestatova | Client #:  19647 |
| 1500 Market Street, 24th Floor | Matter #:  0019 |
| West Tower Center Square | |
| Philadelphia, PA  19102 | |

For professional services through December 31, 2021:

**RE:  Chapter 11**

**PROFESSIONAL SERVICES**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/01/21 | FMC | Review chart re: residency terminations for mediation | .20 | 600.00 | 120.00 |
| 12/01/21 | FMC | Review issues re: benefit to the estate and value to estate | .30 | 600.00 | 180.00 |
| 12/01/21 | FMC | Review issues with Drexel claims and benefit to estate/review research regarding same | .20 | 600.00 | 120.00 |
| 12/01/21 | FMC | Review issues with Academic affiliation agreement | .10 | 600.00 | 60.00 |
| 12/01/21 | DEP | Review information and formulate response for mediation | 1.90 | 700.00 | 1,330.00 |
| 12/01/21 | ZJS | Call to discuss research assignment with D. Pacitti and F. Correll | .20 | 325.00 | 65.00 |
| 12/01/21 | ZJS | Legal research on the standard to apply when valuing postpetition services under a contract for D. Pacitti and F. Correll | 1.30 | 325.00 | 422.50 |
| 12/02/21 | FMC | Review issues with Drexel lease issues | .30 | 600.00 | 180.00 |
| 12/02/21 | FMC | Review information on leased space versus actual space used | .20 | 600.00 | 120.00 |
| 12/02/21 | FMC | Review emails re: residency terminations, program and dates | .10 | 600.00 | 60.00 |
| 12/03/21 | FMC | Review information from client re: residency termination dates and patient discharge information | .60 | 600.00 | 360.00 |
| 12/03/21 | FMC | Review draft from D. Pacitti re: patients, resident's termination | .40 | 600.00 | 240.00 |
| 12/03/21 | FMC | Emails with D. Pacitti re: proof of claim calculations | .30 | 600.00 | 180.00 |
| 12/03/21 | FMC | Review email from D. Pacitti re: draft proposal template | .30 | 600.00 | 180.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/21 | FMC | Review email from J. Dinome re: information from Perno lease analysis | .30 | 600.00 | 180.00 |
| 12/03/21 | FMC | Review email from D. Pacitti to team/review attachments | .20 | 600.00 | 120.00 |
| 12/06/21 | FMC | Review issues with settlement offer | .20 | 600.00 | 120.00 |
| 12/06/21 | FMC | Review updated administrative claim spreadsheet prepared by D. Pacitti | .20 | 600.00 | 120.00 |
| 12/06/21 | FMC | Conference call with Drexel clients, D. Pacitti and B. Clements | .50 | 600.00 | 300.00 |
| 12/06/21 | FMC | Review revised mediation proposal | .20 | 600.00 | 120.00 |
| 12/06/21 | FMC | Emails with clients re: ok to send proposal | .10 | 600.00 | 60.00 |
| 12/06/21 | FMC | Review email from D. Pacitti re: adjustment to settlement proposal | .10 | 600.00 | 60.00 |
| 12/06/21 | FMC | Review status and results of mediation with Drexel with D. Pacitti/email with D. Pacitti | .20 | 600.00 | 120.00 |
| 12/06/21 | DEP | Call with clients, F. Correll and W. Clements re: review of mediation proposal and related issues | .60 | 700.00 | 420.00 |
| 12/06/21 | DEP | Review and revise : review of mediation proposal (.50) / email exchanges with clients re: same (.40) | 1.30 | 700.00 | 910.00 |
| 12/06/21 | DEP | Call with Mediator re: issue s and discussion of proposal (.40) / revise proposal (.50) | .90 | 700.00 | 630.00 |
| 12/06/21 | DEP | Prepare for and attend mediation | 2.90 | 700.00 | 2,030.00 |
| 12/06/21 | DEP | Call with J. DiNome re: update on mediation session and issues to address | .30 | 700.00 | 210.00 |
| 12/06/21 | DEP | Call with F. Correll re: update on mediation session and issues to address | .20 | 700.00 | 140.00 |
| 12/06/21 | MKH | Update case calendar re critical dates and deadlines | .30 | 285.00 | 85.50 |
| 12/07/21 | FMC | Review email from A. Wilen re: billing | .10 | 600.00 | 60.00 |
