**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) ) ) ) | Case No. 19-11466 (KG) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Obj. Deadline: February 11, 2022 at 4:00 p.m.** **Hearing Date: Only if objection is timely filed** |

**NOTICE OF TWENTY-FOURTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

**PLEASE TAKE NOTICE** that on January 21, 2022, the *Twenty-Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2021 through December 31, 2021* (the "Application") was filed with the Court. The Application seeks the approval of payment for professional services rendered as special counsel to the Debtors in the amount of $32,212.80 together with reimbursement of disbursements in the amount of $189.03.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Interim Compensation Order") and must be filed with the Clerk of the Bankruptcy Court and be served upon the following: (i) Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, Pennsylvania 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (ii) counsel to the Debtors, Saul Ewing Arnstein & Lehr, LLP, 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, Delaware 19899-1266 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102 (Attn: Jeffrey Hampton, Esq.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[jeffrey.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (iii) the Office United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); (iii) counsel to the Official Committee of Unsecured Creditors, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, New Jersey 07102 (Attn: Andrew H. Sherman, Esq. [asherman@sillcummis.com] and Boris I. Mankovetskiy, Esq. [bmankovetskiy @sillcummis. com] and (b) Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, Delaware 19899-2323 (Attn: Thomas M. Horan, Esq. [thoran@foxrothschild.com]); and (iv) counsel for the DIP Agent, Stradley, Ronon, Stevens & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, Pennsylvania 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com] and 1000 N. West Street, Suite 1279, Wilmington, Delaware 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]), so as to be received by no later than **February 11, 2022 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

If any objections to the Application are filed, and the parties are unable to reach a resolution thereof, a hearing on the Fee Application will be held before the Honorable Kevin Gross at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801, at a date and time convenient to the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, if no objection to the Application is timely filed and served by the Objection Deadline, Klehr Harrison Harvey Branzburg LLP may be paid 80% of the fees requested in the Application and 100% of the expenses requested in the Application without the need for further order of the Bankruptcy Court.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 21, 2022  /s/ Domenic E. Pacitti
Wilmington, Delaware  Domenic E. Pacitti (DE Bar No. 3989)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: dpacitti@klehr.com

*Special Counsel to the Debtors*