**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) **Re: Docket No. 3437** |

**CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTORS
FOR APPROVAL OF SETTLEMENT OF PREFERENCE CLAIMS
AGAINST FEDEX CORPORATION PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 9019**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies as follows:

1. On January 12, 2022, the *Motion of Debtors for Approval of Settlement of Preference Claims Against FedEx Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 3437] (the "Motion")[2] was filed with the Court.

2. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than January 26, 2022 at 4:00 p.m.

3. No objections or responses were served upon the undersigned counsel or entered on the Court's docket.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

9858151.v1

4. Accordingly, the Motion may be granted.

WHEREFORE, the Debtors respectfully request they entry of an Order, substantially in the form attached to the Moton and hereto as <u>Exhibit A</u>, at the earliest convenience of the Court.

Dated: January 28, 2022  **KLEHR HARRISON HARVEY BRANZBURG LLP**

By: <u>*/s/ Sally E. Veghte*</u>
Sally E. Veghte (DE Bar No. 4762)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: sveghte@klehr.com

*Special Counsel for Debtors and Debtors in Possession*