# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, *et al.*,[1] | ) | Case No. 19-11466(MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the mailing address for Gary D. Bressler and David P. Primack, counsel for creditor Crothall Healthcare, Inc. ("Crothall"), in the above-captioned Chapter 11 case has changed to:

<u>New Address</u>:
Gary D. Bressler, Esq.
David P. Primack, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue, **Suite 1014**
Wilmington, DE 19801

<u>Former Address</u>:
Gary D. Bressler, Esq.
David P. Primack, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue, Suite 770
Wilmington, DE 19801

**PLEASE TAKE FURTHER NOTICE** that all of the e-mail addresses, telephone numbers and facsimile numbers affiliated with Gary D. Bressler an dDavid P. Primack remain the same.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4 862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**PLEASE TAKE FURTHER NOTICE** that the mailing addresses, e-mail addresses, telephone numbers and facsimile numbers affiliated with other attorneys who have noticed their appearance on behalf of Crothall remain the same.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents that require receipt or service by the Creditor are to be directed to the new address.

|  |  |
|---|---|
|  | MCELROY DEUTSCH, MULVANEY & CARPENTER, LLP |
| Dated: January 28, 2022 | */s/ Gary D. Bressler* <br> Gary D. Bressler #5544 <br> David P. Primack #4449 <br> 300 Delaware Ave., Suite 1014 <br> Wilmington, DE 19801 <br> Telephone: (302) 300-4515 <br> Facsimile: (302) 654-4031 <br> E-mail: gbressler@mdmc-law.com <br> dprimack@mdmc-law.com <br><br> *Counsel to Crothall Healthcare, Inc.* |