# EXHIBIT A

## SUMMARY OF BLENDED RATE

39555282.1 01/28/2022

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate ||
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 11 | $590.00 | $707.54 |
| Junior Partners | 3 | $470.00 | $480.17 |
| Counsel | 0 | $489.00 | $0.00 |
| Senior Associates | 2 | $353.00 | $332.06 |
| Junior Associates | 2 | $296.00 | $302.28 |
| Paralegal | 0 | $248.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $206.00 | $245.00 |
| **Aggregated:** | | **$467.00** | **$547.85** |