# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from December 1, 2021 through December 31, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center | $0.70 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $7,274.70 |
| Filing Fees | United States Bankruptcy Court | $350.00 |
| Legal Research | Westlaw; Lexis | $4,315.83 |
| Outside Reproduction | Reliable Copy Service – DE | $27.00 |
| Overnight Delivery | Federal Express | $50.64 |
| Process Service Fee | Signal Attorney Service; CER Legal Services | $225.00 |
| Professional Services | Reliable Copy Service – DE | $6,027.75 |
| Service Fee | State of New Jersey | $12.50 |
| Transcripts | Reliable Copy Service – DE | $1,805.25 |
| **Total** | | **$20,089.37** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |



| | |
|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number 2673865 |
| 222 N. Sepulveda Blvd. | Invoice Date 01/21/22 |
| Suite 900 | Client Number 376719 |
| El Segundo, CA 90245 | Matter Number 00002 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value | |
|---|---|---|---:|---:|
| 12/26/21 | Epiq Relativity eDiscovery Costs | | 7,274.70 | |
| | Total Epiq Relativity eDiscovery Costs | | | 7,274.70 |
| 12/19/21 | Filing Fees - - VENDOR: United States Bankruptcy Court; 11/23/21 Filing fee for complaint for Shades of Green | | 350.00 | |
| | Total Filing Fees | | | 350.00 |
| 12/19/21 | Service Fees - - VENDOR: State of New Jersey; 11/23/21 NJ Business Records Search | | 12.50 | |
| | Total Service Fees | | | 12.50 |
| 12/08/21 | Federal Express 11/29/2021 To: Adam Isenberg From: Office Services | | 36.59 | |
| 12/27/21 | Federal Express 12/13/2021 To: Philadelphia Academic Health S From: Monique DiSabatino | | 14.05 | |
| | Total Federal Express | | | 50.64 |
| 12/07/21 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 11/30/21 - Prepare zip and electronic files for trial exhibits | | 27.00 | |
| | Total Outside Reproduction | | | 27.00 |
| 12/16/21 | Professional Services; VENDOR: Reliable Imaging Services; 12/01/21; Hearing Technician for document presentation tech for December 1, 2021 hearing | | 712.50 | |
| 12/18/21 | Professional Services; VENDOR: Reliable Copy Service – DE; 11/24/21; Court Reporter, video link, rough, real time and final transcripts for depositions of William Brinkman and Joel Freedman | | 5,315.25 | |
| | Total Professional Services | | | 6,027.75 |
| 12/19/21 | Process Server Fee - - VENDOR: Signal Attorney Service 11/4/21; fee for service of subpoena on Kyle Schmidt | | 75.00 | |
| 12/19/21 | Process Server Fee: VENDOR: CER Legal Services; 12/3/21 fee for service of subpoena on W. Brinkman | | 150.00 | |
| | Total Process Server Fee | | | 225.00 |
| 12/07/21 | Transcript; VENDOR: Reliable Copy Service - DE; 11/19/21; Hearing Transcript | | 362.50 | |
| 12/17/21 | Transcript; VENDOR: Reliable Copy Service - DE; 12/01/21; Hearing Transcript | | 1,442.75 | |
| | Total Transcript | | | 1,805.25 |

39546050.1 01/28/2022

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2673865 | |
| 00002 | Expenses | Page 2 | |
| 01/21/22 | | | |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 12/01/21 | Doc. Retrieval/Case Monitoring; VENDOR: Pacer Service Center; Access to Federal Court dockets and downloading pleadings | 0.70 | |
| | Total Pacer Research | | 0.70 |
| 12/29/21 | Lexis Legal Research | 50.71 | |
| 12/29/21 | Lexis Legal Research | 48.66 | |
| 12/06/21 | Westlaw Legal Research | 86.00 | |
| 12/06/21 | Westlaw Legal Research | 264.60 | |
| 12/07/21 | Westlaw Legal Research | 729.00 | |
| 12/13/21 | Westlaw Legal Research | 501.12 | |
| 12/15/21 | Westlaw Legal Research | 602.00 | |
| 12/19/21 | Westlaw Legal Research | 78.84 | |
| 12/20/21 | Westlaw Legal Research | 157.68 | |
| 12/23/21 | Westlaw Legal Research | 171.72 | |
| 12/27/21 | Westlaw Legal Research | 78.84 | |
| 12/28/21 | Westlaw Legal Research | 798.66 | |
| 12/28/21 | Westlaw Legal Research | 86.00 | |
| 12/29/21 | Westlaw Legal Research | 576.00 | |
| 12/30/21 | Westlaw Legal Research | 86.00 | |
| | Total Legal Research | | 4,315.83 |
| | CURRENT EXPENSES | | 20,089.37 |

**TOTAL AMOUNT OF THIS INVOICE**  20,089.37