**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No. 3474** |

**CERTIFICATION OF NO OBJECTION ON REPORT BY**
**EISNERAMPER LLP OF COMPENSATION EARNED AND**
**EXPENSES INCURRED FOR THE PERIOD OF**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") hereby certifies that:

1. On January 18, 2022, the *Report by EisnerAmper LLP of Compensation Earned and Expenses Incurred for the Period of December 1, 2021 through December 31, 2021* (the "**Report**") and *Notice of Report* (the "**Notice**") [Docket No. 3474] were filed with the Court.

2. Pursuant to the Notice, and in accordance with the *Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, a Chief Restructuring Officer, an Interim System CEO and Additional Personnel, and (II) the Designation of Allen Wilen as Chief Restructuring Officer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 338], objections, if any, to the Report were required to have been filed with the Court and served on

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

the undersigned so as to be received on or before 4:00 p.m. on January 28, 2022 (the "Objection Deadline").

3. The Objection Deadline has passed and no further objections or responses were served upon the undersigned counsel or were entered on the Court's docket.

Dated: January 31, 2022  **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*