## Exhibit A

**Ninth OCP Quarterly Statement**

## Ninth OCP Quarterly Statement

### For the Period July 1, 2021 through September 30, 2021

| Professional Name | Compensation & Expenses Paid (7/1/2021-7/31/2021) | Compensation & Expenses Paid (8/1/2021-8/31/2021) | Compensation & Expenses Paid (9/1/2021-9/30/2021) | Aggregate Compensation & Expenses Paid to Date |
|---|---|---|---|---|
| 50 Words, LLC | $0.00 | $0.00 | $0.00 | $246,783.00 |
| Baratz & Associates, P.A. | $0.00 | $0.00 | $0.00 | $22,775.50 |
| Bellevue Communications | $0.00 | $0.00 | $0.00 | $75,000.00 |
| Connolly Gallagher LLP | $0.00 | $0.00 | $0.00 | $9,635.69 |
| Conrad O'Brien PC | $0.00 | $0.00 | $0.00 | $24,376.27 |
| Eckert Seamans Cherin & Mellott, LLC | $12,572.50 | $632.00 | $0.00 | $139,907.03 |
| Germaine Solutions | $0.00 | $0.00 | $0.00 | $0.00 |
| Health Sciences Law Group LLP | $0.00 | $0.00 | $0.00 | $0.00 |
| Jackson Lewis P.C.[3] | $0.00 | $0.00 | $0.00 | $22,235.00[4] |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | $0.00 | $0.00 | $0.00 | $0.00 |
| Obermayer Rebmann Maxwell & Hippel LLP | $0.00 | $0.00 | $0.00 | $3,000.00 |
| Reed Smith LLP | $0.00 | $0.00 | $0.00 | $11,365.40 |
| Robinson Kirlew & Associates | $0.00 | $0.00 | $0.00 | $0.00 |
| Salem & Green P.C. | $0.00 | $0.00 | $0.00 | $6,211.50 |
| Suzanne Pritchard, Esq. | $0.00 | $0.00 | $0.00 | $2,320.00 |

---

[3] The Debtors have identified an error in the Eighth Ordinary Course Professional Quarterly Statement [D.I. 2620]: For Jackson Lewis P.C., the month of May shows a $122.50 expense. This amount should be removed. Removal of this amount does not affect the cumulative total for Jackson Lewis P.C. set forth herein.

[4] This cumulative amount has been adjusted to reflect a payment to Jackson Lewis P.C. in January 2021 in the amount of $490 which was unintentionally omitted from the Seventh Ordinary Course Professional Quarterly Statement [D.I. 2302].