## Exhibit A

**Tenth OCP Quarterly Statement**

# Tenth OCP Quarterly Statement

## For the Period October 1, 2021 through December 31, 2021

| Professional Name | Compensation & Expenses Paid (10/1/2021-10/31/2021) | Compensation & Expenses Paid (11/1/2021-11/30/2021) | Compensation & Expenses Paid (12/1/2021-12/31/2021) | Aggregate Compensation & Expenses Paid to Date |
|---|---|---|---|---|
| 50 Words, LLC | $0.00 | $0.00 | $0.00 | $246,783.00 |
| Baratz & Associates, P.A. | $0.00 | $0.00 | $0.00 | $22,775.50 |
| Bellevue Communications | $0.00 | $0.00 | $0.00 | $75,000.00 |
| Connolly Gallagher LLP | $0.00 | $0.00 | $0.00 | $9,635.69 |
| Conrad O'Brien PC | $1,905.00 | $0.00 | $182.50 | $26,463.77 |
| Eckert Seamans Cherin & Mellott, LLC | $0.00 | $0.00 | $0.00 | $139,907.03 |
| Germaine Solutions | $0.00 | $0.00 | $0.00 | $0.00 |
| Health Sciences Law Group LLP | $0.00 | $0.00 | $0.00 | $0.00 |
| Jackson Lewis P.C. | $0.00 | $0.00 | $0.00 | $22,235.00 |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | $0.00 | $0.00 | $0.00 | $0.00 |
| Obermayer Rebmann Maxwell & Hippel LLP | $0.00 | $0.00 | $0.00 | $3,000.00 |
| Reed Smith LLP | $0.00 | $0.00 | $0.00 | $11,365.40 |
| Robinson Kirlew & Associates | $0.00 | $0.00 | $0.00 | $0.00 |
| Salem & Green P.C. | $0.00 | $0.00 | $0.00 | $6,211.50 |
| Suzanne Pritchard, Esq. | $0.00 | $0.00 | $0.00 | $2,320.00 |