# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (MFW) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 8, 2022 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

### RESOLVED MATTERS:

1. Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2045; filed: 01/22/21]

    Response Deadline:  February 5, 2021 at 4:00 p.m.

    Responses Received:

    A.   Informal response from Cardinal Health 414, LLC

    B.   Informal response from Radiation Oncologists, PA

    C.   Response from Harvard Cardiovascular, Inc. [Docket No. 2157; filed: 03/05/21]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Related Documents:

D.     Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 2139; signed and docketed: 03/04/21]

E.     Supplemental Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claims of Radiation Oncologists, PA Only [Docket No. 2140; signed and docketed: 03/04/21]

F.     Supplemental Order Sustaining Debtors' Fourth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as to Claim of Harvard Cardiovascular, Inc. Only [Docket No. 2222; signed and docketed: 03/31/21]

G.     Order Approving Settlement of Preference Claims against Cardinal Health 200, LLC and Cardinal Health 414, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3389; signed and docketed: 01/04/22]

Status: On March 4, 2021, the Court entered orders sustaining the omnibus claim objection as to all claims other than the claims of Harvard Cardiovascular, Inc. ("Harvard") and Cardinal Health 414, LLC ("Cardinal Health"). On March 31, 2021, the Court entered an order sustaining the omnibus claim objection as to the claim of Harvard. The claim filed by Cardinal Health, which was the only open matter in connection with this claim objection, has been resolved in accordance with the stipulation approved by the Court on January 4, 2022.

2. Motion of Johnathan Carroll and Joseph Peraino Administrator of the Estate of Augustine Peraino an Order Authorizing the Late Filing of a Proof of Claim [Docket No. 3216; filed: 12/01/21]

Response Deadline: December 15, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A.     Certification of Counsel [Docket No. 3321; filed: 12/16/21]

B.     Order Johnathan Carroll and Joseph Peraino, Administrator of the Estate of Augustine Peraino, to File Late-Filed Proofs of Claim [Docket No. 3333; signed and docketed: 12/20/21]

Status: On December 20, 2021, the Court entered an order approving this motion.

2

3.     Motion of Debtors for Approval of Settlement of Preference Claims against Universal Services of America, LP and Universal Protection Services LP Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3233; filed: 12/01/21]

   Response Deadline: December 8, 2021 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A.     Certification of No Objection [Docket No. 3317; filed: 12/16/21]

   B.     Order Approving Settlement of Preference Claims against Universal Services of America, LP and Universal Protection Services LP Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3332; signed and docketed: 12/20/21]

   Status: On December 20, 2021, the Court entered an order approving this motion.

4.     Motion of Debtors for Approval of Settlement of Preference Claims against Solid Waste Services, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3246; Adversary No. 20; filed: 12/03/21]

   Response Deadline: December 17, 2021 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A.     Certification of No Objection [Docket No. 3334; Adversary No. 22; filed: 12/20/21]

   B.     Order Approving Settlement of Preference Claims against Solid Waste Services, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3340; Adversary Docket No. 23; signed and docketed: 12/21/21]

   Status: On December 21, 2021, the Court entered an order approving this motion.

5.     Motion of Debtors for Approval of Settlement of Preference Claims against West Physics Consulting, LLC and William Geoffrey West Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3256; Adversary No. 14; filed: 12/06/21]

   Response Deadline: December 20, 2021 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A.     Certification of No Objection [Docket No. 3345; Adversary No. 16; filed: 12/21/21]

       B.      Order Approving Settlement of Preference Claims against West Physics Consulting, LLC and William Geoffrey West Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3355; Adversary Docket No. 17; signed and docketed: 12/22/21]

      Status: On December 22, 2021, the Court entered an order approving this motion.

6.    Motion of Debtors for Approval of Settlement of Preference Claims against Accreditation Council for Graduate Medical Education Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3271; filed: 12/08/21]

    Response Deadline:  December 22, 2021 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

       A.      Certification of No Objection [Docket No. 3402; filed: 01/05/22]

       B.      Order Approving Settlement of Preference Claims against Accreditation Council for Graduate Medical Education Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3411; signed and docketed: 01/06/22]

    Status: On January 6, 2022, the Court entered an order approving this motion.

