## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered)<br>**Re: Docket No. 3500** |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL and ST. CHRISTOPHER'S HEALTHCARE, LLC, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 21-50905 (MFW) |
| PHYSICIAN AND TACTICAL HEALTHCARE SERVICES, LLC, | |
| Defendant. | **Re: Docket No. 18** |

### CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTORS FOR APPROVAL OF SETTLEMENT OF PREFERENCE CLAIMS AGAINST PHYSICIAN AND TACTICAL HEALTHCARE SERVICES, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, "Debtors") hereby certifies that:

1.     On January 21, 2022, the *Motion of Debtors for Approval of Settlement of Preference Claims Against Physician and Tactical Healthcare Services, LLC Pursuant to Federal*

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

*Rule of Bankruptcy Procedure 9019* [D.I. 3500; Adv. D.I. 18] (the "Motion")[2] was filed with the Court.

2.      Pursuant to the Notice of the Motion [D.I. 3500; Adv. D.I. 18], objections to the Motion were to be filed by February 4, 2022 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

3.      The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.      Accordingly, the Motion may be granted.

*[remainder of page left intentionally blank]*

---

[2]      Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: February 7, 2022                    **SAUL EWING ARNSTEIN & LEHR LLP**

                                           By:*/s/ Monique B. DiSabatino*
                                               Mark Minuti (DE Bar No. 2659)
                                               Monique B. DiSabatino (DE Bar No. 6027)
                                               1201 N. Market Street, Suite 2300
                                               P.O. Box 1266
                                               Wilmington, DE  19899
                                               Telephone: (302) 421-6800
                                               Fax: (302) 421-5873
                                               mark.minuti@saul.com
                                               monique.disabatino@saul.com

                                                   -and-

                                               Jeffrey C. Hampton
                                               Adam H. Isenberg
                                               Melissa A. Martinez
                                               Centre Square West
                                               1500 Market Street, 38th Floor
                                               Philadelphia, PA 19102
                                               Telephone: (215) 972-7777
                                               Fax: (215) 972-7725
                                               jeffrey.hampton@saul.com
                                               adam.isenberg@saul.com
                                               melissa.martinez@saul.com

                                               *Counsel for Debtors and Debtors in Possession*