# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: March 8, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTIETH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | December 1, 2021 – December 31, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | $38,500.00  (80% of $48,125.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $13.45 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 13.4 | $12,395.00 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 40.9 | $33,742.50 |
| Rachel E. Brennan | Of Counsel, Bankruptcy<br>First Bar Admission: 2012 | $695 | 13.6 | $9,452.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 9.1 | $5,915.00 |
| **Total Fees at Standard Rates** | | | **77.0** | **$61,504.50** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **77.0** | **$48,125.00** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

2

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 33.3 | $26,146.50 |
| Case Administration (104) | 5.7 | $4,502.50 |
| Claims Administration and Objections (105) | 21.5 | $18,765.50 |
| Fee/Employment Applications (107) | 6.4 | $4,160.00 |
| Fee/Employment Objections (108) | 0.3 | $195.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 0.1 | $65.00 |
| Avoidance Action Litigation (111) | 3.1 | $2,260.00 |
| Relief from Stay Proceedings (114) | 6.6 | $5,410.00 |
| **Total Fees at Standard Rate** | **77.0** | **$61,504.50** |
| **Total Fees at $625 Blended Rate[1]** | **77.0** | **$48,125.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Lexis-Nexis | $13.45 |
| **TOTAL** | **$13.45** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: March 8, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTIETH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Thirtieth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From December 1, 2021 Through December 31, 2021* (the "Application"), seeking allowance of $38,500.00 (80% of $48,125.00) in fees, *plus* $13.45 for reimbursement of actual and necessary expenses, for a total of $38,513.45.

## Background

1.    On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.    On July 15, 2019, the United States Trustee appointed the Official Committee of

4

Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6. Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A. Asset Analysis and Recovery

Fees: $26,146.50;   Total Hours: 33.3

This category includes time spent: (a) preparing for and attending a hearing on the Broad Street Entities and PAHH's motion seeking authorization to potentially sell, transfer or otherwise encumber assets; (b) analyzing and addressing mediation issues and reviewing documents in connection therewith; (c) analyzing issues related to the RRG transaction; (d) drafting a letter in response to a violation of the automatic stay and analyzing related issues; and (e) communicating with Debtors' counsel and the Committee members regarding the foregoing and related issues.

B.   Case Administration

Fees: $4,502.50;   Total Hours: 5.7

This category includes time spent: (a) communicating with the Committee members; (b) preparing updates to the Committee members; (c) communicating with Debtors' counsel regarding pending matters; (d) analyzing pleadings, motions and other court documents; and (e) addressing matters of general import.

C.   Claims Administration and Objection

Fees: $18,765.50;   Total Hours: 21.5

This category includes time spent: (a) analyzing claims asserted against the Debtors' estates and addressing relating issues; (b) preparing for and attending a hearing on the MBNF parties' motion seeking authorization to obtain financing and reviewing and commenting on the proposed form of order; (c) addressing issues related to the mediation of claims asserted by Drexel, including a related common interest agreement; and (d) communicating with Debtors' counsel and the Committee members regarding the foregoing and related issues.

D.   Fee/Employment Applications

Fees: $4,160.00;   Total Hours: 6.4

This category includes time spent preparing Sills' October, November and seventh

interim fee applications.

    E.    <u>Fee/Employment Objections</u>

    Fees: $195.00;    Total Hours: 0.3

This category includes time spent reviewing the Debtors' professionals' fee applications.

    F.    <u>Litigation (Other than Avoidance Action Litigation)</u>

    Fees: $65.00;    Total Hours: 0.1

This category includes time spent reviewing and analyzing a motion to seal.

    G.    <u>Avoidance Action Litigation</u>

    Fees: $2,260.00;    Total Hours: 3.1

This category includes time spent analyzing proposed avoidance action settlements.

    H.    <u>Relief from Stay Proceedings</u>

    Fees: $5,410.00;    Total Hours: 6.6

This category includes time spent: (a) attending a hearing on MBNF's stay relief motion; (b) analyzing and revising the proposed order denying MBNF's stay relief motion; and (c) analyzing issues related to MBNF's appeal of the order denying its stay relief motion.

## **Conclusion**

7.    Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $38,500.00 (80% of $48,125.00) as compensation, *plus* $13.45 for reimbursement of actual and necessary expenses, for a total of $38,513.45, and that such amounts be authorized for payment.

