# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) **Re: Docket No. 3609** |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Upon the *Certification of Counsel Regarding Omnibus Hearing Dates*, dated February 17, 2022, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The following dates and times have been scheduled as omnibus hearings in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| April 19, 2022 at 10:30 a.m. (interim fee hearing) | U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, DE 19801 |
| May 18, 2022 at 10:30 a.m. | U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, DE 19801 |

**Dated: February 17th, 2022**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

39672986.2 02/17/2022