**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (MFW) <br> ) Jointly Administered |
| Debtors. | ) **Hearing Date: April 19, 2022 at 10:30 a.m.** <br> ) **Objection Deadline: April 11, 2022 at 4:00 p.m.** |

## COVER SHEET

**FIRST AND FINAL APPLICATION OF CROSS & SIMON, LLC
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD OF
AUGUST 3, 2021 THROUGH FEBRUARY 18, 2022**

| | |
|---|---|
| Name of Applicant: | Cross & Simon, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 3, 2021 |
| Period for which compensation and reimbursement is sought: | August 3, 2021 through February 18, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $6,459.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $12.00 |
| Total amount of compensation and reimbursement sought: | $6,471.50 |

This is a(n): _____ monthly    _____ quarterly    _x_ final application

**ATTACHMENT B**
**TO FEE APPLICATION**

| NAME OF PROFESSIONAL | POSITION HELD | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Christopher P. Simon | Partner | $775.00 | 0.4 | $310.00 |
| Kevin S. Mann | Partner | $695.00 | 8.1 | $5,629.50 |
| Stephanie MacDonald | Legal Assistant | $200.00 | 2.5 | $500.00 |
| Nancy McClendon | Legal Assistant | $200.00 | 0.1 | $20.00 |
| **TOTAL:** | | | 11.1 | $6,459.50 |
| **Blended Hourly Rate: $581.94** | | | | |

**EXPENSE SUMMARY**

| EXPENSE | AMOUNT |
|---|---|
| PACER Expenses | $5.40 |
| Photocopies | $3.80 |
| Postage | $2.80 |
| **TOTAL** | **$12.00** |

| CODE | CATEGORY | HOURS | AMOUNT |
|---|---|---|---|
| AP | Adversary Proceedings / Litigation | 8.6 | $4,690.00 |
| CH | Court Hearings | 0.3 | $208.50 |
| EA1 | Employment Application of Cross & Simon, LLC | 1.2 | $886.00 |
| FA1 | Fee Applications of Cross & Simon, LLC | 1 | $695.00 |
| | **TOTALS** | **11.1** | **$6,459.50** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | ) <br> ) Chapter 11<br> )<br> ) Case No. 19-11466 (MFW)<br> )<br> ) Jointly Administered<br> )<br> ) **Hearing Date: April 19, 2022 at 10:30 a.m.**<br> ) **Objection Deadline: April 11, 2022 at 4:00 p.m.** |

### FIRST AND FINAL APPLICATION OF CROSS & SIMON, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD OF AUGUST 3, 2021 THROUGH FEBRUARY 18, 2022

Pursuant to 11 U.S.C. §§ 330 and 331 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Cross & Simon, LLC, as special counsel to the Debtors, hereby applies for an order allowing and directing the Debtors to pay Cross & Simon, LLC of (i) compensation in the total amount of $6,459.50 for the reasonable and necessary legal services Cross & Simon, LLC rendered to the Debtors from August 3, 2021 through February 18, 2022 (the "Application" and "Application Period") and (ii) reimbursement for the actual and necessary costs and expenses that Cross & Simon, LLC incurred during the Application Period in the amount of $12.00 for a total final payment of $6,471.50. In support of this Application, Cross & Simon, LLC respectfully states as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, Suite 400, Philadelphia, Pennsylvania 19102.

**Background**

1. On June 30, 2019 and July 1, 2019 (the "Petition Date"), each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On August 23, 2021, the Court entered an order approving the Debtors' retention of Cross & Simon, LLC as special counsel [D.I. 2731] for the sole purpose of prosecuting one adversary proceeding (Adv. Proc. No. 21-50913 (MFW)).

3. That adversary proceeding has been settled and dismissed. *See* Adv. Proc. No. 21-50913 (MFW), Adv. Docket Nos. 14 and 15. There is no further work for Cross & Simon, LLC to perform on behalf of the Debtors.

**Jurisdiction**

4. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

**Compensation Paid and Its Sources**

5. All services for which Cross & Simon, LLC requests compensation were performed for or on behalf of the Debtors.

**Fee Statements**

6. Cross & Simon, LLC devoted 11.1 hours of professional time to provide legal services to the Debtors for the period August 3, 2021 through February 18, 2022. The time record entries detailing that time, and the members of the firm providing it, attached hereto and marked as Exhibit "A", consist of a daily breakdown of the total time spent by each person on each day, and of the disbursements during the Application Period.

7.      During the Application Period, Cross & Simon, LLC performed legal services for the Debtors in the project categories described in Exhibit "B." The following is a summary of the work performed by Cross & Simon, LLC in each substantive area:

<u>Adversary Proceedings / Litigation:</u> Cross & Simon, LLC worked with the Debtors and its professionals on matters related to that certain adversary proceeding (Adv. Proc. No. 21-50913 (MFW)).

<u>Court Hearings</u>:  Cross & Simon, LLC prepared for and attended hearings on behalf of the Debtors.

<u>Employment Application of Cross & Simon, LLC:</u>  Cross & Simon, LLC worked on matters related to its retention by the Debtors.

<u>Fee Applications of Cross & Simon</u>, LLC:  Cross & Simon, LLC worked on matters related to its first and final fee application.

**Actual and Necessary Expenses**

8.      A summary of the actual and necessary expenses incurred by Cross & Simon, LLC for the Application Period is attached hereto as Exhibit "A".  Cross & Simon, LLC charges 10¢ per page for duplication done in the office.  Cross & Simon, LLC charges $1.00 per page for outgoing facsimiles.  Cross & Simon, LLC does not charge for incoming facsimiles.  These charges are compliant with the Local Rules of this Bankruptcy Court.  The other costs incurred are actual costs billed to Cross & Simon, LLC and passed through to the client.

**Relief Requested by Cross & Simon, LLC**

9.      Cross & Simon, LLC has spent a total of 11.1 hours in the above project categories and incurred total professional fees during the Application Period in the amount of $6,459.50.  Cross & Simon, LLC is requesting 100% of those fees in connection with rendering professional services to the Debtors as described above.  The blended hourly rate for these services is $581.94.  In addition, Cross & Simon, LLC requests reimbursement for costs incurred during the administration of this case in the amount of $12.00.

10. All of the professional services and expenses for which Cross & Simon, LLC requests compensation and reimbursement have been strictly related to its representation of the Debtors and provided substantial benefit to the estate. Cross & Simon, LLC accordingly submits that it is proper to compensate it for the actual time spent and to reimburse it for the actual expenses incurred in connection with this case.

11. Except for the Debtors' promise to pay compensation and reimbursement as allowed by the Court, Cross & Simon, LLC has received no payment and no promise for payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with this case.

12. Pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, Cross & Simon, LLC has not shared and has not agreed to share (a) any compensation it has received or may receive with another party or person other than with its partners, counsel and associates, or (b) any compensation another person or party has received or may receive in connection with this case.

WHEREFORE, for all the foregoing reasons, Cross & Simon, LLC respectfully requests that the Court allow it fees of $6,459.50 and expenses of $12.00 for a total final compensation of $6,471.50, that such sums be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated: February 21, 2022
Wilmington, Delaware

**CROSS & SIMON, LLC**

*/s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Email:  csimon@crosslaw.com
            kmann@crosslaw.com

*Special Counsel to the Debtors*