# Exhibit "A"



1105 North Market Street, Suite 901
Wilmington, DE 19801
or
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200

# For Services Rendered

Date  2/18/2022

Invoice #  0207025-470

Client

Allen Wilen
Philadelphia Academic Health System et al
c/o Eisner Amper LLP
allen.wilen@eisneramper.com

| Item | Description | Hours | Rate | Date | Amount |
|------|-------------|-------|------|------|--------|
| CS - B | EA1 - Attention to retention application | 0.4 | 775.00 | 8/3/2021 | 310.00 |
| KM - B | EA1 – Prepare retention application; teleconference with C. Simon re: same | 0.5 | 695.00 | 8/3/2021 | 347.50 |
| KM - B | AP – Review adversary complaint and case dockets | 0.4 | 695.00 | 8/3/2021 | 278.00 |
| KM - B | EA1 – Multiple correspondence re: status of retention application | 0.1 | 695.00 | 8/4/2021 | 69.50 |
| KM - B | EA1 – Review C&S retention application; correspondence to C. Simon re: same | 0.2 | 695.00 | 8/5/2021 | 139.00 |
| KM - B | AP – Review complaint and adversary docket | 0.1 | 695.00 | 8/5/2021 | 69.50 |
| KM - B | AP – Multiple correspondence re: case status and deadline to serve adversary complaint | 0.2 | 695.00 | 8/6/2021 | 139.00 |
| KM - B | AP – Multiple correspondence re: status of adversary proceeding | 0.2 | 695.00 | 8/12/2021 | 139.00 |
| KM - B | AP – Multiple correspondence re: case status and strategy | 0.2 | 695.00 | 8/23/2021 | 139.00 |
| NM | AP - E-file Substitution of Counsel | 0.1 | 200.00 | 8/23/2021 | 20.00 |
| KM - B | AP – Review defendant's preference analysis; meet with C. Simon re: same | 1.1 | 695.00 | 8/24/2021 | 764.50 |
| SM | AP - Draft summons and notice of pretrial conference; distribute same to K. Mann for review; prepare, e-file and serve same and complaint | 0.8 | 200.00 | 8/24/2021 | 160.00 |
| KM - B | AP - Review proposed scheduling and procedures order; correspondence to J. Demmy re: same | 0.3 | 695.00 | 9/1/2021 | 208.50 |
| KM - B | AP – Review defense analysis and related documents; correspondence to CRO re: same | 0.6 | 695.00 | 9/10/2021 | 417.00 |
| KM - B | AP – Correspondence to A. Akinrinade re: defense analysis | 0.1 | 695.00 | 9/17/2021 | 69.50 |
| KM - B | AP – Review S. Prill preference analysis; multiple correspondence re: same | 0.3 | 695.00 | 9/20/2021 | 208.50 |
| KM - B | AP – Correspondence to J. Demmy re: status of streamlined adversary procedures motion | 0.1 | 695.00 | 9/20/2021 | 69.50 |
| KM - B | AP – Review 9/23/21 hearing agenda | 0.1 | 695.00 | 9/21/2021 | 69.50 |
| SM | AP - Correspondence with K. Mann re: scheduling order | 0.1 | 200.00 | 9/21/2021 | 20.00 |
| SM | AP - Update calendar with scheduling order deadlines | 0.5 | 200.00 | 9/21/2021 | 100.00 |
| KM - B | AP – Multiple correspondence re: settlement status | 0.2 | 695.00 | 9/23/2021 | 139.00 |
| | | | | **Total** | |

RC - Richard H. Cross, Jr., Esq.
CS - Christopher P. Simon, Esq.
MV - Michael L. Vild, Esq.
JG - Joseph Grey, Esq.
KM - Kevin Mann, Esq.
DH - David Holmes, Esq.
NM - Nancy McClendon (Legal Assistant)
SM - Stephanie MacDonald (Legal Assistant)
KA - Kathy Abbott (Legal Assistant)



1105 North Market Street, Suite 901
Wilmington, DE 19801
or
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200

# For Services Rendered

Date  2/18/2022

Client

Invoice #  0207025-470

Allen Wilen
Philadelphia Academic Health System et al
c/o Eisner Amper LLP
allen.wilen@eisneramper.com

