# Exhibit "B"

# BANKRUPTCY DEBTOR/ESTATE/COMMITTEE
# PROJECT CATEGORIES

| AA | Asset Analysis and Recovery |
|---|---|
| AP | Adversary Proceedings / Litigation |
| BO | Business Operations |
| CA | Case Administration |
| CH | Court Hearings |
| CI | Creditor Inquiries |
| CR | Cash Collateral/DIP Financing |
| DS | Disclosure Statement |
| EA1 | Employment Application of Cross & Simon, LLC |
| EA2 | Employment Application of Other Professionals |
| EB | Employee Matters |
| EC | Executory / Lease Contract Issues |
| FA1 | Fee Application of Cross & Simon, LLC |
| FA2 | Fee Application of Other Professionals |
| MA | General Corporate Matters |
| MC | Meetings of Creditors |
| MR | Stay Relief Matters |
| PC | Claims, Analysis, Objections & Resolutions |
| PL | Plan |
| SA | Use, Sale or Lease of Property |
| TR | Trustee Reporting/Schedules |
| TV | Non Working Travel |
| UM | Utility Matters |