# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (MFW) ) ) Jointly Administered ) |
| Debtors. | ) ) |

## VERIFICATION OF KEVIN S. MANN

Kevin S. Mann, deposes and says:

1. I am an attorney with the applicant law firm, Cross & Simon, LLC, and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

2. I am familiar with the work performed on behalf of the Debtors by the lawyers, legal assistants, and other professionals of Cross & Simon, LLC as set forth in the attached invoices.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2, and believe the Application to be in compliance therewith.

Dated: February 21, 2022

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)