# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) ) ) | Case No. 19-11466 (MFW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) ) | **Re: Docket No. \_\_\_\_** |

## ORDER APPROVING FIRST AND FINAL APPLICATION OF CROSS & SIMON, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD OF AUGUST 3, 2021 THROUGH FEBRUARY 18, 2022

Upon consideration of the *First and Final Application of Cross & Simon, LLC for Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period of August 3, 2021 through February 18, 2022* (the "Application")[1] for entry of an order allowing, on a final basis, compensation for professional services performed by Cross & Simon, LLC and reimbursement of its actual and necessary expenses incurred as special counsel for the Debtors for the period from August 3, 2021 through February 18, 2022 (the "Application Period"); and the Court, having reviewed the Application, and having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, this is a core matter pursuant to 28 U.S.C. § 157(b)(2), notice of the Application was sufficient under the circumstances and that no further notice need be given, and the legal and factual bases set forth in the Application establish just cause for the relief granted, hereby finds as follows:

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

**IT IS HEREBY ORDERED,**

1. The Application is hereby approved.

2. The fees of Cross & Simon, LLC in the amount of $6,459.50 as special counsel for the Debtors are hereby allowed on a final basis as compensation for professional services rendered during the Application Period.

3. To the extent not already paid, the Court authorizes the payment of $6,459.50 to Cross & Simon, LLC as compensation for professional services rendered during the Application Period as counsel to the Debtors.

4. The actual and necessary expenses of Cross & Simon, LLC as special counsel to the Debtors in the amount of $12.00 are hereby allowed on a final basis.

5. To the extent not already paid, the Court authorizes the payment of $12.00 to Cross & Simon, LLC as reimbursement of actual and necessary expenses incurred during the Application Period as special counsel to the Debtors.