**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket Nos. 3553 and 3626** |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL and ST. CHRISTOPHER'S HEALTHCARE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>OLYMPUS AMERICA, INC.,<br><br>    Defendant. | Adv. Proc. No. 21-50803 (MFW)<br><br><br><br><br>**Re: Docket Nos. 19 and 22** |

**ORDER APPROVING SETTLEMENT OF PREFERENCE**
**CLAIMS AGAINST OLYMPUS AMERICA, INC. PURSUANT**
**TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The Court having considered the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for approval of the settlement of certain claims for avoidance and recovery of allegedly preferential transfers (the "**Preference Claims**") and the resolution of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

39611917.2 02/23/2022

Proofs of Claim, as set forth in the Settlement Agreement attached as **Exhibit 1** hereto; and the Court finding that the Settlement Agreement is fair and reasonable, and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor

    **IT IS HEREBY ORDERED THAT:**:

1.    The Motion is Granted as set forth herein.

2.    The Settlement Agreement attached hereto as **Exhibit 1** with respect to the Proofs of Claim and the Debtors' Preference Claims against Olympus is hereby approved in full and final settlement of such claims.

3.    On account of, and in full satisfaction of the Proofs of Claims, Olympus shall have the following allowed claims:

    a.    Claim 248 shall be an allowed claim against CCH in the total amount of $813,800.50, the entirety of which shall be a general unsecured claim to be treated and paid in accordance with the terms of any confirmed chapter 11 plan or plans in the chapter 11 cases; and

    b.    Claim 583 shall be an allowed claim against SCH in the total amount of $33,658.39, (a) $13,735.00 of which shall be a general unsecured claim to be treated and paid in accordance with the terms of any confirmed chapter 11 plan or plans in the chapter 11 cases, and (b) $19,923.39 of which shall be an administrative expense claim that shall be paid by the Debtors to Olympus within thirty (30) days following entry of a Final Order approving the Settlement Agreement.

4.  The Debtors and their claims agent are authorized to take any and all actions necessary to effectuate the Settlement Agreement.

5.  The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

**Dated: February 24th, 2022**
**Wilmington, Delaware**

                    **MARY F. WALRATH**
                    **UNITED STATES BANKRUPTCY JUDGE**

39611917.2 02/23/2022