# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | 15.00 | $7,415.64 | 5.40 | $3,704.00 |
| Business Operations | 350.00 | $173,031.25 | 396.50 | $272,835.50 |
| Case Administration | 150.00 | $74,156.25 | 181.40 | $114,284.50 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 800.00 | $395,500.00 | 768.00 | $309,613.50 |
| Committee Matters | 30.00 | $14,831.25 | 6.90 | $4,913.00 |
| Creditor Inquiries | 15.00 | $7,415.64 | 4.70 | $2,272.00 |
| DIP Financing and Cash Collateral | 10.00 | $4,943.76 | 2.30 | $1,587.00 |
| Employee Benefits and Pensions | 21.00 | $10,381.89 | 17.70 | $10,699.50 |
| Executory Contracts and Unexpired Leases | 27.00 | $13,348.13 | 34.10 | $23,545.00 |
| Fee/Employment Application (Saul Ewing) | 45.00 | $22,246.88 | 38.90 | $11,539.50 |
| Fee/Employment Applications (Objections) | 15.00 | $7,415.64 | 0.00 | $0.00 |
| Fee/Employment Applications (Other Professionals) | 15.00 | $7,415.64 | 21.70 | $8,033.50 |
| Labor Matters | 15.00 | $7,415.64 | 0.00 | $0.00 |
| Litigation: Contested Matters and Adversary Proceedings | 1,450.00 | $716,843.75 | 1,365.30 | $707,983.50 |
| Plan and Disclosure Statement | 95.00 | $46,965.64 | 50.70 | $32,698.00 |
| Preparation for and Attendance at Hearing | 15.00 | $7,415.64 | 0.00 | $0.00 |
| Relief from Stay and Adequate Protection | 80.00 | $39,550.01 | 114.60 | $41,576.00 |
| UST Reports, Meetings and Issues | 21.00 | $10,381.89 | 2.70 | $1,177.00 |
| Utilities | 5.00 | $2,471.88 | 2.00 | $1,292.00 |
| **TOTAL** | **3,174.00** | **$1,569,146.42** | **3,012.90** | **$1,547,753.50** |
| **Minus Agreed Upon Discount** | | | | **($154,775.35)** |
| **GRAND TOTAL** | **3,174.00** | **$1,569,146.42** | **3,012.90** | **1,392,978.15** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | March 2, 2022 |
| Interim or Final: | Interim |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 13 |
| Counsel | 2 |
| Associate | 15 |
| Paralegal | 1 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 |

\

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | March 2, 2022 |
| Interim or Final: | Interim |

2

39697362.2 03/02/2022