Case 19-11466-MFW    Doc 3643-4    Filed 03/02/22    Page 1 of 2

# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

39697362.2 03/02/2022

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center; PA BCCO | $241.20 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $26,951.70 |
| Legal Research | Westlaw | $12,694.08 |
| Outside Reproduction | Exela Enterprise Solutions Inc.; Reliable Copy Service | $52.15 |
| Overnight Delivery | Federal Express | $148.04 |
| Photocopying (805 pages @ $.10 per page) |  | $80.50 |
| **TOTAL** |  | **$40,167.67** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |