# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | 15.00 | $7,415.64 | 4.20 | $2,575.00 |
| Business Operations | 450.00 | $222,468.75 | 459.90 | $314,671.00 |
| Case Administration | 100.00 | $49,437.51 | 187.80 | $90,486.00 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 450.00 | $222,468.75 | 768.40 | $341,569.50 |
| Committee Matters | 30.00 | $14,831.25 | 38.30 | $27,345.00 |
| Creditor Inquiries | 15.00 | $7,415.64 | 1.50 | $743.00 |
| Dip Financing and Cash Collateral | 15.00 | $7,415.64 | 0.00 | $0.00 |
| Employee Benefits and Pensions | 47.00 | $23,235.63 | 46.70 | $27,384.50 |
| Executory Contracts and Unexpired Leases | 30.00 | $14,831.25 | 1.00 | $690.00 |
| Fee/Employment Application (Saul Ewing) | 45.00 | $22,246.88 | 31.60 | $9,579.5 |
| Fee/Employment Applications (Objections) | 15.00 | $7,415.64 | 0.00 | $0.00 |
| Fee/Employment Applications (Other Professionals) | 15.00 | $7,415.64 | 15.50 | $4,182.50 |
| Labor Matters | 15.00 | $7,415.64 | 0.00 | $0.00 |
| Litigation: Contested Matters and Adversary Proceedings | 2,200.00 | $1,087,625.00 | 2,165.20 | $1,235,131.50 |
| Plan and Disclosure Statement | 45.00 | $22,246.88 | 9.50 | $6,467.00 |
| Preparation for and Attendance at Hearing | 15.00 | $7,415.64 | 7.20 | $5,411.00 |
| Relief from Stay and Adequate Protection | 100.00 | $49,437.51 | 32.30 | $12,981.00 |
| UST Reports, Meetings and Issues | 39.00 | $19,280.64 | 3.20 | $1,504.00 |
| Utilities | 15.00 | $7,415.64 | 0.40 | $210.00 |
| **TOTAL** | **3,656.00** | **$1,807,435.17** | **3,772.70** | **$2,080,930.50** |
| **Minus Agreed Upon Discount** | | | | **($208,093.05)** |
| **Minus Additional Discount** | | | | **($70,000.00)** |
| **GRAND TOTAL** | **3,656.00** | **$1,807,435.17** | **3,772.70** | **$1,802,837.45** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | March 2, 2022 |
| Interim or Final: | Interim |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 16 |
| Counsel | 2 |
| Associate | 13 |
| Paralegal | 1 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | March 2, 2022 |
| Interim or Final: | Interim |

2