# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center; File & Serve Xpress LLC | $472.20 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $28,067.35 |
| Legal Research | Westlaw; Lexis | $31,769.57 |
| Meals | *See attached chart* | $39.53 |
| Outside Reproduction | Exela Enterprise Solutions Inc.; Reliable Copy Service | $172.70 |
| Overnight Delivery | Federal Express | $1,080.60 |
| Parking | *See attached chart* | $26.00 |
| Photocopying (2,136 pages @ $.10 per page) |  | $213.60 |
| Process Server | Process Service PA LLC | $241.92 |
| Service Fee | Reliable Copy Service (ECF Docketing) | $75.00 |
| Transcript | Reliable Copy Services – DE | $117.90 |
| **TOTAL** |  | **$62,276.37** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 05/14/21 | Parkway Corp. Centre Square | (1) Kathy Powers | Parking in Philadelphia, PA for finalizing and sending out mediation brief | $26.00 |
| **TOTAL** | | | | **$26.00** |

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 04/21/20 | Door Dash / Honeygrow | (2) Jeffrey Hampton, Adam Isenberg | Lunch working in office on mediation statement | $39.53 |
| **TOTAL** | | | | **$39.53** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | March 2, 2022 |
| Interim or Final: | Interim |