# EXHIBIT A

# Proposed Order

39687101.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No.** |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC TO MAKE SECURED TERM LOAN TO BROAD STREET ENTITIES PURSUANT TO 11 U.S.C. § 363 AND 105(a) AND (II) GRANTING RELATED RELIEF**

This matter having come before the Court upon the Motion for Expedited Consideration[2] filed by the above-captioned debtors and debtors-in-possession (the "**Debtors**") for expedited consideration of the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* (the "**Motion**"); and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion for Expedited Consideration is GRANTED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not herein defined shall have the same meaning as so defined in the Motion for Expedited Consideration.

39687101.3

ORDERED, that the Motion will be considered by the Court at a hearing to be held on March 11, 2022 at 10:30 a.m. (ET); and it is further

ORDERED, that any response or objection to the Motion shall be filed and served by 12:00 noon (ET) the day prior to the foregoing hearing.