**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline: March 25, 2022 4:00 p.m.** |
| | ) | **Hearing Date: Only if objection is timely filed** |

**TWENTY-FIFTH MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| | |
|---|---|
| Name of Applicant: | <u>Klehr Harrison Harvey Branzburg LLP</u> |
| Authorized to Provide Professional Services to: | <u>Debtors and Debtors-In-Possession</u> |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | <u>January 1, 2022 through January 31, 2022</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$32,951.25</u><br>(80 % of which is $26,361.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$274.51</u> |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the twenty-fifth monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | Fee Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly Filed 2/17/2021 DI No. 2099 | 12/1/2020-12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly Filed 2/22/2021 DI No. 2115 | 1/1/2021-1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly Filed 4/12/2021 DI No. 2251 | 2/1/2021-2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly Filed 5/4/2021 DI No. 2613 | 3/1/2021-3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly Filed 8/4/2021 DI No. 2670 | 4/1/2021-4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth Monthly Filed 8/4/2021 DI No. 2671 | 5/1/2021-5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly Filed 8/4/2021 DI No. 2673 | 6/1/2021-6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly Filed 8/25/2021 DI No. 2745 | 7/1/2021-7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |
| Twentieth Monthly Filed 9/30/2021 DI No. 2907 | 8/1/2021-8/31/2021 | $31,199.85 | $0.00 | $24,959.88 | $0.00 | $6,239.97 |
| Twenty-First Monthly Filed 10/28/2021 DI No. 3000 | 9/1/2021-9/30/2021 | $19,180.35 | $20.85 | $15,344.28 | $20.85 | $3,836.07 |
| Twenty-Second Monthly Filed 12/6/2021 DI No. 3265 | 10/1/2021-10/31/2021 | $46,190.25 | $0.00 | $36,952.20 | $0.00 | $9,238.05 |
| Twenty-Third Monthly Filed 1/5/2022 DI No. 3409 | 11/1/2021-11/30/2021 | $68,336.10 | $155.48 | $54,668.88 | $155.48 | $13,667.22 |
| Twenty-Fourth Monthly Filed 1/21/2022 DI No. 3495 | 12/1/2021-12/31/2021 | $32,212.80 | $189.03 | $25,770.24 | $189.03 | $6,442.56 |

**TIME AND COMPENSATION BREAKDOWN**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $735.00 | 31.90 | $23,446.50 |
| Raymond H. Lemisch | Bankruptcy & Restructuring Partner Admitted to Bar 1984 | $540.00 | 1.40 | $756.00 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate Admitted to Bar 2005 | $350.00 | 23.20 | $8,120.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $300.00 | 14.30 | $4,290.00 |
| **TOTALS** | | | **70.80** | **$36,612.50** |
| **BLENDED RATE** | | | | **$517.12** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$3,661.25** |
| **GRAND TOTAL** | | | | **$32,951.25** |

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Case Administration | CS/04 | 0.90 | $270.00 |
| Claims Administration and Objections | CL/05 | 31.90 | $23,446.50 |
| Fee/Employment Applications | FE/07 | 5.60 | $1,680.00 |
| Litigation | LT/10 | 32.40 | $11,216.00 |
| **TOTAL** | | **70.80** | **$36,612.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$3,661.25** |
| **GRAND TOTAL** | | | **$32,951.25** |

**EXPENSE SUMMARY**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Pacer | $181.50 |
| Express Delivery | $57.14 |
| Conference Call Charges | $35.87 |
| **TOTAL** | **$274.51** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**TWENTY-FIFTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its twenty-fifth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from January 1, 2022 through January 31, 2022. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

### I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

### II.    BACKGROUND

2.    On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.    On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.    Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from January 1, 2022 through January 31, 2022 (the "Compensation Period"), totaling 70.80 hours of professional time.

