**UNITED STATUS BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | |
| *et al.*,[1] | ) | Case No.: 19-11466 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Hearing Date: April 19, 2022 @ 10:30 a.m. |
| _____ | ) | Objection Deadline: April 1, 2022 @ 4:00 p.m. |

**TO: Parties on the Rule 2002 Service List and Certificate of Service**

**NOTICE OF MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM**
**AND FOR RELIEF FROM THE AUTOMATIC STAY**

Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a minor, have filed a Motion seeking the following relief: Relief Pursuant to Federal Rules of Bankruptcy Procedure 9006(b) and 3003(c)(2)(3) for excusable neglect and good cause shown to Extend the Time for Filing of their Proofs of Claim, and for Relief from the Automatic Stay *Nunc Pro Tunc*.

HEARING ON THE MOTION WILL BE HELD ON APRIL 19, 2022, at 10:30 A.M.

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE APRIL 1, 2022, at 4:00 p.m. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least seven (7) calendar days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associate, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Richard A. Barkasy, Esquire
Kristi J. Doughty, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 800
Wilmington, DE 19801-4939

    The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

    The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

DATED:   March 7, 2022          Movants by their Counsel

                                                                  /s/ Kristi J. Doughty
                                                   Richard A. Barkasy (No. 4683)
                                                   Kristi J. Doughty (No. 3826)
                                                   Schnader Harrison Segal & Lewis LLP
                                                   824 N. Market St., Suite 800
                                                   Wilmington, DE 19801-4939
                                                   (302)482-4038
                                                   Email: KDoughty@Schnader.com
                                                   Attorneys for Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor