**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, ) | Case No.: 19-11466 (MFW) |
| *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| _____ ) | |

**DECLARATION OF BETHANY R. NIKITENKO IN SUPPORT OF MOTION OF SHAWANDA SMITH AND CHAMARR FANNING, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF N.F., A MINOR, TO ALLOW LATE-FILED CLAIM AND FOR RELIEF FROM THE AUTOMATIC STAY**

I, Bethany R. Nikitenko, being duly sworn, state the following under penalty of perjury:

1.  I am an attorney in good standing and licensed to practice in the Commonwealth of Pennsylvania and a partner in the firm of Feldman Shepherd Wohlgelernter Tanner Weinstock Dodig LLP. I am counsel for Shawanda Smith and Chamarr Fanning Individually, and as Guardians of N.F., a minor (the "Movants") in the case of *Shawanda Smith & Chamarr Fanning as parents and natural guardians of N.F., a minor and Shawanda Smith and Chamarr Fanning in their own right, v. Brett N. Perkins, R.N., Jessica Hegedus, CRT, St. Christopher's Healthcare,*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associate, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*LLC d/b/a, St. Christopher's Hospital for Children, SCHC Pediatric Associates, LLC, Philadelphia Academic Health System, LLC and The American Academic Health System, LLC,* May Term, 2021, No. 02427 (the "State Court Action"). I submit this Declaration in support of Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor, to Allow Late-Filed Claims and for Relief from the Automatic Stay in the above-captioned bankruptcy case of St. Christopher's Healthcare LLC, d/b/a St. Christopher's Hospital for Children ("Debtor"). This Declaration is based on my personal knowledge or information and belief and, if called as a witness, would testify competently as to the matters stated herein.

2. As N.F.'s medical records show, N.F. was admitted to St. Christopher's Healthcare LLC, d/b/a St. Christopher's Hospital for Children (the "Hospital") on June 21, 2019 for a recurrent viral illness. N.F. was experiencing persistent, rapid, shallow breathing despite medical intervention, so N.F. was transferred to the Intensive Care Unit on June 23, 2019. N.F continued to experience respiratory distress and was intubated. According to the medical records, in the early morning hours of June 25, 2019, N.F. became hypotensive and bradycardic after being "accidentally extubated." Cardiac pulmonary resuscitation was performed on N.F. for 8 minutes because N.F. lost a pulse, and three rounds of epinephrine were administered before spontaneous circulation was recovered. Copies of pertinent medical records are attached as Exhibit A.

3. The medical records show that on June 29, 2019, N.F. was noted to have seizure-like activity. Several days later, an MRI of the brain revealed subacute ischemia in the bilateral occipital, parasagittal parietal and posterior frontal cortex.

4. On July 9, 2019, the Hospital sent a letter to Movants notifying them of what they characterized as an "unscheduled event that occurred [with N.F.]" that occurred on June 25, 2019. The Hospital sent Ms. Smith a second letter dated July 10, 2019, regarding an infection N.F.

developed while in the Hospital. Copies of these letters are attached collectively hereto as Exhibit B.

5. N.F. is currently three years old. N.F. receives much of N.F.'s nutrition through a gastrostomy tube. N.F.'s speech is also significantly limited. N.F. has persistent respiratory issues, which cause N.F. severe shortness of breath and decreased oxygen saturation. N.F. is unable to run or walk any sustained distance. N.F. attends Laura's House, which is a medical daycare program for children with special medical needs. N.F. must have a home nurse seven days per week from 10 p.m. to 6 a.m. The nurse monitors N.F.'s breathing, provides supplemental oxygen, and administers supplemental nutrition. N.F. remains under the care and treatment of a pediatrician, a pulmonologist, and gastroenterologist. N.F. was also referred by to a neurologist due to severely delayed speech. The exact nature and extent of N.F.'s neuropsychological injuries cannot be assessed because N.F. is too young to undergo a neuropsychological evaluation.

6. On May 26, 2021, in order to preserve the statute of limitations and Movants' rights, I filed a Writ of Summons against defendants Brett N. Perkins, R.N., Jessica Hegedus, CRT, St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children, SCHC Pediatric Associates, LLC, Philadelphia Academic Health System, LLC and The American Academic Health System, LLC in the State Court Action. A copy of the Writ of Summons is attached as Exhibit C

7. Prior to filing the Writ of Summons, I communicated with counsel for the Hospital, Gary Samms, personal injury counsel for the Hospital, via e-mail and telephone in order to seek clarification as to the correct St. Christopher entities for purposes of filing suit. At no time during those discussions did he advise of the Bar Date or the need to file a Proof of Claim. Attached as Exhibit D is a copy of my email exchange with Gary Samms

8. Neither I nor any of the Movants received notice of the Debtors' bankruptcy filing until defendants filed a Suggestion of Bankruptcy in the State Court Case. A copy of the Suggestion of Bankruptcy is attached hereto as Exhibit E.

9. Neither I nor any of the Movants received notice of the Bar Date.

10. I hereby submit that in the interests of justice, Movants should be permitted to file and have deemed timely submitted proposed proofs of claim attached hereto as Exhibit F.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
BETHANY R. NIKITENKO