EXHIBIT A

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F███ N███ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months  /  ███ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

| *Physician Progress Notes* |
|---|

I attest that I evaluated the patient without the Resident, and I reviewed and discussed the case with the Resident and made modifications to the Resident's findings and plans of care as documented above.

*Electronically Signed On 06/27/19 09:51 EDT*

_____

 *JOHN MD, SONIA*

*Electronically Signed On 06/27/2019 16:11 EDT*

_____

 *KONCICKI MD, MONICA L*

---

| | |
|---|---|
| Document Type: | Progress Note EMR |
| Document Subject: | Lavender Progress Note |
| Document Date/Time: | 6/26/2019 07:08 EDT |
| Document Status: | Auth (Verified) |
| Performed By: | JOHN MD,SONIA (6/26/2019 07:22 EDT) |
| Authenticated By: | MADHAVARAPU MD,SWETHA (6/27/2019 14:23 EDT); MADHAVARAPU MD,SWETHA (6/27/2019 14:23 EDT); JOHN MD,SONIA (6/26/2019 15:00 EDT); JOHN MD,SONIA (6/26/2019 11:19 EDT); JOHN MD,SONIA (6/26/2019 11:11 EDT); JOHN MD,SONIA (6/26/2019 09:48 EDT); JOHN MD, SONIA (6/26/2019 07:35 EDT); JOHN MD,SONIA (6/26/2019 07:33 EDT); JOHN MD,SONIA (6/26/2019 07:27 EDT) |

# Progress Note

# Pediatric Critical Care Progress Note

## Subjective and Objective

ICU day 4

**Diagnosis (6)**
Bronchiolitis (J21.9):

Cough (R05):

Fever (R50.9):

Otitis media (H66.90):

Pneumonia (J18.9):

76859B436B7C41E99179, F███████, 2080

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F███████, N███ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018   / 14 months   /  ███ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

## *Physician Progress Notes*

Respiratory distress, acute (R06.03):

**Active Problems** (1)
**Dyspnea**

Events of the Last 24 hours:
Patient started on Terbutaline drip yesterday afternoon, titrated up as needed, now running at a rate of 4 mcg/kg/min. Vitals notable for tachycardia with HR 176-204, and widened pulse pressures systolic 98-135 and diastolic 36-51. Patient was also started on Solumedrol 0.5mg/kg/hr q6h yesterday and is now getting Atrovent scheduled Q6. Patient was briefly started on Lasix at 8pm but was discontinued at midnight.
███ continues on insulin drip, glucose ranging 200s overnight. Patient has not made any urine over the past 3 hours, given this will start patient on Lasix drip at .03 mg/kg/hr. Cefepime and Vanc were discontinued yest, and swicthed to Ceftriaxone for presumed pneumonia. Stool pcr +Adevnovirus.

Patient examined and plan discussed with Dr. Madhavarapu

Invasive Lines:
    Present: Location R arterial line; Day 2; Line still needed? Yes
    Present: Location: R femoral line; Day 2; Line still needed? Yes

Extubation plan or readiness trial discussed: Yes, not ready

Foley: Day 2; Reason for continuation: Strict I&O on intubated patient

| **Vital Signs:** | **Last Charted:** | | **24 Hr Minimum:** | | **24 Hr Maximum:** | |
|---|---|---|---|---|---|---|
| **Temp C** | 37.6 | (06/26 06:00) | 36.8 | (06/25 08:00) | 39.2 (H) | (06/25 11:53) |
| **Heart Rate** | 192 (H) | (06/26 06:00) | 108 | (06/25 11:00) | 204 (H) | (06/26 04:00) |
| **Resp Rate** | 30 | (06/26 06:00) | 21 | (06/25 11:00) | 30 | (06/25 08:00) |
| **SBP Line** | 98 | (06/26 06:00) | 89 | (06/25 13:00) | 135 (H) | (06/26 02:00) |
| **DBP Line** | 37 | (06/26 06:00) | 33 (L) | (06/25 14:00) | 63 | (06/25 08:00) |
| **SpO2** | 99 | (06/26 06:00) | 96 | (06/25 12:00) | 100 | (06/25 08:00) |

**Medications (22) Active**
Scheduled: (5)
cefTRIAXone  *450 mg = 11.25 mL, IV Piggyback, Q12H-int*
ipratropium (ipratropium 0.02% inhalation solution)  *250 mcg = 1.25 mL, Nebulizer, Q6H-int*
LORazepam (Ativan)  *0.895 mg = 0.45 mL, IV, Q6hr*
methylPREDNISolone (SOLUMedrol)  *4.4 mg = 0.11 mL, IV Push, Q6hr*
raNITIdine (raNITIdine IV)  *10 mg = 4 mL, IV, Q8H-int*

Continuous: (10)
fat emulsion, intravenous 20% intravenous emulsion 45 mL  *45 mL, IV, 2.2 mL/hr*
fentaNYL 25 mcg/mL IV in NS 250 mcg  *250 mcg = 10 mL, IV*

---

76859B436B7C41E99179, F██████, 2081

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F█████, N███ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months  /  █████ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

## Physician Progress Notes

furosemide IV additive 30 mg  *30 mg = 30 mL, IV*
NS with heparin 1 units/mL 50 Unit(s)  *50 Unit(s) = 50 mL, IV, 1 mL/hr*
NS with heparin 1 units/mL 50 Unit(s)  *50 Unit(s) = 50 mL, IV, 1 mL/hr*
insulin regular 1 unit/mL in NS 30 Unit(s)  *30 Unit(s) = 30 mL, IV*
papaverine IV additive 6 mg + heparin IV additive 50 Unit(s) + NS 0.9% 50 mL  *50 mL, IntraArterial, 2 mL/hr*
terbutaline 1 mg/mL IV 30 mg  *30 mg = 30 mL, IV*
TPN 582 mL  *582 mL, IV, 26.2 mL/hr*
vecuronium 1 mg/mL IV in D5W 30 mg  *30 mg = 30 mL, IV*

**PRN: (7)**
acetaminophen  *135 mg = 13.5 mL, IV Piggyback, Q4hr*
chlorhexidine topical (chlorhexidine 2% topical pad)  *1 application, Topical, One Time Unscheduled*
fentaNYL  *13.5 mcg = 0.27 mL, IV Push, Q1H-int*
glucose (Dextrose 25% syringe)  *4.5 g = 18 mL, IV Push, As Directed*
glycerin (glycerin pediatric rectal suppository)  *1 suppos, Rectal, As Directed*
midazolam  *0.9 mg = 0.9 mL, IV, Q1H-int*
ocular lubricant (ocular lubricant ophthalmic ointment)  *1 application, Aff Eye, Q1H-int*

**Radiology - Last 36 hours (4)**
**XR Chest 1 View** (06/25 13:07)
IMPRESSION:
1. Satisfactory endotracheal tube placement.
2. The nasogastric tube is coiled multiple times within the stomach.
3. Otherwise stable appearance of the chest.

**XR Chest 1 View** (06/24 14:47)
FINDINGS:

There has been interval placement of the endotracheal tube with tip
terminating between the clavicles and carina. The weighted enteric
tube remain in stable position with tip and side-port in the stomach.

