# EXHIBIT B



**St. Christopher's Hospital for Children**

St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134
215-427-5000
www.stchristophershospital.com

July 9, 2019

Dear Ms. Shawanda Smith,

The Christopher's Hospital for Children is committed to providing quality medical care to its patients and the communities it serves. Despite constant and committed efforts to provide and improve patient care, unanticipated events sometimes occur.

This letter is to confirm that you were made aware that an unanticipated event occurred with ▇▇▇▇▇▇ on June 25, 2019.

We are committed to respecting the rights of patients and their families to be informed about unanticipated events and to analyze these events to improve Patient Safety. The Clinical Care Team can answer any questions that may arise.

We will be analyzing this event for opportunities to make improvements in our Patient Safety Processes. Should you have further questions please contact me at 215- 427-8802.

Sincerely,

Michael Neiman CPHQ CJCP CPPS
Patient Safety Officer





**St. Christopher's Hospital for Children**
160 East Erie Avenue
Philadelphia, PA 19134
215-427-5000
www.stchristophershospital.com

Ms. Shawanda Smith
420 Fern Street
Philadelphia, PA  19120-1814

July 10, 2019

Re: N█ F█

Dear Ms. Smith,

St. Christopher's Hospital for Children is committed to providing quality medical care to its patients and the communities it serves. We are committed to respecting the rights of our patients to keep them informed about any events related to their hospital stay.

Despite constant and committed efforts, sometimes a patient can acquire an infection while in the hospital. We are obligated to inform you that we are aware of the July 2019 infection that ███ developed. We are also advising you that the occurrence of the infection is reported to the Centers for Disease Control and Prevention's (CDC) National Healthcare Safety Network (NHSN), in accordance with Pennsylvania law (Act 52 of 2007).

There is no additional treatment necessary at this time. While not all infections are preventable, we want to apologize for any discomfort or problems this infection may have caused.

Should you have further questions please contact me at 215- 427-4263

Sincerely,

*Michael Neiman*

Michael Neiman, CPHQ, CJCP, CPPS
Patient Safety Officer
Director Clinical Quality Improvement

