# EXHIBIT C

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**MAY 2021**
E-Filing Number: 2105049839

**002427**

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>SHAWANDA SMITH, ALIAS: AS PLAINTIFF AND NATURAL GUARDIAN OF N███ F██████, A MINOR | **DEFENDANT'S NAME**<br>BRETT N. PERKINS RN |
| **PLAINTIFF'S ADDRESS**<br>420 FERN STREET<br>PHILADELPHIA PA 19120 | **DEFENDANT'S ADDRESS**<br>160 EAST ERIE AVENUE<br>PHILADELPHIA PA 19134 |
| **PLAINTIFF'S NAME**<br>CHAMARR FANNING, ALIAS: AS PARENT AND NATURAL GUARDIAN OF NOAH FANNING, A MINOR | **DEFENDANT'S NAME**<br>JESSICA HEGEDUS CRT |
| **PLAINTIFF'S ADDRESS**<br>420 FERN STREET<br>PHILADELPHIA PA 19120 | **DEFENDANT'S ADDRESS**<br>160 EAST ERIE AVENUE<br>PHILADELPHIA PA 19134 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>ST. CHRISTOPHER'S HEALTHCARE, LLC, ALIAS: D/B/A ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>160 E. ERIE AVENUE<br>PHILADELPHIA PA 19134 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 6 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: ___ | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**
2M - MALPRACTICE - MEDICAL

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
MAY 26 2021
**S. RICE**

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES   NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: SHAWANDA SMITH , CHAMARR FANNING

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>BETHANY R. NIKITENKO | ADDRESS<br>FELDMAN SHEPHERD<br>1845 WALNUT ST<br>21ST FLOOR<br>PHILADELPHIA PA 19103 |
|---|---|
| PHONE NUMBER: (215)567-8300   FAX NUMBER: (215)567-8333 | |
| SUPREME COURT IDENTIFICATION NO.<br>206374 | E-MAIL ADDRESS<br>bnikitenko@feldmanshepherd.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*BETHANY NIKITENKO* | DATE SUBMITTED<br>Wednesday, May 26, 2021, 05:27 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. BRETT N. PERKINS RN
    160 EAST ERIE AVENUE
    PHILADELPHIA PA 19134
2. JESSICA HEGEDUS
    160 EAST ERIE AVENUE
    PHILADELPHIA PA 19134
3. ST. CHRISTOPHER'S HEALTHCARE, LLC
    ALIAS: D/B/A ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN
    160 E. ERIE AVENUE
    PHILADELPHIA PA 19134
4. SCHC PEDIATRIC ASSOCIATES, LLC
    160 EAST ERIE AVENUE
    PHILADELPHIA PA 19134
5. PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC
    1500 MARKET STREET SUITE 2400 WEST TOWER
    PHILADELPHIA PA 19102
6. THE AMERICAN ACADEMIC HEALTH SYSTEM, LLC
    222 NORTH SEPULVEDA BLVD. SUITE 900
    EL SEGUNDO CA 90245

...

FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
By: JOHN M. DODIG/BETHANY R. NIKITENKO
Identification No.: 51092/206374
21st Floor
1845 Walnut Street
Philadelphia, PA 19103
(215) 567-8300


*Filed and Attested by the Office of Judicial Records 26 MAY 2021 05:27 pm S. RICE*

Attorneys for Plaintiffs

| | |
|---|---|
| SHAWANDA SMITH and CHAMARR FANNING, as parents and natural guardians of N████ F████████, a minor, and SHAWANDA SMITH and CHAMARR FANNING in their own right<br>420 Fern Street<br>Philadelphia, PA 19120<br><br>              Plaintiffs<br><br>              v.<br><br>BRETT N. PERKINS, R.N.<br>160 East Erie Avenue<br>Philadelphia, PA 19134<br>              And<br>JESSICA HEGEDUS, CRT<br>160 East Erie Avenue<br>Philadelphia, PA 19134<br>              And<br>ST. CHRISTOPHER'S HEALTHCARE LLC<br>d/b/a ST. CHRISTOPHER'S HOSPITAL<br>FOR CHILDREN<br>160 East Erie Avenue<br>Philadelphia PA 19134<br>              and<br>SCHC PEDIATRIC ASSOCIATES, LLC<br>160 East Erie Avenue<br>Philadelphia PA 19134<br>              And<br>PHILADELPHIA ACADEMIC HEALTH<br>SYSTEM LLC<br>1500 Market Street<br>Suite 2400, West Tower<br>Philadelphia PA 19102<br>              and | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MAY TERM, 2021<br>No.<br><br>Jury Trial Demanded |

Case ID: 210502427

| |
|---|
| THE AMERICAN ACADEMIC HEALTH SYSTEM LLC<br>222 North Sepulveda Blvd<br>Suite 900<br>El Segundo, CA 90245<br><br>　　　　Defendants |

## PRAECIPE TO ISSUE WRIT OF SUMMONS

　　Kindly issue a Writ of Summons on all Defendants in the above-captioned matter.

　　　　　　　　　　　　　　　　FELDMAN SHEPHERD WOHLGELERNTER
　　　　　　　　　　　　　　　　TANNER WEINSTOCK & DODIG, LLP

　　　　　　　　　　　　　　　　*/s/ Bethany R. Nikitenko*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN M. DODIG
　　　　　　　　　　　　　　　　BETHANY R. NIKITENKO
　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS

Date:  May 2, 2021

2

Case ID: 210502427

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Shawanda Smith & Chamarr Fanning as parents & natural guardians of N███ F█████, a minor & Shawanda Smith & Chamarr Fanning in their own right

_Plaintiff_

vs.

Brett N. Perkins, R.N., et al.

_Defendant_

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Brett N. Perkins, R.N., Jessica Hegedus, CRT,
St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children, SCHC Pediatric Associates, LLC, Philadelphia Academic Health System, LLC and
The American Academic Health System, LLC

## Writ of Summons

You are notified that the Plaintiff[2]
_Usted esta avisado que el demandante_

Shawanda Smith and Chamarr Fanning, as parents and natural guardians of Noah Fanning, a minor and Shawanda Smith and Chamarr Fanning, in their own right

Has (have) commenced an action against you.
_Ha (han) iniciado una accion en contra suya._



ERIC FEDER
_Director, Office of Judicial Records_

By: _____  
210502427  
26 MAY 2021 05:27 pm  
S. RICE

Date: _____

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 210502427

**Court of Common Pleas**

_____ Term, 20 _____

No. _____

_____
*Plaintiff*

vs.

_____
*Defendant*

**SUMMONS**

Case ID: 210502427