EXHIBIT D

# Bethany R. Nikitenko

| | |
|---|---|
| **From:** | Samms, Gary <Gary.Samms@obermayer.com> |
| **Sent:** | Monday, May 10, 2021 12:40 PM |
| **To:** | Bethany R. Nikitenko |
| **Subject:** | Re: Fanning v. St. Christopher's Hospital for Children |

In a mediation call u shortly

Get [Outlook for Android](#)

---

**From:** Bethany R. Nikitenko <bnikitenko@feldmanshepherd.com>
**Sent:** Monday, May 10, 2021 8:35:11 AM
**To:** Samms, Gary <Gary.Samms@obermayer.com>
**Subject:** RE: Fanning v. St. Christopher's Hospital for Children

Good Morning Gary.  I am wide open today if you are free to chat about this case.  I can be reached at 215-990-2378.  Thanks.



**Bethany R. Nikitenko**
Partner
bnikitenko@feldmanshepherd.com
1845 Walnut Street - 21st Floor
Philadelphia, Pennsylvania 19103
www.feldmanshepherd.com
P. 215.567.8300 F. 215.567.8333

This electronic mail transmission contains confidential information intended only for the person(s) named.  Any use, distribution, copying, or disclosure by another person is strictly prohibited.

---

**From:** Bethany R. Nikitenko
**Sent:** Friday, May 7, 2021 8:42 AM
**To:** Samms, Gary <Gary.Samms@obermayer.com>
**Subject:** RE: Fanning v. St. Christopher's Hospital for Children

Good Morning Gary.  I can be reached on my cell phone today, 215-990-2378.  Thanks.



**Bethany R. Nikitenko**
Partner
bnikitenko@feldmanshepherd.com
1845 Walnut Street - 21st Floor
Philadelphia, Pennsylvania 19103
www.feldmanshepherd.com
P. 215.567.8300 F. 215.567.8333

This electronic mail transmission contains confidential information intended only for the person(s) named.  Any use, distribution, copying, or disclosure by another person is strictly prohibited.

**From:** Bethany R. Nikitenko
**Sent:** Thursday, May 6, 2021 10:53 AM
**To:** Samms, Gary <Gary.Samms@obermayer.com>
**Subject:** RE: Fanning v. St. Christopher's Hospital for Children

Sure.  What time works for you?  I am free other than 9 to 10 and 12 to 2.



**Bethany R. Nikitenko**
Partner
bnikitenko@feldmanshepherd.com
1845 Walnut Street - 21st Floor
Philadelphia, Pennsylvania 19103
www.feldmanshepherd.com
P. 215.567.8300 F. 215.567.8333

This electronic mail transmission contains confidential information intended only for the person(s) named.  Any use, distribution, copying, or disclosure by another person is strictly prohibited.

**From:** Samms, Gary <Gary.Samms@obermayer.com>
**Sent:** Thursday, May 6, 2021 10:52 AM
**To:** Bethany R. Nikitenko <bnikitenko@feldmanshepherd.com>
**Subject:** Re: Fanning v. St. Christopher's Hospital for Children

Can you chat tomorrow on this

Get Outlook for Android

**From:** Bethany R. Nikitenko <bnikitenko@feldmanshepherd.com>
**Sent:** Wednesday, April 28, 2021 1:57:54 PM
**To:** Samms, Gary <Gary.Samms@obermayer.com>
**Subject:** RE: Fanning v. St. Christopher's Hospital for Children

My deposition is finished.  I am free any time other than 3 to 3:30.  You can call my cellphone, 215-990-2378.  Thanks.



**Bethany R. Nikitenko**
Partner
bnikitenko@feldmanshepherd.com
1845 Walnut Street - 21st Floor
Philadelphia, Pennsylvania 19103
www.feldmanshepherd.com
P. 215.567.8300 F. 215.567.8333

This electronic mail transmission contains confidential information intended only for the person(s) named.  Any use, distribution, copying, or disclosure by another person is strictly prohibited.

