EXHIBIT E

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

BY:  Gary M. Samms, Esquire (#58096)
      Edvard L. Wilson, Esquire (#86760)
Centre Square, 34TH Floor West
1500 Market Street
Philadelphia, PA 19102
(215) 665-3000

*Filed and Attested by the Office of Judicial Records 04 MAR 2022 11:19 am R. SCHREIBER*

Attorney for Defendants St. Christopher's Healthcare LLC d/b/a St. Christopher's Hospital for Children, Philadelphia Academic Health System LLC, and The American Academic Health System LLC

---

| | | |
|---|---|---|
| SHAWANDA SMITH and CHAMARR FANNING, as parents & natural guardians of N███ F██████, a minor and SHAWANDA SMITH and CHAMARR FANNING, in their own right, | : : : : : | PHILADELPHIA COUNTY COURT OF COMMON PLEAS |
| Plaintiffs, | : | MAY TERM, 2021 |
| vs. | : | No.  02427 |
| BRETT N. PERKINS, R.N., JESSICA HEGEDUS, CRT, ST. CHRISTOPHER'S HEALTHCARE LLC d/b/a ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN, SCHC PEDIATRIC ASSOCIATES, LLC, PHILADELPHIA ACADEMIC HEALTH SYSTEM LLC, and THE AMERICAN ACADEMIC HEALTH SYSTEM LLC, | : : : : : : : : : | |
| Defendants. | : | |

---

## SUGGESTION OF BANKRUPTCY

TO THE PROTHONOTARY:

      Please be advised that on or about June 30, 2019, St. Christopher's Healthcare LLC d/b/a

St. Christopher's Hospital for Children, SCHC Pediatric Associates LLC, and Philadelphia

Academic Health System, LLC,  Defendants in the above-captioned action, filed Voluntary

Petition seeking relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101

*et seq.* (the "Bankruptcy Code"), and relief was ordered. Pursuant to Section 362 of the

Bankruptcy Code, an automatic stay has been imposed against the commencement or

continuation of any action against St. Christopher's Healthcare LLC d/b/a St. Christopher's

Hospital for Children, SCHC Pediatric Associates, LLC, and Philadelphia Academic Health

System, LLC, that was or could have been commenced before the filing of the bankruptcy case

or any proceeding against St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for

Children, SCHC Pediatric Associates LLC, and Philadelphia Academic Health System, LLC to

recover a claim against it that arose prior to the commencement of the bankruptcy case.

     A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit "A" and is

incorporated herein.

Respectfully submitted,

Date: June 23, 2021     By: _____

                  Gary M. Samms, Esquire
                  Edvard L. Wilson, Esquire
                  OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                  Centre Square West
                  1500 Market Street, Suite 3400
                  Philadelphia, PA 19102
                  Telephone: (215) 665-3054
                  *St. Christopher's Healthcare LLC d/b/a St. Christopher's*
                  *Hospital for Children, Philadelphia Academic Health*
                  *System, LLC, and American Academic Health System, LLC*

2

Case ID: 210502427

# EXHIBIT A

4842-4216-6000

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____     Chapter **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Center City Healthcare, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Hahnemann University Hospital** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2813341** |

4.   **Debtor's address**

**Principal place of business**

**230 North Broad Street**
**Philadelphia, PA 19102**
Number, Street, City, State & ZIP Code

**Philadelphia**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.   **Debtor's website** (URL)   _____

6.   **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case ID: 210502427

Debtor **Center City Healthcare, LLC**     Case number (*if known*) _____
       Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

■ Health Care Business (as defined in 11 U.S.C. § 101(27A)

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     **6221**

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? |
|---|---|

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? |
|---|---|

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See attached Schedule 1** | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

Case ID: 210502427

| Debtor | **Center City Healthcare, LLC** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Case ID: 210502427

| Debtor | **Center City Healthcare, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2019**
MM / DD / YYYY

**X /s/ Allen Wilen**                          **Allen Wilen**
Signature of authorized representative of debtor        Printed name

Title    **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X /s/ Mark Minuti**                          Date    **June 30, 2019**
Signature of attorney for debtor                          MM / DD / YYYY

**Mark Minuti**
Printed name

**Saul Ewing Arnstein & Lehr LLP**
Firm name

**1201 North Market Street**
**Suite 2300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-421-6800**     Email address    **mark.minuti@saul.com**

