EXHIBIT F

**Fill in this information to identify the case:**

Debtor 1  St. Christopher's Healthcare LLC, d/b/a St. Christopher's Hospital for Children

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Delaware of

Case number  19-11468 MFW

Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

| | |
|---|---|
| 1. Who is the current creditor? | Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No |
| | ☐ Yes.  From whom? |
| 3. Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | c/o Bethany R. Nikitenko, Feldman Shepherd | |
| | Name | Name |
| | 1845 Walnut Street, 21st Floor | |
| | Number     Street | Number     Street |
| | Philadelphia PA 19103 | |
| | City               State          ZIP Code | City               State          ZIP Code |
| | Contact phone  (215) 567-8300 | Contact phone |
| | Contact email  bnikitenko@feldmanshepherd.com | Contact email |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |
| | — — — — — — — — — — — — — — — — — — — — — — — — | |
| 4. Does this claim amend one already filed? | ☑ No | |
| | ☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No | |
| | ☐ Yes.  Who made the earlier filing? | |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____  ____  ____  ____

**7. How much is the claim?**

$_unliquidated_____. **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

medical malpractice claim_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                                    $_____

**Amount of the claim that is secured:**       $_____

**Amount of the claim that is unsecured:**    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**       $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**       $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:**  **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
    MM / DD / YYYY

8 _____
    Signature

Print the name of the person who is completing and signing this claim:

Name  Kristi  J. Doughty
    First name          Middle name          Last name

Title  Attorney

Company  Schnader Harrison Segal & Lewis LLP
    Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  824 N. Market Street, Suite 800
    Number          Street

Wilmington          DE          19801
    City          State          ZIP Code

Contact phone  302 482-4038          Email  kdoughty@schnader.com

**IN RE: ST. CHRISTOPHER'S HEALTHCARE LLC,
d/b/a ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN (19-11468 MFW)[1]**

**ADDENDUM TO PROOF OF CLAIM**

Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor ("Claimant") hereby assert this unsecured, unliquidated Proof of Claim against the Debtor, Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children ("Debtor"). N.F., a 12 month old child, was admitted to St. Christopher's Healthcare LLC, d/b/a St. Christopher's Hospital for Children on June 21, 2019 for a recurrent viral illness. N.F. was experiencing persistent, rapid, shallow breathing despite medical intervention, so N.F. was transferred to the Intensive Care Unit on June 23, 2019. N.F continued to experience respiratory distress and was intubated. According to the medical records, in the early morning hours of June 25, 2019, N.F. became hypotensive and bradycardic after being "accidentally extubated" while in the Debtor's care. Cardiac pulmonary resuscitation was performed on N.F. for eight minutes because due to a lost pulse, and three rounds of epinephrine were administered before spontaneous circulation was recovered.

The medical records show that on June 29, 2019, N.F. was noted to have seizure-like activity. Several days later, an MRI of the brain revealed subacute ischemia in the bilateral occipital, parasagittal parietal and posterior frontal cortex.

N.F. is currently three years old. N.F. receives much of N.F.'s nutrition through a gastrostomy tube. N.F.'s speech is also significantly limited. N.F. has persistent respiratory issues,

---

[1] St. Christopher's Healthcare LLC d/b/a St. Christopher's Hospital for Children is being jointly administered under the lead case: Center City Healthcare, LLC D/B/A Hahnemann University Hospital, et. al. (19-11466 MFW).

which cause severe shortness of breath and decreased oxygen saturation.  N.F. is unable to run or walk any sustained distance.  N.F. attends Laura's House, which is a medical daycare program for children with special medical needs.  N.F. must have a home nurse seven days per week from 10 p.m. to 6 a.m.  The nurse monitors N.F.'s breathing, provides supplemental oxygen, and administers supplemental nutrition.  N.F. remains under the care and treatment of his pediatrician, a pulmonologist, and gastroenterologist.  N.F. was also referred by to a neurologist due to severely delayed speech.  The exact nature and extent of N.F.'s injuries cannot be assessed because N.F. is too young to undergo a neuropsychological evaluation.

