IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>et al,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>Jointly Administered |

**DECLARATION OF KRISTI J. DOUGHTY IN SUPPORT OF MOTION OF
SHAWANDA SMITH AND CHAMARR FANNING, INDIVIDUALLY AND AS
PARENTS AND NATURAL GUARDIANS OF N.F., A MINOR,
TO ALLOW LATE FILED CLAIM AND
FOR RELIEF FROM THE AUTOMATIC STAY**

I, Kristi J. Doughty, being duly sworn, state the following under penalty of perjury:

1. I am an attorney in good standing and licensed to practice in Delaware and am counsel for Shawanda Smith and Chamarr Fanning Individually, and as Guardians of N.F., a minor (the "Movants") in the above-captioned Chapter 11 cases. I submit this Declaration in support of Movants' Motion to Allow Late Proof of Claim and for Relief from the Automatic Stay.

2. This Declaration is based on my personal knowledge or information and belief and, if called as a witness, would testify competently as to the matters stated herein.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associate, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540) (the "Debtors"). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3. The Debtors filed a Motion to Establish the Deadline to File Proofs of Claim [D.I. 1471] which was granted by the Court by entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim, Including Section 503(b)(9) Claims and (II) Approving the Form and Manner of Notice Thereof which set the Bar Date as August 5, 2020 based on claims against any Debtor that arose prior to the Petition Date [D.I. 1666]. I have reviewed the affidavits of service for Motion to Establish Deadlines for Filing Proofs of Claim [D.I. 1493] and for the Bar Date Notice [D.I. 1671] and neither affidavit listed the Movants or their counsel in the State Court Action[2] as having been served with the Motion or the Bar Date Notice.

4. I have reviewed several other filings in this case and neither the Movants nor state court counsel were served with notice. The Movants were not included on the Creditors' Matrix [D.I. 100], Debtor, St. Christopher's Healthcare LLC's Schedules A through H or Statement of Affairs [D.I. Nos. 449, 450], Debtor, Philadelphia Academic Health System, LLC's Schedules A through H or Statement of Affairs [D.I. Nos. 447, 448], or Debtor, SCHC Pediatric Associate, LLC's Schedules/Statements A through H or Statement of Affairs [D.I. Nos. 456, 457]. Further, they were not served with: the Notice of Chapter 11 Bankruptcy Case [D.I. 195] Debtors' Motion for Entry of An Order Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and other relief, and affidavit of service (D.I. Nos. 205, 235); or the Notice of Sale of Assets and Affidavit of Service (D.I. 309, 1076).[3]

---

[2] Unless otherwise defined herein, capitalized terms shall have the same meaning as ascribed to them in the Motion.

[3] My firm, which also represents other parties-in-interest in these bankruptcy cases, was not engaged to represent Movants until long after the documents referenced herein were filed, the Bar Date expired, and

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 7, 2022

_____
KRISTI J. DOUGHTY

---

Movants' state court action was filed. Thus, to the extent that any of the filings referenced herein were served upon my firm, notice cannot be attributed to Movants.