**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) **Re: D.I. 3657** |

**RESERVATION OF RIGHTS OF HSRE-PAHH I, LLC AND ITS AFFILIATES REGARDING MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC TO MAKE SECURED TERM LOAN TO BROAD STREET ENTITIES PURSUANT TO 11 U.S.C. § 363 AND 105(a) AND (II) GRANTING RELATED RELIEF**

HSRE-PAHH I, LLC and its affiliates (collectively, the "JV Entities"),[2] by and through their counsel, DLA Piper LLP (US), hereby reserve their rights (this "Reservation of Rights") with respect to the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* [Docket No. 3657] (the "Motion").[3] In support of this Reservation of Rights, the JV Entities represent as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The other relevant affiliates of HSRE-PAHH I, LLC that form the JV Entities are: HSREP VI Holding, LLC; PAHH New College MOB, LLC; PAHH Bellet MOB, LLC; PAHH Wood Street Garage, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH Broad Street MOB, LLC, each, a Delaware limited liability company.

[3] Capitalized terms used but not otherwise defined in this Reservation of Rights have the meaning ascribed to such terms in the Motion.

EAST\188888176.2

## **RESERVATION OF RIGHTS**

1. While the JV Entities are not objecting directly to the relief requested in the Motion, the JV Entities are concerned with the lack of information flow from the Debtors. In particular, notwithstanding the JV Entities' seat at the mediation table, the JV Entities have not seen any draft loan agreements, default or remedies provisions.

2. Notwithstanding the *expedited* relief sought in the Motion and the attachment of the Term Sheet, as of the date hereof, the Debtors have not provided the JV Entities with either an interim budget to provide for payment of known expenses to be paid on an emergency basis or a final budget with respect to the use of proceeds from the Secured Loan. Rather, the Motion provides only that:

> The Broad Street Entities will use the Loan Proceeds to fund the budgeted (as reasonably agreed, in writing, by the Loan Parties), documented direct operating/maintenance costs of the Real Estate (the "Operating Costs"), and certain other costs of the Broad Street Entities in such amounts, at such times and through such procedures as may be mutually agreed in writing….

Mot. ¶ 11(ii). This vague representation gives the JV Entities pause, especially in light of the previous objections filed by the Debtors, the Committee, the JV Entities, and Tenet [Docket No. 3102, 3105, 3172, 3175] to the Broad Street Entities' financing motion and, among other things, the attempt to use the proceeds of the proposed Gordon Brothers Loan to pay for certain professional and other fees of the Broad Street Entities and/or certain of the non-Debtor affiliates.

3. Further, the Debtors have not provided the JV Entities with any breakdown of the expenses and other fees associated with the Secured Loan. Accordingly, the JV Entities request that the Debtors share the budget and other breakdown of expenses and fees with respect to the Proposed Loan and the Loan Proceeds thereof prior to this Court considering and/or granting the relief requested in the Motion.

4. Similarly, while not explicitly sought in the Motion, the JV Entities reserve their rights to object to or otherwise contest any attempt unilaterally to market or sell or otherwise dispose of the Real Estate other than through a process and upon terms to be agreed upon by Tenet, the JV Entities, the Debtors, and the Committee, and if required, approval by the Court. In fact, the JV Entities will only consent to any such disposition if the JV Entities are included in the process of developing the applicable sale procedures. This collaborative process is important to ensuring that any sale of the Real Estate is actually "in the best interests of all parties." *See* Mot. ¶ 12.

WHEREFORE, the JV Entities respectfully reserve their rights with respect to the relief requested in and related to the Motion.

[*Remainder of Page Intentionally Left Blank*]

|  |  |
|---|---|
| Dated:  March 9, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>*/s/ Stuart M. Brown*<br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: Stuart.Brown@us.dlapiper.com<br><br>-and-<br><br>Richard A. Chesley (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: Richard.Chesley@us.dlapiper.com<br><br>*Counsel to HSREP VI Holding, LLC; HSRE-PAHH I, LLC; PAHH New College MOB, LLC; PAHH Bellet MOB, LLC; PAHH Wood Street Garage, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH Broad Street MOB, LLC* |

EAST\188888176.2