IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) |

NOTICE OF WITHDRAWAL OF PROOF OF
CLAIM NUMBER 213 AGAINST CENTER CITY HEALTHCARE, LLC

**PLEASE TAKE NOTICE** that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the claimant[2] filing proof of claim number 213 (the "**Claimant**") against Center City Healthcare, LLC, by and through its undersigned counsel, hereby withdraws proof of claim number 213 filed against Center City Healthcare, LLC with prejudice.

Dated:  March 9, 2022

_____
Andrew R. Spirt
GOLOMB SPIRT GRUNFELD, P.C.
1835 Market Street, Suite 2900
Philadelphia, PA 19103
(215) 985-9177
*Counsel to the Claimant*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] The Claimant's name has been redacted from proof of claim 213 and redacted herein pursuant to the *Order Approving Certain Procedures to Maintain the Confidentiality of Patient Information as Required by Applicable Privacy Rules* [Docket No. 72].