**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY ) | Bankruptcy No. 19-11466 (MFW) |
| HOSPTIAL et al.,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re. D.I. 3657** |
| ) | |

**THE CITY OF PHILADELPHIA'S LIMITED OBJECTION TO**
**MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL**
**ORDERS (I) AUTHORIZING PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC**
**TO MAKE SECURED TERM LOAN TO BROAD STREET ENTITIES PURSUANT TO**
**11 U.S.C. § 363 AND 105(a) AND (II) GRANTING RELATED RELIEF**

The City of Philadelphia (the "City"), by and through its counsel, Megan N. Harper, Senior Attorney, files this limited objection (this "Limited Objection") to the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* [Docket No. 3657] (the "Motion") and in support thereof avers as follows:

1. On June 30, 2019 and July 1, 2019, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2. On March 4, 2022, the Debtors filed the Motion seeking an order authorizing debtor Philadelphia Academic Health System, LLC ("PAHS") to make the Secured Loan[2] to the Broad Street Entities in the amount of up to $5.6 million to fund budgeted direct operating/maintenance costs of the Real Estate. *See* Motion ¶ 11.

3. The Motion summarizes the Term Sheet for the proposed Secured Loan and states, in part, that "PAHS will receive first priority liens, subject only to existing liens of the City of Philadelphia Water Revenue Bureau and other permitted liens described in the Term Sheet . . . ." Mot. ¶ 11(iv).

4. The Term Sheet states, "Notwithstanding the foregoing or anything to the contrary contained in this Term Sheet, the lien currently held on some or all of the Collateral by the City of Philadelphia Water Revenue Bureau shall be unaffected by the Term Loan." *See* Mot., Exhibit A, Term Sheet pp. 3-4.

5. The City of Philadelphia and School District of Philadelphia in addition to the City of Philadelphia Water Revenue Bureau hold or may hold first-priority liens on some or all of the Real Estate pursuant to Pennsylvania's Municipal Claims and Tax Liens Act ("MCTLA"), 53 P.S. § 7101, *et seq*.

6. Under the MCTLA, a tax lien is a first lien against property dating back to the date the taxes are assessed. 53 P.S. § 7102, *see also, Moore v. Smith*, 494 A.2d 1107, 1108 (Pa. Super. Ct. 1985) (real estate taxes imposed by the City are a first lien against property dating back to assessment); *City of Philadelphia v. Philadelphia Transload & Logistics LLC*, 2012 WL 8681526, at *2 (Pa. Comwlth., March 15, 2012) (a lien is created when a tax is levied in conformity with

---

[2] Capitalized terms not otherwise defined in this Limited Objection have the meaning ascribed to such terms in the Motion.

Section 7102 of the MCTLA); *N. Coventry Twp. v. Tripoldi*, 64 A.3d 1128, 1132 (Pa. Comwlth. 2013) (a tax lien arises by operation of law whenever a municipal tax is lawfully imposed).

7. Regarding liens for services such as water/sewer service, the MCTLA provides that municipal claims for services have priority over all other encumbrances, except taxes, tax liens or tax claims. 53 P.S. § 7106(a)(1); *see Shapiro v. Center Twp., Bulter Cnty.*, 159 Pa. Cmwlth. 82, 632 A.3d 994, 997 (1993) ("The assessment and imposition of the lien occur without any form of hearing.").

8. The City objects to the Motion to the extent it seeks to grant PAHS a first priority lien that primes the City's superior lien position with respect to the Broad Street Entities' Real Estate.

9. To the extent Real Estate is sold, as contemplated by the Motion, such proceeds constitute the cash collateral of the City to the extent of its liens.

10. The City requests language in the Proposed Interim Order and any Final Order on the Motion that clarifies that, notwithstanding anything to the contrary in the Motion, Term Sheet or Term Loan Documents, PAHS's liens shall not be senior to any statutory liens of the City of Philadelphia, School District of Philadelphia or Water Revenue Bureau to the extent such liens are first priority liens pursuant to Pennsylvania's Municipal Claims and Tax Liens Act.

WHEREFORE, the City respectfully requests that the Motion be denied unless the modification requested by the City is included in the Proposed Interim Order.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: March 9, 2022         By:     */s/ Megan N. Harper*
                                    Megan N. Harper (No. 4103)
                                    Senior Attorney
                                    City of Philadelphia Law Department
                                    Municipal Services Building
                                    1401 JFK Boulevard, 5th Floor
                                    Philadelphia, PA  19102-1595
                                    215-686-0503 (phone)
                                    Email: Megan.Harper@phila.gov