# UNITED STATUS BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | |
| *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | Case No.: 19-11466 (MFW) |
| | ) | Jointly Administered |
| | ) | |
| _____ | ) | Ref. No. 3669 |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify on March 10, 2022 under penalty of perjury that I caused a true and correct copy of the *Motion for Leave to File a Late Proof of Claim and for Relief from the Stay filed on behalf of Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor with all exhibits*, to be filed and served via CM/ECF on March 7, 2022 upon all parties registered to receive such notices, and served via CM/ECF upon the parties listed below:

| | |
|---|---|
| Gregory A. Taylor, Esq. | Pachulski Stang Ziehl & Jones LLP |
| Katharina Earle, Esq. | Attn: James E. O'Neill, Esq. |
| Ashby & Geddes, P.A. | Malhar S. Pagay, Esq. |
| 500 Delaware Avenue, 8th Floor | Victoria A. Newmark, Esq. |
| P.O. Box 1150 | 919 North Market Street, 17th Floor |
| Wilmington, DE 198999 | P.O. Box 8705 |
| Email: Gtaylor@ashbygeddes.com | Wilmington, DE 19899-8705 |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associate, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| | |
|---|---|
| Kearle@ashby@geddes.com | mpagay@pszjlaw.com<br>joneill@pszjlaw.com<br>vnewmark@pszjlaw.com |
| Cleary Gottlieb Steen & Hamilton LLP<br>Attn: Sean A. O'Neal, Esq.<br>One Liberty Plaza<br>New York, NY 10006<br>soneal@cgsh.com | RTI Holding Company, LLC<br>Attn: Shawn Lederman<br>333 East Broadway Ave.,<br>Maryville, TN 37804<br>slederman@rubytuesday.com |
| Office of the United States Trustee<br>Attn: Linda Richenderfer, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Linda.richenderfer@usdoj.gov | |

DATED:   March 10, 2022

Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor
By their Counsel

   /s/ Kristi J. Doughty
Kristi J. Doughty (No. 3826)
Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 800
Wilmington, DE 19801-4939
(302) 482-4038
Email: KDoughty@Schnader.com