# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Related to D.I. 3699** |

**NOTICE OF WITHDRAWAL OF SEVENTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>JANUARY 1, 2021 THROUGH MARCH 31, 2021</u>**

Kindly withdraw the Seventh Interim Application of Fox Rothschild LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2021 through March 31, 2021, filed on March 11, 2022 at Docket No. 3699, without prejudice.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

131784424.1

| | |
|---|---|
| Dated: March 11, 2022 | Respectfully submitted, |
| | |
| | */s/ Seth A. Niederman* |
| | Seth A. Niederman (No. 4588) |
| | **FOX ROTHSCHILD LLP** |
| | 919 North Market Street, Suite 300 |
| | Wilmington, DE 19899-2323 |
| | Telephone: (302) 654-7444 |
| | Facsimile: (302) 656-8920 |
| | E-mail: sniederman@foxrothschild.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |

131784424.1