## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: April 1, 2022 at 4:00 p.m. ET**<br>**Hearing: April 19, 2022 at 10:30 a.m. ET** |

## EIGHTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 1, 2021 THROUGH JUNE 30, 2021

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Eighth Interim Period: | April 1, 2021 through June 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Eighth Interim Period: | $18,895.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and | $155.22 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

Necessary for the Eighth Interim Period:

This is an: _____Monthly __8th__ Interim _____ Final Fee Application

This is Fox Rothschild's Eighth interim fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**Summary of Monthly Fee Applications for the Interim Period**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|
| Twenty-First Monthly [D.I. 3222] | 12/1/21 | $4,457.00 | $68.74 | 12/28/21 [D.I. 3364] | $3,565.60 | $68.74 |
| Twenty-Second Monthly [D.I. 3223] | 12/1/21 | $8,118.50 | $8.40 | 12/28/21 [D.I. 3365] | $6,494.80 | $8.40 |
| Twenty-Third Monthly [D.I. 3224] | 12/1/21 | $6,319.50 | $78.08 | 12/28/21 [D.I. 3366] | $5,055.60 | $78.08 |
| | **TOTAL:** | **$18,895.00** | **$155.22** | | **$15,116.00** | **$155.22** |

**Summary of Objections to Monthly Fee Applications**

None

131755833.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
|  | (Jointly Administered) |
| Debtors. | **Objections Due: April 1, 2022 at 4:00 p.m. ET**<br>**Hearing: April 19, 2022 at 10:30 a.m. ET** |

**EIGHTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD APRIL 1, 2021 THROUGH JUNE 30, 2021**

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-

possession (the "Debtors"), submits its Eighth Interim Fee Application (the "Application"),

pursuant to sections 327, 330(a), and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), and this Court's Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals, entered August 2, 2019 (the "Interim

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Compensation Order")[2] [D.I. 341] for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Eighth interim application period from April 1, 2021 through June 30, 2021 (the "Compensation Period") in the amount of $18,895.00 (the "Interim Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $155.22 (the "Interim Expense Amount") incurred during the Eighth interim application period. In support of this Application, Fox Rothschild respectfully represents:

## JURISDICTION

1.      This Court has jurisdiction over this Application under 28 U.S.C. § 157(b)(2).

2.      Venue in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.      On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.      On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute,

---

[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

131755833.1

LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

5.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc pro tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

## SUMMARY OF APPLICATION FOR THE COMPENSATION PERIOD

6.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Interim Compensation Amount and the Interim Expense Amount for the Compensation Period.

7.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates.  Fox Rothschild received no payment and no promises of payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with matters covered by this Application.  There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for sharing of compensation received for services rendered in these cases.

131755833.1

8.      Fox Rothschild's monthly fee applications during the Compensation Period have been filed and served in accordance with the Interim Compensation Order.  True and correct copies of the relevant monthly fee applications are attached hereto as **Exhibit A.**

**RELIEF REQUESTED**

9.      By this Application, Fox Rothschild requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by Fox Rothschild during the Compensation Period.

10.     All services for which compensation is requested by Fox Rothschild were performed on behalf of the Committee.  Fox Rothschild's services have been necessary and beneficial to the Committee and other parties in interest.

11.     In accordance with the factors enumerated in Bankruptcy Code section 330, Fox Rothschild respectfully submits that the amount requested by Fox Rothschild is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Fox Rothschild has reviewed the requirements of Local Rule 2016-2 and the Interim Compensation Order and believes that this Application complies with such Rule and order. To the extent that this Application fails to comply with Local Rule 2016-2 in any respect, Fox Rothschild submits that such non-compliance is non-material, and respectfully requests that such non-compliance be waived.

**NOTICE**

12.     Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen,

4

CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

## CONCLUSION

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order, substantially in the form attached hereto, providing: (i) that the fees in the amount of $18,895.00, as compensation for necessary professional services rendered , and actual and necessary costs and expenses in the amount of $155.22, for a total of $19,050.22 be allowed on an interim basis; (ii) that the Debtors be authorized and directed to pay to Fox Rothschild the Interim Compensation Amount and the Interim Expense Amount less any amounts already paid, and (iii) granting Fox Rothschild such further relief as may be just.

Dated: March 11, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com
*Counsel to the Official Committee of*
*Unsecured Creditors*

131755833.1

# Exhibit "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 22, 2021 at 4:00 p.m. ET** |

### TWENTY-FIRST MONTHLY FEE APPLICATION OF
### FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
### <u>APRIL 1, 2021 THROUGH APRIL 30, 2021</u>

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Twenty-First Monthly Period: | April 1, 2021 through April 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Twenty-First Monthly Period: | $4,457.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Twenty-First Monthly Period: | $68.74 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] <u>See</u> Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

This is a(n):__X__Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's twenty-first monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.14 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Fourth Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Fifth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Sixth Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Seventh Monthly [D.I. 1504] | 3/25/2020 | $7,050.00 | $113.75 | 4/17/2020 [D.I. 1585] | $7,050.00 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,969.00 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $5,398.50 | $40.80 |
| Eleventh Monthly [D.I. 1705] | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 [D.I. 1737] | $1,648.00 | $111.60 |

125158815.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,315.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $5,071.00 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $0.00 | 1/25/20 [D.I. 2048] | $6,285.00 | $0.00 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $66.03 | 2/17/21 [D.I. 2104] | $8,633.00 | $66.03 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $10,215.00 | $112.80 |
| Seventeenth Monthly ][D.I. 2143] | 3/4/21 | $10,764.50 | $10.80 | 4/20/21 [D.I. 2276] | $10,764.50 | $10.80 |
| Eighteenth Monthly [D.I. 2144] | 3/4/21 | $6,272.50 | $33.60 | 4/20/21 [D.I. 2277] | $5,018.00 | $33.60 |
| Nineteenth Monthly [D.I. 2145] | 3/4/21 | $3,996.00 | $66.03 | 4/20/21 [D.I. 2278] | $3,196.80 | $66.03 |
| Twentieth Monthly [D.I. 2284] | 4/21/21 | $6,723.50 | $51.30 | 5/17/21 [D.I. 2339] | $5,378.80 | $51.30 |
| | **TOTAL:** | **$233,483.00** | **$8,521.98** | | **$230,084.80** | **$8,521.98** |

