IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | Case No. 19-11466 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | **Re: Docket No. 2916** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER GRANTING MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO ENTER INTO ASSIGNMENT, ASSUMPTION AND NOVATION AGREEMENT PURSUANT TO 11 U.S.C. § 363 AND (II) GRANTING RELATED RELIEF**

I, Mark Minuti, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby certify as follows:

1. On October 4, 2021, the Debtors filed the *Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Enter into Assignment, Assumption and Novation Agreement Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief* [Docket No. 2916] (the "**Motion**").

2. Pursuant to the Notice filed with the Motion, objections or responses to the Motion were required to have been served and filed on or before October 18, 2021 (the "**Objection Deadline**").

3. The Objection Deadline was extended for the Official Committee of Unsecured Creditors (the "**Committee**") only until October 20, 2021.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

4. On October 20, 2021, the Committee filed the Limited Response of the Official Committee of Unsecured Creditors [Docket No. 2967] (the "**Limited Objection**").

5. I am pleased to report that the parties were able to resolve the Committee's Limited Objection by the inclusion of certain language in the proposed order approving the Motion, a copy of which is attached hereto as **Exhibit A** (the "**Order**").

6. Attached hereto as **Exhibit B** is a "redline" version of the proposed Order reflecting changes from the proposed order filed with the Motion.

7. The form of the attached proposed Order has been approved by counsel for each of the Debtors, the Committee and Philadelphia Academic Risk Retention Group, LLC.

8. Of course, the parties are available to discuss this matter at the Court's convenience. Absent any questions or concerns, the Debtors respectfully request that the Court sign the attached proposed Order and direct that it be docketed.

Dated: March 11, 2022

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com

*Counsel for Debtors and Debtors in Possession*