## Exhibit C


**State Court Complaint**

*101831*

VAN DER VEEN, O'NEILL, HARTSHORN & LEVIN
BY:    Michael T. van der Veen
       ID No. 75616
       1219 Spruce Street
       Philadelphia, PA 19107
       P: (215) 546-1000
       F: (215) 546-8529

Filed and Attested by the
Office of Judicial Records
15 APR 2019 10:43 pm
K. RUSSO

**JURY TRIAL DEMANDED**
**ATTORNEY FOR PLAINTIFF**

| | |
|---|---|
| ROBERT JOHNSON<br>7400 Brockton Road, Apt A<br>Philadelphia, PA 19151<br>             **Plaintiff,**<br><br>    vs. | **COURT OF COMMON PLEAS**<br>**PHILADELPHIA COUNTY**<br>**CIVIL ACTION**<br><br>**MARCH TERM, 2019**<br><br>**No. 01405** |
| CITY OF PHILADELPHIA<br>c/o Law Department<br>1515 Arch Street<br>Philadelphia, PA 19102 | |
| PHILADELPHIA DEPARTMENT<br>OF PRISONS<br>c/o Law Department<br>1515 Arch Street<br>Philadelphia, PA 19102 | |
| HAHNEMANN UNIVERSITY<br>HOSPITAL<br>230 North Broad Street<br>Philadelphia, PA 19102 | |
| NAZARETH HOSPITAL<br>2601 Holme Avenue<br>Philadelphia, PA 19152 | |
| CORIZON HEALTH, INC., T/A<br>PRISON HEALTH SERVICES, INC.<br>7901 State Road<br>Philadelphia, PA 19136 | |
| JOHN DOE 1-3, MEDICAL DOCTOR(S):<br>AT THE DETENTION CENTER<br>8201 State Road<br>Philadelphia, Pa 19136 | |

**JOHN DOE 4-6, MEDICAL NURSE** :
**AND/OR PHYSICIAN ASSISTANT(S)** :
**AT THE DETENTION CENTER** :
**8201 State Road** :
**Philadelphia, Pa 19136** :
  :
**JOHN DOE 7-9, MEDICAL DOCTOR(S)**:
**AT HAHNEMANN HOSPITAL** :
**230 North Broad Street** :
**Philadelphia, PA 19102** :
  :
**JOHN DOE 10-12, MEDICAL NURSE** :
**AND/OR PHYSICIAN ASSISTANT(S)** :
**AT HAHNEMANN HOSPITAL** :
**230 North Broad Street** :
**Philadelphia, PA 19102** :
  :
**JOHN DOE 13-15, MEDICAL DOCTOR(S)**:
**AT NAZARETH HOSPITAL** :
**2601 Holme Avenue** :
**Philadelphia, PA 19152** :
  :
**JOHN DOE 16-18, MEDICAL NURSE** :
**AND/OR PHYSICIAN ASSISTANT(S)** :
**AT NAZARETH HOSPITAL** :
**2601 Holme Avenue** :
**Philadelphia, PA 19152** :
                 **Defendants.** :

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
Philadelphia, Pennsylvania 19107
Telephone: 215-238-6333

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) días de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.
LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENDE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
SERVICO DE REFERENCIA E INFORMACION LEGAL
One Reading Center
Filadelfia, Pennsylvania 19107
Telefono: 215-238-6333

Case ID: 19030140

VAN DER VEEN, O'NEILL, HARTSHORN & LEVIN
BY:   Michael T. van der Veen
       ID No. 75616
       1219 Spruce Street
       Philadelphia, PA 19107
       P: (215) 546-1000
       F: (215) 546-8529

**JURY TRIAL DEMANDED**
**ATTORNEY FOR PLAINTIFF**

---

| | |
|---|---|
| ROBERT JOHNSON<br>7400 Brockton Road, Apt A<br>Philadelphia, PA 19151<br>             **Plaintiff,**<br>   vs. | **COURT OF COMMON PLEAS**<br>**PHILADELPHIA COUNTY**<br>**CIVIL ACTION**<br><br>**MARCH TERM, 2019**<br><br>No. 01405 |

