**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) | Case No. 19-11466 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

    I, Mark Minuti, hereby certify that on March 14, 2022, I caused a copy of the *Notice of Service of Debtors' Responses to Creditor Pamela Saechow's First Request for Production of Documents Directed to Debtors* to be served via electronic mail on the below parties.

| | |
|---|---|
| David M. Klauder, Esquire | Christopher A. Macey, Jr., Esquire |
| Bielli & Klauder, LLC | Bell & Bell LLP |
| 1204 N. King Street | 1617 John F. Kennedy Blvd., Suite 1254 |
| Wilmington, DE 19801 | Philadelphia, PA 19103 |
| dklauder@bk-legal.com | christophermacey@bellandbelllaw.com |

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

Dated: March 14, 2022