*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF DELAWARE*

IN RE:  CENTER CITY HEALTHCARE, LLC     :
    d/b/a Hahnemann University Hospital     :     No. 19-11466-kg
                                                            :

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under District of Delaware Local Bankruptcy Rule 9010-2(a), the undersigned notify the Court that Ronald L. Daugherty, Esq., of SALMON, RICCHEZZA, SINGER & TURCHI, LLP, will be substituted as attorney of record for Creditors Suzanne Richards and Pamela Saechow in this case.

                BERGER LAW GROUP, PC

Date: 3/9/22      *Phillip D. Berger*     Signature of Withdrawing Attorney
                      Phillip D. Berger, Esquire

Date: 3/9/22      *Matthew Kaufmann* Signature of Withdrawing Attorney
                      Matthew R. Kaufmann, Esquire

                SALMON, RICCHEZZA, SINGER & TURCHI, LLP

Date: 3/9/22      __*Ronald Daugherty*_____
                      Signature of Substituted Attorney Ronald L. Daugherty, Esquire