# EXHIBIT D

## EXPENSE SUMMARY

**Expense Summary**

**For the Period from January 1, 2022 through January 31, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (354 pages @ $.10 per page) | | $35.40 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $7,452.20 |
| Legal Research | Westlaw; Lexis | $8,331.34 |
| Outside Reproduction | Reliable Copy Service – DE | $57.78 |
| Overnight Delivery | Federal Express | $164.51 |
| Parking | *See attached chart* | $28.00 |
| **Total** | | **$16,069.23** |

---

[1]    These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

2

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 01/14/22 | Parkway Corp. – Centre Square | (1) Adam H. Isenberg | Parking in Philadelphia for inspection at Hahnemann University Hospital | $28.00 |
| **TOTAL** | | | | **$28.00** |

39774044.2 03/16/2022



| | | |
|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | 2681892 |
| 222 N. Sepulveda Blvd. | Invoice Date | 03/07/22 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 01/26/22 | Epiq Relativity eDiscovery Costs | 7,452.20 | |
| | Total   Epiq Relativity eDiscovery Costs | | 7,452.20 |
| 01/24/22 | Photocopying | 35.40 | |
| | Total Photocopying | | 35.40 |
| 01/14/22 | Parking; VENDOR: Parkway Corp Centre Square; 1/6/2022 – parking for Adam H. Isenberg for inspection at Hahnemann University Hospital | 28.00 | |
| | Total Parking | | 28.00 |
| 01/19/22 | Federal Express 01/07/2022 To: Ocie Laurel  From: Monique DiSabatino | 19.50 | |
| 01/19/22 | Federal Express 01/12/2022 To: Leslie Berkoff From: John Demmy Bank | 19.65 | |
| 01/19/22 | Federal Express 01/13/2022 To: Clarence Lee From: Christopher Worrells | 30.45 | |
| 01/26/22 | Federal Express 01/20/2022 To: Steve Buonaiuto From: Mark Minuti | 15.18 | |
| 01/26/22 | Federal Express 01/19/2022 To: Donna H  Edwards From: Mark Minuti | 24.89 | |
| 01/26/22 | Federal Express 01/20/2022 To: Kate Morgan From: Mark Minuti | 25.21 | |
| 01/26/22 | Federal Express 01/19/2022 To: Arnold A  Pinkston From: Mark Minuti | 29.63 | |
| | Total Federal Express | | 164.51 |
| 01/05/22 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 12/23/21 - Copying, postage and mailing of request for entry of default judgment (8 preference defendants) | 25.68 | |
| 01/05/22 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 12/27/21 - Copying, postage and mailing of request for entry of default judgment (10 preference defendants) | 32.10 | |
| | Total Outside Reproduction | | 57.78 |
| 01/05/22 | Lexis Legal Research | 47.50 | |
| 01/05/22 | Lexis Legal Research | 102.95 | |
| 01/03/22 | Westlaw Legal Research | 172.00 | |
| 01/03/22 | Westlaw Legal Research | 86.00 | |
| 01/04/22 | Westlaw Legal Research | 185.76 | |
| 01/04/22 | Westlaw Legal Research | 1,312.00 | |
| 01/05/22 | Westlaw Legal Research | 86.00 | |
| 01/05/22 | Westlaw Legal Research | 1,216.08 | |
| 01/05/22 | Westlaw Legal Research | 172.00 | |
| 01/05/22 | Westlaw Legal Research | 468.70 | |
| 01/07/22 | Westlaw Legal Research | 344.00 | |
| 01/07/22 | Westlaw Legal Research | 172.00 | |

376719
00002
03/07/22

Philadelphia Academic Health System, LLC, et. al
Expenses

Invoice Number  2681892
Page 2

| | | |
|---|---|---:|
| 01/10/22 | Westlaw Legal Research | 464.40 |
| 01/11/22 | Westlaw Legal Research | 92.88 |
| 01/13/22 | Westlaw Legal Research | 864.00 |
| 01/14/22 | Westlaw Legal Research | 232.74 |
| 01/17/22 | Westlaw Legal Research | 281.22 |
| 01/19/22 | Westlaw Legal Research | 793.80 |
| 01/19/22 | Westlaw Legal Research | 73.00 |
| 01/20/22 | Westlaw Legal Research | 79.57 |
| 01/24/22 | Westlaw Legal Research | 92.88 |
| 01/25/22 | Westlaw Legal Research | 548.10 |
| 01/26/22 | Westlaw Legal Research | 172.00 |
| 01/26/22 | Westlaw Legal Research | 185.76 |
| 01/28/22 | Westlaw Legal Research | 86.00 |
| | Total Legal Research | 8,331.34 |

CURRENT EXPENSES                                           16,069.23

**TOTAL AMOUNT OF THIS  INVOICE**                        16,069.23

39772133.1 03/14/2022