**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Re:  ECF No. 424** |

**THIRD SUPPLEMENTAL DECLARATION OF ANDREW H. SHERMAN REGARDING APPLICATION TO RETAIN AND EMPLOY SILLS CUMMIS & GROSS P.C. AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *ET AL. NUNC PRO TUNC* TO JULY 15, 2019**

Andrew H. Sherman makes this declaration (the "Third Supplemental Declaration")

pursuant to 28 U.S.C. § 1746:

1.      I am an attorney at law and Member of the law firm Sills Cummis & Gross P.C.

("Sills").  I submit this Third Supplemental Declaration regarding the application to retain and

employ Sills as attorneys for the Committee *nunc pro tunc* to July 15, 2019 [D.I. 424] (the

"Application").[2]

2.      Unless otherwise stated, I have personal knowledge of the facts set forth herein.

To the extent any information disclosed herein requires amendment or modification upon

completion of further review by Sills or as additional information becomes available, a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

8700095

supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3.      I update the disclosures set forth in my initial declaration in support of the Application, dated August 9, 2019 [D.I. 424-3], my first supplemental declaration in support of the Application, dated December 23, 2019 [D.I. 1239], and my second supplemental declaration in support of the Application, dated June 30, 2021 [D.I. 2545], as follows:

(A)    Sills has been retained to represent Berkeley Research Group, LLC ("BRG") – which serves as the Committee's financial advisor in these chapter 11 cases – in connection with a fee dispute relating to BRG's role as the financial advisor for the official committee of tort claimant creditors in the chapter 11 case of The Diocese of Camden, New Jersey (Bankr. D.N.J. 20-21257), a matter which, upon information and belief, is unrelated to these chapter 11 cases, except that EisnerAmper LLP – which has been retained in these chapter 11 cases to provide the Debtors interim management services, a Chief Restructuring Officer, an Interim CEO and additional personnel – also serves as the financial advisor for the debtor in the chapter 11 case of The Diocese of Camden, New Jersey.

4.      Sills does not believe the foregoing presents any conflicts of interest or affects its status as a disinterested person, but discloses the foregoing in an abundance of caution.

5.      I understand that there is a continuing duty to disclose any adverse interest or change in disinterestedness.  Sills will from time to time review its disclosures in these chapter 11 cases, and in the event that additional material connections are discovered, will disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

8700095

2

I certify that, to the best of my knowledge after reasonable inquiry, the foregoing is true

and correct.


Dated: March 17, 2022                                           /s/ *Andrew H. Sherman*
       Newark, New Jersey                              Andrew H. Sherman