IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on March 17, 2022, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served via e-mail to the parties listed in **Exhibit A** attached hereto:

- **Chapter 11 Monthly Operating Report for the Month Ending: 01/29/2022 [Docket No. 3728]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11467 (Philadelphia Academic Health System, LLC) for the Month Ending: 01/29/2022 [Docket No. 3729]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11468 (St. Christopher's Healthcare, LLC) for the Month Ending: 01/29/2022 [Docket No. 3730]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11469 (Philadelphia Academic Medical Associates, L.L.C.) for the Month Ending: 01/29/2022 [Docket No. 3731]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11470 (HPS of PA, L.L.C.) for the Month Ending: 01/29/2022 [Docket No. 3732]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11471 (SCHC Pediatric Associates, L.L.C.) for the Month Ending: 01/29/2022 [Docket No. 3733]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11472 (St. Christopher's Pediatric Urgent Care Center, L.L.C.) for the Month Ending: 01/29/2022 [Docket No. 3734]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11473 (SCHC Pediatric Anesthesia Associates, L.L.C.) for the Month Ending: 01/29/2022 [Docket No. 3735]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11474 (StChris Care at Northeast Pediatrics, L.L.C.) for the Month Ending: 01/29/2022 [Docket No. 3736]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

- **Chapter 11 Monthly Operating Report for Case Number 19-11475 (TPS of PA, L.L.C.) for the Month Ending: 01/29/2022 [Docket No. 3737]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11476 (TPS II of PA, L.L.C.) for the Month Ending: 01/29/2022 [Docket No. 3738]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11477 (TPS III of PA, L.L.C.) for the Month Ending: 01/29/2022 [Docket No. 3739]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11478 (TPS IV of PA, L.L.C.) for the Month Ending: 01/29/2022 [Docket No. 3740]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11479 (TPS V of PA, L.L.C.) for the Month Ending: 01/29/2022 [Docket No. 3741]**

Dated: March 18, 2022

_____
Darleen Sahagun
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this ____ day of _____, 20____, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**SEE ATTACHED JURAT**
_____
Notary Public

**CALIFORNIA JURAT**  GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on

this __18__ day of __March__, 20 __22__, by
    Date         Month              Year

(1) _Darleen Sahagun_

(and (2) _____ ),
         Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
        Signature of Notary Public

[Notary Seal: M. SANTANA, NOTARY PUBLIC - CALIFORNIA, COMMISSION # 2291015, LOS ANGELES COUNTY, My Comm. Exp. June 9, 2023]

*Place Notary Seal and/or Stamp Above*

――― **OPTIONAL** ―――

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit of Service_

Document Date: _March 18 2022_    Number of Pages: _1_

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

# **EXHIBIT A**

Center City Healthcare, LLC, et al. - Service List to e-mail Recipients                              Served 3/17/2022

| FOX ROTHSCHILD LLP | OFFICE OF THE UNITED STATES TRUSTEE | SILLS CUMMIS & GROSS P.C |
|---|---|---|
| SETH A. NIEDERMAN | BENJAMIN HACKMAN | ANDREW H. SHERMAN |
| SNIEDERMAN@FOXROTHSCHILD.COM | BENJAMIN.A.HACKMAN@USDOJ.GOV | ASHERMAN@SILLSCUMMIS.COM |

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

Parties Served:  4