**EXHIBIT 1**

**BUDGET**

1

**Broad Street Healthcare Properties**
Initial Budget: Cash Payments for Operating Costs and Initial Funding
As of March 21, 2022

| | Week #: | 1 | 2 | 3 | 4 | 3/21-4/17 |
|---|---|---|---|---|---|---|
| | Week Beginning Monday: | 3/21 | 3/28 | 4/4 | 4/11 | Total |
| **Required Payments:** | | | | | | |
| Initial Open Invoice List (3/21/22) | | ($638,620) | | | | ($638,620) |
| NKF Management Fees | | | | | ($7,391) | ($7,391) |
| NKF Personnel Cost Reimbursement (Feb) | | ($8,500) | ($4,250) | | | ($12,750) |
| Dept of Water | | ($50,929) | | | ($50,929) | ($101,859) |
| Vicinity - Steam | | ($108,940) | | | | ($108,940) |
| PECO - Electricity | | | ($30,000) | | | ($30,000) |
| Insurance - Extension of Prop/GL | | ($89,025) | | | | ($89,025) |
| Property Taxes - 2022 | | | ($610,362) | | | ($610,362) |
| CCD Taxes - 2022 | | | ($81,889) | | | ($81,889) |
| Maintenance - Building Repairs | | ($145,250) | | | | ($145,250) |
| Maintenance - Salt/Snow Service | | | ($4,000) | | | ($4,000) |
| Total Required Known Cash Payments | | ($1,041,264) | ($730,501) | $0 | ($58,320) | ($1,830,086) |
| Recurring Monthly Op. Expenses | | ($25,585) | ($25,585) | ($25,092) | ($25,092) | ($101,354) |
| Cushion - Contingency for Unknown Payments | | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($20,000) |
| **Total Estimated Payments to be Made** | | **($1,071,849)** | **($761,087)** | **($30,092)** | **($88,412)** | **($1,951,439)** |