**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) |
| *et al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: D.I. 3657, 3675, and 3799** |
| | ) |
| | ) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF HSRE-PAHH I, LLC
AND ITS AFFILIATES REGARDING MOTION OF DEBTORS FOR ENTRY OF
INTERIM AND FINAL ORDERS (I) AUTHORIZING PHILADELPHIA ACADEMIC
HEALTH SYSTEM, LLC TO MAKE SECURED TERM LOAN TO BROAD STREET
ENTITIES PURSUANT TO 11 U.S.C. § 363 AND 105(a) AND (II) GRANTING
<u>RELATED RELIEF</u>**

HSRE-PAHH I, LLC and its affiliates (collectively, the "<u>JV Entities</u>"),[2] by and through

their counsel, DLA Piper LLP (US), hereby submits this limited objection and reservation of rights

(the "<u>Limited Objection</u>") with respect to the *Motion of Debtors for Entry of Interim and Final*

*Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan*

*to Broad Street Entities pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief*

[Dkt. No. 3657] filed on March 4, 2022 (the "<u>Loan Motion</u>") and the *Declaration of Allen Wilen*

*in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia*

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]     The other relevant affiliates of HSRE-PAHH I, LLC that form the JV Entities are: HSREP VI Holding, LLC; PAHH New College MOB, LLC; PAHH Bellet MOB, LLC; PAHH Wood Street Garage, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH Broad Street MOB, LLC, each, a Delaware limited liability company.

*Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* [Dkt. No. 3799] filed on March 30, 2022 (the "Declaration").[3]  In support of this Limited Objection, the JV Entities represent as follows:

## LIMITED OBJECTION

1.      The JV Entities and the Debtors, along with other parties, have been engaged in mediation to resolve, among other things, the Adversary Proceeding filed by the Debtors.

2.      On March 4, 2022, the Debtors filed the Loan Motion.

3.      On March 9, 2022, the JV Entities filed a reservation of rights with respect to the Loan Motion, whereby the JV Entities expressed concern with the lack of information they had received in connection with the Mediation, including the continued failure of the Debtors to provide copies of documents related to the Loan Motion.  See Dkt. No. 3675 at ¶¶ 1-2.

4.      On March 28, 2022, the JV Entities for the first time received the relevant documents, despite having asked for them repeatedly over an extended period of time so as to timely review drafts of such documents.

5.      The JV Entities have had an inadequate amount of time to review such documents especially in light of the time between the filing of the motion and the delivery of the draft documents.

6.      In connection with the Loan Motion, on March 30, 2022, the Debtors filed the Declaration, asserting that as a result of the Mediation, preservation of the value of the Real Estate is in the best interest of the Debtors, the JV Entities, and the other parties to the Mediation.

---

[3]      Capitalized terms used but not otherwise defined in this Reservation of Rights have the meaning ascribed to such terms in the Loan Motion.

EAST\189791485.1

7.      Specifically, the declarant asserts that Philadelphia Academic Health Holdings, LLC ("PAHH") indirectly owns the Real Estate.  Decl. ¶¶ 13, 16, 25.

8.      The JV Entities object to the Declaration to the extent that it asserts or implies that the JV Entities agree that any of the Debtors owns the Real Estate. Decl. ¶ 16. The JV Entities expressly deny that the Debtors own the Real Estate.

## **RESERVATION OF RIGHTS**

9.      The Declaration also asserts that the JV Entities have agreed to the terms of the loan outlined in the Term Sheet and Loan Documents.  Decl. ¶ 20.

10.     Despite innumerable hours in mediation with the Debtors and the borrowers, the JV Entities have not had an opportunity fully to review the proposed Loan Documents as they were only first presented to the JV Entities on March 28, 2022, despite weeks spent by the Debtors drafting the Loan Documents and representations that the JV Entities would have adequate time to review the Loan Documents in advance of being filed with the Court.  The JV Entities have not agreed to the terms presented therein.

11.     Accordingly, the JV Entities object to and reserve rights otherwise to contest entry or execution of the Loan Documents until the JV Entities and their respective counsels and advisors have had ample opportunity to review the Loan Documents. Further, the JV Entities reserve their rights to object to the Loan Motion on a final basis.

WHEREFORE, the JV Entities respectfully reserve their rights with respect to the relief requested in and related to the Motion.

[*Remainder of Page Intentionally Left Blank*]

EAST\189791485.1

Dated:  March 30, 2022
        Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@us.dlapiper.com

Joe Kernen (admitted *pro hac vice*)
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania 19103
Telephone: (215) 656 3345
Facsimile: (215) 606 3345
Email: Joseph.kernen@dlapiper.com

*Counsel to HSREP VI Holding, LLC; HSRE-PAHH I, LLC;
PAHH New College MOB, LLC; PAHH Bellet MOB, LLC;
PAHH Wood Street Garage, LLC; PAHH Erie Street
Garage, LLC; PAHH Feinstein MOB, LLC; and PAHH
Broad Street MOB, LLC*

EAST\189791485.1