**CERTIFICATE OF SERVICE**

      I, Stuart M. Brown, hereby certify that on this 30th day of March, 2022, I caused a true and correct copy of the *Limited Objection and Reservation of Rights of HSRE-PAHH I, LLC and Its Affiliates Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* to be served via CM/ECF upon the parties registered to receive CM/ECF and on the below parties via email.

                                                                                       /s/ *Stuart M. Brown*
                                                                                       Stuart M. Brown (DE#4050)

Mark Minuti
Monique Bair DeSabatino
Jeffrey C. Hampton
Adam H. Isenberg
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com
jeffrey.hampton@saul.com
aisenberg@saul.com