IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) Re:  Docket Nos. 3657 and 3787 |

**NOTICE OF FILING OF UPDATED FORMS OF CERTAIN LOAN DOCUMENTS IN CONNECTION WITH MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC TO MAKE SECURED TERM LOAN TO BROAD STREET ENTITIES PURSUANT TO 11 U.S.C. § 363 AND 105(A) AND (II) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on March 4, 2022, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* [Docket No. 3657].

PLEASE TAKE FURTHER NOTICE THAT on March 29, 2022, the Debtors filed the *Notice of Filing of Form Loan Documents in Connection with Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* [Docket No. 3787] (the "**Notice**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file, as **Exhibit A** attached hereto, an updated version of the form of Secured Promissory Note. Attached hereto as **Exhibit B** is a "redline" version of the form of Secured Promissory Note reflecting changes from the version of the note filed with the Notice.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file, as **Exhibit C** attached hereto, an updated version of the form of Guaranty Agreement. Attached hereto as **Exhibit D** is a "redline" version of the form of Guaranty Agreement reflecting changes from the version of the guaranty filed with the Notice.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file, as **Exhibit E** attached hereto, an updated version of the form of Second Amended and Restated Subordination Agreement. Attached hereto as **Exhibit F** is a "redline" version of the form of Second Amended and Restated Subordination Agreement reflecting changes from the version of the subordination agreement filed with the Notice.

Dated: March 31, 2022

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
mark.minuti@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*