IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 3657, 3666, 3675, 3681, 3787, 3799, 3804, 3805 and 3806** |

**CERTIFICATION OF COUNSEL REGARDING REVISED
PROPOSED INTERIM ORDER (I) AUTHORIZING PHILADELPHIA ACADEMIC
HEALTH SYSTEM, LLC TO MAKE SECURED TERM LOAN TO BROAD STREET
ENTITIES PURSUANT TO 11 U.S.C. § 363 AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On March 4, 2022, the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* [Docket No. 3657] (the "**Motion**")[2] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 3666], objections to the Motion were to be filed by March 10, 2022 at 12:00 p.m. (ET) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, responses to the Motion were filed by HSRE and the City of Philadelphia. In addition, on March 30, 2022, HSRE filed a limited objection to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

39856787.1 3/31/22

Motion [Docket No. 3804]. No other formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. On March 29, 2022, the Debtors filed the *Notice of Filing of Form Loan Documents in Connection with Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* [Docket No. 3787] (certain of which loan documents were further amended, as reflected in the notice filed on March 31, 2022 [Docket No. 3806]), and on March 30, 2022, the Debtors filed the *Declaration of Allen Wilen in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* [Docket No. 3799].

5. On March 31, 2022, the Debtors filed the *Notice of Filing of Updated Proposed Form of Order Approving Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* **[**Docket No. 3805], attached to which as Exhibit A was a revised proposed order granting the Motion (the "**Original Proposed Order**").

6. A hearing was held on the Motion on March 31, 2022 at which the Court indicated that it would grant the Motion, subject to certain modifications to the loan amount set forth in the Original Proposed Order that were discussed on the record at the hearing, and to reflect the date of the final hearing on the Motion.

7. A copy of the revised order reflecting these agreed modifications is attached hereto as **Exhibit A** (the "**Revised Proposed Order**").

8. A blackline comparing the Original Proposed Order and the Revised Proposed Order is attached hereto as **Exhibit B**.

9. The Debtors have circulated the Revised Proposed Order to the U.S. Trustee, counsel to the Committee, counsel to HSRE, the City of Philadelphia and counsel to the Broad Street Entities and have not received any objections to the order.

10. We would respectfully request that the Court sign the Revised Proposed Order and direct that it be docketed.

Dated: March 31, 2022  **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*