Center City Healthcare
Case No. 19-11446 (MFW)

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| John | DiNome | Debtors | American Academic |
| Mark | Minuti | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Allen | Wilen | Debtors | American Academic |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Gregory | Taylor | Capital One, N.A. & Cadence Bank, N.A. | Ashby & Geddes, P.A. |
| Monique | DiSabatino | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Brendan | Schlauch | MBNF Non-Debtor Entities | Richards, Layton & Finger, P.A. |
| Jason | Powell | McKesson Medical | |
| Stuart | Brown, Esq. | HSRE-PAHH I, LLC and its affiliates | DLA Piper LLP |
| Joseph | Kernan | HSRE-PAHH I, LLC and its affiliates | DLA Piper LLP (US) |
| Chantelle | McClamb | Drexel University | Ballard Spahr LLP |
| Rachel | Brennan | Committee of Unsecured Creditors | Sills Cummis & Gross P.C. |
| Seth | Niederman | Committee | Fox Rothschild |
| Becky | Yerak | Wall Street Journal | News Corp |
| Nicholas | Sabatino | Column Financial Inc. | Orrick, Herrington & Sutcliffe LLP |
| Raniero | D'Aversa | Column Financial, Inc. | Orrick, Herrington & Sutcliffe LLP |
| Megan | Harper | City of Philadelphia | |
| Laura Davis | Jones | Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC | Pachulski Stang Ziehl & Jones LLP |
| Suzzanne | Uhland | Joel Freedman | Latham & Watkins LLP |
| TJ | Li | Joel Freedman | Latham & Watkins LLP |
| Alexandra | Zablocki | Joel Freedman | Latham & Watkins LLP |
| Boris | Mankovetskiy | Creditors Committee | Sills Cummis |
| Andrew | Sherman | Official Committee of Unsecured Creditors | Sills Cummis |
| Lam | Nguyen | The City of Philadelphia | |
| Leslie | Pappas | Media | Law360.com |
| Alissa | Piccione | Capital One, N.A. | Troutman Pepper |
| Louis | Curcio | Capital One, N.A. | Troutman Pepper |
| Brandon | Cook | Cadence Bank | Smith Hulsey & Busey |
| Svetlana | Attestatova | AAHS | |
| Bill | Brinkman | AAHS | |
| Kyle | Schmidt | AAHS | |
| Joel | Freedman | AAHS | |