**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
In re                                                    : Chapter 11
:
CENTER CITY HEALTHCARE, LLC d/b/a    : Case No. 19-11466 (MFW)
HAHNEMANN UNIVERSITY HOSPITAL,   :
*et al.*,[1]                                              : Jointly Administered
                Debtors          :
---------------------------------------------------------X

**FIRST SUPPLEMENTAL DECLARATION OF CHRISTOPHER J. KEARNS**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(A)**
**IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF**
**<u>BERKELEY RESEARCH GROUP, LLC</u>**

    I, Christopher J. Kearns, make this declaration (the "<u>Declaration</u>") pursuant to 28 U.S.C. § 1746:

    1.    I am a Managing Director of Berkeley Research Group, LLC ("<u>BRG</u>"), a financial advisory services firm with numerous offices throughout the country. I am duly authorized to make this Declaration on behalf of BRG. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.[2]

    *2.*    On August 9, 2019, the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*, as debtors and debtors in possession (the "<u>Debtors</u>") filed the *Application for Entry of an Order*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Certain of the disclosures set forth herein relate to matters within the knowledge of other professionals at BRG and are based on information provided by them.

*Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to July 22, 2019* [Docket No. 426] (the "Retention Application")[3]. In support of the Retention Application, BRG filed the *Declaration of Christopher J. Kearns in Support of Application for Entry of an Order Authorizing Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to July 22, 2019* [Docket No. 426-3], which was attached to the Retention Application as Exhibit A (the "Initial Declaration"). On September 4, 2019, the Court entered the *Order Authorizing Official Committee of Unsecured Creditors to Employ Berkeley Research Group, LLC as Financial Advisor, Nunc Pro Tunc to July 22, 2019* [Docket No. 638].

3.  I submit this Declaration in further support of the Retention Application and to update the disclosures set forth in the Initial Declaration, as follows:

**Additional Disclosures**

4.  BRG has retained Sills Cummis & Gross P.C. – which serves as the Committee's counsel in these Cases – as attorneys to represent BRG in a fee dispute relating to BRG's role as the financial advisor for the official committee of tort claimant creditors in the chapter 11 case of The Diocese of Camden, New Jersey (Bankr. D.N.J. 20-21257), a matter which, to the best of my knowledge, information, and belief, is unrelated to these Cases, except that EisnerAmper LLP – which has been retained in these Cases to provide the Debtors interim management services, a Chief Restructuring Officer, an Interim CEO, and additional personnel – also serves as the financial advisor for the debtor in the chapter 11 case of The Diocese of Camden, New Jersey.

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Retention Application.

5. BRG does not believe the foregoing presents any conflicts of interest or affects its status as a disinterested person, but discloses the foregoing in an abundance of caution.

6. Additionally, BRG has become aware of additional or updated relationships with certain parties in interest in these Cases. An updated schedule of BRG's relationships with such parties is delineated on the attached **Schedule 1**.

7. To the best of my knowledge, information, and belief, the relationships with the parties in interest delineated on **Schedule 1** attached hereto are unrelated to either the Debtors or these Cases, do not create an interest materially adverse to the interests of the estates or any class of creditors or equity security holders, and do not create any direct or indirect relationship to, connection with, or interest in the Debtors. Given this, to the best of my knowledge, information, and belief, BRG neither holds nor represents any interest adverse to the Debtors' estates and remains a disinterested party. Further, all disclosures made in the Initial Declaration pertaining to BRG's conflict check process and relationships with parties in interest are incorporated herein by reference and are fully applicable to the parties listed on **Schedule 1**.

8. To the extent that BRG discovers any additional facts or information bearing on matters described in this Declaration that require disclosure, during the period of the Committee's retention of BRG, I will file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: March 31, 2022                                        Berkeley Research Group, LLC

By: */s/ Christopher J. Kearns*
Name: Christopher J. Kearns
Title:   Managing Director
        Berkeley Research Group, LLC

## Schedule 1

**List of Parties in Interest, or Affiliates Thereof, that Currently Engage, have Engaged, or are Interested Parties in Matters with BRG, Sorted by their Relationship with the Debtor[1]**

**Other**
Drexel University
Drexel University College of Medicine
Tenet Business Services Corporation*

**Utilities**
AT&T Mobility
Comcast Cablevision
Constellation Energy Gas
Constellation NewEnergy Gas
DirectTV LLC*
Veolia Energy Philadelphia, Inc.
Verizon Business*
Verizon CABS*
Verizon Wireless*
Verizon*

**Insurers**
ACE American Insurance Company
ACE Property & Casualty Insurance Co.
Affiliated FM Insurance Co.*
Chubb - Federal Insurance Company*
Lloyd's of London
National Union Fire Insurance Company of Pittsburgh, PA*
Starr Indemnity & Liability Company*
Tokio Marine Specialty Insurance Company
Travelers Casualty and Surety Company of America

