# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) ) ) ) | Case No. 19-11466 (KG) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Obj. Deadline: April 1, 2022 at 4:00 p.m.** **Hearing Date: April 22, 2022 at 10:30 a.m.** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 3691

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Seventh Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period April 1, 2021 through June 30, 2021* [Docket No. 3691] (the "Application"), filed by Klehr Harrison Harvey Branzburg LLP (the "Applicant") on March 10, 2022.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than April 1, 2022 at 4:00 p.m., prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

A proposed form of omnibus order approving all of the interim professionals' fees including those of Applicant will be submitted in advance of the April 22, 2022 hearing.

| | |
|---|---|
| Dated:  April 5, 2022<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>Email:  dpacitti@klehr.com<br>           myurkewicz@klehr.com<br>           sveghte@klehr.com<br><br>*Special Counsel to the Debtors* |