# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: April 27, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTY FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | January 1, 2022 – January 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $28,950.00  (80% of $36,187.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,243.71 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

8692481

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 7.6 | $7,030.00 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 39.7 | $32,752.50 |
| Mark Levenson | Member, Real Estate<br>First Bar Admission: 1983 | $825 | 0.3 | $247.50 |
| Charles J. Falletta | Member, Litigation<br>First Bar Admission: 1996 | $625 | 0.1 | $62.50 |
| Rachel E. Brennan | Of Counsel, Bankruptcy<br>First Bar Admission: 2012 | $695 | 6.3 | $4,378.50 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 3.9 | $2,535.00 |
| **Total Fees at Standard Rates** | | | **57.9** | **$47,006.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **57.9** | **$36,187.50** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery (101) | 49.9 | $41,060.50 |
| Case Administration (104) | 3.6 | $2,980.50 |
| Fee/Employment Applications (107) | 2.6 | $1,690.00 |
| Fee/Employment Objections (108) | 0.3 | $195.00 |
| Avoidance Action Litigation (111) | 1.5 | $1,080.00 |
| **Total Fees at Standard Rate** | **57.9** | **$47,006.00** |
| **Total Fees at $625 Blended Rate[1]** | **57.9** | **$36,187.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Litigation Support Vendor (UnitedLex) | $2,235.51 |
| Pacer | $8.20 |
| **TOTAL** | **$2,243.71** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: April 27, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTY FIRST APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Thirty First Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2022 Through January 31, 2022* (the "Application"), seeking allowance of $28,950.00 (80% of $36,187.50) in fees, *plus* $2,243.71 for reimbursement of actual and necessary expenses, for a total of $31,193.71.

**Background**

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of

4

Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6. Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A. <u>Asset Analysis and Recovery</u>

Fees: $41,060.50;    Total Hours: 49.9

This category includes time spent: (a) analyzing and addressing mediation issues and reviewing documents in connection therewith; (b) analyzing and addressing issues related to MBNF's appeal of the order denying its motion seeking stay relief and preparing a joint mediation statement related thereto; (c) attending mediation sessions; and (d) communicating with Debtors' counsel, the Committee members and the mediator regarding the foregoing and related issues.

  B.  <u>Case Administration</u>

    Fees: $2,980.50;  Total Hours: 3.6

This category includes time spent: (a) preparing updates to the Committee members; (b) communicating with Debtors' counsel regarding pending matters; (c) analyzing pleadings, motions and other court documents; and (d) addressing matters of general import.

  C.  <u>Fee/Employment Applications</u>

    Fees: $1,690.00;  Total Hours: 2.6

This category includes time spent preparing Sills' November and December fee applications.

  D.  <u>Fee/Employment Objections</u>

    Fees: $195.00;  Total Hours: 0.3

This category includes time spent reviewing the Debtors' professionals' fee applications.

  E.  <u>Avoidance Action Litigation</u>

    Fees: $1,080.00;  Total Hours: 1.5

This category includes time spent analyzing proposed avoidance action settlements.

## Conclusion

  7.  Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered,

8692481

(d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $28,950.00 (80% of $36,187.50) as compensation, *plus* $2,243.71 for reimbursement of actual and necessary expenses, for a total of $31,193.71, and that such amounts be authorized for payment.

Dated: April 6, 2022  
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman  
Seth A. Niederman (DE Bar No. 4588)  
**FOX ROTHSCHILD LLP**  
919 North Market Street, Suite 300  
Wilmington, DE 19899  
Telephone: 302-654-7444  
Facsimile: 302-295-2013  
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)  
Boris I. Mankovetskiy (*pro hac vice*)  
**SILLS CUMMIS & GROSS P.C.**  
One Riverfront Plaza  
Newark, NJ 07102  
Telephone: 973-643-7000  
Facsimile: 973-643-6500  
Email: asherman@sillscummis.com  
　　　　bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*  
*of Unsecured Creditors*

## VERIFICATION

STATE OF NEW JERSEY        )
                           ) SS:
COUNTY OF ESSEX            )

      Andrew H. Sherman, after being duly sworn according to law, deposes and says:

      a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

      b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

      c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

      d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                          */s/ Andrew H. Sherman*
                                          Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions, Committee Chair
3560 Dallas Parkway
Frisco, TX 75034

