**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due:** April 27, 2022 at 4:00 p.m.<br>**Hearing Date:** TBD if objection filed |

**THIRTY SECOND MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | February 1, 2022 – February 28, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $32,500.00 (80% of $40,625.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 6.1 | $5,642.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 1.2 | $990.00 |
| Alan E. Sherman | Member, Tax<br>First Bar Admission: 1977 | $825 | 39.7 | $32,752.50 |
| Rachel E. Brennan | Of Counsel, Bankruptcy<br>First Bar Admission: 2012 | $695 | 9.2 | $6,394.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 8.8 | $5,720.00 |
| **Total Fees at Standard Rates** | | | **65.0** | **$51,499.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **65.0** | **$40,625.00** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

8738944

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery (101) | 37.5 | $29,819.50 |
| Asset Disposition (102) | 0.9 | $742.50 |
| Case Administration (104) | 0.9 | $707.50 |
| Claims Administration and Objections (105) | 10.1 | $8,814.50 |
| Fee/Employment Applications (107) | 7.3 | $4,745.00 |
| Fee/Employment Objections (108) | 0.3 | $195.00 |
| Financing (109) | 3.1 | $2,607.50 |
| Avoidance Action Litigation (111) | 3.2 | $2,465.00 |
| Relief from Stay Proceedings (114) | 1.7 | $1,402.50 |
| **Total Fees at Standard Rate** | **65.0** | **$51,499.00** |
| **Total Fees at $625 Blended Rate**[1] | **65.0** | **$40,625.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| **TOTAL** | **$0.00** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: April 27, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTY SECOND APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022</u>**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Thirty Second Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From February 1, 2022 Through February 28, 2022* (the "<u>Application</u>"), seeking allowance of $32,500.00 (80% of $40,625.00) in fees.[1]

**Background**

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

---

[1] Sills is not presently seeking reimbursement of any expenses for this month.

4

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $29,819.50;       Total Hours: 37.5

This category includes time spent: (a) analyzing and addressing mediation issues and

reviewing documents in connection therewith; and (b) communicating with Debtors' counsel and the Committee members regarding the foregoing and related issues.

  B.  Asset Disposition

    Fees: $742.50;  Total Hours: 0.9

This category includes time spent analyzing the RRG transaction.

  C.  Case Administration

    Fees: $707.50;  Total Hours: 0.9

This category includes time spent: (a) analyzing pleadings, hearing notifications and other documents; and (b) addressing matters of general import.

  D.  Claims Administration and Objections

    Fees: $8,814.50;  Total Hours: 10.1

This category includes time spent: (a) analyzing proposed claim settlements; (b) analyzing Drexel mediation issues and reviewing related documents and correspondence; and (c) communicating with Debtors' counsel regarding the foregoing and related issues.

  E.  Fee/Employment Applications

    Fees: $4,745.00;  Total Hours: 7.3

This category includes time spent preparing Sills' December 2021 and 7th and 8th interim fee applications.

  F.  Fee/Employment Objections

    Fees: $195.00;  Total Hours: 0.3

This category includes time spent reviewing the Debtors' professionals' fee applications.

  G.  Financing

    Fees: $2,607.50;  Total Hours: 3.1

8738944

This category includes time spent analyzing the proposed financing to be provided by the Debtors to the Broad Street entities.

H.   Avoidance Action Litigation

Fees: $2,465.00;      Total Hours: 3.2

This category includes time spent analyzing proposed avoidance action settlements.

I.   Relief from Stay Proceedings

Fees: $1,402.50;      Total Hours: 1.7

This category includes time spent analyzing MBNF's motion regarding sealing portions of the record on appeal.

## Conclusion

6.   Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sum of $32,500.00 (80% of $40,625.00) as compensation, and that such amount be authorized for payment.

