# EXHIBIT A

## SUMMARY OF BLENDED RATE

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 12 | $604.00 | $737.76 |
| Junior Partners | 3 | $494.00 | $499.87 |
| Counsel | 0 | $509.00 | $0.00 |
| Senior Associates | 2 | $363.00 | $371.66 |
| Junior Associates | 5 | $287.00 | $340.28 |
| Paralegal | 1 | $233.00 | $345.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $257.00 | $255.00 |
| **Aggregated:** | | **$480.00** | **$572.54** |