# EXHIBIT D

## EXPENSE SUMMARY

## Expense Summary

## For the Period from February 1, 2022 through February 28, 2022

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center | $455.30 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $7,302.20 |
| Filing Fee | United States District Court *(pro hac motions)* | $50.00 |
| Legal Research | Westlaw; Lexis | $11,927.72 |
| Outside Reproduction | Reliable Copy Service – DE | $3.31 |
| Overnight Delivery | Federal Express | $225.47 |
| Parking | Parkway Corp Centre Square | $28.00 |
| Search Fees | ATA Corporate Services, LLC *(name and UCC searches)* | $552.00 |
| **Total** | | **$20,544.00** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

2

| TRAVEL DETAIL |||||
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 01/06/22 | Parkway Corp. – Centre Square | (1) Jeffrey C. Hampton | Parking in Philadelphia for inspection at Hahnemann University Hospital | $28.00 |
| **TOTAL** |||| **$28.00** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2686162 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 03/30/22 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value | |
|---|---|---|---|---|
| 02/26/22 | Epiq Relativity eDiscovery Costs | | 7,302.20 | |
| | Total   Epiq Relativity eDiscovery Costs | | | 7,302.20 |
| 02/18/22 | Search Fees; VENDOR: ATA Corporate Services LLC; 02/17/22; Broad Street Healthcare Properties, LLC UCC Name Search and copy of UCC Financing Statements | | 184.00 | |
| 02/18/22 | Search Fees; VENDOR: ATA Corporate Services LLC; 02/17/22; Broad Street Healthcare Properties II, LLC UCC Name Search and copy of UCC Financing Statements | | 184.00 | |
| 02/18/22 | Search Fees; VENDOR: ATA Corporate Services LLC; 02/17/22; Broad Street Healthcare Properties III, LLC UCC Name Search and copy of UCC Financing Statements | | 184.00 | |
| | Total Search Fees UCC | | | 552.00 |
| 02/07/22 | Parking; VENDOR: Parkway Corp. Centre Square; 01/06/22; Parking for Jeffrey Hampton for Hahnemann site visit | | 28.00 | |
| | Total Parking | | | 28.00 |
| 02/17/22 | Filing Fees - - VENDOR: United States District Court, 1/11/22 fee for pro hac vice motion for Jeffrey Hampton and Adam Isenberg | | 50.00 | |
| | Total Filing Fees | | | 50.00 |
| 02/09/22 | Federal Express 01/28/2022 To: Marc Bouchacourt From: Mark Minuti | | 15.27 | |
| 02/09/22 | Federal Express 02/01/2022 To: Sharon R  Weil Chalker From: Mark Minuti | | 15.33 | |
| 02/09/22 | Federal Express 01/29/2022 To: Mark Minuti From: AD2 | | 17.40 | |
| 02/09/22 | Federal Express 01/19/2022 To: John  Sullivan From: Mark Minuti | | 23.23 | |
| 02/09/22 | Federal Express 02/01/2022 To: John Sullivan From: Mark Minuti | | 25.15 | |
| 02/09/22 | Federal Express 02/01/2022 To: Gayle Johnston From: Mark Minuti | | 25.15 | |
| 02/09/22 | Federal Express 01/28/2022 To: Karen Winnett From: Mark Minuti | | 29.81 | |
| 02/09/22 | Federal Express 02/01/2022 To: Lynda Banig From: Mark Minuti | | 29.94 | |
| 02/16/22 | Federal Express 02/04/2022 To: Telephysicians From: Mark Minuti | | 28.86 | |
| 02/24/22 | Federal Express 02/04/2022 To: Telephysicians From: Mark Minuti | | 15.33 | |
| | Total Federal Express | | | 225.47 |
| 02/02/22 | Outside Reproduction; VENDOR: Reliable Copy Service - DE;1/20/22 - Copying, postage and mailing of complaint, summons and certificate of service (Shades of Green) | | 3.31 | |
| | Total Outside Reproduction | | | 3.31 |

39862367.1.docx 04/04/2022

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2686162 | |
| 00002 | Expenses | Page 2 | |
| 03/30/22 | | | |
| 02/01/22 | Pacer Research VENDOR: Pacer Service Center; Quarterly access to Federal Court dockets and downloading pleadings Bank ID: 28 Ch | 455.30 | |
| | Total Pacer Research | | 455.30 |
| 02/23/22 | Lexis Legal Research | 98.51 | |
| 02/23/22 | Lexis Legal Research | 101.21 | |
| 02/01/22 | Westlaw Legal Research | 120.96 | |
| 02/02/22 | Westlaw Legal Research | 529.20 | |
| 02/03/22 | Westlaw Legal Research | 311.58 | |
| 02/03/22 | Westlaw Legal Research | 288.50 | |
| 02/04/22 | Westlaw Legal Research | 1,501.20 | |
| 02/07/22 | Westlaw Legal Research | 546.96 | |
| 02/07/22 | Westlaw Legal Research | 357.48 | |
| 02/07/22 | Westlaw Legal Research | 86.00 | |
| 02/08/22 | Westlaw Legal Research | 1,002.76 | |
| 02/09/22 | Westlaw Legal Research | 258.00 | |
| 02/09/22 | Westlaw Legal Research | 729.28 | |
| 02/09/22 | Westlaw Legal Research | 264.60 | |
| 02/09/22 | Westlaw Legal Research | 86.00 | |
| 02/10/22 | Westlaw Legal Research | 1,066.36 | |
| 02/10/22 | Westlaw Legal Research | 1,429.92 | |
| 02/10/22 | Westlaw Legal Research | 258.00 | |
| 02/11/22 | Westlaw Legal Research | 464.40 | |
| 02/15/22 | Westlaw Legal Research | 1,274.40 | |
| 02/16/22 | Westlaw Legal Research | 464.40 | |
| 02/17/22 | Westlaw Legal Research | 86.00 | |
| 02/18/22 | Westlaw Legal Research | 258.00 | |
| 02/21/22 | Westlaw Legal Research | 86.00 | |
| 02/22/22 | Westlaw Legal Research | 258.00 | |
| | Total Westlaw Legal Research | | 11,927.72 |
| | CURRENT EXPENSES | | 20,544.00 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 20,544.00 |