IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a:<br>HAHNEMANN UNIVERSITY<br>HOSPITAL, *et al.*,[1]<br>　　　　　Debtors | : Chapter 11<br>:<br>: Case No. 19-11466 (MFW)<br>:<br>: Jointly Administered<br>:<br>: **Hearing Date: May 18, 2022 at 10:30 a.m. (EST)**<br>: **Objection Deadline: April 25, 2022 at 4:00 p.m. (EST)** |

## NOTICE OF AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that the Movant, Robert Johnson and the Estate of Robert Johnson, by and through their attorney, Michael T. van der Veen, has filed a Motion for Relief from Automatic Stay under Section 362 of the Bankruptcy Code with the Court to pursue claims for personal injury to the extent of the liability insurance coverage.

A hearing on the Motion will be held on **May 18, 2022 at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath, Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

At the same time, you must also serve a copy of the response upon Movant's attorney:

Michael T. van der Veen, Esquire
van der Veen, Hartshorn and Levin
1219 Spruce Street
Philadelphia, PA 19107
Phone: (215) 546-1000
Fax: (215) 546-8529

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

VAN DER VEEN, HARTSHORN AND LEVIN

By:    /s/ Michael T. van der Veen
       Michael T. van der Veen, Esq.

By:    /s/ Daniel J. Devlin
       Daniel J. Devlin, Esq.

       1219 Spruce Street
       Philadelphia, PA 19107
       P: (215) 546-1000
       F: (215) 546-8529
       E: ddevlin@mtvlaw.com

Dated: 4/11/22