# EXHIBIT A

*Will No.*

**W0629-2022**



# LETTERS TESTAMENTARY

### REGISTER'S OFFICE
PHILADELPHIA COUNTY, PA

**Certificate of Grant of Letters**

ESTATE OF ... **Robert Johnson Jr** ...

Social Security No. ... **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** ...

WHEREAS, on the .3rd..... day of ....February...................................... .2022..., the last will of .Robert Johnson Jr............................................................................................ late of ................ .1525 N. 55th Street, Philadelphia, PA 19131........., who died on the .... 19th........ day of ..... June........

..2019......., was proved and admitted to probate, and

WHEREAS, a true copy of the will as probated in annexed hereto.

THEREFORE, I, **TRACEY L. GORDON**, Register for the Probate of Wills and Grant of Letters Testamentary and of Administration, in and for the County of Philadelphia, in the Commonwealth of Pennsylvania, hereby certify that I have granted Letters ....**Testamentary**......................................................... .............................................to ..........................................................................

**Terrence Wells and La-Tanya Wells**

who ha..**ve**..duly qualified as .. **Executors**...........

who ha..**ve**.. agreed to administer the estate according to law, all of which fully appear of record in the Office of the Register of Wills of Philadelphia County, Pennsylvania.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Philadelphia, the .3rd......day of. February.................................. .2022...........

*Deputy Register*

10-3# (Rev 10/99)

# Office of the Register of Wills of Philadelphia County, Pennsylvania

**File #: W0629-2022**

**Commonwealth of Pennsylvania**

**County of Philadelphia**

} ss.

I, **TRACEY L. GORDON**, Register for the Probate of Wills and Granting Letters of Administration in and for the County of Philadelphia, in the Commonwealth of Pennsylvania

DO HEREBY CERTIFY AND MAKE KNOWN That on the ___**3rd**___ day of ___**February**___

in the year of our Lord ___**2022**___ **LETTERS TESTAMENTARY**

on the Estate of ___**Robert Johnson Jr**___

Deceased, were granted unto ___**Terrence Wells and La-Tanya Wells**___

having first been qualified well and truly to administer the same. And I further certify that no revocation of said Letters appears of record.

Date of death ___**6/19/2019**___

Given under my hand and seal of office, this **3rd** day of ___**February**___, 20 **22**

_Deputy Register_

**NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL**

10-14 (Rev. 3/08)

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| CENTER CITY HEALTHCARE, LLC d/b/a: | : Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY | : Jointly Administered |
| HOSPITAL, *et al.,*[1] | : |
| Debtors | : |

## **O R D E R**

AND NOW, this _____ day of _____, 2022, upon consideration of Movant,
Robert Johnson and the Estate of Robert Johnson Jr.'s Amended Motion for Relief from Automatic
Stay, it is hereby ORDERED and DECREED that Movant, Robert Johnson and the Estate of Robert
Johnson Jr. is allowed to continue their litigation (Robert Johnson v. City of Philadelphia, *et al.*,
Philadelphia County Court of Common Pleas, Case ID. 190301405) against Debtor, Center City
Healthcare, LLC d/b/a Hahnemann University Hospital, through trial and judgment against the
proceeds of the insurance policy applicable to debtor, Center City Healthcare, LLC d/b/a
Hahnemann University Hospital.

BY THE COURT:

_____
J.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.