IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a:<br>HAHNEMANN UNIVERSITY<br>HOSPITAL, *et al.*,[1]<br>Debtors | : Chapter 11<br>:<br>: Case No. 19-11466 (MFW)<br>:<br>: Jointly Administered<br>: Related to Docket No. 3808<br>:<br>: **Hearing Date: May 18, 2022 at 10:30 a.m. (EST)**<br>: **Objection Deadline: April 25, 2022 at 4:00 p.m. (EST)** |

## NOTICE OF MOTION FOR RECONSIDERATION OF ORDER ENTERED ON MARCH 31, 2022 SUSTAINING DEBTORS' OBJECTIONS TO CLAIMS PURPORTEDLY FILED ON BEHALF OF DECEDENT ROBERT JOHNSON

**PLEASE TAKE NOTICE** that on April 11, 2022, the Movant, by and through their undersigned counsel, Motion for Reconsideration of the Order entered on March 31, 2022 sustaining Debtor's Objections to Claims Purportedly Filed on Behalf of Decedent Robert Johnson (the "Motion") with the Court.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before **April 25, 2022 at 4:00 p.m. (ET)** and served upon the undersigned counsel for the Movant. Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **May 18, 2022 at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath, Judge of the United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**VAN DER VEEN, HARTSHORN AND LEVIN**

By: /s/ Michael T. van der Veen
Michael T. van der Veen, Esq.

By: /s/ Daniel J. Devlin
Daniel J. Devlin, Esq.

1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
F: (215) 546-8529
E: ddevlin@mtvlaw.com
Attorneys for Movant

Dated: 4/11/22