# EXHIBIT A

Will No.

**W0629-2022**



# LETTERS TESTAMENTARY

**REGISTER'S OFFICE**
PHILADELPHIA COUNTY, PA

**Certificate of Grant of Letters**

ESTATE OF.....**Robert Johnson Jr**.........................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

Social Security No. .....**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**...............................

WHEREAS, on the **3rd**............ day of .....**February**...................................................... **2022**..., the last will of **Robert Johnson Jr**.......................................................................... late of.................... **1525 N. 55th Street, Philadelphia, PA 19131**............, who died on the..... **19th**........ day of.....**June**.................

.....**2019**......., was proved and admitted to probate, and

WHEREAS, a true copy of the will as probated in annexed hereto.

THEREFORE, I, **TRACEY L. GORDON**, Register for the Probate of Wills and Grant of Letters Testamentary and of Administration, in and for the County of Philadelphia, in the Commonwealth of Pennsylvania, hereby certify that I have granted Letters .....**Testamentary**......................................................................

.............................................................................. to ......................................................................................
**Terrence Wells and La-Tanya Wells**

...........................................................................................................

who ha..**ve**..duly qualified as ...**Executors**...........................

who ha..**ve**.. agreed to administer the estate according to law, all of which fully appear of record in the Office of the Register of Wills of Philadelphia County, Pennsylvania.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Philadelphia, the .**3rd**........day of..**February**...................................... **2022**..........

_Deputy Register_

10-38 (Rev 10/99)

# Office of the Register of Wills of Philadelphia County, Pennsylvania

**File #: W0629-2022**

**Commonwealth of Pennsylvania**

**County of Philadelphia**

} **ss.**

I, **TRACEY L. GORDON**, Register for the Probate of Wills and Granting Letters of Administration in and for the County of Philadelphia, in the Commonwealth of Pennsylvania

DO HEREBY CERTIFY AND MAKE KNOWN That on the ___**3rd**___ day of **February** _____

in the year of our Lord___**2022**_____ **LETTERS TESTAMENTARY** _____

on the Estate of __**Robert Johnson Jr**_____

Deceased, were granted unto __**Terrence Wells and La-Tanya Wells**_____

having first been qualified well and truly to administer the same. And I further certify that no revocation of said Letters appears of record.

Date of death ____**6/19/2019**_____

Given under my hand and seal of office, this __**3rd**___ day of **February** _____, 20 **22** ___

*Deputy Register*

**NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL**

10-14 (Rev. 3/08)

# EXHIBIT B

**VAN DER VEEN, HARTSHORN & LEVIN**
BY:    Michael T. van der Veen
       ID No. 75616
       1219 Spruce Street
       Philadelphia, PA 19107
       P: (215) 546-1000
       F: (215) 546-8529

Filed and Attested by the
Office of Judicial Records
06 APR 2022 10:16 am
A. STAMATO

**ATTORNEY FOR PLAINTIFF**

| | | |
|---|---|---|
| **ROBERT JOHNSON** | : | **COURT OF COMMON PLEAS** |
| Plaintiff, | : | **PHILADELPHIA COUNTY** |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **PHILADELPHIA DEPARTMENT OF** | : | |
| **PRISONS, HAHNEMANN** | : | |
| **UNIVERSITY HOSPITAL and** | : | |
| **NAZARETH HOSPITAL** | : | **NO.:   190301405** |
| Defendant. | : | |
| | : | |

## SUGGESTION OF DEATH

***TO THE PROTHONOTARY:***

The death of Robert Johnson, a party to the above action, during the pendency of this action is noted upon the record.

**VAN DER VEEN, HARTSHORN & LEVIN**

By:    */s/ Michael T. van der Veen*
       Michael T. van der Veen, Esquire
       Attorney for Plaintiff

Date:  4/6/2022

Case ID: 190301405

# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| | : Case No. 19-11466 (MFW) |
| CENTER CITY HEALTHCARE, LLC d/b/a: | |
| HAHNEMANN UNIVERSITY | : Jointly Administered |
| HOSPITAL, *et al.*,[1] | : Related to Docket No. 3808 |
| Debtors | : |

# ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the within

Motion for Reconsideration, and any response thereto, it is hereby ORDERED and DECREED that

the Motion is GRANTED. The Order entered in this matter on March 31, 2022 (Docket No. 3808)

is hereby VACATED and the claims set forth therein are allowed in their entirety. The Claims

Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in

accordance with the terms of this Order.

BY THE COURT:

_____
                                                                                    J.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.