# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) Re: Docket No. 3617 |

### CERTIFICATE OF NO OBJECTION REGARDING FIRST AND FINAL APPLICATION OF CROSS & SIMON, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD OF AUGUST 3, 2021 THROUGH FEBRUARY 18, 2022

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *First and Final Application of Cross & Simon, LLC for Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period of August 3, 2021 through February 18, 2022* [Docket No. 3617] (the "Application") filed on February 21, 2022. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than April 11, 2022 at 4:00 p.m.

It is hereby respectfully requested that a final order approving the Application be entered at the earliest convenience of the Court.

2

Dated: April 12, 2022                    **CROSS & SIMON LLC**

*/s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington Delaware, 19801
 (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Special Counsel to the Debtors*
