# Exhibit A

**MEDTRONIC USA INC**
**aka MEDTRONIC XOMED**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | Check | 32377 | $ 114,940 | 4/1/2019 | 253613082 | 10/17/2018 | 150 | |
| Center City Healthcare, LLC | | 32377 | | | 612721323 | 10/15/2018 | 5,569 | |
| Center City Healthcare, LLC | | 32377 | | | 2539422035 | 10/5/2018 | 14,685 | |
| Center City Healthcare, LLC | | 32377 | | | 2539443483 | 10/8/2018 | 14,685 | |
| Center City Healthcare, LLC | | 32377 | | | 2539443495 | 10/8/2018 | 2,707 | |
| Center City Healthcare, LLC | | 32377 | | | 2539468642 | 10/9/2018 | 4,645 | |
| Center City Healthcare, LLC | | 32377 | | | 2539492093 | 10/10/2018 | 1,102 | |
| Center City Healthcare, LLC | | 32377 | | | 2539492105 | 10/10/2018 | 17,882 | |
| Center City Healthcare, LLC | | 32377 | | | 2539492117 | 10/10/2018 | 1,215 | |
| Center City Healthcare, LLC | | 32377 | | | 2539517165 | 10/11/2018 | 584 | |
| Center City Healthcare, LLC | | 32377 | | | 2539517170 | 10/11/2018 | 896 | |
| Center City Healthcare, LLC | | 32377 | | | 2539517173 | 10/11/2018 | 268 | |
| Center City Healthcare, LLC | | 32377 | | | 2539517179 | 10/11/2018 | 24,613 | |
| Center City Healthcare, LLC | | 32377 | | | 2539517186 | 10/11/2018 | 625 | |
| Center City Healthcare, LLC | | 32377 | | | 2539517208 | 10/11/2018 | 1,145 | |
| Center City Healthcare, LLC | | 32377 | | | 2539517218 | 10/11/2018 | 2,142 | |
| Center City Healthcare, LLC | | 32377 | | | 2539564139 | 10/15/2018 | 240 | |
| Center City Healthcare, LLC | | 32377 | | | 2539564153 | 10/15/2018 | 18,166 | |
| Center City Healthcare, LLC | | 32377 | | | 2539587365 | 10/16/2018 | 625 | |
| Center City Healthcare, LLC | | 32377 | | | 2539587376 | 10/16/2018 | 625 | |
| Center City Healthcare, LLC | | 32377 | | | 2539587387 | 10/16/2018 | 1,600 | |
| Center City Healthcare, LLC | | 32377 | | | 2539587413 | 10/16/2018 | 170 | |
| Center City Healthcare, LLC | | 32377 | | | 2539587425 | 10/16/2018 | 252 | |
| Center City Healthcare, LLC | | 32377 | | | 2539613074 | 10/17/2018 | 150 | |
| Center City Healthcare, LLC | | 32377 | | | 2539613089 | 10/17/2018 | 201 | |
| St. Christopher's Healthcare, LLC | Check | 32569 | 29,616 | 4/1/2019 | 2540407966 | 12/5/2018 | 15,885 | |
| St. Christopher's Healthcare, LLC | | 32569 | | | 2540546401 | 12/13/2018 | 647 | |
| St. Christopher's Healthcare, LLC | | 32569 | | | 2540617567 | 12/18/2018 | 456 | |
| St. Christopher's Healthcare, LLC | | 32569 | | | 2540667526 | 12/20/2018 | 5,195 | |
| St. Christopher's Healthcare, LLC | | 32569 | | | 2540692858 | 12/21/2018 | 3,896 | |
| St. Christopher's Healthcare, LLC | | 32569 | | | 2540764895 | 12/28/2018 | 3,536 | |
| St. Christopher's Healthcare, LLC | Check | 33001 | 10,590 | 4/17/2019 | 2540195634 | 11/20/2018 | 10,590 | |
| Center City Healthcare, LLC | Check | 33160 | 132,315 | 4/24/2019 | 2539775855 | 10/25/2018 | 9,290 | |
| Center City Healthcare, LLC | | 33160 | | | 2539808239 | 10/26/2018 | 123,025 | |
| St. Christopher's Healthcare, LLC | Check | 33161 | 5,402 | 4/24/2019 | 2540821405 | 1/3/2019 | 2,094 | |
| St. Christopher's Healthcare, LLC | | 33161 | | | 2540845044 | 1/4/2019 | 608 | |
| St. Christopher's Healthcare, LLC | | 33161 | | | 2540870406 | 1/7/2019 | 2,700 | |
| Center City Healthcare, LLC | | 33813 | | | 612831296 | 11/8/2018 | 5,910 | |
| Center City Healthcare, LLC | | 33813 | | | 612904546 | 11/28/2018 | 347 | |
| Center City Healthcare, LLC | Check | 33813 | 120,106 | 4/25/2019 | 2539880845 | 10/31/2018 | 10,756 | |
| Center City Healthcare, LLC | | 33813 | | | 2539962699 | 11/6/2018 | 588 | |
| Center City Healthcare, LLC | | 33813 | | | 2539962705 | 11/6/2018 | 588 | |
| Center City Healthcare, LLC | | 33813 | | | 2539962710 | 11/6/2018 | 196 | |
| Center City Healthcare, LLC | | 33813 | | | 2539962719 | 11/6/2018 | 6,238 | |
| Center City Healthcare, LLC | | 33813 | | | 2539989228 | 11/7/2018 | 9,290 | |
| Center City Healthcare, LLC | | 33813 | | | 2540009857 | 11/8/2018 | 1,145 | |
| Center City Healthcare, LLC | | 33813 | | | 2540052321 | 11/12/2018 | 1,156 | |
| Center City Healthcare, LLC | | 33813 | | | 2540052327 | 11/12/2018 | 649 | |
