**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | **Objection Deadline: April 25, 2022 at 4:00 p.m. (ET)** |
| | ) | |

**REPORT BY EISNER ADVISORY GROUP LLC [2] OF
COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
PERIOD OF MARCH 1, 2022 THROUGH MARCH 31, 2022**

Exhibit A:     CRO Summary of Hours by Professional

Exhibit B:     CRO Itemized Expenses Incurred

Exhibit C:     Non-Transition Services Summary of Compensation by Project Category and Summary of Hours by Professionals

Exhibit D:     Non-Transition Services Expenses Incurred

Eisner Advisory Group LLC ("**EA Group**") hereby submits this thirty-third Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period March 1, 2022 through March 31, 2022 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EA Group's fees for this period are $306,640.85. EA Group incurred $4,463.50 in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     Effective July 30, 2021, EisnerAmper LLP entered into a transaction whereby EisnerAmper LLP and Eisner Advisory Group LLC is practicing in an alternative practice structure.  All advisory services, including Eisner's engagement in the above-captioned cases, will be performed by Eisner Advisory Group LLC.

39906294.1

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Fees and Expense Schedule (2/1/2022-2/28/2022)**

| Services | Fees | | Expenses | Total |
|---|---|---|---|---|
| CRO Services | $ 121,000.00 | | $ 3,234.82 | $ 124,234.82 |
| Non- Transition Services | 185,640.85 | * | 1,228.68 | 186,869.53 |
| **Total** | **$ 306,640.85** | | **$ 4,463.50** | **$ 311,104.35** |

*Amount reflects 15% voluntary reduction

# **EXHIBIT A**

**CRO Summary of Hours by Professional**

Exhibit A

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**March1, 2022 through March 31, 2022**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 175.8 | $ 685.00 |
| **GRAND TOTAL** | | **175.8** | |

\* Rates change annually effective August 1st.

# **EXHIBIT B**

**CRO Itemized Expenses Incurred**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

**CRO Itemized Expense Schedule (3/1/2022-3/31/2022)**

| Date | Professional | Category | Amount | Narrative |
|---|---|---|---:|---|
| 3/20/2022 | Wilen, Allen | Airline, RR, etc. | $ 141.00 | Airline,RR,etc Mediation |
| 3/21/2022 | Wilen, Allen | Airline, RR, etc. | 190.00 | Airline,RR,etc Mediation |
| | | **Airline, RR, etc. Total** | **331.00** | |
| 3/2/2022 | Wilen, Allen | Hotel | 773.56 | Hotel Mediation |
| 3/21/2022 | Wilen, Allen | Hotel | 1,029.43 | Hotel Mediation |
| | | **Hotel Total** | **1,802.99** | |
| 3/1/2022 | Wilen, Allen | Local Fares | 13.50 | Local Fares Mediation |
| | | **Local Fares Total** | **13.50** | |
| 3/21/2022 | Wilen, Allen | Meal | 570.00 | Mediation Dinner |
| | | **Meal Total** | **570.00** | |
| 3/1/2022 | Wilen, Allen | Mileage | 79.56 | Roundtrip Mileage Mediation |
| 3/4/2022 | Wilen, Allen | Mileage | 79.56 | Roundtrip Mileage Mediation |
| 3/23/2022 | Wilen, Allen | Mileage | 79.56 | Roundtrip Mileage Mediation |
| | | **Mileage Total** | **238.68** | |
| 3/1/2022 | Wilen, Allen | Parking/Tolls | 21.55 | Parking/Tolls Mileage to Mediation |
| 3/3/2022 | Wilen, Allen | Parking/Tolls | 133.00 | Parking/Tolls Mediation |
| 3/3/2022 | Wilen, Allen | Parking/Tolls | 21.55 | Tolls to Mediation |
| 3/21/2022 | Wilen, Allen | Parking/Tolls | 21.55 | Tolls to Mediation |
| 3/23/2022 | Wilen, Allen | Parking/Tolls | 81.00 | Parking Mediation |
| | | **Parking/Tolls Total** | **278.65** | |
| | | **Grand Total** | **$ 3,234.82** | |

# EXHIBIT C

**Non-Transition Services Summary of Compensation by Project Category &
Summary of Hours by Professionals**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional - Non Transition Services**
**March1, 2022 through March 31, 2022**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Joe Cashel, CIRA, CTP | M. Director | 5.1 | $ 640.00 | $ 3,264.00 |
| Jeff Kelson, CPA | Partner | 77.3 | 600.00 | 46,380.00 |
| Gary Bingel, CPA | Partner | 23.4 | 580.00 | 13,572.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 48.0 | 580.00 | 27,840.00 |
| William Pederson, @50% Travel Rate | Director | 10.0 | 290.00 | 2,900.00 |
| Jay Lindenberg, CPA/CFF, CIRA | Director | 3.1 | 580.00 | 1,798.00 |
| Adeola Akinrinade | Director | 60.0 | 540.00 | 32,400.00 |
| Steven Biscello, CPA | Director | 5.5 | 540.00 | 2,970.00 |
| Susannah Prill, CPA | Sr. Manager | 107.5 | 440.00 | 47,300.00 |
| Robert Trenk | Manager | 52.5 | 365.00 | 19,162.50 |
| Henry Vargas, CPA | Manager | 1.3 | 305.00 | 396.50 |
| Dianna Sapozhnikov, CPA | Senior | 52.0 | 295.00 | 15,340.00 |
| Jeannelle Robinson | Staff II | 13.5 | 280.00 | 3,780.00 |
| Christopher Lunney | Staff | 4.0 | 215.00 | 860.00 |
| Giselle Sicilia | Staff | 1.1 | 215.00 | 236.50 |
| DelMarie Velazquez | Paraprofessional | 1.3 | 155.00 | 201.50 |
| **TOTAL HOURS AND FEES** | | | | 218,401.00 |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | (32,760.15) |
| **GRAND TOTAL** | | 465.6 | $ 398.71 | $185,640.85 |

