# EXHIBIT A

**(List of Transfers)**

## HURON CONSULTING SERVICES, LLC
## TRANSFERS

| Debtor Account | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | Wire | WT Fed#02911 | 155,115 | 7/30/2018 | 1111712 | 4/9/2018 |
| | | WT FED#07489 | 155,115 | 8/29/2018 | | |
| | | WT Fed#07611 | 155,113 | 9/28/2018 | | |
| | | WT FED#06649 | $ 155,116 | 10/24/2018 | | |
| | | | $ 620,459 | | | |

| Invoice Amount ($) |
|---|
| $ 620,459 |
| |
| **$ 620,459** |