**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline: May 5, 2022 4:00 p.m.** |
| | ) | **Hearing Date: Only if objection is timely filed** |

**TWENTY-SIXTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| | |
|---|---|
| Name of Applicant: | <u>Klehr Harrison Harvey Branzburg LLP</u> |
| Authorized to Provide Professional Services to: | <u>Debtors and Debtors-In-Possession</u> |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | <u>February 1, 2022 through February 28, 2022</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$29,497.95</u><br>(80 % of which is $23,598.36) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$170.88</u> |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the twenty-sixth monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly Filed 2/17/2021 DI No. 2099 | 12/1/2020-12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly Filed 2/22/2021 DI No. 2115 | 1/1/2021-1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly Filed 4/12/2021 DI No. 2251 | 2/1/2021-2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly Filed 5/4/2021 DI No. 2613 | 3/1/2021-3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly Filed 8/4/2021 DI No. 2670 | 4/1/2021-4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth Monthly Filed 8/4/2021 DI No. 2671 | 5/1/2021-5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly Filed 8/4/2021 DI No. 2673 | 6/1/2021-6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly Filed 8/25/2021 DI No. 2745 | 7/1/2021-7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |
| Twentieth Monthly Filed 9/30/2021 DI No. 2907 | 8/1/2021-8/31/2021 | $31,199.85 | $0.00 | $24,959.88 | $0.00 | $6,239.97 |
| Twenty-First Monthly Filed 10/28/2021 DI No. 3000 | 9/1/2021-9/30/2021 | $19,180.35 | $20.85 | $15,344.28 | $20.85 | $3,836.07 |
| Twenty-Second Monthly Filed 12/6/2021 DI No. 3265 | 10/1/2021-10/31/2021 | $46,190.25 | $0.00 | $36,952.20 | $0.00 | $9,238.05 |
| Twenty-Third Monthly Filed 1/5/2022 DI No. 3409 | 11/1/2021-11/30/2021 | $68,336.10 | $155.48 | $54,668.88 | $155.48 | $13,667.22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twenty-Fourth Monthly Filed 1/21/2022 DI No. 3495 | 12/1/2021-12/31/2021 | $32,212.80 | $189.03 | $25,770.24 | $189.03 | $6,442.56 |
| Twenty-Fifth Monthly Filed 3/4/2022 DI No. 3664 | 1/1/2022-1/31/2022 | $32,951.25 | $274.51 | $26,361.00 | $274.51 | $6,590.25 |

**TIME AND COMPENSATION BREAKDOWN**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $735.00 | 33.50 | $24,622.50 |
| Raymond H. Lemisch | Bankruptcy & Restructuring Partner Admitted to Bar 1984 | $540.00 | 1.70 | $918.00 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate Admitted to Bar 2005 | $350.00 | 16.30 | $5,705.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $300.00 | 5.10 | $1,530.00 |
| **TOTALS** | | | **56.60** | **$32,775.50** |
| **BLENDED RATE** | | | | **$579.07** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$3,277.55** |
| **GRAND TOTAL** | | | | **$29,497.95** |

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Case Administration | CS/04 | 0.20 | $60.00 |
| Claims Administration and Objections | CL/05 | 34.80 | $25,012.50 |
| Fee/Employment Applications | FE/07 | 3.60 | $1,080.00 |
| Litigation | LT/10 | 18.00 | $6,623.00 |
| **TOTAL** | | **56.60** | **$32,775.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$3,277.55** |
| **GRAND TOTAL** | | | **$29,497.95** |

**EXPENSE SUMMARY**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Miscellaneous | $77.27 |
| Conference Call Charges | $20.74 |
| Express Delivery | $72.87 |
| **TOTAL** | **$170.88** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**TWENTY-SIXTH MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City

Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby

submits its twenty-sixth monthly fee application (the "Application") for entry of an order pursuant to

section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the

"Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period

from February 1, 2022 through February 28, 2022.  In support hereof, Klehr Harrison respectfully

represents as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I.   JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.    BACKGROUND

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from February 1, 2022 through February 28, 2022 (the "Compensation Period"), totaling 56.60 hours of professional time.

