**EXHIBIT A**

**Fee Chart**

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | TOTAL |
|---|---|---|---|---|---|---|---|
| **Saul Ewing Arnstein & Lehr LLP** (Counsel to the Debtors) (Docket No. 3643) | *(Interim)* 01/01/21 – 03/31/21 | **$1,392,978.15** | **$40,167.67** | **$0.00** | **$1,392,978.15** | **$40,167.67** | $1,433,145.82 |
| **Saul Ewing Arnstein & Lehr LLP** (Counsel to the Debtors) (Docket No. 3644) | *(Interim)* 04/01/21 – 06/30/21 | **$1,802,837.45** | **$62,276.37** | **$0.00** | **$1,802,837.45** | **$62,276.37** | $1,865,113.82 |
| **Klehr Harrison Harvey Branzburg LLP** (Special Counsel to the Debtors) (Docket No. 3690) | *(Interim)* 01/01/21 – 03/31/21 | **$44,174.70** | **$29.60** | **$0.00** | **$44,174.70** | **$29.60** | $44,204.30 |
| **Klehr Harrison Harvey Branzburg LLP** (Special Counsel to the Debtors) (Docket No. 3691) | *(Interim)* 04/01/21 – 06/30/21 | **$78,912.45** | **$6,877.75** | **$0.00** | **$78,912.45** | **$6,877.75** | $85,790.20 |
| **Cross & Simon, LLC** (Special Counsel to the Debtors) (Docket No. 3617) | *(Final)* 08/03/21 – 02/18/22 | **$6,459.50** | **$12.00** | **$0.00** | **$6,459.50** | **$12.00** | $6,471.50 |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 3703) | *(Interim)* 01/01/21 – 03/31/21 | **$236,516.00** | **$5,911.61** | **$0.00** | **$236,516.00** | **$5,911.61** | $242,427.61 |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 3704) | *(Interim)* 04/01/21 – 06/30/21 | **$380,806.00** | **$6,336.98** | **$0.00** | **$380,806.00** | **$6,336.98** | $387,142.98 |
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 3701) | *(Interim)* 01/01/21 – 03/31/21 | **$16,992.00** | **$150.93** | **$0.00** | **$16,992.00** | **$150.93** | $17,142.93 |

39884576.1 04/13/2022

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | TOTAL |
|---|---|---|---|---|---|---|---|
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 3709) | *(Interim)* 04/01/21 – 06/30/21 | **$18,895.00** | **$77.14** | **$0.00** | **$18,895.00** | **$77.14** | **$18,972.14** |
| **Berkeley Research Group, LLC** (Financial Advisor to the Official Committee of Unsecured Creditors) (Docket No. 3705) | *(Interim)* 01/01/21 – 06/30/21 | **$14,008.50** | **$0.00** | **$0.00** | **$14,008.50** | **$0.00** | **$14,008.50** |
| **TOTAL** | | **$3,992,579.75** | **$121,840.05** | **$0.00** | **$3,992,579.75** | **$121,840.05** | **$4,114,419.80** |

2