## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on April 15, 2022, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served via e-mail to the parties listed in **Exhibit A** attached hereto:

- **Chapter 11 Monthly Operating Report for the Month Ending: 02/28/2022 [Docket No. 3863]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11467 (Philadelphia Academic Health System, LLC) for the Month Ending: 02/28/2022 [Docket No. 3864]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11468 (St. Christopher's Healthcare, LLC) for the Month Ending: 02/28/2022 [Docket No. 3865]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11469 (Philadelphia Academic Medical Associates, L.L.C.) for the Month Ending: 02/28/2022 [Docket No. 3866]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11470 (HPS of PA, L.L.C.) for the Month Ending: 02/28/2022 [Docket No. 3867]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11471 (SCHC Pediatric Associates, L.L.C.) for the Month Ending: 02/28/2022 [Docket No. 3868]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11472 (St. Christopher's Pediatric Urgent Care Center, L.L.C.) for the Month Ending: 02/28/2022 [Docket No. 3869]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11473 (SCHC Pediatric Anesthesia Associates, L.L.C.) for the Month Ending: 02/28/2022 [Docket No. 3870]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11474 (St. Chris Care at Northeast Pediatrics, L.L.C.) for the Month Ending: 02/28/2022 [Docket No. 3871]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11475 (TPS of PA, L.L.C.) for the Month Ending: 02/28/2022 [Docket No. 3872]**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

- **Chapter 11 Monthly Operating Report for Case Number 19-11476 (TPS II of PA, L.L.C.) for the Month Ending: 02/28/2022 [Docket No. 3873]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11477 (TPS III of PA, L.L.C.) for the Month Ending: 02/28/2022 [Docket No. 3874]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11478 (TPS IV of PA, L.L.C.) for the Month Ending: 02/28/2022 [Docket No. 3875]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11479 (TPS V of PA, L.L.C.) for the Month Ending: 02/28/2022 [Docket No. 3876]**

Dated:  April 19, 2022

Darleen Sahagun
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California           }
{                              } ss.
{County of Los Angeles         }

Subscribed and sworn to (or affirmed) before me on this 19th day of April, 2022, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# <u>EXHIBIT A</u>

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                                                                                    **Served 4/15/2022**

FOX ROTHSCHILD LLP
SETH A. NIEDERMAN
SNIEDERMAN@FOXROTHSCHILD.COM

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

Parties Served:  4