IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 3657, 3666, 3675, 3681, 3787, 3799, 3804, 3805, 3806, 3811 and 3813** |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED FINAL ORDER (I) AUTHORIZING PHILADELPHIA ACADEMIC
HEALTH SYSTEM, LLC TO MAKE SECURED TERM LOAN TO BROAD STREET
ENTITIES PURSUANT TO 11 U.S.C. § 363 AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On March 4, 2022, the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* [Docket No. 3657] (the "**Motion**")[2] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 3666], objections to the Motion were to be filed by March 10, 2022 at 12:00 p.m. (ET) (the "**Original Objection Deadline**").

3. Prior to the Original Objection Deadline, responses to the Motion were filed by HSRE and the City of Philadelphia. In addition, on March 30, 2022, HSRE filed a limited objection to the Motion [Docket No. 3804].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4. On March 31, 2022, the Court entered the *Interim Order (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* [Docket No. 3811] (the "**Interim Order**").

5. On March 31, 2022, the Debtors served and filed the Notice of Hearing [Docket No. 3813]; scheduling a final hearing on the Motion for April 22, 2022 at 10:30 a.m. (the "**Hearing**") and setting an objection deadline for final approval of the Motion for April 18, 2022 at 4:00 p.m. (the "**Final Objection Deadline**").

6. No objections to final approval of the Motion were filed or served upon the undersigned counsel on or before the Final Objection Deadline.

7. Attached hereto as **Exhibit A** is a proposed order approving the Motion on a final basis (the "**Proposed Final Order**").

8. A copy of the Proposed Final Order was provided to counsel for each of HSRE, the Loan Parties, the City of Philadelphia, the Committee and Tenet. Each of the foregoing parties has advised the undersigned that they do not object to entry of the Proposed Order.

9. Accordingly, we would respectfully request that the Court sign the Proposed Order and direct that it be docketed.

10. If the Court signs and dockets the Proposed Order, the Hearing can otherwise be cancelled.

|  |  |
|---|---|
| Dated: April 21, 2022 | **SAUL EWING ARNSTEIN & LEHR LLP** |
|  | By: */s/ Mark Minuti* |
|  | Mark Minuti (DE Bar No. 2659) |
|  | 1201 N. Market Street, Suite 2300 |
|  | P.O. Box 1266 |
|  | Wilmington, DE  19899 |
|  | Telephone: (302) 421-6800 |
|  | Fax: (302) 421-5873 |
|  | mark.minuti@saul.com |
|  | *Counsel for Debtors and Debtors in Possession* |