# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (MFW) |
| Debtors.[1] | Jointly Administered<br>**Re: Docket No. 3884** |

## NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR APRIL 22, 2022 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsc-isrDMoEwEiT0JOtYjmA1H9iYX3Z0I**

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:30 A.M. (ET) ON APRIL 22, 2022**

## RESOLVED MATTERS:

1. Motion of Debtors for Approval of Settlement of Preference Claims against Pfizer Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3618; Adversary No. 17; filed: 02/22/22]

   Response Deadline: March 8, 2022 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

2

Responses Received: None

Related Documents:

A.    Certification of No Objection [Docket No. 3677; Adversary No. 19; filed: 03/09/22]

B.    Order Approving Settlement of Preference Claims against Pfizer Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3688; Adversary No. 20; signed and docketed: 03/10/22]

Status: On March 10, 2022, the Court entered an order approving this motion.

2.    Motion of Debtors for Approval of Settlement of Preference Claims against Mayflower Laundry & Textile Services, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3619; Adversary No. 21; filed: 02/22/22]

Response Deadline: March 8, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

A.    Certification of No Objection [Docket No. 3678; Adversary No. 23; filed: 03/09/22]

B.    Order Approving Settlement of Preference Claims against Mayflower Laundry & Textile Services, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3687; Adversary No. 24; signed and docketed: 03/10/22]

Status: On March 10, 2022, the Court entered an order approving this motion.

3.    Motion of Debtors for Approval of Settlement of Preference Claims against Abbott Laboratories Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3633; Adversary No. 18; filed: 02/25/22]

Response Deadline: March 11, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

A.    Certification of No Objection [Docket No. 3714; Adversary No. 20; filed: 03/14/22]

B.    Order Approving Settlement of Preference Claims against Abbott Laboratories Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3717; Adversary No. 21; signed and docketed: 03/15/22]

    Status: On March 15, 2022, the Court entered an order approving this motion.

4. Motion of Debtors for Approval of Settlement of Preference Claims against S.R. Wojdak & Associates, LP Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3638; Adversary No. 18; filed: 03/01/22]

    Response Deadline: March 15, 2022 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A. Certification of No Objection [Docket No. 3722; Adversary No. 19; filed: 03/16/22]

    B. Order Approving Settlement of Preference Claims against S.R. Wojdak & Associates, LP Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3725; Adversary No. 20; signed and docketed: 03/17/22]

    Status: On March 17, 2022, the Court entered an order approving this motion.

5. Motion of Debtors for Approval of Settlement of Preference Claims against Scheduling.com, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3639; Adversary No. 21; filed: 03/01/22]

    Response Deadline: March 15, 2022 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A. Certification of No Objection [Docket No. 3723; Adversary No. 22; filed: 03/16/22]

    B. Order Approving Settlement of Preference Claims against Scheduling.com, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3726; Adversary No. 23; signed and docketed: 03/17/22]

    Status: On March 17, 2022, the Court entered an order approving this motion.

6. Motion of Debtors for Approval of Settlement of Preference Claims against DLC Management Group Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3640; Adversary No. 28; filed: 03/01/22]

    Response Deadline: March 15, 2022 at 4:00 p.m.

    Responses Received: None

Related Documents:

    A.    Certification of No Objection [Docket No. 3724; Adversary No. 18; filed: 03/16/22]

    B.    Order Approving Settlement of Preference Claims against DLC Management Group Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3727; Adversary No. 19; signed and docketed: 03/17/22]

Status: On March 17, 2022, the Court entered an order approving this motion.

7. Motion of Debtors for Approval of Settlement of Preference Claims against Echo Inc. (n/k/a Veritystream, Inc.) and Healthstream, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3649; Adversary No. 20; Adversary No. 21; filed: 03/03/22]

Response Deadline: March 17, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

    A.    Certification of No Objection [Docket No. 3745; Adversary No. 21; Adversary No. 22; filed: 03/18/22]

    B.    Order Approving Settlement of Preference Claims against Echo Inc. (n/k/a Veritystream, Inc.) and Healthstream, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3753; Adversary No. 22; Adversary No. 23; signed and docketed: 03/21/22]

Status: On March 21, 2022, the Court entered an order approving this motion.

