# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 4/25/2022 |
| Case: 19−11466−MFW | Form ID: pdfsjo | Total: 258 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| ombh | Suzanne Koenig |
| intp | University of Pennsylvania Health System |
| intp | Sanjay K. Gupta |
| intp | Thomas Hall |
| intp | Edward Sockol |
| intp | Ulyana Kulish |
| intp | Christopher Mahrovs, M.D. |
| intp | William C. Boyer |
| intp | Brendan Mullen |
| intp | Elise Singer |
| intp | Future IT Advisors |
| intp | James S Kennedy |
| intp | Carol Kerr |
| intp | Manoj Khandelwal |
| intp | Call 4 Nurse LLC |
| aty | Edward Fisher |

TOTAL: 16

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| trans | Reliable Companies | gmatthews@reliable−co.com |
| intp | Frank T Brzozowski | fbrzozow@gmail.com |
| aty | John T. Carroll, III | jcarroll@cozen.com |
| aty | Adam H. Isenberg | aisenberg@saul.com |
| aty | Adam R. Elgart | aelgart@mwm−law.com |
| aty | Albert A. Ciardi, III | aciardi@ciardilaw.com |
| aty | Amy Christine Quartarolo | amy.quartarolo@lw.com |
| aty | Andrew Kelser | akelser@odonoghuelaw.com |
| aty | Andrew H. Sherman | asherman@sillscummis.com |
| aty | Andrew L. Cole | acole@coleschotz.com |
| aty | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| aty | Bernard George Conaway | bgc@conaway−legal.com |
| aty | Boris I. Mankovetskiy | bmankovetskiy@sillscummis.com |
| aty | Brandon A. Cook | bcook@smithhulsey.com |
| aty | Brendan Joseph Schlauch | schlauch@rlf.com |
| aty | Brett D. Fallon | brett.fallon@faegredrinker.com |
| aty | Brian J. Lohan | brian.lohan@arnoldporter.com |
| aty | Brian T. Harvey | bharvey@buchalter.com |
| aty | Bryan J Hall | bhall@blankrome.com |
| aty | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| aty | Chantelle D'nae McClamb | mcclambc@ballardspahr.com |
| aty | Charles A. McCauley III | cmccauley@offitkurman.com |
| aty | Christina Pappoulis | ninapappoulis@bgplegal.com |
| aty | Christina J. Pross | cpross@mlg−defaultlaw.com |
| aty | Christopher Viceconte | cviceconte@gibbonslaw.com |
| aty | Christopher A. Ward | cward@polsinelli.com |
| aty | Christopher Dean Loizides | loizides@loizides.com |
| aty | Christopher R. Momjian | crmomjian@attorneygeneral.gov |
| aty | Claiborne S. Newlin | cnewlin@markowitzandrichman.com |
| aty | Curtis S. Miller | csmefiling@mnat.com |
| aty | Dale E. Barney | dbarney@gibbonslaw.com |
| aty | Daniel Devlin | ddevlin@mtvlaw.com |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com |
| aty | Darrell W. Clark | dclark@stinson.com |
| aty | David Dembe | ddembe@attorneygeneral.gov |
| aty | David L. Campbell | dcampbell@uplawtx.com |
| aty | David L. Kane | dkane@vedderprice.com |
| aty | David M. Klauder | dklauder@bk−legal.com |
| aty | David P. Primack | dprimack@mdmc−law.com |
| aty | David Ryan Slaugh | rslaugh@potteranderson.com |
| aty | David W. Carickhoff | dcarickhoff@archerlaw.com |
| aty | Deirdre M. Richards | drichards@finemanlawfirm.com |
| aty | Dennis A. Meloro | melorod@gtlaw.com |
| aty | Domenic E. Pacitti | dpacitti@klehr.com |
| aty | Drew McGehrin | dsmcgehrin@duanemorris.com |
| aty | E. Todd Sable | tsable@honigman.com |
| aty | Elihu Ezekiel Allinson, III | ZAllinson@SHA−LLC.com |
| aty | Eric S. Goldstein | egoldstein@goodwin.com |

| | | |
|---|---|---|
| aty | Frederick B. Rosner | rosner@teamrosner.com |
