**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 3657, 3787, 3799, 3806, 3811, 3813** |
| | ) **and 3890** |

**FINAL ORDER (I) AUTHORIZING PHILADELPHIA ACADEMIC HEALTH SYSTEM,**
**LLC TO MAKE SECURED TERM LOAN TO BROAD STREET ENTITIES**
**PURSUANT TO 11 U.S.C. § 363 AND (II) GRANTING RELATED RELIEF**

Upon the motion, (the "**Motion**")[2], of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to section 363 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for interim and final orders (i) authorizing Philadelphia Academic Health System, LLC ("**PAHS**") to make a secured term loan to Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC and Broad Street Healthcare Properties III, LLC (collectively, the "**Broad Street Entities**") and (ii) granting related relief, as more fully set forth in the Motion; and the Debtors having submitted certain forms of loan documents related to the Motion by Notice filed March 29, 2022 [Docket No. 3787], as updated by Notice filed March 31,

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2022 [Docket No. 3806]; and the Court having granted an interim order, on March 31, 2022, granting a portion of the relief sought in the Motion [Docket No. 3811] (the "**Interim Order**"); and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED on a final basis as set forth herein.

2.     PAHS is authorized, pursuant to section 363 of the Bankruptcy Code, to make the Secured Loan to the Broad Street Entities in accordance with the Term Sheet, documentation and this Order.

3.     Notwithstanding anything to the contrary contained in the Motion, the Term Sheet, the documents filed with the Court on March 29, 2022 [Docket No. 3787], the liens granted to PAHS in the Real Estate in connection with the financing approved by the Interim Order or this Order shall not prime the  statutory liens, if any, of the City of Philadelphia, the School District of Philadelphia or the City of Philadelphia Water Revenue Bureau (collectively, the "**City**") to the extent that any such statutory liens are first priority liens pursuant to Pennsylvania's Municipal Claims and Tax Liens Act, 53 P. S. § 7101, *et. seq.* All parties' rights to challenge the claims of the City or any liens in favor of the City are fully preserved.

4.     The Debtors are authorized to take all steps necessary, desirable or appropriate to carry out the relief granted in the Term Sheet and this Order.

39664232.13

3

5.      Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: April 21st, 2022**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

39664232.13