# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| Debtors | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Ryan B. Smith, hereby certify that the foregoing Notice of Withdrawal of Appearance has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE: April 22, 2022

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

BY: */s/ Ryan B. Smith*
Deputy Attorney General
PA Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 478-4593 (Telephone)
(215) 560-2494 (Fax)
rbsmith@attorneygeneral.gov
*Attorney for the Commonwealth of Pennsylvania*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.