# EXHIBIT B

## (Proposed Order)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 3808, 3848, 3849 and ___** |
| | ) |

**ORDER DENYING (I) MOTION FOR RECONSIDERATION**
**OF ORDER ENTERED ON MARCH 31, 2022 SUSTAINING DEBTORS' OBJECTIONS**
**TO CLAIMS PURPORTEDLY FILED ON BEHALF OF DECEDENT ROBERT**
**JOHNSON, AND (II) AMENDED MOTION FOR RELIEF FROM**
**AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

Upon the amended motion (the "**Amended Stay Relief Motion**")[2] of the Estate of Robert

Johnson Jr. (the "**Johnson Estate**" or "**Movant**") *for Relief from Automatic Stay under Section*

*362 of the Bankruptcy Code* [D.I. 3848] and (ii) the *Motion for Reconsideration of Order Entered*

*on March 31, 2022 Sustaining Debtors' Objections to Claims Purportedly Filed on Behalf of*

*Decedent Robert Johnson* [D.I. 3849] (the "**Motion to Vacate**," and together with the Amended

Stay Relief Motion, the "**Johnson Motions**"); and it appearing that the Court has jurisdiction to

consider the Johnson Motions in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference* from the United States District Court for the District of Delaware,

dated February 29, 2019; and it appearing that this is a core proceeding pursuant to 28 U.S.C.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

-2-

§§ 1408 and 1409; and upon consideration of the Debtors' objection to the Johnson Motions

[D.I. _____] and any arguments made in connection with the Johnson Motions and any responses

thereto at the hearing on the Johnson Motions, if any; and after due deliberation and sufficient

cause appearing therefor; IT IS HEREBY ORDERED THAT:

1.      The Johnson Motions are denied in their entirety.

2.      This Court shall retain jurisdiction with respect to all matters arising from or

related to the interpretation and enforcement of this Order or the Stipulation.

39902725.3 04/25/2022