# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

CENTER CITY HEALTHCARE, LLC
d/b/a Hahnemann University Hospital, et al.

Debtors.

Chapter 11

Case No. 19-11466-MFW

Jointly Administered

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under District of Delaware Local Bankruptcy Rule 9010-2(a), the undersigned notify the Court that Ronald L. Daugherty, Esq., of SALMON, RICCHEZZA, SINGER & TURCHI, LLP, will be substituted as attorney of record for the withdrawing attorneys listed below for Creditors Suzanne Richards and Pamela Saechow in this case.

DATED: 4/25/2022          BIELLI & KLAUDER, LLC

*David M. Klauder*
Withdrawing Attorney

DATED: 4/25/2022          SALMON, RICCHEZZA, SINGER & TURCHI, LLP

*Ronald Daugherty*
Substituted Attorney