IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NUMBERS 436 AND 614 AGAINST CENTER CITY HEALTHCARE, LLC

**PLEASE TAKE NOTICE** that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Cassandra Porter-Robinson and David Sloan, having filed proof of claim numbers 436 and 614 against Debtor Center City Healthcare, LLC ("**CCH**"), by and through their undersigned counsel, hereby withdraw such proof of claim numbers 436 and 614 with prejudice, and hereby authorize the Debtors' duly appointed claims agent to reflect this withdrawal on the official claims register in these cases.

Dated: April 22, 2022

**KLINE & SPECTER, P.C.**

/s/ *[signature]*

Philip Pasquarello, Esq.
1525 Locust St.
Philadelphia, PA 19102
Telephone: (215) 772-1000
Philip.Pasquarello@KlineSpecter.com

*Counsel for Cassandra Porter-Robinson and David Sloan*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

39877507.2 4/22/22