**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 3657, 3787, 3799, 3806, 3811, 3813** |
| | ) **and 3890** |

### FINAL ORDER (I) AUTHORIZING PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC TO MAKE SECURED TERM LOAN TO BROAD STREET ENTITIES PURSUANT TO 11 U.S.C. § 363 AND (II) GRANTING RELATED RELIEF

Upon the motion, (the "**Motion**")[2], of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to section 363 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for interim and final orders (i) authorizing Philadelphia Academic Health System, LLC ("**PAHS**") to make a secured term loan to Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC and Broad Street Healthcare Properties III, LLC (collectively, the "**Broad Street Entities**") and (ii) granting related relief, as more fully set forth in the Motion; and the Debtors having submitted certain forms of loan documents related to the Motion by Notice filed March 29, 2022 [Docket No. 3787], as updated by Notice filed March 31,

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2022 [Docket No. 3806]; and the Court having granted an interim order, on March 31, 2022, granting a portion of the relief sought in the Motion [Docket No. 3811] (the "**Interim Order**"); and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED on a final basis as set forth herein.

2.      PAHS is authorized, pursuant to section 363 of the Bankruptcy Code, to make the Secured Loan to the Broad Street Entities in accordance with the Term Sheet, documentation and this Order.

3.      Notwithstanding anything to the contrary contained in the Motion, the Term Sheet, the documents filed with the Court on March 29, 2022 [Docket No. 3787], the liens granted to PAHS in the Real Estate in connection with the financing approved by the Interim Order or this Order shall not prime the  statutory liens, if any, of the City of Philadelphia, the School District of Philadelphia or the City of Philadelphia Water Revenue Bureau (collectively, the "**City**") to the extent that any such statutory liens are first priority liens pursuant to Pennsylvania's Municipal Claims and Tax Liens Act, 53 P. S. § 7101, *et. seq.* All parties' rights to challenge the claims of the City or any liens in favor of the City are fully preserved.

4.      The Debtors are authorized to take all steps necessary, desirable or appropriate to carry out the relief granted in the Term Sheet and this Order.

39664232.13

5.      Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: April 21st, 2022**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

39664232.13

United States Bankruptcy Court
District of Delaware

In re:                                                                                                      Case No. 19-11466-MFW

Center City Healthcare, LLC                                                                  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                                          Page 1 of 18
Date Rcvd: Apr 25, 2022                  Form ID: pdfsjo                                Total Noticed: 100

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102-1121 |
| aty | + | Alexandra Marie Zablocki, Latham & Watkins, LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Brendan Joseph Schlauch, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801-3300 |
| aty | + | Christopher S. Koenig, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | + | Cindi Giglio, Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, NY 10022-2585 |
| aty | ++++ | DAVID PISCIOTTA, TROUTMAN SANDERS LLP, 875 3RD AVE FL 15, NEW YORK NY 10022-7254 address filed with court:, David Pisciotta, Troutman Sanders LLP, 875 Third Avenue, New York, NY 10022 |
| aty | + | Daniel Joseph Morales, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Daniel R. Schwartz, Kirkland and Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | | David Smith, Schnader Harrison Segal & Lewis LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103-7286 |
| aty | + | Deborah A Reperowitz, Stradley, Ronon, Stevens & Young, LLP, 100 Park Avenue, Suite 2000, New York, NY 10017-5546 |
| aty | + | Douglas Carlson, Douglas Carlson LLC, 330 N. Wabash, #3300, Chicago, IL 60611-3604 |
| aty | + | Edward Moss, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036-6524 |
| aty | + | Eric R Von Helms, Kohner, Mann & Kailas, S.C, 4650 North Port Washington Road, Milwaukee, WI 53212-1991 |
| aty | | Francis J. Lawall, Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth & Arch Streets, Philadelphia, PA 19103 |
| aty | + | Gabe A. Doble, Dovel & Luner, LLP, 201 Santa Monica Boulevard, Suite 600, Santa Monica, CA 90401-2216 |
| aty | + | Gary E Klausner, Levene Neale Bender Yoo & Brill, 10250 Constellation Blvd #1700, Los Angeles, CA 90067-6253 |
| aty | + | Gregory Mortenson, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Gretchen M. Santamour, Stradley Ronon Stevens & Young, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7098 |
| aty | + | Howard A. Cohen, Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19801-3068 |
| aty | | Ira Neil Richards, Schnader Harrison Segal & Lewis LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103-7286 |
| aty | ++++ | JESSICA MIKHAILEVICH, TROUTMAN SANDERS LLP, 875 3RD AVE FL 15, NEW YORK NY 10022-7254 address filed with court:, Jessica Mikhailevich, Troutman Sanders LLP, 875 Third Avenue, New York, NY 10022 |
| aty | + | Jessica A. Kolansky, Willig, Williams & Davidson, 1845 Walnut Street, 24th Floor, Philadelphia, PA 19103-4723 |
| aty | | Jessica M Gulash, Lundy Beldecos & Milby, 250 N Narberth Ave, Suite 200, Narberth, PA 19072 |
| aty | | Joel C. Hopkins, Saul Ewing Arnstein & Lehr LLP, Penn National Insurance Plaza, 2 North Second Street, 7th Floor Harrisburg, PA 17101-1619 |
| aty | + | Joseph Catuzzi, Stradley Ronon et al, 2005 Market Street, suuite 2600, Philadelphia, PA 19103-7042 |
| aty | + | Joseph Kernen, DLA Piper LLP (US), One Liberty Place, 1650 Market Street - Suite 5000, Philadelphia, PA 19103-7348 |
| aty | + | Julien A. Adams, Dovel & Luner, LLP, 201 Santa Monica Boulevard, Suite 600, Santa Monica, CA 90401-2216 |
| aty | + | Katherine Scherling, Katten Muchin Rosenman, LLP, 575 Madison Avenue, New York, NY 10022-2585 |
| aty | + | Kathryn L. Stevens, BedderPrice, 222 North LaSalle Street, Suite 2600, Chicago, IL 60601-1104 |
| aty | | Kay Standridge Kress, Troutman Pepper Hamilton Sanders LLP, Suite 1800, 4000 Town Center, Southfield, MI 48075-1505 |
| aty | + | Kayla D Britton, Faegre Drinker Biddle & Reath LLP, 600 E 96th Street, Suite 600, Indianapolis, IN 46240-3789 |
| aty | + | Kent J. Hayden, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | + | Lauren Macksoud, Dentons US LLP, 1221 Avenue of the Americae, New York, NY 10020-1001 |
| aty | + | Lee P. Whidden, Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Lisa M Rhode, Office of Attorney Genberal, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| aty | + | Mairi V. Luce, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |

