## Exhibit A

**Eleventh OCP Quarterly Statement**

**Eleventh OCP Quarterly Statement**

**For the Period January 1, 2022 through March 31, 2022**

| Professional Name | Compensation & Expenses Paid (1/1/2022-1/31/2022) | Compensation & Expenses Paid (2/1/2022-2/28/2022) | Compensation & Expenses Paid (3/1/2022-3/31/2022) | Aggregate Compensation & Expenses Paid to Date |
|---|---|---|---|---|
| 50 Words, LLC | $- | $- | $- | $246,783.00 |
| Baratz & Associates, P.A. | $- | $- | $- | $22,775.50 |
| Bellevue Communications | $- | $- | $- | $75,000.00 |
| Connolly Gallagher LLP | $- | $- | $- | $9,635.69 |
| Conrad O'Brien PC | $- | $- | $- | $26,463.77 |
| Eckert Seamans Cherin & Mellott, LLC | $79.00 | $- | $- | $139,986.03 |
| Germaine Solutions | $- | $- | $- | $0.00 |
| Health Sciences Law Group LLP | $- | $- | $- | $0.00 |
| Jackson Lewis P.C. | $- | $- | $- | $22,235.00 |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | $- | $- | $- | $0.00 |
| Obermayer Rebmann Maxwell & Hippel LLP | $- | $- | $- | $3,000.00 |
| Reed Smith LLP | $- | $- | $- | $11,365.40 |
| Robinson Kirlew & Associates | $- | $- | $- | $0.00 |
| Salem & Green P.C. | $- | $- | $- | $6,211.50 |
| Suzanne Pritchard, Esq. | $- | $- | $- | $2,320.00 |