## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: May 20, 2022 4:00 p.m.** |
| | ) **Hearing Date: Only if objection is timely filed** |

### TWENTY-SEVENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | March 1, 2022 through March 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $28,919.70 (80 % of which is $23,135.76) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the twenty-seventh monthly fee application filed in this case.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly Filed 2/17/2021 DI No. 2099 | 12/1/2020-12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly Filed 2/22/2021 DI No. 2115 | 1/1/2021-1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly Filed 4/12/2021 DI No. 2251 | 2/1/2021-2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly Filed 5/4/2021 DI No. 2613 | 3/1/2021-3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly Filed 8/4/2021 DI No. 2670 | 4/1/2021-4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth Monthly Filed 8/4/2021 DI No. 2671 | 5/1/2021-5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly Filed 8/4/2021 DI No. 2673 | 6/1/2021-6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly Filed 8/25/2021 DI No. 2745 | 7/1/2021-7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |
| Twentieth Monthly Filed 9/30/2021 DI No. 2907 | 8/1/2021-8/31/2021 | $31,199.85 | $0.00 | $24,959.88 | $0.00 | $6,239.97 |
| Twenty-First Monthly Filed 10/28/2021 DI No. 3000 | 9/1/2021-9/30/2021 | $19,180.35 | $20.85 | $15,344.28 | $20.85 | $3,836.07 |
| Twenty-Second Monthly Filed 12/6/2021 DI No. 3265 | 10/1/2021-10/31/2021 | $46,190.25 | $0.00 | $36,952.20 | $0.00 | $9,238.05 |
| Twenty-Third Monthly Filed 1/5/2022 DI No. 3409 | 11/1/2021-11/30/2021 | $68,336.10 | $155.48 | $54,668.88 | $155.48 | $13,667.22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twenty-Fourth Monthly Filed 1/21/2022 DI No. 3495 | 12/1/2021-12/31/2021 | $32,212.80 | $189.03 | $25,770.24 | $189.03 | $6,442.56 |
| Twenty-Fifth Monthly Filed 3/4/2022 DI No. 3664 | 1/1/2022-1/31/2022 | $32,951.25 | $274.51 | $26,361.00 | $274.51 | $6,590.25 |
| Twenty-Sixth Monthly Filed 4/14/2022 DI No. 3862 | 2/1/2022-2/28/2022 | $29,497.95 | $170.88 | $23,598.36 | $170.88 | $5,899.59 |

**TIME AND COMPENSATION BREAKDOWN**
**MARCH 1, 2022 THROUGH MARCH 31, 2022**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $735.00 | 34.80 | $25,578.00 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate Admitted to Bar 2005 | $350.00 | 9.30 | $3,255.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $300.00 | 11.00 | $3,300.00 |
| **TOTALS** | | | **55.10** | **$32,133.00** |
| **BLENDED RATE** | | | | **$583.17** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$3,213.30** |
| **GRAND TOTAL** | | | | **$28,919.70** |

## COMPENSATION BY PROJECT CATEGORY
## MARCH 1, 2022 THROUGH MARCH 31, 2022

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Case Administration | CS/04 | 0.70 | $210.00 |
| Claims Administration and Objections | CL/05 | 34.80 | $25,578.00 |
| Fee/Employment Applications | FE/07 | 10.30 | $3,090.00 |
| Litigation | LT/10 | 9.30 | $3,255.00 |
| **TOTAL** | | **55.10** | **$32,133.00** |
| **Minus Agreed Upon Discount (10%)** | | | **-$3,213.30** |
| **GRAND TOTAL** | | | **$28,919.70** |

**EXPENSE SUMMARY**
**MARCH 1, 2022 THROUGH MARCH 31, 2022**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| No disbursements this period. | $0.00 |
| **TOTAL** | **$0.00** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### TWENTY-SEVENTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its twenty-seventh monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from March 1, 2022 through March 31, 2022. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.    BACKGROUND

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from March 1, 2022 through March 31, 2022 (the "Compensation Period"), totaling 55.10 hours of professional time.

6.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $28,919.70.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $28,919.70 in fees and $0.00 in expenses, for a total of $28,919.70.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $28,919.70 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from March 1, 2022 through March 31, 2022; (b) payment in the total amount of $23,135.76 which represents (i) 80% of the total fees billed ($23,135.76) and (ii) 100% of the expenses incurred ($0.00) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated:  April 29, 2022            /s/ Domenic E. Pacitti
Wilmington, Delaware              Domenic E. Pacitti (DE Bar No. 3989)
                                  **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                  919 North Market Street, Suite 1000
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 426-1189
                                  Facsimile: (302) 426-9193
                                  Email:  dpacitti@klehr.com

                                  *Special Counsel to the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**CERTIFICATION OF DOMENIC E. PACITTI**

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.     I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr
Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the
"Debtors").

