**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: May 24, 2022 at 4:00 p.m.** <br> **Hearing Date: TBD if objection filed** |

**THIRTY THIRD MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | March 1, 2022 – March 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $108,000.00  (80% of $135,000.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $580.01 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

133692935.1

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $925 | 43.5 | $40,237.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $825 | 131.2 | $108,240.00 |
| Rachel E. Brennan | Of Counsel, Bankruptcy First Bar Admission: 2012 | $695 | 29.1 | $20,224.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $650 | 12.2 | $7,930.00 |
| **Total Fees at Standard Rates** | | | **216.0** | **$176,632.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **216.0** | **$135,000.00** |

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

133692935.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 110.8 | $95,053.00 |
| Asset Disposition (102) | 14.1 | $11,582.50 |
| Case Administration (104) | 3.6 | $2,722.00 |
| Claims Administration and Objections (105) | 15.5 | $12,810.00 |
| Fee/Employment Applications (107) | 9.8 | $6,782.50 |
| Fee/Employment Objections (108) | 1.2 | $780.00 |
| Financing (109) | 54.3 | $41,454.50 |
| Avoidance Action Litigation (111) | 4.2 | $3,220.00 |
| Relief from Stay Proceedings (114) | 0.5 | $377.50 |
| Travel (116) (Billed at 50%) | 2.0 | $1,850.00 |
| **Total Fees at Standard Rate** | **216.0** | **$176,632.00** |
| **Total Fees at $625 Blended Rate[1]** | **216.0** | **$135,000.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendor | $526.26 |
| Parking | $40.00 |
| Tolls/Mileage | $13.75 |
| **TOTAL** | **$580.01** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

133692935.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: May 24, 2022 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**THIRTY THIRD APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Thirty Third  Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From March 1, 2022 Through March 31, 2022* (the "Application"), seeking allowance of $108,000.00 (80% of $135,000.00) in fees and $580.01 in expenses, for a total of $108,580.01.

### Background

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of

133692935.1

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

## Summary of Services by Project

A.      Asset Analysis and Recovery

        Fees: $95,053.00;      Total Hours: 110.8

5

This category includes time spent: (a) analyzing and addressing mediation issues and reviewing documents in connection therewith; (b) preparing for and attending four full-day mediation sessions and numerous related telephone conferences; and (c) communicating with Debtors' counsel and the mediator regarding the foregoing and related issues.

B.      Asset Disposition

Fees: $11,582.50;      Total Hours: 14.1

This category includes time spent analyzing and addressing issues related to the RRG transaction, including reviewing proposed transaction documents.

C.      Case Administration

Fees: $2,722.00;      Total Hours: 3.6

This category includes time spent: (a) preparing updates to the Committee members; (b) communicating with Debtors' counsel regarding pending matters; (c) analyzing pleadings, motions and other court documents; and (d) addressing matters of general import.

D.      Claims Administration and Objections

Fees: $12,810.00;      Total Hours: 15.5

This category includes time spent: (a) analyzing claims asserted against the Debtors' estates (including certain alleged rejection damages claims) and proposed stipulations resolving certain claims; (b) analyzing Drexel mediation issues; and (c) communicating with Debtors' counsel regarding the foregoing and related issues.

E.      Fee/Employment Applications

Fees: $6,782.50;      Total Hours: 9.8

This category includes time spent: (a) preparing Sills' January 2022 and 7th and 8th interim fee applications, (b) preparing supplemental retention declarations for Sills and the

Committee's financial advisor, and (c) communicating with the Committee's financial advisor and local counsel regarding the foregoing and related issues.

F.      Fee/Employment Objections

Fees: $780.00;          Total Hours: 1.2

This category includes time spent reviewing the Debtors' professionals' fee applications.

G.      Financing

Fees: $41,454.50;       Total Hours: 54.3

This category includes time spent: (a) analyzing and addressing issues related to the proposed financing to be provided by the Debtors to the Broad Street entities and reviewing related documents, including term sheets, a memorandum of understanding, loan documents, mortgages, a guaranty, an intercreditor agreement, and a related objection filed by a third party; (b) attending a related hearing; and (c) communicating with Debtors' counsel and the Committee members regarding the foregoing and related issues.

