# CERTIFICATE OF SERVICE

I, Amy D. Brown, hereby certify that on May 6, 2022, I caused a true and correct copy of the *Reply To Debtors' Objection To (I) Motion For Reconsideration Of Order Entered On March 31, 2022 Sustaining Debtors' Objections To Claims Purportedly Filed On Behalf Of Decedent Robert Johnson, And (II) Amended Motion For Relief From Automatic Stay Under Section 362 Of The Bankruptcy Code* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and/or via electronic mail upon the parties listed below:

Dated: May 6, 2022

　　　　　　　　　　　　　　　　　　　　　　*/s/ Amy D. Brown*
　　　　　　　　　　　　　　　　　　　　　　Amy D. Brown (DE 4077)

**Via CM/ECF and/or Electronic Mail**

| | |
|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP<br>Mark Minuti, Esq.<br>Monique B. DiSabatino, Esq.<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>mark.minuti@saul.com<br>monique.disabatino@saul.com | SAUL EWING ARNSTEIN & LEHR LLP<br>Jeffrey C. Hampton, Esq.<br>Adam H. Isenberg, Esq.<br>A. Mayer Kohn, Esq.<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br>mayer.kohn@saul.com |
| Office of the United States Trustee<br>Benjamin A. Hackman, Esq.<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov | |