# EXHIBIT A

**SUMMARY OF BLENDED RATE**

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 10 | $604.00 | $740.67 |
| Junior Partners | 2 | $494.00 | $499.88 |
| Counsel | 1 | $509.00 | $525.99 |
| Senior Associates | 2 | $363.00 | $372.39 |
| Junior Associates | 2 | $287.00 | $330.68 |
| Paralegal | 2 | $233.00 | $340.73 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $257.00 | $273.91 |
| **Aggregated:** | | **$480.00** | **$562.75** |