# EXHIBIT D

**EXPENSE SUMMARY**

# Expense Summary
## For the Period from March 1, 2022 through March 31, 2022

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $10,396.63 |
| Legal Research | Westlaw; Lexis | $1,998.02 |
| Lodging | *See attached chart* | $3,213.22 |
| Meals | *See attached chart* | $479.19 |
| Mileage | *See attached chart* | $18.82 |
| Outside Reproduction | Reliable Copy Service – DE | $121.02 |
| Overnight Delivery | Federal Express | $110.37 |
| Parking | *See attached chart* | $205.00 |
| Taxi/Car Service | *See attached chart* | $36.30 |
| Train | *See attached chart* | $861.00 |
| **Total** |  | **$17,439.57** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 03/01/22 | New York Cab | (3) Mark Minuti; Adam Isenberg; Jeffrey Hampton | Cab from train station to hotel to attend mediation in New York | $16.30 |
| 03/03/22 | Medallion Taxi | (3) Mark Minuti; Adam Isenberg; Jeffrey Hampton | Cab from mediation to train station after mediation in New York | $20.00 |
| 03/01/22 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to train station and back for mediation in New York | $9.41 |
| 03/23/22 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to train station and back for mediation in New York | $9.41 |
| 03/01 – 03/03/22 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington Train Station for mediation in New York | $32.00 |
| 03/01 – 03/03/22 | 30th Street Parking | (1) Adam Isenberg | Parking at 30th Street Train Station for mediation in New York | $81.00 |
| 03/01 – 03/03/22 | 30th Street Parking | (1) Jeffrey Hampton | Parking at 30th Street Train Station for mediation in New York | $56.00 |
| 03/23/22 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington Train Station for mediation in New York | $36.00 |
| 03/03/22 | Amtrak | (1) Mark Minuti | Change fee - train from New York to Wilmington, DE for mediation | $28.00 |
| 03/03/22 | Amtrak | (1) Adam Isenberg | Change fee - train from New York to Philadelphia, PA for mediation | $78.00 |
| 03/03/22 | Amtrak | (1) Mark Minuti | Change fee - train from New York to Philadelphia, PA for mediation | $80.00 |
| 03/01/22 | Amtrak | (1) Mark Minuti | Train from Wilmington, DE to New York for mediation | $105.00 |
| 03/01/22 | Amtrak | (1) Adam Isenberg | Train from Philadelphia, PA to New York for mediation | $103.00 |
| 03/01/22 | Amtrak | (1) Jeffrey Hampton | Train from Philadelphia, PA to New York for mediation | $82.00 |
| 03/03/22 | Amtrak | (1) Mark Minuti | Train from New York to Wilmington, DE after mediation | $141.00 |
| 03/03/22 | Amtrak | (1) Adam Isenberg | Train from New York to Philadelphia, PA after mediation | $122.00 |
| 03/03/22 | Amtrak | (1) Jeffrey Hampton | Train from New York to Philadelphia, PA after mediation | $122.00 |
| 03/01 – 03/02/22 | Intercontinental New York Hotel | (1) Mark Minuti | Hotel while attending mediation in New York | $739.24 |
| 03/01 – 03/02/22 | Intercontinental New York Hotel | (1) Adam Isenberg | Hotel while attending mediation in New York | $704.68 |
| 03/01 – 03/02/22 | Intercontinental New York Hotel | (1) Jeffrey Hampton | Hotel while attending mediation in New York | $782.84 |
| 03/21 – 03/23/22 | Hilton Hotels | (1) Mark Minuti | Hotel while attending mediation in New York | $986.46 |
| | | **TOTAL** | | **$4,334.34** |

2

| MEAL DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 03/01/22 | The Smith | (5) Mark Minuti, Adam Isenberg, Jeffrey Hampton, Allen Wilen and John Dinome | Dinner preparing for mediation | $261.93 |
| 03/01/22 | ETC Restaurant | (1) Jeffrey Hampton | Breakfast while attending mediation in New York | $14.96 |
| 03/02/22 | ETC Restaurant | (2) Jeffrey Hampton and John Dinome | Breakfast while attending mediation in New York | $44.34 |
| 03/22/22 | Herb N Kitchen Buffet at Hilton Hotels | (4) Mark Minuti, Jeffrey Hampton, Allen Wilen and John Dinome | Dinner during mediation | $141.15 |
| 03/23/22 | Café 53 | (2) Mark Minuti and Allen Wilen | Breakfast while attending mediation in New York | $16.81 |
| | | | TOTAL | $479.19 |

