# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MAY 18, 2022 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

### RESOLVED MATTERS:

1. Motion of Johnathan Carroll and Joseph Peraino Administrator of the Estate of Augustine Peraino for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and/or Discharge Injunction, Nunc Pro Tunc [Docket No. 2905; filed: 09/30/21]

   Response Deadline: October 18, 2021 at 4:00 p.m.

   Responses Received:

   A. Informal comments from the Debtors

   Related Documents: None

   Status: This motion is moot following the Court's approval of stay relief stipulations with each of the movants [Docket Nos. 3951 and 3952].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2.     Motion of Debtors for Approval of Settlement of Preference Claims against Quantros Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3790; Adversary No. 19; filed: 03/30/22]

    Response Deadline: April 13, 2022 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A.     Certification of No Objection [Docket No. 3861; Adversary No. 20; filed: 04/14/22]

    B.     Order Approving Settlement of Preference Claims against Quantros Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3880; Adversary No. 21; signed and docketed: 04/18/22]

    Status: On April 18, 2022, the Court entered an order approving this motion.

3.     Motion of Debtors for Approval of Settlement of Preference Claims against Genzyme Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3847; Adversary No. 20; filed: 04/08/22]

    Response Deadline: April 22, 2022 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A.     Certification of No Objection [Docket No. 3906; Adversary No. 22; filed: 04/25/22]

    B.     Order Approving Settlement of Preference Claims against Genzyme Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3908; Adversary No. 23; signed and docketed: 04/26/22]

    Status: On April 26, 2022, the Court entered an order approving this motion.

4.     Motion of Debtors for Approval of Settlement of Preference Claims against Shades of Green, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3885; Adversary No. 20; filed: 04/20/22]

    Response Deadline: May 4, 2022 at 4:00 p.m.

    Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 3941; Adversary No. 21; filed: 05/06/22]

B. Order Approving Settlement of Preference Claims against Shades of Green, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3947; Adversary No. 22; signed and docketed: 05/09/22]

Status: On May 9, 2022, the Court entered an order approving this motion.

5. Motion of Debtors for Approval of Settlement of Preference Claims against Veolia Energy Philadelphia, Inc. (n/k/a Vicinity Energy Philadelphia Inc.) Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3916; Adversary No. 25; filed: 04/27/22]

Response Deadline: May 11, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 3958; Adversary No. 26; filed: 05/12/22]

B. Order Approving Settlement of Preference Claims against Veolia Energy Philadelphia, Inc. (n/k/a Vicinity Energy Philadelphia Inc.) Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3960; Adversary No. 27; signed and docketed: 05/13/22]

Status: On May 13, 2022, the Court entered an order approving this motion.

6. Ninth Motion of the Debtors for Entry of an Order Extending the Time Period within Which the Debtors May Remove Actions [Docket No. 3939; filed: 05/04/22]

Response Deadline: May 11, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 3959; filed: 05/12/22]

B. Order Extending the Time Period within Which the Debtors May Remove Actions [Docket No. 3961; signed and docketed: 05/13/22]

Status: On May 13, 2022, the Court entered an order approving this motion.

**CONTINUED MATTER:**

7. Motion of Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor, to Allow Late Filed Claim and for Relief from the Automatic Stay [Docket No. 3669; filed: 03/07/22]

    Response Deadline:  April 1, 2022 at 4:00 p.m.; extended to June 22, 2022 for the Debtors.

    Responses Received:

    A. Informal comments from the Debtors

    Related Documents:  None to date

    Status:  This matter is continued to the June 29 omnibus hearing.

8. Amended Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (Robert Johnson) [Docket No. 3848; filed: 04/11/22]

    Response Deadline:  April 25, 2022 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection to (I) Motion for Reconsideration of Order Entered on March 31, 2022 Sustaining Debtors' Objections to Claims Purportedly Filed on Behalf of Decedent Robert Johnson, and (II) Amended Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 3905; filed: 04/25/22]

    Related Documents:

    B. Motion for Relief from Automatic Stay [Docket No. 3200; filed: 11/30/21]

    Reply:

    C. Reply to Debtors' Objection to (I) Motion for Reconsideration of Order Entered on March 31, 2022 Sustaining Debtors' Objections to Claims Purportedly Filed on Behalf of Decedent Robert Johnson, and (II) Amended Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [3942; filed: 05/06/22]

    Status: By agreement of the parties, this matter has been continued to the June 29, 2022 omnibus hearing date.

9. Motion for Reconsideration of Order Entered on March 31, 2022 Sustaining Debtors' Objection to Claims Purportedly Filed on Behalf of Decedent Robert Johnson [Docket No. 3849; filed: 04/11/22]

   Response Deadline:  April 25, 2022 at 4:00 p.m.

   Related Documents:

   A. Debtors' Objection to (I) Motion for Reconsideration of Order Entered on March 31, 2022 Sustaining Debtors' Objections to Claims Purportedly Filed on Behalf of Decedent Robert Johnson, and (II) Amended Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 3905; filed: 04/25/22]

   Related Documents:

   B. Order Sustaining Debtors' Objection to Claims Purportedly Filed on Behalf of Decedent Robert Johnson [Docket No. 3808; signed and docketed: 03/31/22]

   Reply:

   C. Reply to Debtors' Objection to (I) Motion for Reconsideration of Order Entered on March 31, 2022 Sustaining Debtors' Objections to Claims Purportedly Filed on Behalf of Decedent Robert Johnson, and (II) Amended Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [3942; filed: 05/06/22]

   Status: By agreement of the parties, this matter has been continued to the June 29, 2022 omnibus hearing date.

Dated: May 13, 2022            **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

39679049.1 05/13/2022