## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, Seth A. Niederman, hereby certify that on May 16, 2022, a true and correct copy of the

*Thirty First Monthly Application of Fox Rothschild LLP for Allowance of Compensation for*

*Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of*

*Unsecured Creditors for the Period March 1, 2022 through March 31, 2022* was served by First

Class Mail to the parties on the attached service list.


  Dated: May 16, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>216 North Broad Street, 4th fl<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B.<br>DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H.<br>Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |

134134931.1