**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket No. 3934** |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GENERAL HEALTHCARE RESOURCES INC.,<br><br>　　　　Defendant. | <br><br><br><br><br>Adv. Proc. No. 21-50778 (MFW)<br><br><br><br><br><br>**Re: Docket No. 22** |

**CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTORS
FOR APPROVAL OF SETTLEMENT OF PREFERENCE CLAIMS
AGAINST GENERAL HEALTHCARE RESOURCES INC. PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, "Debtors") hereby certifies that:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

1. On May 3, 2022, the *Motion of Debtors for Approval of Settlement of Preference Claims Against General Healthcare Resources Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019* [D.I. 3934; Adv. No. 22] (the "Motion")[2] was filed with the Court.

2. Pursuant to the Notice of the Motion [D.I. 3934; Adv. No. 22], objections to the Motion were to be filed by May 17, 2022 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

3. The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, the Motion may be granted.

*[Remainder of page is intentionally left blank]*

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: May 18, 2022　　　　　　　　　　**SAUL EWING ARNSTEIN & LEHR LLP**

By:　*/s/ Monique B. DiSabatino*
　　　Mark Minuti (DE Bar No. 2659)
　　　Monique B. DiSabatino (DE Bar No. 6027)
　　　1201 N. Market Street, Suite 2300
　　　P.O. Box 1266
　　　Wilmington, DE  19899
　　　Telephone: (302) 421-6800
　　　Fax: (302) 421-5873
　　　mark.minuti@saul.com
　　　monique.disabatino@saul.com

　　　　　　-and-

　　　Jeffrey C. Hampton
　　　Adam H. Isenberg
　　　Melissa A. Martinez
　　　Centre Square West
　　　1500 Market Street, 38th Floor
　　　Philadelphia, PA 19102
　　　Telephone: (215) 972-7777
　　　Fax: (215) 972-7725
　　　jeffrey.hampton@saul.com
　　　adam.isenberg@saul.com
　　　melissa.martinez@saul.com

　　　*Counsel for Debtors and Debtors in Possession*