# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 5/19/2022 |
| Case: 19−11466−MFW | Form ID: pdfgen1 | Total: 258 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
```
ombh        Suzanne Koenig
intp        University of Pennsylvania Health System
intp        Sanjay K. Gupta
intp        Thomas Hall
intp        Edward Sockol
intp        Ulyana Kulish
intp        Christopher Mahrovs, M.D.
intp        William C. Boyer
intp        Brendan Mullen
intp        Elise Singer
intp        Future IT Advisors
intp        James S Kennedy
intp        Carol Kerr
intp        Manoj Khandelwal
intp        Call 4 Nurse LLC
aty         Edward Fisher
                                                                            TOTAL: 16
```

**Recipients of Notice of Electronic Filing:**
```
ust         U.S. Trustee              USTPRegion03.WL.ECF@USDOJ.GOV
intp        Frank T Brzozowski        fbrzozow@gmail.com
aty         John T. Carroll, III      jcarroll@cozen.com
aty         Adam H. Isenberg          aisenberg@saul.com
aty         Adam R. Elgart            aelgart@mwm−law.com
aty         Albert A. Ciardi, III     aciardi@ciardilaw.com
aty         Amy Christine Quartarolo  amy.quartarolo@lw.com
aty         Amy D. Brown              abrown@gsbblaw.com
aty         Andrew Kelser             akelser@odonoghuelaw.com
aty         Andrew H. Sherman         asherman@sillscummis.com
aty         Andrew L. Cole            acole@coleschotz.com
aty         Benjamin A. Hackman       benjamin.a.hackman@usdoj.gov
aty         Bernard George Conaway    bgc@conaway−legal.com
aty         Boris I. Mankovetskiy     bmankovetskiy@sillscummis.com
aty         Brandon A. Cook           bcook@smithhulsey.com
aty         Brendan Joseph Schlauch   schlauch@rlf.com
aty         Brett D. Fallon           brett.fallon@faegredrinker.com
aty         Brian J. Lohan            brian.lohan@arnoldporter.com
aty         Brian T. Harvey           bharvey@buchalter.com
aty         Bryan J Hall              bhall@blankrome.com
aty         Carol E. Momjian          cmomjian@attorneygeneral.gov
aty         Chantelle D'nae McClamb   mcclambc@ballardspahr.com
aty         Charles A. McCauley III   cmccauley@offitkurman.com
aty         Christina Pappoulis       ninapappoulis@bgplegal.com
aty         Christina J. Pross        cpross@mlg−defaultlaw.com
aty         Christopher Viceconte     cviceconte@gibbonslaw.com
aty         Christopher A. Ward       cward@polsinelli.com
aty         Christopher Dean Loizides loizides@loizides.com
aty         Christopher R. Momjian    crmomjian@attorneygeneral.gov
aty         Claiborne S. Newlin       cnewlin@markowitzandrichman.com
aty         Curtis S. Miller          csmefiling@mnat.com
aty         Dale E. Barney            dbarney@gibbonslaw.com
aty         Daniel Devlin             ddevlin@mtvlaw.com
aty         Daniel K. Hogan           dkhogan@dkhogan.com
aty         Darrell W. Clark          dclark@stinson.com
aty         David Dembe               ddembe@attorneygeneral.gov
aty         David L. Campbell         dcampbell@uplawtx.com
aty         David L. Kane             dkane@vedderprice.com
aty         David M. Klauder          dklauder@bk−legal.com
aty         David P. Primack          dprimack@mdmc−law.com
aty         David Ryan Slaugh         rslaugh@potteranderson.com
aty         David W. Carickhoff       dcarickhoff@archerlaw.com
aty         Deirdre M. Richards       drichards@finemanlawfirm.com
