# EXHIBIT A

**SUMMARY OF BLENDED RATE**

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed<br>*Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed**<br>*This Application* |
| Senior Partners | 11 | $604.00 | $742.10 |
| Junior Partners | 2 | $494.00 | $499.73 |
| Counsel | 0 | $509.00 | $0.00 |
| Senior Associates | 3 | $363.00 | $370.93 |
| Junior Associates | 4 | $287.00 | $341.87 |
| Paralegal | 3 | $233.00 | $333.98 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $257.00 | $2709.75 |
| **Aggregated:** | | **$480.00** | **$516.54** |