# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

## For the Period from April 1, 2022 through April 30, 2022

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $18,163.80 |
| Court Costs | Commonwealth of Pennsylvania *(CD)* | $1.00 |
| Filing Fee | Secretary of State *(UCCs)* | $1,072.00 |
| Legal Research | Westlaw; Lexis | $5,115.36 |
| Lodging | *See attached chart* | $1,890.81 |
| Meals | *See attached chart* | $33.57 |
| Outside Reproduction | Parcels Inc.; Exela Enterprise Solutions Inc. | $659.98 |
| Overnight Delivery | Federal Express | $93.33 |
| Parking | *See attached chart* | $190.00 |
| Taxi/Car Service | *See attached chart* | $20.00 |
| Train | *See attached chart* | $487.00 |
| **Total** | | **$27,726.85** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

| | | TRAVEL DETAIL | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 04/19/22 | Med Cab Company | (2) Adam Isenberg; John Dinome | Cab from train station to hotel to attend mediation in New York | $20.00 |
| 03/23/22 | 30th Street Parking | (1) Jeffrey Hampton | Parking at 30th Street Train Station for mediation in New York | $81.00 |
| 03/31/22 | Parkway Corp. Center Square Parking | (1) Adam Isenberg | Parking in Philadelphia for meeting with client | $28.00 |
| 04/19 – 4/21/22 | 30th Street Parking | (1) Adam Isenberg | Parking at 30th Street Train Station for mediation in New York | $81.00 |
| 03/22/22 | Amtrak | (1) Jeffrey Hampton | Train from Philadelphia, PA to New York, NY for mediation | $141.00 |
| 04/19/22 | Amtrak | (1) Adam Isenberg | Train from Philadelphia, PA to New York, NY for mediation | $190.00 |
| 04/21/22 | Amtrak | (1) Adam Isenberg | Train from New York, NY to Philadelphia, PA after attending mediation | $156.00 |
| 03/21 – 03/23/22 | New York City Hilton | (1) Jeffrey Hampton | Hotel while attending mediation in New York | $1,029.43 |
| 04/19 – 04/20/22 | The Lexington Hotel | (1) Adam Isenberg | Hotel while attending mediation in New York | $861.38 |
| | | **TOTAL** | | **$2,587.81** |

2

| MEAL DETAIL |||||
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 03/21/22 | Pret in NYC | (1) Jeffrey Hampton | Dinner preparing for mediation | $10.78 |
| 03/31/22 | Bains Deli | (2) Adam Isenberg and Allen Wilen | Lunch finalizing loan documents | $22.79 |
| **TOTAL** |||| **$33.57** |



