IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman") hereby withdraws as counsel for Capital One, N.A., as agent ("Capital One") in the above-captioned cases, and requests that it be removed from all service lists for these cases, including all electronic service lists and the CM/ECF notification system with respect to Capital One.

**PLEASE TAKE FURTHER NOTICE** that Reed Smith LLP and Louis A. Curcio, Esq. hereby enter and substitute their appearance for Troutman as co-counsel for Capital One along with Ashby & Geddes in the above-captioned cases and request that all notices given or required be given and all papers served or required to be served, including but not limited to orders, reports, pleadings, motions, applications, petitions, requests, complaints, plans, disclosure statements, or demands, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex, or otherwise, be given to served upon the following:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

{01800836;v1 }

|  |  |
|---|---|
| **REED SMITH LLP** | **ASHBY & GEDDES, P.A.** |
| Louis A. Curcio, Esq. | Gregory A. Taylor, Esq. |
| 599 Lexington Avenue, 22nd Floor | 500 Delaware Avenue, 8th Floor |
| New York, NY 10022 | P.O. Box 1150 |
| Tel: (212) 549-0267 | Wilmington, DE  19899-1150 |
| Fax: (212) 521-5450 | Tel:  (302) 654-1888 |
| Email: lcurcio@reedsmith.com | Fax:  (302) 654-2067 |
|  | Email: gtaylor@ashbygeddes.com |

**PLEASE TAKE FURTHER NOTICE** that Capital One intends that neither this Notice nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Capital One is or may be entitled under agreements in law or in equity.

[*Signature Page to Follow*]

Dated: June 6, 2022

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Matthew R. Brooks*

Matthew R. Brooks
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308
Tel: (404) 885-2618
Email: matthew.brooks@troutman.com

*Former Counsel to Capital One, N.A., as agent*

Dated: June 6, 2022

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*

Gregory A. Taylor (Del. Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899-1150
Tel:  (302) 654-1888
Fax:  (302) 654-2067
Email: gtaylor@ashbygeddes.com

-and-

**REED SMITH LLP**

*/s/ Louis A. Curcio*

Louis A. Curcio (admitted *pro hac vice*)
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 549-0267
Fax: (212) 521-5450
Email: lcurcio@reedsmith.com

*Co-Counsel to Capital One, N.A., as agent*