## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 6th day of June, 2022, a copy of the *Notice of Withdrawal and Substitution of Counsel* was served on all parties of record via CM/ECF.

Dated: June 6, 2022                                      */s/ Gregory A. Taylor*
                                                                                         Gregory A. Taylor (DE Bar No. 4008)

{01744646;v1 }