## EXHIBIT C

**(Pre-Closing Invoices)**

**113903.0000002**
**PALADIN/PROJECT LIBERTY**
**OUTSTANDING INVOICES INCLUDING 25% DISCOUNT**

| Invoice | Date | Fees | 25% Discount | Discounted Fees | Cost | Total |
|---|---|---|---|---|---|---|
| 1560271 | 2/28/2017 | $23,280.00 | $5,820.00 | $17,460.00 | $0.00 | $17,460.00 |
| 1561742 | 3/15/2017 | $4,559.00 | $1,139.75 | $3,419.25 | $0.00 | $3,419.25 |
| 1565600 | 4/28/2017 | $173,908.00 | $43,477.00 | $130,431.00 | $470.25 | $130,901.25 |
| 1568090 | 5/23/2017 | $104,032.50 | $26,008.00 | $78,024.50 | $3,327.66 | $81,352.16 |
| 1571365 | 6/29/2017 | $216,956.00 | $54,239.00 | $162,717.00 | $882.86 | $163,599.86 |
| 1573746 | 7/21/2017 | $318,342.00 | $79,585.50 | $238,756.50 | $1,005.09 | $239,761.59 |
| 1576844 | 8/24/2017 | $75,854.00 | $18,963.50 | $56,890.50 | $655.13 | $57,545.63 |
| 1579461 | 9/19/2017 | $331,642.00 | $82,910.50 | $248,731.50 | $136.50 | $248,868.00 |
| 1582216 | 10/25/2017 | $276,619.00 | $69,154.75 | $207,464.25 | $3,331.18 | $210,795.43 |
| 1585530 | 11/22/2017 | $456,428.00 | $114,107.00 | $342,321.00 | $419.03 | $342,740.03 |
| 1588721 | 12/27/2017 | $453,643.50 | $113,410.88 | $340,232.62 | $3,600.17 | $343,832.79 |
| 1589205 | 1/8/2018 | $685,976.50 | $171,494.13 | $514,482.37 | $110.15 | $514,592.52 |
| | **TOTAL:** | **$3,121,240.50** | **$780,310.01** | **$2,340,930.49** | **$13,938.02** | **$2,354,868.51** |