# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket No. 4013** |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, and TPS IV of PA, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>PHILADELPHIA UROSURGICAL ASSOCIATES PC,<br><br>      Defendant. | <br><br><br><br><br><br>Adv. Proc. No. 21-50962 (MFW)<br><br><br><br><br><br>**Re: Docket No. 24** |

## NOTICE OF <u>AMENDED</u>[2] AGENDA FOR CONFERENCE CALL SCHEDULED FOR JUNE 9, 2022 AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>

> **WITH THE COURT'S PERMISSION, THIS CONFERENCE CALL HAS BEEN CANCELLED**

> **THIS CALL WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS CALL:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItd--prDgpHEZoHZHgh0Skh2PuqGJin0w
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the call.**
>
> **ALL PARTIES MUST REGISTER NO LATER THAN 12:00 P.M. (ET) ON JUNE 9, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

**MATTER GOING FORWARD:**

1. Letter to the Honorable Mary F. Walrath Regarding Discovery Dispute [Adversary No. 23; filed: 06/03/22]

   **Related Documents:**

   A. **Certification of Counsel Regarding Stipulation for Entry of Proposed Consent Judgment [Adversary No. 28; filed: 06/08/22]**

   **Status:** **The Court will be entering the order on the consent judgment.**

Dated: June 9, 2022                              **SAUL EWING ARNSTEIN & LEHR LLP**

                                    By:    */s/ John D. Demmy*
                                           Mark Minuti (DE Bar No. 2659)
                                           John D. Demmy (DE Bar No. 2802)
                                           Monique B. DiSabatino (DE Bar No. 6027)
                                           1201 N. Market Street, Suite 2300
                                           P.O. Box 1266
                                           Wilmington, DE  19899
                                           Telephone: (302) 421-6800
                                           Fax: (302) 421-6813
                                           mark.minuti@saul.com
                                           john.demmy@saul.com
                                           monique.disabatino@saul.com

                                                   -and-

                                           Jeffrey C. Hampton
                                           Adam H. Isenberg
                                           Centre Square West
                                           1500 Market Street, 38th Floor
                                           Philadelphia, PA 19102
                                           Telephone: (215) 972-7777
                                           Fax: (215) 972-7725
                                           jeffrey.hampton@saul.com
                                           adam.isenberg@saul.com

                                           *Counsel for Plaintiffs*