## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 9, 2022, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via e-mail to the parties listed on **Exhibit A** attached hereto:

- **Notice of Amended Agenda for Conference Call Scheduled for June 9, 2022 at 2:00 P.M. (Prevailing Eastern Time) Before the Honorable Mary F. Walrath, U.S. Bankruptcy Court Judge [Docket No. 4019]**

Dated: June 9, 2022

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 9th day of June, 20 22, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## **<u>EXHIBIT A</u>**

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                           **Served 6/9/2022**

BIELLI & KLAUDER, LLC
DAVID M. KLAUDER, ESQUIRE
DKLAUDER@BK-LEGAL.COM

LUNDY BELDECOS & MILBY
JESSICA M. GULASH, ESQUIRE
JGULASH@LBMLAW.COM

Parties Served:  2