## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: July 1, 2022 4:00 p.m.** |
| | ) **Hearing Date: Only if objection is timely filed** |

## TWENTY-EIGHTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022

| | |
|---|---|
| Name of Applicant: | <u>Klehr Harrison Harvey Branzburg LLP</u> |
| Authorized to Provide Professional Services to: | <u>Debtors and Debtors-In-Possession</u> |
| Date of Retention: | <u>*nunc pro tunc* to Petition Date</u> |
| Period for which compensation and reimbursement is sought: | <u>April 1, 2022 through April 30, 2022</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$14,316.30</u><br>(80 % of which is $11,453.04) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$22.89</u> |
| This is a(n): | ✓ Monthly ___ Interim ___ Final Application |

This is the twenty-eighth monthly fee application filed in this case.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | Fee Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly Filed 2/17/2021 DI No. 2099 | 12/1/2020-12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly Filed 2/22/2021 DI No. 2115 | 1/1/2021-1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly Filed 4/12/2021 DI No. 2251 | 2/1/2021-2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly Filed 5/4/2021 DI No. 2613 | 3/1/2021-3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly Filed 8/4/2021 DI No. 2670 | 4/1/2021-4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth Monthly Filed 8/4/2021 DI No. 2671 | 5/1/2021-5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly Filed 8/4/2021 DI No. 2673 | 6/1/2021-6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly Filed 8/25/2021 DI No. 2745 | 7/1/2021-7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |
| Twentieth Monthly Filed 9/30/2021 DI No. 2907 | 8/1/2021-8/31/2021 | $31,199.85 | $0.00 | $24,959.88 | $0.00 | $6,239.97 |
| Twenty-First Monthly Filed 10/28/2021 DI No. 3000 | 9/1/2021-9/30/2021 | $19,180.35 | $20.85 | $15,344.28 | $20.85 | $3,836.07 |
| Twenty-Second Monthly Filed 12/6/2021 DI No. 3265 | 10/1/2021-10/31/2021 | $46,190.25 | $0.00 | $36,952.20 | $0.00 | $9,238.05 |
| Twenty-Third Monthly Filed 1/5/2022 DI No. 3409 | 11/1/2021-11/30/2021 | $68,336.10 | $155.48 | $54,668.88 | $155.48 | $13,667.22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twenty-Fourth Monthly Filed 1/21/2022 DI No. 3495 | 12/1/2021-12/31/2021 | $32,212.80 | $189.03 | $25,770.24 | $189.03 | $6,442.56 |
| Twenty-Fifth Monthly Filed 3/4/2022 DI No. 3664 | 1/1/2022-1/31/2022 | $32,951.25 | $274.51 | $26,361.00 | $274.51 | $6,590.25 |
| Twenty-Sixth Monthly Filed 4/14/2022 DI No. 3862 | 2/1/2022-2/28/2022 | $29,497.95 | $170.88 | $23,598.36 | $170.88 | $5,899.59 |
| Twenty-Seventh Monthly Filed 4/29/2022 DI No. 3928 | 3/1/2022-3/31/2022 | $28,919.70 | $0.00 | $23,135.76 | $0.00 | $5,783.94 |

## TIME AND COMPENSATION BREAKDOWN
## APRIL 1, 2022 THROUGH APRIL 30, 2022

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $735.00 | 16.20 | $11,907.00 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate Admitted to Bar 2005 | $350.00 | 6.20 | $2,170.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $300.00 | 6.10 | $1,830.00 |
| **TOTALS** | | | **28.50** | **$15,907.00** |
| **BLENDED RATE** | | | | **$558.14** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$1,590.70** |
| **GRAND TOTAL** | | | | **$14,316.30** |

## COMPENSATION BY PROJECT CATEGORY
## APRIL 1, 2022 THROUGH APRIL 30, 2022

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Case Administration | CS/04 | 2.70 | $810.00 |
| Claims Administration and Objections | CL/05 | 14.80 | $10,878.00 |
| Fee/Employment Applications | FE/07 | 4.40 | $1,755.00 |
| Fee/Employment Objections | FO | 0.40 | $294.00 |
| Litigation | LT/10 | 6.20 | $2,170.00 |
| **TOTAL** | | **28.50** | **$15,907.00** |
| **Minus Agreed Upon Discount (10%)** | | | **-$1,590.70** |
| **GRAND TOTAL** | | | **$14,316.30** |

## EXPENSE SUMMARY
## APRIL 1, 2022 THROUGH APRIL 30, 2022

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Conference Call Charges | $22.89 |
| **TOTAL** | **$22.89** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**TWENTY-EIGHTH MONTHLY FEE APPLICATION OF KLEHR HARRISON**
**HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its twenty-eighth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from April 1, 2022 through April 30, 2022. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I.   JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.   BACKGROUND

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from April 1, 2022 through April 30, 2022 (the "Compensation Period"), totaling 28.50 hours of professional time.

