# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |

### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 29, 2022 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

## RESOLVED MATTERS:

1. Motion of Debtors to Vacate Default and for Approval of Settlement of Preference Claims against Edwards LifeSciences Inc. [Docket No. 3933; Adversary No. 19; filed: 05/03/22]

    Response Deadline: May 17, 2022 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A. Certification of No Objection [Docket No. 3972; Adversary No. 20; filed: 05/18/22]

    B. Order Vacating Default Judgment and Approving Settlement of Preference Claims against Edwards Lifesciences Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3974; Adversary No. 21; signed and docketed: 05/19/22]

    Status: On May 19, 2022, the Court entered an order approving this motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2.     Motion of Debtors for Approval of Settlement of Preference Claims against General Healthcare Resources Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3934; Adversary No. 22; filed: 05/03/22]

    Response Deadline: May 17, 2022 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A.    Certification of No Objection [Docket No. 3973; Adversary No. 23; filed: 05/18/22]

    B.    Order Approving Settlement of Preference Claims against General Healthcare Resources Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3975; Adversary No. 24; signed and docketed: 05/19/22]

    Status: On May 19, 2022, the Court entered an order approving this motion.

3.     Motion of Debtors for Approval of Settlement of Preference Claims against Baxter Healthcare Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3940; Adversary No. 24; filed: 05/05/22]

    Response Deadline: May 19, 2022 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A.    Certification of No Objection [Docket No. 3992; Adversary No. 25; filed: 05/20/22]

    B.    Order Approving Settlement of Preference Claims against Baxter Healthcare Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3997; Adversary No. 26; signed and docketed: 05/23/22]

    Status: On May 23, 2022, the Court entered an order approving this motion.

4.     Amended Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (Robert Johnson) [Docket No. 3848; filed: 04/11/22]

    Response Deadline: April 25, 2022 at 4:00 p.m.

    Responses Received:

    A.    Debtors' Objection to (I) Motion for Reconsideration of Order Entered on March 31, 2022 Sustaining Debtors' Objections to Claims Purportedly Filed on Behalf of Decedent Robert Johnson, and (II) Amended Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 3905; filed: 04/25/22]

Related Documents:

    B.    Motion for Relief from Automatic Stay [Docket No. 3200; filed: 11/30/21]

Reply:

    C.    Reply to Debtors' Objection to (I) Motion for Reconsideration of Order Entered on March 31, 2022 Sustaining Debtors' Objections to Claims Purportedly Filed on Behalf of Decedent Robert Johnson, and (II) Amended Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [3942; filed: 05/06/22]

Status: This motion was resolved pursuant to the stay relief stipulation approved by the Court on June 23, 2022 [Docket No. 4033].

5.    Motion for Reconsideration of Order Entered on March 31, 2022 Sustaining Debtors' Objection to Claims Purportedly Filed on Behalf of Decedent Robert Johnson [Docket No. 3849; filed: 04/11/22]

Response Deadline:  April 25, 2022 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection to (I) Motion for Reconsideration of Order Entered on March 31, 2022 Sustaining Debtors' Objections to Claims Purportedly Filed on Behalf of Decedent Robert Johnson, and (II) Amended Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 3905; filed: 04/25/22]

Related Documents:

    B.    Order Sustaining Debtors' Objection to Claims Purportedly Filed on Behalf of Decedent Robert Johnson [Docket No. 3808; signed and docketed: 03/31/22]

Reply:

    C.    Reply to Debtors' Objection to (I) Motion for Reconsideration of Order Entered on March 31, 2022 Sustaining Debtors' Objections to Claims Purportedly Filed on Behalf of Decedent Robert Johnson, and (II) Amended Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [3942; filed: 05/06/22]

Status: This motion was resolved pursuant to the stay relief stipulation approved by the Court on June 23, 2022 [Docket No. 4033].

6.     Motion of Debtors for Approval of Settlement of Preference Claims against The City of Philadelphia Water Revenue Bureau Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4006; Adversary No. 18; filed: 06/01/22]

   Response Deadline: June 15, 2022 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A.     Certification of No Objection [Docket No. 4025; Adversary No. 20; filed: 06/16/22]

   B.     Order Approving Settlement of Preference Claims against The City of Philadelphia Water Revenue Bureau Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4026; Adversary No. 21; signed and docketed: 06/17/22]

   Status: On June 17, 2022, the Court entered an order approving this motion.

7.     Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors and Crowell & Moring LLP [Docket No. 4018; filed: 06/08/22]

   Response Deadline: June 22, 2022 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A.     Certification of No Objection [Docket No. 4036; filed: 06/24/22]

   B.     Order Granting Motion of Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors and Crowell & Moring LLP [Docket No. 4038; signed and docketed: 06/27/22]

   Status: On June 27, 2022, the Court entered an order approving this motion.

**CONTINUED MATTER:**

8.     Motion of Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor, to Allow Late Filed Claim and for Relief from the Automatic Stay [Docket No. 3669; filed: 03/07/22]

   Response Deadline: April 1, 2022 at 4:00 p.m.; extended to July 13, 2022 for the Debtors.

<u>Responses Received</u>:

A.      Informal comments from the Debtors

<u>Related Documents</u>:  None to date

<u>Status</u>: This matter is continued to the July 20 omnibus hearing.

| | |
|---|---|
| Dated: June 27, 2022 | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | By:  <u>*/s/ Mark Minuti*</u><br>Mark Minuti (DE Bar No. 2659)<br>Monique B. DiSabatino (DE Bar No. 6027)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE  19899<br>Telephone: (302) 421-6800<br>Fax: (302) 421-6813<br>mark.minuti@saul.com<br>monique.disabatino@saul.com<br><br>-and-<br><br>Jeffrey C. Hampton<br>Adam H. Isenberg<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>Fax: (215) 972-7725<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br><br>*Counsel for Debtors and Debtors in Possession* |