# EXHIBIT A



# Fox Rothschild LLP
## ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | 2978584 |
| Invoice Date | 06/08/22 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/22:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/02/22 | NIEDERMAN | CA | REVIEW OF CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATES (JUNE AND JULY, 2022) | 0.2 | $114.00 |
| 05/02/22 | NIEDERMAN | FA2 | WORK ON THIRTY THIRD MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022 | 0.2 | $114.00 |
| 05/02/22 | SOLOMON | FA2 | EMAIL FROM G. KOPACZ RE: SILLS FEE APP AND RESPOND TO SAME | 0.2 | $83.00 |
| 05/03/22 | NIEDERMAN | CA | REVIEW OF ORDER SCHEDULING OMNIBUS HEARINGS. | 0.2 | $114.00 |
| 05/03/22 | NIEDERMAN | FA2 | WORK ON THIRTY THIRD MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, | 0.3 | $171.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | 2022 THROUGH MARCH 31, 2022 | | |
| 05/03/22 | SOLOMON | EA2 | DRAFT NOTICE AND COS RE: SILLS 33RD FEE APPLICATION | 0.5 | $207.50 |
| 05/03/22 | SOLOMON | EA2 | REVISE SILLS 33RD MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 05/03/22 | SOLOMON | EA2 | PREPARE, FILE AND SERVE SILLS 33RD MONTHLY FEE APPLICATION | 0.5 | $207.50 |
| 05/04/22 | NIEDERMAN | CA | REVIEW OF MOTION TO EXTEND THE TIME PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS (NINTH MOTION) FILED BY CENTER CITY HEALTHCARE, LLC. | 0.2 | $114.00 |
| 05/06/22 | NIEDERMAN | PC | REVIEW OF REPLY TO DEBTORS' OBJECTION TO (I) MOTION FOR RECONSIDERATION OF ORDER ENTERED ON MARCH 31, 2022 SUSTAINING DEBTORS OBJECTIONS TO CLAIMS PURPORTEDLY FILED ON BEHALF OF DECEDENT ROBERT JOHNSON, AND (II) AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE | 0.2 | $114.00 |
| 05/09/22 | CHOVANES | FA1 | REVIEW PROFORMA TO PREPARE APRIL MONTHLY FEE APPLICATION FOR FOX | 0.4 | $306.00 |
| 05/09/22 | NIEDERMAN | MR | REVIEW OF CNOS FILED BY DEBTOR RE STIPULATIONS GRANTING LIMITED STAY RELIEF | 0.2 | $114.00 |
| 05/11/22 | NIEDERMAN | MR | REVIEW OF ORDERS GRANTING STIPULATED STAY RELIEF | 0.2 | $114.00 |
| 05/13/22 | CHOVANES | FA1 | REVIEW AND REVISE THIRTY-FIRST AND THIRTY- SECOND MONTHLY FEE APPLICATIONS FOR FOX RITHSCHILD | 0.4 | $306.00 |
| 05/13/22 | NIEDERMAN | AP | REVIEW OF ORDER FURTHER EXTENDING THE TIME PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS | 0.2 | $114.00 |
| 05/13/22 | NIEDERMAN | CA | ANALYSIS OF 5/18 AGENDA OF MATTERS SCHEDULED FOR HEARING | 0.2 | $114.00 |
| 05/13/22 | SOLOMON | FA1 | DRAFT MARCH AND APRIL FEE APPLICATIONS, | 1.5 | $622.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | INCLUDING NOTICES | | |
| 05/16/22 | NIEDERMAN | FA1 | WORK ON THIRTY SECOND MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022 | 0.2 | $114.00 |
| 05/16/22 | NIEDERMAN | FA1 | WORK ON THIRTY FIRST MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2022 THROUGH MARCH 31, 2022 | 0.2 | $114.00 |
| 05/16/22 | SOLOMON | FA1 | DRAFT CERTIFICATES OF SERVICE - FOX 31ST/32ND FEE APPLICATIONS | 0.4 | $166.00 |
| 05/16/22 | SOLOMON | FA1 | UPDATE AND FILE FOX 31ST/32ND MONTHLY FEE APPLICATIONS | 0.7 | $290.50 |
| 05/20/22 | NIEDERMAN | FA2 | WORK ON TENTH MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM JULY 1, 2021 THROUGH DECEMBER 31, 2021 | 0.3 | $171.00 |
| 05/20/22 | NIEDERMAN | TR | REVIEW OF MONTHLY OPERATING REPORTS FILED BY DEBTORS | 0.2 | $114.00 |
| 05/26/22 | MENKOWITZ | CA | REVIEW STATUS EMAIL | 0.1 | $93.00 |
| 05/26/22 | NIEDERMAN | AP | REVIEW OF MEDIATION UPDATE | 0.2 | $114.00 |
| 05/27/22 | NIEDERMAN | AP | WORK ON FOURTH STIPULATION REGARDING EXTENSION OF BRIEFING DEADLINES IN BROAD STREET APPEAL | 0.3 | $171.00 |
| 05/27/22 | NIEDERMAN | FA2 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE THIRTY THIRD MONTHLY | 0.2 | $114.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022 | | |
| 05/27/22 | STEEN | FA2 | PREPARE CNO FOR SILLS' 33RD MONTHLY FEE APPLICATION. | 0.2 | $76.00 |
| 05/27/22 | STEEN | FA2 | EMAIL COMMUNICATIONS WITH S. NIEDERMAN AND B. MAKOVETSKY REGARDING CNO. | 0.1 | $38.00 |
| 05/27/22 | STEEN | FA2 | ELECTRONICALLY FILE AND SERVE CNO FOR SILLS 33RD MONTHLY FEE APPLICATION. | 0.2 | $76.00 |
| 05/31/22 | NIEDERMAN | AP | WORK ON FOURTH STIPULATION REGARDING EXTENSION OF BRIEFING DEADLINES IN BROAD STREET APPEAL AND CONFER WITH CO-COUNSEL AND COUNSAEL FOR APPELLANTS RE APPROVAL OF SAME | 0.3 | $171.00 |
| 05/31/22 | NIEDERMAN | AP | FURTHER REVIEW OF UPDATE ON MEDIATION IN PREPARATION FOR 6/1 COMMITTEE CALL | 0.3 | $171.00 |
| | | | **TOTAL** | **9.8** | **$5,047.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 1.3 | $741.00 |
| CA | CASE ADMINISTRATION | 0.9 | $549.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 1.3 | $539.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 3.8 | $1,919.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 1.7 | $843.00 |
| MR | STAY RELIEF MATTERS | 0.4 | $228.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.2 | $114.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.2 | $114.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. G. MENKOWITZ | PARTNER | 0.1 | $930.00 | $93.00 |
| M. B. CHOVANES | PARTNER | 0.8 | $765.00 | $612.00 |
| S. A. NIEDERMAN | PARTNER | 4.3 | $570.00 | $2,451.00 |
| R. I. SOLOMON | PARALEGAL | 4.1 | $415.00 | $1,701.50 |
| M. L. STEEN | PARALEGAL | 0.5 | $380.00 | $190.00 |
| | TOTAL | 9.8 | | $5,047.50 |

TOTAL PROFESSIONAL SERVICES        $5,047.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $12.96 |

TOTAL EXPENSES        $12.96

TOTAL AMOUNT OF THIS INVOICE        $5,060.46