IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 28, 2022, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served via e-mail to the parties listed on **Exhibit A** attached hereto:

- **Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2022 [Docket No. 4044]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11467 (Philadelphia Academic Health System, LLC) for the Month Ending: 04/30/2022 [Docket No. 4045]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11468 (St. Christopher's Healthcare, LLC) for the Month Ending: 04/30/2022 [Docket No. 4046]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11469 (Philadelphia Academic Medical Associates, L.L.C.) for the Month Ending: 04/30/2022 [Docket No. 4047]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11470 (HPS of PA, L.L.C.) for the Month Ending: 04/30/2022 [Docket No. 4048]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11471 (SCHC Pediatric Associates, L.L.C.) for the Month Ending: 04/30/2022 [Docket No. 4049]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11472 (St. Christopher's Pediatric Urgent Care Center, L.L.C.) for the Month Ending: 04/30/2022 [Docket No. 4050]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11473 (SCHC Pediatric Anesthesia Associates, L.L.C.) for the Month Ending: 04/30/2022 [Docket No. 4051]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11474 (StChris Care at Northeast Pediatrics, L.L.C.) for the Month Ending: 04/30/2022 [Docket No. 4052]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

- **Chapter 11 Monthly Operating Report for Case Number 19-11475 (TPS of PA, L.L.C.) for the Month Ending: 04/30/2022 [Docket No. 4053]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11476 (TPS II of PA, L.L.C.) for the Month Ending: 04/30/2022 [Docket No. 4054]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11477 (TPS III of PA, L.L.C.) for the Month Ending: 04/30/2022 [Docket No. 4055]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11478 (TPS IV of PA, L.L.C.) for the Month Ending: 04/30/2022 [Docket No. 4056]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11479 (TPS V of PA, L.L.C.) for the Month Ending: 04/30/2022 [Docket No. 4057]**

Dated: June 29, 2022

                                                                                          _____
                                                                                          Randy Lowry
                                                                                          Omni Management Group
                                                                                          5955 De Soto Avenue, Suite 100
{State of California         }                                          Woodland Hills, CA 91367
{                                       } ss.                                    818-906-8300
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 29th day of June, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

| | | |
|---|---|---|
| FOX ROTHSCHILD LLP<br>SETH A. NIEDERMAN<br>SNIEDERMAN@FOXROTHSCHILD.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | | |

Parties Served:  4