**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | Case No. 19-11466 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Related to Docket No. 4030** |

**CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTORS FOR APPROVAL OF SETTLEMENT OF PREFERENCE CLAIMS AGAINST STRYKER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, "Debtors") hereby certifies that:

1. On June 21, 2022, the *Motion of Debtors for Approval of Settlement of Preference Claims Against Stryker Pursuant to Federal Rule of Bankruptcy Procedure 9019* [D.I. 4030] (the "Motion")[2] was filed with the Court.

2. Pursuant to the Notice of the Motion [D.I. 4030], objections to the Motion were to be filed by July 5, 2022 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

3. The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, the Motion may be granted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: July 6, 2022  **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*