# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) ) ) | Case No. 19-11466 (MFW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 13, 2016 at 4:00 p.m.** <br> **Hearing Date: July 20, 2016 at 11:30 a.m.** |

## NOTICE OF MOTION OF LILIANA E. RIVERA AND JOHN THANH NGUYEN FOR RELIEF FROM
## THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)(1)

PLEASE TAKE NOTICE that on July 6, 2022, the Motion of Liliana E. Rivera and John Thanh Nguyen for Relief From the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) (the "Motion") was filed.

If you object, you are required to file a response to the Motion on or before July 13, 2022 at 4:00 p.m.

At the same time, you must also serve a copy of the response upon the below counsel:

> William J. Burnett, Esquire
> FLASTER/GREENBERG P.C.
> 1201 N. Orange Street, Suite 301
> Wilmington, Delaware 19803

**A HEARING ON THE MOTION WILL BE HELD ON JULY 20, 2022 AT 11:30 A.M.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING**.

FLASTER/GREENBERG, P.C.

Dated: July 6, 2022   BY:   */s/ William J. Burnett*
                              WILLIAM J. BURNETT, ESQUIRE
                              1201 N. Orange Street, Suite 301
                              Wilmington, DE 19803
                              (302) 351-1910
                              *Counsel to Liliana E. Rivera and John Thanh Nguyen*

10030590 v1