# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) ) ) | Case No. 19-11466 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

### ORDER GRANTING MOTION OF LILIANA E. RIVERA AND JOHN THANH NGUYEN FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)

Upon consideration of the Motion of Liliana E. Rivera and John Thanh Nguyen for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) ("Motion") and any responses thereto, and after notice and an opportunity for a hearing, and after due consideration, it is hereby ORDERED:

1. The relief requested in the Motion is GRANTED.

2. The stay imposed in this case pursuant to 11 U.S.C. § 362(a) is modified to permit any party to the Negligence Action[1] to compel the inclusion of debtor, St. Christopher's Healthcare, LLC as a defendant in the Negligence Action solely to enable the Plaintiffs to pursue the Insurers for coverage in this matter.

3. This Order is effective immediately upon entry.

4. This Court retains jurisdiction regarding all disputes arising out of or related to the Motion and/or this Order.

Dated: _____, 2022

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

10031529 v1

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge
