## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) Case No. 19-11466 (MFW) |
| *al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related to Docket Nos. 4030 and 4065** |

## ORDER APPROVING SETTLEMENT OF PREFERENCE CLAIMS AGAINST STRYKER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

The Court having considered the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for approval of the modification of certain proofs of claim of Stryker (the "**Proofs of Claim**") and certain claims for avoidance and recovery of allegedly preferential transfers (the "**Preference Claims**"), as set forth in the Settlement Agreement attached as **Exhibit 1** hereto; and the Court finding that the Settlement Agreement is fair and reasonable, and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

having reviewed the Motion and considered the arguments made at the hearing, if any; and after

due deliberation and sufficient cause appearing therefor

      **IT IS HEREBY ORDERED THAT:**:

1.     The Motion is Granted as set forth herein.

2.     The Settlement Agreement attached hereto as <u>**Exhibit 1**</u> with respect to the Proofs

of Claim and the Preference Claims is hereby approved in full and final settlement of such claims.

3.     The following Proofs of Claim (the "**Modified Claims**") are modified as follows:

- Claim 628 filed by Stryker Craniomaxillofacial is modified to a general unsecured claim against SCH in the total amount of $22,047.90;

- Claim 638 filed by Stryker Instruments is modified to a general unsecured claim against St. Christopher's Healthcare, LLC in the total amount of $28,179.82;

- Claim 649 filed by Stryker Spine is modified as a general unsecured claim against SCH in the total amount of $102,322.68;

- Claim 1010 filed by Stryker Craniomaxillofacial is modified to a general unsecured claim against CCH in the total amount of $4,494.15;

- Claim 1019 filed by Stryker Orthopedics is modified to a general unsecured claim against CCH in the total amount of $174,079.26;

- Claim 1022 filed by Stryker Spine is modified to a general unsecured claim against Center City Healthcare, LLC in the total amount of $99,669.74; and

- Claim 1030 filed by Stryker Medical is modified as a general unsecured claim against Center City Healthcare, LLC in the total amount of $2,281.91.

4.     All rights of the Debtors to object to the Proofs of Claim are reserved.

5.     The Debtors and their claims agent are authorized to take any and all actions

necessary to effectuate the Settlement Agreement.

6.      The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

**Dated: July 7th, 2022**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

40180092.2 07/06/2022