# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (MFW) <br> ) Jointly Administered |
| Debtors. | ) **Re: Docket No. \_\_\_\_** |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Upon the *Certification of Counsel Regarding Omnibus Hearing Dates*, dated July 12, 2022, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The following dates and times have been scheduled as omnibus hearings in the above-captioned chapter 11 cases:

| **Date & Time** |
|---|
| August 23, 2022 at 10:30 a.m. |
| September 22, 2022 at 10:30 a.m. (Interim Fee Hearing) |

40256836.1 07/12/2022