# EXHIBIT A

## SUMMARY OF BLENDED RATE

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate ||
|---|---|---|---|
| | | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 10 | $604.00 | $744.49 |
| Junior Partners | 2 | $494.00 | $498.21 |
| Counsel | 2 | $509.00 | $477.85 |
| Senior Associates | 3 | $363.00 | $372.38 |
| Junior Associates | 3 | $287.00 | $318.54 |
| Paralegal | 0 | $233.00 | $333.98 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $257.00 | $274.61 |
| **Aggregated:** | | **$480.00** | **$583.26** |