# EXHIBIT D

### EXPENSE SUMMARY

# Expense Summary
## For the Period from May 1, 2022 through May 31, 2022

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (4 pages @ $.10 per page) | | $0.40 |
| E-discovery Processing /Usage | Epiq Relativity | $9,246.95 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $527.70 |
| Filing Fee | United States Bankruptcy Court (preference complaints | $700.00 |
| Legal Research | Westlaw | $3,261.54 |
| Lodging | *See attached chart* | **$2,261.99** |
| Meals | *See attached chart* | $34.49 |
| Mileage | *See attached chart* | **$9.41** |
| Outside Reproduction | Reliable Copy Service – DE | $11.88 |
| Overnight Delivery | Federal Express | $348.63 |
| Parking | *See attached chart* | **$113.00** |
| Recording Fees | Philadelphia Recorder of Deeds | $1,017.00 |
| Search Fees | ATA Corporate Services, LLC | $332.00 |
| Taxi/Car Service | *See attached chart* | **$38.52** |
| Train | *See attached chart* | **$374.00** |
| Transcript | Reliable Copy Service – DE | $211.75 |
| **Total** | | **$18,489.26** |

| | | TRAVEL DETAIL | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 04/19/22 | Curb Mobility | (3) Mark Minuti; Jeffrey Hampton; Adam Isenberg | Cab from train station to hotel to attend mediation in New York | $17.76 |
| 04/21/22 | New York Cab | (3) Mark Minuti; Jeffrey Hampton; Adam Isenberg | Cab from mediation to train station for mediation in New York | $20.76 |
| 04/21/22 | Mark Minuti | (1) Mark Minuti | Mileage from home to train station and back for mediation in New York | $9.41 |
| 04/21/22 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Train Station for mediation in New York | $32.00 |
| 04/21/22 | 30th Street Parking | (1) Jeffrey Hampton | Parking at Train Station for mediation in New York | $81.00 |
| 04/19/22 | Amtrak | (1) Mark Minuti | Train from Wilmington, DE to New York, NY for mediation | $194.00 |
| 04/21/22 | Amtrak | (1) Mark Minuti | Train from New York, NY to Wilmington, DE after mediation | $180.00 |
| 04/19 – 04/21/22 | The Lexington Hotel | (1) Mark Minuti | Hotel while attending mediation in New York | $1,108.62 |
| 04/19 – 04/21/22 | The Lexington Hotel | (1) Jeffrey Hampton | Hotel while attending mediation in New York | $1,153.37 |
| | | **TOTAL** | | **$2,796.92** |

2

3

| MEAL DETAIL |||||
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 03/01/22 | Gourmet 45 | (1) Jeffrey Hampton | Dinner in New York preparing for mediation | $16.53 |
| 04/01/22 | ET Restaurant | (1) Jeffrey Hampton | Breakfast in Dinner in New York preparing for mediation | $17.96 |
| **TOTAL** |||| **$34.49** |



| | |
|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number 2703622 |
| 222 N. Sepulveda Blvd. | Invoice Date 06/30/22 |
| Suite 900 | Client Number 376719 |
| El Segundo, CA 90245 | Matter Number 00002 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Value | Total |
|---|---|---:|---:|
| 05/26/22 | Epiq Relativity eDiscovery Costs | 9,246.95 | |
| | Total Epiq Relativity eDiscovery Costs | | 9,246.95 |
| 05/11/22 | Photocopying | 0.40 | |
| | Total Photocopying | | 0.40 |
| 05/02/22 | Cab Fare Taxi/Car Service; VENDOR: Curb Mobility - 4/19/22 Cab from Train Station to Hotel for Mark Minuti while attending mediation in New York | 17.76 | |
| 05/06/22 | Cab Fare Taxi/Car Service; VENDOR: New York Cab; 04/21/22; Cab from Hotel to Train Station for Jeffrey Hampton while attending mediation in New York | 20.76 | |
| | Total Cab Fare | | 38.52 |
| 05/02/22 | Mileage; VENDOR: Mark Minuti; 04/21/22 from home to train station and back for mediation in New York | 9.41 | |
| | Total Mileage | | 9.41 |
| 05/03/22 | Recording Fees; VENDOR: Searchtec Inc.; 04/30/22; Mortgage documents in Phila Recorder of Deeds | 1,017.00 | |
| | Total Recording Fees | | 1,017.00 |
| 05/09/22 | Search Fees; VENDOR: ATA Corporate Services LLC; 05/05/22; Paladin Healthcare Capital, LLC UCC Name Search | 90.00 | |
| 05/09/22 | Search Fees; VENDOR: ATA Corporate Services LLC; 05/05/22; Paladin Healthcare Management, LLC UCC Name Search | 90.00 | |
| 05/09/22 | Search Fees; VENDOR: ATA Corporate Services LLC; 05/05/22; Philadelphia Academic Health Holdings, LLC UCC Name Search and copy of UCC Financing Statement | 152.00 | |
| | Total Search Fees | | 332.00 |
| 05/02/22 | Parking; VENDOR: Wilmington Parking Authority - 4/21/22 Parking at Train Station for Mark Minuti for mediation in New York | 32.00 | |
| 05/06/22 | Parking; VENDOR: 30th Street Parking; 4/21/22; Parking for Jeffrey Hampton at Philadelphia Train Station while attending mediation in New York | 81.00 | |
| | Total Parking | | 113.00 |

