# EXHIBIT F

## PROFESSIONALS' BACKGROUND

## Attorney Biographies

**Mark Minuti**, *Partner.* Mr. Minuti is Vice-chair of Saul Ewing Arnstein & Lehr's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice Group and is a Partner in its Wilmington, Delaware office. Mr. Minuti concentrates his practice in bankruptcy law. Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**John D. Demmy**, *Partner.* Mr. Demmy is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office. Mr. Demmy represents debtors, creditors' and ad hoc committees, asset buyers, insurers, and all types of creditors in bankruptcy cases and related litigation matters. Mr. Demmy also handles bankruptcy appeals to the Delaware District Court and to the Court of Appeals for the Third Circuit. Mr. Demmy is also an experience commercial litigator who assist clients with cases in the Delaware Court of Chancery and provides opinions with respect to matters of bankruptcy and Delaware law relating to Delaware entities.

**Martin J. Doyle,** *Partner.* Mr. Doyle is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Practice Group in its Philadelphia, Pennsylvania office. Mr. Doyle concentrates his practice in commercial real estate transactions, with an emphasis on real estate acquisitions and dispositions, finance, and leasing.

**Jeffrey C. Hampton,** *Partner.* Mr. Hampton is Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders. Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters. In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner*. Mr. Isenberg is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts. Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**David G. Shapiro,** *Partner*. Mr. Shapiro is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice in its Philadelphia, Pennsylvania office. Mr. Shapiro concentrates his practice on business tax planning, including domestic and cross-border expansion, joint ventures, mergers, acquisitions, and financing transactions.

**Dennis J. Brennan**, *Partner*. Mr. Brennan is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice in its Philadelphia, Pennsylvania office. Mr. Brennan helps companies navigate the legal risks they face when they enter into mergers and acquisitions, purchase agreements and other major transactions. Mr. Brennan represents clients in the insurance industry, and also provides clients with legal advice on corporate governance and financing.

**Michelle G. Novick,** *Partner*. Ms. Novick is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office. Ms. Novick concentrates her practice on corporate bankruptcy.

**M. Paige Berry**, *Partner*. Ms. Berry is a Partner in Saul Ewing Arnstein & Lehr's Financial Services Practice Group in its Princeton, New Jersey office. Ms. Berry advises clients on insurance law and regulation including the acquisition, formation and admission of insurance companies. In addition to her insurance practice, Ms. Berry has a general practice in government relations, administrative law and financial services.

**Clarence Y. Lee,** *Partner*. Mr. Lee is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Washington, D.C. office. Mr. Lee represents insurers in a wide range of insurance coverage counseling and commercial litigation. Mr. Lee provides insurance coverage advice and litigation representation on a variety of insurance issues, including managed care, errors and omissions, hospital liability, general liability, environmental, cyber, technology, director's and officer's liability, professional liability, and architects and engineers' policies.

**Monique B. DiSabatino**, *Partner*. Ms. DiSabatino is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office. Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Carolyn A. Pellegrini**, *Partner*. Ms. Pellegrini is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office. Ms. Pellegrini assists employers with labor and employment disputes and other sensitive matters affecting their professional relationships with their employees. Ms. Pellegrini represents clients in federal and state employment litigation and arbitration, including matters involving Title VII, the Age Discrimination in Employment Act, the

Americans with Disabilities Act, the Family Medical Leave Act, the Fair Labor Standards Act and the National Labor Relations Act.

**Richard D. Leigh**, Counsel.  Mr. Leigh is Counsel in Saul Ewing's Transactional Department in its Harrisburg, Pennsylvania office.  Mr. Leigh's practice is focused on financial transactions of various types including domestic and international secured and unsecured lending, project and asset-based lending, mergers, acquisitions and divestitures and general business matters.  Mr. Leigh is also experienced in transactional real estate matters.

**Brenda Glaser Abrams**, Counsel.  Ms. Abrams is Counsel in Saul Ewing's Transactional Department in its Philadelphia, Pennsylvania office.  Ms. Abrams provides legal counsel on business contracts for health care industry clients, as well as on their operational and compliance issues.  Ms. Abrams' practice also includes providing legal advice on daily business operations, including personnel issues, internal audits and compliance with federal laws and regulations including the Health Insurance Portability and Accountability Act of 1996 (HIPAA), the Stark Law and the Anti-Kickback Statute.

**Melissa A. Martinez**, *Associate*.  Ms. Martinez is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Ms. Martinez focuses her practice in commercial bankruptcy and corporate reorganization.

**A. Mayer Kohn**, *Associate*.  Mr. Kohn is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Kohn focuses his practice on restructuring matters, including Chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations, creditors' committees and general insolvency law.

**Jorge Garcia**, *Associate*.  Mr. Garcia is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Garcia represents debtors, trustees, creditors' committees, unsecured creditors and secured creditors in chapter 11 reorganization and liquidation cases. Mr. Garcia also handles Chapter 7 cases and related adversary proceedings, including avoidance actions involving claims of preferences and fraudulent transfers.

**Marielle C. MacMinn,** *Associate*.  Ms. MacMinn is an Associate in Saul Ewing Arnstein & Lehr's Transaction Department in its Philadelphia, Pennsylvania office.  Ms. MacMinn advises businesses and their owners on tax issues, including matters involving business formations, restructuring, mergers and acquisitions.

**Frederick N. Poindexter,** *Associate.*  Mr. Poindexter is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania Illinois office.  Mr. Poindexter Collins maintains a general real estate practice and assists with a variety of deals, including commercial leasing, development projects, and property sales and acquisitions.

3

40258443.2 07/14/2022