**EXHIBIT C**

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>      Debtors. | ) Chapter 11<br>)<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>)<br>) Jointly Administered<br>)<br>**Related to Docket Nos. 4066 and ___** |

### ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY LILIANA E. RIVERA AND JOHN THANH NGUYEN

Upon the motion (the "**Stay Relief Motion**")[2] of Liliana E. Rivera and John Thanh Nguyen (the "**Plaintiffs**") seeking the entry of an order lifting the automatic stay on a limited basis, as set forth therein [D.I. 4066], and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2019; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and upon consideration of the Debtor's objection to the Motion (the "**Objection**") and the Wilen Declaration filed in support thereof, and any arguments made in connection with the Motion and any responses thereto at the hearing on the Motion, if any; and after due deliberation and sufficient cause appearing therefor;

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCH Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCH Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stay Relief Motion.

-2-

IT IS HEREBY ORDERED THAT:

1. The Stay Relief Motion is DENIED.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.