# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC, PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC, HPS OF PA, L.L.C., SCHC PEDIATRIC ASSOCIATES, L.L.C., ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C., SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C., STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C., TPS OF PA, L.L.C., TPS II OF PA, L.L.C., TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C. and TPS V OF PA, L.L.C., | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 22-50263 (MFW) |
| HURON CONSULTING SERVICES LLC, | |
| Defendant. | |
| HURON CONSULTING SERVICES LLC, | |
| Third Party Plaintiff, | |
| v. | |
| PALADIN HEALTHCARE CAPITAL, LLC, | |
| Third-Party Defendant. | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

# NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JULY 20, 2022 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

**RESOLVED MATTERS:**

1. Motion of Debtors for Approval of Settlement of Preference Claims against Stryker Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4030; filed: 06/21/22]

    Response Deadline:  July 5, 2022 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [Docket No. 4065; filed: 07/06/22]

    B.  Order Approving Settlement of Preference Claims against Stryker Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4068; signed and docketed: 07/07/22]

    Status: On July 7, 2022, the Court entered an order approving this motion.

2. Motion of Debtors for Approval of Settlement of Preference Claims against Beckman Coulter Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4035; filed: 06/24/22]

    Response Deadline:  July 8, 2022 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [Docket No. 4090; filed: 07/12/22]

    B.  Order Approving Settlement of Preference Claims against Beckman Coulter Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4094; signed and docketed: 07/15/22]

    Status: On July 15, 2022, the Court entered an order approving this motion.

**CONTINUED MATTER:**

3. Motion of Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor, to Allow Late Filed Claim and for Relief from the Automatic Stay [Docket No. 3669; filed: 03/07/22]

   Response Deadline:  April 1, 2022 at 4:00 p.m.; extended to August 16, 2022 for the Debtors.

   Responses Received:

   A.   Informal comments from the Debtors

   Related Documents:  None to date

   Status: This matter is continued to the August 23 omnibus hearing.

4. Motion of Liliana E. Rivera and John Thank Nguyen for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) [Docket No. 4066; filed: 07/06/22]

   Response Deadline:  July 13, 2022 at 4:00 p.m.; extended to July 15, 2022 for the Debtors.

   Responses Received:

   A.   Debtors' Objection to Motion for Relief from the Automatic Stay Filed by Liliana E. Rivera and John Thanh Nguyen [Docket No. 4093; filed: 07/15/22]

   Related Documents:  None to date

   Status: This matter is continued to the August 23 omnibus hearing.

**PRE-TRIAL CONFERENCE**

*Center City Healthcare, LLC, et al. v. Huron Consulting Services LLC and Huron Consulting Services LLC v. Paladin Healthcare Capital, LLC* – Case No. 22-50263 (MFW)

   Status:  The pre-trial conference related to the Amended Third-Party Complaint has been continued to the August 23 omnibus hearing date.

Dated: July 18, 2022 **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*