**EXHIBIT A**



# Fox Rothschild LLP
### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number 2995758 |
| SILLS CUMMIS & GROSS | Invoice Date 07/08/22 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/22:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/22 | NIEDERMAN | AP | REVIEW OF UPDATE ON MEDIATION EFFORTS IN ADVANCE OF COMMITTEE MEETING | 0.4 | $250.00 |
| 06/01/22 | NIEDERMAN | AP | BRIEF REVIEW OF 9019 FILINGS RE SETTLEMENT OF ADVERSARIES | 0.3 | $187.50 |
| 06/01/22 | NIEDERMAN | CA | REVIEW OF ORDER GRANTING STIPULATION REGARDING EXTENSION OF BRIEFING DEADLINES | 0.2 | $125.00 |
| 06/01/22 | NIEDERMAN | CM | ATTEND COMMITTEE MEETING | 1.2 | $750.00 |
| 06/02/22 | NIEDERMAN | AP | RESPOND TO INQUIRY RE STATUS OF COMMITTEE APPROVAL OF MEDIATED SETTLEMENT | 0.2 | $125.00 |
| 06/06/22 | NIEDERMAN | MR | REVIEW OF STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIM BETWEEN CENTER CITY HEALTHCARE, LLC AND TERRENCE AND LA TANYA WELLS, INDIVIDUALLY AND AS EXECUTORS OF THE ESTATE OF ROBERT JOHNSON JR. | 0.2 | $125.00 |
| 06/07/22 | CHOVANES | FA1 | EMAIL TO K SENESE RE CNO FOR FOX MONTHLY FEE APPS | 0.2 | $164.00 |
| 06/07/22 | CHOVANES | FA1 | REVIEW CNO OF MONTHLY FEE APPLICATIONS | 0.2 | $164.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/07/22 | NIEDERMAN | CA | REVIEW OF NOTICE OF AGENDA FOR CONFERENCE CALL SCHEDULED FOR JUNE 9, 2022 | 0.2 | $125.00 |
| 06/07/22 | NIEDERMAN | FA1 | WORK ON CERTS OF NO OBJECTION RELATED TO 31ST AND 32ND MONTHLY APPLICATION AS COMMITTEEE COUNSEL | 0.2 | $125.00 |
| 06/07/22 | SENESE | FA1 | DRAFT CNOS FOR FR'S 31ST AND 32ND MONTHLY | 0.6 | $198.00 |
| 06/07/22 | SENESE | FA1 | FORMAT AND EFILE CNOS RE FR'S 31ST (MARCH) AND 32ND (APRIL) MONTHLY FEE APPLICATIONS | 0.3 | $99.00 |
| 06/08/22 | CHOVANES | FA1 | REVIEW PROFORMA TO BEGIN PREPARATION OF MAY MONTHLY FEE APP | 0.2 | $164.00 |
| 06/08/22 | NIEDERMAN | AP | ATTENTION TO STATUS OF DISCOVERY DISPUTE SCHEDULED FOR HEARING ON 6/9 | 0.2 | $125.00 |
| 06/09/22 | NIEDERMAN | CA | REVIEW AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON 6/9 | 0.2 | $125.00 |
| 06/09/22 | SENESE | FA1 | DRAFT FR'S MAY MONTHLY FEE APPLICATION | 1.2 | $396.00 |
| 06/09/22 | SENESE | FA1 | DRAFT FR'S MAY MONTHLY FEE APPLICATION, NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; PREPARE AND FORMAT EXHIBIT A | 2.0 | $660.00 |
| 06/14/22 | NIEDERMAN | AP | REVIEW OF THIRD INTERIM REPORT WITH RESPECT TO THE STATUS OF AVOIDANCE ADVERSARY PROCEEDINGS | 0.2 | $125.00 |
| 06/23/22 | NIEDERMAN | MR | REVIEW OF ORDER APPROVING STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIM ASSERTED BY TERRENCE AND LA TANYA WELLS, INDIVIDUALLY AND AS EXECUTORS OF THE ESTATE OF ROBERT JOHNSON JR. | 0.1 | $62.50 |
| 06/27/22 | CHOVANES | FA1 | EMAILS WITH K SENESE RE FILING MONTHLY FEE APPLICATIONS FOR MAY | 0.2 | $164.00 |
| 06/27/22 | NIEDERMAN | CA | REVIEW NOTICE OF AGENDA FOR HEARING SCHEDULED | 0.1 | $62.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | FOR JUNE 29, 2022 AT 10:30 A.M. | | |
| 06/28/22 | CHOVANES | FA1 | REVIEW 33RD FEE APP AND EMAIL TO K SENSE RE SAME | 0.2 | $164.00 |
| 06/28/22 | NIEDERMAN | AP | WORK ON FIFTH STIPULATION REGARDING EXTENSION OF BRIEFING DEADLINES IN BROAD ST. ENTITIES APPEAL | 0.2 | $125.00 |
| 06/28/22 | NIEDERMAN | FA1 | WORK ON THIRTY THIRD MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MAY 1, 2022 THROUGH MAY 31, 2022 | 0.2 | $125.00 |
| 06/28/22 | NIEDERMAN | TR | REVIEW OF MONTHLY OPERATING REPORTS | 0.2 | $125.00 |
| 06/28/22 | SENESE | FA1 | FINALIZE AND FORMAT MAY 2022 MONTHLY FEE APPLICATION; PREPARE FOR SERVICE OF SAME | 0.4 | $132.00 |
| 06/29/22 | NIEDERMAN | AP | WORK ON STIPULATION (FIFTH) REGARDING EXTENSION OF BRIEFING DEADLINES RE BROAD ST. APPEAL | 0.2 | $125.00 |
| 06/29/22 | SENESE | FA1 | FORMAT AND EFILE FR'S THIRTY THIRD MONTHLY FEE APPLICATION; SERVICE OF SAME UPON ALL INTERESTED PARTIES | 0.5 | $165.00 |
| 06/30/22 | NIEDERMAN | AP | REVIEW OF SO ORDERED RE STIPULATION REGARDING EXTENSION OF BRIEFING DEADLINES. | 0.1 | $62.50 |
| | | | **TOTAL** | **10.6** | **$5,345.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---|---|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 1.8 | $1,125.00 |
| CA | CASE ADMINISTRATION | 0.7 | $437.50 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 1.2 | $750.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 6.4 | $2,720.00 |
| MR | STAY RELIEF MATTERS | 0.3 | $187.50 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.2 | $125.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. B. CHOVANES | PARTNER | 1.0 | $820.00 | $820.00 |
| S. A. NIEDERMAN | PARTNER | 4.6 | $625.00 | $2,875.00 |
| K. A. SENESE | PARALEGAL | 5.0 | $330.00 | $1,650.00 |
| | TOTAL | 10.6 | | $5,345.00 |

TOTAL PROFESSIONAL SERVICES    $5,345.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $21.32 |

TOTAL EXPENSES    $21.32

TOTAL AMOUNT OF THIS INVOICE    $5,366.32