# Exhibit A

**Twelfth OCP Quarterly Statement**

## Twelfth OCP Quarterly Statement

## For the Period April 1, 2022 through June 30, 2022

| Professional Name | Compensation & Expenses Paid (4/1/2022-4/30/2022) | Compensation & Expenses Paid (5/1/2022-5/31/2022) | Compensation & Expenses Paid (6/1/2022-6/30/2022) | Aggregate Compensation & Expenses Paid to Date |
|---|---|---|---|---|
| 50 Words, LLC | $- | $- | $- | $246,783.00 |
| Baratz & Associates, P.A. | $- | $- | $- | $22,775.50 |
| Bellevue Communications | $- | $- | $- | $75,000.00 |
| Connolly Gallagher LLP | $- | $- | $- | $9,635.69 |
| Conrad O'Brien PC | $- | $- | $123.00 | $26,586.77 |
| Eckert Seamans Cherin & Mellott, LLC | $426.50 | $- | $- | $140,412.63 |
| Germaine Solutions | $- | $- | $- | $0.00 |
| Health Sciences Law Group LLP | $- | $- | $- | $0.00 |
| Jackson Lewis P.C. | $- | $- | $- | $22,235.00 |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | $- | $- | $- | $0.00 |
| Obermayer Rebmann Maxwell & Hippel LLP | $- | $- | $- | $3,000.00 |
| Reed Smith LLP | $- | $- | $- | $11,365.40 |
| Robinson Kirlew & Associates | $- | $- | $- | $0.00 |
| Salem & Green P.C. | $- | $- | $- | $6,211.50 |
| Suzanne Pritchard, Esq. | $- | $- | $- | $2,320.00 |