**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) **Related to Docket No. 4098** |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, and ST. CHRISTOPHER'S HEALTHCARE, LLC, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 21-50950 (MFW) |
| DIAGNOSTICA STAGO INC., | |
| Defendant. | **Related to Adv. Pro. No. 30** |

**CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTORS
TO VACATE DEFAULT AND FOR APPROVAL OF SETTLEMENT
OF PREFERENCE CLAIMS AGAINST DIAGNOSTICA STAGO INC.**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, "Debtors") hereby certifies that:

1.     On July 18, 2022, the *Motion of Debtors to Vacate Default and for Approval of Settlement of Preference Claims Against Diagnostica Stago Inc.* [D.I. 4098; Adv. No. 30] (the "Motion")[2] was filed with the Court.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2.      Pursuant to the Notice of the Motion [D.I. 4098; Adv. No. 30], objections to the

Motion were to be filed by August 1, 2022 at 4:00 p.m. (prevailing Eastern Time) (the "Objection

Deadline").

3.      The Objection Deadline has passed and no objections or responses were served

upon the undersigned counsel or entered on the Court's docket.

4.      Accordingly, the Motion may be granted.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the

form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: August 2, 2022                     **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
       Mark Minuti (DE Bar No. 2659)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE  19899
       Telephone: (302) 421-6800
       Fax: (302) 421-5873
       mark.minuti@saul.com
       monique.disabatino@saul.com

          -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       Melissa A. Martinez
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7777
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       melissa.martinez@saul.com

       *Counsel for Debtors and Debtors in Possession*

40346189.1 08/02/2022