# EXHIBIT A

**Summary of Blended Rate**

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
|---|---|---|---|
| Senior Partners | 17 | $590.00 | $708.48 |
| Junior Partners | 4 | $470.00 | $466.85 |
| Special Counsel | 0 | $489.00 | $0.00 |
| Senior Associates | 3 | $353.00 | $334.80 |
| Junior Associates | 5 | $296.00 | $290.97 |
| Paralegal | 1 | $248.00 | $280.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 | $206.00 | $245.52 |
| **Aggregated:** | | **$467.00** | **$511.33** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | August 5, 2022 |
| Interim or Final: | Interim |