# EXHIBIT B

**Summary of Compensation Requested by Project Category**

40290143.1 08/05/2022

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Sale Disposition | 15.00 | $7,415.64 | 9.10 | $6,279.00 |
| Business Operations | 450.00 | 222,468.75 | 456.80 | $313,878.00 |
| Case Administration | 75.00 | $37,078.14 | 140.20 | $78,755.00 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 650.00 | $321,343.75 | 731.10 | $346,676.00 |
| Committee Matters | 30.00 | $14,831.25 | 21.50 | $15,099.50 |
| Creditor Inquiries | 15.00 | $7,415.64 | 0.70 | $329.00 |
| DIP Financing and Cash Collateral | 5.00 | $2,471.88 | 0.00 | $0.00 |
| Employee Benefits and Pensions | 60.00 | $29,662.50 | 64.20 | $40,105.50 |
| Executory Contracts and Unexpired Leases | 30.00 | $14,831.25 | 21.20 | $7,679.00 |
| Fee/Employment Application (Saul Ewing) | 30.00 | $14,831.25 | 41.90 | $11,892.50 |
| Fee/Employment Applications (Objections) | 15.00 | $7,415.64 | 0.00 | $0.00 |
| Fee/Employment Applications (Other Professionals) | 20.00 | $9,887.51 | 24.50 | $8,581.00 |
| Labor Matters | 15.00 | $7,415.64 | 0.00 | $0.00 |
| Litigation: Contested Matters and Adversary Proceedings | 1,350.00 | $667,406.25 | 1,038.60 | $637,048.00 |
| Non-Working Travel | 0.00 | $0.00 | 59.10 | $42,679.00 |
| Plan and Disclosure Statement | 30.00 | $14,831.25 | 0.00 | $0.00 |
| Preparation for and Attendance at Hearing | 45.00 | $22,246.89 | 11.70 | $7,469.00 |
| Relief from Stay and Adequate Protection | 60.00 | $29,662.51 | 36.90 | $17,056.00 |
| UST Reports, Meetings and Issues | 45.00 | $22,246.88 | 17.20 | $5,313.50 |
| Utilities | 10.00 | $4,943.76 | 0.00 | $0.00 |
| **TOTAL** | **2,950.00** | **$1,458,406.38** | **2,674.70** | **$1,538,840.00** |
| **Minus Agreed Upon Discount** | | | | **($149,833.30)** |
| **Minus 50% for Non-Working Travel** | | | | **($21,339.50)** |
| **GRAND TOTAL** | **2,950.00** | **$1,458,406.38** | **2,674.70** | **$1,367,667.20** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | August 5, 2022 |
| Interim or Final: | Interim |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 16 |
| Counsel | 2 |
| Associate | 11 |
| Paralegal | 1 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | August 5, 2022 |
| Interim or Final: | Interim |

2