# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | *See attached chart* | $106.80 |
| Cab / Car Service | *See attached chart* | $122.48 |
| Copies | Los Angeles Superior Court; Philadelphia Court of Common Pleas | $365.25 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $528.60 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $22,220.30 |
| Filing Fees | United States Bankruptcy Court | $35,350.00 |
| Hotel | *See attached chart* | $6,331.32 |
| Legal Research | Westlaw; Lexis | $18,594.54 |
| Meals | *See attached chart* | $2,195.45 |
| Messenger Service | Parcels, Inc.; Reliable Copy Service | $167.05 |
| Mileage | *See attached chart* | $26.79 |
| Miscellaneous | Exela Enterprise Solutions Inc. | $11.34 |
| Outside Reproduction | Reliable Copy Service; Exela Enterprise Solutions Inc. | $5,590.90 |
| Overnight Delivery | Federal Express | $608.15 |
| Parking | *See attached chart* | $472.00 |
| Photocopying (775 pages @ $.10 per page) | | $77.50 |
| Professional Services | Delaware Secretary of State | $20.00 |
| Train | *See attached chart* | $1,494.00 |
| Transcript | Reliable Copy Services – DE | $925.65 |
| **TOTAL** | | **$95,208.12** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 08/09/21 | Curb Mobility | (1) Adam Isenberg | Cab from LaGuardia airport to hotel for mediation | $50.52 |
| 08/11/21 | Curb Mobility | (3) Mark Minuti; Adam Isenberg, Jeffrey Hampton | Cab from mediation to New York train station for mediation | $20.00 |
| 08/18/21 | Curb Mobility | (3) Mark Minuti; Adam Isenberg, Jeffrey Hampton | Cab from mediation to New York train station for mediation | $18.96 |
| 08/19/21 | TLC | (1) Adam Isenberg | Cab from New York train station to hotel for mediation | $15.00 |
| 08/31/21 | TLC Cab | (5) Adam Isenberg, Jeffrey Hampton, Mark Minuti, Allen Wilen, John DiNome | Cab from mediation to New York train station for mediation | $18.00 |
| 08/08/21 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to Wilmington train station and back for mediation in New York | $8.93 |
| 08/11/21 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to Wilmington train station and back for mediation in New York | $8.93 |
| 08/31/21 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to Wilmington train station and back for mediation in New York | $8.93 |
| 08/08 – 08/11/21 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington Train Station for mediation in New York | $44.00 |
| 08/16 – 08/18/21 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington Train Station for mediation in New York | $32.00 |
| 08/16 – 08/18/21 | Nexus Parking Systems | (1) Jeffrey C. Hampton | Parking at train station for mediation in New York | $73.00 |
| 08/08 – 08/11/21 | Nexus Parking Systems | (1) Jeffrey C. Hampton | Parking at train station for mediation in New York | $109.00 |
| 08/29 – 08/31/21 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington Train Station for mediation in New York | $30.00 |
| 08/29 – 08/31/21 | Nexus Parking Systems | (1) Adam Isenberg | Parking at train station for mediation in New York | $73.00 |
| 08/29 – 08/31/21 | Nexus Parking Systems | (1) Jeffrey C. Hampton | Parking at train station for mediation in New York | $73.00 |
| 09/23/21 | Parkway Corp. – Centre Square | (1) Adam Isenberg | Parking at Philadelphia for meeting with Mediator | $38.00 |
| 08/19/21 | Delta Airlines | (1) Adam Isenberg | Plane from Bozeman to New York for mediation | $106.80 |
| 08/08 – 09/11/21 | Intercontinental New York Barclay | (1) Mark Minuti | Mediation in New York | $788.56 |
| 08/08 – 09/11/21 | Intercontinental New York Barclay | (1) Adam Isenberg | Mediation in New York | $827.48 |
| 08/08 – 09/11/21 | Intercontinental New York Barclay | (1) Jeffrey Hampton | Mediation in New York | $862.29 |

