# EXHIBIT D

## Budgets and Staffing Plans

## July 2021

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | *Expenses* | N/A | $10,000.00 |
| 3 | Asset Sale Disposition | 5 | $2,471.88 |
| 4 | Business Operations | 150 | $74,156.25 |
| 5 | Case Administration | 25 | $12,359.38 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 150 | $74,156.25 |
| 7 | Committee Matters | 10 | $4,943.75 |
| 8 | Creditor Inquiries | 5 | $2,471.88 |
| 9 | Employee Benefits and Pensions | 20 | $9,887.50 |
| 10 | Executory Contracts and Unexpired Leases | 10 | $4,943.75 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,943.75 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,471.88 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,471.88 |
| 14 | DIP Financing and Cash Collateral | 5 | $2,471.88 |
| 15 | Labor Matters | 5 | $2,471.88 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 500 | $247,187.50 |
| 17 | Non-Working Travel | 0 | $0.00 |
| 18 | Plan and Disclosure Statement | 10 | $4,943.75 |
| 19 | Preparation for and Attendance at Hearings | 15 | $7,415.63 |
| 20 | Relief from Stay and Adequate Protection | 25 | $12,359.38 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 25 | $12,359.38 |
| 23 | Utilities | 5 | $2,471.88 |
| | **Total:** | **985** | **$496,959.43** |

-2-

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 16 | $420 per hour to $1050 per hour |
| Counsel | 2 | $410 per hour to $775 per hour |
| Associate | 11 | $260 per hour to $440 per hour |
| Paralegal | 1 | $175 per hour to $380 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $125 per hour to $320 per hour |

40290143.1 08/05/2022

**August 2021**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | *Expenses* | N/A | $15,000.00 |
| 3 | Asset Sale Disposition | 5 | $2,471.88 |
| 4 | Business Operations | 150 | $74,156.25 |
| 5 | Case Administration | 25 | $12,359.38 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 250 | $123,593.75 |
| 7 | Committee Matters | 10 | $4,943.75 |
| 8 | Creditor Inquiries | 5 | $2,471.88 |
| 9 | Employee Benefits and Pensions | 20 | $9,887.50 |
| 10 | Executory Contracts and Unexpired Leases | 10 | $4,943.75 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,943.75 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $2,471.88 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,471.88 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 5 | $2,471.88 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 450 | $222,468.75 |
| 17 | Non-Working Travel | 0 | $0.00 |
| 18 | Plan and Disclosure Statement | 10 | $4,943.75 |
| 19 | Preparation for and Attendance at Hearings | 15 | $7,415.63 |
| 20 | Relief from Stay and Adequate Protection | 25 | $12,359.38 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 10 | $4,943.75 |
| 23 | Utilities | 5 | $2,471.88 |
| | **Total:** | **1015** | **$516,790.67** |

-4-

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 16 | $420 per hour to $1050 per hour |
| Counsel | 2 | $410 per hour to $775 per hour |
| Associate | 11 | $260 per hour to $440 per hour |
| Paralegal | 1 | $175 per hour to $380 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $125 per hour to $320 per hour |

-5-

## September 2021

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | *Expenses* | N/A | $15,000.00 |
| 3 | Asset Sale Disposition | 5 | $2,471.88 |
| 4 | Business Operations | 150 | $74,156.25 |
| 5 | Case Administration | 25 | $12,359.38 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 250 | $123,593.75 |
| 7 | Committee Matters | 10 | $4,943.75 |
| 8 | Creditor Inquiries | 5 | $2,471.88 |
| 9 | Employee Benefits and Pensions | 20 | $9,887.50 |
| 10 | Executory Contracts and Unexpired Leases | 10 | $4,943.75 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,943.75 |
| 12 | Fee/Employment Applications (Other Professionals) | 10 | $4,943.75 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,471.88 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 5 | $2,471.88 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 400 | $197,750.00 |
| 17 | Non-Working Travel | 0 | $0.00 |
| 18 | Plan and Disclosure Statement | 10 | $4,943.75 |
| 19 | Preparation for and Attendance at Hearings | 15 | $7,415.63 |
| 20 | Relief from Stay and Adequate Protection | 10 | $4,943.75 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 10 | $4,943.75 |
| 23 | Utilities | 0 | $0.00 |
| | **Total:** | **950** | **$484,656.28** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 16 | $420 per hour to $1050 per hour |
| Counsel | 2 | $410 per hour to $775 per hour |
| Associate | 9 | $260 per hour to $440 per hour |
| Paralegal | 1 | $175 per hour to $380 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 | $125 per hour to $320 per hour |