# EXHIBIT A

**Summary of Blended Rate**

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
|---|---|---|---|
| Senior Partners | 15 | $590.00 | $696.03 |
| Junior Partners | 5 | $470.00 | $473.26 |
| Special Counsel | 0 | $489.00 | $0.00 |
| Senior Associates | 4 | $353.00 | $341.05 |
| Junior Associates | 7 | $296.00 | $287.88 |
| Paralegal | 0 | $248.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $206.00 | $245.97 |
| **Aggregated:** | | **$467.00** | **$505.73** |

| | |
|---|---|
| Case Name: | Center City  Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | August 5, 2022 |
| Interim or Final: | Interim |

40319696.1 08/05/2022