# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Sale Disposition | 25.00 | $12,359.38 | 16.00 | $9,906.50 |
| Business Operations | 450.00 | $222,468.75 | 468.10 | $301,126.00 |
| Case Administration | 135.00 | $66,740.64 | 109.10 | $58,829.00 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 800.00 | $395,500.01 | 769.00 | $377,944.00 |
| Committee Matters | 75.00 | $37,078.14 | 40.00 | $29,110.50 |
| Creditor Inquiries | 15.00 | $7,415.64 | 2.30 | $1,111.00 |
| Employee Benefits and Pensions | 40.00 | $19,775.00 | 4.40 | $2,131.50 |
| Executory Contracts and Unexpired Leases | 30.00 | $14,831.25 | 3.20 | $992.00 |
| Fee/Employment Application (Saul Ewing) | 30.00 | $14,831.25 | 28.00 | $8,354.00 |
| Fee/Employment Applications (Objections) | 15.00 | $7,415.64 | 0.00 | $0.00 |
| Fee/Employment Applications (Other Professionals) | 30.00 | $14,831.25 | 3.70 | $1,221.50 |
| Labor Matters | 10.00 | $4,943.76 | 0.00 | $0.00 |
| Litigation: Contested Matters and Adversary Proceedings | 1,350.00 | $667,406.25 | 1,379.10 | $795,187.00 |
| Non-Working Travel | 10.00 | $4,943.76 | 0.00 | $0.00 |
| Plan and Disclosure Statement | 70.00 | $34,606.25 | 47.10 | $28,182.50 |
| Preparation for and Attendance at Hearing | 125.00 | $61,796.89 | 71.40 | $51,852.00 |
| Relief from Stay and Adequate Protection | 85.00 | $42,021.88 | 67.70 | $27,712.00 |
| UST Reports, Meetings and Issues | 27.00 | $13,348.13 | 9.80 | $2,715.00 |
| **TOTAL** | **3,322.00** | **$1,642,313.87** | **3,018.90** | **$1,696,374.50** |
| **Minus Agreed Upon Discount** | | | | **($169,637.45)** |
| **GRAND TOTAL** | **3,322.00** | **$1,642,313.87** | **3,018.90** | **$1,526,737.05** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | August 5, 2022 |
| Interim or Final: | Interim |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 15 |
| Counsel | 1 |
| Associate | 9 |
| Paralegal | 1 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | August 5, 2022 |
| Interim or Final: | Interim |

2