# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Copies | City of Philadelphia (copies of pleadings) | $19.50 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $390.00 |
| E-discovery Processing /Usage[1] | Saul Ewing Arnstein & Lehr LLP | $21,874.10 |
| Filing Fees | United States Bankruptcy Court | $350.00 |
| Legal Research | Westlaw; Lexis | $34,034.59 |
| Mileage | *See attached chart* | $43.03 |
| Outside Reproduction | Reliable Copy Service; Exela Enterprise Solutions Inc. | $627.38 |
| Overnight Delivery | Federal Express | $50.64 |
| Parking | *See attached chart* | $129.00 |
| Process Service Fee | Brandywine Process Servers; Signal Attorney Service; CER Legal Service | $785.00 |
| Professional Services | Reliable Copy Service – DE | $6,027.75 |
| Service Fee | State of New Jersey | $12.50 |
| Transcript | Reliable Copy Services – DE; Lexitas | $1,874.27 |
| **TOTAL** | | **$66,217.76** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

| \ | \ | TRAVEL DETAIL | \ | \ |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 09/13/21 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to Philadelphia and back for meeting with mediator | $43.03 |
| 09/13/21 | Parkway Corp. – Centre Square | (1) Mark Minuti | Parking in Philadelphia for meeting with Mediator | $38.00 |
| 09/13/21 | Parkway Corp. – Centre Square | (1) Adam Isenberg | Parking in Philadelphia for meeting with Mediator | $38.00 |
| 09/13/21 | Parkway Corp. – Centre Square | (1) Jeffrey C. Hampton | Parking in Philadelphia for meeting with Mediator | $38.00 |
| 11/20/21 | Parkway Corp. – Centre Square | (1) Jeffrey C. Hampton | Parking in Philadelphia for meeting picking up files for mediation | $15.00 |
| | | **TOTAL** | | **$172.03** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing Arnstein & Lehr LLP |
| Date of Application: | August 5, 2022 |
| Interim or Final: | Interim |