# EXHIBIT D

**Budgets and Staffing Plans**

40319696.1 08/05/2022

**October 2021**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | *Expenses* | N/A | $15,000.00 |
| 3 | Asset Sale Disposition | 10 | $4,943.75 |
| 4 | Business Operations | 150 | $74,156.25 |
| 5 | Case Administration | 45 | $22,246.88 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 250 | $123,593.75 |
| 7 | Committee Matters | 25 | $12,359.38 |
| 8 | Creditor Inquiries | 5 | $2,471.88 |
| 9 | Employee Benefits and Pensions | 20 | $9,887.50 |
| 10 | Executory Contracts and Unexpired Leases | 10 | $4,943.75 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,943.75 |
| 12 | Fee/Employment Applications (Other Professionals) | 10 | $4,943.75 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,471.88 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 5 | $2,471.88 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 450 | $222,468.75 |
| 17 | Non-Working Travel | 0 | $0.00 |
| 18 | Plan and Disclosure Statement | 50 | $24,718.75 |
| 19 | Preparation for and Attendance at Hearings | 25 | $12,359.38 |
| 20 | Relief from Stay and Adequate Protection | 25 | $12,359.38 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 10 | $4,943.75 |
| 23 | Utilities | 0 | $0.00 |
| | **Total:** | **1105** | **$561,284.41** |

-2-

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 15 | $420 per hour to $1050 per hour |
| Counsel | 1 | $410 per hour to $775 per hour |
| Associate | 9 | $260 per hour to $440 per hour |
| Paralegal | 1 | $175 per hour to $380 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 | $125 per hour to $320 per hour |

-3-

**November 2021**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | *Expenses* | N/A | $15,000.00 |
| 3 | Asset Sale Disposition | 10 | $4,943.75 |
| 4 | Business Operations | 150 | $74,156.25 |
| 5 | Case Administration | 45 | $22,246.88 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 275 | $135,953.13 |
| 7 | Committee Matters | 25 | $12,359.38 |
| 8 | Creditor Inquiries | 5 | $2,471.88 |
| 9 | Employee Benefits and Pensions | 10 | $4,943.75 |
| 10 | Executory Contracts and Unexpired Leases | 10 | $4,943.75 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,943.75 |
| 12 | Fee/Employment Applications (Other Professionals) | 10 | $4,943.75 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,471.88 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 5 | $2,471.88 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 600 | $296,625.00 |
| 17 | Non-Working Travel | 5 | $2,471.88 |
| 18 | Plan and Disclosure Statement | 10 | $4,943.75 |
| 19 | Preparation for and Attendance at Hearings | 75 | $37,078.13 |
| 20 | Relief from Stay and Adequate Protection | 50 | $24,718.75 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 10 | $4,943.75 |
| 23 | Utilities | 0 | $0.00 |
| | **Total:** | 1310 | $662,631.29 |

-4-

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 15 | $420 per hour to $1050 per hour |
| Counsel | 0 | $410 per hour to $775 per hour |
| Associate | 5 | $260 per hour to $440 per hour |
| Paralegal | 1 | $175 per hour to $380 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 | $125 per hour to $320 per hour |

40319696.1 08/05/2022

-5-

**December 2021**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | *Expenses* | N/A | $15,000.00 |
| 3 | Asset Sale Disposition | 5 | $2,471.88 |
| 4 | Business Operations | 150 | $74,156.25 |
| 5 | Case Administration | 45 | $22,246.88 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 275 | $135,953.13 |
| 7 | Committee Matters | 25 | $12,359.38 |
| 8 | Creditor Inquiries | 5 | $2,471.88 |
| 9 | Employee Benefits and Pensions | 10 | $4,943.75 |
| 10 | Executory Contracts and Unexpired Leases | 10 | $4,943.75 |
| 11 | Fee/Employee Applications – SEAL | 10 | $4,943.75 |
| 12 | Fee/Employment Applications (Other Professionals) | 10 | $4,943.75 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,471.88 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 0 | $0.00 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 300 | $148,312.50 |
| 17 | Non-Working Travel | 5 | $2,471.88 |
| 18 | Plan and Disclosure Statement | 10 | $4,943.75 |
| 19 | Preparation for and Attendance at Hearings | 25 | $12,359.38 |
| 20 | Relief from Stay and Adequate Protection | 10 | $4,943.75 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 7 | $3,460.63 |
| 23 | Utilities | 0 | $0.00 |
| | **Total:** | **907** | **$463,398.17** |

-6-

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 15 | $420 per hour to $1050 per hour |
| Counsel | 0 | $410 per hour to $775 per hour |
| Associate | 5 | $260 per hour to $440 per hour |
| Paralegal | 1 | $175 per hour to $380 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 | $125 per hour to $320 per hour |