**Exhibit A**

**Proposed Order**

40140966.4 08/07/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) <br> ) Case No. 19-11466 (MFW) <br> ) |
| Debtors. | ) Jointly Administered <br> ) <br> ) **Re: Docket No. _____** |

**ORDER AUTHORIZING THE DEBTORS TO FILE CERTAIN PORTIONS OF THE MEMORANDUM OF UNDERSTANDING RE GLOBAL SETTLEMENT AMONG, *INTER ALIA*, DEBTORS, DEBTORS' SUBSIDIARIES, COMMITTEE, TENET, CONIFER, MBNF PARTIES, HSRE ENTITIES AND CONA PARTIES UNDER SEAL**

Upon the motion (the "**Motion to Seal**")[2] of the Debtors for entry of an order, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), authorizing the Debtors to file certain portions of MOU and certain MOU schedules attached to the 9019 Motion under seal; and upon the record of the hearing on the Motion to Seal, if any; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Seal in this District is proper before this Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

[2] Capitalized terms used in this Order but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Seal.

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Seal having been given; and it appearing that no other or further notice of the Motion to Seal is required; and this Court having found that good and sufficient cause exists for the relief granted by this Order,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018 and Local Rule 9018-1(d), the Debtors are authorized to file the Confidential Information contained in the MOU under seal.

3. The unredacted MOU shall remain under seal and shall not be made available to anyone, except that unredacted copies shall be provided to: (a) the Court, (b) the U.S. Trustee, (c) counsel for the Mediation Parties, and (d) any other party, at the sole discretion of the Debtors.

4. Each of the parties in the preceding paragraphs receiving an unredacted copy of the MOU and its accompanying schedules shall keep the relevant information confidential.

5. To the extent any party files any responsive pleadings to the 9019 Motion, such party shall redact any and all Confidential Information from its pleadings.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.