IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket Nos. 4104 and 4123** |
| ) | |

## ORDER APPROVING STIPULATION BETWEEN DEBTORS AND AETNA, INC. REGARDING ALLOWED CLAIMS

Upon consideration of the *Stipulation between Debtors and Aetna, Inc. Regarding Allowed Claims* (the "**Stipulation**")[2] attached hereto as **Exhibit "1"**; and the Court having jurisdiction over the matters raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set forth in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. On account of, and in full satisfaction of the Asserted Claims, Aetna shall have allowed claims as follows (together, the "**Allowed Claims**"):

a. Claim 2 shall be an allowed claim against STC Pediatric in the total amount of $191.00, the entirety of which shall be a general unsecured claim.

b. Claim 3-SCHC shall be an allowed claim against SCHC Pediatric Anesthesia in the total amount of $315.00, the entirety of which shall be a general unsecured claim.

c. Claim 3-TPS V shall be an allowed claim against TPS V in the total amount of $2,147.09, the entirety of which shall be a general unsecured claim.

d. Claim 6 shall be an allowed claim against StChris Care in the total amount of $272.39, the entirety of which shall be a general unsecured claim.

e. Claim 14 shall be an allowed claim against TPS IV in the total amount of $3,633.05, the entirety of which shall be a general unsecured claim.

f. Claim 21 shall be an allowed claim against SCHC Pediatric Associates in the total amount of $12,195.51, the entirety of which shall be a general unsecured claim.

g. Claim 26 shall be an allowed claim against TPS II in the total amount of $524.31, the entirety of which shall be a general unsecured claim.

h. Claim 176 shall be an allowed claim against SCH in the total amount of $247,587.32, the entirety of which shall be a general unsecured claim.

    i. Claim 353 shall be an allowed claim against CCH in the total amount of $164,618.75, the entirety of which shall be a general unsecured claim.

  3. Other than the Allowed Claims, Aetna shall have no other allowed claims against any of the Debtors, whether filed or scheduled. In particular, upon the Stipulation Effective Date, Claim 177 against SCH and Claim 354 against CCH shall be disallowed in their entirety. Aetna shall not be entitled to any distributions from any of the Debtors, their estates or any of the Debtors' successors, other than on account of the Allowed Claims. Aetna shall not amend any previously filed claims and shall not assert any additional claims against any of the Debtors on account of pre-petition or post-petition periods.

  4. The Debtors and their claims agent are authorized to take any and all actions necessary to effectuate the Stipulation.

  5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

  6. This Order is effective immediately upon entry.

Dated: August 8th, 2022        MARY F. WALRATH
Wilmington, Delaware        UNITED STATES BANKRUPTCY JUDGE