**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 29, 2022 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**THIRTY FOURTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | April 1, 2022 – April 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $66,700.00  (80% of $83,375.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,409.70 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

8900280

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $925 | 30.2 | $27,935.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $825 | 88.6 | $73,095.00 |
| James Hirschhorn | Member, Litigation First Bar Admission: 1981 | $750 | 5.5 | $4,125.00 |
| Rachel E. Brennan | Of Counsel, Bankruptcy First Bar Admission: 2012 | $695 | 0.7 | $486.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $650 | 8.4 | $5,460.00 |
| **Total Fees at Standard Rates** | | | **133.4** | **$111,101.50** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **133.4** | **$83,375.00** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

8900280

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 80.0 | $68,570.00 |
| Asset Disposition (102) | 3.7 | $3,052.50 |
| Case Administration (104) | 2.2 | $1,797.50 |
| Claims Administration and Objections (105) | 31.1 | $25,386.50 |
| Fee/Employment Applications (107) | 6.4 | $4,160.00 |
| Fee/Employment Objections (108) | 0.7 | $455.00 |
| Financing (109) | 3.0 | $2,422.50 |
| Avoidance Action Litigation (111) | 1.2 | $902.50 |
| Plan and Disclosure Statement (113) | 2.6 | $2,145.00 |
| Relief from Stay Proceedings (114) | 0.5 | $360.00 |
| Travel (116) (Billed at 50%) | 2.0 | $1,850.00 |
| **Total Fees at Standard Rate** | **133.4** | **$111,101.50** |
| **Total Fees at $625 Blended Rate[1]** | **133.4** | **$83,375.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendor | $1,560.07 |
| Local Travel | $800.28 |
| Online Research | $49.35 |
| **TOTAL** | **$2,409.70** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

8900280

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 29, 2022 at 4:00 p.m.** |
| | **Hearing Date: TBD if objection filed** |

### THIRTY FOURTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Thirty Fourth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From April 1, 2022 Through April 30, 2022* (the "Application"), seeking allowance of $66,700.00 (80% of $83,375.00) in fees and $2,409.70 in expenses, for a total of $69,109.70.

### Background

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of

8900280

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $68,570.00;      Total Hours: 80.0

5

This category includes time spent: (a) analyzing and addressing mediation issues and reviewing documents in connection therewith; (b) preparing for and attending mediation sessions and related telephone conferences; and (c) communicating with Debtors' counsel, the Committee members and the mediator regarding the foregoing and related issues.

B.   Asset Disposition

Fees: $3,052.50;   Total Hours: 3.7

This category includes time spent analyzing issues related to the RRG transaction, including winddown issues.

C.   Case Administration

Fees: $1,797.50;   Total Hours: 2.2

This category includes time spent: (a) communicating with Debtors' counsel regarding pending matters; (b) analyzing pleadings, motions and other court documents; and (c) addressing matters of general import.

D.   Claims Administration and Objections

Fees: $25,386.50;   Total Hours: 31.1

This category includes time spent: (a) analyzing claims asserted against the Debtors' estates (including certain government assessments and potential withdrawal liability issues) and conducting related research; (b) analyzing Drexel mediation issues; and (c) communicating with Debtors' counsel and counsel for certain governmental authorities regarding the foregoing and related issues.

E.   Fee/Employment Applications

Fees: $4,160.00;   Total Hours: 6.4

This category includes time spent: (a) preparing Sills' February and March fee

applications, (b) addressing issues related to the proposed orders granting Sills' 7th and 8th interim fee applications, and (c) communicating with Debtors' counsel and the Committee's local counsel regarding the foregoing and related issues.

      F.      <u>Fee/Employment Objections</u>

          Fees: $455.00;        Total Hours: 0.7

This category includes time spent reviewing the Debtors' professionals' fee applications.

      G.      <u>Financing</u>

          Fees: $2,422.50;        Total Hours: 3.0

This category includes time spent analyzing and addressing issues related to the proposed financing to be provided by the Debtors to the Broad Street entities and reviewing related documents, including the proposed final order authorizing such financing.

      H.      <u>Avoidance Action Litigation</u>

          Fees: $902.50;        Total Hours: 1.2

This category includes time spent analyzing proposed avoidance action settlements.

