**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTERCITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: August 30, 2022 4:00 p.m.** |
| | ) **Hearing Date: Only if objection is timely filed** |

**TWENTY-NINTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | May 1, 2022 through May 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $13,143.15 (80 % of which is $10,514.52) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $107.10 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final Application |

This is the twenty-ninth monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

|  |  | Requested |  | Approved |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees [80%]** | **Expenses [100%]** | **Fee Holdback** |
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| Application | Period | Fees | Expenses | Fees Paid | Expenses Paid | Holdback |
|---|---|---|---|---|---|---|
| Twelfth Monthly<br>Filed 2/17/2021<br>DI No. 2099 | 12/1/2020-<br>12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly<br>Filed 2/22/2021<br>DI No. 2115 | 1/1/2021-<br>1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly<br>Filed 4/12/2021<br>DI No. 2251 | 2/1/2021-<br>2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly<br>Filed 5/4/2021<br>DI No. 2613 | 3/1/2021-<br>3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly<br>Filed 8/4/2021<br>DI No. 2670 | 4/1/2021-<br>4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth Monthly<br>Filed 8/4/2021<br>DI No. 2671 | 5/1/2021-<br>5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly<br>Filed 8/4/2021<br>DI No. 2673 | 6/1/2021-<br>6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly<br>Filed 8/25/2021<br>DI No. 2745 | 7/1/2021-<br>7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |
| Twentieth Monthly<br>Filed 9/30/2021<br>DI No. 2907 | 8/1/2021-<br>8/31/2021 | $31,199.85 | $0.00 | $24,959.88 | $0.00 | $6,239.97 |
| Twenty-First Monthly<br>Filed 10/28/2021<br>DI No. 3000 | 9/1/2021-<br>9/30/2021 | $19,180.35 | $20.85 | $15,344.28 | $20.85 | $3,836.07 |
| Twenty-Second Monthly<br>Filed 12/6/2021<br>DI No. 3265 | 10/1/2021-<br>10/31/2021 | $46,190.25 | $0.00 | $36,952.20 | $0.00 | $9,238.05 |
| Twenty-Third Monthly<br>Filed 1/5/2022<br>DI No. 3409 | 11/1/2021-<br>11/30/2021 | $68,336.10 | $155.48 | $54,668.88 | $155.48 | $13,667.22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twenty-Fourth Monthly Filed 1/21/2022 DI No. 3495 | 12/1/2021-12/31/2021 | $32,212.80 | $189.03 | $25,770.24 | $189.03 | $6,442.56 |
| Twenty-Fifth Monthly Filed 3/4/2022 DI No. 3664 | 1/1/2022-1/31/2022 | $32,951.25 | $274.51 | $26,361.00 | $274.51 | $6,590.25 |
| Twenty-Sixth Monthly Filed 4/14/2022 DI No. 3862 | 2/1/2022-2/28/2022 | $29,497.95 | $170.88 | $23,598.36 | $170.88 | $5,899.59 |
| Twenty-Seventh Monthly Filed 4/29/2022 DI No. 3928 | 3/1/2022-3/31/2022 | $28,919.70 | $0.00 | $23,135.76 | $0.00 | $5,783.94 |
| Twenty-Eighth Monthly Filed 6/10/2022 DI No. 4022 | 4/1/2022-4/30/2022 | $14,316.30 | $22.89 | $11,453.04 | $22.89 | $2,863.26 |

**TIME AND COMPENSATION BREAKDOWN**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner<br>Admitted to Bar 1987 | $735.00 | 18.10 | $13,303.50 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate<br>Admitted to Bar 2005 | $350.00 | 3.20 | $1,120.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $300.00 | .60 | $180.00 |
| **TOTALS** | | | **21.90** | **$14,603.50** |
| **BLENDED RATE** | | | | **$558.14** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$1,460.35** |
| **GRAND TOTAL** | | | | **$13,143.15** |

## COMPENSATION BY PROJECT CATEGORY
## MAY 1, 2022 THROUGH MAY 31, 2022

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | CL/05 | 18.10 | $1,303.50 |
| Fee/Employment Applications | FE/07 | 0.60 | $180.00 |
| Litigation | LT/10 | 3.20 | $1,120.00 |
| **TOTAL** | | **21.90** | **$14,603.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$1,460.35** |
| **GRAND TOTAL** | | | **$13,143.15** |

