# EXHIBIT A

**SUMMARY OF BLENDED RATE**

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
| --- | --- | --- | --- |
| | | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 10 | $604.00 | $738.11 |
| Junior Partners | 2 | $494.00 | $499.87 |
| Counsel | 1 | $509.00 | $475.00 |
| Senior Associates | 4 | $363.00 | $371.22 |
| Junior Associates | 2 | $287.00 | $315.74 |
| Paralegal | 4 | $233.00 | $338.45 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $257.00 | $264.83 |
| **Aggregated:** | | **$480.00** | **$577.61** |