# EXHIBIT D

## EXPENSE SUMMARY

**Expense Summary**

**For the Period from June 1, 2022 through June 30, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (2 pages @ $.10 per page) | | $0.20 |
| E-discovery Processing /Usage | Epiq Relativity | $8,625.60 |
| Legal Research | Westlaw | $3,658.48 |
| Messenger Service | Reliable Copy Service – DE | $12.30 |
| Search Fees | City of Philadelphia | $15.00 |
| **Total** | | **$12,311.58** |

40344546.2 08/09/2022



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | | 2709208 |
| 222 N. Sepulveda Blvd. | Invoice Date | | 07/28/22 |
| Suite 900 | Client Number | | 376719 |
| El Segundo, CA 90245 | Matter Number | | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 06/26/22 | Epiq Relativity eDiscovery Costs | 8,625.60 | |
| | Total   Epiq Relativity eDiscovery Costs | | 8,625.60 |
| 06/15/22 | Photocopying | 0.20 | |
| | Total Photocopying | | 0.20 |
| 06/07/22 | Messenger Service; VENDOR: Reliable Copy Service - DE; 05/31/22; (De Lage Landen) Copying and hand delivery of notices of deposition | 6.15 | |
| 06/27/22 | Messenger Service; VENDOR: Reliable Copy Service - DE; 06/06/22; (De Lage Landen) Hand delivery to Offit Kurman | 6.15 | |
| | Total Messenger Service | | 12.30 |
| 06/10/22 | Search Fee; VENDOR: City of Philadelphia; 06/08/22; 6/7/2022 - Record Search re: Reciprocal Easement and Operating Agreement and Easement and Unity of Use Statement | 15.00 | |
| | Total Search Fees | | 15.00 |
| 06/06/22 | Westlaw Legal Research | 232.20 | |
| 06/07/22 | Westlaw Legal Research | 267.30 | |
| 06/13/22 | Westlaw Legal Research | 291.50 | |
| 06/16/22 | Westlaw Legal Research | 348.30 | |
| 06/24/22 | Westlaw Legal Research | 464.40 | |
| 06/28/22 | Westlaw Legal Research | 82.62 | |
| 06/29/22 | Westlaw Legal Research | 1,060.56 | |
| 06/29/22 | Westlaw Legal Research | 215.00 | |
| 06/30/22 | Westlaw Legal Research | 696.60 | |
| | Total Westlaw Legal Research | | 3,658.48 |
| | CURRENT EXPENSES | | 12,311.58 |

**TOTAL AMOUNT OF THIS  INVOICE**                                          12,311.58

40338893.1 08/01/2022