# Exhibit "A"

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 21, 2021 at 4:00 p.m. ET** |

**TWENTY-SIXTH MONTHLY FEE APPLICATION OF
FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD
OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Twenty-Sixth Monthly Period: | October 1, 2021 through October 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Twenty-Sixth Monthly Period: | $10,940.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Twenty-Sixth Monthly Period: | $0.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

This is a(n):   X   Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's twenty-sixth monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.14 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Sixth Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Sixth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Sixth Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Seventh Monthly [D.I. 1504] | 3/25/2020 | $7,058.40 | $113.75 | 4/17/2020 [D.I. 1585] | $7,058.40 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,969.00 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $5,398.50 | $40.80 |
| Eleventh Monthly [D.I. 1705] | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 [D.I. 1737] | $1,648.00 | $111.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,315.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $5,071.00 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $8.40 | 1/25/20 [D.I. 2048] | $6,285.00 | $8.40 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $66.03 | 2/17/21 [D.I. 2104] | $8,633.00 | $66.03 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $10,215.00 | $112.80 |
| Seventeenth Monthly ][D.I. 2143] | 3/4/21 | $10,764.50 | $10.80 | 4/20/21 [D.I. 2276] | $10,764.00 | $10.80 |
| Eighteenth Monthly [D.I. 2144] | 3/4/21 | $6,272.50 | $33.60 | 4/20/21 [D.I. 2277] | $5,018.00 | $33.60 |
| Nineteenth Monthly [D.I. 2145] | 3/4/21 | $3,996.00 | $66.03 | 4/20/21 [D.I. 2278] | $3,196.80 | $66.03 |
| Twentieth Monthly [D.I. 2284] | 4/21/21 | $6,723.50 | $51.30 | 5/17/21 [D.I. 2339] | $5,378.80 | $51.30 |
| Twenty-First Monthly [D.I. 3222] | 12/1/21 | $4,457.00 | $68.74 | Pending | Pending | Pending |
| Twenty-Second Monthly [D.I. 3223] | 12/1/21 | $8,118.50 | $8.40 | Pending | Pending | Pending |
| Twenty-Third Monthly [D.I. 3224] | 12/1/21 | $6,319.50 | $0.00 | Pending | Pending | Pending |
| Twenty-Fourth Monthly [D.I. 3225] | 12/1/21 | $6,280.50 | $8.40 | Pending | Pending | Pending |
| Twenty Fifth Monthly [D.I. 3226] | 12/1/21 | $19,061.50 | $321.20 | Pending | Pending | Pending |
| | **TOTAL:** | **$277,720.00** | **$8,388.72** | | **$230,084.00** | **$8,521.98** |

3

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Michael G. Menkowitz | Partner – Admitted to PA Bar in 1990; Joined Fox Rothschild in 1990 | $930 | 0.3 | $279.00 |
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $755.00 | 0.3 | $226.50 |
| Seth N. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $565 | 10.7 | $6,045.50 |
| Stephanie Slater | Associate – Admission to DE bar pending; Joined Fox Rothschild in 2020 | $355.00 | 5.0 | $1,775.00 |
| Robin I. Solomon | Paralegal since 1982; Joined Fox Rothschild in 1987 | $415 | 6.3 | $2,614.00 |
| **TOTALS** | | | **22.6** | **$10,940.50** |
| **Total Blended Rate** | | $484.09 | | |

4

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 11.6 | $5,450.00 |
| CA | CASE ADMINISTRATION | 3.0 | $1,804.50 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 0.1 | $35.50 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.8 | $452.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 4.7 | $2,052.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.0 | $920.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.4 | $226.00 |

128234841.1

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

*NO EXPENSE REIMBURSEMENT REQUESTED*

128234841.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[3] | Case No.: 19-11466 (MFW) |
|  | (Jointly Administered) |
| Debtors. | **Objections Due: December 21, 2021 at 4:00 p.m. ET** |

## TWENTY-SIXTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021</u>

Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), submits its Twenty-Sixth Monthly Fee Application (the "<u>Application</u>"), pursuant to sections 330(a), and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and this Court's Order Establishing Procedures for Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

128234841.1

"Interim Compensation Order")[4] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Twenty-Sixth monthly application period from October 1, 2021 through October 31, 2021 (the "Compensation Period") in the amount of $10,940.50 (the "Monthly Compensation Amount") (no expense reimbursement requested incurred during the Twenty-Sixth monthly application period. In support of this Application, Fox Rothschild respectfully represents:

### I.    Jurisdiction

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### II.    Background

3.      On July 31, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.      On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

5.     By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective nunc pro tunc to July 17, 2019 (the "Retention Order") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

## III.     Summary of Application for the Compensation Period

6.     By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

7.     During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8.     Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as Exhibit A.

9.     Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy

Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $10,940.50.

10.     Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $8,752.40 is payable to Fox Rothschild.

**A.     Summary of Services Rendered by Fox Rothschild During the Compensation Period**

11.     This Application is the Twenty-Sixth monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12.     Attached as Exhibit A are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13.     During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $415 to $930 per hour. The professional services performed by Fox Rothschild on behalf of the Committee during the Compensation Period required an aggregate expenditure of 31.4 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $484.09.

14.     The fees charged by Fox Rothschild as set forth in Exhibit A are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

15.     All entries itemized in Fox Rothschild's time records comply with the requirements set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the

number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in <u>Exhibit A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit A</u> are presented chronologically within each Task Code category.

16.    The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

   **B**.    **Actual and Necessary Expenses of Fox Rothschild**

18.    Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit A</u> are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation Period.

19.    Fox Rothschild has not incurred any expenses during the Compensation Period.

11

These charges are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

        **C.**     **The Requested Compensation Should be Allowed**

20.     The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

21.     Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

128234841.1

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.    Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.    Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.    In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

13

**D.    Reservation**

25.    To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.    Notice

26.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

## V.    Conclusion

14

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $10,940.50 (no expense reimbursement requested; (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $8,752.40 (80% of $10,940.50); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: December 1, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

128234841.1

# Exhibit "A"



# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number     2850024 |
| SILLS CUMMIS & GROSS | Invoice Date     11/02/21 |
| ONE RIVERFRONT PLAZA | Client Number     189087 |
| NEWARK, NJ 07102 | Matter Number     00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/19/21 | NIEDERMAN | AP | REVIEW CURRENT DRAFT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "COMMITTEE") AND CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | 0.8 | $452.00 |
| 10/19/21 | NIEDERMAN | AP | REVIEW CURRENT DRAFT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "COMMITTEE") AND CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | 1.0 | $565.00 |
| 10/19/21 | NIEDERMAN | AP | ATTENTION TO MOTION TO FILE UNDER SEAL RE NEW ADVERSARY ACTION TO BE FILED | 0.3 | $169.50 |
| 10/19/21 | NIEDERMAN | AP | REVIEW OF DEBTORS' AND COMMITTEE'S DEPOSITION | 0.5 | $282.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | NOTICES PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE RELATED TO THE MBNF NON-DEBTOR ENTITIES MOTION TO APPOINT A CHAPTER 11 TRUSTEE | | |
| 10/20/21 | SLATER | AP | DRAFT MOTION TO SEAL COMPLAINT; CERTIFICATION IN SUPPORT OF SEAL; AND PROPOSED ORDER | 2.3 | $816.50 |
| 10/20/21 | SOLOMON | AP | PREPARE, FILE AND COORDINATE SERVICE OF COMMITTEE RESPONSE TO RRG MOTION | 0.5 | $207.50 |
| 10/21/21 | NIEDERMAN | AP | ATTENTION TO JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF THE COMPLAINT AND MEMORANDUM OF LAW UNDER SEAL AS WELL AS THE MOTION TO ENFORCE THE STAY UNDER SEAL AND CONFER WITH CO-COUNSEL RE SAME | 0.5 | $282.50 |
| 10/21/21 | NIEDERMAN | AP | ATTENTION TO INQUIRY RE REQUIRED PLEADINGS TO BE FILED IN SUPPORT OF MOTION FOR TRO AND REVIEW LOCAL RULES RE SAME | 0.5 | $282.50 |
| 10/21/21 | SLATER | AP | REVIEW AND FINALIZE MOTION TO SEAL AND ACCOMPANYING DOCUMENTS | 1.3 | $461.50 |
| 10/22/21 | NIEDERMAN | AP | ATTENTION TO STATUS OF FILING MOTION TO ENFORCE AUTOMATIC STAY AND ADVERSARY ACTION AS WELL AS REQUEST FOR TRO AND CONFER WITH CO-COUNSEL RE SAME | 0.3 | $169.50 |
| 10/22/21 | NIEDERMAN | AP | ATTENTION TO JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF CERTAIN PLEADINGS UNDER SEAL AND SUPPORTING/ANCILLARY DOCUMENTS AND CONFER | 0.5 | $282.50 |

