IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: August 30, 2022 at 4:00 p.m. ET**<br>**Hearing: September 22, 2022 at 10:30 a.m. ET** |

**NOTICE OF TENTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2021 THROUGH DECEMBER 31, 2021**

PLEASE TAKE NOTICE THAT on August 9, 2022, Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Ninth Interim Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2021 through December 31, 2021 (the "Application").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

136387093.1

2

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and filed by no later than **August 30, 2022 at 4:00 p.m.** (prevailing Eastern time) (the "Objection Deadline") and served on following parties: (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO [ allen.wilen@americanacademic.com ]); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [ mark.minuti@saul.com ] and Monique B. DiSabatino, Esq. [ monique.disabatino@saul.com ) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [ jeffrey.hampton@saul.com ] and Adam H. Isenberg, Esq. [ adam.isenberg@saul.com ]); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. [ asherman@sillscummis.com ] and Boris I. Mankovetskiy, Esq. [ bmankovetskiy@sillscummis.com ]) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman [ sniederman@foxrothschild.com ]); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [ benjamin.a.hackman@usdoj.gov ]); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [ gsantamour@stradley.com]

136387093.1

3

) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [ jpolesky@stradley.com ]).

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Application will be held on **September 22, 2022 at 10:30 a.m. ET** before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF BY THIS APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: August 9, 2022 | **FOX ROTHSCHILD LLP** |
| | */s/ Seth A. Niederman*<br>Seth A. Niederman (No. 4588)<br>919 North Market Street, Suite 300<br>Wilmington, DE  19899-2323<br>Telephone:  (302) 654-7444<br>Facsimile:  (302) 656-8920<br>E-mail: sniederman@foxrothschild.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |

3

136387093.1