IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Objection Deadline: September 1, 2022 at 4:00 p.m.**<br>**Hearing Date: September 22, 2022 at 10:30 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 18, 2022, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, filed the *Motion of Debtors for Approval of Settlement of Claims against Wayne Moving and Storage of New Jersey, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "**Motion**") with the Court.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before **September 1, 2022 at 4:00 p.m. (ET)** and served upon the undersigned counsel for the Debtors. Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **September 22, 2022 at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath, Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

|  |  |
|---|---|
| Dated: August 18, 2022 | **SAUL EWING ARNSTEIN & LEHR LLP** |
|  | */s/ Monique B. DiSabatino* |
|  | Mark Minuti (DE Bar No. 2659) |
|  | Monique B. DiSabatino (DE Bar No. 6027) |
|  | 1201 N. Market Street, Suite 2300 |
|  | P.O. Box 1266 |
|  | Wilmington, DE  19899 |
|  | Telephone: (302) 421-6800 |
|  | mark.minuti@saul.com |
|  | monique.disabatino@saul.com |
|  | -and- |
|  | Jeffrey C. Hampton |
|  | Adam H. Isenberg |
|  | A. Mayer Kohn |
|  | Centre Square West |
|  | 1500 Market Street, 38th Floor |
|  | Philadelphia, PA 19102 |
|  | Telephone: (215) 972-7777 |
|  | jeffrey.hampton@saul.com |
|  | adam.isenberg@saul.com |
|  | mayer.kohn@saul.com |
|  | *Counsel for Debtors and Debtors in Possession* |