IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Objection Deadline: September 2, 2022 at 4:00 p.m.** |
| | ) Hearing Date: To be determined (if necessary) |
| | ) Related to Docket Nos. 4066 and 4093 |

### NOTICE OF STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIMS ASSERTED BY LILIANA E. RIVERA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JEZABELLE NGUYEN, AND JOHN THANH NGUYEN

PLEASE TAKE NOTICE that on August 19, 2022, counsel for the above-captioned debtors (the "**Debtors**") and counsel for Liliana E. Rivera, individually and as representative of the estate of Jezabelle Nguyen, and John Thanh Nguyen ("**Plaintiffs**") entered into a *Stipulation Granting Limited Relief from the Automatic Stay with Respect to Personal Injury Claims Asserted by Liliana E. Rivera, individually and as representative of the estate of Jezabelle Nguyen, and John Thanh Nguyen* (the "**Stipulation**"). Subject to bankruptcy court approval, the Stipulation provides for limited relief from the automatic stay to permit the Plaintiffs to withdraw the Praecipe for Default and dismiss SCH from the Action (as defined in the Stipulation).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Court's approval of the Stipulation must be (a) in writing and served on or before **September 2, 2022 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "**Objection Deadline**"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

PLEASE TAKE FURTHER NOTICE THAT if any objections to the Stipulation are filed, and the parties are unable to reach a resolution thereof, a hearing on the Stipulation will be held before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801, at a date and time convenient to the Court.

      PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE STIPULATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 19, 2022        **SAUL EWING ARNSTEIN & LEHR LLP**

        By:    */s/ Monique B. DiSabatino*
               Mark Minuti (DE Bar No. 2659)
               Monique B. DiSabatino (DE Bar No. 6027)
               1201 N. Market Street, Suite 2300
               P.O. Box 1266
               Wilmington, DE  19899
               Telephone: (302) 421-6800
               Fax: (302) 421-5873
               mark.minuti@saul.com
               monique.disabatino@saul.com

               -and-

               Jeffrey C. Hampton
               Adam H. Isenberg
               Centre Square West
               1500 Market Street, 38th Floor
               Philadelphia, PA 19102
               Telephone: (215) 972-7777
               Fax: (215) 972-7725
               jeffrey.hampton@saul.com
               adam.isenberg@saul.com

               *Counsel for the Debtors and Debtors in Possession*