# EXHIBIT "B"



# Invoice # 898209692287

| Account | Account Name | Bill Date | Due Date | Amount Due | Enclosed |
|---------|--------------|-----------|----------|------------|----------|
| 8983289794 | IS 245 North 15th Street LLC | 08/09/2022 | 08/24/2022 | $829,422.77 | |

Finance charges are calculated at the rate of 2.0% per month (24% annually) on all past due amounts

IS 245 North 15th Street LLC
Suite 1540
2929 Walnut Street
Philadelphia, PA 19104

Remit to:
Vicinity Energy Philadelphia,Inc.
P.O. Box 5018
New York, NY 10087-5018

JP Morgan Chase - Lockbox Processing
Vicinity Energy Philadelphia, Inc.
PO Box 5018
4 Chase Metrotech Center
7th floor East
Brooklyn, NY 11245

- - - - - - - - - - - Please detach and enclose this top portion with payment. Make checks payable to: VICINITY ENERGY PHILADELPHIA, INC. - - - - - - - - - - -

## Service Information

| | |
|---|---|
| Rate Schedule | Rate S Steam Service |
| Service Date | 06/30/2022 - 08/01/2022 |

| | |
|---|---|
| Consumption | 1,206.3 |
| Demand Billed | 0 |
| Demand Measured | 1,828 |
| Rachet | 0 |

## Account Summary as of 08/09/2022

IS 245 North 15th Street LLC
Account      8983289794
Invoice      898209692287

| | |
|---|---|
| Previous Balance | $760,610.79 |
| Payment Received | $0.00 |
| **Balance Forward** | **$760,610.79** |
| Current Charges | $55,787.63 |
| Corrections to Prior Bills | $0.00 |
| Adjustments | $13,024.35 |
| **Amount Due By 08/24/2022** | **$829,422.77** |

## Meter Readings

| Loc# | Service Address | Description | Current | Previous | Diff | Const | Corr | Usage |
|------|-----------------|-------------|---------|----------|------|-------|------|-------|
| PHI230NBrod | 230 N. Broad | | 435848896 | 430754638 | 5094258 | 0.0010 | 1.000000 | 5,094.3 |
| PHI230Nbrd2 | 230 N. Broad Sub | | 13807176 | 13807176 | 0 | 0.0010 | 0.000000 | 0.0 |
| PHI245N15th | 245 N 15th | | 49662705 | 45774721 | 3887984 | 0.0010 | 1.000000 | -3,888.0 |

## Steam Charges 06/30/2022 - 08/01/2022

| | |
|---|---|
| Fuel Charges - 1,206.3 MLB at $35.299 per MLB | $42,581.18 |
| Non Fuel Charges: First 100 MLB - 100.0 MLB at $8.616 per MLB | $861.60 |
| Non Fuel Charges: Over 100 MLB - 1,106.3 MLB at $7.423 per MLB | $8,212.06 |
| State Tax Adjustment Surcharge | $0.37 |
| Discount | $0.00 |
| Sales Tax | $4,132.42 |

Carbon Avoidance
You avoided an estimated 69.6 TONS of carbon by using Vicinity District Green Steam
The estimated total carbon for reporting purposes is 27.9 TONS

| **Total Steam Charges** | **$55,787.63** |
|---|---|

| **Total Current Charges** | **$55,787.63** |
|---|---|

## Adjustments

| Finance Charges | $13,024.35 |
|---|---|
| **Total Adjustments** | **$13,024.35** |

## Billing History

| Month | Usage | Avg Dly Usage | Avg Temp | HDD | CDD | Billing Days |
|-------|-------|---------------|----------|-----|-----|--------------|
| 08/01/2022 | 1,206.3 | 37.7 | 82.08 | 0.00 | 546.50 | 32 |
| 06/30/2022 | 2,128.6 | 71.0 | 74.48 | 0.00 | 284.50 | 30 |
| 05/31/2022 | 1,979.5 | 63.9 | 66.79 | 60.50 | 116.00 | 31 |
| 04/30/2022 | 2,553.3 | 85.1 | 54.53 | 320.00 | 6.00 | 30 |
| 03/31/2022 | 2,691.2 | 86.8 | 47.02 | 558.50 | 1.00 | 31 |
| 02/28/2022 | 2,723.7 | 97.3 | 39.59 | 711.50 | 0.00 | 28 |
| 01/31/2022 | 3,693.8 | 119.2 | 33.16 | 987.00 | 0.00 | 31 |
| 12/31/2021 | 8,514.3 | 274.7 | 44.84 | 625.00 | 0.00 | 31 |
| 11/30/2021 | 9,856.7 | 339.9 | 47.10 | 519.00 | 0.00 | 29 |
| 11/01/2021 | 7,142.0 | 223.2 | 64.05 | 94.00 | 63.50 | 32 |
| 09/30/2021 | 6,159.0 | 205.3 | 72.12 | 3.00 | 216.50 | 30 |
| 08/31/2021 | 6,677.4 | 215.4 | 79.02 | 0.00 | 434.50 | 31 |