**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 19-11466 (MFW) |
| CENTER CITY HEALTHCARE, LLC | : | |
| d/b/a HAHNEMANN UNIVERSITY | : | (Jointly Administered) |
| HOSPITAL, et al., | : | |
| | : | Related to Docket Nos. 4128, 4129 and 4130 |
| Debtors. | : | |
| | : | Hearing Date: August 29, 2022 at 10:30 a.m. |
| | : | Objection Deadline: August 22, 2022 |

<u>**CERTIFICATION OF SERVICE**</u>

The undersigned hereby certifies that on August 22, 2022, he caused a true and correct

copy of the Objection of IS BBFB, LLC and IS 245 North 15th LLC to Debtor's Motion for

Orders Approving Memorandum of Understanding RE Global Settlement Among, *Inter Alia,*

Debtors', Debtors' Subsidiaries, Committee, Tenet, Conifer MBNF Parties, HSRE Entites and

Cona Parties and for related relief via the Court's CM/ECF electronic filing system and/or

electronic mail upon the following:

| | |
|---|---|
| Saul Ewing Amstein & Lehr LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Attn: Mark Minuti<br>*Telephone:* (302) 421-6800<br>*Email:* mark.minuti@saul.com | Saul Ewing Arnstein & Lehr LLP Centre<br>Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Attn: Jeffrey C. Hampton and<br>Adam H. Isenberg<br>*Telephone:* (215) 972-7777<br>*Email:* jeffrey.hampton@saul.com<br>adam.isenberg@saul.com |
| Fox Rothschild LLP<br>919 N. Market St.<br>Suite 300<br>Wilmington, DE 19899-2323<br>Attn: Seth A. Niederman<br>*Telephone:* (302) 622-4238<br>*Email:* SNiederman@foxrothschild.com | Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Attn: Andrew H. Sherman and Boris I.<br>Mankovetsldy<br>*Telephone:* (973) 643-7000<br>*Email:* asherman@sillscummis.com<br>bmankovetsldy@sillscummis.com |

| | |
|---|---|
| Latham & Watkins LLP<br>1271 Avenue of the Americas<br>NewYork,NY 10020<br>Attn:  Suzzanne Uhland, TJ Li, and<br>Alexandra M. Zablocld<br>*Telephone:*  (212) 906-1200<br>*Email:* suzzanne.uhland@lw.com<br>tj.li@lw.com<br>alexandra.zablocki@lw.com | Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Attn: Mark D. Collins,<br>Michael J. Merchant, and Brendan J.<br>Schlauch<br>*Telephone:*  (302) 651-7700<br>*Email:* collins@rlf.com<br>merchant@rlf.com<br>schlauch@rlf.com |
| Brian Mutchler and Lauren Brabeck<br>HSRE Entities<br>444 West Lake Street, Suite 2100<br>Chicago, IL 60606<br>*Telephone:*  (312) 920-5000<br>*Email:* bmutchler@harrisonst.com<br>lbrabeck@harrisonst.com | DLA Piper LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>Attn:  Stuart M. Brown<br>*Telephone:*  (302) 468-5700<br>*Email:* stuart.brown@us.dlapiper.com |
| DLA Piper LLP (US)<br>One Liberty Place<br>1650 Market Street<br>Suite 5000<br>Philadelphia, PA 19103<br>Attn:  Joseph Kernen<br>*Telephone:*  (215) 656-3345<br>*Email:* joseph.kernen@dlapiper.com | DLA Piper LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>Attn:  Richard A. Chesley<br>*Telephone:*  (312) 368-4000<br>*Email:*  richard.chesley@us.dlapiper.com |
| Kirland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Attn: Stephen C. Haclmey and Kent J.<br>Hayden<br>*Telephone:*  (312) 862-2000<br>*Email:* stephen.haclmey@kirldand.com<br>kent.hayden@kirldand.com | Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Attn:  Laura Davis Jones and<br>Timothy P. Cairns<br>*Telephone:*  (302) 652-4100<br>*Email:* ljones@pszjlaw.com<br>tcaims@pszjlaw.com |
| Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Attn:  Louis A. Curcio<br>*Telephone:* (212) 521-5400<br>*Email:*  lcurcio@reedsmith.com | Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Attn: John R. Ashmead and Ross Hooper<br>*Telephone:* (212) 574-1366<br>*Email:* ashmead@sewkis.com<br>hooper@sewkis.com |
| SM Law PC<br>PO Box 530 | Stuart M. Brown<br>DLA PIPER LLP (US) |

