# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: September 13, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

### THIRTY SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022</u>

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | June 1, 2022 – June 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $26,650.00 (80% of $33,312.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $529.26 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 5.7 | $5,272.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 38.2 | $31,515.00 |
| Rachel E. Brennan | Of Counsel, Bankruptcy<br>First Bar Admission: 2012 | $695 | 4.6 | $3,197.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 4.8 | $3,120.00 |
| **Total Fees at Standard Rates** | | | | $43,104.50 |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | 53.3 | **$33,312.50** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

2

9056097

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 32.9 | $27,037.50 |
| Case Administration (104) | 4.8 | $4,060.00 |
| Claims Administration and Objections (105) | 11.2 | $9,147.00 |
| Fee/Employment Applications (107) | 3.7 | $2,405.00 |
| Fee/Employment Objections (108) | 0.3 | $195.00 |
| Avoidance Action Litigation (111) | 0.3 | $195.00 |
| Relief from Stay Proceedings (114) | 0.1 | $65.00 |
| **Total Fees at Standard Rate** | **53.3** | **$43,104.50** |
| **Total Fees at $625 Blended Rate[1]** | **53.3** | **$33,312.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendor | $526.26 |
| Pacer | $3.00 |
| **TOTAL** | **$529.26** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: September 13, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTY SIXTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Thirty Sixth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From June 1, 2022 Through June 30, 2022* (the "Application"), seeking allowance of $26,650.00 (80% of $33,312.50) in fees and $529.26 in expenses, for a total of $27,179.26.

**Background**

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of

4

Unsecured Creditors (the "Committee") [D.I. 182].

3.     The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.     All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.     The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6.     Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A.     Asset Analysis and Recovery

Fees: $27,037.50;     Total Hours: 32.9

This category includes time spent: (a) analyzing and addressing mediation issues and reviewing documents in connection therewith; (b) reviewing and analyzing a MOU and waterfall presentation; and (c) communicating with Debtors' counsel, the Committee members, the mediator and other parties regarding the foregoing and related issues.

B.	Case Administration

Fees: $4,060.00;	Total Hours: 4.8

This category includes time spent: (a) attending Committee meetings and preparing updates to the Committee members; (b) conducting analysis regarding projected creditor distributions; and (c) analyzing pleadings, motions and other court documents.

C.	Claims Administration and Objections

Fees: $9,147.00;	Total Hours: 11.2

This category includes time spent: (a) analyzing claims asserted against the Debtors' estates (including certain government assessments); (b) analyzing Drexel mediation issues; and (c) communicating with the Committee members and mediation parties regarding the foregoing.

D.	Fee/Employment Applications

Fees: $2,405.00;	Total Hours: 3.7

This category includes time spent preparing Sills' April and May fee applications.

E.	Fee/Employment Objections

Fees: $195.00;	Total Hours: 0.3

This category includes time spent reviewing the Debtors' professionals' fee applications.

F.	Avoidance Action Litigation

Fees: $195.00;	Total Hours: 0.3

This category includes time spent analyzing proposed avoidance action settlements.

9056097

G.       <u>Relief from Stay Proceedings</u>

Fees: $65.00;   Total Hours: 0.1

This category includes time spent reviewing a proposed stipulation granting stay relief.

## **Conclusion**

7.     Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $26,650.00 (80% of $33,312.50) as compensation, *plus* $529.26 for reimbursement of actual and necessary expenses, for a total of $27,179.26, and that such amount be authorized for payment.

Dated: August 23, 2022  
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman  
Seth A. Niederman (DE Bar No. 4588)  
**FOX ROTHSCHILD LLP**  
919 North Market Street, Suite 300  
Wilmington, DE 19899  
Telephone: 302-654-7444  
Facsimile: 302-295-2013  
Email: sniederman@foxrothschild.com  

- and -

Andrew H. Sherman (*pro hac vice*)  
Boris I. Mankovetskiy (*pro hac vice*)  
**SILLS CUMMIS & GROSS P.C.**  
One Riverfront Plaza  
Newark, NJ 07102  
Telephone:  973-643-7000  
Facsimile:  973-643-6500  
Email:  asherman@sillscummis.com  
       bmankovetskiy@sillscummis.com  

*Counsel for the Official Committee of Unsecured Creditors*

## **VERIFICATION**

STATE OF NEW JERSEY          )
                             ) SS:
COUNTY OF ESSEX              )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                             */s/ Andrew H. Sherman*
                                             Andrew H. Sherman

9056097