# Exhibit "A"

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City  
Healthcare LLC d/b/a Hahnemann University Hospital  
c/o Conifer Health Solutions, Committee Chair  
3560 Dallas Parkway  
Frisco, TX  75034

July 22, 2022  
Client/Matter No. 08650118.000001  
Invoice: 2023799  
Billing Attorney: AHS  

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through June 30, 2022

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|

**101 – ASSET ANALYSIS AND RECOVERY**

| Date | Atty | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 06/01/22 | AHS | 101 | Preparation for mediation call. | 0.40 | $370.00 |
| 06/01/22 | AHS | 101 | Calls with mediator and Debtors' counsel in advance of committee call. | 0.40 | $370.00 |
| 06/01/22 | REB | 101 | Review MOU and waterfall presentations in advance of call and internal email re: same. | 1.40 | $973.00 |
| 06/01/22 | REB | 101 | Committee call re: MOU with members, debtors, CRO and mediator. | 1.10 | $764.50 |
| 06/02/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.60 | $2,145.00 |
| 06/02/22 | AHS | 101 | Calls with Committee member, counsel for Debtors and mediator re: mediation issues. | 0.80 | $740.00 |
| 06/02/22 | AHS | 101 | Review of mediation document and call with committee member re: same. | 0.60 | $555.00 |
| 06/03/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2023799
Page 2

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/06/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 06/09/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 06/10/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 06/13/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.60 | $1,320.00 |
| 06/16/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 06/16/22 | BM | 101 | Call with MBNF mediator. | 0.60 | $495.00 |
| 06/17/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.10 | $1,732.50 |
| 06/21/22 | BM | 101 | Attend to MBNF mediation issues. | 1.60 | $1,320.00 |
| 06/24/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 06/27/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.10 | $1,732.50 |
| 06/29/22 | BM | 101 | Call with MBNF mediator. | 0.80 | $660.00 |
| 06/29/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 06/30/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| | | **TASK TOTAL 101** | | **32.90** | **$27,037.50** |

**104 – CASE ADMINISTRATION**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/22 | BM | 104 | Attend to preparation for Committee meeting. | 0.80 | $660.00 |
| 06/01/22 | BM | 104 | Analysis regarding estimated waterfall projections update. | 0.80 | $660.00 |
| 06/01/22 | BM | 104 | Attend Committee call. | 1.10 | $907.50 |
| 06/01/22 | AHS | 104 | Email from Committee member re: mediation issues and respond to same. | 0.50 | $462.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2023799
Page 3

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/01/22 | AHS | 104 | Attend committee meeting re: mediation issues. | 1.20 | $1,110.00 |
| 06/07/22 | GAK | 104 | Review notification regarding upcoming hearing and email A. Sherman regarding same. | 0.10 | $65.00 |
| 06/11/22 | GAK | 104 | Review notification regarding hearing. | 0.10 | $65.00 |
| 06/30/22 | GAK | 104 | Attention to case calendar. | 0.20 | $130.00 |
| | | **TASK TOTAL 104** | | **4.80** | **$4,060.00** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/07/22 | BM | 105 | Analysis regarding claims reconciliation process. | 0.80 | $660.00 |
| 06/09/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.20 | $990.00 |
| 06/09/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| 06/13/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.30 | $1,072.50 |
| 06/14/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 06/14/22 | REB | 105 | Review and draft update email to Committee re: Drexel agreement. | 2.10 | $1,459.50 |
| 06/22/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| 06/22/22 | BM | 105 | Analysis regarding PA assessment claims. | 0.90 | $742.50 |
| 06/28/22 | AHS | 105 | Review of revised mediation document and emails re: same. | 0.60 | $555.00 |
| 06/29/22 | AHS | 105 | Review of revised mediation document and mediation call with parties re: updated document. | 1.20 | $1,110.00 |
| | | **TASK TOTAL 105** | | **11.20** | **$9,147.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2023799
Page 4

