**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Obj. Deadline: August 22, 2022 at 4:00 p.m. |
| ) | Hearing Date: August 29, 2022 at 10:30 a.m. |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS'**
**MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT**
**TERM SHEET BETWEEN THE DEBTORS AND DREXEL UNIVERSITY**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On August 8, 2022, the *Debtors' Motion for Entry of an Order Approving Settlement Term Sheet Between the Debtors and Drexel University* [Docket No. 4131] (the "**Motion**")[2] was filed with the Court.

2. Pursuant to the Notice of the Motion, objections to the Motion were to be filed by August 22, 2022 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. No objections or responses were served upon the undersigned counsel or entered on the Court's docket.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4. Accordingly, the Motion may be granted.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Motion at the earliest convenience of the Court.

Dated: August 23, 2022  
Wilmington, Delaware

**KLEHR HARRISON HARVEY BRANZBURG LLP**

By: */s/ Domenic E. Pacitti*  
Domenic E. Pacitti (DE Bar No. 3989)  
919 N. Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone: (302) 426-1189  
Facsimile: (302) 426-9193  
Email: dpacitti@klehr.com

*Special Counsel for Debtors and Debtor in Possession*