**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Case No. 19-11466 (KG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Obj. Deadline: September 13, 2022 4:00 p.m.** |
| | ) | **Hearing Date: Only if objection is timely filed** |

**THIRTY-FIRST MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2022 THROUGH JULY 31, 2022**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | July 1, 2022 through July 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $9,325.35<br>(80 % of which is $7,460.28) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $62.88 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final Application |

This is the thirty-first monthly fee application filed in this case.

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees [80%]** | **Expenses [100%]** | **Fee Holdback** |
| First Monthly<br>Filed: 1/2/2020<br>DI No. 1274 | 7/7/2019-<br>7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly<br>Filed: 1/2/2020<br>DI No. 1275 | 8/1/2019-<br>8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly<br>Filed: 1/2/2020<br>DI No. 1276 | 9/1/2019-<br>9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly<br>Filed: 1/2/2020<br>DI No. 1277 | 10/1/2019-<br>10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly<br>Filed: 1/2/2020<br>DI No. 1278 | 11/1/2019-<br>11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly<br>Filed 4/2/2020<br>DI No. 1549 | 12/1/2019-<br>2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly<br>Filed 10/7/2020<br>DI No. 1814 | 4/1/2020-<br>4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly<br>Filed 10/7/2020<br>DI No. 1816 | 8/1/2020-<br>8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly<br>Filed 10/27/2020<br>DI No. 1864 | 9/1/2020-<br>9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly<br>Filed 2/17/2021<br>DI No. 2097 | 10/1/2020-<br>10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly<br>Filed 2/17/2021<br>DI No. 2098 | 11/1/2020-<br>11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly<br>Filed 2/17/2021<br>DI No. 2099 | 12/1/2020-<br>12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly<br>Filed 2/22/2021<br>DI No. 2115 | 1/1/2021-<br>1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly<br>Filed 4/12/2021<br>DI No. 2251 | 2/1/2021-<br>2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly<br>Filed 5/4/2021<br>DI No. 2613 | 3/1/2021-<br>3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly<br>Filed 8/4/2021<br>DI No. 2670 | 4/1/2021-<br>4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth Monthly<br>Filed 8/4/2021<br>DI No. 2671 | 5/1/2021-<br>5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly<br>Filed 8/4/2021<br>DI No. 2673 | 6/1/2021-<br>6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly<br>Filed 8/25/2021<br>DI No. 2745 | 7/1/2021-<br>7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |
| Twentieth Monthly<br>Filed 9/30/2021<br>DI No. 2907 | 8/1/2021-<br>8/31/2021 | $31,199.85 | $0.00 | $24,959.88 | $0.00 | $6,239.97 |
| Twenty-First Monthly<br>Filed 10/28/2021<br>DI No. 3000 | 9/1/2021-<br>9/30/2021 | $19,180.35 | $20.85 | $15,344.28 | $20.85 | $3,836.07 |
| Twenty-Second Monthly<br>Filed 12/6/2021<br>DI No. 3265 | 10/1/2021-<br>10/31/2021 | $46,190.25 | $0.00 | $36,952.20 | $0.00 | $9,238.05 |
| Twenty-Third Monthly<br>Filed 1/5/2022<br>DI No. 3409 | 11/1/2021-<br>11/30/2021 | $68,336.10 | $155.48 | $54,668.88 | $155.48 | $13,667.22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twenty-Fourth Monthly Filed 1/21/2022 DI No. 3495 | 12/1/2021-12/31/2021 | $32,212.80 | $189.03 | $25,770.24 | $189.03 | $6,442.56 |
| Twenty-Fifth Monthly Filed 3/4/2022 DI No. 3664 | 1/1/2022-1/31/2022 | $32,951.25 | $274.51 | $26,361.00 | $274.51 | $6,590.25 |
| Twenty-Sixth Monthly Filed 4/14/2022 DI No. 3862 | 2/1/2022-2/28/2022 | $29,497.95 | $170.88 | $23,598.36 | $170.88 | $5,899.59 |
| Twenty-Seventh Monthly Filed 4/29/2022 DI No. 3928 | 3/1/2022-3/31/2022 | $28,919.70 | $0.00 | $23,135.76 | $0.00 | $5,783.94 |
| Twenty-Eighth Monthly Filed 6/10/2022 DI No. 4022 | 4/1/2022-4/30/2022 | $14,316.30 | $22.89 | $11,453.04 | $22.89 | $2,863.26 |
| Twenty-Ninth Monthly Filed 8/9/2022 DI No. 4149 | 5/1/2022-5/31/2022 | $13,143.15 | $107.10 | $10,514.52 | $107.10 | $2,628.63 |
| Thirtieth Monthly Filed 8/9/2022 DI No. 4154 | 6/1/2022-6/30/2022 | $13,537.35 | $0.00 | $10,829.88 | $0.00 | $2,707.47 |

