# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>HURON CONSULTING SERVICES LLC,<br><br>Defendant. | Adv. Proc. No. 22-50263 (MFW) |
| HURON CONSULTING SERVICES LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PALADIN HEALTHCARE CAPITAL, LLC,<br><br>Third-Party Defendant. | |

## ENTRY OF APPEARANCE

WITHOUT WAIVER of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

PLEASE ENTER THE APPEARANCE of Timothy S. Martin on behalf of the Third-Party Defendant, Paladin Healthcare Capital, LLC.

29336470v.1

-2-

WHITE AND WILLIAMS LLP

By:   */s/Timothy E. Martin*
    Timothy E. Martin (No. 4578)
    600 N. King Street, Suite 800
    Wilmington, DE 19801-3722
    Telephone: (302) 467-4509
    Email: martint@whiteandwilliams.com

*Attorneys for Third-Party Defendant*
*Paladin Healthcare Capital, LLC*