**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>HURON CONSULTING SERVICES LLC,<br><br>Defendant. | Adv. Proc. No. 22-50263 (MFW) |
| HURON CONSULTING SERVICES LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PALADIN HEALTHCARE CAPITAL, LLC,<br><br>Third-Party Defendant. | |

**STIPULATION FOR EXTENSION OF TIME**
**TO RESPOND TO HURON'S AMENDED THIRD-PARTY COMPLAINT**

Defendant/Third-Party Plaintiff Huron Consulting Services, LLC ("Huron"), and Third-Party Defendant Paladin Healthcare Capital, LLC ("Paladin"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On June 15, 2022, Huron, which is Defendant in the above-captioned Adversary Proceeding, filed its Third-Party Complaint against Paladin (the "Third-Party Complaint") [Docket No. 12]. Also on June 15, 2022, a Summons and Notice of Pretrial Conference in the

Adversary Proceeding was issued, setting a July 15, 2022 deadline for Paladin to respond to the Third-Party Complaint.

2. On or about June 30, 2022, Huron agreed to a twenty-eight (28) day extension of Paladin's deadline to respond to the Third-Party Complaint. Accordingly, Paladin's deadline to respond to the Third-Party Complaint was extended through and including August 12, 2022.

3. Huron filed an Amended Third-Party Complaint against Paladin on July 1, 2022 (the "Amended Third-Party Complaint"). [Docket No. 20]. On or about July 22, 2022, the Debtors filed a Motion to Strike the Amended Third-Party Complaint (the "Motion to Strike"), to which Huron's response deadline was August 11, 2022. [Docket No. 27].

4. On or about August 8, 2022, the Debtors and Huron agreed to a two-week extension of time of Huron's briefing deadline respecting the Debtor's Motion to Strike and an additional two-week extension of Paladin's deadline to respond to the Amended Third-Party Complaint to facilitate the parties' ongoing settlement negotiations. In relevant part, the above agreement extended Paladin's deadline to respond to the Amended Third-Party Complaint through and including August 26, 2022.

5. On or about August 17, 2022, the Debtors and Huron reached a settlement in principle that would resolve and settle the disputes raised in the Amended Third-Party Complaint. The settlement is subject to documentation and approval by this Court.

6. In view of the settlement in principle reached between the Debtors and Huron, on August 22, 2022, Huron filed a Notice adjourning the Pretrial Conference respecting the Amended Third-Party Complaint to September 22, 2022. [Docket No. 29].

7. In further consideration of the settlement in principle reached between the Debtors and Huron, Huron and Paladin agree and stipulate that the time within which Paladin

-3-

may answer, move, or otherwise respond to Huron's Amended Third-Party Complaint [Docket No. 20] is extended through and including September 22, 2022.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WHITE AND WILLIAMS LLP |
|---|---|
| By: _/s/ Donna L. Culver_<br>Donna L. Culver (No. 2983)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Email: dculver@mnat.com<br><br>*Attorneys for Defendant and Third-Party Plaintiff Huron Consulting Services, LLC*<br><br>Dated: August 25, 2022 | By: _/s/Timothy E. Martin_<br>Timothy E. Martin (No. 4578)<br>600 N. King Street, Suite 800<br>Wilmington, DE 19801-3722<br>Telephone: (302) 467-4509<br>Email: martint@whiteandwilliams.com<br><br>*Attorneys for Third-Party Defendant Paladin Healthcare Capital, LLC* |