# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>HURON CONSULTING SERVICES LLC,<br><br>Defendant. | Adv. Proc. No. 22-50263 (MFW) |
| HURON CONSULTING SERVICES LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PALADIN HEALTHCARE CAPITAL, LLC,<br><br>Third-Party Defendant. | |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT

**AND NOW** this _____ day of _____, 2022, upon consideration of the Stipulation for Extension of Time to Respond to Third Party Complaint (the "Stipulation"), and the Court having determined that no further notice of the Stipulation must be given, it is hereby:

**ORDERED** that the Stipulation is hereby **APPROVED**, and it is

**FURTHER ORDERED** that the time within which Paladin Healthcare Capital, LLC

29341900v.1

-2-

may answer, move or otherwise respond to the Third-Party Complaint is hereby extended through and including September 22, 2022.

                              BY THE COURT:

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge

29341900v.1