**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered)<br>**Re: Docket No 4197** |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC, PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC, HPS OF PA, L.L.C., SCHC PEDIATRIC ASSOCIATES, L.L.C., ST.  CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C., SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C., STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C., TPS OF PA, L.L.C., TPS II OF PA, L.L.C., TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C. and TPS V OF PA, L.L.C., | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 22-50263 (MFW) |
| HURON CONSULTING SERVICES LLC, | |
| Defendant. | |
| HURON CONSULTING SERVICES LLC, | |
| Third Party Plaintiff, | |
| v. | |
| PALADIN HEALTHCARE CAPITAL, LLC, | |
| Third-Party Defendant. | **Re:  Adv. Docket No. 30** |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**NOTICE OF <u>AMENDED</u>[2] AGENDA FOR HEARING SCHEDULED FOR AUGUST 29, 2022 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsdeqvqDkuGmIHO5sCHA4-z3WG8LVgXeo

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:30 A.M. (ET) ON AUGUST 29, 2022**

<u>**RESOLVED MATTERS:**</u>

1.      Motion of Debtors to Vacate Default and for Approval of Settlement of Preference Claims against Diagnostica Stago Inc. [Docket No. 4098; Adv. No. 30; filed: 07/18/22]

Response Deadline:  August 1, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

   A.      Certification of No Objection [Docket No. 4114; Adv. No. 31; filed: 08/02/22]

   B.      Order Vacating Default Judgment and Approving Settlement of Preference Claims against Diagnostica Stago Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4117; Adv. No. 32; signed and docketed: 08/03/22]

Status: On August 3, 2022, the Court entered an order approving this motion.

2.      Motion of Debtors for Approval of Settlement of Preference Claims against Keystone Quality Transport Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4109; Adv. No. 29; filed: 07/27/22]

Response Deadline:  August 10, 2022 at 4:00 p.m.

Responses Received:  None

---

[2]      **All Amended Agenda items appear in bold.**

Related Documents:

A.       Certification of No Objection [Docket No. 4163; Adv. No. 30; filed: 08/11/22]

B.       Order Approving Settlement of Preference Claims against Keystone Quality Transport Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4168; Adv. No. 31; signed and docketed: 08/12/22]

Status: On August 12, 2022, the Court entered an order approving this motion.

3.       Motion of Debtors for Approval of Settlement of Preference Claims against Sanofi Pasteur Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4112; filed: 08/01/22]

Response Deadline:  August 15, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.       Certification of No Objection [Docket No. 4171; filed: 08/17/22]

B.       Order Approving Settlement of Preference Claims against Sanofi Pasteur Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4172; signed and docketed: 08/17/22]

Status: On August 17, 2022, the Court entered an order approving this motion.

**CONTINUED MATTER:**

4.       Motion of Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor, to Allow Late Filed Claim and for Relief from the Automatic Stay [Docket No. 3669; filed: 03/07/22]

Response Deadline:  April 1, 2022 at 4:00 p.m.; extended to September 15, 2022 for the Debtors.

Responses Received:

A.       Informal comments from the Debtors

Related Documents:  None to date

Status: This matter is continued to the September 22, 2022 omnibus hearing.

5.      Motion of Liliana E. Rivera and John Thank Nguyen for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) [Docket No. 4066; filed: 07/06/22]

Response Deadline:   July 13, 2022 at 4:00 p.m.; extended to July 15, 2022 for the Debtors.

Responses Received:

A.      Debtors' Objection to Motion for Relief from the Automatic Stay Filed by Liliana E. Rivera and John Thanh Nguyen [Docket No. 4093; filed: 07/15/22]

Related Documents:  None to date

Status: The Debtors have filed a stay relief stipulation [Docket No. 4180] that, if approved, will render this matter moot.  This matter is continued to the September 22, 2022 omnibus hearing.

## CERTIFICATION OF NO OBJECTION MATTERS:

6.      Debtors' Motion for Entry of an Order Authorizing the Debtors to File Certain Portions of the Memorandum of Understanding Re Global Settlement Among, *Inter Alia*, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties Under Seal [Docket No. 4129; filed: 08/08/22]

Response Deadline:  August 22, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 4190; filed: 08/23/22]

**B.      Order Authorizing the Debtors to File Certain Portions of the Memorandum of Understanding Re Global Settlement Among, *Inter Alia*, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties Under Seal [Docket No. 4201; signed and docketed: 08/26/22]**

**Status: On August 26, 2022, the Court entered an order approving this motion.**

7.      Debtors' Motion for Entry of an Order Approving Settlement Term Sheet Between the Debtors and Drexel University [Docket No. 4131; filed: 08/08/22]

Response Deadline:  August 22, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 4192; filed: 08/23/22]

