# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) Related to Docket Nos. 4128, 4129 and 4130 |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING SETTLEMENT AGREEMENT AND RELEASE WITH TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On August 8, 2022, the *Debtors' Motion for Orders (I) Approving Memorandum of Understanding Re Global Settlement Among, Inter Alia, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties, Which Provides For, Inter Alia, Resolution of Adversary Proceedings, Withdrawal of Claims, Allocation and Distribution of Assets from RRG and Consensual Substantive Consolidation of Certain Assets, Contracts and Liabilities of the Non-Debtor Broad Street PropCos with Debtor Center City Healthcare, LLC, and Granting Related Relief; and (II) Approving Related Settlement Agreement and Release with Travelers Casualty and Surety Company of America* ("the **Travelers Settlement**") [Docket No. 4128] (the **"Motion"**) with filed with the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

40453815.1

-2-

2. Pursuant to the notice of the Motion [Docket No. 4128], objections to the Motion were to be filed by August 22, 2022 at 4:00 p.m. (ET) (the "**Objection Deadline**").

3. No objections to the Travelers Settlement portion of the Motion were filed or served upon the undersigned counsel on or before the Objection Deadline.

4. Attached hereto as **Exhibit A** is a proposed order approving the Travelers Settlement portion of the Motion (the "**Proposed Order**").

5. Attached hereto as **Exhibit B** is a redline version of the Proposed Order reflecting changes from the order filed with the Motion.

6. The Debtors presented the Proposed Order to the Court at the hearing held on August 29, 2022 at 10:30 a.m., at which time the Court indicated that it would enter the Proposed Order.

7. Accordingly, we would respectfully request that the Court sign the Proposed Order and direct that it be docketed.

-3-

| | |
|---|---|
| Dated: August 29, 2022 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Mark Minuti*
  Mark Minuti (DE Bar No. 2659)
  Monique B. DiSabatino (DE Bar No. 6027)
  1201 N. Market Street, Suite 2300
  P. O. Box 1266
  Wilmington, DE 19899
  Telephone: (302) 421-6840
  mark.minuti@saul.com
  monique.disabatino@saul.com

   -and-

  Jeffrey C. Hampton
  Adam H. Isenberg
  Centre Square West
  1500 Market Street, 38th Floor
  Philadelphia, PA 19102
  Telephone: (215) 972-7777
  jeffrey.hampton@saul.com
  adam.isenberg@saul.com

  *Counsel for Debtors and Debtors in Possession*