IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                    Debtors. | ) Chapter 11<br>)<br>)<br>) Case No. 19-11466 (MFW)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket Nos. 4128, 4129 and 4130**<br>) |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING MEMORANDUM OF UNDERSTANDING RE GLOBAL SETTLEMENT AMONG, *INTER ALIA*, DEBTORS, DEBTORS' SUBSIDIARIES, COMMITTEE, TENET, CONIFER, MBNF PARTIES, HSRE ENTITIES AND CONA PARTIES, WHICH PROVIDES FOR, *INTER ALIA*, RESOLUTION OF ADVERSARY PROCEEDINGS, WITHDRAWAL OF CLAIMS, ALLOCATION AND DISTRIBUTION OF ASSETS FROM RRG AND CONSENSUAL SUBSTANTIVE CONSOLIDATION OF CERTAIN ASSETS, CONTRACTS AND LIABILITIES OF NON-DEBTOR BROAD STREET PROPCOS WITH DEBTOR CENTER CITY HEALTHCARE, LLC, AND GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1.      On August 8, 2022, the *Debtors' Motion for Orders (I) Approving Memorandum of Understanding Re Global Settlement Among, Inter Alia, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties, Which Provides For, Inter Alia, Resolution of Adversary Proceedings, Withdrawal of Claims, Allocation and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

40453534.1

*Distribution of Assets from RRG and Consensual Substantive Consolidation of Certain Assets, Contracts and Liabilities of the Non-Debtor Broad Street PropCos with Debtor Center City Healthcare, LLC, and Granting Related Relief* (the "**MOU**")*; and (II) Approving Related Settlement Agreement and Release with Travelers Casualty and Surety Company of America* [Docket No. 4128] (the "**Motion**") with filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 4128], objections to the Motion were to be filed by August 22, 2022 at 4:00 p.m. (ET) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, IS BBFB LLC and IS 245 North 15th LLC ("**Ironstone**") filed an objection to the MOU portion of the Motion [Docket No. 4184] (the "**Ironstone Objection**"). In addition, the Debtors received informal comments to the MOU portion of the Motion from the Office of the United States Trustee (the "**UST**").

4. Attached hereto as **Exhibit A** is a proposed order approving the MOU portion of the Motion (the "**Proposed Order**"). The Proposed Order has been revised to resolve the Ironstone Objection and comments from the UST, MBNF Parties and the HSRE Entities.

5. A copy of the Proposed Order was provided to counsel for each of Ironstone, Tenet, Conifer, the MBNF Parties, the HSRE Entities, the CONA Parties, the UST and the Committee.

6. Attached hereto as **Exhibit B** is a redline version of the Proposed Order reflecting changes from the order filed with the Motion.

7. The Debtors presented the Proposed Order to the Court at the hearing held on August 29, 2022 at 10:30 a.m., at which time the Court indicated that it would enter the Proposed Order.

8. Accordingly, we would respectfully request that the Court sign the Proposed Order and direct that it be docketed.

Dated: August 29, 2022             **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
    Mark Minuti (DE Bar No. 2659)
    Monique B. DiSabatino (DE Bar No. 6027)
    1201 N. Market Street, Suite 2300
    P. O. Box 1266
    Wilmington, DE 19899
    Telephone: (302) 421-6840
    mark.minuti@saul.com
    monique.disabatino@saul.com

    -and-

    Jeffrey C. Hampton
    Adam H. Isenberg
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-7777
    jeffrey.hampton@saul.com
    adam.isenberg@saul.com

    *Counsel for Debtors and Debtors in Possession*