| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Mark | Minuti | Debtors | Saul Ewing Arnstein & Lehr LLP |
| John | Dinome | Debtors | American Academic |
| Allen | Wilen | Debtors | American Academic |
| Brendan | Schlauch | MBNF Non-Debtors | Richards, Layton & Finger, P.A. |
| Gregory | Taylor | Capital One, N.A. | Ashby & Geddes, P.A. |
| Alissa | Piccione | Capital One, N.A. | Reed Smith LLP |
| Louis | Curcio | Capital One, N.A. | Reed Smith LLP |
| Andrew | Sherman | Official Committee of Unsecured Creditors | Sills Cummis |
| Tobey | Daluz | Drexel University | Ballard Spahr LLP |
| Megan | Harper | City of Philadelphia | |
| Suzzanne | Uhland | Debtor | Latham & Watkins |
| Bill | Brinkman | Debtor | Paladin |
| Kyle | Schmidt | Debtor | Paladin |
| Svetlana | Attestatova | Debtor | Paladin |
| Joel | Freedman | Debtor | Paladin |
| T.J. | Li | Debtor | Latham & Watkins |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Seth | Niederman | UCC | |
| Jeffrey | Kurtzman | IS BBFB, LLC | Kurtzman Steady, LLC |
| Laura | Jones | Tenet and Conifer | |
| Timothy | Cairns | Tenet and Conifer | |
| Brandon | Cook | Cadence Bank | Smith Hulsey & Busey |
| Domenic | Pacitti | Special Counsel to bedtors | Klehr Harrison Harvey Branzburg LLP |
| John | Ashmead | MBNF Liquidator, MBNF Equity Buyer, etc. | Sewkis |
| Ross | Hooper | MBNF Liquidator, MBNF Equity Buyer, etc. | Sewkis |
| Adam | Isenberg | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Jeffrey | Hampton | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Nicholas | Sabatino | Column Financial, Inc. | Orrick, Herrington & Sutcliffe LLP |
| Raniero | D'Aversa | Column Financial, Inc. | Orrick, Herrington & Sutcliffe LLP |
| Steven | Mitnick | Interested Party | SM Law, PC |
| Al | Mezzaroba | Interested Party | |
| Linda | McDonough | Interested Party | 50 Words LLC |
| Kevin | Carey | Interested Party | Hogan Lovells |
| Thomas | Judge | Travelers | Dykema |
| Freda | Yang | Credit Suisse | |
| Kent | Hayden | Tenet Healthcare Corporation | Kirkland & Ellis |
| Monique | DiSabatino | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Stuart | Brown | Master Landlords | DLA Piper LLP (US) |
| Becky | Yerak | Wall Street Journal | News Corp |