# EXHIBIT A

## SUMMARY OF BLENDED RATE

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
| Senior Partners | 12 | $604.00 | $744.65 |
| Junior Partners | 2 | $494.00 | $499.25 |
| Counsel | 1 | $509.00 | $475.00 |
| Senior Associates | 4 | $363.00 | $372.75 |
| Junior Associates | 1 | $287.00 | $285.00 |
| Paralegal | 2 | $233.00 | $343.31 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $257.00 | $277.03 |
| **Aggregated:** | | **$480.00** | **$574.98** |