# EXHIBIT D

## EXPENSE SUMMARY

**Expense Summary**

**For the Period from July 1, 2022 through July 31, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | Philadelphia Court of Common Pleas | $91.25 |
| Court Reporter Services | Summit Court Reporting Inc. | $1,046.65 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $382.30 |
| E-discovery Processing /Usage | Epiq Relativity | $9,088.65 |
| Legal Research | Westlaw | $7,993.42 |
| **Total** | | **$18,602.27** |



| Philadelphia Academic Health System, LLC | Invoice Number | 2715239 |
| 222 N. Sepulveda Blvd. | Invoice Date | 08/31/22 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
| --- | --- | --- | --- |
| 07/26/22 | Epiq Relativity eDiscovery Costs | 9,088.65 | |
| | Total   Epiq Relativity eDiscovery Costs | | 9,088.65 |
| 07/19/22 | Court Reporter Services; VENDOR: Summit Court Reporting Inc; 6/21/2022 – court reporting services for deposition of C. McAllister (De Lage Landen) | 583.75 | |
| 07/20/22 | Court Reporter Services; VENDOR: Summit Court Reporting Inc; 6/22/2022 – court reporting services for deposition of Rebecca Ricci (De Lage Landen) | 462.90 | |
| | Total Court Reporter Services | | 1,046.65 |
| 07/12/22 | Court Costs; VENDOR: Philadelphia Court of Common Pleas; 7/11/2022 - Cost for document from Contested Matters re: Nguyen/Rivera stay relief (Praecipe to Issue Writ of Summons) | 9.00 | |
| 07/12/22 | Court Costs; VENDOR: Philadelphia Court of Common Pleas; 07/12/22; Cost for document from Contested Matters re: Nguyen/Rivera stay relief (Praecipe to Enter Default) | 47.75 | |
| 07/21/22 | Court Costs; VENDOR: Philadelphia Court of Common Pleas; 07/18/22; Cost for documents from Nguyen Complaints (amended and third amended) | 34.50 | |
| | Total Court Costs | | 91.25 |
| 07/19/22 | Doc. Retrieval/Case Monitoring; VENDOR: Pacer Service Center; 07/07/22; Access to Federal Court dockets and downloading pleadings | 382.30 | |
| | Total Doc. Retrieval/Case Monitoring | | 382.30 |
| 07/05/22 | Westlaw Legal Research | 1,672.38 | |
| 07/05/22 | Westlaw Legal Research | 153.00 | |
| 07/08/22 | Westlaw Legal Research | 215.00 | |
| 07/11/22 | Westlaw Legal Research | 1,277.10 | |
| 07/12/22 | Westlaw Legal Research | 116.10 | |
| 07/15/22 | Westlaw Legal Research | 116.10 | |
| 07/18/22 | Westlaw Legal Research | 580.50 | |
| 07/19/22 | Westlaw Legal Research | 430.92 | |
| 07/20/22 | Westlaw Legal Research | 1,509.30 | |
| 07/20/22 | Westlaw Legal Research | 107.50 | |
| 07/21/22 | Westlaw Legal Research | 696.60 | |
| 07/22/22 | Westlaw Legal Research | 232.20 | |

376719
00002
08/31/22

Philadelphia Academic Health System, LLC, et. al
Expenses

Invoice Number  2715239
Page 2

| Date | Description | | |
|---|---|---|---|
| 07/26/22 | Westlaw Legal Research | 107.50 | |
| 07/28/22 | Westlaw Legal Research | 430.92 | |
| 07/29/22 | Westlaw Legal Research | 348.30 | |
| | Total Westlaw Legal Research | | 7,993.42 |
| | CURRENT EXPENSES | | 18,602.27 |

**TOTAL AMOUNT OF THIS  INVOICE**                    18,602.27