# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) **Related to Docket No. 4216** |

## CERTIFICATION OF COUNSEL REGARDING MOU IMPLEMENTATION DATE

The undersigned counsel hereby certify, as follows:

1. On August 29, 2022, the Court entered the *Order Approving Memorandum of Understanding Re Global Settlement Among, Inter Alia, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties, Which Provides For, Inter Alia, Resolution of Adversary Proceedings, Withdrawal of Claims, Allocation and Distribution of Assets from RRG and Consensual Substantive Consolidation of Certain Assets, Contracts and Liabilities of the Non-Debtor Broad Street PropCos with Debtor Center City Healthcare, LLC, and Granting Related Relief* [Docket No. 4216] (the "**Order**"); which Order, among other things, approved the *Memorandum of Understanding Re Global Settlement Among, Inter Alia, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties* (the "**MOU**") attached to the Order at Exhibit 1.[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the MOU.

RLF1 27697782v.5

2. Section 23 of the MOU provides that the MOU shall be effective upon the satisfaction or, in certain circumstances, written waiver by the Debtors, the MBNF Parties, the HSRE Entities, the CONA Parties, Tenet and the Committee of a series of conditions, which are set forth therein.

3. Pursuant to Section 50 of the MOU, the Debtors, the Committee, the MBNF Parties, the HSRE Entities, the CONA Parties and Tenet, by and through their undersigned counsel, hereby certify that all conditions to the effectiveness of the MOU set forth in Section 23 of the MOU have been satisfied except for the following conditions, which are hereby waived: (i) the provision of the following to the Third Party Escrow Agent: (A) fully and properly executed original copies of MOU Exhibit 2(f) (solely with respect to the Affidavit of Non-Involvement of American Academic Health Systems, LLC, which shall be provided by American Academic Health System, LLC after the MOU Implementation Date to the extent requested by the Debtors in connection with the Debtors' obligations set forth in the last sentence of Section 2 of the MOU), MOU Exhibit 14(o)(i) and MOU Exhibit 14(o)(ii) and (B) the HSRE Warrant; and (ii) the condition contained in Section 23(l) of the MOU (Third Party Escrow Agent Agreement). For the avoidance of doubt, the parties to MOU Exhibit 14(o)(i) and MOU Exhibit 14(o)(ii) shall exchange among themselves the completed and fully executed MOU Exhibit 14(o)(i) and MOU Exhibit 14(o)(ii) in accordance with Section 14(o) of the MOU.

4. The MOU Implementation Date is September 13, 2022.

[*Remainder of page intentionally left blank*]

Dated: September 13, 2022

| | |
|---|---|
| */s/ Mark Minuti* | */s/ Brendan J. Schlauch* |
| Mark Minuti (DE Bar No. 2659) | Mark D. Collins (DE Bar No. 2981) |
| Monique B. DiSabatino (DE Bar No. 6027) | Michael J. Merchant (DE Bar No. 3854) |
| **SAUL EWING ARNSTEIN & LEHR LLP** | Brendan J. Schlauch (DE Bar No. 6115) |
| 1201 N. Market Street, Suite 2300 | **RICHARDS, LAYTON & FINGER, P.A.** |
| P.O. Box 1266 | One Rodney Square |
| Wilmington, DE 19889 | 920 North King Street |
| Telephone: (302) 421-6800 | Wilmington, DE 19801 |
| Facsimile: (302) 421-6813 | Tel: (302) 651-7700 |
| mark.minuti@saul.com | Facsimile: (302) 651-7701 |
| monique.disabatino@saul.com | collins@rlf.com |
| | merchant@rlf.com |
| -and- | schlauch@rlf.com |
| Jeffrey C. Hampton | - and - |
| Adam H. Isenberg | |
| Center Square West | Suzzanne Uhland |
| 1500 Market Street, 38th Floor | Tianjiao ("TJ") Li |
| Philadelphia, PA 19102 | Alexandra M. Zablocki |
| Telephone: (215) 972-7777 | **LATHAM & WATKINS LLP** |
| Facsimile: (215) 972-7725 | 1271 Avenue of the Americas |
| jeffrey.hampton@saul.com | New York, NY 10022 |
| adam.isenberg@saul.com | Telephone: (212) 906-1200 |
| | Facsimile: (212) 751-4864 |
| *Counsel for the Debtors* | suzzanne.uhland@lw.com |
| | tj.li@lw.com |
| | alexandra.zablocki@lw.com |
| | *Counsel for MBNF Parties* |

