# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Related to Docket No. 4216** |

## MOU RELEASE NOTICE

The undersigned counsel hereby certify, as follows:

1. On August 29, 2022, the Court entered the *Order Approving Memorandum of Understanding Re Global Settlement Among, Inter Alia, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties, Which Provides For, Inter Alia, Resolution of Adversary Proceedings, Withdrawal of Claims, Allocation and Distribution of Assets from RRG and Consensual Substantive Consolidation of Certain Assets, Contracts and Liabilities of the Non-Debtor Broad Street PropCos with Debtor Center City Healthcare, LLC, and Granting Related Relief* [Docket No. 4216] (the **"Order"**); which Order, among other things, approved the *Memorandum of Understanding Re Global Settlement Among,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

*Inter Alia, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties* (the "**MOU**") attached to the Order at Exhibit 1.[2]

2. On September 13, 2022, the Debtors, the Committee, the MBNF Parties, the HSRE Entities, the CONA Parties and Tenet filed the MOU Implementation Date Certification [Docket No. 4261].

3. Section 52 of the MOU provides that upon the completion of the actions set forth in Sections 3(a)(i)-3(a)(v), 3(a)(vi)(a), 3(a)(viii), 3(a)(x)(b), 3(a)(x)(d)-3(a)(xviii), and 9(a), inclusive, as determined in good faith by the Debtors, the Committee, the MBNF Parties, the HSRE Entities, the CONA Parties and Tenet, the Debtors shall file with the Bankruptcy Court the MOU Release Notice.

4. Pursuant to Section 52 of the MOU, the Debtors, the Committee, the MBNF Parties, the HSRE Entities, the CONA Parties and Tenet, by and through their undersigned counsel, hereby certify that all of the actions set forth in Sections 3(a)(i) – 3(a)(v), 3(a)(vi)(a), 3(a)(viii), 3(a)(x)(b), 3(a)(x)(d) – 3(a)(xviii) and 9(a) of the MOU have been completed.

5. This MOU Release Notice, Section 16 of the MOU and the releases set forth in Section 14 of the MOU shall be effective upon the filing of this MOU Release Notice with the Court.

[*Remainder of page intentionally left blank*]

---

[2] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the MOU.

Dated: September 15, 2022

| | |
|---|---|
| */s/ Mark Minuti* | */s/ Brendan J. Schlauch* |
| Mark Minuti (DE Bar No. 2659) | Mark D. Collins (DE Bar No. 2981) |
| Monique B. DiSabatino (DE Bar No. 6027) | Michael J. Merchant (DE Bar No. 3854) |
| **SAUL EWING ARNSTEIN & LEHR LLP** | Brendan J. Schlauch (DE Bar No. 6115) |
| 1201 N. Market Street, Suite 2300 | **RICHARDS, LAYTON & FINGER, P.A.** |
| P.O. Box 1266 | One Rodney Square |
| Wilmington, DE 19889 | 920 North King Street |
| Telephone: (302) 421-5873 | Wilmington, DE 19801 |
| Facsimile: (302) 421-6813 | Tel: (302) 651-7700 |
| mark.minuti@saul.com | Facsimile: (302) 651-7701 |
| monique.disabatino@saul.com | collins@rlf.com |
| | merchant@rlf.com |
| -and- | schlauch@rlf.com |
| Jeffrey C. Hampton | - and - |
| Adam H. Isenberg | |
| Center Square West | Suzzanne Uhland |
| 1500 Market Street, 38th Floor | Tianjiao ("TJ") Li |
| Philadelphia, PA 19102 | Alexandra M. Zablocki |
| Telephone: (215) 972-777 | **LATHAM & WATKINS LLP** |
| Facsimile: (215) 972-7725 | 1271 Avenue of the Americas |
| jeffrey.hampton@saul.com | New York, NY 10022 |
| adam.isenberg@saul.com | Telephone: (212) 906-1200 |
| | Facsimile: (212) 751-4864 |
| *Counsel for the Debtors* | suzzanne.uhland@lw.com |
| | tj.li@lw.com |
| | alexandra.zablocki@lw.com |
| | |
| | *Counsel for MBNF Parties* |

3

*/s/ Seth A. Niederman*
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
sniederman@foxrothschild.com

-and-

Andrew H. Sherman
Boris I. Mankovetskiy
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

*Counsel to the Committee*

*/s/ Stuart M. Brown*
Stuart M. Brown (DE Bar No. 4050)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
stuart.brown@us.dlapiper.com

-and-

Joseph Kernen
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3345
Facsimile: (215) 656-3301
joseph.kernen@dlapiper.com

-and-

Richard A. Chesley
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
richard.chesley@us.dlapiper.com

*Counsel for HSRE Entities*

| | |
|---|---|
| */s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>-and-<br><br>Stephen C. Hackney<br>Kent J. Hayden<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>stephen.hackney@kirkland.com<br>kent.hayden@kirkland.com<br><br>*Counsel for Tenet* | */s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>**ASHBY & GEDDES, P.A.**<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899-1150<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>gtaylor@asbygeddes.com<br><br>-and-<br><br>Louis A. Curcio<br>**REED SMITH LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>lcurcio@reedsmith.com<br><br>*Counsel for CONA Parties* |