**EXHIBIT A**

**Fee Chart**

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | TOTAL |
|---|---|---|---|---|---|---|---|
| **Saul Ewing Arnstein & Lehr LLP** (Counsel to the Debtors) (Docket No. 4121) | *(Interim)* 07/01/21 – 09/30/21 | $1,367,667.20 | $95,208.12 | $0.00 | $1,367,667.20 | $95,208.12 | $1,462,875.32 |
| **Saul Ewing Arnstein & Lehr LLP** (Counsel to the Debtors) (Docket No. 4122) | *(Interim)* 10/01/21 – 12/31/21 | $1,526,737.05 | $66,217.76 | $0.00 | $1,526,737.05 | $66,217.76 | $1,592,954.81 |
| **Klehr Harrison Harvey Branzburg LLP** (Special Counsel to the Debtors) (Docket No. 4175) | *(Interim)* 07/01/21 – 09/30/21 | $60,139.35 | $20.85 | $0.00 | $60,139.35 | $20.85 | $60,160.20 |
| **Klehr Harrison Harvey Branzburg LLP** (Special Counsel to the Debtors) (Docket No. 4176) | *(Interim)* 10/01/21 – 12/31/21 | $146,739.15 | $344.51 | $0.00 | $146,739.15 | $344.51 | $147,083.66 |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4177) | *(Interim)* 07/01/21 – 09/30/21 | $276,500.00 | $5,734.87 | $0.00 | $276,500.00 | $5,734.87 | $282,234.87 |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4178) | *(Interim)* 10/01/21 – 12/31/21 | $306,000.00 | $2,825.38 | $0.00 | $306,000.00 | $2,825.38 | $308,825.38 |
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4151) | *(Interim)* 07/01/21 – 09/30/21 | $25,342.00 | $329.60 | $0.00 | $25,342.00 | $329.60 | $25,671.60 |
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4153) | *(Interim)* 10/01/21 – 12/31/21 | $39,547.00 | $87.44 | $0.00 | $39,547.00 | $87.44 | $39,634.44 |
| **Berkeley Research Group, LLC** (Financial Advisor to the Official Committee of Unsecured Creditors) (Docket No. 4161) | *(Interim)* 07/01/21 – 12/31/21 | $57,271.50 | $0.00 | $0.00 | $57,271.50 | $0.00 | $57,271.50 |
| **TOTAL** | | $3,805,943.25 | $170,768.53 | $0.00 | $3,805,943.25 | $170,768.53 | $3,976,711.78 |