# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket No. 4278** |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC, PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC, HPS OF PA, L.L.C., SCHC PEDIATRIC ASSOCIATES, L.L.C., ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C., SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C., STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C., TPS OF PA, L.L.C., TPS II OF PA, L.L.C., TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C. and TPS V OF PA, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>HURON CONSULTING SERVICES LLC,<br><br>Defendant.<br><br>HURON CONSULTING SERVICES LLC,<br><br>Third Party Plaintiff,<br><br>v.<br><br>PALADIN HEALTHCARE CAPITAL, LLC,<br><br>Third-Party Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Adv. Proc. No. 22-50263 (MFW)<br><br><br><br><br><br><br><br><br><br><br><br>**Re: Docket No. 35** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 22, 2022 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsfuyqpjgvGCRz_QhQ2VQYACI6KrqhrRE

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:30 A.M. (ET) ON SEPTEMBER 22, 2022**

**RESOLVED MATTERS:**

1. Motion of Liliana E. Rivera and John Thank Nguyen for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) [Docket No. 4066; filed: 07/06/22]

   Response Deadline: July 13, 2022 at 4:00 p.m.; extended to July 15, 2022 for the Debtors.

   Responses Received:

   A. Debtors' Objection to Motion for Relief from the Automatic Stay Filed by Liliana E. Rivera and John Thanh Nguyen [Docket No. 4093; filed: 07/15/22]

   Related Documents:

   B. Order Approving Stipulation Granting Limited Relief from the Automatic Stay with Respect to Personal Injury Claims Asserted by Liliana E. Rivera, Individually and as Representative of the Estate of Jezabelle Nguyen, and John Thanh Nguyne [Docket No. 4244; signed and docketed: 09/07/22]

   Status: This motion is moot. On September 9, 2022, the Court entered an order approving a stay relief stipulation.

---

[2]  **All Amended Agenda items appear in bold.**

2

40539136.1 09/20/2022

2. Motion of Debtors for Approval of Settlement of Claims against Wayne Moving and Storage of New Jersey, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4174; filed: 08/18/22]

 Response Deadline: September 1, 2022 at 4:00 p.m.

 Responses Received: None

 Related Documents:

  A. Certification of No Objection [Docket No. 4236; filed: 09/06/22]

  B. Order Approving Settlement of Wayne Moving and Storage of New Jersey, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4242; signed and docketed: 09/07/22]

 Status: On September 7, 2022, the Court entered an order approving this motion.

**CONTINUED MATTERS:**

3. Motion of Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor, to Allow Late Filed Claim and for Relief from the Automatic Stay [Docket No. 3669; filed: 03/07/22]

 Response Deadline: April 1, 2022 at 4:00 p.m.; extended to October 18, 2022 for the Debtors.

 Responses Received:

  A. Informal comments from the Debtors

 Related Documents: None to date

 Status: This matter is continued to the October 25, 2022 omnibus hearing.

**PRETRIAL CONFERENCE**

*Center City Healthcare, LLC, et al. v. Huron Consulting Services LLC and Huron Consulting Services LLC v. Paladin Healthcare Capital, LLC* – Case No. 22-50263 (MFW)

 Status: This pretrial conference is continued to the October 25, 2022 omnibus hearing.

**FEE APPLICATIONS:**

4. Certification of Counsel Regarding Proposed Omnibus Order Approving Ninth and Tenth Interim Fee Applications of Saul Ewing Arnstein & Lehr LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Eighth and Ninth Interim Applications of Klehr Harrison Harvey Branzburg LLP and the Seventh Interim Application of Berkeley Research Group, LLC [Docket No. 4268; filed: 09/14/22]

3

<u>Response Deadline</u>:   See index of the fee applications attached as <u>Exhibit A</u>.

