# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) Hearing Date: October 25, 2022 at 11:30 a.m. (EST) |
| | ) Objection Deadline: October 5, 2022 at 4:00 p.m. (EST) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 21, 2022, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File under Seal the Unredacted Versions of (A) the Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (B) the Debtors' Eleventh Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 25, 2022 AT 11:30 A.M. (EASTERN TIME)** BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801 (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be asserted on or before **OCTOBER 5, 2022 at 4:00 p.m. (ET)** (the "**Objection Deadline**") by filing such objections with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and serving such objection upon the undersigned counsel.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.

Dated: September 21, 2022         **SAUL EWING ARNSTEIN & LEHR LLP**

                              By:     */s/ Monique B. DiSabatino*
                                        Mark Minuti (DE Bar No. 2659)
                                        Monique B. DiSabatino (DE Bar No. 6027)
                                        1201 N. Market Street, Suite 2300
                                        P.O. Box 1266
                                        Wilmington, DE 19899
                                        Telephone: (302) 421-6800
                                        Fax: (302) 421-5873
                                        mark.minuti@saul.com
                                        monique.disabatino@saul.com

                                                        -and-

                                        Jeffrey C. Hampton
                                        Adam H. Isenberg
                                        Centre Square West
                                        1500 Market Street, 38th Floor
                                        Philadelphia, PA 19102
                                        Telephone: (215) 972-7777
                                        Fax: (215) 972-7725
                                        jeffrey.hampton@saul.com
                                        adam.isenberg@saul.com

                                        *Counsel for Debtors and Debtors in Possession*