# Exhibit 1

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) **Related to Docket No. ____** |

### ORDER SUSTAINING DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the *Debtors' Eleventh Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "**Objection**"),[2] by which the Debtors request the entry of an order pursuant to sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing the No Liability Claims set forth on **Exhibit A** attached hereto; and upon consideration of the Wilen Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

1.      The Objection is sustained as set forth herein.

2.      The No Liability Claims set forth on the attached **Exhibit A** under the heading "Claim No." are hereby disallowed in their entirety.

3.      The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with the terms of this Order.

4.      To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Debtors are unable to resolve the response, each such Disputed Claim, and the Objection by the Debtors to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

5.      Any order entered by the Court regarding the Objection shall be deemed a separate order with respect to each Disputed Claim.

6.      This Order is without prejudice to the rights of the Debtors and any successor entities to: (a) object to any Claims on grounds other than as stated in the Objection if any such Claim is reconsidered; and (b) object, on any grounds permitted by law or equity, to any claim, whether filed or not, in these cases.

7.      The rights of the Debtors and any successor entities to use any available defenses under section 502 of the Bankruptcy Code, including the assertion of a preference action to set off against or otherwise reduce all or part of any Claim, are preserved.

8.      Any stay of this Order pending appeal by any claimant shall only apply to the contested matter that involves the claimant's specific claim and shall not stay the applicability and/or finality of this Order with respect to all other affected claims.

9.      To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

10.    The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

## Exhibit A

**No Liability Claims**

| | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 1 | Arthrex Inc. | 174 | Center City Healthcare, LLC | $- | $- | $- | $- | $38,705.81 | $38,705.81 | Claim waived per court-approved stipulation [D.I. 3084] |
| 2 | Arthrex Inc. | 88 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $7,685.60 | $7,685.60 | Claim waived per court-approved stipulation [D.I. 3084] |
| 3 | REDACTED | 977 | Center City Healthcare, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in support of claim shows that circumstances giving rise to cause of action took place in 2017, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 4. | REDACTED | 147 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in support of claim shows that circumstances giving rise to cause of action took place in 2017, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 5. | BioFire Diagnostics, LLC | 562 | St. Christopher's Healthcare, LLC | $- | $- | $37,198.44 | $- | $40,546.30 | $77,774.74 | Claim waived per court-approved stipulation [D.I. 3381] |
| 6. | Biomerieux, Inc. | 59 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $20,904.45 | $20,904.45 | Claim waived per court-approved stipulation [D.I. 3380] |

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| 7. | Biomerieux, Inc. | 120 | Center City Healthcare, LLC | $- | $- | $- | $- | $223,121.25 | $223,121.25 | Claim waived per court-approved stipulation [D.I. 3380] |
| 8. | REDACTED | 317 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $- | $- | The Debtors' books and records show that the circumstances giving rise to cause of action took place in 2017, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 9. | CCJ Physics, LLC | 1 | Center City Healthcare, LLC | $- | $- | $- | $- | $48,717.00 | $48,717.00 | Claim was waived pursuant to Court-approved stipulation [D.I. 3143]. |
| 10. | HLM Inc DBA Ackers Hardware | 466-291 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $1,349.86 | $1,349.86 | Claim waived per court-approved stipulation [D.I. 3547]. |
| 11. | HLM Inc Dba Ackers Hardware | 635 | Center City Healthcare, LLC | $- | $- | $- | $- | $8,939.86 | $8,939.86 | Claim waived per court-approved stipulation [D.I. 3547]. |
| 12. | Holland Square Group, LLC | 114 | Philadelphia Academic Health System, LLC | $- | $13,650.00 | $- | $- | $518,298.30 | $531,948.30 | Claim waived per court approved stipulation [D.I. 3220]. |
| 13. | L.J., a Minor, by and through parents Alaiya Jones and Hakeem Fairley | 1160 | Center City Healthcare, LLC | $- | $0.00 | $- | $- | $- | $- | Claim disallowed by court-approved stipulation [D.I. 4248]. |
| 14. | REDACTED | 968 | Center City Healthcare, LLC | $- | $- | $- | $- | $- | $- | Documentation provided in connection with claim shows that circumstances giving rise to cause of action took place in 2014, prior |

**No Liability Claims**

2

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| | | | | | | | | | | to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 15. | Mayflower Laundry and Textile Services, LLC | 467-45 | Center City Healthcare, LLC | $- | $- | $- | $- | $456,883.47 | $456,883.47 | Claim waived under court-approved stipulation [D.I. 3687]. |
| 16. | Mayflower Laundry and Textile Services, LLC | 105 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $169,455.61 | $169,455.61 | Claim waived under court-approved stipulation [D.I. 3687]. |
| 17. | REDACTED | 946 | Center City Healthcare, LLC | $- | $- | $- | $- | $- | $- | Documentation provided in support of claim shows that circumstances giving rise to cause of action took place in 2017, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 18. | Medical Doctor Associates, LLC | 467-24 | SCHC Pediatric Associates, LLC | $- | $- | $- | $- | $24,851.51 | $24,851.51 | Claim waived per court-approved stipulation [D.I. 3085]. |
| 19. | Orthofix Inc | 282 | Center City Healthcare, LLC | $- | $- | $- | $- | $45,815.96 | $45,815.96 | Claims waived under court-approved stipulation [D.I. 3086] |
| 20. | Pfizer Inc | 330 | Center City Healthcare, LLC | $- | $- | $- | $- | $53,014.20 | $53,014.20 | Claims waived per court-approved stipulation [D.I. 3688]. |

**No Liability Claims**

39845256.2 09/21/2022

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| 21. | Reuter & Hanney, Inc. | 96 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $24,930.00 | $24,930.00 | Claim waived under court-approved stipulation [D.I. 2957] |
| 22. | REDACTED | 851 | Center City Healthcare, LLC | $- | $- | $- | $- | $1,760.00 | $1,760.00 | Proof of claim attaches an invoice from the Debtors to the claimant. Debtors' books and records do not reflect that any amounts are owed to the claimant. |
| 23. | Shades of Green, Inc. | 626 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $193,410.73 | $193,410.73 | Claim waived per court-approved stipulation [D.I. 3947]. |

**No Liability Claims**

4