**CERTIFICATE OF SERVICE**

    I, Stuart M. Brown, hereby certify that on this 26th day of September 2022, a true and correct copy of the foregoing *Notice of Withdrawal* was served via CM/ECF upon the parties registered to receive CM/ECF in the above captioned cases.

/s/ *Stuart M. Brown*
Stuart M. Brown (DE#4050)

EAST\196171922.1