# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: October 24, 2022 4:00 p.m.** |
| | ) **Hearing Date: Only if objection is timely filed** |

## THIRTY-SECOND MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | August 1, 2022 through August 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $9,962.55 (80 % of which is $7,970.04) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final Application |

This is the thirty-second monthly fee application filed in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | Fee Holdback |
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | |
|---|---|---|---|---|---|---|
| First Monthly Filed: 1/2/2020 DI No. 1274 | 7/7/2019-7/31/2019 | $37,054.35 | $0.00 | $29,643.48 | $0.00 | $7,410.87 |
| Second Monthly Filed: 1/2/2020 DI No. 1275 | 8/1/2019-8/31/2019 | $7,311.60 | $30.00 | $5,849.28 | $30.00 | $1,462.32 |
| Third Monthly Filed: 1/2/2020 DI No. 1276 | 9/1/2019-9/30/2019 | $32,410.35 | $129.00 | $25,928.28 | $129.00 | $6,482.07 |
| Fourth Monthly Filed: 1/2/2020 DI No. 1277 | 10/1/2019-10/31/2019 | $13,329.00 | $0.00 | $10,663.20 | $0.00 | $2,665.80 |
| Fifth Monthly Filed: 1/2/2020 DI No. 1278 | 11/1/2019-11/30/2019 | $7,672.05 | $0.00 | $6,137.64 | $0.00 | $1,534.41 |
| Sixth Monthly Filed 4/2/2020 DI No. 1549 | 12/1/2019-2/29/2020 | $3,222.45 | $0.00 | $2,577.96 | $0.00 | $644.49 |
| Seventh Monthly Filed 10/7/2020 DI No. 1814 | 4/1/2020-4/30/2020 | $1,300.05 | $0.00 | $1,040.04 | $0.00 | $260.01 |
| Eighth Monthly Filed 10/7/2020 DI No. 1816 | 8/1/2020-8/31/2020 | $4,007.25 | $65.85 | $3,205.80 | $65.85 | $801.45 |
| Ninth Monthly Filed 10/27/2020 DI No. 1864 | 9/1/2020-9/30/2020 | $52,560.90 | $0.00 | $42,048.72 | $0.00 | $10,512.18 |
| Tenth Monthly Filed 2/17/2021 DI No. 2097 | 10/1/2020-10/30/2020 | $45,264.15 | $124.68 | $36,211.32 | $124.68 | $9,052.83 |
| Eleventh Monthly Filed 2/17/2021 DI No. 2098 | 11/1/2020-11/30/2020 | $23,475.15 | $1,017.03 | $18,780.12 | $1,017.03 | $4,695.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twelfth Monthly<br>Filed 2/17/2021<br>DI No. 2099 | 12/1/2020-<br>12/31/2020 | $3,877.20 | $0.00 | $3,101.76 | $0.00 | $775.44 |
| Thirteenth Monthly<br>Filed 2/22/2021<br>DI No. 2115 | 1/1/2021-<br>1/31/2021 | $20,797.20 | $29.60 | $16,637.76 | $29.60 | $4,159.44 |
| Fourteenth Monthly<br>Filed 4/12/2021<br>DI No. 2251 | 2/1/2021-<br>2/28/2021 | $12,523.95 | $0.00 | $10,019.16 | $0.00 | $2,504.79 |
