IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
In re:                                                      :
                                                            :  Chapter 11
                                                            :
                                                            :  Case No. 19-11466 (MFW)
CENTER CITY HEALTHCARE, LLC D/B/A                           :
HAHNEMANN UNIVERSITY HOSPITAL, *et.*                        :  (Jointly Administered)
*al.*,[1]                                                   :
                                                            :  **Re: Docket No. 2543**
           Debtors.                                         :
                                                            :
----------------------------------------------------------- x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, on June 30, 2021, the MBNF Non-Debtor Entities[2] filed *The MBNF Non-Debtor Entities' Motion to Appoint a Chapter 11 Trustee* [Docket No. 2543] (the "**Trustee Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, on August 29, 2022, the Court entered an order [Docket No. 4216] approving that certain *Memorandum of Understanding Re Global*

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]   The "**MBNF Non-Debtor Entities**" include Joel Freedman, Stella Freedman, Svetlana Attestatova, Kyle Schmidt, MBNF Investments, LLC, American Academic Health System, LLC, Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, Philadelphia Academic Risk Retention Group, LLC, Paladin Healthcare Capital, LLC, Paladin Healthcare Management, LLC, and Paladin Capital and Globe Health Foundation, Inc.

*Settlement Among,* Inter Alia, *Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties* (the "**MOU**").

PLEASE TAKE FURTHER NOTICE that, pursuant to section 15 of the MOU, the MBNF Non-Debtor Entities agreed to, among other things, withdraw the Trustee Motion with prejudice.

PLEASE TAKE FURTHER NOTICE that the MBNF Non-Debtor Entities hereby withdraw the Trustee Motion with prejudice in accordance with the MOU.

Dated: October 3, 2022
      Wilmington, Delaware

/s/ *James F. McCauley*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
James F. McCauley (No. 6991)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
Email: collins@rlf.com
      merchant@rlf.com
      schlauch@rlf.com
      mccauley@rlf.com

- and -

Suzzanne Uhland
Robert J. Malionek
Tianjiao ("TJ") Li
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: suzzanne.uhland@lw.com
      robert.malionek@lw.com
      tj.li@lw.com

*Counsel for the MBNF Non-Debtor Entities*