# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | Case No. 19-11466 (MFW) |
| | Jointly Administered |
| Debtors. | Re: Docket No. 4316 |

## CERTIFICATE OF SERVICE

I, James F. McCauley, hereby certify that on the 4th day of October, 2022, I caused a copy of the *Notice of Withdrawal* [Docket No. 4316] to be served upon the parties on the attached service lists in the manner indicated.

*/s/ James F. McCauley*
James F. McCauley (No. 6991)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

RLF1 28019696v.1

**CM/ECF & COURTESY EMAIL SERVICE LIST**

| | |
|---|---|
| Arent Fox LLP<br>Attn: George Angelich/<br>Phillip Khezri<br>1301 Ave of the Americans, 42nd Fl<br>New York, NY 10019<br>george.angelich@arentfox.com | Ashby & Geddes, P.A.<br>Attn: Gregory Taylor / Katharina Earle<br>500 Delaware Ave, 8th Fl<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br>gtaylor@ashbygeddes.com |
| Ballard Spahr LLP<br>Attn: Tobey M. Daluz<br>Attn: Chantelle D. McClamb<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>daluzt@ballardspahr.com | Ballard Spahr LLP<br>Attn: Vincent J. Marriott<br>1735 Market St, 51st Fl<br>Philadelphia, PA 19103<br>marriott@ballardspahr.com |
| Bayard, PA<br>Attn: Justin Alberto/ Sophie Macon<br>600 N King St, Ste 400<br>Wilmington, DE 19801<br>jalberto@bayardlaw.com | Bielli & Klauder, LLC<br>Attn: David Klauder<br>1204 N King St.<br>Wilmington, DE 19801<br>dklauder@bk-legal.com |
| Borges & Associates, LLC<br>Attn: Wanda Borges<br>Attn: Sue L. Chin<br>575 Underhill Blvd, Ste 118<br>Syosset, NY 11791<br>wborges@borgeslawllc.com | Buchalter, A Professional Corp<br>Attn: Shawn M. Christianson<br>425 Market St, Ste 2900<br>San Francisco, CA 94105<br>schristianson@buchalter.com |
| Ciardi Ciardi & Astin<br>Attn: Albert Ciardi<br>1 Commerce Sq, Ste 3500<br>2005 Market St<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com | Ciardi Ciardi & Astin<br>Attn: Daniel Astin/ Joseph McMahon<br>1204 N. King St<br>Wilmington, DE 19801<br>jmcmahon@ciardilaw.com |
| Cozen O'Connor<br>Attn: John T. Carroll, III<br>1201 N Market St, Ste 1001<br>Wilmington, DE 19801<br>jcarroll@cozen.com | DLA Piper LLP<br>Attn: Richard A. Chesley<br>444 W Lake St, Ste 900<br>Chicago, IL 60606<br>richard.chesley@dlapiper.com |

DLA Piper LLP
Attn: Stuart M. Brown
1201 N Market St, Ste 2100
Wilmington, DE 19801
stuart.brown@dlapiper.com

DLA Piper LLP (US)
Attn: Joe Kernan
1 Liberty Pl
1650 Market St, Ste 5000
Philadelphia, PA 19103-7300
joseph.kernen@dlapiper.com

Drexel University College of Medicine
c/o Cozen O'Connor
Attn: Stephen A. Cozen, Esq.
One Liberty Place
1650 Market St, Ste 2800
Philadelphia, PA 19103
scozen@cozen.com

Drinker Biddle & Reath LLP
Attn: Marita S. Erbeck
600 Campus Dr
Florham Park, NJ 07932-1047
marita.erbeck@dbr.com

Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621
patrick.jackson@dbr.com

Duane Morris LLP
Attn: Jarret Hitchings
222 Delaware Ave, Ste 1600
Wilmington, DE 19801-1659
jphitchings@duanemorris.com

Duane Morris LLP
Attn: Mairi V. Luce
30 S 17th St
Philadelphia, PA 19103-4196
luce@duanemorris.com

Faegre Drinker Biddle & Reath LLP
Attn: Ian J. Bambrick
222 Delaware Ave, Ste 1410
Wilmington, DE 19801
ian.bambrick@faegredrinker.com

Faegre Drinker Biddle & Reath LLP
Attn: Jay Jaffe
Attn: Kayla Britton
600 E 96th St, Ste 600
Indianapolis, IN 46240
jay.Jaffe@faegredrinker.com

Fineman Krekstein & Harris, PC
Attn: Deirdre M. Richards
1300 N. King St
Wilmington, DE 19801
drichards@finemanlawfirm.com

