# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary
## For the Period from August 1, 2022 through August 31, 2022

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (2,019 pages @ $.10 per page) | | $201.90 |
| Document Fee | Delaware Secretary of State (LLC incorporations) | $1,096.00 |
| E-discovery Processing /Usage | Epiq Relativity | $8,958.55 |
| Legal Research | Westlaw | $928.80 |
| Messenger Service | Reliable Copy Service – DE | $24.07 |
| Overnight Delivery | Federal Express | $121.19 |
| **Total** | | **$11,330.51** |



| | |
|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number 2720691 |
| 222 N. Sepulveda Blvd. | Invoice Date 09/29/22 |
| Suite 900 | Client Number 376719 |
| El Segundo, CA 90245 | Matter Number 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Value | |
|---|---|---|---|
| 08/26/22 | Epiq Relativity eDiscovery Costs | 8,958.55 | |
| | Total Epiq Relativity eDiscovery Costs | | 8,958.55 |
| 08/15/22 | Photocopying | 43.90 | |
| 08/24/22 | Photocopying | 64.20 | |
| 08/25/22 | Photocopying | 93.80 | |
| | Total Photocopying | | 201.90 |
| 08/23/22 | Messenger Service; VENDOR: Reliable Copy Service - DE; 08/16/22; Medtronic - Hand delivery of discovery to Greenberg Traurig | 9.05 | |
| 08/23/22 | Messenger Service; VENDOR: Reliable Copy Service - DE; 08/16/22; McKesson - Hand delivery of discovery to The Powell Firm | 15.02 | |
| | Total Messenger Service | | 24.07 |
| 08/30/22 | Federal Express 08/24/2022 To: Dennis Brennan From: Adam Isenberg | 48.94 | |
| 08/30/22 | Federal Express 08/24/2022 To: John D Demmy From: Office Services | 72.25 | |
| | Total Federal Express | | 121.19 |
| 08/01/22 | Filing Fee; VENDOR: Delaware Secretary of State; 07/28/22; Secretary of State Filing Fee/LLC Formation for PAHS Holdco, LLC | 365.00 | |
| 08/01/22 | Filing Fee; VENDOR: Delaware Secretary of State; 07/28/22; Secretary of State Filing Fee/LLC Formation for PAHS Holdco Owner, LLC | 365.00 | |
| 08/01/22 | Filing Fee; VENDOR: Delaware Secretary of State; 07/28/22; Secretary of State Filing Fee/Incorporation for PAHS Equity Buyer, Inc. | 366.00 | |
| | Total Delaware Document Fee | | 1,096.00 |
| 08/01/22 | Westlaw Legal Research | 928.80 | |
| | Total Westlaw Legal Research | | 928.80 |
| | CURRENT EXPENSES | | 11,330.51 |

**TOTAL AMOUNT OF THIS INVOICE**  11,330.51