# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: November 7, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

## THIRTY SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2022 THROUGH JULY 31, 2022

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | July 1, 2022 – July 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $24,349.20 (80% of $30,436.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $530.46 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

139106084.1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 1.90 | $1,757.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 38.00 | $31,350.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 5.40 | $3,510.00 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 7.20 | $2,124.00 |
| **Total Fees at Standard Rates** | | | **52.50** | **$38,741.50** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **52.50** | **$30,436.50** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

3

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery (101) | 26.30 | $21,697.50 |
| Case Administration (104) | 5.40 | $3,987.50 |
| Claims Administration and Objections (105) | 8.50 | $7,122.50 |
| Fee/Employment Applications (107) | 11.40 | $5,209.00 |
| Fee/Employment Objections (108) | 0.10 | $65.00 |
| Relief from Stay Proceedings (114) | 0.80 | $660.00 |
| **Total Fees at Standard Rate** | **52.50** | **$38,741.50** |
| **Total Fees at $625 Blended Rate[1]** | **52.50** | **$30,436.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Litigation Support Vendor | $526.26 |
| Pacer | $4.20 |
| **TOTAL** | **$530.46** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

3

139106084.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: November 7, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTY SEVENTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM JULY 1, 2022 THROUGH JULY 31, 2022</u>**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Thirty Seventh Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From July 1, 2022 Through July 31, 2022* (the "<u>Application</u>"), seeking allowance of $24,349.20 (80% of $30,436.50) in fees and $530.46 in expenses, for a total of $24,879.66.

## Background

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of

4

139106084.1

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

## Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $21,697.50;      Total Hours: 26.30

5

139106084.1

This category includes time spent analyzing MBNF mediation issues.

B.   Case Administration

   Fees: $3,987.50;    Total Hours: 5.40

This category includes time spent: (a) analyzing pleadings, motions and other court documents; (b) analyzing Drexel mediation issues; (c) reviewing a memorandum of understanding and proposed revisions with respect thereto; and (d) communicating with Debtors' counsel regarding the foregoing.

C.   Claims Administration and Objections

   Fees: $7,122.50;    Total Hours: 8.50

This category includes time spent: (a) analyzing claims asserted against the Debtors' estates and proposed stipulations allowing claims; (b) analyzing Drexel mediation issues; and (c) communicating with the Committee members regarding related issues.

D.   Fee/Employment Applications

   Fees: $5,209.00;    Total Hours: 11.40

This category includes time spent preparing Sills' June 2022 and 9th and 10th interim fee applications and communicating with Debtors' counsel regarding related issues.

E.   Fee/Employment Objections

   Fees: $65.00;  Total Hours: 0.10

This category includes time spent reviewing the Debtors' professionals' fee applications.

F.   Relief from Stay Proceedings

   Fees: $660.00;    Total Hours: 0.80

This category includes time spent reviewing motions seeking stay relief.

**Conclusion**

7.   Sills submits the amounts sought are fair and reasonable given (a) the complexity

6


of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $24,349.20 (80% of $30,436.50) as compensation, *plus* $530.46 for reimbursement of actual and necessary expenses, for a total of $24,879.66, and that such amount be authorized for payment.

Dated: October 17, 2022  
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman  
Seth A. Niederman (DE Bar No. 4588)  
**FOX ROTHSCHILD LLP**  
919 North Market Street, Suite 300  
Wilmington, DE 19899  
Telephone: 302-654-7444  
Facsimile: 302-295-2013  
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)  
Boris I. Mankovetskiy (*pro hac vice*)  
**SILLS CUMMIS & GROSS P.C.**  
One Riverfront Plaza  
Newark, NJ 07102  
Telephone:  973-643-7000  
Facsimile:  973-643-6500  
Email:  asherman@sillscummis.com  
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee  
of Unsecured Creditors*

139106084.1

## **VERIFICATION**

STATE OF NEW JERSEY        )
                           ) SS:
COUNTY OF ESSEX            )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

