# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: November 7, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTY EIGHTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | August 1, 2022 – August 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $40,089.20 (80% of $50,111.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $539.86 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 9.50 | $8,787.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 56.80 | $46,860.00 |
| James Hirschhorn | Member, Litigation<br>First Bar Admission: 1981 | $750 | 1.80 | $1,350.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 7.50 | $4,875.00 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 9.70 | $2,861.50 |
| **Total Fees at Standard Rates** | | | **85.30** | **$64,734.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **85.30** | **$50,111.50** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 33.60 | $27,865.00 |
| Asset Disposition (102) | 0.80 | $660.00 |
| Case Administration (104) | 19.00 | $14,609.50 |
| Claims Administration and Objections (105) | 11.40 | $9,915.00 |
| Fee/Employment Applications (107) | 15.40 | $7,477.00 |
| Avoidance Action Litigation (111) | 0.90 | $742.50 |
| Plan and Disclosure Statement (113) | 2.40 | $1,980.00 |
| Relief from Stay Proceedings (114) | 1.80 | $1,485.00 |
| **Total Fees at Standard Rate** | **85.30** | **$64,734.00** |
| **Total Fees at $625 Blended Rate[1]** | **85.30** | **$50,111.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendor | $526.26 |
| Lexis-Nexis | $13.60 |
| **TOTAL** | **$539.86** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: November 7, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTY EIGHTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Thirty Eighth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From August 1, 2022 Through August 31, 2022* (the "Application"), seeking allowance of $40,089.20 (80% of $50,111.50) in fees and $539.86 in expenses, for a total of $40,629.06.

## Background

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of

4

139106222.1

Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6. Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A. <u>Asset Analysis and Recovery</u>

Fees: $27,865.00;    Total Hours: 33.6

This category includes time spent: (a) analyzing and addressing mediation issues and reviewing documents in connection therewith; (b) preparing for and attending a hearing seeking approval of an MOU and addressing related issues; (c) communicating with parties regarding the foregoing and related issues.

    B.    <u>Asset Disposition</u>

        Fees: $660.00;       Total Hours: 0.8

This category includes time spent analyzing real estate sale process issues.

    C.    <u>Case Administration</u>

        Fees: $14,609.50;     Total Hours: 19.0

This category includes time spent: (a) preparing updates to the Committee members; (b) addressing issues related to a proposed global settlement, including addressing objections thereto; (c) analyzing pleadings, motions and other court documents and updating the "critical dates" case calendar; and (d) communicating with Debtors' counsel and the Committee members regarding the foregoing and related issues.

    D.    <u>Claims Administration and Objections</u>

        Fees: $9,915.00;      Total Hours: 11.4

This category includes time spent: (a) analyzing claims asserted against the Debtors' estates (including certain government assessments) and proposed stipulations resolving certain claims; (b) analyzing Drexel mediation issues; and (c) communicating with Debtors' counsel and the Committee members regarding the foregoing and related issues.

    E.    <u>Fee/Employment Applications</u>

        Fees: $7,477.00;      Total Hours: 15.4

This category includes time spent preparing two monthly and two interim fee

applications, as well as related CNOs, and addressing issues related to the proposed orders approving Sills' 9th and 10th interim fee applications.

  F.  <u>Avoidance Action Litigation</u>

  Fees: $742.50;  Total Hours: 0.9

This category includes time spent analyzing proposed avoidance action settlements.

  G.  <u>Plan and Disclosure Statement</u>

  Fees: $1,980.00;  Total Hours: 2.40

This category includes time spent analyzing plan issues.

  H.  <u>Relief from Stay Proceedings</u>

  Fees: $1,485.00;  Total Hours: 1.8

This category includes time spent analyzing proposed stipulations granting stay relief.

## **Conclusion**

7. Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $40,089.20 (80% of $50,111.50) as compensation, *plus* $539.86 for reimbursement of actual and necessary expenses, for a total of $40,629.06, and that such amount be authorized for payment.

