**Exhibit A**

**No Liability Claims**

| No Liability Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 1. Arthrex Inc. | 174 | Center City Healthcare, LLC | $- | $- | $- | $- | $38,705.81 | $38,705.81 | Claim waived per court-approved stipulation [D.I. 3084] |
| 2. Arthrex Inc. | 88 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $7,685.60 | $7,685.60 | Claim waived per court-approved stipulation [D.I. 3084] |
| 3. REDACTED | 977 | Center City Healthcare, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in support of claim shows that circumstances giving rise to cause of action took place in 2017, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 4. REDACTED | 147 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in support of claim shows that circumstances giving rise to cause of action took place in 2017, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 5. BioFire Diagnostics, LLC | 562 | St. Christopher's Healthcare, LLC | $- | $- | $37,198.44 | $- | $40,546.30 | $77,774.74 | Claim waived per court-approved stipulation [D.I. 3381] |
| 6. Biomerieux, Inc. | 59 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $20,904.45 | $20,904.45 | Claim waived per court-approved stipulation [D.I. 3380] |

39845256.2 09/21/2022

| No Liability Claims ||||||||||
|---|---|---|---|---|---|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** |||||| **Reason for Disallowance** |
| ||| **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** ||
| 7. | Biomerieux, Inc. | 120 | Center City Healthcare, LLC | $- | $- | $- | $- | $223,121.25 | $223,121.25 | Claim waived per court-approved stipulation [D.I. 3380] |
| 8. | REDACTED | 317 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $- | $- | The Debtors' books and records show that the circumstances giving rise to cause of action took place in 2017, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 9. | CCJ Physics, LLC | 1 | Center City Healthcare, LLC | $- | $- | $- | $- | $48,717.00 | $48,717.00 | Claim was waived pursuant to Court-approved stipulation [D.I. 3143]. |
| 10. | HLM Inc DBA Ackers Hardware | 466-291 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $1,349.86 | $1,349.86 | Claim waived per court-approved stipulation [D.I. 3547]. |
| 11. | HLM Inc Dba Ackers Hardware | 635 | Center City Healthcare, LLC | $- | $- | $- | $- | $8,939.86 | $8,939.86 | Claim waived per court-approved stipulation [D.I. 3547]. |
| 12. | Holland Square Group, LLC | 114 | Philadelphia Academic Health System, LLC | $- | $13,650.00 | $- | $- | $518,298.30 | $531,948.30 | Claim waived per court approved stipulation [D.I. 3220]. |
| 13. | L.J., a Minor, by and through parents Alaiya Jones and Hakeem Fairley | 1160 | Center City Healthcare, LLC | $- | $0.00 | $- | $- | $- | $- | Claim disallowed by court-approved stipulation [D.I. 4248]. |
| 14. | REDACTED | 968 | Center City Healthcare, LLC | $- | $- | $- | $- | $- | $- | Documentation provided in connection with claim shows that circumstances giving rise to cause of action took place in 2014, prior |

2

| | | | | No Liability Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| | | | | | | | | | | to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 15. | Mayflower Laundry and Textile Services, LLC | 467-45 | Center City Healthcare, LLC | $- | $- | $- | $- | $456,883.47 | $456,883.47 | Claim waived under court-approved stipulation [D.I. 3687]. |
| 16. | Mayflower Laundry and Textile Services, LLC | 105 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $169,455.61 | $169,455.61 | Claim waived under court-approved stipulation [D.I. 3687]. |
| 17. | REDACTED | 946 | Center City Healthcare, LLC | $- | $- | $- | $- | $- | $- | Documentation provided in support of claim shows that circumstances giving rise to cause of action took place in 2017, prior to the Debtors' existence and prior to the Debtors' acquisition of the Hospitals from Tenet Business Services Corporation in January 2018. |
| 18. | Medical Doctor Associates, LLC | 467-24 | SCHC Pediatric Associates, LLC | $- | $- | $- | $- | $24,851.51 | $24,851.51 | Claim waived per court-approved stipulation [D.I. 3085]. |
| 19. | Orthofix Inc | 282 | Center City Healthcare, LLC | $- | $- | $- | $- | $45,815.96 | $45,815.96 | Claims waived under court-approved stipulation [D.I. 3086] |
| 20. | Pfizer Inc | 330 | Center City Healthcare, LLC | $- | $- | $- | $- | $53,014.20 | $53,014.20 | Claims waived per court-approved stipulation [D.I. 3688]. |

39845256.2 09/21/2022

| | | | | | **No Liability Claims** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 21. | Reuter & Hanney, Inc. | 96 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $24,930.00 | $24,930.00 | Claim waived under court-approved stipulation [D.I. 2957] |
| 22. | REDACTED | 851 | Center City Healthcare, LLC | $- | $- | $- | $- | $1,760.00 | $1,760.00 | Proof of claim attaches an invoice from the Debtors to the claimant. Debtors' books and records do not reflect that any amounts are owed to the claimant. |
| 23. | Shades of Green, Inc. | 626 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $193,410.73 | $193,410.73 | Claim waived per court-approved stipulation [D.I. 3947]. |

39845256.2 09/21/2022