Center City Healthcare
19-11466/22-50263

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Monique | DiSabatino | Debtors | Saul Ewing Arnstein & Lehr LLP |
| Mark | Minuti | Debtors | Saul Ewing Arstein & Lehr LLP |
| Stuart | Brown | Master Landlords | DLA Piper LLP (US) |
| Laura Davis | Jones | Tenet and Conifer | Pachulski Stang Ziehl & Jones LLP |
| Timothy | Cairns | Tenet and Conifer | Pachulski Stang Ziehl & Jones LLP |
| Seth | Niederman | Committee | |
| Allen | Wilen | Debtor | American Academic |
| Austin | Viny | VonWin Capital | VonWin Capital |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |