**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | Related to Docket No. 4296, 4299, 4330, 4331 and |
| ) | 4332 |

**CERTIFICATION OF COUNSEL REGARDING (I) REVISED PROPOSED ORDER SUSTAINING DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AND (II) NO OBJECTION TO SAME**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies that:

1. On September 21, 2022, the *Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 4299] (the "Objection")[2] was filed with the Court, by which the Debtors sought entry of the proposed order attached thereto (the "Original Proposed Order") (a) disallowing certain claims that were filed after the General Bar Date, (b) disallowing certain duplicative claims, (c) disallowing certain amended claims, and (d) disallowing certain unsupported claims. An unredacted version of the Objection was filed under seal [D.I. 4296]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

pursuant to the *Order Authorizing the Debtors to File under Seal the Unredacted Version of the Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 4330] (the "Seal Order").

2. Pursuant to the notice of the Objection [D.I. 4299], the deadline to respond to the Objection was October 5, 2022, at 4:00 p.m. (the "Objection Deadline").

3. The Objection Deadline has passed, and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. On October 11, 2022, the Debtors filed a certification of no objection and submitted the Original Proposed Order to the Court for approval [D.I. 4331, 4332].

5. A hearing on the Objection was held on October 25, 2022 at which the Debtors received comments to the Objection from the Court. To address such comments, the Debtors have removed claim number 1122 against Debtor Center City Healthcare, LLC ("Claim 1122")[3] from Exhibit A to the Objection, which contains the list of Late-Filed Claims.

6. A revised proposed order that reflects the removal of this claim from Exhibit A to the order is attached hereto as **Exhibit 1** (the "Revised Proposed Order").

7. A blackline comparing the Revised Proposed Order with the Original Proposed Order is attached hereto as **Exhibit 2**.

8. The Debtors respectfully request that the Court sign the Revised Proposed Order and direct that it be docketed, without further notice or hearing.

---

[3] The name of the claimant for Claim 1122 is not reflected herein and is otherwise redacted in the Objection and the Revised Proposed Order (as defined herein) in accordance with the Seal Order.

9. Of course, we are available to discuss this matter at the Court's convenience.

Dated: October 25, 2022

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*