## Exhibit A

**Late-Filed Claims**

| LATE FILED CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Debtor Against Which Claim is Asserted | Claim Amount | Date Claim Filed | Reason for Disallowance |
| 1. Adkins, Demetria | 761 | St. Christopher's Healthcare, LLC | $3,999.00 | 12/02/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 2. Allen, Renee | 1255 | Center City Healthcare, LLC | $8,000.00 | 12/6/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 3. Diodonet, Victor | 765 | St. Christopher's Healthcare, LLC | $- | 12/06/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 4. Gilliam, Edna | 766 | St. Christopher's Healthcare, LLC | $- | 12/06/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET).  Claim is subject to further objection on other grounds, as set forth on Exhibit C. |
| 5. Gilliam, Edna | 768 | St. Christopher's Healthcare, LLC | $9,500.00 | 12/06/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 6. Johnson, Indria | 760 | St. Christopher's Healthcare, LLC | $3,000.00 | 12/02/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

| LATE FILED CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | | **Claim Number** | **Debtor Against Which Claim is Asserted** | **Claim Amount** | **Date Claim Filed** | **Reason for Disallowance** |
| 7. | Jones, Sharonn | 767 | St. Christopher's Healthcare, LLC | $- | 12/06/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 8. | Love, Rafeia | 769 | St. Christopher's Healthcare, LLC | $4,000.00 | 12/06/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 9. | Miller, Keith | 762 | St. Christopher's Healthcare, LLC | $4,000.00 | 12/02/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 10. | Rahman, Mizanur | 764 | St. Christopher's Healthcare, LLC | $8,000.00 | 12/03/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 11. | Smith, Veronica | 1259 | Center City Healthcare, LLC | $- | 3/28/2022 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |
| 12. | Stancil, Shadera | 770 | St. Christopher's Healthcare, LLC | $3,000.00 | 12/7/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |

39844836.5 10/25/2022

| LATE FILED CLAIMS | | | | | |
|---|---|---|---|---|---|
| Name of Claimant | | Claim Number | Debtor Against Which Claim is Asserted | Claim Amount | Date Claim Filed | Reason for Disallowance |
| 13. | Stone, Alexis | 763 | St. Christopher's Healthcare, LLC | $3,000.00 | 12/2/2021 | The claim was filed after the General Bar Date of August 5, 2020, at 5:00 p.m. (ET). |