## Exhibit C

**Amended Claims**

| AMENDED CLAIMS | | | | |
|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. Gilliam, Edna | 766 | 768 | $0.00 | Claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim.  Surviving Claim is subject to further objection on other grounds as set forth in Exhibit A. |
| 2. UnitedHealthcare Insurance Company | 14 | 772 | $266,278.90 | Claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim. Claimant has also confirmed that Surviving Claim was intended to amended the Amended Claim. |