# Exhibit D

**Insufficient Documentation Claims**

| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
|---|---|---|---|---|---|
|  | **Insufficient Documentation Claims** | | | | |
| 1. | **REDACTED** | HPS of PA, L.L.C. | 12 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 2. | **REDACTED** | Philadelphia Academic Health System, LLC | 123 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 3. | **REDACTED** | TPS V of PA, L.L.C. | 12 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 4. | **REDACTED** | Philadelphia Academic Medical Associates, LLC | 14 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 5. | **REDACTED** | TPS of PA, L.L.C. | 9 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |

| | **Insufficient Documentation Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 6. | **REDACTED** | TPS III of PA, LLC | 12 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 7. | **REDACTED** | TPS IV of PA LLC | 23 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 8. | **REDACTED** | TPS II of PA, L.L.C. | 47 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 9. | **REDACTED** | Center City Healthcare, LLC | 854 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 10. | **REDACTED** | Center City Healthcare, LLC | 856 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |

39844836.5 10/25/2022

| | **Insufficient Documentation Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 11. | **REDACTED** | TPS IV of PA, L.L.C. | 24 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 12. | **REDACTED** | HPS of PA, L.L.C. | 13 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 13. | **REDACTED** | Philadelphia Academic Health System, LLC | 124 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 14. | **REDACTED** | TPS of PA, L.L.C. | 10 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 15. | **REDACTED** | Philadelphia Academic Medical Associates, LLC | 15 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |

39844836.5 10/25/2022

| | **Insufficient Documentation Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 16. | **REDACTED** | TPS II of PA, L.L.C. | 48 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 17. | **REDACTED** | TPS III of PA, L.L.C. | 13 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 18. | **REDACTED** | TPS V of PA, L.L.C. | 13 | $2,500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claim or a response. |
| 19. | **REDACTED** | St. Christopher's Pediatric Urgent Care Center, LLC | 15 | $- | The asserted claim is not reflected in the Debtors' books and records and claim documentation does not reflect that any amounts are owed by the Debtors. |
| 20. | **REDACTED** | Center City Healthcare, LLC | 758 | $- | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to obtain supporting documentation, the Debtors have not received detail supporting the claim. |

39844836.5 10/25/2022

| | **Insufficient Documentation Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 21. | REDACTED | Philadelphia Academic Health System, LLC | 113 | $- | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation, and despite multiple efforts to obtain supporting documentation, the Debtors have not received detail supporting the claim. |
| 22. | REDACTED | Philadelphia Academic Health System, LLC | 148 | $20,000,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 23. | REDACTED | Center City Healthcare, LLC | 961 | $20,000,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite multiple efforts to reach out to the claimant, the Debtors have not received sufficient detail supporting claims or a response. |
| 24. | REDACTED | St. Christopher's Healthcare, LLC | 733 | $500,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and despite efforts to obtain documentation from claimant, claimant has not provided any support. |
| 25. | REDACTED | St. Christopher's Healthcare, LLC | 520 | $- | The Debtors' records do not indicate any amounts owed to this claimant, claim attaches no supporting documentation and, despite efforts to obtain documentation from claimant, claimant has not responded or provided any support. |

39844836.5 10/25/2022