## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
|  | (Jointly Administered) |
| Debtors. | **Objections Due: November 16, 2022 at 4:00 p.m. ET** |

### THIRTY SEVENTH MONTHLY FEE APPLICATION OF
### FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
### EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF
### UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 1, 2022
### THROUGH SEPTEMBER 30, 2022

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Thirty Seventh Monthly Period: | September 1, 2022 through September 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Thirty Seventh Monthly Period: | $7,531.60 (80% of $9,414.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Thirty Seventh | $12.96 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

139124866.2

Monthly Period:

This is a(n):   X   Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's Thirty Seventh monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.14 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Seventh Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Seventh Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Seventh Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Seventh Monthly [D.I. 1504] | 3/25/2020 | $7,058.40 | $113.75 | 4/17/2020 [D.I. 1585] | $7,058.40 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,969.00 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $5,398.50 | $40.80 |
| Eleventh | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 | $1,648.00 | $111.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Monthly [D.I. 1705] | | | | [D.I. 1737] | | |
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,315.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $5,071.00 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $8.40 | 1/25/20 [D.I. 2048] | $6,285.00 | $8.40 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $66.03 | 2/17/21 [D.I. 2104] | $8,633.00 | $66.03 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $10,215.00 | $112.80 |
| Seventeenth Monthly ][D.I. 2143] | 3/4/21 | $10,764.50 | $10.80 | 4/20/21 [D.I. 2276] | $10,764.00 | $10.80 |
| Eighteenth Monthly [D.I. 2144] | 3/4/21 | $6,272.50 | $33.60 | 4/20/21 [D.I. 2277] | $6,272.50 | $33.60 |
| Nineteenth Monthly [D.I. 2145] | 3/4/21 | $3,996.00 | $66.03 | 4/20/21 [D.I. 2278] | $3,996.00 | $66.03 |
| Twentieth Monthly [D.I. 2284] | 4/21/21 | $6,723.50 | $51.30 | 5/17/21 [D.I. 2339] | $6,723.50 | $51.30 |
| Twenty-First Monthly [D.I. 3222] | 12/1/21 | $4,457.00 | $68.74 | 12/28/21 [D.I. 3364] | $4,457.00 | $68.74 |
| Twenty-Second Monthly [D.I. 3223] | 12/1/21 | $8,118.50 | $8.40 | 12/28/21 [D.I. 3365] | $8,118.50 | $8.40 |
| Twenty-Third Monthly [D.I. 3224] | 12/1/21 | $6,319.50 | $0.00 | 12/28/21 [D.I. 3366] | $6,319.50 | $0.00 |
| Twenty-Fourth Monthly [D.I. 3225] | 12/1/21 | $6,280.50 | $8.40 | 12/28/21 [D.I. 3367] | $5,024.40 | $8.40 |
| Twenty Fifth Monthly [D.I. 3226] | 12/1/21 | $19,061.50 | $321.20 | 12/28/21 [D.I. 3368] | $15,249.20 | $321.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twenty-Seventh Monthly [D.I. 3227] | 12/1/21 | $10,940.50 | $0.00 | 12/28/21 [D.I. 3369] | $8,754.00 | $0.00 |
| Twenty-Seventh Monthly [D.I. 3407] | 1/5/22 | $19,666.00 | $78.08 | 2/7/22 [D.I. 3554] | $15,732.80 | $78.08 |
| Twenty-Eighth Monthly [D.I. 3458] | 1/13/22 | $8,940.50 | $9.36 | 2/3/22 [D.I. 3540] | $7,152.40 | $9.36 |
| Twenty-Ninth Monthly [D.I. 3590] | 2/15/22 | $12,676.50 | $23.46 | 3/9/22 [D.I. 3679] | $10,141.20 | $23.46 |
| Thirtieth Monthly [D.I. 3754] | 3/21/2022 | $5,603.00 | $86.76 | 4/12/22 [D.I. 3851] | $4,482.40 | $86.76 |
| Thirty First Monthly [D.I. 3967] | 5/16/2022 | $9,496.50 | $132.84 | 6/7/22 [D.I. 4015] | $7,597.20 | $132.84 |
| Thirty Second Monthly [D.I. 3968] | 5/16/2022 | $6,499.50 | $0.00 | 6/7/22 [D.I. 4016] | $5,199.60 | $0.00 |
| Thirty Third Monthly [D.I. 4060] | | $5,047.50 | $12.96 | 7/21/22 [D.I. 4105] | $4,038.00 | $12.96 |
| Thirty Fourth Monthly [D.I. 4106] | 7/21/22 | $5,345.00 | $21.32 | 8/12/22 [D.I. 4166] | $4,276.00 | $21.32 |
| Thirty Fifth Monthly [D.I. 4266] | 9/14/22 | $5,275.50 | $17.86 | 10/7/22 [D.I. 4325] | $4,220.40 | $17.86 |
| Thirty Sixth Monthly [D.I. 4267] | 9/14/22 | $10,192.00 | $12.96 | 10/7/22 [D.I. 4365] | $8,153.50 | $12.96 |
| | **TOTAL:** | **$377,410.90** | **$9,553.48** | | **$348,529.40** | **$9,553.48** |

