```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE

                                 .    Chapter 11
    IN RE:                       .
                                 .    Case No. 19-11466(MFW)
    CENTER CITY HEALTHCARE,      .
    LLC, d/b/a HAHNEMANN         .
    UNIVERSITY HOSPITAL, et al,  .
                                 .    824 Market Street
                                 .    Wilmington, Delaware 19801
                       Debtors.  .
    . . . . . . . . . . . . . . .    Tuesday, October 25, 2022
    CENTER CITY HEALTHCARE,      .
    LLC, d/b/a HAHNEMANN         .    Adv. Proc. 22-50263(MFW)
    UNIVERSITY HOSPITAL, et al,  .
                                 .
                    Plaintiffs,  .
             vs.                 .
                                 .
    HURON CONSULTING SERVICES,   .
    LLC,                         .
                    Defendant,   .
                                 .
    HURON CONSULTING SERVICES,   .
    LLC,                         .
         Third-Party Plaintiff,  .
                                 .
             vs.                 .
                                 .
    PALADIN HEALTHCARE CAPITAL,  .
    LLC,                         .
         Third-Party Defendant.  .
    . . . . . . . . . . . . . . .

                      TRANSCRIPT OF VIDEO HEARING RE:
              DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS
                 BEFORE THE HONORABLE MARY F. WALRATH
                      UNITED STATES BANKRUPTCY JUDGE


    Audio Operator:            Electronically Recorded
                               by Donna Capell, ECRO

    Transcription Company:     Reliable
                               1007 N. Orange Street
                               Wilmington, Delaware 19801
                               (302)654-8080
                               Email:  gmatthews@reliable-co.com

    Proceedings recorded by electronic sound recording,
    transcript produced by transcription service.
```

APPEARANCES VIA ZOOM:

| | |
|---|---|
| For the Debtors: | Mark Minuti, Esq.<br>Monique B. DiSabatino, Esq.<br>SAUL, EWING, ARNSTEIN & LEHR, LLP |
| For the U.S. Trustee: | Benjamin Hackman, Esq.<br>OFFICE OF THE U.S. TRUSTEE |
| For the Official Committee of Unsecured Creditors: | Seth Niederman, Esq.<br>FOX ROTHSCHILD, LLP |
| For the Master Landlords: | Stuart Brown, Esq.<br>DLA PIPER, LLP (U.S.) |
| For Tenant Business Services Corporation and Conifer Revenue Cycle Solutions, LLC: | Laura Davis Jones, Esq.<br>Timothy Cairns, Esq.<br>PACHULSKI, STANG, ZIEHL<br> & JONES, LLP |
| Also Appearing: | Allen Wilen<br>AMERICAN ACADEMIC<br><br>Austin Viny<br>VON WIN CAPITAL |

INDEX

Page

PRESENTMENT BY MS. DISABATINO                       4

COURT DECISION                                      7

INDEX

1    (Proceedings commence at 11:30 a.m.)

2    THE COURT: All right. Good morning. This is
3 Judge Walrath. We're here in the Center City matter.

4    And I will turn it over to Ms. DiSabatino to get us
5 started. I think there's only one matter left.

6    MS. DISABATINO: That's correct, Your Honor. Thank
7 you. Monique DiSabatino from Saul, Ewing, Arnstein & Lehr on
8 behalf of the debtors.

9    Your Honor, I do expect to be joined shortly by
10 Alan Wilen, the debtors' Chief Restructuring Officer, who was
11 the declarant. He is joining. I believe, at this time, he
12 had some issues with Zoom, so we might see him pop up.

13    But as Your Honor indicated, there is only one
14 matter going forward on today's agenda, which is our tenth
15 omnibus objection to claims, it's Agenda Item Number 4.

16    This was a non-substantive objection, by which we
17 are seeking to disallow certain late-filed claims, duplicate
18 claims, amended claims, and insufficient documentation
19 claims.

20    We filed the objection on September 21st, 2022. It
21 was filed under seal at Docket Number 4296, and the proposed
22 redacted version was filed at Docket Number 4299. The Court
23 entered an order permitting us to file the objection under
24 seal on October 11th, 2022, and that's located at Docket
25 Number 4330.

