# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC and SCHC PEDIATRIC ASSOCIATES, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MEDLINE INDUSTRIES, INC.,<br><br>　　　　Defendant. | <br><br><br><br><br><br><br><br><br><br>Adv. Proc. No. 21-50920 (MFW) |

## NOTICE OF AGENDA FOR CONFERENCE CALL SCHEDULED FOR NOVEMBER 4, 2022 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>

**THIS CALL WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.  COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS CALL:**

**https://debuscourts.zoomgov.com/meeting/register/vJItc-usrz4vGtk3caZo1fDTKSK-2tGWE7U**

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in information for the call.**

**ALL PARTIES MUST REGISTER NO LATER THAN 11:00 A.M. (ET) ON NOVEMBER 4, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

40705360.1 11/02/2022

**MATTER GOING FORWARD:**

1. Plaintiffs' Letter to the Honorable Mary F. Walrath Regarding Discovery Dispute [Adversary No. 41; filed: 10/17/22]

    Responses Received:

    A. Defendant's Letter to the Honorable Mary F. Walrath in Response to Plaintiff's October 17, 2022 Discovery Dispute Letter [Adversary No. 42; filed: 10/18/22]

    Status: The matter is going forward.

Dated: November 2, 2022               **SAUL EWING ARNSTEIN & LEHR LLP**

                         By:    */s/ John D. Demmy*
                                Mark Minuti (DE Bar No. 2659)
                                John D. Demmy (DE Bar No. 2802)
                                Monique B. DiSabatino (DE Bar No. 6027)
                                1201 N. Market Street, Suite 2300
                                P.O. Box 1266
                                Wilmington, DE  19899
                                Telephone: (302) 421-6800
                                Fax: (302) 421-6813
                                mark.minuti@saul.com
                                john.demmy@saul.com
                                monique.disabatino@saul.com

                                           -and-

                                Jeffrey C. Hampton
                                Adam H. Isenberg
                                Centre Square West
                                1500 Market Street, 38th Floor
                                Philadelphia, PA 19102
                                Telephone: (215) 972-7777
                                Fax: (215) 972-7725
                                jeffrey.hampton@saul.com
                                adam.isenberg@saul.com

                                *Counsel for Plaintiffs*