# EXHIBIT A

**SUMMARY OF BLENDED RATE**

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 10 | $604.00 | $737.01 |
| Junior Partners | 2 | $494.00 | $497.04 |
| Counsel | 0 | $509.00 | $0.00 |
| Senior Associates | 2 | $363.00 | $376.41 |
| Junior Associates | 2 | $287.00 | $285.00 |
| Paralegal | 2 | $233.00 | $322.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 | $257.00 | $257.72 |
| **Aggregated:** | | **$480.00** | **$559.59** |