# EXHIBIT D

**EXPENSE SUMMARY**

**Expense Summary**

**For the Period from September 1, 2022 through September 30, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (3,818 pages @ $.10 per page) |  | $381.80 |
| Cab / Car Service | *See attached chart* | $31.55 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $22.30 |
| Document Fee | Delaware Secretary of State | $5,462.00 |
| E-discovery Processing /Usage | Epiq Relativity | $8,379.80 |
| Hotel | *See attached chart* | $461.35 |
| Legal Research | Westlaw | $555.66 |
| Overnight Delivery | Federal Express | $352.72 |
| Train | *See attached chart* | $250.00 |
| Transcript | Reliable Copy Service – DE | $254.10 |
| **Total** |  | **$16,151.28** |

2

| \ | TRAVEL DETAIL | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 9/13/22 | Uber | (1) Adam H. Isenberg | Uber from 30th Street Station to Elkin Parks, PA after MOU closing in New York | $31.55 |
| 9/12/22 | Amtrak | (1) Adam Isenberg | Train from Philadelphia to New York for MOU closing | $100.00 |
| 9/13/22 | Amtrak | (1) Adam Isenberg | Train from New York to Philadelphia after attending MOU closing | $150.00 |
| 9/12/22 | NY Hilton Midtown | (1) Adam Isenberg | Hotel for MOU closing in New York | $461.35 |
| | | **TOTAL** | | **$742.90** |

2



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2726461 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 10/28/22 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 09/26/22 | Epiq Relativity eDiscovery Costs | | 8,379.80 |
| | Total   Epiq Relativity eDiscovery Costs | | 8,379.80 |
| 09/07/22 | Photocopying | 0.20 | |
| 09/28/22 | Photocopying | 381.60 | |
| | Total Photocopying | | 381.80 |
| 09/19/22 | Taxi/Car Service; VENDOR: Uber; 9/13/2022 - Uber for Adam Isenberg from 30th Street Station to Elkins Park, PA (travel from NY re: attend MOU closing) | 31.55 | |
| | Total Taxi/Cab Service | | 31.55 |
| 09/21/22 | Filing Fees; VENDOR: Delaware Secretary of State; 09/15/22; Philadelphia Academic Health System, LLC UCC3 Termination- Paladin Healthcare Capital, LLC 9 Filings UCC3 Termination- Front Street Healthcare Properties, LLC 3 Filings UCC3 Termination- HSREP VI Holdings, LLC UCC3 Amendment- Philadelphia Academic Health System, LLC 3 Filings | 5,462.00 | |
| | Total Filing Fees | | 5,462.00 |
| 09/13/22 | Federal Express 09/07/2022 To: TJ Li From: Jeffrey Hampton | 44.25 | |
| 09/13/22 | Federal Express 09/08/2022 To: Paul Deutch From: Adam Isenberg | 68.92 | |
| 09/13/22 | Federal Express 09/08/2022 To: Paul Deutch From: Office Services | 71.41 | |
| 09/13/22 | Federal Express 09/07/2022 To: Allen Wilen From: Adam Isenberg Bank | 168.14 | |
| | Total Federal Express | | 352.72 |
| 09/19/22 | Hotel Lodging; VENDOR: NY Hilton Midtown; 9/12/2022 – Hotel for Adam Isenberg to attend MOU closing) | 461.35 | |
| | Total Hotel | | 461.35 |
| 09/19/22 | Other Rail Travel Train; VENDOR: Amtrak; 9/12/2022 - Amtrak for Adam Isenberg from Philadelphia to New York to attend MOU closing | 100.00 | |
| 09/19/22 | Other Rail Travel Train; VENDOR: Amtrak; 9/13/2022 - Amtrak for Adam Isenberg from New York to Philadelphia to attend MOU closing | 150.00 | |
| | Total Other Rail Travel | | 250.00 |
| 09/27/22 | Transcript; VENDOR: Reliable Copy Service - DE; August 29, 2022 Hearing Transcript | 254.10 | |
| | Total Transcript | | 254.10 |

| | | |
|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number  2726461 |
| 00002 | Expenses | Page 2 |
| 10/28/22 | | |

| | | | |
|---|---|---|---|
| 09/20/22 | Doc. Retrieval/Case Monitoring; VENDOR: Pacer Service Center; 07/07/22; Access to Federal Court dockets and downloading pleadings | 22.30 | |
| | Total Doc. Retrieval/Case Monitoring | | 22.30 |
| 09/30/22 | Westlaw Legal Research | 555.66 | |
| | Total Westlaw Legal Research | | 555.66 |
| | CURRENT EXPENSES | | 16,151.28 |

**TOTAL AMOUNT OF THIS INVOICE**                                                                   16,151.28