# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 5, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTY NINTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | September 1, 2022 – September 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $21,040.00 (80% of $26,300.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $526.26 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 2.10 | $1,942.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 38.60 | $31,845.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 0.20 | $130.00 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 2.50 | $737.50 |
| **Total Fees at Standard Rates** | | | **43.40** | **$34,655.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **43.40** | **$26,300.00** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

139942104.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Disposition (102) | 1.70 | $1,402.50 |
| Case Administration (104) | 28.60 | $22,904.00 |
| Claims Administration and Objections (105) | 5.30 | $4,372.50 |
| Fee/Employment Applications (107) | 1.00 | $366.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 0.30 | $247.50 |
| Plan and Disclosure Statement (113) | 3.20 | $2,640.00 |
| Relief from Stay Proceedings (114) | 3.30 | $2,722.50 |
| **Total Fees at Standard Rate** | **43.40** | **$34,655.00** |
| **Total Fees at $625 Blended Rate[1]** | **43.40** | **$26,300.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Litigation Support Vendor | $526.26 |
| **TOTAL** | **$526.26** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

139942104.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 5, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTY NINTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Thirty Ninth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From September 1, 2022 Through September 30, 2022* (the "Application"), seeking allowance of $21,040.00 (80% of $26,300.00) in fees and $526.26 in expenses, for a total of $21,566.26.

### Background

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of

4

139942104.1

Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

**Compensation Paid and Its Source**

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

**Fee Statements**

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

**Actual and Necessary Expenses**

6. Detailed information regarding Sills' expenses is included in **Exhibit A**.

**Summary of Services by Project**

A. Asset Disposition

Fees: $1,402.50;    Total Hours: 1.70

This category includes time spent addressing sale process and broker selection matters.

B.  Case Administration

Fees: $22,904.00;    Total Hours: 28.60

This category includes time spent: (a) addressing global settlement transaction closing matters; (b) analyzing pleadings, motions and other court documents and updating the "critical dates" case calendar; (c) responding to creditor queries; and (d) addressing memorandum of understanding implementation matters.

C.  Claims Administration and Objections

Fees: $4,372.50;    Total Hours: 5.30

This category includes time spent analyzing: (a) claims and government assessments, (b) omnibus claims objections, and (c) proposed claim settlements.

D.  Fee/Employment Applications

Fees: $366.00;    Total Hours: 1.0

This category includes time spent in connection with the preparation of CNOs and proposed orders approving Sills' 9th and 10th interim fee applications.

E.  Litigation (Other than Avoidance Action Litigation)

Fees: $247.50;    Total Hours: 0.30

This category includes time spent preparing a stipulation extending briefing deadlines.

F.  Plan and Disclosure Statement

Fees: $2,640.00;    Total Hours: 3.20

This category includes time spent analyzing plan of liquidation and winddown issues.

G.  Relief from Stay Proceedings

Fees: $2,722.50;    Total Hours: 3.30

This category includes time spent analyzing stay relief motions and resolutions of same.

## Conclusion

7.      Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $21,040.00 (80% of $26,300.00) as compensation, *plus* $526.26 for reimbursement of actual and necessary expenses, for a total of $21,566.26, and that such amount be authorized for payment.

Dated: November 14, 2022  
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman  
Seth A. Niederman (DE Bar No. 4588)  
**FOX ROTHSCHILD LLP**  
919 North Market Street, Suite 300  
Wilmington, DE 19899  
Telephone: 302-654-7444  
Facsimile: 302-295-2013  
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)  
Boris I. Mankovetskiy (*pro hac vice*)  
**SILLS CUMMIS & GROSS P.C.**  
One Riverfront Plaza  
Newark, NJ 07102  
Telephone: 973-643-7000  
Facsimile: 973-643-6500  
Email: asherman@sillscummis.com  
        bmankovetskiy@sillscummis.com

*Counsel for the Official Committee of Unsecured Creditors*

## **VERIFICATION**

STATE OF NEW JERSEY    )
                                             ) SS:
COUNTY OF ESSEX          )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

139942104.1

# Exhibit "A"

## Sills Cummis & Gross
A Professional Corporation

The Legal Center  
One Riverfront Plaza  
Newark, NJ 07102-5400  
(973) 643-7000

Official Committee of Unsecured Creditors of Center City  
Healthcare LLC d/b/a Hahnemann University Hospital  
c/o Conifer Health Solutions, Committee Chair  
3560 Dallas Parkway  
Frisco, TX  75034

October 27, 2022  
Client/Matter No. 08650118.000001  
Invoice: 2029507  
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through September 30, 2022

