## Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions, Committee Chair 3560 Dallas Parkway Frisco, TX 75034 | October 27, 2022 Client/Matter No. 08650118.000001 Invoice: 2029507 Billing Attorney: AHS Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through September 30, 2022

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | | |
| 09/23/22 | BM | 102 | | Attend to issues regarding real estate sale process. | 0.80 | $660.00 |
| 09/28/22 | BM | 102 | | Attend to issues regarding broker selection and real estate sale process. | 0.90 | $742.50 |
| | | **TASK TOTAL 102** | | | **1.70** | **$1,402.50** |
| **104 – CASE ADMINISTRATION** | | | | | | |
| 09/02/22 | BM | 104 | | Attend to issues regarding closing of the global settlement transactions. | 1.40 | $1,155.00 |
| 09/05/22 | BM | 104 | | Attend to issues regarding closing of the global settlement transactions. | 2.10 | $1,732.50 |
| 09/06/22 | DD | 104 | | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.40 | $118.00 |
| 09/08/22 | BM | 104 | | Analysis of issues regarding closing of global settlement transactions. | 1.90 | $1,567.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 27, 2022
Client/Matter No. 08650118.000001
Invoice: 2029507
Page 2

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/09/22 | BM | 104 | Attend to issues regarding closing of global settlement transactions. | 2.40 | $1,980.00 |
| 09/12/22 | BM | 104 | Attend to issues regarding MOU closing. | 2.60 | $2,145.00 |
| 09/12/22 | AHS | 104 | Emails and calls re: MOU implementation. | 0.30 | $277.50 |
| 09/12/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.40 | $118.00 |
| 09/13/22 | BM | 104 | Attend to issues regarding MOU implementation. | 3.30 | $2,722.50 |
| 09/13/22 | AHS | 104 | Attend MOU implementation call with parties. | 1.00 | $925.00 |
| 09/13/22 | AHS | 104 | Emails and calls re: MOU implementation. | 0.40 | $370.00 |
| 09/14/22 | BM | 104 | Attend to stipulation dismissing MBNF stay order appeal. | 0.30 | $247.50 |
| 09/14/22 | BM | 104 | Analysis regarding MOU release notice. | 0.30 | $247.50 |
| 09/15/22 | BM | 104 | Attend to issues arising from MOU closing. | 1.20 | $990.00 |
| 09/15/22 | AHS | 104 | Address MOU implementation issues. | 0.40 | $370.00 |
| 09/16/22 | BM | 104 | Attend to issues in connection with MOU implementation. | 1.30 | $1,072.50 |
| 09/19/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.40 | $1,155.00 |
| 09/19/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.60 | $177.00 |
| 09/20/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.20 | $990.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 27, 2022
Client/Matter No. 08650118.000001
Invoice: 2029507
Page 3

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/22/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.20 | $990.00 |
| 09/26/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.30 | $88.50 |
| 09/27/22 | BM | 104 | Respond to creditors' inquiries regarding case status. | 0.40 | $330.00 |
| 09/28/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.10 | $907.50 |
| 09/29/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.20 | $990.00 |
| 09/30/22 | BM | 104 | Attend to issues regarding broker selection and real estate sale process. | 0.90 | $742.50 |
| 09/30/22 | BM | 104 | Respond to creditor inquiries regarding case status. | 0.60 | $495.00 |
| | | **TASK TOTAL 104** | | **28.60** | **$22,904.00** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/16/22 | BM | 105 | Analysis regarding PA assessment claims issues. | 1.10 | $907.50 |
| 09/20/22 | BM | 105 | Analysis regarding proposed stipulations resolving claims objections. | 0.80 | $660.00 |
| 09/21/22 | BM | 105 | Analysis regarding tenth omnibus objection to claims. | 0.60 | $495.00 |
| 09/22/22 | BM | 105 | Analysis regarding proposed resolutions of claims objections. | 0.90 | $742.50 |
| 09/29/22 | BM | 105 | Analysis regarding proposed resolutions of claims objections. | 1.10 | $907.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 27, 2022
Client/Matter No. 08650118.000001
Invoice: 2029507
Page 4

