**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | Case No. 19-11466 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | **Related to Docket No. 4394** |

**CERTIFICATION OF NO OBJECTION ON REPORT BY**
**EISNER ADVISORY GROUP LLP OF COMPENSATION**
**EARNED AND EXPENSES INCURRED FOR THE**
**PERIOD OF OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

The undersigned counsel to the above-captioned debtors and debtors-in-possession hereby certifies that:

1. On November 18, 2022, the *Report by Eisner Advisory Group LLC of Compensation Earned and Expenses Incurred for the Period of October 1, 2022 Through October 31, 2022* (the "**Report**") and *Notice of Report* (the "**Notice**") [Docket No. 4394] were filed with the Court.

2. Pursuant to the Notice, and in accordance with the *Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, a Chief Restructuring Officer, an Interim System CEO and Additional Personnel, and (II) the Designation of Allen Wilen as Chief Restructuring Officer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 338], objections,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

if any, to the Report were required to have been filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on November 28, 2022 (the "**Objection Deadline**").

3.      The Objection Deadline has passed and no further objections or responses were served upon the undersigned counsel or were entered on the Court's docket.

Dated: November 29, 2022                    **SAUL EWING LLP**

By:     */s/ Monique B. DiSabatino*
          Mark Minuti (DE Bar No. 2659)
          Monique B. DiSabatino (DE Bar No. 6027)
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE  19899
          Telephone: (302) 421-6800
          Fax: (302) 421-6813
          mark.minuti@saul.com
          monique.disabatino@saul.com

                    -and-

          Jeffrey C. Hampton
          Adam H. Isenberg
          Centre Square West
          1500 Market Street, 38th Floor
          Philadelphia, PA 19102
          Telephone: (215) 972-7777
          Fax: (215) 972-7725
          jeffrey.hampton@saul.com
          adam.isenberg@saul.com

          *Counsel for Debtors and Debtors in Possession*