IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 28, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTIETH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | October 1, 2022 – October 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $31,298.40 (80% of $39,123.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

140570439.1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $875 | 58.50 | $51,187.50 |
| James Hirschhorn | Member, Litigation<br>First Bar Admission: 1981 | $795 | 1.20 | $954.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $725 | 2.00 | $1,450.00 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 1.90 | $560.50 |
| **Total Fees at Standard Rates** | | | **63.60** | **$54,152.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **63.60** | **$39,123.00** |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Boris Mankovetskiy was increased from $825 to $875; the hourly rate of James Hirschhorn was increased from $750 to $795 and the hourly rate of Gregory Kopacz was increased from $650 to $725.  However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 3.30 | $2,791.50 |
| Asset Disposition (102) | 29.80 | $26,075.00 |
| Case Administration (104) | 11.40 | $9,264.00 |
| Claims Administration and Objections (105) | 9.60 | $8,385.00 |
| Fee/Employment Applications (107) | 2.50 | $1,511.50 |
| Plan and Disclosure Statement (113) | 3.90 | $3,412.50 |
| Relief from Stay Proceedings (114) | 3.10 | $2,712.50 |
| **Total Fees at Standard Rate** | **63.60** | **$54,152.00** |
| **Total Fees at $625 Blended Rate**[1] | **63.60** | **$39,123.00** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

140570439.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 28, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTIETH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Fortieth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From October 1, 2022 Through October 31, 2022* (the "Application"), seeking allowance of $31,298.40 (80% of $39,123.00) in fees.

**Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

4

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Summary of Services by Project

A. Asset Analysis and Recovery

Fees: $2,791.50;    Total Hours: 3.30

This category includes time spent addressing quality assurance fee issues and funding for building maintenance and security.

140570439.1

B. <u>Asset Disposition</u>

 Fees: $26,075.00; Total Hours: 29.80

This category includes time spent addressing sale process and broker selection matters.

C. <u>Case Administration</u>

 Fees: $9,264.00; Total Hours: 11.40

This category includes time spent: (a) analyzing proposed resolutions of omnibus claim objections; (b) analyzing pleadings, motions and other court documents and updating the "critical dates" case calendar; (c) preparing updates to the Committee members; (d) addressing memorandum of understanding implementation matters; and (e) communicating with Debtors' counsel regarding pending matters.

D. <u>Claims Administration and Objections</u>

 Fees: $8,385.00; Total Hours: 9.60

This category includes time spent analyzing government assessment claims and proposed claim objection settlements.

E. <u>Fee/Employment Applications</u>

 Fees: $1,511.50; Total Hours: 2.50

This category includes time spent preparing Sills' July and August monthly fee statements.

F. <u>Plan and Disclosure Statement</u>

 Fees: $3,412.50; Total Hours: 3.90

This category includes time spent analyzing plan of liquidation issues.

140570439.1

G.  Relief from Stay Proceedings

Fees: $2,712.50;   Total Hours: 3.10

This category includes time spent analyzing proposed resolutions of stay relief motions.

## Conclusion

6. Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $31,298.40 (80% of $39,123.00) as compensation, and that such amount be authorized for payment.

Dated: December 7, 2022  
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

140570439.1

## **VERIFICATION**

STATE OF NEW JERSEY    )
                                                 ) SS:
COUNTY OF ESSEX          )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

140570439.1

# Exhibit "A"

## Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions Chair 3560 Dallas Parkway Frisco, TX 75034 | November 22, 2022 Client/Matter No. 08650118.000001 Invoice: 2030973 Billing Attorney: AHS Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through October 31, 2022

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | | |
| 10/04/22 | BM | 101 | | Analysis of issues regarding funding for building maintenance and security. | 0.90 | $787.50 |
| 10/07/22 | JH | 101 | | Review file regarding quality assurance fee issues. | 0.30 | $238.50 |
| 10/12/22 | JH | 101 | | Prepare for and telephone conference with B. Mankovetskiy regarding state quality assurance fee claim. | 0.90 | $715.50 |
| 10/12/22 | BM | 101 | | Attend to issues regarding real estate sale process. | 1.20 | $1,050.00 |
| | | **TASK TOTAL 101** | | | **3.30** | **$2,791.50** |
| **102 – ASSET DISPOSITION** | | | | | | |
| 10/03/22 | BM | 102 | | Attend to issues regarding real estate sale process. | 1.60 | $1,400.00 |
| 10/04/22 | BM | 102 | | Attend to real estate sale process issues. | 1.40 | $1,225.00 |
| 10/05/22 | BM | 102 | | Attend to issues regarding real estate sale process. | 1.20 | $1,050.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2030973
Page 2

