IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Objection Deadline: December 28, 2022 at 4:00 p.m.** |
| | ) Hearing Date: To be determined (if necessary) |

# NOTICE OF STIPULATION BETWEEN DEBTORS AND FUTURE IT ADVISORS, LLC REGARDING ALLOWED CLAIM

PLEASE TAKE NOTICE that on December 14, 2022, counsel for the above-captioned debtors (the "**Debtors**") and counsel to Future IT Advisors, LLC ("**Future IT**") entered into a *Stipulation between Debtors and Future IT Advisors, LLC Regarding Allowed Claim* (the "**Stipulation**"). Pursuant to the Stipulation, the Debtors and Future IT have agreed, among other things, upon the allowance of a general unsecured claim asserted against Debtor Philadelphia Academic Health System, LLC ("**PAHS**") in the total amount of $950,000.00 and the dismissal of PAHS from the Action, with prejudice, in full satisfaction of the Asserted Claim (all as defined in the Stipulation).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Court's approval of the Stipulation must be (a) in writing and served on or before **December 28, 2022 at 4:00 p.m.** (prevailing Eastern Time) (the "**Objection Deadline**"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

PLEASE TAKE FURTHER NOTICE THAT if any objections to the Stipulation are filed, and the parties are unable to reach a resolution thereof, a hearing on the Stipulation will be held before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801, at a date and time convenient to the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

40533048.2

      PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE STIPULATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 14, 2022        **SAUL EWING LLP**

      By:    */s/ Monique B. DiSabatino*
             Mark Minuti (DE Bar No. 2659)
             Monique B. DiSabatino (DE Bar No. 6027)
             1201 N. Market Street, Suite 2300
             P.O. Box 1266
             Wilmington, DE 19899
             Telephone: (302) 421-6800
             Fax: (302) 421-6813
             mark.minuti@saul.com
             monique.disabatino@saul.com

             -and-

             Jeffrey C. Hampton
             Adam H. Isenberg
             Jorge Garcia
             Centre Square West
             1500 Market Street, 38th Floor
             Philadelphia, PA 19102
             Telephone: (215) 972-7777
             Fax: (215) 972-7725
             jeffrey.hampton@saul.com
             adam.isenberg@saul.com
             jorge.garcia@saul.com

             *Counsel for the Debtors and Debtors in Possession*

40533048.2