# EXHIBIT A

## SUMMARY OF BLENDED RATE

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 13 | $604.00 | $729.32 |
| Junior Partners | 2 | $494.00 | $508.12 |
| Counsel | 0 | $509.00 | $0.00 |
| Senior Associates | 2 | $363.00 | $370.00 |
| Junior Associates | 2 | $287.00 | $285.00 |
| Paralegal | 1 | $233.00 | $325.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $257.00 | $271.02 |
| **Aggregated:** | | **$480.00** | **$558.98** |