# EXHIBIT D

## EXPENSE SUMMARY

# Expense Summary
## For the Period from October 1, 2022 through October 31, 2022

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Cab / Car Service | *See attached chart* | $75.24 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $37.90 |
| E-discovery Processing /Usage | Epiq Relativity | $8,847.50 |
| Hotel | *See attached chart* | $1,028.26 |
| Legal Research | Westlaw | $999.54 |
| Meals | *See attached chart* | $57.44 |
| Messenger Service | Reliable Copy Service - DE | $5.00 |
| Mileage | *See attached chart* | $130.01 |
| Outside Reproduction | Exela Enterprises | $4.86 |
| Parking | *See attached chart* | $135.00 |
| Recording Fees | Searchtec Inc. | $4,710.50 |
| Train | *See attached chart* | $150.00 |
| **Total** | | **$16,181.25** |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 9/11/22 | New York Cab | (1) Jeffrey Hampton | Cab from Penn Station in New York to mediation closing | $16.56 |
| 9/13/22 | Uber | (1) Jeffrey Hampton | Uber from 30th Street Station to home after MOU closing in New York | $58.68 |
| 9/29/22 | Mark Minuti | (1) Mark Minuti | Mileage from Delaware to Philadelphia and back to attend HUH inspection | $42.29 |
| 10/6/22 | Mark Minuti | (1) Mark Minuti | Mileage from Delaware to Philadelphia and back to attend broker interviews | $43.86 |
| 10/13/22 | Mark Minuti | (1) Mark Minuti | Mileage from Delaware to Philadelphia and back to attend broker interviews | $43.86 |
| 9/29/22 | Love Park Garage | (1) Mark Minuti | Parking in Philadelphia to attend HUH inspection | $37.00 |
| 10/11/22 | Chase Parking | (1) Robyn Warren | Parking in Wilmington to prepare claim binders | $14.00 |
| 10/6/22 | Logan Square Garage | (1) Mark Minuti | Parking in Philadelphia to attend broker interviews | $42.00 |
| 10/6/22 | Logan Square Garage Interpark | (1) Mark Minuti | Parking in Philadelphia to attend broker interviews | $42.00 |
| 9/13/22 | Amtrak | (1) Jeffrey Hampton | Train from New York to Philadelphia after MOU closing | $150.00 |
| 9/11/22 | NY Hilton Midtown | (1) Jeffrey Hampton | Hotel for MOU closing in New York | $431.50 |
| 9/12/22 | NY Hilton Midtown | (1) Jeffrey Hampton | Hotel for MOU closing in New York | $596.76 |
| | | | **TOTAL** | **$1518.51** |

## MEALS DETAIL

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 9/13/22 | Chopt Creative Salad Co. | (1) Jeffrey Hampton | Dinner after attending MOU closing in New York | $16.96 |
| 9/13/22 | ETC | (2) Jeffrey Hampton and Allen Wilen | Breakfast before attending MOU closing in New York | $40.48 |
| | | | **TOTAL** | **$57.44** |



