# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 4420 and 4442** |
| | ) |

## ORDER APPROVING STIPULATION BETWEEN DEBTORS
## AND FUTURE IT ADVISORS, LLC REGARDING ALLOWED CLAIM

Upon consideration of the *Stipulation between Debtors and Future IT Advisors, LLC*

*Regarding Allowed Claim* (the "**Stipulation**")[2] attached hereto as **Exhibit "1"**; and the Court

having jurisdiction over the matters raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and

1334; and consideration of the Stipulation and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant

to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Stipulation is in the best interests of the

Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

forth in the Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Stipulation is approved.

2.      On account of, and in full satisfaction of the Asserted Claim, Claim 25 shall be an allowed claim against PAHS in the total amount of $950,000.00, the entirety of which shall be a general unsecured claim (the "**Allowed Claim**").

3.      Other than the Allowed Claim, Future IT shall have no other allowed claims against any of the Debtors, whether filed or scheduled.  Future IT shall not be entitled to any distributions from any of the Debtors, their estates or any of the Debtors' successors, other than on account of the Allowed Claim.  Future IT shall not amend any previously filed claims and shall not assert any additional claims against any of the Debtors on account of pre-petition or post-petition periods.

4.      Within five (5) business days following the Stipulation Effective Date, Future IT shall dismiss, with prejudice, PAHS from the Action.

5.      The Debtors and their claims agent are authorized to take any and all actions necessary to effectuate the Stipulation.

6.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

7.      This Order is effective immediately upon entry.

Dated: January 3rd, 2023
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

40533048.3 12/29/2022