# Exhibit C

## Newmark Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |  |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Case No. 19-11466 (MFW) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

### DECLARATION OF DAVID DOLAN IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING (I) THE EMPLOYMENT AND RETENTION BY CENTER CITY HEALTHCARE, LLC OF NEWMARK SOUTH REGION LLC AS JOINT BROKERS AND (II) A WAIVER OF COMPLIANCE WITH CERTAIN REQUIREMENTS OF LOCAL RULE 2016-2

I, David Dolan, being duly sworn according to law, depose and state that:

1.      I am a Senior Managing Director of Newmark South Region LLC d/b/a Newmark Real Estate ("**Newmark**"), a consulting firm that maintains offices at, among other places, 2005 Market Street, Suite 900, Philadelphia PA 19103, and I am duly authorized to make this declaration (the "**Declaration**") on behalf of Newmark. I have over 40 years of experience in the real estate industry, which includes all aspects of commercial real estate.  Among other things, I have served as a Senior Vice President of a large developer based outside of Philadelphia, and was a partner with a private equity firm.  The majority of my work experience has focused on the Philadelphia region.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2.      I submit this Declaration on behalf of Newmark in support of the application of the above-captioned debtors and debtors-in-possession (together, the "**Debtors**") for entry of an order authorizing the employment and retention of Newmark, along with SSG, as joint brokers for the Debtors (the "**Application**").[2]  This Declaration is also submitted as the statement required pursuant to sections 327, 328(a) and 504 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

3.      Unless otherwise indicated herein, the facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

A.      **Newmark's Qualifications**

4.      Newmark is a commercial real estate advisory firm founded in 1929, with 180 offices worldwide.  Newmark's business segments include investment sales, capital markets and valuation specialties.  Newmark's investment sales segment has closed 962 transactions covering 1771 properties.  This segment closed $51 billion in sales transactions in 2019.  Newmark's professionals have expertise in real estate brokerage, asset sales, capital markets (including investment sales), global corporate services, property management, valuation and advisory services and real estate management technology systems.

5.      Newmark previously was engaged by or on behalf of the Broad Street PropCos to sell the Real Estate.  Although no sale was consummated, as a result of its prior engagement Newmark is intimately familiar with the Real Estate, and is well-suited, along with SSG, to provide the services contemplated by the Engagement Letter.

---

[2]      Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Application.

**B.      Services to Be Provided**

6.      Subject to Court approval of this Application, and consistent with the terms of the Engagement Letter, Newmark (along with SSG) will provide such real estate broker services as Newmark, SSG and CCH deem appropriate, including but not limited to the following in connection with the contemplated sale of the Real Estate in a Court-approved sale transaction:[3]

a.   Prepare an information memorandum describing the Real Estate;

b.   In consultation with CCH, develop a list of suitable potential buyers who will be contacted on a discreet and confidential basis and only after approval by CCH;

c.   Coordinate the execution of confidentiality agreements, in a form approved by CCH, for potential buyers wishing to review the information memorandum;

d.   Assist CCH in coordinating site visits for interested buyers and work with the management team to develop appropriate presentations for such visits;

e.   Solicit competitive offers from potential buyers;

f.   Advise and assist CCH in structuring the Sale(s), as the term is hereafter defined, and negotiating the Sale(s) agreements;

g.   If requested by CCH and, if necessary, approved by the Bankruptcy Court, conduct an auction of some or all of the Real Estate;

h.   Provide testimony in connection with any hearings on, or regarding, the Sale(s) and/or the process by which the Sale(s) is/are to be conducted.

i.   Otherwise assist CCH, its attorneys and advisors, as necessary, through closing on a best efforts basis; and

j.   Communicate with CCH and the sale process manager (as referenced in Schedule 3(b) to the MOU (as defined below)) on a regular basis regarding inquiries, offers, and the status of negotiations for a Sale.

---

[3]      The summary set forth herein is qualified in its entirety by the terms of the Engagement Letter, and the terms of the Engagement Letter shall control in the event of a conflict. Capitalized terms not otherwise defined in this section shall have the meaning ascribed to them in the Engagement Letter.

7.     The Debtors require qualified professionals to render these essential professional services.  As noted above, Newmark has substantial expertise in all areas for which it is proposed to be retained.  Accordingly, Newmark is well qualified and best suited to perform these services and to assist with the contemplated sale of the Real Estate.

8.     The services that Newmark will provide to the Debtors are necessary to enable the Debtors to identify the highest and best possible bid for the sale of the Real Estate, in the best interests of their estates, creditors and parties in interest.   All of the services that Newmark will provide under the Engagement Letter will be undertaken at the request of CCH and will be appropriately coordinated with SSG so as to avoid inconsistent sale efforts among the professionals retained in the Chapter 11 Cases.

9.     The Engagement Letter provides, among other things, that the Advisors are to work as a cohesive team.  The Engagement Letter requires SSG and Newmark to establish and comply with mutually agreed-upon protocols to perform their obligations thereunder, which protocols shall include, without limitation, the coordination of all activities required or desirable under the Engagement Letter and the provision to each other full, complete and timely cooperation and communication with respect to all activities performed in connection with the Engagement Letter.

### C.     Professional Compensation

10.     Subject to this Court's approval and as set forth in the Engagement Letter,[4] CCH and Newmark have agreed to the following compensation and expense structure (the "**Fee and Expense Structure**") in consideration for the services to be rendered by Newmark in the Chapter 11 Cases:

---

[4]     The summary set forth herein is qualified in its entirety by the terms of the Engagement Letter, and the terms of the Engagement Letter shall control in the event of a conflict.

-4-

a.     Sale Fee.  Upon the consummation of Sale(s) to any party, Advisors shall, in the aggregate, be entitled to a fee (the "Sale Fee"), payable in cash, in federal funds via wire transfer or certified check, at and as a condition of closing of such Sale, equal to three percent (3.0%) of Total Consideration (as such term is defined in the Engagement Letter) up to and including $40,000,000; plus three and one half percent (3.5%) of Total Consideration over $40,000,000 and less than $60,000,000 plus four percent (4.0%) of Total Consideration over $60,000,001.  Advisors shall each receive one-half of the Sale Fee, with such payments being made at closing(s) to each.  By way of example, and for the avoidance of doubt, the Sale Fee for a Sale for Total Consideration of $50,000,000 shall be $1,550,000, calculated as follows: first $40,000,000 x 3.00% = $1,200,000 Sale Fee plus next $10,000,000 x 3.5% = $350,000 Sale Fee, for a total Sale Fee of $1,550,000.

b.     In addition to the foregoing Sale Fee noted above whether or not a Sale(s) is consummated, Advisors will be entitled to reimbursement for all of Advisors' reasonable, documented, out-of-pocket expenses, including but not limited to legal expenses and travel costs incurred in connection with the subject matter of the Engagement Letter provided, however, that Advisors shall obtain prior written approval for any individual expense in excess of $5,000 and all expenses in excess of $20,000.

