IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (MFW) ) ) Jointly Administered ) |
| Debtors. | ) **Re: Docket No. 4449** ) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Upon the *Certification of Counsel Regarding Omnibus Hearing Dates*, dated January 6, 2023, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The following dates and times have been scheduled as omnibus hearings in the above-captioned chapter 11 cases:

| **Date & Time** |
|---|
| February 23, 2023 at 11:30 a.m. |
| March 22, 2023 at 10:30 a.m. |

Dated: January 9th, 2023
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

41000713.1 01/06/2023