# EXHIBIT D

### EXPENSE SUMMARY

41019859.2 01/19/2023

## Expense Summary
## For the Period from November 1, 2022 through November 30, 2022

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (4,272 pages @ $.10 per page) | | $427.20 |
| E-discovery Processing /Usage | Epiq Relativity | $8,397.70 |
| Legal Research | Westlaw; Lexis | $6,033.66 |
| Messenger Service | Reliable Copy Service - DE | $8.80 |
| Parking | *See attached chart* | $18.00 |
| Transcript | Reliable Copy Service – DE | $163.35 |
| **Total** | | **$15,048.71** |

2

| \ | TRAVEL DETAIL | | | |
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 11/07/22 | Broad and Vine Garage | (1) Adam Isenberg | Parking in Philadelphia to attend broker meeting | $18.00 |
| | | | **TOTAL** | **$18.00** |



| | | |
|---|---|---:|
| Philadelphia Academic Health System, LLC | Invoice Number | 2738292 |
| 222 N. Sepulveda Blvd. | Invoice Date | 12/30/22 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Value | |
|---|---|---:|---:|
| 11/26/22 | Epiq Relativity eDiscovery Costs | 8,397.70 | |
| | Total   Epiq Relativity eDiscovery Costs | | 8,397.70 |
| 11/09/22 | Photocopying | 213.60 | |
| 11/09/22 | Photocopying | 213.60 | |
| | Total Photocopying | | 427.20 |
| 11/14/22 | Messenger Service; VENDOR: Reliable Copy Service - DE; 10/17/22 - Hand delivery of Medline discovery dispute letter to Judge Walrath | 8.80 | |
| | Total Messenger Service | | 8.80 |
| 11/11/22 | Parking; VENDOR: Broad and Vine Garage; 11/07/22; Parking for Adam Isenberg for meeting with NKF | 18.00 | |
| | Total Parking | | 18.00 |
| 11/09/22 | Transcripts; VENDOR: Reliable Copy Service - DE; Transcript for October 25, 2022 hearing | 65.25 | |
| 11/21/22 | Transcripts; VENDOR: Reliable Copy Service - DE; Transcript for November 4, 2022 hearing | 98.10 | |
| | Total Transcripts | | 163.35 |
| 11/23/22 | Lexis Legal Research | 814.70 | |
| 11/28/22 | Lexis Legal Research | 763.64 | |
| 11/29/22 | Lexis Legal Research | 54.74 | |
| 11/10/22 | Westlaw Legal Research | 186.30 | |
| 11/18/22 | Westlaw Legal Research | 348.30 | |
| 11/21/22 | Westlaw Legal Research | 322.50 | |
| 11/22/22 | Westlaw Legal Research | 116.10 | |
| 11/23/22 | Westlaw Legal Research | 314.82 | |
| 11/28/22 | Westlaw Legal Research | 1,703.70 | |
| 11/29/22 | Westlaw Legal Research | 1,408.86 | |
| | Total Legal Research | | 6,033.66 |
| | CURRENT EXPENSES | | 15,048.71 |

**TOTAL AMOUNT OF THIS INVOICE**                                                                                        15,048.71

40991827.1 01/12/2023