# Exhibit A

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related to Docket No. ____** |
| | ) |

## ORDER ENFORCING THE AUTOMATIC STAY AGAINST IRONSTONE

Upon the motion (the "**Motion**") of the Debtors for an order (i) finding that Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC (collectively, "**Ironstone**") violated the automatic stay, (ii) requiring Ironstone to refrain from taking further action related to the CCH Real Estate, (iii) awarding to the Debtors the costs and attorneys' fees they have incurred responding to Ironstone's prior actions in violation of the automatic stay and in prosecuting this Motion, as a result of Ironstone's violations of the automatic stay, and (iv) preserving the Debtors' right to seek damages incurred as a result of Ironstone's violations of the automatic stay and to bring other claims against Ironstone based on Ironstone's prior and intended future violations of the automatic stay; and the Court having reviewed the Motion; and the Court having determined that Ironstone has exercised control over property of the Debtors in violation of 11 U.S.C. § 362(a)(3); and this Court having jurisdiction to consider the Motion and the relief requested

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and a hearing having been held on February 9, 2023, to consider the relief requested in the Motion (the "**Hearing**"); and the Court having made certain rulings at the Hearing; and upon the record of the Hearing, and all the proceedings before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. Ironstone has willfully violated 11 U.S.C. § 362(a)(3) with respect to its actions in connection with the CCH Real Estate.

3. Ironstone, and all contractors, subcontractors and other parties directly or indirectly acting for or on behalf of Ironstone, shall be, and hereby are, STAYED and PROHIBITED from taking any further improper actions on, or with respect to, the CCH Real Estate. Without limitation of the foregoing, Ironstone and all contractors, subcontractors and other parties directly or indirectly acting for or on behalf of Ironstone shall immediately cease and desist from (i) repaving any portion of the CCH Real Estate, (ii) any construction on or alteration of any portion of the CCH Real Estate and (iii) placing any signage on any portion of the CCH Real Estate.

4.	The Debtors shall submit a statement outlining the attorneys' fees and costs that the Debtors have incurred in responding to Ironstone's actions in connection with the CCH Real Estate and in prosecuting the Motion, and a hearing shall be held on approval of such attorneys' fees and costs on _____, 2023, with Ironstone filing an objection, if any, to such statement seven (7) days prior thereto.

5.	The Debtors' rights under applicable law to (a) seek damages (including punitive damages) incurred as a result of Ironstone's violations of the automatic stay and (b) bring other claims against Ironstone for its past and intended future violations of the automatic stay are hereby preserved.

6.	Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be effective and enforceable immediately upon entry hereof.

7.	The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.