# **Exhibit B**

**(Lot Survey – by Parcel)**

