# Exhibit C

**Race Street Labs Rendering**

