# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC, PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC, HPS OF PA, L.L.C., SCHC PEDIATRIC ASSOCIATES, L.L.C., ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C., SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C., STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C., TPS OF PA, L.L.C., TPS II OF PA, L.L.C., TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C. and TPS V OF PA, L.L.C.,<br><br>                  Plaintiffs,<br><br>v.<br><br>HURON CONSULTING SERVICES LLC,<br><br>                  Defendant.<br><br>HURON CONSULTING SERVICES LLC,<br><br>                  Third Party Plaintiff,<br><br>v.<br><br>PALADIN HEALTHCARE CAPITAL, LLC,<br><br>                  Third-Party Defendant. | Adv. Proc. No. 22-50263 (MFW) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JANUARY 24, 2023 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

> **WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

<u>**RESOLVED MATTER:**</u>

1. Eleventh Motion of the Debtors for Entry of an Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 4450; filed: 01/09/23]

   <u>Response Deadline</u>: January 17, 2023 at 4:00 p.m.

   <u>Responses Received</u>: None

   <u>Related Documents</u>:

   A.  Certification of No Objection [Docket No. 4465; filed: 01/18/23]

   B.  Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket NO. 4467; signed and docketed: 01/19/23]

   <u>Status</u>: On January 19, 2023, the Court entered an order approving this motion.

<u>**CONTINUED MATTERS**</u>:

2. Motion of Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor, to Allow Late Filed Claim and for Relief from the Automatic Stay [Docket No. 3669; filed: 03/07/22]

   <u>Response Deadline</u>: April 1, 2022 at 4:00 p.m.; extended to February 16, 2023 for the Debtors.

   <u>Responses Received</u>:

   A.  Informal comments from the Debtors

   <u>Related Documents</u>: None to date

   <u>Status</u>: This matter is continued to the February 23, 2023 omnibus hearing.

3.     Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors and Huron Consulting Services, LLC and Huron Consulting Group, Inc. [Docket No. 4452; Adv. No. 43; filed: 01/09/23]

Response Deadline: January 17, 2023 at 4:00 p.m.; extended for the MBNF Parties until January 23, 2023 at 4:00 p.m.

Responses Received: None to date

Related Documents: None to date

Status: This matter is continued to February 9, 2023 at 10:30 a.m.

Dated: January 19, 2023     **SAUL EWING LLP**

By:    */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

3

40777122.1 01/19/2023