NUANCE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                      :
                                            :
CENTER CITY HEALTHCARE, LLC d/b/a           :
HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*    :   Chapter 11
                                            :
                Debtors.                    :   Case No. 19-11466 (MFW)
                                            :
                                            :   (Jointly Administered)
                                            :
                                            :

## NOTICE OF WITHDRAWAL AS ATTORNEY

     **PLEASE TAKE NOTICE** that Chantelle D. McClamb. of Ballard Spahr LLP, counsel

to above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby

withdraws her appearance in the above-captioned matter effective January 23, 2023.  Notices,

pleadings, applications, motions, and any other documents served, or filed in the above-

captioned matter should no longer be served on:

Chantelle D. McClamb
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
mcclambc@ballardspahr.com

.

                      */s/ Chantelle D. McClamb*
                      Chantelle D. McClamb, Esquire
                      BALLARD SPAHR LLP
                      919 N. Market Street, 11th Floor
                      Wilmington, DE  19801-3034
                      Telephone: (302) 252-4465
                      mcclambc@ballardspahr.com

Dated:  January 23, 2023

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all persons and entities that have filed a request for service of filings in this case pursuant to Bankruptcy Rule 2002.

<u>*/s/* Chantelle D. McClamb</u>
Chantelle D. McClamb