# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket No. 4452** |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of Pa, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPA IV of PA L.L.C. and TPS V of PA, L.L.C.,<br><br>                Plaintiffs,<br><br>v.<br><br>Huron Consulting Services LLC,<br><br>                Defendant.<br><br>Huron Consulting Services LLC,<br><br>                Third Party Plaintiff,<br><br>v.<br><br>Paladin Healthcare Capital, LLC,<br><br>                Third-Party Defendant. | Adv. Proc. No. 22-50263 (MFW)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Re: Adv. Docket No. 43** |

## CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER APPROVING REVISED SETTLEMENT AGREEMENT BETWEEN THE DEBTORS AND HURON CONSULTING SERVICES, LLC AND HURON CONSULTING GROUP, INC.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

-2-

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1.  On January 9, 2023, the Debtors filed the *Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors and Huron Consulting Services, LLC and Huron Consulting Group, Inc.* [D. I. 4452 / Adv. D. I. 43] (the "**Settlement Motion**"). Attached to the proposed order filed with the Settlement Motion was the original Settlement Agreement (the "**Settlement Agreement**") by and between the Debtors and Huron Consulting Services, LLC and Huron Consulting Group, Inc. (the "**Huron Parties**").

2.  Pursuant to the notice of the Settlement Motion [D. I. 4452 / Adv. D. I. 43], objections to the Settlement Motion were to be filed by January 17, 2023 at 4:00 p.m. (prevailing Eastern Time), which deadline was extended for Paladin Healthcare Capital, LLC and certain related parties (collectively, the "**MBNF Parties**") to February 3, 2023 at 4:00 p.m. (prevailing Eastern Tim) (the "**Objection Deadline**").

3.  No formal objections or responses to the Settlement Motion were served upon the undersigned or entered on the Court's docket.

4.  Prior to the Objection Deadline, the MBNF Parties raised informal objections to the Settlement Motion. To resolve the MBNF Parties' informal objections, the Debtors and the Huron Parties agreed to certain changes to the Settlement Agreement.

5.  Attached hereto as **Exhibit A** is a proposed order approving the Settlement Motion (the "**Proposed Order**"). Attached as Exhibit 1 to the Proposed Order is a revised Settlement Agreement (the "**Revised Settlement Agreement**") which includes changes requested by the MBNF Parties.

-3-

6.    Attached hereto as **Exhibit B** is a "blackline" copy of the Revised Settlement Agreement which highlights the changes to the Settlement Agreement filed with the Settlement Moton.

7.    No objection remains to entry of the Proposed Order approving the Amended Settlement Agreement.

8.    Accordingly, the Court may sign the Proposed Order and direct that it be docketed.

Dated: January 31, 2023        **SAUL EWING LLP**

By:   /s/ Mark Minuti
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel to Debtors and Debtors in Possession*