## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF
### DANIELLE ELIZABETH SEKERAK

PLEASE TAKE NOTICE that counsel for the MBNF Non-Debtor Entities[2] hereby gives notice of the withdrawal of the appearance of Danielle Elizabeth Sekerak effective immediately.

PLEASE TAKE FURTHER NOTICE that the MBNF Non-Debtor Entities also request that Danielle Elizabeth Sekerak be removed from all service lists, including the Court's CM/ECF electronic notification list effective immediately.

PLEASE TAKE FURTHER NOTICE that the representation of the MBNF Non-Debtor Entities by all of the other attorneys of record of Latham & Watkins LLP and Richards, Layton & Finger, P.A. in these cases is unaffected by this notice.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The "**MBNF Non-Debtor Entities**" include Joel Freedman, Stella Freedman, Svetlana Attestatova, Kyle Schmidt, MBNF Investments, LLC, American Academic Health System, LLC, Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, Philadelphia Academic Risk Retention Group, LLC, Paladin Healthcare Capital, LLC, Paladin Healthcare Management, LLC, and Paladin Capital and Globe Health Foundation, Inc.

Dated: January 31, 2023
       Wilmington, Delaware

/s/ *James F. McCauley*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
James F. McCauley (No. 6991)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
Email: collins@rlf.com
      merchant@rlf.com
      schlauch@rlf.com
      mccauley@rlf.com

- and -

Suzzanne Uhland
Robert J. Malionek
Tianjiao ("TJ") Li
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: suzzanne.uhland@lw.com
      robert.malionek@lw.com
      tj.li@lw.com

*Counsel for the MBNF Non-Debtor Entities*