# Exhibit 2

Easement and Unity of Use Agreement ("**EUU**")

eRecorded in Philadelphia PA    Doc Id: 53316752
01/18/2018 03:21 PM    Page 1 of 23    Rec Fee: $256.75
Receipt#: 18-05623
Records Department    Doc Code: DM

## EASEMENT & UNITY OF USE STATEMENT

Existing Addresses:   225-51 N 15th Street, Philadelphia, Pennsylvania
221-223 N 15th Street, Philadelphia, Pennsylvania
200 N Broad Street, Philadelphia, Pennsylvania
202 N Broad Street, Philadelphia, Pennsylvania
204 N Broad Street, Philadelphia, Pennsylvania
206 N Broad Street, Philadelphia, Pennsylvania
208 N Broad Street, Philadelphia, Pennsylvania
210-14 N Broad Street, Philadelphia, Pennsylvania
216-20 N Broad Street, Philadelphia, Pennsylvania
222 N Broad Street (non OPA), Philadelphia, Pennsylvania
222-48 N Broad Street, Philadelphia, Pennsylvania
222-48 N Broad Street (non OPA), Philadelphia, Pennsylvania
1405 Race Street, Philadelphia, Pennsylvania
1407 Race Street, Philadelphia, Pennsylvania
1409 Race Street, Philadelphia, Pennsylvania
1417-35 Race Street, Philadelphia, Pennsylvania
1417-35 Race Street (non OPA), Philadelphia, Pennsylvania
222-248 N. Broad Street, Philadelphia, Pennsylvania

Proposed Addresses:   Parcel A: 222-48 Broad Street, Philadelphia, Pennsylvania
Parcel B: 225-51 N. 15th Street, Philadelphia, Pennsylvania
Parcel C: 216-20 N. Broad Street, Philadelphia, Pennsylvania
Parcel D: 200-14 N. Broad Street, Philadelphia, Pennsylvania
Parcel E: 201-19 N. 15th Street, Philadelphia, Pennsylvania
Parcel F: 221-23 N. 15th Street, Philadelphia, Pennsylvania

       *December 2017*
30ᵗʰ    THIS EASEMENT & UNITY OF USE STATEMENT (this "**Easement**") is signed the ~~21st~~ day of January, ~~2018~~ and effective this 11ᵗʰ day of January, 2018 (the "**Effective Date**"), by and among, BROAD STREET HEALTHCARE PROPERTIES, LLC ("**Owner 1**"), which is the equitable owner of the parcel designated as Proposed Parcel "A" on the Zoning Plan (defined hereinafter) ("**Parcel A**") and the parcel designated as Proposed Parcel "F" on the Zoning Plan ("**Parcel F**"), PAHH NEW COLLEGE MOB, LLC ("**Owner 2**"), which is the equitable owner of the parcel designated as Proposed Parcel "B" on the Zoning Plan ("**Parcel B**"), PAHH FEINSTEIN MOB, LLC ("**Owner 3**"), which is the equitable owner of the parcel designated as Proposed Parcel "C" on the Zoning Plan ("**Parcel C**"), and BROAD STREET HEALTHCARE PROPERTIES III, LLC ("**Owner 4**", together, collectively, with Owner 1, Owner 2, and Owner 3, the "**Owners**"), which is the equitable owner of the parcel designated as Proposed Parcel "D" on the Zoning Plan ("**Parcel D**") and the parcel designated as Proposed Parcel "E" on the Zoning Plan ("**Parcel E**"), each a "**Parcel**," and all parcels or properties hereinafter collectively referred to as the "**Parcels**," "**Properties**" or "**Property**" for the purposes of obtaining zoning permits and approvals from the Philadelphia Department of Licenses & Inspections ("**L&I**"), to use the Properties as one parcel for the purposes of zoning without consolidating the existing individual Parcels into one parcel.

## WITNESSETH:

     A.    Owner 1 is the equitable owner of certain real property, Parcel A and Parcel F described on Exhibit A attached hereto and made a part hereof, having addresses of 222-48 Broad Street, Philadelphia, Pennsylvania, which is OPA Account Number 77-2-0250-02, and 221-23 N. 15th Street, Philadelphia, Pennsylvania, which is OPA Account Number 77-2-0284-98, respectively, comprised of approximately 44,820.55 and 1,627.92 square feet, respectively,

and currently used for the following purposes: Hospital, Group Medical, Dental, and Health Practitioners, Accessory Signs, and Building ID Signs with respect to Parcel A, and Building Services and Accessory Signs with respect to Parcel F, and with a proposed use of: Hospital, Group Medical, Dental, and Health Practitioners, Accessory signs, and Building ID signs with respect to Parcel A, and Building Services and Accessory Signs with respect to Parcel F.

