# Exhibit 5

October 4, 2022, emails

**From:** Matt Canno
**Sent:** Tuesday, October 4, 2022 10:23 PM
**To:** John Dinome <John.Dinome@americanacademic.com>
**Subject:** RE: Call

Thanks John.

I spoke to Peter.  The demo will be done in the next week or two and then we will be able to locate the smaller construction dumpsters downstairs.

I texted Griffin about the vandalism and inhabitants of the SHSH Building on 9/20. There is a group of people active in that building. Please send us an update on the property being secured and the cleanup of the graffiti on the windows and facade. As you know, we are under construction on a new laboratory building in the former Bobst Building. It is very important that all exterior areas of the property are maintained per the terms of the easement agreement. We will be doing some exterior work and cleanup in the next few months in addition to modernizing our lobby and several lab floors. Our leasing efforts will be significantly impeded if the property looks and feels unsafe, vandalized, and poorly maintained.

It has been a very difficult year for us due to our reprobate neighbor. Having a largely unsecured, vacant, poorly maintained building and property that is connected with our property, presents significant costs and risks. We look forward to working with you and having all parties adhere to the Operating Standard as set forth in the agreement.

Sincerely,


Matthew Canno, Esquire
Partner
Iron Stone Real Estate Partners
2929 Walnut Street, Suite 1540
Philadelphia, PA 19104
Office: (215) 508-2210
Cell: (215) 439-8980
www.iron-stone.com

**From:** John Dinome <John.Dinome@americanacademic.com>
**Sent:** Tuesday, October 4, 2022 6:37 PM
**To:** Matt Canno <matt@iron-stone.com>
**Subject:** Call

Matt, nice speaking with you.
My contact is below:

John DINome
Manager, PAHS
215.858.2226
John.dinome@americanacademic.com

Perhaps we can followup later this week or early next.
John

Get Outlook for iOS