# Exhibit 6

November 1, 2022, emails

**From:** John Dinome <John.Dinome@americanacademic.com>
**Sent:** Tuesday, November 1, 2022 11:44 PM
**To:** Matt Canno <matt@iron-stone.com>
**Subject:** Re: Letter agreement

Matt. How long will the project last and will you be using the driveway for transport of materials, moving portable dumpsters, trash truck pickups etc?
Thanks for your help with this.
J

Get Outlook for iOS

**From:** Matt Canno <matt@iron-stone.com>
**Sent:** Tuesday, November 1, 2022 7:13:37 PM
**To:** John Dinome <John.Dinome@americanacademic.com>
**Subject:** RE: Letter agreement

We are re-paving the driveway as described below. During construction and after construction, we will be using it for access as it has always been used – for vehicular and pedestrian traffic.

Matthew Canno, Esquire
Partner
Iron Stone Real Estate Partners
2929 Walnut Street, Suite 1540
Philadelphia, PA 19104
Office: (215) 508-2210
Cell: (215) 439-8980
www.iron-stone.com

**From:** John Dinome <John.Dinome@americanacademic.com>
**Sent:** Tuesday, November 1, 2022 7:04 PM
**To:** Matt Canno <matt@iron-stone.com>
**Subject:** Re: Letter agreement

What will you be using the driveway for?
Transport of materials?   Trash removal?
Need just a few more details and we can memorialize in a letter or license agreement.
What is the anticipated time period?

Get Outlook for iOS

**From:** Matt Canno <matt@iron-stone.com>
**Sent:** Tuesday, November 1, 2022 6:01:37 PM
**To:** John Dinome <John.Dinome@americanacademic.com>
**Subject:** RE: Letter agreement

John – Good evening.

We will be using the driveway off of Race Street. We don't need access to the parking lot at Broad and Race. I am not sure if the dumpster is still there. But if so, it can be removed very quickly.

Matthew Canno, Esquire
Partner
Iron Stone Real Estate Partners
2929 Walnut Street, Suite 1540
Philadelphia, PA 19104
Office: (215) 508-2210
Cell: (215) 439-8980
www.iron-stone.com

**From:** John Dinome <John.Dinome@americanacademic.com>
**Sent:** Tuesday, November 1, 2022 3:12 PM
**To:** Matt Canno <matt@iron-stone.com>
**Subject:** Re: Letter agreement

Matt.   You can scratch my question regarding the steam.  Just need details on access for the upgrade project you outline below.
John

Get Outlook for iOS

**From:** Matt Canno <matt@iron-stone.com>
**Sent:** Tuesday, November 1, 2022 1:25:33 PM
**To:** John Dinome <John.Dinome@americanacademic.com>
**Subject:** RE: Letter agreement

John. Thanks.

Here is a summary of what we are doing as part of our upgrade of the former Bobst Building, now called The Race Street Labs or RSL.

1. We have completed the demolition of select improvements on the ground floor, 10th floor, the 11th floor, the 14th floor, and the 15th floor of RSL
2. We will now upgrade the ground floor, the 14th floor and the 15th floor. Upgrades will mostly include new finishes but will also switch over the HVAC so that each floor is independent of the steam system.
3. We will no longer be using steam in Feinstein of Race Street Labs. We informed Vicinity that we are no longer a customer of theirs.

2

4. We are replacing the exterior covered entranceway with one that is enclosed. It will be in the same location and the same size as it is now.
5. We will remove some of the unused piping (it doesn't serve any of your buildings) along the RSC façade and build a new soffit/canopy above the first floor and below the second.
6. We will repave the existing driveway and walk-way.
7. Our plan is to continue fitting out floors of RSL once we sign leases for either the initial spec floors or for other floors. We completed the demo of 10 and 11 specifically so that we can save time and immediately start work on new floors without having to do demo.
8. We have no plans for Feinstein at this time.

Thanks John.

Matthew Canno, Esquire
Partner
Iron Stone Real Estate Partners
2929 Walnut Street, Suite 1540
Philadelphia, PA 19104
Office: (215) 508-2210
Cell: (215) 439-8980
www.iron-stone.com

**From:** John Dinome <John.Dinome@americanacademic.com>
**Sent:** Tuesday, November 1, 2022 12:34 PM
**To:** Matt Canno <matt@iron-stone.com>
**Subject:** FW: Letter agreement

Matt, wanted to followup regarding dumpsters on the property as well as anticipated next phase of the work to be performed. Per our letter agreement, we will need to map that out and address.
Regarding the steam investigation, Anthony will keep Peter informed and we hope to schedule the joint inspection shortly.
Thanks again--John

**From:** Matt Canno <matt@iron-stone.com>
**Sent:** Monday, October 17, 2022 1:37 PM
**To:** John Dinome <John.Dinome@americanacademic.com>
**Cc:** Peter Wieck <pwieck@wtprops.com>; Andrew Eisenstein <eisenstein@iron-stone.com>; Jason Friedland <jason@iron-stone.com>
**Subject:** RE: Letter agreement

Thank you John. See attached.

Matthew Canno, Esquire
Partner
Iron Stone Real Estate Partners
2929 Walnut Street, Suite 1540
Philadelphia, PA 19104

Office: (215) 508-2210
Cell: (215) 439-8980
www.iron-stone.com

**From:** John Dinome <John.Dinome@americanacademic.com>
**Sent:** Monday, October 17, 2022 10:39 AM
**To:** Matt Canno <matt@iron-stone.com>
**Subject:** Letter agreement

Matt, as a follow-up to our recent conversation, I have prepared a letter agreement for your review and signature.
We are working on the other 2 issues(steam and SHSH security) and Anthony will coordinate with Peter as needed.

Thank you.
John