# Exhibit 7

November 3, 2022, emails

**From:** Matt Canno <matt@iron-stone.com>
**Sent:** Thursday, November 3, 2022 8:12 AM
**To:** John Dinome <John.Dinome@americanacademic.com>
**Cc:** Peter Wieck <pwieck@wtprops.com>
**Subject:** RE: Letter agreement

Thanks John. I meant to get to this yesterday but have been swamped this week.

Here are my thoughts on usage and dates. Attaching Peter to provide any more detail.
1. I think we should amend the document to sent until March 31
2. The GCs tell me that the interior work (and most of the exterior) will be done by January.
3. But I am uncertain on whether they will be able to get the paving work done before the weather turns. Their goal is to get it started and ended quickly but it is very weather dependent.
4. Besides for the paving, during construction, the lot will be used by the contractors for them to bring in materials, park their vehicles, and remove materials. As discussed yesterday, the demo on 3 floors is complete and will be complete in approx. 2 weeks on floors 9 and 10. Once that is done, their will be very little demo remaining.

Let me know if you need any more detail.

Thank you John.

Matthew Canno, Esquire
Partner
Iron Stone Real Estate Partners
2929 Walnut Street, Suite 1540
Philadelphia, PA 19104
Office: (215) 508-2210
Cell: (215) 439-8980

www.iron-stone.com

**From:** John Dinome <John.Dinome@americanacademic.com>
**Sent:** Thursday, November 3, 2022 7:32 AM
**To:** Matt Canno <matt@iron-stone.com>
**Subject:** FW: Letter agreement

Good morning Matt. Following yesterday's call, please advise new date for permission to store, service and access dumpsters on the Lot. The attached letter agreement will need to be amended accordingly. In addition, for the next phase of your renovation project, please provide the timeline and describe the requested use and access for both the driveway and parking lot off Race Street. I understand it will continue to be utilized for routine pedestrian and vehicular access. Please provide details regarding the renovation project specifically---i.e. transport of materials, portable dumpster transport, trash vehicles etc.  We will document that in a separate agreement.

Thanks, John

**From:** Matt Canno <matt@iron-stone.com>
**Sent:** Monday, October 17, 2022 1:37 PM
**To:** John Dinome <John.Dinome@americanacademic.com>
**Cc:** Peter Wieck <pwieck@wtprops.com>; Andrew Eisenstein <eisenstein@iron-stone.com>; Jason Friedland <jason@iron-stone.com>
**Subject:** RE: Letter agreement

Thank you John. See attached.

Matthew Canno, Esquire
Partner
Iron Stone Real Estate Partners
2929 Walnut Street, Suite 1540
Philadelphia, PA 19104
Office: (215) 508-2210
Cell: (215) 439-8980
www.iron-stone.com

**From:** John Dinome <John.Dinome@americanacademic.com>
**Sent:** Monday, October 17, 2022 10:39 AM
**To:** Matt Canno <matt@iron-stone.com>
**Subject:** Letter agreement

Matt, as a follow-up to our recent conversation, I have prepared a letter agreement for your review and signature.
We are working on the other 2 issues(steam and SHSH security) and Anthony will coordinate with Peter as needed.

Thank you.
John