# Exhibit 8

November 9, 2022, emails

**From:** Matt Canno
**Sent:** Wednesday, November 9, 2022 1:49 PM
**To:** John Dinome <John.Dinome@americanacademic.com>
**Cc:** Anthony Perno <Anthony.Perno@americanacademic.com>; Andrew Eisenstein <eisenstein@iron-stone.com>; Peter Wieck <pwieck@wtprops.com>
**Subject:** RE: Letter agreement

John – I am happy to sign the agreement you sent me if you remove the language that I highlighted. Access does not have to be addressed in this license agreement (namely, it does not have to be more formally identified and confirmed). In fact, given that you are not going to control the real estate for very long, it is probably best if we just keep things simple.

I believe that it is clear that Bobst (RSL) has access rights for several reasons including but not limited to:

1. Paragraph 3 of the attached easement agreement discusses the purpose of the document. Namely, the purpose of the document is to memorialize the practical way that the building operates and has always operated. The front door of Bobst is clearly accessed through Race Street for pedestrians and vehicles and always has been.
2. This area is legally necessary for emergency vehicles to access Bobst and portions of NCB.
3. This area is legally necessary for the egress for people in an emergency. For various reasons (there is covering and it already serves as egress for Klahr Auditorium and SHSH building), pedestrian egress is only legal from RSL to Race Street.
4. See page 39 of the attached. It looks like RSL controls several parking spaces along its building. It would make no sense for RSL to have parking without a way to getting to the parking spaces.
5. Because of the obvious history of the use of the building and the legal necessity for egress and access, it would make no sense that pedestrians and vehicles access would be limited.
6. As a practical matter, there are other examples of how the Towers and NCB and RSL operate that are not 100% memorialized in the easement document.

I hope this clears things up.

Sincerely,


Matthew Canno, Esquire
Partner
Iron Stone Real Estate Partners
2929 Walnut Street, Suite 1540
Philadelphia, PA 19104
Office: (215) 508-2210
Cell: (215) 439-8980
www.iron-stone.com

**From:** John Dinome <John.Dinome@americanacademic.com>
**Sent:** Wednesday, November 9, 2022 11:49 AM
**To:** Matt Canno <matt@iron-stone.com>
**Cc:** Anthony Perno <Anthony.Perno@americanacademic.com>
**Subject:** RE: Letter agreement

Matt, want to get back to this. It may be better for us to have a face to face meeting at the site to discuss parking/access, but would like to get this letter done first to document the temporary dumpster use.
Can you please tell me what document gives Ironstone pedestrian and vehicle access? We are not aware of any. If you are referring to the REA, please tell me what section?
Thanks--John