# Exhibit 9

November 17, 2022, email

**From:** Matt Canno <matt@iron-stone.com>
**Sent:** Thursday, November 17, 2022 8:57:51 PM
**To:** John Dinome <John.Dinome@americanacademic.com>; Daniel Reisman <dreisman@eckertseamans.com>; Jeffrey Kurtzman <kurtzman@kurtzmansteady.com>
**Cc:** Anthony Perno <Anthony.Perno@americanacademic.com>; Andrew Eisenstein <eisenstein@iron-stone.com>; Peter Wieck <pwieck@wtprops.com>
**Subject:** RE: CCH/Ironstone: Letter agreement

John – I am following up on our conversation this evening. It followed an email from Anthony Perno that stated that you now object to the paving project that has already been initiated over the SHSH lot. I informed you about this paving many weeks ago. You did not object. I then signed a $817k construction contract that includes this paving work. The paving itself is supposed to be done in the next 3 weeks as asphalt work generally can't happen after December 10 due to cold weather. Any delays would significantly delay our project and would put us in default of the contract we already signed.

During our call, you indicated your continued stance that Bobst does not have access rights over the SHSH parcel. I noted to you that the appearance of this entranceway does not adhere to the Operating Standard as set forth in the REA and that it would be reasonable for me to demand that you pay for the paving. I further indicated that I would incur significant damages if you physically stop this construction contract, which will improve the aesthetics of the campus and would have no negative impact on your parcel (and that I am fully paying for).

We ended our conversation with you asking me to document the proposal that I made at the end of the call. Namely, you would allow the paving to proceed. And by doing so, you will not foreclose any of the rights that you have under the REA or expand any rights that I have.

I am hereby asking Dan Reisman to draft a short form agreement to this effect to make sure that there are no delays or resulting costs.

Thank you John and Thank you Dan.

Sincerely,

Matthew Canno, Esquire
Partner
Iron Stone Real Estate Partners
2929 Walnut Street, Suite 1540
Philadelphia, PA 19104
Office: (215) 508-2210
Cell: (215) 439-8980
www.iron-stone.com