# Exhibit 12

January 31, 2023, email

**From:** Anthony Perno <Anthony.Perno@americanacademic.com>
**Sent:** Tuesday, January 31, 2023 4:34:33 PM
**To:** Peter Wieck <pwieck@wtprops.com>
**Cc:** John Dinome <John.Dinome@americanacademic.com>; Herb, Timothy <Timothy.Herb@nmrk.com>
**Subject:** RE: Painting of SHSH Building

Peter,

Hope you are doing well.

It was brought to my attention that a rumor existed that Ironstone was quoting the painting of the SHSH building. Please accept this as formal notification that Ironstone or any of its affiliated parties are not permitted to paint the building and we object to any work being planned or executed upon our property by Ironstone.

Thanks again,

Anthony

Anthony Perno
Vice-President Real Estate, Facilities, & Construction
American Academic Health Care, llc.
M: 856-780-0564