# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : <br> : <br> CENTER CITY HEALTHCARE, LLC : <br> d/b/a HAHNEMANN UNIVERSITY : <br> HOSPITAL, et al., : <br> : <br> Debtors. : <br> : <br> : | Chapter 11 <br><br> Case No. 19-11466 (MFW) <br><br> (Jointly Administered) |

## ORDER DENYING DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY AND FOR RELATED RELIEF

Upon consideration of the motion (the "Motion") of the above-captioned debtors and debtors-in-possession for an order (I) enforcing the automatic stay against IronStone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC; and (II) awarding damages, and the objection of IS BBFB LLC and IS 245 North 15th LLC to the relief requested in the Motion; and a hearing on the Motion having been held on February 9, 2023; and good cause appearing for the denial of such relief, it is hereby

ORDERED, that the Motion be and hereby is denied in its entirety.