## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | |
| | Hearing Date: February 9, 2023 at 10:30 a.m. |

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on February 2, 2023, he caused a true and correct copy of the Objection of IS BBFB, LLC and IS 245 North 15th LLC to Debtor's Motion for Order Enforcing Automatic Stay and Awarding Damages via the Court's CM/ECF electronic filing system and/or electronic mail upon the following:

| | |
|---|---|
| Saul Ewing Amstein & Lehr LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Attn: Mark Minuti<br>*Telephone:* (302) 421-6800<br>*Email:* mark.minuti@saul.com | Saul Ewing Arnstein & Lehr LLP Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Attn: Jeffrey C. Hampton and Adam H. Isenberg<br>*Telephone:* (215) 972-7777<br>*Email:* jeffrey.hampton@saul.com<br>adam.isenberg@saul.com |
| Fox Rothschild LLP<br>919 N. Market St.<br>Suite 300<br>Wilmington, DE 19899-2323<br>Attn: Seth A. Niederman<br>*Telephone:* (302) 622-4238<br>*Email:* SNiederman@foxrothschild.com | Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Attn: Andrew H. Sherman and Boris I. Mankovetsldy<br>*Telephone:* (973) 643-7000<br>*Email:* asherman@sillscummis.com<br>bmankovetsldy@sillscummis.com |

| | |
|---|---|
| Latham & Watkins LLP<br>1271 Avenue of the Americas<br>NewYork,NY 10020<br>Attn:  Suzzanne Uhland, TJ Li, and Alexandra M. Zablocld<br>*Telephone:*  (212) 906-1200<br>*Email:* suzzanne.uhland@lw.com<br>tj.li@lw.com<br>alexandra.zablocki@lw.com | Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Attn: Mark D. Collins,<br>Michael J. Merchant, and Brendan J. Schlauch<br>*Telephone:*  (302) 651-7700<br>*Email:* collins@rlf.com<br>merchant@rlf.com<br>schlauch@rlf.com |
| Brian Mutchler and Lauren Brabeck<br>HSRE Entities<br>444 West Lake Street, Suite 2100<br>Chicago, IL 60606<br>*Telephone:*  (312) 920-5000<br>*Email:* bmutchler@harrisonst.com<br>lbrabeck@harrisonst.com | DLA Piper LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>Attn:  Stuart M. Brown<br>*Telephone:*  (302) 468-5700<br>*Email:* stuart.brown@us.dlapiper.com |
| DLA Piper LLP (US)<br>One Liberty Place<br>1650 Market Street<br>Suite 5000<br>Philadelphia, PA 19103<br>Attn:  Joseph Kernen<br>*Telephone:*  (215) 656-3345<br>*Email:* joseph.kernen@dlapiper.com | DLA Piper LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>Attn:  Richard A. Chesley<br>*Telephone:*  (312) 368-4000<br>*Email:* richard.chesley@us.dlapiper.com |
| Kirldand & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Attn: Stephen C. Haclmey and Kent J. Hayden<br>*Telephone:*  (312) 862-2000<br>*Email:* stephen.haclmey@kirldand.com<br>kent.hayden@kirldand.com | Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Attn:  Laura Davis Jones and<br>Timothy P. Cairns<br>*Telephone:*  (302) 652-4100<br>*Email:*  ljones@pszjlaw.com<br>tcaims@pszjlaw.com |
| Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Attn:  Louis A. Curcio<br>*Telephone*: (212) 521-5400<br>*Email:*  lcurcio@reedsmith.com | Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Attn: John R. Ashmead and Ross Hooper<br>*Telephone:* (212) 574-1366<br>*Email*: ashmead@sewkis.com<br>hooper@sewkis.com |

