IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 23, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | November 1, 2022 – November 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $18,263.20 (80% of $22,829.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $562.46 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

142432350.1

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $995 | 5.80 | $5,771.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $875 | 26.10 | $22,837.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $725 | 1.70 | $1,232.50 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 6.20 | $1,829.00 |
| **Total Fees at Standard Rates** | | | **39.80** | **$31,670.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **39.80** | **$22,829.00** |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

2

142432350.1

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Disposition (102) | 19.80 | $18,021.00 |
| Case Administration (104) | 5.90 | $4,537.50 |
| Claims Administration and Objections (105) | 5.80 | $5,075.00 |
| Fee/Employment Applications (107) | 6.60 | $2,549.00 |
| Relief from Stay Proceedings (114) | 1.70 | $1,487.50 |
| **Total Fees at Standard Rate** | **39.80** | **$31,670.00** |
| **Total Fees at $625 Blended Rate[1]** | **39.80** | **$22,829.00** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 23, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-FIRST APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Forty-First Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From November 1, 2022 Through November 30, 2022* (the "Application"), seeking allowance of $18,263.20 (80% of $22,829.00) in fees and $562.46 in expenses, for a total of $18,825.66.

## Background

1.  On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.  On July 15, 2019, the United States Trustee appointed the Official Committee of

4

142432350.1

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Summary of Services by Project

A.      Asset Disposition

Fees: $18,021.00;     Total Hours: 19.80

This category includes time spent addressing real estate sale process and broker selection matters, including attending broker selection interviews.

    B.    <u>Case Administration</u>

        Fees: $4,537.50;    Total Hours: 5.90

This category includes time spent: (a) analyzing pleadings, motions and other court documents and updating the "critical dates" case calendar; (b) addressing matters related to the implementation of a memorandum of understanding; (c) responding to creditors' inquiries; and (d) analyzing claims asserted against the Debtors' estates.

    C.    <u>Claims Administration and Objections</u>

        Fees: $5,075.00;    Total Hours: 5.80

This category includes time spent analyzing government assessment claims and proposed claim objection settlements.

    D.    <u>Fee/Employment Applications</u>

        Fees: $2,549.00;    Total Hours: 6.60

This category includes time spent (a) preparing Sills' September monthly fee statement; (b) reviewing fee statements, certifications of no objection, and interim fee application orders and summarizing amounts owed; and (c) communicating with the Committee's local counsel regarding related matters.

    E.    <u>Relief from Stay Proceedings</u>

        Fees: $1,487.50;    Total Hours: 1.70

This category includes time spent analyzing proposed resolutions of stay relief motions.

## Conclusion

6.    Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $18,263.20 (80% of $22,829.00) as compensation, *plus* $562.46 for reimbursement of actual and necessary expenses, for a total of $18,825.66, and that such amount be authorized for payment.

| | |
|---|---|
| Dated: February 2, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Seth A. Niederman<br>Seth A. Niederman (DE Bar No. 4588)<br>**FOX ROTHSCHILD LLP**<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899<br>Telephone: 302-654-7444<br>Facsimile: 302-295-2013<br>Email: sniederman@foxrothschild.com<br><br>- and -<br><br>Andrew H. Sherman (*pro hac vice*)<br>Boris I. Mankovetskiy (*pro hac vice*)<br>**SILLS CUMMIS & GROSS P.C.**<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Telephone:  973-643-7000<br>Facsimile:  973-643-6500<br>Email:  asherman@sillscummis.com<br>            bmankovetskiy@sillscummis.com<br><br>*Counsel for the Official Committee*<br>*of Unsecured Creditors* |

## **VERIFICATION**

STATE OF NEW JERSEY    )
                      ) SS:
COUNTY OF ESSEX       )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

142432350.1

# Exhibit "A"

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions Chair 3560 Dallas Parkway Frisco, TX 75034 | December 31, 2022 Client/Matter No. 08650118.000001 Invoice: 2032729 Billing Attorney: AHS Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

