**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 23, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-SECOND MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | December 1, 2022 – December 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $18,727.60 (80% of $23,409.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

142432129.1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $995 | 4.70 | $4,676.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $875 | 27.70 | $24,237.50 |
| Michael R. Leighton | Member, Real Estate<br>First Bar Admission: 1981 | $850 | 2.80 | $2,380.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $725 | 1.50 | $1,087.50 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 1.60 | $472.00 |
| **Total Fees at Standard Rates** | | | 38.30 | $32,853.50 |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | 38.30 | $23,409.50 |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 22.30 | $19,970.50 |
| Case Administration (104) | 4.50 | $3,494.50 |
| Claims Administration and Objections (105) | 5.30 | $4,637.50 |
| Fee/Employment Applications (107) | 2.10 | $1,178.50 |
| Fee/Employment Objections (108) | 0.10 | $72.50 |
| Plan and Disclosure Statement (113) | 1.20 | $1,050.00 |
| Relief from Stay Proceedings (114) | 2.80 | $2,450.00 |
| **Total Fees at Standard Rate** | **38.30** | **$32,853.50** |
| **Total Fees at $625 Blended Rate[1]** | **38.30** | **$23,409.50** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

142432129.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 23, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-SECOND APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Forty-Second Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From December 1, 2022 Through December 31, 2022* (the "Application"), seeking allowance of $18,727.60 (80% of $23,409.50) in fees.

**Background**

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of

4

142432129.1

Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Summary of Services by Project

A. Asset Disposition

Fees: $19,970.50;    Total Hours: 22.30

This category includes time spent (a) addressing real estate sale process and broker selection matters, including analyzing property reports, a brokerage agreement, budget issues and

5

issues arising under a related easement agreement; and (b) communicating with Debtors' counsel, the Committee and the Committee's financial advisor regarding the foregoing and related matters.

    B.    Case Administration

        Fees: $3,494.50;    Total Hours: 4.50

This category includes time spent: (a) attending Committee meetings and communicating with the Committee members; (b) communicating with Debtors' counsel regarding pending matters; (c) analyzing pleadings, motions and other court documents and updating the "critical dates" case calendar; (d) analyzing monthly operating reports; and (e) responding to creditors queries.

    C.    Claims Administration and Objections

        Fees: $4,637.50;    Total Hours: 5.30

This category includes time spent analyzing government assessment claims and proposed claim objection settlements.

    D.    Fee/Employment Applications

        Fees: $1,178.50;    Total Hours: 2.10

This category includes time spent (a) preparing Sills' October monthly fee application; and (b) communicating with the Committee's local counsel regarding related matters.

    E.    Fee/Employment Objections

        Fees: $72.50;    Total Hours: 0.10

This category includes time spent reviewing Saul Ewing's October fee application.

    F.    Plan and Disclosure Statement

        Fees: $1,050.00;    Total Hours: 1.20

142432129.1

This category includes time spent analyzing plan of liquidation amendments.

G.     Relief from Stay Proceedings

Fees: $2,450.00;    Total Hours: 2.80

This category includes time spent analyzing proposed resolutions of stay relief requests.

## Conclusion

6.     Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $18,727.60 (80% of $23,409.50) as compensation, and that such amount be authorized for payment.

Dated: February 2, 2023  
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman  
Seth A. Niederman (DE Bar No. 4588)  
**FOX ROTHSCHILD LLP**  
919 North Market Street, Suite 300  
Wilmington, DE 19899  
Telephone: 302-654-7444  
Facsimile: 302-295-2013  
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)  
Boris I. Mankovetskiy (*pro hac vice*)  
**SILLS CUMMIS & GROSS P.C.**  
One Riverfront Plaza  
Newark, NJ 07102  
Telephone:  973-643-7000  
Facsimile:  973-643-6500  
Email:  asherman@sillscummis.com  
       bmankovetskiy@sillscummis.com

*Counsel for the Official Committee  
of Unsecured Creditors*

142432129.1

## **VERIFICATION**

STATE OF NEW JERSEY    )
                                          ) SS:
COUNTY OF ESSEX    )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)       I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)       I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)       I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                                              */s/ Andrew H. Sherman*
                                                              Andrew H. Sherman

142432129.1

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions Chair 3560 Dallas Parkway Frisco, TX 75034 | January 18, 2023 Client/Matter No. 08650118.000001 Invoice: 2033758 Billing Attorney: AHS Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through December 31, 2022

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | | |
| 12/01/22 | AHS | 102 | | Call with J. Hampton re: sale and broker issues; call with S. Brown re: sale and broker issues and follow up re: same. | 0.80 | $796.00 |
| 12/02/22 | BM | 102 | | Analysis regarding Broad Street real property sale process and maintenance budget issues. | 1.30 | $1,137.50 |
| 12/05/22 | BM | 102 | | Analysis regarding real estate broker selection. | 0.90 | $787.50 |
| 12/06/22 | BM | 102 | | Analysis regarding reciprocal easement agreement with Ironstone and sale process of Broad St. real property. | 1.60 | $1,400.00 |
| 12/08/22 | BM | 102 | | Analysis regarding potential additional borrowing to fund carrying costs of Broad St. real estate through sale process. | 1.20 | $1,050.00 |
| 12/09/22 | BM | 102 | | Analysis regarding selection of broker for Broad St. real estate marketing. | 0.80 | $700.00 |

Sills Cummis & Gross P.C.

