# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEATHCARE, LLC d/b/a ) | |
| HAHNEMAN UNIVERSITY HOSPITAL, *et al.*, ) | Case No. 19-11466 (MFW) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, I move for the admission *pro hac vice* of Derek E. Jokelson, Esquire of Jokelson Law Group, PC to represent IS 245 North 15th LLC and IS BBFB LLC[1] in these cases.

Dated: February 7, 2023  
Wilmington, Delaware

Respectfully submitted,

/s/ Jeffrey M. Carbino  
Jeffrey M. Carbino (DE No. 4062)  
LEECH TISHMAN FUSCALDO & LAMPL, INC.  
1007 N. Orange Street, Suite 420  
Wilmington, DE 19801  
Telephone: (302) 985-9805  
Email:  jcarbino@leechtishman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 7, 2023  
Philadelphia, Pennsylvania

Respectfully submitted,

/s/ *Derek E. Jokelson*  
Derek E. Jokelson  (PA Bar No.81047)  
JOKELSON LAW GROUP, P.C.  
230 South Broad Street, 10th Floor  
Philadelphia, PA 19102  
Telephone: (215) 757-7556  
Email:  dej@jokelson.com

---

[1] The Motion (D.I. 4468) is directed, in part, against "Iron Stone Real Estate Partners."  There is no such entity. IS BBFB LLC and IS 245 North 15th LLC are the property owners of the subject properties.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.