**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE (DELAWARE)**

|  |  |  |
|---|---|---|
| IN RE: | : | Nos.   19-11466-MFW |
|   CENTER CITY HEALTHCARE, LLC | : |  |
|  | : | Chapter 11 |
|  | : |  |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Graham F. Baird, Esq. as co-counsel on behalf of Creditor Crystal Broomer in the above captioned matter.

Date: February 7, 2023

                                                  **RESPECTFULLY SUBMITTED:**
                                                  **LAW OFFICES OF ERIC A. SHORE, P.C.**
                                                  BY: */s/ Graham F. Baird*
                                                  **GRAHAM F. BAIRD, ESQUIRE**
                                                  Attorney I.D. No. 92692
                                                  Two Penn Center, Suite 1240
                                                  1500 John F. Kennedy Blvd.
                                                  Philadelphia, PA  19102
                                                  Tel.: (267) 546-0141
                                                  Fax: (215) 944-6124
                                                  Email: GrahamB@ericshore.com
                                                  *Attorney for Creditor, Crystal Broomer*