**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br>**Re: Docket No. 4468** |

**DEBTORS' EXHIBIT LIST FOR THE DEBTORS' MOTION FOR ORDER: (I) ENFORCING THE AUTOMATIC STAY AGAINST IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC; AND (II) AWARDING DAMAGES FOR DEBTORS AND AGAINST IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC FOR THEIR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY FOR THE FEBRUARY 9, 2023 HEARING**

The above-referenced debtors and debtors-in-possession (the "**Debtors**"), by and through their undersigned attorneys, files this Exhibit List for the hearing scheduled for February 9, 2023 at 10:30 a.m. (the "**Hearing**") on *Debtors' Motion for Order: (I) Enforcing the Automatic Stay Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC; and (II) Awarding Damages for Debtors and Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC for Their Willful Violations of the Automatic Stay* [Docket No. 4468] (the "**Motion**"). The Debtors may rely upon one or more of the following exhibits in connection with its direct case in support of the Motion as well as for cross-examination and possible rebuttal. Debtors reserve the right to supplement this exhibit list for rebuttal purposes and also to rely on any exhibits proffered by any other parties.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 1 | **Lot Survey** – *Exhibit B* to Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining thar the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets *[Docket No. 4468 - 3]* |
| 2 | **Race Street Labs Rendering** – *Exhibit C* to Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining thar the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets *[Docket No. 4468 - 4]* |
| 3 | **December 9, 2022 Debtors' Demand to Ironstone** – *Exhibit D* to Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining thar the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets *[Docket No. 4468 - 5]* |
| 4 | **Reciprocal Easement Agreement** – *Exhibit E* to Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining thar the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets *[Docket No. 4468 - 6]* |
| 5 | Picture of PAHH Property |
| 6 | Invoice for Security Enhancements at Hahnemann University Hospital |
| 7 | E-mail communication between Ironstone and Debtors re: Painting of SHSH Building |

Dated: February 8, 2023            **SAUL EWING LLP**

By:    */s/ John D. Demmy*
Mark Minuti (DE Bar No. 2659)
John D. Demmy (DE Bar No. 2802)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
john.demmy@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*