IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CENTER CITY HEALTHCARE LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL,** *et al.* | Case No. 19-11466 (MFW) |
| **Debtors.** | Jointly Administered<br>**Re: Docket No. 4468** |

**IS 245 North 15th LLC AND IS BBFB LLC'S WITNESS AND EXHIBIT LIST IN SUPPORT OF THEIR OBJECTION TO THE DEBTORS' MOTION FOR ORDER: (I) ENFORCING THE AUTOMATIC STAY AGAINST IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC; AND (II) AWARDING DAMAGES FOR DEBTORS AND AGAINST IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC FOR THEIR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY FOR THE FEBRUARY 9, 2023 HEARING**

IS 245 North 15th LLC and IS BBFB LLC (collectively, the "**IS Owners**"), by and through their undersigned attorneys, files this Witness and Exhibit List for the hearing scheduled for February 9, 2023 at 10:30 a.m. (the "Hearing") on Debtors' Motion for Order: (I) Enforcing the Automatic Stay Against Ironstone Real Estate Partners, JS BBFB LLC and IS 245 North 15th LLC; and (II) Awarding Damages for Debtors and Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC for Their Willful Violations of the Automatic Stay [Docket No. 4468] (the "**Motion**"). The IS Owners may rely upon one or more of the following exhibits in connection with their **Objection** [Docket No. 4490] to the Motion as well as for cross-examination and possible rebuttal. The IS Owners reserve the right to supplement this exhibit list for rebuttal purposes and to rely on any exhibits proffered by any other parties.

## WITNESS

The IS Owners intend to present the testimony of Andrew Eisenstein, the IS Owner's principal. Mr. Eisenstein will be testifying from his home or office. Mr. Eisenstein will have a copy of the pleadings during the hearing. The IS Owners are not presently aware of whether any parties intend to cross-examine Mr. Eisenstein in connection with the Motion and Objection. The IS Owners also reserve the right to call Mr. Eisenstein or other witnesses in rebuttal.

## EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | Court Order Approving the Memo of Understanding ("**MOU**") |
| 2 | Easement and Unity and Use Agreement ("**EUU**") |
| 3 | Reciprocal Easement and Operating Agreement ("**REA**") |
| 4 | City of Philadelphia Zoning Permit and Approved Plans |
| 5 | October 4, 2022, emails |
| 6 | November 1, 2022, emails |
| 7 | November 3, 2022, emails |
| 8 | November 8, 2022, emails |
| 9 | November 17, 2022, emails |
| 10 | November 18, 2022, emails |
| 11 | December 14, 2022, letter from IS Owner's counsel |
| 12 | January 31, 2023, emails |
| 13 | All drawings and photographs included within the IS Owners' Objection |
| 14 | Any exhibit proffered by any other party |

Dated: February 8, 2023  **LEECH TISHMAN FUSCALDO & LAMPL, LLC**

By: _/s/ Jeffrey M. Carbino_
Jeffrey M. Carbino, Esquire
(DE Bar No. 4062)
1007 N. Orange Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 985-0985
Email: jcarbino@leechtishman.com

- and –

**JOKELSON LAW GROUP, P.C.**
Derek E. Jokelson, Esquire
230 South Broad Street, 10th Floor
Philadelphia, PA 19102
Telephone: (215) 757-7556
Email: dej@jokelson.com
(*Motion for Pro Hac Vice Admission pending*)

**KURTZMAN | STEADY, LLC**
Jeffrey Kurtzman, Esquire
555 City Avenue, Suite 480
Bala Cynwyd, PA 1 9004
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com
(*Admitted Pro Hac Vice*)

*Attorneys for IS BBFB LLC and*
*IS 245 North 15th LLC*