# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket No. 4500 and 4507** |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C. and TPS V of PA, L.L.C.,<br><br>                Plaintiffs,<br>v.<br><br>Huron Consulting Services LLC,<br><br>                Defendant.<br><br>Huron Consulting Services LLC,<br><br>                Third Party Plaintiff,<br>v.<br><br>Paladin Healthcare Capital, LLC,<br><br>                Third-Party Defendant. | Adv. Proc. No. 22-50263 (MFW) |

**NOTICE OF SECOND AMENDED[2] FOR HEARING SCHEDULED FOR FEBRUARY 9, 2023 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

41143997.1 02/09/2023

> **THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIscuuppzMvGT79nmPFyl4FZs10YcsmrJU
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing log-in information for the hearing.**
>
> **ALL PARTIES MUST REGISTER NO LATER THAN 5:00 P.M. (ET) ON FEBRUARY 8, 2023**

**RESOLVED MATTER:**

1. Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors and Huron Consulting Services, LLC and Huron Consulting Group, Inc. [Docket No. 4452; Adv. No. 43; filed: 01/09/23]

    Response Deadline:  January 17, 2023 at 4:00 p.m.; extended for Paladin Healthcare Capital, LLC and certain related parties (the "**MBNF Parties**") until February 3, 2023 at 4:00 p.m.

    Responses Received:

    A.  Informal comments from the MBNF Parties

    Related Documents:

    B.  Certification of Counsel Submitting Proposed Order Approving Revised Settlement Agreement Between the Debtors and Huron Consulting Services, LLC and Huron Consulting Group, Inc. [Docket No. 4482; Adv. No. 45; filed: 01/31/23]

    C.  Order Approving Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors and Huron Consulting Services, LLC and Huron Consulting Group, Inc. [Docket No. 4483; Adv. No. 46; signed and docketed: 01/31/23]

    Status: On January 31, 2023, the Court entered an order approving this motion.

**CONTESTED MATTERS GOING FORWARD:**

2. Debtors' Motion for Order: (I) Enforcing the Automatic Stay Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC; and (II) Awarding Damages for Debtors and Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC for Their Willful Violations of the Automatic Stay [Docket No. 4468; filed: 01/19/23]

    Response Deadline:  February 2, 2023 at 4:00 p.m.

    Responses Received:

    A. Objection of IS BBFB LLC and IS 245 North 15th LLC [Docket No. 4490; filed: 02/02/23]

    Related Documents:

    B. Debtors' Reply in Support of the Motion [Docket No. 4499; filed: 02/06/23]

    C. Debtors' Exhibit List for the Debtors' Motion for Order: (I) Enforcing the Automatic Stay Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC; and (II) Awarding Damages for Debtors and Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC for Their Willful Violations of the Automatic Stay for the February 9, 2023 Hearing [Docket No. 4506; filed: 02/08/23]

    D. **IS 245 North 15th LLC and IS BBFB LLC's Witness and Exhibit List in Support of Their Objection to the Debtors' Motion for Order: (I) Enforcing the Automatic Stay Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC; and (II) Awarding Damages for Debtors and Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC for Their Willful Violations of the Automatic Stay for the February 9, 2023 Hearing [Docket No. 4509; filed: 02/08/23]**

    Status: This matter is going forward.  The Debtors may present the testimony of Anthony Perno, Debtors' Vice President of Real Estate.  Mr. Perno will be testifying from his home or office and will be alone.  Mr. Perno will have a copy of the above-referenced pleadings during the hearing.  The Debtors are not presently aware of whether any parties intend to cross-examine Mr. Perno in connection with this motion.  The Debtors will be filing a list of proposed exhibits.  Debtors also reserve the right to call Mr. Perno or other witnesses in rebuttal.  The Debtors may present the testimony of John DiNome, Debtors' General Counsel and Manager.  Mr. DiNome will be testifying from his home or office and will be alone.  Mr. DiNome will have a copy of the above-referenced pleadings during the hearing.  The Debtors are not presently aware of whether any parties intend to cross-examine Mr. DiNome in connection with this motion.  Debtors also reserve the right to call Mr. DiNome or other witnesses in rebuttal.

Dated: February 9, 2023	**SAUL EWING LLP**

By:	*/s/ John D. Demmy*
Mark Minuti (DE Bar No. 2659)
John D. Demmy (DE Bar No. 2802)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
john.demmy@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*