| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| John | Dinome | Debtors | American Academic |
| Allen | Wilen | Debtors | American Academic |
| Mark | Minuti | Debtors | Saul Ewing LLP |
| John | Demmy | Debtors | Saul Ewing LLP |
| Jeffrey | Hampton | Debtors | Saul Ewing LLP |
| Adam | Isenberg | Debtors | Saul Ewing LLP |
| Anthony | Perno | Debtors | American Academic |
| Seth | Niederman | Committee | Fox Rothschild |
| Megan | Harper | City of Philadelphia | |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Boris | Mankovetskiy | Creditors Committee | Sills Cummis & Gross P.C. |
| Alissa | Piccione | Capital One, N.A. | Troutman Sanders LLP |
| Jeffrey | Kurtzman | IS BBFB LLC and IS 245 North 15th LLC | Kurtzman Steady, LLC |
| Gregory | Taylor | Capital One, N.A. | Ashby & Geddes, P.A. |
| Derek | Jokelson | IS 245 NORTH 15TH LLC and IS BBFB LLC | Jokelson Law Group, PC |
| Andrew | Sherman | Official Committee of Unsecured Creditors | Sills Cummis |
| Brandin | Pleasant | "Document Tech" Reliable | |
| Jeffrey | Carbino | IS BBFB LLC and IS 245 North 15th LLC | Leech Tishman Fuscaldo & Lampl |
| Laura Davis | Jones | Tenet and Conifer | Pachulski Stang Ziehl & Jones LLP |
| Timothy | Cairns | Tenet and Conifer | Pachulski Stang Ziehl & Jones LLP |
| Andrew | Eisenstein | ISBBF LLC | |
| Stuart | Brown | DLA Piper LLP | DLA Piper LLP |
| Harold | Brubaker | NA | The Philadelphia Inquirer |
| Uday | Gorrepati | N/A (ABI Project) | |