IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 4448 and 4481** |
| | ) |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER AUTHORIZING (I) RETENTION AND EMPLOYMENT BY CENTER CITY HEALTHCARE, LLC OF SSG ADVISORS, LLC AND NEWMARK SOUTH REGION LLC AS JOINT BROKERS, AND (II) A WAIVER OF COMPLIANCE WITH CERTAIN REQUIREMENTS OF LOCAL RULE 2016-2, AND (B) NO OBJECTION TO SAME**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On January 6, 2023, the *Application of Debtors for Order Authorizing (1) Retention and Employment by Center City Healthcare, LLC of SSG Advisors, LLC and Newmark South Region LLC as Joint Brokers, and (II) a Waiver of Compliance with Certain Requirements of Local Rule 2016-2* [Docket No. 4448] (the "**Application**")[2] was filed with the Court, attached to which as Exhibit A was a proposed order approving the Application (the "**Original Proposed Order**").

2. Pursuant to the notice of the Application, objections to the Application were to be filed by January 20, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

41062352.2 02/10/2023

3. On January 30, 2023, the *Supplemental Declaration of David Dolan in Support of Debtors' Application for Entry of an Order Authorizing (I) the Employment and Retention by Center City Healthcare, LLC of Newmark South Region LLC as Joint Brokers and (II) a Waiver of Compliance with Certain Requirements of Local Rule 2016-2* [Docket No. 4481] (the "**Supplemental Declaration**") was filed with the Court.

4. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

5. The Debtors have revised the Original Proposed Order to reflect the filing of the Supplemental Declaration, a copy of which is attached hereto as **Exhibit "A"** (the "**Revised Order**"). Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

6. The Debtors have confirmed that the revised order is acceptable to the Office of the U.S. Trustee.

*[remainder of page left intentionally blank]*

7.  We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: February 10, 2023 **SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*