```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                              .  Chapter 11
                                    .  Case No. 19-11466 (MFW)
CENTER CITY HEALTHCARE, LLC,        .
d/b/a HAHNEMANN UNIVERSITY          .  (Jointly Administered)
HOSPITAL, et al.,                   .
                                    .
         Debtors.                   .
                                    .
. . . . . . . . . . . . . . . . . . .
                                    .
CENTER CITY HEALTHCARE, LLC,        .  Adversary Proceeding No.
d/b/a HAHNEMANN UNIVERSITY          .  21-50263 (MFW)
HOSPITAL, PHILADELPHIA              .
ACADEMIC HEALTH SYSTEM, LLC,        .
ST. CHRISTOPHERS'S HEALTHCARE,      .
LLC, PHILADEPHIA ACADEMIC           .
MEDICAL ASSOCIATES, LLC, HPS OF     .
PA, L.L.C., SCHC PEDIATRIC          .
ASSOCIATES, L.L.C., ST.             .
CHRISTOPHER'S PEDIATRIC URGENT      .
CARE, CENTER, L.L.C., SCHC          .
PEDIATRIC ANESTHESIA                .
ASSOCIATES, L.L.C., STCHRIS         .
CARE AT NORTHEAST PEDIATRICS,       .
L.L.C., TPS OF PA, L.L.C., TPS      .
II OF PA, L.L.C., TPS III OF        .
PA, L.L.C., TPS IV OF PA,           .
L.L.C., AND TPS V OF PA,            .
L.L.C.,                             .
                                    .
         Plaintiffs,                .
                                    .
v.                                  .
                                    .
HURON CONSULTING SERVICES, LLC,     .
                                    .
         Defendant,                 .
                                    .
HURON CONSULTING SERVICES, LLC,     .
                                    .
         Third-Party Plaintiff,     .
                                    .
v.                                  .
                                    .
         (continued)
```

```
 1  PALADIN HEALTHCARE CAPITAL, LLC,.
                                    .
 2            Third-Party Defendant. .  Courtroom No. 4
                                    .  824 Market Street
 3                                  .  Wilmington, Delaware 19801
                                    .
 4                                  .  Thursday, February 9, 2023
    . . . . . . . . . . . . . . . . .  10:30 a.m.
 5
                         TRANSCRIPT OF HEARING
 6              BEFORE THE HONORABLE MARY F. WALRATH
                   UNITED STATES BANKRUPTCY JUDGE
 7
    APPEARANCES:
 8
    For the Plaintiffs:       Mark Minuti, Esquire
 9                            John D. Demmy, Esquire
                              SAUL EWING ARNSTEIN & LEHR, LLP
10                            1201 North Market Street
                              Suite 2300
11                            Wilmington, Delaware 19899

12  For IS BBFB, LLC,
    and IS 245 North
13  15th, LLC:                Jeffrey M. Carbino, Esquire
                              LEECH TISHMAN FUSCALDO & LAMPL, LLC
14                            1007 North Orange Street
                              Suite 420
15                            Wilmington, Delaware 19801

16                            -and-

17                            Jeffrey Kurtzman, Esquire
                              KURTZMAN STEADY, LLC
18                            555 City Avenue
                              Suite 480
19                            Bala Cynwyd, Pennsylvania 19004

20  Electronically
    Recorded by:              Mandy Bartkowski, ECRO
21
    Transcription Service:    Reliable
22                            1007 N. Orange Street
                              Wilmington, Delaware 19801
23                            Telephone: (302) 654-8080
                              E-Mail:  gmatthews@reliable-co.com
24
    Proceedings recorded by electronic sound recording:
25  transcript produced by transcription service.
```

1                                INDEX

2  MOTIONS:                                                      PAGE

3  Agenda
   Item 2:   Debtors' Motion for Order: (I) Enforcing the           4
4            Automatic Stay Against Ironstone Real Estate
             Partners, IS BBFB LLC and IS 245 North 15th
5            LLC; and (II) Awarding Damages for Debtors
             and Against Ironstone Real Estate Partners,
6            IS BBFB LLC and IS 245 North 15th LLC for
             Their Willful Violations of the Automatic
7            Stay [Docket No. 4468; filed: 01/19/23]

8            Court's Ruling:                                        8

9

10 Transcriptionists' Certificate                                  10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        (Proceedings commenced at 10:30 a.m.)
2              THE COURT:  Good morning.  This is Judge Walrath.
3    We're here in the Center City Healthcare case.
4              I will turn it over to counsel for the debtor to
5    get us started.
6              MR. MINUTI:  Good morning, Your Honor.  Mark
7    Minuti from Saul Ewing.
8              Can you hear me okay?
9              THE COURT:  I can.
10             MR. MINUTI:  Thank you, Your Honor.
11             Your Honor, Mark Minuti, on behalf of the debtors.
12   There were two matters on today's agenda.  The first matter
13   was the settlement motion involving Huron Consulting
14   Services.  The Court had already entered an order on that.
15   We do appreciate the Court for doing that.
16             And then that brings us to Item 2 on the agenda.
17   Item 2 on the agenda is the debtors' motion for an order to
18   enforce the automatic stay against what I'll call the
19   "Ironstone entities."
20             Your Honor, I think we have some good news, at
21   least for today, with respect to that matter.  And with the
22   Court's permission, let me turn the virtual podium over to my
23   partner, Mr. Demmy, John Demmy.
24             THE COURT:  Thank you.
25             MR. DEMMY:  Thank you.  And, good morning, Your

