# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, D/B/A HAHNEMANN UNIVERSITY HOSPITAL, ST. CHRISTOPHER'S HEALTHCARE, LLC, TPS V OF PA, LLC, And SCHC PEDIATRIC ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>DE LAGE LANDEN FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Adv. No. 21-50896 (MFW) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 23, 2023 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**RESOLVED MATTERS:**

1. Motion of Shawanda Smith and Chamarr Fanning, Individually and as Parents and Natural Guardians of N.F., a Minor, to Allow Late Filed Claim and for Relief from the Automatic Stay [Docket No. 3669; filed: 03/07/22]

    Response Deadline:  April 1, 2022 at 4:00 p.m.; extended to February 16, 2023 for the Debtors.

    Responses Received:

    A.  Informal comments from the Debtors

    Related Documents:

    B.  Order Approving Stipulation (I) Granting Limited Relief from the Automatic Stay with Respect to Personal Injury Claims Asserted by Shawanda Smith and Chamarr Fanning, Individually and as Parents of N.F., a Minor, and (II) Resolving Motion to Allow Late Filed Claim and for Relief from the Automatic Stay [Docket No. 4491; signed and docketed: 02/02/23]

    Status: This motion is moot. On January 2, 2023, the Court entered an order approving a stay relief stipulation.

2. Application of Debtors for Order Authorizing (1) Retention and Employment by Center City Healthcare, LLC of SSG Advisors, LLC and Newmark South Region LLC as Joint Brokers, and (II) a Waiver of Compliance with Certain Requirements of Local Rule 2016-2 [Docket No. 4448; filed: 01/06/23]

    Response Deadline:  January 20, 2023 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Supplemental Declaration of David Dolan in Support of Debtors' Application for Entry of an Order Authorizing (I) the Employment and Retention By Center City Healthcare, LLC of Newmark South Region LLC as Joint Brokers and (II) a Waiver of Compliance With Certain Requirements of Local Rule 2016-2 [Docket No. 4481; filed: 01/30/23]

    B.  Certification of Counsel Regarding (A) Revised Proposed Order Authorizing (I) Retention and Employment By Center City Healthcare, LLC of SSG Advisors, LLC and Newmark South Region LLC as Joint Brokers, and (II) a Waiver of Compliance with Certain Requirements of Local Rule 2016-2, and (B) No Objection to Same [Docket No. 4516; filed: 02/10/23]

    C.  Order Granting Application of Debtors for Order Authorizing (I) Retention and Employment By Center City Healthcare, LLC of SSG Advisors, LLC and Newmark South Region LLC as Joint Brokers, and (II) a Waiver of Compliance

      with Certain Requirements of Local Rule 2016-2 [Docket No. 4517; signed and docketed: 02/10/23]

      <u>Status</u>: On February 10, 2023, the Court entered an order approving this application.

3. Motion of Debtors for Approval of Settlement of Preference Claims against De Lage Landen Financial Services, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4479; Adv. Docket No. 51; filed: 01/25/23]

      <u>Response Deadline</u>:  February 8, 2023 at 4:00 p.m.

      <u>Responses Received</u>:  None

      <u>Related Documents</u>:

      A. Certification of No Objection [Docket No. 4519; Adv. Docket No. 52; filed: 02/13/23]

      B. Order Approving Settlement of Preference Claims Against De Lage Landen Financial Services, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4521; Adv. Docket No. 53; signed and docketed: 02/14/23]

      <u>Status</u>: On February 14, 2023, the Court entered an order approving this application.

Dated: February 15, 2023      **SAUL EWING LLP**

      By:   */s/ Monique B. DiSabatino*
      Mark Minuti (DE Bar No. 2659)
      Monique B. DiSabatino (DE Bar No. 6027)
      1201 N. Market Street, Suite 2300
      P.O. Box 1266
      Wilmington, DE  19899
      Telephone: (302) 421-6800
      Fax: (302) 421-6813
      mark.minuti@saul.com
      monique.disabatino@saul.com

      -and-

      Jeffrey C. Hampton
      Adam H. Isenberg
      Centre Square West
      1500 Market Street, 38th Floor
      Philadelphia, PA 19102
      Telephone: (215) 972-7777
      Fax: (215) 972-7725
      jeffrey.hampton@saul.com
      adam.isenberg@saul.com

      *Counsel for Debtors and Debtors in Possession*