# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 4468** |
| | ) **Hearing Date: March 29, 2023 at 2:00 p.m. (ET)** |

## RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on January 19, 2023, the debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases filed the *Debtors' Motion for Order: (I) Enforcing the Automatic Stay Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC; and (II) Awarding Damages for Debtors and Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC for Their Willful Violations of the Automatic Stay* (the "**Motion**") [D.I. 4468], with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that a Zoom hearing on the Motion be held **March 29, 2023 at 2:00 p.m. (prevailing Eastern Time)**, before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801.

| | |
|---|---|
| Dated: February 17, 2023 | **SAUL EWING LLP** |
| | By: */s/ Mark Minuti* |
| | Mark Minuti (DE Bar No. 2659) |
| | John D. Demmy (DE Bar No. 2802) |
| | Monique B. DiSabatino (DE Bar No. 6027) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 421-6800 |
| | Fax: (302) 421-6813 |
| | mark.minuti@saul.com |
| | john.demmy@saul.com |
| | monique.disabatino@saul.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

41185782.1 02/17/2023

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*