IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al.*,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket No. 404, 642 and 2279** |
| ) | |

### THIRD SUPPLEMENTAL DECLARATION OF MONIQUE B. DISABATINO PURSUANT TO BANKRUPTCY RULE 2014(a)

MONIQUE B. DISABATINO hereby declares:

1. I am a partner in the law firm of Saul Ewing LLP ("**Saul Ewing**"). I have personal knowledge of the facts stated in this declaration (the "**Third Supplemental Declaration**") except as expressly stated herein.

2. This Third Supplemental Declaration is submitted in furtherance of the application of the above-captioned debtors (the "**Debtors**") pursuant to section 327(a) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014 of the Federal Rules of Bankruptcy Procedure, for authority to retain Saul Ewing as counsel to the Debtors [Docket No. 227] (the "**Retention Application**").

3. On June 30, 2019 and July 1, 2019, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of the Bankruptcy Code. The Debtors operate their

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. On July 17, 2019, the Debtors filed the Retention Application. Attached to the Retention Application was my declaration in support thereof (the "**Initial Declaration**"). As more specifically stated therein, in the Initial Declaration I disclosed that Saul Ewing previously represented, currently represents, and may represent certain parties in interest in matters totally unrelated to these chapter 11 cases. The Court approved the Retention Application by an order entered on August 8, 2019 [Docket No. 404].

5. On September 5, 2019, Saul Ewing filed the *First Supplemental Declaration of Monique B. DiSabatino Pursuant to Bankruptcy Rule 2014(a)* [D.I. 642] (the "**First Supplemental Declaration**").

6. On April 20, 2021, Saul Ewing filed the *Second Supplemental Declaration of Monique B. DiSabatino Pursuant to Bankruptcy Rule 2014(a)* [D.I. 2279] (the "**Second Supplemental Declaration**," and together with the Initial Declaration and the First Supplemental Declaration, the "**Prior Declarations**").

7. The Prior Declarations remain true and correct.

8. Since the filing of the Second Supplemental Declaration, Saul Ewing was engaged to represent the following parties in matters unrelated to the Chapter 11 Cases: Concentra, Inc., Select Medical Corporation and Concentra Occupational Health (affiliates of Occupational Health Centers of the Southwest, P.A. d/b/a Concentra Medical Centers) and Hillmann Consulting LLC.

9. Saul Ewing will continue to supplement its disclosure as additional creditors, equity holders, or parties in interest are identified in these cases.

3

10. Based upon information available to me, I continue to believe that Saul Ewing is a "disinterested person" within the meaning of the Bankruptcy Code with respect to the matters upon which Saul Ewing is to be engaged in these chapter 11 cases.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2023

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6806
monique.disabatino@saul.com
