IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
|  | ) Jointly Administered |
| Debtors. |  |

### CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE

I, Mark Minuti, counsel to the above-captioned debtors (collectively, the "**Debtors**"), hereby certify, as follows:

1. Counsel to the Debtors received an omnibus hearing date from Judge Walrath's courtroom deputy.

2. Enclosed herewith is a proposed Order that states with specificity the time and date of the omnibus hearing presently scheduled, subject to Court approval.

3. The Debtors respectfully request that the Court enter the Order Scheduling Omnibus Hearing Date.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

41235565.1 02/28/2023

Dated: February 28, 2023         **SAUL EWING LLP**

By:    */s/ Mark Minuti*
       Mark Minuti (DE Bar No. 2659)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE  19899
       Telephone: (302) 421-6800
       Fax: (302) 421-6813
       mark.minuti@saul.com
       monique.disabatino@saul.com

       -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7700
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com

       *Counsel for Debtors and Debtors in Possession*