# EXHIBIT D

**EXPENSE SUMMARY**

**Expense Summary**

**For the Period from December 1, 2022 through December 31, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center | $111.70 |
| E-discovery Processing /Usage | Epiq Relativity | $8,397.70 |
| Legal Research | Westlaw; Lexis | $1,321.38 |
| Messenger Service | Reliable Copy Service - DE | $5.45 |
| Outside Reproduction | Exela Enterprise Solutions Inc. | $55.08 |
| Overnight Delivery | Federal Express | $50.71 |
| Professional Services | Reliable Copy Service – DE | $30.00 |
| **Total** | | **$9,972.02** |

41192894.2 03/02/2023



| | | |
|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | 2745992 |
| 222 N. Sepulveda Blvd. | Invoice Date | 02/13/23 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 12/26/22 | Epiq Relativity eDiscovery Costs | 8,397.70 | |
| | Total   Epiq Relativity eDiscovery Costs | | 8,397.70 |
| 12/19/22 | Messenger Service; VENDOR: Reliable Copy Service - DE; 12/8/22; Hand delivery of notice of deposition to Offit Kurman | 5.45 | |
| | Total Messenger Service | | 5.45 |
| 12/13/22 | Federal Express 12/06/2022 To: Leslie Berkoff, Esq From: John Demmy | 50.71 | |
| | Total Federal Express | | 50.71 |
| 12/13/22 | Outside Reproduction - - VENDOR: Exela Enterprise Solutions Inc. 9/28/2022  Velo Charges | 6.48 | |
| 12/13/22 | Outside Reproduction - - VENDOR: Exela Enterprise Solutions Inc. 10/18/2022 Poster | 48.60 | |
| | Total Outside Reproduction | | 55.08 |
| 12/19/22 | Professional Services; VENDOR: Reliable Copy Service - DE; 11/29/22; Electronic docketing of (1) monthly staffing report and (2) Saul Ewing's thirty-ninth monthly fee application | 30.00 | |
| | Total Professional Services | | 30.00 |
| 12/02/22 | Pacer Research - - VENDOR: Pacer Service Center | 1.20 | |
| 12/02/22 | Pacer Research - - VENDOR: Pacer Service Center | 5.50 | |
| 12/02/22 | Pacer Research - - VENDOR: Pacer Service Center | 40.30 | |
| 12/02/22 | Pacer Research - - VENDOR: Pacer Service Center | 64.70 | |
| | Total Pacer Research | | 111.70 |
| 12/13/22 | Lexis Legal Research | 52.80 | |
| 12/05/22 | Westlaw Legal Research | 480.06 | |
| 12/06/22 | Westlaw Legal Research | 466.02 | |
| 12/27/22 | Westlaw Legal Research | 107.50 | |
| 12/28/22 | Westlaw Legal Research | 215.00 | |
| | Total Legal Research | | 1,321.38 |
| | CURRENT EXPENSES | | 9,972.02 |
| | **TOTAL AMOUNT OF THIS  INVOICE** | | 9,972.02 |

41189890.1 02/20/2023