# EXHIBIT F

## PROFESSIONALS' BACKGROUND

41192894.2 03/02/2023

**Attorney Biographies**

**George H. Rahn, Jr.,** *Partner*. Mr. Rahn is a partner in Saul Ewing's Litigation Department in its Philadelphia, Pennsylvania office. Mr. Rahn focuses his practice on commercial litigation, including national and international construction matters. He has handled matters for contractors, engineering firms, owners and surety bond companies in a variety of contexts. Mr. Rahn has also dealt with matters for general contractors, subcontractors, materials and equipment suppliers, owners and others that involved default termination issues, bid awards and protests, payment and performance bond issues, mechanics liens, as well as the prosecution and defense of a variety of matters involving claims for monetary damages. In addition to his construction-related practice, Mr. Rahn has represented clients in a broad range of matters including antitrust counseling and litigation, breach of contract cases, defamation and insurance coverage disputes, health care-related matters, as well as a variety of personal injury claims.

**Mark Minuti**, *Partner.* Mr. Minuti is Vice-chair of Saul Ewing's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice Group and is a Partner in its Wilmington, Delaware office. Mr. Minuti concentrates his practice in bankruptcy law. Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**John D. Demmy**, *Partner.* Mr. Demmy is a Partner in Saul Ewing's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office. Mr. Demmy represents debtors, creditors' and ad hoc committees, asset buyers, insurers, and all types of creditors in bankruptcy cases and related litigation matters. Mr. Demmy also handles bankruptcy appeals to the Delaware District Court and to the Court of Appeals for the Third Circuit. Mr. Demmy is also an experience commercial litigator who assist clients with cases in the Delaware Court of Chancery and provides opinions with respect to matters of bankruptcy and Delaware law relating to Delaware entities.

**Martin J. Doyle,** *Partner.* Mr. Doyle is a Partner in Saul Ewing's Real Estate Practice Group in its Philadelphia, Pennsylvania office. Mr. Doyle concentrates his practice in commercial real estate transactions, with an emphasis on real estate acquisitions and dispositions, finance, and leasing.

**Frederick D. Strober,** *Partner.* Mr. Strober is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Practice Group in its Philadelphia, Pennsylvania office. Mr. Strober concentrates his practice in commercial real estate transactions, with an emphasis on non-profit organizations in the health, education and economic development sectors through complex development projects.

**Jeffrey C. Hampton,** *Partner*. Mr. Hampton is Chair of Saul Ewing's Bankruptcy and Restructuring Practice Group and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders. Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters. In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner*. Mr. Isenberg is a Partner in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts. Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**David G. Shapiro,** *Partner*. Mr. Shapiro is a Partner in Saul Ewing's Business and Finance Practice in its Philadelphia, Pennsylvania office. Mr. Shapiro concentrates his practice on business tax planning, including domestic and cross-border expansion, joint ventures, mergers, acquisitions, and financing transactions.

**Michelle G. Novick,** *Partner*. Ms. Novick is a Partner in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office. Ms. Novick concentrates her practice on corporate bankruptcy.

**William W. Warren, Jr.,** *Partner.* Mr. Warren is a Partner in Saul Ewing's Real Estate Department and the Construction and Government Contracts practices in its Harrisburg, Pennsylvania office. Mr. Warren has worked extensively on governmental procurement of technology, equipment, commodities and services, and public, nonprofit and private construction programs, and as a commercial litigator in the federal Middle District of Pennsylvania, and in a wide variety of state administrative law matters. Mr. Warren represents technology vendors, design firms, and contractors in state construction and technology procurement contract negotiations and dispute resolution processes. He also represents school districts, counties, cities, municipalities and authorities in contracting and construction matters.

**Clarence Y. Lee,** *Partner.* Mr. Lee is a Partner in Saul Ewing's Litigation Department in its Washington, D.C. office. Mr. Lee represents insurers in a wide range of insurance coverage counseling and commercial litigation. Mr. Lee provides insurance coverage advice and litigation representation on a variety of insurance issues, including managed care, errors and omissions, hospital liability, general liability, environmental, cyber, technology, director's and officer's liability, professional liability, and architects and engineers' policies.

**Matthew M. Haar,** *Partner.* Mr. Haar is a Partner in Saul Ewing's Litigation Department in its Harrisburg, Pennsylvania office. Mr. Haar focuses his practice on corporate and commercial litigation with an emphasis on complex insurance and reinsurance litigation, including cases regarding bad faith and extra-contractual liability. Mr. Haar has represented both insurance companies and insureds in a wide variety of insurance related litigations, including complex coverage and contractual disputes, antitrust matters, bad faith actions, and rehabilitations and liquidations.

**Monique B. DiSabatino**, *Partner.* Ms. DiSabatino is a Partner in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office. Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Turner N. Falk,** *Associate.* Mr. Falk is an Associate in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Mr. Falk focuses his practice on assisting debtors, trustees, creditor committees and other parties throughout the bankruptcy and restructuring process.

**Daniel P. Rowley,** *Associate.* Mr. Poindexter is an Associate in Saul Ewing Arnstein & Lehr's Real Estate Practice Group in its Chesterbrook, Pennsylvania office. Mr. Rowley is a zoning and land use attorney who advises clients on strategies for navigating the government review process for their development projects. Mr. Rowley also handles general real estate matters and tax assessment and tax exemption appeals.

**Jorge Garcia**, *Associate.* Mr. Garcia is an Associate in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Mr. Garcia represents debtors, trustees, creditors' committees, unsecured creditors and secured creditors in chapter 11 reorganization and liquidation cases. Mr. Garcia also handles Chapter 7 cases and related adversary proceedings, including avoidance actions involving claims of preferences and fraudulent transfers.

**Frederick N. Poindexter,** *Associate.* Mr. Poindexter is an Associate in Saul Ewing's Real Estate Practice Group in its Philadelphia, Pennsylvania office. Mr. Poindexter maintains a general real estate practice and assists with a variety of deals, including commercial leasing, development projects, and property sales and acquisitions.

**Sabrina Espinal,** *Associate.* Ms. Espinal is an Associate in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Ms. Espinal focuses her practice on assisting debtors, trustees, creditor committees and other parties throughout the bankruptcy and restructuring process.

41192894.2 03/02/2023