## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Case No. 19-11466 (MFW) |
| *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Deadline: March 27, 2023 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: April 25, 2023 at 11:30 a.m. (ET)** |

**COVER SHEET TO THE FIRST INTERIM FEE APPLICATION OF OMNI AGENT
SOLUTIONS, ADMINISTRATIVE AGENT TO THE DEBTORS, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM JUNE 30, 2019 THROUGH AUGUST 31, 2019**

| | |
|---|---|
| Name of Applicant: | Omni Agent Solutions |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Period for which compensation and reimbursement is sought | *Start:* June 30, 2019 <br> *End:* August 31, 2019 |
| Total compensation sought this period | $21,862.50 |
| Total expenses sought this period | $0.00 |
| Petition dates | June 30, 2019 and July 1, 2019 |
| Date of retention | August 2, 2019 *nunc pro tunc* to June 30, 2019 |
| Total compensation approved by interim order to date | $21,862.50 |
| Total expenses approved by interim order to date | $0.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

| Total allowed compensation paid to date | $21,862.50 |
|---|---|
| Total allowed expenses paid to date | $0.00 |
| Blended rate in this application for all timekeepers | $206.64 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $4,372.50 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in this application | 6 |
| Are rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

This is an: ___ monthly       **X** interim       ___ final application.

Prior Applications:

| Date and Docket No. | Filing Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/ Expenses | CNO Date and Docket No. |
|---|---|---|---|---|---|---|---|
| 8/29/19 Dkt. #596 | 6/30/19 – 7/31/19 | $12,376.00 | $0.00 | $9,900.80 | $0.00 | $2,475.20 | 9/30/19 Dkt. #796 |
| 1/23/20 Dkt. #1352 | 8/1/19 – 8/31/19 | $9,486.50 | $0.00 | $7,589.20 | $0.00 | $1,897.30 | 2/17/20 Dkt. #1415 |
| | **TOTAL** | **$21,862.50** | **$0.00** | **$17,490.00** | **$0.00** | **$4,372.50** | |

**SUMMARY OF BILLING BY TIMEKEEPER
FOR FIRST INTERIM FEE APPLICATION**

**For the Period June 30, 2019 through August 31, 2019**

| Name | Title | Hours | Rate | Total |
|------|-------|-------|------|-------|
| A. Concepcion | Senior Consultant | 2.0 | $155.00 | $310.00 |
| B. Whitaker | Consultant | 28.7 | $125.00 | $3,587.50 |
| D. Green | Consultant | 29.2 | $125.00 | $3,650.00 |
| K. Nownes | Senior Consultant | 5.0 | $155.00 | $775.00 |
| O. Davis | Consultant | 105.2 | $105.00 | $11,046.00 |
| Y. Bederman | Senior Consultant | 17.2 | $145.00 | $2,494.00 |
| | **TOTAL** | **187.3** | --- | **$21,862.50** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: March 27, 2023 at 4:00 p.m. (ET)** |
| | **Hearing Date: April 25, 2023 at 11:30 a.m. (ET)** |

## FIRST INTERIM FEE APPLICATION OF OMNI AGENT SOLUTIONS, ADMINISTRATIVE AGENT TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 30, 2019 THROUGH AUGUST 31, 2019

Omni Agent Solutions ("**Omni**" or "**Applicant**"), administrative agent to the debtors and debtors-in-possession (the "**Debtors**"), hereby submits its first interim fee application (the "**First Interim Fee Application**") for allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred for the period June 30, 2019 through August 31, 2019 (the "**Application Period**").

## <u>INTRODUCTION</u>

1.      On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").  The Debtors are operating their businesses and managing their properties

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of an examiner has been made in these Chapter 11 Cases.

2.      On July 15, 2019, the Office of the United States Trustee (the "**UST**") appointed the Official Committee of Unsecured Creditors of Center City Healthcare d/b/a Hahnemann University Hospital, *et al*. pursuant to section 1102 of the Bankruptcy Code.

