IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) **Re: Docket No. 4539** |

### NOTICE OF FILING OF FORM LOAN DOCUMENTS IN CONNECTION WITH MOTION OF DEBTORS FOR ENTRY OF ORDER (I) AUTHORIZING PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC TO MAKE SUPPLEMENTAL SECURED LOAN TO SUPPORT BROAD STREET ENTITIES PURSUANT TO 11 U.S.C. § 363 AND 105(A) AND (II) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that on March 1, 2023, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases filed the *Motion of Debtors for Entry of Order (I) Authorizing Philadelphia Academic Health System, LLC to Make Supplemental Secured Loan to Support Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief* [Docket No. 4539] (the "**Supplemental Financing Motion**").

PLEASE TAKE FURTHER NOTICE THAT in the Supplemental Financing Motion, the Debtors stated that they would file certain proposed loan documents prior to the hearing on the Supplemental Financing Motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

41280378.1 03/08/2023

PLEASE TAKE FURTHER NOTICE THAT the Debtors hereby file the following form documents, which are substantially in the form of the final versions to be executed by the parties, subject to Court approval of the Supplemental Financing Motion:

**EXHIBIT A:** Form of Amended and Restated Secured Promissory Note.

**EXHIBIT B:** Form of Second Mortgage Modification Agreement[2].

Dated: March 8, 2023                                **SAUL EWING LLP**

By: */s/ Mark Minuti*
    Mark Minuti (DE Bar No. 2659)
    Monique B. DiSabatino (DE Bar No. 6027)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    Telephone: (302) 421-6840
    Fax: (302) 421-6813
    mark.minuti@saul.com
    monique.disabatino@saul.com

                -and-

    Jeffrey C. Hampton
    Adam H. Isenberg
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-7777
    Fax: (215) 972-7725
    jeffrey.hampton@saul.com
    adam.isenberg@saul.com

    *Counsel for Debtors and Debtors in Possession*

---

[2] Separate mortgages, based on the attached template but particularized for the applicable borrower, will be recorded against each of the borrowers with respect to the proposed loan.