# EXHIBIT A

**Summary of Blended Rate**

## BILLING DISCLOSURES FOR SAUL EWING LLP

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
|---|---|---|---|
| Senior Partners | 16 | $604.00 | $736.10 |
| Junior Partners | 2 | $494.00 | $500.35 |
| Special Counsel | 1 | $509.00 | $525.00 |
| Senior Associates | 3 | $363.00 | $372.78 |
| Junior Associates | 5 | $287.00 | $334.94 |
| Paralegal | 2 | $233.00 | $340.69 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $257.00 | $264.84 |
| **Aggregated:** | | **$467.00** | **$564.82** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | March 14, 2023 |
| Interim or Final: | Interim |