# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Business Operations | 750.00 | $397,031.25 | 859.60 | $604,492.00 |
| Case Administration | 135.00 | $71,465.64 | 161.20 | $87,109.50 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 1,200.00 | $635,250.00 | 881.00 | $521,861.00 |
| Committee Matters | 45.00 | $23,821.89 | 19.30 | $14,551.50 |
| Creditor Inquiries | 15.00 | $7,940.64 | 3.10 | $1,232.50 |
| Employee Benefits and Pensions | 20.00 | $10,587.51 | 0.00 | $0.00 |
| Executory Contracts and Unexpired Leases | 15.00 | $7,940.64 | 0.00 | $0.00 |
| Fee/Employment Application (Saul Ewing) | 30.00 | $15,881.25 | 37.90 | $11,322.50 |
| Fee/Employment Applications (Objections) | 15.00 | $7,940.64 | 0.00 | $0.00 |
| Fee/Employment Applications (Other Professionals) | 30.00 | $15,881.25 | 10.90 | $5,010.00 |
| Litigation: Contested Matters and Adversary Proceedings | 1,200.00 | $635,250.01 | 1,129.60 | $713,055.50 |
| Non-Working Travel | 20.00 | $10,587.51 | 29.80 | $22,605.50 |
| Plan and Disclosure Statement | 24.00 | $12,705.01 | 5.00 | $3,685.50 |
| Preparation for and Attendance at Hearing | 20.00 | $10,587.51 | 18.50 | $13,388.00 |
| Relief from Stay and Adequate Protection | 30.00 | $15,881.25 | 31.10 | $15,595.00 |
| UST Reports, Meetings and Issues | 21.00 | $11,116.89 | 11.20 | $3,272.50 |
| **TOTAL** | **3,570.00** | **$1,889,868.89** | **3,198.20** | **$2,017,181.00** |
| **Minus Agreed Upon Discount** | | | | **($199,457.55)** |
| **Minus 50% for Non-Working Travel** | | | | **($11,302.75)** |
| **GRAND TOTAL** | **3,570.00** | **$1,889,868.89** | **3,198.20** | **$1,806,420.70** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | March 14, 2023 |
| Interim or Final: | Interim |

41205307.1 03/14/2023

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 17 |
| Counsel | 1 |
| Associate | 8 |
| Paralegal | 2 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | March 14, 2023 |
| Interim or Final: | Interim |

2