# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (354 pages @ $.10 per page) | | $35.40 |
| Car Service / Taxi | *See attached chart* | $36.30 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $455.30 |
| E-discovery Processing /Usage[1] | Saul Ewing LLP | $25,151.03 |
| Filing Fees | United States Bankruptcy Court | $50.00 |
| Hotel | *See attached chart* | $3,213.22 |
| Legal Research | Westlaw; Lexis | $22,257.08 |
| Meals | *See attached chart* | $479.19 |
| Mileage | *See attached chart* | $18.82 |
| Outside Reproduction | Reliable Copy Service – DE | $182.11 |
| Overnight Delivery | Federal Express | $500.35 |
| Parking | *See attached chart* | $261.00 |
| Search Fee | ATA Corporate Services, LLC | $552.00 |
| Train | *See attached chart* | $861.00 |
| **TOTAL** | | **$54,052.80** |

---

[1] These are the costs associated with using the Saul Review Platform ("SRP"). These include setting up the platform, processing data, storing and preparing data for review and user fees.

| Item | Description | Price |
|---|---|---|
| Processing | One time processing fee for new data to extract metadata, de-duplicate, index, remove system files and upload to the SRP | $100/GB |
| Upload | One time upload fee for loading pre-processed data, images or third party productions to the SRP | $25/GB |
| Storage | Recurring monthly storage fee for our ISO 27001 secure, replicated and backed up SRP storage | $10/GB |
| Setup | One time database cost to set up coding fields, containers, time zones and add users for the review | $125/Hr |

| \ | TRAVEL DETAIL | | | |
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 01/06/22 | Parkway Corp. – Centre Square | (1) Jeffrey C. Hampton | Parking in Philadelphia for inspection at Hahnemann University Hospital | $28.00 |
| 01/14/22 | Parkway Corp. – Centre Square | (1) Adam H. Isenberg | Parking in Philadelphia for inspection at Hahnemann University Hospital | $28.00 |
| 03/01/22 | New York Cab | (3) Mark Minuti; Adam Isenberg; Jeffrey Hampton | Cab from train station to hotel to attend mediation in New York | $16.30 |
| 03/03/22 | Medallion Taxi | (3) Mark Minuti; Adam Isenberg; Jeffrey Hampton | Cab from mediation to train station after mediation in New York | $20.00 |
| 03/01/22 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to train station and back for mediation in New York | $9.41 |
| 03/23/22 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from home to train station and back for mediation in New York | $9.41 |
| 03/01 – 03/03/22 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington Train Station for mediation in New York | $32.00 |
| 03/01 – 03/03/22 | 30th Street Parking | (1) Adam Isenberg | Parking at 30th Street Train Station for mediation in New York | $81.00 |
| 03/01 – 03/03/22 | 30th Street Parking | (1) Jeffrey Hampton | Parking at 30th Street Train Station for mediation in New York | $56.00 |
| 03/23/22 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Wilmington Train Station for mediation in New York | $36.00 |
| 03/03/22 | Amtrak | (1) Mark Minuti | Change fee - train from New York to Wilmington, DE for mediation | $28.00 |
| 03/03/22 | Amtrak | (1) Adam Isenberg | Change fee - train from New York to Philadelphia, PA for mediation | $78.00 |
| 03/03/22 | Amtrak | (1) Mark Minuti | Change fee - train from New York to Philadelphia, PA for mediation | $80.00 |
| 03/01/22 | Amtrak | (1) Mark Minuti | Train from Wilmington, DE to New York for mediation | $105.00 |
| 03/01/22 | Amtrak | (1) Adam Isenberg | Train from Philadelphia, PA to New York for mediation | $103.00 |
| 03/01/22 | Amtrak | (1) Jeffrey Hampton | Train from Philadelphia, PA to New York for mediation | $82.00 |
| 03/03/22 | Amtrak | (1) Mark Minuti | Train from New York to Wilmington, DE after mediation | $141.00 |
| 03/03/22 | Amtrak | (1) Adam Isenberg | Train from New York to Philadelphia, PA after mediation | $122.00 |
| 03/03/22 | Amtrak | (1) Jeffrey Hampton | Train from New York to Philadelphia, PA after mediation | $122.00 |
| 03/01 – 03/02/22 | Intercontinental New York Hotel | (1) Mark Minuti | Hotel while attending mediation in New York | $739.24 |

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 03/01 – 03/02/22 | Intercontinental New York Hotel | (1) Adam Isenberg | Hotel while attending mediation in New York | $704.68 |
| 03/01 – 03/02/22 | Intercontinental New York Hotel | (1) Jeffrey Hampton | Hotel while attending mediation in New York | $782.84 |
| 03/21 – 03/23/22 | Hilton Hotels | (1) Mark Minuti | Hotel while attending mediation in New York | $986.46 |
| | | **TOTAL** | | **$4,390.34** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | March 14, 2023 |
| Interim or Final: | Interim |

3

| | | MEAL DETAIL | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 03/01/22 | The Smith | (5) Mark Minuti, Adam Isenberg, Jeffrey Hampton, Allen Wilen and John Dinome | Dinner preparing for mediation | $261.93 |
| 03/01/22 | ETC Restaurant | (1) Jeffrey Hampton | Breakfast while attending mediation in New York | $14.96 |
| 03/02/22 | ETC Restaurant | (2) Jeffrey Hampton and John Dinome | Breakfast while attending mediation in New York | $44.34 |
| 03/22/22 | Herb N Kitchen Buffet at Hilton Hotels | (4) Mark Minuti, Jeffrey Hampton, Allen Wilen and John Dinome | Dinner during mediation | $141.15 |
| 03/23/22 | Café 53 | (2) Mark Minuti and Allen Wilen | Breakfast while attending mediation in New York | $16.81 |
| | | **TOTAL** | | **$479.19** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | March 14, 2023 |
| Interim or Final: | Interim |

4