# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Business Operations | 700.00 | $370,562.50 | 614.60 | $434,642.00 |
| Case Administration | 125.00 | $66,171.89 | 71.90 | $39,795.00 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 715.00 | $378,503.13 | 579.70 | $316,044.50 |
| Committee Matters | 35.00 | $18,528.13 | 14.20 | $10,404.50 |
| Creditor Inquiries | 15.00 | $7,940.64 | 1.60 | $926.00 |
| Employee Benefits and Pensions | 15.00 | $7,940.64 | 0.00 | 0.00 |
| Executory Contracts and Unexpired Leases | 15.00 | $7,940.64 | 0.60 | $432.00 |
| Fee/Employment Application (Saul Ewing) | 30.00 | $15,881.25 | 28.30 | $9,539.50 |
| Fee/Employment Applications (Objections) | 15.00 | $7,940.64 | 0.00 | $0.00 |
| Fee/Employment Applications (Other Professionals) | 27.00 | $14,293.13 | 20.30 | $5,857.00 |
| Litigation: Contested Matters and Adversary Proceedings | 1,200.00 | $635,250.01 | 1,161.40 | $729,304.00 |
| Non-Working Travel | 30.00 | $15,881.25 | 21.40 | $14,982.00 |
| Plan and Disclosure Statement | 24.00 | 12,705.01 | 18.10 | $10,371.00 |
| Preparation for and Attendance at Hearing | 30.00 | $15,881.25 | 9.30 | $6,468.00 |
| Relief from Stay and Adequate Protection | 30.00 | $15,881.25 | 32.80 | $18,505.00 |
| UST Reports, Meetings and Issues | 21.00 | $11,116.89 | 16.30 | $5,028.50 |
| **TOTAL** | **3,027.00** | **$1,602,418.25** | **2,590.50** | **$1,602,299.00** |
| **Minus Agreed Upon Discount** | | | | **($158,731.70)** |
| **Minus 50% for Non-Working Travel** | | | | **($7,491.00)** |
| **GRAND TOTAL** | **3,027.00** | **1,602,418.25** | **2,590.50** | **$1,436,076.30** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | March 14, 2023 |
| Interim or Final: | Interim |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 15 |
| Counsel | 2 |
| Associate | 5 |
| Paralegal | 3 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | March 14, 2023 |
| Interim or Final: | Interim |

2