# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (6 pages @ $.10 per page) | | $0.60 |
| Car Service / Taxi | *See attached chart* | $58.52 |
| Court Costs | Commonwealth of Pennsylvania *(CD)* | $1.00 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $527.70 |
| E-discovery Processing /Usage | Epiq Relativity | $36,036.35 |
| Filing Fees | United States Bankruptcy Court; Secretary of State | $1,772.00 |
| Hotel | *See attached chart* | $4,152.80 |
| Legal Research | Westlaw; Lexis | $12,035.38 |
| Meals | *See attached chart* | $68.06 |
| Messenger Service | Reliable Copy Service – DE | $12.30 |
| Mileage | *See attached chart* | $9.41 |
| Outside Reproduction | Reliable Copy Service – DE | $671.86 |
| Overnight Delivery | Federal Express | $441.96 |
| Parking | *See attached chart* | $303.00 |
| Recording Fees | Philadelphia Recorder of Deeds | $1,017.00 |
| Search Fee | ATA Corporate Services, LLC; City of Philadelphia | $347.00 |
| Train | *See attached chart* | $861.00 |
| Transcripts | Reliable Copy Services – DE | $211.75 |
| **TOTAL** | | **$58,527.69** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | March 14, 2023 |
| Interim or Final: | Interim |

41230569.1 03/14/2023

| | TRAVEL DETAIL | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 04/19/22 | Med Cab Company | (2) Adam Isenberg; John Dinome | Cab from train station to hotel to attend mediation in New York | $20.00 |
| 03/23/22 | 30th Street Parking | (1) Jeffrey Hampton | Parking at 30th Street Train Station for mediation in New York | $81.00 |
| 03/31/22 | Parkway Corp. Center Square Parking | (1) Adam Isenberg | Parking in Philadelphia for meeting with client | $28.00 |
| 04/19 – 4/21/22 | 30th Street Parking | (1) Adam Isenberg | Parking at 30th Street Train Station for mediation in New York | $81.00 |
| 03/22/22 | Amtrak | (1) Jeffrey Hampton | Train from Philadelphia, PA to New York, NY for mediation | $141.00 |
| 04/19/22 | Amtrak | (1) Adam Isenberg | Train from Philadelphia, PA to New York, NY for mediation | $190.00 |
| 04/21/22 | Amtrak | (1) Adam Isenberg | Train from New York, NY to Philadelphia, PA after attending mediation | $156.00 |
| 03/21 – 03/23/22 | New York City Hilton | (1) Jeffrey Hampton | Hotel while attending mediation in New York | $1,029.43 |
| 04/19 – 04/20/22 | The Lexington Hotel | (1) Adam Isenberg | Hotel while attending mediation in New York | $861.38 |
| 04/19/22 | Curb Mobility | (3) Mark Minuti; Jeffrey Hampton; Adam Isenberg | Cab from train station to hotel to attend mediation in New York | $17.76 |
| 04/21/22 | New York Cab | (3) Mark Minuti; Jeffrey Hampton; Adam Isenberg | Cab from mediation to train station for mediation in New York | $20.76 |
| 04/21/22 | Mark Minuti | (1) Mark Minuti | Mileage from home to train and back for mediation in New York | $9.41 |
| 04/21/22 | Wilmington Parking Authority | (1) Mark Minuti | Parking at Train Station for mediation in New York | $32.00 |
| 04/21/22 | 30th Street Parking | (1) Jeffrey Hampton | Parking at Train Station for mediation in New York | $81.00 |
| 04/19/22 | Amtrak | (1) Mark Minuti | Train from Wilmington, DE to New York, NY for mediation | $194.00 |
| 04/21/22 | Amtrak | (1) Mark Minuti | Train from New York, NY to Wilmington, DE after mediation | $180.00 |
| 04/19 – 04/21/22 | The Lexington Hotel | (1) Mark Minuti | Hotel while attending mediation in New York | $1,108.62 |
| 04/19 – 04/21/22 | The Lexington Hotel | (1) Jeffrey Hampton | Hotel while attending mediation in New York | $1,153.37 |
| | | **TOTAL** | | **$5,384.73** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | March 14, 2023 |
| Interim or Final: | Interim |

2

| MEAL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 03/01/22 | Gourmet 45 | (1) Jeffrey Hampton | Dinner in New York preparing for mediation | $16.53 |
| 03/21/22 | Pret in NYC | (1) Jeffrey Hampton | Dinner preparing for mediation | $10.78 |
| 03/31/22 | Bains Deli | (2) Adam Isenberg and Allen Wilen | Lunch finalizing loan documents | $22.79 |
| 04/01/22 | ET Restaurant | (1) Jeffrey Hampton | Breakfast in Dinner in New York preparing for mediation | $17.96 |
| | | **TOTAL** | | **$68.06** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | March 14, 2023 |
| Interim or Final: | Interim |

3