# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>Objections Due: March 30, 2023 at 4:00 p.m.<br>Hearing: April 25, 2023 at 11:30 a.m. ET |

**TWELFTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 1, 2022 THROUGH JUNE 30, 2022**

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Twelfth Interim Period: | April 1, 2022 through June 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Twelfth Interim Period: | $ 16,892.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Twelfth Interim Period: | $ 34.28 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

143700258.1

This is an: _____ Monthly __12th__ Interim _____ Final Fee Application

This is Fox Rothschild's twelfth interim fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**Summary of Monthly Fee Applications for the Interim Period**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Paid | Expenses Paid | Amount Owed |
|---|---|---|---|---|---|---|---|
| Thirty Second Monthly [D.I. 3968] | 7/21/22 | $6,499.50 | $0.00 | 6/7/22 [D.I. 4016] | $5,199.60 | $0.00 | $1,299.90 |
| Thirty Third Monthly [D.I. 4060] | 6/29/22 | $5,047.50 | $12.96 | 7/21/22 [D.I. 4105] | $4,038.00 | $12.96 | $1,009.50 |
| Thirty Fourth Monthly [D.I. 4106] | 7/21/22 | $5,345.00 | $21.32 | 8/12/22 [D.I. 4166] | $4,276.00 | $21.32 | $1,069.00 |
|  | **TOTAL:** | **$16,892.00** | **$34.28** |  | **$13,513.60** | **$34.28** | **$3,378.40** |

**Summary of Objections to Monthly Fee Applications**

None

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: March 30, 2023 at 4:00 p.m.**<br>**Hearing: April 25, 2023 at 11:30 a.m. ET** |

**TWELFTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 1, 2022 THROUGH JUNE 30, 2022**

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), submits its Twelfth Interim Fee Application (the "Application"), pursuant to sections 327, 330(a), and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the "Interim

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

143700258.1

Compensation Order")[2] [D.I. 341] for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the twelfth interim application period from April 1, 2022 through June 30, 2022 (the "Compensation Period") in the amount of $$16,892.00 (the "Interim Compensation Amount"), and (ii) reimbursement of its actual and necessary expenses in the amount of $34.28 (the "Interim Expense Amount") incurred during the twelfth interim application period. In support of this Application, Fox Rothschild respectfully represents:

## JURISDICTION

1. This Court has jurisdiction over this Application under 28 U.S.C. § 157(b)(2).

2. Venue in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3. On June 30, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4. On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute,

---

[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

2

143700258.1

LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

5. By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective nunc pro tunc to July 17, 2019 (the "Retention Order") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

**SUMMARY OF APPLICATION FOR THE COMPENSATION PERIOD**

6. By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Interim Compensation Amount and the Interim Expense Amount for the Compensation Period.

7. During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for sharing of compensation received for services rendered in these cases.

143700258.1

8.     Fox Rothschild's monthly fee applications during the Compensation Period have been filed and served in accordance with the Interim Compensation Order.  True and correct copies of the relevant monthly fee applications are attached hereto as **Exhibit A.**

## RELIEF REQUESTED

9.     By this Application, Fox Rothschild requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by Fox Rothschild during the Compensation Period.

10.    All services for which compensation is requested by Fox Rothschild were performed on behalf of the Committee.  Fox Rothschild's services have been necessary and beneficial to the Committee and other parties in interest.

11.    In accordance with the factors enumerated in Bankruptcy Code section 330, Fox Rothschild respectfully submits that the amount requested by Fox Rothschild is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Fox Rothschild has reviewed the requirements of Local Rule 2016-2 and the Interim Compensation Order and believes that this Application complies with such Rule and order. To the extent that this Application fails to comply with Local Rule 2016-2 in any respect, Fox Rothschild submits that such non-compliance is non-material, and respectfully requests that such non-compliance be waived.

## NOTICE

12.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen,

CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

## CONCLUSION

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order, substantially in the form attached hereto, providing: (i) that the fees in the amount of $16,892.00, as compensation for necessary professional services rendered , and actual and necessary costs and expenses in the amount of $34.28, for a total of $16,926.28, be allowed on an interim basis; (ii) that the Debtors be authorized and directed to pay to Fox Rothschild the Interim Compensation Amount and the Interim Expense Amount less any amounts already paid, and (iii) granting Fox Rothschild such further relief as may be just.

Dated: March 16, 2023                     **FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com
*Counsel to the Official Committee of Unsecured Creditors*

5

143700258.1