**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: March 30, 2023 at 4:00 p.m. ET** **Hearing Date: April 25, 2023 at 11:30 a.m. ET** |

**ELEVENTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
THE PERIOD FROM JANUARY 1, 2022 THROUGH MARCH 31, 2022**

| | |
|---|---|
| Name of applicant: | Sills Cummis & Gross P.C. |
| Name of client: | Official Committee of Unsecured Creditors |
| Time period covered by this application: | January 1, 2022 – March 31, 2022 |
| Total compensation sought this period: | $211,812.50[1] |
| Total expenses sought this period: | $2,823.72 |
| Petition date: | June 30, 2019 |
| Retention date: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Date of order approving employment: | September 5, 2019 |
| Blended rate in this application for all attorneys: | $625.00 |
| Blended rate in this application for all timekeepers: | $625.00 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $169,450.00 |

---

[1] Sills' fees, at its *standard* hourly rates, actually total $275,137.00. However, as noted in Sills' retention application [D.I. 424] (the "Retention Application"), the fees of Sills' attorneys are subject to a $625 blended hourly rate cap. See Retention Application ¶ 16. Based on such discount, Sills' fees in this application were reduced by $63,324.50.

| Name of applicant: | Sills Cummis & Gross P.C. |
|---|---|
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $2,823.72 |
| Number of professionals included in this application: | 7 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | Sills was not asked to prepare a budget in connection with these cases. |
| Number of professionals billing fewer than 15 hours to the case during this period: | 3 |
| Are any rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | Yes.  In the ordinary course of its business and consistent with its standard practices, Sills has increased its *standard* hourly rates on October 1 of each year since its retention (*i.e.*, the first date of Sills' fiscal year).  However, as noted in its retention application, Sills' fees for *this* matter are subject to a $625 blended hourly rate cap.  If Sills had billed at its *initial* standard hourly rates, its fees would have approximated $236,678.00. |

2

9543563

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/Expenses | CNO Date & Docket No. |
|---|---|---|---|---|---|---|---|
| 11/21/19 D.I. 1050 | 7/15/19 through 7/31/19 | $245,625.00 | $1,131.06 | $245,625.000 | $1,131.06 | $0.00 | 12/12/19 D.I. 1152 |
| 11/27/19 D.I. 1069 | 8/1/19 through 8/31/19 | $195,875.00 | $5,141.05 | $195,875.00 | $4,847.05 | $294.00 | 12/18/19 D.I. 1201 |
| 11/27/19 D.I. 1070 | 9/1/19 through 9/30/19 | $149,312.50 | $315.83 | $149,312.50 | $315.83 | $0.00 | 12/18/19 D.I. 1202 |
| 1/2/20 D.I. 1271 | 10/1/19 through 10/31/19 | $127,625.00 | $2,939.96 | $127,625.00 | $2,939.96 | $0.00 | 1/23/20 D.I. 1355 |
| 1/23/20 D.I. 1354 | 11/1/19 through 11/30/19 | $51,062.50 | $0.00 | $51,062.50 | $0.00 | $0.00 | 2/13/20 D.I. 1405 |
| 2/12/20 D.I. 1399 | 12/1/19 through 12/31/19 | $80,937.50 | $2,719.88 | $80,937.50 | $2,719.88 | $0.00 | 3/4/20 D.I. 1449 |
| 3/18/20 D.I. 1483 | 1/1/20 through 1/31/20 | $58,562.50 | $440.66 | $58,562.50 | $440.66 | $0.00 | 4/8/20 D.I. 1567 |
| 5/14/20 D.I. 1624 | 2/1/20 through 2/28/20 | $56,062.50 | $173.00 | $56,062.50 | $173.00 | $0.00 | 6/4/20 D.I. 1658 |
| 5/14/20 D.I. 1625 | 3/1/20 through 3/31/20 | $51,812.50 | $2,341.74 | $51,812.50 | 2,341.74 | $0.00 | 6/4/20 D.I. 1659 |
| 6/10/20 D.I. 1664 | 4/1/20 through 4/30/20 | $63,000.00 | $776.36 | $63,000.00 | $776.36 | $0.00 | 7/1/20 D.I. 1683 |
| 8/7/20 D.I. 1732 | 5/1/20 through 5/31/20 | $90,375.00 | $2,184.00 | $90,375.00 | $2,184.00 | $0.00 | 8/28/20 D.I. 1762 |
| 8/7/20 D.I. 1733 | 6/1/20 through 6/30/20 | $146,894.50 | $5,975.93 | $146,894.50 | $5,975.93 | $0.00 | 8/28/20 D.I. 1763 |
| 9/1/20 D.I. 1769 | 7/1/20 through 7/31/20 | $216,677.50 | $3,458.44 | $216,677.50 | $3,458.44 | $0.00 | 9/30/20 D.I. 1804 |
| 9/30/20 D.I. 1806 | 8/1/20 through 8/31/20 | $151,197.50 | $3,665.28 | $151,197.50 | $3,665.28 | $0.00 | 10/26/20 D.I. 1858 |
| 12/4/20 D.I. 1952 | 9/1/20 through 9/30/20 | $111,687.50 | $2,316.09 | $111,687.50 | $2,316.09 | $0.00 | 12/29/20 D.I. 1997 |

9543563

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/Expenses | CNO Date & Docket No. |
|---|---|---|---|---|---|---|---|
| 12/7/20 D.I. 1957 | 10/1/20 through 10/31/20 | $54,062.50 | $2,630.84 | $54,062.50 | $2,630.84 | $0.00 | 12/29/20 D.I. 1998 |
| 4/8/21 D.I. 2241 | 11/1/20 through 11/30/20 | $88,375.00 | $1,639.70 | $88,375.00 | $1,639.70 | $0.00 | 5/3/21 D.I. 2310 |
| 4/8/21 D.I. 2242 | 12/1/20 through 12/13/20 | $48,312.50 | $1,346.16 | $48,312.50 | $1,346.16 | $0.00 | 5/3/21 D.I. 2311 |
| 4/8/21 D.I. 2243 | 1/1/21 through 1/31/21 | $56,500.00 | $1,297.82 | $56,500.00* | $1,297.82 | $0.00 | 5/3/21 D.I. 2312 |
| 4/8/21 D.I. 2248 | 2/1/21 through 2/28/21 | $92,047.00 | $2,238.32 | $92,047.00* | $2,238.32 | $0.00 | 5/3/21 D.I. 2313 |
| 5/3/21 D.I. 2314 | 3/1/21 through 3/31/21 | $87,969.00 | $2,375.47 | $87,969.00* | $2,375.47 | $0.00 | 5/28/21 D.I. 2357 |
| 6/8/21 D.I. 2365 | 4/1/21 through 4/30/21 | $141,868.50 | $2,039.81 | $141,868.50* | $2,039.81 | $0.00 | 7/7/21 D.I. 2561 |
| 7/7/21 D.I. 2562 | 5/1/21 through 5/31/21 | $119,375.00 | $2,663.77 | $119,375.00* | $2,663.77 | $0.00 | 8/30/21 D.I. 2756 |
| 8/3/21 D.I. 2667 | 6/1/21 through 6/30/21 | $119,562.50 | $1,633.40 | $119,562.50* | $1,633.40 | $0.00 | 8/30/21 D.I. 2757 |
| 9/23/21 D.I. 2871 | 7/1/21 through 7/31/21 | $120,250.00 | $2,025.97 | $96,200.00 | $2,025.97 | $0.00 | 10/14/21 D.I. 2949 |
| 10/5/21 D.I. 2918 | 8/1/21 through 8/31/21 | $103,437.50 | $2,443.96 | $82,750.00 | $2,443.96 | $0.00 | 12/6/21 D.I. 3262 |
| 11/2/21 D.I. 3015 | 9/1/21 through 9/30/21 | $52,812.50 | $1,264.94 | $42,250.00 | $1,264.94 | $0.00 | 12/6/21 D.I. 3263 |
| 12/6/21 D.I. 3264 | 10/1/21 through 10/31/21 | $104,625.00 | $1,310.26 | $83,700.00 | $1,310.26 | $0.00 | 12/28/21 D.I. 3371 |
| 1/5/22 D.I. 3408 | 11/1/21 through 11/30/21 | $153,250.00 | $1,501.67 | $122,600.00 | $1,501.67 | $0.00 | 1/27/22 D.I. 3514 |
| 2/15/22 D.I. 3591 | 12/1/21 through 12/31/21 | $48,125.00 | $13.45 | $38,500.00 | $13.45 | $0.00 | 3/9/22 D.I. 3680 |
| 4/6/22 D.I. 3834 | 1/1/22 through 1/31/22 | $36,187.50 | $2,243.71 | $28,950.00 | $2,243.71 | $7,237.50 | 4/28/22 D.I. 3926 |

* Only eighty percent (80%) of this amount has been paid to date although 100% of the requested amount has been approved.

9543563

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/Expenses | CNO Date & Docket No. |
|---|---|---|---|---|---|---|---|
| 4/6/22 D.I. 3835 | 2/1/22 through 2/28/22 | $40,625.00 | $0.00 | $32,500.00 | $0.00 | $8,125.00 | 4/28/22 D.I. 3927 |
| 5/3/22 D.I. 3938 | 3/1/22 through 3/31/22 | $135,000.00 | $580.01 | $108,000.00 | $580.01 | $27,000.00 | 5/27/22 D.I. 4003 |
| | **TOTAL** | **$3,399,091.50** | **$62,828.54** | **$3,240,229.00** | **$62,534.54** | **$42,656.50** | |

9543563

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, practice group, year of first bar admission, if applicable | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 57.20 | $52,910.00 |
| Alan E. Sherman | Member, Tax<br>First Bar Admission: 1977 | $825 | 1.20 | $990.00 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 210.60 | $173,745.00 |
| Mark Levenson | Member, Real Estate<br>First Bar Admission: 1983 | $825 | 0.30 | $247.50 |
| Charles J. Falletta | Member, Litigation<br>First Bar Admission: 1996 | $625 | 0.10 | $62.50 |
| Rachel E. Brennan | Of Counsel, Bankruptcy<br>First Bar Admission: 2012 | $695 | 44.60 | $30,997.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 24.90 | $16,185.00 |
| **Total Fees at Standard Rates** | | | **338.90** | **$275,137.00** |
| **Total Fees After Application of $625 Blended Rate Discount to Attorney Fees[2]** | | | **338.90** | **$211,812.50** |

---

[2] The fees of Sills' attorneys are subject to a $625 blended hourly rate cap.

