**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

CENTER CITY HEALTHCARE, LLC, d/b/a
HAHNEMANN UNIVERSITY HOSPITAL *et
al.*,

Debtors.

Chapter 11

Case No. 19-11466 (MFW)

(Jointly Administered)

**Objections Due: March 30, 2023 at 4:00 p.m. ET
Hearing Date: April 25, 2023 at 11:30 a.m. ET**

**TWELFTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
THE PERIOD FROM APRIL 1, 2022 THROUGH JUNE 30, 2022**

| | |
|---|---|
| Name of applicant: | Sills Cummis & Gross P.C. |
| Name of client: | Official Committee of Unsecured Creditors |
| Time period covered by this application: | April 1, 2022 – June 30, 2022 |
| Total compensation sought this period: | $169,562.50[1] |
| Total expenses sought this period: | $3,465.22 |
| Petition date: | June 30, 2019 |
| Retention date: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Date of order approving employment: | September 5, 2019 |
| Blended rate in this application for all attorneys: | $625.00 |
| Blended rate in this application for all timekeepers: | $625.00 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $135,650.00 |

---

[1] Sills' fees, at its *standard* hourly rates, actually total $222,226.00. However, as noted in Sills' retention application [D.I. 424] (the "Retention Application"), the fees of Sills' attorneys are subject to a $625 blended hourly rate cap. See Retention Application ¶ 16. Based on such discount, Sills' fees in this application were reduced by $52,663.50.

| Name of applicant: | Sills Cummis & Gross P.C. |
|---|---|
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $3,465.22 |
| Number of professionals included in this application: | 5 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | Sills was not asked to prepare a budget in connection with these cases. |
| Number of professionals billing fewer than 15 hours to the case during this period: | 2 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | Yes. In the ordinary course of its business and consistent with its standard practices, Sills has increased its *standard* hourly rates on October 1 of each year since its retention (*i.e.*, the first date of Sills' fiscal year). However, as noted in its retention application, Sills' fees for *this* matter are subject to a $625 blended hourly rate cap. If Sills had billed at its *initial* standard hourly rates, its fees would have totaled $184,209.00. |

9549291

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/Expenses | CNO Date & Docket No. |
|---|---|---|---|---|---|---|---|
| 11/21/19 D.I. 1050 | 7/15/19 through 7/31/19 | $245,625.00 | $1,131.06 | $245,625.000 | $1,131.06 | $0.00 | 12/12/19 D.I. 1152 |
| 11/27/19 D.I. 1069 | 8/1/19 through 8/31/19 | $195,875.00 | $5,141.05 | $195,875.00 | $4,847.05 | $294.00 | 12/18/19 D.I. 1201 |
| 11/27/19 D.I. 1070 | 9/1/19 through 9/30/19 | $149,312.50 | $315.83 | $149,312.50 | $315.83 | $0.00 | 12/18/19 D.I. 1202 |
| 1/2/20 D.I. 1271 | 10/1/19 through 10/31/19 | $127,625.00 | $2,939.96 | $127,625.00 | $2,939.96 | $0.00 | 1/23/20 D.I. 1355 |
| 1/23/20 D.I. 1354 | 11/1/19 through 11/30/19 | $51,062.50 | $0.00 | $51,062.50 | $0.00 | $0.00 | 2/13/20 D.I. 1405 |
| 2/12/20 D.I. 1399 | 12/1/19 through 12/31/19 | $80,937.50 | $2,719.88 | $80,937.50 | $2,719.88 | $0.00 | 3/4/20 D.I. 1449 |
| 3/18/20 D.I. 1483 | 1/1/20 through 1/31/20 | $58,562.50 | $440.66 | $58,562.50 | $440.66 | $0.00 | 4/8/20 D.I. 1567 |
| 5/14/20 D.I. 1624 | 2/1/20 through 2/28/20 | $56,062.50 | $173.00 | $56,062.50 | $173.00 | $0.00 | 6/4/20 D.I. 1658 |
| 5/14/20 D.I. 1625 | 3/1/20 through 3/31/20 | $51,812.50 | $2,341.74 | $51,812.50 | 2,341.74 | $0.00 | 6/4/20 D.I. 1659 |
| 6/10/20 D.I. 1664 | 4/1/20 through 4/30/20 | $63,000.00 | $776.36 | $63,000.00 | $776.36 | $0.00 | 7/1/20 D.I. 1683 |
| 8/7/20 D.I. 1732 | 5/1/20 through 5/31/20 | $90,375.00 | $2,184.00 | $90,375.00 | $2,184.00 | $0.00 | 8/28/20 D.I. 1762 |
| 8/7/20 D.I. 1733 | 6/1/20 through 6/30/20 | $146,894.50 | $5,975.93 | $146,894.50 | $5,975.93 | $0.00 | 8/28/20 D.I. 1763 |
| 9/1/20 D.I. 1769 | 7/1/20 through 7/31/20 | $216,677.50 | $3,458.44 | $216,677.50 | $3,458.44 | $0.00 | 9/30/20 D.I. 1804 |
| 9/30/20 D.I. 1806 | 8/1/20 through 8/31/20 | $151,197.50 | $3,665.28 | $151,197.50 | $3,665.28 | $0.00 | 10/26/20 D.I. 1858 |
| 12/4/20 D.I. 1952 | 9/1/20 through 9/30/20 | $111,687.50 | $2,316.09 | $111,687.50 | $2,316.09 | $0.00 | 12/29/20 D.I. 1997 |

9549291

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/Expenses | CNO Date & Docket No. |
|---|---|---|---|---|---|---|---|
| 12/7/20 D.I. 1957 | 10/1/20 through 10/31/20 | $54,062.50 | $2,630.84 | $54,062.50 | $2,630.84 | $0.00 | 12/29/20 D.I. 1998 |
| 4/8/21 D.I. 2241 | 11/1/20 through 11/30/20 | $88,375.00 | $1,639.70 | $88,375.00 | $1,639.70 | $0.00 | 5/3/21 D.I. 2310 |
| 4/8/21 D.I. 2242 | 12/1/20 through 12/13/20 | $48,312.50 | $1,346.16 | $48,312.50 | $1,346.16 | $0.00 | 5/3/21 D.I. 2311 |
| 4/8/21 D.I. 2243 | 1/1/21 through 1/31/21 | $56,500.00 | $1,297.82 | $56,500.00* | $1,297.82 | $0.00 | 5/3/21 D.I. 2312 |
| 4/8/21 D.I. 2248 | 2/1/21 through 2/28/21 | $92,047.00 | $2,238.32 | $92,047.00* | $2,238.32 | $0.00 | 5/3/21 D.I. 2313 |
| 5/3/21 D.I. 2314 | 3/1/21 through 3/31/21 | $87,969.00 | $2,375.47 | $87,969.00* | $2,375.47 | $0.00 | 5/28/21 D.I. 2357 |
| 6/8/21 D.I. 2365 | 4/1/21 through 4/30/21 | $141,868.50 | $2,039.81 | $141,868.50* | $2,039.81 | $0.00 | 7/7/21 D.I. 2561 |
| 7/7/21 D.I. 2562 | 5/1/21 through 5/31/21 | $119,375.00 | $2,663.77 | $119,375.00* | $2,663.77 | $0.00 | 8/30/21 D.I. 2756 |
| 8/3/21 D.I. 2667 | 6/1/21 through 6/30/21 | $119,562.50 | $1,633.40 | $119,562.50* | $1,633.40 | $0.00 | 8/30/21 D.I. 2757 |
| 9/23/21 D.I. 2871 | 7/1/21 through 7/31/21 | $120,250.00 | $2,025.97 | $96,200.00 | $2,025.97 | $0.00 | 10/14/21 D.I. 2949 |
| 10/5/21 D.I. 2918 | 8/1/21 through 8/31/21 | $103,437.50 | $2,443.96 | $82,750.00 | $2,443.96 | $0.00 | 12/6/21 D.I. 3262 |
| 11/2/21 D.I. 3015 | 9/1/21 through 9/30/21 | $52,812.50 | $1,264.94 | $42,250.00 | $1,264.94 | $0.00 | 12/6/21 D.I. 3263 |
| 12/6/21 D.I. 3264 | 10/1/21 through 10/31/21 | $104,625.00 | $1,310.26 | $83,700.00 | $1,310.26 | $0.00 | 12/28/21 D.I. 3371 |
| 1/5/22 D.I. 3408 | 11/1/21 through 11/30/21 | $153,250.00 | $1,501.67 | $122,600.00 | $1,501.67 | $0.00 | 1/27/22 D.I. 3514 |
| 2/15/22 D.I. 3591 | 12/1/21 through 12/31/21 | $48,125.00 | $13.45 | $38,500.00 | $13.45 | $0.00 | 3/9/22 D.I. 3680 |
| 4/6/22 D.I. 3834 | 1/1/22 through 1/31/22 | $36,187.50 | $2,243.71 | $28,950.00 | $2,243.71 | $7,237.50 | 4/28/22 D.I. 3926 |

---

* Only eighty percent (80%) of this amount has been paid to date although 100% of the requested amount has been approved.

4

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/Expenses | CNO Date & Docket No. |
|---|---|---|---|---|---|---|---|
| 4/6/22 D.I. 3835 | 2/1/22 through 2/28/22 | $40,625.00 | $0.00 | $32,500.00 | $0.00 | $8,125.00 | 4/28/22 D.I. 3927 |
| 5/3/22 D.I. 3938 | 3/1/22 through 3/31/22 | $135,000.00 | $580.01 | $108,000.00 | $580.01 | $27,000.00 | 5/27/22 D.I. 4003 |
| 8/8/22 D.I. 4133 | 4/1/22 through 4/30/22 | $83,375.00 | $2,409.70 | $66,700.00 | $2,409.70 | $16,675.00 | 5/27/22 D.I. 4003 |
| 8/8/22 D.I. 4134 | 5/1/22 through 5/31/22 | $52,875.00 | $526.26 | $42,300.00 | $526.26 | $10,575.00 | 5/27/22 D.I. 4003 |
| 8/23/22 D.I. 4189 | 6/1/22 through 6/30/22 | $33,312.50 | $529.26 | $26,650.00 | $529.26 | $6,662.50 | 5/27/22 D.I. 4003 |
| | **TOTAL** | **$3,568,654.00** | **$66,293.76** | **$3,375,879.00** | **$65,999.76** | **$76,569.00** | |

9549291

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, practice group, year of first bar admission, if applicable | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $925 | 43.70 | $40,422.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $825 | 184.50 | $152,212.50 |
| James Hirschhorn | Member, Litigation First Bar Admission: 1981 | $750 | 5.50 | $4,125.00 |
| Rachel E. Brennan | Of Counsel, Bankruptcy First Bar Admission: 2012 | $695 | 22.80 | $15,846.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $650 | 14.80 | $9,620.00 |
| **Total Fees at Standard Rates** | | | **271.30** | **$222,226.00** |
| **Total Fees After Application of $625 Blended Rate Discount to Attorney Fees[2]** | | | **271.30** | **$169,562.50** |

---

[2] The fees of Sills' attorneys are subject to a $625 blended hourly rate cap.

6

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 177.80 | $147,165.00 |
| Asset Disposition (102) | 3.70 | $3,052.50 |
| Case Administration (104) | 12.90 | $10,815.00 |
| Claims Administration and Objections (105) | 54.90 | $45,258.50 |
| Fee/Employment Applications (107) | 10.70 | $6,955.00 |
| Fee/Employment Objections (108) | 1.20 | $780.00 |
| Financing (109) | 3.00 | $2,422.50 |
| Avoidance Action Litigation (111) | 1.90 | $1,357.50 |
| Plan and Disclosure Statement (113) | 2.60 | $2,145.00 |
| Relief from Stay Proceedings (114) | 0.60 | $425.00 |
| Travel (116) | 2.00 | $1,850.00 |
| **Total Fees at Standard Rates** | **271.30** | **$222,226.00** |
| **Total Fees After Application of $625 Blended Rate Discount to Attorney Fees[1]** | **271.30** | **$169,562.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Online Research | $52.35 |
| Litigation Support Vendor | $2,612.59 |
| Local Travel | $800.28 |
| **TOTAL** | **$3,465.22** |

---

[1] The fees of Sills' attorneys are subject to a $625 blended hourly rate cap.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: March 30, 2023 at 4:00 p.m. ET**<br>**Hearing Date: April 25, 2023 at 11:30 a.m. ET** |

### TWELFTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM APRIL 1, 2022 THROUGH JUNE 30, 2022

Sills Cummis & Gross P.C. ("Sills") submits its *Twelfth Quarterly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from April 1, 2022 through June 30, 2022* (the "Application"), seeking interim allowance of compensation in the amount of $169,562.50 and actual and necessary expenses in the amount of $3,465.22, for a total allowance of $173,027.72, and payment of the unpaid amount of such fees and expenses for the period from April 1, 2022 through June 30, 2022 (the "Interim Period").

### Background

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code").

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order*

9549291

*Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for*

*Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann*

*University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

**Monthly Fee Applications Covered Herein**

4.      Sills' monthly fee applications for the period from April 1, 2022 through June 30,

2022 have been filed and served pursuant to the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Professionals* [D.I. 341].

5.      On August 8, 2022, Sills filed its monthly application for the period from April 1,

2022 through April 30, 2022 [D.I. 4133] (the "<u>April Application</u>")[1] requesting $83,375.00 in fees

and $2,409.70 in expenses.  On September 2, 2022, a certificate of no objection was filed

regarding the April Application [D.I. 4234].

6.      On August 8, 2022, Sills filed its monthly application for the period from May 1,

2022 through May 31, 2022 [D.I. 4134] (the "<u>May Application</u>")[2] requesting $52,875.00 in fees

and $526.26 in expenses.  On September 2, 2022, a certificate of no objection was filed

regarding the May Application [D.I. 4235].

7.      On August 23, 2022, Sills filed its monthly application for the period from June 1,

2022 through June 30, 2022 [D.I. 4189] (the "<u>June Application</u>")[3] requesting $33,312.50 in fees

and $529.26 in expenses.  On November 15, 2022, a certificate of no objection was filed

regarding the June Application [D.I. 4391].

**Statement from Sills**

8.      Pursuant to the *Appendix B Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in*

---

[1] A copy of the April Application is attached as <u>Exhibit E</u>.
[2] A copy of the May Application is attached as <u>Exhibit F</u>.
[3] A copy of the June Application is attached as <u>Exhibit G</u>.

*Larger Chapter 11 Cases*, Sills responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | Yes | | Sills discounted its rates by capping its attorney's blended hourly rate at $625. |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | Yes | | Sills was not asked to prepare a budget in connection with these cases. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | No | |
| If the fee application includes any rate increases since retention in these Cases:<br>  i.  Did your client review and approve those rate increases in advance?<br>  ii.  Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | i. No<br>ii. No | | In the ordinary course of its business and consistent with its standard practices, Sills increased the *standard* hourly rates of certain of its attorneys, effective as of October 1, each year since its retention (*i.e.*, the first date of Sills' fiscal year). However, as noted in its retention application, Sills' fees for *this* matter are subject to a $625 blended hourly rate cap. In other words, Sills' fees for this matter are subject to a $625 blended hourly rate cap, notwithstanding any changes to Sills' standard billing rates.<br><br>The Committee has not agreed to accept all future rate changes. |

3

**Requested Relief**

9.      By this Application, Sills requests that the Court approve payment of one-hundred

percent (100%) of its fees and expenses during the Interim Period.

10.     Sills received no payment and no promises for payment from any source other

than the Debtors for services rendered or to be rendered in any capacity in connection with the

matters covered by this Application.  There is no agreement or understanding between Sills and

any other person other than the members of Sills for the sharing of compensation to be received

for services rendered in these cases.  Sills did not receive a retainer in these cases.

11.     The professional services and related expenses for which Sills requests interim

allowance were rendered and incurred in the discharge of Sills' professional responsibilities as

attorneys for the Committee.  Sills' services have been necessary and beneficial to the

Committee, the Debtors' estates, creditors and other parties in interest.

12.     It is respectfully submitted that the amount requested by Sills is fair and

reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Sills has reviewed the requirements of Del.

Bankr. LR 2016-2 and believes that this Application substantially complies therewith.

WHEREFORE, Sills respectfully requests that the Court enter an order granting an

interim allowance to Sills for the Interim Period in the sum $169,562.50 in fees and actual and

necessary expenses in the amount of $3,465.22, for a total of $173,027.72; that the Debtors be

authorized and directed to pay to Sills the outstanding amount of such sums; and for such

additional relief as is appropriate.

Dated: March 16, 2023          Respectfully submitted,
Wilmington, Delaware

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

9549291

## **DECLARATION**

STATE OF NEW JERSEY        :
                                                    :
COUNTY OF ESSEX            :

   Andrew H Sherman, after being duly sworn according to law, deposes and says:

   a)  I am an attorney at law and a member of Sills Cummis & Gross P.C.

   b)  I am familiar with the legal services rendered by Sills Cummis & Gross

P.C. as counsel to the Committee.

   c)  I reviewed the foregoing Application and the facts therein are true and

correct to the best of my knowledge, information and belief.

   d)  I have reviewed Del. Bankr. LR 2016-2 and submit that the Application

substantially complies therewith.

         */s/ Andrew H. Sherman*
         Andrew H. Sherman

9549291

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES WITH FEE APPLICATIONS**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed Firm-wide in 2021 (Excluding Restructuring Matters)** | **Billed in Connection with This Application** |
| Senior Member | $733 | $841.93 |
| Of Counsel | $584 | $695.00 |
| Senior Associate | $474 | $650.00 |
| Junior Associate | $341 | N/A |
| Blended Rate for Attorneys (*before* application of $625 blended rate discount to attorney fees) | $531 | $819.12 |
| **Blended Rate for Attorneys *After* Application of $625 Blended Rate Discount to Attorney Fees**[1] | | $625.00 |

---

[1] As noted in its Retention Application, the fees of Sills' attorneys are subject to a $625 blended hourly rate cap.  See Retention Application ¶ 16.

9549291

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT/ GROUP | DATE OF FIRST ADMISSION (if applicable) | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Andrew H. Sherman | Member | Bankruptcy | 1991 | $40,422.50 | 43.70 | $925 | $795 | 3 |
| Boris Mankovetskiy | Member | Bankruptcy | 2001 | $152,212.50 | 184.50 | $825 | $725 | 3 |
| James Hirschhorn | Member | Litigation | 1981 | $4,125.00 | 5.50 | $750 | N/A | N/A |
| Rachel E. Brennan | Of Counsel | Bankruptcy | 2012 | $15,846.00 | 22.80 | $695 | $545 | 3 |
| Gregory A. Kopacz | Associate | Bankruptcy | 2010 | $9,620.00 | 14.80 | $650 | $525 | 3 |
| **Grand Total at Standard Rates** | | | | **$222,226.00** | **271.30** | | | |
| **Grand Total After Application of $625 Attorney Blended Rate Discount** | | | | **$169,562.50** | **271.30** | | | |

**EXHIBIT C-1**

**BUDGET**

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance.[1] *See* Guidelines ¶ C.8. for project category information.

---

[1] Sills has not been asked to prepare a formal budget.

# EXHIBIT C-2

# STAFFING PLAN[1]

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant.  If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| CATEGORY OF TIMEKEEPER [1] (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
| --- | --- | --- |
| Member | 3 | $841.93 |
| Of Counsel | 1 | $695.00 |
| Associate | 1 | $650.00 |
| [1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category. | | |

---

[1] Due to the timing of its preparation, the Staffing Plan for the period of time covered by the Application was prepared with the benefit of actual data.

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

| PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Analysis and Recovery (101) | | | 177.80 | $147,165.00 |
| Asset Disposition (102) | | | 3.70 | $3,052.50 |
| Case Administration (104) | | | 12.90 | $10,815.00 |
| Claims Administration and Objections (105) | | | 54.90 | $45,258.50 |
| Fee/Employment Applications (107) | | | 10.70 | $6,955.00 |
| Fee/Employment Objections (108) | | | 1.20 | $780.00 |
| Financing (109) | | | 3.00 | $2,422.50 |
| Avoidance Action Litigation (111) | | | 1.90 | $1,357.50 |
| Plan and Disclosure Statement (113) | | | 2.60 | $2,145.00 |
| Relief from Stay Proceedings (114) | | | 0.60 | $425.00 |
| Travel (116) | | | 2.00 | $1,850.00 |
| **Total at Standard Rates** | | | **271.30** | **$222,226.00** |
| **Total After Application of $625 Attorney Blended Rate Discount[1]** | | | **271.30** | **$169,562.50** |

---

[1] As noted in its Retention Application, the fees of Sills' attorneys are subject to a $625 blended hourly rate cap.  <u>See</u> Retention Application ¶ 16.  Sills' paraprofessionals are billed at their standard hourly rate.

**EXHIBIT E**

**APRIL APPLICATION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 29, 2022 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

## THIRTY FOURTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022</u>

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | April 1, 2022 – April 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $66,700.00  (80% of $83,375.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,409.70 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 30.2 | $27,935.00 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 88.6 | $73,095.00 |
| James Hirschhorn | Member, Litigation<br>First Bar Admission: 1981 | $750 | 5.5 | $4,125.00 |
| Rachel E. Brennan | Of Counsel, Bankruptcy<br>First Bar Admission: 2012 | $695 | 0.7 | $486.50 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 8.4 | $5,460.00 |
| **Total Fees at Standard Rates** | | | **133.4** | **$111,101.50** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **133.4** | **$83,375.00** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

8900280

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 80.0 | $68,570.00 |
| Asset Disposition (102) | 3.7 | $3,052.50 |
| Case Administration (104) | 2.2 | $1,797.50 |
| Claims Administration and Objections (105) | 31.1 | $25,386.50 |
| Fee/Employment Applications (107) | 6.4 | $4,160.00 |
| Fee/Employment Objections (108) | 0.7 | $455.00 |
| Financing (109) | 3.0 | $2,422.50 |
| Avoidance Action Litigation (111) | 1.2 | $902.50 |
| Plan and Disclosure Statement (113) | 2.6 | $2,145.00 |
| Relief from Stay Proceedings (114) | 0.5 | $360.00 |
| Travel (116) (Billed at 50%) | 2.0 | $1,850.00 |
| **Total Fees at Standard Rate** | **133.4** | **$111,101.50** |
| **Total Fees at $625 Blended Rate[1]** | **133.4** | **$83,375.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendor | $1,560.07 |
| Local Travel | $800.28 |
| Online Research | $49.35 |
| **TOTAL** | **$2,409.70** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

8900280

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 29, 2022 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**THIRTY FOURTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Thirty Fourth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From April 1, 2022 Through April 30, 2022* (the "Application"), seeking allowance of $66,700.00 (80% of $83,375.00) in fees and $2,409.70 in expenses, for a total of $69,109.70.

**Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of

4

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

## Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $68,570.00;      Total Hours: 80.0

5

8900280

This category includes time spent: (a) analyzing and addressing mediation issues and reviewing documents in connection therewith; (b) preparing for and attending mediation sessions and related telephone conferences; and (c) communicating with Debtors' counsel, the Committee members and the mediator regarding the foregoing and related issues.

    B.    <u>Asset Disposition</u>

    Fees: $3,052.50;    Total Hours: 3.7

This category includes time spent analyzing issues related to the RRG transaction, including winddown issues.

    C.    <u>Case Administration</u>

    Fees: $1,797.50;    Total Hours: 2.2

This category includes time spent: (a) communicating with Debtors' counsel regarding pending matters; (b) analyzing pleadings, motions and other court documents; and (c) addressing matters of general import.

    D.    <u>Claims Administration and Objections</u>

    Fees: $25,386.50;    Total Hours: 31.1

This category includes time spent: (a) analyzing claims asserted against the Debtors' estates (including certain government assessments and potential withdrawal liability issues) and conducting related research; (b) analyzing Drexel mediation issues; and (c) communicating with Debtors' counsel and counsel for certain governmental authorities regarding the foregoing and related issues.

    E.    <u>Fee/Employment Applications</u>

    Fees: $4,160.00;    Total Hours: 6.4

This category includes time spent: (a) preparing Sills' February and March fee

applications, (b) addressing issues related to the proposed orders granting Sills' 7th and 8th interim fee applications, and (c) communicating with Debtors' counsel and the Committee's local counsel regarding the foregoing and related issues.

     F.     <u>Fee/Employment Objections</u>

     Fees: $455.00;     Total Hours: 0.7

This category includes time spent reviewing the Debtors' professionals' fee applications.

     G.     <u>Financing</u>

     Fees: $2,422.50;     Total Hours: 3.0

This category includes time spent analyzing and addressing issues related to the proposed financing to be provided by the Debtors to the Broad Street entities and reviewing related documents, including the proposed final order authorizing such financing.

     H.     <u>Avoidance Action Litigation</u>

     Fees: $902.50;     Total Hours: 1.2

This category includes time spent analyzing proposed avoidance action settlements.

     I.     <u>Plan and Disclosure Statement</u>

     Fees: $2,145.00;     Total Hours: 2.6

This category includes time spent analyzing updated plan waterfall projections.

     J.     <u>Relief from Stay Proceedings</u>

     Fees: $360.00;     Total Hours: 0.5

This category includes time spent analyzing motions/stipulations seeking stay relief and a stipulation extending the district court stay in connection with the MBNF appeal.

     K.     <u>Travel (Billed at 50%)</u>

     Fees: $1,850.00;     Total Hours: 2.0

7

This category includes time spent traveling to and from a mediation session.

**Conclusion**

7.      Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $66,700.00 (80% of $83,375.00) as compensation, *plus* $2,409.70 for reimbursement of actual and necessary expenses, for a total of $69,109.70, and that such amount be authorized for payment.

Dated: August 8, 2022
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

8

8900280

## **VERIFICATION**

STATE OF NEW JERSEY      )
                                  ) SS:

COUNTY OF ESSEX            )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                          */s/ Andrew H. Sherman*
                          Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions, Committee Chair
3560 Dallas Parkway
Frisco, TX  75034

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through April 30, 2022

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 04/04/22 | BM | 101 | Attend call with MBNF mediator. | 0.60 | $495.00 |
| 04/04/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 3.20 | $2,640.00 |
| 04/05/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 04/06/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 04/07/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.10 | $1,732.50 |
| 04/08/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 04/11/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 04/11/22 | AHS | 101 | Mediation update call with counsel for Debtors. | 0.60 | $555.00 |
| 04/12/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 04/13/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 04/13/22 | AHS | 101 | Email from Committee member re: mediation and settlement process. | 0.40 | $370.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/15/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 04/15/22 | AHS | 101 | Address mediation issues. | 0.30 | $277.50 |
| 04/19/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.70 | $1,402.50 |
| 04/20/22 | BM | 101 | Attend continued MBNF mediation. | 12.40 | $10,230.00 |
| 04/20/22 | AHS | 101 | Attend continued mediation with MBNF mediation parties. | 12.40 | $11,470.00 |
| 04/21/22 | BM | 101 | Attend continued MBNF mediation. | 10.40 | $8,580.00 |
| 04/21/22 | AHS | 101 | Attend mediation session with mediation parties. | 10.40 | $9,620.00 |
| 04/22/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.60 | $2,145.00 |
| 04/22/22 | AHS | 101 | Emails re: mediation documents and emails re: same. | 0.60 | $555.00 |
| 04/25/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.40 | $1,155.00 |
| 04/27/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 04/28/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.70 | $1,402.50 |
| 04/28/22 | AHS | 101 | Review of MBNF mediation issues. | 0.40 | $370.00 |
| 04/29/22 | BM | 101 | Analysis of issues regarding MBNF mediation. | 1.10 | $907.50 |
| 04/29/22 | AHS | 101 | Initial review of mediation document as circulated. | 0.60 | $555.00 |
| | | **TASK TOTAL 101** | | **80.00** | **$68,570.00** |

## 102 – ASSET DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| 04/06/22 | BM | 102 | Analysis regarding RRG winddown issues. | 1.30 | $1,072.50 |
| 04/08/22 | BM | 102 | Analysis regarding RRG winddown issues. | 1.20 | $990.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/11/22 | BM | 102 | Analysis regarding RRG transaction and winddown issues. | 1.20 | $990.00 |
| | | **TASK TOTAL 102** | | **3.70** | **$3,052.50** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 04/05/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.70 | $577.50 |
| 04/09/22 | GAK | 104 | Review notification regarding upcoming hearing and email A. Sherman and B. Mankovetskiy regarding same. | 0.10 | $65.00 |
| 04/11/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | $412.50 |
| 04/14/22 | BM | 104 | Analysis regarding PA assessments issues. | 0.90 | $742.50 |
| | | **TASK TOTAL 104** | | **2.20** | **$1,797.50** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 04/04/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 04/05/22 | BM | 105 | Analysis regarding PA assessments and potential objections thereto. | 1.40 | $1,155.00 |
| 04/05/22 | BM | 105 | Analysis regarding withdrawal liability issues. | 1.10 | $907.50 |
| 04/05/22 | AHS | 105 | Call with counsel for Debtors re: claims asserted by Commonwealth of Pennsylvania. | 0.70 | $647.50 |
| 04/05/22 | AHS | 105 | Review of documents re: claims of Commonwealth of Pennsylvania. | 0.80 | $740.00 |
| 04/05/22 | REB | 105 | Call with Debtors re: claims issues. | 0.70 | $486.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/06/22 | BM | 105 | Analysis of issues regarding PA assessments. | 1.20 | $990.00 |
| 04/07/22 | BM | 105 | Analysis regarding HSRE claims. | 0.80 | $660.00 |
| 04/07/22 | BM | 105 | Analysis regarding objections to PA assessments. | 1.30 | $1,072.50 |
| 04/08/22 | BM | 105 | Analysis regarding proposed resolutions of claims objections. | 0.70 | $577.50 |
| 04/08/22 | BM | 105 | Analysis regarding objections to PA assessments. | 1.10 | $907.50 |
| 04/11/22 | JH | 105 | Legal research regarding PA quality assurance fee. | 0.90 | $675.00 |
| 04/11/22 | JH | 105 | Legal research regarding tax priority. | 0.90 | $675.00 |
| 04/11/22 | JH | 105 | Email B. Mankovetskiy regarding same. | 0.20 | $150.00 |
| 04/11/22 | BM | 105 | Analysis regarding PA assessments. | 1.20 | $990.00 |
| 04/12/22 | JH | 105 | Review Gardens Hospital briefs and decision. | 0.80 | $600.00 |
| 04/12/22 | JH | 105 | Review file regarding Quality Assessment Fee claims. | 0.50 | $375.00 |
| 04/12/22 | BM | 105 | Analysis regarding Commonwealth and Philadelphia claims regarding medical assistance payments. | 1.90 | $1,567.50 |
| 04/13/22 | JH | 105 | Review proofs of claim. | 0.60 | $450.00 |
| 04/13/22 | JH | 105 | Telephone conferences with A. Sherman and B. Mankovetskiy regarding issues. | 0.20 | $150.00 |
| 04/13/22 | BM | 105 | Analysis regarding Commonwealth and Philadelphia claims regarding medical assistance payments. | 1.60 | $1,320.00 |
| 04/13/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.80 | $660.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/13/22 | AHS | 105 | Address claims by Commonwealth and City re: Medicaid issues. | 0.80 | $740.00 |
| 04/15/22 | BM | 105 | Analysis regarding proposed settlements of pending claims objections. | 0.70 | $577.50 |
| 04/15/22 | GAK | 105 | Review motion to reconsider claim objection and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/18/22 | BM | 105 | Analysis of issues regarding Medicaid supplemental payment program claims. | 1.20 | $990.00 |
| 04/18/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 04/19/22 | BM | 105 | Analysis regarding PA assessments issues. | 1.10 | $907.50 |
| 04/22/22 | BM | 105 | Analysis regarding PA hospital assessment claims. | 0.90 | $742.50 |
| 04/25/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.80 | $660.00 |
| 04/25/22 | BM | 105 | Analysis regarding PA assessments issues. | 0.80 | $660.00 |
| 04/25/22 | AHS | 105 | Emails re: Drexel mediation issues. | 0.20 | $185.00 |
| 04/26/22 | JH | 105 | Prepare for and conference call with Philadelphia counsel regarding tax status of city hospital fee claim. | 1.40 | $1,050.00 |
| 04/26/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.30 | $1,072.50 |
| 04/29/22 | BM | 105 | Analysis of issues regarding Drexel mediation. | 0.60 | $495.00 |
| | | **TASK TOTAL 105** | | **31.10** | **$25,386.50** |

## 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 04/03/22 | GAK | 107 | Draft February fee application. | 2.10 | $1,365.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/05/22 | GAK | 107 | Attention to email from Debtors' counsel regarding proposed order for fee application. | 0.10 | $65.00 |
| 04/05/22 | GAK | 107 | Communications with local counsel regarding January and February fee applications. | 0.30 | $195.00 |
| 04/07/22 | GAK | 107 | Analysis of proposed order granting 7th and 8th interim fee applications. | 0.40 | $260.00 |
| 04/14/22 | GAK | 107 | Work on March fee application. | 0.70 | $455.00 |
| 04/15/22 | GAK | 107 | Work on March fee application. | 0.20 | $130.00 |
| 04/24/22 | GAK | 107 | Prepare March fee application. | 2.60 | $1,690.00 |
| | | **TASK TOTAL 107** | | **6.40** | **$4,160.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 04/09/22 | GAK | 108 | Review Debtors' fee application and email A. Sherman regarding same. | 0.30 | $195.00 |
| 04/15/22 | GAK | 108 | Review EisnerAmper March fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/15/22 | GAK | 108 | Review Klehr Harrison February fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/29/22 | GAK | 108 | Review Klehr Harrison March fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/29/22 | GAK | 108 | Review Debtors OCP fee statements and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | **0.70** | **$455.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 7

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **109 – FINANCING** | | | | | |
| 04/01/22 | GAK | 109 | Review notifications regarding hearing on Debtors' to make secured term loan and email A. Sherman regarding same. | 0.30 | $195.00 |
| 04/11/22 | BM | 109 | Analysis regarding Broad Street Entities funding issues. | 1.10 | $907.50 |
| 04/15/22 | BM | 109 | Analysis regarding Broad Street funding issues. | 0.70 | $577.50 |
| 04/20/22 | BM | 109 | Analysis regarding proposed final order with respect to Broad Street financing. | 0.90 | $742.50 |
| | | **TASK TOTAL 109** | | **3.00** | **$2,422.50** |
| **111 – AVOIDANCE ACTION LITIGATION** | | | | | |
| 04/01/22 | GAK | 111 | Review Debtors' proposed preference settlement with Quantros and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/08/22 | BM | 111 | Analysis regarding proposed settlements of avoidance actions. | 0.70 | $577.50 |
| 04/09/22 | GAK | 111 | Review Debtors' proposed preference settlement with Genzyme and email A. Sherman and B. Mankovetskiy regarding same. | 0.10 | $65.00 |
| 04/15/22 | GAK | 111 | Review Debtors' proposed preference settlement. | 0.10 | $65.00 |
| 04/24/22 | GAK | 111 | Review proposed preference settlement with Shades of Green. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/29/22 | GAK | 111 | Review Debtors' proposed preference settlement with Veolia and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 111** | | **1.20** | **$902.50** |

### 113 – PLAN AND DISCLOSURE STATEMENT

| | | | | | |
|---|---|---|---|---|---|
| 04/01/22 | BM | 113 | Attend to issues regarding updated waterfall projections. | 1.10 | $907.50 |
| 04/05/22 | BM | 113 | Analysis regarding updated waterfall projections. | 0.70 | $577.50 |
| 04/27/22 | BM | 113 | Analysis regarding updated waterfall projections. | 0.80 | $660.00 |
| | | **TASK TOTAL 113** | | **2.60** | **$2,145.00** |

### 114 – RELIEF FROM STAY PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| 04/15/22 | GAK | 114 | Review motion seeking stay relief and email A. Sherman regarding same. | 0.10 | $65.00 |
| 04/24/22 | GAK | 114 | Review proposed stipulations and related motions/orders granting stay relief and email A. Sherman regarding same. | 0.20 | $130.00 |
| 04/28/22 | BM | 114 | Attend to stipulation extending district court MBNF stay. | 0.20 | $165.00 |
| | | **TASK TOTAL 114** | | **0.50** | **$360.00** |

### 116 – TRAVEL (billed at 50%)

| | | | | | |
|---|---|---|---|---|---|
| 04/20/22 | AHS | 116 | Travel to/from mediation (2.0). | 1.00 | $925.00 |
| 04/21/22 | AHS | 116 | Travel to/from mediation (2.0). | 1.00 | $925.00 |
| | | **TASK TOTAL 116** | | **2.00** | **$1,850.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022<br>
Client/Matter No. 08650118.000001<br>
Invoice: 2021125<br>
Page 9

|  | HOURS | AMOUNT |
|---|---|---|
| **TOTAL FEES at Standard Rates** | **133.40** | **$111,101.50** |
| **TOTAL FEES at Blended Rate of $625** | **133.40** | **$83,375.00** |

## TASK CODE SUMMARY

| Code | Description | Hours | Amount |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 80.00 | $68,570.00 |
| 102 | Asset Disposition | 3.70 | $3,052.50 |
| 104 | Case Administration | 2.20 | $1,797.50 |
| 105 | Claims Administration and Objections | 31.10 | $25,386.50 |
| 107 | Fee/Employment Applications | 6.40 | $4,160.00 |
| 108 | Fee/Employment Objections | 0.70 | $455.00 |
| 109 | Financing | 3.00 | $2,422.50 |
| 111 | Avoidance Action Litigation | 1.20 | $902.50 |
| 113 | Plan and Disclosure Statement | 2.60 | $2,145.00 |
| 114 | Relief from Stay Proceedings | 0.50 | $360.00 |
| 116 | Travel | 2.00 | $1,850.00 |
| | TOTAL FEES at Standard Rates | 133.40 | $111,101.50 |
| | TOTAL FEES at Blended Rate of $625 | 133.40 | $83,375.00 |

| Name | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Andrew H. Sherman | 30.20 | x | $925.00 | = | $27,935.00 |
| Boris Mankovetskiy | 88.60 | x | $825.00 | = | $73,095.00 |
| James Hirschhorn | 5.50 | x | $750.00 | = | $4,125.00 |
| Rachel E. Brennan | 0.70 | x | $695.00 | = | $486.50 |
| Gregory A. Kopacz | 8.40 | x | $650.00 | = | $5,460.00 |

## DISBURSEMENT DETAIL

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/23/22 | 271 | Litigation Support Vendor (UnitedLex Inv #066964 – hosting user and volume) | $1,033.81 |
| 03/02/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 03/02/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |
| 03/02/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/02/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/02/22 | 295 | Parking (AHS mediation in NYC) | $50.00 |
| 03/03/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 03/03/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |

Creditors' Committee

| | | | |
|---|---|---|---|
| 03/03/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/03/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/03/22 | 295 | Parking (AHS mediation in NYC) | $50.00 |
| 03/22/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 03/22/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |
| 03/22/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/22/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/22/22 | 295 | Parking (AHS mediation in NYC) | $25.00 |
| 03/23/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 03/23/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |
| 03/23/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/23/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 03/23/22 | 295 | Parking (AHS mediation in NYC) | $25.00 |
| 03/23/22 | 296 | Tolls/Mileage (mileage – BM mediation in NYC) | $40.95 |
| 03/23/22 | 296 | Tolls/Mileage (toll – BM mediation in NYC) | $13.75 |
| 03/23/22 | 295 | Parking (BM mediation in NYC) | $72.00 |
| 04/20/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 04/20/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |
| 04/20/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 04/20/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 04/20/22 | 295 | Parking (AHS mediation in NYC) | $40.00 |
| 04/21/22 | 296 | Tolls/Mileage (mileage – BM mediation in NYC) | $40.95 |
| 04/21/22 | 296 | Tolls/Mileage (toll – BM mediation in NYC) | $13.75 |
| 04/21/22 | 295 | Parking (BM mediation in NYC) | $95.00 |
| 04/21/22 | 296 | Tolls/Mileage (mileage – AHS mediation in NYC) | $29.25 |
| 04/21/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $13.75 |
| 04/21/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 04/21/22 | 296 | Tolls/Mileage (toll – AHS mediation in NYC) | $2.99 |
| 04/21/22 | 295 | Parking (AHS mediation in NYC) | $40.00 |
| 04/25/22 | 271 | Litigation Support Vendor (UnitedLex Inv #069632 – near line storage) | $526.26 |
| 04/11/22 | 379 | Lexis-Nexis | $16.45 |
| 04/26/22 | 379 | Lexis-Nexis | $32.90 |

**TOTAL DISBURSEMENTS**          **$2,409.70**

Sills Cummis & Gross P.C.

Creditors' Committee

June 1, 2022
Client/Matter No. 08650118.000001
Invoice: 2021125
Page 11

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $83,375.00 |
| Total Disbursements | $2,409.70 |
| **TOTAL THIS INVOICE** | **$85,784.70** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$111,101.50**) and fees at *Blended Rate* of $625 (**$83,375.00**)** apply.

**includes paralegal fees at standard rates, if applicable

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: August 29, 2022 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objections filed** |

## NOTICE OF THIRTY FOURTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM APRIL 1, 2022 THROUGH APRIL 30, 2022</u>

PLEASE TAKE NOTICE THAT on August 8, 2022, Sills Cummis & Gross P.C. ("<u>Sills</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Thirty Fourth Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period April 1, 2022 through April 30, 2022 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **August 29, 2022 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

2

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.

Dated: August 8, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Seth A. Niederman, hereby certify that on August 8, 2022,  true and correct copies of the

*(i) Thirty Fourth Monthly Application of Sills Cummis & Gross P.C. for Allowance of*

*Compensation for Services Rendered and for Reimbursement of Expense as Counsel to the Official*

*Committee of Unsecured Creditors for the Period April 1, 2022 through April 30, 2022; and (ii)*

*Thirty Fourth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation*

*for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of*

*Unsecured Creditors for the Period May 1, 2022 through May 31, 2022* was served by First Class

Mail to the parties on the attached service list.

*(signature on following page)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: August 8, 2022                  **FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

**Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>230 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |

**EXHIBIT F**

**MAY APPLICATION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

CENTER CITY HEALTHCARE, LLC, d/b/a
HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]

        Debtors.

Chapter 11

Case No. 19-11466 (MFW)

(Jointly Administered)

**Objections Due: August 29, 2022 at 4:00 p.m.
Hearing Date: TBD if objection filed**

---

**THIRTY FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | May 1, 2022 – May 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $42,300.00 (80% of $52,875.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $526.26 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

8914074

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $925 | 7.8 | $7,215.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $825 | 57.7 | $47,602.50 |
| Rachel E. Brennan | Of Counsel, Bankruptcy First Bar Admission: 2012 | $695 | 17.5 | $12,162.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $650 | 1.6 | $1,040.00 |
| **Total Fees at Standard Rates** | | | **84.6** | **$68,020.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **84.6** | **$52,875.00** |

---

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650.  However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

2

8914074

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 64.9 | $51,557.50 |
| Case Administration (104) | 5.9 | $4,957.50 |
| Claims Administration and Objections (105) | 12.6 | $10,725.00 |
| Fee/Employment Applications (107) | 0.6 | $390.00 |
| Fee/Employment Objections (108) | 0.2 | $130.00 |
| Avoidance Action Litigation (111) | 0.4 | $260.00 |
| **Total Fees at Standard Rate** | **84.6** | **$68,020.00** |
| **Total Fees at $625 Blended Rate[1]** | **84.6** | **$52,875.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendor | $526.26 |
| **TOTAL** | **$526.26** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 29, 2022 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**THIRTY FIFTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022</u>**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Thirty Fifth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From May 1, 2022 Through May 31, 2022* (the "<u>Application</u>"), seeking allowance of $42,300.00 (80% of $52,875.00) in fees and $526.26 in expenses, for a total of $42,826.26.

<u>**Background**</u>

1.       On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.       On July 15, 2019, the United States Trustee appointed the Official Committee of

8914074

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $51,557.50;      Total Hours: 64.9

5

8914074

This category includes time spent: (a) analyzing and addressing mediation issues and reviewing documents in connection therewith; (b) reviewing and analyzing a MOU and drafting a related memorandum; and (c) communicating with Debtors' counsel, the Committee members, the mediator, and mediation counterparties regarding the foregoing and related issues.

 B. <u>Case Administration</u>

  Fees: $4,957.50; Total Hours: 5.9

This category includes time spent: (a) preparing updates to the Committee members; (b) conducting analysis regarding projected creditor distributions and communicating with the Committee's financial advisor regarding related issues; (c) analyzing pleadings, motions and other court documents; and (d) addressing matters of general import.

 C. <u>Claims Administration and Objections</u>

  Fees: $10,725.00; Total Hours: 12.6

This category includes time spent: (a) analyzing claims asserted against the Debtors' estates (including certain government assessments); (b) analyzing Drexel mediation issues; and (c) communicating with Debtors' counsel and mediation counterparties regarding the foregoing and related issues.

 D. <u>Fee/Employment Applications</u>

  Fees: $390.00; Total Hours: 0.6

This category includes time spent preparing Sills' April fee application and communicating with the Committee's local counsel regarding Sills' March fee application.

 E. <u>Fee/Employment Objections</u>

  Fees: $130.00; Total Hours: 0.2

This category includes time spent reviewing the Debtors' professionals' fee applications.

F.    Avoidance Action Litigation

Fees: $260.00;        Total Hours: 0.4

This category includes time spent analyzing proposed avoidance action settlements.

**Conclusion**

7.    Sills submits that the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $42,300.00 (80% of $52,875.00) as compensation, *plus* $526.26 for reimbursement of actual and necessary expenses, for a total of $42,826.26, and that such amount be authorized for payment.

Dated: August 8, 2022
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
        bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

8914074

## **VERIFICATION**

STATE OF NEW JERSEY     )
                           ) SS:
COUNTY OF ESSEX        )

       Andrew H. Sherman, after being duly sworn according to law, deposes and says:

       a)     I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

       b)     I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

       c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

       d)     I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                              */s/ Andrew H. Sherman*
                              Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City | June 13, 2022 |
| Healthcare LLC d/b/a Hahnemann University Hospital | Client/Matter No. 08650118.000001 |
| c/o Conifer Health Solutions, Committee Chair | Invoice: 2021730 |
| 3560 Dallas Parkway | Billing Attorney: AHS |
| Frisco, TX  75034 | |
| | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through May 31, 2022

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 05/02/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.40 | $1,980.00 |
| 05/03/22 | BM | 101 | Analysis regarding MBNF mediation | 2.70 | $2,227.50 |
| 05/04/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 05/05/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.10 | $1,732.50 |
| 05/06/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.40 | $1,980.00 |
| 05/08/22 | BM | 101 | Call with MBNF mediator and mediation parties. | 0.80 | $660.00 |
| 05/09/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 05/10/22 | BM | 101 | Call with MBNF mediator. | 0.40 | $330.00 |
| 05/10/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 05/11/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 05/12/22 | BM | 101 | Call with MBNF mediator. | 0.40 | $330.00 |
| 05/13/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 05/15/22 | BM | 101 | Call with MBNF mediator and parties. | 0.70 | $577.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2021730
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/16/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.40 | $1,980.00 |
| 05/17/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.70 | $2,227.50 |
| 05/17/22 | AHS | 101 | Address mediation and waterfall issues, email from mediator. | 0.60 | $555.00 |
| 05/18/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.60 | $2,145.00 |
| 05/19/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 05/20/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 05/23/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.10 | $1,732.50 |
| 05/23/22 | REB | 101 | Review MOU and draft summary. | 3.80 | $2,641.00 |
| 05/24/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.70 | $1,402.50 |
| 05/24/22 | REB | 101 | Review MOU and draft summary. | 4.60 | $3,197.00 |
| 05/24/22 | REB | 101 | Review revised MOU. | 1.30 | $903.50 |
| 05/26/22 | REB | 101 | Draft memo summarizing MOU. | 3.30 | $2,293.50 |
| 05/27/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.30 | $1,897.50 |
| 05/27/22 | AHS | 101 | Review of proposed revision to mediation document and call with counsel for Debtors re: same. | 0.80 | $740.00 |
| 05/27/22 | REB | 101 | Review exhibit re: real estate management and sale process and incorporate into memo. | 1.30 | $903.50 |
| 05/30/22 | REB | 101 | Review and revise memorandum re: MOU to include updates regarding sale process and distribution overview. | 2.10 | $1,459.50 |

Sills Cummis & Gross P.C.

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/31/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 05/31/22 | BM | 101 | Analysis regarding memorandum to Committee regarding potential settlement of MBNF-related claims. | 1.90 | $1,567.50 |
| 05/31/22 | AHS | 101 | Review of memo to Committee re: mediation issues. | 0.80 | $740.00 |
| 05/31/22 | AHS | 101 | Calls with Debtors' counsel re: mediation issues and review of document re: same. | 0.40 | $370.00 |
| 05/31/22 | AHS | 101 | Email to Committee re: mediation issues. | 0.30 | $277.50 |
| 05/31/22 | REB | 101 | Review memorandum re: MOU update. | 1.10 | $764.50 |
|  |  | **TASK TOTAL 101** |  | **64.90** | **$51,557.50** |

## 104 – CASE ADMINISTRATION

| 05/02/22 | BM | 104 | Analysis regarding projected waterfall update. | 0.80 | $660.00 |
|---|---|---|---|---|---|
| 05/07/22 | GAK | 104 | Review notification regarding upcoming omnibus hearings and email A. Sherman regarding same. | 0.10 | $65.00 |
| 05/07/22 | GAK | 104 | Review Debtors' motion to extend removal deadline and email A. Sherman regarding same. | 0.10 | $65.00 |
| 05/13/22 | BM | 104 | Analysis regarding updated waterfall projections. | 0.90 | $742.50 |
| 05/14/22 | GAK | 104 | Review order extending Debtors' removal deadline and email A. Sherman regarding same. | 0.10 | $65.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2021730
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/14/22 | GAK | 104 | Review notification regarding Wednesday's hearing and email A. Sherman regarding same. | 0.10 | $65.00 |
| 05/17/22 | BM | 104 | Analysis regarding updated waterfall. | 0.80 | $660.00 |
| 05/24/22 | BM | 104 | Analysis regarding updated waterfall issues. | 0.80 | $660.00 |
| 05/25/22 | AHS | 104 | Email to Committee member re: case status; follow up with another Committee member re: mediation issues. | 0.70 | $647.50 |
| 05/27/22 | AHS | 104 | Call with BRG re: waterfall issues and review of draft document for committee consideration. | 0.60 | $555.00 |
| 05/31/22 | BM | 104 | Analysis regarding updated waterfall. | 0.60 | $495.00 |
| 05/31/22 | AHS | 104 | Review of draft waterfall. | 0.30 | $277.50 |
| | | **TASK TOTAL 104** | | **5.90** | **$4,957.50** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 05/02/22 | BM | 105 | Analysis of issues regarding Drexel mediation. | 1.10 | $907.50 |
| 05/02/22 | AHS | 105 | Review of waterfall and call with Debtors' counsel re: waterfall analysis. | 0.80 | $740.00 |
| 05/06/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 05/08/22 | AHS | 105 | Review of mediation document and call with mediation parties. | 1.10 | $1,017.50 |
| 05/08/22 | AHS | 105 | Review of mediation document and call with mediation parties. | 1.10 | $1,017.50 |
| 05/09/22 | BM | 105 | Analysis regarding state assessment claims. | 1.20 | $990.00 |
| 05/10/22 | AHS | 105 | Mediation update call with parties. | 0.30 | $277.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2021730
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/11/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 05/13/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.70 | $1,402.50 |
| 05/16/22 | BM | 105 | Analysis regarding priority and administrative claims estimation. | 0.80 | $660.00 |
| 05/17/22 | BM | 105 | Analysis regarding claims reconciliation issues. | 0.80 | $660.00 |
| 05/20/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| 05/26/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.80 | $660.00 |
| | | **TASK TOTAL 105** | | **12.60** | **$10,725.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 05/02/22 | GAK | 107 | Email local counsel regarding March fee application. | 0.20 | $130.00 |
| 05/18/22 | GAK | 107 | Work on April fee statement. | 0.40 | $260.00 |
| | | **TASK TOTAL 107** | | **0.60** | **$390.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 05/14/22 | GAK | 108 | Review Saul Ewing's March fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 05/20/22 | GAK | 108 | Review Eisner fee statement and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | **0.20** | **$130.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2021730
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|

**111 – AVOIDANCE ACTION LITIGATION**

| 05/07/22 | GAK | 111 | Review Debtors' motion to vacate default and approve preference settlement with Edwards LifeSciences and email A. Sherman regarding same. | 0.20 | $130.00 |
| 05/07/22 | GAK | 111 | Review Debtors' proposed preference settlement with General Healthcare and email A. Sherman regarding same. | 0.10 | $65.00 |
| 05/07/22 | GAK | 111 | Review Debtor's proposed preference settlement with Baxter and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 111** | | **0.40** | **$260.00** |
| | | **TOTAL FEES at Standard Rates** | | **84.60** | **$68,020.00** |
| | | **TOTAL FEES at Blended Rate of $625** | | **84.60** | **$52,875.00** |

**TASK CODE SUMMARY**

| 101 | Asset Analysis and Recovery | 64.90 | $51,557.50 |
|---|---|---|---|
| 104 | Case Administration | 5.90 | $4,957.50 |
| 105 | Claims Administration and Objections | 12.60 | $10,725.00 |
| 107 | Fee/Employment Applications | 0.60 | $390.00 |
| 108 | Fee/Employment Objections | 0.20 | $130.00 |
| 111 | Avoidance Action Litigation | 0.40 | $260.00 |
| | TOTAL FEES at Standard Rates | 84.60 | $68,020.00 |
| | TOTAL FEES at Blended Rate of $625 | 84.60 | $52,875.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650118.000001
Invoice: 2021730
Page 7

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 7.80 | x | $925.00 | = | $7,215.00 |
| Boris Mankovetskiy | 57.70 | x | $825.00 | = | $47,602.50 |
| Rachel E. Brennan | 17.50 | x | $695.00 | = | $12,162.50 |
| Gregory A. Kopacz | 1.60 | x | $650.00 | = | $1,040.00 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 05/22/22 | 271 | Litigation Support Vendor (UnitedLex Inv #071010 – near line storage) | $526.26 |

**TOTAL DISBURSEMENTS** — **$526.26**

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $52,875.00 |
| Total Disbursements | $526.26 |
| **TOTAL THIS INVOICE** | **$53,401.26** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$68,020.00**) and fees at *Blended Rate* of $625 (**$52,875.00**)** apply.

**includes paralegal fees at standard rates, if applicable

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: August 29, 2022 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objections filed** |

### NOTICE OF THIRTY FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM MAY 1, 2022 THROUGH MAY 31, 2022</u>

PLEASE TAKE NOTICE THAT on August 8, 2022, Sills Cummis & Gross P.C. ("<u>Sills</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Thirty Fifth Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period May 1, 2022 through May 31, 2022 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **August 29, 2022 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.

Dated: August 8, 2022    **FOX ROTHSCHILD LLP**

           /s/ Seth A. Niederman
           Seth A. Niederman (No. 4588)
           919 North Market Street, Suite 300
           Wilmington, DE  19899-2323
           Telephone:  (302) 654-7444
           Facsimile:  (302) 656-8920
           E-mail: sniederman@foxrothschild.com

           *Counsel to the Official Committee of*
           *Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
|  | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that on August 8, 2022,  true and correct copies of the

*(i) Thirty Fourth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of Unsecured Creditors for the Period April 1, 2022 through April 30, 2022; and (ii) Thirty Fourth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of Unsecured Creditors for the Period May 1, 2022 through May 31, 2022* was served by First Class Mail to the parties on the attached service list.

*(signature on following page)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: August 8, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*

136662942.1

## Service List

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>230 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |

136662942.1

**EXHIBIT G**

**JUNE APPLICATION**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: September 13, 2022 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

## THIRTY SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022</u>

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | June 1, 2022 – June 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $26,650.00 (80% of $33,312.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $529.26 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

9056097

## **COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $925 | 5.7 | $5,272.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $825 | 38.2 | $31,515.00 |
| Rachel E. Brennan | Of Counsel, Bankruptcy First Bar Admission: 2012 | $695 | 4.6 | $3,197.00 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $650 | 4.8 | $3,120.00 |
| **Total Fees at Standard Rates** | | | | $43,104.50 |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **53.3** | **$33,312.50** |

[1] Effective October 1, 2021 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew Sherman was increased from $895 to $925; the hourly rate of Boris Mankovetskiy was increased from $795 to $825; the hourly rate of Rachel Brennan was increased from $650 to $695; and the hourly rate of Gregory Kopacz was increased from $625 to $650. However, as discussed below, Sills' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

9056097

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 32.9 | $27,037.50 |
| Case Administration (104) | 4.8 | $4,060.00 |
| Claims Administration and Objections (105) | 11.2 | $9,147.00 |
| Fee/Employment Applications (107) | 3.7 | $2,405.00 |
| Fee/Employment Objections (108) | 0.3 | $195.00 |
| Avoidance Action Litigation (111) | 0.3 | $195.00 |
| Relief from Stay Proceedings (114) | 0.1 | $65.00 |
| **Total Fees at Standard Rate** | **53.3** | **$43,104.50** |
| **Total Fees at $625 Blended Rate[1]** | **53.3** | **$33,312.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Litigation Support Vendor | $526.26 |
| Pacer | $3.00 |
| **TOTAL** | **$529.26** |

---

[1] Sills fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

9056097

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: September 13, 2022 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

## THIRTY SIXTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022</u>

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Thirty Sixth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From June 1, 2022 Through June 30, 2022* (the "<u>Application</u>"), seeking allowance of $26,650.00 (80% of $33,312.50) in fees and $529.26 in expenses, for a total of $27,179.26.

### <u>Background</u>

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of

9056097

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6.      Detailed information regarding Sills' expenses is included in **Exhibit A**.

### Summary of Services by Project

A.      Asset Analysis and Recovery

        Fees: $27,037.50;      Total Hours: 32.9

5

This category includes time spent: (a) analyzing and addressing mediation issues and reviewing documents in connection therewith; (b) reviewing and analyzing a MOU and waterfall presentation; and (c) communicating with Debtors' counsel, the Committee members, the mediator and other parties regarding the foregoing and related issues.

B.      Case Administration

    Fees: $4,060.00;        Total Hours: 4.8

This category includes time spent: (a) attending Committee meetings and preparing updates to the Committee members; (b) conducting analysis regarding projected creditor distributions; and (c) analyzing pleadings, motions and other court documents.

C.      Claims Administration and Objections

    Fees: $9,147.00;        Total Hours: 11.2

This category includes time spent: (a) analyzing claims asserted against the Debtors' estates (including certain government assessments); (b) analyzing Drexel mediation issues; and (c) communicating with the Committee members and mediation parties regarding the foregoing.

D.      Fee/Employment Applications

    Fees: $2,405.00;            Total Hours: 3.7

This category includes time spent preparing Sills' April and May fee applications.

E.      Fee/Employment Objections

    Fees: $195.00;        Total Hours: 0.3

This category includes time spent reviewing the Debtors' professionals' fee applications.

F.      Avoidance Action Litigation

    Fees: $195.00;        Total Hours: 0.3

This category includes time spent analyzing proposed avoidance action settlements.

6

G.      Relief from Stay Proceedings

Fees: $65.00;   Total Hours: 0.1

This category includes time spent reviewing a proposed stipulation granting stay relief.

**Conclusion**

7.      Sills submits the amounts sought are fair and reasonable given (a) the complexity

of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value

of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $26,650.00

(80% of $33,312.50) as compensation, *plus* $529.26 for reimbursement of actual and necessary

expenses, for a total of $27,179.26, and that such amount be authorized for payment.

Dated: August 23, 2022
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
        bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

7

## **VERIFICATION**

STATE OF NEW JERSEY          )
                            ) SS:
COUNTY OF ESSEX              )

      Andrew H. Sherman, after being duly sworn according to law, deposes and says:

      a)     I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

      b)     I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

      c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

      d)     I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                */s/ Andrew H. Sherman*
                                Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City | July 22, 2022 |
| Healthcare LLC d/b/a Hahnemann University Hospital | Client/Matter No. 08650118.000001 |
| c/o Conifer Health Solutions, Committee Chair | Invoice: 2023799 |
| 3560 Dallas Parkway | Billing Attorney: AHS |
| Frisco, TX  75034 | |
| | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through June 30, 2022

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 06/01/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |
| 06/01/22 | AHS | 101 | Preparation for mediation call. | 0.40 | $370.00 |
| 06/01/22 | AHS | 101 | Calls with mediator and Debtors' counsel in advance of committee call. | 0.40 | $370.00 |
| 06/01/22 | REB | 101 | Review MOU and waterfall presentations in advance of call and internal email re: same. | 1.40 | $973.00 |
| 06/01/22 | REB | 101 | Committee call re: MOU with members, debtors, CRO and mediator. | 1.10 | $764.50 |
| 06/02/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.60 | $2,145.00 |
| 06/02/22 | AHS | 101 | Calls with Committee member, counsel for Debtors and mediator re: mediation issues. | 0.80 | $740.00 |
| 06/02/22 | AHS | 101 | Review of mediation document and call with committee member re: same. | 0.60 | $555.00 |
| 06/03/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.20 | $1,815.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2023799
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/06/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 06/09/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 06/10/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 06/13/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.60 | $1,320.00 |
| 06/16/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 06/16/22 | BM | 101 | Call with MBNF mediator. | 0.60 | $495.00 |
| 06/17/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.10 | $1,732.50 |
| 06/21/22 | BM | 101 | Attend to MBNF mediation issues. | 1.60 | $1,320.00 |
| 06/24/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.90 | $1,567.50 |
| 06/27/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 2.10 | $1,732.50 |
| 06/29/22 | BM | 101 | Call with MBNF mediator. | 0.80 | $660.00 |
| 06/29/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.80 | $1,485.00 |
| 06/30/22 | BM | 101 | Analysis regarding MBNF mediation issues. | 1.30 | $1,072.50 |
| | | **TASK TOTAL 101** | | **32.90** | **$27,037.50** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 06/01/22 | BM | 104 | Attend to preparation for Committee meeting. | 0.80 | $660.00 |
| 06/01/22 | BM | 104 | Analysis regarding estimated waterfall projections update. | 0.80 | $660.00 |
| 06/01/22 | BM | 104 | Attend Committee call. | 1.10 | $907.50 |
| 06/01/22 | AHS | 104 | Email from Committee member re: mediation issues and respond to same. | 0.50 | $462.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2023799
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/01/22 | AHS | 104 | Attend committee meeting re: mediation issues. | 1.20 | $1,110.00 |
| 06/07/22 | GAK | 104 | Review notification regarding upcoming hearing and email A. Sherman regarding same. | 0.10 | $65.00 |
| 06/11/22 | GAK | 104 | Review notification regarding hearing. | 0.10 | $65.00 |
| 06/30/22 | GAK | 104 | Attention to case calendar. | 0.20 | $130.00 |
| | | **TASK TOTAL 104** | | **4.80** | **$4,060.00** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 06/07/22 | BM | 105 | Analysis regarding claims reconciliation process. | 0.80 | $660.00 |
| 06/09/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.20 | $990.00 |
| 06/09/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| 06/13/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.30 | $1,072.50 |
| 06/14/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 0.90 | $742.50 |
| 06/14/22 | REB | 105 | Review and draft update email to Committee re: Drexel agreement. | 2.10 | $1,459.50 |
| 06/22/22 | BM | 105 | Analysis regarding Drexel mediation issues. | 1.10 | $907.50 |
| 06/22/22 | BM | 105 | Analysis regarding PA assessment claims. | 0.90 | $742.50 |
| 06/28/22 | AHS | 105 | Review of revised mediation document and emails re: same. | 0.60 | $555.00 |
| 06/29/22 | AHS | 105 | Review of revised mediation document and mediation call with parties re: updated document. | 1.20 | $1,110.00 |
| | | **TASK TOTAL 105** | | **11.20** | **$9,147.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2023799
Page 4

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **107 – FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 06/10/22 | GAK | 107 | Work on May fee application. | 0.20 | $130.00 |
| 06/11/22 | GAK | 107 | Draft April fee application. | 1.80 | $1,170.00 |
| 06/17/22 | GAK | 107 | Work on May fee application. | 0.40 | $260.00 |
| 06/20/22 | GAK | 107 | Work on May fee application. | 1.30 | $845.00 |
| | | **TASK TOTAL 107** | | **3.70** | **$2,405.00** |
| **108 – FEE/EMPLOYMENT OBJECTIONS** | | | | | |
| 06/07/22 | GAK | 108 | Review Saul Ewing April fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 06/11/22 | GAK | 108 | Review Klehr Harrison April fee application and email A. Sherman regarding same. | 0.10 | $65.00 |
| 06/17/22 | GAK | 108 | Review Eisner May fee report and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 108** | | **0.30** | **$195.00** |
| **111 – AVOIDANCE ACTION LITIGATION** | | | | | |
| 06/07/22 | GAK | 111 | Review proposed preference settlement with Philadelphia Water Bureau and email A. Sherman regarding same. | 0.10 | $65.00 |
| 06/24/22 | GAK | 111 | Review proposed preference settlement with Beckman Coulter and email A. Sherman regarding same. | 0.10 | $65.00 |
| 06/24/22 | GAK | 111 | Review proposed preference settlement with Stryker and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 111** | | **0.30** | **$195.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2023799
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | |
| 06/07/22 | GAK | 114 | Review proposed stipulation granting stay relief and email A. Sherman regarding same. | 0.10 | $65.00 |
| | | **TASK TOTAL 114** | | **0.10** | **$65.00** |
| | | **TOTAL FEES at Standard Rates** | | **53.30** | **$43,104.50** |
| | | **TOTAL FEES at Blended Rate of $625** | | **53.30** | **$33,312.50** |

**TASK CODE SUMMARY**

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| | 101 | Asset Analysis and Recovery | 32.90 | $27,037.50 |
| | 104 | Case Administration | 4.80 | $4,060.00 |
| | 105 | Claims Administration and Objections | 11.20 | $9,147.00 |
| | 107 | Fee/Employment Applications | 3.70 | $2,405.00 |
| | 108 | Fee/Employment Objections | 0.30 | $195.00 |
| | 111 | Avoidance Action Litigation | 0.30 | $195.00 |
| | 114 | Relief from Stay Proceedings | 0.10 | $65.00 |
| | | TOTAL FEES at Standard Rates | 53.30 | $43,104.50 |
| | | TOTAL FEES at Blended Rate of $625 | 53.30 | $33,312.50 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 5.70 | x | $925.00 | = | $5,272.50 |
| Boris Mankovetskiy | 38.20 | x | $825.00 | = | $31,515.00 |
| Rachel E. Brennan | 4.60 | x | $695.00 | = | $3,197.00 |
| Gregory A. Kopacz | 4.80 | x | $650.00 | = | $3,120.00 |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---|
| 06/19/22 | 271 | Litigation Support Vendor (UnitedLex Invoice #072138 – Near Line Storage) | $526.26 |
| 06/28/22 | 358 | Pacer | $3.00 |
| | | **TOTAL DISBURSEMENTS** | **$529.26** |

Sills Cummis & Gross P.C.

Creditors' Committee                                      July 22, 2022
                                          Client/Matter No. 08650118.000001
                                                        Invoice: 2023799
                                                              Page 6

| INVOICE SUMMARY | |
| --- | --- |
| Total Fees | $33,312.50 |
| Total Disbursements | $529.26 |
| **TOTAL THIS INVOICE** | **$33,841.76** |

*Total includes fees at ***Blended Rate***.  Per Retention Application, lesser of fees at *Standard Rates* (**$43,104.50**) and fees at *Blended Rate* of $625 (**$33,312.50**)** apply.

**includes paralegal fees at standard rates, if applicable

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                                  Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: September 13, 2022 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objections filed** |

## NOTICE OF THIRTY SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM JUNE 1, 2022 THROUGH JUNE 30, 2022</u>

PLEASE TAKE NOTICE THAT on August 22, 2022, Sills Cummis & Gross P.C. ("<u>Sills</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Thirty Sixth Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period June 1, 2022 through June 30, 2022 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

137174083.1

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **September 13, 2022 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

2

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: August 22, 2022

**FOX ROTHSCHILD LLP**

/s/ Seth A. Niederman
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, Seth A. Niederman, hereby certify that on August 23, 2022,  true and correct copies of the *Thirty Sixth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of Unsecured Creditors for the Period June 1, 2022 through June 30, 2022* were served by First Class Mail to the parties on the attached service list.

*(signature on following page)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: August 23, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

137174160.1

**Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>216 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |