**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466-MFN |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL NOTICES AND PAPERS**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Michael C. Heyden, Jr. and Joseph E. Brenner of the law firm of GORDON & REES SCULLY MANSUKHANI, hereby gives notice of their entry of appearance on behalf of LINDA RAMSEY, ESQUIRE, and request all notices, pleadings, motions, applications, and other documents filed and/or served in this case (including, but not limited to, all notices described in Rule 2002 of the Federal Rules of Bankruptcy Procedure) be sent to the following addresses:

Michael C. Heyden, Jr.  (No. 5616)
Joseph E. Brenner (No. 6643)
**Gordon Rees Scully Mansukhani, LLP**
824 N. Market Street, Suite 220
Wilmington, DE 19801
Telephone: (302) 992-8954
Facsimile: (415) 391-4436
Email: mheyden@grsm.com
Email: jbrenner@grsm.com

Michael J. Cawley, Esquire (*pro hac vice pending*)
Courtney Mazzio, Esquire (*pro hac vice pending*)
**Gordon Rees Scully Mansukhani, LLP**
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: (215) 717-4021
Email: mcawley@grsm.com
Email: cmazzio@grsm.com

Nothing in this Notice of Appearance is intended to or shall be construed as a waiver by the Defendant of any objections to the Court's exercise of personal or subject matter jurisdiction herein or in any related matters or proceedings. Nor shall this appearance be deemed as a consent to the

1

Court exercising jurisdiction over the Interested Parties or any real or personal or other property owned or controlled by the Interested Parties.

Furthermore, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive: (1) the Defendant's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the Defendant's right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) the Defendant's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights claims, actions, defenses, setoffs, or recoupments to which the Defendant is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Interested Parties expressly reserve.

**GORDON REES**
**SCULLY MANSUKHANI LLP**

/s/ Michael C. Heyden, Jr.
Michael C. Heyden, Jr. (DE No. 5616)
Joseph E. Brenner (DE No. 6643)
824 N. Market Street, Suite 220
Wilmington, DE 19801
Telephone: (302) 992-8954
Facsimile: (415) 391-4436
Email: mheyden@grsm.com

*Counsel for Insured, Linda Ramsey*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that, on March 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/ Michael C. Heyden, Jr.
Michael C. Heyden, Jr. (DE No. 5616)