**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466-MFN |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael J. Cawley of Gordon Rees Scully Mansukhani, LLP, Three Logan Square, 1717 Arch Street, Suite 610, Philadelphia, PA 19103, to represent Linda Ramsey, Esquire as counsel pursuant to 11 U.S.C. § 327(e) in this matter.

Dated: March 20, 2023

**GORDON REES**
**SCULLY MANSUKHANI LLP**

/s/ Michael C. Heyden, Jr.
Michael C. Heyden, Jr. (DE No. 5616)
Joseph E. Brenner (DE No. 6643)
824 N. Market Street, Suite 220
Wilmington, DE 19801
Telephone: (302) 992-8954
Facsimile: (415) 391-4436
Email: mheyden@grsm.com

*Counsel for Insured, Linda Ramsey*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

_____
                                      , J.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Pennsylvania Bar Association, the Pennsylvania Supreme Court, the U.S. Court of Appeals, Third Circuit, the U.S. District Court, Western, Eastern and Middle Districts of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 20, 2023

               */s/ Michael J. Cawley*
               Michael J. Cawley, Esquire
               Gordon Rees Scully Mansukhani, LLP
               Three Logan Square
               1717 Arch Street, Suite 610
               Philadelphia, PA 19103
               Telephone: (215) 717-4021
               Email:  mcawley@grsm.com