# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 22, 2023 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

1. Motion of Debtors for Entry of Order (I) Authorizing Philadelphia Academic Health System, LLC to Make Supplemental Secured Loan to Support Broad Street Real Estate Pursuant to Memorandum of Understanding and 11 U.S.C. §§ 363, 364 and 105(a) and (II) Granting Related Relief [Docket No. 4539; filed: 03/01/23]

   Response Deadline:  March 15, 2023 at 4:00 p.m.

   Responses Received:  None

   Related Documents:

   A. Notice of Filing of Form Loan Documents in Connection with Motion of Debtors for Entry of Order (I) Authorizing Philadelphia Academic Health System, LLC to Make Supplemental Secured Loan to Support Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief [Docket No. 4546; filed: 03/08/23]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

B.     Declaration of Allen Wilen in Support of Motion of Debtors for Entry of Order (I) Authorizing Philadelphia Academic Health System, LLC to Make Supplemental Secured Loan to Support Broad Street Real Estate Pursuant to Memorandum of Understanding and 11 U.S.C. §§ 363, 364 and 105(a) and (II) Granting Related Relief [Docket No. 4552; filed: 03/15/23]

C.     Certification of Counsel Regarding (A) Revised Proposed Order (I) Authorizing Philadelphia Academic Health System, LLC to Make Supplemental Secured Loan to Support Broad Street Real Estate Pursuant to Memorandum of Understanding and 11 U.S.C. §§ 363, 364 and 105(a) and (II) Granting Related Relief and (B) No Objection to Same [Docket No. 4559; filed: 03/17/23]

D.     Order (I) Authorizing Philadelphia Academic Health System, LLC to Make Supplemental Secured Loan to Support Broad Street Real Estate Pursuant to Memorandum of Understanding and 11 U.S.C. §§ 363, 364 and 105(a) and (II) Granting Related Relief [Docket No. 4566; signed and docketed: 03/20/23]

Status: On March 20, 2023, the Court entered an order approving this motion.

Dated: March 20, 2023

**SAUL EWING LLP**

By:     */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*