# EXHIBIT A

## SUMMARY OF BLENDED RATE

41292242.2 03/21/2023

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 10 | $623.00 | $765.47 |
| Junior Partners | 2 | $520.00 | $539.37 |
| Counsel | 0 | $559.00 | $0.00 |
| Senior Associates | 3 | $381.00 | $408.65 |
| Junior Associates | 2 | $307.00 | $325.00 |
| Paralegal | 0 | $261.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 | $210.00 | $272.17 |
| **Aggregated:** | | **$499.00** | **$563.15** |