# EXHIBIT D

**EXPENSE SUMMARY**

# Expense Summary
## For the Period from January 1, 2023 through January 31, 2023

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $8,750.20 |
| Legal Research | Westlaw; Lexis | $4,419.15 |
| Meals | *See attached chart* | $355.02 |
| Messenger Service | Reliable Copy Service - DE | $6.05 |
| **Total** | | **$13,530.42** |

## MEALS DETAIL

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 12/19/22 | HC Coal Fire Pizza | (1) John Demmy | Lunch preparing for mediation | $29.36 |
| 12/27/22 | Marathon on the Square | (9) Adam Isenberg, Jeffrey Hampton, John Dinome, Allen Wilen, Al Mezzaroba, Scott Victor, Teresa Kohl, David Dolan, Jeff Tertel | Lunch meeting prior to property tour | $325.66 |
| | | **TOTAL** | | **$355.02** |



| Philadelphia Academic Health System, LLC | | Invoice Number | 2748594 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 02/28/23 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 01/26/23 | Epiq Relativity eDiscovery Costs | | 8,750.20 |
| | Total   Epiq Relativity eDiscovery Costs | | 8,750.20 |
| 01/10/23 | Messenger Service; VENDOR: Reliable Copy Service - DE; 12/15/22 - Printing and hand delivery to Offit Kurman | 6.05 | |
| | Total Messenger Service | | 6.05 |
| 01/11/23 | Meals - - VENDOR: HC Coal Fire Pizza; 12/19/22 - lunch for John Demmy preparing for HRE mediation | 29.36 | |
| 01/11/23 | Meals - - VENDOR: Marathon on the Square; 12/27/22 lunch meeting prior to property tour (Adam Isenberg, Jeffrey Hampton, John Dinome, Allen Wilen, Al Mezzaroba, Scott Victor, Teresa Kohl, David Dolan, Jeff Tertel) | 325.66 | |
| | Total Meals | | 355.02 |
| 01/12/23 | Lexis Legal Research | 192.53 | |
| 01/12/23 | Lexis Legal Research | 123.19 | |
| 01/13/23 | Lexis Legal Research | 129.04 | |
| 01/18/23 | Lexis Legal Research | 351.12 | |
| 01/18/23 | Lexis Legal Research | 94.00 | |
| 01/19/23 | Lexis Legal Research | 176.49 | |
| 01/19/23 | Lexis Legal Research | 56.44 | |
| 01/20/23 | Lexis Legal Research | 406.46 | |
| 01/27/23 | Lexis Legal Research | 398.61 | |
| 01/04/23 | Westlaw Legal Research | 215.00 | |
| 01/13/23 | Westlaw Legal Research | 508.79 | |
| 01/22/23 | Westlaw Legal Research | 399.00 | |
| 01/26/23 | Westlaw Legal Research | 107.50 | |
| 01/27/23 | Westlaw Legal Research | 232.20 | |
| 01/29/23 | Westlaw Legal Research | 184.00 | |
| 01/30/23 | Westlaw Legal Research | 232.20 | |
| 01/30/23 | Westlaw Legal Research | 345.08 | |
| 01/31/23 | Westlaw Legal Research | 267.50 | |
| | Total Legal Research | | 4,419.15 |
| | CURRENT EXPENSES | | 13,530.42 |

**TOTAL AMOUNT OF THIS  INVOICE**                                                  13,530.42

41274158.1 03/10/2023