IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 21, 2023, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Tenth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from January 1, 2022 through March 31, 2022 [Docket No. 4568]**

Dated: March 22, 2023

/s/ Randy Lowry
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 22rd day of March, 2023 by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>TOBEY M DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM | BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM |
| BAYARD, PA<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM | BIELLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BORGES & ASSOCIATES, LLC<br>SUE L. CHIN<br>SCHIN@BORGESLAWLLC.COM |
| BORGES & ASSOCIATES, LLC<br>WANDA BORGES<br>WBORGES@BORGESLAWLLC.COM | BUCHALTER, A PROFESSIONAL CORP<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA DEPT OF LABOR AND INDUSTRY<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | COZEN O'CONNOR<br>JOHN T. CARROLL, III<br>JCARROLL@COZEN.COM |
| DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DLA PIPER LLP (US)<br>JOE KERNAN<br>JOSEPH.KERNEN@DLAPIPER.COM | DOVEL & LUNER, LLP<br>GABE DOBLE<br>GABE@DOVEL.COM |
| DOVEL & LUNER, LLP<br>JEANE KHANG<br>JEANE@DOVEL.COM | DOVEL & LUNER, LLP<br>JULIEN A. ADAMS<br>JULIEN@DOVEL.COM | DOVEL & LUNER, LLP<br>SEAN A. LUNER<br>SEAN@DOVEL.COM |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM |
| DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | FAEGRE DRINKER BIDDLE & REATH LLP<br>IAN J. BAMBRICK<br>IAN.BAMBRICK@FAEGREDRINKER.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>JAY.JAFFE@FAEGREDRINKER.COM | FAEGRE DRINKER BIDDLE & REATH LLP<br>KAYLA BRITTON<br>KAYLA.BRITTON@FAEGREDRINKER.COM | FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM |
| FOX ROTHSCHILD LLP<br>SETH A. NIEDERMAN<br>SNIEDERMAN@FOXROTHSCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM | GIBBONS P.C<br>CHRISTOPHER VICECONTE<br>CVICECONTE@GIBBONSLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM |
| GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GORDON REES SCULLY MANSUKHANI, LLP<br>COURTNEY MAZZIO<br>CMAZZIO@GRSM.COM | GORDON REES SCULLY MANSUKHANI, LLP<br>JOSEPH E BRENNER<br>JBRENNER@GRSM.COM |

| | | |
|---|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP<br>MICHAEL CAWLEY<br>MCAWLEY@GRSM.COM | GORDON REES SCULLY MANSUKHANI, LLP<br>MICHAEL HEYDEN, JR<br>MHEYDEN@GRSM.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |
| JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |
| KATTEN MUCHIN ROSENMAN LLP<br>CINDI M. GIGLIO<br>CGIGLIO@KATTEN.COM | KATTEN MUCHIN ROSENMAN LLP<br>JERRY L. HALL<br>JERRY.HALL@KATTEN.COM | KATTEN MUCHIN ROSENMAN LLP<br>KATHERINE SCHERLING<br>KATHERINE.SCHERLING@KATTEN.COM |
| KIRKLAND & ELLIS LLP<br>NICOLE L GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM |
| LATHAM & WATKINS LLP<br>MATTHEW J. CARMODY<br>MATT.CARMODY@LW.COM | LATHAM & WATKINS LLP<br>SUZZANNE UHLAND<br>SUZZANNE.UHLAND@LW.COM | LAW OFFICES OF ERIC A SHORE, PC<br>GRAHAM F BAIRD<br>GRAHAMB@ERICSHORE.COM |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM |
| MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM |
| MED ONE CAPITAL FUNDING, LLC<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P CAIRNS<br>TCAIRNS@PSZJLAW.COM |
| PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>FRANCIS.LAWALL@TROUTMAN.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MARCY.SMITH@TROUTMAN.COM |
| POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM |

| | | |
|---|---|---|
| POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM | REED SMITH LLP<br>LOUIS A. CURCIO<br>LCURCIO@REEDSMITH.COM | RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM |
| RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SALMON, RICCHEZZA, SINGER & TURCHI, LLP<br>RONALD L. DAUGHERTY<br>RDAUGHERTY@SRSTLAW.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM |
| SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM |
| SMITH HULSEY & BUSEY<br>BRANDON A. COOK<br>BCOOK@SMITHHULSEY.COM | SMITH HULSEY & BUSEY<br>MICHAEL E. DEMONT<br>MDEMONT@SMITHHULSEY.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM |
| STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM |
| THE ROSNER LAW GROUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | U.S. DEPT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM |
| UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM |
| WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM | | |

Parties Served: 124

# **EXHIBIT B**

| | | |
|---|---|---|
| CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQ<br>HARRISBURG, PA 17120 | PENNSYLVANIA ASSOC OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, PA 17120 |
| ST. MARY'S MEDICAL CTR<br>1201 LANGHORNE-NEWTOWN RD<br>LANGHORNE, PA 19047 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 |

Parties Served: 12