IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 29, 2023 AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

**<u>CONTINUED MATTER</u>:**

1. Debtors' Motion for Order: (I) Enforcing the Automatic Stay Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC; and (II) Awarding Damages for Debtors and Against Ironstone Real Estate Partners, IS BBFB LLC and IS 245 North 15th LLC for Their Willful Violations of the Automatic Stay [Docket No. 4468; filed: 01/19/23]

    <u>Response Deadline</u>:  February 2, 2023 at 4:00 p.m.

    <u>Responses Received</u>:

    A. Objection of IS BBFB LLC and IS 245 North 15th LLC [Docket No. 4490; filed: 02/02/23]

    <u>Related Documents</u>:

    B. Debtors' Reply in Support of the Motion [Docket No. 4499; filed: 02/06/23**]**

    C. Re-Notice of Hearing [Docket No. 4527; filed: 02/17/23]

    <u>Status</u>: This matter is continued to a date to be determined.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

41186527.1 03/27/2023

Dated: March 27, 2023 **SAUL EWING LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
John D. Demmy (DE Bar No. 2802)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
john.demmy@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*