IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

　　　　I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 28, 2023, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served via e-mail to the parties listed on **Exhibit A** attached hereto:

- **Chapter 11 Monthly Operating Report for Case Number 19-11466 (Center City Healthcare, LLC, et al.) for the Month Ending: 11/30/2022 [Docket No. 4581]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11467 (Philadelphia Academic Health System, LLC) for the Month Ending: 11/30/2022 [Docket No. 4582]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11468 (St. Christopher's Healthcare, LLC) for the Month Ending: 11/30/2022 [Docket No. 4583]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11469 (Philadelphia Academic Medical Associates, L.L.C.) for the Month Ending: 11/30/2022 [Docket No. 4584]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11470 (HPS of PA, L.L.C.) for the Month Ending: 11/30/2022 [Docket No. 4585]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11471 (SCHC Pediatric Associates, L.L.C.) for the Month Ending: 11/30/202 [Docket No. 4586]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11472 (St. Christopher's Pediatric Urgent Care Center, L.L.C.) for the Month Ending: 11/30/2022 [Docket No. 4587]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11473 (SCHC Pediatric Anesthesia Associates, L.L.C.) for the Month Ending: 11/30/2022 [Docket No. 4588]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11474 (StChris Care at Northeast Pediatrics, L.L.C.) for the Month Ending: 11/30/2022 [Docket No. 4589]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

- **Chapter 11 Monthly Operating Report for Case Number 19-11475 (TPS of PA, L.L.C.) for the Month Ending: 11/30/2022 [Docket No. 4590]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11476 (TPS II of PA, L.L.C.) for the Month Ending: 11/30/2022 [Docket No. 4591]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11477 (TPS III of PA, L.L.C.) for the Month Ending: 11/30/2022 [Docket No. 4592]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11478 (TPS IV of PA, L.L.C.) for the Month Ending: 11/30/2022 [Docket No. 4593]**

- **Chapter 11 Monthly Operating Report for Case Number 19-11479 (TPS V of PA, L.L.C.) for the Month Ending: 11/30/2022 [Docket No. 4594]**

Dated: March 28, 2023

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 28th day of March, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>MARRIOTT@BALLARDSPAHR.COM | BAYARD, P.A.<br>SMACON@BAYARDLAW.COM |
| BAYARD, PA<br>JALBERTO@BAYARDLAW.COM | BIELLI & KLAUDER, LLC<br>DKLAUDER@BK-LEGAL.COM | BORGES & ASSOCIATES, LLC<br>SCHIN@BORGESLAWLLC.COM |
| BORGES & ASSOCIATES, LLC<br>WBORGES@BORGESLAWLLC.COM | BUCHALTER, A PROFESSIONAL CORP<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA DEPT OF LABOR AND INDUSTRY<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | COZEN O'CONNOR<br>JCARROLL@COZEN.COM |
| DENTON US, LLP<br>OSCAR.PINKAS@DENTONS.COM | DILWORTH PAXSON<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART.BROWN@DLAPIPER.COM | DLA PIPER LLP (US)<br>JOSEPH.KERNEN@DLAPIPER.COM | DOVEL & LUNER, LLP<br>GABE@DOVEL.COM |
| DOVEL & LUNER, LLP<br>JEANE@DOVEL.COM | DOVEL & LUNER, LLP<br>JULIEN@DOVEL.COM | DOVEL & LUNER, LLP<br>SEAN@DOVEL.COM |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK.JACKSON@DBR.COM |
| DUANE MORRIS LLP<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>LUCE@DUANEMORRIS.COM | FAEGRE DRINKER BIDDLE & REATH LLP<br>IAN.BAMBRICK@FAEGREDRINKER.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>JAY.JAFFE@FAEGREDRINKER.COM | FAEGRE DRINKER BIDDLE & REATH LLP<br>KAYLA.BRITTON@FAEGREDRINKER.COM | FINEMAN KREKSTEIN & HARRIS, PC<br>DRICHARDS@FINEMANLAWFIRM.COM |
| FOX ROTHSCHILD LLP<br>SNIEDERMAN@FOXROTHSCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MBUSENKELL@GSBBLAW.COM | GIBBONS P.C<br>CVICECONTE@GIBBONSLAW.COM |
| GIBBONS P.C<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>NSONGONUGA@GIBBONSLAW.COM |
| GIBBONS P.C.<br>RMALONE@GIBBONSLAW.COM | GORDON REES SCULLY MANSUKHANI, LLP<br>CMAZZIO@GRSM.COM | GORDON REES SCULLY MANSUKHANI, LLP<br>JBRENNER@GRSM.COM |

| | | |
|---|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP<br>MCAWLEY@GRSM.COM | GORDON REES SCULLY MANSUKHANI, LLP<br>MHEYDEN@GRSM.COM | GREENBERG TRAURIG, LLP<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>LLICHTMAN@HONIGMAN.COM | HONIGMAN LLP<br>TSABLE@HONIGMAN.COM |
| JD THOMPSON LAW<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JBARBER@JONESWALKER.COM |
| KATTEN MUCHIN ROSENMAN LLP<br>CGIGLIO@KATTEN.COM | KATTEN MUCHIN ROSENMAN LLP<br>JERRY.HALL@KATTEN.COM | KATTEN MUCHIN ROSENMAN LLP<br>KATHERINE.SCHERLING@KATTEN.COM |
| KIRKLAND & ELLIS LLP<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC<br>KURTZMAN@KURTZMANSTEADY.COM |
| LATHAM & WATKINS LLP<br>MATT.CARMODY@LW.COM | LATHAM & WATKINS LLP<br>SUZZANNE.UHLAND@LW.COM | LAW OFFICES OF ERIC A SHORE, PC<br>GRAHAMB@ERICSHORE.COM |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM |
| MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WTAYLOR@MCCARTER.COM |
| MED ONE CAPITAL FUNDING, LLC<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TCAIRNS@PSZJLAW.COM |
| PEARLMAN & MIRANDA, LLC.<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS.LAWALL@TROUTMAN.COM | PEPPER HAMILTON, LLP<br>MARCY.SMITH@TROUTMAN.COM |
| POLSINELLI P.C<br>CWARD@POLSINELLI.COM | POTTER ANDERSON & CORROON LLP<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>RMCNEILL@POTTERANDERSON.COM |

| | | |
|---|---|---|
| POTTER ANDERSON & CORROON LLP<br>RSLAUGH@POTTERANDERSON.COM | REED SMITH LLP<br>LCURCIO@REEDSMITH.COM | RICHARDS LAYTON & FINGER, PA<br>COLLINS@RLF.COM |
| RICHARDS LAYTON & FINGER, PA<br>MERCHANT@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>SCHLAUCH@RLF.COM | SALMON, RICCHEZZA, SINGER & TURCHI, LLP<br>RDAUGHERTY@SRSTLAW.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK.MINUTI@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NLEPORE@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RBARKASY@SCHNADER.COM |
| SHIPMAN & GOODWIN LLP<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BMANKOVETSKIY@SILLSCUMMIS.COM |
| SMITH HULSEY & BUSEY<br>BCOOK@SMITHHULSEY.COM | SMITH HULSEY & BUSEY<br>MDEMONT@SMITHHULSEY.COM | STEVENS & LEE, P.C.<br>JHH@STEVENSLEE.COM |
| STEVENS & LEE, P.C.<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY.OHM@STINSON.COM |
| STOEL RIVES LLP<br>MARC.AL@STOEL.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>BSULLIVAN@SHA-LLC.COM |
| THE ROSNER LAW GROUP LLC<br>ROSNER@TEAMROSNER.COM | U.S. DEPT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DCAMPBELL@UPLAWTX.COM |
| UNDERWOOD PERKINS, P.C.<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>CASARINOM@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>VULPIOA@WHITEANDWILLIAMS.COM |
| WILLIG, WILLIAMS & DAVIDSON<br>JKOLANSKY@WWDLAW.COM | | |

Parties Served:  124