# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Obj. Deadline: April 11, 2023 at 4:00 p.m.** |
|  | ) **Hearing Date: April 25, 2023 at 11:30 a.m.** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 4568

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Tenth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors for Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2022 through March 31, 2022* [Docket No. 4568] (the "Application"), filed by Klehr Harrison Harvey Branzburg LLP (the "Applicant") on March 21, 2023.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than April 11, 2023 at 4:00 p.m., prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

10464685.v1

A proposed form of omnibus order approving all of the interim professionals' fees including those of Applicant will be submitted in advance of the April 25, 2023 hearing.

Dated: April 12, 2023　　　　　　　　　　/s/ Domenic E. Pacitti
Wilmington, Delaware　　　　　　　　　　Domenic E. Pacitti (DE Bar No. 3989)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email:  dpacitti@klehr.com
　　　　myurkewicz@klehr.com
　　　　sveghte@klehr.com

*Special Counsel to the Debtors*

10464685.v1