# Exhibit 3

City of Philadelphia Zoning Permit and Approved Plans

| **ZONING PERMIT** | CITY OF PHILADELPHIA DEPARTMENT OF LICENSES & INSPECTIONS 1401 JOHN F KENNEDY BLVD PHILADELPHIA, PA 19102-1667 | PERMIT NUMBER 842067 | |
|---|---|---|---|
| SUBJECT TO REVOCATION IF FULL INFORMATION IS MISREPRESENTED OR NOT PROVIDED | | FEE **$500.00** | DATE 01/23/18 |

| LOCATION OF WORK: **00222 N BROAD ST Philadelphia, PA 19102-1101** **222-48 BROAD ST, OPA CCOUNT NO 77-2-0250-02, PARCEL** | ZONING CLASSIFICATION CMX-5 |
|---|---|

| OWNER TENET HEALTHSYSTEM HAHNEM PO BOX 92129 SOUTHLAKE TX, 76092 | APPLICANT **Ronald Patterson, Esq.** **1835 MARKET STREET** **Philadelphia, Pa 19103** | PLAN EXAMINER |
|---|---|---|
| | | ZONING BOARD OF ADJUSTMENT DECISION CALENDAR # |
| | | DATE |

**THIS PERMIT DOES NOT AUTHORIZE ANY CONSTRUCTION UNTIL RELATED CONSTRUCTION PERMITS ARE ISSUED**

UNDER REGULATIONS OF THE PHILADELPHIA ZONING ORDINANCE FOR ZONING APPROVAL.
FOR THE CREATION OF A UNITY OF USE TO CREATE ONE (1) LOT FOR ZONING PURPOSES (TO BE KNOWN AS 222-48 N BROAD STREET) WITH RESPECTIVE COVENANTS, AGREEMENTS AND EASEMENTS TO BE RECORDED BY DEED TO BIND CURRENT AND FUTURE OWNERS OF THE CONTIGUOUS SIX (6) PARCELS (200-14 N BROAD ST, 216-20 N BROAD ST, 222-48 N BROAD ST, 201-19 N 15TH ST, 221-23 N 15TH ST, 225-51 N 15TH ST) TO PRESERVE THE UNITY OF USE AND THE LEGALITY OF THE ENTIRE PROJECT THAT STEMS FROM SINGLE ZONING LOT TREATMENT. PRIOR TO ISSUANCE OF BUILDING PERMITS AND/OR CERTIFICATION OF OCCUPANCY, PROOF RECORDATION OF EASEMENTS, AGREEMENTS AND RESTRICTIVE COVENANTS MUST BE SUPPLIED. SIZE AND LOCATION AS SHOWN ON PLANS/APPLICATION.
PARCEL FOR USE AS HOSPITAL, GROUP MEDICAL, DENTAL AND HEALTH PRACTITIONERS OFFICE, EDUCATIONAL FACILITIES, BUILDING SERVICES, ACCESSORY PARKING, WIRELESS SERVICE FACILITY, ACCESSORY SIGNS AND BUILDING ID SIGNS. NO CHANGE OF USE ON THIS APPLICATION.
~~SEE A/P NO 839325.~~
SUBJECT TO THE FOLLOWING PROVISOS AS ESTABLISHED BY THE ZONING BOARD OF ADJUSTMENT:

**ANY PERSON AGGREIVED BY THE ISSUANCE OF THIS PERMIT MAY APPEAL TO THE ZONING BOARD OF ADJUSTMENT (ZBA). FOR INSTRUCTIONS ON FILING AN APPEAL, PLEASE CONTACT THE ZBA AT 215-686-2429 OR 215-686-2430.**

IT SHALL BE THE OWNER'S RESPONSIBILITY TO SECURE THE APPROVAL OF THE PHILADELPHIA HISTORICAL COMMISSION PRIOR TO ANY ALTERATION TO A HISTORIC PROPERTY. TO CHECK THE HISTORIC STATUS OF A PROPERTY, CALL THE PHILADELPHIA HISTORICAL COMMISSION AT 215-686-7660.

FOR ESTABLISHMENTS THAT PREPARE AND SERVE FOOD: APPLICANTS MUST OBTAIN ALL NECESSARY APPROVALS FROM THE HEALTH DEPARTMENT. SEPARATE PLAN REVIEWS AND FEES MAY BE REQUIRED. CONTACT THE PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH - ENVIRONMENTAL HEALTH SERVICES / OFFICE OF FOOD PROTECTION: 321 UNIVERSITY AVE. - 2ND Floor, PHILADELPHIA, PA  19104      TELEPHONE NUMBER: (215) 685-7495

LIMITATIONS:
IN CASES WHERE NO CONSTRUCTION OR INTERIOR ALTERATIONS ARE INVOLVED: THIS PERMIT BECOMES INVALID SHOULD THIS USE NOT START WITHIN SIX (6) MONTHS FROM THE DATE OF ISSUANCE OR THE DATE OF ZONING BOARD OF ADJUSTMENT DECISION, WHICHEVER COMES FIRST.

IN CASES WHERE CONSTRUCTION OR INTERIOR ALTERATIONS ARE INVOLVED: THIS PERMIT BECOMES INVALID SHOULD CONSTRUCTION NOT START WITHIN THREE (3) YEARS FROM THE DATE OF ISSUANCE OR THE DATE OF ZONING BOARD OF ADJUSTMENT DECISION, WHICHEVER COMES FIRST.

### THIS PERMIT IS NOT A CERTIFICATE OF OCCUPANCY OR A LICENSE.

ALL PROVISIONS OF THE CODE AND OTHER CITY ORDINANCES MUST BE COMPLIED WITH, WHETHER SPECIFIED HEREIN OR NOT.
THIS PERMIT DOES NOT CONSTITUTE APPROVAL FROM ANY STATE OR FEDERAL AGENCY, IF REQUIRED.

### WITHIN 5 DAYS OF RECEIPT OF THIS PERMIT A TRUE COPY OF THIS PERMIT MUST BE POSTED IN A CONSPICUOUS LOCATION ON THE PREMISES FOR 30 DAYS.

