# EXHIBIT A

**SUMMARY OF BLENDED RATE**

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed<br>*Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed<br>*This Application* |
| Senior Partners | 11 | $623.00 | $760.30 |
| Junior Partners | 1 | $520.00 | $540.00 |
| Counsel | 0 | $559.00 | $0.00 |
| Senior Associates | 3 | $381.00 | $429.87 |
| Junior Associates | 3 | $307.00 | $325.88 |
| Paralegal | 0 | $261.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $210.00 | $265.00 |
| **Aggregated:** | | **$499.00** | **$634.95** |