# EXHIBIT D

**EXPENSE SUMMARY**

# Expense Summary
## For the Period from February 1, 2023 through February 28, 2023

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $8,475.20 |
| Legal Research | Westlaw; Lexis | $1,455.34 |
| Messenger Service | Reliable Copy Service - DE | $6.00 |
| Mileage | *See attached chart* | $23.56 |
| Parking | *See attached chart* | $40.00 |
| Notary Fee | Louis Bartella | $5.00 |
| Transcript | Reliable Copy Service - DE | $72.50 |
| **Total** | | **$10,077.60** |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 02/15/23 | Parkway Corp. Centre Square | (1) John D. Demmy | Parking in Philadelphia for meeting with Ironstone | $40.00 |
| 02/15/23 | John Demmy | (1) John D. Demmy | Driving from Wayne, PA to Philadelphia, PA and back for meeting with Ironstone | $23.56 |
| | | | **TOTAL** | **$63.56** |



| | | |
|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | 2753923 |
| 222 N. Sepulveda Blvd. | Invoice Date | 03/29/23 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 02/26/23 | Epiq Relativity eDiscovery Costs | | 8,475.20 |
| | Total   Epiq Relativity eDiscovery Costs | | 8,475.20 |
| 02/17/23 | Mileage; VENDOR: John D. Demmy; 02/15/23; Meeting in Philadelphia with Ironstone | 23.56 | |
| | Total Mileage | | 23.56 |
| 02/23/23 | Notary Fees; VENDOR: Louis Bartella; 02/22/23; Notary service | 5.00 | |
| | Total Notary | | 5.00 |
| 02/27/23 | Messenger Service; VENDOR: Reliable Copy Service - DE; 2/7/23 - Pick up of binders from Chambers | 6.00 | |
| | Total Messenger Service | | 6.00 |
| 02/17/23 | Parking; VENDOR: Parkway Corp. Centre Square; 02/15/23; - Parking in Philadelphia for John Demmy for meeting with Ironstone | 40.00 | |
| | Total Parking | | 40.00 |
| 02/27/23 | Transcript; VENDOR: Reliable Copy Service - DE; February 9, 2023 Hearing Transcript | 72.50 | |
| | Total Transcript | | 72.50 |
| 02/24/23 | Lexis Legal Research | 114.24 | |
| 02/27/23 | Lexis Legal Research | 400.51 | |
| 02/28/23 | Lexis Legal Research | 57.82 | |
| 02/02/23 | Westlaw Legal Research | 138.03 | |
| 02/10/23 | Westlaw Legal Research | 136.74 | |
| 02/20/23 | Westlaw Legal Research | 129.00 | |
| 02/28/23 | Westlaw Legal Research | 479.00 | |
| | Total Legal Research | | 1,455.34 |
| | CURRENT EXPENSES | | 10,077.60 |
| | **TOTAL AMOUNT OF THIS  INVOICE** | | 10,077.60 |