# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a <br> HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) <br> ) Case No. 19-11466 (MFW) <br> ) <br> ) Jointly Administered <br> ) **Re: Docket Nos. 4545, 4550, 4551, 4553, 4554,** <br> ) **4555, 4556, 4568, 4569 and 4570** |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING THE ELEVENTH AND TWELFTH INTERIM FEE APPLICATIONS OF SAUL EWING LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, THE TENTH AND ELEVENTH INTERIM FEE APPLICATIONS OF KLEHR HARRISON HARVEY BRANZBURG LLP, THE EIGHTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC AND THE FIRST INTERIM FEE APPLICATION OF OMNI AGENT SOLUTIONS

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1.  Certain professionals retained by the Debtors and certain professionals retained by the Official Committee of Unsecured Creditors appointed in these chapter 11 cases (collectively, the "**Applicants**") filed fee application requests. Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP filed their eleventh and twelfth interim fee applications, Klehr Harrison Harvey Branzburg LLP filed its tenth and eleventh interim fee applications, Berkeley Research Group, LLC filed its eighth interim fee application and Omni Agent Solutions filed its first interim fee application (together, the "**Fee Applications**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2.  The hearing with respect to the Fee Applications is scheduled for April 25, 2023.

3.  No responses were received by the Applicants prior to the Fee Applications' respective objection deadlines.

4.  Attached hereto as **Exhibit 1** is a proposed *Omnibus Order Approving the Eleventh and Twelfth Interim Fee Applications of Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Tenth and Eleventh Interim Fee Applications of Klehr Harrison Harvey Branzburg LLP, the Eighth Interim Fee Application of Berkeley Research Group, LLC and the First Interim Fee Application of Omni Agent Solutions* (the "**Proposed Order**").

5.  The undersigned counsel for the Debtors is available to respond to any questions the Court may have regarding the Proposed Order. Absent questions, the undersigned counsel respectfully requests that the Court sign the Proposed Order and direct that it be docketed.

Dated: April 18, 2023                         **SAUL EWING LLP**

By:    */s/ Monique B. DiSabatino*
       Mark Minuti (DE Bar No. 2659)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE 19899
       Telephone: (302) 421-6800
       Fax: (302) 421-6813
       mark.minuti@saul.com
       monique.disabatino@saul.com

           -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7777
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com

       *Counsel for Debtors and Debtors in Possession*