# EXHIBIT 1

# Proposed Omnibus Fee Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Re:  Docket Nos. 4545, 4550, 4551, 4553, 4554, 4555, 4556, 4568, 4569, 4570 and \_\_\_\_\_** |

**OMNIBUS ORDER APPROVING THE ELEVENTH AND TWELFTH INTERIM FEE APPLICATIONS OF SAUL EWING LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, THE TENTH AND ELEVENTH INTERIM FEE APPLICATIONS OF KLEHR HARRISON HARVEY BRANZBURG LLP, THE EIGHTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC AND THE FIRST INTERIM FEE APPLICATION OF OMNI AGENT SOLUTIONS**

Upon consideration of the eleventh and twelfth interim fee applications of Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the tenth and eleventh interim fee applications of Klehr Harrison Harvey Branzburg LLP, the eighth interim fee application of Berkeley Research Group, LLC and the first interim fee application of Omni Agent Solutions (together, "**Fee Applications**") for allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred during the periods set forth on the fee chart attached hereto as **Exhibit A**; and pursuant to, *inter alia*, sections 330(a) and 331 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed the Fee Applications; and it appearing that the relief requested by the Fee

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Applications as set forth on the attached fee chart is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

IT IS HEREBY ORDERED THAT:

1. The fees and expenses requested in the Fee Applications (as set forth on the fee chart attached to this Order as **Exhibit A**) are hereby allowed.

2. The Debtors are hereby authorized to promptly pay each applicant the allowed amounts of fees and expenses approved by this Order (as set forth on the fee chart attached to this Order as **Exhibit A**).

# EXHIBIT A

# Fee Chart

41464913.1

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | TOTAL |
|---|---|---|---|---|---|---|---|
| **Saul Ewing LLP** (Counsel to the Debtors) (Docket No. 4550) | *(Interim)* 01/01/22 – 03/31/22 | **$1,806,420.70** | **$54,052.80** | **$0.00** | **$1,806,420.70** | **$54,052.80** | **$1,860,473.50** |
| **Saul Ewing LLP** (Counsel to the Debtors) (Docket No. 4551) | *(Interim)* 04/01/22 – 06/30/22 | **$1,436,076.30** | **$58,527.69** | **$0.00** | **$1,436,076.30** | **$58,527.69** | **$1,494,603.99** |
| **Klehr Harrison Harvey Branzburg LLP** (Special Counsel to the Debtors) (Docket No. 4568) | *(Interim)* 01/01/22 – 03/31/22 | **$91,368.90** | **$445.39** | **$0.00** | **$91,368.90** | **$445.39** | **$91,814.29** |
| **Klehr Harrison Harvey Branzburg LLP** (Special Counsel to the Debtors) (Docket No. 4569) | *(Interim)* 04/01/22 – 06/30/22 | **$40,996.80** | **$129.99** | **$0.00** | **$40,996.80** | **$129.99** | **$41,126.79** |
| **Omni Agent Solutions** (Administrative Agent to the Debtors) (Docket No. 4545) | *(Interim)* 06/30/19 – 08/31/19 | **$21,862.50** | **$0.0** | **$0.00** | **$21,862.50** | **$0.00** | **$21,862.50** |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4555) | *(Interim)* 01/01/22 – 03/31/22 | **$211,812.50** | **$2,823.72** | **$0.00** | **$211,812.50** | **$2,823.72** | **$214,636.22** |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4556) | *(Interim)* 04/01/22 – 06/30/22 | **$169,562.50** | **$3,465.22** | **$0.00** | **$169,562.50** | **$3,465.22** | **$173,027.72** |
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4553) | *(Interim)* 01/01/22 – 03/31/22 | **$27,776.00** | **$243.06** | **$0.00** | **$27,776.00** | **$243.06** | **$28,019.06** |
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4554) | *(Interim)* 04/01/22 – 06/30/22 | **$16,892.00** | **$34.28** | **$0.00** | **$16,892.00** | **$34.28** | **$16,926.28** |

41464913.1

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | TOTAL |
|---|---|---|---|---|---|---|---|
| **Berkeley Research Group, LLC (Financial Advisor to the Official Committee of Unsecured Creditors) (Docket No. 4570)** | *(Interim)* 01/01/22 – 06/30/22 | **$39,897.00** | **$0.00** | **$0.00** | **$39,897.00** | **$0.00** | **$39,897.00** |
| **TOTAL** | | **$3,862,665.20** | **$119,722.15** | **$0.00** | **$3,862,665.20** | **$119,722.15** | **$3,982,387.35** |

41464913.1