IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 4545, 4550, 4551, 4553, 4554, 4555, 4556, 4568, 4569, 4570 and 4621** |

**OMNIBUS ORDER APPROVING THE ELEVENTH AND TWELFTH INTERIM FEE APPLICATIONS OF SAUL EWING LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, THE TENTH AND ELEVENTH INTERIM FEE APPLICATIONS OF KLEHR HARRISON HARVEY BRANZBURG LLP, THE EIGHTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC AND THE FIRST INTERIM FEE APPLICATION OF OMNI AGENT SOLUTIONS**

Upon consideration of the eleventh and twelfth interim fee applications of Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the tenth and eleventh interim fee applications of Klehr Harrison Harvey Branzburg LLP, the eighth interim fee application of Berkeley Research Group, LLC and the first interim fee application of Omni Agent Solutions (together, "**Fee Applications**") for allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred during the periods set forth on the fee chart attached hereto as **Exhibit A**; and pursuant to, *inter alia*, sections 330(a) and 331 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed the Fee Applications; and it appearing that the relief requested by the Fee

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

41464913.1

Applications as set forth on the attached fee chart is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

IT IS HEREBY ORDERED THAT:

1. The fees and expenses requested in the Fee Applications (as set forth on the fee chart attached to this Order as **Exhibit A**) are hereby allowed.

2. The Debtors are hereby authorized to promptly pay each applicant the allowed amounts of fees and expenses approved by this Order (as set forth on the fee chart attached to this Order as **Exhibit A**).

Dated: April 24th, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE