**EXHIBIT A**

**Fee Chart**

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | TOTAL |
|---|---|---|---|---|---|---|---|
| **Saul Ewing LLP** (Counsel to the Debtors) (Docket No. 4550) | *(Interim)* 01/01/22 – 03/31/22 | $1,806,420.70 | $54,052.80 | $0.00 | $1,806,420.70 | $54,052.80 | $1,860,473.50 |
| **Saul Ewing LLP** (Counsel to the Debtors) (Docket No. 4551) | *(Interim)* 04/01/22 – 06/30/22 | $1,436,076.30 | $58,527.69 | $0.00 | $1,436,076.30 | $58,527.69 | $1,494,603.99 |
| **Klehr Harrison Harvey Branzburg LLP** (Special Counsel to the Debtors) (Docket No. 4568) | *(Interim)* 01/01/22 – 03/31/22 | $91,368.90 | $445.39 | $0.00 | $91,368.90 | $445.39 | $91,814.29 |
| **Klehr Harrison Harvey Branzburg LLP** (Special Counsel to the Debtors) (Docket No. 4569) | *(Interim)* 04/01/22 – 06/30/22 | $40,996.80 | $129.99 | $0.00 | $40,996.80 | $129.99 | $41,126.79 |
| **Omni Agent Solutions** (Administrative Agent to the Debtors) (Docket No. 4545) | *(Interim)* 06/30/19 – 08/31/19 | $21,862.50 | $0.0 | $0.00 | $21,862.50 | $0.00 | $21,862.50 |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4555) | *(Interim)* 01/01/22 – 03/31/22 | $211,812.50 | $2,823.72 | $0.00 | $211,812.50 | $2,823.72 | $214,636.22 |
| **Sills Cummis & Gross, P.C.** (Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4556) | *(Interim)* 04/01/22 – 06/30/22 | $169,562.50 | $3,465.22 | $0.00 | $169,562.50 | $3,465.22 | $173,027.72 |
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4553) | *(Interim)* 01/01/22 – 03/31/22 | $27,776.00 | $243.06 | $0.00 | $27,776.00 | $243.06 | $28,019.06 |
| **Fox Rothschild LLP** (Delaware Counsel to the Official Committee of Unsecured Creditors) (Docket No. 4554) | *(Interim)* 04/01/22 – 06/30/22 | $16,892.00 | $34.28 | $0.00 | $16,892.00 | $34.28 | $16,926.28 |

| Name of Professional and Role in Case | Period | Fees Requested | Expenses Requested | Agreed Reductions | Fees Approved | Expenses Approved | TOTAL |
|---|---|---|---|---|---|---|---|
| **Berkeley Research Group, LLC (Financial Advisor to the Official Committee of Unsecured Creditors) (Docket No. 4570)** | *(Interim)* 01/01/22 – 06/30/22 | **$39,897.00** | **$0.00** | **$0.00** | **$39,897.00** | **$0.00** | **$39,897.00** |
| **TOTAL** | | **$3,862,665.20** | **$119,722.15** | **$0.00** | **$3,862,665.20** | **$119,722.15** | **$3,982,387.35** |

2

41464913.1