# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket No. 21** |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC AND ST. CHRISTOPHER'S HEALTHCARE, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>MEDTRONIC USA, INC. and MEDTRONIC XOMED, INC.,<br><br>          Defendants. | <br><br><br><br><br><br><br><br>Adv. Proc. No. 22-50262 (MFW)<br><br><br><br><br><br>**Re: Docket No. 4625** |

### NOTICE OF <u>AMENDED</u>[2] AGENDA FOR HEARING SCHEDULED FOR APRIL 25, 2023 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>

**WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED**

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJItcuigqz0qH3OwRLKEev7d1QYMCPNKDTo**

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 9:30 A.M. (ET) ON APRIL 25, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

**RESOLVED MATTER:**

1.  Motion of Debtors for Approval of Settlement of Preference Claims against Medtronic USA, Inc. and Medtronic Xomed, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4601; Adv. Docket No. 18; filed: 04/03/23]

    Response Deadline:  April 17, 2023 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Certification of No Objection [Docket No. 4623; Adv. Docket No. 19; filed: 04/18/23]

    B.  Order Approving Settlement of Preference Claims against Medtronic USA, Inc. and Medtronic Xomed, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4624; Adv. Docket No. 20; signed and docketed: 04/19/23]

    Status: On April 19, 2023, the Court entered an order approving this motion.

**FEE APPLICATIONS:**

2.  Certification of Counsel Regarding Proposed Omnibus Order Approving the Eleventh and Twelfth Interim Fee Applications of Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Tenth and Eleventh Interim Fee Applications of Klehr Harrison Harvey Branzburg LLP, the Eighth Interim Fee Application of Berkeley Research Group, LLC and the First Interim Fee Application of Omni Agent Solutions [Docket No. 4621; filed: 04/18/23]

    Response Deadline:   See index of the fee applications attached as Exhibit A.

    Responses Received:  None

    **Related Documents:**

    **A.  Omnibus Order Approving the Eleventh and Twelfth Interim Fee Applications of Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, the Tenth and Eleventh Interim Fee Applications of Klehr Harrison Harvey Branzburg LLP, the Eighth Interim Fee Application of Berkeley Research Group, LLC and the First Interim Fee Application of Omni Agent Solutions [Docket No. 4630; signed and docketed: 04/24/23]**

    **Status:  On April 24, 2023, the Court entered an order approving the fee applications.**

Dated: April 24, 2023          **SAUL EWING LLP**

         By:    */s/ Mark Minuti*
                Mark Minuti (DE Bar No. 2659)
                Monique B. DiSabatino (DE Bar No. 6027)
                1201 N. Market Street, Suite 2300
                P.O. Box 1266
                Wilmington, DE 19899
                Telephone: (302) 421-6800
                mark.minuti@saul.com
                monique.disabatino@saul.com

                    -and-

                Jeffrey C. Hampton
                Adam H. Isenberg
                Centre Square West
                1500 Market Street, 38th Floor
                Philadelphia, PA 19102
                Telephone: (215) 972-7777
                Fax: (215) 972-7725
                jeffrey.hampton@saul.com
                adam.isenberg@saul.com

                *Counsel for Debtors and Debtors in Possession*

# Exhibit A

**INDEX OF PROFESSIONALS' FEE APPLICATIONS**

# DEBTORS' PROFESSIONALS

**I.      SAUL EWING LLP (Counsel to Debtors)**

1. Eleventh Interim Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2022 through March 31, 2022 [Docket No. 4550; filed: 03/14/23]

    i. Certification of No Objection for Eleventh Interim Fee Application of Saul Ewing LLP [Docket No. 4609; filed: 04/04/23]

    Related Documents:

    A. Thirty-First Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2022 through January 31, 2022 [Docket No. 3720; filed: 03/16/22]

        i. Certification of No Objection for Thirty-First Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 3836; filed: 04/06/22]

    B. Thirty-Second Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2022 through February 28, 2022 [Docket No. 3840; filed: 04/07/22]

        i. Certification of No Objection for Thirty-Second Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 3924; filed: 04/28/22]

    C. Thirty-Third Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2022 through March 31, 2022 [Docket No. 3957; filed: 05/12/22]

        i. Certification of No Objection for Thirty-Third Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 4007; filed: 06/02/22]

2. Twelfth Interim Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2022 through June 30, 2022 [Docket No. 4551; filed: 03/14/23]

    i. Certification of No Objection for Twelfth Interim Fee Application of Saul Ewing LLP [Docket No. 4610; filed: 04/04/23]

Related Documents:

A. Thirty-Fourth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2022 through April 30, 2022 [Docket No. 4010; filed: 06/06/22]

   i. Certification of No Objection for Thirty-Fourth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 4058; filed: 06/28/22]

B. Thirty-Fifth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2022 through May 31, 2022 [Docket No. 4092; filed: 07/14/22]

   i. Certification of No Objection for Thirty-Fifth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 4120; filed: 08/04/22]

C. Thirty-Sixth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2022 through June 30, 2022 [Docket No. 4150; filed: 08/09/22]

   i. Certification of No Objection for Thirty-Sixth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 4218; filed: 08/30/22]

**II.   KLEHR HARRISON HARVEY BRANZBURG LLP (Special Counsel to Debtors)**

3. Tenth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from January 1, 2022 through March 31, 2022 [Docket No. 4568; filed: 03/21/23]

   i. Certification of No Objection for Tenth Interim Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 4615; filed: 04/12/23]

Related Documents:

A. Twenty-Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from January 1, 2022 through January 31, 2022 [Docket No. 3664; filed: 03/04/22]

        i.      Certification of No Objection for Twenty-Fifth Monthly Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 3803; filed: 03/30/22]

    B.    Twenty-Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from February 1, 2022 through February 28, 2022 [Docket No. 3862; filed: 04/14/22]

        i.      Certification of No Objection for Twenty-Sixth Monthly Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 3946; filed: 05/06/22]

    C.    Twenty-Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from March 1, 2022 through March 31, 2022 [Docket No. 3928; filed: 04/29/22]

        i.      Certification of No Objection for Twenty-Seventy Monthly Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 4001; filed: 05/26/22]

4.    Eleventh Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from April 1, 2022 through June 30, 2022 [Docket No. 4569; filed: 03/21/23]

    i.    Certification of No Objection for Eleventh Interim Fee Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 4616; filed: 04/12/23]

Related Documents:

    A.    Twenty-Eighth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from April 1, 2022 through April 30, 2022 [Docket No. 4022; filed: 06/10/22]

        i.      Certification of No Objection for Twenty-Eighth Monthly Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 4069; filed: 07/07/22]

    B.    Twenty-Ninth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from May 1, 2022 through May 31, 2022 [Docket No. 4149; filed: 08/09/22]

        i.    Certification of No Objection for Twenty-Ninth Monthly Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 4256; filed: 09/12/22]

    C.    Thirtieth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from June 1, 2022 through June 30, 2022 [Docket No. 4154; filed: 08/09/22]

        i.    Certification of No Objection for Thirtieth Monthly Application of Klehr Harrison Harvey Branzburg LLP [Docket No. 4257; filed: 09/12/22]

### III.    OMNI AGENT SOLUTIONS (Administrative Agent to the Debtors)

5.    First Interim Fee Application of Omni Agent Solutions, Administrative Agent to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 30, 2019 through August 31, 2019 [Docket No. 4545; filed: 03/07/23]

    i.    Certification of No Objection for First Interim Fee Application of Omni Agent Solutions [Docket No. 4597; filed: 03/28/23]

Related Documents:

    A.    First Monthly Fee Application of Omni Management Group, Administrative Agent to the Debtors, for Compensation and Reimbursement of Expenses for the Period from June 30, 2019 through July 31, 2019 [Docket No. 596; filed: 08/29/19]

        i.    Certification of No Objection for First Monthly Fee Application of Omni Management Group [Docket No. 796; filed: 09/30/19]

    B.    Second Monthly Fee Application of Omni Management Group, Administrative Agent to the Debtors for Compensation and Reimbursement of Expenses for the Period from August 1, 2019 through August 31, 2019 [Docket No. 1352; filed: 01/23/20]

        i.    Certification of No Objection for Second Monthly Fee Application of Omni Management Group [Docket No. 1415; filed: 02/17/20]

## COMMITTEE'S PROFESSIONALS

IV. **SILLS CUMMIS & GROSS P.C. (Counsel to the Official Committee of Unsecured Creditors)**

    6. Eleventh Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from January 1, 2022 through March 31, 2022 [Docket No. 4555; filed: 03/16/23]

        i. Certification of No Objection for Eleventh Quarterly Fee Application of Sills Cummis & Gross P.C. [Docket No. 4606; filed: 04/04/23]

    Related Documents:

    A. Thirty First Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2022 through January 31, 2022 [Docket No. 3834; filed: 04/06/22]

        i. Certification of No Objection for Thirty First Monthly Application of Sills Cummis & Gross P.C. [Docket No. 3926; filed: 04/28/22]

    B. Thirty Second Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2022 through February 28, 2022 [Docket No. 3835; filed: 04/06/22]

        i. Certification of No Objection for Thirty Second Monthly Application of Sills Cummis & Gross P.C. [Docket No. 3927; filed: 04/28/22]

    C. Thirty Third Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2022 through March 31, 2022 [Docket No. 3938; filed: 05/03/22]

        i. Certification of No Objection for Thirty Third Monthly Application of Sills Cummis & Gross P.C. [Docket No. 4003; filed: 05/27/22]

7. Twelfth Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from April 1, 2022 through June 30, 2022 [Docket No. 4556; filed: 03/16/23]

   i. Certification of No Objection for Twelfth Quarterly Fee Application of Sills Cummis & Gross P.C. [Docket No. 4607; filed: 04/04/23]

   Related Documents:

   A. Thirty Fourth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2022 through April 30, 2022 [Docket No. 4133; filed: 08/08/22]

      i. Certification of No Objection for Thirty Fourth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 4234; filed: 09/02/22]

   B. Thirty Fifth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2022 through May 31, 2022 [Docket No. 4134; filed: 08/08/22]

      i. Certification of No Objection for Thirty Fifth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 4235; filed: 09/02/22]

   C. Thirty Sixth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2022 through June 30, 2022 [Docket No. 4189; filed: 08/23/22]

      i. Certification of No Objection for Thirty Sixth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 4391; filed: 11/15/22]

**V. FOX ROTHSCHILD LLP (Delaware Counsel to the Official Committee of Unsecured Creditors)**

8. Eleventh Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period January 1, 2022 through March 31, 2022 [Docket No. 4553; filed: 03/16/23]

    i. Certification of No Objection for Eleventh Interim Fee Application of Fox Rothschild LLP [Docket No. 4604; filed: 04/04/23]

    Related Documents:

    A. Twenty-Ninth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period January 1, 2022 through January 31, 2022 [Docket No. 3590; filed: 02/15/22]

        i. Certification of No Objection for Twenty-Ninth Monthly Fee Application of Fox Rothschild LLP [Docket No. 3679; filed: 03/09/22]

    B. Thirtieth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period February 1, 2022 through February 28, 2022 [Docket No. 3754; filed: 03/21/22]

        i. Certification of No Objection for Thirtieth Monthly Application of Fox Rothschild LLP [Docket No. 3851; filed: 04/12/22]

    C. Thirty First Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period March 1, 2022 through March 31, 2022 [Docket No. 3967; filed: 05/16/22]

        i. Certification of No Objection for Thirty First Monthly Application of Fox Rothschild LLP [Docket No. 4015; filed: 06/07/22]

9. Twelfth Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period April 1, 2022 through June 30, 2022 [Docket No. 4554; filed: 03/16/23]

    i. Certification of No Objection for Twelfth Interim Fee Application of Fox Rothschild LLP [Docket No. 4605; filed: 04/04/23]

Related Documents:

- A. Thirty Second Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period April 1, 2022 through April 30, 2022 [Docket No. 3968; filed: 05/16/22]

    i. Certification of No Objection for Thirty Second Monthly Application of Fox Rothschild LLP [Docket No. 4016; filed: 06/07/22]

- B. Thirty Third Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period May 1, 2022 through May 31, 2022 [Docket No. 4060; filed: 06/29/22]

    i. Certification of No Objection for Thirty Third Monthly Application of Fox Rothschild LLP [Docket No. 4105; filed: 07/21/22]

- C. Thirty Fourth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period June 1, 2022 through June 30, 2022 [Docket No. 4106; filed: 07/21/22]

    i. Certification of No Objection for Thirty Fourth Monthly Application of Fox Rothschild LLP [Docket No. 4166; filed: 08/12/22]

## VI. BERKELEY RESEARCH GROUP, LLC (Financial Advisor to the Official Committee of Unsecured Creditors)

10. Eighth Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from January 1, 2022 through June 30, 2022 [Docket No. 4570; filed: 03/21/23]

    i. Certification of No Objection for Eighth Interim Application of Berkeley Research Group, LLC [Docket No. 4618; filed: 04/13/23]

Related Documents:

- A. Eleventh Monthly Fee Application of Berkeley Research Group, LLC Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from January 1, 2022 through June 30, 2022 [Docket No. 4162; filed: 08/11/22]

9

      i.      Certification of No Objection for Eleventh Monthly Application of Berkeley Research Group, LLC [Docket No. 4238; filed: 09/06/22]