# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466-MFN |
| | Hearing Date: June 28, 2023 |
| | Objection Deadline: June 14, 2023 at 4:00 pm EST |
| Debtors. | |

## NOTICE OF MOTION BY LINDA RAMSEY, ESQUIRE FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT PAYMENT AND/OR ADVANCEMENT OF DEFENSE COSTS UNDER AN EMPLOYED LAWYERS LIABILITY POLICY PROVIDING INSURANCE COVERAGE FOR LEGAL MALPRACTICE CLAIMS ASSERTED BY THE DEBTORS

PLEASE TAKE NOTICE that on March 20, 2023, Linda Ramsey, Esquire ("Movant"), by and through her undersigned counsel, filed a motion for an order modifying the automatic stay to permit payment and/or advancement of defense costs under an employed lawyers liability policy providing insurance coverage for legal malpractice claims asserted by the debtors (the "Motion") with the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the relief requested in the Motion are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before June 14, 2023, at 4:00 pm (EST) and served upon the undersigned counsel for the Movant. Only properly and timely filed responses will be considered.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is scheduled for June 28, 2023, at 11:30 a.m. (EST) before The Honorable Mary F. Walrath, Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

May 10, 2023
Wilmington, Delaware

**GORDON REES
SCULLY MANSUKHANI, LLP**

/s/ Michael C. Heyden
Michael C. Heyden, Jr. (No. 5616)
Joseph E. Brenner (No. 6643)
824 N. Market St., Suite 220
Wilmington, DE 19801
 (302) 992-8955
mheyden@grsm.com

*Counsel for Insured Linda Ramsey*