**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC<br>d/b/a HAHNEMANN UNIVERSITY<br>HOSPITAL, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466-MFN |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Courtney Mazzio of Gordon Rees Scully Mansukhani, LLP, Three Logan Square, 1717 Arch Street, Suite 610, Philadelphia, PA 19103, to represent Linda Ramsey, Esquire as counsel pursuant to 11 U.S.C. § 327(e) in this matter.

Dated: May 11, 2023

**GORDON REES
SCULLY MANSUKHANI LLP**

/s/ Michael C. Heyden, Jr.
Michael C. Heyden, Jr. (DE No. 5616)
Joseph E. Brenner (DE No. 6643)
824 N. Market Street, Suite 220
Wilmington, DE 19801
Telephone: (302) 992-8954
Facsimile: (415) 391-4436
Email: mheyden@grsm.com

*Counsel for Insured, Linda Ramsey*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Pennsylvania Supreme Court, the U.S. District Court, Western, Eastern and Middle Districts of Pennsylvania, the New Jersey Supreme Court, the U.S. District Court, District of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 11, 2023

      */s/ Courtney Mazzio*
Courtney Mazzio, Esquire
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: (215) 717-4021
Email:  cmazzio@grsm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice is* granted.

**Dated: May 12th, 2023**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**