# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary
## For the Period from March 1, 2023 through March 31, 2023

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (64 pages @ $.10 per page) | | $6.40 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $72.60 |
| E-discovery Processing /Usage | Epiq Relativity | $8,636.95 |
| Legal Research | Westlaw; Lexis | $6,131.30 |
| Mileage | *See attached chart* | $146.44 |
| Parking | *See attached chart* | $132.00 |
| **Total** | | **$15,125.69** |

41583346.2 05/19/2023

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 02/15/23 | Parkway Corp. Centre Square | (1) Mark Minuti | Parking in Philadelphia for meeting with Ironstone | $44.00 |
| 02/22/23 | Parkway Corp. Centre Square | (1) Mark Minuti | Parking in Philadelphia for property tour | $44.00 |
| 03/01/23 | Parkway Corp. Centre Square | (1) Mark Minuti | Parking in Philadelphia for meeting with Ironstone | $44.00 |
| 02/15/23 | Mark Minuti | (1) Mark Minuti | Driving from Wilmington, DE to Philadelphia, PA and back for meeting with Ironstone | $50.26 |
| 02/22/23 | Mark Minuti | (1) Mark Minuti | Driving from Wilmington, DE to Philadelphia, PA and back for property tour | $50.26 |
| 03/01/23 | Mark Minuti | (1) Mark Minuti | Driving from Wilmington, DE to Philadelphia, PA and back for meeting with Ironstone | $45.92 |
| **TOTAL** | | | | **$278.44** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2759197 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 04/26/23 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Value | |
|---|---|---:|---:|
| 03/26/23 | Epiq Relativity eDiscovery Costs | | 8,636.95 |
| | Total   Epiq Relativity eDiscovery Costs | | 8,636.95 |
| 03/08/23 | Photocopying | 6.40 | |
| | Total Photocopying | | 6.40 |
| 03/06/23 | Mileage; VENDOR: Mark Minuti; 03/01/23; Mark Minuti from Delaware to Philadelphia and back for meeting regarding Ironstone issues | 45.92 | |
| 03/06/23 | Mileage; VENDOR: Mark Minuti; 02/22/23; Mark Minuti from Delaware to Philadelphia and back for property tour | 50.26 | |
| 03/09/23 | Mileage; VENDOR: Mark Minuti; 02/15/23; Mark Minuti from Delaware to Philadelphia and back for meeting in Philadelphia with Ironstone | 50.26 | |
| | Total Mileage | | 146.44 |
| 03/06/23 | Parking; VENDOR: Parkway Corp Centre Square 03/01/23; Parking for Mark Minuti for meeting in Philadelphia regarding Ironstone issues | 44.00 | |
| 03/06/23 | Parking; VENDOR: Parkway Corp. Centre Square; 02/22/23; Parking for Mark Minuti for property tour | 44.00 | |
| 03/09/23 | Parking; VENDOR: Centre Square Parking; 02/15/23; Parking for Mark Minuti for meeting with Ironstone in Philadelphia | 44.00 | |
| | Total Parking | | 132.00 |
| 03/17/23 | Pacer Research - - VENDOR: Pacer Service Center | 8.60 | |
| 03/17/23 | Pacer Research - - VENDOR: Pacer Service Center | 19.90 | |
| 03/17/23 | Pacer Research - - VENDOR: Pacer Service Center | 44.10 | |
| | Total Pacer Research | | 72.60 |
| 03/06/23 | Lexis Legal Research | 649.96 | |
| 03/08/23 | Lexis Legal Research | 269.96 | |
| 03/09/23 | Lexis Legal Research | 376.66 | |
| 03/13/23 | Lexis Legal Research | 435.91 | |
| 03/14/23 | Lexis Legal Research | 381.27 | |
| 03/16/23 | Lexis Legal Research | 270.76 | |
| 03/16/23 | Lexis Legal Research | 28.99 | |
| 03/20/23 | Lexis Legal Research | 161.69 | |
| 03/01/23 | Westlaw Legal Research | 221.00 | |
| 03/07/23 | Westlaw Legal Research | 2,367.36 | |
| 03/08/23 | Westlaw Legal Research | 136.74 | |
| 03/14/23 | Westlaw Legal Research | 258.00 | |
| 03/26/23 | Westlaw Legal Research | 573.00 | |
| | Total Legal Research | | 6,131.30 |
| | CURRENT EXPENSES | | 15,125.69 |
| | **TOTAL AMOUNT OF THIS  INVOICE** | | 15,125.69 |

41536519.1 05/12/2023