# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 4677 and 4678** |

### CERTIFICATION OF NO OBJECTION TO MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO ENTER INTO PREMIUM FINANCING AGREEMENT WITH BANK DIRECT CAPITAL FINANCE WITH RESPECT TO PROPERTY INSURANCE AND (II) GRANTING RELATED RELIEF

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") hereby certifies that:

1.   On May 15, 2023, the *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Enter into Premium Financing Agreement with Bank Direct Capital Finance with Respect to Property Insurance and (II) Granting Related Relief* [D.I. 4677] (the "**Motion**") and the acccompanying *Declaration of Allen Wilen in Support of Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Enter into Premium Financing Agreement with Bank Direct Capital Finance with Respect to Property Insurance and (II) Granting Related Relief* [D.I. 4678] was filed with the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2.  Pursuant to the notice of the Motion [D.I. 4677], objections, if any, to the Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before May 30, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.  The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.  Accordingly, the Motion may be approved.

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: May 31, 2023                     **SAUL EWING LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*