# EXHIBIT A

**SUMMARY OF BLENDED RATE**

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 11 | $623.00 | $782.37 |
| Junior Partners | 1 | $520.00 | $540.00 |
| Counsel | 1 | $559.00 | $480.00 |
| Senior Associates | 2 | $381.00 | $406.06 |
| Junior Associates | 5 | $307.00 | $342.68 |
| Paralegal | 2 | $261.00 | $334.28 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $210.00 | $276.34 |
| **Aggregated:** | | **$499.00** | **$572.11** |