# EXHIBIT D

**EXPENSE SUMMARY**

**Expense Summary**

**For the Period from April 1, 2023 through April 30, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $8,521.80 |
| Legal Research | Westlaw; Lexis | $10,397.80 |
| Transcript | Reliable Copy Service – DE | $26.40 |
| **Total** | | **$18,946.00** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2764470 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 05/23/23 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---:|---:|
| 04/26/23 | Epiq Relativity eDiscovery Costs | 8,521.80 | |
| | Total  Epiq Relativity eDiscovery Costs | | 8,521.80 |
| 04/17/23 | Transcript; VENDOR: Reliable Copy Service - DE; March 21, 2023 Hearing Transcript in Reverse Mortgage case | 26.40 | |
| | Total Transcript | | 26.40 |
| 04/07/23 | Lexis Legal Research | 230.60 | |
| 04/11/23 | Lexis Legal Research | 117.22 | |
| 04/19/23 | Lexis Legal Research | 398.74 | |
| 04/21/23 | Lexis Legal Research | 228.52 | |
| 04/21/23 | Lexis Legal Research | 91.75 | |
| 04/25/23 | Lexis Legal Research | 402.31 | |
| 04/26/23 | Lexis Legal Research | 977.26 | |
| 04/28/23 | Lexis Legal Research | 463.92 | |
| 04/05/23 | Westlaw Legal Research | 168.00 | |
| 04/10/23 | Westlaw Legal Research | 278.64 | |
| 04/10/23 | Westlaw Legal Research | 645.00 | |
| 04/11/23 | Westlaw Legal Research | 338.04 | |
| 04/11/23 | Westlaw Legal Research | 1,992.00 | |
| 04/13/23 | Westlaw Legal Research | 518.00 | |
| 04/25/23 | Westlaw Legal Research | 2,433.24 | |
| 04/26/23 | Westlaw Legal Research | 278.64 | |
| 04/27/23 | Westlaw Legal Research | 835.92 | |
| | Total Legal Research | | 10,397.80 |
| | CURRENT EXPENSES | | 18,946.00 |

**TOTAL AMOUNT OF THIS  INVOICE**                                                                               18,946.00

41641030.1 06/08/2023