# EXHIBIT E

## DECLARATION OF MONIQUE DISABATINO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) <br> ) Case No. 19-11466 (MFW) <br> ) <br> ) Jointly Administered <br> ) <br> ) |

## DECLARATION OF MONIQUE B. DISABATINO

1. I am a Partner in the firm of Saul Ewing LLP ("**Saul Ewing**"), which serves as counsel to the debtors and debtors-in-possession (the "**Debtors**").

2. I have read the foregoing application of Saul Ewing for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3. There is no agreement or understanding between Saul Ewing and any other person for a division of compensation as Debtors' counsel.

4. No division prohibited by the Bankruptcy Code will be made by Saul Ewing.

5. No agreement prohibited by Title 18, Section 155 has been made.

Dated: June 9, 2023

/s/ Monique B. DiSabatino
MONIQUE B. DISABATINO

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.