**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: July 5, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-THIRD MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | January 1, 2023 – January 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $11,192.80 (80% of $13,991.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

146700585.1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $995 | 1.1 | $1,094.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $875 | 17.4 | $15,225.00 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy<br>First Bar Admission: 2010 | $725 | 2.8 | $2,030.00 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 2.3 | $678.50 |
| **Total Fees at Standard Rates** | | | **23.6** | **$19,028.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **23.6** | **$13,991.00** |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725.  However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

2

146700585.1

3

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 8.2 | $7,271.00 |
| Case Administration (104) | 3.9 | $2,875.50 |
| Claims Administration and Objections (105) | 3.3 | $2,887.50 |
| Fee/Employment Applications (107) | 4.0 | $2,379.00 |
| Fee/Employment Objections (108) | 0.2 | $145.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 2.5 | $2,187.50 |
| Avoidance Action Litigation (111) | 0.7 | $597.50 |
| Relief from Stay Proceedings (114) | 0.8 | $685.00 |
| **Total Fees at Standard Rate** | **23.6** | **$19,028.00** |
| **Total Fees at $625 Blended Rate[1]** | **23.6** | **$13,991.00** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: July 5, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-THIRD APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Forty-Third Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2023 Through January 31, 2023* (the "Application"), seeking allowance of $11,192.80 (80% of $13,991.00) in fees.

## Background

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of

4

Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Summary of Services by Project

A. <u>Asset Disposition</u>

Fees: $7,271.00;    Total Hours: 8.2

This category includes time spent addressing real estate sale process and broker engagement matters, including analyzing marketing materials and budget and loan funding

issues.

  B.  <u>Case Administration</u>

    Fees: $2,875.50;  Total Hours: 3.9

This category includes time spent: (a) attending committee oversight meetings; (b) analyzing cash flow budgets and financial reports; and (c) analyzing pleadings, motions and other court documents and updating the "critical dates" case calendar.

  C.  <u>Claims Administration and Objections</u>

    Fees: $2,887.50;  Total Hours: 3.3

This category includes time spent analyzing proposed claim settlements.

  D.  <u>Fee/Employment Applications</u>

    Fees: $2,379.00;  Total Hours: 4.0

This category includes time spent (a) preparing Sills' November and December monthly fee applications; and (b) addressing broker retention issues.

  E.  <u>Fee/Employment Objections</u>

    Fees: $145.00;  Total Hours: 0.2

This category includes time spent reviewing the Debtors' professionals' fee applications.

  F.  <u>Litigation (Other than Avoidance Action Litigation)</u>

    Fees: $2,187.50;  Total Hours: 2.5

This category includes time spent analyzing issues related to Ironshore's violation of a reciprocal easement agreement and the estates' response thereto.

  G.  <u>Avoidance Action Litigation</u>

    Fees: $597.50;  Total Hours: 0.7

This category includes time spent analyzing proposed preference litigation settlements.

146700585.1

H.   Relief from Stay Proceedings

Fees: $685.00;    Total Hours: 0.8

This category includes time spent analyzing proposed resolutions of stay relief requests.

## Conclusion

6. Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $11,192.80 (80% of $13,991.00) as compensation, and that such amount be authorized for payment.

Dated: June 14, 2023
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
Email: asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel for the Official Committee of Unsecured Creditors*

7

146700585.1

## **VERIFICATION**

STATE OF NEW JERSEY        )
                           ) SS:
COUNTY OF ESSEX            )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

146700585.1

# EXHIBIT A

# Sills Cummis & Gross
**A Professional Corporation**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions Chair 3560 Dallas Parkway Frisco, TX 75034 | February 23, 2023 Client/Matter No. 08650118.000001 Invoice: 2035777 Billing Attorney: AHS Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through January 31, 2023

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | | |
| 01/02/23 | BM | 102 | | Analysis and revisions of proposed joint engagement letter with Newmark and SSG. | 1.20 | $1,050.00 |
| 01/02/23 | AHS | 102 | | Review and revise broker agreement and send out for review and comment. | 0.80 | $796.00 |
| 01/03/23 | BM | 102 | | Analysis regarding revisions of proposed joint broker engagement letter. | 0.90 | $787.50 |
| 01/06/23 | BM | 102 | | Analysis regarding joint real estate broker retention and Broad St. properties sale process issues. | 1.10 | $962.50 |
| 01/09/23 | BM | 102 | | Analysis regarding motion to retain SSG and NKF as joint brokers for sale of real estate. | 0.90 | $787.50 |
| 01/16/23 | BM | 102 | | Analysis regarding Broad St. properties sale process issues. | 0.70 | $612.50 |
| 01/18/23 | BM | 102 | | Analysis regarding Broad St. properties sale process and issues relating to maintenance of the buildings. | 0.80 | $700.00 |

Sills Cummis & Gross P.C.

Creditors' Committee  
February 23, 2023  
Client/Matter No. 08650118.000001  
Invoice: 2035777  
Page 2

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/24/23 | BM | 102 | Analysis regarding preliminary marketing materials for Broad St. properties process. | 0.70 | $612.50 |
| 01/31/23 | BM | 102 | Analysis regarding proposed amended budget and additional loan funding to fund maintenance of Broad St. properties through the sale process. | 1.10 | $962.50 |
| | | **TASK TOTAL 102** | | **8.20** | **$7,271.00** |

**104 – CASE ADMINISTRATION**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/05/23 | DD | 104 | Review docket and recent filings and update case calendar with critical dates and deadlines. | 0.20 | $59.00 |
| 01/19/23 | DD | 104 | Review docket and recent filings and update case calendar with critical dates and deadlines. | 0.30 | $88.50 |
| 01/20/23 | GAK | 104 | Review notification regarding upcoming hearing. | 0.10 | $72.50 |
| 01/24/23 | BM | 104 | Analysis regarding proposed cash flow budget for Broad St. properties. | 0.60 | $525.00 |
| 01/30/23 | BM | 104 | Analysis regarding real estate financial reports for Broad St. properties. | 0.70 | $612.50 |
| 01/30/23 | BM | 104 | Attend oversight committee call. | 0.70 | $612.50 |
| 01/31/23 | BM | 104 | Analysis regarding disputes with Ironstone and next steps. | 0.90 | $787.50 |
| 01/31/23 | DD | 104 | Review docket and recent filings and update case calendar with critical dates and deadlines. | 0.40 | $118.00 |
| | | **TASK TOTAL 104** | | **3.90** | **$2,875.50** |

Sills Cummis & Gross P.C.

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| Creditors' Committee | | | | | | February 23, 2023 |
| | | | | | | Client/Matter No. 08650118.000001 |
| | | | | | | Invoice: 2035777 |
| | | | | | | Page 3 |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/03/23 | BM | 105 | Analysis regarding proposed stipulations resolving omnibus claims objections. | 0.90 | $787.50 |
| 01/09/23 | BM | 105 | Analysis regarding motion to approve proposed settlement with Huron. | 0.70 | $612.50 |
| 01/11/23 | BM | 105 | Analysis regarding proposed settlements of omnibus claims objections. | 0.90 | $787.50 |
| 01/11/23 | BM | 105 | Analysis regarding steam costs allocation dispute with Ironstone. | 0.80 | $700.00 |
| | | **TASK TOTAL 105** | | **3.30** | **$2,887.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/05/23 | GAK | 107 | Email D. Delehanty regarding November fee application. | 0.10 | $72.50 |
| 01/05/23 | DD | 107 | Draft November 2022 monthly fee statement. | 0.60 | $177.00 |
| 01/06/23 | AHS | 107 | Call with J. Hampton re: broker retention issues and review of pleading as filed. | 0.30 | $298.50 |
| 01/07/23 | GAK | 107 | Review Debtors' application to retain broker. | 0.10 | $72.50 |
| 01/20/23 | GAK | 107 | Work on November fee statement. | 0.80 | $580.00 |
| 01/20/23 | GAK | 107 | Review Saul Ewing November fee statement. | 0.10 | $72.50 |
| 01/26/23 | DD | 107 | Draft December monthly fee statement and circulate same to G. Kopacz for review. | 0.80 | $236.00 |
| 01/27/23 | GAK | 107 | Update November fee application for review by A. Sherman. | 0.40 | $290.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

February 23, 2023
Client/Matter No. 08650118.000001
Invoice: 2035777
Page 4

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 01/27/23 | GAK | 107 | | Work on December fee application. | 0.80 | $580.00 |
| | | **TASK TOTAL 107** | | | **4.00** | **$2,379.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| 01/02/23 | GAK | 108 | Review Eisner's November fee application. | 0.10 | $72.50 |
|---|---|---|---|---|---|
| 01/27/23 | GAK | 108 | Review Eisner's December fee statement. | 0.10 | $72.50 |
| | | **TASK TOTAL 108** | | **0.20** | **$145.00** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

| 01/18/23 | BM | 110 | Analysis regarding Ironstone's actions in violation of reciprocal easement agreement and estate's response. | 0.90 | $787.50 |
|---|---|---|---|---|---|
| 01/19/23 | BM | 110 | Analysis regarding enforcement of automatic stay against Ironstone. | 0.80 | $700.00 |
| 01/20/23 | BM | 110 | Analysis regarding enforcement of automatic stay against Ironstone. | 0.80 | $700.00 |
| | | **TASK TOTAL 110** | | **2.50** | **$2,187.50** |

**111 – AVOIDANCE ACTION LITIGATION**

| 01/25/23 | BM | 111 | Analysis regarding proposed settlements of preference avoidance claims. | 0.60 | $525.00 |
|---|---|---|---|---|---|
| 01/30/23 | GAK | 111 | Review proposed preference action settlement. | 0.10 | $72.50 |
| | | **TASK TOTAL 111** | | **0.70** | **$597.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

February 23, 2023
Client/Matter No. 08650118.000001
Invoice: 2035777
Page 5

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | |
| 01/11/23 | BM | 114 | Analysis regarding proposed resolutions of stay relief requests. | 0.70 | $612.50 |
| 01/20/23 | GAK | 114 | Review motion seeking stay relief and proposed stipulation granting limited stay relief. | 0.10 | $72.50 |
| | | **TASK TOTAL 114** | | **0.80** | **$685.00** |
| | | **TOTAL FEES at Standard Rates** | | **23.60** | **$19,028.00** |
| | | **Attorney Fees at Blended Rate of $625** | | **21.30** | **$13,312.50** |
| | | **Paralegal Fees at Standard Rate** | | **2.30** | 678.50 |
| | | **TOTAL FEES at Blended Rate** | | **23.60** | **$13,991.00** |

**TASK CODE SUMMARY**

| | | | Hours | Amount |
|---|---|---|---|---|
| | 102 | Asset Disposition | 8.20 | $7,271.00 |
| | 104 | Case Administration | 3.90 | $2,875.50 |
| | 105 | Claims Administration and Objections | 3.30 | $2,887.50 |
| | 107 | Fee/Employment Applications | 4.00 | $2,379.00 |
| | 108 | Fee/Employment Objections | 0.20 | $145.00 |
| | 110 | Litigation (Other than Avoidance Action Litigation | 2.50 | $2,187.50 |
| | 111 | Avoidance Action Litigation | 0.70 | $597.50 |
| | 114 | Relief from Stay Proceedings | 0.80 | $685.00 |
| | | TOTAL FEES at Standard Rates | 23.60 | $19,028.00 |
| | | Attorney Fees at Blended Rate of $625 | 21.30 | $13,312.50 |
| | | Paralegal Fees at Standard Rate | 2.30 | 678.50 |
| | | TOTAL FEES at Blended Rate | 23.60 | $13,991.00 |

Sills Cummis & Gross P.C.

| | |
|---|---|
| Creditors' Committee | February 23, 2023 |
| | Client/Matter No. 08650118.000001 |
| | Invoice: 2035777 |
| | Page 6 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 1.10 | x | $995.00 | = | $1,094.50 |
| Boris Mankovetskiy | 17.40 | x | $875.00 | = | $15,225.00 |
| Gregory A. Kopacz | 2.80 | x | $725.00 | = | $2,030.00 |
| Danielle Delehanty | 2.30 | x | $295.00 | = | $678.50 |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $13,991.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$13,991.00*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$19,028.00**) and fees at *Blended Rate* of $625 (**$13,991.00**)** apply.

**includes paralegal fees at standard rates, if applicable