## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: July 5, 2023 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**FORTY-FOURTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | February 1, 2023 – February 28, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $12,612.40 (80% of $15,765.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

146701098.1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $995 | 1.5 | $1,492.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $875 | 20.0 | $17,500.00 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy First Bar Admission: 2010 | $725 | 1.1 | $797.50 |
| Matthew J. Correia | Associate, Real Estate First Bar Admission: 2011 | $475 | 2.2 | $1,045.00 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 0.9 | $265.50 |
| **Total Fees at Standard Rates** | | | **25.7** | **$21,100.50** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **25.7** | **$15,765.50** |

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725.  However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

146701098.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 4.9 | $4,287.50 |
| Case Administration (104) | 6.3 | $5,100.50 |
| Claims Administration and Objections (105) | 4.8 | $3,520.00 |
| Fee/Employment Applications (107) | 0.7 | $507.50 |
| Fee/Employment Objections (108) | 0.1 | $72.50 |
| Plan and Disclosure Statement (113) | 2.0 | $1,750.00 |
| Relief from Stay Proceedings (114) | 6.5 | $5,672.50 |
| Litigation Consulting (121) | 0.4 | $190.00 |
| **Total Fees at Standard Rate** | **25.7** | **$21,100.50** |
| **Total Fees at $625 Blended Rate[1]** | **25.7** | **$15,765.50** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

146701098.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
|  | **Objections Due: July 5, 2023 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**FORTY-FOURTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy

Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the

"Local Rules"), and the *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills

Cummis & Gross P.C. ("Sills") files this *Forty-Fourth Application for Allowance of*

*Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the*

*Official Committee of Unsecured Creditors for the Period From February 1, 2023 Through*

*February 28, 2023* (the "Application"), seeking allowance of $12,612.40 (80% of $15,765.50) in

fees.

### Background

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for

relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of

4

Unsecured Creditors (the "Committee") [D.I. 182].

3.    The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

## Compensation Paid and Its Source

4.    All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.    The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

## Summary of Services by Project

A.    Asset Disposition

Fees: $4,287.50;    Total Hours: 4.9

This category includes time spent addressing sale issues, including budget and easement issues.

146701098.1

      B.      <u>Case Administration</u>

        Fees: $5,100.50;      Total Hours: 6.3

This category includes time spent: (a) attending hearings; (b) communicating with creditors and Debtors' counsel regarding case issues; and (c) analyzing pleadings, motions and other court documents and updating the "critical dates" case calendar.

      C.      <u>Claims Administration and Objections</u>

        Fees: $3,520.00;      Total Hours: 4.8

This category includes time spent analyzing: (a) government assessment claims, and (b) proposed claim objection settlements.

      D.      <u>Fee/Employment Applications</u>

        Fees: $507.50;      Total Hours: 0.7

This category includes time spent communicating with the Committee's local counsel, the U.S Trustee and the Debtors' local counsel regarding fee application issues.

      E.      <u>Fee/Employment Objections</u>

        Fees: $72.50;      Total Hours: 0.1

This category includes time spent reviewing the Debtors' professionals' fee applications.

      F.      <u>Plan and Disclosure Statement</u>

        Fees: $1,750.00;      Total Hours: 2.0

This category includes time spent analyzing plan of liquidation issues and proposed plan modifications.

      G.      <u>Relief from Stay Proceedings</u>

        Fees: $5,672.50;      Total Hours: 6.5

This category includes time spent analyzing proposed resolutions of stay relief requests

and addressing issues related to the enforcement of the automatic stay.

      H.    <u>Litigation Consulting</u>

      Fees: $190.00;      Total Hours: 0.4

This category includes time spent discussing litigation strategy.

<u>**Conclusion**</u>

      6.    Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

      **WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $12,612.40 (80% of $15,765.50) as compensation, and that such amount be authorized for payment.

Dated: June 14, 2023          Respectfully submitted,
Wilmington, Delaware

                          /s/ Seth A. Niederman
                          Seth A. Niederman (DE Bar No. 4588)
                          **FOX ROTHSCHILD LLP**
                          919 North Market Street, Suite 300
                          Wilmington, DE 19899
                          Telephone: 302-654-7444
                          Facsimile: 302-295-2013
                          Email: sniederman@foxrothschild.com

                          - and -

                          Andrew H. Sherman (*pro hac vice*)
                          Boris I. Mankovetskiy (*pro hac vice*)
                          **SILLS CUMMIS & GROSS P.C.**
                          One Riverfront Plaza
                          Newark, NJ 07102
                          Telephone:  973-643-7000
                          Facsimile:  973-643-6500
                          Email: asherman@sillscummis.com
                                   bmankovetskiy@sillscummis.com

                          *Counsel for the Official Committee*
                          *of Unsecured Creditors*

7

## **<u>VERIFICATION</u>**

STATE OF NEW JERSEY     )
                              ) SS:
COUNTY OF ESSEX          )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)     I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)     I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)     I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                     */s/ Andrew H. Sherman*
                                       Andrew H. Sherman

# EXHIBIT A

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City | March 27, 2023 |
| Healthcare LLC d/b/a Hahnemann University Hospital | Client/Matter No. 08650118.000001 |
| c/o Conifer Health Solutions Chair | Invoice: 2037293 |
| 3560 Dallas Parkway | Billing Attorney: AHS |
| Frisco, TX  75034 | |
| | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through February 28, 2023

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 02/20/23 | BM | 102 | Analysis regarding Broad St. properties sale issues. | 1.10 | $962.50 |
| 02/28/23 | BM | 102 | Analysis of issues regarding unity of use and reciprocal easement agreements with respect to Broad St. properties. | 2.40 | $2,100.00 |
| 02/28/23 | BM | 102 | Analysis regarding Broad St. properties sale issues. | 0.70 | $612.50 |
| 02/28/23 | BM | 102 | Analysis regarding updated budget for maintenance of Broad St. properties and second draw under loan to fund same. | 0.70 | $612.50 |
| | | **TASK TOTAL 102** | | **4.90** | **$4,287.50** |
| **104 – CASE ADMINISTRATION** | | | | | |
| 02/07/23 | BM | 104 | Analysis regarding Ironstone disputes. | 1.30 | $1,137.50 |
| 02/09/23 | AHS | 104 | Review of pleadings in advance of hearing re: Ironstone. | 0.30 | $298.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

March 27, 2023
Client/Matter No. 08650118.000001
Invoice: 2037293
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/09/23 | AHS | 104 | Attend hearing regarding Ironstone motion to enforce. | 0.40 | $398.00 |
| 02/09/23 | GAK | 104 | Review agenda for upcoming hearing. | 0.10 | $72.50 |
| 02/09/23 | DD | 104 | Review docket and recent filings and update case calendar with critical dates and deadlines. | 0.20 | $59.00 |
| 02/10/23 | BM | 104 | Analysis regarding proposed resolutions of omnibus claims objections. | 0.90 | $787.50 |
| 02/14/23 | DD | 104 | Review docket and recent filings and update case calendar with critical dates and deadlines. | 0.30 | $88.50 |
| 02/20/23 | GAK | 104 | Review notification regarding upcoming hearing. | 0.10 | $72.50 |
| 02/21/23 | DD | 104 | Review docket and recent filings and update case calendar with critical dates and deadlines. | 0.20 | $59.00 |
| 02/23/23 | BM | 104 | Respond to creditors' inquiries regarding case status. | 0.60 | $525.00 |
| 02/27/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.80 | $700.00 |
| 02/27/23 | AHS | 104 | Call with counsel for Debtors re: status update. | 0.80 | $796.00 |
| 02/27/23 | MJC | 104 | Review description of land that the Reciprocal Use Agreement and Unity of Use covers from Adam H. Isenberg, Esq. | 0.10 | $47.50 |
| 02/28/23 | DD | 104 | Review docket and recent filings and update case calendar with critical dates and deadlines. | 0.20 | $59.00 |
| **TASK TOTAL 104** | | | | **6.30** | **$5,100.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

March 27, 2023
Client/Matter No. 08650118.000001
Invoice: 2037293
Page 3

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **105 – CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | | |
| 02/10/23 | BM | 105 | Analysis regarding PA assessment claims. | 0.60 | $525.00 |
| 02/15/23 | BM | 105 | Analysis regarding proposed resolutions of omnibus claims objections. | 0.80 | $700.00 |
| 02/23/23 | BM | 105 | Analysis regarding proposed resolutions of omnibus claims objections. | 0.80 | $700.00 |
| 02/24/23 | BM | 105 | Analysis regarding PA assessment claims. | 0.90 | $787.50 |
| 02/28/23 | MJC | 105 | Review Bankruptcy Court 601 page Enforcement of Stay Objection filed by Ironstone entities. | 1.70 | $807.50 |
| | | **TASK TOTAL 105** | | **4.80** | **$3,520.00** |
| **107 – FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 02/02/23 | GAK | 107 | Draft email to local counsel regarding November/December fee applications. | 0.10 | $72.50 |
| 02/08/23 | GAK | 107 | Review information request from U.S. Trustee and address related issues. | 0.40 | $290.00 |
| 02/08/23 | GAK | 107 | Draft email to U.S. Trustee in response to information request. | 0.10 | $72.50 |
| 02/08/23 | GAK | 107 | Review email from Fox Rothschild regarding interim fee applications. | 0.10 | $72.50 |
| | | **TASK TOTAL 107** | | **0.70** | **$507.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

March 27, 2023
Client/Matter No. 08650118.000001
Invoice: 2037293
Page 4

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **108 – FEE/EMPLOYMENT OBJECTIONS** | | | | | |
| 02/24/23 | GAK | 108 | Review Eisner's January fee statement. | 0.10 | $72.50 |
| | | **TASK TOTAL 108** | | **0.10** | **$72.50** |
| **113 – PLAN AND DISCLOSURE STATEMENT** | | | | | |
| 02/09/23 | BM | 113 | Analysis of issues regarding amending plan of liquidation. | 0.80 | $700.00 |
| 02/15/23 | BM | 113 | Analysis regarding modifications of proposed plan of liquidation. | 0.80 | $700.00 |
| 02/20/23 | BM | 113 | Analysis regarding amendment of plan of liquidation. | 0.40 | $350.00 |
| | | **TASK TOTAL 113** | | **2.00** | **$1,750.00** |
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | |
| 02/02/23 | BM | 114 | Analysis regarding proposed resolutions of pending stay relief requests. | 1.20 | $1,050.00 |
| 02/02/23 | BM | 114 | Analysis regarding REA disputes with Ironstone. | 1.10 | $962.50 |
| 02/07/23 | GAK | 114 | Review Debtors' reply in support of motion to enforce they stay. | 0.10 | $72.50 |
| 02/08/23 | BM | 114 | Analysis regarding REA issues in connection with Broad Street properties. | 0.90 | $787.50 |
| 02/08/23 | BM | 114 | Analysis of exhibits filed in connection with hearing on motion to enforce automatic stay. | 0.70 | $612.50 |
| 02/10/23 | BM | 114 | Analysis regarding proposed resolutions of pending stay relief requests. | 1.10 | $962.50 |

Sills Cummis & Gross P.C.

| Creditors' Committee | | | | | March 27, 2023 |
|---|---|---|---|---|---|

Client/Matter No. 08650118.000001
Invoice: 2037293
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/16/23 | BM | 114 | Analysis regarding proposed resolutions of requests for stay relief. | 0.70 | $612.50 |
| 02/22/23 | BM | 114 | Analysis regarding proposed resolution of pending stay relief requests. | 0.70 | $612.50 |
| | | **TASK TOTAL 114** | | **6.50** | **$5,672.50** |

**121 – LITIGATION CONSULTING**

| | | | | | |
|---|---|---|---|---|---|
| 02/27/23 | MJC | 121 | Phone calls with M. Levenson and B. Mankovetskiy consulting on scope of assignment and discussing salient file facts and goals. | 0.40 | $190.00 |
| | | **TASK TOTAL 121** | | **0.40** | **$190.00** |
| | | **TOTAL FEES at Standard Rates** | | **25.70** | **$21,100.50** |
| | | **Attorney Fees at Blended Rate of $625** | | **24.80** | **$15,500.00** |
| | | **Paralegal Fees at Standard Rate** | | **0.90** | **265.50** |
| | | **TOTAL FEES at Blended Rate** | | **25.70** | **$15,765.50** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| | 102 | Asset Disposition | 4.90 | $4,287.50 |
| | 104 | Case Administration | 6.30 | $5,100.50 |
| | 105 | Claims Administration and Objections | 4.80 | $3,520.00 |
| | 107 | Fee/Employment Applications | 0.70 | $507.50 |
| | 108 | Fee/Employment Objections | 0.10 | $72.50 |
| | 113 | Plan and Disclosure Statement | 2.00 | $1,750.00 |
| | 114 | Relief from Stay Proceedings | 6.50 | $5,672.50 |
| | 121 | Litigation Consulting | 0.40 | $190.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

March 27, 2023
Client/Matter No. 08650118.000001
Invoice: 2037293
Page 6

|  |  |  |
|---|---|---|
| TOTAL FEES at Standard Rates | 25.70 | $21,100.50 |
| Attorney Fees at Blended Rate of $625 | 24.80 | $15,500.00 |
| Paralegal Fees at Standard Rate | 0.90 | 265.50 |
| TOTAL FEES at Blended Rate | 25.70 | $15,765.50 |

| Name | Hours | x | Rate | = | Amount |
|---|---|---|---|---|---|
| Andrew H. Sherman | 1.50 | x | $995.00 | = | $1,492.50 |
| Boris Mankovetskiy | 20.00 | x | $875.00 | = | $17,500.00 |
| Gregory A. Kopacz | 1.10 | x | $725.00 | = | $797.50 |
| Matthew J. Correia | 2.20 | x | $475.00 | = | $1,045.00 |
| Danielle Delehanty | 0.90 | x | $295.00 | = | $265.50 |

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $15,765.50 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$15,765.50\*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$21,100.50**) and fees at *Blended Rate* of $625 (**$15,765.50**)** apply.

**includes paralegal fees at standard rates, if applicable