**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: July 5, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | March 1, 2023 – March 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $53,433.20 (80% of $66,791.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $55.44 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $995 | 2.1 | $2,089.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $875 | 31.2 | $27,300.00 |
| Michael Savetsky | Of Counsel, Bankruptcy<br>First Bar Admission: 2005 | $795 | 0.4 | $318.00 |
| Jeffrey Kramer | Of Counsel, Bankruptcy<br>First Bar Admission: 1995 | $795 | 50.3 | $39,988.50 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy<br>First Bar Admission: 2010 | $725 | 6.9 | $5,002.50 |
| Matthew J. Correia | Associate, Real Estate<br>First Bar Admission: 2011 | $475 | 15.4 | $7,315.00 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 1.2 | $354.00 |
| **Total Fees at Standard Rates** | | | **107.5** | **$82,367.50** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **107.5** | **$66,791.50** |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

2

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery (101) | 65.7 | $47,303.50 |
| Asset Disposition (102) | 18.7 | $16,434.50 |
| Business Operations (103) | 0.4 | $398.00 |
| Case Administration (104) | 6.2 | $5,227.00 |
| Fee/Employment Applications (107) | 7.1 | $4,803.50 |
| Fee/Employment Objections (108) | 0.4 | $290.00 |
| Financing (109) | 1.4 | $1,225.00 |
| Plan and Disclosure Statement (113) | 4.5 | $3,973.50 |
| Relief from Stay Proceedings (114) | 3.1 | $2,712.50 |
| **Total Fees at Standard Rate** | **107.5** | **$82,367.50** |
| **Total Fees at $625 Blended Rate[1]** | **107.5** | **$66,791.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Lexis-Nexis | $55.44 |
| **TOTAL** | **$55.44** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

146701328.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: July 5, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-FIFTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Forty-Fifth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From March 1, 2023 Through March 31, 2023* (the "Application"), seeking allowance of $53,433.20 (80% of $66,791.50) in fees, *plus* $55.44 for reimbursement of actual and necessary expenses, for a total of $53,488.64.

### Background

1.  On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.  On July 15, 2019, the United States Trustee appointed the Official Committee of

4

146701328.1

Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

**Compensation Paid and Its Source**

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

**Fee Statements**

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

**Summary of Services by Project**

A. <u>Asset Analysis and Recovery</u>

Fees: $47,303.50;     Total Hours: 65.7

This category includes time spent drafting a detailed memorandum summarizing numerous legal issues related to reciprocal easement and unity of use agreements and conducting

5

146701328.1

related research and analysis.

    B.    <u>Asset Disposition</u>

        Fees: $16,434.50;    Total Hours: 18.7

This category includes time spent: (a) analyzing and addressing sale issues, including analyzing restrictive covenants, 363(f) issues, reciprocal easement and unity of use agreements, and financial reports; and (b) attending real estate oversight committee meetings.

    C.    <u>Business Operations</u>

        Fees: $398.00;    Total Hours: 0.4

This category includes time spent reviewing the Debtors' motion for real estate financing.

    D.    <u>Case Administration</u>

        Fees: $5,227.00;    Total Hours: 6.2

This category includes time spent: (a) communicating with the Committee members, attending Committee meetings, and preparing updates to the Committee members; (b) communicating with creditors regarding case matters; (c) analyzing pleadings, motions and other court documents; (d) analyzing waterfall projections; and (e) communicating with the Debtors' advisors and the Committee's financial advisor regarding the foregoing and other matters.

    E.    <u>Fee/Employment Applications</u>

        Fees: $4,803.50;    Total Hours: 7.1

This category includes time spent preparing Sills' January, 11th and 12th interim fee applications.

    F.    <u>Fee/Employment Objections</u>

        Fees: $290.00;    Total Hours: 0.4

This category includes time spent reviewing the Debtors' professionals' fee applications.

G. <u>Financing</u>

Fees: $1,225.00;        Total Hours: 1.4

This category includes time spent analyzing proposed loan modification and security documents.

H. <u>Plan and Disclosure Statement</u>

Fees: $3,973.50;        Total Hours: 4.5

This category includes time spent analyzing proposed plan modifications.

I. <u>Relief from Stay Proceedings</u>

Fees: $2,712.50;        Total Hours: 3.1

This category includes time spent analyzing proposed resolutions of stay relief requests, motions seeking stay relief, and related potential claims against third parties.

## Conclusion

6.        Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $53,433.20 (80% of $66,791.50) as compensation, *plus* $55.44 for reimbursement of actual and necessary expenses, for a total of $53,488.64, and that such amount be authorized for payment.

Dated: June 14, 2023　　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　/s/ Seth A. Niederman
　　　　　　　　　　　　　　　　　　　Seth A. Niederman (DE Bar No. 4588)
　　　　　　　　　　　　　　　　　　　**FOX ROTHSCHILD LLP**
　　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 300
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　Telephone: 302-654-7444
　　　　　　　　　　　　　　　　　　　Facsimile: 302-295-2013
　　　　　　　　　　　　　　　　　　　Email: sniederman@foxrothschild.com

146701328.1

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

146701328.1

## **VERIFICATION**

STATE OF NEW JERSEY )
) SS:
COUNTY OF ESSEX )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

146701328.1

# EXHIBIT A

ACTIVE 26530194v1 08/04/2014

# Sills Cummis & Gross
#### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions Chair
3560 Dallas Parkway
Frisco, TX  75034

April 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2038302
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through March 31, 2023

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | | |
| 03/01/23 | JK | 101 | | Review case status and outstanding issues relating to REA. | 1.20 | $954.00 |
| 03/01/23 | JK | 101 | | Review relevant documents re: reciprocal easement agreement and unity of use agreement. | 2.70 | $2,146.50 |
| 03/01/23 | JK | 101 | | Conduct legal research re: reciprocal easement agreement and unity of use agreement. | 2.20 | $1,749.00 |
| 03/01/23 | JK | 101 | | Office conferences with B. Mankovetsky re: reciprocal easement agreement and unity of use agreement. | 0.30 | $238.50 |
| 03/02/23 | JK | 101 | | Conduct legal research re: reciprocal easement agreement and unity of use agreement. | 3.40 | $2,703.00 |
| 03/07/23 | JK | 101 | | Review case status and outstanding issues. | 0.30 | $238.50 |
| 03/07/23 | JK | 101 | | Conduct legal research and review relevant documents re: reciprocal easement agreement and unity of use agreement. | 1.80 | $1,431.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2038302
Page 2

| Date | Atty | Code | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/09/23 | JK | 101 | Conduct legal research re: reciprocal easement agreement and unity of use agreement. | 2.30 | $1,828.50 |
| 03/14/23 | MJC | 101 | Prepare notes on provisions permitting restrictions. | 0.90 | $427.50 |
| 03/14/23 | MJC | 101 | Review of Reciprocal Easement and Operation Agreement. | 1.10 | $522.50 |
| 03/14/23 | MJC | 101 | Review exhibits attached to IS Owners' objection filed with court. | 0.60 | $285.00 |
| 03/14/23 | MJC | 101 | Prepare notes on provisions permitting restrictions. | 0.50 | $237.50 |
| 03/14/23 | MJC | 101 | Review of Easement for Unity of Use affecting North/South Tower Lot and Entire Project. | 0.90 | $427.50 |
| 03/15/23 | MJC | 101 | Legal research regarding easements, grants, reciprocal agreements, contracts, and maintenance agreements. | 5.10 | $2,422.50 |
| 03/16/23 | MJC | 101 | Email to B. Mankovetskiy with memorandum. | 0.20 | $95.00 |
| 03/16/23 | MJC | 101 | Draft detailed memorandum regarding the creation, termination, and restriction (including by way of injunction) of easements, grants, reciprocal agreements, contracts, and maintenance agreements. | 4.20 | $1,995.00 |
| 03/20/23 | JK | 101 | Conduct legal research and review relevant documents re: reciprocal easement agreement and unity of use agreement; review relevant documents re: reciprocal easement agreement and unity of use agreement. | 2.40 | $1,908.00 |
| 03/20/23 | JK | 101 | Review case status and outstanding issues. | 1.40 | $1,113.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2038302
Page 3

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/20/23 | MJC | 101 | Revise memorandum with B. Mankovetskiy comments. | 1.10 | $522.50 |
| 03/20/23 | MJC | 101 | Call with B. Mankovetskiy discussing memorandum on REA and EUU analysis. | 0.60 | $285.00 |
| 03/23/23 | JK | 101 | Conduct legal research re: reciprocal easement agreement and unity of use agreement. | 4.20 | $3,339.00 |
| 03/23/23 | JK | 101 | Confer with B. Mankovetskiy re: reciprocal easement agreement and unity of use agreement. | 0.20 | $159.00 |
| 03/23/23 | JK | 101 | Review relevant documents re: reciprocal easement agreement and unity of use agreement. | 2.20 | $1,749.00 |
| 03/24/23 | JK | 101 | Conduct legal research re: reciprocal easement agreement and unity of use agreement. | 5.50 | $4,372.50 |
| 03/27/23 | JK | 101 | Prepare memorandum re: reciprocal easement agreement and unity of use agreement. | 4.90 | $3,895.50 |
| 03/27/23 | JK | 101 | Office conference with B. Mankovetskiy re: reciprocal easement agreement and unity of use agreement. | 0.20 | $159.00 |
| 03/27/23 | JK | 101 | Telephone conference with M. Correia re: REA and EUU and provisions in each regarding the agreements. | 0.20 | $159.00 |
| 03/27/23 | JK | 101 | Conduct legal research re: reciprocal easement agreement and unity of use agreement. | 3.40 | $2,703.00 |
| 03/27/23 | MJC | 101 | Call with J. Kramer discussing REA and EUU and in particular provisions in each regarding the agreements running with the land. | 0.20 | $95.00 |
| 03/28/23 | JK | 101 | Prepare memorandum re: reciprocal easement agreement and unity of use agreement. | 6.60 | $5,247.00 |

Sills Cummis & Gross P.C.

Creditors' Committee                                                          April 18, 2023
                                                        Client/Matter No. 08650118.000001
                                                                          Invoice: 2038302
                                                                                   Page 4

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 03/29/23 | JK | 101 | | Prepare memorandum re: reciprocal easement agreement and unity of use agreement. | 4.90 | $3,895.50 |
| | | **TASK TOTAL 101** | | | **65.70** | **$47,303.50** |

**102 – ASSET DISPOSITION**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/01/23 | BM | 102 | | Analysis regarding REA and Unity of Use agreements with respect to Hahnemann block. | 1.90 | $1,662.50 |
| 03/02/23 | BM | 102 | | Analysis regarding motion for authorization of supplemental secured loan to support Broad Street real estate. | 0.70 | $612.50 |
| 03/03/23 | BM | 102 | | Analysis of issues impacting sale of Broad St. real estate arising from REA and unity of use agreements. | 1.60 | $1,400.00 |
| 03/06/23 | BM | 102 | | Analysis regarding sale of Broad St. properties and certain restrictive covenants. | 1.10 | $962.50 |
| 03/08/23 | BM | 102 | | Research and analysis regarding enforceability of certain provisions of REA and unity of use agreements with respect to Broad St. properties. | 1.60 | $1,400.00 |
| 03/10/23 | BM | 102 | | Analysis of issues regarding addressing encumbrances on Broad St. real estate in the context of a section 363 sale. | 1.80 | $1,575.00 |
| 03/13/23 | BM | 102 | | Attend real estate oversight committee call. | 0.60 | $525.00 |
| 03/13/23 | BM | 102 | | Analysis regarding sale process of Broad St. real estate. | 0.70 | $612.50 |
| 03/13/23 | BM | 102 | | Analysis regarding Broad St. financial reports. | 0.60 | $525.00 |
| 03/13/23 | AHS | 102 | | Attend meeting of oversight committee. | 0.60 | $597.00 |

Sills Cummis & Gross P.C.

Creditors' Committee  April 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2038302
Page 5

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 03/15/23 | BM | 102 | | Analysis regarding potential strategies for relieving Broad St. properties of certain encumbrances in connection with section 363 sale. | 1.30 | $1,137.50 |
| 03/20/23 | BM | 102 | | Analysis regarding potential state law challenges to enforceability of REA and Unity of Use agreements. | 1.40 | $1,225.00 |
| 03/23/23 | BM | 102 | | Analysis regarding value-maximizing options for disposition of Broad St. assets. | 1.20 | $1,050.00 |
| 03/28/23 | BM | 102 | | Analysis regarding potential strategies for disposition of Broad St. assets free and clear of certain restrictions and encumbrances. | 1.40 | $1,225.00 |
| 03/29/23 | BM | 102 | | Analysis and revisions of memorandum regarding issues arising from REA and UUA with respect to disposition of Broad St. assets. | 2.20 | $1,925.00 |
| | | **TASK TOTAL 102** | | | **18.70** | **$16,434.50** |

**103 – BUSINESS OPERATIONS**

| 03/02/23 | AHS | 103 | | Review of motion re: DIP financing for real estate. | 0.40 | $398.00 |
|---|---|---|---|---|---|---|
| | | **TASK TOTAL 103** | | | **0.40** | **$398.00** |

**104 – CASE ADMINISTRATION**

| 03/02/23 | BM | 104 | | Prepare an update for Committee. | 0.60 | $525.00 |
|---|---|---|---|---|---|---|
| 03/02/23 | AHS | 104 | | Email to Committee re: status and DIP financing issues. | 0.40 | $398.00 |
| 03/03/23 | GAK | 104 | | Review order scheduling hearings and case calendar. | 0.10 | $72.50 |

Sills Cummis & Gross P.C.

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| Creditors' Committee | | | | | | April 18, 2023 |

Client/Matter No. 08650118.000001  
Invoice: 2038302  
Page 6

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/06/23 | BM | 104 | Analysis of issues regarding MOU implementation. | 0.40 | $350.00 |
| 03/07/23 | DD | 104 | Review docket and recent filings and update case calendar with critical dates and deadlines. | 0.20 | $59.00 |
| 03/13/23 | AHS | 104 | Email to Committee re: upcoming meeting, email with BRG re: upcoming meeting and email to counsel for Debtors re: same. | 0.40 | $398.00 |
| 03/14/23 | BM | 104 | Respond to creditors' inquiries regarding case status. | 0.40 | $350.00 |
| 03/14/23 | DD | 104 | Review docket and recent filings and update case calendar with critical dates and deadlines. | 0.20 | $59.00 |
| 03/18/23 | BM | 104 | Analysis regarding update of waterfall projections. | 0.60 | $525.00 |
| 03/20/23 | BM | 104 | Preparation for Committee meeting. | 0.40 | $350.00 |
| 03/20/23 | BM | 104 | Analysis regarding updated waterfall projections. | 0.40 | $350.00 |
| 03/20/23 | BM | 104 | Attend Committee call. | 0.30 | $262.50 |
| 03/22/23 | BM | 104 | Analysis regarding potential strategies for addressing use restrictions and encumbrances on Broad St. properties. | 1.30 | $1,137.50 |
| 03/27/23 | GAK | 104 | Review notification regarding upcoming hearing. | 0.10 | $72.50 |
| 03/28/23 | MS | 104 | Confer with B. Mankovetskiy re: case status and review of draft plan. | 0.40 | $318.00 |
| | | **TASK TOTAL 104** | | **6.20** | **$5,227.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

April 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2038302
Page 7

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **107 – FEE/EMPLOYMENT APPLICATIONS** | | | | | | |
| 03/09/23 | GAK | 107 | | Work on 11th interim fee application. | 1.10 | $797.50 |
| 03/10/23 | GAK | 107 | | Work on 12th interim fee application. | 1.80 | $1,305.00 |
| 03/11/23 | GAK | 107 | | Work on 11th interim fee application. | 1.20 | $870.00 |
| 03/11/23 | GAK | 107 | | Work on 12th interim fee application. | 1.30 | $942.50 |
| 03/14/23 | GAK | 107 | | Finalize interim fee applications and email local counsel regarding same. | 0.20 | $145.00 |
| 03/16/23 | GAK | 107 | | Work on January fee application. | 0.70 | $507.50 |
| 03/16/23 | DD | 107 | | Review January 2023 invoice and draft monthly fee statement for same. | 0.80 | $236.00 |
| | | **TASK TOTAL 107** | | | **7.10** | **$4,803.50** |
| **108 – FEE/EMPLOYMENT OBJECTIONS** | | | | | | |
| 03/03/23 | GAK | 108 | | Review Saul Ewing December fee application. | 0.10 | $72.50 |
| 03/17/23 | GAK | 108 | | Review Saul Ewing interim fee applications. | 0.10 | $72.50 |
| 03/24/23 | GAK | 108 | | Review Eisner's February fee application. | 0.10 | $72.50 |
| 03/24/23 | GAK | 108 | | Review Saul Ewing January fee application and Klehr Harrison Interim fee applications. | 0.10 | $72.50 |
| | | **TASK TOTAL 108** | | | **0.40** | **$290.00** |

Sills Cummis & Gross P.C.

Creditors' Committee  
April 18, 2023  
Client/Matter No. 08650118.000001  
Invoice: 2038302  
Page 8

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **109 – FINANCING** | | | | | |
| 03/08/23 | BM | 109 | Analysis of proposed loan modification and security documents for Broad St. properties. | 1.40 | $1,225.00 |
| | **TASK TOTAL 109** | | | **1.40** | **$1,225.00** |
| **113 – PLAN AND DISCLOSURE STATEMENT** | | | | | |
| 03/06/23 | BM | 113 | Analysis of issues regarding amendment of proposed plan of liquidation. | 0.80 | $700.00 |
| 03/09/23 | BM | 113 | Analysis of issues regarding amendment of plan of liquidation. | 0.60 | $525.00 |
| 03/19/23 | AHS | 113 | Review and analysis of plan waterfall analysis as circulated by counsel to Debtors. | 0.30 | $298.50 |
| 03/29/23 | BM | 113 | Analysis regarding draft amended plan of liquidation. | 2.80 | $2,450.00 |
| | **TASK TOTAL 113** | | | **4.50** | **$3,973.50** |
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | |
| 03/07/23 | BM | 114 | Analysis regarding proposed stipulations granting stay relief. | 0.60 | $525.00 |
| 03/20/23 | BM | 114 | Analysis regarding claims against Ramsey and Ramsey' stay relief motion to access insurance. | 0.90 | $787.50 |
| 03/24/23 | BM | 114 | Analysis regarding Ramsey stay relief issues and potential resolution. | 0.80 | $700.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2038302
Page 9

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/27/23 | BM | 114 | Analysis regarding potential cause of action against Ramsey and proposed form of order granting access to D&O insurance. | 0.80 | $700.00 |
|  |  | **TASK TOTAL 114** |  | **3.10** | **$2,712.50** |
|  |  | **TOTAL FEES at Standard Rates** |  | **107.50** | **$82,367.50** |
|  |  | **Attorney Fees at Blended Rate of $625** |  | **106.30** | **$66,437.50** |
|  |  | **Paralegal Fees at Standard Rate** |  | **1.20** | **354.00** |
|  |  | **TOTAL FEES at Blended Rate** |  | **107.50** | **$66,791.50** |

**TASK CODE SUMMARY**

| 101 | Asset Analysis and Recovery | 65.70 | $47,303.50 |
|---|---|---|---|
| 102 | Asset Disposition | 18.70 | $16,434.50 |
| 103 | Business Operations | 0.40 | $398.00 |
| 104 | Case Administration | 6.20 | $5,227.00 |
| 107 | Fee/Employment Applications | 7.10 | $4,803.50 |
| 108 | Fee/Employment Objections | 0.40 | $290.00 |
| 109 | Financing | 1.40 | $1,225.00 |
| 113 | Plan and Disclosure Statement | 4.50 | $3,973.50 |
| 114 | Relief from Stay Proceedings | 3.10 | $2,712.50 |
|  | TOTAL FEES at Standard Rates | 107.50 | $82,367.50 |
|  | Attorney Fees at Blended Rate of $625 | 106.30 | $66,437.50 |
|  | Paralegal Fees at Standard Rate | 1.20 | 354.00 |
|  | TOTAL FEES at Blended Rate | 107.50 | $66,791.50 |

| Andrew H. Sherman | 2.10 | x | $995.00 | = | $2,089.50 |
|---|---|---|---|---|---|
| Boris Mankovetskiy | 31.20 | x | $875.00 | = | $27,300.00 |
| Michael Savetsky | 0.40 | x | $795.00 | = | $318.00 |
| Jeffrey Kramer | 50.30 | x | $795.00 | = | $39,988.50 |

Sills Cummis & Gross P.C.

Creditors' Committee                                                                              April 18, 2023
                                                                                     Client/Matter No. 08650118.000001
                                                                                                       Invoice: 2038302
                                                                                                              Page 10

---

|  |  |  |  |  |
|---|---|---|---|---|
| Gregory A. Kopacz | 6.90 x | $725.00 = | | $5,002.50 |
| Matthew J. Correia | 15.40 x | $475.00 = | | $7,315.00 |
| Danielle Delehanty | 1.20 x | $295.00 = | | $354.00 |

**DISBURSEMENT DETAIL**

| | | | | |
|---|---|---|---|---|
| 03/28/23 | 379 | Lexis-Nexis | | $33.80 |
| 03/28/23 | 379 | Lexis-Nexis | | $21.64 |

**TOTAL DISBURSEMENTS** — **$55.44**

---

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $66,791.50 |
| Total Disbursements | $55.44 |
| **TOTAL THIS INVOICE** | **$66,846.94** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$82,367.50**) and fees at *Blended Rate* of $625 (**$66,791.50**)** apply.

**includes paralegal fees at standard rates, if applicable