| 12/08/21 | DEP | Emails with committee re: mediation issues | .20 | 700.00 | 140.00 |
| 12/08/21 | DEP | Call with V. Marriott re: mediation issues | .20 | 700.00 | 140.00 |
| 12/08/21 | DEP | Call with J. DINome re: mediation issues to address (.50) / review additional materials sent from J. DiNome to address mediation issues (.50) | 1.00 | 700.00 | 700.00 |
| 12/09/21 | DEP | Call with J. DiNome on mediation issues | .50 | 700.00 | 350.00 |
| 12/09/21 | DEP | Call with V.Marriott on mediation issues | .40 | 700.00 | 280.00 |
| 12/09/21 | DEP | Emails with committee re: mediation issues | .20 | 700.00 | 140.00 |
| 12/09/21 | DEP | Review lease issues and related documents for mediation | 1.60 | 700.00 | 1,120.00 |
| 12/10/21 | FMC | Review issues with Drexel dispute with debtor | .20 | 600.00 | 120.00 |
| 12/10/21 | DEP | Prepare for and attend mediation call | 1.00 | 700.00 | 700.00 |
| 12/10/21 | DEP | Call with J. DiNome re: issues raised in mediation | .50 | 700.00 | 350.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/21 | DEP | Conference call with J. DiNome and A. Perno re: open issues to investigate for mediation | .50 | 700.00 | 350.00 |
| 12/13/21 | DEP | Call with B. Mankovetskiy re: mediation issues | .50 | 700.00 | 350.00 |
| 12/13/21 | DEP | Email exchanges with A. Perno re: mediation issues to research | .30 | 700.00 | 210.00 |
| 12/13/21 | DEP | Emails with A. Perno and review of work plan for mediation issues | .30 | 700.00 | 210.00 |
| 12/13/21 | DEP | Call with J. DiNome re: follow up on research and investigation into support for mediation issues | .30 | 700.00 | 210.00 |
| 12/13/21 | DEP | Review lease related issues and information for mediation | .70 | 700.00 | 490.00 |
| 12/13/21 | MKH | Review and summarize Drexel lease issues in mediation for D. Pacitti | 2.60 | 285.00 | 741.00 |
| 12/14/21 | DEP | Call with A. Sherman re: mediation | .30 | 700.00 | 210.00 |
| 12/14/21 | DEP | Call with J. DiNome re: issues in mediation | .50 | 700.00 | 350.00 |
| 12/14/21 | DEP | Call with V. Marriott e: issues in mediation and tolling agreement extension | .30 | 700.00 | 210.00 |
| 12/14/21 | MKH | Research DE precedent for Drexel admin claim issues for D. Pacitti | 3.20 | 285.00 | 912.00 |
| 12/15/21 | DEP | Draft tolling agreement extension (.40) and emails with V. Marriott re: same (.30) | .70 | 700.00 | 490.00 |
| 12/16/21 | FMC | Review email re: tolling agreement | .10 | 600.00 | 60.00 |
| 12/16/21 | DEP | Review proposed common interest agreement with committee (.40) / emails with clients re: common interest agreement with committee (.30) / emails with committee counsel re: common interest agreement (.30) | 1.00 | 700.00 | 700.00 |
| 12/16/21 | DEP | Call with J. DiNome and A. Perno re: lease issues for mediation | .50 | 700.00 | 350.00 |
| 12/16/21 | DEP | Prepare for and attend Drexel mediation session | 1.30 | 700.00 | 910.00 |
| 12/16/21 | DEP | Call with B. Mankovetskiy re: committee issues in mediation | .30 | 700.00 | 210.00 |
| 12/16/21 | DEP | Update call with J. DiNome re: Drexel mediation status | .30 | 700.00 | 210.00 |
| 12/16/21 | MKH | Prepare binder of information for mediation for D. Pacitti | 2.20 | 285.00 | 627.00 |
| 12/17/21 | DEP | Wok on lease related issue analysis for mediation | 3.00 | 700.00 | 2,100.00 |
| 12/20/21 | DEP | Email exchanges with J. DiNome re: back up info for mediation | .40 | 700.00 | 280.00 |
| 12/22/21 | DEP | Call with V. Marriott re: update on mediation issues (.40) / call with Judge Fitzgerald, V. Marriott and T. Daluz re: mediation status call | .70 | 700.00 | 490.00 |
| 12/27/21 | DEP | Call with J. DiNome re: open issues to resolve in mediation | .30 | 700.00 | 210.00 |
| 12/28/21 | DEP | Call with debtor team re: update on mediation issues | .30 | 700.00 | 210.00 |

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

January 10, 2022
Invoice #: 460731

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/29/21 | DEP | Call with V. Marriott and T. Daluz re: mediation issues (.40) / call with J. DiNome re: call with V. Marriott (.20) | .60 | 700.00 | 420.00 |
| 12/30/21 | DEP | Call with client re: Drexel issues against non-debtors (.40) / call with Latham re: Drexel issues (.30) | .70 | 700.00 | 490.00 |

**Task Total:** **$ 25,343.00**

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/06/21 | MKH | Draft Twenty-Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from October 1, 2021 through October 31, 2021 and prepare email to D. Pacitti attaching same for review | 1.60 | 285.00 | 456.00 |
| 12/06/21 | MKH | Revise and finalize Twenty-Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from October 1, 2021 through October 31, 2021 for filing and efile same with Bankruptcy Court | .80 | 285.00 | 228.00 |
| 12/06/21 | MKH | Update professional fee chart | .50 | 285.00 | 142.50 |
| 12/29/21 | MKH | Review case docket; draft and finalize CNO re Twenty-Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from October 1, 2021 through October 31, 2021 for filing and efile same with Bankruptcy Court; confer with D. Pacitti re same | .70 | 285.00 | 199.50 |

**Task Total:** **$ 1,026.00**

**Litigation**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/01/21 | SEV | Review new value and OCB analysis from MetTel; confer with B. Weston regarding analysis | 1.30 | 350.00 | 455.00 |
| 12/01/21 | SEV | Review status of preference actions; update tracker and confer with Eisner Amper regarding status and recommended next steps | 1.80 | 350.00 | 630.00 |

19647: Philadelphia Academic Health System, LLC      January 10, 2022
0019: Chapter 11      Invoice #: 460731

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/02/21 | SEV | Email exchanges with J. Stitt regarding Cintas settlement payment and agreement; follow up with Eisner regarding payment | .40 | 350.00 | 140.00 |
| 12/02/21 | RHL | Review email exchange between Sally and client regarding FedEx settlement and email from Sally regarding several other settlement offers to be considered including from Metel and Carefusion | .30 | 515.00 | 154.50 |
| 12/03/21 | SEV | Draft settlement agreement with FedEx and confer with M. Siedband regarding same | 1.00 | 350.00 | 350.00 |
| 12/03/21 | SEV | Review settlement analysis from Eisner on several defendants and extend counteroffers and settlement agreements as necessary | 2.30 | 350.00 | 805.00 |
| 12/03/21 | SEV | Prepare settlement analysis and summary for Siemens Diagnostic and Siemens Healthcare; send to L. Zabel | 1.10 | 350.00 | 385.00 |
| 12/08/21 | WJC | Reviewing and analyzing mediation materials and communications pertaining to potential settlement of Drexel related claims | .80 | 425.00 | 340.00 |
| 12/08/21 | SEV | Revise and finalize three separate 9019 motions and prepare for filing | 1.40 | 350.00 | 490.00 |
| 12/13/21 | SEV | Review OCB analysis from debtors re MetTel and confer with B. Weston regarding settlement | .70 | 350.00 | 245.00 |
| 12/14/21 | SEV | Draft and finalize certificate of no objection for CDW 9019 motion and prepare for filing | .60 | 350.00 | 210.00 |
| 12/14/21 | SEV | Telephone call with A. Miller regarding Siemens Industry contract and settlement agreement' review further revised settlement agreement | .60 | 350.00 | 210.00 |
| 12/14/21 | RHL | Meet with Sally regarding overall status of adversaries and next steps | .20 | 515.00 | 103.00 |
| 12/14/21 | RHL | Review email from counsel to ACGME regarding settlement | .10 | 515.00 | 51.50 |
| 12/15/21 | SEV | Finalize settlement agreement with preference defendant Hologic; confer with P. Hage regarding same | .30 | 350.00 | 105.00 |
| 12/15/21 | SEV | Finalize settlement agreement with preference defendant Siemens Industry; confer with A. Miller regarding same | .30 | 350.00 | 105.00 |
| 12/15/21 | SEV | Email exchanges with counsel for ACGME C. Miller regarding 9019 motion and deadline to respond to complaint | .20 | 350.00 | 70.00 |
| 12/15/21 | SEV | Draft stipulation further extending time for Siemens Medical and Healthcare to respond to complaint to facilitate settlement discussions; confer with L. Zabel | .50 | 350.00 | 175.00 |
| 12/15/21 | RHL | Review email exchange between Sally and counsel for ACGME regarding settlement and response from Sally | .20 | 515.00 | 103.00 |
| 12/16/21 | SEV | Email exchange with counsel for Hologic P. Hale regarding W-9 form | .10 | 350.00 | 35.00 |

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

January 10, 2022
Invoice #: 460731

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/16/21 | SEV | Analyze settlement counteroffer from Siemens Healthcare and Siemens Medical; craft responsive counteroffer and draft correspondence to L. Zabel | 1.30 | 350.00 | 455.00 |
| 12/16/21 | RHL | Review email from Sally to client regarding setting Metel up for a mediation as well as email regarding Siemans' matters and how to proceed | .20 | 515.00 | 103.00 |
| 12/17/21 | SEV | Email exchanges with B. Weston regarding MetTel settlement analysis | .30 | 350.00 | 105.00 |
| 12/17/21 | SEV | Review status of pending adversary cases; update tracker with status; confer with Eisner Amper regarding next steps | 1.60 | 350.00 | 560.00 |
| 12/17/21 | RHL | Review email from client confirming receipt of Siemans Industry check in full settlement | .10 | 515.00 | 51.50 |
| 12/20/21 | RHL | Review email from Sally to client regarding Sanofi adversary and how to proceed | .10 | 515.00 | 51.50 |
| 12/23/21 | SEV | Email exchanges with L. Zabel regarding Siemens settlement | .30 | 350.00 | 105.00 |
| 12/28/21 | SEV | Draft and revise settlement agreements in preference actions along with 9019 motions for filing | 2.10 | 350.00 | 735.00 |
| 12/29/21 | SEV | Telephone call with B. Weston regarding MetTel analysis and settlement offer | .40 | 350.00 | 140.00 |

**Task Total:** **$ 7,468.00**

## Litigation Consulting

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/04/21 | WJC | Reviewing emails communications to and from clients regarding settlement offer and related analysis | .30 | 425.00 | 127.50 |
| 12/05/21 | WJC | Reviewing and analyzing spreadsheet and emails regarding potential settlement offer in connection with mediation pertaining to Drexel claims | .80 | 425.00 | 340.00 |
| 12/06/21 | WJC | Planning and preparing for continued mediation pertaining to Drexel claims, including reviewing AAA and conference call with clients | 1.50 | 425.00 | 637.50 |
| 12/10/21 | WJC | Reviewing and analyzing proposed common interest agreement and other mediation materials | .50 | 425.00 | 212.50 |
| 12/28/21 | WJC | Reviewing notes of mediation sessions and other conferences with clients for additional material to add to complaint against Drexel if necessary | 1.50 | 425.00 | 637.50 |

**Task Total:** **$ 1,955.00**

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

January 10, 2022
Invoice #: 460731

| | | | |
|---|---|---:|---|
| **TOTAL PROFESSIONAL SERVICES** | | | **$ 35,792.00** |
| 10% Discount | | | $ -3,579.20 |
| **NET PROFESSIONAL SERVICES** | | | **$ 32,212.80** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Pacitti, Domenic E. | Partner | 27.50 | 700.00 | 19,250.00 |
| Correll, Francis M. | Partner | 5.40 | 600.00 | 3,240.00 |
| Lemisch, Raymond H. | Partner | 1.20 | 515.00 | 618.00 |
| Clements, William J. | Of-Counsel | 5.40 | 425.00 | 2,295.00 |
| Veghte, Sally E. | Associate | 18.60 | 350.00 | 6,510.00 |
| Schnapp, Zachary J | Associate | 1.50 | 325.00 | 487.50 |
| Hughes, Melissa K. | Paralegal | 11.90 | 285.00 | 3,391.50 |
| **TOTALS** | | **71.50** | | **$ 35,792.00** |

EXHIBIT B

**DISBURSEMENTS**

| Description | Amount |
|---|---|
| Filing Fees | 50.00 |
| Express Delivery | 101.05 |
| Conference Call Charges | 37.98 |

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | **$ 189.03** |
| **TOTAL THIS INVOICE** | **$ 32,401.83** |

**Klehr Harrison Harvey Branzburg LLP-Wilmington**

**Client ID:**  0062091501

**Invoice No:**  202111062091501

**File & ServeXpress™**

## Research Fees

| Item: | Document Fee | Date: | 11/3/2021  9:12:31AM | Qty: | 29 | Fee: | $25.00 |
|---|---|---|---|---|---|---|---|
| Purchased By: | Veghte, Sally | RecordID: | 133245491 | | | Tax: | $0.00 |
| Court Name: | DE Superior Court-New Castle County | | | | | Total: | $25.00 |
| Case Number: | N19C-04-035 EMD CCLD | Case Style: | CONSOL'D Philadelphia Academic Health Holdings, LLC | | | | |
| Doc Title: | Redacted Version of Complaint | | | | | | |
| Description: | 19647.0019 PAHS | | | | | | |

| Item: | Document Fee | Date: | 11/3/2021  9:16:58AM | Qty: | 39 | Fee: | $25.00 |
|---|---|---|---|---|---|---|---|
| Purchased By: | Veghte, Sally | RecordID: | 133245519 | | | Tax: | $0.00 |
| Court Name: | DE Superior Court-New Castle County | | | | | Total: | $25.00 |
| Case Number: | N19C-04-035 EMD CCLD | Case Style: | CONSOL'D Philadelphia Academic Health Holdings, LLC | | | | |
| Doc Title: | Redacted Version of Plaintiff's Amended Complaint with Certificate of Service | | | | | | |
| Description: | 19647.0019 PAHS | | | | | | |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-559-65449 | Nov 09, 2021 | 7731-3087-6 | 3 of 3 |

**Ship Date:** Nov 04, 2021    **Cust. Ref.:** 19674.0019/DEP    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 12.75% to this shipment.
Distance Based Pricing, Zone 3
Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Judith Fitzgerald | |
| Tracking ID | 775121005375 | KLEHR HARRISON HARVEY | 1925 Lake Marshall Drive | |
| Service Type | FedEx Standard Overnight | 919 N. Market Street | GIBSONIA PA 15044 US | |
| Package Type | FedEx Box | WILMINGTON DE 19801 US | | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 44.80 |
| Delivered | Nov 05, 2021 15:53 | Automation Bonus Discount | | -4.48 |
| Svc Area | A2 | Fuel Surcharge | | 5.77 |
| Signed by | see above | Residential Delivery | | 4.95 |
| FedEx Use | 000000000/1305/02 | **Total Charge** | **USD** | **$51.04** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$269.74** |
| **Total FedEx Express** | **USD** | **$269.74** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-589-41095 | Dec 07, 2021 | 7731-3087-6 | 3 of 3 |

**Ship Date:** Dec 03, 2021     **Cust. Ref.:** 19674.0019/DEP     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
Distance Based Pricing, Zone 2
Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Office Services | Domenic Pacitti | |
| Tracking ID | 775389644110 | KLEHR HARRISON HARVEY | 516 CEDAR ST | |
| Service Type | FedEx Priority Overnight | 919 N. Market Street | JENKINTOWN PA 19046 US | |
| Package Type | FedEx Envelope | WILMINGTON DE 19801 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 26.33 |
| Delivered | Dec 04, 2021 10:24 | Automation Bonus Discount | | -2.63 |
| Svc Area | A2 | Fuel Surcharge | | 5.36 |
| Signed by | see above | Saturday Delivery | | 16.00 |
| FedEx Use | 000000000/186/02 | Residential Delivery | | 4.95 |
| | | **Total Charge** | **USD** | **$50.01** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$112.80** |
| **Total FedEx Express** | **USD** | **$112.80** |

| CLIENT MATTER | | | | | |
|---|---|---|---|---|---|
| **19647-0019** | | | | | |
| Date: **11/22/21** | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
| Time: 10:57 AM | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 2 | 0.030 | 58 | 1.74 |
| | Call Total: 2.64 | | Sub Total Pre-Tax: 1.74 | Taxes and Surcharges: 0.90 | |

| CLIENT MATTER | | | |
|---|---|---|---|
| **19647-0019** | | | |

| | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio |
|---|---|---|---|
| Date: **11/22/21**<br>Time: 12:57 PM | | | |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 146 | 4.38 |
| Call Total: 6.64 | | Sub Total Pre-Tax: 4.38 | | Taxes and Surcharges: 2.26 |

| | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio |
|---|---|---|---|
| Date: **12/01/21**<br>Time: 12:57 PM | | | |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 50 | 1.50 |
| Call Total: 2.27 | | Sub Total Pre-Tax: 1.50 | | Taxes and Surcharges: 0.77 |

| | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio |
|---|---|---|---|
| Date: **12/03/21**<br>Time: 11:25 AM | | | |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 5 | 0.030 | 230 | 6.90 |
| Call Total: 10.46 | | Sub Total Pre-Tax: 6.90 | | Taxes and Surcharges: 3.56 |

| | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio |
|---|---|---|---|
| Date: **12/06/21**<br>Time: 9:24 AM | | | |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 5 | 0.030 | 140 | 4.20 |
| Call Total: 6.38 | | Sub Total Pre-Tax: 4.20 | | Taxes and Surcharges: 2.18 |

| | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio |
|---|---|---|---|
| Date: **12/10/21**<br>Time: 3:57 PM | | | |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 47 | 1.41 |
| Call Total: 2.14 | | Sub Total Pre-Tax: 1.41 | | Taxes and Surcharges: 0.73 |

| | Moderator: **Zachary Schnapp** | | Service: Readyconference Plus Audio |
|---|---|---|---|
| Date: **12/01/21**<br>Time: 1:24 PM | | | |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 37 | 1.11 |
| Call Total: 1.67 | | Sub Total Pre-Tax: 1.11 | | Taxes and Surcharges: 0.56 |

**9-9**

CLIENT MATTER

**947-0019**

| | | |
|---|---|---|
| *Date:* **12/08/21** | *Moderator:* **Domenic Pacitti** | *Service:* Readyconference Plus Audio |
| *Time:* 2:42 PM | | |

| Description | Participants | Unit Price | Minutes/Qty | Item Charge |
|---|---|---|---|---|
| GlobalMeet® Audio NA - Toll Free | 4 | 0.030 | 127 | 3.81 |
| *Call Total:* 5.78 | | *Sub Total Pre-Tax:* 3.81 | *Taxes and Surcharges:* 1.97 | |