7.    Motion of Debtors for Approval of Settlement of Preference Claims against Cintas Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3272; filed: 12/08/21]

    Response Deadline:  December 22, 2021 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

       A.      Certification of No Objection [Docket No. 3403; filed: 01/05/22]

       B.      Order Approving Settlement of Preference Claims against Cintas Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3412; signed and docketed: 01/06/22]

    Status: On January 6, 2022, the Court entered an order approving this motion.

8.    Motion of Debtors for Approval of Settlement of Preference Claims against Dex Imaging, LLC to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3273; filed: 12/08/21]

    Response Deadline:  December 22, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A. Certification of No Objection [Docket No. 3404; filed: 01/05/22]

B. Order Approving Settlement of Preference Claims against Dex Imaging, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3413; signed and docketed: 01/06/22]

Status: On January 6, 2022, the Court entered an order approving this motion.

9. Motion of Debtors for Approval of Settlement of Preference Claims against Sunquest Information Systems, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3286; filed: 12/10/21]

Response Deadline:  December 27, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A. Certification of No Objection [Docket No. 3372; Adversary Docket 18; filed: 12/28/21]

B. Order Approving Settlement of Preference Claims against Sunquest Information Systems, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3379; Adversary Docket No. 19; signed and docketed: 01/03/22]

Status: On January 3, 2022, the Court entered an order approving this motion.

10. Motion of Debtors for Approval of Settlement of Preference Claims against Biomerieux Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3314; Adversary No. 12; filed: 12/16/21]

Response Deadline:  December 30, 2021 at 4:00 p.m.

Responses Received:  None

Related Documents:

A. Certification of No Objection [Docket No. 3375; Adversary No. 15; filed: 01/03/22]

B. Order Approving Settlement of Preference Claims against Biomerieux Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3380; Adversary Docket No. 16; signed and docketed: 01/03/22]

Status: On January 3, 2022, the Court entered an order approving this motion.

11. Motion of Debtors for Approval of Settlement of Preference Claims against Biofire Diagnostics, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3315; Adversary No. 12; filed: 12/16/21]

   Response Deadline:  December 30, 2021 at 4:00 p.m.

   Responses Received:  None

   Related Documents:

   A. Certification of No Objection [Docket No. 3376; Adversary No. 13; filed: 01/03/22]

   B. Order Approving Settlement of Preference Claims against Biofire Diagnostics, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3381; Adversary Docket No. 14; signed and docketed: 01/03/22]

   Status: On January 3, 2022, the Court entered an order approving this motion.

12. Motion of Debtors for Approval of Settlement of Preference Claims against Bio-Rad Laboratories Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3316; Adversary No. 12; filed: 12/16/21]

   Response Deadline:  December 30, 2021 at 4:00 p.m.

   Responses Received:  None

   Related Documents:

   A. Certification of No Objection [Docket No. 3377; Adversary No. 13; filed: 01/03/22]

   B. Order Approving Settlement of Preference Claims against Bio-Rad Laboratories Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3382; Adversary Docket No. 14; signed and docketed: 01/03/22]

   Status: On January 3, 2022, the Court entered an order approving this motion.

13. Motion of Debtors for Approval of Settlement of Preference Claims against S.A. Comunale Co., Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3322; Adversary No. 13; filed: 12/17/21]

   Response Deadline:  December 31, 2021 at 4:00 p.m.

   Responses Received:  None

Related Documents:

A.     Certification of No Objection [Docket No. 3385; Adversary No. 14; filed: 01/03/22]

B.     Order Approving Settlement of Preference Claims against S.A. Comunale Co., Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3388; Adversary Docket No. 15; signed and docketed: 01/04/22]

Status: On January 4, 2022, the Court entered an order approving this motion.

14. Motion of Debtors for Approval of Settlement of Preference Claims against Cardinal Health 200, LLC and Cardinal Health 414, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3323; filed: 12/17/21]

Response Deadline: December 31, 2021 at 4:00 p.m.

Responses Received: None

Related Documents:

A.     Certification of No Objection [Docket No. 3386; filed: 01/03/22]

B.     Order Approving Settlement of Preference Claims against Cardinal Health 200, LLC and Cardinal Health 414, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3389; signed and docketed: 01/04/22]

Status: On January 4, 2022, the Court entered an order approving this motion.

15. Motion of Debtors for Approval of Settlement of Preference Claims against Scribe America LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3330; Adversary No. 17; filed: 12/20/21]

Response Deadline: January 3, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

A.     Certification of No Objection [Docket No. 3400; Adversary No. 18; filed: 01/04/22]

B.     Order Approving Settlement of Preference Claims against Scribe America LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3401; Adversary No. 19; signed and docketed: 01/05/22]

Status: On January 5, 2022, the Court entered an order approving this motion.

16. Motion of Debtors for Approval of Settlement of Preference Claims against Occupational Health Centers of the Southwest, P.A. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3348; Adversary No. 17; filed: 12/22/21]

    Response Deadline:  January 5, 2022 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [Docket No. 3414; Adversary No. 19; filed: 01/06/22]

    B.  Order Approving Settlement of Preference Claims against Occupational Health Centers of the Southwest, P.A. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3420; Adversary No. 20; signed and docketed: 01/07/22]

    Status: On January 7, 2022, the Court entered an order approving this motion.

17. Motion of Debtors for Approval of Settlement of Preference Claims against Call 4 Nurse LLC and Call 4 Health, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3349; Adversary No. 13; filed: 12/22/21]

    Response Deadline:  January 5, 2022 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [Docket No. 3415; Adversary No. 14; filed: 01/06/22]

    B.  Order Approving Settlement of Preference Claims against Call 4 Nurse LLC and Call 4 Health, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3421; Adversary No. 15; signed and docketed: 01/07/22]

    Status: On January 7, 2022, the Court entered an order approving this motion.

18. Motion of Debtors for Approval of Settlement of Preference Claims against Merit Medical Systems, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3350; Adversary No. 18; filed: 12/22/21]

    Response Deadline:  January 5, 2022 at 4:00 p.m.

    Responses Received:  None

Related Documents:

A.   Certification of No Objection [Docket No. 3416; Adversary No. 19; filed: 01/06/22]

B.   Order Approving Settlement of Preference Claims against Merit Medical Systems, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3422; Adversary No. 20; signed and docketed: 01/07/22]

Status: On January 7, 2022, the Court entered an order approving this motion.

19.  Motion of Debtors for Approval of Settlement of Preference Claims against Freedom Specialty Services Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3370; Adversary No. 15; filed: 12/28/21]

Response Deadline: January 11, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

A.   Certification of No Objection [Docket No. 3440; Adversary No. 16; filed: 01/12/22]

B.   Order Approving Settlement of Preference Claims against Freedom Specialty Services Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3449; Adversary No. 17; signed and docketed: 01/13/22]

Status: On January 13, 2022, the Court entered an order approving this motion.

20.  Motion of Debtors for Approval of Settlement of Preference Claims against Cepheid, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3378; Adversary No. 20; filed: 01/03/22]

Response Deadline: January 18, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

A.   Certification of No Objection [Docket No. 3484; Adversary No. 21; filed: 01/19/22]

B.   Order Approving Settlement of Preference Claims against Cepheid, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3487; Adversary No. 22; signed and docketed: 01/20/22]

Status: On January 20, 2022, the Court entered an order approving this motion.

21. Eighth Motion of the Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 3391; filed: 01/04/22]

    Response Deadline:  January 18, 2022 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.   Certification of No Objection [Docket No. 3483; filed: 01/19/22]

    B.   Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 3486; signed and docketed: 01/20/22]

    Status: On January 20, 2022, the Court entered an order approving this motion.

22. Motion of Debtors for Approval of Settlement of Preference Claims against Carefusion Solutions LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3405; filed: 01/05/22]

    Response Deadline:  January 19, 2022 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.   Certification of No Objection [Docket No. 3496; filed: 01/22/22]

    B.   Order Approving Settlement of Preference Claims against Carefusion Solutions LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3498; signed and docketed: 01/21/22]

    Status: On January 21, 2022, the Court entered an order approving this motion.

23. Motion of Debtors for Approval of Settlement of Preference Claims against OrthoPediatrics Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3406; filed: 01/05/22]

    Response Deadline:  January 19, 2022 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.   Certification of No Objection [Docket No. 3497; filed: 01/21/22]

    B.   Order Approving Settlement of Preference Claims against OrthoPediatrics Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3499; signed and docketed: 01/21/22]

    Status: On January 21, 2022, the Court entered an order approving this motion.

24. Motion of Debtors for Approval of Settlement of Preference Claims against Fisher Scientific Company, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3431; Adversary No. 17; filed: 01/10/22]

    Response Deadline: January 24, 2022 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A. Certification of No Objection [Docket No. 3502; Adversary No. 18; filed: 01/25/22]

    B. Order Approving Settlement of Preference Claims against Fisher Scientific Company, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3503; Adversary No. 19; signed and docketed: 01/26/22]

    Status: On January 26, 2022, the Court entered an order approving this motion.

25. Motion of Debtors for Approval of Settlement of Preference Claims against Nova Capital Group LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3434; Adversary No. 19; filed: 01/11/22]

    Response Deadline: January 25, 2022 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A. Certification of No Objection [Docket No. 3506; Adversary No. 20; filed: 01/26/22]

    B. Order Approving Settlement of Preference Claims against Nova Capital Group LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3513; Adversary No. 21; signed and docketed: 01/27/22]

    Status: On January 27, 2022, the Court entered an order approving this motion.

26. Motion of Debtors for Approval of Settlement of Preference Claims against FedEx Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3437; filed: 01/12/22]

    Response Deadline: January 26, 2022 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A. Certification of No Objection [Docket No. 3519; filed: 01/28/22]

  B. Order Approving Settlement of Preference Claims against FedEx Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3526; signed and docketed: 01/31/22]

 Status: On January 31, 2022, the Court entered an order approving this motion.

27. Motion of Debtors for Approval of Settlement of Preference Claims against Hologic Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3438; filed: 01/12/22]

 Response Deadline: January 26, 2022 at 4:00 p.m.

 Responses Received: None

 Related Documents:

  A. Certification of No Objection [Docket No. 3520; filed: 01/28/22]

  B. Order Approving Settlement of Preference Claims against Hologic Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3527; signed and docketed: 01/31/22]

 Status: On January 31, 2022, the Court entered an order approving this motion.

28. Motion of Debtors for Approval of Settlement of Preference Claims against Siemens Industry, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3439; filed: 01/12/22]

 Response Deadline: January 26, 2022 at 4:00 p.m.

 Responses Received: None

 Related Documents:

  A. Certification of No Objection [Docket No. 3521; filed: 01/28/22]

  B. Order Approving Settlement of Preference Claims against Siemens Industry, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3528; signed and docketed: 01/31/22]

 Status: On January 31, 2022, the Court entered an order approving this motion.

29. Motion of Debtors for Approval of Settlement of Preference Claims against HLM Inc. d/b/a Ackers Hardware Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3482; Adversary No. 18; filed: 01/19/22]

 Response Deadline: February 2, 2022 at 4:00 p.m.

 Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 3539; Adversary No. 19; filed: 02/03/22]

B. Order Approving Settlement of Preference Claims against HLM Inc. d/b/a Ackers Hardware Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3547; Adversary No. 20; signed and docketed: 02/04/22]

Status: On February 4, 2022, the Court entered an order approving this motion.

**CONTINUED MATTER:**

30. Motion of Creditor Pamela Saechow Seeking Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 2623; filed: 07/27/21]

Response Deadline: August 9, 2021 at 4:00 p.m.; extended to seven days before the hearing for the Debtors.

Responses Received: None to date

Related Documents: None to date

Status: This matter is continued to a date to be determined.

Dated: February 4, 2022	**SAUL EWING ARNSTEIN & LEHR LLP**

By:	*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*