Dated: February 15, 2022
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

## **VERIFICATION**

STATE OF NEW JERSEY )
                                                   ) SS:
COUNTY OF MORRIS )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                                                                                     */s/ Andrew H. Sherman*
                                                                                                     Andrew H. Sherman

130387990.1

# Exhibit "A"

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions, Committee Chair 3560 Dallas Parkway Frisco, TX  75034 | January 13, 2022 Client/Matter No. 08650118.000001 Invoice: 2013606 Billing Attorney: AHS Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through December 31, 2021

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | | |
| 12/01/21 | REB | 101 | | Prepare for hearing on renewed motion to compel and financing motion. | 0.60 | $417.00 |
| 12/01/21 | REB | 101 | | Attend hearing on financing motion and related pleadings. | 4.20 | $2,919.00 |
| 12/01/21 | REB | 101 | | Draft email to Committee re: update on financing motion hearing. | 0.80 | $556.00 |
| 12/02/21 | BM | 101 | | Analysis regarding removal of encumbrances imposed on PropCos in violation of automatic stay. | 1.10 | $907.50 |
| 12/02/21 | REB | 101 | | Review proposed order denying comfort motion and comments thereto. | 0.60 | $417.00 |
| 12/03/21 | BM | 101 | | Analysis regarding mediation issues. | 1.40 | $1,155.00 |
| 12/03/21 | REB | 101 | | Review standstill agreement and proposed order denying financing motion and related emails and documents. | 0.70 | $486.50 |
| 12/06/21 | BM | 101 | | Analysis regarding mediation issues. | 2.20 | $1,815.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2013606
Page 2

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/07/21 | BM | 101 | Analysis regarding mediation issues. | 1.80 | $1,485.00 |
| 12/08/21 | BM | 101 | Analysis regarding mediation issues. | 1.60 | $1,320.00 |
| 12/09/21 | BM | 101 | Analysis regarding mediation issues. | 1.70 | $1,402.50 |
| 12/10/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 0.90 | $742.50 |
| 12/13/21 | REB | 101 | Draft automatic stay violation letter. | 1.80 | $1,251.00 |
| 12/14/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.10 | $907.50 |
| 12/14/21 | REB | 101 | Review and revise automatic stay violation letter. | 0.60 | $417.00 |
| 12/15/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 12/15/21 | REB | 101 | Review documents in connection with mediation. | 0.50 | $347.50 |
| 12/15/21 | REB | 101 | Finalize automatic stay letter. | 0.40 | $278.00 |
| 12/16/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.20 | $990.00 |
| 12/17/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.20 | $990.00 |
| 12/21/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.60 | $1,320.00 |
| 12/21/21 | BM | 101 | Analysis of issues regarding RRG transaction. | 0.80 | $660.00 |
| 12/23/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.60 | $1,320.00 |
| 12/24/21 | BM | 101 | Call with Debtors' counsel regarding pending matters. | 1.20 | $990.00 |
| 12/24/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 0.70 | $577.50 |
| 12/27/21 | BM | 101 | Analysis regarding MBNF mediation issues. | 0.80 | $660.00 |
| | | **TASK TOTAL 101** | | **33.30** | **$26,146.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

January 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2013606
Page 3

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **104 – CASE ADMINISTRATION** | | | | | | |
| 12/03/21 | GAK | 104 | | Review notification regarding upcoming hearings and emails to A. Sherman regarding same. | 0.10 | $65.00 |
| 12/09/21 | REB | 104 | | Draft common interest agreement with Debtors. | 0.90 | $625.50 |
| 12/13/21 | BM | 104 | | Analysis and revisions of letter to the Broad Street PropCos and Lenders in connection with the stay violations. | 0.90 | $742.50 |
| 12/14/21 | BM | 104 | | Analysis regarding updated waterfall scenarios. | 0.70 | $577.50 |
| 12/14/21 | BM | 104 | | Attend to revisions of stay violation letter to Broad St. PropCos. | 0.40 | $330.00 |
| 12/15/21 | REB | 104 | | Revise agreement with Debtors regarding shared matters. | 0.60 | $417.00 |
| 12/16/21 | BM | 104 | | Prepare an update for Committee. | 0.70 | $577.50 |
| 12/16/21 | AHS | 104 | | Email to Committee re: Drexel claim issues and address common interest agreement. | 0.30 | $277.50 |
| 12/17/21 | GAK | 104 | | Review notification regarding upcoming hearing and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/21/21 | BM | 104 | | Call with Debtors' counsel regarding pending matters. | 1.00 | $825.00 |
| | | **TASK TOTAL 104** | | | **5.70** | **$4,502.50** |
| **105 – CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | | | |
| 12/01/21 | AHS | 105 | | Prepare for hearing. | 0.50 | $462.50 |
| 12/01/21 | AHS | 105 | | Attend hearing re: MBNF financing motion. | 4.10 | $3,792.50 |
| 12/01/21 | AHS | 105 | | Follow up calls with counsel for Debtors re: financing motion and next steps. | 0.30 | $277.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2013606
Page 4

| Date | Atty | Code | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/02/21 | AHS | 105 | Review of form of order for financing motion, emails re: same, review of version as circulated by counsel to Freedman parties and emails re: same. | 0.40 | $370.00 |
| 12/03/21 | AHS | 105 | Review of forms of order for financing motion and emails re: same. | 0.30 | $277.50 |
| 12/03/21 | AHS | 105 | Call with counsel for Debtors re: status update and next steps. | 0.50 | $462.50 |
| 12/03/21 | GAK | 105 | Review motion to file claim after bar date and email A. Sherman regarding same. | 0.20 | $130.00 |
| 12/08/21 | BM | 105 | Analysis of issues regarding Drexel claims. | 1.20 | $990.00 |
| 12/09/21 | BM | 105 | Analysis regarding mediation agreement and common interest agreement in connection with Drexel mediation. | 1.20 | $990.00 |
| 12/10/21 | BM | 105 | Analysis of issues regarding Drexel mediation. | 1.10 | $907.50 |
| 12/10/21 | REB | 105 | Review and summarize Drexel proofs of claims and administrative claim motion. | 1.90 | $1,320.50 |
| 12/13/21 | BM | 105 | Analysis and revisions of common interest agreement in connection with Drexel mediation. | 0.90 | $742.50 |
| 12/13/21 | AHS | 105 | Review and revise automatic stay letter to counsel for MBNF; call to counsel for MBNF re: same. | 0.60 | $555.00 |
| 12/14/21 | AHS | 105 | Calls and emails re: Drexel issues, including calls with Committee members re: same. | 0.70 | $647.50 |
| 12/15/21 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.70 | $577.50 |

Sills Cummis & Gross P.C.

Creditors' Committee								January 13, 2022
								Client/Matter No. 08650118.000001
								Invoice: 2013606
								Page 5

|          |     |     |                                                                                                                      | HOURS | AMOUNT |
|----------|-----|-----|----------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/16/21 | BM  | 105 | Attend to common interest agreement in connection with Drexel mediation.                                             | 0.40  | $330.00 |
| 12/17/21 | BM  | 105 | Analysis regarding proposed resolution of pending claims objections.                                                 | 0.80  | $660.00 |
| 12/20/21 | AHS | 105 | Calls and emails to prepare waterfall for Committee; emails to Debtors' counsel re: status of mediation and update.  | 0.50  | $462.50 |
| 12/21/21 | AHS | 105 | Call with Debtors' counsel re: mediation update and status.                                                          | 1.10  | $1,017.50 |
| 12/23/21 | AHS | 105 | Initial review and analysis of draft settlement agreement.                                                           | 1.30  | $1,202.50 |
| 12/24/21 | AHS | 105 | Call with counsel for Debtors re: comments to settlement agreement.                                                  | 0.70  | $647.50 |
| 12/24/21 | AHS | 105 | Review, revise and provide comments to draft settlement agreement.                                                   | 2.10  | $1,942.50 |
|          |     |     | **TASK TOTAL 105**                                                                                                   | **21.50** | **$18,765.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

|          |     |     |                                                                                                                                                      | HOURS | AMOUNT |
|----------|-----|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/03/21 | GAK | 107 | Attention to finalization of October fee application; communications with local counsel regarding CNOs for August and September.                     | 0.20  | $130.00 |
| 12/06/21 | GAK | 107 | Finalize October fee application for filing.                                                                                                         | 0.30  | $195.00 |
| 12/28/21 | GAK | 107 | Work on 7th interim fee application.                                                                                                                 | 2.50  | $1,625.00 |
| 12/28/21 | GAK | 107 | Revise proposed email to Debtors regarding fee application issues for review by A. Sherman.                                                          | 0.50  | $325.00 |
| 12/29/21 | GAK | 107 | Work on November fee application.                                                                                                                    | 2.90  | $1,885.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2013606
Page 6

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
|  |  | **TASK TOTAL 107** |  |  | **6.40** | **$4,160.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| 12/12/21 | GAK | 108 | Review Klehr Harrison's October fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
|---|---|---|---|---|---|
| 12/20/21 | GAK | 108 | Review EisnerAmper November fee statement and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/27/21 | GAK | 108 | Review Saul Ewing October fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
|  |  | **TASK TOTAL 108** |  | **0.30** | **$195.00** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

| 12/03/21 | GAK | 110 | Review Broad Street's motion to seal and email A. Sherman regarding same. | 0.10 | $65.00 |
|---|---|---|---|---|---|
|  |  | **TASK TOTAL 110** |  | **0.10** | **$65.00** |

**111 – AVOIDANCE ACTION LITIGATION**

| 12/03/21 | GAK | 111 | Review proposed preference settlement with Health Services Law Group and email A. Sherman regarding same. | 0.10 | $65.00 |
|---|---|---|---|---|---|
| 12/03/21 | GAK | 111 | Review Debtors' proposed preference settlement with Universal Services and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/06/21 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.70 | $577.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2013606
Page 7

| Date | Initials | Code | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/08/21 | BM | 111 | Analysis regarding proposed settlements of preference claims. | 0.70 | $577.50 |
| 12/12/21 | GAK | 111 | Review preference settlement with Solid Waste Management and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/12/21 | GAK | 111 | Review Debtors' preference settlement with West Physics and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/12/21 | GAK | 111 | Review Debtors' proposed preference settlement with Accreditation Council and send email to A. Sherman on same. | 0.10 | $65.00 |
| 12/12/21 | GAK | 111 | Review Debtors' proposed preference settlement with Cintas and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/12/21 | GAK | 111 | Review proposed preference settlement with Dex Imaging and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/12/21 | GAK | 111 | Review Debtors' proposed preference settlement with Sunquest and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/17/21 | GAK | 111 | Review Debtors' proposed preference settlement with SA Comunale and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/20/21 | GAK | 111 | Review Debtors' proposed preference settlement with Biomerieux and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/20/21 | GAK | 111 | Review Debtors' preference settlement with BioFire Diagnostics and email A. Sherman regarding same. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2013606
Page 8

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/20/21 | GAK | 111 | Review Debtors' proposed preference settlement with Bio-Rad and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/20/21 | GAK | 111 | Review Debtors' proposed preference settlement with Scribe America and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/27/21 | GAK | 111 | Analysis of Debtors' proposed preference settlement with Occupational Health Centers and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/27/21 | GAK | 111 | Review Debtors' proposed preference settlement with Call 4 Nurse and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/27/21 | GAK | 111 | Review Debtors' proposed preference settlement with Merit Medical and email A. Sherman regarding same. | 0.10 | $65.00 |
| 12/30/21 | GAK | 111 | Review Debtors' proposed preference settlement with Freedom Specialty and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | | **TASK TOTAL 111** | **3.10** | **$2,260.00** |

**114 – RELIEF FROM STAY PROCEEDINGS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/01/21 | BM | 114 | Attend hearing on MBNF's comfort motion. | 4.40 | $3,630.00 |
| 12/02/21 | BM | 114 | Analysis regarding form of order denying MBNF's comfort motion. | 0.60 | $495.00 |
| 12/03/21 | BM | 114 | Attend to revisions of proposed form of order denying MBNF's comfort motion. | 0.70 | $577.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2013606
Page 9

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 12/03/21 | GAK | 114 | Review R. Johnson's motion for stay relief. |  | 0.20 | $130.00 |
| 12/21/21 | BM | 114 | Analysis of issues regarding MBNF's appeal of order denying comfort motion. |  | 0.70 | $577.50 |
|  |  | **TASK TOTAL 114** |  |  | **6.60** | **$5,410.00** |
|  |  | **TOTAL FEES at Standard Rates** |  |  | **77.00** | **$61,504.50** |
|  |  | **TOTAL FEES at Blended Rate of $625** |  |  | **77.00** | **$48,125.00** |

**TASK CODE SUMMARY**

| 101 | Asset Analysis and Recovery | 33.30 | $26,146.50 |
|---|---|---|---|
| 104 | Case Administration | 5.70 | $4,502.50 |
| 105 | Claims Administration and Objections | 21.50 | $18,765.50 |
| 107 | Fee/Employment Applications | 6.40 | $4,160.00 |
| 108 | Fee/Employment Objections | 0.30 | $195.00 |
| 110 | Litigation (Other than Avoidance Action Litigation | 0.10 | $65.00 |
| 111 | Avoidance Action Litigation | 3.10 | $2,260.00 |
| 114 | Relief from Stay Proceedings | 6.60 | $5,410.00 |
|  | TOTAL FEES at Standard Rates | 77.00 | $61,504.50 |
|  | TOTAL FEES at Blended Rate of $625 | 77.00 | $48,125.00 |

| Andrew H. Sherman | 13.40 | x | $925.00 | = | $12,395.00 |
|---|---|---|---|---|---|
| Boris Mankovetskiy | 40.90 | x | $825.00 | = | $33,742.50 |
| Rachel E. Brennan | 13.60 | x | $695.00 | = | $9,452.00 |
| Gregory A. Kopacz | 9.10 | x | $650.00 | = | $5,915.00 |

**DISBURSEMENT DETAIL**

| 12/13/21 | 379 | Lexis-Nexis |  | $13.45 |
|---|---|---|---|---|
|  |  | **TOTAL DISBURSEMENTS** |  | **$13.45** |

Sills Cummis & Gross P.C.

Creditors' Committee

January 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2013606
Page 10

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $48,125.00 |
| Total Disbursements | $13.45 |
| **TOTAL THIS INVOICE** | **$48,138.45*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$61,504.50**) and fees at *Blended Rate* of $625 (**$48,125.00**)** apply.

**includes paralegal fees at standard rates, if applicable