| Item | Description | Hours | Rate | Date | Amount |
|---|---|---|---|---|---|
| KM - B | AP – Prepare settlement agreement and 9019 motion | 0.5 | 695.00 | 9/28/2021 | 347.50 |
| KM - B | AP – Multiple correspondence re: settlement status | 0.2 | 695.00 | 10/1/2021 | 139.00 |
| KM - B | AP – Correspondence to K. Miller re: settlement status | 0.1 | 695.00 | 10/6/2021 | 69.50 |
| KM - B | AP – Correspondence to A. Akinrinade re: receipt of settlement funds | 0.1 | 695.00 | 10/21/2021 | 69.50 |
| KM - B | AP – Prepare 9019 motion; correspondence to client re: same | 0.1 | 695.00 | 10/22/2021 | 69.50 |
| KM - B | AP – Correspondence to S. MacDonald re: case status and 9019 motion | 0.1 | 695.00 | 10/25/2021 | 69.50 |
| SM | AP - Correspondence with K. Mann re: filing of 9019 motion | 0.1 | 200.00 | 10/25/2021 | 20.00 |
| SM | AP - Prepare and e-file 9019 motion; distribute same to M. DiSabatino for service | 0.4 | 200.00 | 10/25/2021 | 80.00 |
| SM | AP - Update calendar with hearing date and deadlines | 0.1 | 200.00 | 10/25/2021 | 20.00 |
| KM - B | AP – Correspondence to S. McGuire re: status report | 0.1 | 695.00 | 11/1/2021 | 69.50 |
| KM - B | AP - Review file | 0.1 | 695.00 | 11/2/2021 | 69.50 |
| KM - B | AP - Review adversary status report | 0.1 | 695.00 | 11/8/2021 | 69.50 |
| KM - B | AP - Prepare certificate of no objection regarding settlement approval motion | 0.2 | 695.00 | 11/8/2021 | 139.00 |
| SM | AP - Prepare and e-file CNO re 9019 motion; distribute filed version of same to K. Mann; upload proposed order to Court | 0.3 | 200.00 | 11/9/2021 | 60.00 |
| KM - B | AP – Review 9019 order and prepare related notice of dismissal | 0.2 | 695.00 | 11/11/2021 | 139.00 |
| SM | AP - Prepare and e-file notice of voluntary dismissal; distribute filed version of same to K. Mann | 0.2 | 200.00 | 11/11/2021 | 40.00 |
| KM - B | AP - Review notice of case closure | 0.1 | 695.00 | 11/15/2021 | 69.50 |
| KM - B | AP - Review scheduling order and case calendar | 0.1 | 695.00 | 11/15/2021 | 69.50 |
| KM - B | AP – Review 11/19/21 hearing agenda | 0.1 | 695.00 | 11/17/2021 | 69.50 |
| KM - B | CH – Review order scheduling omnibus hearings | 0.1 | 695.00 | 11/29/2021 | 69.50 |
| KM - B | CH – Review amended agenda for 12/1/21 hearing | 0.1 | 695.00 | 11/30/2021 | 69.50 |
| KM - B | CH - Correspondence to M. DiSabitino re: omnibus hearing dates | 0.1 | 695.00 | 12/15/2021 | 69.50 |
| | | | | **Total** | |

RC - Richard H. Cross, Jr., Esq.
CS - Christopher P. Simon, Esq.
MV - Michael L. Vild, Esq.
JG - Joseph Grey, Esq.
KM - Kevin Mann, Esq.
DH - David Holmes, Esq.
NM - Nancy McClendon (Legal Assistant)
SM - Stephanie MacDonald (Legal Assistant)
KA - Kathy Abbott (Legal Assistant)

**CROSS and SIMON LLC**

1105 NORTH MARKET STREET, SUITE 901
WILMINGTON, DE 19801
OR
P.O. BOX 1380
WILMINGTON, DE 19899-1380
(302) 777-4200

# For Services Rendered

Date  2/18/2022

Invoice #  0207025-470

Client

Allen Wilen
Philadelphia Academic Health System et al
c/o Eisner Amper LLP
allen.wilen@eisneramper.com

| Item | Description | Hours | Rate | Date | Amount |
|---|---|---|---|---|---|
| KM - B | FA1 - Prepare first and final fee application of Cross & Simon, LLC | 1 | 695.00 | 2/18/2022 | 695.00 |
| Reimb Group | | | | | |
| | Pacer expense on 08/03/2021 | | 3.70 | 8/3/2021 | 3.70 |
| | Pacer expense on 08/23/2021 | | 0.30 | 8/23/2021 | 0.30 |
| | Photocopy expense on 08/24/2021 (38 copies @ .10 = 3.80) | | 3.80 | 8/24/2021 | 3.80 |
| | Postage expense on 08/24/2021 | | 2.80 | 8/24/2021 | 2.80 |
| | Pacer expense on 08/24/2021 | | 0.20 | 8/24/2021 | 0.20 |
| | Pacer expense on 11/08/2021 | | 1.20 | 11/8/2021 | 1.20 |
| | Total Reimbursable Expenses | | | | 12.00 |

RC - Richard H. Cross, Jr., Esq.
CS - Christopher P. Simon, Esq.
MV - Michael L. Vild, Esq.
JG - Joseph Grey, Esq.
KM - Kevin Mann, Esq.
DH - David Holmes, Esq.
NM - Nancy McClendon (Legal Assistant)
SM - Stephanie MacDonald (Legal Assistant)
KA - Kathy Abbott (Legal Assistant)

**Total**  $6,471.50