6.    Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.    The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $32,951.25.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $32,951.25 in fees and $274.51 in expenses, for a total of $33,225.76.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $32,951.25 and reimbursement of actual and necessary expenses incurred in the sum of $274.51 for the period from January 1, 2022 through January 31, 2022; (b) payment in the total amount of $26,635.51 which represents (i) 80% of the total fees billed ($26,361.00) and (ii) 100% of the expenses incurred ($274.51) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated:  March 4, 2022                  */s/ Domenic E. Pacitti*
Wilmington, Delaware           Domenic E. Pacitti (DE Bar No. 3989)
                                    **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                    919 North Market Street, Suite 1000
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 426-1189
                                    Facsimile: (302) 426-9193
                                    Email:  dpacitti@klehr.com

                                    *Special Counsel to the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("<u>Klehr</u> <u>Harrison</u>"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "<u>Debtors</u>").

2.      I have read the foregoing Twenty-Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from January 1, 2022 through January 31, 2022 and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2022 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2022                          _____/s/ Domenic E. Pacitti_____
                                                                        Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



**KLEHR HARRISON
HARVEY BRANZBURG** LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

February 3, 2022

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

| | |
|---|---|
| Invoice #: | 462502 |
| Client #: | 19647 |
| Matter #: | 0019 |

For professional services through January 31, 2022:

**RE:  Chapter 11**

**PROFESSIONAL SERVICES**

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/05/22 | MKH | Review case docket; update case calendar re upcoming hearings and critical dates | .40 | 300.00 | 120.00 |
| 1/07/22 | MKH | Update case calendar re critical dates | .20 | 300.00 | 60.00 |
| 1/25/22 | MKH | Update case calendar with critical dates and deadlines | .30 | 300.00 | 90.00 |

**Task Total:**                                                                      **$ 270.00**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/03/22 | DEP | Review and analysis of documents and analysis re: mediation issues and additional information | 2.50 | 735.00 | 1,837.50 |
| 1/04/22 | DEP | Call from T. Daluz re: information exchange for mediation and other mediation issues | .40 | 735.00 | 294.00 |
| 1/04/22 | DEP | Call with A. Perno and J. DiNome re: lease analysis for mediation | 1.00 | 735.00 | 735.00 |
| 1/04/22 | DEP | Calls with J. DiNome re: mediation issues and information | .40 | 735.00 | 294.00 |
| 1/04/22 | DEP | Follow up call with T. Daluz re: mediation issues | .20 | 735.00 | 147.00 |

19647: Philadelphia Academic Health System, LLC

0019: Chapter 11

February 3, 2022

Invoice #: 462502

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/04/22 | DEP | Follow up call with clients re: open mediation issues and call with T. Daluz | .30 | 735.00 | 220.50 |
| 1/05/22 | DEP | Review revised analysis re: Leased space (.30) / call with clients re: same (.30) | .60 | 735.00 | 441.00 |
| 1/05/22 | DEP | Prepare for mediation session | 1.10 | 735.00 | 808.50 |
| 1/05/22 | DEP | Mediation session with Judge Fitzgerald | .50 | 735.00 | 367.50 |
| 1/05/22 | DEP | Mediation session with Judge Fitzgerald and T. Daluz | .70 | 735.00 | 514.50 |
| 1/05/22 | DEP | Call with J. DiNome re: update on mediation | .50 | 735.00 | 367.50 |
| 1/06/22 | DEP | Email exchanges with T. Daluz re: information requested and review of same | .50 | 735.00 | 367.50 |
| 1/06/22 | DEP | Email exchanges with J. DiNome re: emails with Drexel and information requested and review of same | .50 | 735.00 | 367.50 |
| 1/06/22 | DEP | Review lease information | 1.00 | 735.00 | 735.00 |
| 1/07/22 | DEP | Emails with T. Daluz re: information exchange (.40) / call with Judge Fitzgerald re: mediation (.30) / call with J. DiNome re: mediation issues (.30) | 1.00 | 735.00 | 735.00 |
| 1/13/22 | DEP | Review information for mediation (1.10) / call with J. DiNome re: mediation issues (.40) | 1.50 | 735.00 | 1,102.50 |
| 1/14/22 | DEP | Email exchanges with B.  Mankovetskiy re: mediation, mediation documents and status | .50 | 735.00 | 367.50 |
| 1/14/22 | DEP | Prepare for mediation call with Judge Fitzgerald and Drexel | .50 | 735.00 | 367.50 |
| 1/14/22 | DEP | Attend mediation call with Judge Fitzgerald and T. Daluz re: information exchange and scheduling | .70 | 735.00 | 514.50 |
| 1/14/22 | DEP | Email exchanges with committee counsel re: mediation issues and scheduling | .40 | 735.00 | 294.00 |
| 1/14/22 | DEP | Meet with A. Perno re: lease information and issues for mediation | 1.40 | 735.00 | 1,029.00 |
| 1/17/22 | DEP | Call with J. DiNome re: update n mediation and mediation related issues | .60 | 735.00 | 441.00 |
| 1/17/22 | DEP | Prepare for call with committee (.40) / call with committee re: Drexel mediation (.60) | 1.00 | 735.00 | 735.00 |
| 1/18/22 | DEP | Email with T. Daluz re: document exchange | .10 | 735.00 | 73.50 |
| 1/19/22 | DEP | Work on Drexel mediation issues and documents | 2.70 | 735.00 | 1,984.50 |
| 1/20/22 | DEP | Work on Drexel mediation issues and review of documents | 3.00 | 735.00 | 2,205.00 |
| 1/21/22 | DEP | Review documents and information for mediation update call (.70) / call with A. Perno re: questions of information (.30) | 1.00 | 735.00 | 735.00 |
| 1/21/22 | DEP | Attend Drexel mediation update call with Judge Fitzgerald | .80 | 735.00 | 588.00 |
| 1/24/22 | DEP | Email exchange with A. Perno re: floor plans | .20 | 735.00 | 147.00 |

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

February 3, 2022
Invoice #: 462502

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/25/22 | DEP | Emails with client re: New Innovations (.50) / continue to review documents for mediation issues (1.50) | 2.00 | 735.00 | 1,470.00 |
| 1/26/22 | DEP | Call with J. DiNome re:information review and strategy discussion re; Drexel mediation | .80 | 735.00 | 588.00 |
| 1/31/22 | DEP | Call with J. DiNome and A. Owen of New Innovations re: records (.60) / follow up call with J. DiNome re: same (.40) | 1.00 | 735.00 | 735.00 |
| 1/31/22 | DEP | Review information for mediation update call with mediator (1.40) / mediation call with Judge Fitzgerald and T. Daluz (.70) | 2.10 | 735.00 | 1,543.50 |
| 1/31/22 | DEP | Call with J. DiNome re: mediation issues and strategy | .40 | 735.00 | 294.00 |

**Task Total:**                                                         **$ 23,446.50**

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/05/22 | MKH | Draft Twenty-Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through November 30, 2021; prepare email to D. Pacitti attaching same for review | 1.40 | 300.00 | 420.00 |
| 1/05/22 | MKH | Revise and finalize Twenty-Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through November 30, 2021 for filing and efile same with Bankruptcy Court | .80 | 300.00 | 240.00 |
| 1/20/22 | MKH | Draft Twenty-Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2021 through December 31, 2021 and prepare email to D. Pacitti attaching same for review | 1.50 | 300.00 | 450.00 |
| 1/21/22 | MKH | Revise and finalize Twenty-Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2021 through December 31, 2021 for filing and efile same with Bankruptcy Court | .70 | 300.00 | 210.00 |
| 1/28/22 | MKH | Review case docket; draft and prepare CNO re Twenty-Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through November 30, 2021 for filing and efile same with Bankruptcy Court | .60 | 300.00 | 180.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/31/22 | MKH | Update professionals' fee and expenses chart | .60 | 300.00 | 180.00 |

**Task Total:**        **$ 1,680.00**

## Litigation

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/04/22 | RHL | Review email from Sally to client regarding status of the 3 Siemans adversaries | .10 | 540.00 | 54.00 |
| 1/05/22 | SEV | Draft and finalize settlements with preference defendants including preparing CNOs/ settlement agreements/ 9019 motions | 2.60 | 350.00 | 910.00 |
| 1/05/22 | SEV | Draft and revise correspondence to counsel for Beckman Coulter regarding new value and ordinary course analysis | .50 | 350.00 | 175.00 |
| 1/06/22 | SEV | Email exchanges with FedEx counsel M. Siedband regarding settlement funds | .30 | 350.00 | 105.00 |
| 1/06/22 | SEV | Review extensive analysis of new value and ordinary course defenses in memorandum from Global Neurosciences along with correspondence from counsel; confer with Eisner Amper | 1.40 | 350.00 | 490.00 |
| 1/10/22 | SEV | Draft settlement agreement for PGW matter and confer with P. Pham | 1.10 | 350.00 | 385.00 |
| 1/10/22 | SEV | Update tracker to reflect current status of settlements and mediation; confer with D. Pacitti regarding same | .80 | 350.00 | 280.00 |
| 1/10/22 | RHL | Review email from Sally to Susannah regarding GNI alleged preference defense and review email from Sally providing an update on all adversary proceedings | .20 | 540.00 | 108.00 |
| 1/11/22 | SEV | Draft correspondence to B. Weston regarding calculation of MetTel preference defenses | .60 | 350.00 | 210.00 |
| 1/12/22 | SEV | Finalize 9019 motions for FedEx, Hologic and Siemens Industry cases; prepare same for filing and service | 1.30 | 350.00 | 455.00 |
| 1/13/22 | RHL | Review detailed report from GNI regarding defenses to preference claim and then review email from Susannah and email Sally concerning defenses asserted | .90 | 540.00 | 486.00 |
| 1/20/22 | SEV | Telephone call with B. Weston regarding preference exposure and potential settlement of MetTel adversary proceeding; confer with client regarding same | .70 | 350.00 | 245.00 |
| 1/21/22 | SEV | Draft and revise request for entry of default along with declaration and judgment by default in Depuy Synthes adversary proceeding; prepare same for filing and service | 1.10 | 350.00 | 385.00 |
| 1/21/22 | SEV | Revise and finalize certificate of no objection for Carefusion 9019 in adversary proceeding; prepare for filing | .50 | 350.00 | 175.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/21/22 | SEV | Revise and finalize certificate of no objection for OrthoPediatrics 9019 in adversary proceeding; prepare for filing | .50 | 350.00 | 175.00 |
| 1/21/22 | SEV | Draft and revise request for entry of default along with declaration and judgment by default in Fortec Medical adversary proceeding; prepare same for filing and service | 1.00 | 350.00 | 350.00 |
| 1/21/22 | SEV | Draft and revise request for entry of default along with declaration and judgment by default in Sterlimed adversary proceeding; prepare same for filing and service | 1.10 | 350.00 | 385.00 |
| 1/21/22 | SEV | Draft and finalize notice of dismissal of Cintas adversary proceeding | .60 | 350.00 | 210.00 |
| 1/21/22 | RHL | Review email from Sally to client regarding MetTel new offer and review response from client | .20 | 540.00 | 108.00 |
| 1/25/22 | MKH | Review documents for resident related information for mediation issues | 3.60 | 300.00 | 1,080.00 |
| 1/25/22 | SEV | Email exchanges with L. Zabel regarding preference claims against Siemens Healthcare and Siemens Diagnostics | .30 | 350.00 | 105.00 |
| 1/25/22 | SEV | Revise and finalize MetTel settlement and agreement resolving preference claims | 1.30 | 350.00 | 455.00 |
| 1/26/22 | SEV | Analyze further revisions to settlement agreements by preference defendants and confer with defense counsel regarding same | 1.10 | 350.00 | 385.00 |
| 1/26/22 | SEV | Draft and revise 9019 motion for PGW settlement of preference claims along with proposed order | 1.30 | 350.00 | 455.00 |
| 1/26/22 | SEV | Email exchange with L. Zabel regarding Siemens Healthcare settlement payment in adversary proceeding | .20 | 350.00 | 70.00 |
| 1/26/22 | SEV | Email exchange with L. Martin re Beckman Coulter adversary proceeding | .10 | 350.00 | 35.00 |
| 1/27/22 | MKH | Review NCB Lease and floor plans for mediation related issues | 4.20 | 300.00 | 1,260.00 |
| 1/28/22 | SEV | Draft and finalize certificate of no objection for 9019 motion approving settlement of preference claims against Siemens Industry; upload order | .50 | 350.00 | 175.00 |
| 1/28/22 | SEV | Draft and finalize certificate of no objection for 9019 motion approving settlement of preference claims against Hologic; upload order | .50 | 350.00 | 175.00 |
| 1/28/22 | SEV | Draft and finalize certificate of no objection for 9019 motion approving settlement of preference claims against FedEx Corp.; upload order | .50 | 350.00 | 175.00 |
| 1/28/22 | SEV | Draft and revise 9019 motion for MetTel settlement of preference claims along with proposed order | 1.20 | 350.00 | 420.00 |
| 1/28/22 | SEV | Review docket and update tracker to reflect current status of adversary proceedings and current deadlines | 1.60 | 350.00 | 560.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/31/22 | SEV | Draft notice of dismissal of Hologic adversary proceeding and confer with P. Hage regarding same | .50 | 350.00 | 175.00 |

| | |
|---|---|
| **Task Total:** | **$ 11,216.00** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 36,612.50** |
| 10% Discount | $ -3,661.25 |
| **NET PROFESSIONAL SERVICES** | **$ 32,951.25** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Pacitti, Domenic E. | Partner | 31.90 | 735.00 | 23,446.50 |
| Lemisch, Raymond H. | Partner | 1.40 | 540.00 | 756.00 |
| Veghte, Sally E. | Associate | 23.20 | 350.00 | 8,120.00 |
| Hughes, Melissa K. | Paralegal | 14.30 | 300.00 | 4,290.00 |
| **TOTALS** | | **70.80** | | **$ 36,612.50** |

# EXHIBIT B

**DISBURSEMENTS**

| Description | Amount |
|---|---|
| Pacer | 181.50 |
| Conference Call Charges | 35.87 |
| Express Delivery | 57.14 |

|  |  |
|---|---|
| **TOTAL DISBURSEMENTS** | **$ 274.51** |
| **TOTAL THIS INVOICE** | **$ 33,225.76** |

CLIENT MATTER

## 19647-0019

| Date: **12/14/21**<br>Time: 11:25 AM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 124 | 3.72 |
| | Call Total: 5.63 | | Sub Total Pre-Tax: 3.72 | Taxes and Surcharges: 1.91 | |

| Date: **12/16/21**<br>Time: 10:26 AM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 69 | 2.07 |
| | Call Total: 3.14 | | Sub Total Pre-Tax: 2.07 | Taxes and Surcharges: 1.07 | |

| Date: **12/16/21**<br>Time: 1:24 PM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 4 | 0.030 | 76 | 2.28 |
| | Call Total: 3.46 | | Sub Total Pre-Tax: 2.28 | Taxes and Surcharges: 1.18 | |

| Date: **12/21/21**<br>Time: 2:57 PM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 2 | 0.030 | 25 | 0.75 |
| | Call Total: 1.14 | | Sub Total Pre-Tax: 0.75 | Taxes and Surcharges: 0.39 | |

CLIENT MATTER

## 19647-00019

| Date: **01/04/22**<br>Time: 10:57 AM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 4 | 0.030 | 120 | 3.60 |
| | Call Total: 5.46 | | Sub Total Pre-Tax: 3.60 | Taxes and Surcharges: 1.86 | |

CLIENT MATTER

## 19598-002

| Date: **12/14/21**<br>Time: 6:58 PM | Moderator: **Jordan Rand** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 2 | 0.030 | 87 | 2.61 |
| | Call Total: 4.20 | | Sub Total Pre-Tax: 2.61 | Taxes and Surcharges: 1.59 | |

CLIENT MATTER

## 19363-0008

| Date: **01/06/22**<br>Time: 3:28 PM | Moderator: **Jordan Rand** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 157 | 4.71 |
| | Call Total: 7.57 | | Sub Total Pre-Tax: 4.71 | Taxes and Surcharges: 2.86 | |

CLIENT MATTER

## 19296-0006

| Date: **12/15/21**<br>Time: 11:57 AM | Moderator: **Katherine Missimer** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Local Access | 5 | 0.030 | 79 | 2.37 |
| | Call Total: 3.81 | | Sub Total Pre-Tax: 2.37 | Taxes and Surcharges: 1.44 | |

CLIENT MATTER

## 19928-0013

| Date: **12/15/21** Time: 5:27 PM | Moderator: **Adrienne Beatty** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 5 | 0.030 | 182 | 5.46 |
| | Call Total: 8.78 | Sub Total Pre-Tax: 5.46 | | Taxes and Surcharges: 3.32 | |
| Date: **12/22/21** Time: 4:35 PM | Moderator: **Adrienne Beatty** | | Service: Readyconference Plus Audio | | |
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 96 | 2.88 |
| | Call Total: 4.63 | Sub Total Pre-Tax: 2.88 | | Taxes and Surcharges: 1.75 | |

CLIENT MATTER

## 19882-001

| Date: **01/11/22** Time: 12:59 PM | Moderator: **David S. Eagle** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 111 | 3.33 |
| | Call Total: 5.05 | Sub Total Pre-Tax: 3.33 | | Taxes and Surcharges: 1.72 | |

CLIENT MATTER

## 19761-002

| Date: **12/15/21** Time: 1:57 PM | Moderator: **David S. Eagle** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 4 | 0.030 | 193 | 5.79 |
| | Call Total: 8.78 | Sub Total Pre-Tax: 5.79 | | Taxes and Surcharges: 2.99 | |

CLIENT MATTER

## 19674-0019

| Date: **01/05/22** Time: 8:27 AM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 77 | 2.31 |
| | Call Total: 3.49 | Sub Total Pre-Tax: 2.31 | | Taxes and Surcharges: 1.18 | |
| Date: **12/22/21** Time: 1:26 PM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 4 | 0.030 | 42 | 1.26 |
| | Call Total: 1.91 | Sub Total Pre-Tax: 1.26 | | Taxes and Surcharges: 0.65 | |
| Date: **12/30/21** Time: 9:42 AM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 79 | 2.37 |
| | Call Total: 3.59 | Sub Total Pre-Tax: 2.37 | | Taxes and Surcharges: 1.22 | |

CLIENT MATTER

## 19647-0019

| Date: **01/05/22** Time: 3:26 PM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 4 | 0.030 | 94 | 2.82 |
| | Call Total: 4.28 | Sub Total Pre-Tax: 2.82 | | Taxes and Surcharges: 1.46 | |
| Date: **12/13/21** Time: 10:55 AM | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | |
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 83 | 2.49 |
| | Call Total: 3.77 | Sub Total Pre-Tax: 2.49 | | Taxes and Surcharges: 1.28 | |

| | **Report for klehradmin** | | | | |
|---|---|---|---|---|---|
| | **Client Code** | **Login** | **Pages** | **Audio** | **Cost** |
| 19647-0001 | 19647-0001 | dpacitti Domenic Pacitti (4215899) | 7 | 0 | $0.70 |
| 19647-0019 | 19647-0019 | dpacitti Domenic Pacitti (4215899) | 93 | 0 | $9.30 |
| 19647-0019 | 19647.0019 | dpacitti Domenic Pacitti (4215899) | 163 | 0 | $16.30 |
| 19647-0019 | 19647.0019 | sallyveghte Sally Veghte (4215825) | 1051 | 0 | $105.10 |
| 19674-0019 | 19674-0019 | dpacitti Domenic Pacitti (4215899) | 68 | 0 | $6.80 |
| 19647-0019 | HAHNEMANN | myurkewicz Michael Yurkewicz (4215889) | 433 | 0 | $43.30 |
| | | | | | $181.50 |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-640-68953 | Jan 25, 2022 | 7731-3087-6 | 3 of 3 |

**Ship Date:** Jan 19, 2022                    **Cust. Ref.:** 19647.0019/DEP                    **Ref.#2:**
**Payor:** Shipper                                        **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
Distance Based Pricing, Zone 3
Package Delivered to Recipient Address - Release Authorized

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | | | |
| Tracking ID | 775796071852 | Office Services | Judith Fitzgerald, Esquire | |
| Service Type | FedEx Priority Overnight | KLEHR HARRISON HARVEY | 1925 Lake Marshall Drive | |
| Package Type | FedEx Pak | 919 N. Market Street | GIBSONIA PA 15044 US | |
| Zone | 03 | WILMINGTON DE 19801 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 50.55 |
| Delivered | Jan 20, 2022 11:41 | Automation Bonus Discount | | -5.06 |
| Svc Area | A2 | Fuel Surcharge | | 6.35 |
| Signed by | see above | Residential Delivery | | 5.30 |
| FedEx Use | 000000000/1508/02 | **Total Charge** | **USD** | **$57.14** |

|  | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$112.78** |
| **Total FedEx Express** | **USD** | **$112.78** |