No focal consolidation, pleural effusion, or pneumothorax is present.
There is perihilar interstitial opacities that likely represent
atelectasis. The cardiothymic silhouette is normal. There is diffuse
gaseous dilatation of the visualized bowel without obstruction. The
visualized osseous structures are normal.

IMPRESSION:

1. Interval placement of the endotracheal tube is in satisfactory
position. Stable positioning of the weighted enteric tube.
2. No significant change in the chest compared to prior examinations.

**Diagnostics - Non-Radiology - Last 36 hours (1)**
**EKG** (06/25 11:28)
Please review the final report in the patient's chart.

## St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F████████, N█████ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months  / ███ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

*Physician Progress Notes*

**Respiratory System:**
Resp Exam: RR 30, coarse lung sounds in bilaterally, with good chest excursion
SIMV/PC: 34/12, PS 10, Rate 30, O2 30
ETT: size 4.0 cuffed; position 14cm at lip

| Blood Gases Basic - Last 36 hours (11) | Result | Date/Time |
|---|---|---|
| **pH** | 7.313 (L) | 06/26 05:14 |
| **pCO2** | 68 (!) | 06/26 05:14 |
| **pO2** | 82 | 06/26 05:14 |
| **Bicarbonate** | 34 (H) | 06/26 05:14 |
| **Base Excess** | 6 (H) | 06/26 05:14 |
| **O2 Sat Meas** | 96 | 06/26 05:14 |
| **Oxyhemoglobin** | 96 | 06/26 05:14 |
| **Carboxyhgb** | .3 | 06/26 05:14 |
| **Methemoglobin** | .6 | 06/26 05:14 |
| **Deoxyhemoglobin** | 4 | 06/26 05:14 |
| **Hgb Art** | 10.5 | 06/26 05:14 |

**Cardiovascular System:**
CV Exam: Tachycardic. Regular rhythm. No murmurs

**Fluids/Electrolytes/Nutrition/Renal:**

| | Date | Result |
|---|---|---|
| **Dosing Weight** | | |
| **Current Weight** | | |
| **Previous Weight** | | |
| **Admit Weight** | 06/20 | 9.01 kg |
| **BMI** | | |
| **Height** | 06/23 | 76 cm |

| | Recorded | Input | Output | Balance |
|---|---|---|---|---|
| **06/26** | 07:00-07:09 | 0 | 0 | 0 |
| **06/25** | 7a - 3p | 362.3093 | 215 | 147.3093 |
| | 3p - 11p | 314.6192 | 58 | 256.6192 |

**St. Christopher's Hospital for Children**

160 East Erie Avenue

Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F▮▮▮▮, N▮▮▮ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018   / 14 months   / ▮▮▮ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

| *Physician Progress Notes* |
|---|

| 11p - 7a | 350.4688 | 369 | -18.5312 |
|---|---|---|---|
| 24hr total | 1027.3973 | 642 | 385.3973 |

Urine output (mL/kg/hr): 2.98 cc/kg/hr over past 24 hrs. No UOP from 7-9am
Nutrition: NPO, On TPN D8 P2 L1, TFL 36 ml/hr (including meds)

| Chemistry Basic - Last 36 hours (11) | Result | Date/Time |
|---|---|---|
| **Sodium Lvl** | 145 (H) | 06/26 03:50 |
| **Potassium Lvl** | 2.8 (L) | 06/26 03:50 |
| **Chloride Lvl** | 106 | 06/26 03:50 |
| **CO2** | 37 (H) | 06/26 03:50 |
| **AGAP** | 2 (L) | 06/26 03:50 |
| **Glucose Level** | 256 (H) | 06/26 03:50 |
| **Calcium Lvl** | 8.0 (L) | 06/26 03:50 |
| **BUN** | <5 | 06/26 03:50 |
| **Creatinine Lvl** | 0.20 (L) | 06/26 03:50 |
| **Magnesium Lvl** | 1.9 | 06/26 03:50 |
| **Phosphate** | 1.1 (!) | 06/26 03:50 |

**Neurologic System:**

Neuro Exam: sedated, paralyzed, pupils dilated and reactive
Sedation status: 1.5 mcg/kg/hr Fentanyl, 0.1mg/kg/hr Vecuronium

**Hematologic:**

| Hematology Basic - Last 36 hours (10) | Result | Date/Time |
|---|---|---|
| **WBC** | 22.7 (H) | 06/25 03:27 |
| **RBC** | 3.96 | 06/25 03:27 |
| **Hgb** | 9.7 | 06/25 03:27 |
| **Hct** | 31.8 (L) | 06/25 03:27 |
| **MCV** | 80.3 | 06/25 03:27 |
| **MCH** | 24.5 | 06/25 03:27 |
| **MCHC** | 30.5 (L) | 06/25 03:27 |
| **RDW** | 16.2 (H) | 06/25 03:27 |
| **Platelet Count** | 403 | 06/25 03:27 |
| **MPV** | 8.8 (L) | 06/25 03:27 |

76859B436B7C41E99179, F▮▮▮▮ 2084

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F▮▮▮▮, N▮ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months   /▮ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

| *Physician Progress Notes* |
|---|

**Infectious Disease:**

| **Microbiology - Last 7 days (4)** | **Result Date/Time** |
|---|---|
| MDRO Aerobic Culture (Rectal Swab) | 06/25 10:14 |

<span style="color:red">Positive for No MRSA isolated, Escherichia coli, (Not ESBL), Escherichia coli,, (Not ESBL), Klebsiella pneumoniae, (Not ESBL), No Enterococcus isolated, No Staphylococcus aureus isolated.</span>

| | |
|---|---|
| MDRO Aerobic Culture (Axilla) | 06/25 09:10 |
| Negative | |
| MDRO Aerobic Culture (Nasopharyngeal Swab) | 06/25 09:09 |
| Negative | |
| Urine Culture (Urine, Catheterized) | 06/25 08:55 |
| Negative | |

Anti-microbial therapy:
    Medication: Ceftriaxone 450mg Q12h (6/25 - )
    Vancomycin and cefepime (6/23-6/25)

**GI/Hepatobiliary Systems:**
    GI Exam: Abdomen soft, non distended, +BS

| **Liver Enzymes Basic - Last 36 hours (4)** | **Result** | **Date/Time** |
|---|---|---|
| **Bili Total** | <0.20 | 06/26 03:50 |
| **Alk Phos** | 63 (L) | 06/26 03:50 |
| **ALT** | 27 | 06/26 03:50 |
| **AST** | 83 (H) | 06/26 03:50 |

**Social:** Parents updated bedside

## Resident ASSESSMENT and PLAN

12 month old ▮▮▮▮ born full term with history of multiple admissions for bronchiolitis, including an ICU admission, being transferred to the ICU due to acute respiratory failure in the setting of adenovirus and Parainfluenza bronchiolitis. ▮ inflammatory markers are consistent with a bacterial process, with a left opacity suggesting superimposed bacterial pneumonia.  The patient exhibited worsening mental status and hypercarbia on on 18/10 NIPPV, and was subsequently intubated on 6/24/19. ▮ was exhibiting elevated peak pressures with persistent hypercarbia, and required high pressures for tidal volume delivery.  Mild improvement with beta agonists, CXR not consistent with ARDS, likely pneumonia with poor compliance in the setting of multiple viral infections and superimposed bacterial infection.

76859B436B7C41E99179, F▮▮▮▮ 2085

## St. Christopher's Hospital for Children
### 160 East Erie Avenue
### Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F_____, N___ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months  /  ___ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

## *Physician Progress Notes*

The patient had a respiratory arrest likely due to unintenional extubation by staff during pulmonary care, and was resuscitated within 10 minutes, requiring epinephrine and compressions. ___ has since been stable, not requiring pressors for hemodynamic support, with encouraging pupillary findings when narcotic drip was briefly held. The patient is now hemodynamically stable.

**Plan:**

**Resp:**
- Intubated on 6/25 for worsening hypercarbia, exhibiting elevated peak pressures to 35.
- Intubated, SIMV/PC 34/12, R 30, O2 30%
- wean FiO2 as tolerated, good saturations
- Hypercarbia and Tidal volume improving
- Started on Solumedrol 0.5mg/kg Q6h
- Continue Terbutaline 4 mcg/kg/min
- Continue Atrovent 250mcg Q6
- Attempt lung protective strategies as patient's compliance will allow
- Obtain ABG Q6h

**CV**
- Continuous cardiac monitoring via arterial line, with MAP goal of > 55
- Sinus pauses with associated bradycardia noted on telemetry on 6/25 prior to arrest. Cardiology made aware
- Continue to correct electrolyte abnormalities as neded
- No current pressor requirement

**Neuro:**
- Will discontinue Vecuronium 0.08 mg/kg/hr for a few hours for muscle mass protection. Will restart if there is ventilation issues
- Fentanyl 1.5mcg/kg/hr for analgesia and sedation
- Ativan .1mg/kg q6hr
- Versed 0.1mg/kg Q1hr PRN for agitation
- Fentanyl 1.5mcg/kg q1hr PRN for pain

**ID:**
- Narrowed to Ceftriaxone 450mg Q12h
- D/c Cefepime q6h and Vancomycin q6h (6/23-6/26)
- MDRO negative
- EVP c/w adenovirus and parainfluenza
- Blood cx NGTD, continue to follow
- GI PCR +Adenovirus. Diarrhea now resolved
- Tylenol 12.5 mg/kg q4h PRN fever
- Obtain Q other day CBC and Procal

**FEN/GI**
- NPO
- S/p KPhos and KCl repletion today AM
- Continue TPN 6/25, D8 P2 L1
- Will start trophic feeds via NG: Pedialyte 5cc/hr for 4-6 hours. If tolerates, will switch to Elecare Jr at 5cc/hr
- Monitor closely w/ serial abdominal exams
- Will start Albumin 25% 1mg/kg over 12 hrs 11am-11pm
- Start lasix .03 mg/kg/hr
- Monitor strict I/O
- Ranitidine q8 for enteral protection

76859B436B7C41E99179, F_____, 2086

**St. Christopher's Hospital for Children**
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| Patient: | F█████ N████ | Attending Provider: | KONCICKI MD,MONICA L |
| MRN #: | 10020244 | Admission Date: | 6/21/2019 |
| Account #: | 52067352 | Discharge Date: | 7/31/2019 |
| DOB/Age/Sex: | 6/5/2018  / 14 months   / █ | Lab Medical Director(s): | Judy Pascasio, MD |

---

### *Physician Progress Notes*

- Total fluid restriction of 36mL/hr (including meds)
- Goal electrolytes K >3.5, Mg > 1.5, Phos > 2, ical > 1.05
- Obtain CMP q12h

**Endocrine**
- Persistent hyperglycemia with concern for osmotic diuresis, continues on insulin Gtt
- Q1hr accuchecks

## Attending ADDENDUM:

**Attestation:** I have examined the patient, reviewed and agree with the resident note above, and discussed the patient's care with the nursing and house staff and all consultants. I have directed all critical care and was immediately available to assess and address any clinical issues.

The patient received 60 minutes of non-continuous critical care in the past 24 hours.

**Attending** assessment and plan are as follows: 1 y.o █ admitted with acute respiratory failure secondary to adenovirus and parainfluenza infection leading to mechanical ventilation with ARDS and obstructive small airway disease with hypercarbia. Patient in critical condition but with improving lung compliance on the terbutaline drip. Have stopped paralysis and █ seems to be tolerating it well with intermittent coughing spells.  Will continue close cardiorespiratory monitoring, monitor I/Os, on insulin drip - monitor BG levels and titrate per parameters, allow permissive hypercapnia and titrate ventilator support, monitor electrolytes closely, maintain a TFL of 1xM, maintain MAP>50.  Will start trophic feeds today but continue TPN for another day.   Updated mother regarding clinical status and she acknowledged that she understood that █ is in stable critical condition.  Rest as noted above

—

**Physician Attestation of Resident Documentation:**
I attest that I evaluated the patient without the Resident, and I reviewed and discussed the case with the Resident and made modifications to the Resident's findings and plans of care as documented above.

*Electronically Signed On 06/26/19 11:19 EDT*

---

 *JOHN MD, SONIA*

*Electronically Signed On 06/26/2019 15:00 EDT*

---

 *JOHN MD, SONIA*

*Electronically Signed On 06/27/2019 14:23 EDT*

---

 *MADHAVARAPU MD, SWETHA*

76859B436B7C41E99179, F█████ 2087

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F████ N███ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months  /██ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

| *Consultation Notes* |
|---|

*Electronically Signed On 07/24/19 15:33 EDT*

LICATA DO, JORDAN J

*Electronically Cosigned On 07/25/2019 10:00 EDT*

MANTEGHI DO, ALEXANDER

Document Type:
Document Subject:
Document Date/Time:
Document Status:
Performed By:
Authenticated By:

Consult Note EMR
Neurology Consult Note
6/29/2019 10:20 EDT
Auth (Verified)
ABDELMOUMEN MD,IMANE (6/29/2019 10:21 EDT)
CARVALHO MD,KAREN S (6/30/2019 07:34 EDT)

# Consultation Report

**Date/Time Note Created:** 06/29/2019 08:43

**Date/Time Patient Seen:** 6/29/2019

**Consulting Service:**    Neurology

**Requesting**    PICU
**Physician:**

**Reason for Consultation:** Seizure like activity

**History of Present Illness:**
12 months old ████ with history of bronchiolitis who presented with fever and respiratory distress required transferred to ICU due to acute respiratory failure in setting of positive adenovirus and Para flu. Initially required positive pressure support then needed intubated on 6/24 in ICU. Neurology was called Last night around 4 Am for concerning seizure like activity. ████ had multiple episodes of stiffening of ██ upper extremities and generalized shaking lasted couple minutes associated with vital changes.

**Reported events and coded: copy from the note on 6/25/2019**
Called to bedside at 0442 by nursing staff reporting pt with significant desaturation and bradycardia after chest PT and suctioning with concerns of possible ETT dislodgment. CPR initiated at 0448 due to inability to palpate pulse. Arrived at bedside and pt being bagged via ETT with no appreciable chest rise, ETT removed and PPV continued via bag and mask. Pt given chest compressions for a total of 8 minutes with 3 doses of epinephrine (0.1mL/kg), sodium bicarbonate (9mL), and CaCl (1.8mL) before ROSC. Pt intubated with 4.0 cuffed ETT at 14cm and CXR performed to confirm positioning. Pt required gastric decompression during resuscitation.

**Past Medical History:**
Prior admission to ICU for acute bronchiolitis not intubated.

---

76859B436B7C41E99179, F██████, 1711

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F_____, N___ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months  /  ___ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

## Consultation Notes

History of recurrent bronchiolitis.

**Past Surgical History:**
None

**Medications (20) Active**
**Scheduled: (4)**
cefTRIAXone  *450 mg = 11.25 mL, IV Piggyback, Q12H-int*
enoxaparin  *8.95 mg = 0.09 mL, Subcut, Q12H-int*
methylPREDNISolone (SOLUMedrol)  *4.4 mg = 0.11 mL, IV Push, Q6hr*
raNITIdine (raNITIdine IV)  *10 mg = 4 mL, IV, Q8H-int*

**Continuous: (9)**
fat emulsion, intravenous 20% intravenous emulsion 90 mL  *90 mL, IV, 4.5 mL/hr*
fentaNYL 25 mcg/mL IV in NS 250 mcg  *250 mcg = 10 mL, IV*
furosemide IV additive 30 mg  *30 mg = 30 mL, IV*
NS with heparin 1 units/mL 50 Unit(s)  *50 Unit(s) = 50 mL, IV, 1 mL/hr*
NS with heparin 1 units/mL 50 Unit(s)  *50 Unit(s) = 50 mL, IV, 1 mL/hr*
insulin regular 1 unit/mL in NS 30 Unit(s)  *30 Unit(s) = 30 mL, IV*
papaverine IV additive 6 mg + heparin IV additive 50 Unit(s) + NS 0.9% 50 mL  *50 mL, IntraArterial, 2 mL/hr*
terbutaline 1 mg/mL IV 30 mg  *30 mg = 30 mL, IV*
TPN 537 mL  *537 mL, IV, 22.4 mL/hr*

**PRN: (7)**
chlorhexidine topical (chlorhexidine 2% topical pad)  *1 application, Topical, One Time Unscheduled*
fentaNYL  *15 mcg = 0.3 mL, IV Push, Q1H-int*
glycerin (glycerin pediatric rectal suppository)  *1 suppos, Rectal, As Directed*
ipratropium (ipratropium 0.02% inhalation solution)  *250 mcg = 1.25 mL, Nebulizer, Q6H-int*
LORazepam (Ativan)  *0.895 mg = 0.45 mL, IV, Once Scheduled*
midazolam  *1 mg = 1 mL, IV, Q1H-int*
ocular lubricant (ocular lubricant ophthalmic ointment)  *1 application, Aff Eye, Q1H-int*

**Allergies (1) Active**          **Reaction**
NKA                               None Documented

**Review of Systems:**
Mother has noticed some shaking episodes. Still intubated and no fever.

**Physical Examination:**

| Vital Signs: | Last Charted: | | 24 Hr Minimum: | | 24 Hr Maximum: | |
|---|---|---|---|---|---|---|
| **Temp C** | 36.7 | (06/29 08:00) | 36.7 | (06/29 08:00) | 37.5 | (06/29 02:00) |
| **Heart Rate** | 164 (H) | (06/29 08:00) | 76 (L) | (06/28 20:00) | 195 (H) | (06/29 01:48) |
| **Resp Rate** | 34 | (06/29 08:00) | 21 | (06/29 00:12) | 86 (H) | (06/29 01:48) |
| **SBP** | 126 (H) | (06/28 20:00) | 126 (H) | (06/28 20:00) | 126 (H) | (06/28 20:00) |

76859B436B7C41E99179, F_____ 1712

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F██████, N██ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months  /  ██████ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

| *Consultation Notes* |
|---|

| | | | | | |
|---|---|---|---|---|---|
| **DBP** | 87 (H) | (06/28 20:00) | 87 (H) | (06/28 20:00) | 87 (H) | (06/28 20:00) |
| **SBP Line** | 104 | (06/29 08:00) | 89 | (06/28 21:45) | 124 (H) | (06/29 00:00) |
| **DBP Line** | 67 | (06/29 08:00) | 52 | (06/28 21:45) | 86 (H) | (06/29 06:00) |
| **SpO2** | 99 | (06/29 08:00) | 92 | (06/28 21:30) | 100 | (06/28 10:31) |

GENERAL: sedated, unresponsive to verbal or painful stimulation. NEURO: unresponsive, pupil equal pinpoint, grimace when light Shon to ██ eyes.  Facial symmetry bilateral, ET in place, no spontaneous movements in all extremities. Decrease tone throughout, normal muscle bulk, DTR hyperreflexia throughout and ++++ sustain clonus bilateral.

**Laboratory Data:**

| <u>Hematology Basic - Last 36 hours (28)</u> | <u>Result</u> | <u>Date/Time</u> |
|---|---|---|
| **WBC** | 12.8 | 06/28 09:15 |
| **RBC** | 4.08 | 06/28 09:15 |
| **Hgb** | 10.5 | 06/28 09:15 |
| **Hct** | 34.4 | 06/28 09:15 |
| **MCV** | 84.3 | 06/28 09:15 |
| **MCH** | 25.7 | 06/28 09:15 |
| **MCHC** | 30.5 (L) | 06/28 09:15 |
| **RDW** | 16.3 (H) | 06/28 09:15 |
| **Platelet Count** | 164 | 06/28 09:15 |
| **MPV** | 10.9 | 06/28 09:15 |
| **NRBC Auto Rel** | 0.0 | 06/28 09:15 |
| **Neutrophil Rel** | See Manual Diff | 06/28 09:15 |
| **Lymphocyte Rel** | See Manual Diff | 06/28 09:15 |
| **Monocyte Rel** | See Manual Diff | 06/28 09:15 |
| **Eosinophil Rel** | See Manual Diff | 06/28 09:15 |
| **Basophil Rel** | See Manual Diff | 06/28 09:15 |
| **Imm Gran Rel** | See Manual Diff | 06/28 09:15 |
| **Neutrophil Abs** | See Manual Diff | 06/28 09:15 |
| **Lymphocyte Abs** | See Manual Diff | 06/28 09:15 |
| **Monocyte Abs** | See Manual Diff | 06/28 09:15 |
| **Eosinophil Abs** | See Manual Diff | 06/28 09:15 |
| **Basophil Abs** | See Manual Diff | 06/28 09:15 |
| **Imm Gran Abs** | See Manual Diff | 06/28 09:15 |
| **Segs Man** | 95.0 (H) | 06/28 09:15 |
| **Lymphocyte Man** | 3.0 (L) | 06/28 09:15 |
| **Monocyte Man** | 2.0 | 06/28 09:15 |
| **Cells Counted** | 100 | 06/28 09:15 |
| **Plt Estimate** | Adequate | 06/28 09:15 |

---

76859B436B7C41E99179, F██████, 1713

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F████ N███ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months  /  ██ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

## *Consultation Notes*

**Chemistry Comprehensive - Last 36 hours (24)** **Result**          **Date/Time**

| | | |
|---|---|---|
| Sodium Lvl | 140 | 06/29 04:00 |
| Sodium Arterial | 137 | 06/29 04:18 |
| Potassium Lvl | 3.6 | 06/29 04:00 |
| Potassium Arterial | 3.6 | 06/29 04:18 |
| Chloride Lvl | 97 (L) | 06/29 04:00 |
| Chloride Arterial | 96 | 06/29 04:18 |
| CO2 | 32 (H) | 06/29 04:00 |
| Glucose Level | 170 (H) | 06/29 04:00 |
| Glucose Arterial | 221 (H) | 06/27 10:02 |
| BUN | 11 | 06/29 04:00 |
| Creatinine Lvl | 0.16 (L) | 06/29 04:00 |
| AGAP | 11 | 06/29 04:00 |
| BUN/Creat | 69 (H) | 06/29 04:00 |
| Total Protein | 5.9 | 06/29 04:00 |
| Albumin Lvl | 2.4 (L) | 06/29 04:00 |
| Calcium Lvl | 8.5 (L) | 06/29 04:00 |
| Bili Total | <0.20 | 06/29 04:00 |
| Alk Phos | 53 (L) | 06/29 04:00 |
| AST | 94 (H) | 06/29 04:00 |
| ALT | 30 | 06/29 04:00 |
| Lactic Acd Arterial | 2.6 (H) | 06/29 04:18 |
| Magnesium Lvl | 2.0 | 06/29 04:00 |
| Phosphate | 1.8 (L) | 06/29 04:00 |
| Ca Ion Arterial | 1.22 | 06/29 04:18 |

**Radiology - Last 36 hours (7)**
**US Art/Vein ABD/Pelvis/Scrotal Limited** (06/28 15:38)
IMPRESSION: Deep venous thrombosis involving the left common iliac
Vein through the common femoral vein and the deep femoral vein as
Described above.

**US LE Venous Duplex Left** (06/28 15:38)
IMPRESSION: Deep venous thrombosis involving the left common iliac
vein through the common femoral vein and the deep femoral vein as
described above.

**Assessment:**
12 months old ██ with significant history of recurrent bronchiolitis who presented with fever and respiratory distress. ██ course of illness
complicated with respiratory failure in setting of positive Adenovirus and parainfluenza viruses required transfer to ICU. He was coded in

76859B436B7C41E99179, F████, 1714

## St. Christopher's Hospital for Children
### 160 East Erie Avenue
### Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F███████ N██ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months   /███ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

| *Consultation Notes* |
|---|

6/25 for 8 minutes down time because of possible ET dislodgement.  Neurology consulted on 6/29 at 4 Am for concerning seizure like activity as described above.

**Plan:**
Head CT scan non contrast to rule in intracranial process given ███ abnormal neurological examination.
Will be placed on video EEG to rule out seizures.

Imane Abdelmoumen, md
Child neurology Fellow PGY 4
*Electronically Signed On 06/29/19 10:21 EDT*
_____

*ABDELMOUMEN MD, IMANE*


*Electronically Signed On 06/30/2019 07:34 EDT*
_____

*CARVALHO MD, KAREN S*

---

| | |
|---|---|
| Document Type: | Consult Note EMR No Cosign |
| Document Subject: | Pulmonary Consult |
| Document Date/Time: | 7/15/2019 13:48 EDT |
| Document Status: | Auth (Verified) |
| Performed By: | VELASCO MD,JEANNE M (7/15/2019 13:50 EDT) |
| Authenticated By: | VELASCO MD,JEANNE M (7/15/2019 15:21 EDT); VELASCO MD,JEANNE M (7/15/2019 15:21 EDT); VELASCO MD, JEANNE M (7/15/2019 15:07 EDT); VELASCO MD,JEANNE M (7/15/2019 15:05 EDT); VELASCO MD,JEANNE M (7/15/2019 15:03 EDT); VELASCO MD,JEANNE M (7/15/2019 14:56 EDT); VELASCO MD,JEANNE M (7/15/2019 14:50 EDT); VELASCO MD,JEANNE M (7/15/2019 14:04 EDT); VELASCO MD,JEANNE M (7/15/2019 13:57 EDT) |

## Consultation Report


**Date/Time Note Created:** 07/15/2019 13:48

**Date/Time Patient Seen:** 7/15/19

**Consulting Service:**     Pulmonary

**Requesting Physician:**     Dr. Guruprasad

---

| | | |
|---|---|---|
| Report Request ID:    176096708 | Page 1,710 of 5,596 | Printed:  8/22/2019 12:39 CDT |

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F███████ N██ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018   / 14 months   /███ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

## *Discharge Summary*

Document Type:                        Discharge Summary EMR
Document Subject:               Lavender Team Discharge Summary
Document Date/Time:           6/21/2019 00:36 EDT
Document Status:                 Auth (Verified)
Performed By:                     PAPPAS MD,JOHN D (6/21/2019 00:42 EDT)
Authenticated By:                KONCICKI MD,MONICA L (7/31/2019 08:39 EDT); KONCICKI MD,MONICA L (7/31/2019 08:39 EDT); GAUTHIER MD, SOPHIA (7/31/2019 08:32 EDT); GAUTHIER MD,SOPHIA (7/31/2019 08:14 EDT); GAUTHIER MD,SOPHIA (7/31/2019 08:14 EDT); GAUTHIER MD,SOPHIA (7/31/2019 07:29 EDT); GAUTHIER MD,SOPHIA (7/31/2019 07:29 EDT); GAUTHIER MD,SOPHIA (7/31/2019 07:03 EDT); GAUTHIER MD,SOPHIA (7/31/2019 07:03 EDT); GAUTHIER MD,SOPHIA (7/30/2019 16:24 EDT); GAUTHIER MD,SOPHIA (7/30/2019 16:23 EDT); GAUTHIER MD,SOPHIA (7/30/2019 16:23 EDT); GAUTHIER MD,SOPHIA (7/30/2019 16:18 EDT); GAUTHIER MD,SOPHIA (7/30/2019 16:18 EDT); GAUTHIER MD,SOPHIA (7/30/2019 15:57 EDT); GAUTHIER MD,SOPHIA (7/30/2019 15:57 EDT); GAUTHIER MD,SOPHIA (7/30/2019 15:35 EDT); GAUTHIER MD,SOPHIA (7/30/2019 15:35 EDT); GAUTHIER MD,SOPHIA (7/30/2019 15:09 EDT); GAUTHIER MD,SOPHIA (7/30/2019 15:09 EDT); GAUTHIER MD,SOPHIA (7/30/2019 14:45 EDT); GAUTHIER MD,SOPHIA (7/30/2019 14:45 EDT); GAUTHIER MD,SOPHIA (7/30/2019 14:40 EDT); GAUTHIER MD,SOPHIA (7/30/2019 14:40 EDT); GAUTHIER MD,SOPHIA (7/30/2019 14:20 EDT); GAUTHIER MD,SOPHIA (7/30/2019 14:20 EDT); GAUTHIER MD,SOPHIA (7/30/2019 14:13 EDT); GAUTHIER MD,SOPHIA (7/30/2019 14:13 EDT); GAUTHIER MD,SOPHIA (7/30/2019 12:54 EDT); GAUTHIER MD,SOPHIA (7/30/2019 12:50 EDT); GAUTHIER MD,SOPHIA (7/30/2019 11:47 EDT); GAUTHIER MD,SOPHIA (7/30/2019 11:47 EDT); BLUTSTEIN MD,REBEKAH E (7/26/2019 15:49 EDT); BLUTSTEIN MD, REBEKAH E (7/26/2019 15:44 EDT); BLUTSTEIN MD, REBEKAH E (7/19/2019 14:02 EDT); BLUTSTEIN MD, REBEKAH E (7/19/2019 14:00 EDT); GAUTHIER MD,SOPHIA (7/17/2019 01:24 EDT); GODFREY MD,CHRISTINA M (7/16/2019 12:06 EDT); GODFREY MD,CHRISTINA M (7/16/2019 09:58 EDT); MILLER MD,ZACHARY E (7/14/2019 14:57 EDT); MILLER MD,ZACHARY E (7/14/2019 14:25 EDT); MILLER MD,ZACHARY E (7/14/2019 14:16 EDT); MILLER MD,ZACHARY E (7/14/2019 14:04 EDT); MILLER MD, ZACHARY E (7/14/2019 14:04 EDT); MILLER MD,ZACHARY E (7/14/2019 14:02 EDT); MILLER MD,ZACHARY E (7/14/2019 14:02 EDT); MILLER MD,ZACHARY E (7/14/2019 14:02 EDT); MILLER MD,ZACHARY E (7/14/2019 14:00 EDT);

76859B436B7C41E99179, F█████ 1735

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F▮▮▮▮▮, N▮▮ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018   / 14 months   /▮▮▮▮ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

## *Discharge Summary*

MILLER MD,ZACHARY E (7/14/2019 13:57 EDT); MILLER MD,ZACHARY E (7/14/2019 13:57 EDT); MILLER MD, ZACHARY E (7/14/2019 13:44 EDT); MILLER MD,ZACHARY E (7/14/2019 13:27 EDT); DOOLING MD,SHAYNA L (7/6/2019 08:32 EDT); DOOLING MD,SHAYNA L (7/6/2019 07:20 EDT); DOOLING MD,SHAYNA L (7/5/2019 13:04 EDT); LORENZO DO,CONNIE L (6/29/2019 18:24 EDT); JOHN MD,SONIA (6/28/2019 14:36 EDT); JOHN MD,SONIA (6/28/2019 14:29 EDT); ALBERT MD,JONATHAN S (6/26/2019 08:11 EDT); ALBERT MD,JONATHAN S (6/26/2019 07:34 EDT); ALBERT MD,JONATHAN S (6/26/2019 01:16 EDT); ALBERT MD, JONATHAN S (6/26/2019 01:07 EDT); ALBERT MD, JONATHAN S (6/26/2019 01:07 EDT); FRIEND MD,EMILY C (6/24/2019 10:47 EDT); SANJUAN-SALEH DO,ELAINE (6/23/2019 11:38 EDT); KIM MS,HANNAH (6/21/2019 16:32 EDT); KIM MS,HANNAH (6/21/2019 15:07 EDT)

# Discharge Summary

### Discharge Summary

**Admission Date:** 6/20/19          **Discharge Date:** 7/31/2019

### Primary Care Provider
Germantown pediatrics

### Discharge Diagnoses
Adenovirus and Parainfluenza Virus bronchiolitis
Pneumonia
Acute respiratory failure
Hypoxic ischemic brain injury
Left common iliac vein thrombosis
Candida fungemia

### Discharge Medications:
Albuterol 2.5mg (0.25mg/0.5mL) Q4hr with chest PT and deep suction (remain on this until pulmonary follow-up)
Ipratropium nebulizer 0.5mg Q8hr (remain on this until pulmonary follow-up)
Budesonide 0.5mg nebulizer BID (remain on this until pulmonary follow-up)
Lovenox 10.4mg = 0.1mL subQ Q12hr (remain on this until Heme follow-up on 8/15/2019)
Fluconazole 107mg (10mg/1mL) PO qDaily for total 21 days (7/29/2019 - 8/18/2019)
Glycerin 1 suppository Q6hr PRN for stooling
Ranitidine 18mg (15mg/1mL) syrup PO Q12hr

76859B436B7C41E99179, F▮▮▮▮▮, 1736

**St. Christopher's Hospital for Children**
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F████ N██ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months / ██ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

## *Discharge Summary*

Miralax 8.5g (0.5 packet) PO qDaily

## Surgical Procedures
None

## Complications
Self-extubation with subsequent cardiopulmonary arrest requiring epinephrine x3 and CPR for 8 minutes prior to ROSC
Left common iliac vein thrombosis
Candida fungemia

## Allergies
NKDA

## Consultations
Infectious Disease
Pulmonology
Hematology
Neurology
Cardiology
PM&R
ST/OT/PT
Ophthomology
Immunology

## Immunizations Received
None

## Follow-Up
with PCP within 2 to 3 days
Pulmonary (~1 month, Dan Merino (our schedule coordinator) will call mom to schedule)
Hematology 8/15/2019 @ 11:00am (████ to obtain outpatient ultrasound of left common iliac thrombus in morning before appt)
Infectious Disease (Dr. Chen) 8/9/2019 @ 9am

## Pending Labs
Anti10a levels

## Summary of Clinical Course
12 month old ████ with recurrent viral illnesses presented with 5 days of cough, fever, one episode of diarrhea on the day of arrival. ██ was given albuterol nebulizers at home q4h for the past 5 days without improvement. Tmax of 105.2 and given tylenol. Productive cough as well as decreased oral intake. + diarrhea on day of admission. Mom denied sick contacts or recent travel. + Daycare. Admits to cough, fever, diarrhea, anorexia. Denied ear tugging.

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F█████N█ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months  /█ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

## Discharge Summary

In the ED, █ was febrile, tachycardic and tachypneic. On ear exam, it was noted that █ right ear was erythematous with an effusion and █ was given a dose of amoxicillin. A chest x-ray was taken and was concerning for a right lower lobe pneumonia.

**First Floor Course: HD 1 to HD 3**
On the floors █ continued to be tachypneic and tachycardic. There were concerns for dehydration so the patient was started on D5NS at maintenance dose and █ was closely monitored for hemodynamic instability. An EVP was positive for adenovirus and parainfluenza and the official read of █ CXR described findings more attributable to atelectasis. Reexamination of the patient's ears demonstrated a normal left TM and a mildly erythematous right TM that was not bulging and less concerning for acute otitis media so amoxicillin was discontinued. Due to persistent tachypnea, rapid response was called on 6/22/19; rapid response team recommended starting the patient on vapotherm and maximalizing settings up to 2 L/kg. Despite being on these settings for over 24 hours, patient was persistently tachypneic with increased work of breathing, so rapid response was called again on 6/23.

**ICU Course: HD 3 to HD 20**

**Resp:** Patient was transfered to the ICU, trailed on CPAP and then escalated to BiPAP 18/10. █ continued to have hypercarbia with respiratory distress, and the decision was made to intubate to SIMV on HD3. On the morning of HD4 █ was accidentally extubated and █ became hypotensive and bradycardic. Pulses were lost and █ required CPR x8 minutes with 3 rounds of epinephrine before ROSC. Patient was re-intubated at the time.

█ intubation course was complicated by significant, persistent bronchospasm. █ was placed on a terbutaline drip and solumedrol. As █ respiratory exam improved, the terbutaline was weaned to albuterol and █ solumedrol was weaned off. █ received 2 courses of Diamox for CO2 retention beween HD6 and HD 10. On ICU day 6-7, █ developed persistent opacification over the left upper and lower lobes likely due to mild fluid overload and dependant atelectasis which improved with chest PT and mucus clearance. Albuterol was discontinued on HD4 and restarted on HD 11 q2h, then spaced to q4h on HD 13. On HD 15, █ was extubated to BiPAP 14/8 and was weaned to CPAP on HD 19, then to room air on HD 20 prior to transfer to the floor.

**Cardio:** █ had intermittent bradycardic following █ arrest with heart rate as low as 62 on HD4. Cardiology was consulted and attributed █ bradycardia due to a vagal response. █ did not have any additional episodes of bradycardia during █ PICU stay.

**Neuro:** █ was noted to have seizure like activity on HD 8. Neurology was consulted who noted clonus of █ lower extremities on examination. CT head was performed on HD 9, which did not reveal any obvious acute changes. █ was placed on 24hr video EEG monitoring, which was negative for seizure activity. On HD 11, a brain MRI was obtained and revealed subacute ischemia in the bilateral occipital, parasagittal parietal and posterior frontal cortex. Findings were discussed with family.

█ was briefly placed on paralysis with vecuronium on HD3 due to difficulties ventilating patient.

**FEN/GI:** █ was initially kept NPO on IVF. Furosemide drip was initiated because of poor lung compliance with concern for pulmonary edema, and was continued for the duration of █ PICU course. Patient was started on trophic NG feeds with Elecare 5cc/hr, but was subsequently stopped due to abdominal distention and TPN was initiated on HD4. █ remained on

76859B436B7C41E99179, F██████, 1738

### St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F█████, N████ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months  /  █ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

## Discharge Summary

TPN for 11 days. Trophic feeds were restarted on HD 15 and advanced as tolerated. Parenteral nutrition was stopped once patient reached goal NG feeds. Due to hypoalbuminemia █ received albumin infusions on HD4, HD5, and HD8.

**ID:** EVP c/w adenovirus and parainfluenza. Stool PCR + Adenovirus. █ was placed on empiric coverage with vancomycin and cefepime in the PICU. █ was narrowed to ceftriaxone for coverage of presumed pneumonia and █ completed 7 days of antibiotics. On HD 13, █ developed new fevers. Blood cultures were obtained and █ blood cultures were positive for yeast. Central line was immediately removed. █ was started on Micafungin and blood cultures were obtained daily. Infectious disease was consulted and recommended switching to amphotericin B for better CNS and intraocular penetration, which began on HD 17.

**Endocrine**
Patient developed hyperglycemia with BG in mid 200's secondary to steroids and stress response. Patient was started on insulin drip with Q1 accuchecks. Insulin drip was eventually weaned off on HD 11. Blood sugars remained stable for remaining hospital course.

**HEME**
Patient was transfused 15mg/kg prbc on HD 7 for persistent tachycardia and a Hb of 7.3. Repeat Hb improved to 10.5. Venous ultrasound of the LE was obtaine on HD 8 due to concerns for LE swelling and showed occlusive thrombus in the left common iliac vein through the central common femoral vein with nonocclusive thrombus extending into the mid to distal common femoral vein and into the deep femoral vein. Patient was placed on lovenox and monitored with anti-Xa levels. Hematology was consulted and recommended a total 6-12 week course of anticoagulation, as well as a workup for thrombophilia, monthly Xa levels, and a repeat ultrasound after 6 weeks. The thrombophilia workup showed normal AT3 Factor VIII, protein C, and protein S activity, and was negative for antiphospholipid syndromes.

**Second Floor Course: HD 20 to HD26**
**Resp:** █ was transferred back to the floor on HD 20 once █ was stable on room air. █ continued to be intermittently tachypneic with increased work of breathing. █ feeds were held and █ was placed on mIVF. Due to persistent tachypnea, a rapid response was called on 7/13 and rapid response team recommended starting the patient on vapotherm. Max therapy was 8L and 25% FiO2 for desaturations into the 80's. █ was weaned down to 2L vapotherm which █ tolerated well. Pulmonology was consulted and they recommended starting budesonide 0.5 mg BID and Atrovent q8h. █ was continued on albuterol treatments with chest PT. On 7/17 (HD 26) due to an acute worsening in respiratory status, rapid response was called and █ was transferred back to the PICU for escalation of vapotherm.

**CV:** █ had intermittent bradycardia, which resolved without further work-up or intervention.

**FEN/GI:** █ was started on continuous feeds, which were increased as tolerated to 35cc/hr. █ had asymptomatic hypokalemia, which was uptrending with potassium chloride supplementation. █ was started on maintenance fluids for kidney protection given the potential renal toxicity of amphotericin B.

**ID:** Infectious Disease continued to follow █ for treatment of █ Candidal fungemia. Recommended a total of 6 weeks of antifungal treatment (3 weeks of IV amphotericin B followed by fluconzaole PO for 3 weeks). Kidney function was monitored twice weekly with BMPs and CBCs were obtained weekly. Noted to be hypokalemic, so █ was started on potassium chloride with uptrending potassium levels. NS boluses were initated before and after amphotericin doses to mitigate nephrotoxicity. ID

76859B436B7C41E99179, F█████  1739

## St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F█████, N██ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018  / 14 months  /  ██ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

### Discharge Summary

recommended head imaging (MRI ideally) to evaluate for evidence of fungal CNS infection at the end of amphotericin B therapy.

**Neuro:** Patient was evaluated by PM&R, who recommended inpatient rehab given ███ neurologic deficits. Neurology was consulted and they confirmed no repeat imaging was needed.

### Second ICU Course: HD26 to HD39
**Resp:** ████ was admitted for respiratory distress to the ICU on BiPAP, respiratory settings were ultimately weaned as tolerated to nasal cannula. Pulmozyme therapy was trialed but added little benefit so was stopped. Direct Laryngobronchoscopy was performed under anesthesia and showed no significant abnormality. Was weaned to RA that ██ tolerated with no desats.

**CV:** PICC line was placed with interventional radiology. ██ had few PVCs after procedure which resolved within 24 hours.PICC line removed when ██ finished Amphotericin course.

**Nutrition:** Continuous feeds with Elecare Jr were given via NG tube. Bolus feeding was attempted on hospital day 32 but patient did not tolerate well so cotninuous feeds were resumed. Transitioned to daily bolus feeds with overnight continuous feeds. PO trial with speech was successful. Video swallow study with radiology demonstrated multiple deep laryngeal penetrations, but no aspirations. ████ can protect ███ airway and can take small sips of liquids but only with supervision.

**Neuro:** MRI brain with contrast was performed showing stable anoxic changes in basal ganglia but no sign of CNS fungal infection.

**ID:** Amphotericin B course was finished. ██ was transitioned to Fluconazole.

**Renal:** Cystatin C was stable.

### Discharge Physical Examination:

| Vital Signs: | Last Charted: | | 24 Hr Minimum: | | 24 Hr Maximum: | |
|---|---|---|---|---|---|---|
| **Temp C** | 36.6 | (07/31 04:00) | 36.6 | (07/31 04:00) | 37.2 | (07/31 00:09) |
| **Heart Rate** | 115 | (07/31 04:00) | 108 | (07/30 08:00) | 144 | (07/31 00:09) |
| **Resp Rate** | 34 | (07/31 00:10) | 28 | (07/30 20:00) | 48 (H) | (07/30 16:20) |
| **SBP** | 104 | (07/31 04:00) | 101 | (07/30 08:00) | 117 (H) | (07/30 16:00) |
| **DBP** | 55 | (07/31 04:00) | 55 | (07/31 04:00) | 94 (H) | (07/31 01:31) |
| **SpO2** | 97 | (07/31 04:38) | 93 | (07/30 08:00) | 100 | (07/30 12:00) |
| **Height** | 76 | (07/30 10:46) | | | | |
| **BMI** | | | | | 16 | (07/30 10:46) |

GENERAL: NAD, well appearing, alert, interactive
HEENT: NC/AT, PERRLA, EOMI, conjugate gaze, nares patent, moist mucus membranes
CARDIAC: RRR, nl S1 and S2, no murmurs/rubs/gallops

76859B436B7C41E99179, F██████, 1740

## St. Christopher's Hospital for Children
### 160 East Erie Avenue
### Philadelphia, PA 19134-

| | | | |
|---|---|---|---|
| **Patient:** | F███ N██ | **Attending Provider:** | KONCICKI MD,MONICA L |
| **MRN #:** | 10020244 | **Admission Date:** | 6/21/2019 |
| **Account #:** | 52067352 | **Discharge Date:** | 7/31/2019 |
| **DOB/Age/Sex:** | 6/5/2018    / 14 months    /  ███ | **Lab Medical Director(s):** | Judy Pascasio, MD |

---

## Discharge Summary

PULM: mild subcostal retractions, good aeration bilaterally, transmitted upper airway sounds, symmetric chest rise, no wheezes/rhonchi/rales
ABDOMEN: normoactive bowel sounds, soft, nontender, nondistended, no masses or organomegaly
EXTREMITIES: normal tone, normal range of motion, sensation intact, peripheral pulses 2+ b/l, cap refill < 2 seconds
SKIN: warm, dry, no rashes or lesions

*Electronically Signed On 06/21/19 00:42 EDT*
_____
 PAPPAS MD, JOHN D


*Electronically Signed On 06/23/2019 11:38 EDT*
_____
 SANJUAN-SALEH DO, ELAINE


*Electronically Signed On 06/26/2019 01:16 EDT*
_____
 ALBERT MD, JONATHAN S


*Electronically Signed On 06/26/2019 07:34 EDT*
_____
 ALBERT MD, JONATHAN S


*Electronically Signed On 06/26/2019 08:11 EDT*
_____
 ALBERT MD, JONATHAN S


*Electronically Signed On 07/06/2019 08:32 EDT*
_____
 DOOLING MD, SHAYNA L


*Electronically Signed On 07/16/2019 09:58 EDT*
_____
 GODFREY MD, CHRISTINA M


*Electronically Signed On 07/16/2019 12:06 EDT*
_____
 GODFREY MD, CHRISTINA M


*Electronically Signed On 07/17/2019 01:24 EDT*
_____
 GAUTHIER MD, SOPHIA

76859B436B7C41E99179, F███████, 1741

## Shriners Hospitals for Children
Philadelphia Hospital

---

| *Discharge Notes* |

DOCUMENT NAME:                    Physician Discharge Summary
SERVICE DATE/TIME:                8/15/2019 11:07 EDT
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Indelicato CRNP,Giana (8/15/2019 11:10 EDT)
SIGN INFORMATION:                 Indelicato CRNP,Giana (8/15/2019 11:10 EDT)

**Date of Admission:** 07/31/19

**Date of Discharge:** 08/15/19

**Final Diagnosis:** Respiratory insufficiency, dysphagia

**Hospital Course:** ▇ is a 14-month-old ▇ with history of multiple respiratory infections 12/18-06/19 who is status post cardiac arrest (06/25/19) and respiratory failure due to pneumonia. On 06/21/19, ▇ presented to St. Christopher Hospital for Children with adenovirus and parainfluenza type 1 bronchiolitis complicated by superimposed bacteria and bacterial pneumonia, requiring 7 days of IV antibiotics. ▇ received care in the PICU for respiratory failure, was intubated with accidental extubation on 06/25/19, resulting in hypoxemia and bradycardia. ▇ required CPR with epinephrine administration for 8 minutes prior to achieving return of spontaneous circulation. ▇ was subsequently extubated on hospital day#19. ▇ course was complicated by intermittent bradycardia, respiratory insufficiency requiring vapotherm, left common iliac DVT with lovenox treatment, candida PICC infection requiring treatment with amphotericin B and oral fluconazole, and dysphagia requiring nasogastric tube placement. ▇ was transferred to Shriners inpatient subacute rehabilitation on 07/31/19, benefitting from a multidisciplinary approach towards reconditioning, respiratory management, and family training. Upon admission, ▇ was tachypneic, rate of 64-72 per minute. Chest x-ray indicated hyperinflation at this time. Albuterol and budesonide nebulizer treatments administered and 1L/O2 initiated to ease work of breathing. Subsequently, patient required intermittent oxygen of 0.5-1.0L to maintain saturation greater than 90%; desaturation as low as 77% on 08/12/19. ▇ hospital stay has also been complicated with intermittent tachypnea with labored breathing and associated fatigue. Significant intermittent productive cough noted with coarse breath sounds and audible wheezing appreciated. Due to increased wheezing and respiratory effort, oral prednisolone initiated on 08/13/19. ▇ continues to demonstrate significant amounts of emesis intermittently with NG displacement, requiring several NG tube replacements. At this time, ▇ continues to present with variations in respiratory rate and effort with and without feedings; however, based upon patient presentation and chest x-ray obtained on 08/15/19, aspiration is presumed.

**Complications:** See above

**Consultations:** Dr. Kaur (Infectious disease) – the following lab results are pending: Tetanus antibody, CVM IgM level, Hepatitis B SA, Pneumococcal serology, CH50, Haemophilus influenza Type B AB (08/14/19)

**Condition on Discharge:** Fair

**Disposition:** Discharged to St. Christopher Hospital for Children for acute inpatient evaluation

**X-rays:** Chest x-ray – 07/31/19, 08/07/19, 08/15/19; abdominal x-ray – 08/02/19, 08/06/19, 08/11/19, 08/13/19

---

Patient Name:  P▇ N▇
MRN:           3451715
DOB:           6/5/2018    Gender: ▇

This document contains Confidential Patient Information from the SHCIS Medical Record. This information is not for general use and should only be used and/or disposed of in accordance with SHC Policies and Procedures pertaining to the protection of Patient Privacy and Confidentiality.

User ID:  Jaffie,Rachel A
Report Request ID:  38370396
Print Date/Time:   10/23/2019 09:40 EDT

**Shriners Hospitals for Children**
Philadelphia Hospital

---

| *Discharge Notes* |
| --- |

*Electronically Signed:  Indelicato CRNP, Giana*
*Sign Date and Time: 08/15/2019 11:10 EDT*

*Reviewed By:*

---

Patient Name:  F█████  N███
MRN:             3451715
DOB:              6/5/2018      Gender: ████

This document contains Confidential Patient Information from the SHCIS Medical Record. This information is not for general use and should only be used and/or disposed of in accordance with SHC Policies and Procedures pertaining to the protection of Patient Privacy and Confidentiality.

User ID:  Jaffie,Rachel A