**From:** Samms, Gary <Gary.Samms@obermayer.com>
**Sent:** Wednesday, April 28, 2021 10:08 AM
**To:** Bethany R. Nikitenko <bnikitenko@feldmanshepherd.com>
**Subject:** Re: Fanning v. St. Christopher's Hospital for Children

No worries....sorry covid knocked me on my ass the last 2 weeks....I will call after this dep

Get Outlook for Android

---

**From:** Bethany R. Nikitenko <bnikitenko@feldmanshepherd.com>
**Sent:** Wednesday, April 28, 2021 9:15:20 AM
**To:** Samms, Gary <Gary.Samms@obermayer.com>
**Subject:** RE: Fanning v. St. Christopher's Hospital for Children

Good Morning Gary,

Sorry to be a pain in the ass, but do you have an update on this case? I want to get a writ filed sooner rather than later.

Thanks,



**Bethany R. Nikitenko**
Partner
bnikitenko@feldmanshepherd.com
1845 Walnut Street - 21st Floor
Philadelphia, Pennsylvania 19103
www.feldmanshepherd.com
P. 215.567.8300 F. 215.567.8333

This electronic mail transmission contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

**From:** Bethany R. Nikitenko
**Sent:** Tuesday, April 20, 2021 10:24 AM
**To:** Samms, Gary <Gary.Samms@obermayer.com>
**Subject:** RE: Fanning v. St. Christopher's Hospital for Children

6/25/19.



**Bethany R. Nikitenko**
Partner
bnikitenko@feldmanshepherd.com
1845 Walnut Street - 21st Floor
Philadelphia, Pennsylvania 19103
www.feldmanshepherd.com
P. 215.567.8300 F. 215.567.8333

This electronic mail transmission contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

**From:** Samms, Gary <Gary.Samms@obermayer.com>
**Sent:** Tuesday, April 20, 2021 10:23 AM
**To:** Bethany R. Nikitenko <bnikitenko@feldmanshepherd.com>
**Subject:** Re: Fanning v. St. Christopher's Hospital for Children

Didnt forget about you...I am waiting to hear....do u have a date of incident

Get Outlook for Android

---

**From:** Bethany R. Nikitenko <bnikitenko@feldmanshepherd.com>
**Sent:** Tuesday, April 20, 2021 10:21:32 AM
**To:** gary.samms@obermayer.com <gary.samms@obermayer.com>
**Subject:** FW: Fanning v. St. Christopher's Hospital for Children

Good Morning Gary,

I am following up on my below email. I am going to move forward with service if I do not hear from you soon.

Thanks,



**Bethany R. Nikitenko**
Partner
bnikitenko@feldmanshepherd.com
1845 Walnut Street - 21st Floor
Philadelphia, Pennsylvania 19103
www.feldmanshepherd.com
P. 215.567.8300 F. 215.567.8333

This electronic mail transmission contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

---

**From:** Bethany R. Nikitenko
**Sent:** Tuesday, April 6, 2021 8:32 AM
**To:** Samms, Gary <Gary.Samms@obermayer.com>
**Subject:** FW: Fanning v. St. Christopher's Hospital for Children

Good Morning Gary,

Just following up on my below email.

Thanks,



**Bethany R. Nikitenko**
Partner
bnikitenko@feldmanshepherd.com
1845 Walnut Street - 21st Floor
Philadelphia, Pennsylvania 19103
www.feldmanshepherd.com
P. 215.567.8300 F. 215.567.8333

This electronic mail transmission contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

**From:** Bethany R. Nikitenko
**Sent:** Monday, March 15, 2021 4:38 PM
**To:** gary.samms@obermayer.com
**Cc:** John M. Dodig <jdodig@feldmanshepherd.com>
**Subject:** Fanning v. St. Christopher's Hospital for Children

Good Afternoon Gary,

Thank you for taking the time to speak with me on Friday. As we discussed, I intend to file a Writ of Summons against St. Christopher's Hospital for Children, a nurse, and respiratory therapist arising out of an incident that occurred on 6/25/19. It is my understanding that you are counsel for St. Christopher's during this time frame. Attached for your review is a Praecipe to Issue Writ of Summons. Please let me know if I have omitted any necessary parties or if I have included any parties that should not be parties to the suit. I am not certain as to the actual employers of the nurse and respiratory therapist. I have included SCHC Pediatric Associates LLC, although that may not be the proper entity. Please also let me know if you are able to accept service. Let me know if you have any questions.

Thanks again,



**Bethany R. Nikitenko**
Partner
bnikitenko@feldmanshepherd.com
1845 Walnut Street - 21st Floor
Philadelphia, Pennsylvania 19103
www.feldmanshepherd.com
P. 215.567.8300 F. 215.567.8333

This electronic mail transmission contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.