**2659 DE**
Bar number and State

Case ID: 210502427

**FORM 201.  VOLUNTARY PETITION – Schedule 1**

**Pending Bankruptcy Cases Attachment**

| **Debtors** | **District** | **Relationship** |
|---|---|---|
| Philadelphia Academic Health System, LLC | DE | Parent |
| Philadelphia Academic Medical Associates, LLC | DE | Affiliate |
| St. Christopher's Healthcare, LLC | DE | Affiliate |
| HPS of PA, L.L.C. | DE | Affiliate |
| TPS of PA, L.L.C. | DE | Affiliate |
| TPS II of PA, L.L.C. | DE | Affiliate |
| TPS III of PA, L.L.C. | DE | Affiliate |
| TPS IV of PA, L.L.C. | DE | Affiliate |
| TPS V of PA, L.L.C. | DE | Affiliate |
| SCHC Pediatric Associates, L.L.C. | DE | Affiliate |
| SCHC Pediatric Anesthesia Associates, L.L.C. | DE | Affiliate |
| StChris Care at Northeast Pediatrics, L.L.C. | DE | Affiliate |
| St. Christopher's Pediatric Urgent Care Center, L.L.C. | DE | Affiliate |

Case ID: 210502427

# CENTER CITY HEALTHCARE, LLC

## WRITTEN CONSENT OF SOLE MANAGER AND SOLE MEMBER

The undersigned, being the sole manager and the sole member (the "**Manager**") of Center City Healthcare, LLC, a Delaware limited liability company (the "**Company**"), in accordance with and pursuant to the Delaware Limited Liability Company Act and the Operating Agreement of the Company, and without formality of convening a meeting, consents to the adoption of the following resolutions:

**WHEREAS**, the Manager of the Company has reviewed the financial records of the Company, has considered the business and financial condition of the Company, and is aware of the assets, liabilities, potential liabilities and liquidity of the Company; and has had the opportunity to consult with the management and advisors of the Company and fully considered all of the strategic alternatives available to the Company; and

**WHEREAS**, as a result of the Company's current financial situation, it appears that it may be necessary to file for reorganization of the Company under chapter 11 (the "**Bankruptcy**") of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

## AUTHORIZATION TO FILE VOLUNTARY PETITION UNDER CHAPTER 11

**IT IS THEREFORE, RESOLVED**, that the Manager has determined in its judgment that it may be desirable and in the best interests of the Company, its creditors and other interested parties to commence the Bankruptcy; and

**FURTHER RESOLVED**, that the President and Chief Restructuring Officer of the Company, together with any other person or persons hereafter designated in writing by the Manager (each individually an "**Authorized Officer**" and collectively the "**Authorized Officers**"), alone or with one or more other Authorized Officers be, and hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds

Case ID: 210502427

that they deem necessary, proper and desirable in connection with the Bankruptcy, with a view to the successful prosecution of such case; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to, in the name and on behalf of the Company, to negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-possession loan documents, and any and all amendments, supplements, modifications, extensions, renewals, replacements, agreements, documents and instruments relating to the foregoing, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the law firms of Saul Ewing Arnstein & Lehr LLP and Klehr Harrison Harvey Branzburg LLP, and such other law firms as may be employed by an Authorized Officer with the written approval of General Counsel, are hereby engaged as general or special bankruptcy co-counsel for the Company under general retainer in the Bankruptcy, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that, pursuant to the terms of various agreements with EisnerAmper LLP, Allen Wilen shall hereinafter be regarded and treated in all respects as Chief Restructuring Officer of the Company, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the firm of SSG Advisors, LLC is hereby engaged as investment banker for the Company in the Bankruptcy, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the firm of Omni Management Group, Inc. is hereby engaged as the claims and noticing agent for the Company in the Bankruptcy, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to, in the name and on behalf of the Company, with the written approval of General Counsel with respect to legal professionals, to retain or continue to employ such other professionals as they deem necessary, proper or desirable during the course of the Bankruptcy, subject to any requisite Bankruptcy Court approval.

## RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS

**IT IS THEREFORE, RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers or their designees shall be, and each of them, acting alone, hereby is, authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be

35097033.6

Case ID: 210502427

necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions; and

**FURTHER RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects ratified and approved; and

**FURTHER RESOLVED**, that these resolutions shall be filed with the records of the Company.

**IN WITNESS WHEREOF,** the undersigned Manager of the Company hereby evidences its written consent to the foregoing resolutions effective as of this 30th day of June, 2019.

**PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC,
AS SOLE MEMBER AND SOLE MANAGER OF
CENTER CITY HEALTHCARE, LLC**

By: _____
    Joel Freedman, President

35097033.6

Case ID: 210502427

| Debtor name | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. |
|---|---|

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

Case No. (If known) _____

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Tenet Business Services Corporation c/o Tenet Healthcare Corporation Attn: Michael Maloney 1445 Ross Ave, Ste 1400 Dallas, TX 75202 | Tenet Business Services Corporation Attn: Michael Maloney Tel: 469-893-6151 Email: Michael.Maloney@tenethealth.com | Trade Debt | Disputed | | | $20,181,981.85 |
| 2  Conifer Patient Communications Attn: Petra Willey 140 Fountain Pkwy Ste 500 St Petersburg, FL 33716 | Conifer Patient Communications Attn: Petra Willey Tel: 727-570-3637 Email: petra.willey@coniferhealth.com | Trade Debt | Disputed | | | $19,089,696.47 |
| 3  Drexel University Attn: Anthony Esposito 3201 Arch St, Ste 420 Philadelphia, PA 19104 | Drexel University Attn: Anthony Esposito Tel: 215-762-1504 Email: ame79@drexel.edu | Trade Debt | Disputed | | | $14,158,984.05 |
| 4  Medline Industries Inc Attn: Ron Barrett Three Lakes Dr Northfield, IL 60093 | Medline Industries Inc Attn: Ron Barrett Tel: 847-643-4099 Fax: 847-949-2287 Email: rbarrett@medline.com | Trade Debt | | | | $3,963,549.96 |
| 5  Cerner Corp Attn: Ian Wilson 2800 Rockcreek Pkwy Kansas City, MO 64117 | Cerner Corp Attn: Ian Wilson Tel: 816-500-0767 Fax: 816-936-1920 Email: ian.wilson@cerner.com | Trade Debt | | | | $3,786,822.75 |

Case ID: 210502427

**Debtor name**  Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.    Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  NTT Data Services LLC<br>Attn: SubbaRao Pushadapu<br>7950 Legacy Dr, Ste 900<br>Plano, TX 75024 | NTT Data Services LLC<br>Attn: Subbarao Pushadapu<br>Email: billing.Inquiry@nttdata.com | Trade Debt | | | | $2,537,404.39 |
| 7  Veolia Energy Philadelphia Inc<br>Attn: Tricia Marts<br>2600 Christian St<br>Philadelphia, PA 19146 | Veolia Energy Philadelphia Inc<br>Attn: Tricia Marts<br>Tel: 267-350-5813<br>Fax: 215-875-6910<br>Email: patricia.marts@veolia.com | Trade Debt | | | | $2,418,298.74 |
| 8  Ensemble Rcm LLC<br>Attn: John Erickson<br>13620 Reese Blvd, Ste 200<br>Huntersville, NC 28078 | Ensemble Rcm LLC<br>Attn: John Erickson<br>Tel: 704-765-3715<br>Email: john.erickson@ensemblehp.com | Trade Debt | Disputed | | | $2,219,725.54 |
| 9  Universal Protection SVS LP<br>Attn: Al Santosusso<br>1551 North Tustin Ave, Ste 650<br>Santa Ana, CA 92705 | Universal Protection SVS LP<br>Attn: Al Santosusso<br>Tel: 215-399-3955; 215-868-2644<br>Email: al.santossusso@aus.com | Trade Debt | | | | $1,802,297.12 |
| 10  Medtronic Usa Inc<br>Attn: Brian Castelein CBA<br>4642 Collections Center Dr<br>Chicago, IL 60693 | Medtronic Usa Inc<br>Attn: Brian Castelein Cba<br>Tel: 763-505-6535<br>Fax: 763-367-1404<br>Email: brian.j.castelein@medtronic.com | Trade Debt | | | | $1,766,207.01 |
| 11  Depuy Synthes Sales<br>Customer Receivables Management<br>Attn: Patty Paget<br>Highway 22 N<br>Somerville, NJ 08876-1051 | Depuy Synthes Sales<br>Attn: Patty Paget<br>Tel: 610-314-2956<br>Fax: 908-429-4999<br>Email: ppaget@its.jnj.com | Trade Debt | Disputed | | | $1,575,896.03 |

Case ID: 210502427

| Debtor name | **Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.** | Case No. (If known) _____ |
| --- | --- | --- |

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12  Crothall Healthcare Inc<br>Attn: Dennis Czaplicki<br>13028 Collections Ctr Dr<br>Chicago, IL 60693 | Crothall Healthcare Inc<br>Attn: Dennis Czaplicki<br>Tel: 215-694-5351<br>Email: Dennis.czaplicki@crothall.com | Trade Debt | | | | $1,385,555.85 |
| 13  Ernst & Young LLP<br>Attn: Amy Dorfmeister<br>Pittsburg Natl Bank 640382<br>c/o Ernst & Young Us LLP<br>1 PPG Pl #2100<br>Pittsburgh, PA 15264 | Ernst & Young LLP<br>Attn: Amy Dorfmeister<br>Tel: 215-448-5000<br>Email: amy.doffmeister@ey.com | Professional Services | | | | $1,239,278.05 |
| 14  Temple Univ Hospital<br>Cashier Office<br>3401 No Broad St, Rm A 131<br>Philadelphia, PA 19140 | Temple Univ Hospital<br>Tel: 877-711-7520<br>Fax: 215-204-4660 | Trade Debt | | | | $1,197,893.57 |
| 15  Champion Energy<br>Attn: Nicole Hassler<br>1500 Rankin Rd, Ste 200<br>Houston, TX 77073 | Champion Energy<br>Attn: Nicole Hassler<br>Tel: 832-957-4504<br>Fax: 281-653-1810<br>Email: nicole.cates@champion.energy | Trade Debt | | | | $1,103,204.69 |
| 16  Renal Treatment Centers Se LP -<br>Davita<br>Attn: Clenn Frost<br>2476 East Swedesford Rd, Ste 150<br>Malvern, PA 19355 | Renal Treatment Centers Se LP - Davita<br>Attn: Clenn Frost<br>Tel: 800-633-9757<br>Fax: 877-803-1534<br>Email: angel.Baltazar@davita.com | Trade Debt | | | | $903,640.47 |
| 17  American Red Cross<br>Attn: Tara Smalls<br>430 17th St NW<br>Washington, DC 20006 | American Red Cross<br>Attn: Tara Smalls<br>Tel: 704-943-6914<br>Fax: 704-943-7389<br>Email: Tara.Smalls@redcross.org | Trade Debt | | | | $900,713.67 |

Case ID: 210502427

Debtor name    **Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.**    Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18  Quality Systems Inc<br>18111 Von Karman Ave, Ste 700<br>Irvine, CA 92612 | Quality Systems Inc<br>Tel: 855-657-4373<br>Email: irvinetax@nextgen.com;<br>ir@nextgen.com | Trade Debt | | | | $881,603.18 |
| 19  Olympus America Inc<br>Attn: Eric Vautrin<br>3500 Corporate Pkwy<br>Center Valley, PA 18034-0610 | Olympus America Inc<br>Attn: Eric Vautrin<br>Tel: 484-896-3403<br>Fax: 484-896-7788<br>Email: eric.wautrin@olympus.com | Trade Debt | | | | $813,179.36 |
| 20  Global Neurosciences Institute<br>Attn: Donald J Damico<br>3100 Princeton Pk, Bldg 3, Ste D<br>Lawrenceville, NJ 08648 | Global Neurosciences Institute<br>Attn: Donald J Damico<br>Tel: 215-962-9600<br>Email: ddamico@gnineuro.org | Trade Debt | | | | $802,676.33 |
| 21  Optuminsight<br>Attn: Nick Gulland<br>11000 Optum Cir<br>Eden Prairie, MN 55344 | Optuminsight<br>Attn: Nick Gulland<br>Tel: 952-205-6984<br>Fax: 855-244-4448<br>Email: nicholas.gulland@optum.com | Trade Debt | | | | $733,890.77 |
| 22  Greater Delaware Valley Society<br>Attn: Stacy Cramer<br>401 N 3Rd St<br>Philadelphia, PA 19123 | Greater Delaware Valley Society<br>Attn: Stacy Cramer<br>Tel: 215-557-8090 ext1309<br>Email: SCramer@donors1.org | Trade Debt | | | | $697,400.00 |
| 23  City Of Philadelphia<br>Attn: Rob Dubow<br>Code Violation Enforcement Div<br>P.O. Box 56318<br>Philadelphia, PA 19130 | City Of Philadelphia<br>Attn: Rob Dubow<br>Tel: 215-686-6141<br>Email: voucherverification@phila.gov | Government Contracts | | | | $649,769.35 |

Case ID: 210502427

Debtor name    **Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.**    Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24 Nthrive Inc<br>Attn: Kay Ennis<br>200 North Point Center E, Ste 600<br>Alpharetta, GA 30022 | Nthrive Inc<br>Attn: Kay Ennis<br>Tel: 334-728-2805<br>Email: kennis@nthrive.com | Trade Debt | | | | $618,339.28 |
| 25 Benefit Fund For Hosp & Health<br>1319 Locust St<br>Philadelphia, PA 19107 | Benefit Fund For Hosp & Health<br>Tel: 215-735-5720<br>Fax: 215 -985-9232<br>Email: info@1199cfunds.org | Trade Debt | | | | $564,691.86 |
| 26 Premier Healthcare Solutions<br>Attn: Kelley Maskeri<br>5882 Collections Center Dr<br>Chicago, IL 60693 | Premier Healthcare Solutions<br>Attn: Kelley Maskeri<br>Tel: 704-816-6123<br>Fax: 704-733-2114<br>Email: kelley.Maskeri@PremierINc.com | Trade Debt | | | | $563,349.66 |
| 27 Concentra<br>Attn: Candice Henson<br>dba Concentra Medical Centers<br>5080 Spectrum Dr, 1200W<br>Addison, TX 75001 | Concentra<br>Attn: Candice Henson<br>Tel: 401-487-8624<br>Email: candice_henson@concentra.com | Trade Debt | | | | $556,777.14 |
| 28 Ino Therapeutics LLC<br>dba Mallinckrodt Pharmaceuticals<br>Attn: Brooke Mitch<br>1425 US Route 206<br>Bedminster, NJ 07921 | Ino Therapeutics LLC<br>Attn: Brooke Mitch<br>Tel: 484-619-1374<br>Fax: 908-238-6633<br>Email: brooke.mitch@mnk.com | Trade Debt | | | | $546,000.00 |
| 29 General Electric Co<br>Attn: Arushi Chandran<br>dba Ge Healthcare<br>9900 Innovation Dr<br>Wauwatosa, WI 53226-4856 | General Electric Co<br>Attn: Arushi Chandran<br>Tel: 888-727-9958<br>Email: ARUSHI.CHANDRAN@GE.COM | Trade Debt | | | | $536,228.76 |

Case ID: 210502427

| Debtor name | **Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.** | Case No. (If known) _____ |

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 30 Smith & Nephew<br>Attn: Peter J Butera<br>150 Minuteman Rd<br>Andover, MA 01810 | Smith & Nephew<br>Attn: Peter J Butera<br>Tel: 941-724-8959<br>Email: peter.butera@smith-nephew.com | Trade Debt | | | | $533,436.17 |

Case ID: 210502427

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC, *et al.*,[1] | ) Case No. 19-_____ (____) |
|  | ) |
| Debtors. | ) Joint Administration Requested |
|  | ) |
|  | ) |

## COMBINED CORPORATE OWNERSHIP STATEMENT
## AND LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
## FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), and 7007.1

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Center City Healthcare, LLC and certain of its affiliates, who are debtors and debtors in possession in the above-captioned cases (each a "**Debtor**" and collectively, the "**Debtors**"), hereby state as follows:

1. Debtor Philadelphia Academic Health System, LLC ("**PAHS**") is 100% owned by non-debtor Philadelphia Academic Health Holdings, LLC.

2. Debtors Philadelphia Academic Medical Associates, LLC ("**PAMA**"), Center City Healthcare, LLC, and St. Christopher's Healthcare, LLC are each 100% owned by PAHS.

3. Debtors HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C. ("**SCHC Pediatrics**"), SCHC Pediatric Anesthesia Associates, LLC, StChris Care at Northeast Pediatrics, L.L.C., and TPS of PA, L.L.C. ("**TPS**") are each 100% owned by PAMA.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

1

Case ID: 210502427

4.      Debtor St. Christopher's Pediatric Urgent Care Center, L.L.C. is 100% owned by SCHC Pediatrics.

5.      Debtors TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C. are each 100% owned by TPA.

2

Case ID: 210502427

**Fill in this information to identify the case:**

Debtor name   **Center City Healthcare, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration   **Combined Statement of Corporate Ownership and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 30, 2019**          X **/s/ Allen Wilen**
                                          Signature of individual signing on behalf of debtor

                                          **Allen Wilen**
                                          Printed name

                                          **Chief Restructuring Officer**
                                          Position or relationship to debtor

---

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case ID: 210502427

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on or before the date of filing the following document:  Suggestion

of Bankruptcy, I have served a copy of the foregoing document on all counsel of record by way

of electronic filing pursuant to the Commonwealth and Local Rules of Civil Procedure.

Obermayer Rebmann Maxwell & Hippel LLP

By: _____

    Gary M. Samms, Esquire
    Centre Square, 34th Floor West
    1500 Market Street
    Philadelphia, PA  19102
    (215) 665-3000

Date:  June 23, 2021