On May 26, 2021, in order to preserve the statute of limitations and Claimants' rights, Bethany Nikitenko, Esquire filed a Writ of Summons (the "Writ of Summons") in the Court of Common Pleas, Philadelphia County (the "Pennsylvania Court"), captioned *Shawanda Smith & Chamarr Fanning as parents and natural guardians of N.F., a minor and Shawanda Smith and Chamarr Danning in their own right, v. Brett N. Perkins, R.N., Jessica Hegedus, CRT, St. Christopher's Healthcare, LLC d/b/a, St. Christopher's Hospital for Children, SCHC Pediatric Associates, LLC, Philadelphia Academic Health System, LLC and The American Academic Health System, LLC,* May Term, 2021, No. 02427 ("State Court Action"). A copy of the Writ is attached hereto as Exhibit A.[2]

Claimants hereby submit this proof of claim for unliquidated amounts without prejudice to, and hereby reserve their rights to supplement, amend and/or modify this claim, including, but not limited to, seeking any amount so claimed herein and as may be determined by court proceedings.

---

[2] Claimants are filing a Motion for Leave to File Late Proofs of Claim and for Relief from the Automatic Stay *nunc pro tunc* effective May 26, 2021 in order to proceed with the State Court Action to liquidate their damages and recover any available insurance proceeds.

PHDATA 8084719_1

Claimants reserve all of their rights, including to (i) revise, supplement, or amend this claim, and (ii) to take any and all actions they deem appropriate in the sole discretion of this Court.

Claimants do not waive any rights, claims, actions, defenses, setoffs, or recoupments to which they may be entitled to under any agreements, in equity, or under any applicable law or otherwise, all of which rights, claims, actions defenses, setoffs, and recoupments Claimants expressly hereby assert and preserve in these bankruptcy cases and against all third-parties.

PHDATA 8084719_1

EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **MAY 2021** |
| E-Filing Number: 2105049839 |

**002427**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| SHAWANDA SMITH, ALIAS: AS PLAINTIFF AND NATURAL GUARDIAN OF N███ F██████, A MINOR | BRETT N. PERKINS RN |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 420 FERN STREET PHILADELPHIA PA 19120 | 160 EAST ERIE AVENUE PHILADELPHIA PA 19134 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| CHAMARR FANNING, ALIAS: AS PARENT AND NATURAL GUARDIAN OF NOAH FANNING, A MINOR | JESSICA HEGEDUS CRT |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 420 FERN STREET PHILADELPHIA PA 19120 | 160 EAST ERIE AVENUE PHILADELPHIA PA 19134 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | ST. CHRISTOPHER'S HEALTHCARE, LLC, ALIAS: D/B/A ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 160 E. ERIE AVENUE PHILADELPHIA PA 19134 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 6 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal ☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less ☒ More than $50,000.00 | ☐ Arbitration ☒ Jury ☐ Non-Jury ☐ Other: | ☐ Mass Tort ☐ Savings Action ☐ Petition | ☐ Commerce ☐ Minor Court Appeal ☐ Statutory Appeals | ☐ Settlement ☐ Minors ☐ W/D/Survival |

**CASE TYPE AND CODE**
2M - MALPRACTICE - MEDICAL

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| **FILED PRO PROTHY** MAY **26** 2021 **S. RICE** | YES          NO |

---

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>SHAWANDA SMITH , CHAMARR FANNING</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| BETHANY R. NIKITENKO | FELDMAN SHEPHERD 1845 WALNUT ST 21ST FLOOR PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)567-8300 | (215)567-8333 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 206374 | bnikitenko@feldmanshepherd.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *BETHANY NIKITENKO* | Wednesday, May 26, 2021, 05:27 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. BRETT N. PERKINS RN
      160 EAST ERIE AVENUE
      PHILADELPHIA PA 19134
2. JESSICA HEGEDUS
      160 EAST ERIE AVENUE
      PHILADELPHIA PA 19134
3. ST. CHRISTOPHER'S HEALTHCARE, LLC
      ALIAS: D/B/A ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN
      160 E. ERIE AVENUE
      PHILADELPHIA PA 19134
4. SCHC PEDIATRIC ASSOCIATES, LLC
      160 EAST ERIE AVENUE
      PHILADELPHIA PA 19134
5. PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC
      1500 MARKET STREET SUITE 2400 WEST TOWER
      PHILADELPHIA PA 19102
6. THE AMERICAN ACADEMIC HEALTH SYSTEM, LLC
      222 NORTH SEPULVEDA BLVD. SUITE 900
      EL SEGUNDO CA 90245

FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
By: JOHN M. DODIG/BETHANY R. NIKITENKO
Identification No.:  51092/206374
21st Floor
1845 Walnut Street
Philadelphia, PA 19103
(215) 567-8300



Attorneys for Plaintiffs

Filed and Attested by the
Office of Judicial Records
26 MAY 2021 05:27 pm
S. RICE

| | |
|---|---|
| SHAWANDA SMITH and CHAMARR FANNING, as parents and natural guardians of N███ F███████, a minor, and SHAWANDA SMITH and CHAMARR FANNING in their own right<br>420 Fern Street<br>Philadelphia, PA 19120<br><br>Plaintiffs<br><br>v.<br><br>BRETT N. PERKINS, R.N.<br>160 East Erie Avenue<br>Philadelphia, PA 19134<br>And<br>JESSICA HEGEDUS, CRT<br>160 East Erie Avenue<br>Philadelphia, PA 19134<br>And<br>ST. CHRISTOPHER'S HEALTHCARE LLC<br>d/b/a ST. CHRISTOPHER'S HOSPITAL<br>FOR CHILDREN<br>160 East Erie Avenue<br>Philadelphia PA 19134<br>and<br>SCHC PEDIATRIC ASSOCIATES, LLC<br>160 East Erie Avenue<br>Philadelphia PA 19134<br>And<br>PHILADELPHIA ACADEMIC HEALTH<br>SYSTEM LLC<br>1500 Market Street<br>Suite 2400, West Tower<br>Philadelphia PA 19102<br>and | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MAY TERM, 2021<br>No.<br><br>Jury Trial Demanded |

Case ID: 210502427

THE AMERICAN ACADEMIC HEALTH
SYSTEM LLC
222 North Sepulveda Blvd
Suite 900
El Segundo, CA 90245

       Defendants

## PRAECIPE TO ISSUE WRIT OF SUMMONS

Kindly issue a Writ of Summons on all Defendants in the above-captioned matter.

FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP

_Bethany R. Nikitenko_

_____

JOHN M. DODIG
BETHANY R. NIKITENKO
ATTORNEYS FOR PLAINTIFFS

Date:  May 2, 2021

2

Case ID: 210502427

Summons
Citacion

# Commonwealth of Pennsylvania

COUNTY OF PHILADELPHIA

Shawanda Smith & Chamarr Fanning as
parents & natural guardians of N█ F██████, a minor
& Shawanda Smith & Chamarr Fanning in their
own right

_____

*Plaintiff*

vs.

Brett N. Perkins, R.N., et al.

_____

*Defendant*

: COURT OF COMMON PLEAS
:
: _____Term, 20_____
:
:
: No._____
:
:
:

To[1]

Brett N. Perkins, R.N., Jessica Hegedus, CRT,
St. Christopher's Healthcare, LLC d/b/a St.
Christopher's Hospital for Children, SCHC
Pediatric Associates, LLC, Philadelphia
Academic Health System, LLC and
The American Academic Health System, LLC

# **Writ of Summons**

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Shawanda Smith and Chamarr Fanning, as parents and natural guardians of Noah Fanning, a minor and

Shawanda Smith and Chamarr Fanning, in their own right

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

210502427
26 MAY 2021 05:27 pm
S. RICE

10-208 (Rev. 6/14)

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)



**Court of Common Pleas**

_____ Term, 20 _____

No. _____

_____
*Plaintiff*

vs.

_____
*Defendant*

**SUMMONS**

Case ID: 210502427

**Fill in this information to identify the case:**

Debtor 1        SCHC Pediatric Associates, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Delaware of

Case number   19-11471 MFW

Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. Who is the current creditor? | Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F. | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |

| | |
|---|---|
| 2. Has this claim been acquired from someone else? | ☑ No |
| | ☐ Yes. From whom? _____ |

| | | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | c/o Bethany R. Nikitenko, Feldman Shepherd | |
| | Name | Name |
| | 1845 Walnut Street, 21st Floor | |
| | Number     Street | Number     Street |
| | Philadelpia, PA 19103 | |
| | City          State          ZIP Code | City          State          ZIP Code |
| | Contact phone (215) 567-8300 | Contact phone _____ |
| | Contact email bnikitenko@feldmanshepherd.com | Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |
| | __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | |

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☑ No |
| | ☐ Yes. Claim number on court claims registry (if known) _____   Filed on MM / DD / YYYY |

| | |
|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
| | ☐ Yes. Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ <u>unliquidated_____</u>. **Does this amount include interest or other charges**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>medical malpractice claim_____</u>

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br><br>☐ Yes. *Check one:* | |

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   _____
                     MM / DD / YYYY

_8_____
   Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Kristi J. Doughty |
| | First name                    Middle name                    Last name |
| Title | Attorney |
| Company | Schnader Harrison Segal & Lewis LLP |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 824 N. Market Street, Suite 800 |
| | Number          Street |
| | Wilmington                                    DE          19801 |
| | City                                          State        ZIP Code |
| Contact phone | 302 482-4038          Email kdoughty@schnader.com |

**IN RE: SCHC PEDIATRIC ASSOCIATES, LLC,**
**(19-11471 MFW)[1]**

**ADDENDUM TO PROOF OF CLAIM**

Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor ("Claimant") hereby assert this unsecured, unliquidated Proof of Claim against the Debtor, Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children ("Debtor"). N.F., a 12 month old child, was admitted to St. Christopher's Healthcare LLC, d/b/a St. Christopher's Hospital for Children on June 21, 2019 for a recurrent viral illness. N.F. was experiencing persistent, rapid, shallow breathing despite medical intervention, so N.F. was transferred to the Intensive Care Unit on June 23, 2019. N.F continued to experience respiratory distress and was intubated. According to the medical records, in the early morning hours of June 25, 2019, N.F. became hypotensive and bradycardic after being "accidentally extubated" while in the Debtor's care. Cardiac pulmonary resuscitation was performed on N.F. for eight minutes because due to a lost pulse, and three rounds of epinephrine were administered before spontaneous circulation was recovered.

The medical records show that on June 29, 2019, N.F. was noted to have seizure-like activity. Several days later, an MRI of the brain revealed subacute ischemia in the bilateral occipital, parasagittal parietal and posterior frontal cortex.

N.F. is currently three years old. N.F. receives much of N.F.'s nutrition through a gastrostomy tube. N.F.'s speech is also significantly limited. N.F. has persistent respiratory issues, which cause severe shortness of breath and decreased oxygen saturation. N.F. is unable to run or

---

[1] SCHC Pediatric Associates, LLC is being jointly administered under the lead case: Center City Healthcare, Llc D/B/A Hahnemann University Hospital, et. al. (19-11466 MFW).

walk any sustained distance.  N.F. attends Laura's House, which is a medical daycare program for children with special medical needs.  N.F. must have a home nurse seven days per week from 10 p.m. to 6 a.m. The nurse monitors N.F.'s breathing, provides supplemental oxygen, and administers supplemental nutrition.  N.F. remains under the care and treatment of his pediatrician, a pulmonologist, and gastroenterologist.  N.F. was also referred by to a neurologist due to severely delayed speech.  The exact nature and extent of N.F.'s injuries cannot be assessed because N.F. is too young to undergo a neuropsychological evaluation.

On May 26, 2021, in order to preserve the statute of limitations and Claimants' rights, Bethany Nikitenko, Esquire filed a Writ of Summons (the "Writ of Summons") in the Court of Common Pleas, Philadelphia County (the "Pennsylvania Court"), captioned *Shawanda Smith & Chamarr Fanning as parents and natural guardians of N.F., a minor and Shawanda Smith and Chamarr Danning in their own right, v. Brett N. Perkins, R.N., Jessica Hegedus, CRT, St. Christopher's Healthcare, LLC d/b/a, St. Christopher's Hospital for Children, SCHC Pediatric Associates, LLC, Philadelphia Academic Health System, LLC and The American Academic Health System, LLC,* May Term, 2021, No. 02427 ("State Court Action"). A copy of the Writ is attached hereto as Exhibit A.[2]

Claimants hereby submit this proof of claim for unliquidated amounts without prejudice to, and hereby reserves their rights to supplement, amend and/or modify this claim, including, but not limited to, seeking any amount so claimed herein and as may be determined by court proceedings.

Claimants reserve all of their rights, including to (i) revise, supplement, or amend this claim, and (ii) to take any and all actions they deem appropriate in the sole discretion of this Court.

_____

[2] Claimants are filing a Motion for Leave to File Late Proofs of Claim and for Relief from the Automatic Stay *nunc pro tunc* effective May 26, 2021 in order to proceed with the State Court Action to liquidate their damages and recover any available insurance proceeds.

PHDATA 8088786_1

Claimants do not waive any rights, claims, actions, defenses, setoffs, or recoupments to which they may be entitled to under any agreements, in equity, or under any applicable law or otherwise, all of which rights, claims, actions defenses, setoffs, and recoupments Claimants expressly hereby assert and preserve in these bankruptcy cases and against all third-parties.

PHDATA 8088786_1

EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) | |
|---|---|
| **MAY** 2021 | **002427** |
| E-Filing Number: 2105049839 | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| SHAWANDA SMITH, ALIAS: AS PLAINTIFF AND NATURAL GUARDIAN OF N███ F██████, A MINOR | BRETT N. PERKINS RN |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 420 FERN STREET<br>PHILADELPHIA PA 19120 | 160 EAST ERIE AVENUE<br>PHILADELPHIA PA 19134 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| CHAMARR FANNING, ALIAS: AS PARENT AND NATURAL GUARDIAN OF NOAH FANNING, A MINOR | JESSICA HEGEDUS CRT |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 420 FERN STREET<br>PHILADELPHIA PA 19120 | 160 EAST ERIE AVENUE<br>PHILADELPHIA PA 19134 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | ST. CHRISTOPHER'S HEALTHCARE, LLC, ALIAS: D/B/A ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 160 E. ERIE AVENUE<br>PHILADELPHIA PA 19134 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 6 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

2M - MALPRACTICE - MEDICAL

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br>MAY **26** 2021<br>**S. RICE** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES          NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: SHAWANDA SMITH , CHAMARR FANNING

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| BETHANY R. NIKITENKO | FELDMAN SHEPHERD<br>1845 WALNUT ST<br>21ST FLOOR<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)567-8300 | (215)567-8333 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 206374 | bnikitenko@feldmanshepherd.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *BETHANY NIKITENKO* | Wednesday, May 26, 2021, 05:27 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

```
1. BRETT N. PERKINS RN
     160 EAST ERIE AVENUE
     PHILADELPHIA PA 19134
2. JESSICA HEGEDUS
     160 EAST ERIE AVENUE
     PHILADELPHIA PA 19134
3. ST. CHRISTOPHER'S HEALTHCARE, LLC
     ALIAS: D/B/A ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN
     160 E. ERIE AVENUE
     PHILADELPHIA PA 19134
4. SCHC PEDIATRIC ASSOCIATES, LLC
     160 EAST ERIE AVENUE
     PHILADELPHIA PA 19134
5. PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC
     1500 MARKET STREET SUITE 2400 WEST TOWER
     PHILADELPHIA PA 19102
6. THE AMERICAN ACADEMIC HEALTH SYSTEM, LLC
     222 NORTH SEPULVEDA BLVD. SUITE 900
     EL SEGUNDO CA 90245
```

FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
By: JOHN M. DODIG/BETHANY R. NIKITENKO
Identification No.:  51092/206374
21st Floor
1845 Walnut Street
Philadelphia, PA 19103
(215) 567-8300



Filed and Attested by the
Office of Judicial Records
26 MAY 2021 05:27 pm
S. RICE

Attorneys for Plaintiffs

| | |
|---|---|
| SHAWANDA SMITH and CHAMARR FANNING, as parents and natural guardians of N███ F███████, a minor, and SHAWANDA SMITH and CHAMARR FANNING in their own right<br>420 Fern Street<br>Philadelphia, PA 19120<br><br>        Plaintiffs<br><br>    v.<br><br>BRETT N. PERKINS, R.N.<br>160 East Erie Avenue<br>Philadelphia, PA 19134<br>        And<br>JESSICA HEGEDUS, CRT<br>160 East Erie Avenue<br>Philadelphia, PA 19134<br>        And<br>ST. CHRISTOPHER'S HEALTHCARE LLC<br>d/b/a ST. CHRISTOPHER'S HOSPITAL<br>FOR CHILDREN<br>160 East Erie Avenue<br>Philadelphia PA 19134<br>        and<br>SCHC PEDIATRIC ASSOCIATES, LLC<br>160 East Erie Avenue<br>Philadelphia PA 19134<br>        And<br>PHILADELPHIA ACADEMIC HEALTH<br>SYSTEM LLC<br>1500 Market Street<br>Suite 2400, West Tower<br>Philadelphia PA 19102<br>        and | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MAY TERM, 2021<br>No.<br><br>Jury Trial Demanded |

Case ID: 210502427

THE AMERICAN ACADEMIC HEALTH
SYSTEM LLC
222 North Sepulveda Blvd
Suite 900
El Segundo, CA 90245

      Defendants

### PRAECIPE TO ISSUE WRIT OF SUMMONS

Kindly issue a Writ of Summons on all Defendants in the above-captioned matter.


FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP


_____

JOHN M. DODIG
BETHANY R. NIKITENKO
ATTORNEYS FOR PLAINTIFFS

Date:  May 2, 2021

2

Case ID: 210502427

Summons
Citacion

# Commonwealth of Pennsylvania
### COUNTY OF PHILADELPHIA

Shawanda Smith & Chamarr Fanning as
parents & natural guardians of N███ F██████, a minor
& Shawanda Smith & Chamarr Fanning in their
own right

_____

*Plaintiff*

vs.

Brett N. Perkins, R.N., et al.
_____

*Defendant*

:       COURT OF COMMON PLEAS
:
:       _____Term, 20_____
:
:
:       No._____
:
:
:

To[1]

Brett N. Perkins, R.N., Jessica Hegedus, CRT,
St. Christopher's Healthcare, LLC d/b/a St.
Christopher's Hospital for Children, SCHC
Pediatric Associates, LLC, Philadelphia
Academic Health System, LLC and
The American Academic Health System, LLC

# **Writ of Summons**

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Shawanda Smith and Chamarr Fanning, as parents and natural guardians of Noah Fanning, a minor and

Shawanda Smith and Chamarr Fanning, in their own right

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

210502427
26 MAY 2021 05:27 pm
S. RICE

10-208 (Rev. 6/14)

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 210502427



**Court of Common Pleas**

_____ Term, 20 ___

No. _____

_____
*Plaintiff*

vs.

_____
*Defendant*

**SUMMONS**

Case ID: 210502427

**Fill in this information to identify the case:**

Debtor 1        Philadelphia Academic Health System, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of Delaware of

Case number    19-11467 MFW

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

1. **Who is the current creditor?**

Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

c/o Bethany R. Nikitenko, Feldman Shepherd
Name

1845 Walnut Street, 21st Floor
Number    Street

Philadelpia, PA 19103
City            State            ZIP Code

Contact phone (215) 567-8300

Contact email bnikitenko@feldmanshepherd.com

**Where should payments to the creditor be sent?** (if different)

_____
Name

_____
Number    Street

_____
City            State            ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ — __ __ __ __ __ — __ __ __ __ __ — __ __ __ __ __

4. **Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____        Filed on  MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

## Part 2:   Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7. How much is the claim?**

$_unliquidated_____. **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

medical malpractice claim_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                                    $_____

**Amount of the claim that is secured:**        $_____

**Amount of the claim that is unsecured:**    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Official Form 410                               **Proof of Claim**                               page 2

| | | Amount entitled to priority |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No | |
| | ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
　　　　　　　　　　　MM / DD / YYYY

8 _____
　　Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Kristi J. Doughty | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Schnader Harrison Segal & Lewis LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 824 N. Market Street, Suite 800 | | |
| | Number　　　　　Street | | |
| | Wilmington | DE | 19801 |
| | City | State | ZIP Code |
| Contact phone | 302 482-4038 | Email | kdoughty@schnader.com |

**IN RE: PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC,**
**(19-11467 MFW)[1]**

### ADDENDUM TO PROOF OF CLAIM

Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor ("Claimant") hereby assert this unsecured, unliquidated Proof of Claim against the Debtor, Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children ("Debtor"). N.F., a 12 month old child, was admitted to St. Christopher's Healthcare LLC, d/b/a St. Christopher's Hospital for Children on June 21, 2019 for a recurrent viral illness. N.F. was experiencing persistent, rapid, shallow breathing despite medical intervention, so N.F. was transferred to the Intensive Care Unit on June 23, 2019. N.F continued to experience respiratory distress and was intubated. According to the medical records, in the early morning hours of June 25, 2019, N.F. became hypotensive and bradycardic after being "accidentally extubated" while in the Debtor's care. Cardiac pulmonary resuscitation was performed on N.F. for eight minutes because due to a lost pulse, and three rounds of epinephrine were administered before spontaneous circulation was recovered.

The medical records show that on June 29, 2019, N.F. was noted to have seizure-like activity. Several days later, an MRI of the brain revealed subacute ischemia in the bilateral occipital, parasagittal parietal and posterior frontal cortex.

N.F. is currently three years old. N.F. receives much of N.F.'s nutrition through a gastrostomy tube. N.F.'s speech is also significantly limited. N.F. has persistent respiratory issues, which cause severe shortness of breath and decreased oxygen saturation. N.F. is unable to run or

---

[1] Philadelphia Academic Health System, LLC is being jointly administered under the lead case: Center City Healthcare, Llc D/B/A Hahnemann University Hospital, et. al. (19-11466 MFW).

walk any sustained distance.  N.F. attends Laura's House, which is a medical daycare program for children with special medical needs.  N.F. must have a home nurse seven days per week from 10 p.m. to 6 a.m.  The nurse monitors N.F.'s breathing, provides supplemental oxygen, and administers supplemental nutrition.  N.F. remains under the care and treatment of his pediatrician, a pulmonologist, and gastroenterologist.  N.F. was also referred by to a neurologist due to severely delayed speech.  The exact nature and extent of N.F.'s injuries cannot be assessed because N.F. is too young to undergo a neuropsychological evaluation.

On May 26, 2021, in order to preserve the statute of limitations and Claimants' rights, Bethany Nikitenko, Esquire filed a Writ of Summons (the "Writ of Summons") in the Court of Common Pleas, Philadelphia County (the "Pennsylvania Court"), captioned *Shawanda Smith & Chamarr Fanning as parents and natural guardians of N.F., a minor and Shawanda Smith and Chamarr Danning in their own right, v. Brett N. Perkins, R.N., Jessica Hegedus, CRT, St. Christopher's Healthcare, LLC d/b/a, St. Christopher's Hospital for Children, SCHC Pediatric Associates, LLC, Philadelphia Academic Health System, LLC and The American Academic Health System, LLC,* May Term, 2021, No. 02427 ("State Court Action"). A copy of the Writ is attached hereto as Exhibit A.[2]

Claimants hereby submit this proof of claim for unliquidated amounts without prejudice to, and hereby reserves their rights to supplement, amend and/or modify this claim, including, but not limited to, seeking any amount so claimed herein and as may be determined by court proceedings.

Claimants reserve all of their rights, including to (i) revise, supplement, or amend this claim, and (ii) to take any and all actions they deem appropriate in the sole discretion of this Court.

---

[2] Claimants are filing a Motion for Leave to File Late Proofs of Claim and for Relief from the Automatic Stay *nunc pro tunc* effective May 26, 2021 in order to proceed with the State Court Action to liquidate their damages and recover any available insurance proceeds.

Claimants do not waive any rights, claims, actions, defenses, setoffs, or recoupments to which they may be entitled to under any agreements, in equity, or under any applicable law or otherwise, all of which rights, claims, actions defenses, setoffs, and recoupments Claimants expressly hereby assert and preserve in these bankruptcy cases and against all third-parties.

PHDATA 8088781_1

EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

MAY 2021

E-Filing Number: 2105049839

002427

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| SHAWANDA SMITH, ALIAS: AS PLAINTIFF AND NATURAL GUARDIAN OF N███ F██████, A MINOR | BRETT N. PERKINS RN |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 420 FERN STREET<br>PHILADELPHIA PA 19120 | 160 EAST ERIE AVENUE<br>PHILADELPHIA PA 19134 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| CHAMARR FANNING, ALIAS: AS PARENT AND NATURAL GUARDIAN OF NOAH FANNING, A MINOR | JESSICA HEGEDUS CRT |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 420 FERN STREET<br>PHILADELPHIA PA 19120 | 160 EAST ERIE AVENUE<br>PHILADELPHIA PA 19134 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | ST. CHRISTOPHER'S HEALTHCARE, LLC, ALIAS: D/B/A ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 160 E. ERIE AVENUE<br>PHILADELPHIA PA 19134 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 6 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration  ☐ Mass Tort  ☐ Commerce  ☐ Settlement<br>☒ Jury  ☐ Savings Action  ☐ Minor Court Appeal  ☐ Minors<br>☐ Non-Jury  ☐ Petition  ☐ Statutory Appeals  ☐ W/D/Survival<br>☐ Other: |

**CASE TYPE AND CODE**

2M - MALPRACTICE - MEDICAL

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| FILED<br>PRO PROTHY<br>MAY 26 2021<br>S. RICE | YES    NO |

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: SHAWANDA SMITH , CHAMARR FANNING

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| BETHANY R. NIKITENKO | FELDMAN SHEPHERD<br>1845 WALNUT ST<br>21ST FLOOR<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)567-8300 | (215)567-8333 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 206374 | bnikitenko@feldmanshepherd.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| BETHANY NIKITENKO | Wednesday, May 26, 2021, 05:27 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. BRETT N. PERKINS RN
   160 EAST ERIE AVENUE
   PHILADELPHIA PA 19134
2. JESSICA HEGEDUS
   160 EAST ERIE AVENUE
   PHILADELPHIA PA 19134
3. ST. CHRISTOPHER'S HEALTHCARE, LLC
   ALIAS: D/B/A ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN
   160 E. ERIE AVENUE
   PHILADELPHIA PA 19134
4. SCHC PEDIATRIC ASSOCIATES, LLC
   160 EAST ERIE AVENUE
   PHILADELPHIA PA 19134
5. PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC
   1500 MARKET STREET SUITE 2400 WEST TOWER
   PHILADELPHIA PA 19102
6. THE AMERICAN ACADEMIC HEALTH SYSTEM, LLC
   222 NORTH SEPULVEDA BLVD. SUITE 900
   EL SEGUNDO CA 90245

FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
By: JOHN M. DODIG/BETHANY R. NIKITENKO
Identification No.:  51092/206374
21st Floor
1845 Walnut Street
Philadelphia, PA 19103
(215) 567-8300



Attorneys for Plaintiffs

| | |
|---|---|
| SHAWANDA SMITH and CHAMARR FANNING, as parents and natural guardians of N███ F███████, a minor, and SHAWANDA SMITH and CHAMARR FANNING in their own right<br>420 Fern Street<br>Philadelphia, PA 19120<br><br>        Plaintiffs<br><br>      v.<br><br>BRETT N. PERKINS, R.N.<br>160 East Erie Avenue<br>Philadelphia, PA 19134<br>        And<br>JESSICA HEGEDUS, CRT<br>160 East Erie Avenue<br>Philadelphia, PA 19134<br>        And<br>ST. CHRISTOPHER'S HEALTHCARE LLC<br>d/b/a ST. CHRISTOPHER'S HOSPITAL<br>FOR CHILDREN<br>160 East Erie Avenue<br>Philadelphia PA 19134<br>      and<br>SCHC PEDIATRIC ASSOCIATES, LLC<br>160 East Erie Avenue<br>Philadelphia PA 19134<br>        And<br>PHILADELPHIA ACADEMIC HEALTH<br>SYSTEM LLC<br>1500 Market Street<br>Suite 2400, West Tower<br>Philadelphia PA 19102<br>      and | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MAY TERM, 2021<br>No.<br><br>Jury Trial Demanded |

Filed and Attested by the
Office of Judicial Records
26 MAY 2021 05:27 pm
S. RICE

THE AMERICAN ACADEMIC HEALTH
SYSTEM LLC
222 North Sepulveda Blvd
Suite 900
El Segundo, CA 90245

        Defendants

## PRAECIPE TO ISSUE WRIT OF SUMMONS

Kindly issue a Writ of Summons on all Defendants in the above-captioned matter.

FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP

_Bethany R. Nikitenko_

JOHN M. DODIG
BETHANY R. NIKITENKO
ATTORNEYS FOR PLAINTIFFS

Date: May 2, 2021

2

Case ID: 210502427

Summons
Citacion

# Commonwealth of Pennsylvania

COUNTY OF PHILADELPHIA

Shawanda Smith & Chamarr Fanning as
parents & natural guardians of N██ F██████, a minor
& Shawanda Smith & Chamarr Fanning in their
own right

_Plaintiff_

vs.

Brett N. Perkins, R.N., et al.

_Defendant_

:
:
:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Brett N. Perkins, R.N., Jessica Hegedus, CRT,
St. Christopher's Healthcare, LLC d/b/a St.
Christopher's Hospital for Children, SCHC
Pediatric Associates, LLC, Philadelphia
Academic Health System, LLC and
The American Academic Health System, LLC

# **Writ of Summons**

You are notified that the Plaintiff[2]
_Usted esta avisado que el demandante_

Shawanda Smith and Chamarr Fanning, as parents and natural guardians of Noah Fanning, a minor and

Shawanda Smith and Chamarr Fanning, in their own right

Has (have) commenced an action against you.
_Ha (han) iniciado una accion en contra suya._

ERIC FEDER
_Director, Office of Judicial Records_

By: _____

Date:_____

210502427
26 MAY 2021 05:27 pm
S. RICE

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 210502427

# Court of Common Pleas



Term, 20

No.

Plaintiff

vs.

Defendant

# SUMMONS

Case ID: 210502427