3

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 1, 2021 THROUGH APRIL 30, 2021**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Michael G. Menkowitz | Partner – Admitted to PA Bar in 1990; Joined Fox Rothschild in 1990 | $885 | 1.0 | $885.00 |
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $720 | 0.1 | $72.00 |
| Seth N. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $540 | 3.1 | $1,674.00 |
| Robin I. Solomon | Paralegal since 1982; Joined Fox Rothschild in 1987 | $415 | 4.4 | $1,826.00 |
| **TOTALS** | | | **8.6** | **$4,457.00** |
| **Total Blended Rate** | | $518.26 | | |

125158815.1

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| CA | CASE ADMINISTRATION | 2.3 | $1,549.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 3.3 | $1,475.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.4 | $1,108.50 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.6 | $324.00 |

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
APRIL 1, 2021 THROUGH APRIL 30, 2021**

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|------------|--------|
| POSTAGE CHARGES | $14.80 |
| PROFESSIONAL SERVICES PARCELS, INC. | $53.94 |

TOTAL EXPENSES   $68.74

125158815.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 22, 2021 at 4:00 p.m. ET** |

**TWENTY-FIRST MONTHLY FEE APPLICATION OF**
**FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR THE PERIOD**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), submits its Twenty-First Monthly Fee Application (the "Application"), pursuant to sections 330(a), and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this Court's Order Establishing Procedures for Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

125158815.1

"Interim Compensation Order")[4] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Twenty-First monthly application period from April 1, 2021 through April 30, 2021 (the "Compensation Period") in the amount of $4,457.00 (the "Monthly Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $68.74 (the "Monthly Expense Amount") incurred during the Twenty-First monthly application period. In support of this Application, Fox Rothschild respectfully represents:

## I.    Jurisdiction

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.    Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.    Background

3.    On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.    On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis &

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

125158815.1

Gross P.C. and Fox Rothschild as its counsel.

5.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective nunc pro tunc to July 17, 2019 (the "Retention Order") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

## III.    Summary of Application for the Compensation Period

6.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

7.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8.      Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as Exhibit A.

125158815.1

9.      Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $4,457.00 and its total expenses are $68.74.

10.     Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $3,565.60, is payable to Fox Rothschild, together with 100% of requested costs in the amount of $68.74.

**A.      Summary of Services Rendered by Fox Rothschild During the Compensation Period**

11.     This Application is the Twenty-First monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12.     Attached as <u>Exhibit A</u> are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13.     During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $415 to $885 per hour. The professional services performed by Fox Rothschild on behalf of the Committee during the Compensation Period required an aggregate expenditure of 8.6 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $518.26.

14.     The fees charged by Fox Rothschild as set forth in <u>Exhibit A</u> are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

125158815.1

15.     All entries itemized in Fox Rothschild's time records comply with the requirements set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in <u>Exhibit A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit A</u> are presented chronologically within each Task Code category.

16.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

**B**.     **Actual and Necessary Expenses of Fox Rothschild**

18.     Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit A</u> are Fox Rothschild's

125158815.1

itemized records detailing expenses incurred on behalf of the Committee during the Compensation Period.

19.    Fox Rothschild has not incurred any expenses during the Compensation Period. These charges are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.    The Requested Compensation Should be Allowed

20.    The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

21.    Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets

11

forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to

the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

### D.    Reservation

25.    To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

### IV.    Notice

26.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington,

13

DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

### V.    Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $4,457.00 and reimbursement of costs in the amount of $68.74; (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $3,634.34 (80% of $4,457.00 plus 100% of costs in the amount of $68.74); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: December 1, 2021                     **FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

14

125158815.1

# Exhibit "A"

# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number 2747298 |
| SILLS CUMMIS & GROSS | Invoice Date 05/10/21 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/05/21 | MENKOWITZ | CA | ATTEND UPDATE CALL WITH CO-COUNSEL | 1.0 | $885.00 |
| 04/07/21 | NIEDERMAN | CA | ATTENTION TO PROPOSED ORDER GRANTING FEE APPLICATIONS AND CONFER WITH COUNSEL FOR DEBTORS RE SAME | 0.2 | $108.00 |
| 04/14/21 | NIEDERMAN | CA | REVIEW OF NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING SCHEDULED FOR 4/16/2021 AND REVIEW DOCKET AND PLEADINGS RE SAME | 0.3 | $162.00 |
| 04/14/21 | SOLOMON | CA | REVIEW NOTICE OF AGENDA 4/16 HEARING AND REGISTER ATTORNEYS | 0.3 | $124.50 |
| 04/15/21 | NIEDERMAN | CA | ATTENTION TO NOTICE RE CANCELLATION OF 4/16 OMNIBUS HEARING | 0.2 | $108.00 |
| 04/22/21 | NIEDERMAN | CA | ATTENTION TO CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER SUSTAINING DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | 0.2 | $108.00 |
| 04/28/21 | NIEDERMAN | CA | ATTENTION TO CERT OF | 0.1 | $54.00 |

128370403.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | COUNSEL RE OMNIBUS HEARING DATES | | |
| 04/06/21 | NIEDERMAN | FA1 | ATTENTION TO OMNIBUS ORDER APPROVING FOURTH INTERIM FEE APPLICATIONS OF SAUL EWING ARNSTEIN& LEHR LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, THE SECOND AND THIRD INTERIM APPLICATIONS OF KLEHR HARRISON HARVEY BRANZBURG LLP AND THE FIRST AND FINAL SUPPLEMENTAL FEE APPLICATION OF CENTURION SERVICE GROUP, LLC | 0.2 | $108.00 |
| 04/12/21 | CHOVANES | FA1 | EMAIL FROM P BASA RE PRO FORMA FOR FEE APPLICATION | 0.1 | $72.00 |
| 04/16/21 | SOLOMON | FA1 | REVIEW/EDIT MARCH PROFORMA | 0.5 | $207.50 |
| 04/19/21 | NIEDERMAN | FA1 | ATTENTION TO CERTIFICATES OF NO OBJECTION REGARDING THE SEVENTEENTH-NINETEENTH MONTHLY FEE APPLICATIONS OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 0.2 | $108.00 |
| 04/19/21 | SOLOMON | FA1 | DRAFT CNOS - FOX 17TH, 18TH, 19TH FEE APPLICATIONS | 0.3 | $124.50 |
| 04/20/21 | NIEDERMAN | FA1 | ATTENTION TO TWENTIETH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2021 THROUGH MARCH 31, 2021 | 0.2 | $108.00 |
| 04/20/21 | SOLOMON | FA1 | COMPLETE DRAFT OF FOX'S 20TH MONTHLY FEE APPLICATION AND NOTICE | 0.7 | $290.50 |
| 04/20/21 | SOLOMON | FA1 | PREPARE AND FILE CNOS RE: FOX'S 17TH, 18TH AND 19TH MONTHLY FEE APPLICATIONS | 0.3 | $124.50 |
| 04/21/21 | SOLOMON | FA1 | PREPARE FOX 20TH FEE | 0.5 | $207.50 |

128370403.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | APPLICATION FOR FILING; EFILE SAME | | |
| 04/21/21 | SOLOMON | FA1 | DRAFT NOTICE AND COS RE: FOX 20TH FEE APPLICATION | 0.3 | $124.50 |
| 04/08/21 | NIEDERMAN | FA2 | ATTENTION TO MONTHLY APPLICATIONS OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 2020 THROUGH FEBRUARY 2021 | 0.4 | $216.00 |
| 04/08/21 | SOLOMON | FA2 | DRAFT NOTICES OF SILLS CUMMIS MONTHLY FEE APPS (NOVEMBER THROUGH FEBRUARY); REVISE MONTHLY FEE STATEMENTS AND EFILE WITH COURT | 1.2 | $498.00 |
| 04/16/21 | SOLOMON | FA2 | DRAFT AND FILE COS - SILLS MONTHLY FEE APPS (17 THROUGH 20) | 0.3 | $124.50 |
| 04/29/21 | NIEDERMAN | FA2 | ATTENTION TO TWENTY FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021 | 0.3 | $162.00 |
| 04/29/21 | NIEDERMAN | FA2 | ATTENTION TO CNOS FOR SILLS CUMMIS NOVEMBER THRU FEBRUARY FEE APPLICATIONS | 0.2 | $108.00 |
| 04/08/21 | NIEDERMAN | PC | ATTENTION TO PROPOSED ORDER SUSTAINING DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | 0.2 | $108.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/21/21 | NIEDERMAN | PC | ATTENTION TO NOTICE OF WITHDRAWAL OF CERTIFICATION OF NO OBJECTION TO DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 ALONG WITH CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER SUSTAINING DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | 0.2 | $108.00 |
| 04/22/21 | NIEDERMAN | PC | ATTENTION TO STIPULATION BETWEEN CENTER CITY HEALTHCARE, LLC AND ST. AGNES MOB, LLC REGARDING ALLOWED CLAIMS | 0.2 | $108.00 |
| | | | **TOTAL** | **8.6** | **$4,457.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| CA | CASE ADMINISTRATION | 2.3 | $1,549.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 3.3 | $1,475.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.4 | $1,108.50 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.6 | $324.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| M. G. MENKOWITZ | PARTNER | 1.0 | $885.00 | $885.00 |
| M. B. CHOVANES | PARTNER | 0.1 | $720.00 | $72.00 |
| S. A. NIEDERMAN | PARTNER | 3.1 | $540.00 | $1,674.00 |
| R. I. SOLOMON | PARALEGAL | 4.4 | $415.00 | $1,826.00 |
| | TOTAL | 8.6 | | $4,457.00 |

128370403.1

TOTAL PROFESSIONAL SERVICES          $4,457.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
| --- | --- |
| POSTAGE CHARGES | $14.80 |
| PROFESSIONAL SERVICES PARCELS, INC. | $53.94 |

TOTAL EXPENSES          $68.74

TOTAL AMOUNT OF THIS INVOICE          $4,525.74

**TOTAL BALANCE DUE UPON RECEIPT          $4,525.74**

128370403.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: December 22, 2021 at 4:00 p.m. ET** |

## NOTICE OF TWENTY-FIRST MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 1, 2021 THROUGH APRIL 30, 2021

PLEASE TAKE NOTICE THAT on December 1, 2021, Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Twenty-First Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2021 through April 30, 2021 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **December 22, 2021, at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [monique.disabatino@saul.com] and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffrey.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. [asherman@sillscummis.com] and Boris I. Mankovetskiy, Esq. [bmankovetskiy@sillscummis.com]) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman [sniederman@foxrothschild.com]); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its

125158267.1

Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Fox Rothschild an amount the "<u>Actual Monthly Payment</u>") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "<u>Maximum Monthly Payment</u>"). If a Notice of Objection was timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount (the "<u>Reduced Monthly Payment</u>") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: December 1, 2021   **FOX ROTHSCHILD LLP**

<u>/s/ Seth A. Niederman</u>
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*

125158267.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 22, 2021 at 4:00 p.m. ET** |

## TWENTY-SECOND MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Twenty-Second Monthly Period: | May 1, 2021 through May 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Twenty-Second Monthly Period: | $8,118.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Twenty-Second Monthly Period: | $8.40 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

125165003.1

This is a(n):  X  Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's twenty-second monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.14 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Fourth Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Fifth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Sixth Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Seventh Monthly [D.I. 1504] | 3/25/2020 | $7,050.00 | $113.75 | 4/17/2020 [D.I. 1585] | $7,050.00 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,969.00 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $5,398.50 | $40.80 |
| Eleventh Monthly [D.I. 1705] | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 [D.I. 1737] | $1,648.00 | $111.60 |

125165003.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,315.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $5,071.00 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $0.00 | 1/25/20 [D.I. 2048] | $6,285.00 | $0.00 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $66.03 | 2/17/21 [D.I. 2104] | $8,633.00 | $66.03 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $10,215.00 | $112.80 |
| Seventeenth Monthly ][D.I. 2143] | 3/4/21 | $10,764.50 | $10.80 | 4/20/21 [D.I. 2276] | $10,764.50 | $10.80 |
| Eighteenth Monthly [D.I. 2144] | 3/4/21 | $6,272.50 | $33.60 | 4/20/21 [D.I. 2277] | $5,018.00 | $33.60 |
| Nineteenth Monthly [D.I. 2145] | 3/4/21 | $3,996.00 | $66.03 | 4/20/21 [D.I. 2278] | $3,196.80 | $66.03 |
| Twentieth Monthly [D.I. 2284] | 4/21/21 | $6,723.50 | $51.30 | 5/17/21 [D.I. 2339] | $5,378.80 | $51.30 |
| Twenty-First Monthly [D.I. 3222] | 12/1/21 | $8,118.50 | $8.40 | Pending | Pending | Pending |
| | TOTAL: | $241,601.50 | $8,530.38 | | $230,084.80 | $8,521.98 |

3

125165003.1

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Michael G. Menkowitz | Partner – Admitted to PA Bar in 1990; Joined Fox Rothschild in 1990 | $885 | 2.2 | $1,947.00 |
| Seth N. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $540 | 9.2 | $4,968.00 |
| Robin I. Solomon | Paralegal since 1982; Joined Fox Rothschild in 1987 | $415 | 2.9 | $1,203.40 |
| **TOTALS** | | | **14.3** | **$8,118.40** |
| **Total Blended Rate** | | $567.72 | | |

4

125165003.1

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
MAY 1, 2021 THROUGH MAY 31, 2021**

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 5.1 | $3,099.00 |
| CA | CASE ADMINISTRATION | 5.2 | $2,802.00 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 1.0 | $885.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 0.5 | $232.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.3 | $992.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.2 | $108.00 |

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
MAY 1, 2021 THROUGH MAY 31, 2021**

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|--------|
| POSTAGE CHARGES | $8.40 |

TOTAL EXPENSES     $8.40

125165003.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 22, 2021 at 4:00 p.m. ET** |

## TWENTY-SECOND MONTHLY FEE APPLICATION OF
## FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
## EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS FOR THE PERIOD
## MAY 1, 2021 THROUGH MAY 31, 2021

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession

(the "Debtors"), submits its Twenty-Second Monthly Fee Application (the "Application"),

pursuant to sections 330(a), and 331 of title 11 of the United States Code (the "Bankruptcy Code"),

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2

of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court

for the District of Delaware (the "Local Rules"), and this Court's Order Establishing Procedures

for Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

125165003.1

"Interim Compensation Order")[4] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Twenty-Second monthly application period from May 1, 2021 through May 31, 2021 (the "Compensation Period") in the amount of $8,118.50 (the "Monthly Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $8.40 (the "Monthly Expense Amount") incurred during the Twenty-Second monthly application period. In support of this Application, Fox Rothschild respectfully represents:

## I.    Jurisdiction

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.    Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.    Background

3.    On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.    On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis &

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

Gross P.C. and Fox Rothschild as its counsel.

5.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc</u> <u>pro</u> <u>tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

### III.    Summary of Application for the Compensation Period

6.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

7.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8.      Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as <u>Exhibit</u> <u>A</u>.

125165003.1

9.      Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $8,118.50 and its total expenses are $8.40.

10.     Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $6,494.80, is payable to Fox Rothschild, together with 100% of requested costs in the amount of $8.40.

A.      **Summary of Services Rendered by Fox Rothschild During the Compensation Period**

11.     This Application is the Twenty-Second monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12.     Attached as Exhibit A are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13.     During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $415 to $885 per hour. The professional services performed by Fox Rothschild on behalf of the Committee during the Compensation Period required an aggregate expenditure of 14.3 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $567.72.

14.     The fees charged by Fox Rothschild as set forth in Exhibit A are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

15.     All entries itemized in Fox Rothschild's time records comply with the requirements

9

set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in <u>Exhibit A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit A</u> are presented chronologically within each Task Code category.

16.    The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

B.    **Actual and Necessary Expenses of Fox Rothschild**

18.    Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit A</u> are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation

125165003.1

Period.

19.     Fox Rothschild has not incurred any expenses during the Compensation Period. These charges are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.     The Requested Compensation Should be Allowed

20.     The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

21.     Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

125165003.1

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> > (A) the time spent on such services;
> >
> > (B) the rates charged for such services;
> >
> > (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> >
> > (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> >
> > (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
> >
> > (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.    Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.    Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.    In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate

125165003.1

with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

### D.    Reservation

25.    To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.    Notice

26.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

125165003.1

## V.    Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $8,118.50 and reimbursement of costs in the amount of $8.40; (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the $6,503.20 (80% of $8,118.50 plus 100% of costs in the amount of $8.40); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: December 1, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*

125165003.1

# Exhibit "A"

# ᵟ

# Fox Rothschild LLP

## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number 2767408 |
| SILLS CUMMIS & GROSS | Invoice Date 06/09/21 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/11/21 | MENKOWITZ | AP | REVIEW MEDIATION STATEMENT | 1.0 | $885.00 |
| 05/11/21 | NIEDERMAN | AP | REVIEW AND ANALYZE CURRENT DRAFT OF DEBTORS' AND COMMITTEE'S JOINT CONFIDENTIAL OPENING MEDIATION STATEMENT AND COMMITTEE COMMENTS REGARDING CURRENT DRAFT AS WELL AS CORRESPONDENCE RE TIMING OF SUBMISSION | 1.5 | $810.00 |
| 05/12/21 | NIEDERMAN | AP | ATTENTION TO ADDITIONAL CORRESPONDENCE WITH COUNSEL FOR DEBTORS RE DRAFT MEDIATION SUBMISSSION | 0.4 | $216.00 |
| 05/13/21 | NIEDERMAN | AP | ATTENTION TO REVISED DRAFT OF DEBTORS AND COMMITTEE'S JOINT CONFIDENTIAL OPENING MEDIATION STATEMENT AND NUMEROUS CORRESPONDENCE WITH COUNSEL FOR DEBTORS RE SAME | 1.2 | $648.00 |
| 05/14/21 | NIEDERMAN | AP | ATTENTION TO DEBTOR/COMMITTEE JOINT CONFIDENTIAL OPENING MEDIATION STATEMENT | 0.5 | $270.00 |
| 05/17/21 | NIEDERMAN | AP | ANALYSIS OF THE MBNF MEDIATION SUBMISSION | 0.5 | $270.00 |

128370613.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/30/21 | SOLOMON | CA | REVIEW ORDER SCHEDULING OMNIBUS HEARING DATES AND CALENDAR SAME | 0.3 | $124.50 |
| 04/30/21 | SOLOMON | CA | REVIEW COURT FILINGS RECEIVED 4/22-4/29, DISTRIBUTE SAME AND CALENDAR DEADLINES | 0.3 | $124.50 |
| 05/05/21 | MENKOWITZ | CA | REVIEW EMAILS - OPEN ISSUES | 0.2 | $177.00 |
| 05/05/21 | NIEDERMAN | CA | ATTENTION TO CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS BY HSRE ENTITIES | 0.5 | $270.00 |
| 05/13/21 | NIEDERMAN | CA | ATTENTION TO NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY CENTER CITY HEALTHCARE, LLC. HEARING SCHEDULED FOR 5/17/2021 AT 10:30 AM | 0.2 | $108.00 |
| 05/17/21 | NIEDERMAN | CA | ATTENTION TO NOTICE RE CANCELLATION OF 5/17 OMNIBUS HEARING | 0.2 | $108.00 |
| 05/25/21 | NIEDERMAN | CA | ANALYSIS OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING AND DIRECTING THE EXAMINATION OF HARRISON STREET REAL ESTATE, LLC AND RELATED ENTITIES BY PRODUCTION OF DOCUMENTS AND DEPOSITION(S) AND MOTION TO EXPEDITED RE SAME | 1.0 | $540.00 |
| 05/26/21 | NIEDERMAN | CA | REVIEW VARIOUS REVISIONS TO JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING | 1.1 | $594.00 |

128370613.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AND DIRECTING THE EXAMINATION OF HARRISON STREET REAL ESTATE, LLC AND RELATED ENTITIES BY PRODUCTION OF DOCUMENTS ALONG WITH MOTION TO EXPEDITE RE SAME AND NUMEROUS CORRESPONDENCE WITH CO-COUNSEL AND DEBTORS RE SAME | | |
| 05/26/21 | NIEDERMAN | CA | ATTENTION TO INQUIRY RE MOTION TO FILE UNDER SEAL AND REVIEW OF LOCAL RULE RE SAME | 0.4 | $216.00 |
| 05/26/21 | NIEDERMAN | CA | REVIEW DRAFT OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO SECTION 107(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9018 AND LOCAL RULE 9018-1(B), AUTHORIZING THE FILING UNDER SEAL OF THE UNREDACTED VERSION OF THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING AND DIRECTING THE EXAMINATION OF HARRISON STREET REAL ESTATE, LLC AND RELATED ENTITIES BY PRODUCTION OF DOCUMENTS | 0.3 | $162.00 |
| 05/26/21 | NIEDERMAN | CA | ATTENTION TO UPDATE FROM DEBTORS RE EFFORTS TO CONSENSUALLY RESOLVE DISCOVERY DISPUTE WITH HSRE WITHOUT HAVING TO FILE MOTIONS AND NUMEROUS CORRESPONDENCE RE SAME | 0.3 | $162.00 |
| 05/26/21 | NIEDERMAN | CA | REVIEW OF CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS BY HSRE ENTITIES AND | 0.4 | $216.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | CORRESPONDENCE RE REVISIONS TO SAME | | |
| 05/07/21 | MENKOWITZ | CM | ATTEND COMMITTEE CALL | 1.0 | $885.00 |
| 05/17/21 | NIEDERMAN | FA1 | ATTENTION TO CERT OF NO OBJECTION RE 20TH MONTHLY FEE APP | 0.2 | $108.00 |
| 05/17/21 | SOLOMON | FA1 | DRAFT AND FILE CNO/FOX 20TH MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 04/30/21 | SOLOMON | FA2 | EMAILS WITH G. KOPACZ RE: SILLS CNOS AND NEXT MONTHLY FEE APPLICATION | 0.2 | $83.00 |
| 05/03/21 | NIEDERMAN | FA2 | FINALIZE AND FILE CERTIFICATE OF NO OBJECTION REGARDING THE 17TH-21ST MONTHLY APPLICATIONS OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 0.2 | $108.00 |
| 05/03/21 | SOLOMON | FA2 | DRAFT AND FILE CNOS RE: SILLS CUMMIS MONTHLY FEE APPLICATIONS (17, 18, 19, 20) | 0.6 | $249.00 |
| 05/03/21 | SOLOMON | FA2 | EMAIL FROM G. KOPACZ RE: SILLS 21ST FEE APPLICATION AND RESPOND TO SAME | 0.2 | $83.00 |
| 05/03/21 | SOLOMON | FA2 | DRAFT NOTICE OF SILLS 21ST FEE APPLICATION | 0.2 | $83.00 |
| 05/03/21 | SOLOMON | FA2 | REVIEW, PREPARE AND FILE SILLS 21ST MONTHLY FEE APPLICATION | 0.5 | $207.50 |
| 05/28/21 | NIEDERMAN | FA2 | ATTENTION TO CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021 | 0.1 | $54.00 |

128370613.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/28/21 | SOLOMON | FA2 | DRAFT AND FILE CNO - SILLS CUMMIS 21ST FEE APPLICATION | 0.3 | $124.50 |
| 05/05/21 | NIEDERMAN | PC | REVIEW SECOND STIPULATION BETWEEN THE DEBTORS AND DREXEL UNIVERSITY REGARDING THE OBJECTION DEADLINE AND HEARING ON DREXEL UNIVERSITY'S REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM | 0.2 | $108.00 |
| | | | **TOTAL** | **14.3** | **$8,118.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 5.1 | $3,099.00 |
| CA | CASE ADMINISTRATION | 5.2 | $2,802.00 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 1.0 | $885.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 0.5 | $232.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.3 | $992.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.2 | $108.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|-----------|-------|-------|------|-------|
| M. G. MENKOWITZ | PARTNER | 2.2 | $885.00 | $1,947.00 |
| S. A. NIEDERMAN | PARTNER | 9.2 | $540.00 | $4,968.00 |
| R. I. SOLOMON | PARALEGAL | 2.9 | $415.00 | $1,203.50 |
| | TOTAL | 14.3 | | $8,118.50 |

TOTAL PROFESSIONAL SERVICES    $8,118.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|--------|
| POSTAGE CHARGES | $8.40 |

TOTAL EXPENSES    $8.40

128370613.1

TOTAL AMOUNT OF THIS INVOICE          $8,126.90


**TOTAL BALANCE DUE UPON RECEIPT** __**$8,126.90**__

128370613.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 22, 2021 at 4:00 p.m. ET** |

## NOTICE OF TWENTY-SECOND MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021

PLEASE TAKE NOTICE THAT on December 1, 2021, Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Twenty-Second Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2021 through May 31, 2021 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by

the following parties by no later than **December 22, 2021, at 4:00 p.m.** (prevailing Eastern time),

(the "<u>Objection Deadline</u>"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad

Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]);

(b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite

2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and  Monique

B. DiSabatino, Esq. [monique.disabatino@saul.com) and 1500 Market Street, 38th Floor,

Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffrey.hampton@saul.com] and Adam H.

Isenberg, Esq. [adam.isenberg@saul.com]); (c) Counsel to the Committee, Sills Cummis & Gross

P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq.

[asherman@sillscummis.com] and Boris I. Mankovetskiy, Esq.

[bmankovetskiy@sillscummis.com]) and Fox Rothschild LLP, 919 N. Market Street, Suite 300,

Wilmington, DE 19899-2323 (Attn: Seth A. Niederman [sniederman@foxrothschild.com]); (d)

the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207,

Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.

[benjamin.a.hackman@usdoj.gov]); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens,

& Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M.

Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington,

DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation

Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served

with respect to the Application, Fox Rothschild may file a certificate of no objection (a "<u>CNO</u>")

with the Court with respect to the unopposed portion of the fees and expenses requested in its

125163739.1

Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Fox Rothschild an amount the "<u>Actual Monthly Payment</u>") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "<u>Maximum Monthly Payment</u>"). If a Notice of Objection was timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount (the "<u>Reduced Monthly Payment</u>") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: December 1, 2021                    **FOX ROTHSCHILD LLP**

                                           */s/ Seth A. Niederman*
                                           Seth A. Niederman (DE No. 4588)
                                           919 North Market Street, Suite 300
                                           Wilmington, DE  19899-2323
                                           Telephone:  (302) 654-7444
                                           Facsimile:  (302) 656-8920
                                           E-mail: sniederman@foxrothschild.com

                                           *Counsel to the Official Committee of*
                                           *Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
|  | (Jointly Administered) |
| Debtors. | **Objections Due: December 22, 2021 at 4:00 p.m. ET** |

## TWENTY-THIRD MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JUNE 1, 2021 THROUGH JUNE 30, 2021

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Twenty-Third Monthly Period: | June 1, 2021 through June 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Twenty-Third Monthly Period: | $6,319.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Twenty-Third Monthly Period: | $0.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on December 4, 2019 [D.I. 637].

This is a(n):__X__Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's twenty-third monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.14 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Fourth Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Fifth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Sixth Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Seventh Monthly [D.I. 1504] | 3/25/2020 | $7,050.00 | $113.75 | 4/17/2020 [D.I. 1585] | $7,050.00 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,969.00 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $5,398.50 | $40.80 |
| Eleventh Monthly [D.I. 1705] | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 [D.I. 1737] | $1,648.00 | $111.60 |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,315.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $5,071.00 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $0.00 | 1/25/20 [D.I. 2048] | $6,285.00 | $0.00 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $66.03 | 2/17/21 [D.I. 2104] | $8,633.00 | $66.03 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $10,215.00 | $112.80 |
| Seventeenth Monthly ][D.I. 2143] | 3/4/21 | $10,764.50 | $10.80 | 4/20/21 [D.I. 2276] | $10,764.50 | $10.80 |
| Eighteenth Monthly [D.I. 2144] | 3/4/21 | $6,272.50 | $33.60 | 4/20/21 [D.I. 2277] | $5,018.00 | $33.60 |
| Nineteenth Monthly [D.I. 2145] | 3/4/21 | $3,996.00 | $66.03 | 4/20/21 [D.I. 2278] | $3,196.80 | $66.03 |
| Twentieth Monthly [D.I. 2284] | 4/21/21 | $6,723.50 | $51.30 | 5/17/21 [D.I. 2339] | $5,378.80 | $51.30 |
| Twenty-First Monthly [D.I. 3222] | 12/1/21 | $4,457.00 | $68.74 | Pending | Pending | Pending |
| Twenty-Second Monthly [D.I. 3223] | 12/1/21 | $8,118.50 | $8.40 | Pending | Pending | Pending |
| | **TOTAL:** | **$246,058.50** | **$8,599.12** | | **$230,084.00** | **$8,522.24** |

3

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
JUNE 1, 2021 THROUGH JUNE 30, 2021**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Michael G. Menkowitz | Partner – Admitted to PA Bar in 1990; Joined Fox Rothschild in 1990 | $930 | 0.8 | $744.00 |
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $755 | 0.3 | $226.50 |
| Seth N. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $565 | 9.1 | $5,141.50 |
| Robin I. Solomon | Paralegal since 1982; Joined Fox Rothschild in 1987 | $415 | 0.5 | $207.50 |
| **TOTALS** | | | **10.7** | **$6,319.50** |
| **Total Blended Rate** | | $470.12 | | |

4

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 4.0 | $2,442.50 |
| CA | CASE ADMINISTRATION | 3.0 | $1,774.50 |
| CH | COURT HEARINGS | 0.6 | $339.00 |
| CI | CREDITOR INQUIRIES | 0.2 | $113.00 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 0.4 | $226.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 0.5 | $237.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 0.3 | $226.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 0.2 | $113.00 |
| MR | STAY RELIEF MATTERS | 1.2 | $678.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.3 | $169.50 |

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
JUNE 1, 2021 THROUGH JUNE 30, 2021**

**COSTS ADVANCED AND EXPENSES INCURRED:**

NONE

125167200.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 22, 2021 at 4:00 p.m. ET** |

## TWENTY-THIRD MONTHLY FEE APPLICATION OF
## FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
## EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS FOR THE PERIOD
## JUNE 1, 2021 THROUGH JUNE 30, 2021

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession

(the "Debtors"), submits its Twenty-Third Monthly Fee Application (the "Application"), pursuant

to sections 330(a), and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "Local Rules"), and this Court's Order Establishing Procedures for

Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

125167200.1

"Interim Compensation Order")[4] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Twenty-Third monthly application period from June 1, 2021 through June 30, 2021 (the "Compensation Period") in the amount of $6,319.50 (the "Monthly Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $0.00 (the "Monthly Expense Amount") incurred during the Twenty-Third monthly application period. In support of this Application, Fox Rothschild respectfully represents:

## I.    Jurisdiction

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.    Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.    Background

3.    On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.    On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis &

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

125167200.1

Gross P.C. and Fox Rothschild as its counsel.

5.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on December 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc</u> <u>pro</u> <u>tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

## III.    Summary of Application for the Compensation Period

6.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

7.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8.      Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as <u>Exhibit A</u>.

8

9.      Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $6,319.50 and its total expenses are $0.00.

10.     Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $5,055.60, is payable to Fox Rothschild, together with 100% of requested costs in the amount of $0.00.

**A.     Summary of Services Rendered by Fox Rothschild During the Compensation Period**

11.     This Application is the Twenty-Third monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12.     Attached as Exhibit A are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13.     During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $415 to $930 per hour. The professional services performed by Fox Rothschild on behalf of the Committee during the Compensation Period required an aggregate expenditure of 10.7 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $590.60.

14.     The fees charged by Fox Rothschild as set forth in Exhibit A are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

15.     All entries itemized in Fox Rothschild's time records comply with the requirements

set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in <u>Exhibit A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit A</u> are presented chronologically within each Task Code category.

16.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

**B**.     **Actual and Necessary Expenses of Fox Rothschild**

18.     Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit A</u> are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation

125167200.1

Period.

19.    Fox Rothschild has not incurred any expenses during the Compensation Period. These charges are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.    The Requested Compensation Should be Allowed

20.    The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

21.    Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

125167200.1

In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

> (A) the time spent on such services;

> (B) the rates charged for such services;

> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.    Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.    Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.    In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate

12

with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

### D.    Reservation

25.    To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.    Notice

26.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

125167200.1

# V.    Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $6,319.50 and reimbursement of costs in the amount of $0.00; (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $5,055.60 (80% of $6,319.50 plus 100% of costs in the amount of $0.00); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: December 1, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

125167200.1

# Exhibit "A"

# Fox Rothschild LLP

## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number 2794186 |
| SILLS CUMMIS & GROSS | Invoice Date 07/27/21 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/09/21 | NIEDERMAN | AP | ATTENTION TO MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN MEDITATION AND RELATED MOTION TO SHORTEN RE SAME | 0.5 | $282.50 |
| 06/10/21 | NIEDERMAN | AP | FURTHER REVIEW OF MOTION TO INTERVENE AND CORRESPONDING MOTION TO SHORTEN | 0.7 | $395.50 |
| 06/11/21 | MENKOWITZ | AP | ATTEND MEDIATION | 0.5 | $465.00 |
| 06/11/21 | NIEDERMAN | AP | PARTICIPATE IN T/C WITH MEDIATOR | 0.4 | $226.00 |
| 06/22/21 | NIEDERMAN | AP | REVIEW AND ANALYZE JOINT OBJECTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN MEDIATION AND AUTHORIZE FILING SAME | 0.4 | $226.00 |
| 06/23/21 | NIEDERMAN | AP | ATTENTION TO REVISED DRAFT OF JOINT OBJECTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN | 0.4 | $226.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | MEDIATION AND CORRESPONDENCE WITH CO-COUNSEL AND DEBTORS RE SAME | | |
| 06/23/21 | NIEDERMAN | AP | REVIEW OF THE MBNF NON-DEBTOR ENTITIES' STATEMENT IN RESPONSE TO THE MOTION OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO INTERVENE/PARTICIPATE IN MEDIATION | 0.2 | $113.00 |
| 06/24/21 | NIEDERMAN | AP | ATTENTION TO AVOIDANCE ACTION FILINGS | 0.2 | $113.00 |
| 06/25/21 | NIEDERMAN | AP | ATTENTION TO REPLY OF HSREP VI HOLDING, LLC AND ITS AFFILIATES TO RESPONSES TO MOTION TO INTERVENE/PARTICIPATE IN MEDIATION | 0.4 | $226.00 |
| 06/28/21 | NIEDERMAN | AP | ATTENTION TO ADVERSARY AVOIDANCE ACTIONS COMMENCED BY THE ESTATE | 0.3 | $169.50 |
| 06/01/21 | NIEDERMAN | CA | ATTENTION TO REVISED DRAFT OF CONSENT ORDER REGARDING PRODUCTION OF DOCUMENTS BY HSRE ENTITIES AND CORRESPONDENCE RE SAME | 0.3 | $169.50 |
| 06/09/21 | NIEDERMAN | CA | ATTENTION TO CORRESPONDENCE RE REQUEST FOR CONFIDENTIAL MATERIAL FROM NON-DEBTOR AFFILIATES IN ORDER TO EVALUATE CLAIMS PURSUANT TO LOCAL RULE 9018-1(F) AND CONSULT RULE RE SAME | 0.4 | $226.00 |
| 06/10/21 | NIEDERMAN | CA | ATTENTION TO LETTER REQUEST FROM INSURER AS WELL AS REQUEST FOR T/C WITH MEDIATOR | 0.3 | $169.50 |
| 06/11/21 | NIEDERMAN | CA | ATTENTION TO NOTICE RE HEARING ON NON-DEBTOR ENTITY MOTION TO INTERVENE | 0.2 | $113.00 |
| 06/28/21 | NIEDERMAN | CA | ATTENTION TO MATTERS SCHEDULED FOR HEARING ON 6.30 | 0.2 | $113.00 |
| 06/28/21 | NIEDERMAN | CA | ATTENTION TO NON-DISCLOSURE STIPULATION WITH INSURANCE CARRIERS RE UPCOMING MEDIATION | 0.2 | $113.00 |

128370719.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AND CASE EVALUATION | | |
| 06/28/21 | SOLOMON | CA | REVIEW AGENDA FOR 6/30 HEARING AND FORWARD TO S. NIEDERMAN | 0.2 | $83.00 |
| 06/29/21 | NIEDERMAN | CA | ATTENTION TO REVISED DRAFT OF NON-DISCLOSURE STIPULATION AND CONFER WITH CO-COUNSEL AND COUNSEL FOR DEBTORS RE SAME | 0.3 | $169.50 |
| 06/30/21 | MENKOWITZ | CA | REVIEW OPEN ISSUES AND CHAPTER 11 TRUSTEE'S MOTION | 0.3 | $279.00 |
| 06/30/21 | NIEDERMAN | CA | REVIEW AND ANALYZE THE MBNF NON-DEBTOR ENTITIES' MOTION TO APPOINT A CHAPTER 11 TRUSTEE AND CONFER WITH CO-COUNSEL RE SAME | 0.4 | $226.00 |
| 06/30/21 | NIEDERMAN | CA | ATTENTION TO NON-DISCLOSURE STIPULATION WITH INSURANCE CARRIERS | 0.2 | $113.00 |
| 06/30/21 | NIEDERMAN | CH | ATTEND OMNIBUS HEARING | 0.6 | $339.00 |
| 06/09/21 | NIEDERMAN | CI | ATTENTION TO INQUIRY RE STATUS FROM CREDITOR | 0.2 | $113.00 |
| 06/28/21 | NIEDERMAN | CM | ATTEND WEEKLY COMMITTEE CALL | 0.4 | $226.00 |
| 06/30/21 | NIEDERMAN | EA2 | ATTENTION TO SECOND SUPPLEMENTAL DECLARATION OF ANDREW H. SHERMAN REGARDING APPLICATION TO RETAIN AND EMPLOY SILLS CUMMIS & GROSS P.C. AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, ET AL. NUNC PRO TUNC TO JULY 15, 2019 | 0.2 | $113.00 |
| 06/30/21 | SOLOMON | EA2 | REVIEW AND FILE SECOND SUPPLEMENTAL DECLARATION OF ANDREW SHERMAN ISO SILLS CUMMIS RETENTION APPLICATION | 0.3 | $124.50 |
| 06/09/21 | CHOVANES | FA1 | REVIEW PRO FORMA AND PREPARE MONTHLY FEE APPLICATION | 0.3 | $226.50 |
| 06/08/21 | NIEDERMAN | FA2 | ATTENTION TO TWENTY SECOND MONTHLY | 0.2 | $113.00 |

128370719.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021 | | |
| 06/30/21 | NIEDERMAN | MR | RESEARCH REGARDING STAY VIOLATION RELATED TO ACTS TO CHANGE/DISPLACE CURRENT MANAGEMENT AND CONFER WITH CO-COUNSEL RE SAME | 1.2 | $678.00 |
| 06/10/21 | NIEDERMAN | PC | ATTENTION TO CLAIM OBJECTION FILINGS | 0.3 | $169.50 |
| | | | **TOTAL** | **10.7** | **$6,319.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 4.0 | $2,442.50 |
| CA | CASE ADMINISTRATION | 3.0 | $1,774.50 |
| CH | COURT HEARINGS | 0.6 | $339.00 |
| CI | CREDITOR INQUIRIES | 0.2 | $113.00 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 0.4 | $226.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 0.5 | $237.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 0.3 | $226.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 0.2 | $113.00 |
| MR | STAY RELIEF MATTERS | 1.2 | $678.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.3 | $169.50 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| M. G. MENKOWITZ | PARTNER | 0.8 | $930.00 | $744.00 |
| M. B. CHOVANES | PARTNER | 0.3 | $755.00 | $226.50 |
| S. A. NIEDERMAN | PARTNER | 9.1 | $565.00 | $5,141.50 |
| R. I. SOLOMON | PARALEGAL | 0.5 | $415.00 | $207.50 |
| | TOTAL | 10.7 | | $6,319.50 |

128370719.1

TOTAL AMOUNT OF THIS INVOICE          $6,319.50

**TOTAL BALANCE DUE UPON RECEIPT**          **$6,319.50**

128370719.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 22, 2021 at 4:00 p.m. ET** |

**NOTICE OF TWENTY-THIRD MONTHLY FEE APPLICATION OF FOX**
**ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR THE PERIOD JUNE 1, 2021 THROUGH JUNE 30, 2021**

PLEASE TAKE NOTICE THAT on December 1, 2021, Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Twenty-Third Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2021 through June 30, 2021 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by

the following parties by no later than **December 22, 2021, at 4:00 p.m.** (prevailing Eastern time),

(the "<u>Objection Deadline</u>"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad

Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]);

(b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite

2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and  Monique

B. DiSabatino, Esq. [monique.disabatino@saul.com] and 1500 Market Street, 38th Floor,

Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffrey.hampton@saul.com] and Adam H.

Isenberg, Esq. [adam.isenberg@saul.com]); (c) Counsel to the Committee, Sills Cummis & Gross

P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq.

[asherman@sillscummis.com] and Boris I. Mankovetskiy, Esq.

[bmankovetskiy@sillscummis.com]) and Fox Rothschild LLP, 919 N. Market Street, Suite 300,

Wilmington, DE 19899-2323 (Attn: Seth A. Niederman [sniederman@foxrothschild.com]); (d)

the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207,

Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.

[benjamin.a.hackman@usdoj.gov]); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens,

& Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M.

Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington,

DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation

Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served

with respect to the Application, Fox Rothschild may file a certificate of no objection (a "<u>CNO</u>")

with the Court with respect to the unopposed portion of the fees and expenses requested in its

125163803.1

Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount (the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: December 1, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

125163803.1