CITY OF PHILADELPHIA
c/o Law Department
1515 Arch Street
Philadelphia, PA 19102

PHILADELPHIA DEPARTMENT
OF PRISONS
c/o Law Department
1515 Arch Street
Philadelphia, PA 19102

HAHNEMANN UNIVERSITY
HOSPITAL
230 North Broad Street
Philadelphia, PA 19102

NAZARETH HOSPITAL
2601 Holme Avenue
Philadelphia, PA 19152

CORIZON HEALTH, INC., T/A
PRISON HEALTH SERVICES, INC.
7901 State Road
Philadelphia, PA 19136

JOHN DOE 1-3, MEDICAL DOCTOR(S)
AT THE DETENTION CENTER
8201 State Road
Philadelphia, Pa 19136

JOHN DOE 4-6, MEDICAL NURSE :
AND/OR PHYSICIAN ASSISTANT(S) :
AT THE DETENTION CENTER :
8201 State Road :
Philadelphia, Pa 19136 :
:
JOHN DOE 7-9, MEDICAL DOCTOR(S):
AT HAHNEMANN HOSPITAL :
230 North Broad Street :
Philadelphia, PA 19102 :
:
JOHN DOE 10-12, MEDICAL NURSE :
AND/OR PHYSICIAN ASSISTANT(S) :
AT HAHNEMANN HOSPITAL :
230 North Broad Street :
Philadelphia, PA 19102 :
:
JOHN DOE 13-15, MEDICAL DOCTOR(S):
AT NAZARETH HOSPITAL :
2601 Holme Avenue :
Philadelphia, PA 19152 :
:
JOHN DOE 16-18, MEDICAL NURSE :
AND/OR PHYSICIAN ASSISTANT(S) :
AT NAZARETH HOSPITAL :
2601 Holme Avenue :
Philadelphia, PA 19152 :
_____Defendants._____:

## COMPLAINT IN CIVIL ACTION

1.    Plaintiff Robert Johnson (hereinafter referred to as "Plaintiff") is an adult individual

who, at all times relevant hereto, resided at the address indicated above.

2.    Defendant City of Philadelphia is a municipal entity existing under the laws of the

Commonwealth of Pennsylvania with a principle place of business located at 1515 Arch Street,

Philadelphia, PA 19102.

3.    Defendant Philadelphia Department of Prisons is a municipal entity existing under

the laws of the Commonwealth of Pennsylvania with a principle place of business located at 1515

Arch Street, Philadelphia, PA 19102.

4.     Defendant Hahnemann University Hospital is a business, company, partnership entity, fictitious name and/or corporation, with a principle place of business or registered office for the acceptance of service at 230 North Broad Street, Philadelphia, PA 19102.

5.     Defendant Nazareth Hospital is a business, company, partnership entity, fictitious name and/or corporation, with a principle place of business or registered office for the acceptance of service at 2601 Holme Avenue, Philadelphia, PA 19152.

6.     Defendant, Corizon Health, Inc., t/a Prison Health Services, Inc., (hereinafter referred to as "Corizon Health, Inc.") is a business, company, partnership entity, fictitious name and/or corporation, with a principle place of business or registered office for the acceptance of service at 7901 State Road, Philadelphia, PA 19136.

7.     Defendant, John Doe 1-3 are employed by the Philadelphia Department of Prisons as medical doctors at the Detention Center located at 8201 State Road, Philadelphia, Pennsylvania 19136.

8.     Defendant, John Doe 4-6 are employed by the Philadelphia Department of Prisons as medical nurses and/or physician assistants at the Detention Center located at 8201 State Road, Philadelphia, Pennsylvania 19136.

9.     Defendant, John Doe 7-9 are employed as medical doctors at Hahnemann University Hospital located at 230 North Broad Street, Philadelphia, PA 19102.

10.    Defendant, John Doe 10-12 are employed as medical nurses and/or physician assistants at Hahnemann University Hospital located at 230 North Broad Street, Philadelphia, PA 19102.

11.    Defendant, John Doe 13-15 are employed as medical doctors at Nazareth Hospital located at 2601 Holme Avenue, Philadelphia, PA 19152.

12. Defendant, John Doe 16-18 are employed as medical nurses and/or physician assistants at Nazareth Hospital located at 2601 Holme Avenue, Philadelphia, PA 19152.

13. Plaintiff is an inmate with the Philadelphia Department of Prisons, currently detained at the Detention Center located at 8201 State Road, Philadelphia, Pennsylvania 19136.

14. On or about August 7, 2018, Plaintiff suffered a stroke and was taken to Hahnemann University Hospital.

15. Over the next seven months, Plaintiff was transferred between Hahnemann University Hospital, the Detention Center, and Nazareth Hospital at various times for care and/or supervision.

16. During this time and his stays at each of these locations, Plaintiff's care was inadequate and below the standard of care, which caused Plaintiff to develop bed sores over his entire body, including but not limited to his head, his back, his buttocks, and his legs.

17. On or about March 1, 2019, Plaintiff was released from Hahnemann University Hospital and returned to the Detention Center, and is currently situated in the medical wing.

18. Corizon Health, Inc. is the corporation contracted by the City of Philadelphia to provide medical services to inmates housed in the Philadelphia Prison System including the Detention Center.

19. At all times material hereto, there was an obligation on the part of the Defendants to care for and otherwise be responsible for the health and safety of their inmates or patients, more specifically Plaintiff, while dwelling at each institution.

20. At all times material hereto, Defendants acted through their agents, servants, workmen, employees and/or representatives; said individuals acting within the course and scope of their employment and/or agency.

21.     At all times material hereto, Defendants herein owed a duty to supervise, care for and otherwise be responsible for the health and safety of their inmates and patients. Specifically, Defendants owed a duty of care to those inmates and patients with physically debilitating conditions such as recovering from a stroke to ensure protection and reasonable accommodations to prevent further injury and ensure proper hygiene.

22.     Defendants herein knew and/or should have known of the unique risk of harm posed to Plaintiff by improper hygienic care, specifically bed sores, given Plaintiff's condition and the manner in which Plaintiff came into the care and custody of Defendants.

23.     The aforesaid injuries resulted solely from the negligence, carelessness, and deliberate indifference of Defendants and their agents, servants, workmen and/or employees and was due in no manner whatsoever to any act or failure to act on the part of Plaintiff.

### COUNT I - 8TH AMENDMENT DENIAL OF MEDICAL CARE
### ROBERT JOHNSON
### v.
### DEFENDANTS, CITY OF PHILADELPHIA,
### PHILADELPHIA DEPARTMENT OF PRISONS,
### CORIZON HEALTH, INC., T/A PRISON HEALTH SERVICES, INC.,
### JOHN DOE 1-3, AND JOHN DOE 4-6.

24.     Plaintiff, Robert Johnson, incorporates herein by reference the above-mentioned paragraphs as though same were set forth at length.

25.     At the time of Plaintiff's injuries, Plaintiff was under the care and supervision of the Philadelphia Department of Prisons, the City of Philadelphia, and Corizon Health, Inc. as an inmate of the Detention Center.

26.     Defendants John Doe 1-3 and John Doe 4-6 were charged with the responsibility of medical care of Plaintiff while Plaintiff was incarcerated in the Detention Center.

27.     The failure of Defendants to provide medical care to Plaintiff constitutes deliberate indifference to the Plaintiff's serious medical needs in violation of the Eighth Amendment's prohibition of cruel and unusual punishment.

**WHEREFORE**, Plaintiff Robert Johnson, demands damages of Defendants, City of Philadelphia, Philadelphia Department of Prisons, Corizon Health, Inc., John Doe 1-3, and John Doe 4-6, jointly and severally, in a sum in excess of Fifty Thousand ($50,000.00) Dollars, plus costs, interest, attorney's fee, punitive damages and other damages as permitted by law.

**COUNT II – NEGLIGENCE**
**PLAINTIFF ROBERT JOHNSON**
**v.**
**ALL DEFENDANTS**

28.     Plaintiff, Robert Johnson, incorporates herein by reference the above-mentioned paragraphs as though same were set forth at length.

29.     The negligence and carelessness of Defendants consisted of the following:

(a)     negligently caring for the safety and health of their inmate or patient, Plaintiff Robert Johnson;

(b)     permitting inexperienced and incompetent person(s) to be employed as a health care provider, specifically individuals charged with the care, supervision and protection of Plaintiff;

(c)     failing to act with due care and regard for the health and safety of Plaintiff while in the care and custody of Defendant;

(d)     failing to properly train and supervise its agents, employees, medical providers and/or staff on the procedures and policies regarding stroke patients;

(e)     failing to properly manage and supervise its agents, employees, medical providers and/or staff to ensure compliance with procedure and policies;

(f)     failing to control the acts and conduct of its agents, employees, medical providers and/or staff and instead acquiescing in its agents, employees, medical providers and/or staff negligence and carelessness by failing to attend to Plaintiff;

(g)     establishing, promoting, or endorsing a policy or procedure by which a incapacitated patient can be left unwashed and unattended to while in the care and custody of Defendants;

Case ID: 19030140

(h) failing to establish, promote or otherwise endorse a policy or procedure by which their employees, agents, workman or representatives care for stroke patients, specifically Plaintiff;

(i) failing to provide adequate and reasonable measures to protect susceptible patients from bed sores, such as Plaintiff;

(j) failing to recognize the weak and frail state of Plaintiff's health as to understand the unique hazard posed;

(k) failing to regard the rights, safety and health of Plaintiff during his stays;

(l) failing to establish, promote or otherwise endorse a policy or procedure which would have protected Plaintiff, an incapacitated patient which Defendants knew or should have known was in a weak condition, from obtaining bed sores;

(m) failing to adequately monitor Plaintiff under the care and custody of Defendants; and

(n) violations of standard medical procedures and policies applicable to all health care workers and providers.

30.     As a further result of his injuries, specifically his bed sores, Plaintiff was obligated to receive and undergo medical attention and care for his injuries.

31.     As a further result of his injuries, Plaintiff suffers severe physical pain, aches, mental anguish and humiliation, inconveniences and a loss of life's pleasures.

32.     The negligence, carelessness, and/or deliberate indifference of the Defendants and/or their agents, servants, workmen, employees, representatives, managers and/or independent contractors of Defendants herein which occurred within the course and scope of employment and/or agency with Defendants is imputed to Defendants and therefore Defendants are liable for the same.

**WHEREFORE**, Plaintiff, Robert Johnson, demands damages of all Defendants, jointly and severally, in a sum in excess of Fifty Thousand ($50,000.00) Dollars, plus interests, costs, and attorney's fees.

**VAN DER VEEN, O'NEILL, HARTSHORN, AND LEVIN**

DATE:  04/15/19          BY:     _/s/ Michael van der Veen_
                                  Michael T. van der Veen
                                  Attorney for Plaintiff

## **VERIFICATION**

I, the undersigned attorney for Plaintiff, Robert Johnson, hereby verify that the statements made in the foregoing Plaintiff's Complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements made herein are subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.


VAN DER VEEN, O'NEILL, HARTSHORN, and LEVIN

DATE: 04/15/19        By:    _/s/ Michael van der Veen_
                              Michael T. van der Veen
                              Attorney for Defendant