**Payors**
Aetna Better Health
Aetna/Coventry
BCBS Horizon NJ Health
Cigna HealthSpring
Horizon Blue Cross of NJ
Humana
Independence Blue Cross
Independence Blue Cross of PA
United Health Care

**Taxing Agencies**
Pennsylvania Department of Revenue*

**Secured Parties**
Capital One, N.A.
Olympus America Inc.*
U.S. Bank, N.A.

**Banks**
Bank of America, N.A.
Capital One, N.A.
PNC Bank, National Association
Wells Fargo Bank, N.A.

**Other Creditors/Contract Parties**
3M Health Information Systems, Inc.
Abbott Laboratories Inc.
Abbott Molecular Inc.
Abbott Nutrition
Abbott Point of Care
Abiomed, Inc.
ADP, LLC*
Agilent Technologies, Inc.*
Allergan USA, Inc.
American Heart Association, Inc.
Bayer Healthcare, LLC*
BC Technical, Inc.*
Belfor USA Group Inc.*
bioMerieux Inc.

---

[1] Potential Parties in Interest that are marked with an asterisk are related to closed matters.

Bio-Rad Laboratories*
Blank Rome LLP*
Boston Scientific Corporation
Cardinal Health 200, LLC
Cardinal Health 414, LLC
Cardinal Health Solutions, Inc.
CareFusion 211, Inc.
CareFusion Solutions, LLC
Cintas Corporation
Cisco Systems Capital Corporation
CohnReznick LLP*
Constellation NewEnergy - Gas Division, LLC
Continuum, LLC*
Cushman & Wakefield of Connecticut, Inc.*
Cushman & Wakefield of Pennsylvania, LLC*
Cushman & Wakefield of Philadelphia, Inc.*
DaVita Healthcare Partners Inc.
DIRECTV, Inc.*
Dixon Hughes Goodman LLP*
Duff & Phelps, LLC*
Edwards Lifesciences LLC*
Evoqua Water Technologies, LLC*
Flex Financial, a divison of Stryker Sales Corporation*
Fresenius Medical Care*
GE Healthcare IITS USA Corp.
GE Medical Systems Information Technologies, Inc.
GE Precision Healthcare LLC
General Electric Company, by and through its GE Healthcare division
Hewlett-Packard Financial Services Company
Hill-Rom Company, Inc.
Hologic, Inc.*
Infor (US), Inc.
INO Therapeutics LLC d/b/a Mallinckrodt

Iron Mountain Information Management, LLC
Johnson & Johnson Health Care Systems Inc.
Karl Storz Endoscopy-America, Inc.
Konica Minolta Healthcare Americas, Inc.
Laboratory Corporation of America
Medtronic USA Inc.
NTT DATA Services, LLC*
Nuance Communications, Inc.
Olympus America Inc.*
Oregon Health & Science University*
Ortho-Clinical Diagnostics, Inc.
Philips Medical Capital, LLC
PNC Bank, National Association
Quest Diagnostic Clinical Laboratories Inc.*
Quest Diagnostics Infectious Disease, Inc.*
Reed Smith LLP
Siemens Healthcare Diagnostics, Inc.
Siemens Industry, Inc.
Siemens Medical Solutions USA, Inc.
Sodexo Management, Inc.*
Stryker Flex Financial*
Stryker Neurovascular*
Stryker Sales Corporation*
Sysmex America, Inc.
Teleflex Medical Incorporated
Tenet Business Services Corporation*
The Academy of Natural Sciences of Drexel University
The Advisory Board Company*
The Bancorp Bank
The Johns Hopkins University
thyssenkrupp Elevator Corporation*
Toshiba America Medical Systems, Inc.
Trans Union LLC
U.S. Bank, N.A.
UPMC Benefit Management Services, Inc. d/b/a WorkPartners
Varian Medical Systems*

2

Veolia Energy Philadelphia, Inc.
Wells Fargo Commercial Mortgage
Wolters Kluwer Clinical Drug Information, Inc.*
Xerox Corporation
Zimmer Biomet CMF & Thoracic, LLC

**Certain Litigation Parties**
Altus Group U.S., Inc.*
Atlantic Specialty Insurance Company*
Drexel College of Medicine
Drexel Medicine
Drexel Neurosciences Institute
Drexel Surgical Associates
Drexel University
Drexel University College of Medicine
Global Excel Management, Inc.*
Mercy Health System of Southeastern PA*
Tenet Business Services Corporation, Inc.*
Tenet Healthcare Corporation
Tenet HealthSystem Hahnemann, LLC
Tenet HealthSystem St. Christopher's Hospital for Children, LLC
Tower Health
Tower Health Medical Group
Trinity Health Corp.*