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through January 31, 2022

|          |       |     |                                                                                                                    | HOURS | AMOUNT    |
|----------|-------|-----|--------------------------------------------------------------------------------------------------------------------|-------|-----------|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 01/03/22 | BM    | 101 | Analysis regarding mediation issues.                                                                               | 1.80  | $1,485.00 |
| 01/03/22 | AHS   | 101 | Call with counsel for Debtors re: mediation status update.                                                         | 0.80  | $740.00   |
| 01/03/22 | REB   | 101 | Call with Debtors re: mediation update.                                                                            | 0.80  | $556.00   |
| 01/03/22 | REB   | 101 | Review and comment on mediation document.                                                                          | 2.60  | $1,807.00 |
| 01/04/22 | ML    | 101 | Telephone discussion with A. Sherman regarding transfer tax analysis, returns and related matters.                 | 0.30  | $247.50   |
| 01/04/22 | BM    | 101 | Analysis regarding mediation issues.                                                                               | 1.30  | $1,072.50 |
| 01/04/22 | AHS   | 101 | Call with counsel for Debtors re: mediation issues, internal call re: same and review of information provided by Debtors' counsel. | 0.70  | $647.50   |
| 01/05/22 | BM    | 101 | Analysis regarding mediation issues.                                                                               | 1.90  | $1,567.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Page 2

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/06/22 | BM | 101 | Attend to issues regarding MBNF's appeal of order denying stay relief motion. | 0.80 | $660.00 |
| 01/07/22 | BM | 101 | Analysis regarding joint proposed mediation statement in connection with comfort order appeal. | 0.70 | $577.50 |
| 01/07/22 | BM | 101 | Analysis regarding designation of record in connection with MBNF appeal. | 0.40 | $330.00 |
| 01/07/22 | BM | 101 | Analysis regarding mediation issues. | 1.30 | $1,072.50 |
| 01/07/22 | AHS | 101 | Review of appeal documents and emails re: same. | 0.40 | $370.00 |
| 01/10/22 | BM | 101 | Analysis regarding joint statement on appeal regarding MBNF's comfort motion. | 0.60 | $495.00 |
| 01/10/22 | BM | 101 | Analysis of issues regarding Drexel mediation. | 0.90 | $742.50 |
| 01/10/22 | REB | 101 | Draft email to Committee re: appeal of lift stay/comfort order. | 0.30 | $208.50 |
| 01/11/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.70 | $1,402.50 |
| 01/12/22 | BM | 101 | Call with MBNF mediator and parties. | 1.10 | $907.50 |
| 01/12/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.60 | $1,320.00 |
| 01/13/22 | BM | 101 | Call with MBNF mediator. | 0.60 | $495.00 |
| 01/13/22 | BM | 101 | Analysis of issues regarding Drexel mediation. | 2.10 | $1,732.50 |
| 01/13/22 | AHS | 101 | Mediation session with Judge Carey. | 0.60 | $555.00 |
| 01/14/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 01/16/22 | BM | 101 | Analysis regarding mediation issues. | 1.20 | $990.00 |
| 01/17/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.60 | $1,320.00 |

Sills Cummis & Gross P.C.

Creditors' Committee                                                                February 28, 2022
                                                                    Client/Matter No. 08650118.000001
                                                                                   Invoice: 2016039
                                                                                           Page 3

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/17/22 | BM | 101 | Call with MBNF mediator and parties. | 1.60 | $1,320.00 |
| 01/17/22 | AHS | 101 | Call with counsel for Debtors re: Drexel issues and ongoing mediation. | 0.70 | $647.50 |
| 01/17/22 | AHS | 101 | Attend mediation session with mediator, Debtors MBNF and other parties. | 1.60 | $1,480.00 |
| 01/17/22 | REB | 101 | Draft email to Committee re: mediation issues list. | 2.20 | $1,529.00 |
| 01/18/22 | BM | 101 | Analysis regarding mediation issues. | 1.70 | $1,402.50 |
| 01/19/22 | BM | 101 | Analysis regarding mediation issues. | 1.30 | $1,072.50 |
| 01/21/22 | BM | 101 | Analysis regarding mediation issues. | 1.60 | $1,320.00 |
| 01/24/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.40 | $1,155.00 |
| 01/24/22 | AHS | 101 | Email to Committee re: mediation update and follow up emails re: same. | 0.60 | $555.00 |
| 01/25/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| 01/27/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.40 | $1,155.00 |
| 01/27/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.20 | $990.00 |
| 01/28/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| 01/28/22 | BM | 101 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 01/31/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.60 | $1,320.00 |
| 01/31/22 | AHS | 101 | Call with Debtors' counsel re: mediation progress. | 0.90 | $832.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Page 4

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/31/22 | AHS | 101 | Review of document sent by Debtors' counsel re: mediation issues. | 0.30 | $277.50 |
| | | **TASK TOTAL 101** | | **49.90** | **$41,060.50** |

**104 – CASE ADMINISTRATION**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/03/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.70 | $577.50 |
| 01/07/22 | GAK | 104 | Review Debtors' motion to extend removal period and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/10/22 | AHS | 104 | Email to Committee re: status update. | 0.40 | $370.00 |
| 01/11/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | $412.50 |
| 01/11/22 | AHS | 104 | Emails with Debtors' counsel re: status and call with counsel re: status update. | 0.60 | $555.00 |
| 01/11/22 | REB | 104 | Call with Debtors re: case updates. | 0.40 | $278.00 |
| 01/14/22 | CJF | 104 | Exchange e-mails with UnitedLex regarding Relativity database. | 0.10 | $62.50 |
| 01/31/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.80 | $660.00 |
| | | **TASK TOTAL 104** | | **3.60** | **$2,980.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/05/22 | GAK | 107 | Finalize November fee application for filing and email local counsel regarding same. | 0.20 | $130.00 |
| 01/06/22 | GAK | 107 | Email A. Sherman regarding fee application. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022<br>
Client/Matter No. 08650118.000001<br>
Invoice: 2016039<br>
Page 5

---

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/27/22 | GAK | 107 | Prepare December fee application. | 2.30 | $1,495.00 |
| | | **TASK TOTAL 107** | | **2.60** | **$1,690.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/07/22 | GAK | 108 | Review Klehr Harrison November fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/15/22 | GAK | 108 | Reivew Saul's November fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/20/22 | GAK | 108 | Review Eisner Amper's December fee statement and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | **0.30** | **$195.00** |

**111 – AVOIDANCE ACTION LITIGATION**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/03/22 | BM | 111 | Analysis regarding proposed settlement of preference actions. | 0.60 | $495.00 |
| 01/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with Cepheid and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with Carefusion and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with OrthoPediatrics and email A. Sherman regarding same. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Page 6

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 01/15/22 | GAK | 111 |  | Review Debtors' proposed preference settlement with Fisher and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/15/22 | GAK | 111 |  | Review Debtors' proposed preference settlement with Nova and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/15/22 | GAK | 111 |  | Review Debtors' proposed preference settlement with FedEx and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/15/22 | GAK | 111 |  | Review Debtors' proposed preference settlement with Hologic and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/15/22 | GAK | 111 |  | Review Debtors' proposed preference settlement with Siemens and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/20/22 | GAK | 111 |  | Review Debtors' proposed preference settlement with HLM and email A. Sherman regarding same. | 0.10 | $65.00 |
|  |  |  | **TASK TOTAL 111** |  | **1.50** | **$1,080.00** |
|  |  |  | **TOTAL FEES at Standard Rates** |  | **57.90** | **$47,006.00** |
|  |  |  | **TOTAL FEES at Blended Rate of $625** |  | **57.90** | **$36,187.50** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 49.90 | $41,060.50 |
| 104 | Case Administration | | 3.60 | $2,980.50 |
| 107 | Fee/Employment Applications | | 2.60 | $1,690.00 |
| 108 | Fee/Employment Objections | | 0.30 | $195.00 |
| 111 | Avoidance Action Litigation | | 1.50 | $1,080.00 |

Sills Cummis & Gross P.C.

Creditors' Committee								February 28, 2022
									Client/Matter No. 08650118.000001
									Invoice: 2016039
									Page 7

|  |  |  |
|---|---:|---:|
| TOTAL FEES at Standard Rates | 57.90 | $47,006.00 |
| TOTAL FEES at Blended Rate of $625 | 57.90 | $36,187.50 |

| Attorney | Hours | | Rate | | Amount |
|---|---:|---|---:|---|---:|
| Andrew H. Sherman | 7.60 | x | $925.00 | = | $7,030.00 |
| Mark Levenson | 0.30 | x | $825.00 | = | $247.50 |
| Boris Mankovetskiy | 39.70 | x | $825.00 | = | $32,752.50 |
| Charles J. Falletta | 0.10 | x | $625.00 | = | $62.50 |
| Rachel E. Brennan | 6.30 | x | $695.00 | = | $4,378.50 |
| Gregory A. Kopacz | 3.90 | x | $650.00 | = | $2,535.00 |

**DISBURSEMENT DETAIL**

| Date | Code | Description | Amount |
|---|---|---|---:|
| 12/28/21 | 271 | Litigation Support Vendor (UnitedLex Inv. #064819 – hosting user and volume) | $1,189.70 |
| 01/24/22 | 271 | Litigation Support Vendor (UnitedLex Inv. #065886– hosting user and volume) | $1,045.81 |
| 01/10/22 | 358 | Pacer | $0.20 |
| 01/10/22 | 358 | Pacer | $0.50 |
| 01/10/22 | 358 | Pacer | $2.60 |
| 01/10/22 | 358 | Pacer | $0.40 |
| 01/10/22 | 358 | Pacer | $2.70 |
| 01/10/22 | 358 | Pacer | $0.60 |
| 01/10/22 | 358 | Pacer | $0.30 |
| 01/10/22 | 358 | Pacer | $0.30 |
| 01/13/22 | 358 | Pacer | $0.40 |
| 01/13/22 | 358 | Pacer | $0.20 |

**TOTAL DISBURSEMENTS**                                                                                      **$2,243.71**

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Page 8

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $36,187.50 |
| Total Disbursements | $2,243.71 |
| **TOTAL THIS INVOICE** | **$38,431.21*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$47,006.00**) and fees at *Blended Rate* of $625 (**$36,187.50**)** apply.

**includes paralegal fees at standard rates, if applicable