Dated: April 6, 2022               Respectfully submitted,
Wilmington, Delaware

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)

                   **SILLS CUMMIS & GROSS P.C.**
                   One Riverfront Plaza
                   Newark, NJ 07102
                   Telephone:  973-643-7000
                   Facsimile:  973-643-6500
                   Email: asherman@sillscummis.com
                           bmankovetskiy@sillscummis.com

                   *Counsel for the Official Committee*
                   *of Unsecured Creditors*

8738944

## **VERIFICATION**

STATE OF NEW JERSEY      )
                                                  ) SS:
COUNTY OF ESSEX             )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

/s/ Andrew H. Sherman
Andrew H. Sherman

8738944

# Exhibit "A"

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions, Committee Chair 3560 Dallas Parkway Frisco, TX  75034 | March 24, 2022 Client/Matter No. 08650118.000001 Invoice: 2017765 Billing Attorney: AHS Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through February 28, 2022

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | | |
| 02/03/22 | BM | 101 | | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| 02/07/22 | BM | 101 | | Analysis of issues regarding MBNF mediation. | 1.60 | $1,320.00 |
| 02/08/22 | BM | 101 | | Call with Debtors' counsel regarding pending matters. | 0.40 | $330.00 |
| 02/08/22 | BM | 101 | | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 02/08/22 | REB | 101 | | Review revised proposed mediation document. | 1.40 | $973.00 |
| 02/08/22 | REB | 101 | | Call with Debtors re: mediation document. | 0.40 | $278.00 |
| 02/09/22 | BM | 101 | | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 02/10/22 | BM | 101 | | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| 02/10/22 | AES | 101 | | Review proposed transactions and analysis of same. | 1.20 | $990.00 |
| 02/11/22 | BM | 101 | | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| 02/11/22 | BM | 101 | | Analysis regarding update of projected waterfall. | 0.70 | $577.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

March 24, 2022
Client/Matter No. 08650118.000001
Invoice: 2017765
Page 2

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/11/22 | REB | 101 | Review and revise letter and stipulation. | 1.40 | $973.00 |
| 02/18/22 | BM | 101 | Analysis of issues regarding MBNF mediation. | 2.20 | $1,815.00 |
| 02/20/22 | REB | 101 | Review and comment on MOU and proposed term loan. | 1.80 | $1,251.00 |
| 02/21/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| 02/21/22 | BM | 101 | Call with Debtors' counsel regarding pending matters. | 0.80 | $660.00 |
| 02/21/22 | REB | 101 | Review mediation documents in advance of call with Debtors. | 1.10 | $764.50 |
| 02/21/22 | REB | 101 | Call with Debtors re: mediation documents. | 1.10 | $764.50 |
| 02/21/22 | REB | 101 | Draft email to Committee re: mediation document updates. | 1.40 | $973.00 |
| 02/22/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.10 | $907.50 |
| 02/23/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 02/24/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 02/25/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 02/25/22 | BM | 101 | Analysis regarding RRG transaction. | 0.70 | $577.50 |
| 02/25/22 | BM | 101 | Analysis regarding Drexel mediation issues. | 0.80 | $660.00 |
| 02/25/22 | BM | 101 | Analysis regarding proposed resolutions of claims objections. | 0.90 | $742.50 |
| 02/28/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.40 | $1,980.00 |
| **TASK TOTAL 101** | | | | **37.50** | **$29,819.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

March 24, 2022
Client/Matter No. 08650118.000001
Invoice: 2017765
Page 3

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | | |
| 02/22/22 | BM | 102 | | Analysis regarding RRG transaction. | 0.90 | $742.50 |
| | | **TASK TOTAL 102** | | | **0.90** | **$742.50** |
| **104 – CASE ADMINISTRATION** | | | | | | |
| 02/05/22 | GAK | 104 | | Review notification regarding upcoming hearing and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/21/22 | BM | 104 | | Analysis regarding projected waterfall update. | 0.70 | $577.50 |
| 02/21/22 | GAK | 104 | | Review notification regarding upcoming hearings and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 104** | | | **0.90** | **$707.50** |
| **105 – CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | | | |
| 02/04/22 | BM | 105 | | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| 02/07/22 | AHS | 105 | | Review of mediation document as circulated by Debtors and emails re: same. | 0.80 | $740.00 |
| 02/08/22 | AHS | 105 | | Review of email from Debtors' counsel mediation document. | 0.60 | $555.00 |
| 02/08/22 | AHS | 105 | | Call with counsel for Debtors re: mediation document. | 0.50 | $462.50 |
| 02/09/22 | BM | 105 | | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| 02/11/22 | BM | 105 | | Analysis regarding Drexel mediation issues. | 0.80 | $660.00 |
| 02/11/22 | AHS | 105 | | Review and revise letter to court and address issues in connection therewith. | 0.80 | $740.00 |
| 02/11/22 | AHS | 105 | | Address tax structure issues. | 0.30 | $277.50 |

Sills Cummis & Gross P.C.

Creditors' Committee  
March 24, 2022  
Client/Matter No. 08650118.000001  
Invoice: 2017765  
Page 4

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 02/15/22 | BM | 105 | | Analysis regarding proposed claims settlements. | 0.90 | $742.50 |
| 02/21/22 | AHS | 105 | | Review of additional mediation materials as circulated by counsel for Debtors. | 0.40 | $370.00 |
| 02/21/22 | AHS | 105 | | Attend call with counsel for Debtors re: mediation update. | 1.00 | $925.00 |
| 02/28/22 | AHS | 105 | | Review materials forwarded by counsel for Debtors in connection with upcoming mediation. | 1.20 | $1,110.00 |
| 02/28/22 | REB | 105 | | Review proposed term loan from Debtors to Broad Street Entities. | 0.60 | $417.00 |
| | | **TASK TOTAL 105** | | | **10.10** | **$8,814.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/07/22 | GAK | 107 | | Finalise December fee application for filing. | 0.80 | $520.00 |
| 02/21/22 | GAK | 107 | | Work on 8th interim fee application. | 2.20 | $1,430.00 |
| 02/21/22 | GAK | 107 | | Work on 7th interim fee application. | 2.20 | $1,430.00 |
| 02/22/22 | GAK | 107 | | Work on 8th interim fee application. | 2.10 | $1,365.00 |
| | | **TASK TOTAL 107** | | | **7.30** | **$4,745.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/01/22 | GAK | 108 | | Review Klehr Harrison December fee application. | 0.10 | $65.00 |
| 02/01/22 | GAK | 108 | | Review Saul Ewing's December fee applications and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/05/22 | GAK | 108 | | Review fee statements of the Debtors' OCPs and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | | **0.30** | **$195.00** |

Sills Cummis & Gross P.C.

Creditors' Committee                                                                 March 24, 2022
                                                                  Client/Matter No. 08650118.000001
                                                                                  Invoice: 2017765
                                                                                           Page 5

|            |     |     |                                                                                                   | HOURS | AMOUNT    |
|------------|-----|-----|---------------------------------------------------------------------------------------------------|-------|-----------|
| **109 – FINANCING** |     |     |                                                                                           |       |           |
| 02/21/22   | BM  | 109 | Analysis regarding proposed loan to Broad Street entities.                                        | 1.30  | $1,072.50 |
| 02/21/22   | AHS | 109 | Address proposed financing to be provided by Debtors and email to committee re: same.             | 0.50  | $462.50   |
| 02/28/22   | BM  | 109 | Analysis regarding proposed loan to Broad Street entities.                                        | 1.30  | $1,072.50 |
|            |     |     | **TASK TOTAL 109**                                                                                | **3.10** | **$2,607.50** |
| **111 – AVOIDANCE ACTION LITIGATION** | | |                                                                            |       |           |
| 02/01/22   | GAK | 111 | Review proposed preference settlements and emails to A. Sherman regarding same.                   | 0.40  | $260.00   |
| 02/05/22   | GAK | 111 | Review Debtors' proposed preference settlement with Siemens and email A. Sherman regarding same.  | 0.10  | $65.00    |
| 02/10/22   | GAK | 111 | Review proposed settlement with Olympus and email A. Sherman regarding same.                      | 0.10  | $65.00    |
| 02/10/22   | GAK | 111 | Review Debtors' proposed settlement with FFF Enterprises and email A. Sherman regarding same.     | 0.10  | $65.00    |
| 02/10/22   | GAK | 111 | Review proposed preference settlement with Philips Electronics and email A. Sherman regarding same. | 0.10  | $65.00    |
| 02/11/22   | BM  | 111 | Analysis regarding proposed resolutions of avoidance actions.                                     | 0.70  | $577.50   |
| 02/17/22   | BM  | 111 | Analysis regarding proposed settlements of preference actions.                                    | 0.70  | $577.50   |

Sills Cummis & Gross P.C.

Creditors' Committee

March 24, 2022
Client/Matter No. 08650118.000001
Invoice: 2017765
Page 6

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 02/21/22 | GAK | 111 | | Deadline to Object to Preference Settlement with Nuance Communication and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/21/22 | GAK | 111 | | Review Debtors' proposed preference settlement with Fortec and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/25/22 | BM | 111 | | Analysis regarding proposed settlements of preference actions. | 0.80 | $660.00 |
| | | **TASK TOTAL 111** | | | **3.20** | **$2,465.00** |

**114 – RELIEF FROM STAY PROCEEDINGS**

|  |  |  |  |  | | |
|---|---|---|---|---|---|---|
| 02/01/22 | BM | 114 | | Analysis regarding confidential treatment of certain documents in the MBNF appellate record. | 0.70 | $577.50 |
| 02/03/22 | BM | 114 | | Analysis regarding MBNF's motion regarding sealing portions of record on appeal. | 0.40 | $330.00 |
| 02/10/22 | BM | 114 | | Analysis regarding proposed revisions of stipulation regarding sealing of appellate record in connection with MBNF appeal. | 0.60 | $495.00 |
| | | **TASK TOTAL 114** | | | **1.70** | **$1,402.50** |
| | | **TOTAL FEES at Standard Rates** | | | **65.00** | **$51,499.00** |
| | | **TOTAL FEES at Blended Rate of $625** | | | **65.00** | **$40,625.00** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 37.50 | $29,819.50 |
| | 102 | Asset Disposition | 0.90 | $742.50 |
| | 104 | Case Administration | 0.90 | $707.50 |
| | 105 | Claims Administration and Objections | 10.10 | $8,814.50 |
| | 107 | Fee/Employment Applications | 7.30 | $4,745.00 |

Sills Cummis & Gross P.C.

Creditors' Committee                                               March 24, 2022
                                                   Client/Matter No. 08650118.000001
                                                                  Invoice: 2017765
                                                                           Page 7

---

| | | | |
|---|---|---|---|
| 108 | Fee/Employment Objections | 0.30 | $195.00 |
| 109 | Financing | 3.10 | $2,607.50 |
| 111 | Avoidance Action Litigation | 3.20 | $2,465.00 |
| 114 | Relief from Stay Proceedings | 1.70 | $1,402.50 |
| | TOTAL FEES at Standard Rates | 65.00 | $51,499.00 |
| | TOTAL FEES at Blended Rate of $625 | 65.00 | $40,625.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 6.10 | x | $925.00 | = | $5,642.50 |
| Alan E. Sherman | 1.20 | x | $825.00 | = | $990.00 |
| Boris Mankovetskiy | 39.70 | x | $825.00 | = | $32,752.50 |
| Rachel E. Brennan | 9.20 | x | $695.00 | = | $6,394.00 |
| Gregory A. Kopacz | 8.80 | x | $650.00 | = | $5,720.00 |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $40,625.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$40,625.00*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$51,499.00**) and fees at *Blended Rate* of $625 (**$40,625.00**)** apply.

**includes paralegal fees at standard rates, if applicable