| Center City Healthcare, LLC | | 33813 | | | 2540073743 | 11/13/2018 | 6,588 | |
| Center City Healthcare, LLC | | 33813 | | | 2540073753 | 11/13/2018 | 274 | |
| Center City Healthcare, LLC | | 33813 | | | 2540073758 | 11/13/2018 | 7,110 | |
| Center City Healthcare, LLC | | 33813 | | | 2540073766 | 11/13/2018 | 800 | |
| Center City Healthcare, LLC | | 33813 | | | 2540073773 | 11/13/2018 | 13,935 | |
| Center City Healthcare, LLC | | 33813 | | | 2540119033 | 11/15/2018 | 1,102 | |
| Center City Healthcare, LLC | | 33813 | | | 2540141450 | 11/16/2018 | 608 | |
| Center City Healthcare, LLC | | 33813 | | | 2540141457 | 11/16/2018 | 5,370 | |
| Center City Healthcare, LLC | | 33813 | | | 2540163777 | 11/19/2018 | 646 | |
| Center City Healthcare, LLC | | 33813 | | | 2540163787 | 11/19/2018 | 273 | |

**MEDTRONIC USA INC**
**aka MEDTRONIC XOMED**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | 33813 | | | 2540163797 | 11/19/2018 | 896 | |
| Center City Healthcare, LLC | | 33813 | | | 2540163809 | 11/19/2018 | 211 | |
| Center City Healthcare, LLC | | 33813 | | | 2540187544 | 11/20/2018 | 6,736 | |
| Center City Healthcare, LLC | | 33813 | | | 2540187551 | 11/20/2018 | 819 | |
| Center City Healthcare, LLC | | 33813 | | | 2540212538 | 11/21/2018 | 210 | |
| Center City Healthcare, LLC | | 33813 | | | 2540212551 | 11/21/2018 | 2,228 | |
| Center City Healthcare, LLC | | 33813 | | | 2540238681 | 11/26/2018 | 150 | |
| Center City Healthcare, LLC | | 33813 | | | 2540238693 | 11/26/2018 | 210 | |
| Center City Healthcare, LLC | | 33813 | | | 2540238703 | 11/26/2018 | 365 | |
| Center City Healthcare, LLC | | 33813 | | | 2540260403 | 11/27/2018 | 2,430 | |
| Center City Healthcare, LLC | | 33813 | | | 2540260427 | 11/27/2018 | 545 | |
| Center City Healthcare, LLC | | 33813 | | | 2540260433 | 11/27/2018 | 140 | |
| Center City Healthcare, LLC | | 33813 | | | 2540260437 | 11/27/2018 | 383 | |
| Center City Healthcare, LLC | | 33813 | | | 2540260442 | 11/27/2018 | 400 | |
| Center City Healthcare, LLC | | 33813 | | | 2540284175 | 11/28/2018 | 557 | |
| Center City Healthcare, LLC | | 33813 | | | 2540284183 | 11/28/2018 | 399 | |
| Center City Healthcare, LLC | | 33813 | | | 2540284194 | 11/28/2018 | 227 | |
| Center City Healthcare, LLC | | 33813 | | | 2540284203 | 11/28/2018 | 285 | |
| Center City Healthcare, LLC | | 33813 | | | 2540307081 | 11/29/2018 | 1,236 | |
| Center City Healthcare, LLC | | 33813 | | | 2540329885 | 11/30/2018 | 827 | |
| Center City Healthcare, LLC | | 33813 | | | 2540329898 | 11/30/2018 | 150 | |
| Center City Healthcare, LLC | | 33813 | | | 2540329909 | 11/30/2018 | 553 | |
| Center City Healthcare, LLC | | 33813 | | | 2540352143 | 12/3/2018 | 2,290 | |
| Center City Healthcare, LLC | | 33813 | | | 2540352157 | 12/3/2018 | 1,431 | |
| Center City Healthcare, LLC | | 33813 | | | 2540377771 | 12/4/2018 | 388 | |
| Center City Healthcare, LLC | | 33813 | | | 2540377779 | 12/4/2018 | 3,555 | |
| Center City Healthcare, LLC | | 33813 | | | 2540377786 | 12/4/2018 | 560 | |
| Center City Healthcare, LLC | | 33813 | | | 2540400887 | 12/5/2018 | 18,145 | |
| Center City Healthcare, LLC | | 33813 | | | 6129095381 | 11/29/2018 | 212 | |
| St. Christopher's Healthcare, LLC | Check | 33964 | 8,545 | 05/06/2019 | 2540870419 | 1/7/2019 | 2,142 | |
| St. Christopher's Healthcare, LLC | | 33964 | | | 2540916671 | 1/9/2019 | 219 | |
| St. Christopher's Healthcare, LLC | | 33964 | | | 2540942465 | 1/10/2019 | 916 | |
| St. Christopher's Healthcare, LLC | | 33964 | | | 2540968235 | 1/11/2019 | 475 | |
| St. Christopher's Healthcare, LLC | | 33964 | | | 2541041927 | 1/16/2019 | 1,577 | |
| St. Christopher's Healthcare, LLC | | 33964 | | | 2541089258 | 1/18/2019 | 317 | |
| St. Christopher's Healthcare, LLC | | 33964 | | | 2541138693 | 1/22/2019 | 834 | |
| St. Christopher's Healthcare, LLC | | 33964 | | | 2541138705 | 1/22/2019 | 243 | |
| St. Christopher's Healthcare, LLC | | 33964 | | | 2541222624 | 1/25/2019 | 625 | |
| St. Christopher's Healthcare, LLC | | 33964 | | | 2541290727 | 1/30/2019 | 281 | |
| St. Christopher's Healthcare, LLC | | 33964 | | | 2541309405 | 1/31/2019 | 916 | |
| Center City Healthcare, LLC | | 34047 | | | 22799 | 12/11/2018 | (8,448) | |
| Center City Healthcare, LLC | | 34047 | | | 612954676 | 12/11/2018 | 3,805 | |
| Center City Healthcare, LLC | | 34047 | | | 612954683 | 12/11/2018 | 3,805 | |
| Center City Healthcare, LLC | | 34047 | | | 612963038 | 12/12/2018 | 3,810 | |
| Center City Healthcare, LLC | | 34047 | | | 612986725 | 12/18/2018 | 3,805 | |
| Center City Healthcare, LLC | Check | 34047 | 105,625 | 05/06/2019 | 2540400916 | 12/5/2018 | 13,935 | |
| Center City Healthcare, LLC | | 34047 | | | 2540400932 | 12/5/2018 | 5,040 | |
| Center City Healthcare, LLC | | 34047 | | | 2540400952 | 12/5/2018 | 13,350 | |
| Center City Healthcare, LLC | | 34047 | | | 2540424196 | 12/6/2018 | 347 | |
| Center City Healthcare, LLC | | 34047 | | | 2540424208 | 12/6/2018 | 514 | |
| Center City Healthcare, LLC | | 34047 | | | 2540469713 | 12/10/2018 | 1,395 | |
| Center City Healthcare, LLC | | 34047 | | | 2540469724 | 12/10/2018 | 6,776 | |
| Center City Healthcare, LLC | | 34047 | | | 2540469736 | 12/10/2018 | 223 | |
| Center City Healthcare, LLC | | 34047 | | | 2540469744 | 12/10/2018 | 150 | |
| Center City Healthcare, LLC | | 34047 | | | 2540469758 | 12/10/2018 | 920 | |
| Center City Healthcare, LLC | | 34047 | | | 2540493505 | 12/11/2018 | 1,145 | |
| Center City Healthcare, LLC | | 34047 | | | 2540493520 | 12/11/2018 | 261 | |
| Center City Healthcare, LLC | | 34047 | | | 2540493535 | 12/11/2018 | 9,290 | |

**MEDTRONIC USA INC**
**aka MEDTRONIC XOMED**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | 34047 | | | 2540493548 | 12/11/2018 | 144 | |
| Center City Healthcare, LLC | | 34047 | | | 2540493561 | 12/11/2018 | 140 | |
| Center City Healthcare, LLC | | 34047 | | | 2540493572 | 12/11/2018 | 255 | |
| Center City Healthcare, LLC | | 34047 | | | 2540493583 | 12/11/2018 | 1,084 | |
| Center City Healthcare, LLC | | 34047 | | | 2540517873 | 12/12/2018 | 1,279 | |
| Center City Healthcare, LLC | | 34047 | | | 2540517880 | 12/12/2018 | 280 | |
| Center City Healthcare, LLC | | 34047 | | | 2540517890 | 12/13/2018 | 960 | |
| Center City Healthcare, LLC | | 34047 | | | 2540540820 | 12/13/2018 | 102 | |
| Center City Healthcare, LLC | | 34047 | | | 2540540825 | 12/13/2018 | 294 | |
| Center City Healthcare, LLC | | 34047 | | | 2540540832 | 12/13/2018 | 1,514 | |
| Center City Healthcare, LLC | | 34047 | | | 2540563919 | 12/14/2018 | 300 | |
| Center City Healthcare, LLC | | 34047 | | | 2540563928 | 12/14/2018 | 150 | |
| Center City Healthcare, LLC | | 34047 | | | 2540563947 | 12/14/2018 | 960 | |
| Center City Healthcare, LLC | | 34047 | | | 2540563958 | 12/14/2018 | 530 | |
| Center City Healthcare, LLC | | 34047 | | | 2540563971 | 12/14/2018 | 1,049 | |
| Center City Healthcare, LLC | | 34047 | | | 2540611787 | 12/18/2018 | 1,215 | |
| Center City Healthcare, LLC | | 34047 | | | 2540611799 | 12/18/2018 | 1,274 | |
| Center City Healthcare, LLC | | 34047 | | | 2540611824 | 12/18/2018 | 1,145 | |
| Center City Healthcare, LLC | | 34047 | | | 2540636830 | 12/19/2018 | 1,102 | |
| Center City Healthcare, LLC | | 34047 | | | 2540636840 | 12/19/2018 | 625 | |
| Center City Healthcare, LLC | | 34047 | | | 2540662493 | 12/20/2018 | 613 | |
| Center City Healthcare, LLC | | 34047 | | | 2540662499 | 12/20/2018 | 299 | |
| Center City Healthcare, LLC | | 34047 | | | 2540662504 | 12/20/2018 | 430 | |
| Center City Healthcare, LLC | | 34047 | | | 2540662509 | 12/20/2018 | 714 | |
| Center City Healthcare, LLC | | 34047 | | | 2540717200 | 12/26/2018 | 12,950 | |
| Center City Healthcare, LLC | | 34047 | | | 2540717209 | 12/26/2018 | 6,670 | |
| Center City Healthcare, LLC | | 34047 | | | 2540717219 | 12/26/2018 | 1,456 | |
| Center City Healthcare, LLC | | 34047 | | | 2540738567 | 12/27/2018 | 2,458 | |
| Center City Healthcare, LLC | | 34047 | | | 2540738576 | 12/27/2018 | 2,430 | |
| Center City Healthcare, LLC | | 34047 | | | 2540738585 | 12/27/2018 | 98 | |
| Center City Healthcare, LLC | | 34047 | | | 2540760125 | 12/28/2018 | 1,490 | |
| Center City Healthcare, LLC | | 34047 | | | 2540760131 | 12/28/2018 | 1,490 | |
| Center City Healthcare, LLC | Wire | WT FED#04027 | 140,055 | 5/8/2019 | 27730144 | 3/13/2019 | 1,069 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 613152221 | 1/29/2019 | 11,820 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2540738555 | 12/27/2018 | 17,940 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541304211 | 1/31/2019 | 5,040 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541304221 | 1/31/2019 | 18,580 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541434354 | 2/8/2019 | 150 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541434361 | 2/8/2019 | 176 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541455779 | 2/11/2019 | 388 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541455800 | 2/11/2019 | 3,645 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541478072 | 2/12/2019 | 915 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541501321 | 2/13/2019 | 827 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541521329 | 2/14/2019 | 867 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541521337 | 2/14/2019 | 4,907 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541586045 | 2/19/2019 | 144 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541606456 | 2/20/2019 | 260 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541606464 | 2/20/2019 | 551 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541606470 | 2/20/2019 | 738 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541606482 | 2/20/2019 | 1,589 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541628970 | 2/21/2019 | 14,356 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541629010 | 2/21/2019 | 292 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541629027 | 2/21/2019 | 827 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541651531 | 2/22/2019 | 388 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541674281 | 2/25/2019 | 372 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541674293 | 2/25/2019 | 606 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541696201 | 2/26/2019 | 753 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541696227 | 2/26/2019 | 150 | |

**MEDTRONIC USA INC**
**aka MEDTRONIC XOMED**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541743106 | 2/28/2019 | 347 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541764216 | 3/1/2019 | 694 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541784272 | 3/4/2019 | 1,440 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541784283 | 3/4/2019 | 335 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541784374 | 3/4/2019 | 8,126 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541784401 | 3/4/2019 | 5,040 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541837291 | 3/6/2019 | 918 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541837305 | 3/6/2019 | 1,215 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541837329 | 3/6/2019 | 400 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541837342 | 3/6/2019 | 490 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541860360 | 3/7/2019 | 430 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541926789 | 3/12/2019 | 722 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541950724 | 3/13/2019 | 9,290 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541950742 | 3/13/2019 | 360 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541998220 | 3/15/2019 | 15,985 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541998243 | 3/15/2019 | 686 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2541998254 | 3/15/2019 | 1,490 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2542023041 | 3/18/2019 | 1,102 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2542048284 | 3/19/2019 | 1,249 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2542048309 | 3/19/2019 | 896 | |
| Center City Healthcare, LLC | | WT FED#04027 | | 5/8/2019 | 2542048328 | 3/19/2019 | 1,490 | |
| Center City Healthcare, LLC | Check | 34626 | 101,768 | 05/15/2019 | 613298932 | 3/6/2019 | 5,910 | |
| Center City Healthcare, LLC | | 34626 | | | 2541926801 | 3/12/2019 | 15,950 | |
| Center City Healthcare, LLC | | 34626 | | | 2542073428 | 3/20/2019 | 776 | |
| Center City Healthcare, LLC | | 34626 | | | 2542073450 | 3/20/2019 | 6,588 | |
| Center City Healthcare, LLC | | 34626 | | | 2542073459 | 3/20/2019 | 9,990 | |
| Center City Healthcare, LLC | | 34626 | | | 2542139998 | 3/25/2019 | 6,588 | |
| Center City Healthcare, LLC | | 34626 | | | 2542140006 | 3/25/2019 | 4,981 | |
| Center City Healthcare, LLC | | 34626 | | | 2542140013 | 3/25/2019 | 150 | |
| Center City Healthcare, LLC | | 34626 | | | 2542166303 | 3/26/2019 | 300 | |
| Center City Healthcare, LLC | | 34626 | | | 2542188629 | 3/27/2019 | 140 | |
| Center City Healthcare, LLC | | 34626 | | | 2542188641 | 3/27/2019 | 1,325 | |
| Center City Healthcare, LLC | | 34626 | | | 2542188649 | 3/27/2019 | 688 | |
| Center City Healthcare, LLC | | 34626 | | | 2542211510 | 3/28/2019 | 150 | |
| Center City Healthcare, LLC | | 34626 | | | 2542211525 | 3/28/2019 | 228 | |
| Center City Healthcare, LLC | | 34626 | | | 2542211537 | 3/28/2019 | 772 | |
| Center City Healthcare, LLC | | 34626 | | | 2542211547 | 3/28/2019 | 228 | |
| Center City Healthcare, LLC | | 34626 | | | 2542234883 | 3/29/2019 | 1,215 | |
| Center City Healthcare, LLC | | 34626 | | | 2542234896 | 3/29/2019 | 3,335 | |
| Center City Healthcare, LLC | | 34626 | | | 2542234924 | 3/29/2019 | 1,212 | |
| Center City Healthcare, LLC | | 34626 | | | 2542234935 | 3/29/2019 | 6,500 | |
| Center City Healthcare, LLC | | 34626 | | | 2542312468 | 4/3/2019 | 15,009 | |
| Center City Healthcare, LLC | | 34626 | | | 2542312480 | 4/3/2019 | 166 | |
| Center City Healthcare, LLC | | 34626 | | | 2542312492 | 4/3/2019 | 17,848 | |
| Center City Healthcare, LLC | | 34626 | | | 2542312504 | 4/3/2019 | 229 | |
| Center City Healthcare, LLC | | 34626 | | | 2542339015 | 4/4/2019 | 1,490 | |
| Center City Healthcare, LLC | | 34910 | | | 612800864 | 11/1/2018 | 5,910 | |
| Center City Healthcare, LLC | | 34910 | | | 612981881 | 12/17/2018 | 1,125 | |
| Center City Healthcare, LLC | | 34910 | | | 613152221 | 1/29/2019 | 11,820 | (A) |
| St. Christopher's Healthcare, LLC | Check | 34518 | 38,916 | 05/20/2019 | 2541330727 | 2/1/2019 | 2,700 | |
| St. Christopher's Healthcare, LLC | | 34518 | | | 2541330736 | 2/1/2019 | 1,350 | |
| St. Christopher's Healthcare, LLC | | 34518 | | | 2541353244 | 2/4/2019 | 1,536 | |
| St. Christopher's Healthcare, LLC | | 34518 | | | 2541372644 | 2/5/2019 | 255 | |
| St. Christopher's Healthcare, LLC | | 34518 | | | 2541482592 | 2/12/2019 | 317 | |
| St. Christopher's Healthcare, LLC | | 34518 | | | 2541505531 | 2/13/2019 | 5,043 | |
| St. Christopher's Healthcare, LLC | | 34518 | | | 2541505540 | 2/13/2019 | 284 | |
| St. Christopher's Healthcare, LLC | | 34518 | | | 613219806A | 2/15/2019 | 27,433 | |
| Center City Healthcare, LLC | Check | 34910 | 145,515 | 05/22/2019 | 2539541076 | 10/12/2018 | 14,356 | |

**MEDTRONIC USA INC**
**aka MEDTRONIC XOMED**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | 34910 | | | 2539564097 | 10/15/2018 | 1,151 | |
| Center City Healthcare, LLC | | 34910 | | | 2539564107 | 10/15/2018 | 7,110 | |
| Center City Healthcare, LLC | | 34910 | | | 2539564124 | 10/15/2018 | 27,730 | |
| Center City Healthcare, LLC | | 34910 | | | 2539748441 | 10/24/2018 | 545 | |
| Center City Healthcare, LLC | | 34910 | | | 2539858465 | 10/30/2018 | 1,290 | |
| Center City Healthcare, LLC | | 34910 | | | 2539858474 | 10/30/2018 | 625 | |
| Center City Healthcare, LLC | | 34910 | | | 2539903354 | 11/1/2018 | 6,600 | |
| Center City Healthcare, LLC | | 34910 | | | 2539924155 | 11/2/2018 | 1,072 | |
| Center City Healthcare, LLC | | 34910 | | | 2539924159 | 11/2/2018 | 6,500 | |
| Center City Healthcare, LLC | | 34910 | | | 2539962661 | 11/6/2018 | 1,640 | |
| Center City Healthcare, LLC | | 34910 | | | 2539962671 | 11/6/2018 | 5,040 | |
| Center City Healthcare, LLC | | 34910 | | | 2540052331 | 5/14/2019 | (1,131) | |
| Center City Healthcare, LLC | | 34910 | | | 2540260414 | 11/27/2018 | 2,430 | |
| Center City Healthcare, LLC | | 34910 | | | 2540352149 | 12/3/2018 | 417 | |
| Center City Healthcare, LLC | | 34910 | | | 2540400875 | 12/5/2018 | 173 | |
| Center City Healthcare, LLC | | 34910 | | | 2540400900 | 12/5/2018 | 1,442 | |
| Center City Healthcare, LLC | | 34910 | | | 2540400924 | 12/5/2018 | 252 | |
| Center City Healthcare, LLC | | 34910 | | | 2540446046 | 12/7/2018 | 545 | |
| Center City Healthcare, LLC | | 34910 | | | 2540469750 | 12/10/2018 | 1,490 | |
| Center City Healthcare, LLC | | 34910 | | | 2540586981 | 12/17/2018 | 384 | |
| Center City Healthcare, LLC | | 34910 | | | 2540611774 | 12/18/2018 | 3,555 | |
| Center City Healthcare, LLC | | 34910 | | | 2540611813 | 12/18/2018 | 290 | |
| Center City Healthcare, LLC | | 34910 | | | 2540636820 | 12/19/2018 | 280 | |
| Center City Healthcare, LLC | | 34910 | | | 2540738555 | 12/27/2018 | 17,940 | (A) |
| Center City Healthcare, LLC | | 34910 | | | 2541304211 | 1/31/2019 | 5,040 | (A) |
| Center City Healthcare, LLC | | 34910 | | | 2541304221 | 1/31/2019 | 18,580 | (A) |
| Center City Healthcare, LLC | | 34910 | | | 2542658946 | 4/22/2019 | 280 | |
| Center City Healthcare, LLC | | 34910 | | | 2542658974 | 4/22/2019 | 300 | |
| Center City Healthcare, LLC | | 34910 | | | 2542658987 | 4/22/2019 | 413 | |
| Center City Healthcare, LLC | | 34910 | | | 2542659039 | 4/22/2019 | 321 | |
| Center City Healthcare, LLC | | 35138 | | | 27730144 | 3/13/2019 | 1,069 | (A) |
| Center City Healthcare, LLC | Check | 35138 | 149,015 | 05/30/2019 | 2539492139 | 10/10/2018 | 21,773 | |
| Center City Healthcare, LLC | | 35138 | | | 2539748508 | 10/24/2018 | 5,040 | |
| Center City Healthcare, LLC | | 35138 | | | 2539858457 | 10/30/2018 | 1,270 | |
| Center City Healthcare, LLC | | 35138 | | | 2540260422 | 11/27/2018 | 212 | |
| Center City Healthcare, LLC | | 35138 | | | 2540400942 | 12/5/2018 | 809 | |
| Center City Healthcare, LLC | | 35138 | | | 2540686019 | 12/21/2018 | 12,950 | |
| Center City Healthcare, LLC | | 35138 | | | 2541434354 | 2/8/2019 | 150 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541434361 | 2/8/2019 | 176 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541455779 | 2/11/2019 | 388 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541455800 | 2/11/2019 | 3,645 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541478072 | 2/12/2019 | 915 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541501321 | 2/13/2019 | 827 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541521329 | 2/14/2019 | 867 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541521337 | 2/14/2019 | 4,907 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541586045 | 2/19/2019 | 144 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541606456 | 2/20/2019 | 260 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541606464 | 2/20/2019 | 551 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541606470 | 2/20/2019 | 738 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541606482 | 2/20/2019 | 1,589 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541628970 | 2/21/2019 | 14,356 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541629010 | 2/21/2019 | 292 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541629027 | 2/21/2019 | 827 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541651531 | 2/22/2019 | 388 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541674281 | 2/25/2019 | 372 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541674293 | 2/25/2019 | 606 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541696201 | 2/26/2019 | 753 | (A) |
| Center City Healthcare, LLC | | 35138 | | | 2541696227 | 2/26/2019 | 150 | (A) |

**MEDTRONIC USA INC**
**aka MEDTRONIC XOMED**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC |  | 35138 |  |  | 2541743106 | 2/28/2019 | 347 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541764216 | 3/1/2019 | 694 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541784272 | 3/4/2019 | 1,440 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541784283 | 3/4/2019 | 335 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541784374 | 3/4/2019 | 8,126 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541784401 | 3/4/2019 | 5,040 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541837291 | 3/6/2019 | 918 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541837305 | 3/6/2019 | 1,215 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541837329 | 3/6/2019 | 400 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541837342 | 3/6/2019 | 490 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541860360 | 3/7/2019 | 430 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541926789 | 3/12/2019 | 722 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541950724 | 3/13/2019 | 9,290 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541950742 | 3/13/2019 | 360 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541998220 | 3/15/2019 | 15,985 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541998243 | 3/15/2019 | 686 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2541998254 | 3/15/2019 | 1,490 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2542023041 | 3/18/2019 | 1,102 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2542048284 | 3/19/2019 | 1,249 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2542048309 | 3/19/2019 | 896 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2542048328 | 3/19/2019 | 1,490 | (A) |
| Center City Healthcare, LLC |  | 35138 |  |  | 2542339034 | 4/4/2019 | 135 |  |
| Center City Healthcare, LLC |  | 35138 |  |  | 2542362819 | 4/5/2019 | 1,389 |  |
| Center City Healthcare, LLC |  | 35138 |  |  | 2542362828 | 4/5/2019 | 1,215 |  |
| Center City Healthcare, LLC |  | 35138 |  |  | 2542387143 | 4/8/2019 | 413 |  |
| Center City Healthcare, LLC |  | 35138 |  |  | 2542387166 | 4/8/2019 | 1,258 |  |
| Center City Healthcare, LLC |  | 35138 |  |  | 2542412900 | 4/9/2019 | 9,290 |  |
| Center City Healthcare, LLC |  | 35138 |  |  | 2542823334 | 4/30/2019 | 6,588 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 613434611 | 4/9/2019 | 5,300 |  |
| Center City Healthcare, LLC | Check | 35398 | 143,337 | 06/06/2019 | 2539880767 | 10/31/2018 | 770 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2541586060 | 2/19/2019 | 214 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542412915 | 4/9/2019 | 150 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542441102 | 4/10/2019 | 1,290 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542441118 | 4/10/2019 | 9,990 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542469846 | 4/11/2019 | 1,221 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542469855 | 4/11/2019 | 20,150 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542524168 | 4/15/2019 | 1,249 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542524182 | 4/15/2019 | 1,290 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542524198 | 4/15/2019 | 827 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542524225 | 4/15/2019 | 154 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542524238 | 4/15/2019 | 1,537 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542551389 | 4/16/2019 | 9,990 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542551400 | 4/16/2019 | 882 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542580834 | 4/17/2019 | 598 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542687903 | 4/23/2019 | 390 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542687931 | 4/23/2019 | 392 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542746426 | 4/25/2019 | 374 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542746438 | 4/25/2019 | 126 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542746449 | 4/25/2019 | 490 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542806120 | 4/29/2019 | 31,127 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542806128 | 4/29/2019 | 4,981 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542806137 | 4/29/2019 | 347 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542806144 | 4/29/2019 | 694 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542806150 | 4/29/2019 | 3,693 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542844479 | 5/1/2019 | 6,864 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542844485 | 5/1/2019 | 6,588 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542868401 | 5/2/2019 | 9,990 |  |
| Center City Healthcare, LLC |  | 35398 |  |  | 2542889526 | 5/3/2019 | 10,750 |  |

**MEDTRONIC USA INC**
**aka MEDTRONIC XOMED**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | | 35398 | | | 2542909582 | 5/6/2019 | 9,990 | |
| Center City Healthcare, LLC | | 35398 | | | 2.547E+10 | 11/12/2018 | 930 | |
| St. Christopher's Healthcare, LLC | | 35579 | | | 613254333 | 2/25/2019 | 4,097 | |
| St. Christopher's Healthcare, LLC | Check | 35579 | 18,333 | 06/17/2019 | 2541612806 | 2/20/2019 | 304 | |
| St. Christopher's Healthcare, LLC | | 35579 | | | 2541612819 | 2/20/2019 | 2,696 | |
| St. Christopher's Healthcare, LLC | | 35579 | | | 2541612833 | 2/20/2019 | 6,495 | |
| St. Christopher's Healthcare, LLC | | 35579 | | | 2541636870 | 2/21/2019 | 774 | |
| St. Christopher's Healthcare, LLC | | 35579 | | | 2541636871 | 2/21/2019 | 1,891 | |
| St. Christopher's Healthcare, LLC | | 35579 | | | 2541704116 | 2/25/2019 | 1,439 | |
| St. Christopher's Healthcare, LLC | | 35579 | | | 2541747755 | 2/28/2019 | 499 | |
| St. Christopher's Healthcare, LLC | | 35579 | | | 2541747765 | 2/28/2019 | 138 | |
| Center City Healthcare, LLC | | 35661 | | | 613056173 | 1/8/2019 | 7,610 | |
| Center City Healthcare, LLC | | 35661 | | | 613073465 | 1/11/2019 | 5,910 | |
| Center City Healthcare, LLC | | 35661 | | | 613085297 | 1/15/2019 | 9,715 | |
| Center City Healthcare, LLC | Check | 35661 | 111,151 | 06/12/2019 | 2539375284 | 10/3/2018 | 3,888 | |
| Center City Healthcare, LLC | | 35661 | | | 2540792261 | 1/2/2019 | 196 | |
| Center City Healthcare, LLC | | 35661 | | | 2540961772 | 1/11/2019 | 2,980 | |
| Center City Healthcare, LLC | | 35661 | | | 2540961793 | 1/11/2019 | 3,645 | |
| Center City Healthcare, LLC | | 35661 | | | 2540961813 | 1/11/2019 | 1,490 | |
| Center City Healthcare, LLC | | 35661 | | | 2540987250 | 1/14/2019 | 4,645 | |
| Center City Healthcare, LLC | | 35661 | | | 2541011470 | 1/15/2019 | 150 | |
| Center City Healthcare, LLC | | 35661 | | | 2541011479 | 1/15/2019 | 246 | |
| Center City Healthcare, LLC | | 35661 | | | 2541011491 | 1/15/2019 | 560 | |
| Center City Healthcare, LLC | | 35661 | | | 2541011501 | 1/15/2019 | 40 | |
| Center City Healthcare, LLC | | 35661 | | | 2541011524 | 1/15/2019 | 392 | |
| Center City Healthcare, LLC | | 35661 | | | 2541011536 | 1/15/2019 | 347 | |
| Center City Healthcare, LLC | | 35661 | | | 2541011548 | 1/15/2019 | 15,950 | |
| Center City Healthcare, LLC | | 35661 | | | 2541011558 | 1/15/2019 | 10,665 | |
| Center City Healthcare, LLC | | 35661 | | | 2541034908 | 1/16/2019 | 800 | |
| Center City Healthcare, LLC | | 35661 | | | 2541034927 | 1/16/2019 | 827 | |
| Center City Healthcare, LLC | | 35661 | | | 2541034935 | 1/16/2019 | 631 | |
| Center City Healthcare, LLC | | 35661 | | | 2541034948 | 1/16/2019 | 554 | |
| Center City Healthcare, LLC | | 35661 | | | 2541034959 | 1/16/2019 | 1,274 | |
| Center City Healthcare, LLC | | 35661 | | | 2541059345 | 1/17/2019 | 3,860 | |
| Center City Healthcare, LLC | | 35661 | | | 2541059358 | 1/17/2019 | 347 | |
| Center City Healthcare, LLC | | 35661 | | | 2541059389 | 1/17/2019 | 1,490 | |
| Center City Healthcare, LLC | | 35661 | | | 2541131745 | 1/22/2019 | 4,795 | |
| Center City Healthcare, LLC | | 35661 | | | 2541131753 | 1/22/2019 | 3,580 | |
| Center City Healthcare, LLC | | 35661 | | | 2541131758 | 1/22/2019 | 266 | |
| Center City Healthcare, LLC | | 35661 | | | 2541131763 | 1/22/2019 | 261 | |
| Center City Healthcare, LLC | | 35661 | | | 2541131765 | 1/22/2019 | 294 | |
| Center City Healthcare, LLC | | 35661 | | | 2541159419 | 1/23/2019 | 2,290 | |
| Center City Healthcare, LLC | | 35661 | | | 2541455756 | 2/11/2019 | 3,645 | |
| Center City Healthcare, LLC | | 35661 | | | 2541455768 | 2/11/2019 | 347 | |
| Center City Healthcare, LLC | | 35661 | | | 2541455788 | 2/11/2019 | 1,395 | |
| Center City Healthcare, LLC | | 35661 | | | 2541455814 | 2/11/2019 | 496 | |
| Center City Healthcare, LLC | | 35661 | | | 2541455829 | 2/11/2019 | 1,590 | |
| Center City Healthcare, LLC | | 35661 | | | 2541478054 | 2/12/2019 | 347 | |
| Center City Healthcare, LLC | | 35661 | | | 2541501364 | 2/13/2019 | 545 | |
| Center City Healthcare, LLC | | 35661 | | | 2541521312 | 2/14/2019 | 10,750 | |
| Center City Healthcare, LLC | | 35661 | | | 2541521322 | 2/14/2019 | 154 | |
| Center City Healthcare, LLC | | 35661 | | | 2541521344 | 2/14/2019 | 2,184 | |
| | | | $ 1,375,231 | | | | $ 1,375,231 | |

(A) Invoices designated by this note were paid twice, once by wire transfer and once by check.