* Rates change annually effective September 1st.

| Professionals | Sum of Hours | Sum of Amount |
|---|---|---|
| **Akinrinade, Adeola** | **60.0** | **$ 32,400.00** |
|     Accounting/Auditing | 3.5 | 1,890.00 |
|     Case Administration | 6.3 | 3,402.00 |
|     Claims Admin & Objections | 26.0 | 14,040.00 |
|     Data Analysis | 2.4 | 1,296.00 |
|     Preferences | 21.8 | 11,772.00 |
| **Bingel, Gary** | **23.4** | **13,572.00** |
|     Tax Issues | 23.4 | 13,572.00 |
| **Bisciello, Steven** | **5.5** | **2,970.00** |
|     Consulting | 5.5 | 2,970.00 |
| **Cashel Jr., Joseph** | **5.1** | **3,442.50** |
|     Litigation Support | 5.1 | 3,442.50 |
| **Kelson, Jeffrey** | **77.3** | **46,380.00** |
|     Case Administration | 1.5 | 900.00 |
|     Consulting | 75.8 | 45,480.00 |
| **Lindenberg, Marcel** | **3.1** | **1,798.00** |
|     Tax Issues | 3.1 | 1,798.00 |
| **Lunney, Christopher** | **4.0** | **860.00** |
|     Preferences | 4.0 | 860.00 |
| **Pederson, William** | **58.0** | **30,740.00** |
|     Accounting/Auditing | 5.8 | 3,364.00 |
|     Asset Analysis & Recovery | 15.3 | 8,874.00 |
|     Case Administration | 5.4 | 3,132.00 |
|     Litigation Support | 19.2 | 11,136.00 |
|     Tax Issues | 2.3 | 1,334.00 |
|     Travel Time | 10.0 | 2,900.00 |
| **Prill, Susannah** | **107.5** | **47,837.50** |
|     Accounting/Auditing | 4.5 | 2,002.50 |
|     Case Administration | 4.9 | 2,180.50 |
|     Claims Admin & Objections | 0.4 | 178.00 |
|     Client Meeting | 0.5 | 222.50 |
|     Data Analysis | 0.4 | 178.00 |
|     Preferences | 96.8 | 43,076.00 |
| **Robinson, Jeannelle** | **13.5** | **3,780.00** |
|     Data Analysis | 13.5 | 3,780.00 |
| **Sapozhnikov, Dianna** | **52.0** | **15,860.00** |
|     Consulting | 52.0 | 15,860.00 |
| **Sicilia, Giselle** | **1.1** | **236.50** |
|     Claims Admin & Objections | 1.1 | 236.50 |
| **Trenk, Robert** | **52.5** | **19,162.50** |
|     Accounting/Auditing | 2.7 | 985.50 |
|     Business Analysis | 24.8 | 9,052.00 |
|     Claims Admin & Objections | 2.2 | 803.00 |
|     Preferences | 0.4 | 146.00 |

| Professionals | Sum of Hours | Sum of Amount |
|---|---:|---:|
| Tax Issues | 22.4 | 8,176.00 |
| **Vargas, Henry** | **1.3** | **396.50** |
| Case Administration | 1.3 | 396.50 |
| **Velazquez, DelMarie** | **1.2** | **186.00** |
| Fee/Employment Application | 1.2 | 186.00 |
| **Grand Total** | **465.5** | **$ 219,621.50** |

# **EXHIBIT D**

**Non-Transition Services Expenses Incurred**

39906294.1

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**

**Non- Transition Services Itemized Expense Schedule (3/1/2022-3/31/2022)**

| Date | Professional | Category | Amount | Narrative |
|---|---|---|---|---|
| 03/01/2022 | Pederson, William | Airline,RR,etc | $ 67.00 | Airline,RR,etc Travel to attend mediation |
| 03/03/2022 | Pederson, William | Airline,RR,etc | 67.00 | Airline,RR,etc Attend mediation |
| 03/21/2022 | Pederson, William | Airline,RR,etc | 67.00 | Airline,RR,etc Attend mediation in NYC |
| 03/23/2022 | Pederson, William | Airline,RR,etc | 82.00 | Airline,RR,etc Attend mediation. |
| | | **Airline,RR,etc Total** | **283.00** | |
| 03/02/2022 | Pederson, William | Hotel | 352.34 | Hotel Attend mediation at Hogan Lovells |
| 03/22/2022 | Pederson, William | Hotel | 531.34 | Hotel Attend Mediation |
| | | **Hotel Total** | **883.68** | |
| 03/02/2022 | Pederson, William | Local Fares | 15.00 | Local Fares Amtrak to Hogan Lovells |
| 03/03/2022 | Pederson, William | Local Fares | 15.00 | Local Fares Attend mediation |
| 03/22/2022 | Pederson, William | Local Fares | 16.00 | Local Fares Travel from Amtrak to Latham |
| 03/23/2022 | Pederson, William | Local Fares | 16.00 | Local Fares Attend mediation |
| | | **Local Fares Total** | **62.00** | |
| | | **Grand Total** | **$ 1,228.68** | |