6.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $29,497.95.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $29,497.95 in fees and $170.88 in expenses, for a total of $29,668.83.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $29,497.95 and reimbursement of actual and necessary expenses incurred in the sum of $170.88 for the period from February 1, 2022 through February 28, 2022; (b) payment in the total amount of $23,769.24 which represents (i) 80% of the total fees billed ($23,598.36) and (ii) 100% of the expenses incurred ($170.88) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated:  April 14, 2022                    */s/ Domenic E. Pacitti*
Wilmington, Delaware              Domenic E. Pacitti (DE Bar No. 3989)
                                                **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                                919 North Market Street, Suite 1000
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 426-1189
                                                Facsimile: (302) 426-9193
                                                Email:  dpacitti@klehr.com

                                                *Special Counsel to the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

---

### CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing Twenty-Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from February 1, 2022 through February 28, 2022 and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.       In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.       I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.       Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.       None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.       Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2022 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2022                    _____/s/ Domenic E. Pacitti_____

Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



KLEHR HARRISON
HARVEY BRANZBURG LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

March 4, 2022

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #:     464354
Client #:       19647
Matter #:        0019

For professional services through February 28, 2022:

RE:   Chapter 11

**PROFESSIONAL SERVICES**

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/23/22 | MKH | Update case calendar re upcoming critical dates | .20 | 300.00 | 60.00 |

**Task Total:**                                                   **$ 60.00**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/07/22 | DEP | Review email and information from T. Daluz e: Drexel position on mediation issues (.60) / email with clients e: same (.20) / review documentation related to open issues raised by Drexel (.70) | 1.50 | 735.00 | 1,102.50 |
| 2/07/22 | DEP | Review space utilization analysis and issues from Drexel | 1.50 | 735.00 | 1,102.50 |
| 2/08/22 | DEP | Work on mediation response and related issues | 2.50 | 735.00 | 1,837.50 |
| 2/09/22 | DEP | Email exchanges with client re: information for mediation (.40) / call with J. DiNome and A. Perno re: information for mediation (.60) | 1.00 | 735.00 | 735.00 |
| 2/14/22 | DEP | Call with A. Owen of New Innovation and J. DiNome re: data retrieval from Drexel (.60) / follow up call with J. DiNome re: same (.40) | 1.00 | 735.00 | 735.00 |

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

March 4, 2022
Invoice #: 464354

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/14/22 | DEP | Email exchange with Judge Fitzgerald on open issues in mediation and path forward | .50 | 735.00 | 367.50 |
| 2/16/22 | DEP | Review email from A. Perno and prep for call with Judge Fitzgerald (.50) / update call with Judge Fitzgerald (.50) | 1.00 | 735.00 | 735.00 |
| 2/17/22 | DEP | Review information for call with Judge Fitzgerald and T. Daluz (.40) / mediation update call with Judge Fitzgerald and T. Daluz (.60) / email to clients re: mediation schedule and update from call (.20) | 1.20 | 735.00 | 882.00 |
| 2/17/22 | DEP | Update call with J. Hampton | 1.00 | 735.00 | 735.00 |
| 2/18/22 | DEP | Call with Judge Fitzgerald on open issues and scheduling | .30 | 735.00 | 220.50 |
| 2/18/22 | DEP | Review documents, emails and information for further analyses on claims, draft complaint, and objections to Drexel claims | 5.00 | 735.00 | 3,675.00 |
| 2/21/22 | DEP | Review and prepare for call with Judge Fitzgerald (1.50) / participate in mediation update call (.50) | 2.00 | 735.00 | 1,470.00 |
| 2/21/22 | DEP | Email exchange with J. Dinome re: mediation update (.30) / call with J. DiNome re: update on mediation (.,20) | .50 | 735.00 | 367.50 |
| 2/22/22 | DEP | Work on claims, draft complaint, and objections to Drexel claims | 4.00 | 735.00 | 2,940.00 |
| 2/23/22 | DEP | Work on claims, draft complaint, and objections to Drexel claims | 4.50 | 735.00 | 3,307.50 |
| 2/23/22 | MKH | Cite check drafts of Drexel claim objection for D. Pacitti | 1.30 | 300.00 | 390.00 |
| 2/24/22 | DEP | Review Drexel position re: lease and space utilization | 1.50 | 735.00 | 1,102.50 |
| 2/24/22 | DEP | Review documents and prepare response Drexel position re: lease and space utilization | 1.50 | 735.00 | 1,102.50 |
| 2/24/22 | DEP | Email exchanges with J. DiNome and A. Perno re: response Drexel position re: lease and space utilization | .50 | 735.00 | 367.50 |
| 2/28/22 | DEP | Review and prepare for call with Judge Fitzgerald (1.01) / participate in mediation update call (.50) | 1.50 | 735.00 | 1,102.50 |
| 2/28/22 | DEP | Email exchange with J. Dinome re: mediation update | .30 | 735.00 | 220.50 |
| 2/28/22 | DEP | Draft tolling agreement extension (.50) / email to T. Daluz re: tolling extension (.20) | .70 | 735.00 | 514.50 |

**Task Total:**                                                                          **$ 25,012.50**

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/21/22 | MKH | Download and compile monthly fee applications and related documents in preparation for interims fee applications January 2021 through June 2021; update chart | 2.00 | 300.00 | 600.00 |
| 2/21/22 | MKH | Emails with D. Pacitti re upcoming monthly fee applications and interims fee applications | .50 | 300.00 | 150.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/23/22 | MKH | Draft KHHB 26th Fee Application for January 2021 | 1.10 | 300.00 | 330.00 |

**Task Total:**                                                                        **$ 1,080.00**

## Litigation

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/03/22 | SEV | Email exchanges with L. Zabel regarding settlement of SMS and SHDI adversary proceedings | .20 | 350.00 | 70.00 |
| 2/03/22 | SEV | Correspondence with C. Bifferato regarding mediation in Sanofi Pasteur adversary proceeding | .30 | 350.00 | 105.00 |
| 2/07/22 | SEV | Review status of preference actions and confer with J. Demmy regarding status report and actions steps | .90 | 350.00 | 315.00 |
| 2/07/22 | SEV | Email exchanges with counsel for ACGME C. Miller regarding settlement payment; confer with client regarding same | .30 | 350.00 | 105.00 |
| 2/09/22 | SEV | Draft notices of appointment of mediator and confer with C. Bifferato and counsel for defendants regarding same | 1.20 | 350.00 | 420.00 |
| 2/09/22 | SEV | Email exchanges with C. Bifferato regarding potential mediation dates and conflict checks | .60 | 350.00 | 210.00 |
| 2/10/22 | SEV | Analyze issue with GNI claim and preference analysis with SCHC and CCHC; confer with R. Lemisch regarding same | 1.60 | 350.00 | 560.00 |
| 2/10/22 | SEV | Review analysis provided by Fortec Medical regarding default judgment, OCB and new value defenses; confer with S. Prill | 1.30 | 350.00 | 455.00 |
| 2/11/22 | SEV | Telephone call with R. Lemisch regarding assumption and assignment evaluation and new value and OCB defenses asserted by GNI; discuss next steps | .70 | 350.00 | 245.00 |
| 2/11/22 | SEV | Draft and revise correspondence to counsel for Fortec Medical regarding counteroffer and opening of default judgment in preference case | .70 | 350.00 | 245.00 |
| 2/11/22 | SEV | Research regarding Kiwi defense asserted by preference defendant; review payment records and additional case law regarding defense | 1.90 | 350.00 | 665.00 |
| 2/11/22 | RHL | Review emails from Sally to client and analysis regarding Fortec offer and respond to Sally | .20 | 540.00 | 108.00 |
| 2/11/22 | RHL | Review and analyze information from GNI regarding its defenses | .40 | 540.00 | 216.00 |
| 2/11/22 | RHL | Review NPI's defense with Sally and how to proceed | .70 | 540.00 | 378.00 |
| 2/14/22 | RHL | Review email from Sally to client regarding NPI's defenses to complaint and review client's response | .20 | 540.00 | 108.00 |
| 2/15/22 | RHL | Review email from Sally in response to client email regarding dismissing complaint against NPI | .10 | 540.00 | 54.00 |

19647: Philadelphia Academic Health System, LLC
0019: Chapter 11

March 4, 2022
Invoice #: 464354

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/16/22 | SEV | Draft stipulation of dismissal in GNI case; confer with S. Prill and C. Loizides regarding same | .80 | 350.00 | 280.00 |
| 2/16/22 | SEV | Draft settlement agreement opening default judgment and resolving preference action against Fortec Medical | 1.20 | 350.00 | 420.00 |
| 2/16/22 | SEV | Draft notice of satisfaction of Fortec Medical default judgment in adversary proceeding and confer with S. Fink | .70 | 350.00 | 245.00 |
| 2/16/22 | SEV | Draft 9019 motion and order approving settlement of Fortec Medical preference action and opening then satisfying default judgment | 1.50 | 350.00 | 525.00 |
| 2/17/22 | RHL | Review correspondence between Sally and the client regarding Fortec settlement | .10 | 540.00 | 54.00 |
| 2/22/22 | SEV | Review docket for active adversary cases to comply with deadlines on motions and dismissal of actions; update status tracker with information and status of settlement payments received | 1.60 | 350.00 | 560.00 |
| 2/24/22 | SEV | Draft notice of dismissal of Siemens Industry from adversary proceeding and confer with defense counsel A. Miller | .80 | 350.00 | 280.00 |

**Task Total:** **$ 6,623.00**

**TOTAL PROFESSIONAL SERVICES** **$ 32,775.50**

10% Discount **$ -3,277.55**

**NET PROFESSIONAL SERVICES** **$ 29,497.95**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Pacitti, Domenic E. | Partner | 33.50 | 735.00 | 24,622.50 |
| Lemisch, Raymond H. | Partner | 1.70 | 540.00 | 918.00 |
| Veghte, Sally E. | Associate | 16.30 | 350.00 | 5,705.00 |
| Hughes, Melissa K. | Paralegal | 5.10 | 300.00 | 1,530.00 |
| **TOTALS** | | **56.60** | | **$ 32,775.50** |

# EXHIBIT B

**DISBURSEMENTS**

| Description | Amount |
|---|---|
| Miscellaneous | 77.27 |
| Conference Call Charges | 20.74 |
| Express Delivery | 72.87 |

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | **$ 170.88** |
| **TOTAL THIS INVOICE** | **$ 29,668.83** |

19647.0019   Domenic Pacitti



**INVOICE**

| | |
|---|---|
| **Invoice Number** | 509276-0 |
| **Invoice Date** | 01/19/22 |
| **Customer Number** | 8721 |
| **Page** | 1 |

EMERALD BUSINESS SUPPLY
Office Products & Workplace Furniture Since 1988
4807 Ashburner St • Philadelphia, PA 19136-2901
800-587-4601 • 215-333-1900
Fax: 215-333-9919
www.ebsupplies.com

B
I
L  KLEHR HARRISON HARVEY
L  BRANZBURG LLP/STE 1000
T  919 N. MARKET STREET
O  WILMINGTON        DE 19801

S
H
I  KLEHR HARRISON HARVEY BRANZBUR
P  STE 1000/ STEPHEN ARANA
T  919 N. MARKET STREET
O  WILMINGTON        DE 19801

| Customer P.O. | Dept # | Order Date | Ship Via | Route | Pay Code |
|---|---|---|---|---|---|
| | | 01/19/22 | | DENJ | CHARGE |

Terms: Net 30 Days

| Item Number | Quantity | B/O | Shipped | U/M | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| AVE 72124 | 5 | | 5 | EA | **ORIGINAL ORDER/ POD ON ORDER 509147****<br>BINDER,VW,11X17,SLANT,1",WE  [N] | 15.453 | 77.27 |

| | |
|---|---|
| **Subtotal** | 77.27 |
| **Tax** | .00 |
| **Amount Due** | $ 77.27 |

Please tear off this stub and return with your payment. Thank you.

| Customer Number | 8721 | Invoice Number | 509276-0 |
|---|---|---|---|
| Invoice Date | 01/19/22 | Amount Due | $ 77.27 |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-647-33431 | Feb 01, 2022 | 7731-3087-6 | 2 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

FedEx Use    000000000/3/02

Ship Date: Jan 24, 2022    Actual Wgt 1.00 Lb/0.0 Kg    FedEx First
Payor: Shipper    Ref #2:

Fuel Surcharge - FedEx has applied a fuel surcharge of 13.25% to this shipment.
Weather delay - Snow.
Distance Based Pricing, Zone 2
Package Delivered to Recipient Address - Release Authorized

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | | **Recipient** | |
| Tracking ID | 775837073470 | Office Services | | Anthony Perno | |
| Service Type | FedEx First Overnight | KLEHR HARRISON HARVEY | | 3 E. Cedar Avenue | |
| Package Type | FedEx Envelope | 919 N. Market Street | | MERCHANTVILLE NJ 08109 US | |
| Zone | 02 | WILMINGTON DE 19801 US | | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Jan 25, 2022 08:07 | Transportation Charge | | | 59.04 |
| Svc Area | A1 | Fuel Surcharge | | | 8.53 |
| Signed by | see above | Residential Delivery | | | 5.30 |
| FedEx Use | 000000000/3/02 | **Total Charge** | | **USD** | **$72.87** |

## FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!

CLIENT MATTER

## 19647-0019

| Date: 01/14/22 Time: 9:56 AM | Moderator: **Domenic Pacitti** | | | Service: Readyconference Plus Audio | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 121 | 3.63 |
| | Call Total: 5.50 | Sub Total Pre-Tax: 3.63 | | Taxes and Surcharges: 1.87 | |

| Date: 01/17/22 Time: 2:57 PM | Moderator: **Domenic Pacitti** | | | Service: Readyconference Plus Audio | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 5 | 0.030 | 173 | 5.19 |
| | Call Total: 7.87 | Sub Total Pre-Tax: 5.19 | | Taxes and Surcharges: 2.68 | |

| Date: 01/21/22 Time: 12:56 PM | Moderator: **Domenic Pacitti** | | | Service: Readyconference Plus Audio | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 60 | 1.80 |
| | Call Total: 2.73 | Sub Total Pre-Tax: 1.80 | | Taxes and Surcharges: 0.93 | |

CLIENT MATTER

## 19647-0019

| Date: 01/31/22 Time: 2:49 PM | Moderator: **Domenic Pacitti** | | | Service: Readyconference Plus Audio | |
|---|---|---|---|---|---|
| | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 3 | 0.030 | 102 | 3.06 |
| | Call Total: 4.64 | Sub Total Pre-Tax: 3.06 | | Taxes and Surcharges: 1.58 | |