8. Motion of Debtors for Approval of Settlement of Preference Claims against Greater Delaware Valley Society of Transplant Surgeons Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3656; Adversary No. 18; filed: 03/04/22]

Response Deadline: March 18, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

    A.    Certification of No Objection [Docket No. 3755; Adversary No. 19; filed: 03/21/22]

    B.    Order Approving Settlement of Preference Claims against Greater Delaware Valley Society of Transplant Surgeons Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3762; Adversary No. 20; signed and docketed: 03/22/22]

Status: On March 22, 2022, the Court entered an order approving this motion.

9.     Motion of Debtors for Approval of Settlement of Preference Claims against Tozour-Trane a/k/a Tozour Energy Systems, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3659; Adversary No. 20; filed: 03/04/22]

    Response Deadline:  March 18, 2022 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.     Certification of No Objection [Docket No. 3756; Adversary No. 21; filed: 03/21/22]

    B.     Order Approving Settlement of Preference Claims against Tozour-Trane a/k/a Tozour Energy Systems, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3763; Adversary No. 22; signed and docketed: 03/22/22]

    Status: On March 22, 2022, the Court entered an order approving this motion.

10.     Motion of Debtors for Approval of Settlement of Preference Claims against Accruent LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3692; Adversary No. 19; filed: 03/10/22]

    Response Deadline:  March 24, 2022 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.     Certification of No Objection [Docket No. 3781; Adversary No. 20; filed: 03/25/22]

    B.     Order Approving Settlement of Preference Claims against Accruent LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3783; Adversary No. 21; signed and docketed: 03/28/22]

    Status: On March 28, 2022, the Court entered an order approving this motion.

11.     Debtors' Objection to Claims Purportedly Filed on Behalf of Decedent Robert Johnson [Docket No. 3712; filed: 03/14/22]

    Response Deadline:  March 28, 2022 at 4:00 p.m.

    Responses Received:  None

Related Documents:

    A.    Declaration of Allen Wilen in Support of Debtors' Objection to Claims Purportedly Filed on Behalf of Decedent Robert Johnson [Docket No. 3712 - 3; filed: 03/14/22]

    B.    Certification of No Objection [Docket No. 3800; filed: 03/30/22]

    C.    Order Sustaining Debtors' Objection to Claims Purportedly Filed on Behalf of Decedent Robert Johnson [Docket No. 3808; signed and docketed: 03/31/22]

Status: On March 31, 2022, the Court entered an order sustaining this claim objection.

12. Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors and Ernst & Young LLP and Ernst & Young U. S. LLP [Docket No. 3718; filed: 03/15/22]

Response Deadline: March 29, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

    A.    Certification of No Objection [Docket No. 3802; filed: 03/30_/22]

    B.    Order Granting Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors and Ernst & Young LLP and Ernst & Young U. S. LLP [Docket No. 3809; signed and docketed: 03/31/22]

Status: On March 31, 2022, the Court entered an order approving this motion.

13. Motion of Debtors for Entry of an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement with William Hagans [Docket No. 3771; filed: 03/23/22]

Response Deadline: April 6, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

    A.    Certification of No Objection [Docket No. 3838; filed: 04/07/22]

    B.    Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement with William Hagans [Docket No. 3845; signed and docketed: 04/08/22]

Status: On April 8, 2022, the Court entered an order approving this motion.

14. Motion of Debtors for Approval of Settlement of Preference Claims against GE Healthcare Inc., GE Medical Systems Inc. and General Electric Co. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3772; Adversary No. 20; Adversary No. 20; Adversary No. 20; filed: 03/23/22]

    Response Deadline:  April 6, 2022 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.   Certification of No Objection [Docket No. 3839; Adversary No. 21; Adversary No. 21; Adversary No. 21; filed: 04/07/22]

    B.   Order Approving Settlement of Preference Claims against GE Healthcare Inc., GE Medical Systems Inc. and General Electric Co. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3846; Adversary No. 22; Adversary No. 22; Adversary No. 22; signed and docketed: 04/08/22]

    Status: On April 8, 2022, the Court entered an order approving this motion.

**CONTINUED MATTERS:**

15. Motion of Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor, to Allow Late Filed Claim and for Relief from the Automatic Stay [Docket No. 3669; filed: 03/07/22]

    Response Deadline:  April 1, 2022 at 4:00 p.m.; extended to May 11, 2022 for the Debtors.

    Responses Received:

    A.   Informal comments from the Debtors

    Related Documents:  None

    Status: This matter is continued to the May 18, 2022 omnibus hearing.

**MATTER GOING FORWARD:**

16. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief [Docket No. 3657; filed: 03/04/22]

    Response Deadline:  April 18, 2022 at 12:00 p.m.

    Responses Received:  None

Related Documents:

A. Declaration of Allen Wilen in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief [Docket No. 3799; filed: 03/30/22]

B. Interim Order (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief [Docket No. 3811; signed and docketed: 03/31/22]

C. Notice of Hearing [Docket No. 3813; filed: 03/31/22]

D. **Certification of Counsel Regarding Proposed Final Order (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief [Docket No. 3890; filed: 04/21/22]**

Status: This matter is going forward on a final basis. To the extent necessary, the Debtors may present the testimony of Allen Wilen, the Debtors' CRO in support of the motion. Mr. Wilen may refer to the exhibits attached to the motion or otherwise filed with the Court. Mr. Wilen will be testifying from a hotel room in Syracuse, New York and will be alone. Mr. Wilen will have a copy of the above-referenced pleadings during the hearing. The Debtors are not presently aware of whether any parties intend to cross-examine Mr. Wilen.

### **FEE APPLICATIONS:**

17. Certification of Counsel Regarding Proposed Omnibus Order Approving Seventh and Eighth Interim Fee Applications of Saul Ewing Arnstein & Lehr LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Sixth and Seventh Interim Applications of Klehr Harrison Harvey Branzburg LLP, the Sixth Interim Application of Berkeley Research Group, LLC and the First and Final Application of Cross & Simon, LLC [Docket No. 3857; filed 04/13/22]

    Response Deadline:   See index of the fee applications attached as Exhibit A.

    Responses Received: None

    Related Documents:

    A. Omnibus Order Approving Seventh and Eighth Interim Fee Applications of Saul Ewing Arnstein & Lehr LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Sixth and Seventh Interim Applications of Klehr Harrison Harvey Branzburg LLP, the Sixth Interim Application of Berkeley Research Group, LLC and the First and Final Application of Cross & Simon, LLC [Docket No. 3881; signed and docketed: 04/18/22]

Status: On April 18, 2022, the Court entered an omnibus order approving the fee applications.

Dated: April 21, 2022  **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
John D. Demmy (DE Bar No. 2802)
Matthew P. Milana (DE Bar No. 6681)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801
Telephone: (302) 421-6800
mark.minuti@saul.com
john.demmy@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

# Exhibit A

**INDEX OF PROFESSIONALS' FEE APPLICATIONS**

# DEBTORS' PROFESSIONALS

**I.     SAUL EWING ARNSTEIN & LEHR LLP (Counsel to Debtors)**

1. Seventh Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2021 through March 31, 2021 [Docket No. 3643; filed: 03/02/22]

    i. Certification of No Objection for Seventh Interim Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 3773; filed: 03/23/22]

    Related Documents:

    A. Nineteenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2021 through January 31, 2021 [Docket No. 2195; filed: 03/17/21]

        i. Certification of No Objection for Nineteenth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2234; filed: 04/07/21]

    B. Twentieth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2021 through February 28, 2021 [Docket No. 2270; filed: 04/16/21]

        i. Certification of No Objection for Twentieth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2324; filed: 05/07/21]

    C. Twenty-First Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2021 through March 31, 2021 [Docket No. 2345; filed: 05/21/21]

        i. Certification of No Objection for Twenty-First Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2383; filed: 06/11/21]

2. Eighth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2021 through June 30, 2021 [Docket No. 3644; filed: 03/02/22]

    i. Certification of No Objection for Eighth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 3774; filed: 03/23/22]

Related Documents:

A. Twenty-Second Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2021 through April 30, 2021 [Docket No. 2364; filed: 06/07/21]

  i. Certification of No Objection for Twenty-Second Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2540; filed: 06/29/21]

B. Twenty-Third Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2021 through May 31, 2021 [Docket No. 2591; filed: 07/15/21]

  i. Certification of No Objection for Twenty-Third Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2678; filed: 08/05/21]

C. Twenty-Fourth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2021 through June 30, 2021 [Docket No. 2741; filed: 08/25/21]

  i. Certification of No Objection for Twenty-Fourth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2832; filed: 09/15/21]

**II. KLEHR HARRISON HARVEY BRANZBURG LLP (Special Counsel to Debtors)**

3. Sixth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from January 1, 2021 through March 31, 2021 [Docket No. 3690; filed: 03/10/22]

  i. Certification of No Objection for Sixth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 3830; filed: 04/05/22]

Related Documents:

A. Thirteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from January 1, 2021 through January 31, 2021 [Docket No. 2115; filed: 02/22/21]

2

          i.    Certification of No Objection for Thirteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2208; filed: 03/23/21]

    B.    Fourteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from February 1, 2021 through February 28, 2021 [Docket No. 2251; filed: 04/12/21]

          i.    Certification of No Objection for Fourteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2321; filed: 05/05/21]

    C.    Fifteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from March 1, 2021 through March 31, 2021 [Docket No. 2316; filed: 05/04/21]

          i.    Certification of No Objection for Fifteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2361; filed: 06/03/21]

4.    Seventh Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from April 1, 2021 through June 30, 2021 [Docket No. 3691; filed: 03/10/22]

    i.    Certification of No Objection for Seventh Interim Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 3831; filed: 04/05/22]

Related Documents:

    A.    Sixteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from April 1, 2021 through April 30, 2021 [Docket No. 2670; filed: 08/04/21]

          i.    Certification of No Objection for Sixteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2747; filed: 08/26/21]

    B.    Seventeenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from May 1, 2021 through May 31, 2021 [Docket No. 2671; filed: 08/04/21]

        i.    Certification of No Objection for Seventeenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2748; filed: 08/26/21

    C.    Eighteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from June 1, 2021 through June 30, 2021 [Docket No. 2673; filed: 08/04/21]

        i.    Certification of No Objection for Eighteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2749; filed: 08/26/21]

### III.   CROSS & SIMON, LLC (Special Counsel to the Debtors)

5.    First and Final Application of Cross & Simon, LLC for Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period of August 3, 2021 through February 18, 2022 [Docket No. 3617; filed: 02/21/22]

    i.    Certification of No Objection for First and Final Application of Cross & Simon, LLC [Docket No. 3850; filed: 04/12/22]

## COMMITTEE'S PROFESSIONALS

### IV.   SILLS CUMMIS & GROSS P.C. (Counsel to the Official Committee of Unsecured Creditors)

6.    Seventh Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from January 1, 2021 through March 31, 2021 [Docket No. 3703; filed: 03/11/22]

    i.    Certification of No Objection for Seventh Quarterly Application of Sills Cummis & Gross P.C. [Docket No. 3827; filed: 04/05/22]

Related Documents:

    A.    Nineteenth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2021 through January 31, 2021 [Docket No. 2243; filed: 04/08/21]

        i.    Certification of No Objection for Nineteenth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 2312; filed: 05/03/21]

    B.    Twentieth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2021 through February 28, 2021 [Docket No. 2248; filed: 04/08/21]

        i.    Certification of No Objection for Twentieth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 2313; filed: 05/03/21]

    C.    Twenty First Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2021 through March 31, 2021 [Docket No. 2314; filed: 05/03/21]

        i.    Certification of No Objection for Twenty First Monthly Application of Sills Cummis & Gross P.C. [Docket No. 2357; filed: 05/28/21]

7.    Eighth Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from April 1, 2021 through June 30, 2021 [Docket No. 3704; filed: 03/11/22]

    i.    Certification of No Objection for Eighth Quarterly Application of Sills Cummis & Gross P.C. [Docket No. 3828; filed: 04/05/22]

Related Documents:

    A.    Twenty Second Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2021 through April 30, 2021 [Docket No. 2365; filed: 06/08/21]

        i.    Certification of No Objection for Twenty Second Monthly Application of Sills Cummis & Gross P.C. [Docket No. 2561; filed: 07/07/21]

    B.    Twenty Third Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2021 through May 31, 2021 [Docket No. 2562; filed: 07/07/21]

        i.    Certification of No Objection for Twenty Third Monthly Application of Sills Cummis & Gross P.C. [Docket No. 2756; filed: 08/30/21]

  C. Twenty Fourth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2021 through June 30, 2021 [Docket No. 2667; filed: 08/03/21]

    i. Certification of No Objection for Twenty Fourth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 2757; filed: 08/30/21]

## V. FOX ROTHSCHILD LLP (Delaware Counsel to the Official Committee of Unsecured Creditors)

8. Seventh Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period January 1, 2021 through March 31, 2021 [Docket No. 3701; filed: 03/11/22]

  i. Certification of No Objection for Seventh Interim Fee Application of Fox Rothschild LLP [Docket No. 3825; filed: 04/05/22]

Related Documents:

  A. Eighteenth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period January 1, 2021 through January 31, 2021 [Docket No. 2144; filed: 03/04/21]

    i. Certification of No Objection for Eighteenth Monthly Fee Application of Fox Rothschild LLP [Docket No. 2277; filed: 04/20/21]

  B. Nineteenth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period February 1, 2021 through February 28, 2021 [Docket No. 2145; filed: 03/04/21]

    i. Certification of No Objection for Nineteenth Monthly Fee Application of Fox Rothschild LLP [Docket No. 2278; filed: 04/20/21]

  C. Twentieth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period March 1, 2021 through March 31, 2021 [Docket No. 2284; filed: 04/21/21]

39943927.1 04/21/2022

        i.    Certification of No Objection for Twentieth Monthly Fee Application of Fox Rothschild LLP [Docket No. 2339; filed: 05/17/21]

9.    Amended Eighth Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period April 1, 2021 through June 30, 2021 [Docket No. 3709; filed: 03/13/22]

        i.    Certification of No Objection for Amended Eighth Interim Fee Application of Fox Rothschild LLP [Docket No. 3826; filed: 04/05/22]

Related Documents:

A.    Twenty-First Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period April 1, 2021 through April 30, 2021 [Docket No. 3222; filed: 12/01/21]

        i.    Certification of No Objection for Twenty-First Monthly Fee Application of Fox Rothschild LLP [Docket No. 3364; filed: 12/28/21]

B.    Twenty-Second Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period May 1, 2021 through May 31, 2021 [Docket No. 3223; filed: 12/01/21]

        i.    Certification of No Objection for Twenty-Second Monthly Fee Application of Fox Rothschild LLP [Docket No. 3365; filed: 12/28/21]

C.    Twenty-Third Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period June 1, 2021 through June 30, 2021 [Docket No. 3224; filed: 12/01/21]

        i.    Certification of No Objection for Twenty-Third Monthly Fee Application of Fox Rothschild LLP [Docket No. 3366; filed: 12/28/21]

**VI.  BERKELEY RESEARCH GROUP, LLC (Financial Advisor to the Official Committee of Unsecured Creditors)**

10. Ninth Monthly and Sixth Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from January 1, 2021 through June 30, 2021 [Docket No. 3705; filed: 03/11/22]

    i. Certification of No Objection for Ninth Monthly Sixth Interim Application of Berkeley Research Group, LLC [Docket No. 3829; filed: 04/05/22]