| aty | Garvan F. McDaniel | gfmcdaniel@dkhogan.com |
| aty | Gary D. Bressler | gbressler@mdmc–law.com |
| aty | George P. Angelich | angelich.george@arentfox.com |
| aty | GianClaudio Finizio | gfinizio@bayardlaw.com |
| aty | Gregory A. Taylor | gtaylor@ashbygeddes.com |
| aty | Gregory Joseph Flasser | gflasser@bayardlaw.com |
| aty | Holly M Smith | HMeganSmith@gsbblaw.com |
| aty | Howard A. Cohen | hcohen@foxrothschild.com |
| aty | Ian J Bambrick | ian.bambrick@faegredrinker.com |
| aty | Jarret P. Hitchings | jphitchings@duanemorris.com |
| aty | Jason A. Gibson | gibson@teamrosner.com |
| aty | Jason Custer Powell | jpowell@delawarefirm.com |
| aty | Jay Jaffe | jay.jaffe@Faegredrinker.com |
| aty | Jeffrey Garfinkle | jgarfinkle@buchalter.com |
| aty | Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| aty | Jeffrey C. Hampton | jeffrey.hampton@saul.com |
| aty | Jeffrey R Barber | jbarber@joneswalker.com |
| aty | Jeffrey R. Waxman | jwaxman@morrisjames.com |
| aty | Jeremy William Ryan | jryan@potteranderson.com |
| aty | Jerry Hall | jerry.hall@kattenlaw.com |
| aty | Jody C. Barillare | jody.barillare@morganlewis.com |
| aty | Joelle E. Polesky | jpolesky@stradley.com |
| aty | John D. Demmy | john.demmy@saul.com |
| aty | John Henry Schanne, II | schannej@pepperlaw.com |
| aty | Joseph H. Huston, Jr. | jhh@stevenslee.com |
| aty | Joseph J. McMahon, Jr. | jmcmahon@ciardilaw.com |
| aty | Joseph M. Barry | bankfilings@ycst.com |
| aty | Judy D. Thompson | jdt@jdthompsonlaw.com |
| aty | Julia Bettina Klein | klein@kleinllc.com |
| aty | Justin R. Alberto | jalberto@coleschotz.com |
| aty | Kate R. Buck | kbuck@mccarter.com |
| aty | Katharina Earle | katharina.earle@faegredrinker.com |
| aty | Kevin Scott Mann | kmann@crosslaw.com |
| aty | Kristi JoLynn Doughty | kdoughty@schnader.com |
| aty | Lance Michael Geren | lgeren@odonoghuelaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Lawrence A. Lichtman | LLichtman@honigman.com |
| aty | Louis A. Curcio | louis.curcio@troutman.com |
| aty | Marc Stephen Casarino | Marc.Casarino@kennedyslaw.com |
| aty | Marcus Scott Sacks | marcus.s.sacks@usdoj.gov |
| aty | Marcy J. McLaughlin Smith | Marcy.Smith@troutman.com |
| aty | Marita Erbeck | marita.erbeck@dbr.com |
| aty | Mark Minuti | mark.minuti@saul.com |
| aty | Mark D. Collins | collins@RLF.com |
| aty | Matthew P. Milana | matthew.milana@saul.com |
| aty | Megan N. Harper | megan.harper@phila.gov |
| aty | Michael Comrie Heyden, Jr. | mheyden@grsm.com |
| aty | Michael E. Demont | mdemont@smithhulsey.com |
| aty | Michael G. Busenkell | mbusenkell@gsbblaw.com |
| aty | Michael Joseph Merchant | merchant@rlf.com |
| aty | Monica Mathews Reynolds | mreynolds@cwolaw.com |
| aty | Monique Bair DiSabatino | monique.disabatino@saul.com |
| aty | Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| aty | Nicholas J. LePore, III | nlepore@schnader.com |
| aty | Paige Noelle Topper | ptopper@mnat.com |
| aty | Pamela Elchert Thurmond | pamela.thurmond@phila.gov |
| aty | Patrick A. Jackson | Patrick.jackson@faegredrinker.com |
| aty | Pearl Pham | pearl.pham@pgworks.com |
| aty | Phillip Khezri | pkhezri@lowenstein.com |
| aty | R. Stephen McNeill | bankruptcy@potteranderson.com |
| aty | Rachel Jaffe Mauceri | rmauceri@rc.com |
| aty | Richard A. Barkasy | rbarkasy@schnader.com |
| aty | Rick S. Miller | rmiller@ferryjoseph.com |
| aty | Robert Lapowsky | rl@stevenslee.com |
| aty | Ronald L. Daugherty | rdaugherty@srstlaw.com |
| aty | Sabrina L. Streusand | streusand@slollp.com |
| aty | Sally E. Veghte | sveghte@klehr.com |
| aty | Seth A. Niederman | sniederman@foxrothschild.com |
| aty | Shawn M. Christianson | schristianson@buchalter.com |
| aty | Sophie E. Macon | smacon@coleschotz.com |
| aty | Stephanie A. Fox | saf@maronmarvel.com |
| aty | Stuart M. Brown | stuart.brown@dlapiper.com |
| aty | Susan Murray | smurray@freedmanlorry.com |
| aty | Suzzanne Uhland | suzzanne.uhland@lw.com |
| aty | Thomas D. Bielli | tbielli@bk–legal.com |
| aty | Thomas M. Horan | thoran@cozen.com |
| aty | Timothy Swanson | tim.swanson@moyewhite.com |

| | | |
|---|---|---|
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Tobey M. Daluz | daluzt@ballardspahr.com |
| aty | Travis James Cuomo | rbgroup@rlf.com |
| aty | Vikrama S. Chandrashekar | vika.chandrashekar@moyewhite.com |
| aty | Vincent J Marriott, III | marriott@ballardspahr.com |
| aty | Wanda Borges | ecfcases@borgeslawllc.com |
| aty | William D. Sullivan | bsullivan@sha–llc.com |
| aty | William F. Taylor, Jr. | bankruptcydel@mccarter.com |

TOTAL: 136

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Center City Healthcare, LLC | 230 North Broad Street   Philadelphia, PA 19102 |
| cr | MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) | Stradley Ronon Stevens & Young   2005 Market Street   Suite 2600   Philadelphia, PA 19103 |
| cr | SpecialtyCare, Inc. | White and Williams LLP   600 N. King Street, Suite 800   Wilmington, DE 19801 |
| intp | Commonwealth of Pennsylvania Department of Health | c/o Richard A. Barkasy   Schnader Harrison Segal & Lewis LLP   824 N. Market Street, Suite 800   Wilmington, DE 19801 |
| cr | City of Philadelphia | City Law Department– Tax & Revenue Unit   c/o Megan N. Harper   Municipal Services Building   1401 John F. Kennedy Blvd, 5th floor   Philadelphia, PA 19102 |
| intp | Omni Management Group, Inc. | www.omnimgt.com   5955 DeSoto Avenue   Suite 100   Woodland Hills, CA 91367 |
| intp | Commonwealth of Pennsylvania, Office of Attorney General | 1600 Arch Street   Suite 300   Philadelphia, PA 19103 |
| clagent | Omni Management Group, Inc. | www.omnimgt.com   5955 DeSoto Avenue   Suite 100   Woodland Hills, CA 91367 |
| cr | Pennsylvania Association of Staff Nurses and Allied Professionals | Two Tower Bridge   One Fayette Street, Ste. 475   Conshohocken, PA |
| intp | Jeffrey Cutler | PO Box 2806   York, PA 17405 |
| cr | Rydal Square, L.P. | c/o Jeffrey Kurtzman, Esquire   Kurtzman | Steady, LLC   401 S. 2nd Street, Suite 200   Philadelphia, PA 19147 |
| cr | NTT Data Services | c/o Streusand Landon Ozburn & Lemmon   1801 S. MoPac Expressway   Suite 320   Suite 320   Austin, TX 78746 |
| intp | Renal Treatment Centers–Northeast, Inc. | c/o DaVita HealthCare Partners Inc.   1551 Wewatta   Denver, CO 80202 |
| cr | Renal Treatment Centers–Northeast, Inc. | c/o DaVita HealthCare Partners Inc.   1551 Wewatta   Denver, CO 80202 |
| cr | 224 E. 13th Street Realty Corp. | c/o Blank Rome LLP   1201 N. Market Street   Suite 800   Wilmington, DE 19801 |
| cr | PHILADELPHIA GAS WORKS | 800 W. Montgomery Avenue   Philadelphia, PA 19122 |
| crcm | Official Committee of Unsecured Creditors | Fox Rothschild LLP   Attn: Thomas M. Horan   919 N. Market Street   Suite 300   Wilmington, DE 19899–2323 |
| cr | Kelly Ann Cody | Self Inc. Womans Shelter   1305 W. Susquehanna Ave.   Philadelphia, PA 19122 |
| cr | Shades of Green, Inc. | 1777 South Pennsylvania Avenue   Morrisville, PA 19067 |
| cr | Med One Capital Funding, LLC | C/O Ray Quinney & Nebeker. P.C.   36 South State Street   14th Floor   ATTN: David H. Leigh   Salt Lake City, UT 84111 |
| cr | Laboratory Corporation of America Holdings | CT Corporation Systems   225 Hillsborough Street   Raleigh, NC 27603 |
| cr | Philadelphia Hospital and Healthcare Employees– District 1199C Training and Upgrading Fund | C/O Susan Murray, Esquire   1601 Market Street, Suite 1500   Philadelphia, PA 19103 |
| cr | Ensemble RCM, LLC d/b/a Ensemble Health Partners | c/o Jeffrey R. Barber, Esq.   Jones Walker LLP   P. O. Box 427   Jackson, MS 39205–0427 |
| cr | Coloplast Corp. | 1601 West River Road North   Minneapolis, MN 55411 |
| cr | Vizient, Inc. | 5420 LBJ Freeway, Suite 1900   Dallas, TX 75240 UNITED STATES |
| cr | Marc A. AI ThermaSolutions | Stoel Rives LLP   C/O Marc A. AI   33 South 6th Street   Suite 4200   Minneapolis, MN 55402 |
| cr | SpecialtyCare IOM Services, LLC | White and Williams LLP   600 N. King Street, Suite 800   Wilmington, DE 19801 |
| cr | Mayflower Laundry and Textile Services, LLC | 2601 West Lexington Street   Baltimore, MD 21223 |
| intp | Certain Physicians Under the Philadelphia Academic Health System Physician Practice Plan | c/o Archer & Greiner, P.C.   Attn: David W. Carickhoff, Esq.   300 Delaware Avenue, Suite 1100   Wilmington, DE 19801 |
| cr | The Advisory Board Company | c/o Shipman & Goodwin LLP   One Constitution Plaza   Hartford, CT 06013–1919 |
| cr | Thomas F. Dooner | 1106 Solly Avenue   Philadelphia, PA 19111 |
| intp | Tremayne S. Lewis | 2705 W Silver Street   Philadelphia, PA 19132 |
| sp | Klehr Harrison Harvey Branzburg LLP | 919 Market Street   Suite 1000   Wilmington, DE 19801 |
| cr | Charles Huff | Schnader Harrison Segal & Lewis LLP   824 N. Market Street   Suite 800   Wilmington, DE 19801–4939 |
| cr | Frank Napolitano | Schnader Harrison Segal & Lewis LLP   824 N. Market Street   Suite 800   Wilmington, DE 19801–4939 |
| cr | St. Agnes MOB, LLC | Schnader Harrison Segal & Lewis LLP   824 N. Market Street   Suite 800   Wilmington, DE 19801–4939 |
| cr | Pennsylvania Department of Revenue | Schnader Harrison Segal & Lewis LLP   824 N. Market Street   Suite 800   Wilmington, DE 19801–4939 |

| | | | | | |
|---|---|---|---|---|---|
| intp | Abbott Laboratories Inc. | c/o Kohner, Mann & Kailas, S.C. | 4650 North Port Washington Rd | Second Floor | Milwaukee, WI 53212 |
| intp | Shawn Williams | 909 W. Penn Pines Blvd. | Aldan, PA 19018 | | |
| intp | Cadence Bank, N.A. | c/o/ Ashby & Geddes, P.A. | 500 Delaware Avenue | 8th Floor | Wilmington, DE 19899 |
| cr | Leslie Caldwell | c/o Gregory & Pappoulis | 5307 Limestone Road | Suite 103 | Wilmington, DE 19808 UNITED STATES |
| intp | Call 4 Health, Inc. | 2855 S. Congress Ave. | Suite AB | Delray Beach, FL 33445 | |
| cr | Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a minor | Schnader Harrison Segal & Lewis LLP | 824 N. Market Street | Suite 800 | Wilmington, DE 19801 |
| aty | Alexandra Marie Zablocki | Latham & Watkins, LLP | 1271 Avenue of the Americas | New York, NY 10020 | |
| aty | Brendan Joseph Schlauch | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington, DE 19801 |
| aty | Christopher S. Koenig | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 US | |
| aty | Cindi Giglio | Katten Muchin Rosenman LLP | 575 Madison Avenue | New York, NY 10022 | |
| aty | Daniel Joseph Morales | Latham & Watkins LLP | 1271 Avenue of the Americas | New York, NY 10020 | |
| aty | Daniel R. Schwartz | Kirkland and Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | David Pisciotta | Troutman Sanders LLP | 875 Third Avenue | New York, NY 10022 | |
| aty | David Smith | Schnader Harrison Segal & Lewis LLP | 1600 Market Street | Suite 3600 | Philadelphia, PA 19103–7286 |
| aty | Deborah A Reperowitz | Stradley, Ronon, Stevens & Young, LLP | 100 Park Avenue, Suite 2000 | New York, NY 10017 | |
| aty | Douglas Carlson | Douglas Carlson LLC | 330 N. Wabash | #3300 | Chicago, IL 60611 |
| aty | Edward Moss | O'Melveny & Myers LLP | Times Square Tower | 7 Times Square | New York, NY 10036 |
| aty | Edward Moss | O'Melveny & Myers LLP | Times Square Tower | 7 Times Square | New York, NY 10036 |
| aty | Eric R Von Helms | Kohner, Mann & Kailas, S.C | 4650 North Port Washington Road | Milwaukee, WI 53212 | |
| aty | Francis J. Lawall | Pepper Hamilton LLP | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia, PA 19103 |
| aty | Gabe A. Doble | Dovel & Luner, LLP | 201 Santa Monica Boulevard | Suite 600 | Santa Monica, CA 90401 |
| aty | Gary E Klausner | Levene Neale Bender Yoo & Brill | 10250 Constellation Blvd #1700 | Los Angeles, CA 90067 | |
| aty | Gregory Mortenson | Latham & Watkins LLP | 1271 Avenue of the Americas | New York, NY 10020 | |
| aty | Gretchen M. Santamour | Stradley Ronon Stevens & Young | 2005 Market Street | Suite 2600 | Philadelphia, PA 19103 |
| aty | Howard A. Cohen | Fox Rothschild LLP | 919 N. Market Street | Suite 300 | Wilmington, DE 19899–2323 |
| aty | Ira Neil Richards | Schnader Harrison Segal & Lewis LLP | 1600 Market Street | Suite 3600 | Philadelphia, PA 19103–7286 |
| aty | Jessica Mikhailevich | Troutman Sanders LLP | 875 Third Avenue | New York, NY 10022 | |
| aty | Jessica A. Kolansky | Willig, Williams & Davidson | 1845 Walnut Street | 24th Floor | Philadelphia, PA 19103 |
| aty | Jessica M Gulash | Lundy Beldecos & Milby | 250 N Narberth Ave | Suite 200 | Narberth, PA 19072 |
| aty | Joel C. Hopkins | Saul Ewing Arnstein & Lehr LLP | Penn National Insurance Plaza | 2 North Second Street | 7th Floor    Harrisburg, PA 17101–1619 |
| aty | Joseph Catuzzi | Stradley Ronon et al | 2005 Market Street | suuite 2600 | Philadelphia, PA 19103 |
| aty | Joseph Kernen | DLA Piper LLP (US) | One Liberty Place | 1650 Market Street – Suite 5000 | Philadelphia, PA 19103 |
| aty | Julien A. Adams | Dovel & Luner, LLP | 201 Santa Monica Boulevard | Suite 600 | Santa Monica, CA 90401 |
| aty | Katherine Scherling | Katten Muchin Rosenman, LLP | 575 Madison Avenue | New York, NY 10022 | |
| aty | Kathryn L. Stevens | BedderPrice | 222 North LaSalle Street | Suite 2600 | Chicago, IL 60601 |
| aty | Kay Standridge Kress | Troutman Pepper Hamilton Sanders LLP | Suite 1800, 4000 Town Center | Southfield, MI 48075–1505 | |
| aty | Kayla D Britton | Faegre Drinker Biddle & Reath LLP | 600 E 96th Street | Suite 600 | Indianapolis, IN 46240 |
| aty | Kent J. Hayden | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Lauren Macksoud | Dentons US LLP | 1221 Avenue of the Americase | New York, NY 10020–1089 | |
| aty | Lee P. Whidden | Dentons US LLP | 1221 Avenue of the Americas | New York, NY 10020–1095 | |
| aty | Lisa M Rhode | Office of Attorney Genberal | 1600 Arch Street | Suite 300 | Philadelphia, PA 19103 |
| aty | Mairi V. Luce | Duane Morris LLP | 30 South 17th Street | Philadelphia, PA 19103 | |
| aty | Mark J. Dorval | Stradley Ronon, et al | 2005 Market St. | Ste 2600 | Philadelphia, PA 19103 |
| aty | Matthew J. Carmody | Latham & Watkins LLP | 885 Third Avenue | New York, NY 10022–4834 | |
| aty | Michael B. Lampert | Ropes & Gray LLP | Prudential Tower | 800 Boylston Street | Boston, MA 02199–3600 |
| aty | Michael T. Van der Veen | van der Veen, Hartshorn, and Levin | 1219 Spruce Street | Philadelphia, PA 19107 | |
| aty | Michael W. Glenn | Kirkland & Ellis LLP | 300 North Lasallle | Chicago, IL 60654 | |
| aty | Mitchell Malzberg | Law Offices of Mitchell J. Malzberg, LLC | 6 E. Main Street, Suite 7 | PO Box 5122 | Clinton, NJ 08809 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Nancy A. Peterman | Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601 |
| aty | Nick Wasdin | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Nicole L. Greenblatt | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022–4611 | |
| aty | Oscar N. Pinkas | Dentons US LLP | 1221 Avenue of the Americas | New York, NY 10020–1089 | |
| aty | Paul J. Fishman | Arnold & Porter Kaye Scholer LLP | One Gateway Center | Newark, NJ 07102 | |
| aty | Paul M. Cozzi | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, Il 60654 | |
| aty | Richard A. Chesley | DLA Piper LLP (US) | 444 West Lake Street | Suite 900 | Chicago, IL 60606 |
| aty | Robert J. Malionek | Latham & Watkins LLP | 1271 Avenue of the Americas | New York, NY 10020 | |
| aty | Robert M. Hirsh | Lowenstein SandlerLLP | 1251 Avenue of the Americas | New York, NY 10020 | |
| aty | Sean A. Luner | Dovel & Luner, LLP | 201 Santa Monica Boulevard | Suite 600 | Santa Monica, CA 90401 |
| aty | Stephen C. Hackney | Kirkland & Ellis LLP | 300 North Lasalle | Chicago, IL 60654 | |
| aty | Sue L. Chin | Borges & Associates, LLC | 575 Underhill Blvd. | Suite 118 | Syosset, NY 11791 |
| aty | Tianjiao Li | Latham & Watkins LLP | 1271 Avenue of the Americas | New York, NY 10020 | |
| aty | Tracey M. Ohm | Stinson LLP | 1150 18th Street N.W. | Suite 800 | Washington, DC 20036 |
| aty | William David Pollak | O'Melveny & Myers LLP | Times Square Tower | 7 Times Square | New York, NY 10036 |
| aty | William David Pollak | O'Melveny & Myers LLP | Times Square Tower | 7 Times Square | New York, NY 10036 |
| aty | William J Wickward Jr. | 2179 East Lyon Station Road | Creedmoor, NC 27522 | | |
| 16500808 | Front Street Healthcare Properties, LLC | Svetlana Attestatova | c/o Paladin Healthcare Capital, LLC | 222 North Pacific Coast Highway | Suite 900 El Segundo, CA 90245 |
| 13661871 | Optum360/UHC | ATTN: CDM/Bankruptcy | 185 Asylum Street | 03B | Hartford, CT 06103 |
| 16500807 | The Pension Fund for Hospital and Health Care Empl | James S. Beall | Willig, Williams, and Davidson | 1845 Walnut Street, 24th Floor | Philadelphia, PA 19103 |
| 13662478 | UnitedHealthcare Insurance Company | ATTN: CDM/Bankruptcy | 185 Asylum Street | 03B | Hartford, CT 06103 |

TOTAL: 106