| | | |
|---|---|---|
| aty | + | Mark J. Dorval, Stradley Ronon, et al, 2005 Market St., Ste 2600, Philadelphia, PA 19103-7098 |
| aty | + | Matthew J. Carmody, Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022-4874 |
| | | Michael B. Lampert, Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199-3600 |
| aty | + | Michael T. Van der Veen, van der Veen, Hartshorn, and Levin, 1219 Spruce Street, Philadelphia, PA 19107-5607 |
| aty | + | Michael W. Glenn, Kirkland & Ellis LLP, 300 North Lasallle, Chicago, IL 60654-5412 |
| aty | + | Mitchell Malzberg, Law Offices of Mitchell J. Malzberg, LLC, 6 E. Main Street, Suite 7, PO Box 5122, Clinton, NJ 08809-0122 |
| aty | + | Nancy A. Peterman, Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 3100, Chicago, IL 60601-4904 |
| aty | + | Nick Wasdin, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | + | Nicole L. Greenblatt, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Oscar N. Pinkas, Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Paul J. Fishman, Arnold & Porter Kaye Scholer LLP, One Gateway Center, Newark, NJ 07102-5310 |
| aty | + | Paul M. Cozzi, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Il 60654-5412 |
| aty | + | Richard A. Chesley, DLA Piper LLP (US), 444 West Lake Street, Suite 900, Chicago, IL 60606-0089 |
| aty | + | Robert J. Malionek, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Robert M. Hirsh, Lowenstein SandlerLLP, 1251 Avenue of the Americas, New York, NY 10020-1104 |
| aty | + | Sean A. Luner, Dovel & Luner, LLP, 201 Santa Monica Boulevard, Suite 600, Santa Monica, CA 90401-2216 |
| aty | + | Stephen C. Hackney, Kirkland & Ellis LLP, 300 North Lasalle, Chicago, IL 60654-5412 |
| aty | + | Sue L. Chin, Borges & Associates, LLC, 575 Underhill Blvd., Suite 118, Syosset, NY 11791-3438 |
| aty | + | Tianjiao Li, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Tracey M. Ohm, Stinson LLP, 1150 18th Street N.W., Suite 800, Washington, DC 20036-3845 |
| aty | + | William David Pollak, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036-6524 |
| aty | + | William J Wickward Jr., 2179 East Lyon Station Road, Creedmoor, NC 27522-9108 |
| cr | + | 224 E. 13th Street Realty Corp., c/o Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801-1807 |
| intp | + | Abbott Laboratories Inc., c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Rd, Second Floor, Milwaukee, WI 53212-1077 |
| intp | + | Cadence Bank, N.A., c/o/ Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, Wilmington, DE 19899-7101 |
| intp | + | Call 4 Health, Inc., 2855 S. Congress Ave., Suite AB, Delray Beach, FL 33445-7312 |
| intp | + | Certain Physicians Under the Philadelphia Academic, c/o Archer & Greiner, P.C., Attn: David W. Carickhoff, Esq., 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801-1670 |
| cr | | Charles Huff, Schnader Harrison Segal & Lewis LLP, 824 N. Market Street, Suite 800, Wilmington, DE 19801-4939 |
| cr | + | Coloplast Corp., 1601 West River Road North, Minneapolis, MN 55411-3431 |
| intp | + | Commonwealth of Pennsylvania Department of Health, c/o Richard A. Barkasy, Schnader Harrison Segal & Lewis LLP, 824 N. Market Street, Suite 800, Wilmington, DE 19801-4939 |
| intp | + | Commonwealth of Pennsylvania, Office of Attorney G, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| cr | | Ensemble RCM, LLC d/b/a Ensemble Health Partners, c/o Jeffrey R. Barber, Esq., Jones Walker LLP, P. O. Box 427, Jackson, MS 39205-0427 |
| cr | | Frank Napolitano, Schnader Harrison Segal & Lewis LLP, 824 N. Market Street, Suite 800, Wilmington, DE 19801-4939 |
| intp | #+ | Jeffrey Cutler, PO Box 2806, York, PA 17405-2806 |
| sp | + | Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| cr | + | Laboratory Corporation of America Holdings, CT Corporation Systems, 225 Hillsborough Street, Raleigh, NC 27603-1767 |
| cr | #+ | Leslie Caldwell, c/o Gregory & Pappoulis, 5307 Limestone Road, Suite 103, Wilmington, DE 19808 UNITED STATES 19808-1275 |
| cr | + | Marc A. AI ThermaSolutions, Stoel Rives LLP, C/O Marc A. AI, 33 South 6th Street, Suite 4200 Minneapolis, MN 55402-3722 |
| cr | + | Mayflower Laundry and Textile Services, LLC, 2601 West Lexington Street, Baltimore, MD 21223-1441 |
| cr | + | Med One Capital Funding, LLC, C/O Ray Quinney & Nebeker. P.C., 36 South State Street, 14th Floor, ATTN: David H. Leigh Salt Lake City, UT 84111-1401 |
| cr | + | MidCap Funding IV Trust (formally known as MidCap, Stradley Ronon Stevens & Young, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7098 |
| crcm | + | Official Committee of Unsecured Creditors, Fox Rothschild LLP, Attn: Thomas M. Horan, 919 N. Market Street, Suite 300 Wilmington, DE 19801-3068 |
| intp | + | Omni Management Group, Inc., www.omnimgt.com, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367-5100 |
| cr | ++ | PENNSYLVANIA ASSOCIATION OF STAFF NURSES AND ALLIE, TWO TOWER BRIDGE, ONE FAYETTE STREET STE 475, CONSHOHOCKEN PA 19428-4139 address filed with court:, Pennsylvania Association of Staff Nurses and Allie, Two Tower Bridge, One Fayette Street, Ste. 475, Conshohocken, PA |
| cr | + | PHILADELPHIA GAS WORKS, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| cr | | Pennsylvania Department of Revenue, Schnader Harrison Segal & Lewis LLP, 824 N. Market Street, Suite 800, Wilmington, DE 19801-4939 |
| cr | + | Philadelphia Hospital and Healthcare Employees- Di, C/O Susan Murray, Esquire, 1601 Market Street, Suite 1500, Philadelphia, PA 19103-2316 |
| intp | + | Renal Treatment Centers-Northeast, Inc., c/o DaVita HealthCare Partners Inc., 1551 Wewatta, Denver, CO 80202-6173 |
| cr | + | Shades of Green, Inc., 1777 South Pennsylvania Avenue, Morrisville, PA 19067-2507 |
| cr | + | Shawanda Smith and Chamarr Fanning, Individually a, Schnader Harrison Segal & Lewis LLP, 824 N. Market Street, Suite 800, Wilmington, DE 19801-4939 |
| intp | #+ | Shawn Williams, 909 W. Penn Pines Blvd., Aldan, PA 19018-4314 |
| cr | + | SpecialtyCare IOM Services, LLC, White and Williams LLP, 600 N. King Street, Suite 800, Wilmington, DE 19801-3778 |
| cr | + | SpecialtyCare, Inc., White and Williams LLP, 600 N. King Street, Suite 800, Wilmington, DE 19801-3778 |
| cr | | St. Agnes MOB, LLC, Schnader Harrison Segal & Lewis LLP, 824 N. Market Street, Suite 800, Wilmington, DE 19801-4939 |

| cr | + | The Advisory Board Company, c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1919 |
| cr | + | Thomas F. Dooner, 1106 Solly Avenue, Philadelphia, PA 19111-1447 |
| intp | | Tremayne S. Lewis, 2705 W Silver Street, Philadelphia, PA 19132-2539 |
| cr | + | Vizient, Inc., 5420 LBJ Freeway, Suite 1900, Dallas, TX 75240, UNITED STATES 75240-6230 |
| 16500808 | + | Front Street Healthcare Properties, LLC, Svetlana Attestatova, c/o Paladin Healthcare Capital, LLC, 222 North Pacific Coast Highway, Suite 900 El Segundo, CA 90245-5670 |
| 13661871 | + | Optum360/UHC, ATTN: CDM/Bankruptcy, 185 Asylum Street, 03B, Hartford, CT 06103-3408 |
| 16500807 | + | The Pension Fund for Hospital and Health Care Empl, James S. Beall, Willig, Williams, and Davidson, 1845 Walnut Street, 24th Floor, Philadelphia, PA 19103-4723 |
| 13662478 | + | UnitedHealthcare Insurance Company, ATTN: CDM/Bankruptcy, 185 Asylum Street, 03B, Hartford, CT 06103-3408 |

TOTAL: 98

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Apr 25 2022 20:08:00 | City of Philadelphia, City Law Department- Tax & Revenue Unit, c/o Megan N. Harper, Municipal Services Building, 1401 John F. Kennedy Blvd, 5th floor, Philadelphia, PA 19102 |
| cr | + | Email/Text: lemaster@slollp.com | Apr 25 2022 20:08:00 | NTT Data Services, c/o Streusand Landon Ozburn & Lemmon, 1801 S. MoPac Expressway, Suite 320, Suite 320, Austin, TX 78746-9817 |
| cr | | Email/Text: info@pasnap.com | Apr 25 2022 20:08:00 | Pennsylvania Association of Staff Nurses and Allie, Two Tower Bridge, One Fayette Street, Ste. 475, Conshohocken, PA |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Edward Fisher |
| intp | | Brendan Mullen |
| intp | | Call 4 Nurse LLC |
| intp | | Carol Kerr |
| intp | | Christopher Mahrovs, M.D. |
| intp | | Edward Sockol |
| intp | | Elise Singer |
| intp | | Future IT Advisors |
| intp | | James S Kennedy |
| intp | | Manoj Khandelwal |
| intp | | Sanjay K. Gupta |
| ombh | | Suzanne Koenig |
| intp | | Thomas Hall |
| intp | | Ulyana Kulish |
| intp | | University of Pennsylvania Health System |
| intp | | William C. Boyer |
| aty | *+ | Edward Moss, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036-6524 |
| aty | *+ | William David Pollak, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036-6524 |
| clagent | *+ | Omni Management Group, Inc., www.omnimgt.com, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367-5100 |
| cr | *+ | Renal Treatment Centers-Northeast, Inc., c/o DaVita HealthCare Partners Inc., 1551 Wewatta, Denver, CO 80202-6173 |
| cr | ##+ | Kelly Ann Cody, Self Inc. Womans Shelter, 1305 W. Susquehanna Ave., Philadelphia, PA 19122-1111 |
| cr | ##+ | Rydal Square, L.P., c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady, LLC, 401 S. 2nd Street, Suite 200, Philadelphia, PA 19147-1612 |

TOTAL: 16 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. Moore | on behalf of Defendant Solid Waste Services Inc. aemoore@mdwcg.com  frparis@mdwcg.com |
| Adam Hiller | on behalf of Defendant Fisher Scientific Company L.L.C. ahiller@adamhillerlaw.com |
| Adam H. Isenberg | on behalf of Debtor Center City Healthcare  LLC aisenberg@saul.com |
| Adam R. Elgart | on behalf of Defendant Physician and Tactical Healthcare Services  LLC aelgart@mwm-law.com, asandoval@mwm-law.com |
| Adam R. Elgart | on behalf of Creditor PATHS LLC aelgart@mwm-law.com  asandoval@mwm-law.com |
| Albert A. Ciardi, III | on behalf of Interested Party St. Christopher's Hospital for Children Medical Staff aciardi@ciardilaw.com sfrizlen@ciardilaw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Philadelphia Academic Health Holdings LLC amy.quartarolo@lw.com  colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Joel Freedman amy.quartarolo@lw.com  colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Front Street Healthcare Properties  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Front Street Healthcare Properties II  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Broad Street Healthcare Properties II  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Paladin Healthcare Capital  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Broad Street Healthcare Properties III  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Amy Christine Quartarolo | on behalf of Interested Party Broad Street Healthcare Properties  LLC amy.quartarolo@lw.com, colleen.rico@lw.com |
| Andrew Kelser | on behalf of Creditor Benefit Fund for Hospital and Health Care Employees  Philadelphia and Vicinity akelser@odonoghuelaw.com |
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Andrew L. Cole | on behalf of Creditor Sodexo Management  Inc. acole@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com |
| Benjamin A. Hackman | on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov |
| Bernard George Conaway | on behalf of Creditor August Peraino bgc@conaway-legal.com |

Bernard George Conaway
on behalf of Creditor Johnathan Carroll bgc@conaway-legal.com

Beverly Weiss Manne
on behalf of Defendant Fisher Scientific Company L.L.C. bmanne@tuckerlaw.com  bewmanne@gmail.com

Boris I. Mankovetskiy
on behalf of Creditor Committee Official Committee of Unsecured Creditors bmankovetskiy@sillscummis.com

Brandon A. Cook
on behalf of Interested Party Cadence Bank  N.A. bcook@smithhulsey.com

Brendan Joseph Schlauch
on behalf of Interested Party Front Street Healthcare Properties  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Interested Party Broad Street Healthcare Properties III  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Interested Party Broad Street Healthcare Properties  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Interested Party MBNF Investments  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Interested Party Philadelphia Academic Risk Retention Group  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Interested Party Front Street Healthcare Properties II  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Interested Party Non-Debtor PAHH Entities schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Interested Party Broad Street Healthcare Properties II  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch
on behalf of Interested Party Paladin Healthcare Capital  LLC schlauch@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brett D. Fallon
on behalf of Interested Party KPC Global brett.fallon@faegredrinker.com  beth.olivere@faegredrinker.com

Brett D. Fallon
on behalf of Interested Party Strategic Global Management  Inc. brett.fallon@faegredrinker.com, beth.olivere@faegredrinker.com

Brian J. Lohan
on behalf of Interested Party Sukhdeep Singh brian.lohan@arnoldporter.com

Brian J. McLaughlin
on behalf of Defendant Holland Square Group  LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Brian T. Harvey
on behalf of Creditor McKesson Plasma & Biologics  LLC bharvey@buchalter.com,
ifs_filing@buchalter.com;dbodkin@buchalter.com

Brian T. Harvey
on behalf of Creditor McKesson Medical-Surgical  Inc. bharvey@buchalter.com,
ifs_filing@buchalter.com;dbodkin@buchalter.com

Bryan J Hall
on behalf of Creditor 224 E. 13th Street Realty Corp. bhall@blankrome.com

Bryan J Hall
on behalf of Creditor Philadelphia College of Osteopathic Medicine bhall@blankrome.com

Carol E. Momjian
on behalf of Interested Party Commonwealth of Pennsylvania  Office of Attorney General cmomjian@attorneygeneral.gov

Chantelle D'nae McClamb
on behalf of Creditor Drexel University mcclambc@ballardspahr.com

Charles A. McCauley III
on behalf of Defendant Mayflower Laundry & Textile Services  LLC cmccauley@offitkurman.com, rcovington@offitkurman.com

Charles A. McCauley III
    on behalf of Creditor Mayflower Laundry and Textile Services  LLC cmccauley@offitkurman.com, rcovington@offitkurman.com

Charles A. McCauley III
    on behalf of Defendant De Lage Landen Financial Services  Inc. cmccauley@offitkurman.com, rcovington@offitkurman.com

Christina Pappoulis
    on behalf of Creditor Leslie Caldwell ninapappoulis@bgplegal.com  r66377@notify.bestcase.com;inezlevy@bgplegal.com

Christina J. Pross
    on behalf of Creditor PATHS LLC cpross@mlg-defaultlaw.com  mlgbk@ecf.courtdrive.com

Christopher Viceconte
    on behalf of Defendant Vicnity Energy Philadelphia  Inc. cviceconte@gibbonslaw.com,
    dseward@gibbonslaw.com;elrosen@gibbonslaw.com

Christopher Viceconte
    on behalf of Creditor Vicinity Energy Philadelphia  Inc. cviceconte@gibbonslaw.com,
    dseward@gibbonslaw.com;elrosen@gibbonslaw.com

Christopher Viceconte
    on behalf of Defendant Veolia Energy Philadelphia  Inc. cviceconte@gibbonslaw.com,
    dseward@gibbonslaw.com;elrosen@gibbonslaw.com

Christopher A. Ward
    on behalf of Creditor BioCare  Inc., an Arizona for-profit corporation cward@polsinelli.com,
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward
    on behalf of Creditor Vitalant  an Arizona non-profit corporation cward@polsinelli.com,
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher Dean Loizides
    on behalf of Defendant Global Neurosciences Institute  LLC loizides@loizides.com

Christopher Dean Loizides
    on behalf of Creditor Global Neurosciences Institute  LLC loizides@loizides.com

Christopher Page Simon
    on behalf of Plaintiff Center City Healthcare  LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon
    on behalf of Plaintiff St. Christopher's Healthcare  LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon
    on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher R. Momjian
    on behalf of Interested Party Commonwealth of Pennsylvania  Office of Attorney General crmomjian@attorneygeneral.gov

Claiborne S. Newlin
    on behalf of Creditor Philadelphia Hospital and Healthcare Employees - District 1199C Training and Upgrading Fund
    cnewlin@markowitzandrichman.com  kbrookes@markowitzandrichman.com

Claiborne S. Newlin
    on behalf of Creditor Pennsylvania Association of Staff Nurses and Allied Professionals cnewlin@markowitzandrichman.com
    kbrookes@markowitzandrichman.com

Curtis S. Miller
    on behalf of Interested Party Accreditation Council for Graduate Medical Education csmefiling@mnat.com
    curtis-miller-4921@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Dale E. Barney
    on behalf of Creditor Veolia Energy Philadelphia  Inc. dbarney@gibbonslaw.com

Dale E. Barney
    on behalf of Defendant Veolia Energy Philadelphia  Inc. dbarney@gibbonslaw.com

Daniel Devlin
    on behalf of Interested Party Robert Johnson ddevlin@mtvlaw.com

Daniel K. Hogan
    on behalf of Creditor Hayes Locum  LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Darrell W. Clark
    on behalf of Creditor Cerner Corporation dclark@stinson.com  cscott@stinson.com

David Dembe
    on behalf of Interested Party Commonwealth of Pennsylvania  Office of Attorney General ddembe@attorneygeneral.gov

David L. Campbell
    on behalf of Creditor Vizient  Inc. dcampbell@uplawtx.com, epierce@uplawtx.com

David L. Kane
> on behalf of Creditor MidCap Funding IV Trust (formally known as MidCap Funding IV  LLC) dkane@vedderprice.com,
> ecfdocket@vedderprice.com,david-kane-4088@ecf.pacerpro.com

David L. Kane
> on behalf of Creditor MidCap Financial Trust dkane@vedderprice.com
> ecfdocket@vedderprice.com,david-kane-4088@ecf.pacerpro.com

David M. Klauder
> on behalf of Creditor Suzanne Richards & Pamela Saechow dklauder@bk-legal.com

David M. Klauder
> on behalf of Defendant Philadelphia Urosurgical Associates PC dklauder@bk-legal.com

David M. Klauder
> on behalf of Interested Party Philadelphia Urosurgical Associates  P.C. dklauder@bk-legal.com

David M. Klauder
> on behalf of Interested Party Achintya Moulick dklauder@bk-legal.com

David M. Klauder
> on behalf of Creditor Corinthia Shields dklauder@bk-legal.com

David P. Primack
> on behalf of Creditor Crothall Healthcare  Inc. dprimack@mdmc-law.com, scarney@mdmc-law.com;cwhitten@mdmc-law.com

David Ryan Slaugh
> on behalf of Interested Party Ad Hoc Committee of Hahnemann Residents and Fellows rslaugh@potteranderson.com
> bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

David W. Carickhoff
> on behalf of Interested Party Certain Physicians Under the Philadelphia Academic Health System Physician Practice Plan
> dcarickhoff@archerlaw.com

David W. Carickhoff
> on behalf of Creditor Former Physician Group dcarickhoff@archerlaw.com

Deirdre M. Richards
> on behalf of Creditor Rydal Square  L.P. drichards@finemanlawfirm.com

Deirdre M. Richards
> on behalf of Creditor LEAF Capital Funding LLC drichards@finemanlawfirm.com

Dennis A. Meloro
> on behalf of Creditor 3M Company melorod@gtlaw.com
> bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro
> on behalf of Health Care Ombudsman Suzanne Koenig  as Patient Care Ombudsman melorod@gtlaw.com,
> bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Domenic E. Pacitti
> on behalf of Debtor Center City Healthcare  LLC dpacitti@klehr.com

Domenic E. Pacitti
> on behalf of Spec. Counsel Klehr Harrison Harvey Branzburg LLP dpacitti@klehr.com

Domenic E. Pacitti
> on behalf of Plaintiff Center City Healthcare  LLC dpacitti@klehr.com

Drew McGehrin
> on behalf of Creditor The Chubb Companies dsmcgehrin@duanemorris.com

E. Todd Sable
> on behalf of Interested Party SBJ Group Inc. tsable@honigman.com

Elihu Ezekiel Allinson, III
> on behalf of Defendant Urology for Children LLC ZAllinson@SHA-LLC.com
> ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
> on behalf of Creditor Urology for Children  LLC ZAllinson@SHA-LLC.com,
> ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Eric S. Goldstein
> on behalf of Creditor The Advisory Board Company egoldstein@goodwin.com
> bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Evelyn J. Meltzer
> on behalf of Defendant Sanofi Pasteur Inc. Evelyn.Meltzer@troutman.com
> wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Frank T Brzozowski

fbrzozow@gmail.com

Frederick B. Rosner
on behalf of Creditor Medline Industries  Inc. rosner@teamrosner.com

Garvan F. McDaniel
on behalf of Counter-Claimant Beckman Coulter Inc. gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Garvan F. McDaniel
on behalf of Creditor Beckman Coulter  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Gary D. Bressler
on behalf of Creditor Crothall Healthcare  Inc. gbressler@mdmc-law.com, scarney@mdmc-law.com;cwhitten@mdmc-law.com

George P. Angelich
on behalf of Creditor Medline Industries  Inc. angelich.george@arentfox.com,
beth.brownstein@arentfox.com;phillip.khezri@arentfox.com

GianClaudio Finizio
on behalf of Interested Party Peoples Capital and Leasing Corp. gfinizio@bayardlaw.com
bankserve@bayardlaw.com;kmccloskey@bayardlaw.com

Gregory A. Taylor
on behalf of Interested Party Cadence Bank  N.A. gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com

Gregory A. Taylor
on behalf of Interested Party Capital One  N.A. gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com

Gregory Joseph Flasser
on behalf of Interested Party Attorneys for The Advisory Board Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser
on behalf of Interested Party UnitedHealthcare Insurance Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory W. Hauswirth
on behalf of Defendant David Keith Butler  Sr. ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dtomko@ch-legal.com;jbeers@ch-legal.com;ksteenland@ch-legal.com

Holly M Smith
on behalf of Interested Party Watts Restoration Company  Inc. HMeganSmith@gsbblaw.com

Howard A. Cohen
on behalf of Creditor Veolia Energy Philadelphia  Inc. hcohen@foxrothschild.com,
msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen
on behalf of Defendant Veolia Energy Philadelphia  Inc. hcohen@foxrothschild.com,
msteen@foxrothschild.com,rsolomon@foxrothschild.com

Ian Connor Bifferato
on behalf of Mediator Ian Connor Bifferato cbifferato@tbf.legal  mstewart@tbf.legal;mferraro@tbf.legal

Ian J Bambrick
on behalf of Creditor Roche Diagnostics Corporation ian.bambrick@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Jaclyn C Marasco
on behalf of Defendant Zimmer US  Inc. jaclyn.marasco@faegredrinker.com, beth.olivere@faegredrinker.com

James Tobia
on behalf of Defendant Baxter Healthcare Corp. jimtobia@comcast.net;bankserve@tobialaw.com

James Tobia
on behalf of Defendant Diagnostica Stago Inc. jimtobia@comcast.net;bankserve@tobialaw.com

Jarret P. Hitchings
on behalf of Creditor Albert Einstein Healthcare Network jphitchings@duanemorris.com

Jason A. Gibson
on behalf of Creditor Medline Industries  Inc. gibson@teamrosner.com

Jason A. Gibson
on behalf of Defendant HRE Capital  LLC gibson@teamrosner.com

Jason A. Gibson
on behalf of Interested Party Cooper University Healthcare gibson@teamrosner.com

Jason A. Gibson
on behalf of Defendant Medline Industries Inc. gibson@teamrosner.com

Jason Custer Powell
on behalf of Defendant McKesson Medical-Surgical  Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Abbott Laboratories Inc. jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Defendant Abbott Laboratories  Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Defendant McKesson Plasma & Biologics LLC jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jay Jaffe

on behalf of Creditor Roche Diagnostics Corporation jay.jaffe@Faegredrinker.com
sarah.herendeen@FaegreBD.com;rachel.jenkins@faegrebd.com

Jeffrey Garfinkle

on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com
dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey Kurtzman

on behalf of Creditor Rydal Square  L.P. kurtzman@kurtzmansteady.com

Jeffrey C. Hampton

on behalf of Debtor Center City Healthcare  LLC jeffrey.hampton@saul.com

Jeffrey M. Carbino

on behalf of Defendant Keystone Quality Transport Inc. Jeff.Carbino@offitkurman.com
jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;jcarbino@jblawpc.com

Jeffrey R Barber

on behalf of Creditor Ensemble RCM  LLC d/b/a Ensemble Health Partners jbarber@joneswalker.com,
jeff-barber-3516@ecf.pacerpro.com

Jeffrey R. Waxman

on behalf of Defendant Tozour Energy Systems  Inc. jwaxman@morrisjames.com,
wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman

on behalf of Creditor Herman Goldner Co.  Inc. jwaxman@morrisjames.com,
wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeremy William Ryan

on behalf of Interested Party SBJ Group Inc. jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jeremy William Ryan

on behalf of Interested Party Ad Hoc Committee of Hahnemann Residents and Fellows jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jerry Hall

on behalf of Interested Party Gordon Brothers Realty Services  LLC jerry.hall@kattenlaw.com

Joelle E. Polesky

on behalf of Creditor MidCap Funding IV Trust (formally known as MidCap Funding IV  LLC) jpolesky@stradley.com,
tmitchell@stradley.com

Joelle E. Polesky

on behalf of Creditor MidCap Funding H Trust jpolesky@stradley.com  tmitchell@stradley.com

Joelle E. Polesky

on behalf of Creditor MidCap Financial Trust jpolesky@stradley.com  tmitchell@stradley.com

John D. Demmy

on behalf of Plaintiff TPS III of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff SCHC Pediatric Associates  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS II of PA  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS V of PA  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff Philadelphia Academic Medical Associates  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff Philadelphia Academic Health System LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff St. Christopher's Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Debtor Center City Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff Center City Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS V of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Defendant Mayflower Laundry & Textile Services  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS IV of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS IV of PA  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS III of PA  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff HPS of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Defendant Philadelphia Urosurgical Associates PC john.demmy@saul.com  robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff St. Christopher's Pediatric Urgent Care Center  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff StChris Care at Northeast Pediatrics  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff SCHC Pediatric Anesthesia Associates  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Plaintiff TPS II of PA  L.L.C. john.demmy@saul.com, robyn.warren@saul.com

John Henry Schanne, II

on behalf of Interested Party Temple University Health System  Inc. schannej@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepper
law.com;hardinp@pepperlaw.com

John T. Carroll, III

on behalf of Interested Party Gordon Brothers Realty Services  LLC jcarroll@cozen.com,
jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

John T. Carroll, III

on behalf of Creditor NG 1500 Market St. LLC jcarroll@cozen.com
jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

Joseph H. Huston, Jr.

on behalf of Interested Party TOWER HEALTH SERVICES jhh@stevenslee.com

Joseph J. McMahon, Jr.

on behalf of Interested Party St. Christopher's Hospital for Children Medical Staff jmcmahon@ciardilaw.com

Joseph M. Barry

on behalf of Interested Party Sukhdeep Singh bankfilings@ycst.com

Judy D. Thompson

on behalf of Creditor Sodexo  Inc. jdt@jdthompsonlaw.com

Julia Bettina Klein

on behalf of Creditor AmeriHealth HMO  Keystone Health Plan East and QCC Insurance Company klein@kleinllc.com

Julia Bettina Klein

on behalf of Creditor Premier  Inc. klein@kleinllc.com

Julia Bettina Klein

on behalf of Defendant S.R. Wojdak & Associates  LP klein@kleinllc.com

Justin R. Alberto

on behalf of Creditor Educational Commission for Foreign Medical Graduates jalberto@coleschotz.com
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

District/off: 0311-1                    User: admin                              Page 11 of 18
Date Rcvd: Apr 25, 2022                 Form ID: pdfsjo                       Total Noticed: 100

Justin R. Alberto
    on behalf of Creditor Association of American Medical Colleges jalberto@coleschotz.com
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Kate R. Buck
    on behalf of Creditor Atlantic City Energy Company kbuck@mccarter.com

Kate R. Buck
    on behalf of Creditor PECO Energy Company kbuck@mccarter.com

Katharina Earle
    on behalf of Interested Party Cadence Bank  N.A. katharina.earle@faegredrinker.com, ahrycak@ashbygeddes.com

Katharina Earle
    on behalf of Interested Party Capital One  N.A. katharina.earle@faegredrinker.com, ahrycak@ashbygeddes.com

Kevin Scott Mann
    on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Plaintiff St. Christopher's Healthcare  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Plaintiff Center City Healthcare  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
    on behalf of Debtor Center City Healthcare  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kristi JoLynn Doughty
    on behalf of Creditor Pennsylvania Department of Revenue kdoughty@schnader.com

Kristi JoLynn Doughty
    on behalf of Creditor Shawanda Smith and Chamarr Fanning  Individually and as Parents and Natural Guardians of N.F., a minor
kdoughty@schnader.com

Kristi JoLynn Doughty
    on behalf of Creditor St. Agnes MOB  LLC kdoughty@schnader.com

Lance Michael Geren
    on behalf of Creditor Benefit Fund for Hospital and Health Care Employees  Philadelphia and Vicinity
lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com

Lance Michael Geren
    on behalf of Creditor Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity
lgeren@odonoghuelaw.com  akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com

Laura Davis Jones
    on behalf of Creditor Conifer Revenue Cycle Solutions  LLC ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
    on behalf of Creditor Tenet Business Services Corp. ljones@pszjlaw.com  efile1@pszjlaw.com

Lawrence A. Lichtman
    on behalf of Interested Party SBJ Group Inc. LLichtman@honigman.com

Leslie A. Berkoff
    on behalf of Mediator Leslie Ann Berkoff lberkoff@moritthock.com

Louis A. Curcio
    on behalf of Interested Party Capital One  N.A. louis.curcio@troutman.com, john.murphy@troutman.com

Marc Stephen Casarino
    on behalf of Creditor SpecialtyCare  Inc. Marc.Casarino@kennedyslaw.com, debankruptcy@whiteandwilliams.com

Marc Stephen Casarino
    on behalf of Creditor SpecialtyCare IOM Services  LLC Marc.Casarino@kennedyslaw.com,
debankruptcy@whiteandwilliams.com

Marcus Scott Sacks
    on behalf of Creditor UNITED STATES OF AMERICA marcus.s.sacks@usdoj.gov

Marcy J. McLaughlin Smith
    on behalf of Interested Party Temple University Health System  Inc. and Temple University Hospital, Inc.
Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith
    on behalf of Interested Party Temple University Health System  Inc. Marcy.Smith@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Maria Aprile Sawczuk
    on behalf of Mediator Maria Aprile Sawczuk marias@goldmclaw.com  marias@ecf.courtdrive.com

Marita Erbeck

on behalf of Interested Party Thomas Jefferson University marita.erbeck@dbr.com

Marita Erbeck

on behalf of Interested Party Thomas Jefferson University Hospitals  Inc. marita.erbeck@dbr.com

Mark Minuti

on behalf of Debtor TPS V of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor TPS III of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor TPS II of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor Center City Healthcare  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor SCHC Pediatric Associates  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor SCHC Pediatric Anesthesia Associates  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS III of PA  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff Philadelphia Academic Health System  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor StChris Care at Northeast Pediatrics  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS IV of PA  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff Center City Healthcare  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff HPS of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS IV of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor St. Christopher's Healthcare  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor HPS of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS V of PA  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor TPS of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff StChris Care at Northeast Pediatrics  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS V of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS II of PA  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor Philadelphia Academic Medical Associates  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS II of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor TPS IV of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor St. Christopher's Pediatric Urgent Care Center  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

District/off: 0311-1                               User: admin                                    Page 13 of 18
Date Rcvd: Apr 25, 2022                          Form ID: pdfsjo                              Total Noticed: 100

Mark Minuti

on behalf of Plaintiff St. Christopher's Pediatric Urgent Care Center  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff Philadelphia Academic Medical Associates  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Debtor Philadelphia Academic Health System  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff TPS III of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff SCHC Pediatric Anesthesia Associates  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Plaintiff St. Christopher's Healthcare  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark D. Collins

on behalf of Interested Party Joel Freedman rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Broad Street Healthcare Properties II  LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Philadelphia Academic Health Holdings LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Front Street Healthcare Properties  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Broad Street Healthcare Properties III  LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Front Street Healthcare Properties II  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party American Academic Health Systems  LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Paladin Healthcare Capital  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Philadelphia Academic Risk Retention Group  LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party Broad Street Healthcare Properties  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Interested Party MBNF Investments  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark S Kenney

on behalf of Mediator Mark S Kenney kenney@mkenneylaw.com

Mark W. Eckard

on behalf of Defendant Integra Lifesciences Corporation meckard@reedsmith.com  jmarcolini@reedsmith.com

Matthew B. McGuire

on behalf of Defendant General Healthcare Resources Inc. mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew P. Austria

on behalf of Defendant Genzyme Corporation maustria@austriallc.com

Matthew P. Milana

on behalf of Debtor Center City Healthcare  LLC matthew.milana@saul.com

Megan N. Harper

on behalf of Defendant Water Revenue Bureau megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

Megan N. Harper

on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

Michael Comrie Heyden, Jr.

on behalf of Interested Party Amicus Curiae mheyden@grsm.com  rxmartin@grsm.com

Michael David DeBaecke

on behalf of Defendant Nuance Communications  Inc. mdebaecke@ashbygeddes.com, ahrycak@ashbygeddes.com

District/off: 0311-1
Date Rcvd: Apr 25, 2022

User: admin
Form ID: pdfsjo

Page 14 of 18
Total Noticed: 100

Michael E. Demont

on behalf of Interested Party Cadence Bank  N.A. mdemont@smithhulsey.com,
stalyanker@smithhulsey.com;khettinger@smithhulsey.com

Michael G. Busenkell

on behalf of Interested Party District 1199C National Union of Health Care Employees  AFSCME mbusenkell@gsbblaw.com

Michael Joseph Merchant

on behalf of Interested Party Joel Freedman merchant@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Interested Party American Academic Health Systems  LLC merchant@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael Joseph Merchant

on behalf of Interested Party Philadelphia Academic Health Holdings LLC merchant@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael W. Yurkewicz

on behalf of Plaintiff Center City Healthcare  LLC myurkewicz@klehr.com

Monica Mathews Reynolds

on behalf of Interested Party Watts Restoration Company  Inc. mreynolds@cwolaw.com

Monique Bair DiSabatino

on behalf of Plaintiff SCHC Pediatric Associates  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS V of PA  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff StChris Care at Northeast Pediatrics  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff SCHC Pediatric Anesthesia Associates  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff Philadelphia Academic Health System  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS II of PA  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff Center City Healthcare  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff St. Christopher's Healthcare  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Debtor Center City Healthcare  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS III of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS IV of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff HPS of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff Philadelphia Academic Medical Associates  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS IV of PA  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff St. Christopher's Pediatric Urgent Care Center  L.L.C. monique.disabatino@saul.com,
robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS V of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff TPS III of PA  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

District/off: 0311-1

Date Rcvd: Apr 25, 2022

User: admin

Form ID: pdfsjo

Page 15 of 18

Total Noticed: 100

on behalf of Plaintiff TPS II of PA  L.L.C. monique.disabatino@saul.com, robyn.warren@saul.com

Natasha M. Songonuga

on behalf of Interested Party Hackensack Meridian Health nsongonuga@gibbonslaw.com  nmitchell@gibbonslaw.com

Nicholas J. LePore, III

on behalf of Interested Party Commonwealth of Pennsylvania Department of Health nlepore@schnader.com

Nicholas J. LePore, III

on behalf of Creditor Frank Napolitano nlepore@schnader.com

Nicholas J. LePore, III

on behalf of Creditor Charles Huff nlepore@schnader.com

Paige Noelle Topper

on behalf of Interested Party Accreditation Council for Graduate Medical Education ptopper@mnat.com
brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Defendant Accreditation Council for Graduate Medical Education ptopper@mnat.com
brendan-cornely-7012@ecf.pacerpro.com

Pamela Elchert Thurmond

on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  pelchertthurmond@gmail.com

Patrick A. Jackson

on behalf of Interested Party Thomas Jefferson University Patrick.jackson@faegredrinker.com  beth.olivere@faegredrinker.com

Patrick A. Jackson

on behalf of Interested Party Thomas Jefferson University Hospitals  Inc. Patrick.jackson@faegredrinker.com,
beth.olivere@faegredrinker.com

Patrick A. Jackson

on behalf of Creditor Gift of Life Donor Program  Greater Delaware Valley Society Patrick.jackson@faegredrinker.com,
beth.olivere@faegredrinker.com

Patrick A. Jackson

on behalf of Defendant Greater Delaware Valley Society of Transplant Surgeons Patrick.jackson@faegredrinker.com
beth.olivere@faegredrinker.com

Paul J. Winterhalter

on behalf of Defendant Mayflower Laundry & Textile Services  LLC pwinterhalter@offitkurman.com,
rbarnhart@offitkurman.com

Paul J. Winterhalter

on behalf of Defendant De Lage Landen Financial Services  Inc. pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com

Pearl Pham

on behalf of Creditor PHILADELPHIA GAS WORKS pearl.pham@pgworks.com

Phillip Khezri

on behalf of Creditor Medline Industries  Inc. pkhezri@lowenstein.com,
emannix@lowenstein.com;dclaussen@lowenstein.com;elawler@lowenstein.com;bclark@lowenstein.com

R. Stephen McNeill

on behalf of Interested Party SBJ Group Inc. bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

R. Stephen McNeill

on behalf of Interested Party Ad Hoc Committee of Hahnemann Residents and Fellows bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Rachel Jaffe Mauceri

on behalf of Creditor General Healthcare Resources  LLC rmauceri@rc.com

Reliable Companies

gmatthews@reliable-co.com

Richard A. Barkasy

on behalf of Creditor Frank Napolitano rbarkasy@schnader.com

Richard A. Barkasy

on behalf of Creditor Charles Huff rbarkasy@schnader.com

Richard A. Barkasy

on behalf of Interested Party Commonwealth of Pennsylvania Department of Health rbarkasy@schnader.com

Rick S. Miller

on behalf of Creditor ThyssenKrupp Elevator Corporation rmiller@ferryjoseph.com  mstucky@ferryjoseph.com

Robert Lapowsky

on behalf of Interested Party TOWER HEALTH SERVICES rl@stevenslee.com

District/off: 0311-1
Date Rcvd: Apr 25, 2022

User: admin
Form ID: pdfsjo

Page 16 of 18
Total Noticed: 100

Roland Gary Jones
on behalf of Defendant Baxter Healthcare Corp. pacer.rolandjones@gmail.com

Ronald L. Daugherty
on behalf of Creditor Suzanne Richards & Pamela Saechow rdaugherty@srstlaw.com  RonaldLDaugherty@yahoo.com

Ronald L. Daugherty
on behalf of Creditor Pamela Saechow rdaugherty@srstlaw.com  RonaldLDaugherty@yahoo.com

Ronald S. Gellert
on behalf of Defendant Nova Capital Group LLC rgellert@gsbblaw.com

Ronald S. Gellert
on behalf of Defendant Joseph Glass rgellert@gsbblaw.com

Ryan B Smith
on behalf of Interested Party Commonwealth of Pennsylvania  Office of Attorney General rbsmith@attorneygeneral.gov

Sabrina L. Streusand
on behalf of Creditor NTT Data Services streusand@slollp.com  prentice@slollp.com

Sally E. Veghte
on behalf of Plaintiff TPS III of PA  L.L.C. sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff Philadelphia Academic Health System  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff TPS IV of PA  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff TPS V of PA  L.L.C. sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff TPS III of PA  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff SCHC Pediatric Associates  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff TPS II of PA  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Debtor Center City Healthcare  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff St. Christopher's Healthcare  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff Center City Healthcare  LLC sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff TPS IV of PA  L.L.C. sveghte@klehr.com

Sally E. Veghte
on behalf of Plaintiff SCHC Pediatric Associates  L.L.C. sveghte@klehr.com

Seth A. Niederman
on behalf of Creditor Committee Official Committee of Unsecured Creditors sniederman@foxrothschild.com
sslater@foxrothschild.com;msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sophie E. Macon
on behalf of Creditor Educational Commission for Foreign Medical Graduates smacon@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;lmorton@coleschotz.com;jford@coleschotz.com

Sophie E. Macon
on behalf of Creditor Association of American Medical Colleges smacon@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;lmorton@coleschotz.com;jford@coleschotz.com

Stephanie A. Fox
on behalf of Creditor Coloplast Corp. saf@maronmarvel.com  kkw@maronmarvel.com

Stuart M. Brown
on behalf of Interested Party PAHH New College MOB  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
on behalf of Interested Party PAHH Bellet MOB  LLC; stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
on behalf of Interested Party PAHH Broad Street MOB  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party Harrison Street Real Estate  LLC and its affiliates stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party PAHH Feinstein MOB  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party HSREP VI Holding  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party PAHH Wood Street Garage  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party PAHH Erie Street Garage  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party HSRE-PAHH I  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Susan Murray

on behalf of Creditor Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund smurray@freedmanlorry.com

Suzzanne Uhland

on behalf of Interested Party Philadelphia Academic Health Holdings LLC suzzanne.uhland@lw.com

Suzzanne Uhland

on behalf of Interested Party Joel Freedman suzzanne.uhland@lw.com

Suzzanne Uhland

on behalf of Interested Party American Academic Health Systems  LLC suzzanne.uhland@lw.com

Thomas D. Bielli

on behalf of Interested Party Achintya Moulick tbielli@bk-legal.com  acarrillo@bk-legal.com

Thomas M. Horan

on behalf of Creditor Committee Official Committee of Unsecured Creditors thoran@cozen.com sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Timothy Swanson

on behalf of Interested Party Renal Treatment Centers-Northeast  Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com;hope.stone@moyewhite.com

Timothy Swanson

on behalf of Interested Party DaVita  Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com;hope.stone@moyewhite.com

Timothy P. Cairns

on behalf of Creditor Tenet Business Services Corp. tcairns@pszjlaw.com

Timothy P. Cairns

on behalf of Creditor Conifer Revenue Cycle Solutions  LLC tcairns@pszjlaw.com

Tobey M. Daluz

on behalf of Creditor Drexel University daluz@ballardspahr.com  ambroses@ballardsspahr.com

Travis James Cuomo

on behalf of Interested Party Philadelphia Academic Health Holdings LLC rbgroup@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo

on behalf of Interested Party Broad Street Healthcare Properties II  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo

on behalf of Interested Party Joel Freedman rbgroup@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo

on behalf of Interested Party MBNF Investments  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo

on behalf of Interested Party Philadelphia Academic Risk Retention Group  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo

on behalf of Interested Party Broad Street Healthcare Properties  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo

on behalf of Interested Party Paladin Healthcare Capital  LLC rbgroup@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
on behalf of Interested Party MBNF Non-Debtor Entities rbgroup@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
on behalf of Interested Party American Academic Health Systems  LLC rbgroup@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
on behalf of Interested Party Front Street Healthcare Properties  LLC rbgroup@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
on behalf of Interested Party Broad Street Healthcare Properties III  LLC rbgroup@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Travis James Cuomo
on behalf of Interested Party Front Street Healthcare Properties II  LLC rbgroup@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

Vikrama S. Chandrashekar
on behalf of Creditor DaVita  Inc. vika.chandrashekar@moyewhite.com, pamela.thede@moyewhite.com

Vikrama S. Chandrashekar
on behalf of Creditor Renal Treatment Centers-Northeast  Inc. vika.chandrashekar@moyewhite.com,
pamela.thede@moyewhite.com

Vincent J Marriott, III
on behalf of Creditor Drexel University marriott@ballardspahr.com

Wanda Borges
on behalf of Creditor Pfizer Inc. ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Defendant Pfizer Inc. ecfcases@borgeslawllc.com

William D. Sullivan
on behalf of Creditor Laboratory Corporation of America Holdings wdsecfnotices@sha-llc.com

William D. Sullivan
on behalf of Creditor Monogram Biosciences  Inc. wdsecfnotices@sha-llc.com

William F. Taylor, Jr.
on behalf of Creditor Cerner Corporation bankruptcydel@mccarter.com  bankruptcydel@mccarter.com

William F. Taylor, Jr.
on behalf of Creditor Atlantic City Energy Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com

William F. Taylor, Jr.
on behalf of Creditor Constellation New Energy - Gas Division  LLC bankruptcydel@mccarter.com,
bankruptcydel@mccarter.com

William F. Taylor, Jr.
on behalf of Creditor PECO Energy Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com

TOTAL: 367