2.     I have read the foregoing Twenty-Seventh Monthly Fee Application of Klehr
Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses
as Special Counsel to the Debtors for the Period from March 1, 2022 through March 31, 2022 and
know the contents thereof.  The same contents are true to the best of my knowledge, except as to
matters therein alleged to be upon information and belief, and as to those matters, I believe them
to be true.  I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number,
are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's
Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC
Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric
Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862),
TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C.
(5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2022 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2022

_____ */s/ Domenic E. Pacitti*_____
Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



**KLEHR HARRISON HARVEY BRANZBURG** LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

April 5, 2022

| | |
|---|---|
| Philadelphia Academic Health System, LLC | Invoice #:  466272 |
| Svetlana Attestatova | Client #:  19647 |
| 1500 Market Street, 24th Floor | Matter #:  0019 |
| West Tower Center Square | |
| Philadelphia, PA  19102 | |

For professional services through March 31, 2022:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/04/22 | MKH | Update case calendar re upcoming objection deadlines | .20 | 300.00 | 60.00 |
| 3/10/22 | MKH | Update case calendar re upcoming critical dates and deadlines | .50 | 300.00 | 150.00 |

**Task Total:**                                                                                                       **$ 210.00**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/01/22 | DEP | Work on mediation issues and responses | 3.00 | 735.00 | 2,205.00 |
| 3/02/22 | DEP | Work on mediation issues and responses | 2.50 | 735.00 | 1,837.50 |
| 3/04/22 | DEP | Review and revise Twenty-Fifth Monthly Fee Application of Klehr Harrison | .50 | 735.00 | 367.50 |
| 3/04/22 | DEP | Review documents and prep for mediation call (.50) / mediation update call with J. Fitzgerald and T. Daluz (.70) / emails with J. DiNome re: mediation update (.40) | 1.60 | 735.00 | 1,176.00 |
| 3/08/22 | DEP | Call with committee counsel re: mediation update | .50 | 735.00 | 367.50 |
| 3/08/22 | DEP | Work on mediation issues and responses | 1.70 | 735.00 | 1,249.50 |
| 3/10/22 | DEP | Review and draft revisions to Sixth and Seventh Interim Fee Applications of Klehr Harrison | 1.50 | 735.00 | 1,102.50 |

19647: Philadelphia Academic Health System, LLC

0019: Chapter 11

April 5, 2022

Invoice #: 466272

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/14/22 | DEP | Review documents and prep for mediation call (.50) / mediation update call with J. Fitzgerald and T. Daluz (.70) / emails with J. DiNome re: mediation update (.40) | 1.60 | 735.00 | 1,176.00 |
| 3/15/22 | DEP | Call with J. Hampton re: updates on both mediations | .40 | 735.00 | 294.00 |
| 3/17/22 | DEP | Work on mediation response issues | 2.00 | 735.00 | 1,470.00 |
| 3/18/22 | DEP | Work on mediation response issues | 1.40 | 735.00 | 1,029.00 |
| 3/21/22 | DEP | Email exchange with J. DiNome re: mediation issues | .30 | 735.00 | 220.50 |
| 3/21/22 | DEP | Email exchange with T.Daluz re: mediation issues | .30 | 735.00 | 220.50 |
| 3/22/22 | DEP | Review email response from T. Daluz re: lease issues (.50) email exchange with Judge Fitzgerald re: mediation issues (.20) / email exchange with clients re: mediation issues and scheduling (.30) | 1.00 | 735.00 | 735.00 |
| 3/24/22 | DEP | Review documents and work on redraft of Drexel Complaint and claim objections | 5.00 | 735.00 | 3,675.00 |
| 3/25/22 | DEP | Review information for mediation session with Judge Fitzgerald (1.0) / attend mediation session and follow up with Judge Fitzgerald and T. Daluz (1.0) | 2.00 | 735.00 | 1,470.00 |
| 3/29/22 | DEP | Review information re: mediation positions and prep for call with Judge Fitzgerald (1.00) / call with Judge Fitzgerald re: mediation and issues (.70) / follow up call with J. DiNome (.30) / update call with J. Hampton (.50) | 2.50 | 735.00 | 1,837.50 |
| 3/30/22 | DEP | Review mediation issues for call with Client (.40) / strategy call with clients re: mediation issues (.60) | 1.00 | 735.00 | 735.00 |
| 3/30/22 | DEP | Review documents and continue work on redraft of Drexel Complaint and claim objections | 5.00 | 735.00 | 3,675.00 |
| 3/31/22 | DEP | Call with B. Mankovetskiy re: update on mediation | .50 | 735.00 | 367.50 |
| 3/31/22 | DEP | Call with J. Hampton re: update on mediation issues and case issues | .50 | 735.00 | 367.50 |

**Task Total:**                                                              **$ 25,578.00**

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/04/22 | MKH | Revise and finalize Twenty-Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period January 1, 2022 to January 31, 2022 for filing and efile same with Bankruptcy Court | .80 | 300.00 | 240.00 |
| 3/04/22 | MKH | Draft Sixth Interim Fee Application for January-March 2021 | 2.20 | 300.00 | 660.00 |

19647: Philadelphia Academic Health System, LLC

0019: Chapter 11

April 5, 2022

Invoice #: 466272

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/07/22 | MKH | Revise Sixth Interim Fee Application January 2021 through March 2021 | .90 | 300.00 | 270.00 |
| 3/09/22 | MKH | Draft KHHB 7th Interim Fee Application for April 1, 2021 through June 30, 2021; prepare email to D. Pacitti attaching same for review | 2.90 | 300.00 | 870.00 |
| 3/10/22 | MKH | Review case docket; draft and prepare Certificate of No Objection re Twenty-Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2021 through December 31, 2021 for filing and efile same with Bankruptcy Court | .60 | 300.00 | 180.00 |
| 3/10/22 | MKH | Finalize and prepare Sixth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period January 1, 2021 to March 31, 2021 for filing and efile same with Bankruptcy Court | .80 | 300.00 | 240.00 |
| 3/10/22 | MKH | Revise and finalize Seventh Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period April 1, 2021 to June 30, 2021 for filing and efile same with Bankruptcy Court | 1.10 | 300.00 | 330.00 |
| 3/30/22 | MKH | Review case docket; draft and prepare CNO re Twenty-Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from January 1, 2022 through January 31, 2022 for filing and efile same with Bankruptcy Court | .60 | 300.00 | 180.00 |
| 3/30/22 | MKH | Update professional fee chart; compile applications for review | .40 | 300.00 | 120.00 |

**Task Total:**                                         **$ 3,090.00**

**Litigation**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/04/22 | SEV | Draft and revise certificate of no objection for Fortec preference matter and prepare for filing and upload of order | .50 | 350.00 | 175.00 |
| 3/04/22 | SEV | Draft notices of dismissal for settled preference actions and release of judgment in Fortec matter; prepare same for filing | 1.40 | 350.00 | 490.00 |
| 3/14/22 | SEV | Review status of preference complaints and update litigation tracker; confer with S. Prill regarding settlement negotiations on Sanofi and Beckman | 1.40 | 350.00 | 490.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/14/22 | SEV | Correspondence to counsel for Beckman Coulter L. Martin regarding settlement counteroffer on preference action | .40 | 350.00 | 140.00 |
| 3/22/22 | SEV | Telephone call with E. Meltzer regarding Sanofi Pasteur discovery and scheduling order in preference action; confer with S. Prill | .80 | 350.00 | 280.00 |
| 3/24/22 | SEV | Review stipulation extending deadlines in scheduling order in Sanofi Pasteur preference action; confer with E. Meltzer and S. Prill; prepare same for filing | .90 | 350.00 | 315.00 |
| 3/28/22 | SEV | Review counteroffer from Beckman Coulter regarding preference action and confer with S. Prill and L. Martin | .60 | 350.00 | 210.00 |
| 3/30/22 | SEV | Draft letters to defendants regarding collection of default judgments in preference actions; confer with M. DiSabatino regarding same | 1.70 | 350.00 | 595.00 |
| 3/30/22 | SEV | Telephone call with S. Prill regarding status and settlement authority in remaining preference actions | .20 | 350.00 | 70.00 |
| 3/30/22 | SEV | Review and update tracker with current status of preference actions; draft notices of dismissal and prepare for filing once settlement payments clear | 1.40 | 350.00 | 490.00 |

| | |
|---|---|
| **Task Total:** | **$ 3,255.00** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 32,133.00** |
| 10% Discount | <u>$ -3,213.30</u> |
| **NET PROFESSIONAL SERVICES** | **$ 28,919.70** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 34.80 | 735.00 | 25,578.00 |
| Veghte, Sally E. | Associate | 9.30 | 350.00 | 3,255.00 |
| Hughes, Melissa K. | Paralegal | 11.00 | 300.00 | 3,300.00 |
| **TOTALS** | | **55.10** | | **$ 32,133.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 28,919.70** |

# EXHIBIT B

DISBURSEMENTS

| Description | Amount |
|---|---|
| No disbursements this month. | |
| TOTAL DISBURSEMENTS | $0.00 |