H.      Avoidance Action Litigation

Fees: $3,220.00;        Total Hours: 4.2

This category includes time spent analyzing proposed avoidance action settlements.

I.      Relief from Stay Proceedings

Fees: $377.50;          Total Hours: 0.5

This category includes time spent analyzing a motion seeking stay relief and a stipulation staying briefing in connection with the MBNF appeal.

J.      Travel (Billed at 50%)

Fees: $1,850.00;        Total Hours: 2.0

This category includes time spent traveling to and from a mediation session.

## **Conclusion**

7.      Sills submits that the amounts sought are fair and reasonable given (a) the

complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered,

(d) the value of such services, and (e) the costs of comparable services other than in a case under

this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of

$108,000.00 (80% of $135,000.00) as compensation, *plus* $580.01 for reimbursement of actual

and necessary expenses, for a total of $108,580.01, and that such amount be authorized for

payment.

Dated: May 3, 2022
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

133692935.1

## <u>VERIFICATION</u>

STATE OF NEW JERSEY      )
                                      ) SS:
COUNTY OF ESSEX           )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions, Committee Chair
3560 Dallas Parkway
Frisco, TX  75034

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through March 31, 2022

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** |  |  |  |  |  |
| 03/01/22 | BM | 101 | Attend to preparation for continued MBNF mediation. | 1.90 | $1,567.50 |
| 03/02/22 | BM | 101 | Attend continued MBNF mediation. | 9.40 | $7,755.00 |
| 03/02/22 | AHS | 101 | Attend mediation session with mediation parties. | 9.40 | $8,695.00 |
| 03/03/22 | BM | 101 | Attend continued mediation. | 7.60 | $6,270.00 |
| 03/03/22 | AHS | 101 | Attend mediation session with mediation parties. | 7.50 | $6,937.50 |
| 03/05/22 | BM | 101 | Attend mediation call. | 0.40 | $330.00 |
| 03/07/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 03/07/22 | REB | 101 | Call with Debtors re: mediation and MOU updates. | 0.90 | $625.50 |
| 03/08/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 03/08/22 | BM | 101 | Attend MBNF mediation call. | 0.40 | $330.00 |
| 03/08/22 | AHS | 101 | Attend mediation session and follow up with request to review document. | 0.60 | $555.00 |
| 03/10/22 | BM | 101 | Analysis of issues regarding MBNF mediation. | 2.40 | $1,980.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/11/22 | BM | 101 | Attend call with MBNF mediator. | 0.40 | $330.00 |
| 03/11/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.70 | $2,227.50 |
| 03/11/22 | AHS | 101 | Review of revised mediation document and follow up re: same. | 1.20 | $1,110.00 |
| 03/15/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 03/16/22 | BM | 101 | Attend call with MBNF mediator. | 0.60 | $495.00 |
| 03/16/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 03/17/22 | BM | 101 | Analysis of issues regarding MBNF mediation. | 1.70 | $1,402.50 |
| 03/18/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.10 | $907.50 |
| 03/20/22 | AHS | 101 | Call with counsel for Debtors re: mediation issues. | 0.50 | $462.50 |
| 03/21/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 03/22/22 | BM | 101 | Attend continued MBNF mediation. | 11.10 | $9,157.50 |
| 03/22/22 | AHS | 101 | Attend mediation with mediation parties. | 9.50 | $8,787.50 |
| 03/23/22 | BM | 101 | Attend continued MBNF mediation. | 11.70 | $9,652.50 |
| 03/23/22 | AHS | 101 | Attend mediation with mediation parties. | 8.50 | $7,862.50 |
| 03/24/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 03/25/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 03/28/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 03/29/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/30/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.70 | $1,402.50 |
| 03/31/22 | BM | 101 | Attend call with MBNF mediator. | 0.30 | $247.50 |
| 03/31/22 | AHS | 101 | Attend continued mediation session. | 0.40 | $370.00 |
| | | **TASK TOTAL 101** | | **110.80** | **$95,053.00** |

**102 – ASSET DISPOSITION**

| | | | | | |
|---|---|---|---|---|---|
| 03/02/22 | BM | 102 | Analysis regarding proposed form of order approving RRG transaction. | 0.90 | $742.50 |
| 03/07/22 | BM | 102 | Analysis regarding proposed RRG transactions. | 1.70 | $1,402.50 |
| 03/07/22 | BM | 102 | Analysis regarding proposed RRG transactions. | 1.70 | $1,402.50 |
| 03/07/22 | REB | 102 | Draft revised language re: proposed RRG order. | 0.40 | $278.00 |
| 03/08/22 | BM | 102 | Analysis regarding proposed RRG transaction. | 1.20 | $990.00 |
| 03/08/22 | REB | 102 | Revise RRG order and emails re: same. | 0.40 | $278.00 |
| 03/09/22 | BM | 102 | Analysis regarding RRG transaction documents. | 1.30 | $1,072.50 |
| 03/09/22 | AHS | 102 | Calls and emails to address RRG form of order and review of same as revised. | 0.80 | $740.00 |
| 03/10/22 | BM | 102 | Analysis regarding RRG transaction documents. | 1.10 | $907.50 |
| 03/11/22 | BM | 102 | Analysis regarding proposed revisions of RRG transaction documents. | 1.20 | $990.00 |
| 03/11/22 | REB | 102 | Review emails re: PARRG order. | 0.20 | $139.00 |
| 03/15/22 | BM | 102 | Analysis regarding RRG transaction issues. | 0.70 | $577.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/16/22 | BM | 102 | Analysis regarding RRG issues. | 1.20 | $990.00 |
| 03/24/22 | BM | 102 | Analysis regarding RRG issues. | 1.30 | $1,072.50 |
| | | **TASK TOTAL 102** | | **14.10** | **$11,582.50** |

**104 – CASE ADMINISTRATION**

| | | | | | |
|---|---|---|---|---|---|
| 03/07/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.90 | $742.50 |
| 03/07/22 | REB | 104 | Draft update email to Committee regarding term loan motion, mediation update and proposed RRG order. | 1.10 | $764.50 |
| 03/07/22 | GAK | 104 | Review notification regarding adjournment of upcoming hearing and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/08/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 | $330.00 |
| 03/09/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.60 | $495.00 |
| 03/10/22 | GAK | 104 | Review notification regarding adjournment/rescheduling of hearing and emails with A. Sherman regarding same. | 0.20 | $130.00 |
| 03/11/22 | GAK | 104 | Review agenda for upcoming hearing. | 0.10 | $65.00 |
| 03/28/22 | GAK | 104 | Review Debtors' proposed stipulation authorizing return of overpayment and email A. Sherman regarding same. | 0.20 | $130.00 |
| | | **TASK TOTAL 104** | | **3.60** | **$2,722.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 5

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **105 – CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | | |
| 03/01/22 | BM | 105 | Attend to issues regarding update of projected waterfall analysis. | 0.80 | $660.00 |
| 03/02/22 | BM | 105 | Analysis regarding HSRE lease rejection claims. | 0.80 | $660.00 |
| 03/07/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 03/08/22 | BM | 105 | Analysis regarding Tenet claims. | 1.30 | $1,072.50 |
| 03/08/22 | BM | 105 | Analysis regarding HSRE claims. | 1.20 | $990.00 |
| 03/08/22 | AHS | 105 | Call with counsel for Debtors to get update on Drexel mediation and address next steps. | 0.40 | $370.00 |
| 03/09/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.70 | $577.50 |
| 03/10/22 | BM | 105 | Analysis regarding proposed stipulations resolving claims objections. | 0.80 | $660.00 |
| 03/10/22 | BM | 105 | Analysis regarding HSRE's claims. | 0.90 | $742.50 |
| 03/10/22 | BM | 105 | Analysis regarding Tenet's claims. | 0.80 | $660.00 |
| 03/11/22 | GAK | 105 | Review Debtors' proposed stipulation regarding allowed claim and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/15/22 | BM | 105 | Analysis regarding HSRE claims. | 0.90 | $742.50 |
| 03/15/22 | BM | 105 | Analysis regarding Tenet claims. | 0.80 | $660.00 |
| 03/17/22 | BM | 105 | Analysis of issues regarding Drexel mediation. | 0.70 | $577.50 |
| 03/17/22 | BM | 105 | Analysis regarding HSRE and Tenent claims. | 1.60 | $1,320.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/23/22 | BM | 105 | Analysis regarding Stipulation Authorizing Return of Overpayment Between Center City Healthcare, LLC and Modern Group, Ltd. | 0.60 | $495.00 |
| 03/25/22 | BM | 105 | Analysis regarding HSRE claims. | 1.10 | $907.50 |
| 03/31/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| | | **TASK TOTAL 105** | | **15.50** | **$12,810.00** |

## 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 03/01/22 | GAK | 107 | Work on January fee application. | 0.30 | $195.00 |
| 03/02/22 | GAK | 107 | Attention to interim fee applications. | 0.40 | $260.00 |
| 03/04/22 | AHS | 107 | Review and revise 7th and 8th interim fee applications. | 0.80 | $740.00 |
| 03/04/22 | GAK | 107 | Address comments of A. Sherman re: interim fee applications. | 0.70 | $455.00 |
| 03/08/22 | AHS | 107 | Further review of fee applications and have same sent for filing. | 0.40 | $370.00 |
| 03/08/22 | GAK | 107 | Finalize fee applications for filing and email local counsel regarding same. | 0.30 | $195.00 |
| 03/11/22 | GAK | 107 | Work on January fee application. | 2.10 | $1,365.00 |
| 03/16/22 | GAK | 107 | Draft supplemental retention declaration for A. Sherman. | 1.30 | $845.00 |
| 03/16/22 | GAK | 107 | Communications with A. Sherman regarding declaration. | 0.10 | $65.00 |
| 03/16/22 | GAK | 107 | Draft email to BRG regarding supplemental retention declaration. | 0.20 | $130.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/17/22 | AHS | 107 | Review and revise supplemental declaration and have filed. | 0.30 | $277.50 |
| 03/17/22 | GAK | 107 | Finalize supplemental Sherman declaration for filing. | 0.30 | $195.00 |
| 03/25/22 | GAK | 107 | Review and revise proposed supplemental declaration by BRG. | 1.30 | $845.00 |
| 03/25/22 | GAK | 107 | Call with BRG regarding declaration. | 0.10 | $65.00 |
| 03/28/22 | GAK | 107 | Finalize BRG supplemental declaration for review by A. Sherman. | 0.60 | $390.00 |
| 03/28/22 | GAK | 107 | Communications with A. Sherman regarding declaration. | 0.10 | $65.00 |
| 03/28/22 | GAK | 107 | Communications with BRG regarding declaration. | 0.10 | $65.00 |
| 03/31/22 | GAK | 107 | Communications with BRG regarding its supplemental retention declaration; finalize declaration for filing; email local counsel regarding same. | 0.40 | $260.00 |
| | | **TASK TOTAL 107** | | **9.80** | **$6,782.50** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 03/01/22 | GAK | 108 | Review EisnerAmper January fee statement and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/01/22 | GAK | 108 | Review Cross Simon fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 108 | Review Klehr Harrison January fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 108 | Review Saul Ewing's interim fee applications and email A. Sherman regarding same. | 0.20 | $130.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/11/22 | GAK | 108 | Review Klehr Harrison 6th interim fee application and email A. Sherman regarding same. | 0.20 | $130.00 |
| 03/11/22 | GAK | 108 | Review Klehr Harrison 7th interim fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/21/22 | GAK | 108 | Review Ordinary Course Professional Retention Application and email A. Sherman regarding same. | 0.20 | $130.00 |
| 03/21/22 | GAK | 108 | Review Saul Ewing January fee statement and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/21/22 | GAK | 108 | Review EisnerAmper February Fee Statement and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | **1.20** | **$780.00** |

## 109 – FINANCING

| | | | | | |
|---|---|---|---|---|---|
| 03/04/22 | BM | 109 | Analysis regarding motion to approve Broad Street financing. | 1.20 | $990.00 |
| 03/04/22 | BM | 109 | Analysis regarding term sheet for proposed loan to Broad Street entities. | 1.70 | $1,402.50 |
| 03/05/22 | REB | 109 | Review motion to approve term loan and term sheet attached thereto. | 0.90 | $625.50 |
| 03/06/22 | REB | 109 | Review revised MOU. | 2.30 | $1,598.50 |
| 03/07/22 | BM | 109 | Analysis regarding Broad Street loan documents. | 1.30 | $1,072.50 |
| 03/07/22 | REB | 109 | Review MOU in connection with upcoming call with Debtors. | 0.50 | $347.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/07/22 | REB | 109 | Review documents in connection with MOU and term sheet received from Debtors. | 2.40 | $1,668.00 |
| 03/07/22 | REB | 109 | Review PAHS promissory note. | 1.10 | $764.50 |
| 03/07/22 | GAK | 109 | Review motion seeking authorization to make secured loan to Broad street entities. | 0.40 | $260.00 |
| 03/08/22 | BM | 109 | Analysis regarding Broad Street loan documents. | 1.30 | $1,072.50 |
| 03/08/22 | REB | 109 | Review and revise PAHS promissory note. | 3.30 | $2,293.50 |
| 03/09/22 | BM | 109 | Analysis regarding Broad Street intercreditor agreement and guarantee. | 1.60 | $1,320.00 |
| 03/09/22 | BM | 109 | Analysis regarding City of Philadelphia's objection to Broad Street financing motion. | 0.40 | $330.00 |
| 03/09/22 | BM | 109 | Analysis regarding Broad Street loan documents. | 1.20 | $990.00 |
| 03/09/22 | REB | 109 | Review and revise intercreditor agreement. | 2.60 | $1,807.00 |
| 03/09/22 | REB | 109 | Review and revise PAHH guaranty. | 0.90 | $625.50 |
| 03/09/22 | REB | 109 | Review and revise Broad I, Broad II and Broad III mortgages. | 4.10 | $2,849.50 |
| 03/10/22 | BM | 109 | Analysis and revisions regarding Broad Street loan documents. | 2.40 | $1,980.00 |
| 03/10/22 | REB | 109 | Review term loan documents for, among other things, internal consistency. | 2.40 | $1,668.00 |
| 03/11/22 | BM | 109 | Analysis regarding proposed revisions of Broad Street loan documents. | 1.70 | $1,402.50 |
| 03/14/22 | BM | 109 | Analysis of issues regarding loan to Broad Street entities. | 1.80 | $1,485.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/15/22 | BM | 109 | Analysis of issues regarding loan to Broad Street Entities. | 0.80 | $660.00 |
| 03/16/22 | BM | 109 | Analysis regarding loan to Broad Street entities. | 1.30 | $1,072.50 |
| 03/17/22 | BM | 109 | Analysis of issues regarding loan to Broad Street Entities. | 1.20 | $990.00 |
| 03/18/22 | REB | 109 | Review revised MOU. | 1.30 | $903.50 |
| 03/22/22 | REB | 109 | Review most recent MOU and HSRE's/Debtors comments thereto. | 1.40 | $973.00 |
| 03/23/22 | BM | 109 | Analysis regarding Broad Street loan issues. | 1.70 | $1,402.50 |
| 03/24/22 | BM | 109 | Analysis regarding Broad Street loan issues. | 1.60 | $1,320.00 |
| 03/25/22 | BM | 109 | Analysis regarding Broad Street loan issues. | 1.40 | $1,155.00 |
| 03/28/22 | BM | 109 | Analysis regarding Broad Street loan documents. | 1.90 | $1,567.50 |
| 03/29/22 | BM | 109 | Analysis regarding Broad Street loan documents. | 0.90 | $742.50 |
| 03/30/22 | BM | 109 | Analysis regarding revised loan documents and proposed form order approving Broad Street loan. | 1.20 | $990.00 |
| 03/30/22 | AHS | 109 | Address question from Committee member re: financing and issues re: financing hearing. | 0.40 | $370.00 |
| 03/30/22 | REB | 109 | Review and revise MOU re: committee release issues. | 1.80 | $1,251.00 |
| 03/31/22 | AHS | 109 | Prepare for and attend hearing re: financing to be provided by Debtors. | 0.80 | $740.00 |
| 03/31/22 | REB | 109 | Attend hearing re: financing motion. | 0.50 | $347.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/31/22 | REB | 109 | Review financing motion and related documents in advance of hearing. | 0.60 | $417.00 |
| | | **TASK TOTAL 109** | | **54.30** | **$41,454.50** |

## 111 – AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 03/01/22 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.70 | $577.50 |
| 03/01/22 | GAK | 111 | Review proposed preference settlement with Abbott Laboratories and email A. Sherman regarding same. | 0.20 | $130.00 |
| 03/01/22 | GAK | 111 | Review proposed preference settlement with Mayflower and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/01/22 | GAK | 111 | Review Debtors' proposed preference settlement with Pfizer and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with Greater Delaware Valley Society and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with Echo and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with Tozour and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 111 | Review proposed preference settlement with DLC Management and email A. Sherman regarding same. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/07/22 | GAK | 111 | Review proposed preference settlement with Scheduling.com and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 111 | Review proposed preference settlement with S.R. Wojdak and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/10/22 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.60 | $495.00 |
| 03/11/22 | GAK | 111 | Review Debtors' proposed preference settlement with Accruent and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/17/22 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.70 | $577.50 |
| 03/21/22 | GAK | 111 | Review proposed preference settlement with Ernst & Young and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/22/22 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.80 | $660.00 |
| 03/28/22 | GAK | 111 | Analyze Debtor's proposed preference settlement with GE and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/28/22 | GAK | 111 | Review Debtors' proposed settlement with William Hagans and email A. Sherman regarding same. | 0.10 | $65.00 |

|  | TASK TOTAL 111 | 4.20 | $3,220.00 |
|---|---|---|---|

**114 – RELIEF FROM STAY PROCEEDINGS**

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 13

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/11/22 | GAK | 114 | Review motion seeking stay relief and email A. Sherman regarding same. | 0.20 | $130.00 |
| 03/30/22 | BM | 114 | Analysis regarding Stipulation Staying Briefing in District Court regarding MBNF appeal. | 0.30 | $247.50 |
| | | **TASK TOTAL 114** | | **0.50** | **$377.50** |

**116 – TRAVEL**

| | | | | | |
|---|---|---|---|---|---|
| 03/22/22 | AHS | 116 | Travel to and from mediation. (2.00) | 1.00 | $925.00 |
| 03/23/22 | AHS | 116 | Travel to and from mediation. (2.00) | 1.00 | $925.00 |
| | | **TASK TOTAL 116** | | **2.00** | **$1,850.00** |
| | | **TOTAL FEES at Standard Rates** | | **216.00** | **$176,632.00** |
| | | **TOTAL FEES at Blended Rate of $625** | | **216.00** | **$135,000.00** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 110.80 | $95,053.00 |
| 102 | Asset Disposition | | 14.10 | $11,582.50 |
| 104 | Case Administration | | 3.60 | $2,722.00 |
| 105 | Claims Administration and Objections | | 15.50 | $12,810.00 |
| 107 | Fee/Employment Applications | | 9.80 | $6,782.50 |
| 108 | Fee/Employment Objections | | 1.20 | $780.00 |
| 109 | Financing | | 54.30 | $41,454.50 |
| 111 | Avoidance Action Litigation | | 4.20 | $3,220.00 |
| 114 | Relief from Stay Proceedings | | 0.50 | $377.50 |
| 116 | Travel | | 2.00 | $1,850.00 |
| | TOTAL FEES at Standard Rates | | 216.00 | $176,632.00 |
| | TOTAL FEES at Blended Rate of $625 | | 216.00 | $135,000.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 14

| | | | | | | |
|---|---|---|---|---|---|---|
| Andrew H. Sherman | 43.50 | x | $925.00 | = | $40,237.50 |
| Boris Mankovetskiy | 131.20 | x | $825.00 | = | $108,240.00 |
| Rachel E. Brennan | 29.10 | x | $695.00 | = | $20,224.50 |
| Gregory A. Kopacz | 12.20 | x | $650.00 | = | $7,930.00 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 03/03/21 | 296 | Tolls/Mileage (BM – mediation in NYC) | $13.75 |
| 03/03/22 | 295 | Parking (BM – mediation in NYC) | $40.00 |
| 03/24/22 | 271 | Litigation Support Vendor (UnitedLex Inv. #068341 – Near Line Storage) | $526.26 |

**TOTAL DISBURSEMENTS**                                                                 **$580.01**

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $135,000.00 |
| Total Disbursements | $580.01 |
| **TOTAL THIS INVOICE** | **$135,580.01** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$176,632.00**) and fees at *Blended Rate* of $625 (**$135,000.00**)** apply.

**includes paralegal fees at standard rates, if applicable