40013573.2 05/12/2022



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2692412 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 04/30/22 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value | |
|---|---|---|---|---|
| 03/26/22 | Epiq Relativity eDiscovery Costs | | 10,396.63 | |
| | Total   Epiq Relativity eDiscovery Costs | | | 10,396.63 |
| 03/14/22 | Taxi/Car Service; VENDOR: New York Cab; 03/01/22; Cab for Mark Minuti from train station to hotel to attend mediation in New York | | 16.30 | |
| 03/14/22 | Taxi/Car Service; VENDOR: Medallion Taxi; 3/3/2022 Taxi service from hotel to Penn Station to attend mediation in New York | | 20.00 | |
| | Total Cab Fare | | | 36.30 |
| 03/14/22 | Mileage; VENDOR: Mark Minuti; 03/01/22; Mileage from Greenville, DE to Wilmington Train Station for mediation in New York | | 9.41 | |
| 03/28/22 | Mileage; VENDOR: Mark Minuti; 03/23/22; Mileage for Mark Minuti from Greenville, DE to Wilmington Train Station for mediation in New York | | 9.41 | |
| | Total Mileage | | | 18.82 |
| 03/14/22 | Parking; VENDOR: Wilmington Parking Authority; 3/1 - 3/3/22; Parking for Mark Minuti at Wilmington Train Station while attending mediation in New York | | 32.00 | |
| 03/14/22 | Parking; VENDOR: 30th Street Parking; 3/1-3/2022; Parking for Adam Isenberg at Philadelphia Train Station while attending mediation in New York | | 81.00 | |
| 03/18/22 | Parking; VENDOR: 30th Street Parking; 3/1-3/2022; Parking for Jeffrey Hampton at Philadelphia Train Station while attending mediation in New York | | 56.00 | |
| 03/28/22 | Parking; VENDOR: Wilmington Parking Authority; 03/23/22; Parking for Mark Minuti at Wilmington Train Station for PAHS Mediation in New York | | 36.00 | |
| | Total Parking | | | 205.00 |
| 03/14/22 | Train Change Ticket Fee; VENDOR: Amtrak; 03/03/22; Change of train for Mark Minuti from New York, NY to Wilmington, DE after mediation | | 28.00 | |
| 03/14/22 | Train Change Ticket Fee; VENDOR: Amtrak; 3/3/2022 Change of train for Adam Isenberg from New York to Philadelphia after mediation | | 78.00 | |
| 03/18/22 | Train Change Ticket Fee; VENDOR: Amtrak; 3/3/2022 Change of train for Jeffrey Hampton from New York to Philadelphia after mediation | | 80.00 | |
| | Total Transportation-Amtrak | | | 186.00 |

40012659.1 05/09/2022

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number | 2692412 |
| 00002 | Expenses | Page 2 | |
| 04/30/22 | | | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 03/01/22 | Federal Express 02/22/2022 To: Mark Minuti From: BCBA | 15.49 | |
| 03/01/22 | Federal Express 02/21/2022 To: Martin Doyle From: Office Services | 47.44 | |
| 03/01/22 | Federal Express 02/21/2022 To: Adam Isenberg From: Office Services | 47.44 | |
| | Total Federal Express | | 110.37 |
| 03/03/22 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 02/28/22; Copying, postage and mailing of McKesson discovery and hand delivery to The Powell Firm | 6.83 | |
| 03/03/22 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 02/18/22; Copying, postage and mailing of Vicinity and De Lage discovery | 14.65 | |
| 03/21/22 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 02/16/22; Copying, postage and mailing of various initial disclosures | 99.54 | |
| | Total Outside Reproduction | | 121.02 |
| 03/14/22 | Hotel Lodging; VENDOR: Intercontinental New York Barclay Hotel; 3/1-2/2022; Hotel for Adam Isenberg while attending mediation in New York | 704.68 | |
| 03/14/22 | Hotel Lodging; VENDOR: Intercontinental New York Barclay Hotel; 3/1-2/2022; Hotel for Mark Minuti while attending mediation in New York | 739.24 | |
| 03/18/22 | Hotel Lodging; VENDOR: Intercontinental New York Barclay Hotel; 3/1-2/2022; Hotel for Jeffrey Hampton while attending mediation in New York | 782.84 | |
| 03/28/22 | Hotel Lodging; VENDOR: Hilton Hotels; 3/21 - 3/23/22; Hotel for Mark Minuti for PAHS Mediation in New York Bank ID | 986.46 | |
| | Total Hotel | | 3,213.22 |
| 03/14/22 | Train; VENDOR: Amtrak; 03/01/22; Train for Adam Isenberg from Philadelphia to New York to attend mediation in New York | 103.00 | |
| 03/14/22 | Train; VENDOR: Amtrak; 03/01/22; Train for Mark Minuti from Wilmington, DE to New York, NY to attend mediation | 105.00 | |
| 03/14/22 | Train; VENDOR: Amtrak; 03/03/22; Train for Adam Isenberg from New York to Philadelphia after attending mediation in New York | 122.00 | |
| 03/14/22 | Train; VENDOR: Amtrak; 03/03/22; Train for Mark Minuti from New York, NY to Wilmington, DE after attending mediating in New York | 141.00 | |
| 03/18/22 | Train; VENDOR: Amtrak; 03/01/22; Train for Jeffrey Hampton from Philadelphia to New York to attend mediation in New York | 82.00 | |
| 03/18/22 | Train; VENDOR: Amtrak; 03/03/22; Train for Jeffrey Hampton from New York to Philadelphia after attending mediation in New York | 122.00 | |
| | Train | | 675.00 |
| 03/14/22 | Meals Dinner; VENDOR: The Smith; 03/01/22; Dinner and drinks with Adam Isenberg, Jeffrey Hampton, Mark Minuti, Allen Wilen and J. Dinome preparing for mediation | 261.93 | |
| 03/18/22 | Meals Breakfast; VENDOR: ETC Restaurant; 03/01/22; Breakfast for Jeffrey Hampton while attending mediation in New York | 14.96 | |
| 03/18/22 | Meals Breakfast; VENDOR: ETC Restaurant; 03/02/22; Breakfast for Jeffrey Hampton and John Dinome while attending mediation in New York | 44.34 | |
| 03/28/22 | Meals Breakfast; VENDOR: Café 53; 03/23/22; Breakfast for Mark Minuti and Allen Wilen while attending mediation in New York | 16.81 | |
| 03/28/22 | Meals Dinner; VENDOR: Herb N Kitchen Buffet at Hilton Hotels; 03/22/22; - Dinner for Mark Minuti, Jeffrey Hampton, John DiNome and Allen Wilen during PAHS Mediation in New York | 141.15 | |
| | Total Meals | | 479.19 |
| 03/22/22 | Lexis Legal Research | 49.50 | |
| 03/22/22 | Lexis Legal Research | 47.50 | |
| 03/29/22 | Lexis Legal Research | 47.50 | |
| 03/09/22 | Westlaw Legal Research | 185.76 | |
| 03/10/22 | Westlaw Legal Research | 557.28 | |
| 03/15/22 | Westlaw Legal Research | 86.00 | |
| 03/17/22 | Westlaw Legal Research | 258.00 | |
| 03/18/22 | Westlaw Legal Research | 65.00 | |
| 03/22/22 | Westlaw Legal Research | 86.00 | |

Case 19-11466-MFW    Doc 3957-5    Filed 05/12/22    Page 7 of 7

| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2692412 |
|---|---|---|
| 00002 | Expenses | Page 3 |
| 04/30/22 | | |

| 03/23/22 | Westlaw Legal Research | 258.00 | |
|---|---|---|---|
| 03/29/22 | Westlaw Legal Research | 357.48 | |
| | Total Legal Research | | 1,998.02 |
| | CURRENT EXPENSES | | 17,439.57 |

**TOTAL AMOUNT OF THIS INVOICE**                                17,439.57