aty         Dennis A. Meloro          melorod@gtlaw.com
aty         Domenic E. Pacitti        dpacitti@klehr.com
aty         Drew McGehrin             dsmcgehrin@duanemorris.com
aty         E. Todd Sable             tsable@honigman.com
aty         Elihu Ezekiel Allinson, III   ZAllinson@SHA−LLC.com
aty         Eric S. Goldstein         egoldstein@goodwin.com
```

| | | |
|---|---|---|
| aty | Frederick B. Rosner | rosner@teamrosner.com |
| aty | Garvan F. McDaniel | gfmcdaniel@dkhogan.com |
| aty | Gary D. Bressler | gbressler@mdmc–law.com |
| aty | George P. Angelich | angelich.george@arentfox.com |
| aty | GianClaudio Finizio | gfinizio@bayardlaw.com |
| aty | Gregory A. Taylor | gtaylor@ashbygeddes.com |
| aty | Gregory Joseph Flasser | gflasser@bayardlaw.com |
| aty | Holly M Smith | HMeganSmith@gsbblaw.com |
| aty | Howard A. Cohen | hcohen@foxrothschild.com |
| aty | Ian J Bambrick | ian.bambrick@faegredrinker.com |
| aty | Jarret P. Hitchings | jphitchings@duanemorris.com |
| aty | Jason A. Gibson | gibson@teamrosner.com |
| aty | Jason Custer Powell | jpowell@delawarefirm.com |
| aty | Jay Jaffe | jay.jaffe@Faegredrinker.com |
| aty | Jeffrey Garfinkle | jgarfinkle@buchalter.com |
| aty | Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| aty | Jeffrey C. Hampton | jeffrey.hampton@saul.com |
| aty | Jeffrey R Barber | jbarber@joneswalker.com |
| aty | Jeffrey R. Waxman | jwaxman@morrisjames.com |
| aty | Jeremy William Ryan | jryan@potteranderson.com |
| aty | Jerry Hall | jerry.hall@kattenlaw.com |
| aty | Jody C. Barillare | jody.barillare@morganlewis.com |
| aty | Joelle E. Polesky | jpolesky@stradley.com |
| aty | John D. Demmy | john.demmy@saul.com |
| aty | John Henry Schanne, II | schannej@pepperlaw.com |
| aty | Joseph H. Huston, Jr. | jhh@stevenslee.com |
| aty | Joseph J. McMahon, Jr. | jmcmahon@ciardilaw.com |
| aty | Joseph M. Barry | bankfilings@ycst.com |
| aty | Judy D. Thompson | jdt@jdthompsonlaw.com |
| aty | Julia Bettina Klein | klein@kleinllc.com |
| aty | Justin R. Alberto | jalberto@coleschotz.com |
| aty | Kate R. Buck | kbuck@mccarter.com |
| aty | Katharina Earle | katharina.earle@faegredrinker.com |
| aty | Kevin Scott Mann | kmann@crosslaw.com |
| aty | Kristi JoLynn Doughty | kdoughty@schnader.com |
| aty | Lance Michael Geren | lgeren@odonoghuelaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Lawrence A. Lichtman | LLichtman@honigman.com |
| aty | Louis A. Curcio | louis.curcio@troutman.com |
| aty | Marc Stephen Casarino | Marc.Casarino@kennedyslaw.com |
| aty | Marcus Scott Sacks | marcus.s.sacks@usdoj.gov |
| aty | Marcy J. McLaughlin Smith | Marcy.Smith@troutman.com |
| aty | Marita Erbeck | marita.erbeck@dbr.com |
| aty | Mark Minuti | mark.minuti@saul.com |
| aty | Mark D. Collins | collins@RLF.com |
| aty | Matthew P. Milana | matthew.milana@saul.com |
| aty | Megan N. Harper | megan.harper@phila.gov |
| aty | Michael Comrie Heyden, Jr. | mheyden@grsm.com |
| aty | Michael E. Demont | mdemont@smithhulsey.com |
| aty | Michael G. Busenkell | mbusenkell@gsbblaw.com |
| aty | Michael Joseph Merchant | merchant@rlf.com |
| aty | Monica Mathews Reynolds | mreynolds@cwolaw.com |
| aty | Monique Bair DiSabatino | monique.disabatino@saul.com |
| aty | Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| aty | Nicholas J. LePore, III | nlepore@schnader.com |
| aty | Paige Noelle Topper | ptopper@mnat.com |
| aty | Pamela Elchert Thurmond | pamela.thurmond@phila.gov |
| aty | Patrick A. Jackson | Patrick.jackson@faegredrinker.com |
| aty | Pearl Pham | pearl.pham@pgworks.com |
| aty | Phillip Khezri | pkhezri@lowenstein.com |
| aty | R. Stephen McNeill | bankruptcy@potteranderson.com |
| aty | Rachel Jaffe Mauceri | rmauceri@rc.com |
| aty | Richard A. Barkasy | rbarkasy@schnader.com |
| aty | Rick S. Miller | rmiller@ferryjoseph.com |
| aty | Robert Lapowsky | rl@stevenslee.com |
| aty | Ronald L. Daugherty | rdaugherty@srstlaw.com |
| aty | Sabrina L. Streusand | streusand@slollp.com |
| aty | Sally E. Veghte | sveghte@klehr.com |
| aty | Seth A. Niederman | sniederman@foxrothschild.com |
| aty | Shawn M. Christianson | schristianson@buchalter.com |
| aty | Sophie E. Macon | smacon@coleschotz.com |
| aty | Stephanie A. Fox | saf@maronmarvel.com |
| aty | Stuart M. Brown | stuart.brown@dlapiper.com |
| aty | Susan Murray | smurray@freedmanlorry.com |
| aty | Suzzanne Uhland | suzzanne.uhland@lw.com |
| aty | Thomas D. Bielli | tbielli@bk–legal.com |
| aty | Thomas M. Horan | thoran@cozen.com |
| aty | Timothy Swanson | tim.swanson@moyewhite.com |

| | | |
|---|---|---|
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Tobey M. Daluz | daluzt@ballardspahr.com |
| aty | Travis James Cuomo | rbgroup@rlf.com |
| aty | Vikrama S. Chandrashekar | vika.chandrashekar@moyewhite.com |
| aty | Vincent J Marriott, III | marriott@ballardspahr.com |
| aty | Wanda Borges | ecfcases@borgeslawllc.com |
| aty | William D. Sullivan | bsullivan@sha–llc.com |
| aty | William F. Taylor, Jr. | bankruptcydel@mccarter.com |

TOTAL: 136

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Center City Healthcare, LLC | 230 North Broad Street   Philadelphia, PA 19102 |
| cr | MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) | Stradley Ronon Stevens & Young   2005 Market Street   Suite 2600   Philadelphia, PA 19103 |
| cr | SpecialtyCare, Inc. | White and Williams LLP   600 N. King Street, Suite 800   Wilmington, DE 19801 |
| intp | Commonwealth of Pennsylvania Department of Health | c/o Richard A. Barkasy   Schnader Harrison Segal & Lewis LLP   824 N. Market Street, Suite 800   Wilmington, DE 19801 |
| cr | City of Philadelphia | City Law Department– Tax & Revenue Unit   c/o Megan N. Harper   Municipal Services Building   1401 John F. Kennedy Blvd, 5th floor   Philadelphia, PA 19102 |
| intp | Omni Management Group, Inc. | www.omnimgt.com   5955 DeSoto Avenue   Suite 100   Woodland Hills, CA 91367 |
| intp | Commonwealth of Pennsylvania, Office of Attorney General | 1600 Arch Street   Suite 300   Philadelphia, PA 19103 |
| clagent | Omni Management Group, Inc. | www.omnimgt.com   5955 DeSoto Avenue   Suite 100   Woodland Hills, CA 91367 |
| cr | Pennsylvania Association of Staff Nurses and Allied Professionals | Two Tower Bridge   One Fayette Street, Ste. 475   Conshohocken, PA |
| intp | Jeffrey Cutler | PO Box 2806   York, PA 17405 |
| cr | Rydal Square, L.P. | c/o Jeffrey Kurtzman, Esquire   Kurtzman | Steady, LLC   401 S. 2nd Street, Suite 200   Philadelphia, PA 19147 |
| cr | NTT Data Services | c/o Streusand Landon Ozburn & Lemmon   1801 S. MoPac Expressway   Suite 320   Suite 320   Austin, TX 78746 |
| intp | Renal Treatment Centers–Northeast, Inc. | c/o DaVita HealthCare Partners Inc.   1551 Wewatta   Denver, CO 80202 |
| cr | Renal Treatment Centers–Northeast, Inc. | c/o DaVita HealthCare Partners Inc.   1551 Wewatta   Denver, CO 80202 |
| cr | 224 E. 13th Street Realty Corp. | c/o Blank Rome LLP   1201 N. Market Street   Suite 800   Wilmington, DE 19801 |
| cr | PHILADELPHIA GAS WORKS | 800 W. Montgomery Avenue   Philadelphia, PA 19122 |
| crcm | Official Committee of Unsecured Creditors | Fox Rothschild LLP   Attn: Thomas M. Horan   919 N. Market Street   Suite 300   Wilmington, DE 19899–2323 |
| cr | Kelly Ann Cody | Self Inc. Womans Shelter   1305 W. Susquehanna Ave.   Philadelphia, PA 19122 |
| cr | Shades of Green, Inc. | 1777 South Pennsylvania Avenue   Morrisville, PA 19067 |
| cr | Med One Capital Funding, LLC | C/O Ray Quinney & Nebeker. P.C.   36 South State Street   14th Floor   ATTN: David H. Leigh   Salt Lake City, UT 84111 |
| cr | Laboratory Corporation of America Holdings | CT Corporation Systems   225 Hillsborough Street   Raleigh, NC 27603 |
| cr | Philadelphia Hospital and Healthcare Employees– District 1199C Training and Upgrading Fund | C/O Susan Murray, Esquire   1601 Market Street, Suite 1500   Philadelphia, PA 19103 |
| cr | Ensemble RCM, LLC d/b/a Ensemble Health Partners | c/o Jeffrey R. Barber, Esq.   Jones Walker LLP   P. O. Box 427   Jackson, MS 39205–0427 |
| cr | Coloplast Corp. | 1601 West River Road North   Minneapolis, MN 55411 |
| cr | Vizient, Inc. | 5420 LBJ Freeway, Suite 1900   Dallas, TX 75240 UNITED STATES |
| cr | Marc A. AI ThermaSolutions | Stoel Rives LLP   C/O Marc A. AI   33 South 6th Street   Suite 4200   Minneapolis, MN 55402 |
| cr | SpecialtyCare IOM Services, LLC | White and Williams LLP   600 N. King Street, Suite 800   Wilmington, DE 19801 |
| cr | Mayflower Laundry and Textile Services, LLC | 2601 West Lexington Street   Baltimore, MD 21223 |
| intp | Certain Physicians Under the Philadelphia Academic Health System Physician Practice Plan | c/o Archer & Greiner, P.C.   Attn: David W. Carickhoff, Esq.   300 Delaware Avenue, Suite 1100   Wilmington, DE 19801 |
| cr | The Advisory Board Company | c/o Shipman & Goodwin LLP   One Constitution Plaza   Hartford, CT 06013–1919 |
| cr | Thomas F. Dooner | 1106 Solly Avenue   Philadelphia, PA 19111 |
| intp | Tremayne S. Lewis | 2705 W Silver Street   Philadelphia, PA 19132 |
| sp | Klehr Harrison Harvey Branzburg LLP | 919 Market Street   Suite 1000   Wilmington, DE 19801 |
| cr | Charles Huff | Schnader Harrison Segal & Lewis LLP   824 N. Market Street   Suite 800   Wilmington, DE 19801–4939 |
| cr | Frank Napolitano | Schnader Harrison Segal & Lewis LLP   824 N. Market Street   Suite 800   Wilmington, DE 19801–4939 |
| cr | St. Agnes MOB, LLC | Schnader Harrison Segal & Lewis LLP   824 N. Market Street   Suite 800   Wilmington, DE 19801–4939 |
| cr | Pennsylvania Department of Revenue | Schnader Harrison Segal & Lewis LLP   824 N. Market Street   Suite 800   Wilmington, DE 19801–4939 |

| | | | | | |
|---|---|---|---|---|---|
| intp | Abbott Laboratories Inc. | c/o Kohner, Mann & Kailas, S.C. | 4650 North Port Washington Rd | Second Floor | Milwaukee, WI 53212 |
| intp | Shawn Williams | 909 W. Penn Pines Blvd. | Aldan, PA 19018 | | |
| intp | Cadence Bank, N.A. | c/o/ Ashby & Geddes, P.A. | 500 Delaware Avenue | 8th Floor | Wilmington, DE 19899 |
| cr | Leslie Caldwell | c/o Gregory & Pappoulis | 5307 Limestone Road | Suite 103 | Wilmington, DE 19808 UNITED STATES |
| intp | Call 4 Health, Inc. | 2855 S. Congress Ave. | Suite AB | Delray Beach, FL 33445 | |
| cr | Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a minor | Schnader Harrison Segal & Lewis LLP | 824 N. Market Street | Suite 800 | Wilmington, DE 19801 |
| aty | Alexandra Marie Zablocki | Latham & Watkins, LLP | 1271 Avenue of the Americas | New York, NY 10020 | |
| aty | Brendan Joseph Schlauch | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington, DE 19801 |
| aty | Christopher S. Koenig | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 US | |
| aty | Cindi Giglio | Katten Muchin Rosenman LLP | 575 Madison Avenue | New York, NY 10022 | |
| aty | Daniel Joseph Morales | Latham & Watkins LLP | 1271 Avenue of the Americas | New York, NY 10020 | |
| aty | Daniel R. Schwartz | Kirkland and Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | David Pisciotta | Troutman Sanders LLP | 875 Third Avenue | New York, NY 10022 | |
| aty | David Smith | Schnader Harrison Segal & Lewis LLP | 1600 Market Street | Suite 3600 | Philadelphia, PA 19103–7286 |
| aty | Deborah A Reperowitz | Stradley, Ronon, Stevens & Young, LLP | 100 Park Avenue, Suite 2000 | New York, NY 10017 | |
| aty | Douglas Carlson | Douglas Carlson LLC | 330 N. Wabash | #3300 | Chicago, IL 60611 |
| aty | Edward Moss | O'Melveny & Myers LLP | Times Square Tower | 7 Times Square | New York, NY 10036 |
| aty | Edward Moss | O'Melveny & Myers LLP | Times Square Tower | 7 Times Square | New York, NY 10036 |
| aty | Eric R Von Helms | Kohner, Mann & Kailas, S.C | 4650 North Port Washington Road | Milwaukee, WI 53212 | |
| aty | Francis J. Lawall | Pepper Hamilton LLP | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia, PA 19103 |
| aty | Gabe A. Doble | Dovel & Luner, LLP | 201 Santa Monica Boulevard | Suite 600 | Santa Monica, CA 90401 |
| aty | Gary E Klausner | Levene Neale Bender Yoo & Brill | 10250 Constellation Blvd #1700 | Los Angeles, CA 90067 | |
| aty | Gregory Mortenson | Latham & Watkins LLP | 1271 Avenue of the Americas | New York, NY 10020 | |
| aty | Gretchen M. Santamour | Stradley Ronon Stevens & Young | 2005 Market Street | Suite 2600 | Philadelphia, PA 19103 |
| aty | Howard A. Cohen | Fox Rothschild LLP | 919 N. Market Street | Suite 300 | Wilmington, DE 19899–2323 |
| aty | Ira Neil Richards | Schnader Harrison Segal & Lewis LLP | 1600 Market Street | Suite 3600 | Philadelphia, PA 19103–7286 |
| aty | Jessica Mikhailevich | Troutman Sanders LLP | 875 Third Avenue | New York, NY 10022 | |
| aty | Jessica A. Kolansky | Willig, Williams & Davidson | 1845 Walnut Street | 24th Floor | Philadelphia, PA 19103 |
| aty | Jessica M Gulash | Lundy Beldecos & Milby | 250 N Narberth Ave | Suite 200 | Narberth, PA 19072 |
| aty | Joel C. Hopkins | Saul Ewing Arnstein & Lehr LLP | Penn National Insurance Plaza | 2 North Second Street | 7th Floor    Harrisburg, PA 17101–1619 |
| aty | Joseph Catuzzi | Stradley Ronon et al | 2005 Market Street | suuite 2600 | Philadelphia, PA 19103 |
| aty | Joseph Kernen | DLA Piper LLP (US) | One Liberty Place | 1650 Market Street – Suite 5000 | Philadelphia, PA 19103 |
| aty | Julien A. Adams | Dovel & Luner, LLP | 201 Santa Monica Boulevard | Suite 600 | Santa Monica, CA 90401 |
| aty | Katherine Scherling | Katten Muchin Rosenman, LLP | 575 Madison Avenue | New York, NY 10022 | |
| aty | Kathryn L. Stevens | BedderPrice | 222 North LaSalle Street | Suite 2600 | Chicago, IL 60601 |
| aty | Kay Standridge Kress | Troutman Pepper Hamilton Sanders LLP | Suite 1800, 4000 Town Center | Southfield, MI 48075–1505 | |
| aty | Kayla D Britton | Faegre Drinker Biddle & Reath LLP | 600 E 96th Street | Suite 600 | Indianapolis, IN 46240 |
| aty | Kent J. Hayden | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Lauren Macksoud | Dentons US LLP | 1221 Avenue of the Americase | New York, NY 10020–1089 | |
| aty | Lee P. Whidden | Dentons US LLP | 1221 Avenue of the Americas | New York, NY 10020–1095 | |
| aty | Lisa M Rhode | Office of Attorney Genberal | 1600 Arch Street | Suite 300 | Philadelphia, PA 19103 |
| aty | Mairi V. Luce | Duane Morris LLP | 30 South 17th Street | Philadelphia, PA 19103 | |
| aty | Mark J. Dorval | Stradley Ronon, et al | 2005 Market St. | Ste 2600 | Philadelphia, PA 19103 |
| aty | Matthew J. Carmody | Latham & Watkins LLP | 885 Third Avenue | New York, NY 10022–4834 | |
| aty | Michael B. Lampert | Ropes & Gray LLP | Prudential Tower | 800 Boylston Street | Boston, MA 02199–3600 |
| aty | Michael T. Van der Veen | van der Veen, Hartshorn, and Levin | 1219 Spruce Street | Philadelphia, PA 19107 | |
| aty | Michael W. Glenn | Kirkland & Ellis LLP | 300 North Lasallle | Chicago, IL 60654 | |
| aty | Mitchell Malzberg | Law Offices of Mitchell J. Malzberg, LLC | 6 E. Main Street, Suite 7 | PO Box 5122 | Clinton, NJ 08809 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Nancy A. Peterman | Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601 |
| aty | Nick Wasdin | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Nicole L. Greenblatt | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022–4611 | |
| aty | Oscar N. Pinkas | Dentons US LLP | 1221 Avenue of the Americas | New York, NY 10020–1089 | |
| aty | Paul J. Fishman | Arnold & Porter Kaye Scholer LLP | One Gateway Center | Newark, NJ 07102 | |
| aty | Paul M. Cozzi | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, Il 60654 | |
| aty | Richard A. Chesley | DLA Piper LLP (US) | 444 West Lake Street | Suite 900 | Chicago, IL 60606 |
| aty | Robert J. Malionek | Latham & Watkins LLP | 1271 Avenue of the Americas | New York, NY 10020 | |
| aty | Robert M. Hirsh | Lowenstein SandlerLLP | 1251 Avenue of the Americas | New York, NY 10020 | |
| aty | Sean A. Luner | Dovel & Luner, LLP | 201 Santa Monica Boulevard | Suite 600 | Santa Monica, CA 90401 |
| aty | Stephen C. Hackney | Kirkland & Ellis LLP | 300 North Lasalle | Chicago, IL 60654 | |
| aty | Sue L. Chin | Borges & Associates, LLC | 575 Underhill Blvd. | Suite 118 | Syosset, NY 11791 |
| aty | Tianjiao Li | Latham & Watkins LLP | 1271 Avenue of the Americas | New York, NY 10020 | |
| aty | Tracey M. Ohm | Stinson LLP | 1150 18th Street N.W. | Suite 800 | Washington, DC 20036 |
| aty | William David Pollak | O'Melveny & Myers LLP | Times Square Tower | 7 Times Square | New York, NY 10036 |
| aty | William David Pollak | O'Melveny & Myers LLP | Times Square Tower | 7 Times Square | New York, NY 10036 |
| aty | William J Wickward Jr. | 2179 East Lyon Station Road | Creedmoor, NC 27522 | | |
| 16500808 | Front Street Healthcare Properties, LLC | Svetlana Attestatova | c/o Paladin Healthcare Capital, LLC | 222 North Pacific Coast Highway | Suite 900 El Segundo, CA 90245 |
| 13661871 | Optum360/UHC | ATTN: CDM/Bankruptcy | 185 Asylum Street | 03B | Hartford, CT 06103 |
| 16500807 | The Pension Fund for Hospital and Health Care Empl | James S. Beall | Willig, Williams, and Davidson | 1845 Walnut Street, 24th Floor | Philadelphia, PA 19103 |
| 13662478 | UnitedHealthcare Insurance Company | ATTN: CDM/Bankruptcy | 185 Asylum Street | 03B | Hartford, CT 06103 |

TOTAL: 106