| | | |
|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | 2697576 |
| 222 N. Sepulveda Blvd. | Invoice Date | 05/25/22 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 04/26/22 | Epiq Relativity eDiscovery Costs | 18,163.80 | |
| | Total Epiq Relativity eDiscovery Costs | | 18,163.80 |
| 04/05/22 | Filing Fees; VENDOR: Secretary of State; 04/04/22; Broad Street Healthcare Properties II, LLC UCC Filing Fee | 354.00 | |
| 04/05/22 | Filing Fees UCC; VENDOR: Secretary of State; 04/04/22; Broad Street Healthcare Properties III, LLC UCC Filing Fee | 358.00 | |
| 04/05/22 | Filing Fees UCC; VENDOR: Secretary of State; 04/04/22; Broad Street Healthcare Properties, LLC UCC Filing Fee | 360.00 | |
| | Total Filing Fees UCC | | 1,072.00 |
| 04/25/22 | Cab Fare Taxi/Car Service; VENDOR: Med Cab Company; 4/19/2022 – Cab from NY train station to hotel for Adam Isenberg and John DiNome | 20.00 | |
| | Total Cab Fare | | 20.00 |
| 04/11/22 | Parking; VENDOR: 30th Street Parking; 03/23/22; Parking at 30th Street Amtrak station for Jeffrey Hampton for mediation in NYC | 81.00 | |
| 04/25/22 | Parking; VENDOR: Parkway Corp. Center Square Parking; 3/31/2022 – Parking at Center Square for Adam Isenberg for meeting with A. Wilen re: PAHS loan closing | 28.00 | |
| 04/25/22 | Parking; VENDOR: 30th Street Parking; 4/19-21/2022 - Parking at 30th Street Station for Adam Isenberg for mediation in NYC | 81.00 | |
| | Total Parking | | 190.00 |
| 04/06/22 | Federal Express 03/30/2022 To: Latasha Jackson From: Mark Minuti | 23.99 | |
| 04/20/22 | Federal Express 04/11/2022 To: Broad Street Healthcare Proper From: Office Services | 69.34 | |
| | Total Federal Express | | 93.33 |
| 04/04/22 | Court Costs; VENDOR: Commonwealth of Pennsylvania; 04/01/22; CD Rom re: potential estate claims | 1.00 | |
| | Total Court Costs | | 1.00 |
| 04/05/22 | Outside Reproduction; VENDOR: Parcels Inc; 03/18/22; Scan and OCR Medline documents | 446.14 | |
| 04/12/22 | Outside Reproduction - - VENDOR: Exela Enterprise Solutions Inc. 2/21/2022 Oversize Print | 213.84 | |
| | Total Outside Reproduction | | 659.98 |

40090574.1 06/01/2022

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2697576 | |
| 00002 | Expenses | Page 2 | |
| 05/25/22 | | | |
| 04/11/22 | Hotel Lodging; VENDOR: New York City Hilton; 03/23/22; Hotel for Jeffrey Hampton for two nights while attending mediation in NYC | 1,029.43 | |
| 04/25/22 | Hotel Lodging; VENDOR: The Lexington Hotel, NY; 4/19-20/2022 – Hotel for Adam Isenberg to mediation in NY | 861.38 | |
| | Total Hotel | | 1,890.81 |
| 04/11/22 | Travel Train; VENDOR: Amtrak; 03/22/22; Train for Jeffrey Hampton from Philadelphia to New York to attend Hahnemann mediation | 141.00 | |
| 04/25/22 | Travel Train; VENDOR: Amtrak; 4/21/2022; Train for Adam Isenberg from New York to Philadelphia after attending mediation in NY | 156.00 | |
| 04/25/22 | Travel Train; VENDOR: Amtrak; 4/19/2022; - Train for Adam Isenberg from Philadelphia to New York to attend mediation | 190.00 | |
| | Total Other Rail Travel | | 487.00 |
| 04/11/22 | Meals Dinner; VENDOR: Pret in NYC; 03/21/22; Dinner for Jeffrey Hampton while in NYC for mediation | 10.78 | |
| 04/15/22 | Meals - - VENDOR: Bains Deli; 3/31/22 lunch for Adam Isenberg and Allen Wilen | 22.79 | |
| | Total Meals | | 33.57 |
| 04/01/22 | Lexis Legal Research | 451.66 | |
| 04/01/22 | Lexis Legal Research | 48.16 | |
| 04/05/22 | Westlaw Legal Research | 348.30 | |
| 04/06/22 | Westlaw Legal Research | 824.58 | |
| 04/07/22 | Westlaw Legal Research | 116.10 | |
| 04/11/22 | Westlaw Legal Research | 107.50 | |
| 04/12/22 | Westlaw Legal Research | 480.06 | |
| 04/12/22 | Westlaw Legal Research | 894.00 | |
| 04/18/22 | Westlaw Legal Research | 860.00 | |
| 04/19/22 | Westlaw Legal Research | 877.50 | |
| 04/26/22 | Westlaw Legal Research | 107.50 | |
| | Total Legal Research | | 5,115.36 |
| | CURRENT EXPENSES | | 27,726.85 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 27,726.85 |