6.      Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $14,316.30.  Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $14,316.30 in fees and $22.89 in expenses, for a total of $14,339.19.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $14,316.30 and reimbursement of actual and necessary expenses incurred in the sum of $22.89 for the period from April 1, 2022 through April 30, 2022; (b) payment in the total amount of $11,475.93 which represents (i) 80% of the total fees billed ($11,453.04) and (ii) 100% of the expenses incurred ($22.89) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated:  June 10, 2022            */s/ Domenic E. Pacitti*
Wilmington, Delaware            Domenic E. Pacitti (DE Bar No. 3989)
                                **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                919 North Market Street, Suite 1000
                                Wilmington, Delaware 19801
                                Telephone: (302) 426-1189
                                Facsimile: (302) 426-9193
                                Email:  dpacitti@klehr.com

                                *Special Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing Twenty-Eighth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from April 1, 2022 through April 30, 2022 and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.     In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.     I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6.     Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7.     None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8.     Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2022 are the rates charged to the Debtors in the Application.

9.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2022                          _____*/s/ Domenic E. Pacitti*_____
                                                   Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



KLEHR HARRISON
HARVEY BRANZBURG LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

May 4, 2022

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #:      468139
Client #:        19647
Matter #:        0019

For professional services through April 30, 2022:

RE:   Chapter 11

**PROFESSIONAL SERVICES**

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/05/22 | MKH | Update case calendar re critical dates and deadlines | .20 | 300.00 | 60.00 |
| 4/14/22 | MKH | Draft Twenty-Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2022 through February 28, 2022; prepare email attaching same to D.Pacitti for review | 1.30 | 300.00 | 390.00 |
| 4/29/22 | MKH | Revise and finalize Twenty-Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2022 through March 31, 2022 for filing and efile same with Bankruptcy Court | 1.20 | 300.00 | 360.00 |

**Task Total:**                                                                                        **$ 810.00**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/01/22 | DEP | Update call with J. DiNome re: mediation proposal | .30 | 735.00 | 220.50 |
| 4/01/22 | DEP | Email exchanges with Judge Fitzgerald re: mediation proposal | .40 | 735.00 | 294.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/03/22 | DEP | Email exchanges with J. DiNome and J. Hampton re: mediation issues (.40) / email with Judge Fitzgerald re: mediation offer (.10) | .50 | 735.00 | 367.50 |
| 4/04/22 | DEP | Call with J. DiNome re: update on mediation offer and issues | .20 | 735.00 | 147.00 |
| 4/04/22 | DEP | Call with Judge Fitzgerald re: mediation offers and status | .50 | 735.00 | 367.50 |
| 4/06/22 | DEP | Mediation update and strategy call with J. DiNome | .50 | 735.00 | 367.50 |
| 4/09/22 | DEP | Call with Judge Fitzgerald and clients re: counter offer from Drexel | .50 | 735.00 | 367.50 |
| 4/09/22 | DEP | Follow up call with J. DiNome re: counter offer from Drexel and strategy | .30 | 735.00 | 220.50 |
| 4/09/22 | DEP | Follow up emails with Judge Fitzgerald re: clarification on Drexel offer | .40 | 735.00 | 294.00 |
| 4/11/22 | DEP | Email exchange with J. DiNome re: counter offer to Drexel | .20 | 735.00 | 147.00 |
| 4/11/22 | DEP | Email exchange with Judge Fitzgerald re: counter offer to Drexel | .30 | 735.00 | 220.50 |
| 4/11/22 | DEP | Revision of proposal to convey to Drexel | .50 | 735.00 | 367.50 |
| 4/13/22 | DEP | Work on potential settlement issues e: Drexel | 1.50 | 735.00 | 1,102.50 |
| 4/14/22 | DEP | Work on potential settlement structure with Drexel | 1.00 | 735.00 | 735.00 |
| 4/18/22 | DEP | Call with Judge Fitzgerald re: Drexel counter proposal and related issues | .40 | 735.00 | 294.00 |
| 4/18/22 | DEP | Call with J. DiNome re: Drexel counter proposal and related issues | .30 | 735.00 | 220.50 |
| 4/18/22 | DEP | Email exchange with Judge Fitzgerald re: Drexel counter proposal and related issues | .20 | 735.00 | 147.00 |
| 4/18/22 | DEP | Call with clients re: Drexel counter proposal and related issues | .20 | 735.00 | 147.00 |
| 4/19/22 | DEP | Call with J. Hampton re: Drexel counter proposal and related issues | .40 | 735.00 | 294.00 |
| 4/19/22 | DEP | Email with Committee counsel re: mediation update | .30 | 735.00 | 220.50 |
| 4/19/22 | DEP | Work on potential counterproposal structure | .80 | 735.00 | 588.00 |
| 4/21/22 | DEP | Email exchanges with Judge Fitzgerald re: status of response in mediation | .30 | 735.00 | 220.50 |
| 4/21/22 | DEP | Email exchanges with clients re: status of response in mediation | .20 | 735.00 | 147.00 |
| 4/21/22 | DEP | Call with clients re: response to latest mediation proposal | .40 | 735.00 | 294.00 |
| 4/21/22 | DEP | Call with Judge Fitzgerald re: possible response in mediation | .30 | 735.00 | 220.50 |
| 4/25/22 | DEP | Email with Committee counsel re: mediation update and Judge Fitzgerald proposal to both parties to resolve mediation of issues | .30 | 735.00 | 220.50 |
| 4/26/22 | DEP | Email exchanges with Judge Fitzgerald re: proposal potential to both parties to resolve mediation of issues | .70 | 735.00 | 514.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/26/22 | DEP | Email exchanges with Judge Fitzgerald re: next steps and mediation of issues | .40 | 735.00 | 294.00 |
| 4/27/22 | DEP | Email exchanges with Judge Fitzgerald re: status of response in mediation | .60 | 735.00 | 441.00 |
| 4/27/22 | DEP | Review claim issues re: Drexel | .70 | 735.00 | 514.50 |
| 4/28/22 | DEP | Review email from Judge Fitzgerald re: Drexel proposal and review of same (.30) / email clients re: Drexel proposal (.30) | .60 | 735.00 | 441.00 |
| 4/29/22 | DEP | Draft tolling agreement extension (.40) / email with T. Daluz re: same (.20) | .60 | 735.00 | 441.00 |

**Task Total:**                                                        **$ 10,878.00**

### Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/05/22 | MKH | Confer with D. Pacitti and review case docket; draft and prepare CNO re Sixth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2021 through March 31, 2021 for filing and efile same with Bankruptcy Court | .70 | 300.00 | 210.00 |
| 4/05/22 | MKH | Confer with D. Pacitti and review case docket; draft and prepare CNO re Seventh Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period April 1, 2021 through June 30, 2021 for filing and efile same with Bankruptcy Court | .60 | 300.00 | 180.00 |
| 4/14/22 | DEP | Review and revise Klehr February monthly fee application | .50 | 735.00 | 367.50 |
| 4/14/22 | MKH | Revise and finalize Twenty-Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2022 through February 28, 2022 for filing and efile same with Bankruptcy Court | .70 | 300.00 | 210.00 |
| 4/27/22 | MKH | Draft Twenty-Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2022 through March 31, 2022; prepare email attaching same to D. Pacitti for review | .90 | 300.00 | 270.00 |
| 4/29/22 | DEP | Review and revise Klehr March monthly fee application | .50 | 735.00 | 367.50 |
| 4/29/22 | MKH | Update professional fee chart re new monthly fee applications filed | .50 | 300.00 | 150.00 |

|  |  | **Task Total:** |  |  | **$ 1,755.00** |

### Fee/Employment Objections

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/07/22 | DEP | Review draft of proposed omnibus interim fee order | .20 | 735.00 | 147.00 |
| 4/07/22 | DEP | Email exchange with M. DiSabitino re: fee hearing | .20 | 735.00 | 147.00 |

|  |  | **Task Total:** |  |  | **$ 294.00** |

### Litigation

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/05/22 | SEV | Email exchanges with mediator regarding status of two remaining preference actions for scheduling purposes | .30 | 350.00 | 105.00 |
| 4/11/22 | SEV | Review settlement letter and spreadsheets with analysis of OCB and new value defenses from preference defendant Sanofi Pasteur; confer with S. Prill | 1.70 | 350.00 | 595.00 |
| 4/14/22 | SEV | Review information from debtors regarding Sanofi Pasteur preference action; draft correspondence to defense counsel E. Meltzer requesting additional information | 1.30 | 350.00 | 455.00 |
| 4/18/22 | SEV | Draft and revise Beckman Coulter settlement agreement in preference action; confer with L. Martin regarding language and proposed changes | 1.50 | 350.00 | 525.00 |
| 4/27/22 | SEV | Review records from debtor and draft correspondence to counsel for Sanofi Pasteur E. Meltzer requesting invoice information | .80 | 350.00 | 280.00 |
| 4/27/22 | SEV | Email exchanges with S. Prill and L. Martin regarding W-9 and payment address for Beckman settlement payment | .60 | 350.00 | 210.00 |

|  | **Task Total:** | **$ 2,170.00** |
|--|-----------------|----------------|
|  | **TOTAL PROFESSIONAL SERVICES** | **$ 15,907.00** |
|  | 10% Discount | $ -1,590.70 |
|  | **NET PROFESSIONAL SERVICES** | **$ 14,316.30** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Pacitti, Domenic E. | Partner | 16.20 | 735.00 | 11,907.00 |
| Veghte, Sally E. | Associate | 6.20 | 350.00 | 2,170.00 |
| Hughes, Melissa K. | Paralegal | 6.10 | 300.00 | 1,830.00 |
| **TOTALS** | | **28.50** | | **$ 15,907.00** |

# EXHIBIT B

**DISBURSEMENTS**

| Description | Amount |
| --- | ---: |
| Conference Call Charges | 22.89 |

| | |
| --- | ---: |
| **TOTAL DISBURSEMENTS** | **$ 22.89** |
| **TOTAL THIS INVOICE** | **$ 14,339.19** |

CLIENT MATTER

**19822-0001**

| Date: **04/11/22** | Moderator: **Kyle Fox** | | Service: Readyconference Plus Audio | | | |
|---|---|---|---|---|---|---|
| Time: 4:27 PM | Description | | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | | 3 | 0.030 | 75 | 2.25 |
| | Call Total: 3.63 | | Sub Total Pre-Tax: 2.25 | | Taxes and Surcharges: 1.38 | |

CLIENT MATTER

**19647-0019**

| Date: **03/26/22** | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | | |
|---|---|---|---|---|---|---|
| Time: 8:56 AM | Description | | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | | 4 | 0.030 | 151 | 4.53 |
| | Call Total: 6.86 | | Sub Total Pre-Tax: 4.53 | | Taxes and Surcharges: 2.33 | |
| Date: **03/30/22** | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | | |
| Time: 1:26 PM | Description | | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | | 4 | 0.030 | 174 | 5.22 |
| | Call Total: 7.92 | | Sub Total Pre-Tax: 5.22 | | Taxes and Surcharges: 2.70 | |
| Date: **04/04/22** | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | | |
| Time: 2:56 PM | Description | | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | | 3 | 0.030 | 73 | 2.19 |
| | Call Total: 3.33 | | Sub Total Pre-Tax: 2.19 | | Taxes and Surcharges: 1.14 | |
| Date: **04/09/22** | Moderator: **Domenic Pacitti** | | Service: Readyconference Plus Audio | | | |
| Time: 1:09 PM | Description | | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | | 4 | 0.030 | 105 | 3.15 |
| | Call Total: 4.78 | | Sub Total Pre-Tax: 3.15 | | Taxes and Surcharges: 1.63 | |

CLIENT MATTER

**19521-0039**

| Date: **03/21/22** | Moderator: **Jonathan Maslow** | | Service: Readyconference Plus Audio | | | |
|---|---|---|---|---|---|---|
| Time: 7:57 AM | Description | | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | | 3 | 0.030 | 47 | 1.41 |
| | Call Total: 2.27 | | Sub Total Pre-Tax: 1.41 | | Taxes and Surcharges: 0.86 | |

CLIENT MATTER

**19511-0010**

| Date: **03/23/22** | Moderator: **Jonathan Maslow** | | Service: Readyconference Plus Audio | | | |
|---|---|---|---|---|---|---|
| Time: 3:59 PM | Description | | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | | 4 | 0.030 | 170 | 5.10 |
| | Call Total: 8.20 | | Sub Total Pre-Tax: 5.10 | | Taxes and Surcharges: 3.10 | |

CLIENT MATTER

**19511-0001**

| Date: **04/11/22** | Moderator: **Alexandra Hill** | | Service: Readyconference Plus Audio | | | |
|---|---|---|---|---|---|---|
| Time: 10:57 AM | Description | | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | | 5 | 0.030 | 164 | 4.92 |
| | Call Total: 7.90 | | Sub Total Pre-Tax: 4.92 | | Taxes and Surcharges: 2.98 | |