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number | 2703622 |
| 00002 | Expenses | Page 2 | |
| 06/30/22 | | | |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 05/23/22 | Filing Fees - - VENDOR: United States Bankruptcy Court; 4/14/22 filing fee for preference complaint against Medtronic | 350.00 | |
| 05/23/22 | Filing Fees - - VENDOR: United States Bankruptcy Court; 4/14/22 filing fee for preference complaint against Huron | 350.00 | |
| | Total Filing Fees | | 700.00 |
| 05/06/22 | Federal Express; VENDOR: 4/29/2022 from Saul Ewing to Jeffrey Hampton, Adam Isenberg and Mark Minuti will attending conference in Washington, DC | 348.63 | |
| | Total Federal Express | | 348.63 |
| 05/03/22 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 4/14/22 - Copying, postage and mailing of Medtronic complaint | 4.06 | |
| 05/03/22 | Outside Reproduction; VENDOR: Reliable Copy Service - DE; 4/14/22 - Copying, postage and mailing of Huron complaint | 7.82 | |
| | Total Outside Reproduction | | 11.88 |
| 05/02/22 | Hotel Lodging; VENDOR: The Lexington Hotel - 4/19 - 4/21/22 Hotel for Mark Minuti for mediation in New York | 1,108.62 | |
| 05/06/22 | Hotel Lodging; VENDOR: The Lexington Hotel - 4/19 - 4/21/22 Hotel for Jeffrey Hampton for mediation in New York | 1,153.37 | |
| | Total Hotel | | 2,261.99 |
| 05/02/22 | Other Rail Travel Train; VENDOR: Amtrak - 4/21/22 Train from New York to Delaware for Mark Minuti for mediation in New York | 180.00 | |
| 05/02/22 | Other Rail Travel Train; VENDOR: Amtrak - 4/19/22 Train from Delaware to New York for Mark Minuti for mediation in New York | 194.00 | |
| | Total Other Rail Travel | | 374.00 |
| 05/06/22 | Meals Dinner; VENDOR: Gourmet 45; 03/01/22 for Jeffrey C. Hampton while attending Hahnemann mediation meeting in New York | 16.53 | |
| 05/06/22 | Meals Breakfast; VENDOR: Breakfast at ET Restaurant; 04/01/22 for Jeffrey C. Hampton while attending mediation in New York | 17.96 | |
| | Total Meals | | 34.49 |
| 05/02/22 | Doc. Retrieval/Case Monitoring; VENDOR: Pacer Service Center; 04/07/22; Access to Federal Court dockets and downloading pleadings | 447.70 | |
| 05/05/22 | Doc. Retrieval/Case Monitoring; VENDOR: File & ServeXpress LLC; 04/11/22; Request of documents | 40.00 | |
| 05/05/22 | Doc. Retrieval/Case Monitoring; VENDOR: File & ServeXpress LLC; 04/11/22; Request of documents | 40.00 | |
| | Total Doc. Retrieval/Case Monitoring | | 527.70 |
| 05/02/22 | Transcript; VENDOR: Reliable Copy Service - DE; 3/31/22 Hearing Transcript | 211.75 | |
| | Total Transcript | | 211.75 |
| 05/02/22 | Westlaw Legal Research | 322.50 | |
| 05/04/22 | Westlaw Legal Research | 215.00 | |
| 05/09/22 | Westlaw Legal Research | 82.62 | |
| 05/11/22 | Westlaw Legal Research | 1,143.18 | |
| 05/13/22 | Westlaw Legal Research | 430.92 | |
| 05/16/22 | Westlaw Legal Research | 198.72 | |
| 05/18/22 | Westlaw Legal Research | 322.50 | |
| 05/22/22 | Westlaw Legal Research | 430.00 | |
| 05/25/22 | Westlaw Legal Research | 116.10 | |
| | Total Westlaw Legal Research | | 3,261.54 |
| | CURRENT EXPENSES | | 18,489.26 |

**TOTAL AMOUNT OF THIS INVOICE**  18,489.26