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 08/16 – 8/18/21 | Intercontinental New York Barclay | (1) Mark Minuti | Mediation in New York | $567.28 |
| 08/16 – 8/18/21 | Intercontinental New York Barclay | (1) Adam Isenberg | Mediation in New York | $592.75 |
| 08/16 – 8/18/21 | Intercontinental New York Barclay | (1) Jeffrey Hampton | Mediation in New York | $587.96 |
| 08/29 – 08/31/21 | The Gotham Hotel | (1) Mark Minuti | Mediation in New York | $732.00 |
| 08/29 – 08/30/21 | The Gotham Hotel | (1) Adam Isenberg | Mediation in New York | $597.44 |
| 08/29 – 08/31/21 | The Gotham Hotel | (1) Jeffrey Hampton | Mediation in New York | $775.56 |
| 08/08/21 | Amtrak | (1) Mark Minuti | Train from Wilmington, DE to New York, NY | $124.00 |
| 08/08/21 | Amtrak | (1) Jeffrey Hampton | Train from Philadelphia, PA to New York, NY | $123.00 |
| 08/11/21 | Amtrak | (1) Mark Minuti | Train from New York, NY to Wilmington, DE | $117.00 |
| 08/11/21 | Amtrak | (1) Jeffrey Hampton | Train from New York, NY to Philadelphia, PA | $101.00 |
| 08/16/21 | Amtrak | (1) Mark Minuti | Train from Wilmington, DE to New York, NY | $131.00 |
| 08/16/21 | Amtrak | (1) Adam Isenberg | Train from Philadelphia, PA to New York, NY | $114.00 |
| 08/16/21 | Amtrak | (1) Jeffrey Hampton | Train from New York, NY to Philadelphia, PA | $114.00 |
| 08/18/21 | Amtrak | (1) Adam Isenberg | Train from New York, NY to Philadelphia, PA | $101.00 |
| 08/18/21 | Amtrak | (1) Jeffrey Hampton | Train from New York, NY to Philadelphia, PA | $101.00 |
| 08/29/21 | Amtrak | (1) Adam Isenberg | Train from Philadelphia, PA to New York, NY | $133.00 |
| 08/31/21 | Amtrak | (1) Adam Isenberg | Train from New York to Philadelphia, PA | $101.00 |
| 08/29/21 | Amtrak | (1) Jeffrey Hampton | Train from Philadelphia, PA to New York, NY | $133.00 |
| 08/31/21 | Amtrak | (1) Jeffrey Hampton | Train from New York to Philadelphia, PA | $101.00 |
| | | **TOTAL** | | **$8,553.39** |

| MEALS DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 07/19/21 | Grub Hub / Honeygrow | (2) Jeffrey Hampton and Adam Isenberg | Lunch in office working on mediation brief | $38.67 |
| 08/08/21 | The Smith | (4) Jeffrey Hampton, Mark Minuti, Allen Wilen and John DiNome | Dinner in New York preparing for mediation | $270.91 |
| 08/09/21 | ETC Restaurant | (1) Jeffrey Hampton | Breakfast in New York for mediation | $21.63 |
| 08/09/21 | AVRA | (6) Jeffrey Hampton, Mark Minuti, Adam Isenberg, Allen Wilen, William Pederson and John DiNome | Dinner in New York during for mediation | $847.92 |
| 08/10/21 | Milk n Honey | (1) Mark Minuti | Breakfast in New York for mediation | $3.54 |
| 08/10/21 | ETC Restaurant | (1) Jeffrey Hampton | Lunch in New York for mediation | $26.43 |
| 08/16/21 | ETC Restaurant | (1) Jeffrey Hampton | Breakfast in New York for mediation | $19.64 |
| 08/17/21 | ETC Restaurant | (1) Jeffrey Hampton | Breakfast in New York for mediation | $17.69 |
| 08/17/21 | KOI New York | (6) Jeffrey Hampton, Mark Minuti, Adam Isenberg, Allen Wilen, William Pederson and John DiNome | Dinner in New York during for mediation | $696.84 |
| 08/18/21 | Milk n Honey | (1) Mark Minuti | Breakfast in New York for mediation | $6.53 |
| 08/29/21 | Connelly's E 47th | (4) Jeffrey Hampton, Adam Isenberg, Allen Wilen and J. DiNome | Dinner in New York for mediation | $189.60 |
| 08/30/21 | ETC Restaurant | (1) Jeffrey Hampton | Breakfast in New York for mediation | $24.77 |
| 08/30/21 | ETC Restaurant | (2) Jeffrey Hampton and John DiNome | Lunch in New York for mediation | $31.28 |
| | | **TOTAL** | | **$2195.45** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | August 5, 2022 |
| Interim or Final: | Interim |

4