      I.      <u>Plan and Disclosure Statement</u>

          Fees: $2,145.00;        Total Hours: 2.6

This category includes time spent analyzing updated plan waterfall projections.

      J.      <u>Relief from Stay Proceedings</u>

          Fees: $360.00;        Total Hours: 0.5

This category includes time spent analyzing motions/stipulations seeking stay relief and a stipulation extending the district court stay in connection with the MBNF appeal.

      K.      <u>Travel (Billed at 50%)</u>

          Fees: $1,850.00;        Total Hours: 2.0

8900280

This category includes time spent traveling to and from a mediation session.

### Conclusion

7.      Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $66,700.00 (80% of $83,375.00) as compensation, *plus* $2,409.70 for reimbursement of actual and necessary expenses, for a total of $69,109.70, and that such amount be authorized for payment.

Dated: August 8, 2022
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

8900280

## <u>VERIFICATION</u>

STATE OF NEW JERSEY     )
                                ) SS:
COUNTY OF ESSEX          )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a)     I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b)     I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d)     I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                    */s/ Andrew H. Sherman*
                    Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City | June 1, 2022 |
| Healthcare LLC d/b/a Hahnemann University Hospital | Client/Matter No. 08650118.000001 |
| c/o Conifer Health Solutions, Committee Chair | Invoice: 2021125 |
| 3560 Dallas Parkway | Billing Attorney: AHS |
| Frisco, TX  75034 | |
| | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through April 30, 2022

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 04/04/22 | BM | 101 | Attend call with MBNF mediator. | 0.60 | $495.00 |
| 04/04/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 3.20 | $2,640.00 |
| 04/05/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 04/06/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 04/07/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.10 | $1,732.50 |
| 04/08/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 04/11/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 04/11/22 | AHS | 101 | Mediation update call with counsel for Debtors. | 0.60 | $555.00 |
| 04/12/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 04/13/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 04/13/22 | AHS | 101 | Email from Committee member re: mediation and settlement process. | 0.40 | $370.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/15/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 04/15/22 | AHS | 101 | Address mediation issues. | 0.30 | $277.50 |
| 04/19/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.70 | $1,402.50 |
| 04/20/22 | BM | 101 | Attend continued MBNF mediation. | 12.40 | $10,230.00 |
| 04/20/22 | AHS | 101 | Attend continued mediation with MBNF mediation parties. | 12.40 | $11,470.00 |
| 04/21/22 | BM | 101 | Attend continued MBNF mediation. | 10.40 | $8,580.00 |
| 04/21/22 | AHS | 101 | Attend mediation session with mediation parties. | 10.40 | $9,620.00 |
| 04/22/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.60 | $2,145.00 |
| 04/22/22 | AHS | 101 | Emails re: mediation documents and emails re: same. | 0.60 | $555.00 |
| 04/25/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.40 | $1,155.00 |
| 04/27/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 04/28/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.70 | $1,402.50 |
| 04/28/22 | AHS | 101 | Review of MBNF mediation issues. | 0.40 | $370.00 |
| 04/29/22 | BM | 101 | Analysis of issues regarding MBNF mediation. | 1.10 | $907.50 |
| 04/29/22 | AHS | 101 | Initial review of mediation document as circulated. | 0.60 | $555.00 |
| | | **TASK TOTAL 101** | | **80.00** | **$68,570.00** |

**102 – ASSET DISPOSITION**

| | | | | | |
|---|---|---|---|---|---|
| 04/06/22 | BM | 102 | Analysis regarding RRG winddown issues. | 1.30 | $1,072.50 |
| 04/08/22 | BM | 102 | Analysis regarding RRG winddown issues. | 1.20 | $990.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/11/22 | BM | 102 | Analysis regarding RRG transaction and winddown issues. | 1.20 | $990.00 |
| | | **TASK TOTAL 102** | | **3.70** | **$3,052.50** |

### 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 04/05/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.70 | $577.50 |
| 04/09/22 | GAK | 104 | Review notification regarding upcoming hearing and email A. Sherman and B. Mankovetskiy regarding same. | 0.10 | $65.00 |
| 04/11/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | $412.50 |
| 04/14/22 | BM | 104 | Analysis regarding PA assessments issues. | 0.90 | $742.50 |
| | | **TASK TOTAL 104** | | **2.20** | **$1,797.50** |

### 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 04/04/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 04/05/22 | BM | 105 | Analysis regarding PA assessments and potential objections thereto. | 1.40 | $1,155.00 |
| 04/05/22 | BM | 105 | Analysis regarding withdrawal liability issues. | 1.10 | $907.50 |
| 04/05/22 | AHS | 105 | Call with counsel for Debtors re: claims asserted by Commonwealth of Pennsylvania. | 0.70 | $647.50 |
| 04/05/22 | AHS | 105 | Review of documents re: claims of Commonwealth of Pennsylvania. | 0.80 | $740.00 |
| 04/05/22 | REB | 105 | Call with Debtors re: claims issues. | 0.70 | $486.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/06/22 | BM | 105 | Analysis of issues regarding PA assessments. | 1.20 | $990.00 |
| 04/07/22 | BM | 105 | Analysis regarding HSRE claims. | 0.80 | $660.00 |
| 04/07/22 | BM | 105 | Analysis regarding objections to PA assessments. | 1.30 | $1,072.50 |
| 04/08/22 | BM | 105 | Analysis regarding proposed resolutions of claims objections. | 0.70 | $577.50 |
| 04/08/22 | BM | 105 | Analysis regarding objections to PA assessments. | 1.10 | $907.50 |
| 04/11/22 | JH | 105 | Legal research regarding PA quality assurance fee. | 0.90 | $675.00 |
| 04/11/22 | JH | 105 | Legal research regarding tax priority. | 0.90 | $675.00 |
| 04/11/22 | JH | 105 | Email B. Mankovetskiy regarding same. | 0.20 | $150.00 |
| 04/11/22 | BM | 105 | Analysis regarding PA assessments. | 1.20 | $990.00 |
| 04/12/22 | JH | 105 | Review Gardens Hospital briefs and decision. | 0.80 | $600.00 |
| 04/12/22 | JH | 105 | Review file regarding Quality Assessment Fee claims. | 0.50 | $375.00 |
| 04/12/22 | BM | 105 | Analysis regarding Commonwealth and Philadelphia claims regarding medical assistance payments. | 1.90 | $1,567.50 |
| 04/13/22 | JH | 105 | Review proofs of claim. | 0.60 | $450.00 |
| 04/13/22 | JH | 105 | Telephone conferences with A. Sherman and B. Mankovetskiy regarding issues. | 0.20 | $150.00 |
| 04/13/22 | BM | 105 | Analysis regarding Commonwealth and Philadelphia claims regarding medical assistance payments. | 1.60 | $1,320.00 |
| 04/13/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.80 | $660.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/13/22 | AHS | 105 | Address claims by Commonwealth and City re: Medicaid issues. | 0.80 | $740.00 |
| 04/15/22 | BM | 105 | Analysis regarding proposed settlements of pending claims objections. | 0.70 | $577.50 |
| 04/15/22 | GAK | 105 | Review motion to reconsider claim objection and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/18/22 | BM | 105 | Analysis of issues regarding Medicaid supplemental payment program claims. | 1.20 | $990.00 |
| 04/18/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 04/19/22 | BM | 105 | Analysis regarding PA assessments issues. | 1.10 | $907.50 |
| 04/22/22 | BM | 105 | Analysis regarding PA hospital assessment claims. | 0.90 | $742.50 |
| 04/25/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.80 | $660.00 |
| 04/25/22 | BM | 105 | Analysis regarding PA assessments issues. | 0.80 | $660.00 |
| 04/25/22 | AHS | 105 | Emails re: Drexel mediation issues. | 0.20 | $185.00 |
| 04/26/22 | JH | 105 | Prepare for and conference call with Philadelphia counsel regarding tax status of city hospital fee claim. | 1.40 | $1,050.00 |
| 04/26/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.30 | $1,072.50 |
| 04/29/22 | BM | 105 | Analysis of issues regarding Drexel mediation. | 0.60 | $495.00 |
| | | **TASK TOTAL 105** | | **31.10** | **$25,386.50** |

## 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 04/03/22 | GAK | 107 | Draft February fee application. | 2.10 | $1,365.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/05/22 | GAK | 107 | Attention to email from Debtors' counsel regarding proposed order for fee application. | 0.10 | $65.00 |
| 04/05/22 | GAK | 107 | Communications with local counsel regarding January and February fee applications. | 0.30 | $195.00 |
| 04/07/22 | GAK | 107 | Analysis of proposed order granting 7th and 8th interim fee applications. | 0.40 | $260.00 |
| 04/14/22 | GAK | 107 | Work on March fee application. | 0.70 | $455.00 |
| 04/15/22 | GAK | 107 | Work on March fee application. | 0.20 | $130.00 |
| 04/24/22 | GAK | 107 | Prepare March fee application. | 2.60 | $1,690.00 |
| | | **TASK TOTAL 107** | | **6.40** | **$4,160.00** |

## 108 – FEE/EMPLOYMENT OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 04/09/22 | GAK | 108 | Review Debtors' fee application and email A. Sherman regarding same. | 0.30 | $195.00 |
| 04/15/22 | GAK | 108 | Review EisnerAmper March fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/15/22 | GAK | 108 | Review Klehr Harrison February fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/29/22 | GAK | 108 | Review Klehr Harrison March fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/29/22 | GAK | 108 | Review Debtors OCP fee statements and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | **0.70** | **$455.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **109 – FINANCING** | | | | | |
| 04/01/22 | GAK | 109 | Review notifications regarding hearing on Debtors' to make secured term loan and email A. Sherman regarding same. | 0.30 | $195.00 |
| 04/11/22 | BM | 109 | Analysis regarding Broad Street Entities funding issues. | 1.10 | $907.50 |
| 04/15/22 | BM | 109 | Analysis regarding Broad Street funding issues. | 0.70 | $577.50 |
| 04/20/22 | BM | 109 | Analysis regarding proposed final order with respect to Broad Street financing. | 0.90 | $742.50 |
| | | **TASK TOTAL 109** | | **3.00** | **$2,422.50** |
| **111 – AVOIDANCE ACTION LITIGATION** | | | | | |
| 04/01/22 | GAK | 111 | Review Debtors' proposed preference settlement with Quantros and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/08/22 | BM | 111 | Analysis regarding proposed settlements of avoidance actions. | 0.70 | $577.50 |
| 04/09/22 | GAK | 111 | Review Debtors' proposed preference settlement with Genzyme and email A. Sherman and B. Mankovetskiy regarding same. | 0.10 | $65.00 |
| 04/15/22 | GAK | 111 | Review Debtors' proposed preference settlement. | 0.10 | $65.00 |
| 04/24/22 | GAK | 111 | Review proposed preference settlement with Shades of Green. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 8

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/29/22 | GAK | 111 | Review Debtors' proposed preference settlement with Veolia and email A. Sherman regarding same. | 0.10 | $65.00 |
|  |  | **TASK TOTAL 111** |  | **1.20** | **$902.50** |

### 113 – PLAN AND DISCLOSURE STATEMENT

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 04/01/22 | BM | 113 | Attend to issues regarding updated waterfall projections. | 1.10 | $907.50 |
| 04/05/22 | BM | 113 | Analysis regarding updated waterfall projections. | 0.70 | $577.50 |
| 04/27/22 | BM | 113 | Analysis regarding updated waterfall projections. | 0.80 | $660.00 |
|  |  | **TASK TOTAL 113** |  | **2.60** | **$2,145.00** |

### 114 – RELIEF FROM STAY PROCEEDINGS

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 04/15/22 | GAK | 114 | Review motion seeking stay relief and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/24/22 | GAK | 114 | Review proposed stipulations and related motions/orders granting stay relief and email A. Sherman regarding same. | 0.20 | $130.00 |
| 04/28/22 | BM | 114 | Attend to stipulation extending district court MBNF stay. | 0.20 | $165.00 |
|  |  | **TASK TOTAL 114** |  | **0.50** | **$360.00** |

### 116 – TRAVEL (billed at 50%)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 04/20/22 | AHS | 116 | Travel to/from mediation (2.0). | 1.00 | $925.00 |
| 04/21/22 | AHS | 116 | Travel to/from mediation (2.0). | 1.00 | $925.00 |
|  |  | **TASK TOTAL 116** |  | **2.00** | **$1,850.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 9

|  | HOURS | AMOUNT |
|---|---|---|
| **TOTAL FEES at Standard Rates** | **133.40** | **$111,101.50** |
| **TOTAL FEES at Blended Rate of $625** | **133.40** | **$83,375.00** |

### TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 80.00 | $68,570.00 |
| 102 | Asset Disposition | | 3.70 | $3,052.50 |
| 104 | Case Administration | | 2.20 | $1,797.50 |
| 105 | Claims Administration and Objections | | 31.10 | $25,386.50 |
| 107 | Fee/Employment Applications | | 6.40 | $4,160.00 |
| 108 | Fee/Employment Objections | | 0.70 | $455.00 |
| 109 | Financing | | 3.00 | $2,422.50 |
| 111 | Avoidance Action Litigation | | 1.20 | $902.50 |
| 113 | Plan and Disclosure Statement | | 2.60 | $2,145.00 |
| 114 | Relief from Stay Proceedings | | 0.50 | $360.00 |
| 116 | Travel | | 2.00 | $1,850.00 |
| | TOTAL FEES at Standard Rates | | 133.40 | $111,101.50 |
| | TOTAL FEES at Blended Rate of $625 | | 133.40 | $83,375.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 30.20 | x | $925.00 | = | $27,935.00 |
| Boris Mankovetskiy | 88.60 | x | $825.00 | = | $73,095.00 |
| James Hirschhorn | 5.50 | x | $750.00 | = | $4,125.00 |
| Rachel E. Brennan | 0.70 | x | $695.00 | = | $486.50 |
| Gregory A. Kopacz | 8.40 | x | $650.00 | = | $5,460.00 |

### DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 02/23/22 | 271 | Litigation Support Vendor (UnitedLex Inv #066964 – hosting user and volume) | $1,033.81 |
| 03/02/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 03/02/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |
| 03/02/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/02/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/02/22 | 295 | Parking (AHS mediation in NYC) | $50.00 |
| 03/03/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 03/03/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 10

| | | | |
|---|---|---|---|
| 03/03/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/03/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/03/22 | 295 | Parking (AHS mediation in NYC) | $50.00 |
| 03/22/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 03/22/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |
| 03/22/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/22/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/22/22 | 295 | Parking (AHS mediation in NYC) | $25.00 |
| 03/23/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 03/23/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |
| 03/23/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/23/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/23/22 | 295 | Parking (AHS mediation in NYC) | $25.00 |
| 03/23/22 | 296 | Tolls/Mileage (mileage – BM mediation in NYC) | $40.95 |
| 03/23/22 | 296 | Tolls/Mileage (toll – BM mediation in NYC) | $13.75 |
| 03/23/22 | 295 | Parking (BM mediation in NYC) | $72.00 |
| 04/20/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 04/20/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |
| 04/20/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 04/20/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 04/20/22 | 295 | Parking (AHS mediation in NYC) | $40.00 |
| 04/21/22 | 296 | Tolls/Mileage (mileage – BM mediation in NYC) | $40.95 |
| 04/21/22 | 296 | Tolls/Mileage (toll – BM mediation in NYC) | $13.75 |
| 04/21/22 | 295 | Parking (BM mediation in NYC) | $95.00 |
| 04/21/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 04/21/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |
| 04/21/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 04/21/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 04/21/22 | 295 | Parking (AHS mediation in NYC) | $40.00 |
| 04/25/22 | 271 | Litigation Support Vendor (UnitedLex Inv #069632 – near line storage) | $526.26 |
| 04/11/22 | 379 | Lexis-Nexis | $16.45 |
| 04/26/22 | 379 | Lexis-Nexis | $32.90 |

**TOTAL DISBURSEMENTS**                                                          **$2,409.70**

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 11

| INVOICE SUMMARY | |
| --- | --- |
| Total Fees | $83,375.00 |
| Total Disbursements | $2,409.70 |
| **TOTAL THIS INVOICE** | **$85,784.70** |

\*Total includes fees at **_Blended Rate_**.  Per Retention Application, lesser of fees at _Standard Rates_ (**$111,101.50**) and fees at _Blended Rate_ of $625 (**$83,375.00**)\*\* apply.

\*\*includes paralegal fees at standard rates, if applicable