PHIL1 9183949v.1

**EXPENSE SUMMARY**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---:|
| Pacer | $107.10 |
| **TOTAL** | **$107.10** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) ) ) |
| Debtors. | ) (Jointly Administered) ) |

**TWENTY-NINTH MONTHLY FEE APPLICATION OF KLEHR HARRISON
HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its twenty-ninth monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from May 1, 2022 through May 31, 2022. In support hereof, Klehr Harrison respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II. BACKGROUND

2. On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4. On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5. Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from May 1, 2022 through May 31, 2022 (the "Compensation Period"), totaling 21.90 hours of professional time.

6. Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7. The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $13,143.15. Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8. Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during the Compensation period. Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the compensation period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9. Klehr Harrison accordingly seeks allowance of the sum of $13,143.15 in fees and $107.10 in expenses, for a total of $13,250.25.

10. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $13,143.15 and reimbursement of actual and necessary expenses incurred in the sum of $107.10 for the period from May 1, 2022 through May 31, 2022; (b) payment in the total amount of $10,621.62 which represents (i) 80% of the total fees billed ($10,514.52) and (ii) 100% of the expenses incurred ($107.10) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated: August 9, 2022
Wilmington, Delaware

 /s/ Domenic E. Pacitti
Domenic E. Pacitti (DE Bar No. 3989)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: dpacitti@klehr.com

*Special Counsel to the Debtors*

PHIL1 9183949v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) ) ) |
| Debtors. | ) (Jointly Administered) ) |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1. I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2. I have read the foregoing Twenty-Ninth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from May 1, 2022 through May 31, 2022 and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3. In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

6. Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

7. None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

8. Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2022 are the rates charged to the Debtors in the Application.

9. The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2022                             */s/ Domenic E. Pacitti*
                                                                           Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



**KLEHR HARRISON HARVEY BRANZBURG**LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

June 8, 2022

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #:      469921
Client #:        19647
Matter #:         0019

For professional services through May 31, 2022:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

Claims Administration and Objections

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/02/22 | DEP | Update call with J. Hampton re: mediation | .30 | 735.00 | 220.50 |
| 5/02/22 | DEP | Call with J. DiNome re: mediation issues and response | .30 | 735.00 | 220.50 |
| 5/02/22 | DEP | Email exchange with T. Daluz re: tolling agreement extension | .20 | 735.00 | 147.00 |
| 5/02/22 | DEP | Research precedent and work on mediation issues analysis and resolution | 3.00 | 735.00 | 2,205.00 |
| 5/04/22 | DEP | Work on mediation issues analysis and resolution | 3.00 | 735.00 | 2,205.00 |
| 5/11/22 | DEP | Work on mediation issues analysis and resolution | 3.00 | 735.00 | 2,205.00 |
| 5/15/22 | DEP | Email exchange with Judge Fitzgerald re: update on status of mediation proposals | .30 | 735.00 | 220.50 |
| 5/15/22 | DEP | Email exchange with J. DiNome re:  Judge Fitzgerald and update on status of mediation proposals | .20 | 735.00 | 147.00 |
| 5/18/22 | DEP | Email exchange with S. Uhland re: non-debtor issues with Drexel Mediation | .30 | 735.00 | 220.50 |
| 5/18/22 | DEP | Email exchange with J. DiNome re: non-debtor issues with Drexel Mediation | .20 | 735.00 | 147.00 |
| 5/18/22 | DEP | Call with J. DiNome re: non-debtor issues with Drexel Mediation | .30 | 735.00 | 220.50 |
| 5/18/22 | DEP | Email exchange with Judge Fitzgerald re: mediation call | .20 | 735.00 | 147.00 |
| 5/23/22 | DEP | Call with Judge Fitzgerald re: Drexel proposal | .40 | 735.00 | 294.00 |

| | |
|---|---|
| 19647: Philadelphia Academic Health System, LLC | June 8, 2022 |
| 0019: Chapter 11 | Invoice #: 469921 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/25/22 | DEP | Mediation call with clients and Judge Fitzgerald and follow up call | .80 | 735.00 | 588.00 |
| 5/26/22 | DEP | Email exchange with Judge Fitzgerald re: her discussions with Drexel | .20 | 735.00 | 147.00 |
| 5/26/22 | DEP | Call with J. DiNome re: email exchange with Judge Fitzgerald re: her discussions with Drexel | .20 | 735.00 | 147.00 |
| 5/30/22 | DEP | Draft initial draft of 9019 motion and term sheet with Drexel | 3.50 | 735.00 | 2,572.50 |
| 5/31/22 | DEP | Calls with J. DiNome re: mediation session and related issues | .40 | 735.00 | 294.00 |
| 5/31/22 | DEP | Call with S. Uhland re: mediation session and related issues | .20 | 735.00 | 147.00 |
| 5/31/22 | DEP | Attend Zoom mediation session | .80 | 735.00 | 588.00 |
| 5/31/22 | DEP | Calls with J. DiNome re: follow up on mediation session | .30 | 735.00 | 220.50 |

**Task Total:** $ 13,303.50

### Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/26/22 | MKH | Review case docket; draft and prepare CNO re Twenty-Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2022 through March 31, 2022 for filing and efile same with Bankruptcy Court | .60 | 300.00 | 180.00 |

**Task Total:** $ 180.00

### Litigation

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/04/22 | SEV | Draft stipulation further extending discovery deadline in Sanofi Pasteur adversary proceeding and confer with defense counsel E. Meltzer | 1.10 | 350.00 | 385.00 |
| 5/10/22 | SEV | Review invoices and payment chart from Sanofi Pasteur; confer with S. Prill and E. Meltzer regarding duplicate payment | .90 | 350.00 | 315.00 |
| 5/16/22 | SEV | Review additional documents from Sanofi Pasteur and spreadsheet; confer with S. Prill regarding same | .90 | 350.00 | 315.00 |
| 5/27/22 | SEV | Correspondence to S. Prill regarding Sanofi Pasteur settlement analysis and additional documents | .20 | 350.00 | 70.00 |
| 5/31/22 | SEV | Email exchange with L. Martin regarding Beckman Coulter settlement funds | .10 | 350.00 | 35.00 |

| | |
|---|---|
| 19647: Philadelphia Academic Health System, LLC | June 8, 2022 |
| 0019: Chapter 11 | Invoice #: 469921 |

| | |
|---|---:|
| **Task Total:** | **$ 1,120.00** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 14,603.50** |
| 10% Discount | $ -1,460.35 |
| **NET PROFESSIONAL SERVICES** | **$ 13,143.15** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Pacitti, Domenic E. | Partner | 18.10 | 735.00 | 13,303.50 |
| Veghte, Sally E. | Associate | 3.20 | 350.00 | 1,120.00 |
| Hughes, Melissa K. | Paralegal | .60 | 300.00 | 180.00 |
| **TOTALS** | | **21.90** | | **$ 14,603.50** |

# EXHIBIT B

| | |
|---|---|
| 19647: Philadelphia Academic Health System, LLC | June 8, 2022 |
| 0019: Chapter 11 | Invoice #: 469921 |

**DISBURSEMENTS**

| Description | Amount |
|---|---:|
| Pacer | 107.10 |
| **TOTAL DISBURSEMENTS** | **$ 107.10** |
| **TOTAL THIS INVOICE** | **$ 13,250.25** |

| Report for klehradmin | | | | | | |
|---|---|---|---|---|---|---|
| **Client Code** | **Client** | **Matter** | **Attorney** | **Login** | **Pages** | |
| 19647-0019 | 19647 | 0019 | 0359 | dpacitti Domenic Pacitti (4215899) | 71 | 7.10 |
| 19647.0019 | 19647 | 0019 | 0359 | dpacitti Domenic Pacitti (4215899) | 181 | 18.10 |
| 19647.0019 | 19647 | 0019 | 0447 | KH4345 Mellisa Hughes (4207484) | 30 | 3.00 |
| 19647.0019 | 19647 | 0019 | 0859 | sallyveghte Sally Veghte (4215825) | 789 | 78.90 |
| | | | | | | 107.10 |