128375762.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | WITH CO-COUNSEL RE SAME | | |
| 10/22/21 | NIEDERMAN | AP | ATTENTION TO JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | 0.5 | $282.50 |
| 10/22/21 | SLATER | AP | REVIEW AND REVISE MOTION TO SEAL COMPLAINT, MEMORANDUM OF LAW AND MOTION TO ENFORCE AUTOMATIC STAY PER COMMENT FROM CO-COUNSEL | 0.5 | $177.50 |
| 10/23/21 | SLATER | AP | EMAIL TO M. MINUTI AND CO COUNSEL WITH DRAFTS OF MOTION TO SEAL AND ACCOMPANYING DOCUMENTATION | 0.2 | $71.00 |
| 10/24/21 | NIEDERMAN | AP | ATTENTION TO STATUS OF MOTIONS TO FILE UNDER SEAL AS WELL AS TRO COMPLAINT AND MOTION AND EDITS TO SAME | 0.5 | $282.50 |
| 10/25/21 | NIEDERMAN | AP | ATTENTION TO STATUS OF EXTENSION TO STANDSTILL AGREEMENT AND STATUS OF COMPLAINT AND MOTION FOR TRO FILING | 0.4 | $226.00 |
| 10/25/21 | NIEDERMAN | AP | ATTENTION TO EDITS TO MOTIONS TO FILE UNDER SEAL (COMPLAINT AND MEMO IN SUPPORT OF TRO) INCLUDING EDITS TO NIEDERMAN CERTIFICATION | 0.4 | $226.00 |
| 10/25/21 | SLATER | AP | REVIEW EMAILS FROM M. MINUTI WITH REQUESTED CHANGES TO MOTION TO SEAL AND ACCOMPANYING DOCUMENTS; INCORPORATE CHANGES INTO MOTIONS TO SEAL | 0.6 | $213.00 |
| 10/06/21 | NIEDERMAN | CA | REVIEW OF RESPONSE TO OBJECTION TO CLAIM . FILED BY CALL 4 HEALTH, INC., CALL 4 NURSE LLC. | 0.2 | $113.00 |
| 10/07/21 | NIEDERMAN | CA | ATTENTION TO 10/12 OMNIBUS HEARING AGENDA | 0.2 | $113.00 |
| 10/11/21 | MENKOWITZ | CA | REVIEW STATUS EMAIL FROM A. SHERMAN | 0.1 | $93.00 |
| 10/18/21 | MENKOWITZ | CA | REVIEW STATUS/STRATEGY | 0.1 | $93.00 |

128375762.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/19/21 | NIEDERMAN | CA | REVIEW OF DEBTORS' AND COMMITTEE'S FIRST SET OF INTERROGATORIES TO THE MBNF NON-DEBTOR ENTITIES RELATED TO MBNF NON-DEBTOR ENTITIES' MOTION TO APPOINT CHAPTER 11 TRUSTEE | 0.4 | $226.00 |
| 10/19/21 | NIEDERMAN | CA | REVIEW CURRENT DRAFT OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) ENFORCING THE AUTOMATIC STAY, (II) ENFORCING THE COURT'S ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF EISNERAMPER LLP, (III) AWARDING FEES, EXPENSES, AND DAMAGES, (IV) AWARDING SANCTIONS, AND (V) GRANTING RELATED RELIEF | 0.6 | $339.00 |
| 10/21/21 | NIEDERMAN | CA | REVIEW NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY CENTER CITY HEALTHCARE, LLC. HEARING SCHEDULED FOR 10/25/2021 AT 10:30 AM | 0.2 | $113.00 |
| 10/22/21 | NIEDERMAN | CA | ATTENTION TO NOTICE OF JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) ENFORCING THE AUTOMATIC STAY, (II) ENFORCING THE COURT'S ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF EISNERAMPER LLP, (III) AWARDING FEES, EXPENSES, AND DAMAGES, (IV) AWARDING SANCTIONS, AND (V) GRANTING RELATED RELIEF | 0.2 | $113.00 |
| 10/25/21 | NIEDERMAN | CA | ATTENTION TO NOTICE RE CANCELLATION OF OMNIBUS HEARING | 0.2 | $113.00 |
| 10/26/21 | NIEDERMAN | CA | ATTENTION TO UPDATED DRAFTS OF MOTIONS TO FILE UNDER SEAL | 0.2 | $113.00 |
| 10/28/21 | NIEDERMAN | CA | ATTENTION TO INQUIRY RE | 0.2 | $113.00 |

128375762.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | DECLARATION IN SUPPORT OF TRO FILING | | |
| 10/29/21 | MENKOWITZ | CA | REVIEW UPDATED EMAIL RE TRO | 0.1 | $93.00 |
| 10/29/21 | NIEDERMAN | CA | ATTENTION TO EXTENSION OF STANDSTILL AGREEMENT AND TIMING OF COMPLAINT / TRO FILING | 0.3 | $169.50 |
| 10/20/21 | SLATER | CM | EMAIL TO COMMITTEE MEMBERS WITH AGENDA FOR 10.21.21 AND MEETING MINUTES FOR 10.14.21 | 0.1 | $35.50 |
| 10/04/21 | NIEDERMAN | EC | REVIEW OF MOTION TO AUTHORIZE DEBTORS TO ENTER INTO ASSIGNMENT, ASSUMPTION AND NOVATION AGREEMENT PURSUANT TO 11 U.S.C. § 363 AND GRANTING RELATED RELIEF FILED BY CENTER CITY HEALTHCARE, LLC. | 0.3 | $169.50 |
| 10/20/21 | NIEDERMAN | EC | ATTENTION TO LIMITED RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTORS FOR ORDER (I) AUTHORIZING DEBTORS TO ENTER INTO ASSIGNMENT, ASSUMPTION AND NOVATION AGREEMENT PURSUANT TO 11 U.S.C. § 363 AND (II) GRANTING RELATED RELIEF | 0.5 | $282.50 |
| 10/04/21 | CHOVANES | FA1 | PREPARE MONTHLY FEE APPLICATION | 0.3 | $226.50 |
| 10/07/21 | SOLOMON | FA1 | PREPARE CHART OF ALL MONTHLY/INTERIM FEE APPLICATIONS FOR M. MENKOWITZ | 2.1 | $871.50 |
| 10/08/21 | SOLOMON | FA1 | UPDATE 18TH, 19TH AND 20TH MONTHLY FEE STATEMENTS | 1.1 | $456.50 |
| 10/29/21 | SOLOMON | FA1 | UPDATE OUTSTANDING MONTHLY FEE APPLICATIONS FOR FILING | 1.2 | $498.00 |
| 10/05/21 | NIEDERMAN | FA2 | ATTENTION TO TWENTY SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF | 0.2 | $113.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021 | | |
| 10/05/21 | SOLOMON | FA2 | DRAFT NOTICE/COS RE: SILLS 26TH FEE APPLICATION | 0.4 | $166.00 |
| 10/05/21 | SOLOMON | FA2 | REVIEW/REVISE SILLS 26TH FEE APPLICATION | 0.3 | $124.50 |
| 10/05/21 | SOLOMON | FA2 | FILE SILLS 26TH FEE APPLICATION AND COORDINATE SERVICE OF SAME | 0.3 | $124.50 |
| 10/14/21 | NIEDERMAN | FA2 | ATTENTION TO CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021 | 0.2 | $113.00 |
| 10/14/21 | SOLOMON | FA2 | DRAFT AND FILE CNO - SILLS 25TH MONTHLY FEE APPLICATION | 0.3 | $124.50 |
| 10/14/21 | SOLOMON | FA2 | EMAIL TO G. KOPACZ WITH FILED CNO | 0.1 | $41.50 |
| 10/28/21 | NIEDERMAN | FA2 | ATTENTION TO TWENTY SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED | 0.2 | $113.00 |
| 10/15/21 | NIEDERMAN | PC | ATTENTION TO OBJECTION TO CLAIMS DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AND REQUEST TO SEAL RE SAME | 0.4 | $226.00 |
| | | | **TOTAL** | **22.6** | **$10,940.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 11.6 | $5,450.00 |
| CA | CASE ADMINISTRATION | 3.0 | $1,804.50 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 0.1 | $35.50 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.8 | $452.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 4.7 | $2,052.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.0 | $920.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.4 | $226.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| M. G. MENKOWITZ | PARTNER | 0.3 | $930.00 | $279.00 |
| M. B. CHOVANES | PARTNER | 0.3 | $755.00 | $226.50 |
| S. A. NIEDERMAN | PARTNER | 10.7 | $565.00 | $6,045.50 |
| S. SLATER | ASSOCIATE | 5.0 | $355.00 | $1,775.00 |
| R. I. SOLOMON | PARALEGAL | 6.3 | $415.00 | $2,614.50 |
| | TOTAL | 22.6 | | $10,940.50 |

TOTAL AMOUNT OF THIS INVOICE    $10,940.50

**TOTAL BALANCE DUE UPON RECEIPT**    **$10,940.50**

128375762.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 22, 2021 at 4:00 p.m. ET** |

**NOTICE OF TWENTY-SIXTH MONTHLY FEE APPLICATION OF FOX
ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

PLEASE TAKE NOTICE THAT on December 1, 2021, Fox Rothschild LLP ("Fox
Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of
the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Twenty-Sixth
Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and
Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the
Period from October 1, 2021 through October 31, 2021 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing
Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered
August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the
Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's
Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC
Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric
Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862),
TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C.
(5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

128376551.1

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **December 22, 2021, at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [monique.disabatino@saul.com] and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffrey.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. [asherman@sillscummis.com] and Boris I. Mankovetskiy, Esq. [bmankovetskiy@sillscummis.com]) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman [sniederman@foxrothschild.com]); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its

128376551.1

Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount (the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: December 1, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: January 26, 2022 at 4:00 p.m. ET** |

## TWENTY-SEVENTH MONTHLY FEE APPLICATION OF
## FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
## NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Twenty-Seventh Monthly Period: | November 1, 2021 through November 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Twenty-Seventh Monthly Period: | $19,666.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Twenty-Seventh Monthly Period: | $78.08 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

129250988.1

This is a(n): __X__ Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's twenty-Seventh monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.14 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Seventh Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Seventh Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Seventh Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Seventh Monthly [D.I. 1504] | 3/25/2020 | $7,058.40 | $113.75 | 4/17/2020 [D.I. 1585] | $7,058.40 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,969.00 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $5,398.50 | $40.80 |
| Eleventh Monthly [D.I. | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 [D.I. | $1,648.00 | $111.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1705] | | | | 1737] | | |
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,315.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $5,071.00 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $8.40 | 1/25/20 [D.I. 2048] | $6,285.00 | $8.40 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $66.03 | 2/17/21 [D.I. 2104] | $8,633.00 | $66.03 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $10,215.00 | $112.80 |
| Seventeenth Monthly ][D.I. 2143] | 3/4/21 | $10,764.50 | $10.80 | 4/20/21 [D.I. 2276] | $10,764.00 | $10.80 |
| Eighteenth Monthly [D.I. 2144] | 3/4/21 | $6,272.50 | $33.60 | 4/20/21 [D.I. 2277] | $5,018.00 | $33.60 |
| Nineteenth Monthly [D.I. 2145] | 3/4/21 | $3,996.00 | $66.03 | 4/20/21 [D.I. 2278] | $3,196.80 | $66.03 |
| Twentieth Monthly [D.I. 2284] | 4/21/21 | $6,723.50 | $51.30 | 5/17/21 [D.I. 2339] | $5,378.80 | $51.30 |
| Twenty-First Monthly [D.I. 3222] | 12/1/21 | $4,457.00 | $68.74 | 12/28/21 [D.I. 3364] | $3,565.60 | $68.74 |
| Twenty-Second Monthly [D.I. 3223] | 12/1/21 | $8,118.50 | $8.40 | 12/28/21 [D.I. 3365] | $6,494.80 | $8.40 |
| Twenty-Third Monthly [D.I. 3224] | 12/1/21 | $6,319.50 | $78.08 | 12/28/21 [D.I. 3366] | $5,055.60 | $78.08 |
| Twenty-Fourth Monthly [D.I. 3225] | 12/1/21 | $6,280.50 | $8.40 | 12/28/21 [D.I. 3367] | $5,024.40 | $8.40 |
| Twenty Fifth Monthly [D.I. 3226] | 12/1/21 | $19,061.50 | $321.20 | 12/28/21 [D.I. 3368] | $15,249.20 | $321.20 |
| Twenty-Sixth | 12/1/21 | $10,942.50 | $0.00 | 12/28/21 | $8,754.00 | $0.00 |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| Monthly [D.I. 3227] | | | | [D.I. 3369] | | |
| | **TOTAL:** | **$288,662.50** | **$9,015.20** | | **$274,227.60** | **$9,015.20** |

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Michael G. Menkowitz | Partner – Admitted to PA Bar in 1990; Joined Fox Rothschild in 1990 | $930 | 1.5 | $1,395.00 |
| Neal J. Levitsky | Partner – Admitted to Delaware Bar in 1981; Joined Fox Rothschild in | $800 | 2.4 | $1,920.00 |
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $755 | 2.0 | $1,510.00 |
| Seth N. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $565 | 16.0 | $9,040.00 |
| Jesse Harris | Associate – Admission to PA Bar in 2017; Joined Fox Rothschild in 2017 | $405 | 8.5 | $3,442.50 |
| Robin I. Solomon | Paralegal since 1982; Joined Fox Rothschild in 1987 | $415 | 5.5 | $2,282.50 |
| Marcia L. Steen | Paralegal since 1987; Joined Fox Rothschild in 2010 | $380 | 0.2 | $76.00 |
| **TOTALS** | | | **36.1** | **$19,666.00** |
| **Total Blended Rate** | | $544.76 | | |

129250988.1

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 20.4 | $10,646.00 |
| CA | CASE ADMINISTRATION | 3.9 | $2,688.50 |
| CH | COURT HEARINGS | 1.6 | $904.00 |
| CR | CASH COLLATERAL/DIP FINANCING | 0.7 | $395.50 |
| EA1 | EMPLOYMENT APPLICATION OF FOX ROTHSCHILD LLP | 1.4 | $626.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 5.0 | $2,755.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 1.6 | $694.00 |
| MR | STAY RELIEF MATTERS | 1.4 | $900.50 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.1 | $56.50 |

129250988.1

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $78.08 |

6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: January 26, 2022 at 4:00 p.m. ET** |

**TWENTY-SEVENTH MONTHLY FEE APPLICATION OF
FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD
NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession

(the "Debtors"), submits its Twenty-Seventh Monthly Fee Application (the "Application"),

pursuant to sections 330(a), and 331 of title 11 of the United States Code (the "Bankruptcy Code"),

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2

of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court

for the District of Delaware (the "Local Rules"), and this Court's Order Establishing Procedures

for Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

129250988.1

"Interim Compensation Order")[4] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Twenty-Seventh monthly application period from November 1, 2021 through November 30, 2021 (the "Compensation Period") in the amount of $19,666.00 (the "Monthly Compensation Amount") and reimbursement of expenses for the Compensation Period in the amount of $78.08. In support of this Application, Fox Rothschild respectfully represents:

## I.      Jurisdiction

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.      Background

3.      On July 31, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.      On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

129250988.1

5.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc pro tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

III.     **Summary of Application for the Compensation Period**

6.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

7.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8.      Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as <u>Exhibit</u> <u>A</u>.

9.      Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy

Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $19,666.00.

10.     Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $15,732.80 is payable to Fox Rothschild upon the filing of a certification of no objection

**A.      Summary of Services Rendered by Fox Rothschild During the Compensation Period**

11.     This Application is the Twenty-Seventh monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12.     Attached as <u>Exhibit A</u> are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13.     During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $415 to $930 per hour. The professional services performed by Fox Rothschild on behalf of the Committee during the Compensation Period required an aggregate expenditure of 36.1 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $544.76.

14.     The fees charged by Fox Rothschild as set forth in <u>Exhibit A</u> are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

15.     All entries itemized in Fox Rothschild's time records comply with the requirements set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project

categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in <u>Exhibit A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit A</u> are presented chronologically within each Task Code category.

16.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

**B.     Actual and Necessary Expenses of Fox Rothschild**

18.     Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit A</u> are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation Period.

19.     Fox Rothschild has not incurred any expenses during the Compensation Period. These charges are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.     The Requested Compensation Should be Allowed

20.     The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

21.     Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the

12

value of such services, taking into account all relevant factors, including –

> (A) the time spent on such services;

> (B) the rates charged for such services;

> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.    Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.    Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.    In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the

13

compensation for professional services and reimbursement of expenses sought herein is warranted.

**D.      Reservation**

25.      To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

**IV.      Notice**

26.      Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

**V.      Conclusion**

14

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $19,666.00 and reimbursement of expenses in the amount of $78.08 incurred during the Compensation Period; (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $15,7320.80 (80% of $19,666.00); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: January 5, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

15

# Exhibit "A"

# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number 2882247 |
| SILLS CUMMIS & GROSS | Invoice Date 12/21/21 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/21 | MENKOWITZ | CA | REVIEW STATUS OF CASE EMAIL | 0.1 | $93.00 |
| 11/01/21 | NIEDERMAN | AP | REVIEW DEBTORS AND COMMITTEES FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE BROAD STREET ENTITIES AND PAHH | 0.4 | $226.00 |
| 11/01/21 | NIEDERMAN | CA | REVIEW DEBTORS AND COMMITTEES NOTICE OF DEPOSITION OF BROAD STREET HEALTHCARE PROPERTIES, LLC PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE | 0.4 | $226.00 |
| 11/01/21 | NIEDERMAN | FA2 | REVIEW TWENTY-SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021 | 0.2 | $113.00 |
| 11/01/21 | SOLOMON | FA2 | DRAFT NOTICE AND COS - SILLS CUMMIS 27TH MONTHLY FEE APPLICATION | 0.4 | $166.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/01/21 | SOLOMON | FA2 | REVIEW AND REVISE SILLS CUMMIS 27TH MONTHLY FEE STATEMENT | 0.5 | $207.50 |
| 11/02/21 | HARRIS | AP | CALL WITH UCC COUNSEL RE: MOTION FOR COMFORT ORDER, LIS PENDENS, AND FRAUDULENT TRANSFER ISSUES AND FOLLOW UP CALL WITH FOX TEAM RE: SAME | 0.7 | $283.50 |
| 11/02/21 | MENKOWITZ | CA | ATTEND STATUS CALL RE REAL ESTATE ISSUES | 0.7 | $651.00 |
| 11/02/21 | NIEDERMAN | AP | ATTENTION TO NOTICE OF DEPOSITION OF JOEL FREEDMAN AND CHANGE OF LOCATION TO WILMINGTON | 0.2 | $113.00 |
| 11/02/21 | NIEDERMAN | AP | ATTENTION TO 1. DEBTORS' AND COMMITTEE'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE BROAD STREET ENTITIES AND PAHH 2. DEBTORS' AND COMMITTEE'S NOTICE OF DEPOSITION OF BROAD STREET HEALTHCARE PROPERTIES, LLC PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE 3. DEBTORS' AND COMMITTEE'S NOTICE OF DEPOSITION OF BROAD STREET HEALTHCARE PROPERTIES II, LLC PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE 4. DEBTORS' AND COMMITTEE'S NOTICE OF DEPOSITION OF BROAD STREET HEALTHCARE PROPERTIES III, LLC PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE 5. DEBTORS' AND COMMITTEE'S NOTICE OF DEPOSITION OF PHILADELPHIA ACADEMIC HEALTH HOLDINGS, LLC PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE 6. NOTICE OF DEPOSITION OF JOEL FREEDMAN | 0.4 | $226.00 |
| 11/02/21 | NIEDERMAN | CR | T/C WITH CO-COUNSEL RE FINANCING MOTION AND | 0.7 | $395.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | REVIEW SAME | | |
| 11/02/21 | SOLOMON | FA2 | REVISE, PREPARE AND FILE SILLS CUMMIS 27TH MONTHLY FEE APPLICATION | 0.5 | $207.50 |
| 11/03/21 | HARRIS | AP | RESEARCH RE: PROPERTY OF THE ESTATE AND SUB CON CLAIM | 4.3 | $1,741.50 |
| 11/03/21 | MENKOWITZ | MR | REVIEW PROPERTY RELIEF FROM STAY ISSUES | 0.2 | $186.00 |
| 11/03/21 | NIEDERMAN | AP | ATTENTION TO LIS PENDENS FILING ANALYSIS | 0.4 | $226.00 |
| 11/03/21 | NIEDERMAN | AP | ATTENTION TO SUBPOENAS ISSUED TO FRONT I AND II, PALADIN, GORDON BROTHERS, KYLE SCHMIDT AND BILL BRINKMAN RE MBNF FINANCING MOTION AND CONFER WITH CO-COUNSEL RE SAME AND ATTENTION TO EDITS TO SAME | 0.6 | $339.00 |
| 11/03/21 | NIEDERMAN | PC | ATTENTION TO CERTIFICATION OF COUNSEL REGARDING (I) PROPOSED ORDER SUSTAINING DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AND (II) NO OBJECTION TO SAME | 0.1 | $56.50 |
| 11/03/21 | STEEN | AP | COMMUNICATIONS WITH S. NIEDERMAN REGARDING DISCOVERY TO BE SERVED. | 0.2 | $76.00 |
| 11/04/21 | NIEDERMAN | AP | ATTENTION TO CORRESPONDENCE WITH COUNSEL FOR MBNF ENTITIES RE NOTICED DEPOSITIONS | 0.2 | $113.00 |
| 11/05/21 | HARRIS | AP | REVIEW CASE LAW ON SUB CON AND PROPERTY OF THE ESTATE | 0.6 | $243.00 |
| 11/05/21 | MENKOWITZ | MR | REVIEW RELIEF FROM STAY ISSUES | 0.1 | $93.00 |
| 11/08/21 | HARRIS | AP | DRAFT SUMMARY EMAIL ON CASE LAW GOVERNING SUB CON AND AUTO STAY | 2.9 | $1,174.50 |
| 11/08/21 | LEVITSKY | AP | BRIEF REVIEW OF PLEADINGS RELATED TO DEBTOR AND | 0.6 | $480.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | COMMITTEE JOINT MOTION FOR STAY AND MEMORANDUM IN SUPPORT OF TRO AND PI AS TO FREEDMAN AND PHILADELPHIA ACADEMIC HEALTH | | |
| 11/08/21 | MENKOWITZ | CA | REVIEW LEGAL ISSUES AND CASE STATUS | 0.3 | $279.00 |
| 11/08/21 | NIEDERMAN | AP | ATTENTION TO STATUS OF SERVICE OF DISCOVERY AND SUBPOENAS ON MBNF ENTITIES RE FINANCING MOTION | 0.2 | $113.00 |
| 11/08/21 | NIEDERMAN | AP | ATTENTION TO STATUS OF STANDSTILL AGREEMENT AND FURTHER EXTENSION OF SAME | 0.2 | $113.00 |
| 11/08/21 | NIEDERMAN | AP | REVIEW OF RESEARCH RE SUB CON AND PROPERTY OF THE ESTATE IN CONNECTION WITH APPLICATION OF AUTOMATIC STAY ANALYSIS RELATED TO POTENTIAL FINANCING TRANSACTION | 0.3 | $169.50 |
| 11/08/21 | NIEDERMAN | AP | REVIEW AND ANALYZE DEBTORS' AND COMMITTEE'S EXPEDITED MOTION TO (A) COMPEL DISCOVERY ON MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS AND (B) TO CONTINUE HEARING ALONG WITH MOTION TO EXPEDITE SAME | 1.0 | $565.00 |
| 11/08/21 | SOLOMON | EA1 | DRAFT SUPPLEMENTAL DECLARATION OF S. NIEDERMAN ISO FOX RETENTION | 0.6 | $249.00 |
| 11/09/21 | NIEDERMAN | AP | REVIEW OF PAHH AND THE BROAD STREET ENTITIES MOTION TO (I) QUASH THE DEBTORS' AND THE CREDITORS' COMMITTEE'S NOTICE OF RULE 26 AND 30(B)(6) DEPOSITION AND | 0.6 | $339.00 |

129252665.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | SUBPOENAS AND (II) FOR ENTRY OF A PROTECTIVE ORDER LIMITING WRITTEN DISCOVERY | | |
| 11/09/21 | NIEDERMAN | AP | REVIEW OF GORDON BROTHERS REALTY SERVICES, LLC'S MOTION FOR ENTRY OF (I) AN ORDER QUASHING THE SUBPOENA SERVED BY THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OR ALTERNATIVELY, (II) A PROTECTIVE ORDER MODIFYING THE SUBPOENA | 0.4 | $226.00 |
| 11/09/21 | NIEDERMAN | AP | REVIEW JOINDER OF HSRE-PAHH I, LLC AND ITS AFFILIATES TO DEBTORS' AND COMMITTEE'S EXPEDITED MOTION TO COMPEL DISCOVERY AND TO CONTINUE HEARING (RELATED DOCUMENT(S)(3002), (3053)) FILED BY HSRE-PAHH I, LLC, HSREP VI HOLDING, LLC, PAHH BELLET MOB, LLC;, PAHH BROAD STREET MOB, LLC, PAHH ERIE STREET GARAGE, LLC, PAHH FEINSTEIN MOB, LLC, PAHH NEW COLLEGE MOB, LLC, PAHH WOOD STREET GARAGE, LLC. | 0.2 | $113.00 |
| 11/09/21 | NIEDERMAN | CA | CONFER WITH CO-COUNSEL RE LIS PENDENS / PROPERTY OF ESTATE RESEARCH | 0.2 | $113.00 |
| 11/09/21 | NIEDERMAN | EA1 | REVIEW OF SUPPLEMENTAL DECLARATION OF SETH A. NIEDERMAN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO EMPLOY AND RETAIN FOX ROTHSCHILD LLP AS COUNSEL | 0.1 | $56.50 |
| 11/09/21 | SOLOMON | EA1 | PREPARE, FILE AND SERVE SECOND SUPPLEMENTAL DECLARATION ISO RETENTION | 0.5 | $207.50 |
| 11/10/21 | LEVITSKY | AP | REVIEW PLEADINGS AS WELL AS RESPONDENTS' OBJECTIONS TO MOTION FOR EXPEDITED TREATMENT OF | 0.5 | $400.00 |

129252665.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | DEBTORS' AND COMMITTEE' EXPEDITED MOTION TO COMPEL DISCOVERY ON MOTION OF BROAD STREET AND PAHH | | |
| 11/10/21 | NIEDERMAN | AP | REVIEW OF RESPONDENTS' OBJECTION TO MOTION FOR EXPEDITED CONSIDERATION OF DEBTORS' AND COMMITTEE'S EXPEDITED MOTION TO (A) COMPEL DISCOVERY ON MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS AND (B) TO CONTINUE HEARING | 0.3 | $169.50 |
| 11/10/21 | NIEDERMAN | AP | REVIEW OF JOINDER OF TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC TO DEBTORS' AND COMMITTEE'S EXPEDITED MOTION TO COMPEL DISCOVERY AND TO CONTINUE HEARING | 0.2 | $113.00 |
| 11/10/21 | NIEDERMAN | AP | REVIEW CORRESPONDENCE TO CHAMBERS RE STATUS OF MOTION TO EXPEDITE AND UNDERLYING DISCOVERY DISPUTE RELATED TO MBNF FINANCING MOTION AND REVIEW UPDATE RE SAME | 0.2 | $113.00 |
| 11/11/21 | NIEDERMAN | AP | REVIEW OBJECTION GORDON BROTHERS REALTY SERVICES, LLC'S OPPOSITION TO (I) THE DEBTORS' AND COMMITTEES' EXPEDITED MOTION TO (A) COMPEL DISCOVERY ON MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE | 0.2 | $113.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS AND (B) TO CONTINUE HEARING, AND (II) THE MOTION FOR EXPEDITED CONSIDERATION | | |
| 11/11/21 | NIEDERMAN | CA | ATTENTION TO UPDATE ON EFFORTS TO RESOLVE DISPUTE RELATED TO DISCOVERY ISSUED BY COMMITTEE AND DEBTORS CONCERNING MBNF FINANCING MOTION AND EXPEDITED CONSIDERATION OF SAME AND REVIEW | 0.2 | $113.00 |
| 11/12/21 | LEVITSKY | AP | CONFERENCE WITH SETH NIEDERMAN DISCUSS ALL ISSUES, DENIAL OF MOTION TO EXPEDITE, POSSIBLE LIS PENDENS, MEDIATION, ARGUMENT ON FINANCING MOTION | 0.4 | $320.00 |
| 11/12/21 | NIEDERMAN | AP | REVIEW OF ORDER DENYING EXPEDITED CONSIDERATION OF DEBTORS' AND COMMITTEE'S EXPEDITED MOTION TO (A) COMPEL DISCOVER ON MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS AND (B) TO CONTINUE HEARING | 0.2 | $113.00 |
| 11/12/21 | NIEDERMAN | MR | REVIEW LIMITED OBJECTION TO THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS FILED BY CITY | 0.2 | $113.00 |

129252665.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OF PHILADELPHIA | | |
| 11/13/21 | NIEDERMAN | CA | REVIEW OF JOINDER OF HSRE-PAHH I, LLC AND ITS AFFILIATES TO OBJECTIONS TO MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS | 0.2 | $113.00 |
| 11/15/21 | NIEDERMAN | CA | ATTENTION TO MONTHLY OPERATING REPORTS FILED BY DEBTOR | 0.2 | $113.00 |
| 11/15/21 | NIEDERMAN | MR | REVIEW CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING STIPULATION REGARDING COMFORT / LIFT STAY MOTION AND DISCOVERY MOTIONS AND CONFER WITH CO-COUNSEL RE SAME | 0.3 | $169.50 |
| 11/16/21 | NIEDERMAN | AP | REVIEW AND AUTHORIZE FILING OF DEBTORS AND COMMITTEE TO RESPONDENTS' MOTION TO (I) QUASH THE DEBTORS' AND THE CREDITORS' COMMITTEE'S NOTICE OF RULE 26 AND 30(B)(6) DEPOSITION AND SUBPOENAS AND (II) FOR ENTRY OF A PROTECTIVE ORDER LIMITING WRITTEN DISCOVERY | 0.5 | $282.50 |
| 11/16/21 | NIEDERMAN | MR | ATTENTION TO CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING STIPULATION REGARDING COMFORT / LIFT STAY MOTION AND DISCOVERY MOTION | 0.2 | $113.00 |
| 11/17/21 | NIEDERMAN | CA | ATTENTION TO ORDER APPROVING STIPULATION REGARDING COMFORT / LIFT STAY MOTION AND DISCOVERY MOTIONS | 0.2 | $113.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/17/21 | NIEDERMAN | CA | REVIEW OF NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR NOVEMBER 19, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE | 0.2 | $113.00 |
| 11/17/21 | NIEDERMAN | CA | REVIEW NOTICE OF APPEARANCE. FILED BY BROAD STREET HEALTHCARE PROPERTIES II, LLC, BROAD STREET HEALTHCARE PROPERTIES III, LLC, BROAD STREET HEALTHCARE PROPERTIES, LLC, JOEL FREEDMAN, FRONT STREET HEALTHCARE PROPERTIES II, LLC, FRONT STREET HEALTHCARE PROPERTIES, LLC, PALADIN HEALTHCARE CAPITAL, LLC, PHILADELPHIA ACADEMIC HEALTH HOLDINGS LLC | 0.1 | $56.50 |
| 11/18/21 | CHOVANES | FA1 | EMAIL TO R SOLOMON RE MONTHLY FEE APPS | 0.1 | $75.50 |
| 11/18/21 | LEVITSKY | AP | EMAIL TO SETH NIEDERMAN UPDATE AND STATUS OF OMNIBUS HEARING | 0.1 | $80.00 |
| 11/18/21 | LEVITSKY | AP | REVIEW MBNF NON- DEBTOR ENTITIES OBJECTION TO TENET BUSINESS SERVICE JOINDER TO DEBTORS' AND COMMITTEE'S MOTION TO COMPEL | 0.2 | $160.00 |
| 11/18/21 | LEVITSKY | AP | REVIEW RESPONDENT'S RESPONSES TO QUESTIONS FROM OBJECTION OF DEBTOR'S AND COMMITTEE'S TO RESPONDENT'S MOTION TO QUASH DEPOSITION AND SUBPOENAS AND FOR PROTECTIVE ORDER LIMITING WRITTEN DISCOVERY | 0.2 | $160.00 |
| 11/18/21 | LEVITSKY | CA | REVIEW NOTICE OF AMENDED AGENDA FOR NOVEMBER 19 OMNIBUS HEARING | 0.2 | $160.00 |
| 11/18/21 | NIEDERMAN | AP | REVIEW OF RESPONDENTS' OBJECTION TO DEBTORS' AND COMMITTEE'S MOTION TO COMPEL DISCOVERY | 0.4 | $226.00 |
| 11/18/21 | NIEDERMAN | AP | REVIEW OF MBNF NON- DEBTOR ENTITIES' | 0.2 | $113.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OBJECTION TO TENET BUSINESS SERVICE CORPORATION'S JOINDER TO DEBTORS' AND COMMITTEE'S MOTION TO COMPEL DISCOVERY | | |
| 11/18/21 | NIEDERMAN | CA | REVIEW AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON 11/19 | 0.2 | $113.00 |
| 11/18/21 | NIEDERMAN | CA | REVIEW AND ANALYZE ORDER APPROVING STIPULATION BY AND BETWEEN DEBTORS, VICINITY ENERGY PHILADELPHIA, INC. AND HSREP VI HOLDING, LLC AND ITS AFFILIATES | 0.2 | $113.00 |
| 11/18/21 | NIEDERMAN | EA1 | REVIEW AND AUTHORIZE FILING OF THIRD SUPPLEMENTAL DECLARATION OF SETH A. NIEDERMAN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO EMPLOY AND RETAIN FOX ROTHSCHILD LLP AS COUNSEL | 0.2 | $113.00 |
| 11/18/21 | SOLOMON | FA1 | REVISE/UPDATE PENDING MONTHLY FEE APPLICATIONS | 1.2 | $498.00 |
| 11/19/21 | MENKOWITZ | CA | REVIEW STATUS EMAIL | 0.1 | $93.00 |
| 11/19/21 | NIEDERMAN | CH | ATTEND OMNIBUS HEARING | 1.6 | $904.00 |
| 11/22/21 | LEVITSKY | AP | FOLLOW-UP WITH SETH NIEDERMAN RESULTS OF OMNIBUS HEARING | 0.2 | $160.00 |
| 11/23/21 | CHOVANES | FA1 | REVIEW AND REVISE APRIL - OCTOBER MONTHLY FEE APPLICATIONS | 1.3 | $981.50 |
| 11/23/21 | SOLOMON | FA1 | TELEPHONE FROM M. CHOVANES RE: MONTHLY FEE STATEMENTS | 0.2 | $83.00 |
| 11/24/21 | CHOVANES | FA1 | REVIEW AND REVISE FEE MONTHLY FEE APPLICATIONS FOR APRIL THROUGH NOVEMBER | 0.3 | $226.50 |
| 11/24/21 | NIEDERMAN | AP | REVIEW OF JOINDER OF HSRE-PAHH I, LLC AND ITS AFFILIATES TO THE OBJECTION OF DEBTORS AND COMMITTEE TO THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) | 0.2 | $113.00 |

129252665.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS | | |
| 11/24/21 | NIEDERMAN | AP | REVIEW OF OBJECTION OF DEBTORS AND COMMITTEE TO THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS | 0.3 | $169.50 |
| 11/28/21 | NIEDERMAN | MR | REVIEW AND ANALYSIS OF DEBTORS' AND COMMITTEE'S RENEWED MOTION TO COMPEL DISCOVERY AND CONTINUE HEARING ON COMFORT / LIFT STAY MOTION | 0.4 | $226.00 |
| 11/29/21 | NIEDERMAN | AP | REVIEW OF OMNIBUS REPLY IN SUPPORT OF THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS ALONG WITH DECLARATION OF WILLIAM R. BRINKMAN IN SUPPORT OF THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM | 0.5 | $282.50 |

129252665.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS | | |
| 11/29/21 | NIEDERMAN | CA | REVIEW OF NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY CENTER CITY HEALTHCARE, LLC. HEARING SCHEDULED FOR 12/1/2021 AT 10:30 AM | 0.2 | $113.00 |
| 11/30/21 | CHOVANES | FA1 | REVIEW AND REVISE FEE APPLICATIONS FOR APRIL, MAY AND JUNE 2021 | 0.3 | $226.50 |
| 11/30/21 | NIEDERMAN | AP | REVIEW OF MBNF NON-DEBTOR ENTITIES' REPLY TO THE OBJECTION OF TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC TO THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF A COMFORT ORDER REGARDING THE AUTOMATIC STAY ALONG WITH DECLARATION OF JOEL L. FREEDMAN IN SUPPORT OF THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS | 0.5 | $282.50 |
| 11/30/21 | NIEDERMAN | AP | REVIEW OF RESPONDENTS' OBJECTION TO DEBTORS' AND COMMITTEE'S (I) RENEWED MOTION TO COMPEL DISCOVERY AND CONTINUE HEARING ON COMFORT / LIFT STAY MOTION AND (II) MOTION IN LIMINE) (RELATED DOCUMENT(S)(3177)) FILED BY BROAD STREET HEALTHCARE PROPERTIES II, LLC, BROAD STREET HEALTHCARE PROPERTIES III, LLC, BROAD STREET HEALTHCARE PROPERTIES, LLC, JOEL FREEDMAN, FRONT | 0.5 | $282.50 |

129252665.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | STREET HEALTHCARE PROPERTIES II, LLC, FRONT STREET HEALTHCARE PROPERTIES, LLC, PALADIN HEALTHCARE CAPITAL, LLC, PHILADELPHIA ACADEMIC HEALTH HOLDINGS LLC | | |
| 11/30/21 | NIEDERMAN | AP | REVIEW OF ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF DEBTORS' AND COMMITTEE'S (I) RENEWED MOTION TO COMPEL DISCOVERY AND CONTINUE HEARING ON COMFORT/LIFT STAY MOTION AND (II) MOTION IN LIMINE | 0.2 | $113.00 |
| 11/30/21 | NIEDERMAN | CA | ATTENTION TO STATUS OF 12/1 HEARING AND MATTERS SCHEDULED RE SAME | 0.2 | $113.00 |
| 11/30/21 | SOLOMON | FA1 | REVISE FOX FEE STATEMENTS (21ST THROUGH 26TH) | 1.1 | $456.50 |
| 11/30/21 | SOLOMON | FA1 | DRAFT NOTICES OF FOX MONTHLY FEE STATEMENTS | 0.5 | $207.50 |
| | | | **TOTAL** | **36.1** | **$19,666.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 20.4 | $10,646.00 |
| CA | CASE ADMINISTRATION | 3.9 | $2,688.50 |
| CH | COURT HEARINGS | 1.6 | $904.00 |
| CR | CASH COLLATERAL/DIP FINANCING | 0.7 | $395.50 |
| EA1 | EMPLOYMENT APPLICATION OF FOX ROTHSCHILD LLP | 1.4 | $626.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 5.0 | $2,755.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 1.6 | $694.00 |
| MR | STAY RELIEF MATTERS | 1.4 | $900.50 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.1 | $56.50 |

129252665.1

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| N J. LEVITSKY | PARTNER | 2.4 | $800.00 | $1,920.00 |
| M. G. MENKOWITZ | PARTNER | 1.5 | $930.00 | $1,395.00 |
| M. B. CHOVANES | PARTNER | 2.0 | $755.00 | $1,510.00 |
| S. A. NIEDERMAN | PARTNER | 16.0 | $565.00 | $9,040.00 |
| J. HARRIS | ASSOCIATE | 8.5 | $405.00 | $3,442.50 |
| R. I. SOLOMON | PARALEGAL | 5.5 | $415.00 | $2,282.50 |
| M. L. STEEN | PARALEGAL | 0.2 | $380.00 | $76.00 |
| | TOTAL | 36.1 | | $19,666.00 |

TOTAL PROFESSIONAL SERVICES     $19,666.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $78.08 |

TOTAL EXPENSES     $78.08

TOTAL AMOUNT OF THIS INVOICE     $19,744.08

129252665.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: January 26, 2022 at 4:00 p.m. ET** |

**NOTICE OF TWENTY-SEVENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

PLEASE TAKE NOTICE THAT on January 5, 2022, Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Twenty-Seventh Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2021 through November 30, 2021 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received

by the following parties by no later than **January 26, 2022, at 4:00 p.m**. (prevailing Eastern

time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North

Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO

[allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr

LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq.

[mark.minuti@saul.com] and  Monique B. DiSabatino, Esq. [monique.disabatino@saul.com]

and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq.

[jeffrey.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c)

Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza,

Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. [asherman@sillscummis.com] and Boris I.

Mankovetskiy, Esq. [bmankovetskiy@sillscummis.com]) and Fox Rothschild LLP, 919 N.

Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman

[sniederman@foxrothschild.com]); (d) the Office of the United States Trustee, District of

Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin

A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (e) Counsel to the DIP Agent,

Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA

19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West

Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.

[jpolesky@stradley.com]).

      PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation

Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served

with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO")

129330018.1

with the Court with respect to the unopposed portion of the fees and expenses requested in its

Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay

Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and

100 percent of the expenses requested in the applicable Monthly Fee Application (the

"Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and

remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount

(the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii)

80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: January 5, 2022         **FOX ROTHSCHILD LLP**

                                       */s/ Seth A. Niederman*
                                       Seth A. Niederman (DE No. 4588)
                                       919 North Market Street, Suite 300
                                       Wilmington, DE  19899-2323
                                       Telephone:  (302) 654-7444
                                       Facsimile:  (302) 656-8920
                                       E-mail: sniederman@foxrothschild.com

                                       *Counsel to the Official Committee of*
                                       *Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that on January 5, 2022 a true and correct copy of the

*Twenty-Seventh Monthly Application of Fox Rothschild LLP. for Allowance of Compensation for*

*Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of*

*Unsecured Creditors for the Period November 1, 2021 through November 30, 2021* was served by

First Class Mail to the parties on the attached service list.


Dated: January 5, 2022            **FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

129330619.1

**Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>230 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: February 2, 2022 at 4:00 p.m. ET** |

## TWENTY-EIGHTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Twenty-Eighth Monthly Period: | December 1, 2021 through December 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Twenty-Eighth Monthly Period: | $8,940.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Twenty-Eighth Monthly Period: | $9.36 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

This is a(n):  X  Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's twenty-eighth monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.14 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Eighth Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Eighth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Eighth Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Eighth Monthly [D.I. 1504] | 3/25/2020 | $7,058.40 | $113.75 | 4/17/2020 [D.I. 1585] | $7,058.40 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,969.00 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $5,398.50 | $40.80 |
| Eleventh Monthly [D.I. | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 [D.I. | $1,648.00 | $111.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1705] | | | | 1737] | | |
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,315.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $5,071.00 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $8.40 | 1/25/20 [D.I. 2048] | $6,285.00 | $8.40 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $66.03 | 2/17/21 [D.I. 2104] | $8,633.00 | $66.03 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $10,215.00 | $112.80 |
| Seventeenth Monthly ][D.I. 2143] | 3/4/21 | $10,764.50 | $10.80 | 4/20/21 [D.I. 2276] | $10,764.00 | $10.80 |
| Eighteenth Monthly [D.I. 2144] | 3/4/21 | $6,272.50 | $33.60 | 4/20/21 [D.I. 2277] | $5,018.00 | $33.60 |
| Nineteenth Monthly [D.I. 2145] | 3/4/21 | $3,996.00 | $66.03 | 4/20/21 [D.I. 2278] | $3,196.80 | $66.03 |
| Twentieth Monthly [D.I. 2284] | 4/21/21 | $6,723.50 | $51.30 | 5/17/21 [D.I. 2339] | $5,378.80 | $51.30 |
| Twenty-First Monthly [D.I. 3222] | 12/1/21 | $4,457.00 | $68.74 | 12/28/21 [D.I. 3364] | $3,565.60 | $68.74 |
| Twenty-Second Monthly [D.I. 3223] | 12/1/21 | $8,118.50 | $8.40 | 12/28/21 [D.I. 3365] | $6,494.80 | $8.40 |
| Twenty-Third Monthly [D.I. 3224] | 12/1/21 | $6,319.50 | $78.08 | 12/28/21 [D.I. 3366] | $5,055.60 | $78.08 |
| Twenty-Fourth Monthly [D.I. 3225] | 12/1/21 | $6,280.50 | $8.40 | 12/28/21 [D.I. 3367] | $5,024.40 | $8.40 |
| Twenty Fifth Monthly [D.I. 3226] | 12/1/21 | $19,061.50 | $321.20 | 12/28/21 [D.I. 3368] | $15,249.20 | $321.20 |
| | | | | | | |

3

| Twenty-Sixth Monthly [D.I. 3227] | 12/1/21 | $10,940.50 | $0.00 | 12/28/21 [D.I. 3369] | $8,754.00 | $0.00 |
|---|---|---|---|---|---|---|
| Twenty-Seventh Monthly [D.I. 3407] | 1/5/22 | $19,666.00 | $78.08 | Pending (objections due 1/26/22) | Pending | Pending |
| | **TOTAL:** | **$308,326.50** | **$9,093.28** | | **$274,227.60** | **$9,015.20** |

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Michael G. Menkowitz | Partner – Admitted to PA Bar in 1990; Joined Fox Rothschild in 1990 | $930 | 0.1 | $93.00 |
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $765 | 1.0 | $765.00 |
| Seth N. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $570 | 9.3 | $5,301.00 |
| Robin I. Solomon | Paralegal since 1982; Joined Fox Rothschild in 1987 | $415 | 6.1 | $2,531.50 |
| Shavone Green | Paralegal since 2016; Joined Fox Rothschild in 2021 | $250 | 1.0 | $250.00 |
| **TOTALS** | | | **17.5`** | **$8,940.50** |
| **Total Blended Rate** | | $510.89 | | |

4

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 0.3 | $171.00 |
| BO | BUSINESS OPERATIONS | 0.6 | $420.00 |
| CA | CASE ADMINISTRATION | 1.7 | $685.00 |
| CH | COURT HEARINGS | 4.8 | $2,736.00 |
| FA1 | FEE APPLICATION OF  FOX ROTHSCHILD LLP | 5.6 | $2,627.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.5 | $1,161.50 |
| MR | STAY RELIEF MATTERS | 2.0 | $1,140.00 |

129542983.1

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| Description | Amount |
| --- | --- |
| POSTAGE CHARGES | $9.36 |

6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 2, 2022 at 4:00 p.m. ET** |

## TWENTY-EIGHTH MONTHLY FEE APPLICATION OF
## FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
## EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS FOR THE PERIOD
## <u>DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021</u>

Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of

Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession

(the "<u>Debtors</u>"), submits its Twenty-Eighth Monthly Fee Application (the "<u>Application</u>"), pursuant

to sections 330(a), and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "<u>Local Rules</u>"), and this Court's Order Establishing Procedures for

Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

129542983.1

"Interim Compensation Order")[4] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the twenty-eighth monthly application period from December 1, 2021 through December 31, 2021 (the "Compensation Period") in the amount of $8,940.50 (the "Monthly Compensation Amount") and reimbursement of expenses for the Compensation Period in the amount of $9.36. In support of this Application, Fox Rothschild respectfully represents:

## I.      Jurisdiction

1.       This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.       Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.      Background

3.       On July 31, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.       On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

---

[4] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

129542983.1

5.     By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective nunc pro tunc to July 17, 2019 (the "Retention Order") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

## III.     Summary of Application for the Compensation Period

6.     By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

7.     During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8.     Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as Exhibit A.

9.     Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy

Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The

firm's total fees sought for the Compensation Period are $8,940.50.

10. Pursuant to the Interim Compensation Order, absent an objection to the

Application, 80% of the firm's fees, or $7,152.40 is payable to Fox Rothschild upon the filing of

a certification of no objection

### A. Summary of Services Rendered by Fox Rothschild During the Compensation Period

11. This Application is the Twenty-Eighth monthly fee application for Interim

Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox

Rothschild provided the professional services that are described in this Application and set forth

in the attached time records.

12. Attached as Exhibit A are Fox Rothschild's itemized time records for professionals

and paraprofessionals performing services for the Committee during the Compensation Period.

13. During the Compensation Period, Fox Rothschild billed the Committee for time

expended by attorneys and paraprofessionals based on hourly rates ranging from $250 to $930 per

hour. The professional services performed by Fox Rothschild on behalf of the Committee during

the Compensation Period required an aggregate expenditure of 17.5 recorded hours by Fox

Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for

services provided during the Compensation Period is $510.89.

14. The fees charged by Fox Rothschild as set forth in Exhibit A are billed in

accordance with Fox Rothschild's existing billing rates and procedures in effect during the

Compensation Period.

15. All entries itemized in Fox Rothschild's time records comply with the requirements

set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project

categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-first of an hour) spent by each individual providing the services. Each project category in <u>Exhibit A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period, but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit A</u> are presented chronologically within each Task Code category.

16.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

B.     **Actual and Necessary Expenses of Fox Rothschild**

18.     Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit A</u> are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation Period.

19.     Fox Rothschild has not incurred any expenses during the Compensation Period. These charges are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.     The Requested Compensation Should be Allowed

20.     The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

21.     Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the

129542983.1

value of such services, taking into account all relevant factors, including –

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the

13

129542983.1

compensation for professional services and reimbursement of expenses sought herein is warranted.

### D.      Reservation

25.      To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.      Notice

26.      Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

129542983.1

## V.     Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $8,940.50 and reimbursement of expenses in the amount of $9.36 incurred during the Compensation Period; (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $7,161.76 (80% of $8,940.50 plus 100% of costs in the amount of $9.36); and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: January 13, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

# Exhibit "A"

# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number 2886247 |
| SILLS CUMMIS & GROSS | Invoice Date 01/05/22 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/21:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/18/21 | GREEN | CA | PREPARE SUPPLEMENTAL DISCLOSURE | 0.5 | $125.00 |
| 11/19/21 | GREEN | CA | PREPARE, FILE AND SERVE THIRD SUPPLEMENTAL DECLARATION. | 0.5 | $125.00 |
| 12/01/21 | CHOVANES | FA1 | REVIEW AND REVISE FEE APPLICATIONS FROM AUGUST, SEPTEMBER AND OCTOBER | 0.3 | $229.50 |
| 12/01/21 | MENKOWITZ | CA | REVIEW STATUS EMAIL | 0.1 | $93.00 |
| 12/01/21 | NIEDERMAN | CA | REVIEW AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING AND SECOND NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING | 0.2 | $114.00 |
| 12/01/21 | NIEDERMAN | CH | ATTEND OMNIBUS HEARING | 4.8 | $2,736.00 |
| 12/01/21 | NIEDERMAN | FA1 | REVIEW AND ATTENTION TO FILING OF FOX TWENTY-SIXTH MONTHLY FEE APPLICATION, FOX TWENTY-FIFTH MONTHLY FEE APPLICATION, FOX TWENTY-FOURTH MONTHLY FEE APPLICATION, FOX TWENTY-THIRD MONTHLY FEE APPLICATION, FOX TWENTY-SECOND MONTHLY FEE APPLICATION, FOX TWENTY-FIRST MONTHLY FEE APPLICATION | 0.4 | $228.00 |
| 12/01/21 | NIEDERMAN | MR | REVIEW OF REVISED | 0.2 | $114.00 |

129316748.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | DECLARATION OF JOEL L. FREEDMAN IN SUPPORT OF THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS | | |
| 12/01/21 | NIEDERMAN | MR | REVIEW OF DEBTORS' AND COMMITTEE'S EXHIBIT LIST FOR THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS FOR THE DECEMBER 1, 2021 | 0.2 | $114.00 |
| 12/01/21 | NIEDERMAN | MR | REVIEW OF DECLARATION OF ALLEN WILEN IN OPPOSITION TO THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS | 0.2 | $114.00 |
| 12/01/21 | SOLOMON | FA1 | REVISE, PREPARE AND FILE FOX MONTHLY FEE APPLICATIONS (APRIL THROUGH OCTOBER) AND COORDINATE SERVICE OF SAME | 2.5 | $1,037.50 |
| 12/03/21 | NIEDERMAN | FA2 | WORK ON CERTS OF NO OBJECTION FOR AUGUST AND SEPTEMBER SILLS CUMMIS FEE APPLICATIONS | 0.2 | $114.00 |
| 12/06/21 | NIEDERMAN | FA2 | REVIEW OF TWENTY EIGHTH | 0.2 | $114.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021 | | |
| 12/06/21 | NIEDERMAN | FA2 | REVIEW AND COORDINATE FILING OF CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021 AND CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPT EMBER 30, 2021 | 0.2 | $114.00 |
| 12/06/21 | NIEDERMAN | MR | REVIEW CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER DENYING THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS | 0.3 | $171.00 |

129316748.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | ALONG WITH ORDER DENYING SAME | | |
| 12/06/21 | SOLOMON | FA2 | DRAFT/FILE CNOS - SILLS 26TH/27TH FEE APPLICATIONS | 0.5 | $207.50 |
| 12/06/21 | SOLOMON | FA2 | DRAFT NOTICE OF SILLS 28TH FEE APPLICATION | 0.2 | $83.00 |
| 12/06/21 | SOLOMON | FA2 | REVIEW, REVISE AND FILE SILLS 28TH FEE APPLICATION | 0.5 | $207.50 |
| 12/06/21 | SOLOMON | FA2 | DRAFT COS-SILLS 28TH FEE APPLICATION | 0.2 | $83.00 |
| 12/07/21 | NIEDERMAN | MR | REVIEW OF ORDER DENYING THE DEBTORS' AND COMMITTEE'S (I) RENEWED MOTION TO COMPEL DISCOVERY AND CONTINUE HEARING ON COMFORT/LIFT STAY MOTION AND (II) MOTION IN LIMINE | 0.2 | $114.00 |
| 12/09/21 | NIEDERMAN | AP | RECEIVE AND REVIEW OF NOTICES RE ADVERSARY SETTLEMENTS | 0.1 | $57.00 |
| 12/10/21 | CHOVANES | BO | REVIEW NOTICE OF FILING OF OPERATING REPORTS AND NOTICES RE SETTLEMENT OF PREFERENCE ACTIONS | 0.4 | $306.00 |
| 12/10/21 | NIEDERMAN | AP | REVIEW OF DOCKETS RE STATUS | 0.2 | $114.00 |
| 12/10/21 | NIEDERMAN | BO | BRIEF REVIEW OF MONTHLY OPERATING REPORTS | 0.2 | $114.00 |
| 12/10/21 | NIEDERMAN | CA | CONFER WITH CO-COUNSEL RE ADVERSITY TO DREXEL AND POTENTIAL ADDITIONAL DISCOVERY | 0.2 | $114.00 |
| 12/14/21 | CHOVANES | FA1 | EMAIL TO R SOLOMON RE HAHNEMAN FEE APPLICATION FOR NOVEMBER | 0.2 | $153.00 |
| 12/14/21 | NIEDERMAN | MR | REVIEW OF DRAFT CORRESPONDENCE TO BROAD STREET ENTITIES RE COURT RULING ON STAY MOTION AND DEMAND TO WITHDRAW MORTGAGES | 0.3 | $171.00 |
| 12/15/21 | NIEDERMAN | MR | REVIEW OF CORRESPONDENCE FROM COMMITTEE RE BROAD STREET ENTITY MORTGAGES AND DEMAND THAT THEY BE WITHDRAWN | 0.3 | $171.00 |
| 12/16/21 | NIEDERMAN | CA | REVIEW OF •NOTICE OF | 0.2 | $114.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AGENDA FOR HEARING SCHEDULED FOR DECEMBER 21, 2021 AT 10:30 A.M. | | |
| 12/21/21 | NIEDERMAN | MR | REVIEW APPEAL NOTICE RE ORDER DENYING THE MOTION OF THE BROAD STREET ENTITIES AND PAHH FOR ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THEIR ASSETS OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY FOR THEM TO SELL, TRANSFER, OR OTHERWISE ENCUMBER SUCH ASSETS ALONG WITH RELATED PLEADINGS AND NOTICES | 0.3 | $171.00 |
| 12/27/21 | NIEDERMAN | FA1 | WORK ON CERTIFICATIONS OF NO OBJECTION RELATED TO FOX FEE APPLICATIONS | 0.2 | $114.00 |
| 12/27/21 | SOLOMON | FA1 | DRAFT CNOS - FOX MONTHLY FEE STATEMENTS (21 THROUGH 26) | 0.8 | $332.00 |
| 12/28/21 | CHOVANES | FA1 | EMAIL TO R SOLOMON RE NOVEMBER MONTHLY FEE APPLICATION | 0.1 | $76.50 |
| 12/28/21 | NIEDERMAN | FA2 | ATTENTION TO CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY EIGHTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021 | 0.2 | $114.00 |
| 12/28/21 | SOLOMON | FA1 | REVISE, PREPARE AND FILE CNOS (FOX FEE APPLICATIONS 21-26) | 1.1 | $456.50 |
| 12/28/21 | SOLOMON | FA2 | DRAFT AND FILE CNO - SILLS 28TH FEE APPLICATION | 0.3 | $124.50 |
| | | | **TOTAL** | **17.5** | **$8,940.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 0.3 | $171.00 |
| BO | BUSINESS OPERATIONS | 0.6 | $420.00 |
| CA | CASE ADMINISTRATION | 1.7 | $685.00 |
| CH | COURT HEARINGS | 4.8 | $2,736.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 5.6 | $2,627.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.5 | $1,161.50 |
| MR | STAY RELIEF MATTERS | 2.0 | $1,140.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| M. G. MENKOWITZ | PARTNER | 0.1 | $930.00 | $93.00 |
| M. B. CHOVANES | PARTNER | 1.0 | $765.00 | $765.00 |
| S. A. NIEDERMAN | PARTNER | 9.3 | $570.00 | $5,301.00 |
| S. GREEN | PARALEGAL | 1.0 | $250.00 | $250.00 |
| R. I. SOLOMON | PARALEGAL | 6.1 | $415.00 | $2,531.50 |
| | TOTAL | 17.5 | | $8,940.50 |

TOTAL PROFESSIONAL SERVICES    $8,940.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|--------|
| POSTAGE CHARGES | $9.36 |

TOTAL EXPENSES    $9.36

TOTAL AMOUNT OF THIS INVOICE    $8,949.86

129316748.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: February 2, 2022 at 4:00 p.m. ET** |

**NOTICE OF TWENTY-EIGHTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021</u>**

PLEASE TAKE NOTICE THAT on January 13, 2022, Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Twenty-Eighth Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2021 through December 31, 2021 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received

by the following parties by no later than **February 2, 2022, at 4:00 p.m**. (prevailing Eastern

time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North

Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO

[allen.wilen@americanacademic.com]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr

LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq.

[mark.minuti@saul.com] and  Monique B. DiSabatino, Esq. [monique.disabatino@saul.com]

and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq.

[jeffrey.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c)

Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza,

Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. [asherman@sillscummis.com] and Boris I.

Mankovetskiy, Esq. [bmankovetskiy@sillscummis.com]) and Fox Rothschild LLP, 919 N.

Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman

[sniederman@foxrothschild.com]); (d) the Office of the United States Trustee, District of

Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin

A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (e) Counsel to the DIP Agent,

Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA

19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West

Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.

[jpolesky@stradley.com]).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation

Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served

with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO")

2

with the Court with respect to the unopposed portion of the fees and expenses requested in its

Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay

Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and

100 percent of the expenses requested in the applicable Monthly Fee Application (the

"Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and

remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount

(the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii)

80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: January 13, 2022        **FOX ROTHSCHILD LLP**

         */s/ Seth A. Niederman*
         Seth A. Niederman (DE No. 4588)
         919 North Market Street, Suite 300
         Wilmington, DE  19899-2323
         Telephone:  (302) 654-7444
         Facsimile:  (302) 656-8920
         E-mail: sniederman@foxrothschild.com

         *Counsel to the Official Committee of*
         *Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (KG) |
|  | (Jointly Administered) |
| Debtors. |  |

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that on January 13, 2022 a true and correct copy of the *Twenty-Eighth Monthly Application of Fox Rothschild LLP. for Allowance of Compensation for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2021 through December 31, 2021* was served by First Class Mail to the parties on the attached service list.

Dated: January 13, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>230 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |

129554470.1