| | |
|---|---|
| Oldwick, NJ. 08858<br>Attn: Steven J. Mitnick, Esquire and Marc D. Miceli, Esquire<br>*Telephone*: (908) 572-7275<br>*Email*: smitnick@sm-lawpc.com<br>mmiceli@sm-lawpc.com | 1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>E-mail: stuart.brown@dlapiper.com<br>Attys for Harrison Street Real Estate, LLC and its affiliates |
| LANCE GEREN (DE 5431)<br>O'DONOGHUE & O'DONOGHUE, LLP<br>325 Chestnut Street, Suite 600<br>Philadelphia, PA 19106<br>E: lgeren@odonoghuelaw.com<br>Attorneys for Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity | Richard A. Barkasy, Esq.<br>Daniel M. Pereira, Esq.<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>rbarkasy@schnader.com<br>dpereira@schnader.com<br>Counsel for Commonwealth of Pennsylvania Department of Health |
| Joelle E. Polesky, Esquire<br>Stradley, Ronon, Stevens & Young, LLP<br>1000 N. West Street, Suite 1279<br>Wilmington, DE 19801<br>E-mail: jpolesky@stradley.com<br>counsel for MidCap Funding IV Trust and MidCap Funding Financial Trust | Gretchen M. Santamour, Esquire<br>Stradley Ronon Stevens & Young, LLP<br>2005 Market Street Suite 2600<br>Philadelphia, PA 19103<br>E-mail: gsantamour@stradley.com<br>counsel for MidCap Funding IV Trust and MidCap Funding Financial Trust |
| TROUTMAN SANDERS LLP<br>Louis A. Curcio<br>Jessica D. Mikhailevich<br>875 Third Avenue<br>New York, NY 10022<br>Email: louis.curcio@troutman.com Email: jessica.mikhailevich@troutman.com<br>Counsel for Capital One | TROUTMAN SANDERS LLP<br>Matthew R. Brooks<br>600 Peachtree Street NE Suite 3000<br>Atlanta, GA 30308<br>Email: matthew.brooks@troutman.com<br>Counsel for Capital One |
| Tobey M. Daluz, Esq.<br>Chantelle D. McClamb, Esq.<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>daluzt@ballardspahr.com<br>mcclambc@ballardspahr.com<br>Counsel for Drexel University | Vincent J. Marriott III, Esq.<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>marriott@ballardspahr.com<br>Counsel for Drexel University |
| Marc S. Casarino, Esquire<br>White and Williams LLP<br>600 N. King Street, Suite 800<br>Wilmington, Delaware 19899-0709<br>E-mail: casarinom@whiteandwilliams.com<br>counsel for SpecialtyCare, Inc. | Amy E. Vulpio, Esquire<br>White and Williams LLP<br>1650 Market Street, 18th Floor<br>Philadelphia, PA 19103<br>Email: vulpioa@whiteandwilliams.com<br>counsel for SpecialtyCare, Inc. |

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>Stephen C. Hackney, P.C.<br>Gregory F. Pesce<br>300 North LaSalle<br>Chicago, IL 60654<br>Email: stephen.hackney@kirkland.com<br>gregory.pesce@kirkland.com<br>Counsel for Tenet Business Services Corp.<br>and Conifer Revenue Cycle Solutions,<br>LLC | PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>Timothy P. Cairns<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>Counsel for Tenet Business Services Corp. and<br>Conifer Revenue Cycle Solutions, LLC |
| KIRKLAND & ELLIS LLP<br>Nicole L. Greenblatt, P.C.<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: nicole.greenblatt@kirkland.com<br>Counsel for Tenet Business Services Corp.<br>and Conifer Revenue Cycle Solutions,<br>LLC | Megan Harper Deputy City Solicitor PA<br>Attorney for the City of Philadelphia<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1595<br>Email: Megan.Harper@phila.gov<br>Counsel for the City of Philadelphia |
| Carol E. Momjian<br>Senior Deputy Attorney General<br>PA I.D. No. 49219<br>Office of Attorney General<br>The Phoenix Building<br>1600 Arch Street, 3rd Floor<br>Philadelphia, PA 19103<br>E-mail: cmomjian@attorneygeneral.gov<br>Counsel for Commonwealth of<br>Pennsylvania | Christopher R. Momjian<br>Senior Deputy Attorney General<br>PA I.D. No. 57482<br>Office of Attorney General<br>The Phoenix Building<br>1600 Arch Street, 3rd Floor<br>Philadelphia, PA 19103<br>E-mail: crmomjian@attorneygeneral.gov<br>Counsel for Commonwealth of Pennsylvania |
| Rachel Jaffe Mauceri, Esquire<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Email: rmauceri@morganlewis.com<br>Counsel for General Healthcare Resources<br>LLC | Lawrence G. McMichael, Esquire<br>Peter C. Hughes, Esquire<br>DILWORTH PAXSON LLP<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br>lmcmichael@dilworthlaw.com<br>phughes@dilworthlaw.com<br>Counsel to Joel Freedman; American Academic<br>Health Systems, LLC and Philadelphia<br>Academic Health Holdings LLC, |
| Christopher A. Ward<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>cward@polsinelli.com | CLAIBORNE S. NEWLIN, ESQUIRE<br>Markowitz and Richman<br>Legal Arts Building 1<br>225 King Street, Suite 804<br>Wilmington, DE 19801 |

| | |
|---|---|
| Counsel for Vitalant, an Arizona non-profit corporation and BioCare, Inc., an Arizona for-profit corporation | E-mail: cnewlin@markowitzandrichman.com Attorneys for Pennsylvania Association of Staff Nurses and Allied Professional |
| Sabrina L. Streusand Streusand, Landon, Ozburn & Lemmon, LLP 1801 S. Mopac Expressway Suite 320 Austin, Texas 78746 streusand@slollp.com Counsel for NTT Data Services, | Vikrama S. Chandrashekar Moye White LLP 1400 16th Street, Sixth Floor Denver, CO 80202 Email: Vika.Chandrashekar@moyewhite.com counsel for DaVita, Inc., and Renal Treatment Centers – Northeast, Inc |
| Joseph H. Huston, Jr. Stevens & Lee, P.C. 919 North Market Street, Suite 1300 Wilmington, DE 19801 Email: jhh@stevenslee.com Counsel for Tower Health, | Robert Lapowsky Stevens & Lee, P.C. 620 Freedom Business Center, Suite 200 King of Prussia, PA 19406 Email: rl@stevenslee.com Counsel for Tower Health |
| Howard A. Cohen, Esq. GIBBONS P.C. 300 Delaware Avenue, Suite 1015 Wilmington DE 19801-1761 Email: hcohen@gibbonslaw.com Counsel for Veolia Energy Philadelphia, Inc | Dale E. Barney, Esq. GIBBONS P.C. One Gateway Center Newark, NJ 07102-5310 E-Mail: dbarney@gibbonslaw.com Counsel for Veolia Energy Philadelphia, Inc |
| Dennis A. Meloro MeloroD@gtlaw.com Greenberg Traurig, LLP The Nemours Building 1007 North Orange Street, Suite 1200 Wilmington, DE 19801 counsel for Suzanne Koenig | Nancy A. Peterman PetermanN@gtlaw.com Greenberg Traurig, LLP 77 West Wacker Drive, Suite 3100 Chicago, IL 60601 counsel for Suzanne Koenig |
| George P. Angelich Phillip Khezri ARENT FOX LLP 1301 Avenue of the Americas Floor 42 New York, New York 10019 Email: george.angelich@arentfox.com phillip.khezri@arentfox.com Counsel for Arent Fox LLP and The Rosner Law Group LLC | Frederick B. Rosner THE ROSNER LAW GROUP LLC 824 N. Market Street Suite 810 Wilmington, Delaware 19801 Email: rosner@teamrosner.com Counsel for Arent Fox LLP and The Rosner Law Group LLC |
| Marc S. Sacks U.S. Department of Justice Civil Division (202) 307-1104 (direct) (202) 514-9163 (fax) marcus.s.sacks@usdoj.gov Counsel for United States of America | Mitchell Malzberg, Esq. Law Offices of Mitchell J. Malzberg, LLC PO Box 5122, 6 E. Main Street, Suite 7 Clinton, New Jersey 08809 |

| | |
|---|---|
| | E-mail: mmalzberg@m jmalzberglaw. com<br>Attorneys for Pennsylvania Association of Staff<br>Nurses and Allied Professionals |
| DENTONS US LLP<br>Oscar N. Pinkas<br>Lauren Macksoud<br>1221 Avenue of the Americas<br>New York, New York, 10020<br>Email: oscar.pinkas@dentons.com<br>lauren.macksoud@dentons.com<br>counsel, Dentons US LLP ("Dentons") and<br>Bayard, P.A. | BAYARD, P.A.<br>Justin R. Alberto<br>Sophie E. Macon<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Email: jalberto@bayardlaw.com<br>smacon@bayardlaw.com<br>counsel, Dentons US LLP ("Dentons") and<br>Bayard, P.A. |
| Joelle E. Polesky, Esquire<br>Stradley, Ronon, Stevens & Young, LLP<br>1000 N. West Street, Suite 1279<br>Wilmington, DE 19801<br>E-mail: jpolesky@stradley.com<br>counsel for MidCap Funding H Trust, | Gretchen M. Santamour, Esquire<br>Stradley Ronon Stevens & Young, LLP<br>2005 Market Street Suite 2600<br>Philadelphia, PA 19103<br>E-mail: gsantamour@stradley.com<br>counsel for MidCap Funding H Trust, |
| Thomas M. Horan Fox Rothschild LLP<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19899-2323 Telephone:<br>(302) 480-9412 E-mail:<br>thoran@foxrothschild.com<br>counsel to the Official Committee of<br>Unsecured Creditors | Andrew H. Sherman<br>Boris I. Mankovetskiy<br>Sills Cummis & Gross P.C.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102<br>E-mail: asherman@sillscummis.com E-mail:<br>bmankovetskiy@sillscummis.com<br>counsel to the Official Committee of Unsecured<br>Creditors |
| HOGAN♦MCDANIEL<br>Daniel K. Hogan<br>Garvan F. McDaniel<br>Daniel C. Kerrick<br>1311 Delaware Avenue<br>Wilmington, DE 19805<br>Email: dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com<br>Counsel for Hayes Locum, LLC | David M. Powlen<br>Kevin G. Collins<br>BARNES & THORNBURG LLP<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Email: david.powlen@btlaw.com Email:<br>kevin.collins@btlaw.com<br>counsel for Roche Diagnostics Corporation |
| Francis J. Lawall<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square Eighteenth and<br>Arch Streets<br>Philadelphia, PA 19103-2799<br>E-mail: lawallf@pepperlaw.com | Marcy J. McLaughlin<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street,<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709 |

| | |
|---|---|
| counsel for Temple University Health System, Inc. | E-mail: mclaughlinm@pepperlaw.com<br>counsel for Temple University Health System, Inc. |
| David M. Klauder, Esquire<br>BIELLI & KLAUDER, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com<br>counsel of record for Suzanne Richards and Pamela Saechow | Phillip D. Berger, Esquire<br>Matthew R. Kaufmann, Esquire<br>BERGER LAW GROUP, P.C.<br>919 Conestoga Road, Building 3, Suite 114<br>Rosemont, PA 19010<br>berger@bergerlawpc.com<br>kaufmann@bergerlawpc.com<br>counsel of record for Suzanne Richards and Pamela Saechow |
| Mairi V. Luce, Esquire<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Email: Luce@duanemorris.com<br>counsel for Albert Einstein Healthcare Network | Jarret P. Hitchings, Esquire<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Email: JPHitchings@duanemorris.com<br>counsel for Albert Einstein Healthcare Network |
| William D. Sullivan, Esq.<br>SULLIVAN · HAZELTINE · ALLINSON LLC<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>E-mail: bsullivan@sha-llc.com<br>counsel to Laboratory Corporation of America® Holdings ("LabCorp") and Monogram Biosciences, Inc | Training & Upgrading Fund<br>c/o Susan A. Murray, Esquire<br>Freedman & Lorry, P.C.<br>1601 Market Street, Suite 1500<br>Philadelphia, PA 19103<br>Counsel for Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund |
| Jeffrey R. Barber, MS Bar No. 1982<br>JONES WALKER LLP<br>190 East Capitol Street, Suite 800 (39201)<br>Post Office Box 427<br>Jackson, Mississippi 39205-0427<br>Email jbarber@joneswalker.com<br>counsel of record for Ensemble RCM, LLC d/b/a Ensemble Health Partners | Judy D. Thompson, Esquire<br>JD Thompson Law<br>PO Box 33127<br>Charlotte, NC 28233<br>jdt@jdthompsonlaw.com<br>Counsel for Sodexo, Inc. |
| Natasha M. Songonuga, Esq.<br>Robert K. Malone, Esq.<br>David N. Crapo<br>GIBBONS P.C.<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801-1761 | Patricia A. Celano, Esq.<br>PEARLMAN & MIRANDA, LLC<br>110 Edison Place, Suite 301<br>Newark, New Jersey 07102<br>Email: Pcelano@PearlmanMiranda.com<br>Counsel for Hackensack Meridian Health |

| | |
|---|---|
| Email: nsongonuga@gibbonslaw.com<br>rmalone@gibbonslaw.com<br>dcrapo@gibbonslaw.com<br>Counsel for Hackensack Meridian Health | |
| Stephanie A. Fox, Esquire<br>Maron Marvel Bradley Anderson & Tardy LLC<br>1201 N. Market Street, Suite 900<br>Wilmington, DE 19801<br>Email: saf@maronmarvel.com<br>counsel for Coloplast Corp | E. Todd Sable, Esq.<br>Honigman LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Email: tsable@honigman.com<br>counsel for SBJ Group Inc. |
| Lawrence A. Lichtman, Esq.<br>Honigman LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Email: llichtman@honigman.com<br>counsel for SBJ Group Inc | David L. Campbell, Esq.<br>Eli D. Pierce, Esq.<br>Underwood Perkins, P.C.<br>Two Lincoln Centre<br>5420 LBJ Freeway, Suite 1900<br>Dallas, Texas 75240<br>Email: dcampbell@uplawtx.com Email: epierce@uplawtx.com<br>Counsel for VIZIENT, INC. |
| ThermaSolutions, Inc.<br>c/o Marc A. Al<br>Stoel Rives LLP<br>33 South 6th Street, Ste 4200<br>Minneapolis, MN 55402<br>Marc.al@stoel.com | Deirdre M. Richards, Esquire<br>Fineman Krekstein & Harris PC 1<br>300 N. King Street<br>Wilmington, DE 19801<br>drichards@finemanlawfirm.com<br>counsel for LEAF Capital Funding, LLC |
| Patrick A. Jackson, Esq.<br>Drinker Biddle & Reath LLP<br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1621<br>patrick.jackson@dbr.com<br>counsel to Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc. | Marita S. Erbeck, Esq.<br>Drinker Biddle & Reath LLP<br>600 Campus Dr.<br>Florham Park, New Jersey 07932-1047<br>marita.erbeck@dbr.com<br>counsel to Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc. |
| Daniel K. Astin (No. 4068)<br>Joseph J. McMahon, Jr. (No. 4819)<br>CIARDI CIARDI & ASTIN<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>jmcmahon@ciardilaw.com<br>Counsel for St. Christopher's Hospital for Children Medical Staff | Albert A. Ciardi III, Esq.<br>CIARDI CIARDI & ASTIN<br>One Commerce Square, Suite 3500<br>2005 Market Street Philadelphia, PA 19103<br>aciardi@ciardilaw.com<br>Counsel for St. Christopher's Hospital for Children Medical Staff |
| Shawn M. Christianson, Esq. | Eric S. Goldstein, Esq. |

| | |
|---|---|
| Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, California 94105-3493<br>schristianson@buchalter.com<br>Counsel for Oracle America, Inc. | Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>attorney for The Advisory Board Company |
| David M. Klauder, Esquire<br>BIELLI & KLAUDER, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com<br>counsel of record for Dr. Achintya<br>Moulick | CLAIBORNE S. NEWLIN, ESQUIRE<br>Markowitz and Richman<br>Legal Arts Building 1<br>225 King Street, Suite 804<br>Wilmington, DE 19801<br>E-mail: cnewlin@markowitzandrichman.com<br>Attorneys for Philadelphia Hospital and<br>Healthcare Employees – District 1199C Training<br>and Upgrading Fund |
| Potter Anderson & Corroon LLP<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>D. Ryan Slaugh (DE Bar No. 6325)<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>Email: jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>rslaugh@potteranderson.com<br>counsel for the Ad Hoc Committee of<br>Hahnemann Residents and Fellows | GIBBONS P.C.<br>Christopher Viceconte, Esq.<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801<br>Email: cviceconte@gibbonslaw.com<br>counsel for creditor Vicinity Energy<br>Philadelphia, Inc. |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Email: mbusenkell@gsbblaw.com<br>Counsel for District 1199C National Union<br>of Health Care Employees, AFSCME | Jessica A. Kolansky, Esq.<br>Willig, Williams & Davidson<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>Email: jkolansky@wwdlaw.com<br>Counsel for District 1199C National Union of<br>Health Care Employees, AFSCME |
| SMITH HULSEY & BUSEY<br>Michael E. Demont, Esq.<br>Brandon A. Cook, Esq.<br>One Independent Dr., Suite 3300<br>Jacksonville, FL 32202<br>Email: mdemont@smithhulsey.com<br>Email: bcook@smithhulsey.com<br>Counsel for Cadence Bank, N.A. | ASHBY & GEDDES, P.A.<br>Gregory A. Taylor, Esq.<br>Katharina Earle, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Email: GTaylor@ashbygeddes.com Email:<br>KEarle@ashbygeddes.com<br>Counsel for Cadence Bank, N.A. |
| Wanda Borges, Esq. | |

| | |
|---|---|
| Sue L. Chin, Esq.<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 118 Syosset,<br>New York 11791<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com<br>Counsel for Pfizer, Inc | |

*/s/ Jeffrey Kurtzman*
JEFFREY KURTZMAN, ESQUIRE