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **107 – FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 06/10/22 | GAK | 107 | | Work on May fee application. | 0.20 | $130.00 |
| 06/11/22 | GAK | 107 | | Draft April fee application. | 1.80 | $1,170.00 |
| 06/17/22 | GAK | 107 | | Work on May fee application. | 0.40 | $260.00 |
| 06/20/22 | GAK | 107 | | Work on May fee application. | 1.30 | $845.00 |
| | | **TASK TOTAL 107** | | | **3.70** | **$2,405.00** |
| **108 – FEE/EMPLOYMENT OBJECTIONS** | | | | | | |
| 06/07/22 | GAK | 108 | | Review Saul Ewing April fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 06/11/22 | GAK | 108 | | Review Klehr Harrison April fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 06/17/22 | GAK | 108 | | Review Eisner May fee report and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | | **0.30** | **$195.00** |
| **111 – AVOIDANCE ACTION LITIGATION** | | | | | | |
| 06/07/22 | GAK | 111 | | Review proposed preference settlement with Philadelphia Water Bureau and email A. Sherman regarding same. | 0.10 | $65.00 |
| 06/24/22 | GAK | 111 | | Review proposed preference settlement with Beckman Coulter and email A. Sherman regarding same. | 0.10 | $65.00 |
| 06/24/22 | GAK | 111 | | Review proposed preference settlement with Stryker and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 111** | | | **0.30** | **$195.00** |

Case 19-11466-MFW    Doc 4189-1    Filed 08/23/22    Page 6 of 7

Sills Cummis & Gross P.C.

Creditors' Committee                                                  July 22, 2022
                                                     Client/Matter No. 08650118.000001
                                                                    Invoice: 2023799
                                                                              Page 5

|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|

**114 – RELIEF FROM STAY PROCEEDINGS**

| 06/07/22 | GAK | 114 | Review proposed stipulation granting stay relief and email A. Sherman regarding same. | 0.10 | $65.00 |
|---|---|---|---|---|---|
|  |  | **TASK TOTAL 114** |  | **0.10** | **$65.00** |
|  |  | **TOTAL FEES at Standard Rates** |  | **53.30** | **$43,104.50** |
|  |  | **TOTAL FEES at Blended Rate of $625** |  | **53.30** | **$33,312.50** |

**TASK CODE SUMMARY**

| 101 | Asset Analysis and Recovery | 32.90 | $27,037.50 |
|---|---|---|---|
| 104 | Case Administration | 4.80 | $4,060.00 |
| 105 | Claims Administration and Objections | 11.20 | $9,147.00 |
| 107 | Fee/Employment Applications | 3.70 | $2,405.00 |
| 108 | Fee/Employment Objections | 0.30 | $195.00 |
| 111 | Avoidance Action Litigation | 0.30 | $195.00 |
| 114 | Relief from Stay Proceedings | 0.10 | $65.00 |
|  | TOTAL FEES at Standard Rates | 53.30 | $43,104.50 |
|  | TOTAL FEES at Blended Rate of $625 | 53.30 | $33,312.50 |

| Andrew H. Sherman | 5.70 | x | $925.00 | = | $5,272.50 |
|---|---|---|---|---|---|
| Boris Mankovetskiy | 38.20 | x | $825.00 | = | $31,515.00 |
| Rachel E. Brennan | 4.60 | x | $695.00 | = | $3,197.00 |
| Gregory A. Kopacz | 4.80 | x | $650.00 | = | $3,120.00 |

**DISBURSEMENT DETAIL**

| 06/19/22 | 271 | Litigation Support Vendor (UnitedLex Invoice #072138 – Near Line Storage) | $526.26 |
|---|---|---|---|
| 06/28/22 | 358 | Pacer | $3.00 |
|  | **TOTAL DISBURSEMENTS** |  | **$529.26** |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2023799
Page 6

| INVOICE SUMMARY | |
|---|---:|
| Total Fees | $33,312.50 |
| Total Disbursements | $529.26 |
| **TOTAL THIS INVOICE** | **$33,841.76** |

\*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$43,104.50**) and fees at *Blended Rate* of $625 (**$33,312.50**)\*\* apply.

\*\*includes paralegal fees at standard rates, if applicable