**TIME AND COMPENSATION BREAKDOWN**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $735.00 | 10.90 | $8,011.50 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate Admitted to Bar 2005 | $350.00 | 6.20 | $2,170.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $300.00 | .60 | $180.00 |
| **TOTALS** | | | **17.70** | **$10,361.50** |
| **BLENDED RATE** | | | | **$585.39** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$1,036.15** |
| **GRAND TOTAL** | | | | **$9,325.35** |

**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Claims Administration and Objections | CL/05 | 10.90 | $8,011.50 |
| Fee/Employment Applications | FE/07 | 0.60 | $180.00 |
| Litigation | LT/10 | 6.20 | $2,170.00 |
| **TOTAL** | | **17.70** | **$10,361.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$1,036.15** |
| **GRAND TOTAL** | | | **$9,325.35** |

**EXPENSE SUMMARY**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Pacer | $58.20 |
| Conference Call Charges | $4.68 |
| **TOTAL** | **$62.88** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Case No. 19-11466 (KG) |
| Debtors. | ) | (Jointly Administered) |

**THIRTY-FIRST MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2022 THROUGH JULY 31, 2022**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its thirty-first monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from July 1, 2022 through July 31, 2022. In support hereof, Klehr Harrison respectfully represents as follows:

## I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.     BACKGROUND

2. On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On July 15, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

4. On August 13, 2019, this Court entered an Order [Docket No. 438] approving the retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5. Klehr Harrison has continuously rendered services on behalf of the Debtors for the period from July 1, 2022 through July 31, 2022 (the "Compensation Period"), totaling 17.70 hours of professional time.

6. Attached hereto as Exhibit "A" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

7. The total sum due to Klehr Harrison for professional services rendered on behalf of the Debtors for the Compensation Period is $9,325.35. Klehr Harrison submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8. Klehr Harrison also expended costs on behalf of the Debtors in the sum of $62.88 during the Compensation period. Attached hereto as Exhibit "B" is an itemized list of expenses incurred during the compensation period. In accordance with Local Bankruptcy Rule 2016-2(e)(iii),

the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9. Klehr Harrison accordingly seeks allowance of the sum of $9,325.35 in fees and $62.88 in expenses, for a total of $9,388.23.

10. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $9,325.35 and reimbursement of actual and necessary expenses incurred in the sum of $62.88 for the period from July 1, 2022 through July 31, 2022; (b) payment in the total amount of $7,523.16 which represents (i) 80% of the total fees billed ($7,460.28) and (ii) 100% of the expenses incurred ($62.88) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated: August 23, 2022
Wilmington, Delaware

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: dpacitti@klehr.com

*Special Counsel to the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CENTERCITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Case No. 19-11466 (KG) |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATION OF DOMENIC E. PACITTI**

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1. I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2. I have read the foregoing Thirty-First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from July 1, 2022 through July 31, 2022 and know the contents thereof. The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3. In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

5. Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

6. None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

7. Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2022 are the rates charged to the Debtors in the Application.

8. The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2022

*<u>/s/ Domenic E. Pacitti</u>*
Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

August 15, 2022

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

Invoice #: 473420
Client #: 19647
Matter #: 0019

For professional services through July 31, 2022:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/02/22 | DEP | Email exchange with J. DiNome re: settlement terms | .30 | 735.00 | 220.50 |
| 7/02/22 | DEP | Call with Judge Fitzgerald re: mediation issues | .40 | 735.00 | 294.00 |
| 7/05/22 | DEP | Email exchange with T. Daluz re: upcoming mediation session | .20 | 735.00 | 147.00 |
| 7/05/22 | DEP | Email exchange with J. DiNome re: upcoming mediation session | .20 | 735.00 | 147.00 |
| 7/05/22 | DEP | Email exchange with T. Daluz re: mediation session (.20) / email exchange with J. DiNome re: mediation session (.20) / email exchange with S. Uhland re: mediation session (.20) / email exchange with Judge Fitzgerald re: mediation session (.20) / call with J. DiNome re: issues discussion for mediation session (.30) | 1.10 | 735.00 | 808.50 |
| 7/06/22 | DEP | Review draft agreements (.40) / call with J. DiNome re: pre-mediation call (.30) / attend mediation call (1.10) / follow up call with J. DiNome on mediation and agreements (.20) | 2.00 | 735.00 | 1,470.00 |
| 7/08/22 | DEP | Attend mediation update call (.60) / follow up call with J. Di Nome (.20) / follow up call with Judge Fitzgerald (.20) | 1.00 | 735.00 | 735.00 |
| 7/11/22 | DEP | Review information and language for settlement (.30) / conference call with Judge Fitzgerald re: language in settlement (.30) | .60 | 735.00 | 441.00 |
| 7/12/22 | DEP | Prepare for and attend mediation call | .50 | 735.00 | 367.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/18/22 | DEP | Mediation update call (.70) / follow up call with J. Di Nome (.20) / draft revisions to 9019 motion and settlement agreement (.50) / email with T. Daluz re: same (.10) | 1.50 | 735.00 | 1,102.50 |
| 7/20/22 | DEP | Call with J. Di Nome re: mediation call (.30) / review T. Daluz and Latham changes comments (.20) / call with Judge Fitzgerald (.40) / draft Drexel tolling agreement extension (.30) / emails with T. Daluz re: finalizing 9019 (.30) / emails with committee counsel re: update (.20) | 1.70 | 735.00 | 1,249.50 |
| 7/20/22 | DEP | Emails with Judge Fitzgerald and parties re: sign off on settlement | .20 | 735.00 | 147.00 |
| 7/21/22 | DEP | Prepare for and attend mediation update | .50 | 735.00 | 367.50 |
| 7/28/22 | DEP | Email exchange with T. Daluz and Judge Fitzgerald re: signatures and settlement | .20 | 735.00 | 147.00 |
| 7/28/22 | DEP | Call with J. DiNome re: email exchange with T. Daluz and Judge Fitzgerald re: signatures and settlement | .20 | 735.00 | 147.00 |
| 7/28/22 | DEP | Email with Judge Fitzgerald re: status of settlement | .10 | 735.00 | 73.50 |
| 7/29/22 | DEP | Email exchange with Judge Fitzgerald re: settlement | .20 | 735.00 | 147.00 |

**Task Total:** **$ 8,011.50**

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/07/22 | MKH | Review case docket; draft and prepare CNO re Twenty-Eighth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period from April 1, 2022 through April 30, 2022 for filing and efile same with Bankruptcy Court | .60 | 300.00 | 180.00 |

**Task Total:** **$ 180.00**

**Litigation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/05/22 | SEV | Email exchanges with S. Prill and counsel for Sanofi Pasteur to resolve preference action | .40 | 350.00 | 140.00 |
| 7/05/22 | SEV | Draft 9019 motion, notice and proposed order resolving Beckman Coulter preference action; prepare for filing with court | 1.50 | 350.00 | 525.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/07/22 | SEV | Draft and revise settlement agreement with preference defendant Sanofi Pasteur; review suggested revisions from counsel for defendant | 1.40 | 350.00 | 490.00 |
| 7/12/22 | SEV | Draft and finalize certificate of no objection regarding 9019 motion to approve Beckman Coulter settlement; prepare for filing and upload | .70 | 350.00 | 245.00 |
| 7/14/22 | SEV | Email exchanges with Sanofi Pasteur defense counsel E. Meltzer regarding settlement; finalize settlement agreement | .70 | 350.00 | 245.00 |
| 7/28/22 | SEV | Draft 9019 motion for approval of Sanofi Pasteur settlement along with notice of motion and proposed order; finalize and prepare for filing | 1.50 | 350.00 | 525.00 |

| | |
|---|---|
| **Task Total:** | **$ 2,170.00** |
| **TOTAL PROFESSIONAL SERVICES** | **$ 10,361.50** |
| 10% Discount | $ -1,036.15 |
| **NET PROFESSIONAL SERVICES** | **$ 9,325.35** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Pacitti, Domenic E. | Partner | 10.90 | 735.00 | 8,011.50 |
| Veghte, Sally E. | Associate | 6.20 | 350.00 | 2,170.00 |
| Hughes, Melissa K. | Paralegal | .60 | 300.00 | 180.00 |
| **TOTALS** | | **17.70** | | **$ 10,361.50** |

# EXHIBIT B

**DISBURSEMENTS**

| Description | Amount |
|---|---|
| Pacer | 58.20 |
| Conference Call Charges | 4.68 |

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | **$ 62.88** |
| **TOTAL THIS INVOICE** | **$ 9,388.23** |