B.       **Order Granting Debtors' Motion for Entry of an Order Approving Settlement Term Sheet Between the Debtors and Drexel University [Docket No. 4202; filed: 08/26/22]**

**Status:** On August 26, 2022, the Court entered an order approving this motion.

**MATTER GOING FORWARD:**

8.       <span style="color:red">**[FILED UNDER SEAL]**</span> Debtors' Motion for Orders (I) Approving Memorandum of Understanding Re Global Settlement Among, *Inter Alia*, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties, Which Provides For, Inter Alia, Resolution of Adversary Proceedings, Withdrawal of Claims, Allocation and Distribution of Assets from RRG and Consensual Substantive Consolidation of Certain Assets, Contracts and Liabilities of the Non-Debtor Broad Street PropCos with Debtor Center City Healthcare, LLC, and Granting Related Relief; and (II) Approving Related Settlement Agreement and Release with Travelers Casualty and Surety Company of America [Docket No. 4128; filed: 08/08/22]

Response Deadline:  August 22, 2022 at 4:00 p.m.

Responses Received:

A.       Informal comments from the Office of the United States Trustee

B.       Objection of IS BBFB LLC and IS 245 North 15th LLC [Docket No. 4184; filed: 08/22/22]

Related Documents:

A.       Notice of Filing of Proposed Redacted Version of Debtors' Motion for Orders: (I) Approving Memorandum of Understanding Re Global Settlement Among, *Inter Alia*, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties, Which Provides for, *Inter Alia*, Resolution of Adversary Proceedings, Withdrawal of Claims, Allocation and Distribution of Assets From RRG and Consensual Substantive Consolidation of Certain Assets, Contracts and Liabilities of Non-Debtor Broad Street PropCos with Debtor Center City Healthcare, LLC, and Granting Related Relief; and (II) Approving Related Settlement Agreement and Release with Travelers Casualty and Surety Company of America [Docket No. 4130; filed: 08/08/22]

B.       Notice of Filing of Fully Executed Memorandum of Understanding Re Global Settlement Among, *Inter Alia*, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties [Docket No. 4152; filed: 08/09/22]

C.       **Declaration of Allen Wilen in Support of Debtors' Motion for Orders: (I) Approving Memorandum of Understanding Re Global Settlement Among, *Inter Alia*, Debtors, Debtors' Subsidiaries, Committee, Tenet,**

**Conifer, MBNF Parties, HSRE Entities and CONA Parties, Which Provides for, *Inter Alia*, Resolution of Adversary Proceedings, Withdrawal of Claims, Allocation and Distribution of Assets From RRG and Consensual Substantive Consolidation of Certain Assets, Contracts and Liabilities of Non-Debtor Broad Street PropCos with Debtor Center City Healthcare, LLC, and Granting Related Relief; and (II) Approving Related Settlement Agreement and Release with Travelers Casualty and Surety Company of America [Docket No. 4200; filed: 08/26/22]**

Status: This matter is going forward.  To the extent necessary, the Debtors may present the testimony of Allen Wilen, the Debtors' CRO in support of the motion.  Mr. Wilen may refer to his declaration, the exhibits attached to the motion or otherwise filed with the Court.  Mr. Wilen will be testifying from his home in New Jersey and will be alone.  Mr. Wilen will have a copy of the above-referenced pleadings during the hearing.  The Debtors are not presently aware of whether any parties intend to cross-examine Mr. Wilen.

## PRETRIAL CONFERENCE

*Center City Healthcare, LLC, et al. v. Huron Consulting Services LLC and Huron Consulting Services LLC v. Paladin Healthcare Capital, LLC* – Case No. 22-50263 (MFW)

Status:  The pre-trial conference related to the Amended Third-Party Complaint has been continued to the September 22, 2022 omnibus hearing date.

Dated: August 26, 2022

**SAUL EWING ARNSTEIN & LEHR LLP**

By:     */s/ Mark Minuti*
     Mark Minuti (DE Bar No. 2659)
     Monique B. DiSabatino (DE Bar No. 6027)
     1201 N. Market Street, Suite 2300
     P.O. Box 1266
     Wilmington, DE  19899
     Telephone: (302) 421-6800
     Fax: (302) 421-6813
     mark.minuti@saul.com
     monique.disabatino@saul.com

       -and-

     Jeffrey C. Hampton
     Adam H. Isenberg
     Centre Square West
     1500 Market Street, 38th Floor
     Philadelphia, PA 19102
     Telephone: (215) 972-7777
     Fax: (215) 972-7725
     jeffrey.hampton@saul.com
     adam.isenberg@saul.com

     *Counsel for Debtors and Debtors in Possession*