| | |
|---|---|
| */s/ Seth A. Niederman* <br> Seth A. Niederman (DE Bar No. 4588) <br> **FOX ROTHSCHILD LLP** <br> 919 North Market Street, Suite 300 <br> Wilmington, DE 19899-2323 <br> Telephone: (302) 654-7444 <br> Facsimile: (302) 656-8920 <br> sniederman@foxrothschild.com <br><br> -and- <br><br> Andrew H. Sherman <br> Boris I. Mankovetskiy <br> **SILLS CUMMIS & GROSS P.C.** <br> One Riverfront Plaza <br> Newark, NJ 07102 <br> Telephone: (973) 643-7000 <br> Facsimile: (973) 643-6500 <br> asherman@sillscummis.com <br> bmankovetskiy@sillscummis.com <br><br> *Counsel to the Committee* | */s/ Stuart M. Brown* <br> Stuart M. Brown (DE Bar No. 4050) <br> **DLA PIPER LLP (US)** <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE 19801 <br> Telephone: (302) 468-5700 <br> Facsimile: (302) 394-2341 <br> stuart.brown@us.dlapiper.com <br><br> -and- <br><br> Joseph Kernen <br> One Liberty Place <br> 1650 Market Street, Suite 5000 <br> Philadelphia, PA 19103 <br> Telephone:  (215) 656-3345 <br> Facsimile:  (215) 656-3301 <br> joseph.kernen@dlapiper.com <br><br> -and- <br><br> Richard A. Chesley <br> 444 West Lake Street, Suite 900 <br> Chicago, IL 60606 <br> Telephone: (312) 368-4000 <br> Facsimile: (312) 236-7516 <br> richard.chesley@us.dlapiper.com <br><br> *Counsel for HSRE Entities* |

| | |
|---|---|
| /s/ Laura Davis Jones | /s/ Gregory A. Taylor |
| Laura Davis Jones (DE Bar No. 2436) | Gregory A. Taylor (DE Bar No. 4008) |
| Timothy P. Cairns (DE Bar No. 4228) | **ASHBY & GEDDES, P.A.** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 500 Delaware Avenue, 8th Floor |
| 919 N. Market Street, 17th Floor | P. O. Box 1150 |
| P.O. Box 8705 | Wilmington, DE 19899-1150 |
| Wilmington, DE 19899-8705 | Telephone: (302) 654-1888 |
| Telephone: (302) 652-4100 | Facsimile: (302) 654-2067 |
| Facsimile: (302) 652-4400 | gtaylor@asbygeddes.com |
| ljones@pszjlaw.com | |
| tcairns@pszjlaw.com | -and- |
| | |
| -and- | Louis A. Curcio |
| | **REED SMITH LLP** |
| Stephen C. Hackney | 599 Lexington Avenue |
| Kent J. Hayden | New York, NY 10022 |
| **KIRKLAND & ELLIS LLP** | Telephone: (212) 521-5400 |
| 300 North LaSalle Street | Facsimile: (212) 521-5450 |
| Chicago, IL 60654 | lcurcio@reedsmith.com |
| Telephone: (312) 862-2000 | |
| stephen.hackney@kirkland.com | *Counsel for CONA Parties* |
| kent.hayden@kirkland.com | |
| | |
| *Counsel for Tenet* | |