<u>Responses Received</u>:  None

**Related Documents**:

A.  **Omnibus Order Approving Ninth and Tenth Interim Fee Applications of Saul Ewing Arnstein & Lehr LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Eighth and Ninth Interim Applications of Klehr Harrison Harvey Branzburg LLP and the Seventh Interim Application of Berkeley Research Group, LLC [Docket No. 4280; signed and docketed: 09/20/22]**

<u>Status</u>:  **On September 20, 2022, the Court entered an order approving the fee applications.**

Dated: September 20, 2022                     **SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

# INDEX OF PROFESSIONALS' FEE APPLICATIONS

# DEBTORS' PROFESSIONALS

**I.  SAUL EWING ARNSTEIN & LEHR LLP (Counsel to Debtors)**

1. Ninth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and reimbursement of Expenses for the Period from July 1, 2021 through September 30, 2021 [Docket No. 4121; filed: 08/05/22]

    i. Certification of No Objection for Ninth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 4204; filed: 08/26/22]

    Related Documents:

    A. Twenty-Fifth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2021 through July 31, 2021 [Docket No. 2822; filed: 09/14/21]

        i. Certification of No Objection for Twenty-Fifth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 2919; filed: 10/05/21]

    B. Twenty-Sixth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2021 through August 31, 2021 [Docket No. 2933; filed: 10/11/21]

        i. Certification of No Objection for Twenty-Sixth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 3016; filed: 11/02/21]

    C. Twenty-Seventh Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2021 through September 30, 2021 [Docket No. 3076; filed: 11/11/21]

        i. Certification of No Objection for Twenty-Seventh Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 3237; filed: 12/02/21]

2. Tenth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2021 through December 31, 2021 [Docket No. 4122; filed: 08/05/22]

      i.    Certification of No Objection for Tenth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 4205; filed: 08/26/22]

Related Documents:

A. Twenty- Eighth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2021 through October 31, 2021 [Docket No. 3344; filed: 12/21/21]

    i.    Certification of No Objection for Twenty-Eighth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 3436; filed: 01/11/22]

B. Twenty-Ninth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through November 30, 2021 [Docket No. 3430; filed: 01/10/22]

    i.    Certification of No Objection for Twenty-Ninth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 3535; filed: 02/01/22]

C. Thirtieth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2021 through December 31, 2021 [Docket No. 3525; filed: 01/31/22]

    i.    Certification of No Objection for Thirtieth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 3625; filed: 02/23/22]

**II.    KLEHR HARRISON HARVEY BRANZBURG LLP (Special Counsel to Debtors)**

3. Eighth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from July 1, 2021 through September 30, 2021 [Docket No. 4175; filed: 08/18/22]

    i.    Certification of No Objection for Eighth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 4254; filed: 09/12/22]

Related Documents:

A. Nineteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from July 1, 2021 through July 31, 2021 [Docket No. 2745; filed: 08/25/21]

        i.      Certification of No Objection for Nineteenth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2887; filed: 09/27/21]

    B.    Twentieth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from August 1, 2021 through August 31, 2021 [Docket No. 2907; filed: 09/30/21]

        i.      Certification of No Objection for Twentieth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 2980; filed: 10/25/21]

    C.    Twenty-First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from September 1, 2021 through September 30, 2021 [Docket No. 3000; filed: 10/28/21]

        i.      Certification of No Objection for Twenty-First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 3171; filed: 11/24/21]

4.    Ninth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from October 1, 2021 through December 31, 2021 [Docket No. 4176; filed: 08/18/22]

    i.    Certification of No Objection for Ninth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 4255; filed: 09/12/22]

Related Documents:

    A.    Twenty-Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from October 1, 2021 through October 31, 2021 [Docket No. 3265; filed: 12/06/21]

        i.      Certification of No Objection for Twenty-Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 3373; filed: 12/29/21]

    B.    Twenty-Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from November 1, 2021 through November 30, 2021 [Docket No. 3409; filed: 01/05/22]

       i.    Certification of No Objection for Twenty-Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 3523; filed: 01/28/22]

  C.    Twenty-Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from December 1, 2021 through December 31, 2021 [Docket No. 3495; filed: 01/21/22]

       i.    Certification of No Objection for Twenty-Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 3693; filed: 03/10/22]

## COMMITTEE'S PROFESSIONALS

**III.  SILLS CUMMIS & GROSS P.C. (Counsel to the Official Committee of Unsecured Creditors)**

5.    Ninth Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from July 1, 2021 through September 30, 2021 [Docket No. 4177; filed: 08/18/22]

       i.    Certification of No Objection for Ninth Quarterly Application of Sills Cummis & Gross P.C. [Docket No. 4259; filed: 09/13/22]

Related Documents:

  A.    Twenty Fifth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2021 through July 31, 2021 [Docket No. 2871; filed: 09/23/21]

       i.    Certification of No Objection for Twenty Fifth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 2949; filed: 10/14/21]

  B.    Twenty Sixth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2021 through August 31, 2021 [Docket No. 2918; filed: 10/05/21]

       i.    Certification of No Objection for Twenty Sixth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 3262; filed: 12/06/21]

- C. Twenty Seventh Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2021 through September 30, 2021 [Docket No. 3015; filed: 11/02/21]

    - i. Certification of No Objection for Twenty Seventh Monthly Application of Sills Cummis & Gross P.C. [Docket No. 3263; filed: 12/06/21]

6. Tenth Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from October 1, 2021 through December 31, 2021 [Docket No. 4178; filed: 08/18/22]

    - i. Certification of No Objection for Tenth Quarterly Application of Sills Cummis & Gross P.C. [Docket No. 4260; filed: 09/13/22]

    Related Documents:

    - A. Twenty Eighth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2021 through October 31, 2021 [Docket No. 3264; filed: 12/06/21]

        - i. Certification of No Objection for Twenty Eighth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 3371; filed: 12/28/21]

    - B. Twenty Ninth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2021 through November 30, 2021 [Docket No. 3408; filed: 01/05/22]

        - i. Certification of No Objection for Twenty Ninth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 3514; filed: 01/27/22]

    - C. Thirtieth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2021 through December 31, 2021 [Docket No. 3591; filed: 02/15/22]

        - i. Certification of No Objection for Thirtieth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 3680; filed: 03/09/22]

**IV.    FOX ROTHSCHILD LLP (Delaware Counsel to the Official Committee of Unsecured Creditors)**

7. Ninth Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2021 through September 30, 2021 [Docket No. 4151; filed: 08/09/22]

    i. Certification of No Objection for Ninth Interim Fee Application of Fox Rothschild LLP [Docket No. 4231; filed: 09/01/22]

    Related Documents:

    A. Twenty-Fourth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2021 through July 31, 2021 [Docket No. 3225; filed: 12/01/21]

        i. Certification of No Objection for Twenty-Fourth Monthly Fee Application of Fox Rothschild LLP [Docket No. 3367; filed: 12/28/21]

    B. Twenty-Fifth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period August 1, 2021 through September 30, 2021 [Docket No. 3226; filed: 12/01/21]

        i. Certification of No Objection for Twenty-Fifth Monthly Fee Application of Fox Rothschild LLP [Docket No. 3368; filed: 12/28/21]

8. Tenth Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2021 through December 31, 2021 [Docket No. 4153; filed: 08/09/22]

    i. Certification of No Objection for Tenth Interim Fee Application of Fox Rothschild LLP [Docket No. 4232; filed: 09/01/22]

    Related Documents:

    A. Twenty-Sixth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2021 through October 31, 2021 [Docket No. 3227; filed: 12/01/21]

        i.     Certification of No Objection for Twenty-Sixth Monthly Fee Application of Fox Rothschild LLP [Docket No. 3369; filed: 12/28/21]

   B.    Twenty-Seventh Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period November 1, 2021 through November 30, 2021 [Docket No. 3407; filed: 01/05/22]

        i.     Certification of No Objection for Twenty-Seventh Monthly Fee Application of Fox Rothschild LLP [Docket No. 3554; filed: 02/07/22]

   C.    Twenty-Eighth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2021 through December 31, 2021 [Docket No. 3458; filed: 01/13/22]

        i.     Certification of No Objection for Twenty-Eighth Monthly Fee Application of Fox Rothschild LLP [Docket No. 3540; filed: 02/03/22]

**V.    BERKELEY RESEARCH GROUP, LLC (Financial Advisor to the Official Committee of Unsecured Creditors)**

   9.    Seventh Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from July 1, 2021 through December 31, 2021 [Docket No. 4161; filed: 08/11/22]

        i.     Certification of No Objection for Seventh Interim Application of Berkeley Research Group, LLC [Docket No. 4237; filed: 09/06/22]

Related Documents:

   A.    Tenth Monthly Fee Application of Berkeley Research Group, LLC Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from July 1, 2021 through December 31, 2021 [Docket No. 3991; filed: 05/20/22]

        i.     Certification of No Objection for Tenth Monthly Application of Berkeley Research Group, LLC [Docket No. 4155; filed: 08/10/22]