| Fifteenth Monthly<br>Filed 5/4/2021<br>DI No. 2613 | 3/1/2021-<br>3/31/2021 | $10,853.55 | $0.00 | $8,682.84 | $0.00 | $2,170.71 |
| Sixteenth Monthly<br>Filed 8/4/2021<br>DI No. 2670 | 4/1/2021-<br>4/30/2021 | $35,207.10 | $63.40 | $28,165.68 | $63.40 | $7,041.42 |
| Seventeenth<br>Monthly<br>Filed 8/4/2021<br>DI No. 2671 | 5/1/2021-<br>5/31/2021 | $24,175.80 | $529.57 | $19,340.64 | $529.57 | $4,835.16 |
| Eighteenth Monthly<br>Filed 8/4/2021<br>DI No. 2673 | 6/1/2021-<br>6/30/2021 | $19,529.55 | $6,284.78 | $15,623.64 | $6,284.78 | $3,905.91 |
| Nineteenth Monthly<br>Filed 8/25/2021<br>DI No. 2745 | 7/1/2021-<br>7/31/2021 | $9,759.15 | $0.00 | $7,807.32 | $0.00 | $1,951.83 |
| Twentieth Monthly<br>Filed 9/30/2021<br>DI No. 2907 | 8/1/2021-<br>8/31/2021 | $31,199.85 | $0.00 | $24,959.88 | $0.00 | $6,239.97 |
| Twenty-First<br>Monthly<br>Filed 10/28/2021<br>DI No. 3000 | 9/1/2021-<br>9/30/2021 | $19,180.35 | $20.85 | $15,344.28 | $20.85 | $3,836.07 |
| Twenty-Second<br>Monthly<br>Filed 12/6/2021<br>DI No. 3265 | 10/1/2021-<br>10/31/2021 | $46,190.25 | $0.00 | $36,952.20 | $0.00 | $9,238.05 |
| Twenty-Third<br>Monthly<br>Filed 1/5/2022<br>DI No. 3409 | 11/1/2021-<br>11/30/2021 | $68,336.10 | $155.48 | $54,668.88 | $155.48 | $13,667.22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twenty-Fourth Monthly Filed 1/21/2022 DI No. 3495 | 12/1/2021-12/31/2021 | $32,212.80 | $189.03 | $25,770.24 | $189.03 | $6,442.56 |
| Twenty-Fifth Monthly Filed 3/4/2022 DI No. 3664 | 1/1/2022-1/31/2022 | $32,951.25 | $274.51 | $26,361.00 | $274.51 | $6,590.25 |
| Twenty-Sixth Monthly Filed 4/14/2022 DI No. 3862 | 2/1/2022-2/28/2022 | $29,497.95 | $170.88 | $23,598.36 | $170.88 | $5,899.59 |
| Twenty-Seventh Monthly Filed 4/29/2022 DI No. 3928 | 3/1/2022-3/31/2022 | $28,919.70 | $0.00 | $23,135.76 | $0.00 | $5,783.94 |
| Twenty-Eighth Monthly Filed 6/10/2022 DI No. 4022 | 4/1/2022-4/30/2022 | $14,316.30 | $22.89 | $11,453.04 | $22.89 | $2,863.26 |
| Twenty-Ninth Monthly Filed 8/9/2022 DI No. 4149 | 5/1/2022-5/31/2022 | $13,143.15 | $107.10 | $10,514.52 | $107.10 | $2,628.63 |
| Thirtieth Monthly Filed 8/9/2022 DI No. 4154 | 6/1/2022-6/30/2022 | $13,537.35 | $0.00 | $10,829.88 | $0.00 | $2,707.47 |
| Thirty-First Filed 8/23/2022 DI No. 4193 | 7/1/2022-7/31/2022 | $9,325.35 | $62.88 | $7,460.28 | $62.88 | $1,865.07 |

**TIME AND COMPENSATION BREAKDOWN**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $735.00 | 7.70 | $5,659.50 |
| Sally E. Veghte | Bankruptcy & Restructuring Associate Admitted to Bar 2005 | $350.00 | 2.00 | $700.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $300.00 | 15.70 | $4,710.00 |
| **TOTALS** | | | **25.40** | **$11,069.50** |
| **BLENDED RATE** | | | | **$435.80** |
| **Minus Agreed Upon Discount (10%)** | | | | **-$1,106.95** |
| **GRAND TOTAL** | | | | **$9,962.55** |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2022 THROUGH AUGUST 31, 2022

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Case Administration | 04 | 2.00 | $730.50 |
| Claims Administration and Objections | 05 | 5.20 | $3,822.00 |
| Fee/Employment Applications | 07 | 16.20 | $5,817.00 |
| Litigation | 10 | 2.00 | $700.00 |
| **TOTAL** | | **25.40** | **$11,069.50** |
| **Minus Agreed Upon Discount (10%)** | | | **-$1,106.95** |
| **GRAND TOTAL** | | | **$9,962.55** |

**EXPENSE SUMMARY**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| No disbursements this period. | $0.00 |
| **TOTAL** | **$0.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**THIRTY-SECOND MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), special counsel to Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its thirty-second monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from August 1, 2022 through August 31, 2022. In support hereof, Klehr Harrison respectfully represents as follows:

**I.     JURISDICTION, VENUE AND STATUTORY**
**PREDICATES FOR RELIEF SOUGHT**

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicate

for the relief sought herein is section 331 of the Bankruptcy Code.

## II.      **BACKGROUND**

2.      On June 30, 2019, (the "Petition Date"), the Debtors each filed a voluntary petition for

relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of

its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.

3.      On July 15, 2019, the Office of the United States Trustee appointed an Official

Committee of Unsecured Creditors (the "Committee") in these cases.

4.      On August 13, 2019, this Court entered an Order [Docket No. 438] approving the

retention of Klehr Harrison as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.

5.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the

period from August 1, 2022 through August 31, 2022 (the "Compensation Period"), totaling 25.40

hours of professional time.

6.      Attached hereto as Exhibit "A" is a full and detailed statement describing the

professional services rendered by each Klehr Harrison attorney and paraprofessional during the

Compensation Period.

7.      The total sum due to Klehr Harrison for professional services rendered on behalf of

the Debtors for the Compensation Period is $9,962.55.  Klehr Harrison submits that the professional

services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $0.00 during

the Compensation period.  Attached hereto as Exhibit "B" is an itemized list of expenses incurred

during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line

designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

9.      Klehr Harrison accordingly seeks allowance of the sum of $9,962.55 in fees and $0.00 in expenses, for a total of $9,962.55.

10.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests: (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $9,962.55 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from August 1, 2022 through August 31, 2022; (b) payment in the total amount of $7,970.04 which represents (i) 80% of the total fees billed ($7,970.04) and (ii) 100% of the expenses incurred ($0.00) during the Application Period, as provided under the Interim Compensation Order; and (c) granting such other relief as this Court deems just and proper.

Dated:  October 3, 2022           */s/ Domenic E. Pacitti*
Wilmington, Delaware          Domenic E. Pacitti (DE Bar No. 3989)
                              **KLEHR HARRISON HARVEY BRANZBURG LLP**
                              919 North Market Street, Suite 1000
                              Wilmington, Delaware 19801
                              Telephone: (302) 426-1189
                              Facsimile: (302) 426-9193
                              Email:  dpacitti@klehr.com

                              *Special Counsel to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.      I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Special Counsel to the Debtors and Debtors in Possession in these cases (the "Debtors").

2.      I have read the foregoing Thirty-Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from August 1, 2022 through August 31, 2022 and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I have personally performed many of the legal services rendered by Klehr Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3.      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

5.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

6.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

7.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2022 are the rates charged to the Debtors in the Application.

8.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2022            _/s/ Domenic E. Pacitti_____
                                        Domenic E. Pacitti (DE Bar No. 3989)

# EXHIBIT A



**KLEHR HARRISON
HARVEY BRANZBURG** LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

September 14, 2022

Philadelphia Academic Health System, LLC
Svetlana Attestatova
1500 Market Street, 24th Floor
West Tower Center Square
Philadelphia, PA  19102

| | |
|---|---|
| Invoice #: | 475134 |
| Client #: | 19647 |
| Matter #: | 0019 |

For professional services through August 31, 2022:

**RE:   Chapter 11**

**PROFESSIONAL SERVICES**

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/08/22 | MKH | Review revise and prepare Debtors' Motion for Entry of an Order Approving Settlement Term Sheet Between the Debtors and Drexel University/Notice/Exhibits for filing and efile same with Bankruptcy Court | .50 | 300.00 | 150.00 |
| 8/08/22 | MKH | Confer with D. Pacitti re Debtors' Motion for Entry of an Order Approving Settlement Term Sheet Between the Debtors and Drexel University | .20 | 300.00 | 60.00 |
| 8/23/22 | MKH | Draft and prepare CNO re  Debtors' Motion for Entry of an Order Approving Settlement Term Sheet Between the Debtors and Drexel University for filing and efile same with Bankruptcy Court | .60 | 300.00 | 180.00 |
| 8/23/22 | MKH | Prepare and upload proposed order and exhibit re Debtors' Motion for Entry of an Order Approving Settlement Term Sheet Between the Debtors and Drexel University with Bankruptcy Court | .40 | 300.00 | 120.00 |
| 8/24/22 | DEP | Emails with Saul team re: procedure they follow in case for CNOs to chambers | .20 | 735.00 | 147.00 |
| 8/24/22 | DEP | Email exchange with S. Veghte re: confirming all pending actions resolved | .10 | 735.00 | 73.50 |

**Task Total:**                                                                      **$ 730.50**

**Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/02/22 | DEP | Emails with M. Minuti e: information for Drexel settlement and motion | .30 | 735.00 | 220.50 |
| 8/02/22 | DEP | Call with M. Minuti e: information for Drexel settlement and motion | .30 | 735.00 | 220.50 |
| 8/03/22 | DEP | Email to Judge Fitzgerald and T. Daluz re: new omnibus hearing date of 8/29 | .10 | 735.00 | 73.50 |
| 8/04/22 | DEP | Work on finalizing 9019 pleadings | 1.00 | 735.00 | 735.00 |
| 8/07/22 | DEP | Email exchange with Latham team re: Drexel 9019 motion and comment to proposed order | .40 | 735.00 | 294.00 |
| 8/07/22 | DEP | Email exchange with J. DiNome re: Drexel 9019 motion and comment to proposed order | .40 | 735.00 | 294.00 |
| 8/07/22 | DEP | Email exchange with Judge Fitzgerald and T. Daluz re: Drexel 9019 motion and comment to proposed order | .40 | 735.00 | 294.00 |
| 8/08/22 | DEP | Email exchanges with T. Daluz re: finalizing 9019 motion for filing | .40 | 735.00 | 294.00 |
| 8/08/22 | DEP | Call with J. DiNome re: finalizing Drexel 9019 motion for filing | .20 | 735.00 | 147.00 |
| 8/08/22 | DEP | Finalize Drexel 9019 motion for filing | 1.10 | 735.00 | 808.50 |
| 8/08/22 | DEP | Email exchange with Judge Fitzgerald re: conformed signed settlement agreements | .30 | 735.00 | 220.50 |
| 8/23/22 | DEP | Email exchanges with clients and Saul team re: CNO filing for Drexel 9019 motion | .30 | 735.00 | 220.50 |

**Task Total:**                                                                 **$ 3,822.00**

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/08/22 | MKH | Download and compile monthly fee applications for July 2021 through December 2021 | 1.10 | 300.00 | 330.00 |
| 8/09/22 | DEP | Review and revise May Klehr Fee application | .50 | 735.00 | 367.50 |
| 8/09/22 | DEP | Review and revise June Klehr Fee application | .50 | 735.00 | 367.50 |
| 8/09/22 | MKH | Prepare Twenty-Ninth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period May 1, 2022 to May 31, 2022 and draft email to D. Pacitti attaching same for review | 1.30 | 300.00 | 390.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/09/22 | MKH | Finalize and prepare Twenty-Ninth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for the period May 1, 2022 to May 31, 2022 for filing and efile same with Bankruptcy Court | .50 | 300.00 | 150.00 |
| 8/09/22 | MKH | Draft Thirtieth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period June 1, 2022 to June 30, 2022 and prepare email to D. Pacitti attaching same for review | 1.20 | 300.00 | 360.00 |
| 8/09/22 | MKH | Revise and finalize Thirtieth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period June 1, 2022 to June 30, 2022 for filing and efile same with Bankruptcy Court | .60 | 300.00 | 180.00 |
| 8/09/22 | MKH | Update case calendar re upcoming objection deadlines | .20 | 300.00 | 60.00 |
| 8/11/22 | MKH | Draft Eighth Interim Fee Application for July 2021 through September 2021 | 2.10 | 300.00 | 630.00 |
| 8/12/22 | MKH | Draft Ninth Interim fee application for Oct. 2021 through Dec. 2021 | 1.80 | 300.00 | 540.00 |
| 8/15/22 | DEP | Email exchange with B. Hackman re: LEDES data for Klehr fee applications | .20 | 735.00 | 147.00 |
| 8/15/22 | MKH | Draft KHHB Ninth Fee Application for October 1, 2021 through December 31, 2021 and prepare email to D. Pacitti attaching same for review | 1.20 | 300.00 | 360.00 |
| 8/18/22 | DEP | Review and revise Klehr eighth Interim fee application | .50 | 735.00 | 367.50 |
| 8/18/22 | DEP | Review and revise Klehr ninth Interim fee application | .50 | 735.00 | 367.50 |
| 8/18/22 | MKH | Finalize and prepare Eighth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period July 1, 2021 to September 30, 2021 for filing and efile same with Bankruptcy Court | .70 | 300.00 | 210.00 |
| 8/18/22 | MKH | Emails and telephone calls with D. Pacitti re interim fee applications and hearing re same | .50 | 300.00 | 150.00 |
| 8/18/22 | MKH | Finalize and prepare Ninth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP ( Klehr Harrison ) as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for filing and efile same with Bankruptcy Court | .80 | 300.00 | 240.00 |
| 8/23/22 | MKH | Draft Thirty-First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period July 1, 2022 to July 31, 2022 and prepare email to D. Pacitti attaching same for review | 1.40 | 300.00 | 420.00 |

19647: Philadelphia Academic Health System, LLC

September 14, 2022

0019: Chapter 11

Invoice #: 475134

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/23/22 | MKH | Revise and finalize Thirty-First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the period July 1, 2022 to July 31, 2022 for filing and efile same with Bankruptcy Court | .60 | 300.00 | 180.00 |

**Task Total:** **$ 5,817.00**

### Litigation

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/17/22 | SEV | Draft and finalize certificate of no objection to 9019 motion approving settlement of preference claims against Sanofi Pasteur; upload order | .50 | 350.00 | 175.00 |
| 8/26/22 | SEV | Draft stipulation of dismissal of Beckman Coulter adversary proceeding; confer with counsel for defendant regarding authority to file; finalize and prepare for filing | .80 | 350.00 | 280.00 |
| 8/26/22 | SEV | Draft stipulation of dismissal of Sanofi Pasteur adversary proceeding; confer with counsel for defendant regarding authority to file | .70 | 350.00 | 245.00 |

**Task Total:** **$ 700.00**

**TOTAL PROFESSIONAL SERVICES** **$ 11,069.50**

10% Discount **$ -1,106.95**

**NET PROFESSIONAL SERVICES** **$ 9,962.55**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Pacitti, Domenic E. | Partner | 7.70 | 735.00 | 5,659.50 |
| Veghte, Sally E. | Associate | 2.00 | 350.00 | 700.00 |
| Hughes, Melissa K. | Paralegal | 15.70 | 300.00 | 4,710.00 |
| **TOTALS** | | **25.40** | | **$ 11,069.50** |

**TOTAL THIS INVOICE**                                          **$ 9,962.55**

# EXHIBIT B

DISBURSEMENTS

| Description | Amount |
| --- | --- |
| No disbursements this month. | |
| TOTAL DISBURSEMENTS | $0.00 |