Fox Rothschild LLP
Attn: Seth A. Niederman
919 N Market St, Ste 300
Wilmington, DE 19899-2323
sniederman@foxrothschild.com

Gellert Scali Busenkell & Brown, LLC
Attn: Michael Busenkell
1201 N Orange St, Ste 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com

Gibbons P.C
Attn: Christopher Viceconte
300 Delaware Ave, Ste 1015
Wilmington, DE 19801
cviceconte@gibbonslaw.com

Gibbons P.C.
Attn: Dale E. Barney
One Gateway Center
Newark, NJ 07102-5310
dbarney@gibbonslaw.com

Gibbons P.C.
Attn: N Songonuga/ R Malone/ D Crapo
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761
nsongonuga@gibbonslaw.com

Greenberg Traurig, LLP
Attn: Nancy A. Peterman
77 W Wacker Dr, Ste 3100
Chicago, IL 60601
petermann@gtlaw.com

Honigman LLP
Attn: E Todd Sable/ Lawrence A.Lichtman
2290 First National Building
660 Woodward Ave
Detroit, MI 48226
tsable@honigman.com

Jones Walker LLP
Attn: Jeffrey R. Barber
190 E Capitol St, Ste 800
P.O. Box 427
Jackson, MS 39205-0427
jbarber@joneswalker.com

Kurtzman, Steady, LLC
Attn: Jeffrey Kurtzman
401 S 2nd St, Ste 200
Philadelphia, PA 19147
kurtzman@kurtzmansteady.com

Markowitz & Richman
Attn: Jonathan Walters, Esquire
123 South Broad St, Ste 2020
Philadelphia, PA 19109
jwalters@markowitzandrichman.com

Greenberg Traurig, LLP
Attn: Dennis A. Meloro
The Nemours Building
1007 N Orange St, Ste 1200
Wilmington, DE 19801
MeloroD@gtlaw.com

Hogan & McDaniel
Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick
1311 Delaware Ave
Wilmington, DE 19805
dkhogan@dkhogan.com

JD Thompson Law
c/o Sodexo, Inc
Attn: Judy D. Thompson
P.O. Box 33127
Charlotte, NC 28233
jdt@jdthompsonlaw.com

Katten Muchin Rosenman LLP
Attn: Cindi M. Giglio
Attn: Jerry L. Hall
Attn: Katherine Scherling
575 Madison Ave
New York, NY 10022-2585
cgiglio@katten.com

Latham & Watkins LLP
Attn: Suzzanne Uhland
Attn: Matthew J. Carmody
885 3rd Ave
New York, NY 10022-4834
suzzanne.uhland@lw.com

Markowitz and Richman
Attn: Claiborne S. Newlin
123 S Broad St, Ste 2020
Philadelphia, PA 19109
cnewlin@markowitzandrichman.com

| | |
|---|---|
| Maron Marvel Bradley Anderson & Tardy, LLC<br>Attn: Stephanie A. Fox<br>1201 N Market St, Ste 900<br>Wilmington, DE 19801<br>saf@maronmarvel.com | Mattleman Weinroth & Miller, P.C<br>Attn: Christina Pross<br>200 Continental Drive, Ste 215<br>Newark, DE 19713<br>cpross@mwm-law.com |
| McCarter & English, LLP<br>Attn: William F. Taylor<br>Renaissance Centre<br>405 N King St, 8th Fl<br>Wilmington, DE 19801<br>wtaylor@mccarter.com | Moye White LLP<br>Attn: Timothy M. Swanson/Vikrama S. Chandrashekar<br>1400 16th St, 6th Fl<br>Denver, CO 80202<br>tim.swanson@moyewhite.com |
| O'Donoghue & O'Donoghue LLP<br>Attn: Lance Geren, Esq.<br>325 Chestnut St, Ste 600<br>Philadelphia, PA 19106<br>lgeren@odonoghuelaw.com | Polsinelli P.C<br>Attn: Christopher A. Ward<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801<br>cward@polsinelli.com |
| Potter Anderson & Corroon LLP<br>Attn: Jeremy W. Ryan<br>1313 North Market St, 6th Fl<br>P.O. Box 951<br>Wilmington, DE 19899<br>jryan@potteranderson.com | Reed Smith LLP<br>Attn: Louis A. Curcio<br>599 Lexington Ave, 22nd Fl<br>New York, NY 10022<br>lcurcio@reedsmith.com |
| Schnader Harrison Segal & Lewis LLP<br>Attn: Nicholas J. LePore<br>1600 Market St, Ste 3600<br>Philadelphia, PA 19103-7286<br>nlepore@schnader.com | Schnader Harrison Segal & Lewis LLP<br>Attn: Richard A. Barkasy<br>824 N Market St, Ste 800<br>Wilmington, DE 19801<br>rbarkasy@schnader.com |
| Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plz<br>Hartford, CT 06103-1919<br>egoldstein@goodwin.com | Sills Cummis & Gross P.C<br>The Legal Center<br>Attn: Andrew Sherman/ Boris Mankovetskiy<br>1 Riverfront Plz<br>Newark, NJ 07102<br>asherman@sillscummis.com |
| Smith Hulsey & Busey<br>Attn: Michael E. Demont<br>Attn: Brandon A. Cook<br>One Independent Dr, Ste 3300<br>Jacksonville, FL 32202<br>mdemont@smithhulsey.com | Stevens & Lee, P.C.<br>Attn: Joseph H. Huston<br>919 N Market St, Ste 1300<br>Wilmington, DE 19801<br>jhh@stevenslee.com |

Stevens & Lee, P.C.
Attn: Robert Lapowsky
620 Freedom Busin Ctr, Ste 200
King of Prussia, PA 19406
rl@stevenslee.com

Stinson LLP
Attn: Darrell Clark/ Tracey Ohm
1775 Pennsylvania Ave NW, Ste 800
Washington, D.C 20006
darrell.clark@stinson.com

Stoel Rives LLP
Attn:  Marc A. Al
33 S 6th St, Ste 4200
Minneapolis, MN 55402
marc.al@stoel.com

Stradley, Ronon, Stevens & Young, LLP
Attn: Deborah A. Reperowitz
100 Park Ave, Ste 2000
New York, NY 10017
dreperowitz@stradley.com

Stradley, Ronon, Stevens & Young, LLP
Attn: Gretchen M. Santamour
2005 Market St, Ste 2600
Philadelphia, PA 19103
gsantamour@stradley.com

Stradley, Ronon, Stevens & Young, LLP
Attn: Joelle E Polesky
1000 N West St, Ste 1279
Wilmington, DE 19801
jpolesky@stradley.com

Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S Mopac Expressway, Ste 320
Austin, TX 78746
streusand@slollp.com

Sullivan, Hazeltine, Allison, LLC.
Attn: William D. Sullivan
919 N Market St, Ste 420
Wilmington, DE 19801
bsullivan@sha-llc.com

The Rosner Law Group LLC
Attn: Frederick B. Rosner
824 N Market St, Ste 810
Wilmington, DE 19801
rosner@teamrosner.com

Underwood Perkins, P.C.
Attn: David Campbell/ Eli Pierce
Two Lincoln Centre
5420 LBJ Fwy, Ste 1900
Dallas, TX 75240
dcampbell@uplawtx.com

White and Williams LLP
Attn: Amy E. Vulpio
1650 Market St, 18th FL
Philadelphia, PA 19103
vulpioa@whiteandwilliams.com

White and Williams LLP
Attn: Marc S. Casarino
600 N King St, Ste 800
Wilmington, DE 19899-0709
casarinom@whiteandwilliams.com

White and Williams LLP
Attn: Timothy E Martin
600 N King St, Ste 800
Wilmington, DE 19801-3722
martint@whiteandwilliams.com

Saul Ewing Arnstein & Lehr LLP
Attn: Mark Minuti
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com

Saul Ewing Arnstein & Lehr LLP
Attn: Monique B. DiSabatino
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
monique.disabatino@saul.com

Saul Ewing Arnstein & Lehr LLP
Attn: Adam H. Isenberg
1500 Market Street, 38th Floor
Philadelphia, PA 19102
adam.isenberg@saul.com

Saul Ewing Arnstein & Lehr LLP
Attn: Jeffrey C. Hampton
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jeffrey.hampton@saul.com

Troutman Pepper
Attn: Francis J. Lawall
3000 Two Logan Sq., Eighteenth &Arch St.
Philadelphia, PA 19103-2799
francis.lawall@troutman.com

Troutman Pepper
Attn: Marcy McLaughlin Smith
1313 N Market St, P.O. Box 1709
Hercules Plz, Ste 5100
Wilmington, DE 19899-1709
marcy.smith@troutman.com

## CM/ECF, COURTESY EMAIL & FIRST CLASS MAIL
## SERVICE LIST

Attorney for the City of PA
City of PA Law Dept
Attn: Megan Harper
1401 JFK Building, 5th FL
Philadelphia, PA 19102-1595
Megan.Harper@phila.gov

Office of the United States Attorney
for the District of Delaware
Attn: David C. Weiss, Esquire
Hercules Building
1313 N Market St
Wilmington, DE 19801
usade.ecfbankruptcy@usdoj.gov

U.S. Dept of Justice
Attn: Marc Sacks
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-875
marcus.s.sacks@usdoj.gov

Office of Attorney General
Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda
The Phoenix Building
1600 Arch St, 3rd Fl
Philadelphia, PA 19103
cmomjian@attorneygeneral.gov

Office of The United States Trustee
Attn: Benjamin Hackman
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801-3519
benjamin.a.hackman@usdoj.gov

**EMAIL & FIRST CLASS MAIL**
**SERVICE LIST**

| | |
|---|---|
| Alan Gelb, Esq.<br>c/o Law Offices of Alan Gelb<br>349 Bustleton Pike<br>Feasterville, PA 19053<br>agelblaw@yahoo.com | Albert Einstein Healthcare Network<br>Attn: Penny J. Rezet<br>5501 Old York Rd<br>Philadelphia, PA 19141<br>rezetp@einstein.edu |
| Commonwealth of PA Dept of Labor and Industry<br>Collection Support Unit<br>Attn: Deb Secrest<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us | Denton US, LLP<br>Attn: Oscar Pinkas<br>1221 Ave of the Americans<br>New York, NY 10020<br>oscar.pinkas@dentons.com |
| Dovel & Luner, LLP<br>Attn: Sean A. Luner/Attn: Julien A. Adams<br>Attn: Gabe Doble/Attn: Jeane Khang<br>201 Santa Monica Blvd, Ste 600<br>Santa Monica, CA 90401<br>sean@dovel.com | Jeffer Mangels Butler & Mithcell LLP<br>Attn: Marianne S. Martin<br>1900 Ave of the Stars, 7th FL<br>Los Angeles, CA 90067<br>mmartin@jmbm.com |
| Kirkland & Ellis LLP<br>Attn: Nicole L Greenblatt<br>601 Lexington Ave<br>New York, NY 10022<br>nicole.greenblatt@kirkland.com | Kirkland & Ellis LLP<br>Stephen C Hackney, PC<br>300 N LaSalle<br>Chicago, IL 60654<br>stephen.hackney@kirkland.com |
| Law Offices of Mitchell J. Malzberg, LLC<br>Attn: Mitchell J. Malzberg<br>P.O. Box 5122<br>6 E Main St, Ste 7<br>Clinton, NJ 08809<br>mmalzberg@mjmalzberglaw.com | Med One Capital Funding, LLC<br>c/o Ray Quinney & Nebecker, P.C<br>Attn: David H. Leigh<br>36 S State St, 14th FL<br>Salt Lake City, UT 84111<br>dleigh@rqn.com |
| Pearlman & Miranda, LLC.<br>Attn: Patricia A Celano<br>110 Edison Pl, Ste 301<br>Newark, NJ 07102<br>pcelano@pearlmanmiranda.com | Willig, Williams & Davidson<br>Attn: Jessica Kolansky<br>1845 Walnut St, 24th Fl<br>Philadelphia, PA 19103<br>jkolansky@wwdlaw.com |

**FIRST CLASS MAIL**
**SERVICE LIST**

| | |
|---|---|
| City of Philadelphia<br>Attn: Law Dept<br>1515 Arch St, 17th Fl<br>Philadelphia, PA 19102 | Freedman & Lorry, P.C.<br>c/o Susan A. Murray<br>Attn: Training & Upgrading Fund<br>1601 Market St, Ste 1500<br>Philadelphia, PA 19103 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | International Brotherhood of<br>Electrical Workers, Local 98<br>1701 Spring Garden St<br>Philadelphia, PA 19130 |
| National Union of Hospital and<br>Healthcare Employees, AFSCME, AFL-CIO<br>1319 Locust St<br>Philadelphia, PA 19107 | National Union of Hospital and<br>Healthcare Employees, District 1199C<br>1319 Locust St<br>Philadelphia, PA 19107 |
| Office of the Attorney General<br>Attn: Josh Shapiro, Esquire<br>Attn: Bankruptcy Dept<br>16th Fl, Strawberry Sq<br>Harrisburg, PA 17120 | Pennsylvania Assoc of<br>Staff Nurses and Allied Professionals<br>1 Fayette Street, Suite 475<br>Conshohocken, PA 19428 |
| Pennsylvania Dept of Health<br>Attn: Dr. Rachel Levine<br>Health and Welfare Building<br>625 Forester St, 8th FL W<br>Harrisburg, PA 17120 | St. Mary's Medical Ctr<br>1201 Langhorne-Newtown Rd<br>Langhorne, PA 19047 |
| United States Department of Justice<br>Attn: Civil Division<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001 | United States Dept of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001 |