139106084.1

# Exhibit "A"

## Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital<br>c/o Conifer Health Solutions, Committee Chair<br>3560 Dallas Parkway<br>Frisco, TX  75034 | August 23, 2022<br>Client/Matter No. 08650118.000001<br>Invoice: 2025610<br>Billing Attorney: AHS<br>Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through July 31, 2022

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 07/08/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 07/11/22 | BM | 101 | Analysis of issues regarding MBNF mediation. | 2.40 | $1,980.00 |
| 07/13/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 07/15/22 | BM | 101 | Analysis of issue regarding MBNF mediation. | 1.80 | $1,485.00 |
| 07/18/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.40 | $1,980.00 |
| 07/20/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 07/21/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 07/22/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.70 | $1,402.50 |
| 07/26/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 07/27/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.10 | $1,732.50 |
| 07/28/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.80 | $2,310.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

August 23, 2022
Client/Matter No. 08650118.000001
Invoice: 2025610
Page 2

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/29/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 3.10 | $2,557.50 |
| | | **TASK TOTAL 101** | | **26.30** | **$21,697.50** |

**104 – CASE ADMINISTRATION**

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/08/22 | BM | 104 | Analysis regarding PA assessments issues. | 0.80 | $660.00 |
| 07/13/22 | AHS | 104 | Review of revised MOU and proposed changes; call with counsel for Debtors re: same. | 0.80 | $740.00 |
| 07/14/22 | BM | 104 | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| 07/14/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.30 | $88.50 |
| 07/14/22 | DD | 104 | Review docket and recent filings and update case calendar and circulate same to team with reminders. | 0.30 | $88.50 |
| 07/25/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.40 | $118.00 |
| 07/26/22 | BM | 104 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 07/28/22 | BM | 104 | Analysis regarding Drexel mediation issues. | 0.70 | $577.50 |
| 07/29/22 | GAK | 104 | Attention to case calendar issues. | 0.10 | $65.00 |
| | | **TASK TOTAL 104** | | **5.40** | **$3,987.50** |

Sills Cummis & Gross P.C.

Creditors' Committee  
August 23, 2022  
Client/Matter No. 08650118.000001  
Invoice: 2025610  
Page 3

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **105 – CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | | |
| 07/05/22 | BM | 105 | Analysis of issues regarding Drexel mediation. | 1.10 | $907.50 |
| 07/18/22 | AHS | 105 | Review of revised mediation document and email to Committee re: status of mediation and next steps. | 0.80 | $740.00 |
| 07/20/22 | BM | 105 | Analysis regarding claims administration issues. | 0.70 | $577.50 |
| 07/20/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| 07/21/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.20 | $990.00 |
| 07/21/22 | BM | 105 | Attend to issues regarding proposed stipulations allowing claims. | 0.90 | $742.50 |
| 07/22/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.30 | $1,072.50 |
| 07/22/22 | AHS | 105 | Address Drexel claim settlement issues. | 0.30 | $277.50 |
| 07/25/22 | BM | 105 | Analysis of issues regarding Drexel mediation. | 1.10 | $907.50 |
| | **TASK TOTAL 105** | | | **8.50** | **$7,122.50** |
| **107 – FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 07/15/22 | GAK | 107 | Attention to communications with Debtors' counsel regarding interim fee applications. | 0.10 | $65.00 |
| 07/22/22 | GAK | 107 | Work on June fee application. | 0.30 | $195.00 |
| 07/25/22 | GAK | 107 | Attention to 10th interim fee application. | 0.40 | $260.00 |
| 07/25/22 | GAK | 107 | Work on 9th interim fee application. | 0.70 | $455.00 |
| 07/25/22 | DD | 107 | Review July, August and September invoices and draft 9th interim fee application and | 2.50 | $737.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

August 23, 2022
Client/Matter No. 08650118.000001
Invoice: 2025610
Page 4

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | | circulate same to team for review. | | |
| 07/26/22 | DD | 107 | FInish preparing 9th interim fee application and circulate same to team for review | 0.70 | $206.50 |
| 07/26/22 | DD | 107 | Review October, November and December invoices and draft 10th interim fee application. | 3.00 | $885.00 |
| 07/28/22 | GAK | 107 | Work on 9th interim fee application. | 1.60 | $1,040.00 |
| 07/29/22 | GAK | 107 | Finalize 10th interim fee application for review by A. Sherman. | 2.10 | $1,365.00 |
| | | | **TASK TOTAL 107** | **11.40** | **$5,209.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/18/22 | GAK | 108 | Review Saul Ewing May fee application. | 0.10 | $65.00 |
| | | | **TASK TOTAL 108** | **0.10** | **$65.00** |

**114 – RELIEF FROM STAY PROCEEDINGS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/15/22 | BM | 114 | Attend to pending stay relief motions. | 0.80 | $660.00 |
| | | | **TASK TOTAL 114** | **0.80** | **$660.00** |

| | HOURS | AMOUNT |
|---|---|---|
| **TOTAL FEES at Standard Rates** | **52.50** | **$38,741.50** |
| **Attorney Fees at Blended Rate of $625** | **45.30** | **$28,312.50** |
| **Paralegal Fees at Standard Rate** | **7.20** | **2,124.00** |
| **TOTAL FEES at Blended Rate** | **52.50** | **$30,436.50** |

Sills Cummis & Gross P.C.

Creditors' Committee  
August 23, 2022  
Client/Matter No. 08650118.000001  
Invoice: 2025610  
Page 5

---

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---:|---:|
| 101 | Asset Analysis and Recovery | | 26.30 | $21,697.50 |
| 104 | Case Administration | | 5.40 | $3,987.50 |
| 105 | Claims Administration and Objections | | 8.50 | $7,122.50 |
| 107 | Fee/Employment Applications | | 11.40 | $5,209.00 |
| 108 | Fee/Employment Objections | | 0.10 | $65.00 |
| 114 | Relief from Stay Proceedings | | 0.80 | $660.00 |
| | TOTAL FEES at Standard Rates | | 52.50 | $38,741.50 |
| | Attorney Fees at Blended Rate of $625 | | 45.30 | $28,312.50 |
| | Paralegal Fees at Standard Rate | | 7.20 | 2,124.00 |
| | TOTAL FEES at Blended Rate | | 52.50 | $30,436.50 |

| | | | | | | |
|---|---:|---|---:|---|---:|
| Andrew H. Sherman | 1.90 | x | $925.00 | = | $1,757.50 |
| Boris Mankovetskiy | 38.00 | x | $825.00 | = | $31,350.00 |
| Gregory A. Kopacz | 5.40 | x | $650.00 | = | $3,510.00 |
| Danielle Delehanty | 7.20 | x | $295.00 | = | $2,124.00 |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---:|
| 07/24/22 | 271 | Litigation Support Vendor (UnitedLex Invoice #073613 – near line storage) | $526.26 |
| 07/14/22 | 358 | Pacer | $1.60 |
| 07/25/22 | 358 | Pacer | $0.70 |
| 07/25/22 | 358 | Pacer | $0.80 |
| 07/25/22 | 358 | Pacer | $0.90 |
| 07/25/22 | 358 | Pacer | $0.20 |

**TOTAL DISBURSEMENTS**     **$530.46**

Sills Cummis & Gross P.C.

Creditors' Committee                                                                    August 23, 2022
                                                                              Client/Matter No. 08650118.000001
                                                                                               Invoice: 2025610
                                                                                                        Page 6

| INVOICE SUMMARY | |
| --- | ---: |
| Total Fees | $30,436.50 |
| Total Disbursements | $530.46 |
| **TOTAL THIS INVOICE** | **$30,966.96*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$38,741.50**) and fees at *Blended Rate* of $595 (**$30,436.50**)** apply.

**includes paralegal fees at standard rates, if applicable