Dated: October 17, 2022      Respectfully submitted,
Wilmington, Delaware

            /s/ Seth A. Niederman
            Seth A. Niederman (DE Bar No. 4588)
            **FOX ROTHSCHILD LLP**
            919 North Market Street, Suite 300
            Wilmington, DE 19899
            Telephone: 302-654-7444
            Facsimile: 302-295-2013
            Email: sniederman@foxrothschild.com

139106222.1

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
           bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

## **VERIFICATION**

STATE OF NEW JERSEY        )
                                                     ) SS:
COUNTY OF ESSEX               )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                                                                    */s/ Andrew H. Sherman*
                                                                                    Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions, Committee Chair
3560 Dallas Parkway
Frisco, TX  75034

October 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2027682
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through August 31, 2022

|          |     |     |     |                                                                    | HOURS | AMOUNT    |
|----------|-----|-----|-----|--------------------------------------------------------------------|-------|-----------|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | | |
| 08/01/22 | BM  | 101 |     | Analysis regarding MBNF mediation documents and proposed revisions. | 4.30  | $3,547.50 |
| 08/02/22 | BM  | 101 |     | Analysis regarding MBNF mediation documents and proposed revisions. | 3.80  | $3,135.00 |
| 08/03/22 | BM  | 101 |     | Analysis regarding MBNF mediation issues and proposed documents.    | 4.40  | $3,630.00 |
| 08/04/22 | BM  | 101 |     | Analysis regarding MBNF mediation documents and proposed revisions. | 3.80  | $3,135.00 |
| 08/05/22 | BM  | 101 |     | Analysis regarding MBNF mediation documents and proposed revisions. | 4.20  | $3,465.00 |
| 08/06/22 | BM  | 101 |     | Analysis regarding MBNF mediation documents and proposed revisions. | 4.20  | $3,465.00 |
| 08/07/22 | BM  | 101 |     | Analysis regarding MBNF mediation documents and proposed revisions. | 4.30  | $3,547.50 |
| 08/14/22 | AHS | 101 |     | Address MOU execution issues and emails re: same.                   | 0.30  | $277.50   |

Sills Cummis & Gross P.C.

Creditors' Committee

October 1, 2022<br>
Client/Matter No. 08650118.000001<br>
Invoice: 2027682<br>
Page 2

---

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/15/22 | JH | 101 | Telephone conference with A. Sherman and B. Mankovetskiy regarding Medicaid fee assessment issues. | 0.40 | $300.00 |
| 08/17/22 | JH | 101 | Review state and city claims for quality assurance fee; email A. Sherman and B. Mankovetskiy regarding potential issues. | 1.40 | $1,050.00 |
| 08/29/22 | AHS | 101 | Calls with parties in advance of hearing. | 0.40 | $370.00 |
| 08/29/22 | AHS | 101 | Prepare for hearing and revise of documents, emails and form of revised order. | 1.00 | $925.00 |
| 08/29/22 | AHS | 101 | Attend hearing on approval of MOU and follow up with parties re: same. | 1.10 | $1,017.50 |
| | | **TASK TOTAL 101** | | **33.60** | **$27,865.00** |

**102 – ASSET DISPOSITION**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/16/22 | BM | 102 | Analysis of issues regarding real estate sale process. | 0.80 | $660.00 |
| | | **TASK TOTAL 102** | | **0.80** | **$660.00** |

**104 – CASE ADMINISTRATION**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/01/22 | BM | 104 | Analysis regarding Drexel mediation documents. | 1.10 | $907.50 |
| 08/01/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.40 | $118.00 |
| 08/08/22 | BM | 104 | Analysis regarding 9019 motion and motion to seal in connection with proposed global settlement. | 2.40 | $1,980.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2027682
Page 3

| Date | Initials | Code | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/08/22 | GAK | 104 | Attention to critical dates calendar. | 0.10 | $65.00 |
| 08/08/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.40 | $118.00 |
| 08/12/22 | BM | 104 | Attend to issues regarding confidentiality of portions of proposed global settlement. | 0.70 | $577.50 |
| 08/16/22 | AHS | 104 | Call with counsel for Debtors re: next steps after MOU and PA claim issues. | 0.40 | $370.00 |
| 08/16/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.50 | $147.50 |
| 08/18/22 | BM | 104 | Analysis regarding declaration in support of MOU. | 0.90 | $742.50 |
| 08/22/22 | BM | 104 | Analysis regarding UST's comments to orders approving global settlement. | 0.80 | $660.00 |
| 08/22/22 | BM | 104 | Analysis regarding IS owners objection to MOU. | 0.70 | $577.50 |
| 08/22/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.40 | $118.00 |
| 08/23/22 | GAK | 104 | Update case calendar. | 0.10 | $65.00 |
| 08/24/22 | BM | 104 | Analysis regarding declaration in support of motion to approve MOU. | 1.10 | $907.50 |
| 08/24/22 | BM | 104 | Attend to issues regarding revised proposed order approving global settlement. | 1.20 | $990.00 |
| 08/25/22 | BM | 104 | Attend to issues regarding resolution of objections to motion to approve MOU. | 0.60 | $495.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2027682
Page 4

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/25/22 | BM | 104 | Analysis regarding proposed revisions of declaration in support of MOU. | 0.80 | $660.00 |
| 08/25/22 | BM | 104 | Attend to issues regarding proposed revised order approving global settlement. | 1.10 | $907.50 |
| 08/26/22 | BM | 104 | Analysis regarding proposed revisions of order approving global settlement. | 1.10 | $907.50 |
| 08/26/22 | BM | 104 | Analysis regarding proposed revisions of declaration in support of global settlement. | 0.80 | $660.00 |
| 08/26/22 | BM | 104 | Attend to issues regarding resolution of objections to motion to approve MOU. | 1.10 | $907.50 |
| 08/29/22 | BM | 104 | Analysis regarding revisions of proposed order approving global settlement. | 1.20 | $990.00 |
| 08/29/22 | GAK | 104 | Attention to case calendar. | 0.10 | $65.00 |
| 08/29/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.40 | $118.00 |
| 08/31/22 | AHS | 104 | Email to Committee re: case status and email to Debtors' counsel re: next case steps. | 0.60 | $555.00 |
| | | **TASK TOTAL 104** | | **19.00** | **$14,609.50** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/01/22 | AHS | 105 | Review of 9019 motion and email to Committee re: same. | 0.80 | $740.00 |
| 08/02/22 | BM | 105 | Analysis regarding Drexel mediation documents. | 1.40 | $1,155.00 |
| 08/02/22 | AHS | 105 | Address issues re: finalizing MOU and execution issues. | 0.40 | $370.00 |
| 08/04/22 | BM | 105 | Analysis of issues regarding Drexel mediation. | 0.70 | $577.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2027682
Page 5

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/05/22 | AHS | 105 | Call from Debtors' counsel re: MOU, respond to emails re: same and address open issues. | 0.40 | $370.00 |
| 08/06/22 | AHS | 105 | Final review of MOU. | 1.00 | $925.00 |
| 08/06/22 | AHS | 105 | Execute MOU and return to parties as requested. | 0.20 | $185.00 |
| 08/07/22 | AHS | 105 | Review of emails re: MOU issues. | 0.30 | $277.50 |
| 08/07/22 | AHS | 105 | Review of pleadings in support of settlement and order re: same. | 0.60 | $555.00 |
| 08/09/22 | BM | 105 | Analysis regarding proposed stipulations resolving claims objections. | 0.70 | $577.50 |
| 08/11/22 | BM | 105 | Attend to issues regarding claims administration. | 0.70 | $577.50 |
| 08/16/22 | BM | 105 | Analysis regarding PA assessments claims. | 0.80 | $660.00 |
| 08/16/22 | AHS | 105 | Address PA assessment claims and strategy to resolve claims. | 0.70 | $647.50 |
| 08/17/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.10 | $907.50 |
| 08/18/22 | BM | 105 | Analysis regarding PA assessments. | 0.90 | $742.50 |
| 08/26/22 | AHS | 105 | Address MOU changes; revised form of order and emails re: same. | 0.30 | $277.50 |
| 08/28/22 | AHS | 105 | Address issues re: MOU form of order and initial preparation for hearing. | 0.40 | $370.00 |
| **TASK TOTAL 105** | | | | **11.40** | **$9,915.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/01/22 | GAK | 107 | Communications with A. Sherman regarding fee application issues. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2027682
Page 6

| Date | Tkpr | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/05/22 | GAK | 107 | Finalize monthly and interim fee applications for filing and service. | 0.70 | $455.00 |
| 08/09/22 | GAK | 107 | Attention to revisions to interim fee applications. | 0.20 | $130.00 |
| 08/09/22 | DD | 107 | Review monthly invoice summaries and update 10th interim fee application for all task code, timekeeper and expense summary charts for same. | 1.70 | $501.50 |
| 08/09/22 | DD | 107 | Review monthly invoice summaries and update 9th interim fee application for all task code, timekeeper and expense summary charts for same. | 1.60 | $472.00 |
| 08/15/22 | GAK | 107 | Attention to June fee application. | 0.30 | $195.00 |
| 08/15/22 | GAK | 107 | Attention to interim fee applications. | 0.40 | $260.00 |
| 08/16/22 | GAK | 107 | Communications with D. Delehanty regarding fee application issues. | 0.30 | $195.00 |
| 08/16/22 | DD | 107 | Review June 2022 invoice and draft the thirty-sixth monthly fee statement and circulate same to G. Kopacz for review. | 0.70 | $206.50 |
| 08/16/22 | DD | 107 | Review docket for all CNOs and Interim Fee Orders and update 9th and 10th Interim fee applications regarding the same. | 1.50 | $442.50 |
| 08/16/22 | DD | 107 | Make edits to 9th and 10th interim fee applications regarding previously file statements chart. | 0.70 | $206.50 |
| 08/17/22 | AHS | 107 | Review and finalize 9th and 10th fee applications. | 0.60 | $555.00 |

Sills Cummis & Gross P.C.

Creditors' Committee  
October 1, 2022  
Client/Matter No. 08650118.000001  
Invoice: 2027682  
Page 7

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/17/22 | GAK | 107 | Draft detailed email to D. Delehanty regarding CNOs, fee orders and next steps for fee application issues. | 0.50 | $325.00 |
| 08/17/22 | GAK | 107 | Email local counsel regarding 10th interim fee application. | 0.10 | $65.00 |
| 08/17/22 | GAK | 107 | Communications with local counsel regarding 9th interim fee application. | 0.20 | $130.00 |
| 08/17/22 | GAK | 107 | Finalize 10th interim fee application for review by A. Sherman. | 0.90 | $585.00 |
| 08/17/22 | GAK | 107 | Finalize 9th interim fee application for review by A. Sherman. | 1.10 | $715.00 |
| 08/18/22 | GAK | 107 | Attention to analysis of CNOs and interim orders and communications from billing team regarding same. | 0.40 | $260.00 |
| 08/18/22 | GAK | 107 | Email local counsel regarding June fee application. | 0.10 | $65.00 |
| 08/18/22 | GAK | 107 | Review initial draft of June fee application prepared by D. Delehanty and draft narrative sections regarding work performed. | 0.70 | $455.00 |
| 08/25/22 | GAK | 107 | Finalize July fee application for review by A. Sherman. | 1.20 | $780.00 |
| 08/25/22 | DD | 107 | Review July invoice and draft monthly fee statement and circulate same to team for review. | 1.40 | $413.00 |
| **TASK TOTAL 107** | | | | **15.40** | **$7,477.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

October 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2027682
Page 8

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **111 – AVOIDANCE ACTION LITIGATION** | | | | | | |
| 08/03/22 | BM | 111 | | Analysis regarding proposed preference settlement stipulations. | 0.90 | $742.50 |
| | | **TASK TOTAL 111** | | | **0.90** | **$742.50** |
| **113 – PLAN AND DISCLOSURE STATEMENT** | | | | | | |
| 08/09/22 | BM | 113 | | Analysis regarding amended plan of liquidation. | 1.30 | $1,072.50 |
| 08/18/22 | BM | 113 | | Analysis of issues regarding amended plan of liquidation. | 1.10 | $907.50 |
| | | **TASK TOTAL 113** | | | **2.40** | **$1,980.00** |
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | | |
| 08/09/22 | BM | 114 | | Analysis regarding proposed stipulations granting stay relief. | 0.60 | $495.00 |
| 08/11/22 | BM | 114 | | Attend to proposed stipulations granting stay relief. | 0.60 | $495.00 |
| 08/19/22 | BM | 114 | | Analysis regarding stay relief stipulations. | 0.60 | $495.00 |
| | | **TASK TOTAL 114** | | | **1.80** | **$1,485.00** |
| | | **TOTAL FEES** | | | **85.30** | **$64,734.00** |
| | | **Attorney Fees at Blended Rate of $625** | | | 75.60 | $47,250.00 |
| | | **Paralegal Fees at Standard Rate** | | | 9.70 | 2,861.50 |
| | | **TOTAL FEES at Blended Rate** | | | **85.30** | **$50,111.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

October 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2027682
Page 9

---

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---:|---:|
| 101 | Asset Analysis and Recovery | | 33.60 | $27,865.00 |
| 102 | Asset Disposition | | 0.80 | $660.00 |
| 104 | Case Administration | | 19.00 | $14,609.50 |
| 105 | Claims Administration and Objections | | 11.40 | $9,915.00 |
| 107 | Fee/Employment Applications | | 15.40 | $7,477.00 |
| 111 | Avoidance Action Litigation | | 0.90 | $742.50 |
| 113 | Plan and Disclosure Statement | | 2.40 | $1,980.00 |
| 114 | Relief from Stay Proceedings | | 1.80 | $1,485.00 |
| | TOTAL FEES | | 85.30 | $64,734.00 |
| | Attorney Fees at Blended Rate of $625 | | 75.60 | $47,250.00 |
| | Paralegal Fees at Standard Rate | | 9.70 | 2,861.50 |
| | TOTAL FEES at Blended Rate | | 85.30 | $50,111.50 |

| | | | | | | |
|---|---:|---|---:|---|---:|---:|
| Andrew H. Sherman | 9.50 | x | $925.00 | = | | $8,787.50 |
| Boris Mankovetskiy | 56.80 | x | $825.00 | = | | $46,860.00 |
| James Hirschhorn | 1.80 | x | $750.00 | = | | $1,350.00 |
| Gregory A. Kopacz | 7.50 | x | $650.00 | = | | $4,875.00 |
| Danielle Delehanty | 9.70 | x | $295.00 | = | | $2,861.50 |

**DISBURSEMENT DETAIL**

| | | | | |
|---|---|---|---|---:|
| 08/21/22 | 271 | Litigation Support Vendor (UnitedLex Invoice# 074736 – near line storage) | | $526.26 |
| 08/17/22 | 379 | Lexis-Nexis | | $13.60 |
| | | **TOTAL DISBURSEMENTS** | | **$539.86** |

Sills Cummis & Gross P.C.

Creditors' Committee                                                                                              October 1, 2022
                                                                                              Client/Matter No. 08650118.000001
                                                                                                              Invoice: 2027682
                                                                                                                       Page 10

|                      | INVOICE SUMMARY |              |
|----------------------|-----------------|--------------|
| Total Fees           |                 | $50,111.50   |
| Total Disbursements  |                 | $539.86      |
| **TOTAL THIS INVOICE** |               | **$50,651.36*** |

\*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$64,734.00**) and fees at *Blended Rate* of $595 (**$50,111.50**)\*\* apply.

\*\*includes paralegal fees at standard rates, if applicable