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE* | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $820 | 1.1 | $902.00 |
| Seth A. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $625 | 8.4 | $5,250.00 |
| Robin I. Solomon | Paralegal since 1982; Joined Fox Rothschild in 1987 | $435 | 7.5 | $3,262.50 |
| **TOTALS** | | | **17.0** | **$9,414.50** |
| **Total Blended Rate** | | $553.79 | | |

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $12.96 |

*This rate is Fox Rothschild LLP's regular hourly rate for legal services.  All hourly rates are adjusted by Fox Rothschild LLP on a periodic basis (the last such adjustments, relevant to this Application, occurred on June 1, 2022).

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: November 16, 2022 at 4:00 p.m. ET** |

**THIRTY SEVENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**<u>FOR THE PERIOD SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022</u>**

Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), submits its Thirty Seventh Monthly Fee Application (the "<u>Application</u>"), pursuant to sections 330(a), and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and this Court's Order Establishing Procedures for Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

139124866.2

"Interim Compensation Order")[2] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Thirty Seventh monthly application period from September 1, 2022 through September 30, 2022 (the "Compensation Period") in the amount of $9,414.50 (the "Monthly Compensation Amount") and reimbursement of actual and necessary expenses in the amount of $12.96.  In support of this Application, Fox Rothschild respectfully represents:

## I.     Jurisdiction

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.     Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.     Background

3.     On July 31, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.     On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

---

[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

139124866.2

5.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective nunc pro tunc to July 17, 2019 (the "Retention Order") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

## III.    Summary of Application for the Compensation Period

6.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

7.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8.      Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as Exhibit A.

9.      Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy

Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $9,414.50.

10.     Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $7,531.60, is payable to Fox Rothschild upon the filing of a certification of no objection.

###     A.     Summary of Services Rendered by Fox Rothschild During the Compensation Period

11.     This Application is the Thirty Seventh monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12.     Attached as <u>Exhibit A</u> are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13.     During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $435 to $820 per hour. The professional services performed by Fox Rothschild on behalf of the Committee during the Compensation Period required an aggregate expenditure of 17.0 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $553.79.

14.     The fees charged by Fox Rothschild as set forth in <u>Exhibit A</u> are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

15.     All entries itemized in Fox Rothschild's time records comply with the requirements set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project

categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. Each project category in <u>Exhibit A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit A</u> are presented chronologically within each Task Code category.

16.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

### B.     Actual and Necessary Expenses of Fox Rothschild

18.     Pursuant to Local Rule 2016-2(e), attached as <u>Exhibit A</u> are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation Period.

19.     Fox Rothschild incurred $12.96 in expenses during the Compensation Period. These charges are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.     The Requested Compensation Should be Allowed

20.     The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

21.     Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the

value of such services, taking into account all relevant factors, including –

> (A) the time spent on such services;

> (B) the rates charged for such services;

> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the

compensation for professional services and reimbursement of expenses sought herein is warranted.

### D.    Reservation

25.    To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.    Notice

26.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102; (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

139124866.2

## V.  Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $9,414.50 and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $12.96; (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $7,531.60 (80% of $9,414.50 (fees), plus 100% of expenses in the amount of $12.96 upon the filing of a certification of no objection; and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: October 26, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

139124866.2

# Exhibit "A"



# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | 3047383 |
| Invoice Date | 10/07/22 |
| Client Number | 189087 |
| Matter Number | 00001 |

RE:   CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/22:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/01/22 | NIEDERMAN | AP | REVIEW OF ORDER GRANTING STIPULATION REGARDING EXTENSION OF BRIEFING DEADLINES IN BROADSTREET APPEAL | 0.2 | $125.00 |
| 09/01/22 | NIEDERMAN | FA2 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE THIRTY FOURTH AND THIRTY FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022 | 0.2 | $125.00 |
| 09/01/22 | SOLOMON | FA1 | REVISE AND FILE CNOS RE: FOX 9TH/10TH INTERIM FEE APPLICATIONS | 0.3 | $130.50 |
| 09/02/22 | CHOVANES | FA1 | REVIEW AND REVISE PRO FORMA TO SUBMIT AUGUST MONTHLY FEE APPLICATION | 0.4 | $328.00 |
| 09/02/22 | SOLOMON | FA1 | DRAFT FOX'S 35TH MONTHLY FEE APPLICATION (JULY) | 1.0 | $435.00 |
| 09/02/22 | SOLOMON | FA1 | DRAFT FOX'S 36TH MONTHLY FEE APPLICATION (AUGUST) | 1.0 | $435.00 |
| 09/02/22 | SOLOMON | FA2 | UPDATE AND FILE CNOS - SILLS 34TH AND 35TH FEE | 0.4 | $174.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | APPLICATIONS | | |
| 09/02/22 | SOLOMON | FA2 | EMAIL TO G. KOPACZ - TRANSMIT FILED SILLS CNOS | 0.2 | $87.00 |
| 09/02/22 | SOLOMON | FA2 | REVIEW DOCKET/EMAIL TO M. HAVERKAMP RE: BRG FEE APP AND CNO | 0.2 | $87.00 |
| 09/06/22 | CHOVANES | FA2 | EMAIL TO R SOLOMON RE CNO FOR BRG FEE APPLICATIONS | 0.1 | $82.00 |
| 09/06/22 | CHOVANES | FA2 | REVIEW CNO FOR BRG'S 6TH INTERIM AND 11TH MONTHLY FEE APP | 0.2 | $164.00 |
| 09/06/22 | NIEDERMAN | FA1 | WORK ON THIRTY FIFTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2022 THROUGH JULY 31, 2022 | 0.2 | $125.00 |
| 09/06/22 | NIEDERMAN | FA2 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE ELEVENTH MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JANUARY 1, 2022 THROUGH JUNE 30, 2022 | 0.2 | $125.00 |
| 09/06/22 | NIEDERMAN | FA2 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2021 THROUGH DECEMBER 31, 2021 | 0.2 | $125.00 |
| 09/06/22 | SOLOMON | FA2 | REVISE, PREPARE AND FILE BRG CNOS (11TH MONTHLY/7TH INTERIM) | 0.4 | $174.00 |

139124702.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/07/22 | NIEDERMAN | MR | ANALYSIS OF ORDER APPROVING STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIMS ASSERTED BY BOBBY G. JOHNSON, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVIDA M. CLARKE-JOHNSON AS WELL AS ORDER APPROVING STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIMS ASSERTED BY LILIANA E. RIVERA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JEZABELLE NGUYEN, AND JOHN THANH NGUYEN | 0.2 | $125.00 |
| 09/07/22 | SOLOMON | FA2 | UPDATE AND FILE BRG CNOS AND EMAIL FILED COPIES TO MEAGAN HAVERKAMP | 0.4 | $174.00 |
| 09/08/22 | NIEDERMAN | MR | REVIEW OF ORDER APPROVING STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIM ASSERTED BY L.J., A MINOR, BY AND THROUGH THE MINOR'S PARENTS, ALAIYA JONES AND HAKEEM FAIRLEY | 0.2 | $125.00 |
| 09/12/22 | NIEDERMAN | AP | WORK ON STIPULATION REGARDING SETTLEMENT AND DISMISSAL OF APPEAL | 0.3 | $187.50 |
| 09/12/22 | NIEDERMAN | AP | WORK ON CERTIFICATION OF COUNSEL REGARDING MOU IMPLEMENTATION DATE | 0.3 | $187.50 |
| 09/12/22 | NIEDERMAN | FA2 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE TENTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH | 0.2 | $125.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | DECEMBER 31, 2021 | | |
| 09/12/22 | NIEDERMAN | FA2 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE NINTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH DECEMBER 31, 2021 | 0.2 | $125.00 |
| 09/12/22 | SOLOMON | FA2 | DRAFT CNOS - SILLS 9TH/10TH INTERIM FEE APPLICATIONS | 0.3 | $130.50 |
| 09/13/22 | CHOVANES | FA1 | REVIEW OF 36TH MONTHLY FEE APPLICATION AND EMAIL TO R SOLOMON RE SAME | 0.2 | $164.00 |
| 09/13/22 | NIEDERMAN | AP | WORK ON CERTIFICATION OF COUNSEL REGARDING MOU IMPLEMENTATION DATE AND CONFER WITH CO-COUNSEL AND COUNSEL FOR DEBTORS RE SAME AND REVIEW OF CORRESPONDENCE REGARDING IMPLEMENTATION EFFORTS RE SAME | 0.4 | $250.00 |
| 09/13/22 | NIEDERMAN | CA | REVIEW OF ORDER SCHEDULING OMNIBUS HEARINGS | 0.2 | $125.00 |
| 09/13/22 | NIEDERMAN | FA2 | WORK ON OMNIBUS ORDER APPROVING THE NINTH AND TENTH INTERIM FEE APPLICATIONS OF SAUL EWING ARNSTEIN & LEHR LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, THE EIGHTH AND NINTH INTERIM FEE APPLICATIONS OF KLEHR HARRISON HARVEY BRANZBURG LLP AND THE SEVENTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC | 0.3 | $187.50 |
| 09/13/22 | SOLOMON | FA2 | PREPARE, FILE AND EMAIL SILLS CUMMIS CNOS (9TH/10TH INTERIM FEE APPLICATIONS) | 0.4 | $174.00 |

139124702.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/14/22 | NIEDERMAN | AP | NUMEROUS CORRESPONDENCE RE IMPLEMENTATION OF MOU | 0.3 | $187.50 |
| 09/14/22 | NIEDERMAN | AP | WORK ON MOU RELEASE NOTICE | 0.3 | $187.50 |
| 09/14/22 | NIEDERMAN | AP | WORK ON STIPULATION REGARDING SETTLEMENT AND DISMISSAL OF APPEAL | 0.3 | $187.50 |
| 09/14/22 | NIEDERMAN | CA | ANALYSIS OF MOTION TO EXTEND THE TIME PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS (TENTH MOTION) FILED BY CENTER CITY HEALTHCARE, LLC | 0.2 | $125.00 |
| 09/14/22 | NIEDERMAN | FA2 | WORK ON OMNIBUS FEE ORDER | 0.2 | $125.00 |
| 09/14/22 | SOLOMON | FA1 | REVISE, PREPARE AND FILE 35TH/36TH MONTHLY FEE APPLICATIONS OF FOX ROTHSCHILD, INCLUDING DRAFTING CERTIFICATES OF SERVICE | 1.1 | $478.50 |
| 09/15/22 | NIEDERMAN | AP | NUMEROUS CORRESPONDENCE WITH MOU PARTIES REGARDING RELEASE NOTICE | 0.4 | $250.00 |
| 09/15/22 | NIEDERMAN | AP | PARTICIPATE IN T/C WITH MOU PARTIES REGARDING MOU RELEASE NOTICE | 0.3 | $187.50 |
| 09/15/22 | NIEDERMAN | AP | ANALYZE REVISED MOU RELEASE NOTICE INCLUDING SIGNOR CERTIFICATIONS | 0.2 | $125.00 |
| 09/16/22 | NIEDERMAN | AP | WORK ON STIPULATION REGARDING SETTLEMENT AND DISMISSAL OF APPEAL | 0.3 | $187.50 |
| 09/19/22 | NIEDERMAN | AP | CONTINUED WORK ON STIPULATION REGARDING SETTLEMENT AND DISMISSAL OF APPEAL AND CORRESPONDENCE AMONG COUNSEL RE ASME | 0.4 | $250.00 |
| 09/20/22 | NIEDERMAN | AP | WORK ON STATUS WITH REVIEW OF ORDER GRANTING STIPULATED SETTLEMENT ALONG WITH CASE CLOSURE NOTICE | 0.3 | $187.50 |
| 09/20/22 | NIEDERMAN | CA | ANALYSIS OF NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY CENTER CITY | 0.2 | $125.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | HEALTHCARE, LLC, HPS OF PA, L.L.C., PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC, SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C., SCHC PEDIATRIC ASSOCIATES, L.L.C., ST. CHRISTOPHER'S HEALTHCARE, LLC, ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C., ST CHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C., TPS II OF PA, LLC, TPS III OF PA, LLC, TPS IV OF PA, LLC, TPS V OF PA, LLC, TPS OF PA, L.L.C.. HEARING SCHEDULED FOR 9/22/2022 | | |
| 09/20/22 | NIEDERMAN | CA | REVIEW OF UPDATE FROM COUNSEL FOR DEBTORS CONCERNING H 9/22 HEARING AND CHAMBERS DIRECTION WHETHER TO GO FORWARD | 0.2 | $125.00 |
| 09/20/22 | NIEDERMAN | CA | REVIEW AMENDED AGENDA CANCELLING 9/22 HEARING | 0.1 | $62.50 |
| 09/20/22 | SOLOMON | FA1 | REVIEW ENTERED OMNIBUS FEE ORDER | 0.2 | $87.00 |
| 09/21/22 | NIEDERMAN | BO | REVIEW OF CHAPTER 11 MONTHLY OPERATING REPORTS | 0.3 | $187.50 |
| 09/21/22 | NIEDERMAN | PC | ANALYZE TENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1. | 0.3 | $187.50 |
| 09/21/22 | NIEDERMAN | PC | ANALYZE ELEVENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1. | 0.3 | $187.50 |
| 09/21/22 | NIEDERMAN | PC | REVIEW OF MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL THE UNREDACTED VERSIONS OF (A) THE DEBTORS' TENTH OMNIBUS | 0.2 | $125.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 AND (B) DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | | |
| 09/22/22 | SOLOMON | FA1 | PREPARE CHART OF OUTSTANDING FEES AND COSTS THROUGH PENDENCY OF CASE FOR M. SWEET, M. MENKOWITZ | 1.1 | $478.50 |
| 09/27/22 | NIEDERMAN | AP | ANALYSIS OF FOURTH INTERIM REPORT WITH RESPECT TO THE STATUS OF AVOIDANCE ADVERSARY PROCEEDINGS PURSUANT TO ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY DEBTORS PURSUANT TO SECTIONS 502, 547, 548 AND 550 OF THE BANKRUPTCY CODE FILED BY CENTER CITY HEALTHCARE, LLC, SCHC PEDIATRIC ASSOCIATES, L.L.C., ST. CHRISTOPHER'S HEALTHCARE, LLC, TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C., TPS V OF PA, L.L.C.. | 0.2 | $125.00 |
| 09/28/22 | CHOVANES | FA1 | REVIEW AMOUNTS PAID UNDER THE APPROVED INTERIM FEE APPS | 0.2 | $164.00 |
| 09/28/22 | SOLOMON | FA1 | TELEPHONE FROM M. CHOVANES RE: PAYMENT OF FEES AND REVIEW/REVISE CHART OF UNCOLLECTED FEES AND COSTS | 0.5 | $217.50 |
| 09/30/22 | NIEDERMAN | CA | REVIEW OF ORDER FURTHER EXTENDING THE TIME PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS | 0.1 | $62.50 |
| | | | **TOTAL** | **17.0** | **$9,414.50** |

139124702.1

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|------|-------------|-------|-------|
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 4.2 | $2,625.00 |
| BO | BUSINESS OPERATIONS | 0.3 | $187.50 |
| CA | CASE ADMINISTRATION | 1.0 | $625.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 6.2 | $3,043.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 4.1 | $2,184.00 |
| MR | STAY RELIEF MATTERS | 0.4 | $250.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.8 | $500.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| M. B. CHOVANES | PARTNER | 1.1 | $820.00 | $902.00 |
| S. A. NIEDERMAN | PARTNER | 8.4 | $625.00 | $5,250.00 |
| R. I. SOLOMON | PARALEGAL | 7.5 | $435.00 | $3,262.50 |
| | TOTAL | 17.0 | | $9,414.50 |

TOTAL PROFESSIONAL SERVICES        $9,414.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|--------|
| POSTAGE CHARGES | $12.96 |

TOTAL EXPENSES        $12.96

TOTAL AMOUNT OF THIS INVOICE        $9,427.46

139124702.1