1           The objection deadline for the claim objection was
2  October 5th at four o'clock p.m., and no responses were
3  received by that date; and, therefore, on October 11th, Your
4  Honor, the debtors filed a certificate of no objection with
5  respect to the objection, which is located under seal at
6  Docket Number 4331, and then the proposed redacted version
7  was at 4332.
8           As noted, Your Honor, the objection is supported by
9  Allen Wilen, the debtors' Chief Restructuring Officer, who I
10 hope, Your Honor, will be joining momentarily.
11          We can turn to making a brief presentation in
12 support of the objection; or, if Your Honor would prefer to
13 go directly to any questions, we can proceed however the
14 Court would like.
15          THE COURT:  Well, I can -- I only had a few minor
16 issues.
17          MS. DISABATINO:  Okay.
18          THE COURT:  And maybe you can address one or two.
19 The first --
20          MS. DISABATINO:  Sure.
21          THE COURT:  -- on Exhibit A --
22          MS. DISABATINO:  Uh-huh.
23          THE COURT:  -- Claimant Collins is a *pro se*
24 claimant and the proof of claim was only one day late.  So
25 I'm wondering if you'll just allow that to be filed under

1   excusable neglect.

2           MS. DISABATINO:  Your Honor, we can do that.  We've

3   sort of, in some instances, felt like, you know, there was a

4   bar date order and it had the date.  But with your blessing,

5   Your Honor, we will take that out.

6           THE COURT:  Okay.  And then, on Exhibit D, Ms.

7   Jones.

8           MS. DISABATINO:  Yes.

9           THE COURT:  The proof of claim says that the

10  documents are available on request.  I wasn't clear whether

11  or not you or Mr. Wilen had reached out to --

12          MS. DISABATINO:  Yes, Your Honor, we did reach out.

13  They were represented by counsel.  That same law firm

14  represented a number of personal injury claimants that had a

15  similar statement attached to the claims.  We did reach out

16  for documentation, never got more than a shore statement.

17  When we requested more, they didn't have it.

18          They ultimately told us they declined the

19  representation and gave us Ms. Jones' direct contact

20  information.  We did reach out to her on several occasions to

21  follow up to confirm whether or not she was actually going to

22  pursue the claim and never heard anything further.  And so

23  that's why we've ultimately included it in this objection.

24          THE COURT:  All right.  Well, I'll accept that

25  representation.  It seemed like that's what you were

1  suggesting in the declaration and objection.

2  　　　　　　MS. DISABATINO:  Thank you, Your Honor.

3  　　　　　　THE COURT:  All right.  And those were my only --

4  well, one, I had a question about Gardener, but it looks like

5  she doesn't have a claim; it looks like she owes the debtors,

6  so --

7  　　　　　　MS. DISABATINO:  Yes, Your Honor.

8  　　　　　　THE COURT:  -- just at matter --

9  　　　　　　MS. DISABATINO:  Your Honor --

10 　　　　　　THE COURT:  -- of confusion.

11 　　　　　　MS. DISABATINO:  -- and we did reach out to her, as

12 well, because it seemed like she was also perhaps confused by

13 the form.  But she instructed us that she was not confused by

14 the form and thanked us for our.

15 　　　　　　THE COURT:  Okay.

16 　　　　　　MS. DISABATINO:  So we don't believe there is a

17 claim there.

18 　　　　　　THE COURT:  All right.  Well, I will leave it on

19 the exhibit and disallow it.

20 　　　　　　But if you make that one change on Exhibit A,

21 delete the Collins claim, I'll enter the order otherwise.

22 Those were my only questions.

23 　　　　　　MS. DISABATINO:  Great.  Thank you very much, Your

24 Honor.

25 　　　　　　THE COURT:  All right.  And thank you.  And I see

1  Mr. Wilen is here for the end of everything.  You can explain
2  it to him.
3           MS. DISABATINO:  I will.
4           MR. WILEN:  Good morning.
5           MS. DISABATINO:  Thank you, Your Honor.
6           MR. WILEN:  Thank you very much.  Sorry about that,
7  Your Honor.
8           THE COURT:  That's okay.  We've all been there,
9  done that.
10          All right.  We can stand adjourned then.
11          MS. DISABATINO:  Thank you, Your Honor.
12          THE COURT:  Thank you.
13          MS. DISABATINO:  Have a good morning.  Bye-bye.
14      (Proceedings concluded at 11:35 a.m.)
15                           *****

1                         CERTIFICATION

2          I certify that the foregoing is a correct

3     transcript from the electronic sound recording of the

4     proceedings in the above-entitled matter to the best of my

5     knowledge and ability.

6

7

8

9

10     _____      October 26, 2022

11     Coleen Rand, AAERT Cert. No. 341

12     Certified Court Transcriptionist

13     For Reliable

14