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | | |
| 09/23/22 | BM | 102 | | Attend to issues regarding real estate sale process. | 0.80 | $660.00 |
| 09/28/22 | BM | 102 | | Attend to issues regarding broker selection and real estate sale process. | 0.90 | $742.50 |
| | | **TASK TOTAL 102** | | | **1.70** | **$1,402.50** |
| **104 – CASE ADMINISTRATION** | | | | | | |
| 09/02/22 | BM | 104 | | Attend to issues regarding closing of the global settlement transactions. | 1.40 | $1,155.00 |
| 09/05/22 | BM | 104 | | Attend to issues regarding closing of the global settlement transactions. | 2.10 | $1,732.50 |
| 09/06/22 | DD | 104 | | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.40 | $118.00 |
| 09/08/22 | BM | 104 | | Analysis of issues regarding closing of global settlement transactions. | 1.90 | $1,567.50 |

Sills Cummis & Gross P.C.

| Creditors' Committee | | | | | | |
|---|---|---|---|---|---|---|

October 27, 2022
Client/Matter No. 08650118.000001
Invoice: 2029507
Page 2

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/09/22 | BM | 104 | Attend to issues regarding closing of global settlement transactions. | 2.40 | $1,980.00 |
| 09/12/22 | BM | 104 | Attend to issues regarding MOU closing. | 2.60 | $2,145.00 |
| 09/12/22 | AHS | 104 | Emails and calls re: MOU implementation. | 0.30 | $277.50 |
| 09/12/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.40 | $118.00 |
| 09/13/22 | BM | 104 | Attend to issues regarding MOU implementation. | 3.30 | $2,722.50 |
| 09/13/22 | AHS | 104 | Attend MOU implementation call with parties. | 1.00 | $925.00 |
| 09/13/22 | AHS | 104 | Emails and calls re: MOU implementation. | 0.40 | $370.00 |
| 09/14/22 | BM | 104 | Attend to stipulation dismissing MBNF stay order appeal. | 0.30 | $247.50 |
| 09/14/22 | BM | 104 | Analysis regarding MOU release notice. | 0.30 | $247.50 |
| 09/15/22 | BM | 104 | Attend to issues arising from MOU closing. | 1.20 | $990.00 |
| 09/15/22 | AHS | 104 | Address MOU implementation issues. | 0.40 | $370.00 |
| 09/16/22 | BM | 104 | Attend to issues in connection with MOU implementation. | 1.30 | $1,072.50 |
| 09/19/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.40 | $1,155.00 |
| 09/19/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.60 | $177.00 |
| 09/20/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.20 | $990.00 |

Sills Cummis & Gross P.C.

Creditors' Committee  
October 27, 2022  
Client/Matter No. 08650118.000001  
Invoice: 2029507  
Page 3

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 09/22/22 | BM | 104 |  | Attend to issues regarding MOU implementation. | 1.20 | $990.00 |
| 09/26/22 | DD | 104 |  | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.30 | $88.50 |
| 09/27/22 | BM | 104 |  | Respond to creditors' inquiries regarding case status. | 0.40 | $330.00 |
| 09/28/22 | BM | 104 |  | Attend to issues regarding MOU implementation. | 1.10 | $907.50 |
| 09/29/22 | BM | 104 |  | Attend to issues regarding MOU implementation. | 1.20 | $990.00 |
| 09/30/22 | BM | 104 |  | Attend to issues regarding broker selection and real estate sale process. | 0.90 | $742.50 |
| 09/30/22 | BM | 104 |  | Respond to creditor inquiries regarding case status. | 0.60 | $495.00 |
|  |  | **TASK TOTAL 104** |  |  | **28.60** | **$22,904.00** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 09/16/22 | BM | 105 |  | Analysis regarding PA assessment claims issues. | 1.10 | $907.50 |
| 09/20/22 | BM | 105 |  | Analysis regarding proposed stipulations resolving claims objections. | 0.80 | $660.00 |
| 09/21/22 | BM | 105 |  | Analysis regarding tenth omnibus objection to claims. | 0.60 | $495.00 |
| 09/22/22 | BM | 105 |  | Analysis regarding proposed resolutions of claims objections. | 0.90 | $742.50 |
| 09/29/22 | BM | 105 |  | Analysis regarding proposed resolutions of claims objections. | 1.10 | $907.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 27, 2022
Client/Matter No. 08650118.000001
Invoice: 2029507
Page 4

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/30/22 | BM | 105 | Analysis regarding PA assessments issues. | 0.80 | $660.00 |
| | | | **TASK TOTAL 105** | **5.30** | **$4,372.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/12/22 | GAK | 107 | Attention to fee application issues. | 0.10 | $65.00 |
| 09/13/22 | DD | 107 | Review docket and 9th and 10th interim fee applications and confirm amounts regarding proposed order for same and advise team of amounts. | 0.30 | $88.50 |
| 09/13/22 | DD | 107 | Draft CNO regarding June 2022 fee statement and circulate same for review. | 0.50 | $147.50 |
| 09/21/22 | GAK | 107 | Attention to order approving interim fee applications. | 0.10 | $65.00 |
| | | | **TASK TOTAL 107** | **1.00** | **$366.00** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/01/22 | BM | 110 | Attend to stipulation extending appellate briefing deadlines. | 0.30 | $247.50 |
| | | | **TASK TOTAL 110** | **0.30** | **$247.50** |

**113 – PLAN AND DISCLOSURE STATEMENT**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/16/22 | BM | 113 | Analysis regarding plan of liquidation. | 0.90 | $742.50 |
| 09/22/22 | BM | 113 | Analysis regarding amended plan of liquidation. | 1.10 | $907.50 |
| 09/27/22 | BM | 113 | Analysis regarding winddown of estates and plan issues. | 1.20 | $990.00 |
| | | | **TASK TOTAL 113** | **3.20** | **$2,640.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

October 27, 2022
Client/Matter No. 08650118.000001
Invoice: 2029507
Page 5

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | | |
| 09/07/22 | BM | 114 | | Attend to issues regarding pending requests for limited stay relief to pursue actions. | 0.90 | $742.50 |
| 09/21/22 | BM | 114 | | Analysis regarding pending stay relief motions. | 0.80 | $660.00 |
| 09/23/22 | BM | 114 | | Attend to issues regarding resolution of pending stay relief requests. | 0.80 | $660.00 |
| 09/29/22 | BM | 114 | | Analysis regarding proposed resolutions of stay relief requests. | 0.80 | $660.00 |
| | | | | **TASK TOTAL 114** | **3.30** | **$2,722.50** |
| | | | | **TOTAL FEES at Standard Rates** | **43.40** | **$34,655.00** |
| | | | | **Attorney Fees at Blended Rate of $625** | **40.90** | **$25,562.50** |
| | | | | **Paralegal Fees at Standard Rate** | **2.50** | **737.50** |
| | | | | **TOTAL FEES at Blended Rate** | **43.40** | **$26,300.00** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| | 102 | Asset Disposition | 1.70 | $1,402.50 |
| | 104 | Case Administration | 28.60 | $22,904.00 |
| | 105 | Claims Administration and Objections | 5.30 | $4,372.50 |
| | 107 | Fee/Employment Applications | 1.00 | $366.00 |
| | 110 | Litigation (Other than Avoidance Action Litigation | 0.30 | $247.50 |
| | 113 | Plan and Disclosure Statement | 3.20 | $2,640.00 |
| | 114 | Relief from Stay Proceedings | 3.30 | $2,722.50 |
| | | TOTAL FEES at Standard Rates | 43.40 | $34,655.00 |
| | | Attorney Fees at Blended Rate of $625 | 40.90 | $25,562.50 |
| | | Paralegal Fees at Standard Rate | 2.50 | 737.50 |
| | | TOTAL FEES at Blended Rate | 43.40 | $26,300.00 |

Sills Cummis & Gross P.C.

Creditors' Committee                                                October 27, 2022
                                                    Client/Matter No. 08650118.000001
                                                                    Invoice: 2029507
                                                                             Page 6

|                        |        |   |          |   |             |
|------------------------|-------:|---|---------:|---|------------:|
| Andrew H. Sherman      | 2.10   | x | $925.00  | = | $1,942.50   |
| Boris Mankovetskiy     | 38.60  | x | $825.00  | = | $31,845.00  |
| Gregory A. Kopacz      | 0.20   | x | $650.00  | = | $130.00     |
| Danielle Delehanty     | 2.50   | x | $295.00  | = | $737.50     |

**DISBURSEMENT DETAIL**

| 09/18/22 | 271 | Litigation Support Vendor (UnitedLex Inv. #075927 – near line storage) | $526.26 |
|---|---|---|---:|
|   |   | **TOTAL DISBURSEMENTS** | **$526.26** |

|  INVOICE SUMMARY  ||
|---|---:|
| Total Fees | $26,300.00 |
| Total Disbursements | $526.26 |
| **TOTAL THIS INVOICE** | **$26,826.26** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$34,655.00**) and fees at *Blended Rate* of $595 (**$26,300.00**)** apply.

**includes paralegal fees at standard rates, if applicable