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/30/22 | BM | 105 | Analysis regarding PA assessments issues. | 0.80 | $660.00 |
|  |  | **TASK TOTAL 105** |  | **5.30** | **$4,372.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| 09/12/22 | GAK | 107 | Attention to fee application issues. | 0.10 | $65.00 |
|---|---|---|---|---|---|
| 09/13/22 | DD | 107 | Review docket and 9th and 10th interim fee applications and confirm amounts regarding proposed order for same and advise team of amounts. | 0.30 | $88.50 |
| 09/13/22 | DD | 107 | Draft CNO regarding June 2022 fee statement and circulate same for review. | 0.50 | $147.50 |
| 09/21/22 | GAK | 107 | Attention to order approving interim fee applications. | 0.10 | $65.00 |
|  |  | **TASK TOTAL 107** |  | **1.00** | **$366.00** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

| 09/01/22 | BM | 110 | Attend to stipulation extending appellate briefing deadlines. | 0.30 | $247.50 |
|---|---|---|---|---|---|
|  |  | **TASK TOTAL 110** |  | **0.30** | **$247.50** |

**113 – PLAN AND DISCLOSURE STATEMENT**

| 09/16/22 | BM | 113 | Analysis regarding plan of liquidation. | 0.90 | $742.50 |
|---|---|---|---|---|---|
| 09/22/22 | BM | 113 | Analysis regarding amended plan of liquidation. | 1.10 | $907.50 |
| 09/27/22 | BM | 113 | Analysis regarding winddown of estates and plan issues. | 1.20 | $990.00 |
|  |  | **TASK TOTAL 113** |  | **3.20** | **$2,640.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

October 27, 2022
Client/Matter No. 08650118.000001
Invoice: 2029507
Page 5

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|

**114 – RELIEF FROM STAY PROCEEDINGS**

| 09/07/22 | BM | 114 | Attend to issues regarding pending requests for limited stay relief to pursue actions. | 0.90 | $742.50 |
|---|---|---|---|---|---|
| 09/21/22 | BM | 114 | Analysis regarding pending stay relief motions. | 0.80 | $660.00 |
| 09/23/22 | BM | 114 | Attend to issues regarding resolution of pending stay relief requests. | 0.80 | $660.00 |
| 09/29/22 | BM | 114 | Analysis regarding proposed resolutions of stay relief requests. | 0.80 | $660.00 |

|  | HOURS | AMOUNT |
|---|---|---|
| **TASK TOTAL 114** | **3.30** | **$2,722.50** |
| **TOTAL FEES at Standard Rates** | **43.40** | **$34,655.00** |
| **Attorney Fees at Blended Rate of $625** | **40.90** | **$25,562.50** |
| **Paralegal Fees at Standard Rate** | **2.50** | **737.50** |
| **TOTAL FEES at Blended Rate** | **43.40** | **$26,300.00** |

**TASK CODE SUMMARY**

| 102 | Asset Disposition | 1.70 | $1,402.50 |
|---|---|---|---|
| 104 | Case Administration | 28.60 | $22,904.00 |
| 105 | Claims Administration and Objections | 5.30 | $4,372.50 |
| 107 | Fee/Employment Applications | 1.00 | $366.00 |
| 110 | Litigation (Other than Avoidance Action Litigation | 0.30 | $247.50 |
| 113 | Plan and Disclosure Statement | 3.20 | $2,640.00 |
| 114 | Relief from Stay Proceedings | 3.30 | $2,722.50 |
|  | TOTAL FEES at Standard Rates | 43.40 | $34,655.00 |
|  | Attorney Fees at Blended Rate of $625 | 40.90 | $25,562.50 |
|  | Paralegal Fees at Standard Rate | 2.50 | 737.50 |
|  | TOTAL FEES at Blended Rate | 43.40 | $26,300.00 |

| | | | | |
|---|---:|---|---:|---:|
| Andrew H. Sherman | 2.10 | x $925.00 = | $1,942.50 |
| Boris Mankovetskiy | 38.60 | x $825.00 = | $31,845.00 |
| Gregory A. Kopacz | 0.20 | x $650.00 = | $130.00 |
| Danielle Delehanty | 2.50 | x $295.00 = | $737.50 |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---:|
| 09/18/22 | 271 | Litigation Support Vendor (UnitedLex Inv. #075927 – near line storage) | $526.26 |
| | | **TOTAL DISBURSEMENTS** | **$526.26** |

|  INVOICE SUMMARY  ||
|---|---:|
| Total Fees | $26,300.00 |
| Total Disbursements | $526.26 |
| **TOTAL THIS INVOICE** | **$26,826.26** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$34,655.00**) and fees at *Blended Rate* of $595 (**$26,300.00**)** apply.

**includes paralegal fees at standard rates, if applicable