|          |    |     |                                                            | HOURS | AMOUNT     |
|----------|----|-----|------------------------------------------------------------|-------|------------|
| 10/06/22 | BM | 102 | Attend real estate sale broker interviews.                 | 2.60  | $2,275.00  |
| 10/06/22 | BM | 102 | Attend real estate broker interviews.                      | 2.40  | $2,100.00  |
| 10/06/22 | BM | 102 | Analysis of broker candidates' presentation materials.     | 0.60  | $525.00    |
| 10/07/22 | BM | 102 | Analysis of issues regarding real estate sale process.     | 1.30  | $1,137.50  |
| 10/07/22 | BM | 102 | Call with sale process oversight committee members.        | 0.60  | $525.00    |
| 10/07/22 | BM | 102 | Attend real estate broker interviews.                      | 2.40  | $2,100.00  |
| 10/10/22 | BM | 102 | Attend to issues regarding real estate broker selection.   | 0.90  | $787.50    |
| 10/11/22 | BM | 102 | Attend to issues regarding real estate sale process.       | 1.40  | $1,225.00  |
| 10/13/22 | BM | 102 | Attend to issues regarding real estate sale process.       | 1.10  | $962.50    |
| 10/13/22 | BM | 102 | Attend broker interviews.                                  | 2.70  | $2,362.50  |
| 10/19/22 | BM | 102 | Attend to issues regarding real estate sale process.       | 1.30  | $1,137.50  |
| 10/20/22 | BM | 102 | Attend to issues regarding broker selection.               | 1.10  | $962.50    |
| 10/21/22 | BM | 102 | Attend to issues regarding real estate sale process.       | 1.30  | $1,137.50  |
| 10/21/22 | BM | 102 | Attend to issues regarding preservation of SHSH building.  | 1.20  | $1,050.00  |
| 10/24/22 | BM | 102 | Attend to issues regarding broker selection.               | 0.80  | $700.00    |
| 10/25/22 | BM | 102 | Attend to issues regarding real estate sale process.       | 0.80  | $700.00    |
| 10/27/22 | BM | 102 | Attend to issues regarding real estate sale process.       | 1.20  | $1,050.00  |
| 10/28/22 | BM | 102 | Attend to issues regarding broker selection.               | 0.80  | $700.00    |

Sills Cummis & Gross P.C.

Creditors' Committee

November 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2030973
Page 3

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/31/22 | BM | 102 | Attend to issues regarding real estate sale process. | 1.10 | $962.50 |
| | | **TASK TOTAL 102** | | **29.80** | **$26,075.00** |

**104 – CASE ADMINISTRATION**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/03/22 | BM | 104 | Analysis regarding proposed resolutions of omnibus claims objections. | 1.10 | $962.50 |
| 10/03/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.10 | $962.50 |
| 10/04/22 | BM | 104 | Analysis of issues regarding MOU implementation. | 1.10 | $962.50 |
| 10/04/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.30 | $88.50 |
| 10/06/22 | BM | 104 | Attend to issues regarding MOU implementation. | 0.70 | $612.50 |
| 10/06/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.60 | $525.00 |
| 10/09/22 | GAK | 104 | Attention to critical dates case calendar. | 0.10 | $72.50 |
| 10/11/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.20 | $1,050.00 |
| 10/11/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.30 | $88.50 |
| 10/12/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.90 | $787.50 |
| 10/12/22 | BM | 104 | Attend to issues regarding MOU implementation. | 0.90 | $787.50 |
| 10/14/22 | BM | 104 | Attend to issues regarding MOU implementation. | 0.70 | $612.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2030973
Page 4

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/18/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.30 | $88.50 |
| 10/24/22 | BM | 104 | Prepare an update for Committee. | 0.70 | $612.50 |
| 10/24/22 | BM | 104 | Analysis regarding proposed resolution of claims objections. | 1.10 | $962.50 |
| 10/27/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.30 | $88.50 |
| | | | **TASK TOTAL 104** | **11.40** | **$9,264.00** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/06/22 | BM | 105 | Analysis regarding proposed resolutions of claims objections. | 0.80 | $700.00 |
| 10/07/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.10 | $962.50 |
| 10/07/22 | GAK | 105 | Attention to emails from Committee regarding POC issues. | 0.10 | $72.50 |
| 10/12/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.60 | $1,400.00 |
| 10/14/22 | BM | 105 | Analysis regarding proposed resolutions of omnibus claims objections. | 0.90 | $787.50 |
| 10/17/22 | BM | 105 | Analysis regarding proposed resolutions of claims objections. | 0.90 | $787.50 |
| 10/18/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.40 | $1,225.00 |
| 10/24/22 | BM | 105 | Analysis regarding PA assessment claims. | 0.90 | $787.50 |
| 10/27/22 | BM | 105 | Attend to issues regarding proposed resolution of omnibus claims objections. | 0.80 | $700.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2030973
Page 5

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 10/31/22 | BM | 105 |  | Analysis regarding PA assessment claims. | 1.10 | $962.50 |
|  |  | **TASK TOTAL 105** |  |  | **9.60** | **$8,385.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 10/04/22 | GAK | 107 |  | Work on August fee application. | 0.80 | $580.00 |
| 10/04/22 | DD | 107 |  | Review August 2022 invoice and draft monthly fee statement and circulate same for review. | 0.70 | $206.50 |
| 10/05/22 | GAK | 107 |  | Update August fee application based on revised invoice. | 0.40 | $290.00 |
| 10/09/22 | GAK | 107 |  | Finalize July fee statement for review by A. Sherman. | 0.20 | $145.00 |
| 10/09/22 | GAK | 107 |  | Finalize August fee application for review by A. Sherman. | 0.30 | $217.50 |
| 10/17/22 | GAK | 107 |  | Email local counsel regarding July and August fee applications. | 0.10 | $72.50 |
|  |  | **TASK TOTAL 107** |  |  | **2.50** | **$1,511.50** |

**113 – PLAN AND DISCLOSURE STATEMENT**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 10/07/22 | BM | 113 |  | Analysis of issues regarding plan of liquidation. | 0.90 | $787.50 |
| 10/10/22 | BM | 113 |  | Analysis regarding plan of liquidation. | 1.10 | $962.50 |
| 10/14/22 | BM | 113 |  | Analysis of issues regarding plan of liquidation. | 0.80 | $700.00 |
| 10/21/22 | BM | 113 |  | Analysis regarding plan of liquidation. | 1.10 | $962.50 |
|  |  | **TASK TOTAL 113** |  |  | **3.90** | **$3,412.50** |

**114 – RELIEF FROM STAY PROCEEDINGS**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 10/03/22 | BM | 114 |  | Analysis regarding proposed resolution of pending stay relief motions. | 0.80 | $700.00 |

Sills Cummis & Gross P.C.

Creditors' Committee  
November 22, 2022  
Client/Matter No. 08650118.000001  
Invoice: 2030973  
Page 6

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 10/07/22 | BM | 114 | Analysis regarding proposed resolution of pending stay relief motions. | | 0.80 | $700.00 |
| 10/14/22 | BM | 114 | Attend to issues regarding proposed resolution of stay relief requests. | | 0.60 | $525.00 |
| 10/26/22 | BM | 114 | Attend to issues regarding proposed resolution of pending stay relief requests. | | 0.90 | $787.50 |
|  |  | **TASK TOTAL 114** | | | 3.10 | $2,712.50 |
|  |  | **TOTAL FEES at Standard Rates** | | | 63.60 | $54,152.00 |
|  |  | **Attorney Fees at Blended Rate of $625** | | | 61.70 | $38,562.50 |
|  |  | **Paralegal Fees at Standard Rate** | | | 1.90 | 560.50 |
|  |  | **TOTAL FEES at Blended Rate** | | | 63.60 | $39,123.00 |

**TASK CODE SUMMARY**

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 3.30 | $2,791.50 |
| 102 | Asset Disposition | | 29.80 | $26,075.00 |
| 104 | Case Administration | | 11.40 | $9,264.00 |
| 105 | Claims Administration and Objections | | 9.60 | $8,385.00 |
| 107 | Fee/Employment Applications | | 2.50 | $1,511.50 |
| 113 | Plan and Disclosure Statement | | 3.90 | $3,412.50 |
| 114 | Relief from Stay Proceedings | | 3.10 | $2,712.50 |
| | TOTAL FEES at Standard Rates | | 63.60 | $54,152.00 |
| | Attorney Fees at Blended Rate of $625 | | 61.70 | $38,562.50 |
| | Paralegal Fees at Standard Rate | | 1.90 | 560.50 |
| | TOTAL FEES at Blended Rate | | 63.60 | $39,123.00 |

Sills Cummis & Gross P.C.

Creditors' Committee                                      November 22, 2022
                                          Client/Matter No. 08650118.000001
                                                           Invoice: 2030973
                                                                     Page 7

| | | | | | |
|---|---|---|---|---|---|
| Boris Mankovetskiy | 58.50 | x | $875.00 | = | $51,187.50 |
| James Hirschhorn | 1.20 | x | $795.00 | = | $954.00 |
| Gregory A. Kopacz | 2.00 | x | $725.00 | = | $1,450.00 |
| Danielle Delehanty | 1.90 | x | $295.00 | = | $560.50 |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $39,123.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$39,123.00*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$54,152.00**) and fees at *Blended Rate* of $595 (**$39,123.00**)** apply.

**includes paralegal fees at standard rates, if applicable