| | | |
|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | 2732414 |
| 222 N. Sepulveda Blvd. | Invoice Date | 11/29/22 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 10/26/22 | Epiq Relativity eDiscovery Costs | | 8,847.50 |
| | Total   Epiq Relativity eDiscovery Costs | | 8,847.50 |
| 10/07/22 | Cab Fare Taxi/Car Service; VENDOR: New York Cab; 09/11/22; Cab for Jeffrey Hampton from train station in NYC to attend MOU mediation closing in NYC | 16.56 | |
| 10/07/22 | Cab Fare Taxi/Car Service; VENDOR: Uber; 09/13/22; Uber from Philadelphia 30th Street Station to home after attending MOU mediation closing in NYC | 58.68 | |
| | Total Cab Fare | | 75.24 |
| 10/07/22 | Mileage; VENDOR: Mark Minuti; 09/29/22; Mileage from Delaware to Philadelphia and back to attend HUH inspection | 42.29 | |
| 10/14/22 | Mileage; VENDOR: Mark Minuti; 10/06/22; Mileage from Delaware to Philadelphia and back to attend broker interviews | 43.86 | |
| 10/21/22 | Mileage; VENDOR: Mark Minuti; 10/13/22; Mileage from Delaware to Philadelphia and back to attend broker interviews | 43.86 | |
| | Total Mileage | | 130.01 |
| 10/25/22 | Recording Fees; VENDOR: Searchtec Inc.; 09/30/22; E-Recording Services for MOU documents | 4,710.50 | |
| | Total Recording Fees | | 4,710.50 |
| 10/24/22 | Messenger Service; VENDOR: Reliable Copy Service - DE; 10/11/22 - Hand delivery of claims binder to Judge Walrath's chambers | 5.00 | |
| | Total Messenger Service | | 5.00 |
| 10/07/22 | Parking; VENDOR: Love Park Garage; 09/29/22; Parking for Mark Minuti to attend HUH inspection in Philadelphia | 37.00 | |
| 10/14/22 | Parking; VENDOR: Logan Square Garage Interpark; 10/06/22; Parking for Mark Minuti to attend broker interviews in Philadelphia | 42.00 | |
| 10/17/22 | Parking; VENDOR: Chase Parking; 10/11/22; Parking for Robyn Warren to finalize and deliver claim binders to Chambers | 14.00 | |
| 10/21/22 | Parking; VENDOR: Logan Square Garage; 10/13/22; Parking for Mark Minuti to attend broker interviews in Philadelphia | 42.00 | |
| | Total Parking | | 135.00 |
| 10/25/22 | Outside Reproduction - - VENDOR: Exela Enterprise Solutions Inc. 8/11/2022 Velo Charges | 1.62 | |
| 10/25/22 | Outside Reproduction - - VENDOR: Exela Enterprise Solutions Inc. 8/25/2022 Velo Charges | 3.24 | |
| | Total Outside Reproduction | | 4.86 |
| 10/07/22 | Hotel Lodging; VENDOR: New York Hilton; 09/11/22  Hotel for Jeffrey Hampton in New York to attend MOU mediation | 431.50 | |

| | | | |
|---|---|---|---|
| 376719<br>00002<br>11/29/22 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number 2732414<br>Page 2 | |
| 10/07/22 | Hotel Lodging; VENDOR: New York Hilton; 09/12/22 Hotel for Jeffrey Hampton in New York to attend MOU mediation closing | 596.76 | |
| | Total Hotel | | 1,028.26 |
| 10/07/22 | Other Rail Travel Train; VENDOR: Amtrak; 09/13/22; Train for Jeffrey Hampton from NYC back to Philadelphia after attending MOU mediation closing | 150.00 | |
| | Total Other Rail Travel | | 150.00 |
| 10/07/22 | Meals Dinner; VENDOR: Chopt Creative Salad Co.; 09/13/22; Dinner for Jeffrey Hampton after attending MOU mediation closing in NYC waiting for Amtrak home | 16.96 | |
| 10/07/22 | Meals Breakfast; VENDOR: ETC; 09/13/22; Breakfast for Jeffrey Hampton and Allen Wilen re: attend MOU mediation closing | 40.48 | |
| | Total Meals | | 57.44 |
| 10/11/22 | Doc. Retrieval/Case Monitoring Billable Matter; VENDOR: Pacer Service Center; 10/10/22; Access to Federal Court dockets and downloading pleadings | 37.90 | |
| | Total Doc. Retrieval/Case Monitoring | | 37.90 |
| 10/10/22 | Westlaw Legal Research | 153.90 | |
| 10/11/22 | Westlaw Legal Research | 82.62 | |
| 10/13/22 | Westlaw Legal Research | 530.82 | |
| 10/14/22 | Westlaw Legal Research | 232.20 | |
| | Total Westlaw Legal Research | | 999.54 |
| | CURRENT EXPENSES | | 16,181.25 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 16,181.25 |