11.     The Fee and Expense Structure described above is comparable to compensation generally charged by brokers for comparable engagements, both in and out of court.  The Fee and Expense Structure is also consistent with Newmark's normal and customary billing practices for cases of this size and complexity that require the level and scope of services outlined.  The Fee and Expense Structure is reasonable and at favorable market rates.

**D.     Waiver of Compliance with Requirements Regarding Time Entry Detail**

12.     Newmark's industry experience, and its knowledge of complex commercial real estate transactions and the marketing thereof, were important factors in determining the Fee and Expense Structure.  The ultimate benefit of Newmark's services cannot be measured merely by reference to the number of hours to be expended by Newmark's professionals in the performance of such services.  Moreover, the Fee and Expense Structure takes into consideration Newmark's expectation that it will need to provide a substantial commitment of professional time and effort

in order to perform its duties under the Engagement Letter and the fact that Newmark's commitments under the Engagement Letter may foreclose Newmark from other opportunities.

13.     Because of Newmark's expertise, commitment of resources to this engagement to the exclusion of other possible employment, and the time that Newmark will devote to this engagement, Newmark requests that the Court approve the Fee and Expense Structure for Newmark pursuant to section 328(a) of the Bankruptcy Code and that the Court evaluate the final compensation and reimbursement of expenses in the Chapter 11 Cases for Newmark under the standards of section 328(a) of the Bankruptcy Code, rather than under those of section 330 of the Bankruptcy Code.

14.     Newmark will file with the Court one or more fee applications for allowance of its compensation and reimbursement of its expenses with respect to services rendered in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the applicable guidelines for compensation and reimbursement of expenses established by the U.S. Trustee (the "UST Guidelines"), and any applicable orders of the Court.  It is not the general practice of real estate brokers to keep detailed time records similar to those customarily kept by attorneys or to keep time records on a "project category" basis.  Furthermore, the Fee and Expense Structure provides for a flat fee based on the occurrence of a Sale (as defined in the Engagement Letter).

15.     As Newmark's compensation will be calculated based upon the amount of Total Consideration (as defined in the Engagement Letter) generated by a Sale, Newmark requests that it not be required to file time records in accordance with Local Rule 2016-2 and the UST Guidelines.  Instead, notwithstanding that Newmark does not charge for its services on an hourly basis, Newmark will maintain records in half (.50) hour increments (in summary format) of its

services rendered under the Engagement Letter, including descriptions of those services, the time expended in providing those services and the individuals who provided those services, and will present such records together with its final and sole fee application filed with the Court.

16.     Newmark has not shared or agreed to share any compensation to be paid under the Engagement Letter with any other person, other than its principals, employees and licensed brokers/salespersons, in accordance with section 504 of the Bankruptcy Code.  While SSG will also be paid out of the proceeds of a successful sale of the Real Estate, it will be paid only for the services it provided, and will not share in any of the compensation received by Newmark.

### E.     Indemnification

17.     The Engagement Letter further provides, generally, that CCH will indemnify, defend and hold harmless the Advisors and their affiliates, partners, members, directors, officers, agents and employees (each, an "**Indemnified Party**," and collectively, the "**Indemnified Persons**"), from and against any and all losses, claims, damages, liabilities or costs, as and when incurred, to which an Indemnified Person may become subject to or which are asserted against any Indemnified Person, directly or indirectly, in any way related to Advisors' acting for CCH under the Engagement Letter (and that CCH will reimburse the Indemnified Parties for any legal or other expenses incurred by them, as and when, incurred, in connection with investigating, preparing or defending any such losses, claims, damages or liabilities or any action in respect thereof), provided, however, that CCH shall not be liable for indemnification for any liability to the extent that such liability is found, by final judgment, to have resulted primarily from any Advisor's gross negligence, bad faith or willful misconduct in the performance of its duties under the Engagement Letter (such obligations being referred to as the "**Indemnification Provisions**"), which provisions are set forth in greater detail in the Engagement Letter.

-7-

18.     The Indemnification Provisions are standard indemnification terms, both in chapter 11 cases and outside chapter 11, and reflect the qualifications and limits on such terms that are customary for investment bankers and brokers as approved in this and other jurisdictions. The Indemnification Provisions were fully negotiated between the Debtors and Newmark at arm's length and Newmark respectfully submits that the Indemnification Provisions are reasonable and in the best interests of the Debtors, their estates, and creditors. Accordingly, as part of the Application, Newmark requests that the Court approve the Indemnification Provisions.

F.     **Newmark's Disclosure Policies and Disinterestedness**

19.     Newmark is in the process of performing a conflict search with respect to the list of creditors, equity holders and other interested parties, which is annexed hereto as **Schedule A** (the "**Potential Interested Parties List**").  Subject to the results of such search, Newmark represents, to the best of its knowledge, that it knows of no fact that would present a conflict of interest for Newmark with regard to its proposed engagement.  Newmark will supplement this Declaration with the results of its conflict check when it has been completed.  At present, Newmark wishes to disclose those items identified on **Schedule B** (the "**Newmark Contacts List**").

20.     Insofar as I have been able to ascertain from my review of the Newmark Contacts List, and subject to the completion of Newmark's conflict check, to the best of my knowledge, and other than as described herein or in Schedule B, neither Newmark, nor its affiliates, nor any professional of Newmark: (a) has represented the Debtors' creditors, equity holders, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, in any matters relating to the Debtors or their estates; or (b) has any connection with the Debtors in the Chapter 11 Cases, or any interest materially adverse to the interest of any class of creditors or equity holders by reason of any direct

or indirect relationship to the Debtors, any other parties in interest herein, or their respective attorneys.

21.     Newmark has numerous clients, past and present, which are located throughout the world, in a variety of industries.  Such clients may include certain of the persons or entities that are identified as creditors of the Debtors.  It is also possible that some past or present clients of Newmark may have some connection to, or are creditors of, the Debtors.  Nevertheless, insofar as I have been able to ascertain based on the results of the foregoing, to the best of my knowledge, other than as described herein and except for the Debtors, Newmark has not advised any party in interest in connection with the Chapter 11 Cases.

22.     Newmark is involved in numerous matters and/or transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in the Chapter 11 Cases.  Moreover, Newmark has in the past, and may in the future, be represented by several attorneys and law firms, some of which may be involved in the Chapter 11 Cases.  Finally, Newmark has in the past, and will likely in the future, be working with or opposite other professionals involved in the Chapter 11 Cases with respect to matters wholly unrelated to the Chapter 11 Cases. Based on our current knowledge of the professionals involved in the Chapter 11 Cases and to the best of my knowledge, none of these business relationships constitute interests adverse to the estates in matters upon which Newmark is to be employed and none are in connection with the Chapter 11 Cases.

23.     The Debtors have numerous creditors and relationships with a large number of individuals and entities that may be parties in interest in the Chapter 11 Cases.  Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any conflict including the efforts outlined above, Newmark is unable to state with certainty whether

any of its clients or an affiliated entity of a client holds a claim or otherwise is a party in interest in the Chapter 11 Cases.  If Newmark discovers any information that is contrary or pertinent to the statements made herein, Newmark will promptly disclose such information to the Court.  Except as may be indicated on Schedule B, Newmark does not advise, has not advised, and will not advise any entity other than the Debtors in matters related to the Chapter 11 Cases.  Newmark will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or parties in interest in the Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, the Chapter 11 Cases or the Debtors.

24.    Except as otherwise set forth herein, in the Application or in Schedule B, to the best of my knowledge, information, and belief, neither Newmark nor any employee of Newmark is a creditor, an equity holder, or an insider of the Debtors.  To the best of my knowledge, information and belief, neither Newmark nor any employee of Newmark is or was, within two (2) years before the Petition Date, a director, an officer, or an employee of the Debtors. Also, to the best of my knowledge, information, and belief neither the undersigned nor the Newmark's professionals expected to assist the Debtors in the Chapter 11 Cases are related or connected to any United States Bankruptcy Judge for the District of Delaware, the U.S. Trustee, or any persons employed in the office of the U.S. Trustee.

25.    As of the date of Newmark's engagement, Newmark does not hold any claim against the Debtors.

26.    To the extent Newmark discovers any facts bearing on the matters described herein during the period of Newmark's retention, Newmark will undertake to amend and supplement the information contained in this Declaration to disclose such facts.

40912224.8 01/06/2023

27.     Based on all of the foregoing, Newmark is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2023

_____
Name: David Dolan

40912224.8 01/06/2023

## Schedule A

## Potential Parties-in-Interest

**Debtors**
Philadelphia Academic Health System, LLC
Philadelphia Academic Medical Associates, LLC
St. Christopher's Healthcare, LLC
Center City Healthcare, LLC
HPS of PA, L.L.C.
TPS II of PA, L.L.C.
TPS III of PA, L.L.C.
TPS IV of PA, L.L.C.
SCHC Pediatric Associates, L.L.C.
SCHC Pediatric Anesthesia Associates, L.L.C.
StChris Care at Northeast Pediatrics, L.L.C.
TPS of PA, L.L.C.
St. Christopher's Pediatric Urgent Care Center, L.L.C.
TPS V of PA, L.L.C

**Non-Debtor Affiliates**
Front Street Healthcare Properties, LLC
Front Street Healthcare Properties II, LLC
Broad Street Healthcare Properties, LLC
Broad Street Healthcare Properties II, LLC
Broad Street Healthcare Properties III, LLC
Physicians Clinical Network, LLC
Physician Performance Network of Philadelphia, LLC
MBNF Investments, LLC
American Academic Health System, LLC
Philadelphia Academic Health Holdings, LLC
Philadelphia Academic Risk Retention Group, LLC
HSRE-PAHH I, LLC
PAHH New College MOB, LLC
PAHH Bellet MOB, LLC
PAHH Broad Street MOB, LLC
PAHH Feinstein MOB, LLC
PAHH Wood Street Garage, LLC
PAHH Erie Street Garage, LLC

**Equity Holders**
Philadelphia Academic Health Holdings, LLC
American Academic Health System, LLC
MBNF Investments, LLC
Joel Freedman

Stella Freedman
Barbara S. Kramer, Trustee
Michael Ouzounian Irrevocable Trust
Benjamin Joseph Freedman Irrevocable Trust
Nathan Alexander Freedman Irrevocable Trust

**Other**
Drexel University
Drexel University College of Medicine
Tenet Business Services Corporation
Conifer Revenue Cycle Solutions, LLC
Harrison Street Real Estate, LLC
Dilworth Paxson LLP
Iron Stone Real Estate Partners
IS BBFB LLC
IS 245 North 15th LLC

**Unions**
District 1199C Service and Maintenance Unit
International Brotherhood of Electrical Workers, Local 98
National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO,
Pennsylvania Association of Staff Nurses and Allied Professionals

**Utilities**
AT&T Mobility
Atlantic City Electric
Champion Energy Services LLC
Comcast Cablevision
Constellation Energy Gas
Constellation NewEnergy Gas
DirectTV LLC
Energy Management Systems Inc.
MCI
Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications a/k/a MetTel
PECO Energy
Philadelphia Gas Works
South Jersey Gas
SPOK
Veolia Energy Philadelphia Inc.
Verizon

Verizon Business
Verizon CABS
Verizon Wireless
Water Revenue Bureau
West Unified Communications
West Unified Communications SVCS
WTMUA

**Insurers**
ACE American Insurance Company
ACE Property & Casualty Insurance Co.
Admiral Insurance Company
Affiliated FM Insurance Co.
Axis Insurance Company
Beazley Insurance Company, Inc.
Chubb - Federal Insurance Company
Doctors Company An Interinsurance Exch.
Illinois Union Insurance Co.
Ironshore Specialty Insurance
Lloyd's of London
Lockton
National Fire & Marine Insurance Co.
National Union Fire Insurance Company of
Pittsburgh, PA
Philadelphia Academic Risk Retention Group,
LLC
Premium Assignment Corporation
Starr Indemnity & Liability Company
Tokio Marine Specialty Insurance Company
Travelers Casualty and Surety Company of
America
Starr Indemnity & Liability Company

**Payors**
Aetna/Coventry
Aetna Better Health
Amerihealth
BCBS Horizon NJ Health
Cigna HealthSpring
Community Behavioral Health
Health Partners Plans
Horizon Blue Cross of NJ
Humana
Independence Blue Cross
Independence Blue Cross of PA
Keystone First
Keystone Mercy
Medicaid
United Health Care

**Taxing Agencies**

Center City District
City of Philadelphia
Internal Revenue Service
Pennsylvania Department of Revenue

**Secured Parties**
Capital One, N.A.
GE HFS, LLC
Med One Capital Funding, LLC
MidCap Funding IV Trust
MidCap Funding H Trust
MidCap Financial Trust
De Landen Financial Services
Olympus America Inc.
U.S. Bank, N.A.

**Case Professionals**
EisnerAmper LLP
Omni Management Group
Saul Ewing Arnstein & Lehr LLP
SSG Advisors, LLC
Klehr Harrison Harvey & Branzburg LLP

**Banks**
Capital One, N.A.
Wells Fargo Bank, N.A.
Bank of America, N.A.
PNC Bank, N.A.

**Other Creditors/Contract Parties**
12st Catering, Inc.
3E Company Environmental, Ecological and
Engineering
3M Health Information Systems, Inc.
50 Words, LLC
AA Casa Inc d/b/a PM Associates
Aardvark Pest Control Services, Inc.
Aargon Agency, Inc.
Abbott Laboratories Inc.
Abbott Molecular Inc.
Abbott Nutrition
Abbott Point of Care
Abiomed, Inc.
ABO Haven Early Learning Center
Access Nurse PM, Inc. d/b/a TeamHealth
Medical Call Center
Accredo Health Group, Inc.
Accriva Diagnostics, Inc.

Accruent, LLC
ACS Education Services, Inc.
Ad Prima Charter School
ADP, LLC
Advanced Air Service Group
Advanced AV, LLC
Advanced CE
Advanced Door Services, Inc.
Advanced Sterilization Products Services, Inc.
Advanced Technologies Group, Inc.
Adynxx, Inc.
Agilent Technologies, Inc.
Alere Informatics, Inc.
Allergan USA, Inc.
Allergy and Asthma Specialists, PC
Alliance for Paired Donation, Inc.
Alliance HealthCare Services, Inc. d/b/a
Alliance HealthCare Radiology
AllMed Healthcare Management, Inc.
Alpha Imaging, Inc.
Atlantic Diagnostic Laboratories, LLC
Amazing Kidz Academy, LLC
America On Hold
American Academy of Sleep Medicine
American College of Cardiology Foundation
American College of Cardiology Foundation
American College of Radiology
American College of Surgeons
American College of Surgeons for the
Pennsylvania National Surgical Quality
Improvement Program Consortium
American Communication Centers d/b/a ACC
Solutions
American Dental Association
American Heart Association, Inc.
American Medical Response Mid-Atlantic, Inc.
American Messaging Services, LLC
American Radio and Microwave Corporation
Ameriwater, Inc.
Amit Maity, MD
AMO Sales and Service, Inc.
Amy Leader, Dr.P.H., M.P.H.
Analytic Solutions Network, LLC
Anda K. Kuo, MD
Aramark Refreshment Services, LLC
Aramark Uniform and Career Apparel Group,
Inc.
Arizant Healthcare Inc.
Arledge Electronics, Inc.
Artcraft Promotional Concepts
ARUP Laboratories, Inc.

Ascension School
ASPIRA Bilingual Cyber Charter School
ASSA ABLOY Entrance Systems US Inc.
ATG Consultants, LLC
Athena Diagnostics
Atlantic Lithotripsy, LLC d/b/a Mid-Atlantic
Stone Center
Atlantic Switch and Generator, LLC
Augusta Healthcare, Inc.
Aviacode, Inc.
Azima Health Services, Inc.
Baratz & Associates, PA
Barclay Water Management, Inc.
Bard Peripheral Vascular, Inc.
Barton & Associates, Inc.
Battell Memorial Institute Pacific Northwest
Division
Bayer Healthcare, LLC
BC Solutions LLC
BC Technical, Inc.
Beasley Media Group, Inc. d/b/a WMMR,
WMGK, WBEN-FM & WPEN
Beckman Coulter, Inc.
Beekley Corporation
Belfor USA Group Inc.
Belimed, Inc.
Bellevue Strategies, LLC
Best Practice Professionals Inc. d/b/a
oneSOURCE Document Management Services
Biochrom US
Biocompatibles, Inc.
BioDlogics, LLC
BioFire Diagnostics, LLC
bioMerieux Inc.
Biomet, Inc.
Bio-Optronics, Inc.
Bio-Rad Laboratories
Biosense Webster, Inc.
BiotronX LLC
BKT Architects, LLC
Blank Rome LLP
Blue Pillar, Inc.
Bondtech Incorporated
Bonel Medical Equipment, Inc.
Borton-Lawson Engineering, Inc.
Boston Scientific Corporation
Brian Communications LLC
Brigham and Women's Physicians Organization
Brightside Academy
Broadcast Music Inc.
Bromedicon, Inc.

Brucker & Morra, PC
Bulldog Orthodontics, LLC
Burns White LLC
Calyx Partners, LLC
Capstar Radio Operating Company d/b/a iHeart
Medica, Philadelphia
Cardeza Foundation Hemophilia and
Thrombosis Center
Cardinal Health 200, LLC
Cardinal Health 414, LLC
Cardinal Health Solutions, Inc.
CardioAccess, Inc.
CardioNet, Inc.
CareFusion 211, Inc.
CareFusion Solutions, LLC
CarterPierce, LLC
Casa del Carmen
CCJ Physics, LLC
Cenova, Inc.
Center City Film and Video, Inc.
Center for Student Learning Charter School at
Pennsbury
Centric Actuarial Solutions, LLC
Cepheid Incorporated
Cerner Corporation
Cetlin Design Group, Inc.
Champion Energy Services, LLC
Change Healthcare Technologies, LLC
Charley's Angels Photography Inc.
CHG Companies, Inc. d/b/a CompHealth
Chubb Hotel & Conference Center
Cincinnati Children's Hospital Medical Center
Cintas Corporation
CIOX Health, LLC
Cisco Systems Capital Corporation
CL Risk Solutions, LLC
Clark Services Group, LLC d/b/a The
Degreasers
Coast Quality Pharmacy, LLC d/b/a
AnazaoHealth
Cocco Enterprises, Inc.
Cochlear Americas
CohnReznick LLP
Colcom, Inc.
Coleman Nourian Search LLC
College of American Pathologists
Coloplast Corp.
Columbia University Medical Center
Community Behavioral Health
Computer Kids Day Care Center
Concilio

Congresso DeLatinos Unidos, Inc.
CONMED Corporation
Connolly Gallagher LLP
Conrad O'Brien PC
Constellation NewEnergy - Gas Division, LLC
Continuum, LLC
ConvergeOne Systems Integration, Inc.
Corona Partners
Corporate Cost Control, Inc.
Corporate Lamp and Electric Recycling LLC
Council on Accreditation of Nurse Anesthesia
Educational Programs
Courtyard Philadelphia Downtown
Covidien Sales LLC d/b/a Given Imaging
Cranel, Inc. d/b/a Versitec
Criterion Laboratories, Inc.
Crothall Healthcare, Inc.
Crowell & Moring LLP
Cushman & Wakefield of Connecticut, Inc.
Cushman & Wakefield of Pennsylvania, LLC
Cushman & Wakefield of Philadelphia, Inc.
CyraCom International Inc.
Dako North America, Inc.
Daniel Burke Photography
David Small
DaVita Healthcare Partners Inc.
De Lage Landen Financial Services, Inc.
De Long Industries Group, Inc. d/b/a Wavetech
Industries
Deaf Hearing Communication Centre, Inc.
Delaware Valley Aesthetics d/b/a Rumer
Cosmetic Surgery
Delta Dental of Pennsylvania
Devicor Medical Equipment, Inc.
Devicor Medical Products, Inc.
Devil's Alley
DEX Imaging, Inc.
DGA Partners, Inc.
Diagnoss Inc.
Diagnostica Stago, Inc.
Diesel Dialysis, LLC
Digital Innovation, Incorporated
DIRECTV, Inc.
Dixon Hughes Goodman LLP
DJO, LLC
Dolbey-Jamison, Inc.
Dome Insulation, LLC
Draeger Medical, Inc.
Draeger, Inc.
Drexelbrook
Drueding Center

-4-

Duff & Phelps, LLC
Dynamic Language Services, LLC
e4 Services, LLC
Eagles Taxi, LLC d/b/a 215 Get a Cab
Eastern Controls Inc.
Eastern Lift Truck Co., Inc.
Eastern Sign Tech, LLC
Eastern Society for Pediatric Research
Echo, Inc.
Eckert Seamans Cherin & Mellott, LLC
Econsult Solutions, Inc.
Education Resources, Inc.
Edwards Lifesciences LLC
EEC Acquisition LLC d/b/a Smart Care
Equipment Solutions
Einstein Practice Plan, Inc.
Electronic Ink
Electronic Payment Exchange
Electronic Security Solutions LLC
Elekta Inc.
Elemental Inc.
Elite Office Solutions, Inc.
EMD Millipore Corporation
Emergency Systems Service Company
Employers Health Network, LLC
Emergency Medical Associates
Employment Tax Servicing Corp. d/b/a Emptech
Encore Medical International, Inc.
Energy Products and Service Co., Inc.
Enerwise Global Technologies, Inc. d/b/a
CPower
Enovate Medical, LLC
Ensemble RCM LLC d/b/a Ensemble Health
Partners
Entercom
ENV Services, Inc.
Environmental and Engineering Solutions, Inc.
Environmental Control Services, Inc.
Ernst & Young LLP
Essential Consulting LLC
Ethan Kentzel
ettain group, Inc.
Eurofins Viracor, Inc.
Eurofins VRL, Inc. d/b/a VRL Eurofins
Everbridge, Inc.
Evoqua Water Technologies, LLC
Evoqua Water Technologies, LLC
Exactech US, Inc.
Fairmount Long Term Care
Fairmount Rowing Association
Field House Philly

Financial Recoveries
FIRM Revenue Cycle Management Services,
Inc.
First Philadelphia Charter School for Literacy
First Philadelphia Paradigm, Tacony Academy
FishHeads Aquarium Service LLC
Flex Financial, a division of Stryker Sales
Corporation
FM Cost Containment, LLC
Focus Diagnostics, Inc.
Fonemed, LLC
Foot & Ankle Center of Philadelphia, LLC
Foss Therapy Services, Inc.
Francis Cauffman, Inc.
Franklin Cleaning Equipment & Supply
Company
Fresenius Medical Care
Fusaro Brothers, Inc. d/b/a Maxwell Cab
Company
Future IT Advisors, LLC
Garda CL Atlantic, Inc.
Garrison Printing Company
Gary Frazier
GBS Corp
GE Healthcare IITS USA Corp.
GE HFS, LLC
GE Medical Systems Information Technologies,
Inc.
GE Precision Healthcare LLC
GeBBS Healthcare Solutions, Inc.
General Electric Company, by and through its
GE Healthcare division
General Healthcare Resources, LLC
Genova Group, LLC
Geo. W. Kistler, Inc. d/b/a Kistler O'Brien Fire
Protection
Germane & Co., Inc. d/b/a Germane Solutions
Getinge USA Sales, LLC
Getinge USA, Inc.
GlassRatner Advisory & Capital Group, LLC
Global Affiliates, Inc.
Global Healthcare Exchange, LLC
Greater Delaware Valley Society of Transplant
Surgeons d/b/a Gift of Life Donor Program
GTT Americas, LLC
H.C.A.S. of Florida, Inc. d/b/a Call 4 Health /
Call 4 Nurse
Haemonetics Corporation
Hahnemann Apothecary Inc.
Hanger Prosthetic and Orthotics, Inc. d/b/a
Hanger Clinic

Harmelin and Associates Inc. d/b/a Harmelin Media
Harry J Lawall & Son, Inc.
Hayes Healthcare, LLC
HBO & Recoveries, LLC
Health Sciences Law Group LLC
Healthcare Administrative Partners, LLC
Healthcare Performance Group, Inc.
Healthcare Receivable Specialists, Inc.
Healthshare Exchange of Southeastern Pennsylvania, Inc.
HealthStream, Inc.
HealthTronics Mobile Solutions, L.L.C.
HealthTrust Purchasing Group, L.P.
Health Partners Plans
HemaTechnologies, Inc.
Herman Goldner Co., Inc.
Hewlett-Packard Financial Services Company
Hillmann Consulting, LLC
Hill-Rom Company, Inc.
Hilton Philadelphia City Avenue
Historic Hotel Bethlehem
HMI LLC
Holland Square Group, LLC
Hollis Cobb Associates, Inc.
Hologic, Inc.
Hospice of Philadelphia
Howmedica Osteonics Corp.
HUB Parking Technology USA, Inc.
Huntingdon Valley Eye Care Consultants, Ltd.
Huntington Technology Finance, Inc.
Huron Consulting Services LLC
I. Miller Precision Optical Instruments, Inc.
iContracts, Inc.
IMA Consulting
Immaculata University
Immucor, Inc.
IMPAC Medical Systems, Inc.
IMPACT Services Corporation
Implementation Management Assistance, LLC d/b/a Revint Solutions
Independent Hardware, Inc.
Infor (US), Inc.
Informa Software
Ingenious Med, Inc.
Innovative Print & Media Group, Inc.
Innovative Product Achievements, LLC d/b/a IPA, LLC
INO Therapeutics LLC d/b/a Mallinckrodt
Inquicker, LLC
Integra Life Sciences Sales LLC

Integrated Healthcare Solutions, Inc.
Integrated Medical Systems International, Inc.
Integrity Healthcare, LLC
Interactivation Health Networks
Interphase Medical Equipment, Inc.
Intralinks, Inc.
Intuitive Surgical, Inc.
Iodine Software, LLC
Iron Mountain Information Management, LLC
ISS Facility Services, Inc.
ivWatch, LLC
Ivy Hill Cemetery Company
J.W. Carrigan, LLC
Jackson Lewis P.C.
Jay M. Yanoff, EdD
JDI Net Systems
JDR Consulting, LLC
Jefferson Gardens North Philadelphia Head Start
Joe Glass
John B. Stetson Middle School
John Calvitti Company
John Dowdle
JohnGSelf Partners, Inc.
Johnson & Johnson Health Care Systems Inc.
JohnsonLambert LLP
JP Zimmerman PCS LLC
JustRight Surgical, LLC
K&C Strategic Policy Group, LLC d/b/a DeBrunner & Associates
Karl Storz Endoscopy-America, Inc.
Kasscon Building Services, LLC
KCI USA, Inc.
Kenco Kalibration Inc.
Ken-Crest Services
Keystone Academy Charter School
Keystone Quality Transport Company
Kieran McKenna Flooring, Inc.
Kinder Academy
Klenzoid, Inc.
Konica Minolta Healthcare Americas, Inc.
Korn/Ferry International
Laboratory Corporation of America
Laerdal Medical Corporation
Language Services Associates, Inc.
Lantheus Medical Imaging, Inc.
Laser Service Solutions, LLC
Lauletta Birnbaum, LLC
Law Offices of Suzanne N. Pritchard, P.C.
Le Boeuf Holdings, Inc. d/b/a Jim's Enterprises
Leah Coppolino
Leasing Associates of Barrington, Inc.

Legal Clinic for the Disabled, Inc.
Leucadia Pharmaceuticals
Life Image Inc.
LifeLine Software, Inc.
Lighthouse
Limb Technologies, Inc. d/b/a LTI Orthotic Prosthetic Center
Linde LLC
LinkedIn Corporation
Lions Eye Bank of Delaware Valley
Lisa The
Litchfield Cavo LLP
Livanta LLC
Live Message America
Lockton-Dunning Series of Lockton Companies, LLC
LocumTenens.com, LLC
Lori's Gifts, Inc.
LRD Graphics, Inc. t/a Fels Printing
Lumedx Corporation
Lutheran Children and Family Service
Lutheran Settlement House
Lyons Advisors, LLC
M&M Autoclave Cleaning, LLC
Macalino Marketing, Inc.
Magee Rehabilitation Hospital
Maggiano's Little Italy
Major Medical Hospital Services, Inc.
Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications a/k/a MetTel
Mar Cor Purification, Inc.
Marcum LLP
Marshall Dennehey Warner Coleman & Goggin, P.C.
Mastery at Smedley Charter School
Mayflower Laundry and Textile Services LLC
MCG Health, LLC
MDS Carpeting and Flooring, Inc.
Med One Capital Funding, LLC
Med One Capital Funding, LLC d/b/a IPA One
MED3000 Inc.
Medacist Solutions Group, LLC
MedHub, LLC
MediaLab, Inc.
Medical Doctor Associates, LLC
Medical Excess LLC
Medical Gas Solutions, Inc.
Medical Neurogenetics, LLC
Medical Staffing Solutions, Inc. d/b/a STAT RESOURCES

medInt Holdings, LLC
Medline Industries Holdings, L.P
Medline Industries, Inc.
Medlytix, LLC
Medsentrix, LLC
Med-Tex Services, Inc.
Mednet Healthcare Technologies, Inc.
Medtronic USA Inc.
Mentor Worldwide LLC
Merchants Association Collection Division, Inc.
Mercy Neighborhood Ministries of Philadelphia, Inc.
Meridian Bioscience Corporation
Metropolitan Anesthesia Services, Inc.
MHC Software, LLC
Mindfigure Consulting
Mindray DS USA, Inc.
MiraMed Global Services, Inc.
MJR Technologies, Inc. d/b/a GT Telecom
Moira Brooks
Monterey Medical Solutions, Inc.
Mother of Divine Grace PN
MSW Enterprises Inc. d/b/a Newtown Answering Service
Muzak LLC d/b/a Mood Media
Nancy West Communications
Nanosonics, Inc.
Nathan Freedman
National Marrow Donor Program
Natus Medical Incorporated
NAVEX Global, Inc.
Neff and Associates, Inc.
Neopost Inc.
Network of Victim Assistance, LLC
Neurosurgical Anesthesia Consulting
New Foundations Charter School
New Innovations, Inc.
New York Blood Center, Inc.
Nexcore Properties PA LLC
Nixon Uniform Service, Inc.
Norris Square Children's Center
Northeast Protection Partners Inc.
Nova Biomedical Corporation
Nova Capital Group, LLC
nThrive Revenue Systems, LLC
nThrive, Inc.
NTT DATA Services, LLC
Nuance Communications, Inc.
Nuclear Medicine Resources, Inc.
Obermayer Rebmann Maxwell & Hippel LLP

Occupational Health Centers of the Southwest, P.A. d/b/a Concentra Medical Centers
Office of Civic Engagement & Volunteer Services' Foster Grandparent Program
Ohio Children's Hospital Solutions for Patient Safety
Olympus America Inc.
Omnicell, Inc.
Omnigo Software
On Time Ambulance, Inc.
Optum360 Solutions, LLC
Oregon Health & Science University
Ortho-Clinical Diagnostics, Inc.
OrthoPediatrics US Distribution Corporation
OsteoMed, LP
Otech Group LLC
Outcome Health
Pan American Academy Charter School
Pandora Data Systems, Inc.
Paradigm Mechanical, LLC
Park America, Inc.
ParkingSoft, LLC
Parkway Corporation
Patient Pathways, LLC
Patino Landscaping Group, LLC
Paul Rabinowitz Glass Co., Inc.
Paul Tirado
PayTech, Inc.
PCA EmSTAR Holdings, LP d/b/a EmSTAR
Pediatric Rehabilitation Associates, LLC
Penn Environmental & Remediation, Inc.
Pennoni Associates
Pennsylvania Department of Health, Chronic Renal Disease Program
Pennsylvania Oral & Maxillofacial Surgery, Ltd.
Pennsylvania Trauma Systems Foundation
Pentec Health, Inc.
People for People Charter School
People's Capital and Leasing Corp.
Pepper Hamilton LLP
PeriGen, Inc.
Perioperative Services, LLC
PERITUS Advisors
PerkinElmer Genetics, Inc.
Pharmacy OneSource Inc.
Philadelphia Business Journal
Philadelphia Ear, Nose & Throat Associates
Philadelphia Parent Child Center
Philadelphia Urosurgical Associates, PC
Philips Healthcare
Philips Medical Capital, LLC

Philly Star Events
Physician and Tactical Healthcare Services LLC
Pinnacle Healthcare Recovery Partners, Inc.
Pitney Bowes Inc.
Please Touch Museum
PNC Bank, National Association
Poovendran Sanththasivam, MD
Pope John Paul II Regional School
Porter's Family Center
Practising Law Institute
Precision Laser Specialist, Inc.
Precision Sprinkler Services, Inc.
Premier, Inc.
Preschool Project, Woolston
Prescient Logistics, LLC d/b/a RepScrubs
Prescott's Inc.
Press Ganey Associates, Inc.
Prestige Medical Imaging, Inc.
Prestige Perfusion, LLC
Primmer Piper Eggleston & Cramer PC
Priority Express Courier, Inc.
Professional Trauma Services, LLC
Proserv Removal, Inc. d/b/a 1-800-Got-Junk
ProviderTrust, Inc.
Pruett Roof
PTW New York Corporation
Public Health Management Corporation
Puppet Kitchen International, Inc.
Quality Insights Renal Network 4
Quantros, Inc.
Quest Diagnostic Clinical Laboratories Inc.
Quest Diagnostics Infectious Disease, Inc.
Quidel Corporation
R. Smith International, LLC d/b/a Resource
Rad Source Technologies, Inc.
Radiology Solutions, LLC
Radiometer America Inc.
Randstad Professionals US, LLC d/b/a Tatum
RealMed Corporation
Recognition Advantage, LLC
Red Shield Family Shelter
Reed Smith LLP
Reese's Professional Cleaning Service, LLC
Renal Treatment Centers - Northeast, Inc.
Respiratory Associates, LTD
Reuter Hanney Inc.
Richard N. Best Associates, Inc.
Ricoh USA, Inc.
Risa Eichinger
Rittenhouse Hematology & Oncology

Robert DiNunzio d/b/a Hygienic Building Services
Robinson Kirlew & Associates Attorneys at Law
Romed, Inc. d/b/a Romed Ambulance
S&H Ltd. d/b/a Metropolitan Flag & Banner Co.
S.A. Comunale Co., Inc.
S.R. Wojdak & Associates, LP d/b/a Wojdak Government Relations
SAI Global Compliance, Inc.
ScanSTAT Technologies, LLC
Scientific Apparatus Service, Inc.
Scott Testing Inc.
Scribe Care, Inc.
ScribeAmerica, LLC
SeaSpine Sales LLC
Security and Data Technologies, Inc.
Share Food Program Inc.
Sharonda Brown
SHC Services, Inc. d/b/a Supplemental Healthcare Company
Sherman Engineering Company
Shore Memorial Hospital d/b/a Shore Medical Center
Shriners Hospitals for Children
Sickle Cell Disease Association of America Philadelphia/Delaware Valley Chapter
Siemens Healthcare Diagnostics, Inc.
Siemens Industry, Inc.
Siemens Medical Solutions USA, Inc.
Simkar Corporation
Simon Gratz Mastery Charter School
Singletary Group Inc. d/b/a First Contact HR
SISCO, Inc.
Sky Nurses, LLC
SleepMed Incorporated
Smith & Nephew, Inc.
Smokin' Betty's
SMR Healthcare Management, Inc.
Sodexo Management, Inc.
Solid Waste Services Inc. d/b/a JP Mascaro and Sons
Sorin Group USA, Inc.
SourceHOV Healthcare, Inc.
Southampton Window Cleaning & Janitorial Services, Inc.
Southeast Reimbursement Group, LLC
Southwest Regional PCR, LLC d/b/a PathoGenius Laboratory
SpecialtyCare IOM Services, LLC
SpecialtyCare, Inc., as agent for SpecialtyCare Cardiovascular Resources, Inc.

Spectra Laboratories, Inc.
Spectrum Health Partners, LLC
Spiffy Cloud Inc.
SPIN at Frankford
Spok, Inc.
SportWorx, Inc.
Spreemo, Inc.
St. Bernard PN
St. Christopher's Foundation for Children
St. Christopher's Healthcare, LLC
St. Elizabeth North Philadelphia Headstart
St. Helena School
St. James School
St. Martin de Porres School
Staff Care, Inc.
Standard Register Company, The
Stanford/Sterling Group, LLC
State of the Art Medical Products, Inc.
Stericycle, Inc.
Steris Corporation
Storage Solutions Technology Group, Inc. d/b/a SST Group, Inc.
Strassheim Graphic Design & Press Corp.
Stryker Flex Financial
Stryker Neurovascular
Stryker Sales Corporation
Sun Nuclear Corporation
Sunquest Information Systems, Inc.
Sunrise Support Services
Synergy Orthopedics
Sysmex America, Inc.
Systematech Technical Management Services, Inc. d/b/a InDemand Interpreting
T. Cruse Design
Tab Service Company
TC Human Capital Solutions, LLC
Teleflex Medical Incorporated
Telehealth Services
Tenet Business Services Corporation
Terumo BCT, Inc.
Thanks for Being Green, LLC d/b/a Magnus Computer Recycling
The Academy of Natural Sciences of Drexel University
The Advisory Board Company
The American National Red Cross, Penn Jersey Region
The Anesthesia Quality Institute
The Bancorp Bank
The Bettinger Company, Inc.
The City of Philadelphia Fire Department

The Coding Network, LLC
The Communication Connection
The Cooper Health System
The Johns Hopkins University
The Leapfrog Group
The Otis Elevator Company
The Phillie Phanatic
The Society of Thoracic Surgeons
The Spectranetics Corporation
The Starlight Starbright Children's Foundation
International
The StayWell Company, LLC
The Visiting Nurse Association of Greater
Philadelphia
Therapath, LLC
Thomas, Thomas & Hafer LLP
thyssenkrupp Elevator Corporation
Tipton Communications Group, Inc.
Titan Health Management Solutions, Inc.
Toshiba America Medical Systems, Inc.
Total Package Express Inc. d/b/a One Hour
Messengers
Total Renal Care, Inc.
Tozour Energy Systems, Inc.
Tractmanager, Inc. d/b/a Meditract
Trans Union LLC
Translate Medical
Translogic Corporation d/b/a Swisslog
Healthcare Solutions
Transworld Systems Inc.
Trinity Biotech, Inc.
Trinity Mission Critical, LLC
TriReme Medical LLC
Trisonics, Inc.
UMS Lithotripsy Services of Greater
Philadelphia, LLC
UMS MR Fusion Services of Eastern PA, LLC
Universal Digital Resources
Universal Hospital Services, Inc.
Universal Protection Service, LP d/b/a Allied
Universal Security Services
University of Kansas Medical Center Research
Institute, Inc.
University Pipette Services, Inc.
UPMC Benefit Management Services, Inc. d/b/a
WorkPartners
UpToDate, Inc.
Urban Village Brewing Company
Urologic Consultants of Southeastern
Pennsylvania
Urologic Surgeons, Inc.

Urology for Children, LLC
US Regional Occupational Health II, PC d/b/a
WORKNET
U.S. Bank, N.A.
Unique Pharmaceuticals Ltd.
US Security Associates, Inc.
USA-Clean, Inc.
Van Hong Nguyen
Vanguard Cleaning Systems, Inc. d/b/a
Vanguard Cleaning Systems of Philadelphia
Vapotherm, Inc.
Varian Medical Systems
Veolia Energy Philadelphia, Inc.
Verathon Inc.
Vericom
VIE Healthcare, Inc.
Virtual Imaging, Inc.
Vision Quest National Limited
Visitation School
Vitalant
Vizient, Inc.
VOYCE, Inc.
VP-MA Health Solutions, Inc. d/b/a CDIMD
Vyera Pharmaceuticals, LLC
Warren Technology, Inc.
Watts Restoration Co., Inc.
Watts Restoration Co., Inc.
Wayne Moving and Storage Company
Weatherby Locums, Inc.
Web.com Group, Inc.
Webbcam LLC
Weber Gallagher Simpson Stapleton Fires &
Newby, LLC
Welcome America, Inc.
Wells Fargo Commercial Mortgage
Werfen USA LLC
West Health Advocate Solutions, Inc.
West Interactive Services Corporation
West Physics Consulting, LLC
West Unified Communications Services, Inc.
Whitecap Health Advisors, LLC
Wolters Kluwer Clinical Drug Information, Inc.
Women Against Abuse, Inc.
WomenCertified Inc.
Woodstock Family Center - OESS
X-Change Dialysis, Inc.
Xerox Corporation
Yard Truck Specialists, Inc.
Young Achievers Learning Center
Zimmer Biomet CMF & Thoracic, LLC
Zimmer US, Inc.

**Certain Litigation Parties**

1199C, NUHHCE

1526 Lombard Street SNF Operations LLC d/b/a
Powerback Rehabilitation

AAHS, LLC

All About Women

Altus Group U.S., Inc.

American Academic Health System, LLC

American Academic Health System, LLC, d/b/a
Hahnemann University Hospital

American Academic Health System, LLC, d/b/a
St. Christopher's Hospital for Children

Amrom, George, M.D.

Antony, Mary

Atlantic Specialty Insurance Company

Bailey, Paul, M.D.

Barrett, Nathan , Sr.

Beard, Jeffrey

Beck, Charles, as Legal Guardian of Isaiah Beck
(an adult)

Bell, Scherise

Benefit Fund for Hospital and Health Care
Employees

Bennett-Ryder, Martha, Administratrix of the
Estate of Virginia Smith

Boyd, Kenneth

Briggs, Alyssa (minor), by and through her
parents Joshua Briggs and LeeAnne Raccagno

Broad Street Healthcare Properties, LLC

Broad Street Healthcare Properties II, LLC

Broad Street Healthcare Properties III, LLC

Buggy, Donna, R.N.

Bureau of Labor Law Compliance

Burns, Sarah K., M.D.

Center City Healthcare, LLC

Center City Healthcare, LLC, d/b/a Hahnemann
University Hospital

Center City Health Care Associates, P.C.

Childs, Michael

City of Philadelphia

Clark, Maureen, D.O.

Clinical Care Associates of Univ of Penn Health
Care System

Combs, Candes

Cooper, April

Cooper, Shontelle, M.D.

Corizon Health, Inc., t/a Prison Health Services,
Inc.

Daniels-Iannucci, Lynsey, M.D.

DeValia, Laverne (Executive Director)

Devereaux, Courtney, Administratrix of the
Estate of Alise Adams-Allen

Delvadia, Dipak, D.O.

Deveaux, Richard, M.D.

Diaz, Gregory

Drexel College of Medicine

Drexel Medicine

Drexel Neurosciences Institute

Drexel Surgical Associates

Drexel University

Drexel University College of Medicine

Earley, Melissa

Edmondson, Madern

Envision Physician Services North Division,
a/k/a EmCare North Division

Felbaum, Daniel, M.D.

Feldman, Cheryl (Executive Director)

Fleming, Althea

Freedman, Joel

Front Street Healthcare Properties, LLC

Future IT Advisors, Inc.

Galvez, Alvaro, M.D.

Global Excel Management, Inc.

Global Neurosciences Institute

Gray, Juanita

Green, Seika Lee

Gruber, Eric, M.D.

Hahnemann Orthopedic Associates, LLC

Hahnemann Orthopedic Associates, P.C.

Hahnemann University Hospital

Halley, Kadyjah

Harrell, Tyron

Hospital of University of Pennsylvania

IHC Administrative Services, Inc.

IHC Health Solutions

Innovative Medical Risk Management, Inc.

Johnson, Robert

Khalili, Marina, M.D.

Lemons, Eric, as Executor of the Estate of Maria
Lemons

Leone, Joelle

Lewis, Emma, Individually and as
Administratrix of the Estate of Lynn Lewis

Rebecca Maneval, Lisa Rebecca, CRNP

Marcucci, Michael, M.D.

Mastrangelo, John

McFadden, Phyicia

Mercy Health System of Southeastern PA

Morgenstern, Ricardo, M.D.

Murphy, John, M.D.

Nazareth Hospital

Nunez, Alberto, M.D.
PAHH
PAHS, LLC
Packer, Marci
Packer, Steven
Paladin Healthcare
Paladin Healthcare Capital, LLC
Park America, Inc. of PA
Parker, Jason, D.O.
Parkway Corporation
Patel, Sonaly, M.D.
Penn Medicine at Bucks County
Penn Medicine, c/o the Trustees of the
University of Pennsylvania Health Care System
Penn Radiology Bucks County
Pennsylvania Association of Staff Nurses and
Allied Professionals
Pension Fund for Hospital and Health Care
Employees – Philadelphia and Vicinity
Philadelphia Academic Health System, LLC
Philadelphia Academic Medical Associates,
LLC
Philadelphia Hand Center, P.C.
Philadelphia Hospital & Health Care Employees
– District 1199C Training and Upgrading Fund
Philadelphia Human Rights Commission
Physicians Clinical Network, LLC
Porter-Robinson, Cassandra
Pratta, Steven, PA-C
R.V., a minor, by Kira and David Voelker
Reading Hospital
Reid, Shari, M.D.
Renza-Singhone, Elizabeth, M.D.
Richards, Suzanne
Rivera, Loraine
Rogers, Marquita
Rydal Square
Saechow, Pamela
Schwartz, Roy, M.D.
Schwedhelm, Thomas, M.D.
SD Real Estate Developers, LLC
Shaikh, Mohammad, M.D.
Shields, Corinthia
Sloan, David
Smith, Sharae
SMR Healthcare Management, Inc.
Standard Security Life Insurance Company of
New York
Steckler, Robert E., M.D.
Steese-Prisco, Marcella
Stone, Sherry

Taras, John, M.D.
Teichman, Amanda, M.D.
Tenet Business Services Corporation, Inc.
Tenet Healthcare Corporation
Tenet HealthSystem Hahnemann, LLC
Tenet HealthSystem St. Christopher's Hospital
for Children, LLC

Thompson, Jennifer, CNM
Tower Health
Tower Health Medical Group
Trinity Health Corp.
Trustees of University of Pennsylvania
U.S. Equal Employment Opportunity
Commission
Weinbaum, Paul, M.D.
Williams, Lana
Winn, Michael
Xiao, Gary, M.D.

**Delaware Bankruptcy Judges and Clerk of
the Court**
Judge Ashley M. Chan
Judge Brendan L. Shannon
Judge John. T. Dorsey
Judge Laurie Selber Silverstein
Judge Craig T. Goldblatt
Judge Christopher S. Sontchi
Judge Karen B. Owens
Judge J. Kate Stickles
Judge Mary F. Walrath

**U.S. Trustee's Office, District of Delaware**
Attix, Lauren
Buchbinder, David
Casey, Linda
Cooke, Denis
Cudia, Joseph
Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Harris, Ramona
Jones, Nyanquoi
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
O'Malley, James R.
Panacio, Michael

| | |
|---|---|
| Richenderfer, Linda | Starr, Karen |
| Sarkessian, Juliet | Tinker, Patrick T. |
| Schepacarter, Richard | Villagrana, David |
| Serrano, Edith A. | Wynn, Dion |
| Sierra, Rosa | |

-13-

**Schedule B**

**Newmark Contact List**

1.      Newmark previously was engaged by or on behalf of the Broad Street PropCos to sell the Real Estate, pursuant to an agreement that expired by its terms on or about June 3, 2021.

2.      Under the terms of the MOU, the Debtors assumed all obligations of the Broad Street PropCos with respect to a Property Management Agreement dated as of June 2, 2020, between the Broad Street PropCos and G&E Real Estate Management Services, Inc., an affiliate of Newmark.  As of the date of this Declaration, G&E Real Estate Management Services, Inc., continues to provide services with respect to the Real Estate pursuant to such agreement, as modified effective as of April 6, 2021.