B.      Owner 2 owns certain real property Parcel B described on <u>Exhibit B</u> attached hereto and made a part hereof, having an address of 225-51 N. 15th Street, Philadelphia, Pennsylvania, which is OPA Account Number 77-2-0285-02, comprised of approximately 50,127.17 square feet and currently used for the following purposes: Hospital, Group Medical, Dental, and Health Practitioners, Educational Facilities, Wireless/cellular Antennas, and Accessory Signs with a proposed use of: Hospital, Group Medical, Dental, and Health Practitioners, Educational Facilities, Wireless/cellular Antennas, and Accessory Signs.

C.      Owner 3 owns certain real property, Parcel C described on <u>Exhibit C</u> attached hereto and made a part hereof, having an address of 216-20 N. Broad Street, Philadelphia, Pennsylvania, which is OPA Account Number 77-2-0240-02, comprised of approximately 22,363.41 square feet and currently used for the following purposes: Hospital, Group Medical, Dental, and Health Practitioners, and Accessory Signs with a proposed use of: Hospital, Group Medical, Dental, and Health Practitioners, and Accessory Signs.

D.      Owner 4 owns certain real property, Parcel D and Parcel E described on <u>Exhibit D</u> attached hereto and made a part hereof, having addresses of 200-14 N. Broad Street, Philadelphia, Pennsylvania, which is OPA Account Number 88-5-4678-62, and 201-19 N. 15th Street, Philadelphia, Pennsylvania, which is OPA Account Number 77-2-0284-96, respectively, comprised of approximately 27,491.71 and 38,821.60 square feet, respectively, and currently used for the following purposes: Accessory Surface Parking Lot and Accessory Signs with respect to Parcel D and Educational Facilities, Accessory Surface Parking Lot, and Accessory Signs with respect to Parcel E, with a proposed use of: Accessory Surface Parking Lot and Accessory Signs with respect to Parcel D and Educational Facilities, Accessory Surface Parking Lot, and Accessory Signs with respect to Parcel E.

E.      The Property consists of six (6) parcels. Rather than consolidating the parcels into one parcel, the Owners desire to create an easement and designate a **"Unity of Use"** among the Parcels to create a single zoning Property or Parcel so as to fulfill the zoning requirements of L&I and obtain from L&I the issuance of a Zoning Permit for the Property as if it were one zoning property. This Easement is simultaneously submitted to L&I in conjunction with a permit application for the Property and this Easement must be recorded against the Property and run with the land. The Owners affirm the uses of the Parcels affected by this Easement are integrated and interdependent.

ARTICLE I.

1.1      <u>Easement</u>. Owners hereby establish and create, for the benefit of all six (6) Parcels, reciprocal easements that allow all six (6) Parcels to use and enjoy all common areas, and use the Property as if it were comprised of one parcel for zoning purposes, as more specifically described in an Operation and Reciprocal Easement Agreement among the Owners, to be recorded immediately hereafter.

ARTICLE II.

2.1      <u>Unity of Use</u>. For purposes of zoning, exclusively, all four (4) Owners hereby agree and state that the Parcels shall be considered one contiguous parcel of land. In connection therewith, Owners hereby agree and covenant that the Parcels shall be used in such a manner as

if the six (6) parcels that comprise the Property were one zoning property. Such current and proposed use of the Property is for Hospital, Group Medical, Dental, and Health Practitioners, Educational Facilities, Accessory Offices, Building Services, Accessory Surface Parking Lot, Wireless/cellular Antennas, Accessory Signs and Building ID Signs purposes.

2.2    Area. For purposes of zoning, exclusively, Owners hereby agree and state that the Property is comprised of six (6) parcels totaling approximately 185,252.4 square feet of land, as generally depicted on Exhibit E attached hereto, entitled, Hahnemann University Hospital Proposed Subdivision Plan V0802 ("**Zoning Plan**"), prepared by Pennoni Engineering P.A., adopted by the Board of Surveyors on December 2, 2017, and consisting of 1 sheet.

ARTICLE III.

3.1    Extinguishment of Easement. **NOTICE: THE EXISTING LOTS AND THEIR STRUCTURES AND USES ARE CURRENTLY LEGALLY, EXISTING, NON-CONFORMING WITH APPLICABLE ZONING REQUIREMENTS. THEY ARE BEING CONSOLIDATED AS ONE LOT FOR ZONING PURPOSES. THEREFORE IF THE UNITY OF USE WERE EXTINGUISHED THE INDIVIDUAL LOTS COULD BE IN VIOLATION OF THE ZONING CODE UNDER ITS CURRENT TERMS, AND THEREFORE COULD REQUIRE VARIANCE OF OTHER RELIEF TO BECOME COMPLIANT.**

At any time hereafter, this Easement may be extinguished by the written agreement of all Owners, such executed agreement to be recorded. Upon recordation of such an extinguishment of easement among the land records of the county in which the Parcels are located, this Easement shall be null and void and, thereafter, neither party shall have neither any rights nor obligations as described herein. Prior to, and as a condition of, the recordation of the extinguishment of this Easement, a Zoning Permit/Use Registration Permit for each Parcel will be filed for and obtained (including any variance relief required from the Philadelphia Zoning Board of Adjustment) that addresses the extinguishment of this Easement, the lawful separation of the Parcels from the Easement for zoning purposes, the continuing compliance of the Parcels with L&I requirements, and the proposed use(s) of the individual properties. The Owners shall use good faith and diligent efforts, and shall cooperate with each other, to expeditiously file for and obtain a Zoning Permit/Use Registration Permit for each Parcel, and any variance relief required from the Philadelphia Zoning Board of Adjustment, to the extent necessary to complete the extinguishment of this Easement and shall cooperate with each other in their effort to accomplish the lawful separation of the Parcels from this Easement for zoning purposes in the event of such extinguishment such that the Parcels remain, following such extinguishment, in compliance with L&I requirements and the continuing use(s) and structures of the individual properties are lawful.

Furthermore, if at any time hereafter any Zoning Permit/Use Registration Permit issued by L&I pursuant to this Easement is terminated or extinguished by L&I or pursuant to the order of any court having jurisdiction over the Parcels, the Owners shall use good faith and diligent efforts, and shall cooperate with each other, to expeditiously file for and obtain a Zoning Permit/Use Registration Permit for each Parcel, and any variance relief required from the Philadelphia Zoning Board of Adjustment, to the extent necessary to remedy the extinguishment of this Easement in order to accomplish the lawful separation of the Parcels for zoning purposes, such that the Parcels remain in compliance with L&I requirements and the continuing use(s) and structures of the individual properties are lawful.

ARTICLE IV.

4.1    Recitals. The Recitals and defined terms set forth above are incorporated herein by reference and constitute a material part of this Easement.

4.2     Binding Effect. The provisions of this Easement run with the land and shall inure to the benefit of or be binding upon and enforceable against the Owners of the Parcels, their heirs, personal representatives, successors and assigns. This Easement and the recordings required hereunder shall be recorded among the land records of Philadelphia County, where the Properties are located.

4.3     Governing Law. This Easement is created under and is to be governed, construed, and enforced in accordance with the laws of the Commonwealth of Pennsylvania.

4.4     Indemnity Agreement. The Owners of the Parcels shall indemnify, defend, and hold harmless each other from claims, demands, and causes of action asserted against the indemnitee by any person for personal injury, death, or loss or damage to property resulting from the negligence or willful misconduct of the indemnitor or its respective invitees or agents relating to the matters covered by this Easement. Where such personal injury, death, or loss of or damage to property is the result of joint negligence or willful misconduct of any or all Owners and/or their respective invitees or agents relating to the Parcels and the matters covered by this Easement, the indemnitor's duty of indemnification shall be in proportion to its allocable share of such joint negligence or willful misconduct.

4.5     No Impact On Other Easements. This Easement is not to be construed as in any way changing/altering or diminishing any other agreements or understandings relating to easements for the Properties described in Exhibits A-D.

4.6     Counterparts. This Easement may be executed in one or more counterparts, all of which together shall constitute a single agreement.

**[signature pages to follow]**

IN WITNESS WHEREOF, the Owners have set forth its hands and seals as of the day and year first above written.

BROAD STREET HEALTHCARE PROPERTIES, LLC

By: _____

Name: Joel Freedman

Title:   Chief Executive Officer and President

[Signature page to HUH Lots A-F Unity of Use]

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF *California* )

COUNTY OF *Los Angeles* )

On *December 30*, 2017, before me, *Larion Ayzman (Notary Public)*
   Date                                              *(Here Insert Name and Title Of the Officer)*

personally appeared *Joel Lawrence Freedman*
                                              *Name(s) of Signers)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

LARION AYZMAN
COMM. #2115103
Notary Public · California
Ventura County
My Comm. Expires June 12, 2019
NRO1

Signature _____
                *Signature of Notary Public*

***Place Notary Seal Above***

[Signature page to HUH Lots A-F Unity of Use]

BROAD STREET HEALTHCARE PROPERTIES
III, LLC

By:
Name: Joel Freedman
Title:   Chief Executive Officer and President

[Signature page to HUH Lots A-F Unity of Use]

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _California_ )

COUNTY OF _Los Angeles_

On _December 30_, 2017, before me, _Larion Ayzman (Notary Public)_
Date                                    (Here Insert Name and Title Of the Officer)

personally appeared _Joel Lawrence Freedman_
                              Name(s) of Signers

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                    Signature of Notary Public

LARION AYZMAN
COMM. #2115103
Notary Public · California
Ventura County
My Comm. Expires June 12, 2019
NRO1

***Place Notary Seal Above***

[Signature page to HUH Lots A-F Unity of Use]

PAHH NEW COLLEGE MOB, LLC

By: _____

Name: Mark J. Burkemper

Title: Authorized Signatory


STATE OF _Illinois_____ :
                                    : SS
COUNTY OF _Cook_____ :


    On this, the 2nd day of _January_____, 2018, before me, the undersigned Notary Public, personally appeared Mark J. Burkemper known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledge that she executed the same in the capacity therein stated for the purposes therein contained.


    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

"OFFICIAL SEAL"
PELNETTA K. BURROWS

Notary Public
My Commission Expires:

Notary Public
State of Illinois
My commission
expires 6/24/2018


[Signature page to HUH Lots A-F Unity of Use]

PAHH FEINSTEIN MOB, LLC

By: _____
Name: Mark J. Burkemper
Title:  Authorized Signatory


STATE OF _Illinois_____ :
                               : SS
COUNTY OF _Cook_____ :


On this, the 2nd day of January_____, 2018, before me, the undersigned Notary Public, personally appeared Mark J. Burkemper known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledge that she executed the same in the capacity therein stated for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My Commission Expires:

"OFFICIAL SEAL"
ZELNETTA K. BURROWS

[Signature page to HUH Lots A-F Unity of Use]

## EXHIBIT A

### *Legal Descriptions of Parcel A & Parcel F*

**Parcel A:**

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEGINNING IN THE CITY AND COUNTY OF PHILADELPHIA, COMMONWEALTH OF PENNSYLVANIA, AS SHOWN ON A PLAN BY PENNONI ASSOCIATES ENTITLED "HAHNEMANN UNIVERSITY HOSPITAL – PROPOSED SUBDIVISION PLAN" BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY SIDE OF VINE STREET (ON CITY PLAN, LEGALLY OPEN, VARIABLE WIDTH) WHERE IT INTERSECTS WITH THE WESTERLY SIDE OF BROAD STREET (ON CITY PLAN, LEGALLY OPEN, 113' WIDE) AND RUNNING:

1) THENCE: ALONG SAID WESTERLY SIDE OF BROAD STREET, S11°21'00"W, A DISTANCE OF 257.406' TO A POINT COMMON TO PARCEL C;

2) THENCE: ALONG PARCEL C, N78°59'00"W, A DISTANCE OF 121.833' TO A POINT;

3) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 94.348' TO A POINT;

4) THENCE: CONTINUING ALONG SAME, N78°39'00"W, A DISTANCE OF 32.915' TO A POINT;

5) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 42.110' TO A POINT;

6) THENCE: CONTINUING ALONG SAME, N78°39'00"W, A DISTANCE OF 46.670' TO A POINT;

7) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 1.740' TO A POINT COMMON TO THE EASTERLY LINE OF PARCEL B;

8) THENCE: ALONG THE NORTHERLY LINE OF PARCEL B, N78°39'00"W, A DISTANCE OF 20.198' TO A POINT;

9) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 122.199' TO A POINT ON THE SOUTHERLY SIDE OF VINE STREET;

10) THENCE: ALONG THE SOUTHERLY SIDE OF VINE STREET, S78°59'00"E, A DISTANCE OF 27.619' TO A POINT;

11) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 0.094' TO A POINT;

12) THENCE: CONTINUING ALONG THE SOUTHERLY SIDE OF VINE STREET, S78°59'00"E, A DISTANCE OF 194.00' TO THE POINT AND PLACE OF BEGINNING.

Containing 44,820.55 s.f. / 1.02894 acres of land, more or less.

**Parcel F:**

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND
BEGINNING IN THE CITY AND COUNTY OF PHILADELPHIA, COMMONWEALTH OF
PENNSYLVANIA, AS SHOWN ON A PLAN BY PENNONI ASSOCIATES ENTITLED
"HAHNEMANN UNIVERSITY HOSPITAL – PROPOSED SUBDIVISION PLAN"
BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE EASTERLY SIDE OF NORTH 15TH STREET, (ON
CITY PLAN, LEGALLY OPEN, 70' WIDE), SAID POINT BEING LOCATED N 11°21'00" E,
A DISTANCE OF 167.831' FROM THE INTERSECTION OF SAID EASTERLY SIDE OF
NORTH 15TH STREET AND THE NORTHERLY SIDE OF RACE STREET, (ON CITY
PLAN, LEGALLY OPEN, 50' WIDE) AND RUNNING;

1)    THENCE ALONG SAID EASTERLY SIDE OF NORTH 15TH STREET, LOCATED N
      11°21'00" E, A DISTANCE OF 32.841' TO A POINT;

2)    THENCE: LEAVING SAID EASTERLY SIDE OF 15th STREET AND ALONG THE
      SOUTHERLY LINE OF PARCEL B, S78°59'00"E, A DISTANCE OF 65.000' TO A
      POINT COMMON CORNER TO PARCEL E;

3)    THENCE: ALONG THE PARCEL E, S11°21'00"W, A DISTANCE OF 14.659' TO A
      POINT;

4)    THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 25.578'
      TO A POINT;

5)    THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 13.296'
      TO A POINT;

6)    THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 8.528'
      TO A POINT;

7)    THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 4.886' TO
      A POINT;

8)    THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 30.894'
      TO THE POINT AND PLACE OF BEGINNING.

Containing 1,627.92 s.f. / 0.03737 acres of land, more or less.

## EXHIBIT B

### *Legal Description of Parcel B*

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEGINNING IN THE CITY AND COUNTY OF PHILADELPHIA, COMMONWEALTH OF PENNSYLVANIA, AS SHOWN ON A PLAN BY PENNONI ASSOCIATES ENTITLED "HAHNEMANN UNIVERSITY HOSPITAL – PROPOSED SUBDIVISION PLAN" BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY SIDE OF VINE STREET (ON CITY PLAN, LEGALLY OPEN, VARIABLE WIDTH) WHERE IT INTERSECTS WITH THE EASTERLY SIDE OF 15TH STREET (ON CITY PLAN, LEGALLY OPEN, 70' WIDE) AND RUNNING:

1) THENCE: ALONG SAID SOUTHERLY SIDE OF VINE STREET, S78°59'00"E, A DISTANCE OF 174.381' TO A POINT COMMON TO PARCEL A;

2) THENCE: ALONG THE WESTERLY LINE OF PARCEL A, S11°21'00"W, A DISTANCE OF 122.199' TO A POINT;

3) THENCE: CONTINUING ALONG SAME, S78°39'00"E, A DISTANCE OF 20.198' TO A POINT COMMON TO PARCEL C;

4) THENCE: ALONG THE WESTERLY LINE OF PARCEL C, S11°21'00"W, A DISTANCE OF 56.015' TO A POINT;

5) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 7.667' TO A POINT;

6) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 25.416' TO A POINT;

7) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 1.125' TO A POINT;

8) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 85.291' TO A POINT, COMMON TO PARCEL E;

9) THENCE: ALONG THE NORTHERLY LINE OF PARCEL E, N78°59'00"W, A DISTANCE OF 62.210' TO A POINT;

10) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 21.842 TO A POINT;

11) THENCE: CONTINUING ALONG PARCELS E & F, N78°59'00"W, A DISTANCE OF 123.582' TO A POINT ON THE EASTERLY SIDE OF 15th STREET;

12) THENCE: ALONG THE EASTERLY SIDE OF 15TH STREET, N11°21'00"E, A DISTANCE OF 267.197' TO THE POINT AND PLACE OF BEGINNING.

Containing 50,127.17 s.f. / 1.15076 acres of land, more or less.

## EXHIBIT C

### *Legal Description of Parcel C*

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEGINNING IN THE CITY AND COUNTY OF PHILADELPHIA, COMMONWEALTH OF PENNSYLVANIA, AS SHOWN ON A PLAN BY PENNONI ASSOCIATES ENTITLED "HAHNEMANN UNIVERSITY HOSPITAL – PROPOSED SUBDIVISION PLAN" BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WESTERLY SIDE OF BROAD STREET (ON CITY PLAN, LEGALLY OPEN, 113' WIDE), SAID POINT BEING LOCATED 155.932' NORTHERLY FROM THE INTERSECTION OF SAID WESTERLY SIDE OF BROAD STREET AND THE NORTHERLY SIDE OF RACE STREET (ON CITY PLAN, LEGALLY OPEN, 50' WIDE) AND RUNNING:

1) THENCE: ALONG PARCEL D, N78°59'00"W, A DISTANCE OF 91.495' TO A POINT;

2) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 7.952' TO A POINT;

3) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 7.382' TO A POINT;

4) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 8.646' TO A POINT;

5) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 61.122' TO A POINT;

6) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 2.000' TO A POINT;

7) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 10.667' TO A POINT, COMMON TO THE EASTERLY LINE OF PARCEL E;

8) THENCE: ALONG THE EASTERLY LINE OF PARCEL E, N11°21'00"E, A DISTANCE OF 16.035' TO A POINT;

9) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 29.832' TO A POINT;

10) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 42.833' TO A POINT;

11)    THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 9.708'
        TO A POINT, COMMON TO PARCEL B;

12)    THENCE: ALONG THE EASTERLY LINE OF PARCEL B, N11°21'00"E, A
        DISTANCE OF 64.291' TO A POINT;

13)    THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 1.125' TO
        A POINT;

14)    THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 25.416'
        TO A POINT;

15)    THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 7.667' TO
        A POINT;

16)    THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 57.755'
        TO A POINT, COMMON CORNER TO PARCEL A;

17)    THENCE: ALONG PARCEL A, S78°39'00"E, A DISTANCE OF 46.670' TO A
        POINT;

18)    THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 42.110'
        TO A POINT;

19)    THENCE: CONTINUING ALONG SAME, S78°39'00"E, A DISTANCE OF 32.915'
        TO A POINT;

20)    THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 94.348'
        TO A POINT;

21)    THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 121.833'
        TO A POINT ON SAID WESTERLY SIDE OF BROAD STREET;

22)    THENCE: CONTINUING ALONG THE WESTERLY SIDE OF BROAD STREET,
        S11°21'00"W, A DISTANCE OF 54.443' TO THE POINT AND PLACE OF
        BEGINNING.

Containing 22,363.41 s.f. / 0.51339 acres of land, more or less.

## EXHIBIT D

### *Legal Descriptions of Parcel D and Parcel E*

**Parcel D**

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEGINNING IN THE CITY AND COUNTY OF PHILADELPHIA, COMMONWEALTH OF PENNSYLVANIA, AS SHOWN ON A PLAN BY PENNONI ASSOCIATES ENTITLED "HAHNEMANN UNIVERSITY HOSPITAL – PROPOSED SUBDIVISION PLAN" BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT OF INTERSECTION OF THE WESTERLY SIDE OF BROAD STREET (ON CITY PLAN, LEGALLY OPEN, 113' WIDE) AND THE NORTHERLY SIDE OF RACE STREET (ON CITY PLAN, LEGALLY OPEN, 50' WIDE) AND RUNNING:

1) THENCE: ALONG SAID NORTHERLY SIDE OF RACE STREET, N78°59'00"W, A DISTANCE OF 190.025' TO A POINT, COMMON CORNER TO PARCEL E;

2) THENCE: ALONG THE EASTERLY LINE OF PARCEL E, N11°21'00"E, A DISTANCE OF 94.333' TO A POINT;

3) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 19.967' TO A POINT;

4) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 15.667' TO A POINT;

5) THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 9.942' TO A POINT;

6) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 31.333' TO A POINT;

7) THENCE: CONTINUING ALONG PARCEL E, S78°59'00"E, A DISTANCE OF 20.000' TO A POINT, COMMON CORNER TO THE SOUTHERLY LINE OF PARCEL C;

8) THENCE: ALONG THE SOUTHERLY LINE OF PARCEL C, S11°21'00"W, A DISTANCE OF 2.000' TO A POINT;

9) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 61.122' TO A POINT;

10) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 8.646' TO A POINT;

11) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 7.382' TO A POINT;

12) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 7.952' TO A POINT;

13) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 91.495' TO A POINT ON THE SAID WESTERLY SIDE OF BROAD STREET;

14) THENCE: ALONG THE WESTERLY SIDE OF BROAD STREET, S11°21'00"W, A DISTANCE OF 155.932' TO THE POINT AND PLACE OF BEGINNING.

Containing 27,491.71 s.f. / 0.63112 acres of land, more or less.

**Parcel E**

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEGINNING IN THE CITY AND COUNTY OF PHILADELPHIA, COMMONWEALTH OF PENNSYLVANIA, AS SHOWN ON A PLAN BY PENNONI ASSOCIATES ENTITLED "HAHNEMANN UNIVERSITY HOSPITAL – PROPOSED SUBDIVISION PLAN" BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT AT THE INTERSECTION OF THE NORTHERLY SIDE OF RACE STREET (ON CITY PLAN, LEGALLY OPEN, 50' WIDE) AND THE EASTERLY SIDE OF 15TH STREET (ON CITY PLAN, LEGALLY OPEN, 70' WIDE) AND RUNNING:

1) THENCE: ALONG THE EASTERLY SIDE OF 15th STREET, N11°21'00"E, A DISTANCE OF 167.831' TO A POINT, COMMON CORNER TO PARCEL F;

2) THENCE: LEAVING SAID EASTERLY SIDE OF 15th STREET AND ALONG PARCEL F, S78°59'00"E, A DISTANCE OF 30.894' TO A POINT;

3) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 4.886' TO A POINT;

4) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 8.528' TO A POINT;

5) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 13.296' TO A POINT;

6) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 25.578' TO A POINT;

7) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 14.659' TO A POINT COMMON TO PARCEL B;

8) THENCE: ALONG PARCEL B, S78°59'00"E, A DISTANCE OF 58.582' TO A POINT;

9) THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 21.842' TO A POINT;

10) THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 62.210' TO A POINT;

11) THENCE: CONTINUING ALONG SAME, N11°21'00"E, A DISTANCE OF 21.000' TO A POINT COMMON CORNER TO PARCEL C;

12)    THENCE: ALONG PARCEL C, S78°59'00"E, A DISTANCE OF 9.708' TO A POINT;

13)    THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 42.833'
       TO A POINT;

14)    THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 29.832'
       TO A POINT;

15)    THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 16.035'
       TO A POINT, COMMON TO PARCEL D;

16)    THENCE: ALONG PARCEL D, N78°59'00"W, A DISTANCE OF 9.333' TO A
       POINT;

17)    THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 31.333'
       TO A POINT;

18)    THENCE: CONTINUING ALONG SAME, S78°59'00"E, A DISTANCE OF 9.942' TO
       A POINT;

19)    THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 15.667'
       TO A POINT;

20)    THENCE: CONTINUING ALONG SAME, N78°59'00"W, A DISTANCE OF 19.967'
       TO A POINT;

21)    THENCE: CONTINUING ALONG SAME, S11°21'00"W, A DISTANCE OF 94.333'
       TO A POINT ON THE SAID NORTHERLY SIDE OF RACE STREET;

22)    THENCE: ALONG THE NORTHERLY SIDE OF RACE STREET, N 78°59'00" W, A
       DISTANCE OF 205.975' TO THE POINT AND PLACE OF BEGINNING.

Containing 38,821.60 s.f. / 0.89122 acres of land, more or less.

## EXHIBIT E

*Zoning Site Plan*





| BOOK NO. | PAGE NO. |
|---|---|

# PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION

DATE RECORDED

CITY TAX PAID

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A.   CORRESPONDENT — All inquiries may be directed to the following person:**

| NAME Eileen M. Christian | TELEPHONE NUMBER: AREA CODE (484) 885-2899 |
|---|---|

| STREET Land Services USA, Inc. c/o 1835 Market St, Suite 420 | CITY Philadelphia | STATE PA | ZIP CODE 19103 |
|---|---|---|---|

**B.   TRANSFER DATA** — DATE OF ACCEPTANCE OF DOCUMENT: **January 11, 2018**

| GRANTOR(S)/LESSOR(S) see attached | GRANTEE(S)/LESSEE(S) see attached |
|---|---|

| STREET ADDRESS see attached | STREET ADDRESS see attached |
|---|---|

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|

**C.   PROPERTY LOCATION**

| STREET ADDRESS see attached | CITY, TOWNSHIP, BOROUGH Philadelphia |
|---|---|

| COUNTY Philadelphia | SCHOOL DISTRICT Philadelphia | TAX PARCEL NUMBER see attached |
|---|---|---|

**D.   VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION 0.00 | 2. OTHER CONSIDERATION + 0.00 | 3. TOTAL CONSIDERATION = 0.00 |
|---|---|---|
| 4. COUNTY ASSESSED VALUE see attached | 5. COMMON LEVEL RATIO FACTOR X 1.01 | 6. FAIR MARKET VALUE = see attached |

**E.   EXEMPTION DATA**

| 1A. AMOUNT OF EXEMPTION 0.00 | 1B. PERCENTAGE OF INTEREST CONVEYED 100% | |
|---|---|---|

**2.   Check Appropriate Box Below for Exemption Claimed**

- [ ] Will or intestate succession _____ .
  *(NAME OF DECEDENT)*          *(ESTATE FILE NUMBER)*

- [ ] Transfer to Industrial Development Agency.

- [ ] Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

- [ ] Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____ .

- [ ] Transfers to the Commonwealth, the United States, and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

- [ ] Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____ , Page Number _____ . Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

- [ ] Corrective deed (Attach copy of the prior deed).

- [ ] Other (Please explain exemption claimed, if other than listed above.) _____
  _____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY Land Services USA, Inc., By: *Eileen M. Christian* | DATE January 11, 2018 |
|---|---|

82-127 (Rev. 6/93)                    (SEE REVERSE)

**Grantors/Grantees:**

BROAD STREET HEALTHCARE PROPERTIES, LLC  (Parcels A and F), 222 N. Sepulveda Boulevard, Suite 900, El Segundo, CA  90245

PAHH NEW COLLEGE MOB, LLC (Parcel B), c/o Harrison Street Real Estate, LLC. 444 W. Lake Street, Suite 210, Chicago, IL 60606

PAHH FEINSTEIN MOB, LLC (Parcel C), c/o Harrison Street Real Estate, LLC. 444 W. Lake Street, Suite 210, Chicago, IL 60606

BROAD STREET HEALTHCARE PROPERTIES III, LLC (Parcels D and E), 222 N. Sepulveda Boulevard, Suite 900, El Segundo, CA  90245

| | |
|---|---|
| **Existing Addresses:** | 225-51 N 15th Street, Philadelphia, Pennsylvania |
| | 221-223 N 15th Street, Philadelphia, Pennsylvania |
| | 200 N Broad Street, Philadelphia, Pennsylvania |
| | 202 N Broad Street, Philadelphia, Pennsylvania |
| | 204 N Broad Street, Philadelphia, Pennsylvania |
| | 206 N Broad Street, Philadelphia, Pennsylvania |
| | 208 N Broad Street, Philadelphia, Pennsylvania |
| | 210-14 N Broad Street, Philadelphia, Pennsylvania |
| | 216-20 N Broad Street, Philadelphia, Pennsylvania |
| | 222 N Broad Street (non OPA), Philadelphia, Pennsylvania |
| | 222-48 N Broad Street, Philadelphia, Pennsylvania |
| | 222-48 N Broad Street (non OPA), Philadelphia, Pennsylvania |
| | 1405 Race Street, Philadelphia, Pennsylvania |
| | 1407 Race Street, Philadelphia, Pennsylvania |
| | 1409 Race Street, Philadelphia, Pennsylvania |
| | 1417-35 Race Street, Philadelphia, Pennsylvania |
| | 1417-35 Race Street (non OPA), Philadelphia, Pennsylvania |
| | 222-248 N. Broad Street, Philadelphia, Pennsylvania |

| New Addresses | New OPA Numbers | Assessed Values | Computed Value |
|---|---|---|---|
| Parcel A: 222-48 Broad St. | 77-2-0250-02 | Not yet assessed | Not yet assessed |
| Parcel B: 225-51 N. 15th St. | 77-2-0285-02 | Not yet assessed | Not yet assessed |
| Parcel C: 216-20 N. Broad St. | 77-2-0240-02 | Not yet assessed | Not yet assessed |
| Parcel D: 200-14 N. Broad St. | 88-5-4678-62 | Not yet assessed | Not yet assessed |
| Parcel E: 201-19 N. 15th St. | 77-2-0284-96 | Not yet assessed | Not yet assessed |
| Parcel F: 221-23 N. 15th St. | 77-2-0284-98 | Not yet assessed | Not yet assessed |