| | |
|---|---|
| SM Law PC<br>PO Box 530<br>Oldwick, NJ. 08858<br>Attn:  Steven J. Mitnick, Esquire and Marc D. Miceli, Esquire<br>*Telephone*: (908) 572-7275<br>*Email*: smitnick@sm-lawpc.com<br>mmiceli@sm-lawpc.com | Stuart M. Brown<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>E-mail: stuart.brown@dlapiper.com<br>Attys for Harrison Street Real Estate, LLC and its affiliates |
| LANCE GEREN (DE 5431)<br>O'DONOGHUE & O'DONOGHUE, LLP<br>325 Chestnut Street, Suite 600<br>Philadelphia, PA 19106<br>E: lgeren@odonoghuelaw.com<br>Attorneys for Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity | Richard A. Barkasy, Esq.<br>Daniel M. Pereira, Esq.<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>rbarkasy@schnader.com<br>dpereira@schnader.com<br>Counsel for Commonwealth of Pennsylvania Department of Health |
| Joelle E. Polesky, Esquire<br>Stradley, Ronon, Stevens & Young, LLP<br>1000 N. West Street, Suite 1279<br>Wilmington, DE 19801<br>E-mail: jpolesky@stradley.com<br>counsel for MidCap Funding IV Trust and MidCap Funding Financial Trust | Gretchen M. Santamour, Esquire<br>Stradley Ronon Stevens & Young, LLP<br>2005 Market Street Suite 2600<br>Philadelphia, PA 19103<br>E-mail: gsantamour@stradley.com<br>counsel for MidCap Funding IV Trust and MidCap Funding Financial Trust |
| TROUTMAN SANDERS LLP<br>Louis A. Curcio<br>Jessica D. Mikhailevich<br>875 Third Avenue<br>New York, NY 10022<br>Email: louis.curcio@troutman.com Email: jessica.mikhailevich@troutman.com<br>Counsel for Capital One | TROUTMAN SANDERS LLP<br>Matthew R. Brooks<br>600 Peachtree Street NE Suite 3000<br>Atlanta, GA 30308<br>Email: matthew.brooks@troutman.com<br>Counsel for Capital One |
| Tobey M. Daluz, Esq.<br>Chantelle D. McClamb, Esq.<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>daluzt@ballardspahr.com<br>mcclambc@ballardspahr.com<br>Counsel for Drexel University | Vincent J. Marriott III, Esq.<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>marriott@ballardspahr.com<br>Counsel for Drexel University |

| | |
|---|---|
| Marc S. Casarino, Esquire<br>White and Williams LLP<br>600 N. King Street, Suite 800<br>Wilmington, Delaware 19899-0709<br>E-mail: casarinom@whiteandwilliams.com<br>counsel for SpecialtyCare, Inc. | Amy E. Vulpio, Esquire<br>White and Williams LLP<br>1650 Market Street, 18th Floor<br>Philadelphia, PA 19103<br>Email: vulpioa@whiteandwilliams.com<br>counsel for SpecialtyCare, Inc. |
| KIRKLAND & ELLIS LLP<br>Stephen C. Hackney, P.C.<br>Gregory F. Pesce<br>300 North LaSalle<br>Chicago, IL 60654<br>Email: stephen.hackney@kirkland.com<br>gregory.pesce@kirkland.com<br>Counsel for Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC | PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>Timothy P. Cairns<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>Counsel for Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC |
| KIRKLAND & ELLIS LLP<br>Nicole L. Greenblatt, P.C.<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: nicole.greenblatt@kirkland.com<br>Counsel for Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC | Megan Harper Deputy City Solicitor PA<br>Attorney for the City of Philadelphia<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1595<br>Email: Megan.Harper@phila.gov<br>Counsel for the City of Philadelphia |
| Carol E. Momjian<br>Senior Deputy Attorney General<br>PA I.D. No. 49219<br>Office of Attorney General<br>The Phoenix Building<br>1600 Arch Street, 3rd Floor<br>Philadelphia, PA 19103<br>E-mail: cmomjian@attorneygeneral.gov<br>Counsel for Commonwealth of Pennsylvania | Christopher R. Momjian<br>Senior Deputy Attorney General<br>PA I.D. No. 57482<br>Office of Attorney General<br>The Phoenix Building<br>1600 Arch Street, 3rd Floor<br>Philadelphia, PA 19103<br>E-mail: crmomjian@attorneygeneral.gov<br>Counsel for Commonwealth of Pennsylvania |
| Rachel Jaffe Mauceri, Esquire<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Email: rmauceri@morganlewis.com<br>Counsel for General Healthcare Resources LLC | Lawrence G. McMichael, Esquire<br>Peter C. Hughes, Esquire<br>DILWORTH PAXSON LLP<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br>lmcmichael@dilworthlaw.com<br>phughes@dilworthlaw.com<br>Counsel to Joel Freedman; American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC, |

4855-9271-8670, v. 1

| | |
|---|---|
| Christopher A. Ward<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>cward@polsinelli.com<br>Counsel for Vitalant, an Arizona non-profit corporation and BioCare, Inc., an Arizona for-profit corporation | CLAIBORNE S. NEWLIN, ESQUIRE<br>Markowitz and Richman<br>Legal Arts Building 1<br>225 King Street, Suite 804<br>Wilmington, DE 19801<br>E-mail: cnewlin@markowitzandrichman.com<br>Attorneys for Pennsylvania Association of Staff Nurses and Allied Professional |
| Sabrina L. Streusand<br>Streusand, Landon, Ozburn & Lemmon, LLP<br>1801 S. Mopac Expressway Suite 320<br>Austin, Texas 78746<br>streusand@slollp.com<br>Counsel for NTT Data Services, | Vikrama S. Chandrashekar<br>Moye White LLP<br>1400 16th Street, Sixth Floor<br>Denver, CO 80202<br>Email: Vika.Chandrashekar@moyewhite.com<br>counsel for DaVita, Inc., and Renal Treatment Centers – Northeast, Inc |
| Joseph H. Huston, Jr.<br>Stevens & Lee, P.C.<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>Email: jhh@stevenslee.com<br>Counsel for Tower Health, | Robert Lapowsky<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>Email: rl@stevenslee.com<br>Counsel for Tower Health |
| Howard A. Cohen, Esq.<br>GIBBONS P.C.<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801-1761<br>Email: hcohen@gibbonslaw.com<br>Counsel for Veolia Energy Philadelphia, Inc | Dale E. Barney, Esq.<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>E-Mail: dbarney@gibbonslaw.com<br>Counsel for Veolia Energy Philadelphia, Inc |
| Dennis A. Meloro MeloroD@gtlaw.com<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>counsel for Suzanne Koenig | Nancy A. Peterman PetermanN@gtlaw.com<br>Greenberg Traurig, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>counsel for Suzanne Koenig |
| George P. Angelich<br>Phillip Khezri<br>ARENT FOX LLP<br>1301 Avenue of the Americas Floor 42<br>New York, New York 10019<br>Email: george.angelich@arentfox.com<br>phillip.khezri@arentfox.com<br>Counsel for Arent Fox LLP and The Rosner Law Group LLC | Frederick B. Rosner<br>THE ROSNER LAW GROUP LLC<br>824 N. Market Street Suite 810<br>Wilmington, Delaware 19801<br>Email: rosner@teamrosner.com<br>Counsel for Arent Fox LLP and The Rosner Law Group LLC |

| | |
|---|---|
| Marc S. Sacks U.S. Department of Justice Civil Division (202) 307-1104 (direct) (202) 514-9163 (fax) marcus.s.sacks@usdoj.gov Counsel for United States of America | Mitchell Malzberg, Esq. Law Offices of Mitchell J. Malzberg, LLC PO Box 5122, 6 E. Main Street, Suite 7 Clinton, New Jersey 08809 E-mail: mmalzberg@m jmalzberglaw. com Attorneys for Pennsylvania Association of Staff Nurses and Allied Professionals |
| DENTONS US LLP Oscar N. Pinkas Lauren Macksoud 1221 Avenue of the Americas New York, New York, 10020 Email: oscar.pinkas@dentons.com lauren.macksoud@dentons.com counsel, Dentons US LLP ("Dentons") and Bayard, P.A. | BAYARD, P.A. Justin R. Alberto Sophie E. Macon 600 N. King Street, Suite 400 Wilmington, Delaware 19801 Email: jalberto@bayardlaw.com smacon@bayardlaw.com counsel, Dentons US LLP ("Dentons") and Bayard, P.A. |
| Joelle E. Polesky, Esquire Stradley, Ronon, Stevens & Young, LLP 1000 N. West Street, Suite 1279 Wilmington, DE 19801 E-mail: jpolesky@stradley.com counsel for MidCap Funding H Trust, | Gretchen M. Santamour, Esquire Stradley Ronon Stevens & Young, LLP 2005 Market Street Suite 2600 Philadelphia, PA 19103 E-mail: gsantamour@stradley.com counsel for MidCap Funding H Trust, |
| Thomas M. Horan Fox Rothschild LLP 919 N. Market Street, Suite 300 Wilmington, DE 19899-2323 Telephone: (302) 480-9412 E-mail: thoran@foxrothschild.com counsel to the Official Committee of Unsecured Creditors | Andrew H. Sherman Boris I. Mankovetskiy Sills Cummis & Gross P.C. The Legal Center One Riverfront Plaza Newark, NJ 07102 E-mail: asherman@sillscummis.com E-mail: bmankovetskiy@sillscummis.com counsel to the Official Committee of Unsecured Creditors |
| HOGAN♦MCDANIEL Daniel K. Hogan Garvan F. McDaniel Daniel C. Kerrick 1311 Delaware Avenue Wilmington, DE 19805 Email: dkhogan@dkhogan.com gfmcdaniel@dkhogan.com dckerrick@dkhogan.com Counsel for Hayes Locum, LLC | David M. Powlen Kevin G. Collins BARNES & THORNBURG LLP 1000 N. West Street, Suite 1500 Wilmington, DE 19801 Email: david.powlen@btlaw.com Email: kevin.collins@btlaw.com counsel for Roche Diagnostics Corporation |

| | |
|---|---|
| Francis J. Lawall<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>E-mail: lawallf@pepperlaw.com<br>counsel for Temple University Health System, Inc. | Marcy J. McLaughlin<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street,<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>E-mail: mclaughlinm@pepperlaw.com<br>counsel for Temple University Health System, Inc. |
| David M. Klauder, Esquire<br>BIELLI & KLAUDER, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com<br>counsel of record for Suzanne Richards and Pamela Saechow | Phillip D. Berger, Esquire<br>Matthew R. Kaufmann, Esquire<br>BERGER LAW GROUP, P.C.<br>919 Conestoga Road, Building 3, Suite 114<br>Rosemont, PA 19010<br>berger@bergerlawpc.com<br>kaufmann@bergerlawpc.com<br>counsel of record for Suzanne Richards and Pamela Saechow |
| Mairi V. Luce, Esquire<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Email: Luce@duanemorris.com<br>counsel for Albert Einstein Healthcare Network | Jarret P. Hitchings, Esquire<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Email: JPHitchings@duanemorris.com<br>counsel for Albert Einstein Healthcare Network |
| William D. Sullivan, Esq.<br>SULLIVAN · HAZELTINE · ALLINSON LLC<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>E-mail: bsullivan@sha-llc.com<br>counsel to Laboratory Corporation of America® Holdings ("LabCorp") and Monogram Biosciences, Inc | Training & Upgrading Fund<br>c/o Susan A. Murray, Esquire<br>Freedman & Lorry, P.C.<br>1601 Market Street, Suite 1500<br>Philadelphia, PA 19103<br>Counsel for Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund |
| Jeffrey R. Barber, MS Bar No. 1982<br>JONES WALKER LLP<br>190 East Capitol Street, Suite 800 (39201)<br>Post Office Box 427<br>Jackson, Mississippi 39205-0427<br>Email jbarber@joneswalker.com<br>counsel of record for Ensemble RCM, LLC d/b/a Ensemble Health Partners | Judy D. Thompson, Esquire<br>JD Thompson Law<br>PO Box 33127<br>Charlotte, NC 28233<br>jdt@jdthompsonlaw.com<br>Counsel for Sodexo, Inc. |

| | |
|---|---|
| Natasha M. Songonuga, Esq.<br>Robert K. Malone, Esq.<br>David N. Crapo<br>GIBBONS P.C.<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801-1761<br>Email: nsongonuga@gibbonslaw.com<br>rmalone@gibbonslaw.com<br>dcrapo@gibbonslaw.com<br>Counsel for Hackensack Meridian Health | Patricia A. Celano, Esq.<br>PEARLMAN & MIRANDA, LLC<br>110 Edison Place, Suite 301<br>Newark, New Jersey 07102<br>Email: Pcelano@PearlmanMiranda.com<br>Counsel for Hackensack Meridian Health |
| Stephanie A. Fox, Esquire<br>Maron Marvel Bradley Anderson & Tardy LLC<br>1201 N. Market Street, Suite 900<br>Wilmington, DE 19801<br>Email: saf@maronmarvel.com<br>counsel for Coloplast Corp | E. Todd Sable, Esq.<br>Honigman LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Email: tsable@honigman.com<br>counsel for SBJ Group Inc. |
| Lawrence A. Lichtman, Esq.<br>Honigman LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Email: llichtman@honigman.com<br>counsel for SBJ Group Inc | David L. Campbell, Esq.<br>Eli D. Pierce, Esq.<br>Underwood Perkins, P.C.<br>Two Lincoln Centre<br>5420 LBJ Freeway, Suite 1900<br>Dallas, Texas 75240<br>Email: dcampbell@uplawtx.com Email: epierce@uplawtx.com<br>Counsel for VIZIENT, INC. |
| ThermaSolutions, Inc.<br>c/o Marc A. Al<br>Stoel Rives LLP<br>33 South 6th Street, Ste 4200<br>Minneapolis, MN 55402<br>Marc.al@stoel.com | Deirdre M. Richards, Esquire<br>Fineman Krekstein & Harris PC 1<br>300 N. King Street<br>Wilmington, DE 19801<br>drichards@finemanlawfirm.com<br>counsel for LEAF Capital Funding, LLC |
| Patrick A. Jackson, Esq.<br>Drinker Biddle & Reath LLP<br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1621<br>patrick.jackson@dbr.com<br>counsel to Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc. | Marita S. Erbeck, Esq.<br>Drinker Biddle & Reath LLP<br>600 Campus Dr.<br>Florham Park, New Jersey 07932-1047<br>marita.erbeck@dbr.com<br>counsel to Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc. |

| | |
|---|---|
| Daniel K. Astin (No. 4068)<br>Joseph J. McMahon, Jr. (No. 4819)<br>CIARDI CIARDI & ASTIN<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>jmcmahon@ciardilaw.com<br>Counsel for St. Christopher's Hospital for Children Medical Staff | Albert A. Ciardi III, Esq.<br>CIARDI CIARDI & ASTIN<br>One Commerce Square, Suite 3500<br>2005 Market Street Philadelphia, PA 19103<br>aciardi@ciardilaw.com<br>Counsel for St. Christopher's Hospital for Children Medical Staff |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, California 94105-3493<br>schristianson@buchalter.com<br>Counsel for Oracle America, Inc. | Eric S. Goldstein, Esq.<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>attorney for The Advisory Board Company |
| David M. Klauder, Esquire<br>BIELLI & KLAUDER, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com<br>counsel of record for Dr. Achintya Moulick | CLAIBORNE S. NEWLIN, ESQUIRE<br>Markowitz and Richman<br>Legal Arts Building 1<br>225 King Street, Suite 804<br>Wilmington, DE 19801<br>E-mail: cnewlin@markowitzandrichman.com<br>Attorneys for Philadelphia Hospital and Healthcare Employees – District 1199C Training and Upgrading Fund |
| Potter Anderson & Corroon LLP<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>D. Ryan Slaugh (DE Bar No. 6325)<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>Email: jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>rslaugh@potteranderson.com<br>counsel for the Ad Hoc Committee of Hahnemann Residents and Fellows | GIBBONS P.C.<br>Christopher Viceconte, Esq.<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801<br>Email: cviceconte@gibbonslaw.com<br>counsel for creditor Vicinity Energy Philadelphia, Inc. |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Email: mbusenkell@gsbblaw.com<br>Counsel for District 1199C National Union of Health Care Employees, AFSCME | Jessica A. Kolansky, Esq.<br>Willig, Williams & Davidson<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>Email: jkolansky@wwdlaw.com<br>Counsel for District 1199C National Union of Health Care Employees, AFSCME |

4855-9271-8670, v. 1

| | |
|---|---|
| SMITH HULSEY & BUSEY<br>Michael E. Demont, Esq.<br>Brandon A. Cook, Esq.<br>One Independent Dr., Suite 3300<br>Jacksonville, FL 32202<br>Email: mdemont@smithhulsey.com<br>Email: bcook@smithhulsey.com<br>Counsel for Cadence Bank, N.A. | ASHBY & GEDDES, P.A.<br>Gregory A. Taylor, Esq.<br>Katharina Earle, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Email: GTaylor@ashbygeddes.com Email: KEarle@ashbygeddes.com<br>Counsel for Cadence Bank, N.A. |
| Wanda Borges, Esq.<br>Sue L. Chin, Esq.<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 118 Syosset, New York 11791<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com<br>Counsel for Pfizer, Inc | |

*/s/ Jeffrey Kurtzman*
JEFFREY KURTZMAN, ESQUIRE