---

For Legal Services Rendered Through November 30, 2022

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | | |
| 11/02/22 | BM | 102 | | Attend to issues regarding real estate sale process. | 1.10 | $962.50 |
| 11/04/22 | BM | 102 | | Attend to issues regarding broker selection. | 0.80 | $700.00 |
| 11/07/22 | BM | 102 | | Attend to issues regarding real estate sale process. | 0.90 | $787.50 |
| 11/09/22 | BM | 102 | | Attend to issues regarding real estate sale process. | 1.10 | $962.50 |
| 11/10/22 | BM | 102 | | Attend to issues regarding real estate sale process. | 0.80 | $700.00 |
| 11/11/22 | BM | 102 | | Attend to issues regarding broker selection. | 0.80 | $700.00 |
| 11/14/22 | BM | 102 | | Analysis of supplemental broker presentation materials. | 0.70 | $612.50 |
| 11/14/22 | AHS | 102 | | Review of information for broker interviews. | 0.40 | $398.00 |
| 11/15/22 | BM | 102 | | Attend follow-up broker interviews. | 5.40 | $4,725.00 |
| 11/15/22 | AHS | 102 | | Attend and participate in interviews for real estate broker. | 5.40 | $5,373.00 |

Sills Cummis & Gross P.C.

| | | |
|---|---|---|
| Creditors' Committee | | December 31, 2022 |
| | | Client/Matter No. 08650118.000001 |
| | | Invoice: 2032729 |
| | | Page 2 |

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/16/22 | BM | 102 | Analysis regarding real estate sale process and broker selection. | 0.90 | $787.50 |
| 11/18/22 | BM | 102 | Analysis regarding sale process and broker selection. | 0.80 | $700.00 |
| 11/29/22 | BM | 102 | Analysis regarding real estate sale process. | 0.70 | $612.50 |
| | | **TASK TOTAL 102** | | **19.80** | **$18,021.00** |

**104 – CASE ADMINISTRATION**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/01/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.30 | $1,137.50 |
| 11/02/22 | BM | 104 | Attend to issues regarding FIT claim. | 0.70 | $612.50 |
| 11/03/22 | DD | 104 | Review docket and recent filings and update case calendar and circulate same to team. | 0.10 | $29.50 |
| 11/04/22 | BM | 104 | Attend to issues regarding MOU implementation. | 0.80 | $700.00 |
| 11/07/22 | BM | 104 | Analysis regarding PA assessment claims. | 1.10 | $962.50 |
| 11/09/22 | GAK | 104 | Attention to critical date calendar. | 0.10 | $72.50 |
| 11/10/22 | DD | 104 | Review docket and recent filings and update case calendar and circulate same to team. | 0.30 | $88.50 |
| 11/18/22 | BM | 104 | Respond to creditors' inquiries regarding case status. | 0.70 | $612.50 |
| 11/18/22 | GAK | 104 | Review upcoming hearing agenda and confirm critical dates calendar. | 0.20 | $145.00 |
| 11/22/22 | DD | 104 | Review docket and recent filings and update case calendar and circulate same to team. | 0.40 | $118.00 |

Sills Cummis & Gross P.C.

Creditors' Committee                                                             December 31, 2022
                                                                          Client/Matter No. 08650118.000001
                                                                                      Invoice: 2032729
                                                                                               Page 3

|          |     |     |                                                                                   | HOURS | AMOUNT     |
|----------|-----|-----|-----------------------------------------------------------------------------------|-------|------------|
| 11/29/22 | DD  | 104 | Review docket and recent filings and update case calendar and circulate same to team. | 0.20  | $59.00     |
|          |     |     | **TASK TOTAL 104**                                                                | **5.90** | **$4,537.50** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

|          |     |     |                                                                                   | HOURS | AMOUNT     |
|----------|-----|-----|-----------------------------------------------------------------------------------|-------|------------|
| 11/01/22 | BM  | 105 | Attend to issues regarding proposed resolution of omnibus claims objections.      | 0.80  | $700.00    |
| 11/03/22 | BM  | 105 | Analysis regarding PA assessment claims.                                          | 1.30  | $1,137.50  |
| 11/04/22 | BM  | 105 | Attend to issues regarding proposed resolutions of claims objections.             | 1.20  | $1,050.00  |
| 11/10/22 | BM  | 105 | Analysis regarding PA assessment claims.                                          | 0.90  | $787.50    |
| 11/11/22 | BM  | 105 | Analysis regarding proposed resolutions of omnibus claims objections.             | 0.70  | $612.50    |
| 11/18/22 | BM  | 105 | Analysis regarding proposed resolutions of omnibus objections.                    | 0.90  | $787.50    |
|          |     |     | **TASK TOTAL 105**                                                                | **5.80** | **$5,075.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

|          |     |     |                                                                                   | HOURS | AMOUNT   |
|----------|-----|-----|-----------------------------------------------------------------------------------|-------|----------|
| 11/01/22 | GAK | 107 | Communications with D. Delehanty regarding September fee application.             | 0.10  | $72.50   |
| 11/01/22 | DD  | 107 | Draft September 2022 fee statement and circulate same for review.                 | 1.40  | $413.00  |
| 11/09/22 | GAK | 107 | Work on September fee application for review by A. Sherman.                       | 0.90  | $652.50  |

Sills Cummis & Gross P.C.

Creditors' Committee

December 31, 2022
Client/Matter No. 08650118.000001
Invoice: 2032729
Page 4

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 11/10/22 | GAK | 107 |  | Email local counsel regarding fee application. | 0.10 | $72.50 |
| 11/14/22 | GAK | 107 |  | Review CNOs and interim orders in connection with proposed summary for Debtors' counsel. | 0.20 | $145.00 |
| 11/14/22 | GAK | 107 |  | Email local counsel regarding CNOs and September fee application. | 0.10 | $72.50 |
| 11/14/22 | DD | 107 |  | Review docket and all filed fee statements and interim fee applications and update chart reflecting amounts owed and discussions with M. Gillies and G. Kopacz regarding same. | 3.80 | $1,121.00 |
|  |  | **TASK TOTAL 107** |  |  | **6.60** | **$2,549.00** |

**114 – RELIEF FROM STAY PROCEEDINGS**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11/03/22 | BM | 114 |  | Analysis regarding proposed resolutions of pending stay relief requests. | 0.90 | $787.50 |
| 11/18/22 | BM | 114 |  | Analysis regarding proposed resolutions of stay relief requests. | 0.80 | $700.00 |
|  |  | **TASK TOTAL 114** |  |  | **1.70** | **$1,487.50** |
|  |  | **TOTAL FEES at Standard Rates** |  |  | **39.80** | **$31,670.00** |
|  |  | **Attorney Fees at Blended Rate of $625** |  |  | **33.60** | **$21,000.00** |
|  |  | **Paralegal Fees at Standard Rate** |  |  | **6.20** | **1,829.00** |
|  |  | **TOTAL FEES at Blended Rate** |  |  | **39.80** | **$22,829.00** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| | 102 | Asset Disposition | 19.80 | $18,021.00 |

Sills Cummis & Gross P.C.

Creditors' Committee                                                                                                December 31, 2022
Client/Matter No. 08650118.000001
Invoice: 2032729
Page 5

| | | | | |
|---|---|---|---:|---:|
| 104 | Case Administration | | 5.90 | $4,537.50 |
| 105 | Claims Administration and Objections | | 5.80 | $5,075.00 |
| 107 | Fee/Employment Applications | | 6.60 | $2,549.00 |
| 114 | Relief from Stay Proceedings | | 1.70 | $1,487.50 |
| | TOTAL FEES at Standard Rates | | 39.80 | $31,670.00 |
| | Attorney Fees at Blended Rate of $625 | | 33.60 | $21,000.00 |
| | Paralegal Fees at Standard Rate | | 6.20 | 1,829.00 |
| | TOTAL FEES at Blended Rate | | 39.80 | $22,829.00 |

| | | | | | | |
|---|---:|---|---:|---|---:|---|
| Andrew H. Sherman | 5.80 | x | $995.00 | = | $5,771.00 |
| Boris Mankovetskiy | 26.10 | x | $875.00 | = | $22,837.50 |
| Gregory A. Kopacz | 1.70 | x | $725.00 | = | $1,232.50 |
| Danielle Delehanty | 6.20 | x | $295.00 | = | $1,829.00 |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---:|
| 11/30/22 | 271 | Litigation Support Vendor (UnitedLex, Inv #078386 (project management, near-line storage) | $561.26 |
| 11/03/22 | 358 | Pacer | $0.50 |
| 11/22/22 | 358 | Pacer | $0.30 |
| 11/22/22 | 358 | Pacer | $0.40 |
| | | **TOTAL DISBURSEMENTS** | **$562.46** |

| INVOICE SUMMARY | |
|---|---:|
| Total Fees | $22,829.00 |
| Total Disbursements | $562.46 |
| **TOTAL THIS INVOICE** | **$23,391.46*** |

*Total includes fees at *Blended Rate*. Per Retention Application, lesser of fees at *Standard Rates* (**$31,670.00**) and fees at *Blended Rate* of $625 (**$22,829.00**)** apply.

**includes paralegal fees at standard rates, if applicable