Creditors' Committee                                                January 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2033758
Page 2

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/12/22 | BM | 102 | Analysis regarding property reports and budget issues for Broad St. real estate and sale process. | 1.20 | $1,050.00 |
| 12/13/22 | BM | 102 | Attend sale oversight committee call. | 0.90 | $787.50 |
| 12/13/22 | BM | 102 | Analysis regarding selection of broker for marketing of Broad St. properties. | 1.10 | $962.50 |
| 12/13/22 | AHS | 102 | Review of information re: selection of real estate broker, call with counsel for Debtors re: same, call with oversight committee re: broker selection issues. | 0.80 | $796.00 |
| 12/13/22 | AHS | 102 | Email to Committee re: broker selection issues and scheduling meeting re: same. | 0.40 | $398.00 |
| 12/15/22 | BM | 102 | Analysis of issues regarding real estate broker selection for Broad St. properties. | 0.90 | $787.50 |
| 12/15/22 | BM | 102 | Analysis regarding financial reporting for Broad St. properties. | 0.70 | $612.50 |
| 12/15/22 | AHS | 102 | Review of email from Debtors' counsel re: broker analysis and review of broker analysis. | 0.40 | $398.00 |
| 12/16/22 | BM | 102 | Analysis regarding disputes arising under reciprocal easement agreement relating to Broad St. properties. | 1.30 | $1,137.50 |
| 12/16/22 | BM | 102 | Analysis regarding selection of broker for Broad St. properties. | 0.70 | $612.50 |
| 12/16/22 | AHS | 102 | Review of broker information as circulated by counsel to Debtors; call with BRG re: same and follow up call with counsel for Debtors re: same. | 0.70 | $696.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2033758
Page 3

|            |      |     |                                                                                  | HOURS | AMOUNT    |
|------------|------|-----|----------------------------------------------------------------------------------|-------|-----------|
| 12/16/22   | AHS  | 102 | Email to Committee re: broker information and Committee meeting.                 | 0.20  | $199.00   |
| 12/18/22   | AHS  | 102 | Review of revised broker analysis and email to Committee re: same.               | 0.30  | $298.50   |
| 12/22/22   | BM   | 102 | Analysis regarding Broad St. properties' sale process issues.                    | 0.80  | $700.00   |
| 12/28/22   | BM   | 102 | Analysis regarding proposed engagement letter for Broad St. properties' brokers. | 0.90  | $787.50   |
| 12/29/22   | MRL  | 102 | Review and revise Brokerage Agreement; conference call.                          | 0.70  | $595.00   |
| 12/29/22   | BM   | 102 | Analysis regarding brokers' engagement letter for Broad St. properties.          | 0.80  | $700.00   |
| 12/29/22   | AHS  | 102 | Review of draft broker agreement and call with M. Leighton re: same.             | 0.80  | $796.00   |
| 12/30/22   | MRL  | 102 | Review and revise Brokerage Agreement.                                           | 2.10  | $1,785.00 |
|            | **TASK TOTAL 102** | | | **22.30** | **$19,970.50** |

**104 – CASE ADMINISTRATION**

|            |      |     |                                                                                           | HOURS | AMOUNT  |
|------------|------|-----|-------------------------------------------------------------------------------------------|-------|---------|
| 12/02/22   | GAK  | 104 | Attention to critical date calendar.                                                      | 0.10  | $72.50  |
| 12/08/22   | AHS  | 104 | Email from committee member re: case status and respond to same.                          | 0.30  | $298.50 |
| 12/08/22   | DD   | 104 | Review docket and recent filings and update case calendar and circulate same to team.     | 0.30  | $88.50  |
| 12/13/22   | BM   | 104 | Call with Debtors' counsel regarding pending matters.                                     | 0.60  | $525.00 |
| 12/13/22   | BM   | 104 | Prepare a status update for the Committee.                                                | 0.90  | $787.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2033758
Page 4

|          |    |     |                                                                                        | HOURS | AMOUNT     |
|----------|----|-----|----------------------------------------------------------------------------------------|-------|------------|
| 12/15/22 | BM | 104 | Analysis of October 2022 MORs.                                                         | 0.70  | $612.50    |
| 12/19/22 | BM | 104 | Attend Committee meeting.                                                              | 0.50  | $437.50    |
| 12/20/22 | DD | 104 | Review docket and recent filings and update case calendar and circulate same to team.  | 0.30  | $88.50     |
| 12/21/22 | BM | 104 | Respond to creditor inquiries regarding case status.                                   | 0.60  | $525.00    |
| 12/27/22 | DD | 104 | Review docket and recent filings and update case calendar with critical dates and deadlines. | 0.20  | $59.00     |
|          |    |     | **TASK TOTAL 104**                                                                     | **4.50** | **$3,494.50** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

|          |    |     |                                                                              | HOURS | AMOUNT    |
|----------|----|-----|------------------------------------------------------------------------------|-------|-----------|
| 12/01/22 | BM | 105 | Analysis regarding proposed resolutions of omnibus claims objections.        | 1.20  | $1,050.00 |
| 12/09/22 | BM | 105 | Analysis regarding proposed resolutions of omnibus claims objections.        | 0.90  | $787.50   |
| 12/12/22 | BM | 105 | Analysis regarding steam usage dispute with Ironstone.                       | 0.70  | $612.50   |
| 12/19/22 | BM | 105 | Analysis regarding PA assessment claims.                                     | 0.80  | $700.00   |
| 12/21/22 | BM | 105 | Analysis regarding proposed resolutions of omnibus claims objections.        | 0.80  | $700.00   |
| 12/27/22 | BM | 105 | Analysis regarding PA assessment claims.                                     | 0.90  | $787.50   |
|          |    |     | **TASK TOTAL 105**                                                           | **5.30** | **$4,637.50** |

Sills Cummis & Gross P.C.

Creditors' Committee  
January 18, 2023  
Client/Matter No. 08650118.000001  
Invoice: 2033758  
Page 5

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **107 – FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 12/01/22 | GAK | 107 | | Communications with D. Delehanty regarding fee application. | 0.10 | $72.50 |
| 12/01/22 | DD | 107 | | Review October invoice and draft monthly fee statement for same. | 0.80 | $236.00 |
| 12/02/22 | GAK | 107 | | Work on October fee Statement. | 1.10 | $797.50 |
| 12/06/22 | GAK | 107 | | Finalize October fee application and email local counsel regarding same. | 0.10 | $72.50 |
| | | **TASK TOTAL 107** | | | **2.10** | **$1,178.50** |
| **108 – FEE/EMPLOYMENT OBJECTIONS** | | | | | | |
| 12/23/22 | GAK | 108 | | Review Saul Ewing October fee application. | 0.10 | $72.50 |
| | | **TASK TOTAL 108** | | | **0.10** | **$72.50** |
| **113 – PLAN AND DISCLOSURE STATEMENT** | | | | | | |
| 12/22/22 | BM | 113 | | Analysis regarding amendments of plan of liquidation. | 1.20 | $1,050.00 |
| | | **TASK TOTAL 113** | | | **1.20** | **$1,050.00** |
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | | |
| 12/01/22 | BM | 114 | | Analysis regarding proposed stipulations granting partial relief from stay. | 0.80 | $700.00 |

Sills Cummis & Gross P.C.

Creditors' Committee                                                                      January 18, 2023
                                                                            Client/Matter No. 08650118.000001
                                                                                              Invoice: 2033758
                                                                                                        Page 6

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/07/22 | BM | 114 | Analysis regarding proposed resolutions of pending stay relief requests. | 1.10 | $962.50 |
| 12/19/22 | BM | 114 | Analysis regarding proposed resolutions of pending stay relief requests. | 0.90 | $787.50 |
|  |  | **TASK TOTAL 114** |  | **2.80** | **$2,450.00** |
|  |  | **TOTAL FEES at Standard Rates** |  | **38.30** | **$32,853.50** |
|  |  | **Attorney Fees at Blended Rate of $625** |  | **36.70** | **$22,937.50** |
|  |  | **Paralegal Fees at Standard Rate** |  | **1.60** | **472.00** |
|  |  | **TOTAL FEES at Blended Rate** |  | **38.30** | **$23,409.50** |

**TASK CODE SUMMARY**

| 102 | Asset Disposition | 22.30 | $19,970.50 |
|---|---|---|---|
| 104 | Case Administration | 4.50 | $3,494.50 |
| 105 | Claims Administration and Objections | 5.30 | $4,637.50 |
| 107 | Fee/Employment Applications | 2.10 | $1,178.50 |
| 108 | Fee/Employment Objections | 0.10 | $72.50 |
| 113 | Plan and Disclosure Statement | 1.20 | $1,050.00 |
| 114 | Relief from Stay Proceedings | 2.80 | $2,450.00 |
|  | TOTAL FEES at Standard Rates | 38.30 | $32,853.50 |
|  | Attorney Fees at Blended Rate of $625 | 36.70 | $22,937.50 |
|  | Paralegal Fees at Standard Rate | 1.60 | 472.00 |
|  | TOTAL FEES at Blended Rate | 38.30 | $23,409.50 |

| Andrew H. Sherman | 4.70 | x | $995.00 | = | $4,676.50 |
|---|---|---|---|---|---|
| Boris Mankovetskiy | 27.70 | x | $875.00 | = | $24,237.50 |
| Michael R. Leighton | 2.80 | x | $850.00 | = | $2,380.00 |
| Gregory A. Kopacz | 1.50 | x | $725.00 | = | $1,087.50 |
| Danielle Delehanty | 1.60 | x | $295.00 | = | $472.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2033758
Page 7

| INVOICE SUMMARY | |
|---|---:|
| Total Fees | $23,409.50 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$23,409.50*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$32,853.50**) and fees at *Blended Rate* of $625 (**$23,409.50**)** apply.

**includes paralegal fees at standard rates, if applicable