1  Honor, may I please the Court?  I apologize, my throat is a
2  little annoyed with me today, but can you hear me okay?
3              THE COURT:  Yes, I can.
4              MR. DEMMY:  Thank you.
5              So, first, Your Honor, I think you've been given a
6  heads-up by our office about what I'm going to say and I want
7  to first apologize that we weren't able to do this earlier
8  and hopefully, you know, spare the Court some prep time, and
9  your staff, as well.  But Judge before the hearing, we were
10 able to reach an agreement with the Ironstone entities for an
11 adjournment of this matter for 30ish days.  I think the
12 timeline is 30 days, but, of course, it's going to be subject
13 to Your Honor's calendar.
14             And during that 30-day period, Ironstone has
15 committed not to do any more work on the properties that are
16 the subject of the motion, the debtors' properties.  Excuse
17 me.
18             The debtors, also, Your Honor, will, you know,
19 obviously as we believe we've done in the past, will continue
20 and intend to work in good faith with Ironstone over the next
21 30 days to try to resolve as many or all issues as we can.  I
22 know that Ironstone wants to say something, but I guess the
23 only other thing that I would say to Your Honor is, at some
24 point, we'll have to talk about another hearing date in that
25 time frame.  Whether we do that now during this proceeding or

1  we contact chambers and work that out, you know, we're at
2  Your Honor's pleasure in terms of dealing with that.
3              So, that's the report that I have, Your Honor.
4              THE COURT:  All right.  Well, as far as a date, I
5  think Ms. Capp is the one to talk to about a date, but there
6  is time availability, so you should be able to get some
7  time --
8              MR. DEMMY:  Thank you.
9              THE COURT:  -- once the parties work that out.
10             MR. CARBINO:  Good morning, Your Honor.  Jeffrey
11 Carbino for the Ironstone entities.  I also have Jeff
12 Kurtzman and Derek Jokelson on the phone call.  I believe
13 Mr. Kurtzman wants to make a statement.
14             THE COURT:  Okay.  Mr. Kurtzman?
15             MR. KURTZMAN:  Good morning, Your Honor.  Jeffrey
16 Kurtzman, Kurtzman Steady, LLC for the Ironstone entities.
17             We are certainly encouraged by the debtors'
18 willingness to negotiate these (audio interference)
19 significant issues over the next few weeks, but I wanted to
20 state for the record that at least in some respects, we've
21 heard this before.  For its part, Ironstone has sought to
22 engage with the debtors virtually from day one of their
23 ownership of the Philadelphia real estate and we were the
24 only party, to my knowledge, which filed an objection to the
25 approval of the global settlement MOU last summer, which Your

1  Honor approved, and that objection was resolved in pretty
2  significant ways that bear on the issues that inform today's
3  hearing.
4        Our sole reason for objecting last summer was to
5  bring to the attention of the debtors and this Court, that
6  the assemblage was subject to complex and important rights
7  and obligations of all of the owner entities.  And while we
8  don't question Mr. Minuti's sincerity or that of Mr. Demmy in
9  stating that his -- that their clients will work in good
10 faith to address those issues and to implement, as Ironstone
11 has sought to do, critical public health and safety measures
12 of the property, we think Your Honor expects that all parties
13 will engage diligently to solve these problems and that the
14 process would benefit from the Court's statement that the
15 parties should roll up their sleeves and work earnestly to do
16 so.
17       So, we believe that we have conducted ourselves in
18 the utmost of good faith in trying to get the debtors to
19 focus on critical operating issues and we hope that the
20 debtors will reciprocate that in the weeks to come.
21       MR. DEMMY:  Your Honor, excuse me, may I respond
22 just very briefly?
23       THE COURT:  Yes.
24       MR. DEMMY:  I'm not a fan of that sort of well-
25 poisoning statements.  We don't agree with Mr. Kurtzman's

```
 1  position or his client's position on this matter.
 2            We've addressed some of this in our papers with
 3  the Court and I'm going to leave it at that, but I just
 4  wanted to stress that we disagree; we think we have been
 5  working in good faith with the Ironstone entities and we
 6  intend to continue to do that.  Thank you, Your Honor.
 7            THE COURT:  Well, would the parties benefit from
 8  the appointment of a mediator or are they able to talk with
 9  each other without that?
10            MR. DEMMY:  Your Honor, John Demmy of Saul Ewing
11  for the debtors.  I don't have that authority and I think
12  we'd have to talk about that.  I'm not either accepting it or
13  rejecting it, in response to Your Honor's statement.  I just
14  think it's something that we haven't considered, but since
15  Your Honor has raised it, we'll certainly talk about it.
16            THE COURT:  All right.  Well --
17            MR. KURTZMAN:  And for our part, Your Honor, I
18  think it's a terrific suggestion, but I think it might be
19  better to await the outcome of the informal discussions,
20  which we anticipate will occur in the near term and then a
21  return to Your Honor to the extent that we think that
22  mediation is a more appropriate alternative.
23            THE COURT:  All right.  I certainly won't do
24  anything the parties don't need or want.
25            Good luck to the parties.  I am glad that you're
```

1  willing to talk more and I'll encourage you to come up with a
2  date that is acceptable to the parties and that Ms. Capp can
3  clear, okay.
4           MR. DEMMY:  Thank you, Your Honor.
5           THE COURT:  Thank you.
6           Then, we'll stand adjourned.
7           COUNSEL:  Thank you, Your Honor.
8       (Proceedings concluded at 10:37 a.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter to the best of my knowledge and ability.

/s/ William J. Garling                    February 10, 2023

William J. Garling, CET-543

Certified Court Transcriptionist

For Reliable