3.      On August 2, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "**Interim Compensation Order**"), which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in the Chapter 11 Cases.  Pursuant to the Interim Compensation Order, the Court established a procedure for interim compensation and reimbursement of disbursements for professionals appointed in this case.  In particular, the Court authorized the filing and service to certain notice parties of monthly interim fee applications by professionals appointed in this case and payment by the Debtors of 80% of fees and 100% of expenses, in the absence of an objection made within twenty (20) days of service of the pertinent application.

## RETENTION OF OMNI

4.      On August 2, 2019, this Court entered the *Order Authorizing Retention and Employment of Omni Management Group, Inc. as Administrative Agent to the Debtors, Nunc Pro Tunc to the Petition Date* [D.I. 337].

## PROFESSIONAL SERVICES RENDERED

5.      Pursuant to the Interim Compensation Order, Omni submits this First Interim Fee Application, seeking interim approval and allowance of compensation in the amount of

$21,862.50, and actual and necessary expenses in the amount of $0.00, incurred during the interim period from June 30, 2019 through August 31, 2019.

**Summary of Services by Project Category**

6.     The services rendered by Omni during the Application Period can be grouped in the categories set forth below.  The following chart is a summary of the fees and hours billed for each project category during the Application Period.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Preparation of Schedules/SoFA | 187.3 | $21,862.50 |
| **TOTAL** | **187.3** | **$21,862.50** |

7.     These categories are generally described below:

Preparation of Schedules/SoFA.   This category includes all work performed by Omni in assisting the Debtors in the preparation of each of their schedules and statements of financial affairs.  Omni sometimes received large and frequent batches of data from the Debtors and their professionals.  Such data was properly formatted, when necessary, and incorporated into the Debtors' schedules and statements of financial affairs.  Omni conducted multiple reviews of draft work product with the Debtors and their professionals to ensure the accuracy of the final schedules and statements of financial affairs

**ADDITIONAL DISCLOSURES**

8.     During the Application Period, Omni did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement.

9.     None of the professionals included in this First Interim Fee Application varied their hourly rate based on the geographical location of the bankruptcy case.

10.     This First Interim Fee Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

41273301.1 03/07/2023

11.     In accordance with Section 504 of the Bankruptcy Code and Fed. R. Bankr. P. 2016(a), no agreement or understanding exists between Omni and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this case.

12.     No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by Omni.

13.     Notice of this First Interim Fee Application has been provided in accordance with the Interim Compensation Order.  Omni submits that no other or further notice need be provided.

14.     Omni reserves all rights and claims.  Without limiting the generality of the foregoing, Omni reserves its right to submit future monthly fee applications, interim fee applications, and final fee applications, including, without limitation, fee applications seeking final allowance of all amounts sought to be paid or reimbursed herein and in respect of any amounts held back pursuant to the Interim Compensation Order or otherwise.

*[remainder of page left intentionally blank]*

**WHEREFORE**, Omni respectfully requests that the Court enter an Order (i) granting the First Interim Fee Application and authorizing interim allowance of compensation in the amount of $21,862.50 for professional services rendered on behalf of the Debtors and reimbursement for actual and necessary expenses in the amount of $0.00, (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: March 7, 2023

**OMNI AGENT SOLUTIONS**

By:   */s/ Paul H. Deutch*
Paul H. Deutch
1120 Avenue of the Americas
4th Floor
New York, NY 10035
Telephone: (212) 302-3580
pdeutch@omniagnt.com

*Administrative Agent for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Case No. 19-11466 (MFW) |
| *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## DECLARATION OF PAUL H. DEUTCH

I, Paul H. Deutch, declare under the penalty of perjury that:

1.      I am the Executive Vice President of Omni Agent Solutions ("Omni"), which serves as administrative agent to the debtors and debtors-in-possession (the "**Debtors**").

2.      I am familiar with the work performed by Omni on behalf of the Debtors.

3.      I have reviewed the foregoing *First Interim Fee Application of Omni Agent Solutions, Administrative Agent to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 30, 2019 through August 31, 2019* (the "**Application**"). The facts set forth in the Fee Application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-2 and submit that the Fee Application complies with such Rule.

Dated: March 7, 2023                       */s/ Paul H. Deutch*_____
                                           PAUL H. DEUTCH

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.