6

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 198.20 | $165,933.00 |
| Asset Disposition (102) | 15.00 | $12,325.00 |
| Case Administration (104) | 8.10 | $6,410.00 |
| Claims Administration and Objections (105) | 25.60 | $21,624.50 |
| Fee/Employment Applications (107) | 19.70 | $13,217.50 |
| Fee/Employment Objections (108) | 1.80 | $1,170.00 |
| Financing (109) | 57.40 | $44,062.00 |
| Avoidance Action Litigation (111) | 8.90 | $6,765.00 |
| Relief from Stay Proceedings (114) | 2.20 | $1,780.00 |
| Travel (116) | 2.00 | $1,850.00 |
| **Total Fees at Standard Rates** | **338.90** | **$275,137.00** |
| **Total Fees After Application of $625 Blended Rate Discount to Attorney Fees[1]** | **338.90** | **$211,812.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Online Research | $8.20 |
| Litigation Support Vendor | $2,761.77 |
| Local Travel | $53.75 |
| **TOTAL** | **$2,823.72** |

---

[1] The fees of Sills' attorneys are subject to a $625 blended hourly rate cap.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: March 30, 2023 at 4:00 p.m. ET**<br>**Hearing Date: April 25, 2023 at 11:30 a.m. ET** |

## ELEVENTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR <u>THE PERIOD FROM JANUARY 1, 2022 THROUGH MARCH 31, 2022</u>

Sills Cummis & Gross P.C. ("<u>Sills</u>") submits its *Eleventh Quarterly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from January 1, 2022 through March 31, 2022* (the "<u>Application</u>"), seeking interim allowance of compensation in the amount of $211,812.50 and actual and necessary expenses in the amount of $2,823.72, for a total allowance of $214,636.22, and payment of the unpaid amount of such fees and expenses for the period from January 1, 2022 through March 31, 2022 (the "<u>Interim Period</u>").

### <u>Background</u>

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "<u>Committee</u>") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order*

*Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for*

*Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann*

*University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### **Monthly Fee Applications Covered Herein**

4.      Sills' monthly fee applications for the period from January 1, 2022 through March

31, 2022 have been filed and served pursuant to the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Professionals* [D.I. 341].

5.      On April 6, 2022, Sills filed its monthly application for the period from January 1,

2022 through January 31, 2022 [D.I. 3834] (the "January Application")[1] requesting $36,187.50

in fees and $2,243.71 in expenses.  On April 28, 2022, a certificate of no objection was filed

regarding the January Application [D.I. 3926].

6.      On April 6, 2022, Sills filed its monthly application for the period from February

1, 2022 through February 28, 2022 [D.I. 3835] (the "February Application")[2] requesting

$40,625.00 in fees and $0.00 in expenses.  On April 28, 2022, a certificate of no objection was

filed regarding the February Application [D.I. 3927].

7.      On May 3, 2022, Sills filed its monthly application for the period from March 1,

2022 through March 31, 2022 [D.I. 3938] (the "March Application")[3] requesting $135,000.00 in

fees and $580.01 in expenses.  On May 27, 2022, a certificate of no objection was filed regarding

the March Application [D.I. 4003].

### **Statement from Sills**

8.      Pursuant to the *Appendix B Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in*

---

[1] A copy of the January Application is attached as Exhibit E.
[2] A copy of the February Application is attached as Exhibit F.
[3] A copy of the March Application is attached as Exhibit G.

*Larger Chapter 11 Cases*, Sills responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | Yes | | Sills discounted its rates by capping its attorney's blended hourly rate at $625. |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | Yes | | Sills was not asked to prepare a budget in connection with these cases. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | No | |
| If the fee application includes any rate increases since retention in these Cases: <br> i.   Did your client review and approve those rate increases in advance? <br> ii.  Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | i. No <br> ii. No | | In the ordinary course of its business and consistent with its standard practices, Sills increased the *standard* hourly rates of certain of its attorneys, effective as of October 1, each year since its retention (*i.e.*, the first date of Sills' fiscal year). However, as noted in its retention application, Sills' fees for *this* matter are subject to a $625 blended hourly rate cap. In other words, Sills' fees for this matter are subject to a $625 blended hourly rate cap, notwithstanding any changes to Sills' standard billing rates. <br><br> The Committee has not agreed to accept all future rate changes. |

**Requested Relief**

9.       By this Application, Sills requests that the Court approve payment of one-hundred

percent (100%) of its fees and expenses during the Interim Period.

10.      Sills received no payment and no promises for payment from any source other

than the Debtors for services rendered or to be rendered in any capacity in connection with the

matters covered by this Application.  There is no agreement or understanding between Sills and

any other person other than the members of Sills for the sharing of compensation to be received

for services rendered in these cases.  Sills did not receive a retainer in these cases.

11.      The professional services and related expenses for which Sills requests interim

allowance were rendered and incurred in the discharge of Sills' professional responsibilities as

attorneys for the Committee.  Sills' services have been necessary and beneficial to the

Committee, the Debtors' estates, creditors and other parties in interest.

12.      It is respectfully submitted that the amount requested by Sills is fair and

reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Sills has reviewed the requirements of Del.

Bankr. LR 2016-2 and believes that this Application substantially complies therewith.

WHEREFORE, Sills respectfully requests that the Court enter an order granting an

interim allowance to Sills for the Interim Period in the sum $211,812.50 in fees and actual and

necessary expenses in the amount of $2,823.72, for a total of $214,636.22; that the Debtors be

4

authorized and directed to pay to Sills the outstanding amount of such sums; and for such

additional relief as is appropriate.

Dated: March 16, 2023
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

5

## **DECLARATION**

STATE OF NEW JERSEY      :
                                          :
COUNTY OF ESSEX         :

      Andrew H Sherman, after being duly sworn according to law, deposes and says:

      a)      I am an attorney at law and a member of Sills Cummis & Gross P.C.

      b)      I am familiar with the legal services rendered by Sills Cummis & Gross

P.C. as counsel to the Committee.

      c)      I reviewed the foregoing Application and the facts therein are true and

correct to the best of my knowledge, information and belief.

      d)      I have reviewed Del. Bankr. LR 2016-2 and submit that the Application

substantially complies therewith.

                                   */s/ Andrew H. Sherman*
                                     Andrew H. Sherman

9543563

# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION
## DISCLOSURES WITH FEE APPLICATIONS

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed Firm-wide in 2021 (Excluding Restructuring Matters)** | **Billed in Connection with This Application** |
| Senior Member | $733 | $846.16 |
| Of Counsel | $584 | $695.00 |
| Senior Associate | $474 | $650.00 |
| Blended Rate for Attorneys (*before* application of $625 blended rate discount to attorney fees) | $531 | $811.85 |
| **Blended Rate for Attorneys *After* Application of $625 Blended Rate Discount to Attorney Fees[1]** | | $625.00 |

---

[1] As noted in its Retention Application, the fees of Sills' attorneys are subject to a $625 blended hourly rate cap.  See Retention Application ¶ 16.

9543563

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT/ GROUP | DATE OF FIRST ADMISSION (if applicable) | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Andrew H. Sherman | Member | Bankruptcy | 1991 | $52,910.00 | 57.20 | $925 | $795 | 3 |
| Alan E. Sherman | Member | Tax | 1977 | $990.00 | 1.20 | $825 | N/A | N/A |
| Boris Mankovetskiy | Member | Bankruptcy | 2001 | $173,745.00 | 210.60 | $825 | $725 | 3 |
| Mark Levenson | Member | Real Estate | 1983 | $247.50 | 0.30 | $825 | N/A | N/A |
| Charles J. Falleta | Member | Litigation | 1996 | $62.50 | 0.10 | $625 | N/A | 2 |
| Rachel E. Brennan | Of Counsel | Bankruptcy | 2012 | $30,997.00 | 44.60 | $695 | $545 | 3 |
| Gregory A. Kopacz | Associate | Bankruptcy | 2010 | $16,185.00 | 24.90 | $650 | $525 | 3 |
| **Grand Total at Standard Rates** | | | | **$275,137.00** | **338.90** | | | |
| **Grand Total After Application of $625 Attorney Blended Rate Discount** | | | | **$211,812.50** | **338.90** | | | |

**EXHIBIT C-1**

**BUDGET**

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance.[1] *See* Guidelines ¶ C.8. for project category information.

---

[1] Sills has not been asked to prepare a formal budget.

9543563

## EXHIBIT C-2

## STAFFING PLAN[1]

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant.  If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| CATEGORY OF TIMEKEEPER [1] (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Member | 5 | $846.16 |
| Of Counsel | 1 | $695.00 |
| Associate | 1 | $650.00 |
| [1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category. | | |

---

[1] Due to the timing of its preparation, the Staffing Plan for the period of time covered by the Application was prepared with the benefit of actual data.

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

| PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Analysis and Recovery (101) | | | 198.20 | $165,933.00 |
| Asset Disposition (102) | | | 15.00 | $12,325.00 |
| Case Administration (104) | | | 8.10 | $6,410.00 |
| Claims Administration and Objections (105) | | | 25.60 | $21,624.50 |
| Fee/Employment Applications (107) | | | 19.70 | $13,217.50 |
| Fee/Employment Objections (108) | | | 1.80 | $1,170.00 |
| Financing (109) | | | 57.40 | $44,062.00 |
| Avoidance Action Litigation (111) | | | 8.90 | $6,765.00 |
| Relief from Stay Proceedings (114) | | | 2.20 | $1,780.00 |
| Travel (116) | | | 2.00 | $1,850.00 |
| **Total at Standard Rates** | | | **338.90** | **$275,137.00** |
| **Total After Application of $625 Attorney Blended Rate Discount[1]** | | | **338.90** | **$211,812.50** |

---

[1] As noted in its Retention Application, the fees of Sills' attorneys are subject to a $625 blended hourly rate cap. See Retention Application ¶ 16. Sills' paraprofessionals are billed at their standard hourly rate.

**EXHIBIT E**

**JANUARY APPLICATION**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

CENTER CITY HEALTHCARE, LLC, d/b/a
HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]

        Debtors.

Chapter 11

Case No. 19-11466 (MFW)

(Jointly Administered)

**Objections Due: April 27, 2022 at 4:00 p.m.**
**Hearing Date: TBD if objection filed**

## THIRTY FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
## AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
## <u>PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022</u>

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | January 1, 2022 – January 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $28,950.00 (80% of $36,187.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,243.71 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

8692481

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 7.6 | $7,030.00 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 39.7 | $32,752.50 |
| Mark Levenson | Member, Real Estate<br>First Bar Admission: 1983 | $825 | 0.3 | $247.50 |
| Charles J. Falletta | Member, Litigation<br>First Bar Admission: 1996 | $625 | 0.1 | $62.50 |
| Rachel E. Brennan | Of Counsel, Bankruptcy<br>First Bar Admission: 2012 | $695 | 6.3 | $4,378.50 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 3.9 | $2,535.00 |
| **Total Fees at Standard Rates** | | | **57.9** | **$47,006.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **57.9** | **$36,187.50** |

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

8692481

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 49.9 | $41,060.50 |
| Case Administration (104) | 3.6 | $2,980.50 |
| Fee/Employment Applications (107) | 2.6 | $1,690.00 |
| Fee/Employment Objections (108) | 0.3 | $195.00 |
| Avoidance Action Litigation (111) | 1.5 | $1,080.00 |
| **Total Fees at Standard Rate** | **57.9** | **$47,006.00** |
| **Total Fees at $625 Blended Rate[1]** | **57.9** | **$36,187.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendor (UnitedLex) | $2,235.51 |
| Pacer | $8.20 |
| **TOTAL** | **$2,243.71** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: April 27, 2022 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**THIRTY FIRST APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Thirty First Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2022 Through January 31, 2022* (the "Application"), seeking allowance of $28,950.00 (80% of $36,187.50) in fees, *plus* $2,243.71 for reimbursement of actual and necessary expenses, for a total of $31,193.71.

**Background**

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of

8692481

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

## Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $41,060.50;      Total Hours: 49.9

5

This category includes time spent: (a) analyzing and addressing mediation issues and reviewing documents in connection therewith; (b) analyzing and addressing issues related to MBNF's appeal of the order denying its motion seeking stay relief and preparing a joint mediation statement related thereto; (c) attending mediation sessions; and (d) communicating with Debtors' counsel, the Committee members and the mediator regarding the foregoing and related issues.

B.    Case Administration

Fees: $2,980.50;        Total Hours: 3.6

This category includes time spent: (a) preparing updates to the Committee members; (b) communicating with Debtors' counsel regarding pending matters; (c) analyzing pleadings, motions and other court documents; and (d) addressing matters of general import.

C.    Fee/Employment Applications

Fees: $1,690.00;        Total Hours: 2.6

This category includes time spent preparing Sills' November and December fee applications.

D.    Fee/Employment Objections

Fees: $195.00;        Total Hours: 0.3

This category includes time spent reviewing the Debtors' professionals' fee applications.

E.    Avoidance Action Litigation

Fees: $1,080.00;        Total Hours: 1.5

This category includes time spent analyzing proposed avoidance action settlements.

## Conclusion

7.    Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered,

(d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

     **WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $28,950.00 (80% of $36,187.50) as compensation, *plus* $2,243.71 for reimbursement of actual and necessary expenses, for a total of $31,193.71, and that such amounts be authorized for payment.

Dated: April 6, 2022          Respectfully submitted,
Wilmington, Delaware

         /s/ Seth A. Niederman
         Seth A. Niederman (DE Bar No. 4588)
         **FOX ROTHSCHILD LLP**
         919 North Market Street, Suite 300
         Wilmington, DE 19899
         Telephone: 302-654-7444
         Facsimile: 302-295-2013
         Email: sniederman@foxrothschild.com

         - and -

         Andrew H. Sherman (*pro hac vice*)
         Boris I. Mankovetskiy (*pro hac vice*)
         **SILLS CUMMIS & GROSS P.C.**
         One Riverfront Plaza
         Newark, NJ 07102
         Telephone:  973-643-7000
         Facsimile:  973-643-6500
         Email:  asherman@sillscummis.com
             bmankovetskiy@sillscummis.com

         *Counsel for the Official Committee*
         *of Unsecured Creditors*

7

## <u>VERIFICATION</u>

STATE OF NEW JERSEY     )
                                ) SS:

COUNTY OF ESSEX        )

         Andrew H. Sherman, after being duly sworn according to law, deposes and says:

         a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

         b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

         c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

         d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                           */s/ Andrew H. Sherman*
                           Andrew H. Sherman

8692481

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions, Committee Chair
3560 Dallas Parkway
Frisco, TX  75034

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through January 31, 2022

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 01/03/22 | BM | 101 | Analysis regarding mediation issues. | 1.80 | $1,485.00 |
| 01/03/22 | AHS | 101 | Call with counsel for Debtors re: mediation status update. | 0.80 | $740.00 |
| 01/03/22 | REB | 101 | Call with Debtors re: mediation update. | 0.80 | $556.00 |
| 01/03/22 | REB | 101 | Review and comment on mediation document. | 2.60 | $1,807.00 |
| 01/04/22 | ML | 101 | Telephone discussion with A. Sherman regarding transfer tax analysis, returns and related matters. | 0.30 | $247.50 |
| 01/04/22 | BM | 101 | Analysis regarding mediation issues. | 1.30 | $1,072.50 |
| 01/04/22 | AHS | 101 | Call with counsel for Debtors re: mediation issues, internal call re: same and review of information provided by Debtors' counsel. | 0.70 | $647.50 |
| 01/05/22 | BM | 101 | Analysis regarding mediation issues. | 1.90 | $1,567.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/06/22 | BM | 101 | Attend to issues regarding MBNF's appeal of order denying stay relief motion. | 0.80 | $660.00 |
| 01/07/22 | BM | 101 | Analysis regarding joint proposed mediation statement in connection with comfort order appeal. | 0.70 | $577.50 |
| 01/07/22 | BM | 101 | Analysis regarding designation of record in connection with MBNF appeal. | 0.40 | $330.00 |
| 01/07/22 | BM | 101 | Analysis regarding mediation issues. | 1.30 | $1,072.50 |
| 01/07/22 | AHS | 101 | Review of appeal documents and emails re: same. | 0.40 | $370.00 |
| 01/10/22 | BM | 101 | Analysis regarding joint statement on appeal regarding MBNF's comfort motion. | 0.60 | $495.00 |
| 01/10/22 | BM | 101 | Analysis of issues regarding Drexel mediation. | 0.90 | $742.50 |
| 01/10/22 | REB | 101 | Draft email to Committee re: appeal of lift stay/comfort order. | 0.30 | $208.50 |
| 01/11/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.70 | $1,402.50 |
| 01/12/22 | BM | 101 | Call with MBNF mediator and parties. | 1.10 | $907.50 |
| 01/12/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.60 | $1,320.00 |
| 01/13/22 | BM | 101 | Call with MBNF mediator. | 0.60 | $495.00 |
| 01/13/22 | BM | 101 | Analysis of issues regarding Drexel mediation. | 2.10 | $1,732.50 |
| 01/13/22 | AHS | 101 | Mediation session with Judge Carey. | 0.60 | $555.00 |
| 01/14/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 01/16/22 | BM | 101 | Analysis regarding mediation issues. | 1.20 | $990.00 |
| 01/17/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.60 | $1,320.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Page 3

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 01/17/22 | BM | 101 | Call with MBNF mediator and parties. | | 1.60 | $1,320.00 |
| 01/17/22 | AHS | 101 | Call with counsel for Debtors re: Drexel issues and ongoing mediation. | | 0.70 | $647.50 |
| 01/17/22 | AHS | 101 | Attend mediation session with mediator, Debtors MBNF and other parties. | | 1.60 | $1,480.00 |
| 01/17/22 | REB | 101 | Draft email to Committee re: mediation issues list. | | 2.20 | $1,529.00 |
| 01/18/22 | BM | 101 | Analysis regarding mediation issues. | | 1.70 | $1,402.50 |
| 01/19/22 | BM | 101 | Analysis regarding mediation issues. | | 1.30 | $1,072.50 |
| 01/21/22 | BM | 101 | Analysis regarding mediation issues. | | 1.60 | $1,320.00 |
| 01/24/22 | BM | 101 | Analysis regarding MBNF mediation issues. | | 1.40 | $1,155.00 |
| 01/24/22 | AHS | 101 | Email to Committee re: mediation update and follow up emails re: same. | | 0.60 | $555.00 |
| 01/25/22 | BM | 101 | Analysis regarding MBNF mediation issues. | | 1.30 | $1,072.50 |
| 01/27/22 | BM | 101 | Analysis regarding MBNF mediation issues. | | 1.40 | $1,155.00 |
| 01/27/22 | BM | 101 | Analysis regarding MBNF mediation issues. | | 1.20 | $990.00 |
| 01/28/22 | BM | 101 | Analysis regarding MBNF mediation issues. | | 1.30 | $1,072.50 |
| 01/28/22 | BM | 101 | Analysis regarding Drexel mediation issues. | | 0.90 | $742.50 |
| 01/31/22 | BM | 101 | Analysis regarding MBNF mediation issues. | | 1.60 | $1,320.00 |
| 01/31/22 | AHS | 101 | Call with Debtors' counsel re: mediation progress. | | 0.90 | $832.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/31/22 | AHS | 101 | Review of document sent by Debtors' counsel re: mediation issues. | 0.30 | $277.50 |
| | | **TASK TOTAL 101** | | **49.90** | **$41,060.50** |

**104 – CASE ADMINISTRATION**

| | | | | | |
|---|---|---|---|---|---|
| 01/03/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.70 | $577.50 |
| 01/07/22 | GAK | 104 | Review Debtors' motion to extend removal period and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/10/22 | AHS | 104 | Email to Committee re: status update. | 0.40 | $370.00 |
| 01/11/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | $412.50 |
| 01/11/22 | AHS | 104 | Emails with Debtors' counsel re: status and call with counsel re: status update. | 0.60 | $555.00 |
| 01/11/22 | REB | 104 | Call with Debtors re: case updates. | 0.40 | $278.00 |
| 01/14/22 | CJF | 104 | Exchange e-mails with UnitedLex regarding Relativity database. | 0.10 | $62.50 |
| 01/31/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.80 | $660.00 |
| | | **TASK TOTAL 104** | | **3.60** | **$2,980.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 01/05/22 | GAK | 107 | Finalize November fee application for filing and email local counsel regarding same. | 0.20 | $130.00 |
| 01/06/22 | GAK | 107 | Email A. Sherman regarding fee application. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/27/22 | GAK | 107 | Prepare December fee application. | 2.30 | $1,495.00 |
| | | **TASK TOTAL 107** | | **2.60** | **$1,690.00** |

### 108 – FEE/EMPLOYMENT OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 01/07/22 | GAK | 108 | Review Klehr Harrison November fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/15/22 | GAK | 108 | Reivew Saul's November fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/20/22 | GAK | 108 | Review Eisner Amper's December fee statement and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | **0.30** | **$195.00** |

### 111 – AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 01/03/22 | BM | 111 | Analysis regarding proposed settlement of preference actions. | 0.60 | $495.00 |
| 01/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with Cepheid and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with Carefusion and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with OrthoPediatrics and email A. Sherman regarding same. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/15/22 | GAK | 111 | Review Debtors' proposed preference settlement with Fisher and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/15/22 | GAK | 111 | Review Debtors' proposed preference settlement with Nova and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/15/22 | GAK | 111 | Review Debtors' proposed preference settlement with FedEx and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/15/22 | GAK | 111 | Review Debtors' proposed preference settlement with Hologic and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/15/22 | GAK | 111 | Review Debtors' proposed preference settlement with Siemens and email A. Sherman regarding same. | 0.10 | $65.00 |
| 01/20/22 | GAK | 111 | Review Debtors' proposed preference settlement with HLM and email A. Sherman regarding same. | 0.10 | $65.00 |

| | HOURS | AMOUNT |
|---|---|---|
| **TASK TOTAL 111** | **1.50** | **$1,080.00** |
| **TOTAL FEES at Standard Rates** | **57.90** | **$47,006.00** |
| **TOTAL FEES at Blended Rate of $625** | **57.90** | **$36,187.50** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 49.90 | $41,060.50 |
| 104 | Case Administration | | 3.60 | $2,980.50 |
| 107 | Fee/Employment Applications | | 2.60 | $1,690.00 |
| 108 | Fee/Employment Objections | | 0.30 | $195.00 |
| 111 | Avoidance Action Litigation | | 1.50 | $1,080.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Page 7

| | | |
|---|---|---|
| TOTAL FEES at Standard Rates | 57.90 | $47,006.00 |
| TOTAL FEES at Blended Rate of $625 | 57.90 | $36,187.50 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 7.60 | x | $925.00 | = | $7,030.00 |
| Mark Levenson | 0.30 | x | $825.00 | = | $247.50 |
| Boris Mankovetskiy | 39.70 | x | $825.00 | = | $32,752.50 |
| Charles J. Falletta | 0.10 | x | $625.00 | = | $62.50 |
| Rachel E. Brennan | 6.30 | x | $695.00 | = | $4,378.50 |
| Gregory A. Kopacz | 3.90 | x | $650.00 | = | $2,535.00 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 12/28/21 | 271 | Litigation Support Vendor (UnitedLex Inv. #064819 – hosting user and volume) | $1,189.70 |
| 01/24/22 | 271 | Litigation Support Vendor (UnitedLex Inv. #065886– hosting user and volume) | $1,045.81 |
| 01/10/22 | 358 | Pacer | $0.20 |
| 01/10/22 | 358 | Pacer | $0.50 |
| 01/10/22 | 358 | Pacer | $2.60 |
| 01/10/22 | 358 | Pacer | $0.40 |
| 01/10/22 | 358 | Pacer | $2.70 |
| 01/10/22 | 358 | Pacer | $0.60 |
| 01/10/22 | 358 | Pacer | $0.30 |
| 01/10/22 | 358 | Pacer | $0.30 |
| 01/13/22 | 358 | Pacer | $0.40 |
| 01/13/22 | 358 | Pacer | $0.20 |

**TOTAL DISBURSEMENTS**                                    **$2,243.71**

Sills Cummis & Gross P.C.

Creditors' Committee

February 28, 2022
Client/Matter No. 08650118.000001
Invoice: 2016039
Page 8

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $36,187.50 |
| Total Disbursements | $2,243.71 |
| **TOTAL THIS INVOICE** | **$38,431.21\*** |

\*Total includes fees at **_Blended Rate_**.  Per Retention Application, lesser of fees at _Standard Rates_ (**$47,006.00**) and fees at _Blended Rate_ of $625 (**$36,187.50**)\*\* apply.

\*\*includes paralegal fees at standard rates, if applicable

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: April 27, 2022 at 4:00 p.m. ET** |
| | **Hearing Date: TBD if objections filed** |

## NOTICE OF THIRTY FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022</u>

PLEASE TAKE NOTICE THAT on April 6, 2022, Sills Cummis & Gross P.C. ("<u>Sills</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Thirty First Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period January 1, 2022 through January 31, 2022 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **April 27, 2022 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: April 6, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
|  | (Jointly Administered) |
| Debtors. |  |

## <u>CERTIFICATE OF SERVICE</u>

I, Seth A. Niederman, hereby certify that on April 6, 2022, a true and correct copy of the

*Thirty First Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation*

*for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of*

*Unsecured Creditors for the Period January 1, 2022 through January 31, 2022* was served by

First Class Mail to the parties on the attached service list.

Dated: April 6, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

132754112.1

**Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>230 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B.<br>DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H.<br>Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |

**EXHIBIT F**

**FEBRUARY APPLICATION**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due:  April 27, 2022 at 4:00 p.m.** |
| | **Hearing Date: TBD if objection filed** |

## THIRTY SECOND MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022</u>

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | February 1, 2022 – February 28, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $32,500.00  (80% of $40,625.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

8738944

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $925 | 6.1 | $5,642.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $825 | 1.2 | $990.00 |
| Alan E. Sherman | Member, Tax First Bar Admission: 1977 | $825 | 39.7 | $32,752.50 |
| Rachel E. Brennan | Of Counsel, Bankruptcy First Bar Admission: 2012 | $695 | 9.2 | $6,394.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $650 | 8.8 | $5,720.00 |
| **Total Fees at Standard Rates** | | | **65.0** | **$51,499.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **65.0** | **$40,625.00** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

8738944

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 37.5 | $29,819.50 |
| Asset Disposition (102) | 0.9 | $742.50 |
| Case Administration (104) | 0.9 | $707.50 |
| Claims Administration and Objections (105) | 10.1 | $8,814.50 |
| Fee/Employment Applications (107) | 7.3 | $4,745.00 |
| Fee/Employment Objections (108) | 0.3 | $195.00 |
| Financing (109) | 3.1 | $2,607.50 |
| Avoidance Action Litigation (111) | 3.2 | $2,465.00 |
| Relief from Stay Proceedings (114) | 1.7 | $1,402.50 |
| **Total Fees at Standard Rate** | **65.0** | **$51,499.00** |
| **Total Fees at $625 Blended Rate[1]** | **65.0** | **$40,625.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625. <u>See</u> Retention Application ¶ 16.

8738944

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: April 27, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTY SECOND APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022</u>**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Thirty Second  Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From February 1, 2022 Through February 28, 2022* (the "<u>Application</u>"), seeking allowance of $32,500.00 (80% of $40,625.00) in fees.[1]

**<u>Background</u>**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

---

[1] Sills is not presently seeking reimbursement of any expenses for this month.

8738944

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $29,819.50;    Total Hours: 37.5

This category includes time spent: (a) analyzing and addressing mediation issues and

5

reviewing documents in connection therewith; and (b) communicating with Debtors' counsel and the Committee members regarding the foregoing and related issues.

B.    <u>Asset Disposition</u>

Fees: $742.50;    Total Hours: 0.9

This category includes time spent analyzing the RRG transaction.

C.    <u>Case Administration</u>

Fees: $707.50;    Total Hours: 0.9

This category includes time spent: (a) analyzing pleadings, hearing notifications and other documents; and (b) addressing matters of general import.

D.    <u>Claims Administration and Objections</u>

Fees: $8,814.50;    Total Hours: 10.1

This category includes time spent: (a) analyzing proposed claim settlements; (b) analyzing Drexel mediation issues and reviewing related documents and correspondence; and (c) communicating with Debtors' counsel regarding the foregoing and related issues.

E.    <u>Fee/Employment Applications</u>

Fees: $4,745.00;    Total Hours: 7.3

This category includes time spent preparing Sills' December 2021 and 7th and 8th interim fee applications.

F.    <u>Fee/Employment Objections</u>

Fees: $195.00;    Total Hours: 0.3

This category includes time spent reviewing the Debtors' professionals' fee applications.

G.    <u>Financing</u>

Fees: $2,607.50;    Total Hours: 3.1

6

This category includes time spent analyzing the proposed financing to be provided by the Debtors to the Broad Street entities.

H.    <u>Avoidance Action Litigation</u>

Fees: $2,465.00;        Total Hours: 3.2

This category includes time spent analyzing proposed avoidance action settlements.

I.    <u>Relief from Stay Proceedings</u>

Fees: $1,402.50;        Total Hours: 1.7

This category includes time spent analyzing MBNF's motion regarding sealing portions of the record on appeal.

## **Conclusion**

6.    Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sum of $32,500.00 (80% of $40,625.00) as compensation, and that such amount be authorized for payment.

Dated: April 6, 2022            Respectfully submitted,
Wilmington, Delaware

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)

7

**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

8

### <u>VERIFICATION</u>

STATE OF NEW JERSEY       )

                                     ) SS:

COUNTY OF ESSEX           )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)       I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)       I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)       I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                */s/ Andrew H. Sherman*
                                  Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions, Committee Chair
3560 Dallas Parkway
Frisco, TX  75034

March 24, 2022
Client/Matter No. 08650118.000001
Invoice: 2017765
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through February 28, 2022

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 02/03/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| 02/07/22 | BM | 101 | Analysis of issues regarding MBNF mediation. | 1.60 | $1,320.00 |
| 02/08/22 | BM | 101 | Call with Debtors' counsel regarding pending matters. | 0.40 | $330.00 |
| 02/08/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 02/08/22 | REB | 101 | Review revised proposed mediation document. | 1.40 | $973.00 |
| 02/08/22 | REB | 101 | Call with Debtors re: mediation document. | 0.40 | $278.00 |
| 02/09/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 02/10/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| 02/10/22 | AES | 101 | Review proposed transactions and analysis of same. | 1.20 | $990.00 |
| 02/11/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| 02/11/22 | BM | 101 | Analysis regarding update of projected waterfall. | 0.70 | $577.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

March 24, 2022
Client/Matter No. 08650118.000001
Invoice: 2017765
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/11/22 | REB | 101 | Review and revise letter and stipulation. | 1.40 | $973.00 |
| 02/18/22 | BM | 101 | Analysis of issues regarding MBNF mediation. | 2.20 | $1,815.00 |
| 02/20/22 | REB | 101 | Review and comment on MOU and proposed term loan. | 1.80 | $1,251.00 |
| 02/21/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| 02/21/22 | BM | 101 | Call with Debtors' counsel regarding pending matters. | 0.80 | $660.00 |
| 02/21/22 | REB | 101 | Review mediation documents in advance of call with Debtors. | 1.10 | $764.50 |
| 02/21/22 | REB | 101 | Call with Debtors re: mediation documents. | 1.10 | $764.50 |
| 02/21/22 | REB | 101 | Draft email to Committee re: mediation document updates. | 1.40 | $973.00 |
| 02/22/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.10 | $907.50 |
| 02/23/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 02/24/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 02/25/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 02/25/22 | BM | 101 | Analysis regarding RRG transaction. | 0.70 | $577.50 |
| 02/25/22 | BM | 101 | Analysis regarding Drexel mediation issues. | 0.80 | $660.00 |
| 02/25/22 | BM | 101 | Analysis regarding proposed resolutions of claims objections. | 0.90 | $742.50 |
| 02/28/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.40 | $1,980.00 |
| | **TASK TOTAL 101** | | | **37.50** | **$29,819.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

March 24, 2022
Client/Matter No. 08650118.000001
Invoice: 2017765
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|

**102 – ASSET DISPOSITION**

| 02/22/22 | BM | 102 | Analysis regarding RRG transaction. | 0.90 | $742.50 |

| | | **TASK TOTAL 102** | | **0.90** | **$742.50** |

**104 – CASE ADMINISTRATION**

| 02/05/22 | GAK | 104 | Review notification regarding upcoming hearing and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/21/22 | BM | 104 | Analysis regarding projected waterfall update. | 0.70 | $577.50 |
| 02/21/22 | GAK | 104 | Review notification regarding upcoming hearings and email A. Sherman regarding same. | 0.10 | $65.00 |

| | | **TASK TOTAL 104** | | **0.90** | **$707.50** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| 02/04/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| 02/07/22 | AHS | 105 | Review of mediation document as circulated by Debtors and emails re: same. | 0.80 | $740.00 |
| 02/08/22 | AHS | 105 | Review of email from Debtors' counsel mediation document. | 0.60 | $555.00 |
| 02/08/22 | AHS | 105 | Call with counsel for Debtors re: mediation document. | 0.50 | $462.50 |
| 02/09/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| 02/11/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.80 | $660.00 |
| 02/11/22 | AHS | 105 | Review and revise letter to court and address issues in connection therewith. | 0.80 | $740.00 |
| 02/11/22 | AHS | 105 | Address tax structure issues. | 0.30 | $277.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

March 24, 2022
Client/Matter No. 08650118.000001
Invoice: 2017765
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/15/22 | BM | 105 | Analysis regarding proposed claims settlements. | 0.90 | $742.50 |
| 02/21/22 | AHS | 105 | Review of additional mediation materials as circulated by counsel for Debtors. | 0.40 | $370.00 |
| 02/21/22 | AHS | 105 | Attend call with counsel for Debtors re: mediation update. | 1.00 | $925.00 |
| 02/28/22 | AHS | 105 | Review materials forwarded by counsel for Debtors in connection with upcoming mediation. | 1.20 | $1,110.00 |
| 02/28/22 | REB | 105 | Review proposed term loan from Debtors to Broad Street Entities. | 0.60 | $417.00 |
| | | **TASK TOTAL 105** | | **10.10** | **$8,814.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 02/07/22 | GAK | 107 | Finalise December fee application for filing. | 0.80 | $520.00 |
| 02/21/22 | GAK | 107 | Work on 8th interim fee application. | 2.20 | $1,430.00 |
| 02/21/22 | GAK | 107 | Work on 7th interim fee application. | 2.20 | $1,430.00 |
| 02/22/22 | GAK | 107 | Work on 8th interim fee application. | 2.10 | $1,365.00 |
| | | **TASK TOTAL 107** | | **7.30** | **$4,745.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 02/01/22 | GAK | 108 | Review Klehr Harrison December fee application. | 0.10 | $65.00 |
| 02/01/22 | GAK | 108 | Review Saul Ewing's December fee applications and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/05/22 | GAK | 108 | Review fee statements of the Debtors' OCPs and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | **0.30** | **$195.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

March 24, 2022
Client/Matter No. 08650118.000001
Invoice: 2017765
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|

**109 – FINANCING**

| | | | | | |
|---|---|---|---|---|---|
| 02/21/22 | BM | 109 | Analysis regarding proposed loan to Broad Street entities. | 1.30 | $1,072.50 |
| 02/21/22 | AHS | 109 | Address proposed financing to be provided by Debtors and email to committee re: same. | 0.50 | $462.50 |
| 02/28/22 | BM | 109 | Analysis regarding proposed loan to Broad Street entities. | 1.30 | $1,072.50 |
| | | **TASK TOTAL 109** | | **3.10** | **$2,607.50** |

**111 – AVOIDANCE ACTION LITIGATION**

| | | | | | |
|---|---|---|---|---|---|
| 02/01/22 | GAK | 111 | Review proposed preference settlements and emails to A. Sherman regarding same. | 0.40 | $260.00 |
| 02/05/22 | GAK | 111 | Review Debtors' proposed preference settlement with Siemens and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/10/22 | GAK | 111 | Review proposed settlement with Olympus and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/10/22 | GAK | 111 | Review Debtors' proposed settlement with FFF Enterprises and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/10/22 | GAK | 111 | Review proposed preference settlement with Philips Electronics and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/11/22 | BM | 111 | Analysis regarding proposed resolutions of avoidance actions. | 0.70 | $577.50 |
| 02/17/22 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.70 | $577.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

March 24, 2022
Client/Matter No. 08650118.000001
Invoice: 2017765
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/21/22 | GAK | 111 | Deadline to Object to Preference Settlement with Nuance Communication and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/21/22 | GAK | 111 | Review Debtors' proposed preference settlement with Fortec and email A. Sherman regarding same. | 0.10 | $65.00 |
| 02/25/22 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.80 | $660.00 |
| | | **TASK TOTAL 111** | | **3.20** | **$2,465.00** |

**114 – RELIEF FROM STAY PROCEEDINGS**

| | | | | | |
|---|---|---|---|---|---|
| 02/01/22 | BM | 114 | Analysis regarding confidential treatment of certain documents in the MBNF appellate record. | 0.70 | $577.50 |
| 02/03/22 | BM | 114 | Analysis regarding MBNF's motion regarding sealing portions of record on appeal. | 0.40 | $330.00 |
| 02/10/22 | BM | 114 | Analysis regarding proposed revisions of stipulation regarding sealing of appellate record in connection with MBNF appeal. | 0.60 | $495.00 |
| | | **TASK TOTAL 114** | | **1.70** | **$1,402.50** |
| | | **TOTAL FEES at Standard Rates** | | **65.00** | **$51,499.00** |
| | | **TOTAL FEES at Blended Rate of $625** | | **65.00** | **$40,625.00** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 37.50 | $29,819.50 |
| | 102 | Asset Disposition | 0.90 | $742.50 |
| | 104 | Case Administration | 0.90 | $707.50 |
| | 105 | Claims Administration and Objections | 10.10 | $8,814.50 |
| | 107 | Fee/Employment Applications | 7.30 | $4,745.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

March 24, 2022
Client/Matter No. 08650118.000001
Invoice: 2017765
Page 7

| 108 | Fee/Employment Objections | 0.30 | $195.00 |
| 109 | Financing | 3.10 | $2,607.50 |
| 111 | Avoidance Action Litigation | 3.20 | $2,465.00 |
| 114 | Relief from Stay Proceedings | 1.70 | $1,402.50 |
| | TOTAL FEES at Standard Rates | 65.00 | $51,499.00 |
| | TOTAL FEES at Blended Rate of $625 | 65.00 | $40,625.00 |

| Andrew H. Sherman | 6.10 | x | $925.00 | = | $5,642.50 |
| Alan E. Sherman | 1.20 | x | $825.00 | = | $990.00 |
| Boris Mankovetskiy | 39.70 | x | $825.00 | = | $32,752.50 |
| Rachel E. Brennan | 9.20 | x | $695.00 | = | $6,394.00 |
| Gregory A. Kopacz | 8.80 | x | $650.00 | = | $5,720.00 |

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $40,625.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$40,625.00\*** |

\*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$51,499.00**) and fees at *Blended Rate* of $625 (**$40,625.00**)\*\* apply.

\*\*includes paralegal fees at standard rates, if applicable

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: April 27, 2022 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objections filed** |

**NOTICE OF THIRTY SECOND MONTHLY APPLICATION OF SILLS CUMMIS &
GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022</u>**

PLEASE TAKE NOTICE THAT on April 6, 2022, Sills Cummis & Gross P.C. ("<u>Sills</u>"),

as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-

captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Thirty Second Monthly Fee

Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered

and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors

for the Period February 1, 2022 through February 28, 2022 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered

August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **April 27, 2022 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

2

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: April 6, 2022

**FOX ROTHSCHILD LLP**

/s/ Seth A. Niederman
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

132754433.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that on April 6, 2022, a true and correct copy of the

*Thirty Second Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation*

*for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of*

*Unsecured Creditors for the Period February 1, 2022 through February 28, 2022* was served by

First Class Mail to the parties on the attached service list.


Dated: April 6, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>230 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |

**EXHIBIT G**

**MARCH APPLICATION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

CENTER CITY HEALTHCARE, LLC, d/b/a
HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]

Debtors.

Chapter 11

Case No. 19-11466 (MFW)

(Jointly Administered)

**Objections Due: May 24, 2022 at 4:00 p.m.
Hearing Date: TBD if objection filed**

**THIRTY THIRD MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | March 1, 2022 – March 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $108,000.00  (80% of $135,000.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $580.01 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

133692935.1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $925 | 43.5 | $40,237.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $825 | 131.2 | $108,240.00 |
| Rachel E. Brennan | Of Counsel, Bankruptcy First Bar Admission: 2012 | $695 | 29.1 | $20,224.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $650 | 12.2 | $7,930.00 |
| **Total Fees at Standard Rates** | | | **216.0** | **$176,632.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **216.0** | **$135,000.00** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

133692935.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 110.8 | $95,053.00 |
| Asset Disposition (102) | 14.1 | $11,582.50 |
| Case Administration (104) | 3.6 | $2,722.00 |
| Claims Administration and Objections (105) | 15.5 | $12,810.00 |
| Fee/Employment Applications (107) | 9.8 | $6,782.50 |
| Fee/Employment Objections (108) | 1.2 | $780.00 |
| Financing (109) | 54.3 | $41,454.50 |
| Avoidance Action Litigation (111) | 4.2 | $3,220.00 |
| Relief from Stay Proceedings (114) | 0.5 | $377.50 |
| Travel (116) (Billed at 50%) | 2.0 | $1,850.00 |
| **Total Fees at Standard Rate** | **216.0** | **$176,632.00** |
| **Total Fees at $625 Blended Rate[1]** | **216.0** | **$135,000.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendor | $526.26 |
| Parking | $40.00 |
| Tolls/Mileage | $13.75 |
| **TOTAL** | **$580.01** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

133692935.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: May 24, 2022 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**THIRTY THIRD APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Thirty Third Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From March 1, 2022 Through March 31, 2022* (the "Application"), seeking allowance of $108,000.00 (80% of $135,000.00) in fees and $580.01 in expenses, for a total of $108,580.01.

## Background

1.     On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.     On July 15, 2019, the United States Trustee appointed the Official Committee of

133692935.1

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $95,053.00;      Total Hours: 110.8

5

This category includes time spent: (a) analyzing and addressing mediation issues and reviewing documents in connection therewith; (b) preparing for and attending four full-day mediation sessions and numerous related telephone conferences; and (c) communicating with Debtors' counsel and the mediator regarding the foregoing and related issues.

B.    <u>Asset Disposition</u>

Fees: $11,582.50;    Total Hours: 14.1

This category includes time spent analyzing and addressing issues related to the RRG transaction, including reviewing proposed transaction documents.

C.    <u>Case Administration</u>

Fees: $2,722.00;    Total Hours: 3.6

This category includes time spent: (a) preparing updates to the Committee members; (b) communicating with Debtors' counsel regarding pending matters; (c) analyzing pleadings, motions and other court documents; and (d) addressing matters of general import.

D.    <u>Claims Administration and Objections</u>

Fees: $12,810.00;    Total Hours: 15.5

This category includes time spent: (a) analyzing claims asserted against the Debtors' estates (including certain alleged rejection damages claims) and proposed stipulations resolving certain claims; (b) analyzing Drexel mediation issues; and (c) communicating with Debtors' counsel regarding the foregoing and related issues.

E.    <u>Fee/Employment Applications</u>

Fees: $6,782.50;    Total Hours: 9.8

This category includes time spent: (a) preparing Sills' January 2022 and 7th and 8th interim fee applications, (b) preparing supplemental retention declarations for Sills and the

Committee's financial advisor, and (c) communicating with the Committee's financial advisor and local counsel regarding the foregoing and related issues.

F.     <u>Fee/Employment Objections</u>

Fees: $780.00;     Total Hours: 1.2

This category includes time spent reviewing the Debtors' professionals' fee applications.

G.     <u>Financing</u>

Fees: $41,454.50;     Total Hours: 54.3

This category includes time spent: (a) analyzing and addressing issues related to the proposed financing to be provided by the Debtors to the Broad Street entities and reviewing related documents, including term sheets, a memorandum of understanding, loan documents, mortgages, a guaranty, an intercreditor agreement, and a related objection filed by a third party; (b) attending a related hearing; and (c) communicating with Debtors' counsel and the Committee members regarding the foregoing and related issues.

H.     <u>Avoidance Action Litigation</u>

Fees: $3,220.00;     Total Hours: 4.2

This category includes time spent analyzing proposed avoidance action settlements.

I.     <u>Relief from Stay Proceedings</u>

Fees: $377.50;     Total Hours: 0.5

This category includes time spent analyzing a motion seeking stay relief and a stipulation staying briefing in connection with the MBNF appeal.

J.     <u>Travel (Billed at 50%)</u>

Fees: $1,850.00;     Total Hours: 2.0

This category includes time spent traveling to and from a mediation session.

7

## Conclusion

7.      Sills submits that the amounts sought are fair and reasonable given (a) the

complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered,

(d) the value of such services, and (e) the costs of comparable services other than in a case under

this title.

WHEREFORE, Sills requests an allowance be made to Sills for the sums of

$108,000.00 (80% of $135,000.00) as compensation, *plus* $580.01 for reimbursement of actual

and necessary expenses, for a total of $108,580.01, and that such amount be authorized for

payment.

Dated: May 3, 2022                                 Respectfully submitted,
Wilmington, Delaware

                                                   /s/ Seth A. Niederman
                                                   Seth A. Niederman (DE Bar No. 4588)
                                                   **FOX ROTHSCHILD LLP**
                                                   919 North Market Street, Suite 300
                                                   Wilmington, DE 19899
                                                   Telephone: 302-654-7444
                                                   Facsimile: 302-295-2013
                                                   Email: sniederman@foxrothschild.com

                                                   - and -

                                                   Andrew H. Sherman (*pro hac vice*)
                                                   Boris I. Mankovetskiy (*pro hac vice*)
                                                   **SILLS CUMMIS & GROSS P.C.**
                                                   One Riverfront Plaza
                                                   Newark, NJ 07102
                                                   Telephone:  973-643-7000
                                                   Facsimile:  973-643-6500
                                                   Email:  asherman@sillscummis.com
                                                               bmankovetskiy@sillscummis.com

                                                   *Counsel for the Official Committee*
                                                   *of Unsecured Creditors*

8

## <u>VERIFICATION</u>

STATE OF NEW JERSEY      )
                                  )  SS:
COUNTY OF ESSEX         )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)       I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)       I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)       I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                               */s/ Andrew H. Sherman*
                                Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
#### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions, Committee Chair
3560 Dallas Parkway
Frisco, TX  75034

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through March 31, 2022

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 03/01/22 | BM | 101 | Attend to preparation for continued MBNF mediation. | 1.90 | $1,567.50 |
| 03/02/22 | BM | 101 | Attend continued MBNF mediation. | 9.40 | $7,755.00 |
| 03/02/22 | AHS | 101 | Attend mediation session with mediation parties. | 9.40 | $8,695.00 |
| 03/03/22 | BM | 101 | Attend continued mediation. | 7.60 | $6,270.00 |
| 03/03/22 | AHS | 101 | Attend mediation session with mediation parties. | 7.50 | $6,937.50 |
| 03/05/22 | BM | 101 | Attend mediation call. | 0.40 | $330.00 |
| 03/07/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 03/07/22 | REB | 101 | Call with Debtors re: mediation and MOU updates. | 0.90 | $625.50 |
| 03/08/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 03/08/22 | BM | 101 | Attend MBNF mediation call. | 0.40 | $330.00 |
| 03/08/22 | AHS | 101 | Attend mediation session and follow up with request to review document. | 0.60 | $555.00 |
| 03/10/22 | BM | 101 | Analysis of issues regarding MBNF mediation. | 2.40 | $1,980.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/11/22 | BM | 101 | Attend call with MBNF mediator. | 0.40 | $330.00 |
| 03/11/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.70 | $2,227.50 |
| 03/11/22 | AHS | 101 | Review of revised mediation document and follow up re: same. | 1.20 | $1,110.00 |
| 03/15/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 03/16/22 | BM | 101 | Attend call with MBNF mediator. | 0.60 | $495.00 |
| 03/16/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 03/17/22 | BM | 101 | Analysis of issues regarding MBNF mediation. | 1.70 | $1,402.50 |
| 03/18/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.10 | $907.50 |
| 03/20/22 | AHS | 101 | Call with counsel for Debtors re: mediation issues. | 0.50 | $462.50 |
| 03/21/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 03/22/22 | BM | 101 | Attend continued MBNF mediation. | 11.10 | $9,157.50 |
| 03/22/22 | AHS | 101 | Attend mediation with mediation parties. | 9.50 | $8,787.50 |
| 03/23/22 | BM | 101 | Attend continued MBNF mediation. | 11.70 | $9,652.50 |
| 03/23/22 | AHS | 101 | Attend mediation with mediation parties. | 8.50 | $7,862.50 |
| 03/24/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 03/25/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 03/28/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 03/29/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/30/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.70 | $1,402.50 |
| 03/31/22 | BM | 101 | Attend call with MBNF mediator. | 0.30 | $247.50 |
| 03/31/22 | AHS | 101 | Attend continued mediation session. | 0.40 | $370.00 |
| | | **TASK TOTAL 101** | | **110.80** | **$95,053.00** |

**102 – ASSET DISPOSITION**

| | | | | | |
|---|---|---|---|---|---|
| 03/02/22 | BM | 102 | Analysis regarding proposed form of order approving RRG transaction. | 0.90 | $742.50 |
| 03/07/22 | BM | 102 | Analysis regarding proposed RRG transactions. | 1.70 | $1,402.50 |
| 03/07/22 | BM | 102 | Analysis regarding proposed RRG transactions. | 1.70 | $1,402.50 |
| 03/07/22 | REB | 102 | Draft revised language re: proposed RRG order. | 0.40 | $278.00 |
| 03/08/22 | BM | 102 | Analysis regarding proposed RRG transaction. | 1.20 | $990.00 |
| 03/08/22 | REB | 102 | Revise RRG order and emails re: same. | 0.40 | $278.00 |
| 03/09/22 | BM | 102 | Analysis regarding RRG transaction documents. | 1.30 | $1,072.50 |
| 03/09/22 | AHS | 102 | Calls and emails to address RRG form of order and review of same as revised. | 0.80 | $740.00 |
| 03/10/22 | BM | 102 | Analysis regarding RRG transaction documents. | 1.10 | $907.50 |
| 03/11/22 | BM | 102 | Analysis regarding proposed revisions of RRG transaction documents. | 1.20 | $990.00 |
| 03/11/22 | REB | 102 | Review emails re: PARRG order. | 0.20 | $139.00 |
| 03/15/22 | BM | 102 | Analysis regarding RRG transaction issues. | 0.70 | $577.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/16/22 | BM | 102 | Analysis regarding RRG issues. | 1.20 | $990.00 |
| 03/24/22 | BM | 102 | Analysis regarding RRG issues. | 1.30 | $1,072.50 |
| | | **TASK TOTAL 102** | | **14.10** | **$11,582.50** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 03/07/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.90 | $742.50 |
| 03/07/22 | REB | 104 | Draft update email to Committee regarding term loan motion, mediation update and proposed RRG order. | 1.10 | $764.50 |
| 03/07/22 | GAK | 104 | Review notification regarding adjournment of upcoming hearing and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/08/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 | $330.00 |
| 03/09/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.60 | $495.00 |
| 03/10/22 | GAK | 104 | Review notification regarding adjournment/rescheduling of hearing and emails with A. Sherman regarding same. | 0.20 | $130.00 |
| 03/11/22 | GAK | 104 | Review agenda for upcoming hearing. | 0.10 | $65.00 |
| 03/28/22 | GAK | 104 | Review Debtors' proposed stipulation authorizing return of overpayment and email A. Sherman regarding same. | 0.20 | $130.00 |
| | | **TASK TOTAL 104** | | **3.60** | **$2,722.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 5

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **105 – CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | | |
| 03/01/22 | BM | 105 | Attend to issues regarding update of projected waterfall analysis. | 0.80 | $660.00 |
| 03/02/22 | BM | 105 | Analysis regarding HSRE lease rejection claims. | 0.80 | $660.00 |
| 03/07/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 03/08/22 | BM | 105 | Analysis regarding Tenet claims. | 1.30 | $1,072.50 |
| 03/08/22 | BM | 105 | Analysis regarding HSRE claims. | 1.20 | $990.00 |
| 03/08/22 | AHS | 105 | Call with counsel for Debtors to get update on Drexel mediation and address next steps. | 0.40 | $370.00 |
| 03/09/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.70 | $577.50 |
| 03/10/22 | BM | 105 | Analysis regarding proposed stipulations resolving claims objections. | 0.80 | $660.00 |
| 03/10/22 | BM | 105 | Analysis regarding HSRE's claims. | 0.90 | $742.50 |
| 03/10/22 | BM | 105 | Analysis regarding Tenet's claims. | 0.80 | $660.00 |
| 03/11/22 | GAK | 105 | Review Debtors' proposed stipulation regarding allowed claim and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/15/22 | BM | 105 | Analysis regarding HSRE claims. | 0.90 | $742.50 |
| 03/15/22 | BM | 105 | Analysis regarding Tenet claims. | 0.80 | $660.00 |
| 03/17/22 | BM | 105 | Analysis of issues regarding Drexel mediation. | 0.70 | $577.50 |
| 03/17/22 | BM | 105 | Analysis regarding HSRE and Tenent claims. | 1.60 | $1,320.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/23/22 | BM | 105 | Analysis regarding Stipulation Authorizing Return of Overpayment Between Center City Healthcare, LLC and Modern Group, Ltd. | 0.60 | $495.00 |
| 03/25/22 | BM | 105 | Analysis regarding HSRE claims. | 1.10 | $907.50 |
| 03/31/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| | | **TASK TOTAL 105** | | **15.50** | **$12,810.00** |

## 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 03/01/22 | GAK | 107 | Work on January fee application. | 0.30 | $195.00 |
| 03/02/22 | GAK | 107 | Attention to interim fee applications. | 0.40 | $260.00 |
| 03/04/22 | AHS | 107 | Review and revise 7th and 8th interim fee applications. | 0.80 | $740.00 |
| 03/04/22 | GAK | 107 | Address comments of A. Sherman re: interim fee applications. | 0.70 | $455.00 |
| 03/08/22 | AHS | 107 | Further review of fee applications and have same sent for filing. | 0.40 | $370.00 |
| 03/08/22 | GAK | 107 | Finalize fee applications for filing and email local counsel regarding same. | 0.30 | $195.00 |
| 03/11/22 | GAK | 107 | Work on January fee application. | 2.10 | $1,365.00 |
| 03/16/22 | GAK | 107 | Draft supplemental retention declaration for A. Sherman. | 1.30 | $845.00 |
| 03/16/22 | GAK | 107 | Communications with A. Sherman regarding declaration. | 0.10 | $65.00 |
| 03/16/22 | GAK | 107 | Draft email to BRG regarding supplemental retention declaration. | 0.20 | $130.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/17/22 | AHS | 107 | Review and revise supplemental declaration and have filed. | 0.30 | $277.50 |
| 03/17/22 | GAK | 107 | Finalize supplemental Sherman declaration for filing. | 0.30 | $195.00 |
| 03/25/22 | GAK | 107 | Review and revise proposed supplemental declaration by BRG. | 1.30 | $845.00 |
| 03/25/22 | GAK | 107 | Call with BRG regarding declaration. | 0.10 | $65.00 |
| 03/28/22 | GAK | 107 | Finalize BRG supplemental declaration for review by A. Sherman. | 0.60 | $390.00 |
| 03/28/22 | GAK | 107 | Communications with A. Sherman regarding declaration. | 0.10 | $65.00 |
| 03/28/22 | GAK | 107 | Communications with BRG regarding declaration. | 0.10 | $65.00 |
| 03/31/22 | GAK | 107 | Communications with BRG regarding its supplemental retention declaration; finalize declaration for filing; email local counsel regarding same. | 0.40 | $260.00 |
| | | **TASK TOTAL 107** | | **9.80** | **$6,782.50** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 03/01/22 | GAK | 108 | Review EisnerAmper January fee statement and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/01/22 | GAK | 108 | Review Cross Simon fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 108 | Review Klehr Harrison January fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 108 | Review Saul Ewing's interim fee applications and email A. Sherman regarding same. | 0.20 | $130.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/11/22 | GAK | 108 | Review Klehr Harrison 6th interim fee application and email A. Sherman regarding same. | 0.20 | $130.00 |
| 03/11/22 | GAK | 108 | Review Klehr Harrison 7th interim fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/21/22 | GAK | 108 | Review Ordinary Course Professional Retention Application and email A. Sherman regarding same. | 0.20 | $130.00 |
| 03/21/22 | GAK | 108 | Review Saul Ewing January fee statement and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/21/22 | GAK | 108 | Review EisnerAmper February Fee Statement and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | **1.20** | **$780.00** |

**109 – FINANCING**

| | | | | | |
|---|---|---|---|---|---|
| 03/04/22 | BM | 109 | Analysis regarding motion to approve Broad Street financing. | 1.20 | $990.00 |
| 03/04/22 | BM | 109 | Analysis regarding term sheet for proposed loan to Broad Street entities. | 1.70 | $1,402.50 |
| 03/05/22 | REB | 109 | Review motion to approve term loan and term sheet attached thereto. | 0.90 | $625.50 |
| 03/06/22 | REB | 109 | Review revised MOU. | 2.30 | $1,598.50 |
| 03/07/22 | BM | 109 | Analysis regarding Broad Street loan documents. | 1.30 | $1,072.50 |
| 03/07/22 | REB | 109 | Review MOU in connection with upcoming call with Debtors. | 0.50 | $347.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/07/22 | REB | 109 | Review documents in connection with MOU and term sheet received from Debtors. | 2.40 | $1,668.00 |
| 03/07/22 | REB | 109 | Review PAHS promissory note. | 1.10 | $764.50 |
| 03/07/22 | GAK | 109 | Review motion seeking authorization to make secured loan to Broad street entities. | 0.40 | $260.00 |
| 03/08/22 | BM | 109 | Analysis regarding Broad Street loan documents. | 1.30 | $1,072.50 |
| 03/08/22 | REB | 109 | Review and revise PAHS promissory note. | 3.30 | $2,293.50 |
| 03/09/22 | BM | 109 | Analysis regarding Broad Street intercreditor agreement and guarantee. | 1.60 | $1,320.00 |
| 03/09/22 | BM | 109 | Analysis regarding City of Philadelphia's objection to Broad Street financing motion. | 0.40 | $330.00 |
| 03/09/22 | BM | 109 | Analysis regarding Broad Street loan documents. | 1.20 | $990.00 |
| 03/09/22 | REB | 109 | Review and revise intercreditor agreement. | 2.60 | $1,807.00 |
| 03/09/22 | REB | 109 | Review and revise PAHH guaranty. | 0.90 | $625.50 |
| 03/09/22 | REB | 109 | Review and revise Broad I, Broad II and Broad III mortgages. | 4.10 | $2,849.50 |
| 03/10/22 | BM | 109 | Analysis and revisions regarding Broad Street loan documents. | 2.40 | $1,980.00 |
| 03/10/22 | REB | 109 | Review term loan documents for, among other things, internal consistency. | 2.40 | $1,668.00 |
| 03/11/22 | BM | 109 | Analysis regarding proposed revisions of Broad Street loan documents. | 1.70 | $1,402.50 |
| 03/14/22 | BM | 109 | Analysis of issues regarding loan to Broad Street entities. | 1.80 | $1,485.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/15/22 | BM | 109 | Analysis of issues regarding loan to Broad Street Entities. | 0.80 | $660.00 |
| 03/16/22 | BM | 109 | Analysis regarding loan to Broad Street entities. | 1.30 | $1,072.50 |
| 03/17/22 | BM | 109 | Analysis of issues regarding loan to Broad Street Entities. | 1.20 | $990.00 |
| 03/18/22 | REB | 109 | Review revised MOU. | 1.30 | $903.50 |
| 03/22/22 | REB | 109 | Review most recent MOU and HSRE's/Debtors comments thereto. | 1.40 | $973.00 |
| 03/23/22 | BM | 109 | Analysis regarding Broad Street loan issues. | 1.70 | $1,402.50 |
| 03/24/22 | BM | 109 | Analysis regarding Broad Street loan issues. | 1.60 | $1,320.00 |
| 03/25/22 | BM | 109 | Analysis regarding Broad Street loan issues. | 1.40 | $1,155.00 |
| 03/28/22 | BM | 109 | Analysis regarding Broad Street loan documents. | 1.90 | $1,567.50 |
| 03/29/22 | BM | 109 | Analysis regarding Broad Street loan documents. | 0.90 | $742.50 |
| 03/30/22 | BM | 109 | Analysis regarding revised loan documents and proposed form order approving Broad Street loan. | 1.20 | $990.00 |
| 03/30/22 | AHS | 109 | Address question from Committee member re: financing and issues re: financing hearing. | 0.40 | $370.00 |
| 03/30/22 | REB | 109 | Review and revise MOU re: committee release issues. | 1.80 | $1,251.00 |
| 03/31/22 | AHS | 109 | Prepare for and attend hearing re: financing to be provided by Debtors. | 0.80 | $740.00 |
| 03/31/22 | REB | 109 | Attend hearing re: financing motion. | 0.50 | $347.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/31/22 | REB | 109 | Review financing motion and related documents in advance of hearing. | 0.60 | $417.00 |
| | | **TASK TOTAL 109** | | **54.30** | **$41,454.50** |

## 111 – AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 03/01/22 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.70 | $577.50 |
| 03/01/22 | GAK | 111 | Review proposed preference settlement with Abbott Laboratories and email A. Sherman regarding same. | 0.20 | $130.00 |
| 03/01/22 | GAK | 111 | Review proposed preference settlement with Mayflower and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/01/22 | GAK | 111 | Review Debtors' proposed preference settlement with Pfizer and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with Greater Delaware Valley Society and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with Echo and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with Tozour and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 111 | Review proposed preference settlement with DLC Management and email A. Sherman regarding same. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/07/22 | GAK | 111 | Review proposed preference settlement with Scheduling.com and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/07/22 | GAK | 111 | Review proposed preference settlement with S.R. Wojdak and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/10/22 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.60 | $495.00 |
| 03/11/22 | GAK | 111 | Review Debtors' proposed preference settlement with Accruent and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/17/22 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.70 | $577.50 |
| 03/21/22 | GAK | 111 | Review proposed preference settlement with Ernst & Young and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/22/22 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.80 | $660.00 |
| 03/28/22 | GAK | 111 | Analyze Debtor's proposed preference settlement with GE and email A. Sherman regarding same. | 0.10 | $65.00 |
| 03/28/22 | GAK | 111 | Review Debtors' proposed settlement with William Hagans and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 111** | | **4.20** | **$3,220.00** |

**114 – RELIEF FROM STAY PROCEEDINGS**

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 13

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/11/22 | GAK | 114 | Review motion seeking stay relief and email A. Sherman regarding same. | 0.20 | $130.00 |
| 03/30/22 | BM | 114 | Analysis regarding Stipulation Staying Briefing in District Court regarding MBNF appeal. | 0.30 | $247.50 |
|  |  | **TASK TOTAL 114** |  | **0.50** | **$377.50** |

**116 – TRAVEL**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 03/22/22 | AHS | 116 | Travel to and from mediation. (2.00) | 1.00 | $925.00 |
| 03/23/22 | AHS | 116 | Travel to and from mediation. (2.00) | 1.00 | $925.00 |
|  |  | **TASK TOTAL 116** |  | **2.00** | **$1,850.00** |
|  |  | **TOTAL FEES at Standard Rates** |  | **216.00** | **$176,632.00** |
|  |  | **TOTAL FEES at Blended Rate of $625** |  | **216.00** | **$135,000.00** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 110.80 | $95,053.00 |
| 102 | Asset Disposition | | 14.10 | $11,582.50 |
| 104 | Case Administration | | 3.60 | $2,722.00 |
| 105 | Claims Administration and Objections | | 15.50 | $12,810.00 |
| 107 | Fee/Employment Applications | | 9.80 | $6,782.50 |
| 108 | Fee/Employment Objections | | 1.20 | $780.00 |
| 109 | Financing | | 54.30 | $41,454.50 |
| 111 | Avoidance Action Litigation | | 4.20 | $3,220.00 |
| 114 | Relief from Stay Proceedings | | 0.50 | $377.50 |
| 116 | Travel | | 2.00 | $1,850.00 |
| | TOTAL FEES at Standard Rates | | 216.00 | $176,632.00 |
| | TOTAL FEES at Blended Rate of $625 | | 216.00 | $135,000.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 15, 2022
Client/Matter No. 08650118.000001
Invoice: 2018779
Page 14

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 43.50 | x | $925.00 | = | $40,237.50 |
| Boris Mankovetskiy | 131.20 | x | $825.00 | = | $108,240.00 |
| Rachel E. Brennan | 29.10 | x | $695.00 | = | $20,224.50 |
| Gregory A. Kopacz | 12.20 | x | $650.00 | = | $7,930.00 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 03/03/21 | 296 | Tolls/Mileage (BM – mediation in NYC) | $13.75 |
| 03/03/22 | 295 | Parking (BM – mediation in NYC) | $40.00 |
| 03/24/22 | 271 | Litigation Support Vendor (UnitedLex Inv. #068341 – Near Line Storage) | $526.26 |

**TOTAL DISBURSEMENTS**      **$580.01**

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $135,000.00 |
| Total Disbursements | $580.01 |
| **TOTAL THIS INVOICE** | **$135,580.01** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$176,632.00**) and fees at *Blended Rate* of $625 (**$135,000.00**)** apply.

**includes paralegal fees at standard rates, if applicable

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: May 24, 2022 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objections filed** |

**NOTICE OF THIRTY THIRD MONTHLY APPLICATION OF SILLS CUMMIS &
GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MARCH 1, 2022 THROUGH MARCH 31, 2022**

PLEASE TAKE NOTICE THAT on May 3, 2022, Sills Cummis & Gross P.C. ("Sills"),

as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-

captioned debtors and debtors-in-possession (the "Debtors"), filed the Thirty Third Monthly Fee

Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered

and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors

for the Period March 1, 2022 through March 31, 2022 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered

August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **May 24, 2022 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

133693179.1

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.

Dated: May 3, 2022                    **FOX ROTHSCHILD LLP**

/s/ Seth A. Niederman
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that on May 3, 2022, a true and correct copy of the

*Thirty Third Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation*

*for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of*

*Unsecured Creditors for the Period March 1, 2022 through March 31, 2022* was served by First

Class Mail to the parties on the attached service list.

Dated: May 3, 2022                 **FOX ROTHSCHILD LLP**

                                   */s/ Seth A. Niederman*
                                   Seth A. Niederman (DE No. 4588)
                                   919 North Market Street, Suite 300
                                   Wilmington, DE  19899-2323
                                   Telephone:  (302) 654-7444
                                   Facsimile:  (302) 656-8920
                                   E-mail: sniederman@foxrothschild.com

                                   *Counsel to the Official Committee of*
                                   *Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

133693299.1

**Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>230 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |